*Smilovits v. First Solar, Inc., et al.*
United States District Court, District of Arizona
No. 2:12-cv-00555-DGC

Index of Exhibits to Mineworkers' Pension Scheme and British Coal Staff Superannuation Scheme's Motion for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel

| | |
|---|---|
| Exhibit 1 | Notice of pendency of class action published in *Marketwire, Inc.*, a national business-oriented wire service, on March 16, 2012; |
| Exhibit 2 | The Pension Schemes' Sworn Certifications; and |
| Exhibit 3 | Robbins Geller Rudman & Dowd LLP firm résumé. |

# EXHIBIT 1

Copyright 2012 Marketwire, Inc.
All Rights Reserved
Marketwire

March 16, 2012 Friday 9:31 AM GMT

**LENGTH:** 234 words

**HEADLINE:** Federman & Sherwood Announces That a Securities Class Action Lawsuit Has Been Filed Against First Solar, Inc. (NASDAQ: FSLR)

**DATELINE:** OKLAHOMA CITY, OK; Mar 16, 2012

**BODY:**

On March 15, 2012, a class action lawsuit was filed in the United States District Court for the District of Arizona against First Solar, Inc. (NASDAQ: FSLR). The complaint alleges violations of federal securities laws, Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5, including allegations of issuing a series of material or false misrepresentations to the market which had the effect of artificially inflating the market price during the Class Period, which is April 30, 2008 through February 28, 2012.

Plaintiff seeks to recover damages on behalf of all First Solar, Inc. shareholders who purchased common stock during the Class Period and are therefore a member of the Class as described above. You may move the Court no later than Tuesday, May 15, 2012 to serve as a lead plaintiff for the entire Class. However, in order to do so, you must meet certain legal requirements pursuant to the Private Securities Litigation Reform Act of 1995.

If you wish to discuss this action, obtain further information and participate in this or any other securities litigation, or should you have any questions or concerns regarding this notice or preservation of your rights, please contact:

```
K. Lynn Nunn
 FEDERMAN & SHERWOOD
 10205 North Pennsylvania Avenue
 Oklahoma City, OK 73120
 Email to: kln@federmanlaw.com
 Or, visit our website at www.federmanlaw.com
```

SOURCE: Federman & Sherwood

**LOAD-DATE:** March 17, 2012