# EXHIBIT 2

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

MINEWORKERS' PENSION SCHEME ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*In re Apollo Group, Inc. Sec. Litig.*, No. 10-cv-1735 (D. Ariz.)

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

FIRST SOLAR

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of May, 2012.

MINEWORKERS' PENSION SCHEME

By: _____

Its: G.C. LANE
CHIEF OPERATING OFFICER

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 06/20/2008 | 7,600 | $268.83 |
| 03/16/2011 | 140,500 | $154.83 |

**Sales**

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 08/11/2008 | 100 | $255.37 |
| 08/11/2008 | 7,500 | $247.13 |
| 04/01/2011 | 5,900 | $160.84 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

BRITISH COAL STAFF SUPERANNUATION SCHEME ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of May, 2012.

BRITISH COAL STAFF
SUPERANNUATION SCHEME

By: _____

Its: G. C. LANE
CHIEF OPERATING OFFICER

FIRST SOLAR

SCHEDULE A

SECURITIES TRANSACTIONS

Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 09/11/2008 | 1,557 | $199.69 |
| 09/12/2008 | 1,907 | $214.17 |
| 09/15/2008 | 1,000 | $202.44 |
| 09/23/2008 | 574 | $210.89 |
| 09/29/2008 | 1,036 | $184.03 |
| 12/11/2008 | 2,155 | $117.57 |
| 06/26/2009 | 1,677 | $162.02 |
| 06/29/2009 | 2,273 | $158.34 |
| 06/30/2009 | 829 | $157.13 |
| 07/01/2009 | 1,213 | $156.27 |
| 07/02/2009 | 495 | $153.10 |
| 07/06/2009 | 313 | $152.00 |
| 07/23/2009 | 857 | $157.22 |
| 07/31/2009 | 3,596 | $155.52 |
| 08/03/2009 | 1,504 | $156.15 |
| 10/29/2009 | 2,300 | $124.11 |
| 10/29/2009 | 5,626 | $126.39 |
| 10/30/2009 | 844 | $124.12 |
| 10/30/2009 | 4,823 | $125.03 |
| 11/04/2009 | 1,125 | $123.80 |
| 11/05/2009 | 482 | $121.34 |
| 01/19/2011 | 912 | $146.85 |
| 01/19/2011 | 1,247 | $146.75 |
| 01/21/2011 | 505 | $145.63 |
| 01/21/2011 | 1,509 | $146.95 |
| 01/25/2011 | 1,728 | $152.97 |
| 01/26/2011 | 2,132 | $151.11 |
| 01/27/2011 | 659 | $151.83 |
| 01/27/2011 | 2,110 | $152.08 |
| 01/28/2011 | 681 | $148.44 |
| 03/03/2011 | 2,448 | $146.57 |
| 03/04/2011 | 1,565 | $146.94 |
| 03/07/2011 | 1,565 | $144.04 |
| 03/08/2011 | 1,602 | $142.10 |
| 03/09/2011 | 1,527 | $142.88 |
| 03/10/2011 | 1,252 | $139.70 |
| 03/11/2011 | 1,252 | $139.63 |
| 03/16/2011 | 4,400 | $154.96 |

**Sales**

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 09/30/2008 | 574 | $184.03 |
| 12/17/2008 | 2,155 | $133.98 |
| 07/27/2009 | 857 | $171.50 |
| 05/24/2010 | 5,572 | $111.00 |
| 03/31/2011 | 4,400 | $160.84 |

*Opening position of 13,200 shares.