| | |
|---|---|
| 1 | James A. Craft (AZ 005145) |
| | **GAMMAGE & BURNHAM** |
| 2 | Two North Central, 18th Floor |
| | Phoenix, Arizona 85004 |
| 3 | Telephone: (602) 256-0566 |
| | Telecopier: (602) 256-4475 |
| 4 | *Local Counsel for Proposed Lead Plaintiff Global Institutional Investors Group* |
| 5 | Leonard Barrack |
| | Daniel E. Bacine |
| 6 | M. Richard Komins |
| | **BARRACK, RODOS & BACINE** |
| 7 | 3300 Two Commerce Square |
| | 2001 Market Street |
| 8 | Philadelphia, PA  19103 |
| | Telephone: (215) 963-0600 |
| 9 | Telecopier: (215) 963-0838 |
| 10 |    and |
| | Stephen R. Basser (121590) |
| 11 | Samuel M. Ward (216562) |
| | **BARRACK, RODOS & BACINE** |
| 12 | 600 West Broadway, Suite 900 |
| | San Diego, CA  92101 |
| 13 | Telephone:  (619) 230-0800 |
| | Facsimile:  (619) 230-1874 |
| 14 | |
| 15 | James M. Hughes |
| | David P. Abel |
| 16 | **MOTLEY RICE LLC** |
| | 28 Bridgeside Blvd. |
| 17 | Mt. Pleasant, SC 29464 |
| | Telephone:  (843) 216-9000 |
| 18 | Facsimile:  (843) 216-9450 |
| 19 | *Counsel for Proposed Lead Plaintiff Global Institutional Investors Group and Proposed Lead Counsel* |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| MARK SMILOVITS, Individually and on Behalf of All Other Persons Similarly Situated, <br> Plaintiff, <br><br> v. <br><br> FIRST SOLAR, INC., MICHAEL J. AHEARN, ROBERT J. GILLETTE, MARK R. WIDMAR, JENS MEYERHOFF, and JAMES ZHU, <br> Defendants. | Case No.: 2:12-cv-00555-DGC <br><br> CLASS ACTION <br><br> **RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF** |

Seven motions for appointment as lead plaintiff are currently pending before the Court.  Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff."  15 U.S.C. §78u-4(a)(3)(B)(iii).

Here, while County of Oakland Employees' Retirement System, Louisiana Municipal Police Employees' Retirement System, Wiltshire Pension Fund and Erste-Sparinvest Kapitalanlagegesellschaft m.b.H. (collectively, the "Global Institutional Investors Group"), are exactly the type of large institutional investors contemplated by the PSLRA and satisfy the Rule 23 requirements at this stage, the Global Institutional Investors Group does not appear to have the largest financial interest in the relief sought by the class.  Should the Court find that the applicant with the largest financial interest is unwilling or unable to satisfy any of the PSLRA's requirements for appointment as lead plaintiff for any reason, the Global Institutional Investors Group stands ready, willing and able to fulfill that role on behalf of the class.

DATED:  May 23, 2012                                   Respectfully submitted,

                                                 **GAMMAGE & BURNHAM**

                                               <u>/s/ James A. Craft (with permission)</u>
James A. Craft
Two North Central, 18th Floor
Phoenix, Arizona 85004
Telephone: (602) 256-0566
Telecopier: (602) 256-4475

*Local Counsel for Proposed Lead Plaintiff Global Institutional Investors Group*

1 – Response to Competing Motions for Appointment as Lead Plaintiff

| | |
|---|---|
| 1 | Leonard Barrack |
| 2 | Daniel E. Bacine |
| | M. Richard Komins |
| 3 | **BARRACK, RODOS & BACINE** |
| | 3300 Two Commerce Square |
| 4 | 2001 Market Street |
| | Philadelphia, PA  19103 |
| 5 | Telephone: (215) 963-0600 |
| 6 | Telecopier: (215) 963-0838 |
| 7 | and |
| 8 | Stephen R. Basser |
| 9 | Samuel M. Ward |
| | **BARRACK, RODOS & BACINE** |
| 10 | 600 West Broadway, Suite 900 |
| | San Diego, CA  92101 |
| 11 | Telephone:  (619) 230-0800 |
| 12 | Facsimile:  (619) 230-1874 |
| 13 | James M. Hughes |
| | David P. Abel |
| 14 | **MOTLEY RICE LLC** |
| | 28 Bridgeside Blvd. |
| 15 | Mt. Pleasant, SC 29464 |
| 16 | Telephone:  (843) 216-9000 |
| | Facsimile:  (843) 216-9450 |
| 17 | |
| 18 | *Counsel for Proposed Lead Plaintiff* |
| | *Global Institutional Investors Group* |
| 19 | *and Proposed Lead Counsel* |

2 – Response to Competing Motions for Appointment as Lead Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 600 West Broadway, Suite 900, San Diego, California 92101; and that on May 23, 2012, I served a true copy of the attached:

**RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

to the parties listed on the attached Service List by the following means of service:

**BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 23rd day of May, 2012.

/s/ SAMUEL M. WARD
SAMUEL M. WARD