IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, and James Zhu,<br><br>Defendants. | Case No. 2:12-CV-00555-PHX-DGC<br><br>**ORDER GRANTING<br>MOTION TO TRANSFER** |
| Kathleen Morris, Derivatively on Behalf of Nominal Defendant First Solar, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Michael J. Ahearn, Robert J. Gillette, Craig Kennedy, William J. Post, J. Thomas Presby, Michael Sweeney, José H. Villarreal, James F. Nolan and Paul H. Stebbins,<br><br>Defendants,<br><br>-and-<br><br>First Solar, Inc.,<br><br>Nominal Defendant. | Case No.: 2:12-CV-01031-PHX-GMS |

1 | Having considered the motion to transfer filed by Nominal Defendant First Solar, Inc., and Defendants Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, James F. Nolan, Michael Sweeney, J. Thomas Presby, Paul H. Stebbins, Craig Kennedy, José H. Villarreal, and William J. Post, and good cause appearing;

IT IS HEREBY ORDERED that case No. 12-1031-PHX-GMS ("*Morris v. Ahearn*"), is transferred to this Court.

2