1  Jonathan A. Dessaules, SBN 019439
   DESSAULES LAW GROUP
2  2700 North Central Avenue, Suite 1250
   Phoenix, AZ 85004
3  Telephone: (602) 274-5400
   Facsimile: (602) 274-5401
4  jdessaules@dessauleslaw.com

5  Brian J. Robbins
   George C. Aguilar
6  Jay N. Razzouk
   ROBBINS UMEDA LLP
7  600 B Street, Suite 1900
   San Diego, CA 92101
8  Telephone:  (619) 525-3990
   Facsimile:  (619) 525-3991
9  brobbins@robbinsumeda.com
   gaguilar@robbinsumeda.com
10 jrazzouk@robbinsumeda.com

11 [Additional counsel on signature page.]

12 Attorneys for Plaintiff Clifford Tindall

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Smilovits, Individually and on behalf of all other persons similarly situated,<br><br>                    Plaintiff,<br>     v.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, and James Zhu,<br><br>                    Defendants. | Case No.: CV 12-00555-PHX-DGC<br><br>Judge: Honorable Roslyn O. Silver<br><br>**PLAINTIFF CLIFFORD TINDALL'S JOINDER IN SUPPORT OF PLAINTIFF BRITT NEDERHOOD'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER UNDER LOCAL RULE 42.1(a)** |

[Additional captions on next page.]

---

PLAINTIFF CLIFFORD TINDALL'S JOINDER IN SUPPORT OF PLAINTIFF BRITT NEDERHOOD'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER UNDER LOCAL RULE 42.1(a)

| | |
|---|---|
| Clifford Tindall, Derivatively on Behalf of First Solar, Inc., | ) ) ) |
| Plaintiff, | ) ) Case No.: CV 12-00769-PHX-ROS |
| v. | ) ) Judge: Honorable Roslyn O. Silver |
| Michael J. Ahearn, Mark R. Widmar, David Eaglesham, James F. Nolan, Michael Sweeney, J. Thomas Presby, Paul H. Stebbins, Craig Kennedy, José H. Villarreal, William J. Post, Robert J. Gillette, Jens Meyerhoff, James Zhu, and Bruce Sohn, | ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| -and- | ) ) |
| First Solar, Inc., a Delaware corporation, | ) ) |
| Nominal Defendant. | ) ) |
| Britt Nederhood, derivatively on behalf of First Solar, Inc., | ) ) ) |
| Plaintiff, | ) ) Case No.: CV 12-00819-PHX-JWS |
| v. | ) ) Judge: Honorable John W. Sedwick |
| Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Craig Kennedy, James F. Nolan, William J. Post, J. Thomas Presby, Paul H. Stebbins, Michael Sweeney, Jose H. Villarreal, | ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| -and- | ) ) |
| First Solar, Inc., | ) ) |
| Nominal Defendant. | ) ) |

PLAINTIFF CLIFFORD TINDALL'S JOINDER IN SUPPORT OF PLAINTIFF BRITT NEDERHOOD'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER UNDER LOCAL RULE 42.1(a)

1 Plaintiff Clifford Tindall submits this Joinder in Support of Plaintiff Britt Nederhood's Opposition to Defendants' Motion to Transfer Under Local Rule 42.1(a) [Dkt. #44].

On May 15, 2012, Defendants[1] filed a Motion to Transfer ("Motion") in this Court [Dkt. #20],[2] requesting that both the *Tindall* and *Nederhood* Actions be transferred and reassigned to this Court, which is presiding over the related putative securities class action captioned *Smilovits v. First Solar, Inc., et al.*, No. CV 12-00555-PHX-DGC ("Class Action").

Plaintiff Tindall hereby joins in and fully adopts Plaintiff Nederhood's opposition to the Motion. Plaintiff Tindall agrees with Plaintiff Nederhood that a transfer and reassignment of the Derivative Actions to this Court is unnecessary and inappropriate for the reasons expressed in Plaintiff Nederhood's opposition and respectfully requests that the Court deny Defendants' Motion to transfer.

Dated: May 29, 2012

ROBBINS UMEDA LLP

s/George C. Aguilar
GEORGE C. AGUILAR

Brian J. Robbins*
George C. Aguilar*
Jay N. Razzouk*
600 B Street, Suite 1900
San Diego, CA 92101

---

[1] "Defendants" refers to Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, David Eaglesham, James F. Nolan, Michael Sweeney, J. Thomas Presby, Paul H. Stebbins, Craig Kennedy, José H. Villarreal, William J. Post, Bruce Sohn, and nominal defendant First Solar, Inc.

[2] A notice of the Motion was also filed in *Tindall v. Ahearn, et al.*, No. CV 12-00769-PHX-ROX ("*Tindall* Action") [Dkt. #11] and *Nederhood v. Tindall, et al.*, No. CV 12-00819-PHX-JWS (*Nederhood* Action") [Dkt. #5]. The *Tindall* and *Nederhood* Actions are referred to herein collectively as the "Derivative Actions."

- 1 -

PLAINTIFF CLIFFORD TINDALL'S JOINDER IN SUPPORT OF PLAINTIFF BRITT NEDERHOOD'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER UNDER LOCAL RULE 42.1(a)

Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsumeda.com
gaguilar@robbinsumeda.com
jrazzouk@robbinsumeda.com

Jonathan A. Dessaules (SBN 019439)
DESSAULES LAW GROUP
2700 North Central Avenue, Suite 1250
Phoenix, AZ 85004
Telephone: (602) 274-5400
Facsimile: (602) 274-5401
jdessaules@dessauleslaw.com

Willie Briscoe*
THE BRISCOE LAW FIRM, PLLC
8117 Preston Road, Suite 300
Dallas, TX 75225
Telephone: (214) 706-9314
Facsimile: (214) 706-9315
wbriscoe@thebriscoelawfirm.com

Patrick Powers*
POWERS TAYLOR LLP
8150 N. Central Expressway
Suite 1575
Dallas, TX 75206
Telephone: (214) 239-4565
Facsimile: (214) 550-2635
patrick@powerstaylor.com

*admitted *pro hac vice*

*Counsel for Plaintiff Clifford Tindall*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ George C. Aguilar

737965

- 2 -

PLAINTIFF CLIFFORD TINDALL'S JOINDER IN SUPPORT OF PLAINTIFF BRITT NEDERHOOD'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER UNDER LOCAL RULE 42.1(a)