IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

MARK SMILOVITS

    Plaintiff(s)/Petitioner(s),

vs.

FIRST SOLAR, INC., et al.

    Defendant(s)/Respondent(s)

CASE NO: 2:12-cv-00555-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, Daniel S. Drosman, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Mineworkers' Pension Scheme and British Coal Staff Superannuation Scheme.

**City and State of Principal Residence:** San Diego, California
**Firm Name:** Robbins Geller Rudman & Dowd LLP
**Address:** 655 W Broadway    **Suite:** 1900
**City:** San Diego    **State:** CA    **Zip:** 92101
**Firm/Business Phone:** (619) 231-1058
**Firm Fax Phone:** (619) 231-7423    **E-mail Address:** dand@rgrdlaw.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| All New York State Courts | 07/18/1994 | ☑ Yes   ☐ No* |
| Southern District of New York | 10/29/1996 | ☑ Yes   ☐ No* |
| Eastern District of New York | 10/29/1996 | ☑ Yes   ☐ No* |

* Explain: **See attached for additional courts of admission.

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?    ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

5/21/12

_____
**Date**

_____
**Signature of Applicant**

Fee Receipt # _____

(Rev. 04/12)

## ATTACHMENT TO:
## APPLICATION OF ATTORNEY FOR ADMISSION TO PRACTICE PRO HAC VICE FOR DANIEL S. DROSMAN

| Court | Date of Admission | In Good Standing? |
|---|---|---|
| United States Court of Appeals for the Ninth Circuit | 10/30/1997 | Yes |
| Southern District of California | 11/16/1998 | Yes |
| Northern District of California | 09/15/2000 | Yes |
| Central District of California | 05/02/2001 | Yes |
| District of Colorado | 05/07/2001 | Yes |

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA          } ss.

I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

DO HEREBY CERTIFY that Daniel Drosman was duly admitted to practice in said Court on 11/16/1998 and is in good standing as a member of the bar of said Court

Dated at San Diego, CA                                     W. SAMUEL HAMRICK, JR.
                                                                                         Clerk

on May 21, 2012                             By _____
                                                                              Deputy Clerk

# Mailing Information for a Case 2:12-cv-00555-DGC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George C Aguilar**
  gaguilar@robbinsumeda.com,notice@robbinsumeda.com

- **Stephen Richard Basser**
  sbasser@barrack.com

- **Maureen Beyers**
  mbeyers@omlaw.com,ljensen@omlaw.com

- **Willie Briscoe**
  wbriscoe@thebriscoelawfirm.com

- **Jeremy James Christian**
  jjc@tblaw.com,jxw@tblaw.com,sab@tblaw.com

- **Keith Michael Cochran**
  kcochran@cfsblaw.com

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com,mzehel@pomlaw.com

- **Jonathan Adam Dessaules**
  jdessaules@dessauleslaw.com,hpeters@dessauleslaw.com

- **Jordan Eth**
  jeth@mofo.com,adavis@mofo.com,nurbina@mofo.com

- **Bryan Jens Gottfredson**
  Bryan.Gottfredson@sackstierney.com,karen.sorensen@sackstierney.com

- **Salvatore Jo Graziano**
  salvatore@blbglaw.com,errol.hall@blbglaw.com

- **Kevin Richard Hanger**
  khanger@bffb.com,rcreech@bffb.com,nserden@bffb.com

- **Jennifer Lynn Kroll**
  jkroll@martinbonnett.com,jkroll1@cox.net

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Susan Joan Martin**

smartin@martinbonnett.com,tmahabir@martinbonnett.com,mblawfirm@aol.com

- **Patrick Powers**
  patrick@powerstaylor.com

- **Jay N Razzouk**
  jrazzouk@robbinsumeda.com

- **Brian J Robbins**
  brobbins@robbinsumeda.com,notice@robbinsumeda.com,rsalazar@robbinsumeda.com

- **Hart Lawrence Robinovitch**
  AZDocketing@zimmreed.com,stacy.bethea@zimmreed.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Daxton Reese Watson**
  dwatson@mackazlaw.com,bcorpora@mackazlaw.com

- **Anna Erickson White**
  awhite@mofo.com,tvanvoris@mofo.com,avickery@mofo.com

- **Garrett Webster Wotkyns**
  gwotkyns@schneiderwallace.com,efilings@schneiderwallace.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)