Peter S. Linden, Esq.
plinden@kmllp.com
Ira M. Press, Esq.
ipress@kmllp.com
Edward M. Varga, III, Esq.
evarga@kmllp.com
KIRBY MCINERNEY LLP
 825 Third Avenue, 16th Floor
New York, NY  10022
Telephone:  (212) 317-2300

*Lead Counsel for Movant Wayne County*

Jeffrey S. Leonard (No. 003809)
Jeffrey.Leonard@SacksTierney.com
Bryan J. Gottfredson (No. 025140)
Bryan.Gottfredson@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone:  (480) 425-2600

*Local Counsel for Movant Wayne County*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MARK SMILOVITS, individually and on behalf of All Others similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST SOLAR, INC.; MICHAEL J. AHEARN; ROBERT J. GILLETTE; MARK R. WIDMAR; JENS MEYERHOFF; and JAMES ZHU,<br><br>Defendants. | No.  2:12-cv-00555-DGC<br><br>**REPLY OF WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL** |

Seven motions for appointment as lead plaintiff were timely filed with the Court. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

844655.1

1  Wayne County Employees' Retirement System ("Wayne County") acknowledges
2  that among the motions that have not been withdrawn, two of the movants for lead plaintiff,
3  the Mineworkers' Pension Scheme and the New York State Teachers' Retirement System
4  appear to have a larger financial interest in the litigation, than Wayne County.

5  Should the Mineworkers' Pension Scheme and the New York State Teachers'
6  Retirement System both be found inadequate to serve as lead plaintiffs for any reason,
7  Wayne County is willing and able to serve as lead plaintiff in this litigation.

DATED this 8th day of June, 2012.

KIRBY MCINERNEY LLP

By: s/ *Edward M. Varga, III*
    Edward M. Varga, III
    Peter S. Linden
    Ira M. Press
    825 Third Avenue, 16th Floor
    New York, NY  10022
    Telephone:  (212) 317-2300
    *Lead Counsel for Movant Wayne County*

SACKS TIERNEY P.A.
    Jeffrey S. Leonard
    Bryan J. Gottfredson
    4250 N. Drinkwater Blvd., 4th Floor
    Scottsdale, AZ 85251-3693
    Telephone:  (480) 425-2600
    *Local Counsel for Movant Wayne County*

ALLEN BROTHERS, P.L.L.C.
    James Allen, Sr., Esq.
    400 Monroe, Suite 220
    Detroit, MI  48226
    Tel: (313) 962-777
    Fax: (313) 962-0581
    *Additional Counsel for Movant Wayne County*

844655.1

CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

          */s/ Edward M. Varga, III*
Edward M. Varga, III
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
Email: evarga@kmllp.com

# Mailing Information for a Case 2:12-cv-00555-DGC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George C Aguilar**
  gaguilar@robbinsumeda.com,notice@robbinsumeda.com

- **Stephen Richard Basser**
  sbasser@barrack.com

- **Maureen Beyers**
  mbeyers@omlaw.com,ljensen@omlaw.com

- **Willie Briscoe**
  wbriscoe@thebriscoelawfirm.com

- **Luke Brooks**
  lukeb@rgrdlaw.com

- **Jeremy James Christian**
  jjc@tblaw.com,jxw@tblaw.com,sab@tblaw.com

- **Keith Michael Cochran**
  kcochran@cfsblaw.com

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com,mzehel@pomlaw.com

- **Jonathan Adam Dessaules**
  jdessaules@dessauleslaw.com,hpeters@dessauleslaw.com

- **Michael J Dowd**
  miked@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel S Drosman**
  ddrosman@csgrr.com,tholindrake@csgrr.com

- **Jordan Eth**
  jeth@mofo.com,adavis@mofo.com,nurbina@mofo.com

- **Jason A Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Richard W Gonnello**
  rgonnello@faruqilaw.com

- **Bryan Jens Gottfredson**
  Bryan.Gottfredson@sackstierney.com,karen.sorensen@sackstierney.com

- **Salvatore Jo Graziano**
  salvatore@blbglaw.com,errol.hall@blbglaw.com

- **Joseph P Guglielmo**
  jguglielmo@scott-scott.com

- **Kevin Richard Hanger**
  khanger@bffb.com,rcreech@bffb.com,nserden@bffb.com

- **Jennifer Lynn Kroll**
  jkroll@martinbonnett.com,jkroll1@cox.net

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Peter S Linden**
  plinden@kmllp.com

- **Susan Joan Martin**
  smartin@martinbonnett.com,tmahabir@martinbonnett.com,mblawfirm@aol.com

- **Michael Craig McKay**
  mmckay@schneiderwallace.com,efilings@schneiderwallace.com,egallegos@schneiderwallace.com

- **Danielle S Myers**
  danim@rgrdlaw.com

- **Patrick Powers**
  patrick@powerstaylor.com,sarah@powerstaylor.com

- **Ira Michael Press**
  ipress@kmllp.com

- **Jay N Razzouk**
  jrazzouk@robbinsumeda.com

- **Brian J Robbins**
  brobbins@robbinsumeda.com,notice@robbinsumeda.com,rsalazar@robbinsumeda.com

- **Hart Lawrence Robinovitch**
  AZDocketing@zimmreed.com,stacy.bethea@zimmreed.com

- **David R Scott**
  drscott@scott-scott.com,efile@scott-scott.com

- **Mark Solomon**
  marks@rgrdlaw.com

- **Edward M Varga , III**
  evarga@kmllp.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Daxton Reese Watson**
  dwatson@mackazlaw.com,bcorpora@mackazlaw.com

- **Anna Erickson White**
  awhite@mofo.com,tvanvoris@mofo.com,avickery@mofo.com

- **Garrett Webster Wotkyns**
  gwotkyns@schneiderwallace.com,efilings@schneiderwallace.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)