IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, and James Zhu,<br><br>Defendants. | Case No. 2:12-CV-00555-PHX-DGC<br><br>**ORDER GRANTING<br>MOTION TO TRANSFER** |
| Clifford Tindall, Derivatively on Behalf of First Solar, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Michael J. Ahearn, Mark R. Widmar, David Eaglesham, James F. Nolan, Michael Sweeney, J. Thomas Presby, Paul H. Stebbins, Craig Kennedy, José H. Villarreal, William J. Post, Robert J. Gillette, Jens Meyerhoff, James Zhu, and Bruce Sohn,<br><br>Defendants,<br><br>-and-<br><br>First Solar, Inc., a Delaware corporation,<br><br>Nominal Defendant. | Case No.: 2:12-CV-00769-PHX-ROS |

| | |
|---|---|
| 1  Britt Nederhood, derivatively on behalf of First Solar, Inc., | Case No.: 2:12-CV-00819-PHX-JWS |
| 2 | |
| 3  Plaintiff, | |
| 4  v. | |
| 5  Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Craig Kennedy, James F. Nolan, William J. Post, J. Thomas Presby, Paul H. Stebbins, Michael Sweeney, Jose H. Villarreal, | |
| 6 | |
| 7 | |
| 8 | |
| 9  Defendants, | |
| 10 | |
| 11  -and- | |
| 12  First Solar, Inc., | |
| 13  Nominal Defendant. | |
| 14  Kathleen Morris, Derivatively on Behalf of Nominal Defendant First Solar, Inc., | Case No.: 2:12-CV-01031-PHX-JAT |
| 15 | |
| 16      Plaintiff, | |
| 17  v. | |
| 18  Michael J. Ahearn, Robert J. Gillette, Craig Kennedy, William J. Post, J. Thomas Presby, Michael Sweeney, José H. Villarreal, James F. Nolan and Paul H. Stebbins, | |
| 19 | |
| 20 | |
| 21 | |
| 22      Defendants, | |
| 23  -and- | |
| 24  First Solar, Inc., | |
| 25      Nominal Defendant. | |
| 26 | |
| 27 | |
| 28 | |

4243685

|  |  |
|---|---|
| Eng Kwang Tan and Eric Feigin, Derivatively on Behalf of Nominal Defendant First Solar, Inc.,<br><br>            Plaintiff,<br>v.<br><br>Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Craig Kennedy, James F. Nolan, William J. Post, J. Thomas Presby, Paul H. Stebbins, Michael Sweeney, José H. Villarreal,<br><br>            Defendants,<br><br>-and-<br><br>First Solar, Inc.,<br><br>            Nominal Defendant. | Case No.: 2:12-CV-01144-PHX-NVW |

   Having considered the motion to transfer filed by Nominal Defendant First Solar, Inc., and Defendants Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Craig Kennedy, James F. Nolan, William J. Post, J. Thomas Presby, Paul H. Stebbins, Michael Sweeney, José H. Villarreal, Bruce Sohn, and good cause appearing;

   IT IS HEREBY ORDERED that Case Nos.: 2:12-CV-00769-PHX-ROS ("*Tindall v. Ahearn*"), 2:12-CV-00819-PHX-JWS ("*Nederhood v. Ahearn*"), 2:12-CV-01031-PHX-JAT ("*Morris v. Ahearn*"), and 2:12-CV-01144-PHX-NVW ("*Tan v. Ahearn*") are transferred to this Court.