# EXHIBIT F

1

2

3

4

5

6    **IN THE UNITED STATES DISTRICT COURT**

7    **FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| Douglas N. Gaer, individually and on behalf of all other similarly situated stockholders, | No. CV-10-1735-PHX-GMS |
| Plaintiff, | **ORDER CONSOLIDATING CASES, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFFS' SELECTION OF COUNSEL** |
| v. | |
| Apollo Group, Inc.; John Sperling; Gregory W. Cappelli; Charles B. Edelstein; Gregory J. Iverson; Joseph L. D'Amico; and Brian L. Swartz, | |
| Defendants. | |
| John T. Fitch, individually and on behalf of all other similarly situated stockholders, | No. CV-10-2044-PHX-FJM |
| Plaintiff, | |
| v. | |
| Apollo Group, Inc.; John Sperling; Gregory W. Cappelli; Charles B. Edelstein; Gregory J. Iverson; Joseph L. D'Amico; and Brian L. Swartz, | |
| Defendants. | |
| Robert Roth, individually and on behalf of all other similarly situated stockholders, | No. CV-10-2121-PHX-ROS |
| Plaintiff, | |
| v. | |
| Apollo Group, Inc.; John Sperling; Gregory W. Cappelli; Charles B. Edelstein; Gregory J. Iverson; Joseph L. D'Amico; Brian L. Swartz; Brian Mueller; Terri C. Bishop; and Peter V. | |

1    Sperling,

2                                    Defendants.

3

4         THIS COURT having considered (a) the Motion of Oregon Public Employees

5    Retirement Fund ("OPERF"), the Mineworkers' Pension Scheme ("MPS") and

6    Amalgamated Bank[1] (collectively referred to as the "Apollo Institutional Investor

7    Group") for (1) Consolidation of the Related Cases; (2) Appointment of the

8    Institutional Investor Group as Lead Plaintiffs pursuant to Section 21D(a)(3)(B) of the

9    Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as

10   amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995 (the

11   "PSLRA"); and for (3) Approval of the law firms of Grant & Eisenhofer P.A. as Lead

12   Counsel and Tiffany & Bosco, P.A. as Local Counsel for the Class; (b) the

13   Memorandum of Law; and (c) the Declaration of Jeff A. Almeida, in support thereof,

14   and good cause appearing,

15        **IT IS HEREBY ORDERED** granting the Motion (Doc. 19) as follows**:**

16        1.    The actions *Gaer v. Apollo Group, Inc., et al.*, No. CV-10-1735-PHX-

17   GMS; *Fitch v. Apollo Group, Inc., et al.,* No. CV-10-2044-PHX-FJM; and *Roth v.*

18   *Apollo Group, Inc., et al.,* No. CV-10-2121-PHX-ROS (collectively, the "Related

19   Cases") are hereby consolidated, with No. CV-10-1735-PHX-GMS as the lead case;

20        2.    OPERF, MPS and Amalgamated Bank are hereby appointed Co-Lead

21   Plaintiffs pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934; and

22        3.    The law firms of Grant & Eisenhofer P.A. is appointed Lead Counsel and

23   Tiffany & Bosco, P.A. is appointed Local Counsel for the Class.

24   / / /

25   / / /

26

27   ---------

28   [1] Amalgamated Bank moves in its capacity as Trustee for the LongView LargeCap 500
     Index Fund, the LongView LargeCap 500 Index VEBA Fund, the LongView
     Quantitative LargeCap Fund, and the LongView Quantitative LargeCap VEBA Fund.

4.     The caption of the consolidated case shall hereafter be and the Clerk of the Court is directed to change the short caption on the docket as follows:

| | |
|---|---|
| In re Apollo Group, Inc. Securities Litigation | Lead Case No. CV-10-1735-PHX-GMS<br><br>Consolidated With:<br>No. CV-10-2044-PHX-GMS<br>No. CV-10-2121-PHX-GMS |

Dated this 23rd day of November, 2010.

_____
G. Murray Snow
United States District Judge