# EXHIBIT I

April 13, 2011

# First Solar PV Modules Now Available for 10-30 kW Commercial Solar Power Systems

MAINZ, Germany – 13 April 2011 – First Solar, Inc. (Nasdaq: FSLR) today announced the availability of its industry-leading, thin-film photovoltaic (PV) modules for use in 10-30 kilowatt (kW) PV systems, effective immediately.

Since its market debut in 2002, First Solar and its business partners have focused on commercial PV systems larger than 30 kW (DC). With the introduction of the latest, high-efficiency, First Solar Series 3 modules, as well as increasing demand for commercial systems below 30kW, First Solar is responding to customer demand by serving this growing market segment.

"Commercial rooftops in the 10-30kW range represent a multi-gigawatt market globally," said TK Kallenbach, President of First Solar's Components Business Group. "This expansion gives our customers additional flexibility to serve smaller and medium-sized commercial and industrial rooftops. It is a natural extension of our thin film module capability and allows our customers to continue to learn and apply innovative technology and installation techniques to a growing market."

"We believe that the combination of economic and environmental attributes of First Solar modules will prove just as attractive to customers of 10-30kW PV systems as they have to customers of bigger systems," added Stephan Hansen, managing director of First Solar GmbH, the company's European sales and marketing organization. "This offering is open both to existing First Solar customers and to new customers."

More than 3 GW of First Solar modules are already installed world-wide, providing clean, affordable solar electricity to a broad variety of businesses, organizations, and individuals while displacing more than 1.5 million metric tons of $CO_2$ emissions a year. About one-third are installed in commercial rooftop systems. Typical 10-30kW PV systems installed consist of 125-375 First Solar PV modules, require 90-270 square meters of roof space and displace 4-12 metric tons $CO_2$ per year.

Solar systems using First Solar PV modules typically have high annual energy yields under real-world conditions, producing more energy than competing systems with the same power rating. First Solar modules also offer superior environmental benefits, including an industry-leading carbon footprint and a prefunded module collection and recycling program that enables the recycling of all First Solar modules at no additional cost.

First Solar does not sell directly to the public. A list of business partners that are authorized to sell First Solar PV modules as well as design, install, and sell systems using First Solar PV modules can be found at http://www.firstsolar.com/en/developers_integrators.php.

About First Solar

First Solar manufactures solar modules with an advanced semiconductor technology, and is a premier provider of comprehensive photovoltaic (PV) system solutions. The company is delivering an economically viable alternative to fossil-fuel generation today. From raw material sourcing through end-of-life collection and recycling, First Solar is focused on creating value-driven, renewable energy solutions that protect and enhance the environment. For more information about First Solar, please visit www.firstsolar.com.

For First Solar Investors:

This release contains forward-looking statements which are made pursuant to the safe harbor provisions of Section 21E of the Securities Exchange Act of 1934. The forward-looking statements in this release do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially, including risks associated with the company's business involving the company's products, their development and distribution, economic and competitive factors and the company's key strategic relationships and other risks detailed in the company's filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this press release or with respect to the announcements described herein.

Media inquiries:

First Solar - (Europe)
Brandon Mitchener or Sebastian Fasbender
+49 (6131) 1443-399
media-emea@firstsolar.com

Investors:

Larry Polizzotto
Pam Hegarty
602-414-9215
phegarty@firstsolar.com

All other inquiries: