# EXHIBIT A

PrintClose

Go to Professional Pensions Online homepage

# Class actions 'ethically wrong' – NAPF Conference 2010

Professional Pensions | 08 Oct 2010 | 11:37

By Sebastian Cheek

Categories: Investment

Participating in US group class action is "ethically wrong", a trustee chairman told delegates.

British Coal Staff Superannuation Scheme trustee chairman Philip Read said he had a "fundamental problem" with group class action cases in the US because it is "stealing from shareholders".

Read said there is a difference between the risk shareholders take on knowingly as part of the investing process, and concealed risk - such as fraudulent activity - in which case it is absolutely right to punish any wrong doing.

Speaking about class actions, he said: "Show me the long-term value as investors? If I was a pensioner I'd be a tad miffed."

Lloyds Banking Group pensions director Stuart Stephen also questioned how clients would react if scheme trustees decide to sue their investment managers and how this might affect a company's reputation.

He added, while it is seen as "money for nothing" and trustees might feel a fiduciary duty to scheme members, culturally the UK is not ready for class actions noting he had not seen any enthusiasm from trustees in this area.

DMGT Pensions chief investment officer Mike Weston said his fund had recovered some £800,000 from 32 separate companies in the last two years - although this money was collected through the fund's custodian.

Weston said he was "torn" between taking money on offer in a class action case and being a long-term owner of US equity. "What earns more for the scheme, staying invested or participating in a class action?

"I hope it does not develop too far and become a distraction. I would prefer to stay invested."

However, Pomerantz senior partner Marc Gross urged more public UK pension funds to step to the forefront of class actions as they are in the US - despite a recent "earthquake" decision in the US that states if shares are bought abroad then a company cannot pursue a claim in the US courts.

Gross also said companies should be taking action to secure recovery in the BP case. "Hitting people in the

6/6/12                                                              Professional Pensions

pocket gets the message across," he said.

PrintClose
© Incisive Media Investments Limited 2010, Published by Incisive Financial Publishing Limited, Haymarket House, 28-29 Haymarket, London SW1Y 4RX, are companies registered in England and Wales with company registration numbers 04252091 & 04252093.