# EXHIBIT B

# MINEWORKERS' PENSION SCHEME



# Report & Accounts 2005

new owner, the contract should for the moment remain in its present form. It is envisaged that renewing or re-tendering of this contract will take place during 2007.

**Coal Pension Trustees Services Limited**

Coal Pension Trustees Services Limited (CPT), a company owned jointly by Trustees of the Mineworkers' Pension Scheme Limited and Coal Staff Superannuation Scheme Trustees Limited, provides the Scheme with secretariat, policy advice, scheme accounting, investment monitoring and internal audit services. CPT is also responsible for replying to questions concerning the provisions of the Scheme and deals with correspondence addressed to the Scheme's Trustee and to members of the Committee of Management. The CPT appraisal system includes a review of training needs. In excess of 6% of staff time is spent on training each year. By profession, the staff includes an actuary, six accountants and four fellows or associates of the Pensions Management Institute.

Four members of the Committee of Management sit on the Board of Directors of CPT. The Board met twice during the year.

**DTI changes**

The Government has implemented a European Directive covering institutions for retirement provision. Although the Scheme is exempt from the majority of the provisions, the DTI was obliged to give up its powers to obtain systematic prior notification of investment decisions and to control the appointment of certain investment managers. After deliberation, they determined that the appropriate course of action would be to remove the provisions of the Scheme which enabled them to override Trustee investment decisions and to require approval of investment managers.

The rules were duly amended with effect from 1 August 2005. Other parts of the Directive have been implemented by regulations which require the Trustees to take investment decisions in the best interests of Scheme members and others receiving retirement benefits.

The DTI retains certain other powers under the Scheme, notably the power to approve the use of surplus to improve member benefits by bonuses.

The DTI also concluded that it should no longer appoint a civil servant as a trustee and that they should transfer the power to appoint trustees to the Committee. The Committee will also select its own chairman and the chairmen of its sub-committees in future, but the appointment of the Scheme Chairman and the chairman of the Investment Sub-committee will require approval by the DTI.

Ann Taylor stepped down as a Trustee on 21 September. The Committee wishes to put on record its appreciation of the work carried out by Mrs Taylor during her period of appointment.

**Amendments to the Scheme and Rules**

The power to amend the Scheme and Rules lies with the DTI, subject to prior consultation with the Committee.

During the year, Rule amendments were made to give effect to changes to the Scheme arising from the Directive. As explained previously, most of the remaining powers of the DTI were retained although some relatively minor powers were transferred to the Committee. The detailed amendment is available on application to the Scheme Secretary.

After consulting the Committee, the changes to the Rules were made by the DTI.

A number of changes to the Trustee Company's Articles of Association were made with effect from 23 September 2005, some as a consequence of the above amendments. These changes also included an amendment to the procedures for the election of Pensioner Representative Trustees, confirming the rights of reinstated members, who had previously transferred out of the Scheme and, of former spouses, where a pension sharing order had been taken out, to be part of the electorate and to stand as a Trustee.

An Extraordinary General Meeting of the Trustee Company unanimously approved the changes.

**Communication with Members**

During the year, two editions of the Scheme's newsletter, Pensions Newsline, were published and sent to members' home addresses. A version of each newsletter was made available on audio tape and compact disc for members with impaired vision.

Deferred members can request a statement of their entitlement at any time. Benefit statements were sent to all deferred members in Autumn 2003 to reflect the changes agreed following the outcome of the 2002 actuarial valuation. A further statement is planned for autumn 2006, following the outcome of the valuation as at 30 September 2005.