# EXHIBIT C

# British Coal Staff Superannuation Scheme
## Report and Accounts 2005/2006





## Report of the Committee of Management

The **Absolute Return Sub-committee** is responsible for the selection, appointment and monitoring of all private equity managers of the Scheme. It also considers the proportion of the Scheme's assets which might be invested in alternative assets and selects the managers for these. Alternative assets are broadly those investment opportunities not already used by the Scheme, including corporate governance funds.

Some of the monitoring responsibilities of the Investment Sub-committee and the Absolute Return Sub-committee are further delegated to an investment risk group comprising two employees from CPT and two from Watson Wyatt. The risk group monitors performance, risk, people, process, and business of investment managers and reports to the Investment Sub-committee.

The Absolute Return Sub-committee met three times during the year and all members attended all meetings.

### Remuneration

Members of the Committee are entitled to remuneration for the work they undertake for the Scheme. The rates of remuneration are set by the Secretary of State for Trade and Industry. During the Scheme year to 31 March 2006 they were £25,000 a year for the Chairman and £10,000 a year for other members of the Committee. From 1 April 2006 these have increased to £35,000 and £13,000 a year respectively. The payments made in respect of Roger Dennis and Philip Read were made to their respective employers.

### Appointments

A list of the key appointments made by the Committee is on page 3. All of these appointments are periodically reviewed by the Committee.

### Coal Pension Trustees Services Limited

Coal Pension Trustees Services Limited (CPT), a company owned jointly by the Scheme and the Mineworkers' Pension Scheme (MPS), provides the Scheme with secretariat, policy advice, Scheme accounting, investment monitoring and implementation and audit services.

CPT is also responsible for replying to questions which concern the provisions of the Scheme, and deals with correspondence addressed to the members of the Committee of Management.

It is vital that the staff at CPT have up to date knowledge and skills and are professional. The CPT appraisal system includes a review of training needs. A minimum of 6% of staff time is spent on training each year. By profession the staff includes an actuary, five accountants and four Fellows or Associates of the Pensions Management Institute.

Four members of the Committee sit on the Board of CPT. As at 31 March 2006 these were Sheila Gleig, Bob Chappell, Ray Proctor and Stuart Jukes.

The Board met twice during the year and all members attended both meetings.

### DTI Changes

The Government has implemented a European Directive covering institutions for retirement provision. Although the Scheme is exempt from the majority of the provisions, the DTI was obliged to give up its powers to obtain systematic prior notification of investment decisions and to control the appointment of certain investment managers. After deliberation, it determined that the appropriate course of action would be to remove the provisions of the Scheme which enabled it to override trustee investment decisions and required it to approve the appointment of investment managers.

The Rules were duly amended with effect from 23 September 2005. Other parts of the Directive have been implemented by regulations which require the trustees to take investment decisions in the best interests of Scheme members and others receiving retirement benefits.

The DTI retains certain other powers under the Scheme, notably the power to approve the use of surplus to improve member benefits by bonuses.

The DTI also concluded that it should no longer appoint a civil servant as a trustee and that it should transfer the power to appoint trustees to the Committee itself. The Committee will also select its own Chairman and the Chairmen of its sub-committees in future, but the appointment of the Scheme Chairman and Chairman of the Investment Sub-committee will require approval of the DTI.

As reported earlier, Ann Taylor stepped down as a trustee on 21 September 2005.