Richard G. Himelrick (# 004738)
(rgh@tblaw.com)
J. James Christian (# 023614)
(jjc@tblaw.com)
TIFFANY & BOSCO P.A.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, AZ 85016-9240
Tel: (602) 255-6000
Fax: (602) 255-0103
*Local Counsel for Plaintiff NYSTRS*

Salvatore Graziano
(salvatore@blbglaw.com)
Gerald H. Silk
(jerry@blbglaw.com)
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
*Counsel for Plaintiff NYSTRS and
Proposed Lead Counsel for the Class*

IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF ARIZONA

| | |
|---|---|
| MARK SMILOVITS, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST SOLAR, INC., MICHAEL J. AHEARN, ROBERT J. GILLETTE, MARK R. WIDMAR, JENS MEYERHOFF, and JAMES ZHU,<br><br>Defendants. | Case No. 2:12-cv-00555-DGC<br><br>DECLARATION OF J. JAMES CHRISTIAN IN SUPPORT OF THE REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE NEW YORK STATE TEACHERS' RETIREMENT SYSTEM'S MOTION FOR LEAD PLAINTIFF<br>_____<br><br>ECF FILED |

I, J. James Christian, declare as follows:

1. I am a member in good standing of the bar of the State of Arizona and this Court. I am an associate in the law firm of Tiffany & Bosco P.A ("Tiffany & Bosco"). I submit this declaration in support of the Motion filed by the New York State Teachers' Retirement System ("NYSTRS") for appointment as Lead Plaintiff and approval of its selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the Class and Tiffany & Bosco as Local Counsel.

2. Attached as Exhibits A through C are true and correct copies of the following documents:

Exhibit A:   Portions of the Mineworkers' Pension Scheme "Handbook for Members."

Exhibit B:   The webpage http://www.bcsss-pension.org.uk/trustees.htm, last visited June 11, 2012.

Exhibit C:   Portions of The Mineworkers' Pension scheme (Modification) Regulations 1994, 1994 No. 2577.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of June, 2012.

                          */s/ J. James Christian*
                           J. James Christian

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I will mail the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ J. James Christian*
J. James Christian