# EXHIBIT A

# MINEWORKERS' PENSION SCHEME



## Handbook for Members

# Trustees and Scheme Management



This section explains how the Scheme is run, the duties of the Trustees and the arrangements for management of the Scheme.

## The Committee of Management

Trustees of the Mineworkers' Pension Scheme Limited (TMPSL) is a trustee company, whose ten directors are responsible for managing the Scheme. They form the Scheme's Committee of Management. (For ease of reference in this Handbook, members of the Committee of Management are usually referred to as "the Trustees").

## Appointment of Trustees

Of the ten members of the Committee, five are appointed, and may be removed, by the Committee. A Nomination Group proposes recommendations to the Committee for these five Trustees, from whom are drawn the Chairman and the Chairmen of the Sub-committees. The appointment of the Scheme Chairman and the Chairman of the Investment Sub-committee require the consent of the Guarantor.

## Trustee Elections

The remaining five members of the Committee are Pensioner Representatives elected by Scheme members from five geographical constituencies. All pensioners and deferred pensioners on the Scheme's electoral register have the right to stand for election and to vote in the constituency where they live. Outgoing Pensioner Representative Trustees who were Union Representatives at October 1994 may also stand for re-election. The period of office for Pensioner Representatives is five years. Each constituency holds an election in turn.



**The five constituencies are:**

- Yorkshire and North Lincolnshire;
- Central & Southern England & South Wales;
- North East England & Overseas;
- Scotland, North West England & North Wales; and
- Derbyshire, Nottinghamshire & Lincolnshire

All Trustees are entitled to receive payment for their work as members of the Committee. The rate of remuneration is set by the Guarantor. Their remuneration is reported annually in the Scheme's Report and Accounts.

Each Trustee has a duty to consider the interests of every member and beneficiary of the Scheme. They have a duty to represent the interests of pensioners and deferred members equally, regardless of whether they were appointed or elected. Elected Trustees are unable to treat members in their constituency in a more favourable way to those in any of the other constituencies.



19

# EXHIBIT B

# About Your Scheme

**The Trustees**

- The Committee of Management
- The Role of the Trustees
- Trustees appointed by the Committee
- Trustees elected as Pensioner Representatives by members
- Sub-committees of the Trustee

 BACK

**The Committee of Management**

The Scheme operates as a pension trust and responsibility for its management lies with the Scheme's Trustee. The Trustee is Coal Staff Superannuation Scheme Trustees Limited (CSSTL). The eight directors of CSSTL form the Scheme's Committee of Management. Four members of the Committee are appointed by the Committee itself and four are Pensioner Representatives elected by Scheme members from four geographical constituencies.

The period of office for Pensioner Representatives is four years with one election each year in consecutive constituencies.

The process for the appointment of new Committee members who are not Pensioner Representatives is now set into the trustee company's Articles of Association. Broadly speaking, a position will be advertised in the pensions press, and a Nomination Committee comprising the Scheme Chairman, one other appointed trustee and two Pensioner Representatives is formed. This Nomination Committee will look for a candidate whose skills complement the Committee of Management and hence make the Committee the most effective. The Nomination Committee would then interview a number of candidates and recommend a single candidate to the full Committee of Management. The Committee as a whole will review the recommended candidate and make the final appointment.

The appointment of the Chairman of the Committee of Management and the Chairman of the Investment Sub-committee is subject to the approval of the Scheme's Guarantor, the Department for Trade and Industry (now the Department of Energy and Climate Change (DECC)). The Trustees are paid for their work as members of the Committee. Details of the fees payable are contained in the Scheme's Annual Report and Accounts.

DECC will still set the terms of the appointment – although we expect these will be in general rather than specifically for each appointment. These would cover the maximum period of each term of appointment, normally three years for appointed trustees, and the rate of remuneration, although the Committee will be consulted and will be able to determine the rate of remuneration of the Committee Chairman and the Chairman of the Investment Sub-committee. Both the DECC and the Committee will have the right to remove a trustee in certain circumstances.



TO TOP

**The Role of the Trustees**

For convenience, members of the Committee of Management are usually referred to as "the Trustees". Regardless of whether Trustees are appointed or elected, each of them has a duty to consider the interests of all members and beneficiaries. They do not represent the interests of pensioners, deferred members or indeed the Guarantor to any extent greater than other interests in the Scheme.

# EXHIBIT C

legislation.gov.uk

The National Archives

Help   Site Map   Accessibility   Contact Us

Home   About Us   Browse Legislation   New Legislation   Changes to Legislation   Search Legislation

Title: [ ]   Year: [ ]   Number: [ ]   Type: [All Legislation (excluding draft)]   Search

Advanced Search

# The Mineworkers' Pension Scheme (Modification) Regulations 1994

1994 No. 2577    Whole Instrument

Table of Contents   Content

Previous   Next   Plain View   Print Options

**Status:** This is the original version (as it was originally made). UK Statutory Instruments are not carried in their revised form on this site.

S T A T U T O R Y   I N S T R U M E N T S

**1994 No. 2577**

COAL INDUSTRY

The Mineworkers' Pension Scheme (Modification) Regulations 1994

| | |
|---|---|
| *Made* | *4th October 1994* |
| *Laid before Parliament* | *7th October 1994* |
| *Coming into force* | *31st October 1994* |

The Secretary of State, in exercise of the powers conferred on him by section 22(1) of, and paragraph 2(1), (2), (3), (4), (5), (6), (7,) (8) and (11) and paragraph 5(1) and (2) of Schedule 5 to, the Coal Industry Act 1994(1) and of all other enabling powers, after consulting, in accordance with paragraph 2(13) of Schedule 5 to that Act, with the British Coal Corporation and the trustees of the Mineworkers' Pension Scheme, hereby makes the following Regulations—

**Citation and Commencement**

1. These Regulations may be cited as the Mineworkers' Pension Scheme (Modification) Regulations 1994 and shall come into force on 31st October 1994.

**Interpretation**

2. In these Regulations

"the 1946 Act" means the Coal Industry Nationalisation Act 1946(2);

"the 1994 Act" means the Coal Industry Act 1994;

"the Scheme" means the Mineworkers' Pension Scheme which was established under the Coal Industry Nationalisation (Superannuation) Regulations 1950(3) made under section 37 of the 1946 Act on 1 January 1952 by a resolution of 25 October 1951 of the National Coal Board and which was amended by subsequent resolutions of that Board the name of which was changed to the British Coal Corporation by section 1(1) of the Coal Industry Act 1987(4).

**Continuance in Force of the Scheme**

3. The Scheme, being an existing scheme within the meaning of Schedule 5 to the 1994 Act, shall continue in force notwithstanding the repeal by the 1994 Act of section 37 of the 1946 Act and of the enactments modifying that section.

**Modification of the Scheme**

4. The Scheme shall be modified so as to have effect as set out in the Schedule hereto by the omission of the provisions thereof which are crossed out in that Schedule and the insertion of the provisions which appear therein in italics.

*Tim Eggar*
Minister for Industry and Energy,
Department of Trade and Industry

4th October 1994

| | | |
|---|---|---|
| (2) (a) New employees of Employers | | Provided also that sub-paragraphs (i) and (iii) of the said proviso shall not apply to Small Mine Licensees or Subsidiaries of the British Coal Corporation. |

(subject to the exceptions mentioned in sub-paragraph (b) of this paragraph) shall not be eligible for membership of the Scheme *without the consent of (before the Guarantee Date)* without the consent of the Committee of Management *or (on and after the Guarantee Date) the Committee of Management and the Guarantor)* Provided that the Committee of Management shall not be entitled to give their consent unless the Actuary gives an opinion to the effect that the admission of such new employees to the Scheme on the terms proposed is unlikely within the following five years to prejudice significantly the rights or interests of any person already a member at the date of such admission.

  (b) The following categories of new employees shall be excluded from the provisions of sub-paragraph (a) of this paragraph:

    (i) new employees of the British Coal Corporation and of any Employer which at the time of the new employee accepting employment is a Subsidiary of the British Coal Corporation;

    (ii) new employees of the Principal Employer other than the British Coal Corporation who accept employment in the ordinary course of that part of its business which such Principal Employer shall have acquired from the British Coal Corporation; and

    (iii) new employees of any other Employer who accept employment in the ordinary course of that Employer's business.

(3) *After the Closure Date the powers of admission of Employers and new Members under this Clause 4A shall cease.*

**CONSTITUTION OF FUNDS**

 5.—(1) With effect from 1st October 1974 the monies of the Scheme shall constitute the Mineworkers' Pension Fund, hereinafter called "the Pension Fund".

 (2) With effect from 6th April 1975 the members for the time being of the committee of management shall, subject as hereinafter provided, be the trustees of the Scheme and of its monies.

 5A.—(1) *With effect from the Guarantee Date the Guarantor shall have power subject to paragraphs (2) and (3) of this Clause exercisable by notice in writing (sent to the person to be appointed) signed on behalf of the Guarantor and having effect from the date specified in such notice to appoint a new trustee of the Scheme and of the Pension Fund in place of any trustee who ceases to be a trustee and the Guarantor shall also have power exercisable in like manner to remove a trustee of the Scheme and of the Pension Fund from office.*

 (2) *With effect from the Guarantee Date the Guarantor will appoint Mineworkers' Pension Scheme Trustees Limited or such other person as shall be appointed by the Guarantor under the power mentioned in paragraph (1) of this Clause as sole trustee of the Scheme and the Pension Fund.*

 (3) *In the event of Mineworkers' Pension Scheme Trustees Limited or any other trustee appointed in accordance with paragraph (1) of this Clause ceasing after the Guarantee Date for any reason to be the trustee of the Scheme and of the Pension Fund, the Guarantor shall forthwith appoint a new trustee or trustees of the Scheme and of the Pension Fund comprising either:—*

    (i) *a new corporate trustee whose Articles of Association would be in a form corresponding as closely as possible to those of Mineworkers' Pension Scheme Trustees Limited at the time it ceases to be a trustee and would provide for the appointment of a committee of management consisting of ten persons, of whom five would be appointed by and would be subject to removal by the Guarantor, and five would be appointed by and would be subject to removal in accordance with rules to be agreed between the Guarantor and such organisations as represented substantial proportions of the classes of the employees and former employees of the Principal Employer who are Members of the Scheme Provided that*

      (a) *in the event that it is not possible to agree such rules or there is a dispute as to which organisations represent substantial proportions of the classes of the Principal Employer's employees who were Members of the Scheme the matter shall be referred to a single Arbitrator to be named by the President for the time being of the Law Society. The Arbitrator so named shall have all the powers conferred on Arbitrators by the Arbitration Acts 1950 and 1979;*

      (b) *With effect from 1st October 1995 two of the persons appointed by organisations referred to above (one from each organisation) shall (subject to the appointment of replacements) cease to be members of the committee of management and shall be replaced by two persons elected to represent the members of the Scheme in accordance with procedures identical to those set out in the Appendix to the Articles of Association of Mineworkers' Pension Scheme Trustees Limited;*

      (c) *With effect from 1st April 1996 the remaining three persons appointed by the organisations referred to above shall (subject to the appointment of replacements) cease to be members of the committee of management and shall be replaced by three persons elected to represent the members of the Scheme in accordance with the procedures identical to those set out in the Appendix to the Articles of Association of Mineworkers' Pension Scheme Trustees Limited; or*

    (ii) *ten individual trustees the selection appointment and removal of whom would be carried out in a manner corresponding to that referred to in (i) above in respect of the committee of management of a new corporate trustee.*

 (4) *With effect from the Guarantee Date the Guarantor shall appoint the Chairman of the Committee of Management and the Chairman so appointed shall have, in the case of an equality of votes, a second or casting vote. Provided that any person appointed as Chairman may not be a Crown Servant or a member of the Scheme and will only be appointed by the Guarantor after consultation with the Committee of Management.*

 (5) *With effect from the Guarantee Date:—*

    (i) *All powers expressed by the Scheme, in whatever terms, to be vested in, conferred on or exercisable or to be exercised by the Committee of Management shall be vested in the Trustee;*

    (ii) *Such powers and all other powers vested in, conferred on or exercisable or to be exercised by the Trustee under or by virtue of the Scheme shall be exercised by it and on its behalf by and through the Committee of Management in their capacity as the Committee of the Trustee within the meaning of the Articles of Association of the Trustee (hereinafter called "the Articles") or any other person or body of persons required, authorised or empowered to exercise such powers or any of them by or under any provision of the Scheme and by or under the Articles; and*

    (iii) *Save in relation to Clause 39 and the meanings assigned to "the Committee of Management" by Clause 41(2), any reference in the Scheme, in whatever terms, to the Committee of Management shall be construed as a reference to the Trustee acting by and through the Committee of Management in the capacity specified in sub-paragraph (ii) of this paragraph or any other person or body of persons required, authorised or empowered to act for it or on its behalf for that purpose by or under any provision of the Scheme and by or under the Articles.*

 6. There shall be paid into or held to the credit of the Pension Fund—