**OSBORN MALEDON**

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone   602.640.9000
Facsimile   602.640.9050

Jordan Eth (CA SBN 121617) (*Admitted pro hac vice*)
Anna Erickson White (CA SBN 161385) (*Admitted pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California 94105-2482
(415) 268-7000
JEth@mofo.com
AWhite@mofo.com

Maureen Beyers, Arizona Attorney No. 017134
OSBORN MALEDON, P.A.
2929 North Central Avenue
Phoenix, Arizona 85012-2793
(602) 640-9000
mbeyers@omlaw.com

Attorneys for Defendants
First Solar, Inc., Michael J. Ahearn, Robert J. Gillette,
Mark R. Widmar, Jens Meyerhoff, James Zhu,
James F. Nolan, Michael Sweeney, J. Thomas Presby,
Paul H. Stebbins, Craig Kennedy, José H. Villarreal,
and William J. Post

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, Individually and on behalf of all other persons similarly situated,<br><br>              Plaintiff,<br><br>  vs.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, and James Zhu,<br><br>              Defendants. | Case No.   CV12-00555-PHX-DGC<br><br>**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO TRANSFER** |



OSBORN
MALEDON

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P.O. Box 36379
Phoenix, Arizona  85067-6379

Telephone      602.640.9000
Facsimile       602.640.9050

| | |
|---|---|
| Eng Kwang Tan and Eric Feigin, Derivatively on Behalf of Nominal Defendant First Solar, Inc., <br><br>    Plaintiff,<br><br>v.<br><br>Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Craig Kennedy, James F. Nolan, William J. Post, J. Thomas Presby, Paul H. Stebbins, Michael Sweeney, José H. Villarreal,<br><br>    Defendants,<br><br>-and-<br><br>First Solar, Inc.,<br><br>    Nominal Defendant. | Case No.: 2:12-CV-01144-PHX-NVW |

       The derivative complaint filed by plaintiffs Eng Kwang Tan and Eric Feigin (the "*Tan* Action") is the fourth shareholder derivative action that has been filed in this District.  On June 1, 2012, defendants moved to transfer the *Tan* Action to this Court, which is currently presiding over a related, earlier-filed putative securities class action (the "Securities Class Action").  (D.E. 61.)  As Defendants explained in their Motion to Transfer, the *Tan* Action—as well as the other three derivative actions—arises from substantially the same events and involves substantially the same parties as the Securities Class Action.  (*Id*.)  Allowing these actions to proceed before different judges would entail substantial duplication of efforts.  (*Id*.)

       Defendants have already moved to transfer the other three related derivative actions to this Court.  (D.E. 20, 43.)  One of the plaintiffs—Brett Nederhood—opposed Defendants' motion to transfer.  (D.E. 44.)  The other two plaintiffs filed joinders.  (D.E. 45, 48.)  Those motions have been fully briefed.  Rather than join the Nederhood opposition, plaintiffs in the *Tan* Action filed their own opposition to

1

4275434

Defendants' motion to transfer. (D.E. 75.) With the exception of changing the names of the plaintiffs, however, plaintiffs' opposition is identical to that filed by Nederhood. (*Compare* D.E. 44 *with* D.E. 75.)

The arguments set forth in Defendants' June 8, 2012 reply brief apply with equal force here. (D.E. 69.) As Defendants explained, all four derivative actions should be transferred to this Court. The criteria of LRCiv 42.1(a) for transferring a case are met, and judicial economy would be best served by having this Court—which already presides over the earlier-filed putative Securities Class Action—preside over the derivative actions.

DATED this 28th day of June, 2012.

OSBORN MALEDON, P.A

By: s/ Maureen Beyers
    Maureen Beyers
    2929 North Central Avenue
    Phoenix, Arizona 85012

    Jordan Eth
    Anna Erickson White
    MORRISON & FOERSTER LLP
    425 Market Street, 32nd Floor
    San Francisco, California 94105-2482

    Attorneys for Defendants
    First Solar, Inc., Michael J. Ahearn,
    Robert J. Gillette, Mark R. Widmar,
    Jens Meyerhoff, James Zhu, James F.
    Nolan, Michael Sweeney, J. Thomas
    Presby, Paul H. Stebbins, Craig Kennedy,
    José H. Villarreal, and William J. Post

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2012, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which

will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/Andrina Hughes