Jeffrey D. Gardner (No. 21783)
gardner@sackstierney.com
Bryan J. Gottfredson (No. 025140)
bryan.gottfredson@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600

*Local Counsel for Movant Wayne County*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, individually and on behalf of All Others similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>First Solar, Inc.; Michael J. Ahearn; Robert J. Gillette; Mark R. Widmar; Jens Meyerhoff; and James Zhu,<br><br>Defendants. | No. 2:12-cv-00555-DGC<br><br>**NOTICE OF APPEARANCE** |

Jeffrey D. Gardner hereby enters his appearance in these proceedings as local co-counsel for Movant Wayne County. Mr. Gardner requests that the name and address set forth below be added to this matter and that all further notices which Movant Wayne County is entitled to receive be mailed to:

Jeffrey D. Gardner
Sacks Tierney P.A.
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, Arizona 85251-3693
Telephone: (480) 425-2600
gardner@sackstierney.com

861579.1

RESPECTFULLY submitted this 11th day of July, 2012.

                                                SACKS TIERNEY P.A.


                                    By: s/ Jeffrey D. Gardner
                                          Jeffrey D. Gardner
                                          *Local Counsel for Movant Wayne County*

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

861579.1

2

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2012, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ S. Douglas*

3

861579.1