Dax R. Watson [No. 020054]
Gregory M. Monaco [No. 023965]
**MACK DRUCKER & WATSON, P.L.C.**
3200 North Central Avenue, Suite 1200
Phoenix, Arizona  85012
Telephone:  (602) 778-9900
Facsimile:    (602) 778-9947

*Local Counsel for Johnny Hyldmar*

Richard W. Gonnello, Esq.
**FARUQI & FARUQI, LLP**
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile:   (212) 983-9331

*Attorneys for Johnny Hyldmar*
[Pro Hac Vice Application Pending]

docket@mackazlaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARK SMILOVITS, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST SOLAR, INC., MICHAEL J. AHEARN, ROBERT J. GILLETTE, MARK R. WIDMAR, JENS MEYERHOFF, and JAMES ZHU,<br><br>Defendants. | **CASE NO: 2:12-cv-00555-PHX-DGC**<br><br>**CLASS ACTION**<br><br>**NOTICE OF WAIVER OF APPEARANCE**<br><br>**(Assigned to the Hon. David. G. Campbell)** |

. . .

. . .

1

Y:\Clients\First Solar\Pleadings\Waiver of Appearance [Final].doc

Counsel for proposed class Plaintiff Johnny Hyldmar, hereby files his Notice of Waiver of Appearance for the hearing set for July 17, 2012, at 2:00 p.m.

RESPECTFULLY SUBMITTED this **12th** day of July 2012.

**MACK DRUCKER & WATSON, P.L.C.**

By */S/ Gregory M. Monaco*
    Dax R. Watson
    Gregory M. Monaco
    *Local Counsel for Johnny Hyldmar*

    -And-

    **FARUQI & FARUQI, LLP**
    Richard W. Gonnello, Esq.
    *Attorneys for Johnny Hyldmar*

*Y:\Clients\First Solar\Pleadings\Waiver of Appearance [Final].doc*

## **CERTIFICATE OF SERVICE**

I, Berlinda L. Corpora, hereby certify that on July 12, 2012, I electronically transmitted the attached document to the Clerk of the Court using the United States District Court's CM/ECF filing system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/S/ Berlinda L. Corpora*



3

*Y:\Clients\First Solar\Pleadings\Waiver of Appearance [Final].doc*