1. As to any discovery dispute, the lead lawyers will try to resolve by phone and no one will write letters to the other: just e-mail and phone calls.

2. Depositions will be taken by agreement, with both sides alternating and trying in advance to agree upon the dates for depositions, even before the deponents are identified.

3. The parties will use the same court reporter/videographer, who agrees to provide specified services at discounted prices for the right to transcribe all depositions.

4. All papers will be served on the opposing party by e-mail.

5. Documents will be produced on a rolling basis as soon as they have been located and numbered; if copies are produced, the originals will be made available for inspection upon request.

6. If agreement cannot be reached on the form of a protective order within 48 hours of the time they are exchanged, the parties will call the Court and, without argument, ask Court to select one or the other ASAP.

7. All deposition exhibits will be numbered sequentially regardless of the identity of the deponent or the side introducing the exhibit and the same numbers will be used in pretrial motions and at trial.

8. The parties will share the expense of imaging all deposition exhibits.

9. If issues arise regarding privilege logs, each side will have the right to select 10 documents off the other's privilege log for submission to the court for in camera inspection.