| ✎AO 435 (Rev. 10/05) | Administrative Office of the United States Courts **TRANSCRIPT ORDER** *Read Instructions on Back:* | | **FOR COURT USE ONLY** DUE DATE: |
|---|---|---|---|
| 1. NAME J. James Christian | | 2. PHONE NUMBER (602) 255-6000 | 3. DATE 7/20/2012 |
| 4. FIRM NAME Tiffany & Bosco, PA | | | |
| 5. MAILING ADDRESS 2525 E. Camelback Road, Third Floor | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85016 |
| 9. CASE NUMBER 2:12-cv-00555-DGC | 10. JUDGE Campbell | DATES OF PROCEEDINGS 11. 7/17/2012 | 12. |
| 13. CASE NAME Smilovits v. First Solar, Inc. | | LOCATION OF PROCEEDINGS 14. Phoenix | 15. STATE   AZ |

16. ORDER FOR
- ☐ APPEAL
- ☑ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) Motion Hearing | 7/17/2012 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☐ | ☐ | | PAPER COPY   ☐ | |
| 7 DAYS | ☑ | ☐ | | E-MAIL   ☑ | |
| DAILY | ☐ | ☐ | | DISK   ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT   ☑ | |
| REALTIME | ☐ | ☐ | | ASCII FORMAT   ☑ | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS
jjc@tblaw.com

19. SIGNATURE
s/ J. James Christian

20. DATE   7/20/2012

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY