Jordan Eth *(Admitted pro hac vice)*
Anna Erickson White *(Admitted pro hac vice)*
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California  94105-2482
(415) 268-7000
JEth@mofo.com
AWhite@mofo.com

Maureen Beyers, Arizona Attorney No. 017134
OSBORN MALEDON, P.A.
2929 North Central Avenue
Phoenix, AZ 85012-2793
(602) 640-9000
mbeyers@omlaw.com

Attorneys for Defendants
First Solar, Inc., Michael J. Ahearn, Robert J. Gillette,
Mark R. Widmar, Jens Meyerhoff and James Zhu

[Additional Counsel Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST SOLAR, INC., et al.<br><br>Defendants. | Case No.   CV12-00555-PHX-DGC<br><br>**JOINT SUBMISSION REGARDING COST SAVING MEASURES PURSUANT TO THE COURT'S JULY 23, 2012 ORDER** |

sf-3184768

1       Pursuant to the Court's July 23, 2012 Order, counsel for lead plaintiff and counsel
2 for defendants have conferred regarding the Court's "Possible Cost Saving Measures."
3 To date, the parties have been unable to reach agreement regarding which of the measures,
4 and in what form, they will adopt in this case.  The parties have, however, agreed to the
5 spirit of the cost-saving measures and to make all reasonable steps to save costs.  The
6 parties intend to hold further discussions regarding these measures, and will inform the
7 Court regarding the parties' future agreement.

8       DATED this 17th day of August, 2012.

9                                   Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP

By: s/Jason Forge (w/ permission)

Michael J. Dowd
Mark Solomon
Daniel S. Drosman
Jason A. Forge
Danielle S. Myers
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
Lead Counsel for Plaintiff

BONNETT FAIRBOURN FRIEDMAN
  & BALINT, P.C.
Andrew S. Friedman (AZ 005425)
Kevin Hangar (AZ 027346)
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)
Liaison Counsel for Plaintiff

sf-3184768

| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| 2 | By: <u>s/Anna Erickson White</u> |
| 3 | Jordan Eth |
| 4 | Anna Erickson White<br>425 Market Street, 32nd Floor |
| 5 | San Francisco, California 94015-2482 |
| 6 | OSBORN MALEDON, P.A.<br>Maureen Beyers (AZ 017134) |
| 7 | 2929 North Central Ave.<br>Phoenix, AZ 85012 |
| 8 | |
| 9 | Attorneys for Defendants<br>First Solar, Inc., Michael J. Ahearn,<br>Robert J. Gillette, Mark R. Widmar, |
| 10 | Jens Meyerhoff, and James Zhu |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2012, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

<u>s/Andrea M. Vickery</u>

sf-3184768

2