# Exhibit A

Chart detailing insider sales during the Class Period

**FIRST SOLAR, INC. [ FSLR ]**
Insider Sales:  4/30/08 - 2/28/12

| Defendant | Date | Shares | Price | Proceeds |
|---|---|---|---|---|
| Ahearn (Michael J) | 15-May-2008 | 150,000 | $306.78 | $46,017,000 |
| Ahearn (Michael J) | 16-May-2008 | 100,000 | $311.14 | $31,114,000 |
| Ahearn (Michael J) | 22-Feb-2010 | 44,634 | $110.88 | $4,949,018 |
| Ahearn (Michael J) | 22-Feb-2010 | 64,192 | $114.69 | $7,362,180 |
| Ahearn (Michael J) | 22-Feb-2010 | 91,290 | $112.18 | $10,240,912 |
| Ahearn (Michael J) | 22-Feb-2010 | 154,981 | $113.91 | $17,653,886 |
| Ahearn (Michael J) | 22-Feb-2010 | 194,903 | $112.89 | $22,002,600 |
| Ahearn (Michael J) | 23-Feb-2010 | 1,200 | $109.27 | $131,124 |
| Ahearn (Michael J) | 23-Feb-2010 | 49,880 | $107.43 | $5,358,608 |
| Ahearn (Michael J) | 23-Feb-2010 | 64,972 | $108.55 | $7,052,711 |
| Ahearn (Michael J) | 23-Feb-2010 | 136,248 | $106.57 | $14,519,949 |
| Ahearn (Michael J) | 23-Feb-2010 | 147,700 | $106.01 | $15,657,677 |
| Ahearn (Michael J) | 24-Feb-2010 | 11,107 | $107.24 | $1,191,115 |
| Ahearn (Michael J) | 24-Feb-2010 | 57,429 | $106.15 | $6,096,088 |
| Ahearn (Michael J) | 24-Feb-2010 | 75,790 | $104.18 | $7,895,802 |
| Ahearn (Michael J) | 24-Feb-2010 | 205,674 | $105.29 | $21,655,415 |
| Ahearn (Michael J) | 25-Feb-2010 | 18,609 | $102.97 | $1,916,169 |
| Ahearn (Michael J) | 25-Feb-2010 | 81,391 | $102.26 | $8,323,044 |
| Ahearn (Michael J) | 26-Feb-2010 | 32,200 | $105.21 | $3,387,762 |
| Ahearn (Michael J) | 26-Feb-2010 | 32,769 | $104.51 | $3,424,688 |
| Ahearn (Michael J) | 26-Feb-2010 | 35,031 | $103.25 | $3,616,951 |
| Ahearn (Michael J) | 28-Feb-2011 | 6,900 | $149.15 | $1,029,135 |
| Ahearn (Michael J) | 01-Mar-2011 | 14,582 | $148.07 | $2,159,157 |
| Ahearn (Michael J) | 01-Mar-2011 | 15,800 | $150.26 | $2,374,108 |
| Ahearn (Michael J) | 01-Mar-2011 | 38,518 | $149.29 | $5,750,352 |
| Ahearn (Michael J) | 02-Mar-2011 | 1,796 | $146.03 | $262,270 |
| Ahearn (Michael J) | 02-Mar-2011 | 7,104 | $148.60 | $1,055,654 |
| Ahearn (Michael J) | 02-Mar-2011 | 15,300 | $145.42 | $2,224,926 |
| Ahearn (Michael J) | 03-Mar-2011 | 6,380 | $150.44 | $959,807 |
| Ahearn (Michael J) | 03-Mar-2011 | 16,800 | $146.33 | $2,458,344 |
| Ahearn (Michael J) | 03-Mar-2011 | 16,820 | $149.67 | $2,517,449 |
| Ahearn (Michael J) | 04-Mar-2011 | 1,051 | $148.05 | $155,601 |
| Ahearn (Michael J) | 04-Mar-2011 | 17,000 | $146.51 | $2,490,670 |
| Ahearn (Michael J) | 04-Mar-2011 | 41,949 | $147.47 | $6,186,219 |
| Ahearn (Michael J) | 08-Mar-2011 | 3,800 | $140.49 | $533,862 |
| Ahearn (Michael J) | 08-Mar-2011 | 5,200 | $141.45 | $735,540 |
| Ahearn (Michael J) | 08-Mar-2011 | 10,404 | $143.19 | $1,489,749 |
| Ahearn (Michael J) | 08-Mar-2011 | 10,596 | $142.81 | $1,513,215 |
| Ahearn (Michael J) | 09-Mar-2011 | 1,043 | $143.66 | $149,837 |
| Ahearn (Michael J) | 09-Mar-2011 | 3,789 | $142.27 | $539,061 |
| Ahearn (Michael J) | 09-Mar-2011 | 19,768 | $143.04 | $2,827,615 |
| Ahearn (Michael J) | 10-Mar-2011 | 2,303 | $140.73 | $324,101 |
| Ahearn (Michael J) | 10-Mar-2011 | 43,097 | $139.99 | $6,033,149 |
| Ahearn (Michael J) | 11-Mar-2011 | 100 | $141.07 | $14,107 |
| Ahearn (Michael J) | 11-Mar-2011 | 22,600 | $140.25 | $3,169,650 |
| Ahearn (Michael J) | 11-Mar-2011 | 27,300 | $139.52 | $3,808,896 |
| Ahearn (Michael J) | 14-Mar-2011 | 32,000 | $147.02 | $4,704,640 |
| Ahearn (Michael J) | 14-Mar-2011 | 78,000 | $146.43 | $11,421,540 |
| Ahearn (Michael J) | 15-Mar-2011 | 2,872 | $159.11 | $456,964 |
| Ahearn (Michael J) | 15-Mar-2011 | 3,500 | $157.46 | $551,110 |
| Ahearn (Michael J) | 15-Mar-2011 | 16,000 | $156.09 | $2,497,440 |

**FIRST SOLAR, INC. [ FSLR ]**
Insider Sales:  4/30/08 - 2/28/12

| Defendant | Date | Shares | Price | Proceeds |
|---|---|---|---|---|
| Ahearn (Michael J) | 15-Mar-2011 | 20,000 | $153.98 | $3,079,600 |
| Ahearn (Michael J) | 15-Mar-2011 | 20,000 | $155.02 | $3,100,400 |
| Ahearn (Michael J) | 15-Mar-2011 | 37,628 | $158.64 | $5,969,306 |
| Ahearn (Michael J) | 16-Mar-2011 | 500 | $156.84 | $78,420 |
| Ahearn (Michael J) | 16-Mar-2011 | 800 | $157.79 | $126,232 |
| Ahearn (Michael J) | 16-Mar-2011 | 32,030 | $155.45 | $4,979,064 |
| Ahearn (Michael J) | 17-Mar-2011 | 2,870 | $153.77 | $441,320 |
| Ahearn (Michael J) | 17-Mar-2011 | 4,000 | $158.00 | $632,000 |
| Ahearn (Michael J) | 17-Mar-2011 | 5,000 | $156.64 | $783,200 |
| Ahearn (Michael J) | 17-Mar-2011 | 14,800 | $157.06 | $2,324,488 |
| Ahearn (Michael J) | 18-Mar-2011 | 1,200 | $151.59 | $181,908 |
| Ahearn (Michael J) | 18-Mar-2011 | 8,800 | $150.00 | $1,320,000 |
| Ahearn (Michael J) | 21-Mar-2011 | 2,500 | $152.01 | $380,025 |
| Ahearn (Michael J) | 21-Mar-2011 | 17,500 | $151.47 | $2,650,725 |
| Ahearn (Michael J) | 22-Mar-2011 | 2,700 | $151.78 | $409,806 |
| Ahearn (Michael J) | 22-Mar-2011 | 17,300 | $148.94 | $2,576,662 |
| Ahearn (Michael J) | 23-Mar-2011 | 9,487 | $150.61 | $1,428,837 |
| Ahearn (Michael J) | 23-Mar-2011 | 18,000 | $149.02 | $2,682,360 |
| Ahearn (Michael J) | 23-Mar-2011 | 32,513 | $150.03 | $4,877,925 |
| Ahearn (Michael J) | 24-Mar-2011 | 12,068 | $151.26 | $1,825,406 |
| Ahearn (Michael J) | 24-Mar-2011 | 17,932 | $150.47 | $2,698,228 |
| Ahearn (Michael J) | 25-Mar-2011 | 134 | $151.25 | $20,268 |
| Ahearn (Michael J) | 25-Mar-2011 | 10,966 | $150.15 | $1,646,545 |
| Ahearn (Michael J) | 25-Mar-2011 | 28,900 | $149.09 | $4,308,701 |
| Ahearn (Michael J) | 08-Aug-2011 | 1,397 | $101.29 | $141,502 |
| Ahearn (Michael J) | 08-Aug-2011 | 2,500 | $100.66 | $251,650 |
| Ahearn (Michael J) | 08-Aug-2011 | 9,700 | $97.84 | $949,048 |
| Ahearn (Michael J) | 08-Aug-2011 | 10,450 | $99.09 | $1,035,491 |
| Ahearn (Michael J) | 08-Aug-2011 | 13,650 | $97.06 | $1,324,869 |
| Ahearn (Michael J) | 08-Aug-2011 | 23,700 | $100.03 | $2,370,711 |
| Ahearn (Michael J) | 08-Aug-2011 | 32,200 | $96.98 | $3,122,756 |
| Ahearn (Michael J) | 08-Aug-2011 | 33,300 | $97.65 | $3,251,745 |
| Ahearn (Michael J) | 08-Aug-2011 | 37,549 | $98.90 | $3,713,596 |
| Ahearn (Michael J) | 08-Aug-2011 | 137,695 | $100.90 | $13,893,426 |
| Ahearn (Michael J) | 08-Aug-2011 | 157,859 | $99.73 | $15,743,278 |
| Ahearn (Michael J) | 09-Aug-2011 | 9,300 | $98.65 | $917,445 |
| Ahearn (Michael J) | 09-Aug-2011 | 17,700 | $99.57 | $1,762,389 |
| Ahearn (Michael J) | 09-Aug-2011 | 19,846 | $101.46 | $2,013,575 |
| Ahearn (Michael J) | 09-Aug-2011 | 22,554 | $100.66 | $2,270,286 |
| Ahearn (Michael J) | 09-Aug-2011 | 63,616 | $96.74 | $6,154,212 |
| Ahearn (Michael J) | 10-Aug-2011 | 1,100 | $97.31 | $107,041 |
| Ahearn (Michael J) | 10-Aug-2011 | 1,200 | $104.53 | $125,436 |
| Ahearn (Michael J) | 10-Aug-2011 | 1,500 | $99.24 | $148,860 |
| Ahearn (Michael J) | 10-Aug-2011 | 2,767 | $106.65 | $295,101 |
| Ahearn (Michael J) | 10-Aug-2011 | 7,416 | $102.07 | $756,951 |
| Ahearn (Michael J) | 10-Aug-2011 | 7,484 | $103.27 | $772,873 |
| Ahearn (Michael J) | 10-Aug-2011 | 11,933 | $105.79 | $1,262,392 |
| Ahearn (Michael J) | 10-Aug-2011 | 31,100 | $101.11 | $3,144,521 |
| Ahearn (Michael J) | 10-Aug-2011 | 31,500 | $99.96 | $3,148,740 |
| | | 3,239,016 | | $427,160,185 |

**FIRST SOLAR, INC. [ FSLR ]**
Insider Sales:  4/30/08 - 2/28/12

| Defendant | Date | Shares | Price | Proceeds |
|---|---|---:|---:|---:|
| Eaglesham (David) | 30-Apr-2010 | 882 | $150.04 | $132,335 |
| Eaglesham (David) | 30-Apr-2010 | 5,000 | $148.42 | $742,100 |
| Eaglesham (David) | 30-Apr-2010 | 10,000 | $147.64 | $1,476,400 |
| Eaglesham (David) | 18-May-2010 | 985 | $115.77 | $114,033 |
| Eaglesham (David) | 18-May-2010 | 4,015 | $115.26 | $462,769 |
| Eaglesham (David) | 02-Aug-2010 | 300 | $127.24 | $38,172 |
| Eaglesham (David) | 02-Aug-2010 | 2,500 | $125.87 | $314,675 |
| Eaglesham (David) | 02-Aug-2010 | 8,081 | $126.47 | $1,022,004 |
| Eaglesham (David) | 01-Sep-2010 | 100 | $130.53 | $13,053 |
| Eaglesham (David) | 01-Sep-2010 | 300 | $128.34 | $38,502 |
| Eaglesham (David) | 01-Sep-2010 | 3,227 | $129.85 | $419,026 |
| Eaglesham (David) | 01-Oct-2010 | 627 | $149.00 | $93,423 |
| Eaglesham (David) | 01-Oct-2010 | 900 | $146.05 | $131,445 |
| Eaglesham (David) | 01-Oct-2010 | 900 | $147.12 | $132,408 |
| Eaglesham (David) | 01-Oct-2010 | 1,200 | $145.20 | $174,240 |
| Eaglesham (David) | 01-Nov-2010 | 100 | $136.50 | $13,650 |
| Eaglesham (David) | 01-Nov-2010 | 127 | $137.69 | $17,487 |
| Eaglesham (David) | 01-Nov-2010 | 1,600 | $135.28 | $216,448 |
| Eaglesham (David) | 01-Nov-2010 | 1,800 | $134.41 | $241,938 |
| Eaglesham (David) | 01-Dec-2010 | 800 | $126.13 | $100,904 |
| Eaglesham (David) | 01-Dec-2010 | 1,200 | $127.00 | $152,400 |
| Eaglesham (David) | 01-Dec-2010 | 1,627 | $124.71 | $202,903 |
| Eaglesham (David) | 03-Jan-2011 | 1,000 | $132.96 | $132,960 |
| Eaglesham (David) | 03-Jan-2011 | 2,627 | $132.47 | $347,999 |
| Eaglesham (David) | 01-Feb-2011 | 400 | $154.62 | $61,848 |
| Eaglesham (David) | 01-Feb-2011 | 727 | $155.32 | $112,918 |
| Eaglesham (David) | 01-Feb-2011 | 900 | $156.74 | $141,066 |
| Eaglesham (David) | 01-Feb-2011 | 1,600 | $157.14 | $251,424 |
| Eaglesham (David) | 01-Mar-2011 | 200 | $146.28 | $29,256 |
| Eaglesham (David) | 01-Mar-2011 | 3,427 | $147.61 | $505,859 |
| Eaglesham (David) | 04-Mar-2011 | 592 | $146.99 | $87,018 |
| Eaglesham (David) | 04-Mar-2011 | 1,352 | $146.91 | $198,622 |
| Eaglesham (David) | 01-Apr-2011 | 200 | $160.47 | $32,094 |
| Eaglesham (David) | 01-Apr-2011 | 322 | $162.57 | $52,348 |
| Eaglesham (David) | 01-Apr-2011 | 400 | $157.33 | $62,932 |
| Eaglesham (David) | 01-Apr-2011 | 805 | $161.69 | $130,160 |
| Eaglesham (David) | 01-Apr-2011 | 1,900 | $158.24 | $300,656 |
| Eaglesham (David) | 02-May-2011 | 427 | $138.94 | $59,327 |
| Eaglesham (David) | 02-May-2011 | 1,500 | $140.38 | $210,570 |
| Eaglesham (David) | 02-May-2011 | 1,700 | $138.00 | $234,600 |
| Eaglesham (David) | 01-Jun-2011 | 300 | $125.83 | $37,749 |
| Eaglesham (David) | 01-Jun-2011 | 500 | $122.07 | $61,035 |
| Eaglesham (David) | 01-Jun-2011 | 600 | $123.07 | $73,842 |
| Eaglesham (David) | 01-Jun-2011 | 833 | $124.41 | $103,634 |
| Eaglesham (David) | 01-Jun-2011 | 1,400 | $119.71 | $167,594 |
|  |  | 69,983 |  | $9,645,827 |

**FIRST SOLAR, INC. [ FSLR ]**
Insider Sales:  4/30/08 - 2/28/12

| Defendant | Date | Shares | Price | Proceeds |
|---|---|---|---|---|
| Meyerhoff (Jens) | 13-May-2008 | 41 | $293.13 | $12,018 |
| Meyerhoff (Jens) | 13-May-2008 | 20 | $293.14 | $5,863 |
| Meyerhoff (Jens) | 13-May-2008 | 27 | $293.12 | $7,914 |
| Meyerhoff (Jens) | 13-May-2008 | 107 | $293.35 | $31,388 |
| Meyerhoff (Jens) | 13-May-2008 | 6 | $293.33 | $1,760 |
| Meyerhoff (Jens) | 13-May-2008 | 22 | $293.21 | $6,451 |
| Meyerhoff (Jens) | 13-May-2008 | 14 | $293.29 | $4,106 |
| Meyerhoff (Jens) | 13-May-2008 | 32 | $293.27 | $9,385 |
| Meyerhoff (Jens) | 13-May-2008 | 441 | $293.26 | $129,328 |
| Meyerhoff (Jens) | 13-May-2008 | 28 | $293.25 | $8,211 |
| Meyerhoff (Jens) | 10-Jun-2008 | 2 | $245.47 | $491 |
| Meyerhoff (Jens) | 10-Jun-2008 | 3 | $239.98 | $720 |
| Meyerhoff (Jens) | 10-Jun-2008 | 3 | $241.25 | $724 |
| Meyerhoff (Jens) | 10-Jun-2008 | 4 | $235.13 | $941 |
| Meyerhoff (Jens) | 10-Jun-2008 | 5 | $241.32 | $1,207 |
| Meyerhoff (Jens) | 10-Jun-2008 | 6 | $238.88 | $1,433 |
| Meyerhoff (Jens) | 10-Jun-2008 | 8 | $241.00 | $1,928 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $238.43 | $3,100 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $235.74 | $3,065 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $235.12 | $3,057 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $235.01 | $3,055 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $236.04 | $3,069 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $236.47 | $3,074 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $236.39 | $3,073 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $236.78 | $3,078 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $235.95 | $3,067 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $236.08 | $3,069 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $236.25 | $3,071 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $236.29 | $3,072 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $237.55 | $3,088 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $237.96 | $3,093 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $238.32 | $3,098 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $238.35 | $3,099 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $238.46 | $3,100 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $238.47 | $3,100 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $238.81 | $3,105 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $238.92 | $3,106 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $239.04 | $3,108 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $239.16 | $3,109 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $239.38 | $3,112 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $239.44 | $3,113 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $239.82 | $3,118 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $240.07 | $3,121 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $240.09 | $3,121 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $240.10 | $3,121 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $240.40 | $3,125 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $240.42 | $3,125 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $240.70 | $3,129 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $240.78 | $3,130 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $241.01 | $3,133 |
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $241.03 | $3,133 |

**FIRST SOLAR, INC. [ FSLR ]**
Insider Sales:  4/30/08 - 2/28/12

| Defendant | Date | Shares | Price | Proceeds |
|---|---|---|---|---|
| Meyerhoff (Jens) | 10-Jun-2008 | 13 | $247.33 | $3,215 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $243.47 | $3,409 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $242.96 | $3,401 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $243.18 | $3,405 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $242.54 | $3,396 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $242.61 | $3,397 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $241.79 | $3,385 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $241.71 | $3,384 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $241.61 | $3,383 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $241.15 | $3,376 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $241.26 | $3,378 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $241.34 | $3,379 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $241.38 | $3,379 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $241.42 | $3,380 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $241.64 | $3,383 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $241.70 | $3,384 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $242.61 | $3,397 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $243.25 | $3,406 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $244.52 | $3,423 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $244.55 | $3,424 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $245.08 | $3,431 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $245.11 | $3,432 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $245.20 | $3,433 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $245.24 | $3,433 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $245.25 | $3,434 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $245.36 | $3,435 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $245.61 | $3,439 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $246.02 | $3,444 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $246.10 | $3,445 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $246.16 | $3,446 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $246.98 | $3,458 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $246.99 | $3,458 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $247.06 | $3,459 |
| Meyerhoff (Jens) | 10-Jun-2008 | 14 | $247.28 | $3,462 |
| Meyerhoff (Jens) | 10-Jun-2008 | 17 | $236.93 | $4,028 |
| Meyerhoff (Jens) | 10-Jun-2008 | 20 | $239.13 | $4,783 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $236.24 | $6,378 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $237.07 | $6,401 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $238.80 | $6,448 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $242.13 | $6,538 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $235.81 | $6,367 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $236.34 | $6,381 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $237.21 | $6,405 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $237.40 | $6,410 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $237.93 | $6,424 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $238.01 | $6,426 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $238.09 | $6,428 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $238.19 | $6,431 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $238.68 | $6,444 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $238.98 | $6,452 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $238.99 | $6,453 |

**FIRST SOLAR, INC. [ FSLR ]**
Insider Sales:  4/30/08 - 2/28/12

| Defendant | Date | Shares | Price | Proceeds |
|---|---|---|---|---|
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $239.15 | $6,457 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $239.34 | $6,462 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $239.37 | $6,463 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $239.47 | $6,466 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $240.11 | $6,483 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $240.90 | $6,504 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $241.19 | $6,512 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $241.41 | $6,518 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $242.01 | $6,534 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $245.50 | $6,629 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $245.62 | $6,632 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $246.37 | $6,652 |
| Meyerhoff (Jens) | 10-Jun-2008 | 27 | $246.73 | $6,662 |
| Meyerhoff (Jens) | 10-Jun-2008 | 36 | $235.14 | $8,465 |
| Meyerhoff (Jens) | 10-Jun-2008 | 41 | $238.58 | $9,782 |
| Meyerhoff (Jens) | 10-Jun-2008 | 41 | $238.76 | $9,789 |
| Meyerhoff (Jens) | 10-Jun-2008 | 41 | $235.86 | $9,670 |
| Meyerhoff (Jens) | 10-Jun-2008 | 41 | $235.96 | $9,674 |
| Meyerhoff (Jens) | 10-Jun-2008 | 41 | $237.22 | $9,726 |
| Meyerhoff (Jens) | 10-Jun-2008 | 41 | $237.50 | $9,738 |
| Meyerhoff (Jens) | 10-Jun-2008 | 41 | $237.64 | $9,743 |
| Meyerhoff (Jens) | 10-Jun-2008 | 41 | $239.00 | $9,799 |
| Meyerhoff (Jens) | 10-Jun-2008 | 41 | $240.05 | $9,842 |
| Meyerhoff (Jens) | 10-Jun-2008 | 41 | $240.61 | $9,865 |
| Meyerhoff (Jens) | 10-Jun-2008 | 41 | $246.12 | $10,091 |
| Meyerhoff (Jens) | 10-Jun-2008 | 51 | $241.22 | $12,302 |
| Meyerhoff (Jens) | 10-Jun-2008 | 52 | $245.43 | $12,762 |
| Meyerhoff (Jens) | 10-Jun-2008 | 54 | $235.09 | $12,695 |
| Meyerhoff (Jens) | 10-Jun-2008 | 54 | $238.37 | $12,872 |
| Meyerhoff (Jens) | 10-Jun-2008 | 54 | $238.48 | $12,878 |
| Meyerhoff (Jens) | 10-Jun-2008 | 54 | $238.54 | $12,881 |
| Meyerhoff (Jens) | 10-Jun-2008 | 54 | $239.67 | $12,942 |
| Meyerhoff (Jens) | 10-Jun-2008 | 54 | $245.23 | $13,242 |
| Meyerhoff (Jens) | 10-Jun-2008 | 54 | $245.41 | $13,252 |
| Meyerhoff (Jens) | 10-Jun-2008 | 54 | $245.63 | $13,264 |
| Meyerhoff (Jens) | 10-Jun-2008 | 54 | $246.32 | $13,301 |
| Meyerhoff (Jens) | 10-Jun-2008 | 68 | $235.15 | $15,990 |
| Meyerhoff (Jens) | 10-Jun-2008 | 68 | $241.02 | $16,389 |
| Meyerhoff (Jens) | 10-Jun-2008 | 81 | $240.67 | $19,494 |
| Meyerhoff (Jens) | 08-Jul-2008 | 75 | $253.02 | $18,977 |
| Meyerhoff (Jens) | 08-Jul-2008 | 100 | $253.05 | $25,305 |
| Meyerhoff (Jens) | 08-Jul-2008 | 100 | $253.08 | $25,308 |
| Meyerhoff (Jens) | 08-Jul-2008 | 265 | $253.01 | $67,048 |
| Meyerhoff (Jens) | 08-Jul-2008 | 300 | $253.10 | $75,930 |
| Meyerhoff (Jens) | 08-Jul-2008 | 721 | $253.04 | $182,442 |
| Meyerhoff (Jens) | 08-Jul-2008 | 1,564 | $253.00 | $395,692 |
| Meyerhoff (Jens) | 12-Aug-2008 | 100 | $254.56 | $25,456 |
| Meyerhoff (Jens) | 12-Aug-2008 | 100 | $254.89 | $25,489 |
| Meyerhoff (Jens) | 12-Aug-2008 | 100 | $254.02 | $25,402 |
| Meyerhoff (Jens) | 12-Aug-2008 | 100 | $254.45 | $25,445 |
| Meyerhoff (Jens) | 12-Aug-2008 | 100 | $255.01 | $25,501 |

**FIRST SOLAR, INC. [ FSLR ]**
Insider Sales:  4/30/08 - 2/28/12

| Defendant | Date | Shares | Price | Proceeds |
|---|---|---|---|---|
| Meyerhoff (Jens) | 12-Aug-2008 | 200 | $255.08 | $51,016 |
| Meyerhoff (Jens) | 12-Aug-2008 | 500 | $254.76 | $127,380 |
| Meyerhoff (Jens) | 12-Aug-2008 | 500 | $255.00 | $127,500 |
| Meyerhoff (Jens) | 12-Aug-2008 | 1,425 | $254.00 | $361,950 |
| Meyerhoff (Jens) | 01-May-2009 | 917 | $185.92 | $170,489 |
| Meyerhoff (Jens) | 01-May-2009 | 1,100 | $182.66 | $200,926 |
| Meyerhoff (Jens) | 01-May-2009 | 1,128 | $186.52 | $210,395 |
| Meyerhoff (Jens) | 01-May-2009 | 1,300 | $183.27 | $238,251 |
| Meyerhoff (Jens) | 01-May-2009 | 1,900 | $181.49 | $344,831 |
| Meyerhoff (Jens) | 01-May-2009 | 2,955 | $190.00 | $561,450 |
| Meyerhoff (Jens) | 01-May-2009 | 5,700 | $180.25 | $1,027,425 |
| Meyerhoff (Jens) | 30-Apr-2010 | 2,960 | $150.44 | $445,302 |
| Meyerhoff (Jens) | 30-Apr-2010 | 6,000 | $148.45 | $890,700 |
| Meyerhoff (Jens) | 30-Apr-2010 | 9,500 | $147.56 | $1,401,820 |
| Meyerhoff (Jens) | 30-Apr-2010 | 11,540 | $149.97 | $1,730,654 |
| Meyerhoff (Jens) | 16-Jun-2010 | 7,500 | $120.17 | $901,275 |
| Meyerhoff (Jens) | 17-Jun-2010 | 5,000 | $125.33 | $626,650 |
| Meyerhoff (Jens) | 08-Jul-2010 | 7,500 | $130.16 | $976,200 |
| Meyerhoff (Jens) | 02-Aug-2010 | 7,500 | $126.41 | $948,075 |
| Meyerhoff (Jens) | 04-Aug-2010 | 2,500 | $130.06 | $325,150 |
| Meyerhoff (Jens) | 17-Aug-2010 | 400 | $127.41 | $50,964 |
| Meyerhoff (Jens) | 17-Aug-2010 | 800 | $126.25 | $101,000 |
| Meyerhoff (Jens) | 17-Aug-2010 | 3,800 | $125.30 | $476,140 |
| Meyerhoff (Jens) | 01-Sep-2010 | 1,498 | $129.64 | $194,201 |
| Meyerhoff (Jens) | 01-Sep-2010 | 1,627 | $128.43 | $208,956 |
| Meyerhoff (Jens) | 01-Oct-2010 | 525 | $148.93 | $78,188 |
| Meyerhoff (Jens) | 01-Oct-2010 | 600 | $146.19 | $87,714 |
| Meyerhoff (Jens) | 01-Oct-2010 | 700 | $147.11 | $102,977 |
| Meyerhoff (Jens) | 01-Oct-2010 | 1,300 | $145.22 | $188,786 |
| Meyerhoff (Jens) | 01-Nov-2010 | 2,500 | $137.29 | $343,225 |
| Meyerhoff (Jens) | 04-Nov-2010 | 50 | $140.00 | $7,000 |
| Meyerhoff (Jens) | 05-Nov-2010 | 575 | $140.00 | $80,500 |
| Meyerhoff (Jens) | 02-Dec-2010 | 2,000 | $130.00 | $260,000 |
| Meyerhoff (Jens) | 07-Dec-2010 | 500 | $135.00 | $67,500 |
| Meyerhoff (Jens) | 15-Dec-2010 | 625 | $140.00 | $87,500 |
| Meyerhoff (Jens) | 03-Jan-2011 | 2,000 | $131.79 | $263,580 |
| Meyerhoff (Jens) | 06-Jan-2011 | 500 | $134.53 | $67,265 |
| Meyerhoff (Jens) | 12-Jan-2011 | 625 | $140.00 | $87,500 |
| Meyerhoff (Jens) | 24-Jan-2011 | 8,000 | $150.59 | $1,204,720 |
| Meyerhoff (Jens) | 01-Feb-2011 | 100 | $153.68 | $15,368 |
| Meyerhoff (Jens) | 01-Feb-2011 | 300 | $156.18 | $46,854 |
| Meyerhoff (Jens) | 01-Feb-2011 | 825 | $155.30 | $128,123 |
| Meyerhoff (Jens) | 01-Feb-2011 | 1,900 | $157.05 | $298,395 |
| | | 116,772 | | $17,977,601 |

**FIRST SOLAR, INC. [ FSLR ]**
Insider Sales:  4/30/08 - 2/28/12

| Defendant | Date | Shares | Price | Proceeds |
|---|---|---:|---:|---:|
| Sohn (Bruce) | 28-Aug-2008 | 100 | $279.50 | $27,950 |
| Sohn (Bruce) | 28-Aug-2008 | 100 | $279.49 | $27,949 |
| Sohn (Bruce) | 28-Aug-2008 | 100 | $279.36 | $27,936 |
| Sohn (Bruce) | 28-Aug-2008 | 100 | $279.22 | $27,922 |
| Sohn (Bruce) | 28-Aug-2008 | 100 | $279.19 | $27,919 |
| Sohn (Bruce) | 28-Aug-2008 | 100 | $279.05 | $27,905 |
| Sohn (Bruce) | 28-Aug-2008 | 100 | $279.02 | $27,902 |
| Sohn (Bruce) | 28-Aug-2008 | 100 | $279.09 | $27,909 |
| Sohn (Bruce) | 28-Aug-2008 | 100 | $279.04 | $27,904 |
| Sohn (Bruce) | 28-Aug-2008 | 100 | $279.01 | $27,901 |
| Sohn (Bruce) | 28-Aug-2008 | 100 | $279.10 | $27,910 |
| Sohn (Bruce) | 28-Aug-2008 | 100 | $278.70 | $27,870 |
| Sohn (Bruce) | 28-Aug-2008 | 100 | $278.69 | $27,869 |
| Sohn (Bruce) | 28-Aug-2008 | 100 | $278.54 | $27,854 |
| Sohn (Bruce) | 28-Aug-2008 | 200 | $279.33 | $55,866 |
| Sohn (Bruce) | 28-Aug-2008 | 200 | $278.80 | $55,760 |
| Sohn (Bruce) | 28-Aug-2008 | 200 | $278.66 | $55,732 |
| Sohn (Bruce) | 28-Aug-2008 | 300 | $279.38 | $83,814 |
| Sohn (Bruce) | 28-Aug-2008 | 300 | $279.23 | $83,769 |
| Sohn (Bruce) | 28-Aug-2008 | 300 | $278.65 | $83,595 |
| Sohn (Bruce) | 28-Aug-2008 | 400 | $278.99 | $111,596 |
| Sohn (Bruce) | 28-Aug-2008 | 500 | $279.51 | $139,755 |
| Sohn (Bruce) | 28-Aug-2008 | 500 | $279.25 | $139,625 |
| Sohn (Bruce) | 28-Aug-2008 | 1,000 | $279.20 | $279,200 |
| Sohn (Bruce) | 28-Aug-2008 | 1,200 | $279.21 | $335,052 |
| Sohn (Bruce) | 28-Aug-2008 | 1,300 | $279.26 | $363,038 |
| Sohn (Bruce) | 28-Aug-2008 | 2,352 | $279.00 | $656,208 |
| Sohn (Bruce) | 28-Aug-2008 | 2,598 | $278.75 | $724,193 |
| Sohn (Bruce) | 30-Aug-2010 | 2,105 | $127.54 | $268,472 |
| Sohn (Bruce) | 30-Aug-2010 | 9,895 | $126.86 | $1,255,280 |
| Sohn (Bruce) | 01-Nov-2010 | 1,600 | $137.60 | $220,160 |
| Sohn (Bruce) | 01-Nov-2010 | 2,400 | $136.86 | $328,464 |
| Sohn (Bruce) | 04-Nov-2010 | 50 | $140.00 | $7,000 |
| Sohn (Bruce) | 05-Nov-2010 | 4,950 | $140.01 | $693,050 |
| Sohn (Bruce) | 16-Nov-2010 | 800 | $138.08 | $110,464 |
| Sohn (Bruce) | 16-Nov-2010 | 3,200 | $137.28 | $439,296 |
| Sohn (Bruce) | 15-Dec-2010 | 5,000 | $140.20 | $701,000 |
| Sohn (Bruce) | 21-Dec-2010 | 4,000 | $132.99 | $531,960 |
| Sohn (Bruce) | 12-Jan-2011 | 5,000 | $140.00 | $700,000 |
| Sohn (Bruce) | 18-Jan-2011 | 200 | $143.35 | $28,670 |
| Sohn (Bruce) | 18-Jan-2011 | 1,100 | $142.49 | $156,739 |
| Sohn (Bruce) | 18-Jan-2011 | 2,200 | $141.61 | $311,542 |
| Sohn (Bruce) | 18-Jan-2011 | 5,500 | $140.02 | $770,110 |
| Sohn (Bruce) | 02-Feb-2011 | 14,000 | $165.01 | $2,310,140 |
| | | 74,750 | | $12,390,248 |

**FIRST SOLAR, INC. [ FSLR ]**
Insider Sales:  4/30/08 - 2/28/12

| Defendant | Date | Shares | Price | Proceeds |
|---|---|---|---|---|
| ZHU JAMES | 16-Nov-2009 | 500 | $124.70 | $62,350 |
| ZHU JAMES | 30-Apr-2010 | 1,233 | $150.00 | $184,950 |
| ZHU JAMES | 30-Apr-2010 | 2,829 | $147.92 | $418,466 |
| ZHU JAMES | 28-Feb-2011 | 400 | $153.18 | $61,272 |
| ZHU JAMES | 28-Feb-2011 | 2,922 | $152.35 | $445,167 |
|  |  | 7,884 |  | $1,172,204 |
| TOTAL |  | 3,524,205 |  | $470,720,173 |