BONNETT FAIRBOURN FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN (005425)
KEVIN HANGER (027346)
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)
afriedman@bffb.com
khanger@bffb.com

[Proposed] Liaison Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MARK SMILOVITS, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>FIRST SOLAR, INC., et al.,<br><br>                      Defendants. | No. 2:12-cv-00555-DGC<br><br>**CLASS ACTION**<br><br>NOTICE OF ATTORNEY CHANGE OF ADDRESS |

TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the law offices of Bonnett Fairbourn Friedman & Balint, P.C., have relocated to the following address:

        BONNETT, FAIRBOURN, FRIEDMAN
          & BALINT, P.C.
        2325 E. Camelback Road, Ste. 300
        Phoenix, AZ 85016

The telephone number, facsimile number and email addresses remain the same.

DATED: August 28, 2012                    BONNETT FAIRBOURN FRIEDMAN
                                                                             & BALINT, P.C.
                                                                          ANDREW S. FRIEDMAN (005425)
                                                                          KEVIN HANGER (027346)

                                                                              */s/Andrew S. Friedman*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANDREW S. FRIEDMAN
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

[Proposed] Liaison Counsel for Plaintiff