ROBBINS GELLER RUDMAN
   & DOWD LLP
MICHAEL J. DOWD
MARK SOLOMON
DANIEL S. DROSMAN
JASON A. FORGE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
miked@rgrdlaw.com
marks@rgrdlaw.com
dand@rgrdlaw.com
jforge@rgrdlaw.com

Lead Counsel for Plaintiffs

BONNETT FAIRBOURN FRIEDMAN
   & BALINT, P.C.
ANDREW S. FRIEDMAN (AZ005425)
KEVIN HANGER (AZ027346)
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)
afriedman@bffb.com
khanger@bffb.com

Liaison Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MARK SMILOVITS, Individually and on Behalf of All Others Similarly Situated, | No. 2:12-cv-00555-DGC |
| Plaintiff, | CLASS ACTION |
| vs. | DECLARATION OF JASON A. FORGE IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO LIMIT CONFIDENTIALITY AGREEMENTS |
| FIRST SOLAR, INC., et al., | |
| Defendants. | |

759590_1

I, JASON A. FORGE, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted to practice *pro hac vice* before this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiffs in the above-entitled action.   Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      In the course of our investigation, one of our investigators informed us of a former employee of First Solar, Inc. ("First Solar) named Georgette Gillen.  Our investigator informed us that Ms. Gillen had indicated a willingness to speak with us about First Solar, but felt prohibited from doing so due to her confidentiality agreement with, and a letter she had received from, First Solar.  In a subsequent conversation with our investigator and one of my colleagues, Ms. Gillen stated that she was unclear as to her legal rights and obligations. Rather than attempt to provide legal advice to Ms. Gillen, my colleague asked if she would like the opportunity to consult her own counsel.   She indicated that that would be her preference, and our firm agreed to pay the fees for a third-party attorney to represent Ms. Gillen.  Soon thereafter, her counsel informed us that, in light of Ms. Gillen's confidentiality agreement with, and the letter she had received from, First Solar, she would not be available for an interview unless and until a Court had considered and ruled upon the scope of Ms. Gillen's confidentiality agreement with First Solar.

3.      Attached are true and correct copies of the following documents:

Exhibit 1:      A letter dated March 28, 2012 from First Solar to former-employee witness Georgette Gillen (address redacted).

Exhibit 2:      A First Solar Confidentiality Agreement one of its former employees voluntarily provided.

Exhibit 3:      A meet-and-confer email that I sent to defense counsel on September 6, 2012.  As I explained in the email, in light of defendants' impending motion to dismiss, we consider the witness-access issues addressed in the email to be time sensitive.  As such, I requested some sort of answer to our proposal by the close of business the next day.  I also invited any of the three defense counsel to call me to talk about any

- 1 -

1   other alternatives to us having to file a motion.  As of September 11, 2012, defense counsel have not responded to my email in any way.

2

3   Exhibit 4:   An excerpt from First Solar's February 29, 2012 Form 10-K (Annual Report) for the year ending December 31, 2011.

4   Exhibit 5:   Declaration of Georgette Gillen dated September 4, 2012.

5   Exhibit 6:   Declaration of Ken Keatly dated September 11, 2012.

6   I declare under penalty of perjury under the laws of the United States of America that

7   the foregoing is true and correct.  Executed this 11th day of September, 2012, at San Diego,

8   California.

9

10                              s/ JASON A. FORGE
                                JASON A. FORGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1              <u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on September 11, 2012, I authorized the electronic filing of the

3 foregoing with the Clerk of the Court using the CM/ECF system which will send notification

4 of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List,

5 and I hereby certify that I caused to be mailed the foregoing document or paper via the

6 United States Postal Service to the non-CM/ECF participants indicated on the attached

7 Manual Notice List.

8        I certify under penalty of perjury under the laws of the United States of America that

9 the foregoing is true and correct.  Executed on September 11, 2012.

10

                   s/ JASON A. FORGE

11                  JASON A. FORGE

12                  ROBBINS GELLER RUDMAN
                     & DOWD LLP

13                  655 West Broadway, Suite 1900
                  San Diego, CA  92101-3301

14                  Telephone:  619/231-1058
                  619/231-7423 (fax)

15

                  E-mail:  jforge@rgrdlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 2:12-cv-00555-DGC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George C Aguilar**
  gaguilar@robbinsumeda.com,notice@robbinsumeda.com

- **Kathryn B Allen**
  kallen@kmllp.com

- **Stephen Richard Basser**
  sbasser@barrack.com

- **Maureen Beyers**
  mbeyers@omlaw.com,ljensen@omlaw.com

- **Willie Briscoe**
  wbriscoe@thebriscoelawfirm.com

- **Luke Brooks**
  lukeb@rgrdlaw.com

- **Jeremy James Christian**
  jjc@tblaw.com,vcronan@tblaw.com,sab@tblaw.com

- **Keith Michael Cochran**
  kcochran@cfsblaw.com

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com,mzehel@pomlaw.com

- **Jonathan Adam Dessaules**
  jdessaules@dessauleslaw.com,hpeters@dessauleslaw.com

- **Michael J Dowd**
  miked@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel S Drosman**
  dand@rgrdlaw.com,karenc@rgrdlaw.com,tholindrake@rgrdlaw.com

- **Jordan Eth**
  jeth@mofo.com,adavis@mofo.com,nurbina@mofo.com

- **Jason A Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Andrew S Friedman**
  afriedman@bffb.com,rcreech@bffb.com,nvarner@bffb.com

- **Jeffrey Dale Gardner**
  gardner@sackstierney.com,suellen.douglas@sackstierney.com

- **Richard W Gonnello**

rgonnello@faruqilaw.com

- **Bryan Jens Gottfredson**
  Bryan.Gottfredson@sackstierney.com,jennelle.deatley@sackstierney.com,karen.sorensen@sackstierney.com

- **Salvatore Jo Graziano**
  salvatore@blbglaw.com,errol.hall@blbglaw.com

- **Joseph P Guglielmo**
  jguglielmo@scott-scott.com

- **Kevin Richard Hanger**
  khanger@bffb.com,rcreech@bffb.com

- **Craig Kennedy**
  mbeyers@omlaw.com

- **Jennifer Lynn Kroll**
  jkroll@martinbonnett.com

- **Jeffrey S Leonard**
  jeffrey.leonard@sackstierney.com,wendy.peterson@sackstierney.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Peter S Linden**
  plinden@kmllp.com

- **Susan Joan Martin**
  smartin@martinbonnett.com,tmahabir@martinbonnett.com,mblawfirm@aol.com

- **Michael Craig McKay**
  mmckay@schneiderwallace.com,efilings@schneiderwallace.com,egallegos@schneiderwallace.com

- **Gregory Michael Monaco**
  gmonaco@mackazlaw.com

- **Danielle S Myers**
  danim@rgrdlaw.com

- **Patrick Powers**
  patrick@powerstaylor.com,sarah@powerstaylor.com

- **Ira Michael Press**
  ipress@kmllp.com

- **Jay N Razzouk**
  jrazzouk@robbinsumeda.com

- **Brian J Robbins**
  brobbins@robbinsumeda.com,notice@robbinsumeda.com,rsalazar@robbinsumeda.com

- **Darren J Robbins**
  darrenr@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Hart Lawrence Robinovitch**
  AZDocketing@zimmreed.com,stacy.bethea@zimmreed.com,Hart.Robinovitch@zimmreed.com

- **David R Scott**
  drscott@scott-scott.com,efile@scott-scott.com

- **Mark Solomon**
  marks@rgrdlaw.com

- **Michael Sweeney**
  mbeyers@omlaw.com

- **Edward M Varga , III**
  evarga@kmllp.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Daxton Reese Watson**
  dwatson@mackazlaw.com,bcorpora@mackazlaw.com

- **Anna Erickson White**
  awhite@mofo.com,tvanvoris@mofo.com,avickery@mofo.com

- **Garrett Webster Wotkyns**
  gwotkyns@schneiderwallace.com,efilings@schneiderwallace.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing. You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)