# EXHIBIT 1



350 W. Washington Street  
Suite 600  
Tempe, Arizona 85281  
ccampbell@firstsolar.com

Carol Campbell  
Executive Vice President, Human Resources

March 28, 2012

Georgette Gillen

Re: Lawyers & Private Investigators Contacting Former First Solar Associates

Dear Georgette:

We have learned that lawyers interested in suing First Solar and private investigators hired by them have been contacting former First Solar Associates in order to try to find information to use against the company. These lawyers and their investigators may not identify themselves or their clients when they call and they may even leave the impression they are acting on behalf of First Solar, its shareholders or the government.

If you are contacted by any lawyers or an investigator hired by them, we ask that you contact Anissa Burnley (415-935-2541) or Michelle Leetham (415-935-2567) in the First Solar Legal Department. If you are contacted, it would be helpful if you could identify the person who called you, including his or her name, employer or company affiliation, and phone number.

You are not required to speak to any lawyers or investigators who may contact you. If you do happen to speak to one of them, please understand that pursuant to the confidentiality agreement that you signed, you may not disclose any confidential, proprietary, trade secret or privileged information regarding First Solar. You also need to be aware that these individuals are trying to gather information to use against the company, and even innocuous comments or ones you think may help First Solar can be taken out of context and used against First Solar. The same is true of any comments you may make to the press. If you happen to receive any media inquiries, we request that you refer them to Ted Meyer, First Solar's V.P., Communications.

Please feel free to contact Anissa or Michelle if you have any questions.

Many thanks for your attention to this matter,

*Carol Campbell*

Carol Campbell  
Vice President, Human Resources