# EXHIBIT 2



Document Number:
Revision Level: **A**
Page 1 of 4

Control Status: **Controlled**

Document Title: **Employee Technology Confidentiality Agreement**

# FIRST SOLAR, US Manufacturing, LLC

## *EMPLOYEE TECHNOLOGY AND CONFIDENTIALITY AGREEMENT*

**Name** _____

**Place of Signing:**

In consideration of my employment by First Solar, US Manufacturing, LLC., (which together with any related business entity is hereinafter referred to as the "Company"), and for the experience, knowledge, and confidential information gained by me in the course of such employment relating to the methods, plans, and operations of the Company and its suppliers, clients, and customers, I hereby agree that:

1. With the exception of those items described and/or listed in Appendix A attached hereto, which are specifically excluded from the operation of the applicable provisions hereof, I do not own, nor have any interest in, any patents, patent applications, inventions, improvements, discoveries, trade secrets, and/or other patentable or proprietary rights.

2. I will promptly and fully disclose to the Company all developments, inventions, ideas, discoveries, designs, and innovations (collectively referred to herein as "Developments"), whether patentable or not, relating wholly or in part to my work for the Company or resulting wholly or in part from my use of the Company's materials or facilities, which I may make or conceive, whether or not during working hours, alone or with others, at any time during my employment or within ninety (90) days after termination thereof, and I agree that all such Developments shall be exclusive property of the Company, and that I shall have no proprietary or shop rights in connection therewith.

3. I will assign, and do hereby assign, to the Company or Company's designee, my entire right, title, and interest in, and to all such Developments and all trademarks, copyrights and mask work rights in or relating to such Developments, and any patent applications filed and patents granted thereon including those in foreign countries; and, both during my employment by the Company and thereafter, to execute any patent papers deemed necessary or appropriate by the Company for filing with the United States or any other country covering such Developments as well as any papers that the Company may consider necessary or helpful in obtaining or maintaining such patents during the prosecution of patent applications thereon or during the conduct of any interference, litigation, or any other matter in connection therewith, and to transfer to the Company any such patents that may be issued in my name; all expenses incident to the filing of such



Document Number:
Revision Level: **A**
Page 2 of 4

Control Status: **Controlled**

Document Title: **Employee Technology Confidentiality Agreement**

applications, the prosecution thereof and the conduct of any such interference, litigation, or other matter will be borne by the Company.

4. I will not, either during my employment with the Company or at any time thereafter, use, disclose or authorize, or assist anyone else to disclose or use or make known for anyone's benefit, any information, knowledge or data of the Company or any supplier, client, or customer of the Company in any way acquired by me during my employment with the Company, other than information known by or readily available to the general public (hereinafter the "Confidential Information"). Such Confidential Information shall include but not be limited to the following:

   (a) Information of a business nature including, but not limited to, financial information and information about sales, marketing, purchasing, prices, costs, and customers;

   (b) Information pertaining to future developments including, but not limited to, research and development, new product ideas and developments, and future marketing and merchandising plans and ideas;

   (c) Information and material that relate to the Company's manufacturing methods, machines, articles of manufacture, compositions, inventions, engineering services, technological developments, "know-how", purchasing, accounting, merchandising, and licensing;

   (d) Trade secrets of the Company, including information and material with respect to the design, construction, capacity or method of operation of the Company's equipment or products;

   (e) Software in various stages of development (source code, object code, documentation, diagrams, flow charts), designs, drawings, specifications, models, data and customer information;

   (f) Any information of the type described above that the Company obtained from another party and that the Company treats as proprietary or designates as confidential, whether or not owned or developed by the Company.

5. I will deliver to the Company promptly upon request, and, in any event, on the date of termination of my employment all documents, copies thereof and other materials in my possession, including any notes or memoranda prepared by me, pertaining to the business of the Company, whether or not including any Confidential Information, and thereafter will promptly deliver any documents and copies thereof pertaining to the business of the Company that come into my possession.

First Solar

Document Number:
Revision Level: A
Page 3 of 4

Control Status: **Controlled**

Document Title: **Employee Technology Confidentiality Agreement**

6. I represent that I have no agreements with or obligations to others with respect to any innovations, developments, or information that could conflict with any of the foregoing.

7. The invalidity or unenforceability of any provision of this document, whether in whole or in part, shall not in any way affect the validity and/or enforceability of any of the other provisions of this document. Any invalid or unenforceable provision or portion thereof shall be deemed severable to the extent of any such invalidity or unenforceability. The restrictions contained in this document are reasonable for the purpose of preserving for the Company and its affiliates the proprietary rights, intangible business value and Confidential Information of the Company and its affiliates. In the event that any court determines that any restriction herein is of unreasonable scope or duration and that such restriction is to that extent unenforceable, such restriction shall remain in effect and shall be enforceable to the greatest extent permitted at law.

8. I agree that any breach or threatened breach by me of any of the above provisions cannot be remedied solely by the recovery of damages. I expressly agree that upon a breach or violation of any of the above provisions, the Company, in addition to all other remedies, shall be entitled as a matter of right to injunctive relief in any court of competent jurisdiction. Nothing herein, however, shall be construed as prohibiting the Company from pursuing, in concert with an injunction or otherwise, any other remedies available at law or in equity for such breach or threatened breach, including the recovery of damages.

9. This Agreement is made in consideration of my employment by the Company and for other good and valuable consideration received by me. I understand that the Company is under no obligation to employ me for any duration and that my employment with the Company is terminable at the will of the Company at any time and for any reason without any further obligation or liability to me.

10. Upon termination of my employment with the Company, I shall, if requested by the Company, reaffirm my recognition of the importance of maintaining the confidentiality of the Company's Confidential Information and reaffirm all of my obligations set forth herein.

11. This Agreement represents the full and complete understanding between the Company and I, with respect to the subject matter hereof and supersedes all prior representations and understandings, whether oral or written. This Agreement may not, on behalf of or in respect to the Company, be changed, modified, released, discharged, abandoned or otherwise terminated, in whole or in part, except by an instrument in writing signed on behalf of the Company. My obligations under this Agreement shall be binding upon my heirs, executors, administrators, or other legal representatives or assigns, and this Agreement shall inure to the benefit of the Company, its successors, and assigns.

12. This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of Ohio without reference to principles of conflict of laws.



Document Number:
Revision Level: **A**
Page 4 of 4

Control Status: **Controlled**

Document Title: **Employee Technology Confidentiality Agreement**

Signed: _____

Witness _____

## APPENDIX A

(Identification and description of any proprietary rights to be reserved

NOTE: Explanation of "mask work rights" referenced in paragraph 3:

"Mask work rights" gives copyright-type rights to integrated circuit design which is recognized intellectual property – similar to copyright law. Compare integrated circuit design to computer chip design.