# EXHIBIT 3

## Jason A. Forge

**From:** Jason A. Forge
**Sent:** Thursday, September 06, 2012 1:46 PM
**To:** 'White, Anna Erickson'; 'Eth, Jordan'; 'Van Voris, Timothy F'
**Cc:** Dan Drosman; Mike Dowd; Luke Brooks
**Subject:** First Solar Confidentiality Agreements

Counsel,

Several former-employee witnesses have expressed a desire to speak with us, but have declined or limited their comments out of fear of violating confidentiality agreements that First Solar had required them to sign -- a fear heightened by recent letters from First Solar purporting to remind witnesses about their confidentiality agreements in the event that they are contacted by anyone.  We have no interest in inquiring about any of First Solar's trade secrets, technology, or any other aspect of First Solar's business that could be used to the advantage of any competitor.  We do, however, want to gather additional information about specific topics that First Solar has freely discussed publicly:  the accounting behind its cost-per-watt metric; defects and shortcomings of its modules, including remediation expenses and disclosures thereof; and the accounting behind First Solar's warranty reserves.  Although we do not believe First Solar is entitled to a protective order regarding such topics, we will agree to one through the Court's decision on First Solar's motion to dismiss.  Assuming the case continues after that decision, the parties will propose a more comprehensive protective order that will supersede this temporary one.

What we are requesting is a letter from First Solar, or from you on behalf of First Solar, that expressly permits former employees to discuss with representatives of Lead Plaintiffs the three topics set forth above.  In light of First Solar's impending motion to dismiss and our response thereto, time is of the essence so we will need your answer by the close of business tomorrow, Friday, September 7.  In the meantime, as always, we would be happy to talk about our proposal and any other alternatives to filing a motion.

Regards,

Jason

Jason A. Forge
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel 619 231 1058 | Fax 619 231 7423
Mob 858 692 1117

**Robbins Geller Rudman & Dowd LLP**