# EXHIBIT 4

# FIRST SOLAR, INC.

## FORM 10-K
(Annual Report)

Filed 02/29/12 for the Period Ending 12/31/11

| | |
|---|---|
| Address | 350 WEST WASHINGTON STREET<br>SUITE 600<br>TEMPE, AZ 85281 |
| Telephone | (602) 414-9300 |
| CIK | 0001274494 |
| Symbol | FSLR |
| SIC Code | 3674 - Semiconductors and Related Devices |
| Industry | Semiconductors |
| Sector | Technology |
| Fiscal Year | 12/31 |

Powered By EDGAR Online

http://www.edgar-online.com

© Copyright 2012, EDGAR Online, Inc. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, Inc. Terms of Use.

| Nature | Primary Segment(s) Using Property | Location | Held | Major Encumbrances |
|---|---|---|---|---|
| Manufacturing Plant | Components | Perrysburg, Ohio, United States | Own | State of Ohio Loan (1) |
| Manufacturing Plants | Components | Frankfurt/Oder, Germany | Own | German Facility Agreement (1) |
| Manufacturing Plants | Components | Kulim, Kedah, Malaysia | Lease Land/Own Buildings | Malaysian Ringgit Facility Agreement (1) |
| Manufacturing Plant (2) | Components | Ho Chi Minh City, Vietnam | Lease Land/Own Building | n/a |
| Manufacturing Plant (3) | Components | Mesa, Arizona, United States | Own | n/a |
| Corporate Headquarters | Components & Systems | Tempe, Arizona, United States | Lease | n/a |
| Administrative Office | Systems | Bridgewater, New Jersey, United States | Lease | n/a |
| Administrative Office | Components & Systems | New York, New York, United States | Lease | n/a |
| Administrative Office | Systems | Oakland/San Francisco, California, United States | Lease | n/a |
| Research and Development Facility | Components | Santa Clara, California, United States | Lease | n/a |
| Administrative Office | Components & Systems | Mainz, Germany | Lease | n/a |

(1) See Note 15. "Debt," to our consolidated financial statements included in this Annual Report on Form 10-K for additional information.

(2) We have determined that we will not proceed with our previously announced 4-line plant in Vietnam.

(3) Under construction. We have postponed production from our 4-line plant in Mesa, Arizona until global supply and demand dynamics support the additional manufacturing capacity. Until such time this facility will be used as office space for certain business functions and as temporary storage space for systems business solar modules, balance of systems parts and certain machinery and equipment.

In addition, we lease small amounts of office and warehouse space in several other U.S. and international locations.

**Item 3:** *Legal Proceedings*

In the ordinary conduct of our business, we are subject to periodic lawsuits, investigations, and claims, including, but not limited to, routine employment matters. Although we cannot predict with certainty the ultimate resolution of lawsuits, investigations, and claims asserted against us, we do not believe that any currently pending legal proceeding to which we are a party will have a material adverse effect on our business, results of operations, cash flows, or financial condition.

On September 23, 2011, the Company informed the staff of the Securities and Exchange Commission (the "SEC") that the Company was commencing an internal investigation regarding a possible violation of Regulation FD. The possible violation arose in connection with disclosures on September 21, 2011, relating to the failure of the Topaz Solar Farm project to meet the statutory deadline to receive a federal loan guarantee from the US Department of Energy. This internal investigation was conducted on behalf of the Company's board of directors by independent outside counsel. Following completion of the internal investigation, the Company appointed a new Vice President of Investor Relations. The SEC, pursuant to an order dated November 17, 2011, is investigating the matter. The Company is cooperating with the SEC's investigation.

**Item 4: Mine Safety Disclosures**

None.

**PART II**