# EXHIBIT 6

```
 1  ROBBINS GELLER RUDMAN
       & DOWD LLP
 2  MICHAEL J. DOWD
    MARK SOLOMON
 3  DANIEL S. DROSMAN
    JASON A. FORGE
 4  655 West Broadway, Suite 1900
    San Diego, CA  92101
 5  Telephone:  619/231-1058
    619/231-7423 (fax)
 6  miked@rgrdlaw.com
    marks@rgrdlaw.com
 7  dand@rgrdlaw.com
    jforge@rgrdlaw.com
 8
    Lead Counsel for Plaintiffs
 9
    BONNETT FAIRBOURN FRIEDMAN
10     & BALINT, P.C.
    ANDREW S. FRIEDMAN (AZ005425)
11  KEVIN HANGER (AZ027346)
    2325 E. Camelback Road, Suite 300
12  Phoenix, AZ  85016
    Telephone:  602/274-1100
13  602/274-1199 (fax)
    afriedman@bffb.com
14  khanger@bffb.com

15  Liaison Counsel for Plaintiffs

16  [Additional counsel appear on signature page.]
```

|    | UNITED STATES DISTRICT COURT |
|----|------------------------------|
| 17 |                              |
| 18 | DISTRICT OF ARIZONA          |

| 19 | MARK SMILOVITS, Individually and on Behalf of All Others Similarly Situated, ) | No. 2:12-cv-00555-DGC |
|----|---|---|
| 20 | ) Plaintiff, | CLASS ACTION |
| 21 | ) vs. ) | DECLARATION OF KEN KEATLY |
| 22 | FIRST SOLAR, INC., et al., ) | |
| 23 | ) Defendants. ) | |

759599_1

1  I, KEN KEATLY, declare as follows:

2  1. I have been employed with the firm of L.R. Hodges & Associates, Ltd. ("LRH&A") since November 15, 1999, and have been Director of Investigations and Case Manager with the firm for over ten years. LRH&A is a private investigation firm licensed by the State of California, Bureau of Security and Investigative Services, License Number PI 18129. LRH&A provides investigative and consulting services in the area of complex civil litigation.

2. On or about March 30, 2012, Robbins Geller Rudman & Dowd LLP retained LRH&A to assist its investigation of First Solar, Inc. ("First Solar"). Since that date, I have attempted to contact telephonically dozens of individuals who had been previously employed by First Solar. I always made clear that I was an investigator and that my firm had been retained by one of the law firms representing First Solar shareholders in their action against First Solar and certain senior executives (a few people hung up almost immediately after answering my call, and did not allow me to get my past my initial greeting).

3. Of those people I actually reached, approximately 7 individuals said that they were interested in talking to me about First Solar, but felt prohibited from doing so due to their confidentiality agreements with, and/or letters they had received from, First Solar. Without indicating whether or not they wanted to talk to me about First Solar, approximately 4 others stated that they could not do so due to their confidentiality agreements with, and/or letters they had received from, First Solar. Approximately 15 other individuals declined to talk to me about First Solar without necessarily mentioning confidentiality agreements with, and/or letters from, First Solar. Of the approximately 25 former employers who were willing to speak with me, 4 stated they had received a letter from First Solar warning them against doing so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of September, 2012, at Carlsbad, California.

_____
KEN KEATLY

759599_1

- 1 -