Dax R. Watson [No. 020054]
Gregory M. Monaco [No.  023965]
**MACK DRUCKER & WATSON, P.L.C.**
3200 North Central Avenue, Suite 1200
Phoenix, Arizona  85012
Telephone:  (602) 778-9900
Facsimile:   (602) 778-9947

*Local Counsel for Johnny Hyldmar*

Richard W. Gonnello, Esq.
**FARUQI & FARUQI, LLP**
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile:   (212) 983-9331

*Attorneys for Johnny Hyldmar*

docket@mackazlaw.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARK  SMILOVITS,  Individually  and  on Behalf  of  All  Other  Persons  Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST  SOLAR,  INC.,  MICHAEL  J. AHEARN, ROBERT J. GILLETTE, MARK R. WIDMAR, JENS MEYERHOFF, and JAMES ZHU,<br><br>Defendants. | **CASE NO: 2:12-cv-00555-PHX-DGC**<br><br>**CLASS ACTION**<br><br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br><br>**(Assigned to the Hon. David. G. Campbell)** |

. . .

1

mdw
Mack drucker & watson
Attorneys at Law
3200 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
602/778-9900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Pursuant to Local Rule 83.3(b)(2), Mack Drucker & Watson, P.L.C. (the "Firm"), local counsel for former proposed class Plaintiff Johnny Hyldmar, hereby moves to withdraw as counsel of record.  Pursuant to its July 23, 2012 Order, the Court appointed a different Plaintiff to represent the class.  The law firm of Faruqi & Faruqi, LLP, which acts as lead counsel for Mr. Hyldmar, has notified Mr. Hyldmar of the status of the case and confirmed the Firm's intention to withdraw as counsel of record in this matter.  With there being no objection to the same, the Firm respectfully requests that the Court enter the accompanying order permitting it to withdraw as counsel of record for Mr. Hyldmar.

RESPECTFULLY SUBMITTED this **27th** day of September 2012.

MACK DRUCKER & WATSON, P.L.C.


By */S/ Gregory M. Monaco*
    Dax R. Watson
    Gregory M. Monaco
    *Local Counsel for Johnny Hyldmar*

2



## CERTIFICATE OF SERVICE

I, Berlinda L. Corpora, hereby certify that on September 27, 2012, I electronically transmitted the attached document to the Clerk of the Court using the United States District Court's CM/ECF filing system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/S/ Berlinda L. Corpora

3