1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9                   DISTRICT OF ARIZONA
10

| | |
|---|---|
| 11  Mark Smilovits, Individually and on behalf of all other persons similarly situated, | Case No.   CV12-00555-PHX-DGC |
| 13              Plaintiff, | **ORDER DENYING LEAD PLAINTIFFS' MOTION TO LIMIT CONFIDENTIALITY AGREEMENTS** |
| 14        vs. | |
| 15  First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham, | |
| 17              Defendants. | |

20          WHEREAS, having considered Lead Plaintiffs' Motion to Limit Confidentiality

21  Agreements, Defendants' Opposition, and all other supporting documents,

22          IT IS HEREBY ORDERED THAT:

23          Plaintiffs' Motion to Limit Confidentiality Agreements is DENIED.

24
25
26
27
28

sf-3199087