# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARK SMILOVITS, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST SOLAR, INC., MICHAEL J. AHEARN, ROBERT J. GILLETTE, MARK R. WIDMAR, JENS MEYERHOFF, and JAMES ZHU,<br><br>Defendants. | CASE NO: CV12-0555-PHX-DGC<br><br>**CLASS ACTION**<br><br>**ORDER** |

Pursuant to Mack Drucker & Watson, P.L.C.'s Motion to Withdraw as Counsel of Record (Doc. 105), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion (Doc. 105) is granted, and the law firm of Mack Drucker & Watson, P.L.C., shall be relieved of any further responsibility as counsel of record for Johnny Hyldmar in this matter.

Dated this 1st day of October, 2012.

_____
David G. Campbell
United States District Judge