Peter S. Linden, Esq.
plinden@kmllp.com
Ira M. Press, Esq.
ipress@kmllp.com
Edward M. Varga, III, Esq.
evarga@kmllp.com
KIRBY MCINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 371-6600

*Lead Counsel for Wayne County*

Jeffrey S. Leonard (No. 003809)
Jeffrey.Leonard@SacksTierney.com
Bryan J. Gottfredson (No. 025140)
Bryan.Gottfredson@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: (480) 425-2600

*Local Counsel for Wayne County*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| MARK SMILOVITS, individually and behalf of All Others similarly Situated, | )<br>)<br>) |
| Plaintiff, | )  No. 2:12-cv-00555-DGC<br>)<br>) |
| vs. | )<br>) |
| FIRST SOLAR, INC.; MICHAEL J. AHEARN; ROBERT J. GILLETTE; MARK R. WIDMAR; JENS MEYERHOFF; and JAMES ZHU, | ) **NOTICE OF WITHDRAWAL OF**<br>) **COUNSEL FOR WAYNE**<br>) **COUNTY**<br>)<br>)<br>) |
| Defendants. | ) |

Notice is given that Kathryn B. Allen of Kirby McInerney LLP, withdraws as counsel for Wayne County in this matter. Peter S. Linden, Ira M. Press and Edward M. Varga, III, who have

1

1  already appeared in this matter as counsel for Wayne County, will continue to represent the
2  Movant.
3       DATED this 31st day of May, 2013,

KIRBY MCINERENY LLP
By: /s/ Edward M. Varga, III
    Edward M. Varga, III
    Peter S. Linden
    Ira M. Press
    825 Third Avenue, 16th Floor
    New York, NY 10022
    Telephone: (212) 371-6600
    *Lead Counsel for Wayne County*

SACKS TIERNEY P.A.
    Jeffrey S. Leonard (No. 003809)
    Bryan J. Gottfredson (No. 025140)
    4250 N. Drinkwater Blvd., 4th Floor
    Scottsdale, AZ 85251-3693
    Telephone: (480) 425-2600
    *Local Counsel for Wayne County*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2013, the foregoing document was filed with the clerk of the court for the U.S. District Court, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

/s/ Edward M. Varga, III
Edward M. Varga, III