1

2  ROBBINS GELLER RUDMAN
      & DOWD LLP
3  MICHAEL J. DOWD
   MARK SOLOMON
4  DANIEL S. DROSMAN
   JASON A. FORGE
5  CHRISTOPHER D. STEWART
   655 West Broadway, Suite 1900
6  San Diego, CA  92101
   Telephone:  619/231-1058
7  619/231-7423 (fax)
   miked@rgrdlaw.com
8  marks@rgrdlaw.com
   dand@rgrdlaw.com
9  jforge@rgrdlaw.com
   cstewart@rgrdlaw.com

10 Lead Counsel for Plaintiffs

11 BONNETT FAIRBOURN FRIEDMAN
      & BALINT, P.C.
12 ANDREW S. FRIEDMAN (AZ005425)
   KEVIN HANGER (AZ027346)
13 2325 E. Camelback Road, Suite 300
   Phoenix, AZ  85016
14 Telephone:  602/274-1100
   602/274-1199 (fax)
15 afriedman@bffb.com
   khanger@bffb.com

16
   Liaison Counsel for Plaintiffs
17
   [Additional counsel appear on signature page.]
18
                UNITED STATES DISTRICT COURT
19
                   DISTRICT OF ARIZONA
20

21 MARK SMILOVITS, Individually and on     )  No. 2:12-cv-00555-DGC
   Behalf of All Others Similarly Situated,  )
22                                          )  CLASS ACTION
                              Plaintiff,    )
23                                          )  MOTION TO FILE LEAD PLAINTIFFS'
         vs.                                )  MEMORANDUM OF LAW IN
24                                          )  SUPPORT OF MOTION FOR CLASS
   FIRST SOLAR, INC., et al.,               )  CERTIFICATION UNDER SEAL
25                                          )
                              Defendants.   )  DATE:     August 2, 2013
26 _____ )  TIME:     2:00 p.m.
                                               DEPT:     603
27                                             JUDGE:    Hon. David G. Campbell

28

1      Lead Plaintiffs Mineworkers' Pension Scheme and British Coal Staff Superannuation
2 Scheme ("Lead Plaintiffs") seek leave to file under seal an un-redacted version of the
3 Memorandum of Law in Support of Motion for Class Certification ("Memorandum"), as
4 well as excerpts of deposition testimony and discovery responses attached as Exhibits 1, 4-5
5 to the Declaration of Jason A. Forge in Support of Motion For Class Certification
6 ("Declaration"), pursuant to L.R. Civ. 5.6. No stipulated protective order has been entered
7 in this case.

8      Lead Plaintiffs recognize the strong presumption in favor of public access to court
9 records. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).
10 In order to seal any part of a non-dispositive motion, such as a motion to certify a class, Lead
11 Plaintiffs must demonstrate good cause. *See Kamakana v. City & County of Honolulu*, 447
12 F.3d 1172, 1180 (9th Cir. 2006); *see also MMI, Inc. v. Baja, Inc.*, 743 F. Supp. 2d 1101,
13 1106 (D. Ariz. 2010) ("Courts relax the presumption that records should not be sealed for
14 non-dispositive filings"); *Pecover v. Elec. Arts Inc.*, No. C-08-2820, 2010 U.S. Dist. LEXIS
15 140632, at *71 (N.D. Cal. Dec. 21, 2010) (recognizing a motion for class certification is a
16 non-dispositive motion subject to the "good cause" standard).

17      "The good cause standard also applies to the sealed filing of documents attached to
18 non-dispositive motions because those documents are often 'unrelated, or only tangentially
19 related, to the underlying cause of action.'" *Mesa Bank v. Cincinnati Ins. Co.*, No. 09-12-
20 PHX-GMS, 2009 U.S. Dist. LEXIS 11333, at *3-*4 (D. Ariz. Feb. 3, 2009) (citing *Phillips
21 v. G.M. Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002)). Additionally, the "good cause"
22 standard applies to discovery materials, which are "'[p]rivate materials unearthed during
23 discovery [that] are not part of the judicial record.'" *Mesa Bank*, 2009 U.S. Dist. LEXIS
24 11333, at *3 (granting motion to file under seal nine exhibits attached to affidavit) (citing
25 *Kamakana*, 447 F.3d at 1180).

26      Lead Plaintiffs seek to file under seal certain information contained in the
27 Memorandum and attached to the Declaration that has been designated "Highly Confidential
28 – Attorneys' Eyes Only." Lead Plaintiffs' request is narrowly tailored, as a redacted version

of the Memorandum will be publicly available and will contain only approximately 51 lines of redacted text.  *See Oracle USA, Inc. v. Rimini St., Inc.*, No. 10-cv-106-LRH, 2011 U.S. Dist. LEXIS 130754, at *2 (D. Nev. Nov. 9, 2011) ("By openly filing the remaining exhibits and documents that do not require confidentiality without seal, Defendants' request is narrowly tailored."); *Genentech, Inc. v. Trs. of the Univ. of Pa.*, No. 10-cv-2037 LHK, 2012 U.S. Dist. LEXIS 50924, at *6-*7 (N.D. Cal. Apr. 11, 2012) (finding good cause to file under seal excerpts of deposition testimony).

The redacted information and deposition excerpts contain or reflect testimony elicited from Lead Plaintiffs' Investment Accountant, as well as Lead Plaintiffs' Investment Manager Baillie Gifford.  The deposition testimony elicited from Lead Plaintiffs' Investment Accountant concerns such issues as the Pension Schemes' procedures for managing and investing funds, hiring and replacing Investment Managers, and consulting with counsel on legal matters affecting the Pension Schemes.  The testimony elicited from Baillie Gifford pertains to such topics as the Investment Managers' procedures and processes for researching and investing in companies and securities; pending their agreement on the terms of a protective order to propose to the Court, the parties have agreed to treat this as confidential information and it is of a commercially sensitive nature.

Lead Plaintiffs set forth there is good cause to file under seal the deposition excerpts, Lead Plaintiffs' discovery responses, and the portions of the Memorandum containing this "Highly Confidential" deposition testimony and respectfully request the Court grant Lead Plaintiffs' motion.  *See, e.g.*, *Medicis Pharm. Corp. v. Acella Pharm.*, LLC, No. 10-1780-PHX JAT, 2012 U.S. Dist. LEXIS 83283 (D. Ariz. June 15, 2012) (granting motion to seal information contained in pleadings, exhibits and declarations, including deposition excerpts); *Cellco P'ship v. Hope*, No. CV-432-PHX DGC, 2011 U.S. Dist. LEXIS 81885, at *18 (D. Ariz. July 26, 2011) (granting motion to seal deposition excerpts); *see also Oracle*, 2011 U.S. Dist. LEXIS 130754, at *2-*3 (granting motion to seal with respect to motion for protective order regarding depositions).

851883_1

1    DATED:  June 21, 2013                          Respectfully submitted,

2                                                   ROBBINS GELLER RUDMAN
                                                       & DOWD LLP
3                                                   MICHAEL J. DOWD
                                                    MARK SOLOMON
4                                                   DANIEL S. DROSMAN
                                                    JASON A. FORGE
5                                                   CHRISTOPHER D. STEWART

6

7                                                            s/ JASON A. FORGE
                                                           JASON A. FORGE
8
                                                    655 West Broadway, Suite 1900
9                                                   San Diego, CA  92101
                                                    Telephone:  619/231-1058
10                                                  619/231-7423 (fax)

11                                                  ROBBINS GELLER RUDMAN
                                                       & DOWD LLP
12                                                  LUKE O. BROOKS
                                                    Post Montgomery Center
13                                                  One Montgomery Street, Suite 1800
                                                    San Francisco, CA  94104
14                                                  Telephone:  415/288-4545
                                                    415/288-4534 (fax)
15
                                                    Lead Counsel for Plaintiffs
16
                                                    BONNETT FAIRBOURN FRIEDMAN
17                                                     & BALINT, P.C.
                                                    ANDREW S. FRIEDMAN (AZ005425)
18                                                  KEVIN HANGER (AZ027346)
                                                    2325 E. Camelback Road, Suite 300
19                                                  Phoenix, AZ  85016
                                                    Telephone:  602/274-1100
20                                                  602/274-1199 (fax)

21                                                  Liaison Counsel for Plaintiffs

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE

2        I hereby certify that on June 21, 2013, I authorized the electronic filing of the

3  foregoing with the Clerk of the Court using the CM/ECF system which will send notification

4  of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List,

5  and I hereby certify that I caused to be mailed the foregoing document or paper via the

6  United States Postal Service to the non-CM/ECF participants indicated on the attached

7  Manual Notice List.

8        I certify under penalty of perjury under the laws of the United States of America that

9  the foregoing is true and correct.  Executed on June 21, 2013.

10

11                      s/ JASON A. FORGE
                        JASON A. FORGE

12
                        ROBBINS GELLER RUDMAN
                              & DOWD LLP
13                      655 West Broadway, Suite 1900
                        San Diego, CA  92101-3301
14                      Telephone:  619/231-1058
                        619/231-7423 (fax)
15
                        E-mail: jforge@rgrdlaw.com
16

17

18

19

20

21

22

23

24

25

26

27

28

851883_1