Richard G. Himelrick (# 004738)
(rgh@tblaw.com)
J. James Christian (# 023614)
(jjc@tblaw.com)
TIFFANY & BOSCO P.A.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, AZ 85016-9240
Tel: (602) 255-6000
Fax: (602) 255-0103
*Local Counsel for Plaintiff NYSTRS*

Salvatore Graziano
(salvatore@blbglaw.com)
Gerald H. Silk
(jerry@blbglaw.com)
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
*Counsel for Plaintiff NYSTRS*

IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF ARIZONA

| | |
|---|---|
| MARK SMILOVITS, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST SOLAR, INC.; MICHAEL J. AHEARN; ROBERT J. GILLETTE; MARK R. WIDMAR; JENS MEYERHOFF; and JAMES ZHU,<br><br>Defendants. | Case No. 2:12-cv-00555-DGC<br><br>**DECLARATION OF J. JAMES CHRISTIAN** |

I, J. James Christian, declare as follows:

1. I am an attorney duly licensed to practice before this Court. I am an attorney at the law firm of Tiffany & Bosco P.A., local counsel for Former Prospective Lead Plaintiff The New York State Teachers' Retirement System ("NYSTRS"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On May 29, 2014, Tiffany & Bosco, P.A. notified NYSTRS in writing through counsel that Tiffany & Bosco, P.A. and its respective attorneys would be moving to withdraw as counsel for NYSTRS and advised the same of the status of the action and all upcoming due dates and court hearings that will require its attendance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of May, 2014.

*/s/ J. James Christian*
J. James Christian

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I will mail the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Shelley Boettge*
Shelley Boettge