# Attachment A

# First Solar Class Period Tenure Chart

