Attachment B

# First Solar Corporate Organizational Chart



**BOARD OF DIRECTORS**

M. Ahearn (Chair)

| T. Presby | C. Kennedy | P. Stebbins |
| J. Nolan | J. Villareal | M. Sweeney |
| B. Sohn (to Jun 2009) | R. Gillette (Oct 2009 – Oct 2011) | W. Post (from Jun 2010) |

**AUDIT COMMITTEE**

T. Presby (Chair)
C. Kennedy
P. Stebbins

**INTERNAL AUDIT**

**OTHER COMMITTEES**

Compensation Committee
Nominating and Corp. Governance Committee
Technology Committee
Project Development Risk Committee

**CHIEF EXECUTIVE OFFICER**

| M. Ahearn | Aug 2000 – Oct 2009 |
| R. Gillette | Oct 2009 – Oct 2011 |
| M. Ahearn | Oct 2011 – May 2012 |

**PRESIDENT / PRESIDENT, OPERATIONS**

B. Sohn
Mar 2007 – Apr 2011

**VP TECHNOLOGY**

D. Eaglesham
Jun 2006 – Nov 2009

**DEVELOPMENT ENGINEERING TEAM**

**DIR. & VP QUALITY / VP SITE OPS. & PLANT MGR.**

M. Koralewski*

**QUALITY TEAM**

**DIR., PERFORMANCE & PREDICTION**

A. Kimber
Dec 2009 – Aug 2011

**PERFORMANCE & PREDICTION TEAM**

**EXEC. VP MARKETING & PRODUCT MANAGEMENT / PRESIDENT, COMPONENTS BUSINESS GROUP**

TK Kallenbach
Dec 2009 – Dec 2011

**VP COMPONENTS BUSINESS GROUP**

J. Amonett
Mar 2011 – Dec 2011

**PRESIDENT, UTILITY SYSTEMS BUSINESS**

J. Brown
Sep 2011 – 2012

**VP SYSTEM DEVELOPMENT**

T. Kuster

**CHIEF TECHNOLOGY OFFICER**

D. Eaglesham
Nov 2009 – Jul 2012

**ENGINEERING TEAM**

**DIR., PERFORMANCE & PREDICTION**

A. Kimber
Sep 2011 – Jan 2012

**PERFORMANCE & PREDICTION TEAM**

**CHIEF FINANCIAL OFFICER**

J. Meyerhoff
May 2006 – Dec 2010

J. Zhu (interim)
Jan 2011 – Apr 2011

M. Widmar
Apr 2011 – Present

*For CFO Team, see Finance Department chart on p.2*

FINANCE   TECHNICAL/OPS

* After Mr. Sohn left First Solar in April 2011, Mr. Koralewski reported to the Senior Vice President of Manufacturing/ Operations, T. Dejong. Mr. Koralewski's reports were unchanged.

# First Solar Corporate Organizational Chart
## Finance Department



**CFO**

| | |
|---|---|
| J. Meyerhoff | May 2006 – Dec 2010 |
| J. Zhu (interim) | Jan 2011 – Apr 2011 |
| M. Widmar | Apr 2011 – Present |

**VP CORPORATE CONTROLLER / CHIEF ACCOUNTING OFFICER / ADVISORY ROLE**

J. Zhu
Jun 2007 – May 2012

**DIR./VP FP&A**

K. Wood
Jan 2008 – Jun 2010

J. Amonett
Jul 2010 – Mar 2011

B. Engle
Jul 2011 – Present

**DIR./VP INTERNAL AUDIT**

F. Shukry
Oct 2006 – Mar 2010

M. Loures
Jun 2010 – Jan 2012

A. Xavier
Jan 2012 – Present

**VP INVESTOR RELATIONS**

L. Polizzotto
Apr 2008 – Jan 2012

D. Brady
Dec 2011 – Present

**DIR. SEC REPORTING**

R. Mittermaier

**ASST. CORPORATE CONTROLLER / VP CORPORATE CONTROLLER**

B. Schumaker
Apr 2008 – Present

**FP&A TEAM**

**INTERNAL AUDIT TEAM**

**DIR. INVESTOR RELATIONS**

P. Hegarty
Apr 2009 – Jun 2011

L. Fairborn
Sept 2011 – Nov 2012

**MGR. SEC REPORTING**

A. Brady

**GLOBAL SOX COMPLIANCE MGR.**

O. Follett

**DIR. TECH. ACCOUNTING**

S. Green

**ACCOUNTING MANAGER**

T. Hillstead

\*  The Director/Vice President of Internal Audit reported directly to the Audit Committee of First Solar's Board of Directors.