James P. Bennett (*Admitted pro hac vice*)
JBennett@mofo.com
Paul Flum (*Admitted pro hac vice*)
PaulFlum@mofo.com
Jordan Eth (*Admitted pro hac vice*)
JEth@mofo.com
Judson E. Lobdell (*Admitted pro hac vice*)
JLobdell@mofo.com
Anna Erickson White (*Admitted pro hac vice*)
AWhite@mofo.com
Philip T. Besirof (*Admitted pro hac vice*)
PBesirof@mofo.com
Mark R.S. Foster (*Admitted pro hac vice*)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
(415) 268-7000

Maureen Beyers, Arizona Attorney No. 017134
Joseph N. Roth, Arizona Attorney No. 025725
OSBORN MALEDON, P.A.
2929 North Central Avenue
Phoenix, Arizona 85012-2793
(602) 640-9000
MBeyers@omlaw.com
JRoth@omlaw.com

Attorneys for Defendants
First Solar, Inc., Michael J. Ahearn, Robert J. Gillette,
Mark R. Widmar, Jens Meyerhoff, James Zhu,
Bruce Sohn, and David Eaglesham

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham,<br><br>Defendants. | Case No.   CV12-00555-PHX-DGC<br><br>**DECLARATION OF CHRIS BUETER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, CHRIS BUETER, declare as follows:

1.      I submit this Declaration in support of defendants' motion for summary judgment.  I make this Declaration on personal knowledge, except as to items stated on information and belief.  If called as a witness, I would testify to the following facts:

**My Roles at First Solar**

2.      In November 2009, I joined First Solar's Human Resources Department.  I have held the titles of Director – Labor Relations, and Vice President – Human Resources Corporate Services.  Since November 2013, I have served as Senior Vice President – Human Resources, which is the highest-ranking position within First Solar's Human Resources Department.

3.      In my various roles with First Solar, I have become familiar with First Solar's hiring practices, separation practices, and organizational structure.  I also have access to data regarding First Solar's organizational structure, as well as the dates of employment and job titles of all current and former First Solar employees.

**Tenure Chart**

4.      I have reviewed the chart titled "First Solar Class Period Tenure Chart" that is attached to defendants' motion for summary judgment as **Attachment A**.

5.      This chart accurately represents the job titles of the seven individual defendants and the dates they held those titles.  This chart also accurately represents the job titles of six other current and former First Solar employees (Michael Koralewski, TK Kallenbach, Thomas Kuster, Bryan Schumaker, John Amonett, and Kurt Wood) and the dates those six individuals held those titles.

**Organizational Chart**

6.      I have reviewed the chart titled "First Solar Corporate Organizational Chart" that is attached to defendants' motion for summary judgment as **Attachment B.**

7.      This chart accurately represents a portion of First Solar's organizational structure from 2008-2012.  Specifically, this chart accurately represents the structure of First Solar's Board of Directors, six executive positions appointed by the Board of

Directors (Chief Executive Officer; President – Operations; Executive Vice President – Marketing & Product Management / President – Components Business Group; President – Utility Systems Business; Chief Technology Officer; and Chief Financial Officer), and certain employees and teams who reported to those six executive positions.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19ᵗʰ day of March 2015 in Tempe , Arizona .

CHRIS BUETER

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.


s/*Rosemary Barajas*
**Rosemary Barajas**