James P. Bennett (*Admitted pro hac vice*)
JBennett@mofo.com
Paul Flum (*Admitted pro hac vice*)
PaulFlum@mofo.com
Jordan Eth (*Admitted pro hac vice*)
JEth@mofo.com
Judson E. Lobdell (*Admitted pro hac vice*)
JLobdell@mofo.com
Anna Erickson White (*Admitted pro hac vice*)
AWhite@mofo.com
Philip T. Besirof (*Admitted pro hac vice*)
PBesirof@mofo.com
Mark R.S. Foster (*Admitted pro hac vice*)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
(415) 268-7000

Maureen Beyers, Arizona Attorney No. 017134
MBeyers@omlaw.com
Joseph N. Roth, Arizona Attorney No. 025725
JRoth@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue
Phoenix, AZ 85012-2793
(602) 640-9000

Attorneys for Defendants
First Solar, Inc., Michael J. Ahearn, Robert J. Gillette,
Mark R. Widmar, Jens Meyerhoff, James Zhu,
Bruce Sohn, and David Eaglesham

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham,<br><br>Defendants. | Case No.    CV12-00555-PHX-DGC<br><br>**DECLARATION OF PAUL FLUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1.      I, Paul Flum, am an attorney licensed to practice law in the State of California and am admitted *pro hac vice* to practice before this Court.  I am a partner with the law firm of Morrison & Foerster LLP, and I am counsel of record for Defendants First Solar, Inc. ("First Solar"), Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham.  I submit this declaration in support of Defendants' Motion for Summary Judgment.  Except for any matters stated on information and belief, I have personal knowledge of the facts stated below.

2.      Each of the exhibits referenced below refers to the exhibits numbered in the Appendix of Exhibits to the Defendants' Motion for Summary Judgment.

**Challenged Statements**

3.      Exhibit 1 is a chart that identifies each of the alleged false or misleading statements challenged by Plaintiffs in this action, which were identified by examining the statements referenced in the Plaintiffs' First Amended Complaint ("FAC").  The text (and emphasis) of each allegedly misleading statement set forth in Exhibit 1 is copied verbatim from the FAC.  Exhibit 1 also identifies the alleged date, source, speaker, and subject matter of the statements at issue, and provides a citation to the paragraph in which the FAC alleges that each statement was misleading.  The last column in Exhibit 1 references the sections of the Defendants' Motion for Summary Judgment that explain why summary judgment should be granted with respect to each statement at issue.  The statements in Exhibit 1 are organized by chronology.

4.      Exhibit 2 contains the same data described in ¶ 3 (without references to the sections of the brief), but the statements are organized by the alleged signor or speaker of each statement.

5.      Exhibit 3 contains the same data described in ¶ 3 (without references to the sections of the brief), but the statements are organized by subject matter.

6.      Exhibit 4 is a chart that reflects each of the alleged corrective disclosures. This chart is based on a review of Plaintiffs' Second Amended Responses to Defendant Michael J. Ahearn's First Set of Interrogatories to Lead Plaintiffs, dated March 13, 2015.

FLUM DECL. IN SUPPORT OF DEFS.' MOT. FOR SUMMARY JUDGMENT                                                      1
sf-3517338

In particular, it reflects the corrective disclosures that Plaintiffs identify in response to Interrogatory Nos. 11 and 12.  These interrogatory responses are included as Exhibit 89.

**Excerpts From Deposition Testimony**

7.    Exhibit 34 is a true and correct excerpt from the certified transcript of the deposition of John Amonett, taken on December 12, 2014.

8.    Exhibit 35 is a true and correct excerpt from the certified transcript of the deposition of Adam D'Angelo, taken on January 30, 2015.

9.    Exhibit 36 is a true and correct excerpt from the certified transcript of the deposition of David Eaglesham, taken on January 21, 2015.

10.    Exhibit 37 is a true and correct excerpt from the certified transcript of the deposition of Georgette Gillen, taken on August 7, 2014.

11.    Exhibit 38 is a true and correct excerpt from the certified transcript of the deposition of Terry Lee Kallenbach, taken on March 2, 2015.

12.    Exhibit 39 is a true and correct excerpt from the certified transcript of the deposition of Adrianne Kimber, taken on November 25, 2014.

13.    Exhibit 40 is a true and correct excerpt from the certified transcript of the deposition of Mike Koralewski, taken on December 17, 2014.

14.    Exhibit 41 is a true and correct excerpt from the certified transcript of the deposition of Thomas Kuster, taken on February 18, 2015.

15.    Exhibit 42 is a true and correct excerpt from the certified transcript of the deposition of Jens Meyerhoff, taken on February 17, 2015.

16.    Exhibit 43 is a true and correct excerpt from the certified transcript of the deposition of Mark Widmar, taken on January 21, 2015.

17.    Exhibit 44 is a true and correct excerpt from the certified transcript of the deposition of James Zhu, taken on January 29, 2015.

**Discovery Responses**

18.    Attached as Exhibit 89 is a true and correct excerpt from Plaintiffs' Second Amended Responses to Defendant Michael J. Ahearn's First Set of Interrogatories to Lead Plaintiffs, dated March 13, 2015.

**First Solar's SEC Filings**

19.    Exhibit 45 is a true and correct excerpt from First Solar's Form 10-K for the fiscal year ending December 27, 2008, which First Solar filed with the Securities and Exchange Commission ("SEC") on February 25, 2009, and which the Plaintiffs reference in ¶ 79 of the FAC.  This document was obtained by downloading it from EDGAR, a website maintained by the SEC, at:  https://www.sec.gov/Archives/edgar/data/1274494/000095013409003635/p14089e10vk.htm.

20.    Exhibit 46 is a true and correct excerpt from First Solar's Form 10-K for the fiscal year ending December 26, 2009, which First Solar filed with the SEC on February 22, 2010, and which the Plaintiffs reference in ¶ 99 of the FAC.  This document was obtained by downloading it from EDGAR, a website maintained by the SEC, at: https://www.sec.gov/Archives/edgar/data/1274494/000127449410000007/form10-k.htm.

21.    Exhibit 47 is a true and correct excerpt from First Solar's Form 10-Q for the quarterly period ending June 26, 2010, which First Solar filed with the SEC on August 2, 2010, and which the Plaintiffs reference in ¶ 108 of the FAC.  This document was obtained by downloading it from EDGAR, a website maintained by the SEC, at: https://www.sec.gov/Archives/edgar/data/1274494/000127449410000029/fslrjune10q.htm.

22.    Exhibit 48 is a true and correct copy of First Solar's Form 10-K for the fiscal year ending December 31, 2010, which First Solar filed with the SEC on February 28, 2011, and which the Plaintiffs reference in ¶ 120 of the FAC.  This document was obtained by downloading it from EDGAR, a website maintained by the SEC, at:  https://www.sec.gov/Archives/edgar/data/1274494/000127449411000007/fslrdec1010k.htm.

23.    Exhibit 49 is a true and correct excerpt from First Solar's Form DEF 14A, which First Solar filed with the SEC on April 13, 2011.  This document was obtained by

downloading it from EDGAR, a website maintained by the SEC, at:  https://www.sec.gov/Archives/edgar/data/1274494/000095012311035196/p18759dedef14a.htm.

24.     Exhibit 50 is a true and correct excerpt from First Solar's Form 10-Q for the quarterly period ending September 30, 2011, which First Solar filed with the SEC on November 4, 2011, and which the Plaintiffs reference in ¶ 135 of the FAC.  This document was obtained by downloading it from EDGAR, a website maintained by the SEC, at:  https://www.sec.gov/Archives/edgar/data/1274494/000127449411000055/fslrsept1110qdraft.htm.

25.     Exhibit 51 is a true and correct excerpt from First Solar's Form 8-K and attached press releases dated December 9, 2011, which First Solar filed with the SEC on December 14, 2011, and which the Plaintiffs reference in ¶ 233 of the FAC.  This document was obtained by downloading it from EDGAR, a website maintained by the SEC, at:  https://www.sec.gov/Archives/edgar/data/1274494/000127449411000060/a992firstsolarincpressrele.htm.

26.     Exhibit 52 is a true and correct excerpt from First Solar's Form 10-K for the fiscal year ending December 31, 2011, which First Solar filed with the SEC on February 29, 2012, and which the Plaintiffs reference in ¶¶ 237-238 of the FAC.  This document was obtained by downloading it from EDGAR, a website maintained by the SEC, at:  https://www.sec.gov/Archives/edgar/data/1274494/000127449412000015/fslrdec1110k.htm.

27.     With the assistance of attorneys working directly under my supervision, I have reviewed First Solar's quarterly and annual financial statements for the quarters ending Q2 2009, Q3 2009, Q4 2009 and Q1 2010 (each of which is available from EDGAR) to determine the amounts accrued for LPM remediation expenses, the net sales, and the net income.  The following table provides a true and correct summary of the figures for these quarters.  Based on these figures, the total amount accrued during this time was approximately 0.52% of total net sales and 1.79% of total net income.

| Period | LPM Remediation Accrual | Net Sales | Net Income |
|---|---|---|---|
| Q2 2009 | $1,800,000 | $525,876,000 | $180,579,000 |
| Q3 2009 | $2,200,000 | $480,851,000 | $153,344,000 |
| Q4 2009 | $3,100,000 | $641,265,000 | $141,620,000 |
| Q1 2010 | $4,500,000 | $567,961,000 | $172,345,000 |
| Total: | $11,600,000 | $2,215,953,000 | $647,888,000 |

**Conference Call Transcripts**

28. Exhibit 53 is a true and correct excerpt from a transcript of First Solar's Guidance Conference Call of December 14, 2011, which the Plaintiffs reference in ¶ 137 of the FAC. Bloomberg LP makes these conference call transcripts available to the investing public through the Events Function found on a Bloomberg terminal. I am informed and believe that the language used in transcripts does not always accurately reflect the precise language used by the speaker, nor the identity of the speaker. Pursuant to Rule 56(c)(1)(A) of the Federal Rules of Civil Procedure, Defendants stipulate, for the limited purpose of Defendants' Motion for Summary Judgment only, that this excerpt accurately reflects the statements and speakers identified therein.

29. Exhibit 87 is a true and correct copy of a Guidance Presentation dated December 14, 2011, which is discussed in the transcript for the conference call described in ¶ 28, and which was downloaded from: http://files.shareholder.com/downloads/FSLR/1708722140x0x528611/d550c49b-e3b4-471f-8ee4-041629ceb6d3/FSLR%2520Presentation%25202012%2520Guidance% 2520final.pdf.

**Press Releases**

30. Exhibit 54 is a true and correct copy of a press release that First Solar issued on October 25, 2011, which the Plaintiffs reference in ¶ 230 of the FAC. This document was obtained by downloading it from First Solar's website, at: http://investor.firstsolar.com/releasedetail.cfm?ReleaseID=617796.

31.     Exhibit 55 is a true and correct copy of a press release that First Solar issued on February 28, 2012, which the Plaintiffs reference in ¶ 235 of the FAC.  This document was obtained by downloading it from First Solar's website, at: http://investor.firstsolar.com/releasedetail.cfm?ReleaseID=652462.

**Stock Prices**

32.     Exhibit 90 is a chart that contains the true and correct daily closing price, adjusted for dividends and splits, of First Solar's publicly traded stock (stock symbol "FSLR") for the period of April 30, 2008, to February 28, 2012.  The data that populates this chart was downloaded from Yahoo! Finance:  http://finance.yahoo.com/q?s=&ql=1.

33.     Exhibit 90 also includes the "peer group" comparison price, which is based on the daily adjusted closing price from six other companies in the solar industry, including Canadian Solar, Inc., Hanwha Q Cells, Ltd. (formerly Hanwha SolarOne Co., Ltd.), SunPower Corp., Suntech Power Holdings Co. Ltd., Trina Solar Limited, and Yingli Green Energy Holding Co. Ltd.  The peer group was selected based on the peer group that First Solar disclosed that it used to benchmark its performance in its Form 10-K for the 2011 fiscal year (with the exception of Solarworld AG, which, based on information available on Yahoo! Finance, was thinly traded).  (Ex. 52 at 33.)  The "peer group" price is based on prices downloaded from Yahoo! Finance.  It was calculated by taking the percentage of each day-to-day change to the adjusted closing price for each company in the peer group, determining the average (as between the six peer companies) of this percentage on each day, and applying this daily average cumulatively to the closing price of First Solar as of April 30, 2008.

34.     The chart contained on page 1 of Defendants' Motion for Summary Judgment reflects the data in Exhibit 90.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on March 27, 2015, in San Francisco, California.

_____
PAUL FLUM

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.


s/*Rosemary Barajas*
**Rosemary Barajas**