James P. Bennett (*Admitted pro hac vice*)
JBennett@mofo.com
Paul Flum (*Admitted pro hac vice*)
PaulFlum@mofo.com
Jordan Eth (*Admitted pro hac vice*)
JEth@mofo.com
Judson E. Lobdell (*Admitted pro hac vice*)
JLobdell@mofo.com
Anna Erickson White (*Admitted pro hac vice*)
AWhite@mofo.com
Philip T. Besirof (*Admitted pro hac vice*)
PBesirof@mofo.com
Mark R.S. Foster (*Admitted pro hac vice*)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000

Maureen Beyers, Arizona Attorney No. 017134
MBeyers@omlaw.com
Joseph N. Roth, Arizona Attorney No. 025725
JRoth@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue
Phoenix, AZ 85012-2793
(602) 640-9000

Attorneys for Defendants
First Solar, Inc., Michael J. Ahearn, Robert J. Gillette,
Mark R. Widmar, Jens Meyerhoff, James Zhu,
Bruce Sohn, and David Eaglesham

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, individually and on behalf of all other persons similarly situated, | Case No.   CV12-00555-PHX-DGC |
| Plaintiff, | |
| vs. | **DECLARATION OF SAMANTHA SLOAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham, | |
| Defendants. | |

I, SAMANTHA SLOAN, declare as follows:

1.      I submit this Declaration in support of defendants' motion for summary judgment.  I make this Declaration on personal knowledge.  If called as a witness, I would testify to the following facts:

**My Roles at First Solar**

2.      In August 2009, I joined First Solar as a Manager of Product Marketing.  I later was promoted to Product Line Director, and became First Solar's Director of Performance Commitments in October 2012.  Since April 2014, I have been the Director of U.S. Business Development.

3.      Because of my technical background and my role in First Solar's Product Marketing group, part of my role from 2010 through early 2012 was coordinating communications regarding the LPM excursion that involved both technical and commercial issues.

4.      As part of this effort, for a period in 2011 and early 2012, I was responsible for coordinating with the business and engineering groups to implement certain updates drafted by First Solar's LPM communications team to First Solar's website, www.firstsolar.com.  My duties included ensuring that certain questions and answers on the "Frequently Asked Questions" ("FAQ") page of First Solar's publicly-available website were correct and consistent with other LPM communications.  The FAQ page provides answers to questions about First Solar, including "Investor" and "Sales & Product" information.  From December 2009 to December 2011, the FAQ was accessible to the public at www.firstsolar.com/en/faq.php.

**February 4, 2011 Frequently Asked Questions Update**

5.      On February 3, 2011, I received an email from TK Kallenbach with requested changes to First Solar's online FAQ.

6.      Mr. Kallenbach requested that we add language to the Sales & Product section.  One of his requested additions stated that "November 30th 2010 marked the conclusion of the period during which customers could file extended-warranty claims

related to the excursion modules.  We are now in the process of validating and verifying those claims.  Many of those claims were filed based simply on the dates of the excursion (June 2008 to June 2009), and not due to any issue demonstrated in the field."

7.     The following day, February 4, 2011, I received an email directed to Lance Hendershot from Brandon Mitchener, asking that Mr. Hendershot update the English website "ASAP" with the language approved by Mr. Kallenbach and others.

8.     I received an email response from Mr. Hendershot later that day.  He wrote to confirm that the English and EU Frequently Asked Questions website had been updated as requested.

9.     Exhibit 72 is a true and accurate copy of the email I received from Mr. Hendershot on February 4, 2011, which includes the prior correspondence I received on February 3, 2011.[1]  I recognize these emails as correspondence between First Solar employees regarding an update to the Frequently Asked Questions website.  I received a copy of this email in the ordinary course of business.  I recognize the email address SSloan@FIRSTSOLAR.COM as my official work email address.  I recognize "@FIRSTSOLAR.COM" as First Solar's internal domain for email addresses assigned to employees.

10.     Exhibit 88 is a true and accurate copy of First Solar's Frequently Asked Questions website archived from February 28, 2011.  First Solar updated the Frequently Asked Questions website periodically in the regular course of business as necessary when information became available.  Based on my own involvement in the process of updating portions of the Frequently Asked Questions website during this period, I believe that the language in Exhibit 72 accurately reflects the language that was on the website from February 4, 2011, through February 28, 2011 (and after).

---

[1] All exhibit references in this Declaration are to the Appendix of Exhibits in Support of Defendants' Motion for Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of March, 2015 in Phoenix, Arizona.

_____
SAMANTHA SLOAN

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 27, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.


<u>s/*Rosemary Barajas*</u>
**Rosemary Barajas**