James P. Bennett (*Admitted pro hac vice*)
JBennett@mofo.com
Paul Flum (*Admitted pro hac vice*)
PaulFlum@mofo.com
Jordan Eth (*Admitted pro hac vice*)
JEth@mofo.com
Judson E. Lobdell (*Admitted pro hac vice*)
JLobdell@mofo.com
Anna Erickson White (*Admitted pro hac vice*)
AWhite@mofo.com
Philip T. Besirof (*Admitted pro hac vice*)
PBesirof@mofo.com
Mark R.S. Foster (*Admitted pro hac vice*)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105–2482
(415) 268-7000

Maureen Beyers, Arizona Attorney No. 017134
MBeyers@omlaw.com
Joseph N. Roth, Arizona Attorney No. 025725
JRoth@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue
Phoenix, Arizona 85012–2793
(602) 640-9000

Attorneys for Defendants
First Solar, Inc., Michael J. Ahearn, Robert J. Gillette,
Mark R. Widmar, Jens Meyerhoff, James Zhu,
Bruce Sohn, and David Eaglesham

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, individually and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham,<br><br>　　　　　Defendants. | Case No.　　CV12-00555-PHX–DGC<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

APPX. OF EXHIBITS IN SUPPORT OF DEFS.' MOT. FOR SUMMARY JUDGMENT

| Exhibit | Document Description | Evidentiary Support |
|---|---|---|
| 1 | Chart of Challenged Statements, organized in chronological order | Flum Decl. ¶ 3 |
| 2 | Chart of Challenged Statements, organized by signer/speaker | Flum Decl. ¶ 4 |
| 3 | Chart of Challenged Statements, organized by subject matter | Flum Decl. ¶ 5 |
| 4 | Chart of Alleged Corrective Disclosures | Flum Decl. ¶ 6 |
| 5 | PwC Opinion Letter for Fiscal Year 2008 | D'Angelo Decl. ¶ 9 |
| 6 | PwC Opinion Letter for Fiscal Year 2009 | D'Angelo Decl. ¶ 9 |
| 7 | PwC Opinion Letter for Fiscal Year 2010 | D'Angelo Decl. ¶ 9 |
| 8 | PwC Opinion Letter for Fiscal Year 2011 | D'Angelo Decl. ¶ 9 |
| 9 | PwC Opinion Letter for Fiscal Year 2012 | D'Angelo Decl. ¶ 9 |
| 10 | Excerpt from PwC Workpaper:  Warranty Reserve, Specific Modules not meeting requirements, Q2 2009, Bates No. PWC0047045.001 | D'Angelo Decl. ¶¶ 11, 14 |
| 11 | Excerpt from PwC Workpaper:  Warranty Reserve, Q3 2009, Bates No. PWC0047804 | D'Angelo Decl. ¶¶ 11, 14 |
| 12 | Excerpt from PwC Workpaper:  Late Entries, Year-End 2009, Bates No. PWC0049637 | D'Angelo Decl. ¶¶ 11, 14 |
| 13 | Excerpt from PwC Workpaper:  Review Issues List, Q1 2010, Bates No. PWC0059815 | D'Angelo Decl. ¶¶ 11, 14 |
| 14 | Excerpt from PwC Workpaper:  LPM Accrual, Q2 2010, Bates No. PWC0061424 | D'Angelo Decl. ¶¶ 11, 14 |
| 15 | PwC Memorandum:  Low Power Modules, December 2010, Bates No. PWC0067255–PWC0067258 | D'Angelo Decl. ¶¶ 11, 14 |
| 16 | PwC Workpaper:  Email from Garret Tripp, FW: First Solar–Sensitivity Analysis, February 17, 2011, Bates No. PWC0071388 | D'Angelo Decl. ¶¶ 11, 14 |
| 17 | PwC Workpaper:  PwC Shadow Calculation, Monte Carlo Simulation, February 14, 2011, Bates No. PWC0071389 | D'Angelo Decl. ¶¶ 11, 14 |
| 18 | Excerpt from PwC Workpaper:  LPM, Q2 2011, Bates No. PWC0077767 | D'Angelo Decl. ¶¶ 11, 14 |
| 19 | Excerpt from PwC Workpaper:  LPM, Q1 2011, Bates No. PWC0081030 | D'Angelo Decl. ¶¶ 11, 14 |

| Exhibit | Document Description | Evidentiary Support |
|---|---|---|
| 20 | PwC Memorandum:  Accruals Related to Module Performance, October 2011, Bates No. PWC0081218.001–PWC0081218.003 | D'Angelo Decl. ¶¶ 11, 14, 18 |
| 21 | PwC Memorandum:  Accruals Related to Module Performance, February 2012, Bates No. PWC0090290–PWC0090294 | D'Angelo Decl. ¶¶ 11, 14 |
| 22 | PwC Memorandum:  SAB99 Memorandum, February 21, 2012, Bates No. PWC0090507.001–PWC0090507.006 | D'Angelo Decl. ¶¶ 11, 14 |
| 23 | PwC Memorandum:  Audit Committee Summary, March 6, 2012, Bates No. PWC0020684–PWC0020685 | D'Angelo Decl. ¶¶ 11, 14 |
| 24 | PwC Report:  Report to the Audit Committee of the Board of Directors, Results of 2011 Integrated Audit, February 24, 2012, Bates No. FSLR00184276–FSLR00184328 | D'Angelo Decl. ¶¶ 11, 15 |
| 25 | PwC Memorandum:  Class action complaint for violation of the federal securities laws, January 19, 2013, Bates No. PWC0148447.001–PWC0148447.009 | D'Angelo Decl. ¶¶ 11, 16 |
| 26 | PwC Workpaper:  Board Meeting Summary, Q1 2011, Bates No. PWC0075308–PWC0075312 | D'Angelo Decl. ¶¶ 11, 17 |
| 27 | PwC Workpaper:  PwC Audit Committee Report, Q1 2011, Bates No. PWC0075540 | D'Angelo Decl. ¶¶ 11, 17 |
| 28 | PwC Memo:  Warranty Rate Change, October 2011, Bates No. PWC0108719–PWC0108722 | D'Angelo Decl. ¶¶ 11, 18 |
| 29 | PwC Workpaper:  Revenue Recognition Report, Year-End 2011, Bates No. PWC0109214–PWC0109219 | D'Angelo Decl. ¶¶ 11, 20 |
| 30 | First Solar Memorandum:  First Solar CpW accounting-related allegations, December 29, 2009, Bates No. PWC0052623–PWC0052627 | D'Angelo Decl. ¶¶ 11, 12 |
| 31 | PwC Memorandum:  Cost per Watt Allegation Review, January 2010, Bates No. PWC0051670.001–PWC0051670.002 | D'Angelo Decl. ¶¶ 11, 12 |
| 32 | PwC Workpaper:  Analytics Summary CpW, CpW Background, CpW Calc, Year-End 2010, Bates No. PWC0066727 | D'Angelo Decl. ¶¶ 11, 12 |

| Exhibit | Document Description | Evidentiary Support |
|---|---|---|
| 33 | Excerpt from PwC Workpaper:  Analytic Template, CpW Background, CpW Calc, Year-End 2011, Bates No. PWC0089659 | D'Angelo Decl. ¶¶ 11, 12 |
| 34 | Excerpts from Transcript of Deposition:  John Amonett, December 12, 2014 | Flum Decl. ¶ 7 |
| 35 | Excerpts from Transcript of Deposition:  Adam D'Angelo, January 30, 2015 | Flum Decl. ¶ 8 |
| 36 | Excerpts from Transcript of Deposition:  David Eaglesham, January 21, 2015 | Flum Decl. ¶ 9 |
| 37 | Excerpts from Transcript of Deposition:  Georgette Gillen, August 7, 2014 | Flum Decl. ¶ 10 |
| 38 | Excerpts from Transcript of Deposition:  Terry Lee Kallenbach, March 2, 2015 | Flum Decl. ¶ 11 |
| 39 | Excerpts from Transcript of Deposition:  Adrianne Kimber, November 25, 2014 | Flum Decl. ¶ 12 |
| 40 | Excerpts from Transcript of Deposition:  Mike Koralewski, December 17, 2014 | Flum Decl. ¶ 13 |
| 41 | Excerpts from Transcript of Deposition:  Thomas Kuster, February 18, 2015 | Flum Decl. ¶ 14 |
| 42 | Excerpts from Transcript of Deposition:  Jens Meyerhoff, February 17, 2015 | Flum Decl. ¶ 15 |
| 43 | Excerpts from Transcript of Deposition:  Mark Widmar, January 21, 2015 | Flum Decl. ¶ 16 |
| 44 | Excerpts from Transcript of Deposition:  James Zhu, January 29, 2015 | Flum Decl. ¶ 17 |
| 45 | Excerpts from SEC filing:  First Solar's Annual Report on Form 10-K for the period ended December 27, 2008; filed with the SEC on February 25, 2009 | Flum Decl. ¶ 19 |
| 46 | Excerpts from SEC filing:  First Solar's Annual Report on Form 10-K for the period ended December 26, 2009; filed with the SEC on February 22, 2010 | Flum Decl. ¶ 20 |
| 47 | Excerpts from SEC filing:  First Solar's Quarterly Report on Form 10-Q for the period ended June 26, 2010; filed with the SEC on August 2, 2010 | Flum Decl. ¶ 21 |

| Exhibit | Document Description | Evidentiary Support |
|---------|---------------------|---------------------|
| 48 | SEC filing:  First Solar's Annual Report on Form 10-K for the period ended December 31, 2010; filed with the SEC on February 28, 2011 | Flum Decl. ¶ 22 |
| 49 | Excerpts from SEC filing:  First Solar's Definitive Proxy Statement; filed with the SEC on April 13, 2011 | Flum Decl. ¶ 23 |
| 50 | Excerpts from SEC filing:  First Solar's Quarterly Report on Form 10-Q for the period ended September 30, 2011; filed with the SEC on November 4, 2011 | Flum Decl. ¶ 24 |
| 51 | Excerpts from SEC filing:  First Solar's Form 8-K and attached press releases; filed with the SEC on December 14, 2011 | Flum Decl. ¶ 25 |
| 52 | Excerpts from SEC filing:  First Solar's Annual Report on Form 10-K for the period ended December 31, 2011; filed with the SEC on February 29, 2012 | Flum Decl. ¶ 26 |
| 53 | Call Transcript:  Guidance Call, December 14, 2011 | Flum Decl. ¶ 28 |
| 54 | Press Release:  First Solar Announces Chairman Michael Ahearn to Serve as Interim CEO, October 25, 2011 | Flum Decl. ¶ 30 |
| 55 | Press Release:  First Solar, Inc. Announces Fourth Quarter and 2011 Financial Results, February 28, 2012 | Flum Decl. ¶ 31 |
| 56 | Revenue Recognition for Product Sales, June 19, 2008, Bates No. PWC0059602–PWC0059606 | Schumaker Decl. ¶ 13 |
| 57 | Memorandum:  Accounting Issues Paper, Module Replacement Warranty, Q3 2008, Bates No. FSLR01121603–FSLR01121607 | Schumaker Decl. ¶ 19 |
| 58 | Memorandum:  Cost per Watt Produced (CWP) Analytic Procedures, Bates No. FSLR01087256–FSLR01087259 | Gillen Dep. Tr. (Ex. 37) at 61:21–62:6 |
| 59 | Low Power Chronology of Events, June 5, 2009, Bates No. FSLR02349102–FSLR02349103 | Koralewski Decl. ¶ 8 |
| 60 | Presentation:  Analyst/Investor Meeting, June 24, 2009, Bates No. FSLR01659004–FSLR01659124 | Eaglesham Decl. ¶ 58 n.2 |

| Exhibit | Document Description | Evidentiary Support |
|---|---|---|
| 61 | Revenue Recognition for Product Sales, December 1, 2009, Bates No. PWC0109553–PWC0109558 | Schumaker Decl. ¶ 13 |
| 62 | Memorandum:  Accounting Issues Paper, Cost per Watt Produced, February 11, 2010, Bates No. FSLR01089799–FSLR01089800 | Schumaker Decl. ¶ 51 |
| 63 | Module Warranty Terms & Conditions, Revision 2.2, Bates No. FSLR01690776 | Koralewski Decl. ¶ 33 |
| 64 | [*Lodged Under Seal*]<br>Email:  Adrianne Kimber to Adrianne Kimber and others, April 2, 2010, Bates No. FSLR00281771–FSLR00281772<br>Attachment:  Position Paper:  First Solar Long-term Performance Degradation, Bates No. FSLR00281773–FSLR00281794 | Kimber Depo. Tr. (Ex. 39) at 145:11–146:3 |
| 65 | Email: Bruce Sohn to Robert Gillette, May 15, 2010, FSLR00408422<br>Attachment:  System Degradation Analysis, May 14, 2010, Bates No. FSLR00408423–FSLR00408428 | Sohn Decl. ¶ 53 |
| 66 | Email:  Larry Polizzotto to James Zhu, February 24, 2011, Bates No. FSLR01308650–FSLR01308651 | Zhu Decl. ¶ 15 |
| 67 | Memorandum:  LPM Hit Rate Analysis, July 11, 2010, Bates No. FSLR01348986–FSLR01348989 | Koralewski Decl. ¶ 25 |
| 68 | Email:  TK Kallenbach to Peter Bartolino and others, July 29, 2010, Bates No. FSLR02122084 | Koralewski Decl. ¶ 14 |
| 69 | Presentation:  Q2 2010 Earnings Call, Bates No. FSLR00381487–FSLR00381520 | Meyerhoff Decl. ¶ 57 |
| 70 | Email:  Mike Koralewski to TK Kallenbach, July 29, 2010, Bates No. FSLR02231329–FSLR02231335 | Koralewski Decl. ¶ 14 |
| 71 | Memorandum:  Accounting Issues Paper, Cost per Watt Produced, January 26, 2011, Bates No. FSLR01094771–FSLR01094772 | Schumaker Decl. ¶ 51 |
| 72 | Email:  Lance Hendershot to Brandon Mitchener and Sam Sloan, February 4, 2011, Bates No. FSLR02015104–FSLR02015111 | Sloan Decl. ¶ 9 |

| Exhibit | Document Description | Evidentiary Support |
|---|---|---|
| 73 | Email: Bryan Schumaker to Garret Tripp, March 3, 2011, Bates No. FSLR01079574 <br> Attachment: Memorandum, 2010 Year-End Warranty Analysis, February 15, 2011, Bates No. FSLR01079575–FSLR01079580 | Schumaker Decl. ¶ 19 |
| 74 | [*Lodged Under Seal*] <br> Presentation: Hot-Climate Stabilization, Bates No. FSLR00961524–FSLR00961538 | Eaglesham Decl. ¶ 45 |
| 75 | [*Lodged Under Seal*] <br> Memorandum: Performance Warranty Analysis, Bates No. FSLR01032962–FSLR01032968 | Koralewski Decl. ¶ 36 |
| 76 | Email: James Zhu to Adam D'Angelo and others, July 25, 2011, FSLR 00966099 <br> Memorandum: LPM Status Review Q2 2011, Bates No. FSLR00966100–FSLR00966106 | Schumaker Decl. ¶ 37 |
| 77 | [*Lodged Under Seal*] <br> Memorandum: Excess Obligation of Normal Product Warranty Liability and Related Expense, September 30, 2011, Bates No. FSLR00955706–FSLR00955735 | Widmar Dep. Tr. (Ex. 43) at 170:24–172:2 |
| 78 | Emails: Ora Crossley to Marco Loures and others, October 18, 2011, Bates No. FSLR01275378–FSLR01275379; TK Kallenbach to Ora Crossley and Wendt Curran, October 17, 2011, FSLR01275380–FSLR01275382 <br> Attachment: Presentation, LPM Status Update, October 17, 2011, Bates No. FSLR01275383–FSLR01275389 | Widmar Decl. ¶ 44 |
| 79 | Email: Bryan Schumaker to Garret Tripp, November 2, 2011, Bates No. FSLR00274882 <br> Attachment: Memorandum, Q3 2011 Change [in] Estimate to the Warranty Accrual, September 27, 2011, Bates No. FSLR00274883–FSLR00274890 | Schumaker Decl. ¶ 19 |
| 80 | Email: Mike Koralewski to TK Kallenbach and others, November 2, 2011, Bates No. FSLR01105822–FSLR01105823 | Koralewski Decl. ¶ 15 |
| 81 | Letter from First Solar to PricewaterhouseCoopers LLP, November 3, 2011, Bates No. PWC0017339–PWC0017344 | D'Angelo Dep. Tr. (Ex. 35) at 112:22–113:17 |

| Exhibit | Document Description | Evidentiary Support |
|---|---|---|
| 82 | [*Lodged Under Seal*]<br>Memorandum:  Failure Analysis and Rates of Return for Warranty, January 24, 2012, Bates No. FSLR00955342–FSLR00955351 | Koralewski Decl. ¶ 37 |
| 83 | Email:  Mike Koralewski to Timo Moeller and others, February 20, 2012, Bates No. FSLR01109252 | Koralewski Decl. ¶ 17 |
| 84 | Memorandum:  Q4'11 Finished Goods LCM Analysis, February 23, 2012, Bates No. FSLR01250415–FSLR01250420 | Schumaker Decl. ¶ 28 |
| 85 | [*Lodged Under Seal*]<br>Memorandum:  Accounting Issues Paper, 2011 Year End Rate Analysis, Q4 2011, Bates No. FSLR01077767–FSLR01077784 | Schumaker Decl. ¶ 19 |
| 86 | Email:  Bryan Schumaker to Tyler Hillstead and others, February 28, 2012, Bates No. FSLR02110484<br>Attachment:  Accounting Issues Paper, LPM Accounting Guidance, Q4 2011, Bates No. FSLR02110485–FSLR02110492 | Schumaker Decl. ¶ 48 |
| 87 | Presentation:  First Solar 2012 Guidance, December 14, 2011, available at http://files.shareholder.com/downloads/FSLR/1708722140x0x528611/d550c49b-e3b4-471f-8ee4-041629ceb6d3/FSLR%2520Presentation%25202012%2520Guidance%2520final.pdf | Flum Decl. ¶¶ 28, 29 |
| 88 | First Solar Website, Frequently Asked Questions, archived February 28, 2011 | Sloan Decl. ¶ 10 |
| 89 | Excerpt from Lead Plaintiffs Mineworkers' Pension Scheme and British Coal Staff Superannuation Scheme's Second Amended Responses to Defendant Michael J. Ahearn's First Set of Interrogatories to Lead Plaintiffs, March 13, 2015 | Flum Decl. ¶ 18 |
| 90 | Closing Stock Price Comparison Chart | Flum Decl. ¶¶ 32-33 |

## CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to this case, and I am over the age of eighteen years.

I electronically transmitted the attached document and all exhibits to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, with the exception of the following exhibits, which were submitted under seal and served on the following recipients by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

- Exhibit 64, bearing Bates Nos. FSLR00281771–FSLR00281794
- Exhibit 74, bearing Bates Nos. FSLR00961524–FSLR00961538
- Exhibit 75, bearing Bates Nos. FSLR01032962–FSLR01032968
- Exhibit 77, bearing Bates Nos. FSLR00955706–FSLR00955735
- Exhibit 82, bearing Bates Nos. FSLR00955342–FSLR00955351
- Exhibit 85, bearing Bates Nos. FSLR01077767–FSLR01077784

Michael J. Dowd
miked@rgrdlaw.com
Daniel S. Drosman
dand@rgrdlaw.com
Jason A. Forge
Jforge@rgrdlaw.com
Luke O. Brooks
lukeb@rgrdlaw.com
Mark Solomon
marks@rgrdlaw.com
Darren Robins
darrenr@rgrdlaw.com
Theresa Holindrake
tholindrake@rgrdlaw.com
Karen Cook
karenc@rgrdlaw.com
Andy Rudolph
andyr@rgrdlaw.com
Terry Koelbl
tkoelbl@rgrdlaw.com

Darryl Alvarado
Darryl Alvarado@rgrdlaw.com
Jennifer Caringal
jcaringal@rgrdlaw.com
Cody Lejeune
clejeune@rgrdlaw.com
Chris Stewart
cstewart@rgrdlaw.com

*Attorneys for Plaintiffs*

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, this 27th day of March, 2015.

| Rosemary Barajas | */s/ Rosemary Barajas* |
|---|---|
| (typed) | (signature) |