# Exhibit 45

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 2 of 315

Table of Contents

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# Form 10-K

(Mark One)

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 27, 2008

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from        to

Commission file number: 001-33156

# First Solar, Inc.

*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **20-4623678** |
| *(State or other jurisdiction of* | *(I.R.S. Employer* |
| *incorporation or organization)* | *Identification No.)* |

**350 West Washington Street, Suite 600**
**Tempe, Arizona 85281**
*(Address of principal executive offices, including zip code)*
**(602) 414-9300**
*(Registrant's telephone number, including area code)*

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common stock, $0.001 par value | The NASDAQ Stock Market LLC |

Securities registered pursuant to Section 12(g) of the Act:
**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes ☑    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act.  Yes ☐    No ☑

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.  Yes ☑    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑          Accelerated filer ☐          Non-accelerated filer ☐          Smaller reporting company ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐    No ☑

The aggregate market value of the registrant's common stock, $0.001 par value per share, held by non-affiliates of the registrant on June 27, 2008, the last business day of the registrant's most recently completed second fiscal quarter, was approximately $10,046,225,940 (based on the closing sales price of the registrant's common stock on that date). Shares of the registrant's common stock held by each officer and director and each person who owns 5% or more of the outstanding common stock of the registrant are not included in that amount, because such persons may be deemed to be affiliates of the registrant. This determination of affiliate status is not necessarily a conclusive determination for other purposes. As of February 18, 2009, 81,643,905 shares of the registrant's common stock, $0.001 par value per share, were issued and outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

The information required by Part III of this Annual Report on Form 10-K, to the extent not set forth herein, is incorporated by reference from the registrant's definitive proxy statement relating to the Annual Meeting of Shareholders to be held in 2009, which will be filed with the Securities and Exchange Commission within 120 days after the end of the fiscal year to which this Annual Report on Form 10-K relates.

**FIRST SOLAR, INC.**

**Form 10-K for the Fiscal Year Ended December 27, 2008**
**Index**

|  |  | **Page** |
|---|---|---|
| **PART I** | | |
| Item 1: | Business | 3 |
|  | Executive Officers of the Registrant | 10 |
| Item 1A: | Risk Factors | 11 |
| Item 1B: | Unresolved Staff Comments | 23 |
| Item 2: | Properties | 24 |
| Item 3: | Legal Proceedings | 24 |
| Item 4: | Submission of Matters to a Vote of Security Holders | 24 |
| **PART II** | | |
| Item 5: | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 24 |
| Item 6: | Selected Consolidated Financial Data | 27 |
| Item 7: | Management's Discussion and Analysis of Financial Condition and Results of Operations | 28 |
| Item 7A: | Quantitative and Qualitative Disclosures about Market Risk | 50 |
| Item 8: | Financial Statements and Supplementary Data | 53 |
| Item 9: | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 54 |
| Item 9A: | Controls and Procedures | 54 |
| Item 9B: | Other Information | 55 |
| **PART III** | | |
| Item 10: | Directors and Executive Officers of the Registrant | 55 |
| Item 11: | Executive Compensation | 55 |
| Item 12: | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 55 |
| Item 13: | Certain Relationships and Related Transactions, and Director Independence | 55 |
| Item 14: | Principal Accountant Fees and Services | 56 |
| **PART IV** | | |
| Item 15: | Exhibits and Financial Statement Schedules | 56 |
| Signatures | | 57 |
| Consolidated Financial Statements | | 60 |
| Index to Exhibits | | 108 |
| EX-10.33 | | |
| EX-10.34 | | |
| EX-10.35 | | |
| EX-10.36 | | |
| EX-21.1 | | |
| EX-23.1 | | |
| EX-24.1 | | |
| EX-31.01 | | |
| EX-31.02 | | |
| EX-32.01 | | |

Throughout this Annual Report on Form 10-K, we refer to First Solar, Inc. and its consolidated subsidiaries as "First Solar," the "Company," "we," "us," and "our." Our fiscal years end on the last Saturday in December. Our last three fiscal years ended December 27, 2008, December 29, 2007 and December 30, 2006.

**Table of Contents**

## NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Annual Report on Form 10-K contains forward-looking statements within the meaning of the Securities Exchange Act of 1934 and the Securities Act of 1933, which are subject to risks, uncertainties and assumptions that are difficult to predict. All statements in this Annual Report on Form 10-K, other than statements of historical fact, are forward-looking statements. These forward-looking statements are made pursuant to safe harbor provisions of the Private Securities Litigation Reform Act of 1995. The forward-looking statements include statements, among other things, concerning our business strategy, including anticipated trends and developments in and management plans for, our business and the markets in which we operate; future financial results, operating results, revenues, gross profit, operating expenses, products, projected costs and capital expenditures; research and development programs; sales and marketing initiatives; and competition. In some cases, you can identify these statements by forward-looking words, such as "estimate", "expect", "anticipate", "project", "plan", "intend", "believe", "forecast", "foresee", "likely", "may", "should", "goal", "target", "might", "will", "could", "predict" and "continue", the negative or plural of these words and other comparable terminology. Our forward-looking statements are only predictions based on our current expectations and our projections about future events. All forward-looking statements included in this Annual Report on Form 10-K are based upon information available to us as of the filing date of this Annual Report on Form 10-K. You should not place undue reliance on these forward-looking statements. We undertake no obligation to update any of these forward-looking statements for any reason. These forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause our actual results, levels of activity, performance, or achievements to differ materially from those expressed or implied by these statements. These factors include the matters discussed in the section entitled "Item 1A: Risk Factors" and elsewhere in this Annual Report on Form 10-K. You should carefully consider the risks and uncertainties described under this section.

## PART I

**Item 1:**    *Business*

We design and manufacture solar modules using a proprietary thin film semiconductor technology that has allowed us to reduce our average solar module manufacturing costs to among the lowest in the world. In 2008, our average manufacturing costs were $1.08 per watt, which we believe is significantly less than those of traditional crystalline silicon solar module manufacturers. By continuing to expand production and improve our technology and manufacturing process, we believe that we can further reduce our manufacturing costs per watt and maintain our cost advantage over traditional crystalline silicon solar module manufacturers.

We manufacture our solar modules on high-throughput production lines and perform all manufacturing steps ourselves in an automated, proprietary, continuous process. Our solar modules employ a thin layer of cadmium telluride semiconductor material to convert sunlight into electricity. In less than three hours, we transform a 2ft × 4ft (60cm × 120cm) sheet of glass into a complete solar module, using approximately 1% of the semiconductor material used by other manufacturers to produce crystalline silicon solar modules. Our manufacturing process eliminates the multiple supply chain operators and expensive and time consuming batch processing steps that are used to produce a crystalline silicon solar module.

We have long-term solar module supply contracts (the "Long Term Supply Contracts") with one U.S. and fifteen European project developers, system integrators and operators that in the aggregate allow for approximately $5.8 billion (4.9 billion denominated in euro at an assumed exchange rate of $1.15/€1.00 and 0.2 billion denominated in USD) in sales from 2009 to 2013. During 2008, we amended a Long Term Supply Contract with one customer, which reduced the volume of solar modules delivered to such customer in 2008 and also reduced the volume of solar modules to be delivered over the remaining term of the agreement to such customer. During February 2009 we amended our Long Term Supply Contracts with two customers to accelerate the decline in the sales price per watt under such contracts in 2009 and 2010 in exchange for increases in the volume of solar modules to be delivered under such contracts. We are currently in discussions with several other customers about making similar amendments to their Long Term Supply Contracts.

3

Table of Contents

2008, Ms. Gustafsson was Vice President and Deputy General Counsel of Ingersoll-Rand Ltd., following Ingersoll-Rand's acquisition of Trane. From 2001 through 2005, Ms. Gustafsson held positions of increasing responsibility at American Standard Companies Inc., including Chief Corporate Counsel and General Counsel for the company's global air conditioning business. Ms. Gustafsson holds a B.A. in English Literature from Boston University, and a J.D. from The University of Michigan Law School.

John Carrington joined First Solar in May 2008 as Executive Vice President, Global Marketing & Business Development. Mr. Carrington brings extensive global marketing experience from his leadership positions with General Electric spanning more than 15 years. Mr. Carrington previously served as general manager and chief marketing officer of General Electric Plastics (recently sold and re-named SABIC Innovative Plastics). While at GE, he also served as General Manager of automotive marketing in Tokyo, Japan; Pacific Marketing Director in Tokyo; and Commercial Director for GE's Noryl resin business in Selkirk, New York. Mr. Carrington holds a B.A. in Economics and Marketing from the University of Colorado.

**Item 1A:**        *Risk Factors*

An investment in our stock involves a high degree of risk. You should carefully consider the following information, together with the other information in this Annual Report on Form 10-K, before buying shares of our stock. If any of the following risks or uncertainties occur, our business, financial condition and results of operations could be materially and adversely affected and the trading price of our stock could decline.

*An increase in interest rates or lending rates or tightening of the supply of capital in the global financial markets could make it difficult for end-users to finance the cost of a PV system and could reduce the demand for our solar modules and/or lead to a reduction in the average selling price for photovoltaic modules.*

Many of our end-users depend on debt financing to fund the initial capital expenditure required to purchase and install a PV system. As a result, an increase in interest rates or lending rates could make it difficult for our end-users to secure the financing necessary to purchase and install a PV system on favorable terms, or at all and thus lower demand for our solar modules and reduce our net sales. Due to the overall economic outlook, our end-users may change their decision or change the timing of their decision to purchase and install a PV system. In addition, we believe that a significant percentage of our end-users install PV systems as an investment, funding the initial capital expenditure through a combination of equity and debt. An increase in interest rates and/or lending rates could lower an investor's return on investment in a PV system, or make alternative investments more attractive relative to PV systems, and, in each case, could cause these end-users to seek alternative investments. A reduction in the supply of project debt financing or tax equity investments could reduce the number of solar projects that receive financing and thus lower demand for solar modules.

We currently sell a substantial portion of our solar modules under Long Term Supply Contracts, and we allocate a significant amount of our production to satisfy our obligations under these contracts. These customers buy our modules with the expectation that they will be able to resell them in connection with the development of PV systems. As discussed above, many of these projects depend on the availability of debt and equity financing. A prolonged, material disruption to the supply of project finance could adversely affect our customers' ability to perform under these agreements. In the event of default by one or more of these customers, we may be unable to sell these modules at the prices specified in our Long Term Supply Contracts, especially if demand for PV systems softens or supplies of solar modules increase. Also, we may decide to lower our average selling price to certain customers in certain markets in response to changes in economic circumstances of our customers, their end markets or the capital markets.

*We currently depend on a limited number of customers, with five customers accounting for substantially all of our net sales last year. The loss of, or a significant reduction in orders from, any of these customers could significantly reduce our net sales and negatively impact our operating results.*

We currently sell substantially all of our solar modules to customers headquartered throughout the European Union. During 2008, our five largest customers each accounted for between 11% and 19% of our net sales. The loss

11

Table of Contents

of any of our large customers, their inability to perform under their contracts, or their default in payment could significantly reduce our net sales and adversely impact our operating results. Our customers face significant challenges under current economic conditions, including lack of capital to finance solar projects and rising costs associated with leasing or otherwise acquiring land and rooftops for solar projects. We believe that we can mitigate this risk by re-allocating modules to other customers if the need arises, but we may be unable, in whole or in part, to mitigate the reduced demand for our modules. In the event that we determine that our planned production of solar modules exceeds the demand we anticipate, we may decide to reduce or halt production of solar modules in our manufacturing facilities. However, we may be unable to anticipate and respond to the oversupply of solar modules because we have limited visibility into our customers' inventories.

*Our limited operating history may not serve as an adequate basis to judge our future prospects and results of operations.*

We have a limited operating history. Although we began developing our predecessor technology in 1987, we did not launch commercial operations until we qualified our pilot production line in January 2002. We qualified the first production line at our Ohio plant in November 2004, the second and third production lines at our Ohio plant in August 2006, our German plant in the third quarter of 2007, and portions of our Malaysian plants in 2008. Because these production lines have only been in operation for a limited period of time, our historical operating results may not provide a meaningful basis for evaluating our business, financial performance and prospects. While our net sales grew from $48.1 million in 2005 to $1,246.3 million in 2008, we may be unable to achieve similar growth, or grow at all, in future periods. Our ability to achieve similar growth in future periods is also affected by current economic conditions. Our past results occurred in an environment where, among other things, capital was generally more accessible to our customers to finance the cost of developing solar projects. Accordingly, you should not rely on our results of operations for any prior period as an indication of our future performance.

*We face intense competition from manufacturers of crystalline silicon solar modules, thin film solar modules and solar thermal and concentrated photovoltaic systems; if global supply exceeds global demand, it could lead to a reduction in the average selling price for photovoltaic modules.*

The solar energy and renewable energy industries are both highly competitive and continually evolving as participants strive to distinguish themselves within their markets and compete with the larger electric power industry. Within the global photovoltaic industry, we face competition from crystalline silicon solar module manufacturers, other thin film solar module manufacturers and companies developing solar thermal and concentrated photovoltaic technologies.

Even if demand for solar modules continues to grow, the rapid expansion plans of many solar cell and module manufacturers could create periods where supply exceeds demand. In addition, we believe the significant decrease in the cost of silicon feedstock will provide significant reductions in the manufacturing cost of crystalline silicon solar modules and lead to pricing pressure for solar modules and potentially the oversupply of solar modules, including in key markets such as Germany and Spain.

During any such period, our competitors could decide to reduce their sales price, even below their manufacturing cost, in order to generate sales. As a result, we may be unable to sell our solar modules at attractive prices, or for a profit, during any period of excess supply of solar modules, which would reduce our net sales and adversely affect our results of operations. Also, we may decide to lower our average selling price to certain customers in certain markets in response to competition.

*Thin film technology has a short history and our thin film technology and solar modules may perform below expectations; problems with product quality or performance may cause us to incur warranty expenses, damage our market reputation and prevent us from maintaining or increasing our market share.*

Researchers began developing thin film semiconductor technology over 20 years ago, but were unable to integrate the technology into a solar module production line until recently. Our oldest active production line has only been in operation since November 2004 and the oldest solar modules manufactured during the qualification of

12

Table of Contents

our pilot line have only been in use since 2001. As a result, our thin film technology and solar modules do not have a sufficient operating history to confirm how our solar modules will perform over their estimated 25-year useful life. We perform a variety of quality and life tests under different conditions. However, if our thin film technology and solar modules perform below expectations, we could lose customers and face substantial warranty expense.

Our solar modules are sold with a five year materials and workmanship warranty for technical defects and a twenty-five year warranty against declines of more than 10% of their initial rated power in the first 10 years following their installation and 20% of initial rated power in the following 15 years, respectively. As a result, we bear the risk of extensive warranty claims long after we have sold our solar modules and recognized net sales. As of December 27, 2008, our accrued warranty liability was $11.9 million; of which, $4.0 million was classified as current and $7.9 million was classified as non-current.

While our power output warranty extends for twenty-five years, our oldest solar modules manufactured during the qualification of our pilot production line have only been in use since 2001. Because of the limited operating history of our solar modules, we have been required to make assumptions regarding the durability and reliability of our solar modules. Our assumptions could prove to be materially different from the actual performance of our solar modules, causing us to incur substantial expense to repair or replace defective solar modules in the future. For example, our glass-on-glass solar modules could break, delaminate or experience power degradation in excess of expectations. Any widespread product failures may damage our market reputation and cause our sales to decline and require us to repair or replace the defective modules, which could have a material adverse effect on our financial results.

*If our estimates regarding the future cost of collecting and recycling our solar modules are incorrect, we could be required to accrue additional expenses at and from the time we realize our estimates are incorrect and face a significant unplanned cash burden when our end-users return their solar modules.*

We pre-fund our estimated future obligation for collecting and recycling our solar modules based on the present value of the expected future cost of collecting and recycling the modules, which, includes the cost of packaging the solar modules for transport, the cost of freight from the solar module's installation site to a recycling center, the material, labor and capital costs of the recycling process and an estimated third-party profit margin and return on risk for collection and recycling. We base our estimate on our experience collecting and recycling solar modules that do not pass our quality control tests and solar modules returned under our warranty and on our expectations about future developments in recycling technologies and processes and about economic conditions at the time the solar modules will be collected and recycled. If our estimates prove incorrect, we could be required to accrue additional expenses at and from the time we realize our estimates are incorrect and also face a significant unplanned cash burden at the time we realize our estimates are incorrect or end-users return their solar modules, which could harm our operating results. In addition, our end-users can return their solar modules at any time. As a result, we could be required to collect and recycle our solar modules earlier than we expect and before recycling technologies and processes improve

*Our failure to further refine our technology and develop and introduce improved photovoltaic products could render our solar modules uncompetitive or obsolete and reduce our net sales and market share.*

We will need to invest significant financial resources in research and development to keep pace with technological advances in the solar energy industry. However, research and development activities are inherently uncertain and we could encounter practical difficulties in commercializing our research results. Our significant expenditures on research and development may not produce corresponding benefits. Other companies are developing a variety of competing photovoltaic technologies, including copper indium gallium diselenide and amorphous silicon, which could produce solar modules that prove more cost-effective or have better performance than our solar modules. As a result, our solar modules may be rendered obsolete by the technological advances of our competitors, which could reduce our net sales and market share.

13

Table of Contents

***If photovoltaic technology is not suitable for widespread adoption, or if sufficient demand for solar modules does not develop or takes longer to develop than we anticipate, our net sales may flatten or decline and we may be unable to sustain profitability.***

The solar energy market is at a relatively early stage of development and the extent to which solar modules will be widely adopted is uncertain. If photovoltaic technology proves unsuitable for widespread adoption or if demand for solar modules fails to develop sufficiently, we may be unable to grow our business or generate sufficient net sales to sustain profitability. In addition, demand for solar modules in our targeted markets — including Germany, Spain, France, Italy and the United States — may not develop or may develop to a lesser extent than we anticipate. Many factors may affect the viability of widespread adoption of photovoltaic technology and demand for solar modules, including the following:

- cost-effectiveness of solar modules compared to conventional and other non-solar renewable energy sources and products, including conventional energy sources such as natural gas that have experienced recent price reductions making it more difficult for PV plants to compete on a cost per watt basis;

- performance and reliability of solar modules and thin film technology compared to conventional and other non-solar renewable energy sources and products;

- availability and substance of government subsidies and incentives to support the development of the solar energy industry;

- success of other renewable energy generation technologies, such as hydroelectric, tidal, wind, geothermal, solar thermal, concentrated photovoltaic, and biomass;

- fluctuations in economic and market conditions that affect the price of, and demand for, conventional and non-solar renewable energy sources, such as increases or decreases in the price of oil, natural gas and other fossil fuels;

- fluctuations in capital expenditures by end-users of solar modules, which tend to decrease when the economy slows and interest rates increase; and

- deregulation of the electric power industry and the broader energy industry to permit wide spread adoption of solar electricity.

***Reduced growth in or the reduction, elimination or expiration of government subsidies, economic incentives and other support for on-grid solar electricity applications could reduce demand for our solar modules, lead to a reduction in our net sales and adversely impact our operating results.***

Reduced growth in or the reduction, elimination or expiration of government subsidies, economic incentives and other support for on-grid solar electricity may result in the diminished competitiveness of solar energy relative to conventional and non-solar renewable sources of energy, and could materially and adversely affect the growth of the solar energy industry and our net sales. We believe that the near-term growth of the market for on-grid applications, where solar energy is used to supplement the electricity a consumer purchases from the utility network, depends significantly on the availability and size of government subsidies and economic incentives. Federal, state and local governmental bodies in many countries, most notably Germany, Italy, Spain, France, Greece, Portugal, South Korea, Japan, Canada and the United States, have provided subsidies in the form of feed-in tariffs, rebates, tax incentives and other incentives to end-users, distributors, systems integrators and manufacturers of photovoltaic products. Many of these government incentives expire, phase out over time or require renewal by the applicable authority.

For example, the German Renewable Energy Law, or the EEG, has recently been modified by the German Government. Feed-in-tariffs were significantly reduced compared with the former legislation. The amended law became effective January 1, 2009. German subsidies now decline at a rate of between 8.0% and 10% in 2009 (based on the type of the photovoltaic system) instead of between 5% and 6.5% prior to effective date of the amendment. The rate of decrease is subject to change based on the overall market growth. For example, the rate of decrease in feed-in-tariffs in 2010 will be increased by 1% in case the market will be larger than 1500 MW or decreased by 1% if it is smaller than 1000 MW. The next review of feed-in-tariffs is scheduled for 2012; however, earlier adjustments

14

Table of Contents

are possible. If the German government reduces or eliminates the subsidies under the EEG, demand for photovoltaic products could significantly decline in Germany.

In Spain, which accounted for approximately 6% of our net sales, the Spanish government published a new decree for photovoltaics on September 27, 2008, which became effective on September 28, 2008. The new legislation replaces the previous decree, from which it differs in some basic respects. It distinguishes between system types, namely between roof-mounted and ground-mounted systems, it implements a flexible mechanism that links the feed-in-tariffs to market development along with annual caps and it introduces a mechanism of licenses for installations that will be given out in four quarterly rounds per annum. The decree fixed an initial annual cap of 400 MW, of which 267 MW is reserved for roof installations and 133 MW for ground-mounted systems. For 2009 and 2010, additional volumes of 100 MW and 60 MW, respectively, are reserved for ground-mounted systems. A decision about a new compensation structure is not expected before 2012. With the annual market expansion capped for the next three years and feed-in-tariffs significantly reduced under the revised Spanish Royal Decree, demand for photovoltaic products in Spain is expected to decline significantly.

In the United States, California has been the State where the majority of solar installations have taken place during the past five years. Starting January 1, 2007, the California Solar Initiative (CSI) has established a goal of installing 3000MW of solar generation capacity by 2016 with a State budget of $2.2 billion over 10 years. The incentive level available to a given project is determined by the currently available incentive in each utility territory for each customer class. The CSI was designed so that the incentive level decreases over ten steps, after which it goes to $0, as the total demand for solar energy grows.

In October 2008, the United States Congress extended the 30% federal investment tax credit for both residential and commercial solar installations for eight years, through December 31, 2016. On February 17, 2009, the American Recovery and Reinvestment Act of 2009 was signed into law. In addition to adopting certain fiscal stimulus measures that could benefit on-grid solar electricity applications, this act creates a new program, through the Department of the Treasury, which provides grants equal to 30% of the cost of solar installations that are placed into service during 2009 and 2010 or that begin construction prior to December 31, 2010 and are placed into service by January 1, 2017. This grant is available in lieu of receiving the 30% federal investment tax credit. Other measures adopted by the American Recovery and Reinvestment Act of 2009 that could benefit on-grid solar electricity generation include the following: (1) a Department of Energy loan guarantee program for renewable energy projects, renewable energy manufacturing facilities and electric power transmission projects and (2) a 30% investment credit for assets used to manufacture technology for the production of renewable energy.

Emerging subsidy programs, such as the programs in Italy, France, Greece, South Korea and Ontario, Canada, may require an extended period of time to attain effectiveness because the applicable permitting and grid connection processes associated with these programs can be lengthy and administratively burdensome.

In addition, if any of these statutes or regulations is found to be unconstitutional, or is reduced or discontinued for other reasons, sales of our solar modules in these countries could decline significantly, which could have a material adverse effect on our business and results of operations. For example, the predecessor to the German EEG was challenged in Germany on constitutional grounds and in the European Court of Justice as impermissible state aid. Although the German Federal High Court of Justice dismissed these constitutional concerns and the European Court of Justice held that the purchase requirement at minimum feed-in tariffs did not constitute impermissible state aid, new proceedings challenging the German EEG or comparable minimum price regulations in other countries in which we currently operate or intend to operate may be initiated.

Electric utility companies or generators of electricity from fossil fuels or other renewable energy sources could also lobby for a change in the relevant legislation in their markets to protect their revenue streams. Reduced growth in or the reduction, elimination or expiration of government subsidies and economic incentives for on-grid solar energy applications, especially those in our target markets, could cause our net sales to decline and materially and adversely affect our business, financial condition and results of operations.

**Many of our key raw materials and components are either sole-sourced or sourced by a limited number of third-party suppliers and their failure to perform could cause manufacturing delays and impair our**

15

Table of Contents

*ability to deliver solar modules to customers in the required quality and quantities and at a price that is profitable to us.*

Our failure to obtain raw materials and components that meet our quality, quantity and cost requirements in a timely manner could interrupt or impair our ability to manufacture our solar modules or increase our manufacturing cost. Many of our key raw materials and components are either sole-sourced or sourced by a limited number of third-party suppliers. As a result, the failure of any of our suppliers to perform could disrupt our supply chain and impair our operations. In addition, many of our suppliers are small companies that may be unable to supply our increasing demand for raw materials and components as we implement our planned rapid expansion. We may be unable to identify new suppliers or qualify their products for use on our production lines in a timely manner and on commercially reasonable terms. Raw materials and components from new suppliers may also be less suited for our technology and yield solar modules with lower conversion efficiencies, higher failure rates and higher rates of degradation than solar modules manufactured with the raw materials from our current suppliers. A constraint on our production may cause us to be unable to meet our obligations under our Long Term Supply Contracts, which would have an adverse impact on our financial results.

*A disruption in our supply chain for cadmium telluride, our semiconductor material, could interrupt or impair our ability to manufacture solar modules.*

A key raw material we use in our production process is a cadmium telluride compound. Tellurium is mainly produced as a by-product of copper refining and its supply is therefore dependent upon demand for copper. Currently, we purchase these raw materials from a limited number of suppliers. If our current suppliers or any of our future suppliers are unable to perform under their contracts or purchase orders, our operations could be interrupted or impaired. In addition, because our suppliers must undergo a lengthy qualification process, we may be unable to replace a lost supplier in a timely manner and on commercially reasonable terms. Our supply of cadmium telluride could also be limited if any of our current suppliers or any of our future suppliers is unable to acquire an adequate supply of tellurium in a timely manner or at commercially reasonable prices. If our competitors begin to use or increase their demand for cadmium telluride, supply could be reduced and prices could increase. If our current suppliers or any of our future suppliers cannot obtain sufficient tellurium, they could substantially increase prices or be unable to perform under their contracts. We may be unable to pass increases in the cost of our raw materials through to our customers because our customer contracts do not adjust for raw material price increases and are generally for a longer term than our raw material supply contracts. A reduction in our production could result in our inability to meet our commitments under our Long Term Supply Contracts, all of which would have an adverse impact on our financial results.

*Our future success depends on our ability to build new manufacturing plants and add production lines in a cost-effective manner, both of which are subject to risks and uncertainties.*

Our future success depends on our ability to significantly increase both our manufacturing capacity and production throughput in a cost-effective and efficient manner. If we cannot do so, we may be unable to expand our business, decrease our cost per watt, maintain our competitive position, satisfy our contractual obligations or sustain profitability. Our ability to expand production capacity is subject to significant risks and uncertainties, including the following:

- making changes to our production process that are not properly qualified or that may cause problems with the quality of our solar modules;

- delays and cost overruns as a result of a number of factors, many of which may be beyond our control, such as our inability to secure successful contracts with equipment vendors;

- our custom-built equipment may take longer and cost more to manufacture than expected and may not operate as designed;

- delays or denial of required approvals by relevant government authorities;

16

Table of Contents

- being unable to hire qualified staff; and

- failure to execute our expansion plans effectively.

***If our future production lines are not built in line with our committed schedules or do not achieve operating metrics similar to our existing production lines, our solar modules could perform below expectations and cause us to lose customers.***

Currently, our production lines have a limited history of operating at full capacity. Future production lines could produce solar modules that have lower efficiencies, higher failure rates and higher rates of degradation than solar modules from our existing production lines, and we could be unable to determine the cause of the lower operating metrics or develop and implement solutions to improve performance. The second and third production lines at our Ohio plant, completed in August 2006, represent a "standard building block" that we replicated twice to build the four production lines at our German plant. We are using the same systematic replication process to build our Malaysian manufacturing center and future production facilities, including expansion of our existing production facilities. Our replication risk in connection with building production lines at our Malaysian manufacturing center and other future manufacturing plants could be higher than our replication risk was in expanding the Ohio plant because these new production lines are located internationally, which could entail other factors that will lower their operating metrics. If we are unable to systematically replicate our production lines to meet our committed schedules and achieve and sustain similar operating metrics in our Malaysian manufacturing center and future production lines as we have achieved at our existing production lines, our manufacturing capacity could be substantially constrained, our manufacturing costs per watt could increase, and we could lose customers, causing lower net sales, higher liabilities and lower net income than we anticipate. In addition, we might be unable to produce enough solar modules to satisfy our contractual requirements under our Long Term Supply Contracts.

***Some of our manufacturing equipment is customized and sole sourced. If our manufacturing equipment fails or if our equipment suppliers fail to perform under their contracts, we could experience production disruptions and be unable to satisfy our contractual requirements.***

Some of our manufacturing equipment is customized to our production lines based on designs or specifications that we provide to the equipment manufacturer, which then undertakes a specialized process to manufacture the custom equipment. As a result, the equipment is not readily available from multiple vendors and would be difficult to repair or replace if it were to become damaged or stop working. If any piece of equipment fails, production along the entire production line could be interrupted and we could be unable to produce enough solar modules to satisfy our contractual requirements under our Long Term Supply Contracts. In addition, the failure of our equipment suppliers to supply equipment in a timely manner or on commercially reasonable terms could delay our expansion plans and otherwise disrupt our production schedule or increase our manufacturing costs, all of which would adversely impact our financial results.

***If we are unable to further increase the number of sellable watts per solar module and reduce our manufacturing cost per watt, we will be in default under certain of our Long Term Supply Contracts and our profitability could decline.***

Our Long Term Supply Contracts either (1) require us to increase the minimum average number of watts per module over the term of the contract or (2) have a price adjustment for increases or decreases in the number of watts per module relative to a base number of watts per module. Our failure to achieve these metrics could reduce our profitability or allow some of our customers to terminate their contracts. In addition, all of our Long Term Supply Contracts specify a sales price per watt that declines by approximately 6.5% at the beginning of each year through the expiration date of each contract in 2012. Our profitability could decline if we are unable to reduce our manufacturing cost per watt by at least the same rate at which our contractual prices decrease. Furthermore, our failure to reduce cost per watt by increasing our efficiency may impair our ability to enter new markets that we believe will require lower cost per watt for us to be competitive and may impair our growth plans.

17

Table of Contents

*Existing regulations and policies and changes to these regulations and policies may present technical, regulatory and economic barriers to the purchase and use of photovoltaic products, which may significantly reduce demand for our solar modules.*

The market for electricity generation products is heavily influenced by foreign, federal, state and local government regulations and policies concerning the electric utility industry, as well as policies promulgated by electric utilities. These regulations and policies often relate to electricity pricing and technical interconnection of customer-owned electricity generation. In the United States and in a number of other countries, these regulations and policies have been modified in the past and may be modified again in the future. These regulations and policies could deter end-user purchases of photovoltaic products and investment in the research and development of photovoltaic technology. For example, without a mandated regulatory exception for photovoltaic systems, utility customers are often charged interconnection or standby fees for putting distributed power generation on the electric utility grid. These fees could increase the cost to our end-users of using photovoltaic systems and make them less desirable, thereby harming our business, prospects, results of operations and financial condition. In addition, electricity generated by photovoltaic systems mostly competes with expensive peak hour electricity, rather than the less expensive average price of electricity. Modifications to the peak hour pricing policies of utilities, such as to a flat rate, would require photovoltaic systems to achieve lower prices in order to compete with the price of electricity from other sources.

We anticipate that our solar modules and their installation will be subject to oversight and regulation in accordance with national and local ordinances relating to building codes, safety, environmental protection, utility interconnection and metering and related matters. It is difficult to track the requirements of individual states and design equipment to comply with the varying standards. Any new government regulations or utility policies pertaining to our solar modules may result in significant additional expenses to us, our resellers and their customers and, as a result, could cause a significant reduction in demand for our solar modules.

*Environmental obligations and liabilities could have a substantial negative impact on our financial condition, cash flows and profitability.*

Our operations involve the use, handling, generation, processing, storage, transportation and disposal of hazardous materials and are subject to extensive environmental laws and regulations at the national, state, local and international level. These environmental laws and regulations include those governing the discharge of pollutants into the air and water, the use, management and disposal of hazardous materials and wastes, the cleanup of contaminated sites and occupational health and safety. We have incurred and will continue to incur significant costs and capital expenditures in complying with these laws and regulations. In addition, violations of, or liabilities under, environmental laws or permits may result in restrictions being imposed on our operating activities or in our being subjected to substantial fines, penalties, criminal proceedings, third party property damage or personal injury claims, cleanup costs or other costs. While we believe we are currently in substantial compliance with applicable environmental requirements, future developments such as more aggressive enforcement policies, the implementation of new, more stringent laws and regulations, or the discovery of presently unknown environmental conditions may require expenditures that could have a material adverse effect on our business, results of operations and financial condition.

In addition, our products contain cadmium telluride and cadmium sulfide. Elemental cadmium and certain of its compounds are regulated as hazardous due to the adverse health effects that may arise from human exposure. Although the risks of exposure to cadmium telluride are not believed to be as serious as those relating to exposure to elemental cadmium, the chemical, physical and toxicological properties of cadmium telluride have not been thoroughly investigated and reported. We maintain engineering controls to minimize our associate's exposure to cadmium or cadmium compounds and require our associates who handle cadmium compounds to follow certain safety procedures, including the use of personal protective equipment such as respirators, chemical goggles and protective clothing. In addition, we believe the risk of exposure to cadmium or cadmium compounds from our end-products is limited by the fully encapsulated nature of these materials in our products, the physical properties of cadmium compounds used in our products as well as the implementation in 2005 of our end of life collection and recycling program for our solar modules. While we believe that these factors and procedures are sufficient to protect our associates, end-users and the general public from cadmium exposure, we cannot assure that human or

18

Table of Contents

environmental exposure to cadmium or cadmium compounds used in our products will not occur. Any such exposure could result in future third-party claims against us, as well as damage to our reputation and heightened regulatory scrutiny of our products, which could limit or impair our ability to sell and distribute our products. The occurrence of future events such as these could have a material adverse effect on our business, financial condition or results of operations.

The use of cadmium in various products is also coming under increasingly stringent governmental regulation. Future regulation in this area could impact the manufacture, sale, collection and recycling of cadmium-containing solar modules and could require us to make unforeseen environmental expenditures or limit our ability to sell and distribute our products. For example, the European Union Directive 2002/96/EC on Waste Electrical and Electronic Equipment, or the "WEEE Directive," requires manufacturers of certain electrical and electronic equipment to be financially responsible for the collection, recycling, treatment and disposal of specified products sold in the European Union. In addition, European Union Directive 2002/95/EC on the Restriction of the Use of Hazardous Substances in electrical and electronic equipment, or the "RoHS Directive," restricts the use of certain hazardous substances, including cadmium, in specified products. Other jurisdictions are considering adopting similar legislation. Currently, photovoltaic solar modules in general are not subject to the WEEE or RoHS Directives; however, these directives allow for future amendments subjecting additional products to their requirements and the scope, applicability and the products included in the WEEE and RoHS Directives may change. In December 2008, the European Commission issued its planned revisions of both the WEEE and RoHS Directives. The revisions did not include photovoltaic solar modules in the scope of either directive. The revisions will now be considered by both the European Parliament and the EU Members States as part of the normal European Union legislative process, which is likely to take one to two years. If, in the future, our solar modules become subject to requirements of the WEEE and RoHS Directives, we may be required to apply for an exemption. If we were unable to obtain an exemption, we would be required to redesign our solar modules in order to continue to offer them for sale within the European Union, which would be impractical. Failure to comply with these directives could result in the imposition of fines and penalties, the inability to sell our solar modules in the European Union, competitive disadvantages and loss of net sales, all of which could have a material adverse effect on our business, financial condition and results of operations.

***We may not realize the anticipated benefits of past or future acquisitions, and integration of these acquisitions may disrupt our business and management.***

In November 2007, we acquired Turner Renewable Energy, LLC and in the future, we may acquire additional companies, products or technologies. We may not realize the anticipated benefits of an acquisition and each acquisition has numerous risks. These risks include the following:

- difficulty in assimilating the operations and personnel of the acquired company;

- difficulty in effectively integrating the acquired technologies or products with our current products and technologies;

- difficulty in maintaining controls, procedures and policies during the transition and integration;

- disruption of our ongoing business and distraction of our management and employees from other opportunities and challenges due to integration issues;

- difficulty integrating the acquired company's accounting, management information and other administrative systems;

- inability to retain key technical and managerial personnel of the acquired business;

- inability to retain key customers, vendors and other business partners of the acquired business;

- inability to achieve the financial and strategic goals for the acquired and combined businesses;

- incurring acquisition-related costs or amortization costs for acquired intangible assets that could impact our operating results;

19

Table of Contents

- potential impairment of our relationships with employees, customers, partners, distributors or third party providers of technology or products;

- potential failure of the due diligence processes to identify significant issues with product quality, architecture and development or legal and financial liabilities, among other things;

- potential inability to assert that internal controls over financial reporting are effective;

- potential inability to obtain, or obtain in a timely manner, approvals from governmental authorities, which could delay or prevent such acquisitions; and

- potential delay in customer purchasing decisions due to uncertainty about the direction of our product offerings.

Mergers and acquisitions of companies are inherently risky, and ultimately, if we do not complete the integration of acquired businesses successfully and in a timely manner, we may not realize the anticipated benefits of the acquisitions to the extent anticipated, which could adversely affect our business, financial condition or results of operations.

### We may be unable to manage the expansion of our operations effectively.

We expect to expand our business significantly in order to meet our contractual obligations, satisfy demand for our solar modules and increase market share. In August 2006, we expanded our Ohio plant from one to three production lines. In April 2007, we started initial production at our four line manufacturing plant in Germany, which reached full capacity in the third quarter of 2007. Also in April 2007, we began construction of plant one of our Malaysian manufacturing center. In the third and fourth quarters of 2007, we began construction of plants two and three respectively, and in the first quarter of 2008, we began construction of plant four. In the second half of 2008 we started construction of a one line expansion at our plant in Ohio. Following the completion of plant four of our Malaysian manufacturing center and the expansion of our Ohio plant, we will have grown from one production line to 24 production lines with an annual global manufacturing capacity of approximately 1145MW in four years (based on the fourth quarter of 2008 average per line run rate at our existing plants).

To manage the rapid expansion of our operations, we will be required to improve our operational and financial systems, procedures and controls and expand, train and manage our growing associate base. Our management will also be required to maintain and expand our relationships with customers, suppliers and other third parties and attract new customers and suppliers. In addition, our current and planned operations, personnel, systems and internal procedures and controls might be inadequate to support our future growth. If we cannot manage our growth effectively, we may be unable to take advantage of market opportunities, execute our business strategies or respond to competitive pressures.

### Our substantial international operations subject us to a number of risks, including unfavorable political, regulatory, labor and tax conditions in foreign countries.

We have significant marketing, distribution and manufacturing operations both within and outside the United States. In 2008, 94% of our net sales were generated from customers headquartered in the European Union. In the future, we expect to expand our operations in other European and Asian countries; and as a result, we will be subject to the legal, political, social and regulatory requirements, and economic conditions of many jurisdictions. Risks inherent to international operations, include, but are not limited to, the following:

- difficulty in enforcing agreements in foreign legal systems;

- foreign countries may impose additional withholding taxes or otherwise tax our foreign income, impose tariffs or adopt other restrictions on foreign trade and investment, including currency exchange controls;

- fluctuations in exchange rates may affect product demand and may adversely affect our profitability in U.S. dollars to the extent the price of our solar modules and cost of raw materials, labor and equipment is denominated in a foreign currency;

- inability to obtain, maintain or enforce intellectual property rights;

20

Table of Contents

- risk of nationalization of private enterprises;

- changes in general economic and political conditions in the countries in which we operate, including changes in the government incentives we are relying on;

- unexpected adverse changes in foreign laws or regulatory requirements, including those with respect to environmental protection, export duties and quotas;

- difficulty with staffing and managing widespread operations;

- trade barriers such as export requirements, tariffs, taxes and other restrictions and expenses, which could increase the price of our solar modules and make us less competitive in some countries; and

- difficulty of and costs relating to compliance with the different commercial and legal requirements of the overseas markets in which we offer and sell our solar modules.

Our business in foreign markets requires us to respond to rapid changes in market conditions in these countries. Our overall success as a global business depends, in part, on our ability to succeed in differing legal, regulatory, economic, social and political conditions. We may not be able to develop and implement policies and strategies that will be effective in each location where we do business.

***Our future success depends on our ability to retain our key associates and to successfully integrate them into our management team.***

We are dependent on the services of Michael J. Ahearn, our Chief Executive Officer, Bruce Sohn, our President, Jens Meyerhoff, our Chief Financial Officer, John Carrington, our Executive Vice President Global Marketing and Business Development, John T. Gaffney, our Executive Vice President, and other members of our senior management team. The loss of Messrs. Ahearn, Sohn, Meyerhoff, Carrington, Gaffney, or any other member of our senior management team could have a material adverse effect on us. There is a risk that we will not be able to retain or replace these key associates. Several of our current key associates, including Messrs. Ahearn, Sohn, Meyerhoff, Carrington and Gaffney are subject to employment conditions or arrangements that contain post-employment non-competition provisions. However, these arrangements permit the associates to terminate their employment with us upon little or no notice.

***If we are unable to attract, train and retain key personnel, our business may be materially and adversely affected.***

Our future success depends, to a significant extent, on our ability to attract, train and retain management, operations and technical personnel. Recruiting and retaining capable personnel, particularly those with expertise in the photovoltaic industry and thin film technology, are vital to our success. There is substantial competition for qualified technical personnel and we cannot assure you that we will be able to attract or retain our technical personnel. If we are unable to attract and retain qualified associates, our business may be materially and adversely affected.

***Our failure to protect our intellectual property rights may undermine our competitive position and litigation to protect our intellectual property rights or defend against third-party allegations of infringement may be costly.***

Protection of our proprietary processes, methods and other technology, especially our proprietary vapor transport deposition process and laser scribing process, is critical to our business. Failure to protect and monitor the use of our existing intellectual property rights could result in the loss of valuable technologies. We rely primarily on patents, trademarks, trade secrets, copyrights and other contractual restrictions to protect our intellectual property. As of December 27, 2008, we held 23 patents in the United States, which will expire at various times between 2009 and 2026, and had 37 patent applications pending. We also held 17 patents and had over 70 patent applications pending in foreign jurisdictions. Our existing patents and future patents could be challenged, invalidated, circumvented or rendered unenforceable. We have pending patent applications in the United States and in foreign jurisdictions. Our pending patent applications may not result in issued patents, or if patents are issued to us, such

21

Table of Contents

patents may not be sufficient to provide meaningful protection against competitors or against competitive technologies.

We also rely upon unpatented proprietary manufacturing expertise, continuing technological innovation and other trade secrets to develop and maintain our competitive position. While we generally enter into confidentiality agreements with our associates and third parties to protect our intellectual property, such confidentiality agreements are limited in duration and could be breached and may not provide meaningful protection for our trade secrets or proprietary manufacturing expertise. Adequate remedies may not be available in the event of unauthorized use or disclosure of our trade secrets and manufacturing expertise. In addition, others may obtain knowledge of our trade secrets through independent development or legal means. The failure of our patents or confidentiality agreements to protect our processes, equipment, technology, trade secrets and proprietary manufacturing expertise, methods and compounds could have a material adverse effect on our business. In addition, effective patent, trademark, copyright and trade secret protection may be unavailable or limited in some foreign countries, especially any developing countries into which we may expand our operations. In some countries we have not applied for patent, trademark or copyright protection.

Third parties may infringe or misappropriate our proprietary technologies or other intellectual property rights, which could have a material adverse effect on our business, financial condition and operating results. Policing unauthorized use of proprietary technology can be difficult and expensive. Also, litigation may be necessary to enforce our intellectual property rights, protect our trade secrets or determine the validity and scope of the proprietary rights of others. We cannot assure you that the outcome of such potential litigation will be in our favor. Such litigation may be costly and may divert management attention and other resources away from our business. An adverse determination in any such litigation will impair our intellectual property rights and may harm our business, prospects and reputation. In addition, we have no insurance coverage against litigation costs and would have to bear all costs arising from such litigation to the extent we are unable to recover them from other parties.

*We may be exposed to infringement or misappropriation claims by third parties, which, if determined adversely to us, could cause us to pay significant damage awards or prohibit us from the manufacture and sale of our solar modules or the use of our technology.*

Our success depends largely on our ability to use and develop our technology and know-how without infringing or misappropriating the intellectual property rights of third parties. The validity and scope of claims relating to photovoltaic technology patents involve complex scientific, legal and factual considerations and analysis and, therefore, may be highly uncertain. We may be subject to litigation involving claims of patent infringement or violation of intellectual property rights of third parties. The defense and prosecution of intellectual property suits, patent opposition proceedings and related legal and administrative proceedings can be both costly and time consuming and may significantly divert the efforts and resources of our technical and management personnel. An adverse determination in any such litigation or proceedings to which we may become a party could subject us to significant liability to third parties, require us to seek licenses from third parties, which may not be available on reasonable terms, or at all, or pay ongoing royalties, require us to redesign our solar module, or subject us to injunctions prohibiting the manufacture and sale of our solar modules or the use of our technologies. Protracted litigation could also result in our customers or potential customers deferring or limiting their purchase or use of our solar modules until the resolution of such litigation.

*Currency translation and transaction risk may negatively affect our net sales, cost of sales and gross margins and could result in exchange losses.*

Although our reporting currency is the U.S. dollar, we conduct our business and incur costs in the local currency of most countries in which we operate. As a result, we are subject to currency translation and transaction risk. For example, 95% and 98.8% of our net sales were outside the United States and denominated in euro for the fiscal years ended December 27, 2008 and December 29, 2007, respectively, and we expect a large percentage of our net sales to be outside the United States and denominated in foreign currencies in the future. In addition, with the expansion of our manufacturing operations into Germany and Malaysia, our operating expenses for the plants in these countries will be denominated in the local currency. Changes in exchange rates between foreign currencies and the U.S. dollar could affect our net sales and cost of sales and could result in exchange gains or losses. For

22

Table of Contents

example, the strengthening euro contributed $68.9 million to our net sales during fiscal 2008 compared with fiscal 2007. In addition, we incur currency transaction risk whenever one of our operating subsidiaries enters into either a purchase or a sales transaction using a different currency from our reporting currency. For example, our Long Term Supply Contracts specify fixed pricing in euro through 2012 and do not adjust for changes in the U.S. dollar to euro exchange rate. We cannot accurately predict the impact of future exchange rate fluctuations on our results of operations.

We could also expand our business into emerging markets, many of which have an uncertain regulatory environment relating to currency policy. Conducting business in such emerging markets could cause our exposure to changes in exchange rates to increase.

### The Estate of John T. Walton and its affiliates have significant control over us and their interests may conflict with or differ from interests of other stockholder.

Our current majority stockholder, the Estate of John T. Walton and its affiliates, including JCL Holdings, LLC, owned 40.6% of our outstanding common stock at December 27, 2008. As a result, the Estate of John T. Walton and its affiliates have substantial influence over all matters requiring stockholder approval, including the election of our directors and the approval of significant corporate transactions such as mergers, tender offers and the sale of all or substantially all of our assets. In addition, our amended and restated certificate of incorporation and by-laws provide that unless and until the Estate of John T. Walton, JCL Holdings, LLC, John T. Walton's surviving spouse, descendants, any entity (including a trust) that is for the benefit of John T. Walton's surviving spouse or descendants or any entity (including a trust) over which any of John T. Walton's surviving spouse, descendants or siblings has voting or dispositive power (collectively, the "Estate") collectively owns less than 40% of our common stock then outstanding, stockholders holding 40% or more of our common stock then outstanding may call a special meeting of the stockholders, at which our stockholders could replace our board of directors. In addition, unless and until the Estate collectively owns less than 40% of our common stock then outstanding, stockholder action may be taken by written consent. The interests of the Estate could conflict with or differ from interests of other stockholders. For example, the concentration of ownership held by the Estate could delay, defer or prevent a change of control of our company or impede a merger, takeover or other business combination which a majority of stockholders may view favorably.

### If our goodwill or investment in related party becomes impaired we may be required to record a significant charge to earnings.

We may be required to record a significant charge to earnings in our financial statements during the period in which any impairment of our goodwill or investment in a related party is determined, resulting in an impact on our results of operations.

Under accounting principles generally accepted in the United States of America, we review our amortizable intangible assets and investment in related party for impairment when events or changes in circumstances indicate the carrying value may not be recoverable. Goodwill is required to be tested for impairment at least annually. Factors that may be considered a change in circumstances indicating that the carrying value of our goodwill or amortizable intangible assets may not be recoverable include a decline in stock price and market capitalization, a decline in projections of future cash flows and slower growth rates in our industry. Goodwill recorded in connection with the acquisition of Turner Renewable Energy, LLC in November 2007 was $33.4 million.

In October 2008, we made an equity investment in a company based in the United States that supplies solar power plants to commercial and residential customers at a total cost of $25.0 million. This investment represents an ownership of approximately 12% of the voting interest in this company and is our only equity interest in that entity. Since our ownership interest in this company is less than 20% and we do not exercise significant influence over it, we account for this investment using the cost method of accounting.

**Item 1B:**    **Unresolved Staff Comments**

None.

23

Table of Contents

**Overview**

We design and manufacture solar modules using a proprietary thin film semiconductor technology that has allowed us to reduce our average solar module manufacturing costs to among the lowest in the world. Each solar module uses a thin layer of cadmium telluride semiconductor material to convert sunlight into electricity. We manufacture our solar modules on high-throughput production lines and we perform all manufacturing steps ourselves in an automated, proprietary, continuous process. During 2006, 2007 and 2008, we sold most of our solar modules to solar power system developers, system integrators and operators headquartered in Germany, France and Spain.

Currently, we manufacture our solar modules at our Perrysburg, Ohio, Frankfurt/Oder, Germany and Kulim, Malaysia manufacturing facilities and conduct our research and development activities at our Perrysburg, Ohio manufacturing facility. Our average manufacturing cost per watt has decreased from $2.94 during 2004 to $1.08 during 2008. We define average manufacturing cost per watt as the total manufacturing cost incurred during a period divided by the total watts produced during that period. By continuing to expand production globally and improve our technology and manufacturing process, we believe that we can further reduce our manufacturing costs per watt.

We were founded in 1999 to bring an advanced thin film semiconductor process into commercial production through the acquisition of predecessor technologies and the initiation of a research, development and production program that allowed us to improve upon the predecessor technologies and launch commercial operations in January 2002.

On February 22, 2006, we were incorporated as a Delaware corporation. Prior to that date, we operated as a Delaware limited liability company.

On November 30, 2007, we completed the acquisition of Turner Renewable Energy, LLC, a privately held company which designed and deployed commercial solar projects for utilities and Fortune 500 companies in the United States. We have integrated the operations from this acquisition into our solar power systems and project development business. This business sells solar power systems directly to system owners. These systems include both our solar modules and balance of system components that we procure from third parties. We also sell integrated services related to the development of commercial solar projects in the United States, such as the system design, engineering, procurement of permits and balance of system components, construction management, monitoring and maintenance as part of a system solution delivery. This acquisition has created a platform for our systems business in North America to deliver solar electricity solutions to utility companies. The total consideration for the transaction was $34.3 million (excluding exit and transaction costs of $0.7 million); consisting of $28.0 million in common stock and $6.3 million in cash (see Note 5 to our consolidated financial statements).

Our fiscal year ends on the Saturday on or before December 31. All references to fiscal year 2008 relate to the 52 weeks ended December 27, 2008; all references to fiscal year 2007 relate to the 52 weeks ended December 29, 2007; and all references to fiscal year 2006 relate to the 52 weeks ended December 30, 2006. We use a 13 week fiscal quarter.

*Manufacturing Capacity*

As of December 27, 2008 we operated 19 production lines at our plants in Perrysburg, Ohio, Frankfurt/Oder, Germany and Kulim, Malaysia. After completion of plant four at our Malaysian manufacturing center and the expansion of our Perrysburg, Ohio plant we will have 24 production lines with an annual global manufacturing capacity of approximately 1145 MW (based on the fourth quarter of 2008 run rate at our existing plants).

**Financial Operations Overview**

The following describes certain line items in our statement of operations and some of the factors that affect our operating results.

29

EX-24.1 8 p14089exv24w1.htm EX-24.1

**Exhibit 24.1**

## POWER OF ATTORNEY

    KNOW ALL PERSONS BY THESE PRESENTS, that each of the undersigned whose signature appears below constitutes and appoints Michael J. Ahearn, Jens Meyerhoff and John T. Gaffney and each of them, the undersigned's true and lawful attorneys-in-fact and agents with full power of substitution, for the undersigned and in the undersigned's name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K and any other documents in connection therewith and to file the same, with all exhibits thereto, with the SEC, granting unto said attorneys-in-fact and agents and each of them, full power and authority to do and perform each and every act requisite and necessary to be done with respect to this Annual Report on Form 10-K, as fully to all intents and purposes as the undersigned might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or his or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

    IN WITNESS WHEREOF, each of the undersigned has executed this Power of Attorney on this 17th day of February 2009.


| | |
|---|---|
| _____ | /s/ Paul H. Stebbins |
| Michael J. Ahearn | _____ |
| | Paul H. Stebbins |
| | |
| /s/ Craig Kennedy | /s/ Michael Sweeney |
| _____ | _____ |
| Craig Kennedy | Michael Sweeney |
| | |
| /s/ James F. Nolan | /s/ Bruce Sohn |
| _____ | _____ |
| James F. Nolan | Bruce Sohn |
| | |
| /s/ J. Thomas Presby | /s/ José Villarreal |
| _____ | _____ |
| J. Thomas Presby | José Villarreal |

EX-31.01 9 p14089exv31w01.htm EX-31.01

**EXHIBIT 31.01**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER
PURSUANT TO 15 U.S.C. SECTION 7241, AS
ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Michael J. Ahearn, certify that:

1. I have reviewed the Annual Report on Form 10-K of First Solar, Inc., a Delaware corporation, for the period ended December 27, 2008, as filed with the Securities and Exchange Commission;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an Annual Report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 24, 2009                          /s/ MICHAEL J. AHEARN
                                                 Michael J. Ahearn
                                                 Chief Executive Officer

EX-31.02 10 p14089exv31w02.htm EX-31.02

**EXHIBIT 31.02**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER
PURSUANT TO 15 U.S.C. SECTION 7241, AS
ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Jens Meyerhoff, certify that:

1.  I have reviewed the Annual Report on Form 10-K of First Solar, Inc., a Delaware corporation, for the period ended December 27, 2008, as filed with the Securities and Exchange Commission;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an Annual Report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 24, 2009                            /s/ JENS MEYERHOFF
                                                   Jens Meyerhoff
                                                   Chief Financial Officer

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 22 of 315

EX-32.01 11 p14089exv32w01.htm EX-32.01

**EXHIBIT 32.01**

**CERTIFICATION OF**
**CHIEF EXECUTIVE OFFICER AND CHIEF FINANCIAL OFFICER**
**PURSUANT TO 18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Annual Report on Form 10-K of First Solar, Inc., a Delaware corporation, for the period ended December 27, 2008, as filed with the Securities and Exchange Commission, each of the undersigned officers of First Solar, Inc. certifies pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to his respective knowledge:

(1)   the annual report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(2)   the information contained in the annual report fairly presents, in all material respects, the financial condition and results of operations of First Solar, Inc. for the periods presented therein.

Date: February 24, 2009                    /s/ MICHAEL J. AHEARN
                                           Michael J. Ahearn
                                           Chief Executive Officer

Date: February 24, 2009                    /s/ JENS MEYERHOFF
                                           Jens Meyerhoff
                                           Chief Financial Officer

Exhibit 46

Case 2:12-cv-00555-DGC   Document 331   Filed 03/27/15   Page 24 of 315

10-K 1 form10-k.htm FORM 10-K DATED FEBRUARY 19, 2010

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

# Form 10-K

**(Mark One)**

☑   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

    **For the fiscal year ended December 26, 2009**

<div align="center"><strong>or</strong></div>

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

    **For the transition period from      to**

<div align="center">

**Commission file number: 001-33156**

# First Solar, Inc.

*(Exact name of registrant as specified in its charter)*

</div>

| **Delaware** | **20-4623678** |
|:---:|:---:|
| (State or other jurisdiction of | (I.R.S. Employer |
| incorporation or organization) | Identification No.) |

<div align="center">

**350 West Washington Street, Suite 600**
**Tempe, Arizona 85281**
*(Address of principal executive offices, including zip code)*
**(602) 414-9300**
*(Registrant's telephone number, including area code)*
**Securities registered pursuant to Section 12(b) of the Act:**

</div>

| <u>Title of each class</u> | <u>Name of each exchange on which registered</u> |
|:---:|:---:|
| Common stock, $0.001 par value | The NASDAQ Stock Market LLC |

<div align="center">

**Securities registered pursuant to Section 12(g) of the Act:**
**None**

</div>

    Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes ☑   No ☐

    Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act.  Yes ☐   No ☑

    Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.  Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes▪ · ☑ No▪ · ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑          Accelerated filer ☐          Non-accelerated filer ☐          Smaller reporting company ☐
                                                                (Do not check if a smaller
                                                                 reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐      No ☑

The aggregate market value of the registrant's common stock, $0.001 par value per share, held by non-affiliates of the registrant on June 27, 2009, the last business day of the registrant's most recently completed second fiscal quarter, was approximately $7,360,781,207 (based on the closing sales price of the registrant's common stock on that date). Shares of the registrant's common stock held by each officer and director and each person who owns 5% or more of the outstanding common stock of the registrant are not included in that amount, because such persons may be deemed to be affiliates of the registrant. This determination of affiliate status is not necessarily a conclusive determination for other purposes. As of February 12, 2010, 85,229,228 shares of the registrant's common stock, $0.001 par value per share, were issued and outstanding.

## DOCUMENTS INCORPORATED BY REFERENCE

The information required by Part III of this Annual Report on Form 10-K, to the extent not set forth herein, is incorporated by reference from the registrant's definitive proxy statement relating to the Annual Meeting of Shareholders to be held in 2010, which will be filed with the Securities and Exchange Commission within 120 days after the end of the fiscal year to which this Annual Report on Form 10-K relates.

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**FORM 10-K FOR THE FISCAL YEAR ENDED DECEMBER 26, 2009**

**TABLE OF CONTENTS**

|  |  | **Page** |
|---|---|---|
| **PART I** | | |
| Item 1: | Business | 1 |
|  | Executive Officers of the Registrant | 11 |
| Item 1A: | Risk Factors | 13 |
| Item 1B: | Unresolved Staff Comments | 28 |
| Item 2: | Properties | 29 |
| Item 3: | Legal Proceedings | 29 |
| Item 4: | Submission of Matters to a Vote of Security Holders | 29 |
| **PART II** | | |
| Item 5: | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 30 |
| Item 6: | Selected Consolidated Financial Data | 34 |
| Item 7: | Management's Discussion and Analysis of Financial Condition and Results of Operations | 35 |
| Item 7A: | Quantitative and Qualitative Disclosures about Market Risk | 54 |
| Item 8: | Financial Statements and Supplementary Data | 57 |
| Item 9: | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 58 |
| Item 9A: | Controls and Procedures | 58 |
| Item 9B: | Other Information | 59 |
| **PART III** | | |
| Item 10: | Directors, Executive Officers and Corporate Governance | 59 |
| Item 11: | Executive Compensation | 59 |
| Item 12: | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 59 |
| Item 13: | Certain Relationships and Related Transactions, and Director Independence | 60 |
| Item 14: | Principal Accountant Fees and Services | 60 |
| **PART IV** | | |
| Item 15: | Exhibits and Financial Statement Schedules | 60 |
| Signatures | | 61 |
| Consolidated Financial Statements | | 63 |
| Index to Exhibits | | 107 |

Throughout this Annual Report on Form 10-K, we refer to First Solar, Inc. and its consolidated subsidiaries as "First Solar," the "Company," "we," "us," and "our." Our fiscal years end on the last Saturday in December. Our last three fiscal years ended on December 26, 2009, December 27, 2008 and December 29, 2007.

### NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Annual Report on Form 10-K contains forward-looking statements within the meaning of the Securities Exchange Act of 1934 and the Securities Act of 1933, which are subject to risks, uncertainties and assumptions that are difficult to predict. All statements in this Annual Report on Form 10-K, other than statements of historical fact, are forward-looking statements. These forward-looking statements are made pursuant to safe harbor provisions of the Private Securities Litigation Reform Act of 1995. The forward-looking statements include statements, among other things, concerning our business strategy, including anticipated trends and developments in and management plans for, our business and the markets in which we operate; future financial results, operating results, revenues, gross profit, operating expenses, products, projected costs and capital expenditures; research and development programs; sales and marketing initiatives; and competition. In some cases, you can identify these statements by forward-looking words, such as "estimate," "expect," "anticipate," "project," "plan," "intend," "believe," "forecast," "foresee," "likely," "may," "should," "goal," "target," "might," "will," "could," "predict" and "continue," the negative or plural of these words and other comparable terminology. Our forward-looking statements are only predictions based on our current expectations and our projections about future events. All forward-looking statements included in this Annual Report on Form 10-K are based upon information available to us as of the filing date of this Annual Report on Form 10-K. You should not place undue reliance on these forward-looking statements. We undertake no obligation to update any of these forward-looking statements for any reason. These forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause our actual results, levels of activity, performance, or achievements to differ materially from those expressed or implied by these statements. These factors include the matters discussed in the section entitled "Item 1A: Risk Factors" and elsewhere in this Annual Report on Form 10-K. You should carefully consider the risks and uncertainties described under this section.

### PART I

**Item 1:** *Business*

**Overview**

We manufacture and sell solar modules with an advanced thin film semiconductor technology, and we design, construct and sell photovoltaic (PV) solar power systems.

In addressing a growing global demand for PV solar electricity, we target markets with varying approaches depending on the underlying economics, market requirements and distribution channels. In subsidized feed-in tariff (FiT) markets, such as Germany, we have historically sold most of our solar modules to solar project developers, system integrators and independent power producers. In other markets, such as the United States, the demand for solar has been primarily driven by renewable portfolio standards requiring regulated utilities to supply a portion of their total electricity from renewable energy sources such as solar power. To meet the needs of these markets and enable balance of system cost reductions, we have developed a fully integrated systems business that can provide low-cost turn-key utility-scale PV system solutions for system owners and low cost electricity to utility end-users. By building a fully integrated systems business, we believe we are in a position to expand our business in transitional, and eventually economically sustainable markets (in which subsidies or incentives are minimal), which are expected to develop in areas with abundant solar resources and sizable electricity demand, such as the United States, China, India and parts of Europe. In the long-term, we plan on competing on an economic basis with conventional fossil fuel based peaking power generation.

In furtherance of our goal of delivering the lowest cost of solar energy and achieving price parity with conventional fossil-fuel based peak electricity generation, we are continually focused on reducing PV system costs in three primary areas: module manufacturing, Balance of System (BoS) costs (consisting of costs of components of a solar power system other than the solar modules, including inverters, mounting hardware, grid interconnection equipment, wiring and other devices, and installation labor costs), and cost of capital. First, with respect to our module manufacturing costs, our advanced technology has allowed us to reduce our average module manufacturing costs to the lowest in the world, based on publicly available information. In 2009, our total average manufacturing costs were $0.87 per watt, which we believe is significantly less than those of traditional crystalline silicon solar module manufacturers. By continuing to improve conversion efficiency and production line throughput, lower material cost and drive volume scale to further decrease overhead costs, we believe that we can further reduce our manufacturing costs per watt and maintain our cost advantage over traditional crystalline silicon solar module manufacturers. Second, by continuing to improve conversion efficiency, leverage volume procurement around standardized hardware platforms, and accelerate installation time, we believe we can continue to make substantial reductions in BoS costs, which represent over half of all costs associated with a typical utility-scale PV solar power system. Finally, we believe that continuing to strengthen our financial position, including our balance sheet and credit profile, will enable us to continue to lower the cost of capital associated with our solar power systems, thereby further enhancing the economic viability of our projects and lowering the cost of electricity generated by solar power systems that incorporate our modules and technology.

form10-k.htm
Page 13 of 125
Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 28 of 315

With respect to proprietary know-how that is not patentable and processes for which patents are difficult to enforce, we rely on, among other things, trade secret protection and confidentiality agreements to safeguard our interests. We believe that many elements of our photovoltaic manufacturing process, including our unique materials sourcing, involve proprietary know-how, technology or data that are not covered by patents or patent applications, including technical processes, equipment designs, algorithms and procedures. We have taken security measures to protect these elements. All of our research and development personnel have entered into confidentiality and proprietary information agreements with us. These agreements address intellectual property protection issues and require our associates to assign to us all of the inventions, designs and technologies they develop during the course of employment with us. We also require our customers and business partners to enter into confidentiality agreements before we disclose any sensitive aspects of our modules, technology or business plans.

We have not been subject to any material intellectual property claims.

## Environmental Matters

Our manufacturing operations include the use, handling, storage, transportation, generation and disposal of hazardous materials. We are subject to various federal, state, local and international laws and regulations relating to the protection of the environment, including those governing the discharge of pollutants into the air and water, the use, management and disposal of hazardous materials and wastes, occupational health and safety, and the cleanup of contaminated sites. Therefore, we could incur substantial costs, including cleanup costs, fines and civil or criminal sanctions and costs arising from third party property damage or personal injury claims, as a result of violations of or liabilities under environmental laws or non-compliance with environmental permits required at our facilities. We believe we are currently in substantial compliance with applicable environmental requirements and do not expect to incur material capital expenditures for environmental controls in the foreseeable future. However, future developments such as more aggressive enforcement policies, the implementation of new, more stringent laws and regulations or the discovery of unknown environmental conditions may require expenditures that could have a material adverse effect on our business, results of operations and/or financial condition. See "Item 1A: Risk Factors — Environmental obligations and liabilities could have a substantial negative impact on our financial condition, cash flows and profitability."

## Corporate History

In February 2006 we were incorporated as a Delaware corporation. Our common stock has been listed on The NASDAQ Global Select Market under the symbol "FSLR" since our initial public offering in November 2006. In October 2009, our common stock was added to the S&P 500 Index, making First Solar the first, and currently only, pure-play renewable energy company in the index.

## Associates

As of February 12, 2010, we had approximately 4,700 associates (our term for full and part-time employees), including approximately 3,900 in manufacturing. The remainder of our associates are in research and development, sales and marketing and general and administrative positions, including associates who are engaged in or support our systems business. None of our associates are currently represented by labor unions or covered by a collective bargaining agreement. As we expand domestically and internationally, however, we may encounter associates who desire union representation or a collective bargaining agreement. We believe that our relations with our associates are good.

## Information About Geographic Areas

We have significant marketing, distribution and manufacturing operations both within and outside the United States. Currently, we manufacture our solar modules at our Perrysburg, Ohio, Frankfurt/Oder, Germany and Kulim, Malaysia manufacturing facilities (with additional manufacturing facilities planned for construction in Kulim, Malaysia and France beginning in 2010). In 2009, 86% of our net sales were generated from customers headquartered in the European Union. We are in the process of expanding our operations, particularly with respect to our systems business, to numerous countries worldwide, including other European and Asian countries and Australia. As a result, we will be subject to the legal, tax, political, social and regulatory requirements and economic conditions of many jurisdictions. The international nature of our operations subject us to a number of risks, including fluctuations in exchange rates, adverse changes in foreign laws or regulatory requirements, and tariffs, taxes and other trade restrictions. See "Item 1A: Risk Factors — Our substantial international operations subject us to a number of risks, including unfavorable political, regulatory, labor and tax conditions in foreign countries." See also Note 22. "Segment and Geographical Information" to our consolidated financial statements included in this Annual Report on Form 10-K for information about our net sales and long-lived assets by geographic region for the years ended December 26, 2009, December 27, 2008 and December 29, 2007. See also "Item 7: Management's Discussion and Analysis of Financial Condition and Results of Operations" for other information about our operations and activities in various geographic regions.

Page 10

**Item 1A:**  *Risk Factors*

An investment in our stock involves a high degree of risk. You should carefully consider the following information, together with the other information in this Annual Report on Form 10-K, before buying shares of our stock. If any of the following risks or uncertainties occur, our business, financial condition and results of operations could be materially and adversely affected and the trading price of our stock could decline.

**Risks Related to Our Markets and Customers**

*If photovoltaic technology is not suitable for widespread adoption, or if sufficient demand for solar modules does not develop or takes longer to develop than we anticipate, our net sales and profit may flatten or decline and we may be unable to sustain profitability.*

The solar energy market is at a relatively early stage of development and the extent to which solar modules will be widely adopted is uncertain. If photovoltaic technology proves unsuitable for widespread adoption or if demand for solar modules fails to develop sufficiently, we may be unable to grow our business or generate sufficient net sales to sustain profitability. In addition, demand for solar modules in our targeted markets — including Germany, Italy, Spain, France, the United States, Canada, China and Australia — may not develop or may develop to a lesser extent than we anticipate. Many factors may affect the viability of widespread adoption of photovoltaic technology and demand for solar modules, including the following:

- cost-effectiveness of the electricity generated by photovoltaic power systems compared to conventional energy sources and products, including conventional energy sources, such as natural gas, and other non-solar renewable energy sources, such as wind;

- availability and substance of government subsidies, incentives and renewable portfolio standards to support the development of the solar energy industry;

- performance and reliability of PV systems and thin film technology compared to conventional and other non-solar renewable energy sources and products;

- success of other renewable energy generation technologies, such as hydroelectric, tidal, wind, geothermal, solar thermal, concentrated photovoltaic, and biomass;

- fluctuations in economic and market conditions that affect the price of, and demand for, conventional and non-solar renewable energy sources, such as increases or decreases in the price of oil, natural gas and other fossil fuels; and

- fluctuations in capital expenditures by end-users of solar modules, which tend to decrease when the economy slows and interest rates increase.

*Reduced growth in or the reduction, elimination or expiration of government subsidies, economic incentives and other support for on-grid solar electricity applications, including the anticipated feed-in tariff reductions in Germany and certain other core markets, could reduce demand and/or price levels for our solar modules, and limit our growth or lead to a reduction in our net sales, and adversely impact our operating results.*

We believe that the near-term growth of the market for on-grid applications, where solar energy is used to supplement the electricity a consumer purchases from the utility network, depends significantly on the availability and size of government subsidies and economic incentives. Federal, state and local governmental bodies in many countries, most notably Germany, Italy, Spain, France, the United States, Canada, China, India, Australia, Greece and Portugal have provided subsidies in the form of feed-in tariffs, rebates, tax incentives and other incentives to end-users, distributors, systems integrators and manufacturers of photovoltaic products. Many of these jurisdictions, including the majority of U.S. states and numerous European Union countries, have adopted renewable portfolio standards in which the government requires jurisdictions or regulated utilities to supply a portion of their total electricity from specified sources of renewable energy, such as solar, wind and hydroelectric power. Many of these government incentives expire, phase out over time, require renewal by the applicable authority or may be amended. A summary of recent developments in the major government subsidy programs in our core markets follows. We expect the feed-in tariff in Germany and certain other core markets to be reduced earlier than previously expected, and such reductions could reduce demand and/or price levels for our solar modules, lead to a reduction in our net sales and adversely impact our operating results.

German feed-in tariffs will be adjusted earlier than previously expected, and any downwards adjustment could reduce demand for our solar modules, lead to a reduction in our net sales and adversely impact our operating results. Currently, Germany, which accounted for approximately 65% of our net sales in 2009, is the largest market for our modules, and thus recently proposed changes to German feed-in tariffs could significantly impact our results of operations. A reduction in the PV feed-in tariff is currently under discussion and will most likely come into effect in the second or third quarter of 2010. The amount of the FiT reductions are expected to vary among roof-mounted applications, non-agricultural land free field applications and agricultural land free field applications. A

significant reduction in the FiT for agricultural land free field applications in particular would likely cause a significant decline in demand for PV solar systems on agricultural land in Germany and contribute to a migration toward roof mounted applications and non-agricultural land free field applications. Overall, reductions in the German feed-in tariffs, including any potential further reductions, could result in a significant decline in demand and price levels for photovoltaic products in Germany, which could have a material adverse effect on our business, financial condition or results of operations.

<div align="center">Page 13</div>

In France, a new decree effective January 2010 provides for lower feed-in tariffs for all applications (including, as in Germany, varying reductions for rooftop applications and free field applications) while introducing, among other things, a departmental bonus which makes free field projects in the northern regions of France more attractive. The new decree does not have an expiry date, but can be amended at any time.

In Italy, the current legislation provides that the existing feed-in tariff will be in effect until the expiration of a 14 month transition period that will begin once 1.2GW of photovoltaic systems are installed under the existing feed-in tariff. It is expected that the Italian government will propose and enact a new feed-in tariff before the end of 2010. Current proposals reflect significant FiT reductions, particularly for ground mounted applications. We cannot be certain of the level of such new feed-in tariff. If the level of such feed-in tariff is not adequate to promote the development of the PV industry or PV projects in Italy, our ability to pursue an expansion strategy in Italy would be adversely affected.

In Spain, the current legislation is scheduled to be reviewed by January 1, 2012; however, an earlier FiT adjustment is possible.

In the United States, California has been the state where the majority of solar installations and solar power module and system sales have taken place during the past five years. The state of California's RPS goal of 33% of electricity from renewable sources by 2020, currently in the form of an executive order from the Governor's office, is the most significant RPS program in the United States in magnitude and is contributing to the expansion of the utility-scale solar systems market in that state. However, the continued effectiveness of this RPS program could be negatively impacted if the RPS goal is not passed by the CA legislature and signed into law. See "Item 1A: Risk Factors — Our ability to pursue an expansion strategy in California beyond existing projects may be adversely affected if California is unable to achieve a 33% renewable mandate through law" below.

The American Recovery and Reinvestment Act of 2009 provides for certain measures intended to benefit on-grid solar electricity generation and other renewable energy initiatives, including (1) a cash grant in lieu of the 30% federal investment tax credit for solar installations that are placed into service during 2009 and 2010 or that begin construction prior to December 31, 2010 and are placed into service by January 1, 2017, and (2) a 50% bonus depreciation for installations placed in service during 2009. Various legislation has been proposed to extend or enhance the 30% grant in lieu of the tax credit as well as bonus depreciation. However, enactment of the extension or enhancement of such incentives is highly uncertain. The failure to extend or enhance these programs may reduce tax equity availability (in the case of the grant expiration) which may adversely affect our ability to arrange financing for utility-scale projects and may otherwise adversely affect the attractiveness of the U.S. solar market.

In Ontario, Canada, a new feed-in tariff program was introduced in September 2009 and replaced the Renewable Energy Standard Offer Program (RESOP) as the primary subsidy program for future renewable energy projects. In order to participate in the Ontario feed-in tariff program, certain provisions relating to minimum required domestic content and land use restrictions for solar installations must be satisfied. The new domestic content and land restriction rules do not apply to our Sarnia solar project and the other projects governed by RESOP contracts that we acquired in connection with our acquisition of the solar power project development business of OptiSolar Inc. in April 2009. However, our Ontario projects in earlier stages of development that are not governed by RESOP contracts, as well as any potential new projects in Ontario, will be subject to such domestic content and land restriction rules. As these rules are currently written, we will be unable to fully satisfy such rules (in particular the domestic content requirement rules), thus projects incorporating our modules will not qualify for the Ontario feed-in tariff. In the event the Ontario domestic content and land use restriction rules are not sufficiently modified, our ability to participate in the Ontario feed-in tariff program for future projects will be substantially reduced and possibly completely eliminated, and thus our ability to pursue an expansion strategy in Ontario, Canada beyond our existing RESOP projects would be adversely affected.

In China, governmental authorities have not adopted a feed-in tariff policy and currently award solar projects through either a project tendering process or bi-lateral negotiations. While the solar industry generally anticipates that China will adopt a solar feed-in tariff, there is no guarantee this will occur in a timely manner or at all or that any feed-in tariff will be economically viable. Without a feed-in tariff, the size and attractiveness of China's solar market may be limited and we may be unable to sell into China at an attractive price, limiting one of our anticipated growth markets.

In Australia, the large-scale solar industry is in its infancy, and despite several encouraging government funded initiatives to promote large-scale solar generation, it is uncertain whether such programs can be successfully executed.

In 2009, India announced its National Solar Mission, which includes a goal of installing 20GW of solar by 2022. India is expected to announce a feed-in tariff for the first phase of the National Solar Mission in 2010. There is no guarantee that India will maintain its current 20GW by 2022 goal or adopt the required policies to meet that goal, without which, the size and attractiveness of India's solar market may be limited and we may be unable to sell modules or systems in India at an attractive price, limiting one of our anticipated growth markets.

Emerging subsidy programs may require an extended period of time to attain effectiveness because the applicable permitting and grid connection processes associated with these programs can be lengthy and administratively burdensome.

Page 14

In addition, if any of these statutes or regulations is found to be unconstitutional, or is reduced or discontinued for other reasons, sales prices and/or volumes of our solar modules in these countries could decline significantly, which could have a material adverse effect on our business, financial condition and results of operations.

Electric utility companies or generators of electricity from fossil fuels or other renewable energy sources could also lobby for a change in the relevant legislation in their markets to protect their revenue streams.

Reduced growth in or the reduction, elimination or expiration of government subsidies and economic incentives for on-grid solar energy applications, especially those in our target markets, could limit our growth or cause our net sales to decline and materially and adversely affect our business, financial condition and results of operations.

*Our ability to pursue an expansion strategy in California beyond existing projects may be adversely affected if California is unable to achieve a 33% renewable mandate through law.*

California currently requires its investor-owned utilities (IOUs) to procure 20% of their electricity supplies through eligible renewable energy resources by 2010. In addition, California, through Executive Order has established a utility procurement goal of 33% renewable electricity by 2020. Due to the threat of penalties under the current law, investor-owned utilities have the incentive to comply and have therefore signed long-term contracts to meet the 20% procurement requirement. However, since the 33% procurement of renewable electricity by 2020 goal is not enforceable through law, it is conceivable that renewable energy procurement in California could peak around 20% of the IOU's electricity retail sales in 2010. If the state legislature and Governor's office are unable to adopt legislation that could be signed into law by the end of 2010, the viability of the 33% RPS program would remain at risk. California's current financial difficulties could contribute to an environment in which the 33% RPS program could be questioned. In addition, any weakening or delay of the 33% RPS program could contribute to, or be accompanied by, increased project execution risks, delay, or costs relating to California authorities, such as the California Independent System Operator. Under such a scenario, our ability to execute a long-term expansion plan to develop additional large-scale PV projects in California could be adversely affected.

*An increase in interest rates or lending rates or tightening of the supply of capital in the global financial markets (including a reduction in total tax equity availability) could make it difficult for end-users to finance the cost of a PV system and could reduce the demand for our solar modules and/or lead to a reduction in the average selling price for photovoltaic modules.*

Many of our customers and our systems business depend on debt financing to fund the initial capital expenditure required to develop, build and purchase a PV system. As a result, an increase in interest rates or lending rates could make it difficult for our customers or our systems business to secure the financing necessary to develop, build, purchase or install a PV system on favorable terms, or at all, and thus lower demand for our solar modules which could limit our growth or reduce our net sales. Due to the overall economic outlook, our end-users may change their decision or change the timing of their decision to develop, build, purchase or install a PV system. In addition, we believe that a significant percentage of our end-users install PV systems as an investment, funding the initial capital expenditure through a combination of equity and debt. An increase in interest rates and/or lending rates could lower an investor's return on investment in a PV system, increase equity return requirements or make alternative investments more attractive relative to PV systems, and, in each case, could cause these end-users to seek alternative investments. A reduction in the supply of project debt financing or tax equity investments could reduce the number of solar projects that receive financing and thus lower demand for solar modules. As described above under "Item 1: Business — Sales and Marketing — Economic Incentives," the 30% grant in lieu of the federal investment tax credit under the ARRA is set to expire and unless extended, will not be available for solar installations that begin construction on or after January 1, 2011. If such program is not extended, total tax equity availability could be reduced which may adversely affect our ability to arrange financing for utility-scale projects and may adversely affect the attractiveness of the U.S. solar market.

We currently sell a substantial portion of our solar modules under Long-Term Supply Contracts, and we allocate a significant amount of our production to satisfy our obligations under these contracts. These customers buy our modules with the expectation that they will be able to resell them in connection with the development of PV systems. As discussed above, many of these projects depend on the availability of debt and equity financing. A prolonged, material disruption to the supply of project finance could adversely affect our customers' ability to perform under these agreements. In the event of default by one or more of these customers, we may be unable to sell these modules at the prices specified in our Long-Term Supply Contracts, especially if demand for PV systems softens or supply of solar modules increases. Also, we may decide to lower our average selling price to certain customers in certain markets in response to changes in economic circumstances of our customers, their end markets or the capital markets. See "Item 1: Business — Segment Information — Components Business — Customers" for a description of previous pricing adjustments under our Long-Term Supply Contracts.

Page 15

*We currently depend on a limited number of customers, with five customers accounting for a majority of our components business' net sales last year. The loss of, or a significant reduction in orders from, any of these customers could significantly reduce our net sales and negatively impact our operating results.*

We currently sell substantially all of our solar modules to customers headquartered throughout the European Union. During 2009, our five largest customers for our components business each accounted for between 10% and 19% of our component business' net sales. Our customer base within our components business is currently concentrated to a significant extent in Germany, and therefore the likely additional German feed-in tariff reductions currently under discussion could reduce demand and/or price levels for our modules sold to these customers. The loss of any of our large customers, their inability to perform under their contracts, or their default in payment could significantly reduce our net sales and adversely impact our operating results. Our customers face significant challenges under current economic conditions, including lack of capital to finance solar projects and rising costs associated with leasing or otherwise acquiring land and rooftops for solar projects. We believe that we can mitigate this risk by re-allocating modules to other customers if the need arises, but we may be unable, in whole or in part, to mitigate the reduced demand for our modules. In the event that we determine that our planned production of solar modules exceeds the demand we anticipate, we may decide to reduce or halt production of solar modules in our manufacturing facilities. However, we may be unable to anticipate and respond to the oversupply of solar modules because we have limited visibility into our customers' inventories.

## Risks Related to Regulations

*Existing regulations and policies and changes to these regulations and policies may present technical, regulatory and economic barriers to the purchase and use of photovoltaic products, which may significantly reduce demand for our solar modules.*

The market for electricity generation products is heavily influenced by foreign, federal, state and local government regulations and policies concerning the electric utility industry, as well as policies promulgated by electric utilities. These regulations and policies often relate to electricity pricing and technical interconnection of customer-owned electricity generation. In the United States and in a number of other countries, these regulations and policies have been modified in the past and may be modified again in the future. These regulations and policies could deter end-user purchases of photovoltaic products and investment in the research and development of photovoltaic technology. For example, without a mandated regulatory exception for photovoltaic systems, utility customers are often charged interconnection or standby fees for putting distributed power generation on the electric utility grid. If these interconnection standby fees were applicable to PV systems, it is likely that they would increase the cost to our end-users of using PV systems which could make them less desirable, thereby harming our business, prospects, results of operations and financial condition. In addition, electricity generated by PV systems mostly competes with expensive peak hour electricity, rather than the less expensive average price of electricity. Modifications to the peak hour pricing policies of utilities, such as to a flat rate for all times of the day, would require PV systems to achieve lower prices in order to compete with the price of electricity from other sources.

We anticipate that our solar modules and their installation will be subject to oversight and regulation in accordance with national and local ordinances relating to building codes, safety, environmental protection, utility interconnection and metering and related matters. It is difficult to track the requirements of individual states and design equipment to comply with the varying standards. Any new government regulations or utility policies pertaining to our solar modules may result in significant additional expenses to us, our resellers and their customers and, as a result, could cause a significant reduction in demand for our solar modules.

*Environmental obligations and liabilities could have a substantial negative impact on our financial condition, cash flows and profitability.*

Our operations involve the use, handling, generation, processing, storage, transportation and disposal of hazardous materials and are subject to extensive environmental laws and regulations at the national, state, local and international level. These environmental laws and regulations include those governing the discharge of pollutants into the air and water, the use, management and disposal of hazardous materials and wastes, the cleanup of contaminated sites and occupational health and safety. We have incurred and will continue to incur significant costs and capital expenditures in complying with these laws and regulations. In addition, violations of, or liabilities under, environmental laws or permits may result in restrictions being imposed on our operating activities or in our being subjected to substantial fines, penalties, criminal proceedings, third party property damage or personal injury claims, cleanup costs or other costs. While we believe we are currently in substantial compliance with applicable environmental requirements, future developments such as more aggressive enforcement policies, the implementation of new, more stringent laws and regulations, or the discovery of presently unknown environmental conditions may require expenditures that could have a material adverse effect on our business, results of operations and financial condition.

Page 16

In addition, our products contain cadmium telluride and cadmium sulfide. Elemental cadmium and certain of its compounds are regulated as hazardous due to the adverse health effects that may arise from human exposure. Although the risks of exposure to cadmium telluride are not believed to be as serious as those relating to exposure to elemental cadmium, the chemical, physical and toxicological properties of cadmium telluride have not been thoroughly investigated and reported. We maintain engineering controls to minimize our associates' exposure to cadmium or cadmium compounds and require our associates who handle cadmium compounds to follow certain safety procedures, including the use of personal protective equipment such as respirators, chemical goggles and protective clothing. In addition, we believe the risk of exposure to cadmium or cadmium compounds from our end-products is limited by the fully encapsulated nature of these materials in our products, the physical properties of cadmium compounds used in our products and the implementation in 2005 of our collection and recycling program for our solar modules. While we believe that these factors and procedures are sufficient to protect our associates, end-users and the general public from cadmium exposure, we cannot assure that human or environmental exposure to cadmium or cadmium compounds used in our products will not occur. Any such exposure could result in future third-party claims against us, as well as damage to our reputation and heightened regulatory scrutiny of our products, which could limit or impair our ability to sell and distribute our products. The occurrence of future events such as these could have a material adverse effect on our business, financial condition or results of operations.

The use of cadmium in various products is also coming under increasingly stringent governmental regulation. Future regulation in this area could impact the manufacture, sale, collection and recycling of solar modules and could require us to make unforeseen environmental expenditures or limit our ability to sell and distribute our products. For example, European Union Directive 2002/95/EC on the Restriction of the Use of Hazardous Substances in electrical and electronic equipment (RoHS Directive), restricts the use of certain hazardous substances, including cadmium, in specified products. Other jurisdictions, such as China have adopted similar legislation or are considering doing so. Currently, PV solar modules are not subject to the RoHS Directive; however, the RoHS Directive allows for future amendments subjecting additional products to the requirements and the scope. Applicability and the products included in the Directive may also change. In December 2008, the European Commission issued its proposed revision of the RoHS Directive. This proposed revision did not include photovoltaic solar modules in the scope of RoHS, but is now being amended by both the European Parliament and the European Union Members States as part of the normal European Union legislative process. The European Council and the European Parliament are currently considering an "open scope" approach to the RoHS Directive under which all Electrical and Electronic Equipment (EEE) products would be included in the scope of the RoHS Directive unless specifically excluded or exempted from coverage. As part of these discussions, exclusion for PV panels from the RoHS Directive is being considered. A final legislative agreement on the RoHS Directive is not expected until 2011 at the earliest. If PV modules are included in the scope of RoHS without an exemption or exclusion, we would be required to redesign our solar modules to eliminate cadmium in order to continue to offer them for sale within the European Union, which would be impractical. In such event, the European Union market would be in effect closed to us, which could have a material adverse effect on our business, financial condition and results of operations. In 2009, 86% of our total net sales were generated from module sales in the European Union. In addition, some of our competitors are increasingly focusing on our modules' use of cadmium telluride in an attempt to gain a competitive advantage over us. If such actions are successful, they could result in a loss of sales and potentially limit our growth.

### Risks Related to our Operations, Manufacturing and Technology

*Our limited operating history may not serve as an adequate basis to judge our future prospects and results of operations.*

We have a limited operating history. Although we began developing our predecessor technology in 1987, we did not launch commercial operations until we qualified our pilot production line in January 2002. We qualified the first production line at our Ohio plant in November 2004, the second and third production lines at our Ohio plant in August 2006, our German plant in the third quarter of 2007, and our Malaysian plants in 2008 and 2009. Because these production lines have only been in operation for a limited period of time, our historical operating results may not provide a meaningful basis for evaluating our business, financial performance and prospects. While our net sales grew from $135.0 million in 2006 to $2.1 billion in 2009, we may be unable to achieve similar growth, or grow at all, in future periods. Our ability to achieve similar growth in future periods is also affected by current economic conditions. Our past results occurred in an environment where, among other things, capital was generally more accessible to our customers to finance the cost of developing solar projects and economic incentives for solar power in certain core markets (such as the German feed-in tariff) were more favorable. Accordingly, you should not rely on our results of operations for any prior period as an indication of our future performance. See "Item 1: Business — Segment Information — Components Business — Customers" for a description of previous pricing adjustments under our Long-Term Supply Contracts.

*We face intense competition from manufacturers of crystalline silicon solar modules, thin film solar modules and solar thermal and concentrated photovoltaic systems; if global supply exceeds global demand, it could lead to a reduction in the average selling price for photovoltaic modules.*

The solar energy and renewable energy industries are both highly competitive and continually evolving as participants strive to distinguish themselves within their markets and compete with the larger electric power industry. Within the global photovoltaic industry, we face competition from crystalline silicon solar module manufacturers, other thin film solar module manufacturers and companies developing solar thermal and concentrated photovoltaic technologies.

Page 17

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 35 of 315

Even if demand for solar modules continues to grow, the rapid expansion plans of many solar cell and module manufacturers could create periods where supply exceeds demand. In addition, we believe the significant decrease in the cost of silicon feedstock will provide significant reductions in the manufacturing cost of crystalline silicon solar modules and lead to pricing pressure for solar modules and potentially the oversupply of solar modules, including in key markets such as Germany and Spain.

During any such period, our competitors could decide to reduce their sales price in response to competition, even below their manufacturing cost, in order to generate sales. As a result, we may be unable to sell our solar modules at attractive prices, or for a profit, during any period of excess supply of solar modules, which would reduce our net sales and adversely affect our results of operations. Also, we may decide to lower our average selling price to certain customers in certain markets in response to competition.

***Thin film technology has a short history and our thin film technology and solar modules may perform below expectations; problems with product quality or performance may cause us to incur warranty expenses, damage our market reputation and prevent us from maintaining or increasing our market share.***

Researchers began developing thin film semiconductor technology over 20 years ago, but were unable to integrate the technology into a solar module production line until recently. Our oldest active production line has been in operation since November 2004, and the oldest solar modules manufactured during the qualification of our pilot line have been in use since 2001. As a result, our thin film technology and solar modules do not have a sufficient operating history to confirm how our solar modules will perform over their estimated 25-year useful life. We perform a variety of quality and life tests under different conditions. However, if our thin film technology and solar modules perform below expectations, we could lose customers and face substantial warranty expense.

Our solar modules are sold with a five-year materials and workmanship warranty for technical defects and a 25-year warranty against declines of more than 10% of their initial rated power in the first 10 years following their installation and 20% of initial rated power in the following 15 years, respectively. As a result, we bear the risk of extensive warranty claims long after we have sold our solar modules and recognized net sales. As of December 26, 2009, our accrued warranty liability was $22.6 million, of which, $8.2 million was classified as current and $14.4 million was classified as noncurrent.

While our power output warranty extends for 25 years, our oldest solar modules manufactured during the qualification of our pilot production line have only been in use since 2001. Because of the limited operating history of our solar modules, we have been required to make assumptions regarding the durability and reliability of our solar modules. Our assumptions could prove to be materially different from the actual performance of our solar modules, causing us to incur substantial expense to repair or replace defective solar modules in the future. For example, our glass-on-glass solar modules could break, delaminate or experience power degradation in excess of expectations, our manufacturing operations could be subject to process variations that could cause affected modules to underperform compared to our expectations. Any widespread product failures may damage our market reputation and cause our sales to decline and require us to repair or replace the defective modules, which could have a material adverse effect on our financial results.

***If our estimates regarding the future cost of collecting and recycling our solar modules are incorrect, we could be required to accrue additional expenses at and from the time we realize our estimates are incorrect and face a significant unplanned cash burden.***

We pre-fund our estimated future obligation for collecting and recycling our solar modules based on the present value of the expected future cost of collecting and recycling the modules, which includes the cost of packaging the solar modules for transport, the cost of freight from the solar module's installation site to a recycling center, the material, labor and capital costs of the recycling process and an estimated third-party profit margin and return on risk for collection and recycling. We base our estimate on our experience collecting and recycling solar modules that do not pass our quality control tests and solar modules returned under our warranty and on our expectations about future developments in recycling technologies and processes and economic conditions at the time the solar modules will be collected and recycled. If our estimates prove incorrect, we could be required to accrue additional expenses at and from the time we realize our estimates are incorrect and also face a significant unplanned cash burden at the time we realize our estimates are incorrect or end-users return their solar modules, which could harm our operating results. In addition, our end-users can return their solar modules at any time. As a result, we could be required to collect and recycle our solar modules earlier than we expect and before recycling technologies and processes improve.

Page 18

*Our failure to further refine our technology and develop and introduce improved photovoltaic products could render our solar modules uncompetitive or obsolete and reduce our net sales and market share.*

We will need to invest significant financial resources in research and development to continue to improve our module conversion efficiency and to otherwise keep pace with technological advances in the solar energy industry. However, research and development activities are inherently uncertain and we could encounter practical difficulties in commercializing our research results. We seek to continuously improve our products and processes, and the resulting changes carry potential risks in the form of delays, additional costs or other unintended contingencies. In addition, our significant expenditures on research and development may not produce corresponding benefits. Other companies are developing a variety of competing photovoltaic technologies, including copper indium gallium diselenide and amorphous silicon, which could produce solar modules that prove more cost-effective or have better performance than our solar modules. In addition, other companies could potentially develop a highly reliable renewable energy system that mitigates the intermittent power production drawback of many renewable energy systems, or offers other value-added improvements from the perspective of utilities and other system owners, in which case such companies could compete with us even if the levelized cost of electricity associated with such new system is higher than that of our systems. As a result, our solar modules may be rendered obsolete by the technological advances of our competitors, which could reduce our net sales and market share.

In addition, we often forward price our products and services (including through our Long-Term Supply Contracts and power purchase agreements) in anticipation of future cost reductions, and thus an inability to further refine our technology and execute our long-term cost reduction objectives could adversely affect our margins and operating results.

*Our failure to protect our intellectual property rights may undermine our competitive position and litigation to protect our intellectual property rights or defend against third-party allegations of infringement may be costly.*

Protection of our proprietary processes, methods and other technology is critical to our business. Failure to protect and monitor the use of our existing intellectual property rights could result in the loss of valuable technologies. We rely primarily on patents, trademarks, trade secrets, copyrights and contractual restrictions to protect our intellectual property. As of December 26, 2009, we held 22 patents in the United States, which will expire at various times between 2012 and 2026, and had 96 patent applications pending. We also held 28 patents and had over 100 patent applications pending in foreign jurisdictions. Our existing patents and future patents could be challenged, invalidated, circumvented or rendered unenforceable. Our pending patent applications may not result in issued patents, or if patents are issued to us, such patents may not be sufficient to provide meaningful protection against competitors or against competitive technologies.

We also rely upon unpatented proprietary manufacturing expertise, continuing technological innovation and other trade secrets to develop and maintain our competitive position. While we generally enter into confidentiality agreements with our associates and third parties to protect our intellectual property, such confidentiality agreements are limited in duration and could be breached and may not provide meaningful protection for our trade secrets or proprietary manufacturing expertise. Adequate remedies may not be available in the event of unauthorized use or disclosure of our trade secrets and manufacturing expertise. In addition, others may obtain knowledge of our trade secrets through independent development or legal means. The failure of our patents or confidentiality agreements to protect our processes, equipment, technology, trade secrets and proprietary manufacturing expertise, methods and compounds could have a material adverse effect on our business. In addition, effective patent, trademark, copyright and trade secret protection may be unavailable or limited in some foreign countries, especially any developing countries into which we may expand our operations. In some countries we have not applied for patent, trademark or copyright protection.

Third parties may infringe or misappropriate our proprietary technologies or other intellectual property rights, which could have a material adverse effect on our business, financial condition and operating results. Policing unauthorized use of proprietary technology can be difficult and expensive. Also, litigation may be necessary to enforce our intellectual property rights, protect our trade secrets or determine the validity and scope of the proprietary rights of others. We cannot assure you that the outcome of such potential litigation will be in our favor. Such litigation may be costly and may divert management attention and other resources away from our business. An adverse determination in any such litigation may impair our intellectual property rights and may harm our business, prospects and reputation. In addition, we have no insurance coverage against litigation costs and would have to bear all costs arising from such litigation to the extent we are unable to recover them from other parties.

Page 19

*Many of our key raw materials and components are either sole-sourced or sourced by a limited number of third-party suppliers and their failure to perform could cause manufacturing delays and impair our ability to deliver solar modules to customers in the required quality and quantities and at a price that is profitable to us.*

Our failure to obtain raw materials and components that meet our quality, quantity and cost requirements in a timely manner could interrupt or impair our ability to manufacture our solar modules or increase our manufacturing cost. Many of our key raw materials and components are either sole-sourced or sourced by a limited number of third-party suppliers. As a result, the failure of any of our suppliers to perform could disrupt our supply chain and impair our operations. In addition, many of our suppliers are small companies that may be unable to supply our increasing demand for raw materials and components as we implement our planned rapid expansion. We may be unable to identify new suppliers or qualify their products for use on our production lines in a timely manner and on commercially reasonable terms. Raw materials and components from new suppliers may also be less suited for our technology and yield solar modules with lower conversion efficiencies, higher failure rates and higher rates of degradation than solar modules manufactured with the raw materials from our current suppliers. A constraint on our production may cause us to be unable to meet our obligations under our Long-Term Supply Contracts, which would have an adverse impact on our financial results.

*A disruption in our supply chain for cadmium telluride, our semiconductor material, could interrupt or impair our ability to manufacture solar modules.*

A key raw material we use in our production process is a cadmium telluride compound. Tellurium is mainly produced as a by-product of copper refining, and its supply is therefore largely dependent upon demand for copper. Currently, we purchase these raw materials from a limited number of suppliers. If our current suppliers or any of our future suppliers are unable to perform under their contracts or purchase orders, our operations could be interrupted or impaired. In addition, because our suppliers must undergo a lengthy qualification process, we may be unable to replace a lost supplier in a timely manner and on commercially reasonable terms. Our supply of cadmium telluride could also be limited if any of our current suppliers or any of our future suppliers are unable to acquire an adequate supply of tellurium in a timely manner or at commercially reasonable prices. If our competitors begin to use or increase their demand for cadmium telluride, supply could be reduced and prices could increase. If our current suppliers or any of our future suppliers cannot obtain sufficient tellurium, they could substantially increase prices or be unable to perform under their contracts. We may be unable to pass increases in the cost of our raw materials through to our customers because our customer contracts do not adjust for raw material price increases and are generally for a longer term than our raw material supply contracts. A reduction in our production could result in our inability to meet our commitments under our Long-Term Supply Contracts, all of which would have an adverse impact on our financial results.

*Our future success depends on our ability to build new manufacturing plants and add production lines in a cost-effective manner, both of which are subject to risks and uncertainties.*

Our future success depends on our ability to significantly increase both our manufacturing capacity and production throughput in a cost-effective and efficient manner. If we cannot do so, we may be unable to expand our business, decrease our cost per watt, maintain our competitive position, satisfy our contractual obligations or sustain profitability. Our ability to expand production capacity is subject to significant risks and uncertainties, including the following:

- making changes to our production process that are not properly qualified or that may cause problems with the quality of our solar modules;

- delays and cost overruns as a result of a number of factors, many of which may be beyond our control, such as our inability to secure successful contracts with equipment vendors;

- our custom-built equipment taking longer and costing more to manufacture than expected and not operating as designed;

- delays or denial of required approvals by relevant government authorities;

- being unable to hire qualified staff;

- failure to execute our expansion plans effectively; and

- manufacturing concentration risk resulting from an expected 24 out of 34 announced production lines worldwide by the end of 2012 being located in one geographic area, Malaysia.

Page 20

Case 2:12-cv-00555-DGC     Document 331     Filed 03/27/15     Page 38 of 315

*If our future production lines are not built in line with our committed schedules it may impair our growth plans, if our future production lines do not achieve operating metrics similar to our existing production lines, our solar modules could perform below expectations and cause us to lose customers.*

Currently, our production lines have a limited history of operating at full capacity. Future production lines could produce solar modules that have lower efficiencies, higher failure rates and higher rates of degradation than solar modules from our existing production lines, and we could be unable to determine the cause of the lower operating metrics or develop and implement solutions to improve performance. Although we will be using the same systematic replication process to build our French manufacturing center and expand our Malaysian manufacturing center that we successfully used when building and expanding our existing German and Malaysian production facilities, our replication risk in connection with building production lines at our French manufacturing center and other future manufacturing plants could be higher than our replication risk was in building and expanding our existing German and Malaysian production facilities because two of these new production lines are located in a new geographic area for us, which could entail other factors that may lower their operating metrics. If we are unable to systematically replicate our production lines to meet our committed schedules and achieve and sustain similar operating metrics in our future production lines as we have achieved at our existing production lines, our manufacturing capacity could be substantially constrained, our manufacturing costs per watt could increase, and this may impair our growth plans and/or cause us to lose customers, resulting in lower net sales, higher liabilities and lower net income than we anticipate. In addition, we might be unable to produce enough solar modules to satisfy our contractual requirements under our Long-Term Supply Contracts.

*Some of our manufacturing equipment is customized and sole sourced. If our manufacturing equipment fails or if our equipment suppliers fail to perform under their contracts, we could experience production disruptions and be unable to satisfy our contractual requirements.*

Some of our manufacturing equipment is customized to our production lines based on designs or specifications that we provide to the equipment manufacturer, which then undertakes a specialized process to manufacture the custom equipment. As a result, the equipment is not readily available from multiple vendors and would be difficult to repair or replace if it were to become damaged or stop working. If any piece of equipment fails, production along the entire production line could be interrupted and we could be unable to produce enough solar modules to satisfy our contractual requirements under our Long-Term Supply Contracts. In addition, the failure of our equipment suppliers to supply equipment in a timely manner or on commercially reasonable terms could delay our expansion plans and otherwise disrupt our production schedule or increase our manufacturing costs, all of which would adversely impact our financial results.

*If we are unable to further increase the number of sellable watts per solar module and reduce our manufacturing cost per watt, we will be in default under certain of our Long-Term Supply Contracts and our profitability could decline.*

Our Long-Term Supply Contracts either (1) require us to increase the minimum average number of watts per module over the term of the contract or (2) have a price adjustment for increases or decreases in the number of watts per module relative to a base number of watts per module. Our failure to achieve these metrics could reduce our profitability or allow some of our customers to terminate their contracts. In addition, all of our Long-Term Supply Contracts in Europe specify a sales price per watt that declines at the beginning of each year through the expiration date of each contract in 2012. Our profitability could decline if we are unable to reduce our manufacturing cost per watt by at least the same rate at which our contractual prices decrease. Furthermore, our failure to reduce cost per watt by increasing our efficiency may impair our ability to enter new markets that we believe will require lower cost per watt for us to be competitive and may impair our growth plans.

*We may be unable to manage the expansion of our operations effectively.*

We expect to continue to expand our business in order to meet our contractual obligations, satisfy demand for our solar modules and maintain or increase market share. However, depending on the amount of additional contractual obligations we enter into and our ability to expand our manufacturing capabilities in accordance with our expectations, we might be unable to produce enough solar modules to satisfy our contractual requirements under our Long-Term Supply Contracts and other commitments, in which case we could be in default under such agreements and our operating results may be adversely affected.

Following the completion of our expansion of our Ohio plant in 2010, we will have grown from one production line in Ohio in 2005 to 24 production lines with an annual global manufacturing capacity of approximately 1282MW (based on the fourth quarter of 2009 average per line run rate at our existing plants). Construction of our two-line French manufacturing facility is expected to begin in the second half of 2010 and a full annual production capacity of more than 100MW is expected to be reached in early 2012. Our eight-line Malaysian expansion is expected to start production in the first half of 2011.

Page 21

To manage the continued rapid expansion of our operations, we will be required to continue to improve our operational and financial systems, procedures and controls and expand, train and manage our growing associate base. Our management will also be required to maintain and expand our relationships with customers, suppliers and other third parties and attract new customers and suppliers. In addition, our current and planned operations, personnel, systems and internal procedures and controls might be inadequate to support our future growth. If we cannot manage our growth effectively, we may be unable to take advantage of market opportunities, execute our business strategies or respond to competitive pressures.

*Implementing a new enterprise resource planning system could interfere with our business or operations and could adversely impact our financial position, results of operations and cash flows.*

We are in the process of implementing a new enterprise resource planning (ERP) system. We expect to complete Phase 1 of this implementation in the second half of 2010. This project requires significant investment of capital and human resources, the re-engineering of many processes of our business, and the attention of many associates and managers who would otherwise be focused on other aspects of our business. Any disruptions, delays or deficiencies in the design and implementation of the new ERP system could result in potentially much higher costs than we had anticipated and could adversely affect our ability to process customer orders, ship products, provide services and support to customers, bill and track our customers, fulfill contractual obligations, file SEC reports in a timely manner and/or otherwise operate our business, or otherwise impact our controls environment, and any of these consequences could have an adverse effect on our financial position, results of operations and cash flows.

*Our substantial international operations subject us to a number of risks, including unfavorable political, regulatory, labor and tax conditions in foreign countries.*

We have significant marketing, distribution and manufacturing operations both within and outside the United States. In 2009, 86% of our net sales were generated from customers headquartered in the European Union. In the future, we expect to expand our operations into China, India and other countries in Europe, Asia and the Middle East and elsewhere; as a result, we will be subject to the legal, political, social and regulatory requirements and economic conditions of many jurisdictions. Risks inherent to international operations, include, but are not limited to, the following:

- difficulty in enforcing agreements in foreign legal systems;

- foreign countries may impose additional income and withholding taxes or otherwise tax our foreign operations, impose tariffs or adopt other restrictions on foreign trade and investment, including currency exchange controls;

- fluctuations in exchange rates may affect product demand and may adversely affect our profitability in U.S. dollars to the extent the price of our solar modules and cost of raw materials, labor and equipment is denominated in a foreign currency;
- inability to obtain, maintain or enforce intellectual property rights;

- risk of nationalization of private enterprises;

- changes in general economic and political conditions in the countries in which we operate, including changes in the government incentives we are relying on;

- unexpected adverse changes in foreign laws or regulatory requirements, including those with respect to environmental protection, export duties and quotas;

- opaque approval processes in which the lack of transparency may cause delays and increase the uncertainty of project approvals;

- difficulty in staffing and managing widespread operations;

- difficulty in repatriating earnings;

Page 22

- difficulty in negotiating a successful collective bargaining agreement in France or other jurisdictions;

- trade barriers such as export requirements, tariffs, taxes, local content requirements and other restrictions and expenses, which could increase the price of our solar modules and make us less competitive in some countries; and

- difficulty of and costs relating to compliance with the different commercial and legal requirements of the overseas countries in which we offer and sell our solar modules.

Our business in foreign markets requires us to respond to rapid changes in market conditions in these countries. Our overall success as a global business depends, in part, on our ability to succeed in differing legal, regulatory, economic, social and political conditions. We may not be able to develop and implement policies and strategies that will be effective in each location where we do business.

### Risks Related to Our Systems Business

***Project development or construction activities may not be successful and projects under development may not receive required permits or construction may not commence as scheduled, which could increase our costs and impair our ability to recover our investments.***

The development and construction of solar power electric generation facilities and other energy infrastructure projects involve numerous risks. We may be required to spend significant sums for preliminary engineering, permitting, legal, and other expenses before we can determine whether a project is feasible, economically attractive or capable of being built. Success in developing a particular project is contingent upon, among other things:

- negotiation of satisfactory engineering, procurement and construction agreements;

- receipt of required governmental permits and approvals, including the right to interconnect to the electric grid;

- payment of interconnection and other deposits (some of which are non-refundable);

- obtaining construction financing; and

- timely implementation and satisfactory completion of construction.

Successful completion of a particular project may be adversely affected by numerous factors, including:

- delays in obtaining required governmental permits and approvals;

- uncertainties relating to land costs for projects on land subject to Bureau of Land Management procedures;

- unforeseen engineering problems;

- construction delays and contractor performance shortfalls;

Page 23

- work stoppages;

- cost over-runs

- equipment and materials supply;

- adverse weather conditions; and

- environmental and geological conditions.

If we are unable to complete the development of a solar power facility, or fail to meet one or more agreed target construction milestone dates, we may be subject to liquidated damages and/or penalties under the EPC agreement or other agreements relating to the project, and we typically will not be able to recover our investment in the project. Some of these investments are included as assets on our balance under the line item "project assets." If we are unable to complete the development of a solar power project, we may write-down or write-off some or all of these capitalized investments, which would have an adverse impact on our net income in the period in which the loss is recognized. In 2010, we expect to invest a significant amount of capital to develop projects owned by us or third parties.

We may enter into fixed price EPC contracts in which we act as the general contractor for our customers in connection with the installation of our solar power systems. All essential costs are estimated at the time of entering into the EPC contract for a particular project, and these are reflected in the overall price that we charge our customers for the project. These cost estimates are preliminary and may or may not be covered by contracts between us or the subcontractors, suppliers and other parties to the project. In addition, we require qualified, licensed subcontractors to install most of our systems. Shortages of such skilled labor could significantly delay a project or otherwise increase our costs. Should miscalculations in planning a project or delays in execution occur and we are unable to increase commensurately the EPC sales price, we may not achieve our expected margins or we may be required to record a loss in the relevant fiscal period.

***We may be unable to acquire or lease land and/or obtain the approvals, licenses and permits necessary to build and operate PV power plants in a timely and cost effective manner, and regulatory agencies, local communities or labor unions may delay, prevent or increase the cost of construction and operation of the PV plants we intend to build.***

In order to construct and operate our PV plants, we need to acquire or lease land and obtain all necessary local, county, state and federal approvals, licenses and permits. We may be unable to acquire the land or lease interests needed, may not receive or retain the requisite approvals, permits and licenses or may encounter other problems which could delay or prevent us from successfully constructing and operating PV plants. For instance, the California Independent System Operator has recently modified its transmission interconnection rules, phasing out a serial process in favor of a cluster process for new projects, and may further modify its rules in a manner that could negatively impact our favorable position in transmission queues. Certain of our California projects under development will remain subject to the serial process while other projects in earlier stages of development, as well as new projects on a going-forward basis, will be subject to the cluster process. Although the transition to the cluster process is still evolving and its ultimate impact is not yet fully known, our project transmission cost could be materially higher than previously estimated under the serial process and our projects could be delayed or subject to transmission planning timing uncertainties. We also may be required to post interconnection deposits (which may not be refundable) sooner than previously estimated under the serial process.

Many of our proposed PV plants are located on or require access through public lands administered by federal and state agencies pursuant to competitive public leasing and right-of-way procedures and processes. The authorization for the use, construction and operation of PV plants and associated transmission facilities on federal, state and private lands will also require the assessment and evaluation of mineral rights, private rights-of-way and other easements; environmental, agricultural, cultural, recreational and aesthetic impacts; and the likely mitigation of adverse impacts to these and other resources and uses. The inability to obtain the required permits and, potentially, excessive delay in obtaining such permits due, for example, to litigation, could prevent us from successfully constructing and operating PV plants and could result in a potential forfeiture of any deposit we have made with respect to a given project. Moreover, project approvals subject to project modifications and conditions, including mitigation requirements and costs, could affect the financial success of a given project.

In addition, local labor unions may increase the cost of, and/or lower the productivity of, project development in Canada and California.

In China our projects are subject to a number of government approvals, including the approval of a pre-feasibility and feasibility study. Individually, the pre-feasibility and feasibility study require many different government approvals at the national, provincial and local levels, and the approval process is discretionary and not fully transparent.

Page 24

*Lack of transmission capacity availability, potential upgrade costs to the transmission grid and other systems constraints could significantly impact our ability to build PV plants and generate solar electricity power sales.*

In order to deliver electricity from our PV plants to our customers, our projects need to connect to the transmission grid. The lack of available capacity on the transmission grid could substantially impact our projects and cause reductions in project size, delays in project implementation, increases in costs from transmission upgrades and potential forfeitures of any deposit we have made with respect to a given project. These transmission issues, as well as issues relating to the availability of large systems such as transformers and switch gear, could significantly impact our ability to build PV plants and generate solar electricity sales.

*Our systems business is largely dependent on us and third parties arranging financing from various sources, which may not be available or may only be available on unfavorable terms or in insufficient amounts.*

The construction of our large utility-scale solar power projects under development by us is expected in many cases to require project financing, including non-recourse project debt financing in the bank loan market and institutional debt capital markets. Uncertainties exist as to whether our projects will be able to access the debt markets in a sufficient magnitude to finance their construction. If we are unable to arrange such financing or if it is only available on unfavorable terms, we may be unable to fully execute our systems business plan. In addition, we generally expect to sell our projects by raising project equity capital from tax oriented, strategic industry and other equity investors. Such equity sources may not be available or may only be available in insufficient amounts, in which case our ability to sell our projects may be delayed or limited and our business, financial condition or results of operations may be adversely affected.

In addition, for projects in which we provide EPC services but are not the project developer, our EPC activities are in many cases dependent on the ability of third parties to purchase our PV plant projects, which, in turn, is dependent on their ability to obtain financing for such purchases. Depending on prevailing conditions in the credit markets and other factors, such financing may not be available or may only be available on unfavorable terms or in insufficient amounts. If third parties are limited in their ability to access financing to support their purchase of PV power plant projects from us, we may not realize the cash flows that we expect from such sales, and this could adversely affect our ability to invest in our business and/or generate revenue. See also the risk factor above entitled "*An increase in interest rates or lending rates or tightening of the supply of capital in the global financial markets (including a reduction in total tax equity availability) could make it difficult for end-users to finance the cost of a PV system and could reduce the demand for our solar modules and/or lead to a reduction in the average selling price for photovoltaic modules.*"

*Developing solar power projects may require significant upfront investment prior to the signing of a power purchase agreement or an EPC contract, which could adversely affect our business and results of operations.*

Our solar power project development cycles, which span the time between the identification of land and the commercial operation of a PV power plant project, vary substantially and can take many months or years to mature. As a result of these long project cycles, we may need to make significant upfront investments of resources (including, for example, large transmission deposits or other payments, which may be non-refundable) in advance of the signing of PPAs and EPC contracts and the receipt of any revenue, much of which is not recognized for several additional months or years following contract signing. Our potential inability to enter into sales contracts with potential customers after making such upfront investments could adversely affect our business and results of operations.

Our liquidity may be adversely affected to the extent the project sale market weakens and we are unable to sell our solar projects on pricing, terms and timing commercially acceptable to us.

<div align="center">**Other Risks**</div>

*We may not realize the anticipated benefits of past or future acquisitions, and integration of these acquisitions may disrupt our business and management.*

In April 2009, we acquired the solar power project development business of OptiSolar Inc. and in the future, we may acquire additional companies, project pipelines, products or technologies or enter into joint ventures or other strategic initiatives. We may not realize the anticipated benefits of an acquisition and each acquisition has numerous risks. These risks include the following:

- difficulty in assimilating the operations and personnel of the acquired company;

<div align="center">Page 25</div>

- difficulty in effectively integrating the acquired technologies or products with our current products and technologies;

- difficulty in maintaining controls, procedures and policies during the transition and integration;

- disruption of our ongoing business and distraction of our management and associates from other opportunities and challenges due to integration issues;

- difficulty integrating the acquired company's accounting, management information and other administrative systems;

- inability to retain key technical and managerial personnel of the acquired business;

- inability to retain key customers, vendors and other business partners of the acquired business;

- inability to achieve the financial and strategic goals for the acquired and combined businesses;

- incurring acquisition-related costs or amortization costs for acquired intangible assets that could impact our operating results;

- potential impairment of our relationships with our associates, customers, partners, distributors or third party providers of technology or products;

- potential failure of the due diligence processes to identify significant issues with product quality, architecture and development or legal and financial liabilities, among other things;

- potential inability to assert that internal controls over financial reporting are effective;

- potential inability to obtain, or obtain in a timely manner, approvals from governmental authorities, which could delay or prevent such acquisitions; and

- potential delay in customer purchasing decisions due to uncertainty about the direction of our product offerings.

Mergers and acquisitions of companies are inherently risky, and ultimately, if we do not complete the integration of acquired businesses successfully and in a timely manner, we may not realize the anticipated benefits of the acquisitions to the extent anticipated, which could adversely affect our business, financial condition or results of operations.

***Our future success depends on our ability to retain our key associates and to successfully integrate them into our management team.***

We are dependent on the services of Michael J. Ahearn, our Executive Chairman, Robert J. Gillette, our Chief Executive Officer, Bruce Sohn, our President, Jens Meyerhoff, our Chief Financial Officer, Mary Beth Gustafsson, our Executive Vice President, General Counsel and Corporate Secretary, Carol Campbell, our Executive Vice President, Human Resources, TK Kallenbach, our Executive Vice President, Marketing and Product Management, David Eaglesham, our Chief Technology Officer, and James Zhu, our Chief Accounting Officer and other members of our senior management team. The loss of Ahearn, Gillette, Sohn, Meyerhoff, Gustafsson, Campbell, Kallenbach, Eaglesham, Zhu or any other member of our senior management team could have a material adverse effect on us. There is a risk that we will not be able to retain or replace these key associates. Several of our current key associates, including Ahearn, Gillette, Sohn, Meyerhoff, Gustafsson, Campbell, Kallenbach, Eaglesham and Zhu are subject to employment conditions or arrangements that contain post-employment non-competition provisions. However, these arrangements permit the associates to terminate their employment with us upon little or no notice and the enforceability of the non-competition provisions is uncertain.

Page 26

*If we are unable to attract, train and retain key personnel, our business may be materially and adversely affected.*

Our future success depends, to a significant extent, on our ability to attract, train and retain management, operations and technical personnel. Recruiting and retaining capable personnel, particularly those with expertise in the photovoltaic industry and thin film technology, are vital to our success. There is substantial competition for qualified technical personnel and there can be no assurance that we will be able to attract or retain our technical personnel. If we are unable to attract and retain qualified associates, our business may be materially and adversely affected.

*We may be exposed to infringement or misappropriation claims by third parties, which, if determined adversely to us, could cause us to pay significant damage awards or prohibit us from the manufacture and sale of our solar modules or the use of our technology.*

Our success depends largely on our ability to use and develop our technology and know-how without infringing or misappropriating the intellectual property rights of third parties. The validity and scope of claims relating to photovoltaic technology patents involve complex scientific, legal and factual considerations and analysis and, therefore, may be highly uncertain. We may be subject to litigation involving claims of patent infringement or violation of intellectual property rights of third parties. The defense and prosecution of intellectual property suits, patent opposition proceedings and related legal and administrative proceedings can be both costly and time consuming and may significantly divert the efforts and resources of our technical and management personnel. An adverse determination in any such litigation or proceedings to which we may become a party could subject us to significant liability to third parties, require us to seek licenses from third parties, which may not be available on reasonable terms, or at all, or pay ongoing royalties, require us to redesign our solar module, or subject us to injunctions prohibiting the manufacture and sale of our solar modules or the use of our technologies. Protracted litigation could also result in our customers or potential customers deferring or limiting their purchase or use of our solar modules until the resolution of such litigation.

*Currency translation and transaction risk may negatively affect our net sales, cost of sales and gross margins and could result in exchange losses.*

Although our reporting currency is the U.S. dollar, we conduct our business and incur costs in the local currency of most countries in which we operate. As a result, we are subject to currency translation and transaction risk. For example, 86% and 95% of our net sales were denominated in euro for the years ended December 26, 2009 and December 27, 2008, respectively, and we expect a large percentage of our net sales to be outside the United States and denominated in foreign currencies in the future. In addition, our operating expenses for our plants located outside the U.S. (currently Germany and Malaysia) and our operations for our systems business in Canada and other European countries will be denominated in the local currency. Changes in exchange rates between foreign currencies and the U.S. dollar could affect our net sales and cost of sales and could result in exchange gains or losses. For example, the weakening of the euro reduced our net sales by $116.1 million during fiscal 2009 compared with fiscal 2008. In addition, we incur currency transaction risk whenever one of our operating subsidiaries enters into either a purchase or a sales transaction using a different currency from our reporting currency. For example, our European Long-Term Supply Contracts specify fixed pricing in euros through 2012 and do not adjust for changes in the U.S. dollar to euro exchange rate. We cannot accurately predict the impact of future exchange rate fluctuations on our results of operations.

We could also expand our business into emerging markets, many of which have an uncertain regulatory environment relating to currency policy. Conducting business in such emerging markets could cause our exposure to changes in exchange rates to increase.

Our ability to hedge foreign currency exposure is dependent on our credit profile with the banks that are willing and able to do business with us. Deterioration in our credit position or a significant tightening of the credit market conditions could limit our ability to hedge our foreign currency exposure; and therefore, result in exchange losses.

*The Estate of John T. Walton and its affiliates have significant control over us and their interests may conflict with or differ from interests of other stockholders.*

Our largest stockholder, the Estate of John T. Walton and its affiliates, including JCL Holdings, LLC and JTW Trust No. 1 UAD 9/19/02 (collectively, the Estate), owned approximately 35% of our outstanding common stock at December 31, 2009. As a result, the Estate has substantial influence over all matters requiring stockholder approval, including the election of our directors and the approval of significant corporate transactions such as mergers, tender offers and the sale of all or substantially all of our assets. The interests of the Estate could conflict with or differ from interests of other stockholders. For example, the concentration of ownership held by the Estate could delay, defer or prevent a change of control of our company or impede a merger, takeover or other business combination which a majority of stockholders may view favorably.

*If our goodwill, investment in a related party or project assets become impaired, we may be required to record a significant charge to earnings.*

Case 2:12-cv-00555-DGC     Document 331     Filed 03/27/15     Page 45 of 315

We may be required to record a significant charge to earnings in our financial statements should we determine that our goodwill, investment in a related party or project assets are impaired. Such a charge might have a significant impact on our financial position and results of operations.

Page 27

As required by accounting rules, we review our goodwill, investment in a related party and project assets for impairment when events or changes in our business or circumstances indicate that their fair value might be less than their carrying value. Factors that may be considered a change in circumstances indicating that the carrying value of our goodwill might not be recoverable include a significant decline in our stock price and market capitalization, a significant decline in projections of future cash flows and significantly slower growth rates in our industry. We are also required to test goodwill for impairment at least annually. We would write down project assets, which are capitalized on the balance sheet for certain solar power projects, should we determine that the project is not commercially viable.

*Unanticipated changes in our tax provisions, the adoption of a new U.S. tax legislation or exposure to additional income tax liabilities could affect our profitability.*

We are subject to income taxes in the United States and the foreign jurisdictions in which we operate. Our tax liabilities are affected by the amounts we charge for inventory, services, licenses, funding and other items in intercompany transactions. We are subject to potential tax examinations in these various jurisdictions. Tax authorities may disagree with our intercompany charges, cross-jurisdictional transfer pricing or other tax positions and assess additional taxes. We regularly assess the likely outcomes of these examinations in order to determine the appropriateness of our tax provision. However, there can be no assurance that we will accurately predict the outcomes of these potential examinations, and the amounts ultimately paid upon resolution of examinations could be materially different from the amounts previously included in our income tax expense and therefore could have a material impact on our tax provision, net income and cash flows. In addition, our future effective tax rate could be adversely affected by changes to our operating structure, loss of our Malaysian tax holiday, changes in the mix of earnings in countries with tax holidays or differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities, changes in tax laws and the discovery of new information in the course of our tax return preparation process. In addition, President Obama's administration has recently announced proposals for new U.S. tax legislation that, if adopted, could adversely affect our tax rate. Any of these changes could affect our results of operations.

*Our credit agreements contain covenant restrictions that may limit our ability to operate our business.*

We may be unable to respond to changes in business and economic conditions, engage in transactions that might otherwise be beneficial to us, and obtain additional financing, if needed, because our revolving credit agreement with JPMorgan Chase and our Malaysian facility agreement contain, and any of our other future debt agreements may contain, covenant restrictions that limit our ability to, among other things:

- incur additional debt, assume obligations in connection with letters of credit, or issue guarantees;

- create liens;

- enter into certain transactions with our affiliates;

- sell certain assets; and

- declare or pay dividends, make other distributions to stockholders or make other restricted payments.

Under our revolving credit facility with JPMorgan Chase and our Malaysian facility agreement, we are also subject to certain financial condition covenants. Our ability to comply with covenants under our credit agreements is dependent on our future performance, which will be subject to many factors, some of which are beyond our control, including prevailing economic conditions. In addition, our failure to comply with these covenants could result in a default under these agreements and any of our other future debt agreements, which could permit the holders thereof to accelerate such debt. If any of our debt is accelerated, we may in the future not have sufficient funds available to repay such debt, which could materially and negatively affect our financial condition and results of operation.

**Item 1B:** *Unresolved Staff Comments*

None.

EX-31.01 18 cert-ceo.htm CERTIFICATION CHIEF EXECUTIVE OFFICER

**EXHIBIT 31.01**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER**
**PURSUANT TO 15 U.S.C. SECTION 7241, AS**
**ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Robert J. Gillette, certify that:

1. I have reviewed the Annual Report on Form 10-K of First Solar, Inc., a Delaware corporation, for the period ended December 26, 2009, as filed with the Securities and Exchange Commission;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an Annual Report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 19, 2010                    /s/ ROBERT J. GILLETTE
                                           Robert  J.Gillette
                                           Chief Executive Officer

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 48 of 315

EX-31.02 19 cert-cfo.htm CERTIFICATION CHIEF FINANCIAL OFFICER

**EXHIBIT 31.02**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER
PURSUANT TO 15 U.S.C. SECTION 7241, AS
ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Jens Meyerhoff, certify that:

1.  I have reviewed the Annual Report on Form 10-K of First Solar, Inc., a Delaware corporation, for the period ended December 26, 2009, as filed with the Securities and Exchange Commission;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an Annual Report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 19, 2010                    /s/ JENS MEYERHOFF
                                           Jens Meyerhoff
                                           Chief Financial Officer

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 50 of 315

EX-32.01 20 cert-906.htm CERTIFICATION OF CEO AND CFO PURSUANT TO SECTION 906

**EXHIBIT 32.01**

**CERTIFICATION OF**
**CHIEF EXECUTIVE OFFICER AND CHIEF FINANCIAL OFFICER**
**PURSUANT TO 18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Annual Report on Form 10-K of First Solar, Inc., a Delaware corporation, for the period ended December 26, 2009, as filed with the Securities and Exchange Commission, each of the undersigned officers of First Solar, Inc. certifies pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to his respective knowledge:

(1)     the annual report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(2)     the information contained in the annual report fairly presents, in all material respects, the financial condition and results of operations of First Solar, Inc. for the periods presented therein.


Date: February 19, 2010                    /s/ ROBERT  J. GILLETTE
                                           Robert J. Gillette
                                           Chief Executive Officer



Date: February 19, 2010                    /s/ JENS MEYERHOFF
                                           Jens Meyerhoff
                                           Chief Financial Officer

# Exhibit 47

10-Q 1 fslrjune10q.htm FORM 10-Q FOR THE PERIOD ENDED JUNE 26, 2010

---

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

**Form 10-Q**

**(Mark one)**

[x]    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

   **For the quarterly period ended June 26, 2010**

                                                              **or**

[ ]    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

   **For the transition period from                                    to**

**Commission file number: 001-33156**



# First Solar, Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **20-4623678** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**350 West Washington Street, Suite 600**
**Tempe, Arizona 85281**
(Address of principal executive offices, including zip code)

**(602) 414-9300**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes [x] No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [x] No [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer [x]    Accelerated filer [ ]    Non-accelerated filer [ ]    Smaller reporting company [ ]
                                                        (Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes [ ]    No [x]

Case 2:12-cv-00555-DGC     Document 331     Filed 03/27/15     Page 54 of 315

As of July 23, 2010 there were 85,554,984 shares of the registrant's common stock, par value $0.001, outstanding.

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**FORM 10-Q FOR THE QUARTERLY PERIOD ENDED JUNE 26, 2010**

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| **Part I. Financial Information (Unaudited)** | 1 |
| Item 1. Condensed Consolidated Financial Statements: | 1 |
| Condensed Consolidated Statements of Operations for the three and six months ended June 26, 2010 and June 27, 2009 | 1 |
| Condensed Consolidated Balance Sheets as of June 26, 2010 and December 27, 2009 | 2 |
| Condensed Consolidated Statements of Cash Flows for the six months ended June 26, 2010 and June 27, 2009 | 3 |
| Notes to Condensed Consolidated Financial Statements | 4 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 30 |
| Item 3. Quantitative and Qualitative Disclosures About Market Risk | 48 |
| Item 4. Controls and Procedures | 48 |
| **Part II. Other Information** | 49 |
| Item 1. Legal Proceedings | 49 |
| Item 1A. Risk Factors | 49 |
| Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 49 |
| Item 5. Other Information | 49 |
| Item 6. Exhibits | 50 |
| Signature | 51 |
| Exhibit Index | 52 |

| | June 26, 2010 | | December 26, 2009 | |
|---|---|---|---|---|
| Buildings and improvements | $ | 240,344 | $ | 239,088 |
| Machinery and equipment | | 818,304 | | 813,281 |
| Office equipment and furniture | | 44,657 | | 38,845 |
| Leasehold improvements | | 19,153 | | 15,870 |
| Depreciable property, plant and equipment, gross | | 1,122,458 | | 1,107,084 |
| Accumulated depreciation | | (287,085) | | (225,790) |
| Depreciable property, plant and equipment, net | | 835,373 | | 881,294 |
| Land | | 4,875 | | 4,995 |
| Construction in progress | | 254,629 | | 102,493 |
| Property, plant and equipment, net | $ | 1,094,877 | $ | 988,782 |

During the six months ended June 26, 2010, we were granted a $16.3 million tax credit under the Advanced Energy Tax Credit program enacted by the American Reinvestment and Recovery Act of 2009 for the expansion of our Perrysburg, Ohio manufacturing facility. As a result, we reduced the acquisition cost for the expansion of this facility accordingly. Depreciation of property, plant, and equipment was $36.2 million and $28.5 million for the three months ended June 26, 2010 and June 27, 2009, respectively, and was $72.8 million and $54.3 million for the six months ended June 26, 2010 and June 27, 2009, respectively.

### Capitalized Interest

We capitalized interest costs incurred into our property, plant and equipment or our project assets/deferred project costs as follows during the three and six months ended June 26, 2010 and June 27, 2009 (in thousands):

| | Three Months Ended | | | | Six Months Ended | | | |
|---|---|---|---|---|---|---|---|---|
| | June 26, 2010 | | June 27, 2009 | | June 26, 2010 | | June 27, 2009 | |
| Interest cost incurred | $ | (1,923) | $ | (4,693) | $ | (4,198) | $ | (7,107) |
| Interest cost capitalized - property, plant and equipment | | 1,283 | | 866 | | 1,701 | | 2,345 |
| Interest cost capitalized - project assets and deferred project costs | | 634 | | — | | 2,491 | | — |
| Interest expense, net | $ | (6) | $ | (3,827) | $ | (6) | $ | (4,762) |

### Accrued expenses

Accrued expenses consisted of the following at June 26, 2010 and December 26, 2009 (in thousands):

| | June 26, 2010 | | December 26, 2009 | |
|---|---|---|---|---|
| Accrued compensation and benefits | $ | 32,397 | $ | 53,856 |
| Accrued property, plant and equipment | | 15,947 | | 35,811 |
| Accrued inventory | | 36,392 | | 27,542 |
| Product warranty liability - current | | 8,546 | | 8,216 |
| Nonrecurring expenses in excess of normal product warranty liability and related expenses | | 27,382 | | 6,595 |
| Other accrued expenses | | 63,225 | | 61,257 |
| Total accrued expenses | $ | 183,889 | $ | 193,277 |

The above-referenced $27.4 million of accrued nonrecurring expenses in excess of normal product liability as of June 26, 2010 consists of the following, each related to the manufacturing excursion described below: (i) $21.8 million in estimated expenses for certain module replacement efforts voluntarily undertaken by us beyond the normal product warranty (appearing in results of operations under "cost of sales"); and (ii) $5.6 million in estimated nonrecurring post-sale expenses (appearing in results of operations under "selling, general and administrative"). During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion

could result in possible premature power loss in the affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing

13

confirms the corrective actions are effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. Some of these efforts go beyond our normal warranty coverage.

### Other current liabilities

Other current liabilities consisted of the following at June 26, 2010 and December 26, 2009 (in thousands):

| | June 26, 2010 | December 26, 2009 |
|---|---|---|
| Deferred revenue (1) | $        — | $        31,127 |
| Derivative instruments | 2,065 | 30,781 |
| Other current liabilities | 17,980 | 26,699 |
| Total other current liabilities | $      20,045 | $        88,607 |

(1)   Deferred revenue will be recognized in net sales once all revenue recognition criteria have been met.

### Other liabilities

Other liabilities consisted of the following at June 26, 2010 and December 26, 2009 (in thousands):

| | June 26, 2010 | December 26, 2009 |
|---|---|---|
| Other taxes payable | $      38,634 | $        28,889 |
| Other noncurrent liabilities | 39,291 | 33,711 |
| Total other liabilities | $      77,925 | $        62,600 |

### Note 9. Derivative Financial Instruments

As a global company, we are exposed in the normal course of business to interest rate and foreign currency risks that could affect our net assets, financial position, results of operations, and cash flows. We use derivative instruments to hedge against certain risks, such as these, and we only hold derivative instruments for hedging purposes, not for speculative or trading purposes. Our use of derivative instruments is subject to strict internal controls based on centrally defined, performed, and controlled policies and procedures.

Depending on the terms of the specific derivative instruments and market conditions, some of our derivative instruments may be assets and others liabilities at any particular point in time. As required by ASC 815, *Derivatives and Hedging*, we report all of our derivative instruments that are within the scope of that accounting standard at fair value on our balance sheet. Depending on the substance of the hedging purpose for our derivative instruments, we account for changes in the fair value of some of them using cash-flow-hedge accounting pursuant to ASC 815 and of others by recording the changes in fair value directly to current earnings (so-called "economic hedges"). These accounting approaches and the various classes of risk that we are exposed to in our business and the risk management systems using derivative instruments that we apply to these risks are described below. See Note 10. "Fair Value Measurement," to these condensed consolidated financial statements for information about the techniques we use to measure the fair value of our derivative instruments.

The following tables present the fair values of derivative instruments included in our consolidated balance sheet as of June 26, 2010 and December 26, 2009 (in thousands):

14

The increase in net sales was primarily driven by strong demand from German customers in anticipation of reduced subsidies later in the year, an increase in production volume resulting from our manufacturing expansions in Kulim, Malaysia and Perrysburg, Ohio, continued improvements to our manufacturing processes resulting in a 16% increase in the MW volume of solar modules sold during the three months ended June 26, 2010 compared with the three months ended June 27, 2009, and an increase in revenue recognized by our systems business, partially offset by a decrease in our module average selling prices. Revenue recognized by our systems business during the three months ended June 26, 2010 was $86.9 million and resulted primarily from the sale of one utility-scale solar power system in Europe and from two utility-scale solar power systems in the United States. The increase in the MW volume of solar modules sold was attributable to the full production ramp of our four-plant Malaysian manufacturing center, full production ramp of our Perrysburg, Ohio expansion, continued improvements to our manufacturing process, and growth in our systems business. In addition, we increased the average conversion efficiency of our modules by approximately 3% during the three months ended June 26, 2010 compared with the three months ended June 27, 2009. Our module average selling price decreased by approximately 15% during the three months ended June 26, 2010 compared with the three months ended June 27, 2009. The decline in our module average selling price was attributable to the following: an 8% decrease due to competitive pressure (including the commencement of a customer rebate program in the third quarter of 2009), a 6% decrease due to annual contractual agreements, and a 2% decrease due to a decline in the foreign exchange rate between the U.S. dollar and the euro, partially offset by a 1% increase due to a shift in customer mix. During the three months ended June 26, 2010 and June 27, 2009, 50% and 71%, respectively, of our net sales resulted from sales of solar modules to customers headquartered in Germany.

*Cost of sales*

| | Three Months Ended | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| (Dollars in thousands) | June 26, 2010 | | June 27, 2009 | | Three Month Period Change | |
| Cost of sales | $ | 303,660 | $ | 227,780 | $ | 75,880 | 33% |
| % of net sales | | 51.7% | | 43.3% | | |

The increase in cost of sales was primarily due to higher production and sales volumes, which resulted from the full production ramp of the first four-plants of our Malaysian manufacturing center, full production ramp of our Perrysburg, Ohio expansion, and an increase in business activity associated with our systems business. The increased production and sales volumes in our components business and increased volume sold through our systems business had the following effects: a $46.3 million increase in direct material expense, a $16.0 million increase in other costs, a $9.0 million increase in manufacturing overhead costs, and a $4.7 million increase in sales freight, partially offset by a $0.1 million decrease in warranty expense and accruals for the estimated future costs associated with the collection and recycling of our solar modules. The $9.0 million increase in manufacturing overhead costs for the three months ended June 26, 2010 was due to a $6.4 million increase in salaries and personnel-related expenses (including a $2.1 million increase in share-based compensation expense) and a $5.2 million increase in depreciation and equipment expenses, partially offset by a $1.4 million decrease in facility and related expenses and a $1.2 million decrease in other expenses. Each of these manufacturing overhead cost increases primarily resulted from increased infrastructure associated with the build-out of our Malaysian and Perrysburg, Ohio manufacturing centers and start-up of our systems business. The $16.0 million increase in other costs for the three months ended June 26, 2010 was due to an increase in estimated expenses for certain module replacement efforts beyond normal warranty. During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in the affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms the corrective actions are effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. Some of these efforts go beyond our normal warranty coverage. Accordingly, we have accrued additional expenses of $17.8 million in the second quarter of 2010 and $29.5 million in total to date to cover the replacement of the anticipated affected module population in the field.

Our average manufacturing cost per watt declined by $0.11 per watt, or 13%, from $0.87 in the three months ended June 27, 2009 to $0.76 in the three months ended June 26, 2010 and included $0.02 of non-cash stock based compensation.

*Gross profit*

Case 2:12-cv-00555-DGC     Document 331     Filed 03/27/15     Page 60 of 315

38

$0.9 million increase in facility and related expenses, partially offset by a $0.6 million decrease in other expenses. Each of these manufacturing overhead cost increases primarily resulted from increased infrastructure associated with the build-out of our Malaysian manufacturing center, expansion of our Perrysburg, Ohio plant, and start-up of our systems business. The $20.5 million increase in other costs for the six months ended June 26, 2010 was due to an increase in estimated expenses for certain module replacement efforts beyond normal warranty. During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in the affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms the corrective actions are effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. Some of these efforts go beyond our normal warranty coverage. Accordingly, we have accrued additional expenses of $22.4 million in the first half of 2010 and $29.5 million in total to date to cover the replacement of the anticipated affected module population in the field.

Our average manufacturing cost per watt declined by $0.10 per watt, or 11%, from $0.89 in the six months ended June 27, 2009 to $0.79 in the six months ended June 26, 2010 and included $0.02 of non-cash stock based compensation.

*Gross profit*

| | Six Months Ended | | | | |
| --- | --- | --- | --- | --- | --- |
| (Dollars in thousands) | June 26, 2010 | | June 27, 2009 | | Six Month Period Change |
| Gross profit | $ 566,230 | $ | 533,380 | $ | 32,850 | 6% |
| % of net sales | 49.0% | | 56.5% | | |

Gross profit as a percentage of net sales decreased by 7.5 percentage points in the six months ended June 26, 2010 compared with the six months ended June 27, 2009. This decrease was attributable to the following: a 6.9% reduction due to a decline in our module average selling prices, a 3.4% reduction due to product mix between our components and systems businesses, and a 2.2% reduction relating to the manufacturing excursion discussed above under "Cost of sales," partially offset by a 5.2% margin improvement attributable to continued manufacturing scale and reductions in our manufacturing cost per watt. Further, the decline in the exchange rate between the U.S. dollar and the euro adversely impacted our gross profit by 0.2%. We expect that gross profit will be impacted in future periods by the volatility of the exchange rate between the U.S. dollar and the euro and product mix between our components and systems businesses.

*Research and development*

| | Six Months Ended | | | | |
| --- | --- | --- | --- | --- | --- |
| (Dollars in thousands) | June 26, 2010 | | June 27, 2009 | | Six Month Period Change |
| Research and development | $ 45,724 | $ | 30,309 | $ | 15,415 | 51% |
| % of net sales | 4.0% | | 3.2% | | |

The increase in research and development expense was due to a $5.2 million increase in personnel-related expenses (including a $1.1 million increase in share-based compensation expense) resulting from increased headcount. In addition, testing and qualification material costs increased by $10.6 million, facilities and utilities spending increased by $0.8 million, partially offset by a $1.2 million decrease in consulting and other expenses. During the six months ended June 26, 2010, we continued the development of solar modules with increased efficiencies at converting sunlight into electricity and increased the conversion efficiency of our modules by approximately 2% compared with the six months ended June 27, 2009.

*Selling, general and administrative*

| | Six Months Ended | | | | |
| --- | --- | --- | --- | --- | --- |
| (Dollars in thousands) | June 26, 2010 | | June 27, 2009 | | Six Month Period Change |
| Selling, general and administrative | $ 145,461 | $ | 122,241 | $ | 23,220 | 19% |
| % of net sales | 12.6% | | 12.9% | | |

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 62 of 315

42

from the exercise of employee stock options. Excess tax benefits from share-based compensation arrangements during the six months ended June 27, 2009 were $15.4 million.

### Off-Balance Sheet Arrangements

We had no off-balance sheet arrangements as of June 26, 2010.

### Item 3. *Quantitative and Qualitative Disclosures About Market Risk*

There have been no material changes from the information previously provided under Item 7A of our Annual Report on Form 10-K for the fiscal year ended December 26, 2009.

### Item 4. *Controls and Procedures*

### Evaluation of Disclosure Controls and Procedures

Our management, including our Chief Executive Officer and Chief Financial Officer, conducted an evaluation as of June 26, 2010 of the effectiveness of our "disclosure controls and procedures" as defined in Exchange Act Rule 13a-15(e). Based on that evaluation, our Chief Executive Officer and Chief Financial Officer concluded that as of June 26, 2010 our disclosure controls and procedures were effective to ensure that information we are required to disclose in reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in rules and forms of the SEC and is accumulated and communicated to our management as appropriate to allow timely decisions regarding required disclosure.

### Changes in Internal Control Over Financial Reporting

Our management, including our Chief Executive Officer and Chief Financial Officer, conducted an evaluation of our "internal control over financial reporting" as defined in Exchange Act Rule 13a-15(f) to determine whether any changes in our internal control over financial reporting occurred during the fiscal quarter ended June 26, 2010 that materially affected, or are reasonably likely to materially affect, our internal control over financial reporting. Based on that evaluation, there have been no such changes in our internal control over financial reporting during the fiscal quarter ended June 26, 2010.

We are in the process of converting to a new enterprise resource planning (ERP) system. Implementation of the new ERP system is scheduled to occur in phases and we completed Phase I of this implementation on June 27, 2010, the first day of our third fiscal quarter of 2010. For a discussion of risks relating to the implementation of a new ERP system, please see the risk factor entitled "*Implementing a new enterprise resource planning system could interfere with our business or operations and could adversely impact our financial position, results of operations and cash flows.*" in "Item 1A: Risk Factors" in our Annual Report on Form 10-K for the year ended December 26, 2009.

### CEO and CFO Certifications

We have attached as exhibits to this Quarterly Report on Form 10-Q the certifications of our Chief Executive Officer and Chief Financial Officer, which are required in accordance with the Exchange Act. We recommend that this Item 4 be read in conjunction with those certifications for a more complete understanding of the subject matter presented.

### Limitations on the Effectiveness of Controls

Control systems, no matter how well designed and operated, can provide only reasonable, not absolute, assurance that the control systems' objectives are being met. Further, the design of any control systems must reflect the fact that there are resource constraints, and the benefits of all controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within a company have been detected. These inherent limitations include the realities that judgments in decision-making can be faulty and that breakdowns can occur because of simple error or mistake. Control systems can also be circumvented by the individual acts of some persons, by collusion of two or more people, or by management override of the controls. The design of

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 64 of 315

any system of controls is based in part on certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Over time, controls may become inadequate because of changes in conditions or deterioration in the degree of compliance with policies or procedures.

48

EX-31.01 2 ex3101062610.htm CERTIFICATION OF CEO

**EXHIBIT 31.01**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER
PURSUANT TO 15 U.S.C. SECTION 7241, AS
ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Robert J. Gillette, certify that:

1   I have reviewed the Quarterly Report on Form 10-Q of First Solar, Inc., a Delaware corporation, for the period ended June 26, 2010, as filed with the Securities and Exchange Commission;

2   Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3   Based on my knowledge, the financial statements and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of and for, the periods presented in this report;

4   The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a)   Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)   Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)   Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)   Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an Annual Report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5   The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)   All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)   Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 66 of 315

Date:  July 30, 2010                    /s/ ROBERT J. GILLETTE
                                        Robert J.Gillette
                                        Chief Executive Officer

EX-31.02 3 ex3102062610.htm CERTIFICATION OF CFO

**EXHIBIT 31.02**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER**
**PURSUANT TO 15 U.S.C. SECTION 7241, AS**
**ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Jens Meyerhoff, certify that:

1    I have reviewed the Quarterly Report on Form 10-Q of First Solar, Inc., a Delaware corporation, for the period ended June 26, 2010, as filed with the Securities and Exchange Commission;

2    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3    Based on my knowledge, the financial statements and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of and for, the periods presented in this report;

4    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an Annual Report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:  July 30, 2010                              /s/ JENS MEYERHOFF
                                                  Jens Meyerhoff
                                                  Chief Financial Officer

EX-32.01 4 ex3201062610.htm CERTIFICATION OF CEO AND CFO UNDER SECTION 906

**EXHIBIT 32.01**

CERTIFICATION OF
CHIEF EXECUTIVE OFFICER AND CHIEF FINANCIAL OFFICER
PURSUANT TO 18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the Quarterly Report on Form 10-Q of First Solar, Inc., a Delaware corporation, for the period ended June 26, 2010, as filed with the Securities and Exchange Commission, each of the undersigned officers of First Solar, Inc. certifies pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to his respective knowledge:

(1)   the quarterly report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(2)   the information contained in the quarterly report fairly presents, in all material respects, the financial condition and results of operations of First Solar, Inc. for the periods presented therein.


Date:   July 30, 2010                         /s/ ROBERT  J. GILLETTE
                                              Robert J. Gillette
                                              Chief Executive Officer


Date:   July 30, 2010                         /s/ JENS MEYERHOFF
                                              Jens Meyerhoff
                                              Chief Financial Officer

# Exhibit 48

10-K 1 fslrdec1010k.htm 10-K PERIOD ENDED DECEMBER 31, 2010

---

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# Form 10-K

**(Mark one)**

[x]  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

   **For the fiscal year ended December 31, 2010**

                                                              **or**

[ ]  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

   **For the transition period from          to**

**Commission file number: 001-33156**



# First Solar, Inc.
*(Exact name of registrant as specified in its charter)*

| **Delaware** | **20-4623678** |
|---|---|
| (State or other jurisdiction of | (I.R.S. Employer |
| incorporation or organization) | Identification No.) |

**350 West Washington Street, Suite 600**
**Tempe, Arizona 85281**
*(Address of principal executive offices, including zip code)*
**(602) 414-9300**
*(Registrant's telephone number, including area code)*
**Securities registered pursuant to Section 12(b) of the Act:**

| <u>Title of each class</u> | <u>Name of each exchange on which registered</u> |
|---|---|
| Common stock, $0.001 par value | The NASDAQ Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act:**
**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes [x]  No [ ]

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.  Yes [ ]  No [x]

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.  Yes [x]  No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [x]  No [ ]

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 72 of 315

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer [x]          Accelerated filer [ ]          Non-accelerated filer [ ]          Smaller reporting company [ ]

(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes [ ]   No [x]

The aggregate market value of the registrant's common stock, $0.001 par value per share, held by non-affiliates of the registrant on June 26, 2010, the last business day of the registrant's most recently completed second fiscal quarter, was approximately $5,252,343,971 (based on the closing sales price of the registrant's common stock on that date). Shares of the registrant's common stock held by each officer and director and each person who owns 5% or more of the outstanding common stock of the registrant are not included in that amount, because such persons may be deemed to be affiliates of the registrant. This determination of affiliate status is not necessarily a conclusive determination for other purposes. As of February 24, 2011, 85,895,081 shares of the registrant's common stock, $0.001 par value per share, were issued and outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

The information required by Part III of this Annual Report on Form 10-K, to the extent not set forth herein, is incorporated by reference from the registrant's definitive proxy statement relating to the Annual Meeting of Shareholders to be held in 2011, which will be filed with the Securities and Exchange Commission within 120 days after the end of the fiscal year to which this Annual Report on Form 10-K relates.

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**FORM 10-K FOR THE FISCAL YEAR ENDED DECEMBER 31, 2010**

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| **PART I** | | |
| Item 1: | Business | 1 |
| | Executive Officers of the Registrant | 11 |
| Item 1A: | Risk Factors | 13 |
| Item 1B: | Unresolved Staff Comments | 28 |
| Item 2: | Properties | 28 |
| Item 3: | Legal Proceedings | 29 |
| Item 4: | [Removed and Reserved] | 29 |
| **PART II** | | |
| Item 5: | Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 29 |
| Item 6: | Selected Financial Data | 32 |
| Item 7: | Management's Discussion and Analysis of Financial Condition and Results of Operations | 34 |
| Item 7A: | Quantitative and Qualitative Disclosures About Market Risk | 55 |
| Item 8: | Financial Statements and Supplementary Data | 58 |
| Item 9: | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 59 |
| Item 9A: | Controls and Procedures | 59 |
| Item 9B: | Other Information | 60 |
| **PART III** | | |
| Item 10: | Directors, Executive Officers, and Corporate Governance | 60 |
| Item 11: | Executive Compensation | 61 |
| Item 12: | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 61 |
| Item 13: | Certain Relationships and Related Transactions, and Director Independence | 61 |
| Item 14: | Principal Accountant Fees and Services | 61 |
| **PART IV** | | |
| Item 15: | Exhibits and Financial Statement Schedules | 61 |
| Signatures | | 63 |
| Consolidated Financial Statements | | 65 |
| Index to Exhibits | | 113 |

Throughout this Annual Report on Form 10-K, we refer to First Solar, Inc. and its consolidated subsidiaries as "First Solar," the "Company," "we," "us," and "our." Our last three fiscal years ended on December 31, 2010, December 26, 2009, and December 27, 2008.

### NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Annual Report on Form 10-K contains forward-looking statements within the meaning of the Securities Exchange Act of 1934 and the Securities Act of 1933, which are subject to risks, uncertainties, and assumptions that are difficult to predict. All statements in this Annual Report on Form 10-K, other than statements of historical fact, are forward-looking statements. These forward-looking statements are made pursuant to safe harbor provisions of the Private Securities Litigation Reform Act of 1995. The forward-looking statements include statements, among other things, concerning our business strategy, including anticipated trends and developments in and management plans for our business and the markets in which we operate; future financial results, operating results, revenues, gross profit, operating expenses, products, projected costs, and capital expenditures; research and development programs; sales and marketing initiatives; and competition. In some cases, you can identify these statements by forward-looking words, such as "estimate," "expect," "anticipate," "project," "plan," "intend," "believe," "forecast," "foresee," "likely," "may," "should," "goal," "target," "might," "will," "could," "predict," and "continue," the negative or plural of these words, and other comparable terminology. Our forward-looking statements are only predictions based on our current expectations and our projections about future events. All forward-looking statements included in this Annual Report on Form 10-K are based upon information available to us as of the filing date of this Annual Report on Form 10-K. You should not place undue reliance on these forward-looking statements. We undertake no obligation to update any of these forward-looking statements for any reason. These forward-looking statements involve known and unknown risks, uncertainties, and other factors that may cause our actual results, levels of activity, performance, or achievements to differ materially from those expressed or implied by these statements. These factors include the matters discussed in the section entitled Item 1A: "Risk Factors," and elsewhere in this Annual Report on Form 10-K. You should carefully consider the risks and uncertainties described under this section.

### PART I

**Item 1:** *Business*

**Overview**

We manufacture and sell solar modules with an advanced thin-film semiconductor technology, and we design, construct, and sell photovoltaic (PV) solar power systems.

In addressing a growing global demand for PV solar electricity, we target markets with varying approaches depending on the underlying economics, market requirements, and distribution channels. In subsidized feed-in tariff (FiT) markets, such as Germany, we have historically sold most of our solar modules to solar project developers, system integrators, and independent power producers. In other markets, such as the United States, the demand for solar electricity has been primarily driven by renewable portfolio standards requiring regulated utilities to supply a portion of their total electricity from renewable energy sources such as solar power. To meet the needs of these markets and enable balance-of-system (BoS) cost reductions, we have developed a fully integrated systems business that can provide turn-key utility-scale PV system solutions for system owners and low cost solar electricity to utility end-users. Our fully integrated systems business has enabled us to increase module throughput, drive cost reduction across the value chain, identify and break constraints to sustainable markets, and deliver the most compelling solutions to our customers and end-users. With our fully integrated systems business, we believe we are in a position to continue to expand our business in transition markets and, eventually, economically sustainable markets (in which subsidies or incentives are minimal), which are expected to develop in areas with abundant solar resources and sizable electricity demand. We are committed to continually lowering the cost of solar electricity, and in the long term, we plan on competing on an economic basis with conventional fossil-fuel-based peaking power generation.

In furtherance of our goal of delivering the lowest cost of solar electricity and achieving price parity with conventional fossil-fuel-based peak electricity generation, we are continually focused on reducing PV solar system costs in four primary areas: module manufacturing, BoS costs (consisting of the costs of the components of a solar power system other than the solar modules, such as inverters, mounting hardware, grid interconnection equipment, wiring and other devices, and installation labor costs), project development costs, and the cost of capital. First, with respect to our module manufacturing costs, our advanced technology has allowed us to reduce our average module manufacturing costs to the lowest in the world, based on publicly available information. In 2010, our total average manufacturing costs were $0.77 per watt, which we believe is significantly less than those of traditional crystalline silicon solar module manufacturers. By continuing to improve conversion efficiency and production line throughput, lower material costs, and drive volume scale to further decrease overhead costs, we believe that we can further reduce our manufacturing costs per watt and maintain our cost advantage over traditional crystalline silicon solar module manufacturers. Second, by continuing to improve conversion efficiency, leverage volume procurement around standardized hardware platforms, and accelerate installation time, we believe we can continue to make reductions in BoS costs, which represent over half of all of the costs associated with a typical utility-scale PV solar power system. Third, with respect to project development costs, we seek optimal site locations in an effort to minimize transmission and permitting costs and to accelerate lead time to

1

electricity generation. Finally, we believe that continuing to strengthen our financial position, including our balance sheet and credit profile, together with increasing our solar power system operating experience, will enable us to continue to lower the cost of capital associated with our solar power systems, thereby further enhancing the economic viability of our projects and lowering the cost of electricity generated by solar power systems that incorporate our modules and technology.

We are one of the world's largest PV solar module manufacturers and produced nearly 1.4 gigawatts (GW) of solar modules in 2010. We are the world's largest thin-film PV solar module manufacturer. We manufacture our solar modules on high-throughput production lines and perform all manufacturing steps ourselves in an automated, proprietary, and continuous process. Our solar modules employ a thin layer of semiconductor material to convert sunlight into electricity. Our manufacturing process eliminates the multiple supply chain operators and expensive and time consuming batch processing steps that are used to produce a crystalline silicon solar module. Currently, we manufacture our solar modules at our Perrysburg, Ohio, Frankfurt/Oder, Germany, and Kulim, Malaysia manufacturing facilities (with additional manufacturing facilities under construction or planned for construction in Kulim, Malaysia, Frankfurt/Oder, Germany, Blanquefort, France, Vietnam, and the United States), and we conduct our research and development activities primarily at our Perrysburg, Ohio manufacturing facility.

Our fully integrated solar power systems business includes (i) project development, (ii) engineering, procurement, and construction (EPC) services, (iii) operating and maintenance (O&M) services, and (iv) project finance expertise, all as described in more detail below.

- Our project development group obtains land and land rights for the development of solar power plants incorporating our modules, negotiates long-term power purchase agreements (PPA) with potential purchasers of the electricity to be generated by those plants, manages the interconnection and transmission process, negotiates agreements to interconnect the plant to the electric grid, and obtains the permits which are required prior to the construction of the plant, including applicable environmental and land use permits. Our project development portfolio and capabilities have grown significantly primarily as a result of our acquisition of the project development business of OptiSolar Inc. in April 2009, our acquisition of certain assets from Edison Mission Group's utility-scale solar project development pipeline in January 2010, and our acquisition of NextLight Renewable Power, LLC in July 2010. We sell developed projects or projects under development to system operators who wish to own generating facilities, such as utilities, or to investors who are looking for long-term investment vehicles that are expected to generate consistent returns.

- We provide EPC services to projects developed by our project development business, projects developed by independent solar power project developers, and directly to system owners such as utilities. EPC services include engineering design and related services, advanced development of grid integration solutions, and construction contracting and management. The procurement component of our EPC services includes deployment of our modules as well as BoS components that we procure from third parties.

- For solar power plants which we have developed and built, we may provide ongoing O&M services to the system owner under long-term service agreements. These O&M services may include overseeing the day-to-day operation of the system, safety and security, maximizing energy production, and management of reliability, site services, power purchase agreement and other contractual compliance, environmental and permit compliance, grid compliance, regulatory requirements, recordkeeping, forecasting, warranty, preventative and scheduled maintenance, and spare parts inventory and may also include certain additional guarantees relating to the project.

- Our project finance group is primarily responsible for negotiating and executing the sale of utility-scale power plant systems incorporating our modules which allows us to optimize the value of our project development portfolio. This group is experienced in structuring non-recourse project debt financing in the bank loan market and institutional debt capital markets and raising project equity capital from tax oriented and strategic industry equity investors.

We believe that combining our reliable, low cost module manufacturing capability coupled with our systems business enables us to more rapidly reduce the price of solar electricity, accelerate the adoption of our technology in large-scale systems, identify and break constraints to the successful migration to sustainable solar markets, and further our mission to create enduring value by enabling a world powered by clean, affordable solar electricity.

**Segment Information**

We operate our business in two segments. Our components segment is our principal business and involves the design, manufacture, and sale of solar modules which convert sunlight into electricity. Customers of our components segment include project developers, system integrators, and operators of renewable energy projects.

2

Our other segment is our fully integrated systems business, through which we provide a complete PV solar power system, which includes project development, EPC services, O&M services, when applicable, and project finance, when required. Our systems segment sells solar power systems, all of which use our solar modules, directly to investor owned utilities, independent power developers and producers, commercial and industrial companies, and other system owners who purchase completed solar power plants, EPC services, and/or O&M services from us.

Our Chief Operating Decision Maker (CODM), consisting of our senior executive staff, views the sale of solar modules from the components segment as the core driver of our profitability, return on net assets, and cash throughput; and as a result, we view our systems segment as an enabler to drive module throughput. Our EPC business is intended to enable sales throughput by developing state of the art construction techniques and process management to reduce the installed cost of our PV systems and, accordingly, this business is not intended to generate a standalone construction profit margin. Therefore, we operate our systems segment with the objective to achieve break-even results before income taxes. In our operating segment financial disclosures, we include the sale of our solar modules manufactured by our components segment and installed in projects sold by our systems segment in "net sales" of our components business. See Note 23. "Segment and Geographical Information," to our consolidated financial statements included in this Annual Report on Form 10-K.

### Components Business

Our components segment, which is our principal business, involves the design, manufacture, and sale of solar modules which convert sunlight into electricity.

#### Solar Modules

Each solar module is a glass laminate approximately 2ft x 4ft (60cm x 120cm) in size that encapsulates a cadmium telluride thin-film semiconductor. Our solar modules had an average rated power of approximately 76 watts, 75 watts, and 73 watts for 2010, 2009, and 2008, respectively. Our thin-film technology also has relatively high energy performance in low light and high temperature environments compared with traditional crystalline silicon solar modules. Our semiconductor structure is a single-junction polycrystalline thin-film that uses cadmium telluride as the absorption layer and cadmium sulfide as the window layer. Cadmium telluride has absorption properties that are highly matched to the solar spectrum and can deliver competitive conversion efficiencies using only about 1-2% of the semiconductor material used by traditional crystalline silicon solar modules.

#### Manufacturing Process

We have integrated our manufacturing processes into a continuous production line with the following three stages: the "deposition" stage, the "cell definition" stage, and the "assembly and test" stage. In the deposition stage, panels of treated glass are robotically loaded onto the production line where they are cleaned, heated, and coated with a layer of cadmium sulfide followed by a layer of cadmium telluride using our proprietary vapor transport deposition technology, after which the semiconductor-coated plates are cooled rapidly to increase strength. In our cell definition stage, we use high speed lasers to transform the large single semiconductor coating on the glass plate into a series of interconnected cells that deliver the desired current and voltage output. Our proprietary laser scribing technology is capable of accomplishing accurate and complex scribes at high speeds. Finally, in the assembly and test stage, we apply busbars, inter-laminate material, and a rear glass cover sheet that is laminated to encapsulate the semiconductor. A junction box and termination wires are then applied to complete the assembly. Each solar module is then tested for current leakage and measured on a solar simulator. The final assembly stage is the only stage in our production line that requires manual processing.

Our manufacturing facilities in Perrysburg, Ohio, Frankfurt/Oder, Germany, and Kulim, Malaysia have each received an ISO 9001 quality system certification, an ISO 14001:2004 environmental system certification, and the Occupational Health and Safety Standards (OHSAS) 18001 certification, an international occupational health and safety management system specification. We anticipate that our additional manufacturing facilities, under construction or planned for construction in Kulim, Malaysia, Frankfurt/Oder, Germany, Blanquefort, France, Vietnam, and the United States will also obtain these certifications within 24 months of production start-up.

#### Research, Development, and Engineering

We continue to devote a substantial amount of resources to research and development with the primary objective of lowering the cost of electricity generated by PV systems using our solar modules. Within our components business, we focus our research and development activities on, among other areas, continuing to increase the conversion efficiency of our solar modules and improving manufacturing efficiencies, including volume ramp, throughput improvement, and material cost reduction. We believe the most promising ways of increasing the conversion efficiency of our solar modules include maximizing the number of photons

3

that reach the absorption layer of the semiconductor material to facilitate conversion into electrons, maximizing the number of electrons that reach the surface of the semiconductor and minimizing the electrical losses between the semiconductor layer and the back metal conductor.

In the course of our research and development activities, we continuously explore and research new technologies in our efforts to sustain competitive differentiation in our modules. We typically qualify process and product improvements for full production at our Ohio plant and then use our "Copy Smart" process to propagate them to our other production lines. We believe that this systematic approach to research and development will provide continuous improvements and ensure uniform adoption across our production lines. In addition, our production lines are replicas of each other using our "Copy Smart" process and, as a result, a process or production improvement on one line can be rapidly deployed to other production lines.

*Customers*

With respect to our components business, during 2010, we sold most of our solar modules to solar project developers, system integrators, and operators headquartered in Germany, Italy, France, Spain, and the United States. Our customers typically develop, construct, own, and operate solar power plants or sell turn-key solar power plants to end-users that include owners of land, owners of agricultural buildings, owners of commercial warehouses, offices and industrial buildings, public agencies, municipal government authorities, utility companies, and financial investors who desire to own large-scale solar power plant projects. We continually seek to geographically diversify our customer base and are investing in market development, particularly in areas with abundant solar resources and sizable electricity demand, including other parts of Europe, China, India, Australia, and the Middle East.

As of December 31, 2010, we had supply contracts for the sale of solar modules with fourteen principal customers (Supply Contracts) headquartered throughout the European Union. These contracts account for a significant portion of our planned module production over the period from 2011 through 2012 and, therefore, will significantly affect our overall financial performance. In the past we have amended pricing and other terms in our Supply Contracts on a prospective basis in order to remain competitive, as described below, and we may decide in the future to further amend such contracts in order to address the highly competitive environment for solar modules. In addition, we enter into module sales agreements or standard purchase orders with customers for specific projects.

During 2009, we amended our Supply Contracts with certain of our customers to implement a program which provided a price rebate to these customers for solar modules purchased from us. The intent of this program was to enable our customers to successfully compete in our core German market and to adjust, for eligible customers, the sales price (which was documented in framework agreements entered into several years ago) in light of market conditions. The rebate program is offered for a defined period, during which customers may apply and claim such rebate. The most recent rebate offering, for all solar modules sold through November 30, 2010, will terminate on February 28, 2011. Beginning March 1, 2011, we will offer customers a slightly modified rebate program for solar modules sold on or after December 1, 2010, including applicability to certain European geographic areas in addition to Germany. The rebate amounts continue to be established so as to enable the sell-through of our products at competitive prices. The amount of rebate earned during a fiscal quarter is based on (i) the volume of solar modules shipped to a customer (measured in watts), (ii) the volume of solar modules registered for eligible projects (measured in watts), provided that those solar modules were invoiced by the buyer to an end-user, and (iii) the rebate rate. The rebate program applies a specified rebate rate to solar modules sold for solar power projects in certain geographic areas. Customers need to meet certain requirements in order to be eligible for and benefit from this program. As of December 31, 2010, we have experienced approximately 81% participation in this program by eligible customers.

During 2010, the principal customers of our components business were EDF EN Development, Juwi Solar GmbH, and Phoenix Solar AG. During 2010, each of these three customers individually accounted for between 10% and 20% of our components segment's net sales. All of our other customers individually accounted for less than 10% of our net sales during 2010. The loss of any of our major customers could have an adverse effect on our business. As we expand our manufacturing capacity, we are seeking to develop additional customer relationships in other markets and regions, which would reduce our customer and geographic concentration and dependence.

While our Supply Contracts have certain firm purchase commitments, these contracts are subject to amendments made by us or requested by our customers, such as the above mentioned amendments entered into since 2009. These amendments decreased the expected revenue under our Supply Contracts during 2009 and 2010. In addition, our Supply Contracts are substantially denominated in euros and, therefore, are subject to exchange rate fluctuations between the euro and U.S. dollar.

As of December 31, 2010, the Supply Contracts in the aggregate allowed for approximately $2.4 billion (€2.1 billion denominated in euro at an assumed exchange rate of $1.15/€1.00) in sales from 2011 to 2012. As of December 26, 2009, the Supply

4

Contracts in the aggregate allowed for approximately $4.0 billion (€3.3 billion denominated in euro at an assumed exchange rate of $1.15/€1.00 and $0.2 billion denominated in USD) in sales from 2010 to 2013. The above-referenced dollar amounts relating to the Supply Contracts decreased from 2009 to 2010, primarily due to revenue recognized for contracted volumes sold in 2010, module pricing adjustments, the impact of the rebate program implemented in 2009, as described above, pre-set price reductions under the terms of the Supply Contracts, and the termination of a five-year agreement through 2013 with a solar power system project developer and system integrator in the United States, which was a related party.

We anticipate that approximately 36% of the aggregate contracted revenue under the Supply Contracts as of December 31, 2010 will not be fulfilled in 2011 because it is associated with deliveries to be made in 2012. We believe that the aggregate dollar amount associated with the Supply Contracts at any particular date is not necessarily a meaningful indicator of future revenue for any particular period because the fulfillment of such amount is subject to a variety of factors, including the factors described above.

*Competition*

The renewable energy, solar energy, and solar module sectors are highly competitive and continually evolving as participants strive to distinguish themselves within their markets and compete within the larger electric power industry. We face continued competition, which may result in price reductions, reduced margins, or loss of market share. With respect to our components business, we believe that our main sources of competition are crystalline silicon solar module manufacturers, silicon and non-silicon based thin-film module manufacturers, and companies developing solar thermal and concentrated PV technologies. Among PV module and cell manufacturers, the principal methods of competition are price per watt, production capacity, conversion efficiency, reliability, warranty terms, and finance ability. At December 31, 2010, the global PV industry consisted of more than 150 manufacturers of solar cells and modules.

In addition, we expect to compete with future entrants to the PV industry that offer new technological solutions. We may also face competition from semiconductor manufacturers and semiconductor equipment manufacturers or their customers, several of which have already announced their intention to start production of PV cells, solar modules, or turn-key production lines. Some of these competitors may be part of larger corporations and have greater financial resources and greater brand name recognition than we do and, as a result, may be better positioned to adapt to changes in the industry or the economy as a whole.

We also face competition from companies that currently offer or are developing other renewable energy technologies (including wind, hydropower, geothermal, biomass, and tidal technologies) and other power generation sources that burn conventional fossil fuels.

*Raw Materials*

Our manufacturing process uses approximately 30 types of raw materials and components to construct a complete solar module. One critical raw material in our production process is cadmium telluride. Of the other raw materials and components, the following eight are also critical to our manufacturing process: front glass coated with transparent conductive oxide, cadmium sulfide, photo resist, laminate material, tempered back glass, cord plate/cord plate cap, lead wire, and solar connectors. Before we use these materials and components in our manufacturing process, a supplier must undergo a rigorous qualification process. We continually evaluate new suppliers and currently are qualifying several new suppliers and materials. A few of our critical materials or components are single sourced and most others are supplied by a limited number of suppliers. We are exploring a variety of tellurium mineral claims in various locations and expect to develop some of these tellurium resources in the future.

*Collection and Recycling Program*

Consistent with the environmental philosophy of extended producer responsibility, we have established the solar industry's first comprehensive, prefunded module collection and recycling program. The program is designed to maximize the recovery of valuable materials for use in new modules or other new products and minimize the environmental impacts associated with our modules at the end of their useful life. Approximately 90% of each collected First Solar module is recycled into materials for use in new products, including new solar modules. End-users can request collection and recycling of their solar modules by us at any time at no cost. We pre-fund the estimated collection and recycling cost at the time of sale, assuming for this purpose a minimum service life of approximately 25 years for our solar modules. In addition to achieving substantial environmental benefits, our solar module collection and recycling program may provide us the opportunity to resell or redistribute working modules or recover certain raw materials and components for reuse in our manufacturing process. We currently have recycling facilities operating at each manufacturing facility (for manufacturing scrap, warranty returns, and modules collected at the end of their useful life) that produce glass suitable for use in the production of new glass products and unrefined semiconductor materials that will be further processed by a third party supplier and then used to produce semiconductor materials for use in our solar modules.

5

To ensure that the pre-funded amounts are available regardless of our financial status in the future, a trust structure has been established; funds are put into custodial accounts in the name of a trustee. Only the trustee can distribute funds from the custodial accounts and these funds cannot be accessed for any purpose other than for administering module collection and recycling, either by us or a third party executing the collection and recycling services. To provide further assurance that sufficient funds will be available, our module collection and recycling program, including the financing arrangement, is audited periodically by an independent third party auditor.

*Solar Module Warranty*

We provide a limited warranty against defects in materials and workmanship under normal use and service conditions for five years following delivery to the owners of our solar modules. We also warrant to the owners of our solar modules that solar modules installed in accordance with agreed-upon specifications will produce at least 90% of their power output rating during the first 10 years following their installation and at least 80% of their power output rating during the following 15 years. In resolving claims under both the defects and power output warranties, we have the option of either repairing or replacing the covered solar module or, under the power output warranty, providing additional solar modules to remedy the power shortfall. Our warranties are automatically transferred from the original purchasers of our solar modules to subsequent purchasers. As of December 31, 2010, our components business' accrued warranty liability was $26.5 million, of which $9.8 million was classified as current and $16.7 million was classified as noncurrent. As of December 26, 2009, our components business' accrued warranty liability was $21.9 million, of which $7.6 million was classified as current and $14.4 million was classified as noncurrent.

### Systems Business

Through our fully integrated systems business, we provide a complete solar power system solution using our solar modules, which may include project development, EPC services, O&M services, when applicable, and project finance, when required.

Our systems business has grown over the past several years through a combination of business acquisitions and organic growth. On November 30, 2007, we completed the acquisition of Turner Renewable Energy, LLC, a privately held company which provided EPC services for commercial solar power projects in the United States. On April 3, 2009, we completed the acquisition of the project development business of OptiSolar Inc., which included a multi-gigawatt project pipeline. In January 2010, we completed the acquisition of certain assets from Edison Mission Group's solar project development pipeline consisting of utility-scale solar projects located primarily on private land in California and the southwestern United States. In July 2010, we completed the acquisition of NextLight Renewable Power, LLC, a leading developer of utility-scale solar projects in the southwestern United States. This transaction expanded our pipeline of solar power projects in the southwestern United States and supports our expansion in the U.S. utility-scale power market.

*Project Development*

Our systems business is dependent upon successful completion of project development activities including: site selection and acquisition, obtaining in a timely manner the requisite interconnection and transmission studies, obtaining environmental and land use permits, maintaining effective site control, and entering into a power purchase agreement with an off-taker of the power to be generated by the project. These activities culminate in receiving the right to construct and operate a solar power system. Power purchase agreements define the price and terms the utility customer will pay for power produced from a project. Entering into a power purchase agreement generally provides the underlying economics needed to advance the construction, finance, and eventual sale of the project to the long-term site owner and power producer subject to obtaining all necessary permits. Depending primarily on the location and other site attributes, the development cycle can range from one to five years or longer in some circumstances. We may be required to spend significant sums for preliminary engineering, permitting, legal, and other expenses before we can determine whether a project is feasible, economically attractive, or capable of being built. If there is a delay in obtaining any required regulatory approvals, we may be forced to incur additional costs and/or the right of the off-taker under the power purchase agreement to terminate may be triggered.

Our project development activities are currently focused on markets in North America, Europe, and Asia.

In North America, we have as of February 24, 2011, a nearly 2.4 GW AC contracted pipeline of projects that we expect to develop. We are also developing other projects in North America that do not yet have power purchase agreements. In 2010, we sold and constructed 138 MW AC in projects in North America. See Item 7: "Management's Discussion and Analysis of Financial Condition and Results of Operations-Financial Operations Overview-Net Sales-Systems Business," for a listing of these projects.

In Europe, we are engaged in project development activities with respect to certain projects in France and Italy and we are

6

actively evaluating additional project opportunities in Europe.

In Asia, our project development activities include our initiatives in China. In 2009, we entered into a memorandum of understanding and a cooperation framework agreement with the Ordos, China City Government outlining a long-term strategic relationship between the parties pursuant to which we would, through an appropriate business model, develop and construct in phases a 2 GW PV power plant located within the Ordos New Energy Industry Demonstration Zone in China. In January 2011, we entered into a memorandum of understanding with China Guangdong Nuclear Solar Energy Development Co., Ltd. to collaborate on the development of the 30 MW Ordos phase one project. These memoranda of understanding set forth the agreements in principle of the parties concerning the Ordos project and related activities and are subject to the negotiation and execution of definitive agreements among the parties. We plan to continue to work with the Chinese Government to establish the project economics.

*Customers*

With respect to our systems business, our customers consist of investor owned utilities, independent power developers and producers, commercial and industrial companies, and other system owners who purchase completed solar power plants, EPC services, and/or O&M services from us. During 2010, the majority of our systems business sales were generated in North America.

During 2010, principal customers of our systems business were Enbridge, Inc., Sempra Energy, and Southern Company. During 2010, each of these three customers individually accounted for between 10% and 51% of our systems segment's net sales. All of our other customers individually accounted for less than 10% of our net sales during 2010.

*Competition*

With respect to our systems business, we face competition from other providers of renewable energy solutions, including developers of PV, solar thermal and concentrated solar power systems, and developers of other forms of renewable energy projects, including wind, hydropower, geothermal, biomass, and tidal projects. To the extent other solar module manufacturers become more vertically integrated, we expect to face increased competition from such companies as well. We also face competition from other EPC companies and joint ventures between EPC companies and solar companies.

*EPC Warranty*

In addition to our solar module warranty described above, for solar power plants built by our EPC team, we typically provide a limited warranty against defects in workmanship, engineering design, and installation services under normal use and service conditions for a period of one year following the substantial completion of a solar power plant or an energized section of a solar power plant. In resolving claims under both the workmanship and design warranties, we have the option of either remedying the defect to the warranted level through repair, refurbishment, or replacement. As of December 31, 2010 and December 26, 2009, our systems business' accrued warranty liability was $1.4 million and $0.7 million, respectively, all of which was classified as current.

**Support Programs**

Support programs for PV solar electricity generation, depending on the jurisdiction, include feed-in tariffs (FiTs), quotas (including renewable portfolio standards and tendering systems), and net metering programs. In addition to these, financial incentives for renewables include tax incentives, grants, loans, rebates, and production incentives.

Under a basic FiT program, producers of renewable energy are paid a set rate for their electricity, usually differentiated according to the technology used and size of the installation. For PV solar, the rate has historically been set above above market rates and is fixed for a period of up to 25 years. In most countries with FiTs, grid operators are obliged to provide priority and guaranteed access to the grid for renewable energy installations. The additional costs of these schemes are passed through to the electricity consumers by way of a premium on the kilowatt hour (kWh) end-user price. These FiT subsidies have been critical for the development of the solar industry because they provided the demand visibility required for module manufacturers and other participants in the solar value chain to reduce costs and drive scale. Historically, the majority of our module sales have been for grid-connected ground or commercial roof mounted solar power systems in Germany and other European Union countries with FiT subsidies.

Whereas FiT laws set the price and let the market determine capacity and generation, quota systems work in reverse. In general, governments mandate a minimum share of capacity or (grid connected) generation of electricity to come from renewable energy sources. This share often increases over time, with a specific final target and end-date. The mandate can be placed on producers,

7

distributors, or consumers.

There are two main types of quota systems used: obligation/certificate and tendering systems. A renewable portfolio standard (RPS) is in the former category. Under an RPS, regulated utilities are required to procure a specified percentage of their total electricity sales to end-user customers from eligible renewable resources, such as solar generating facilities, by a specified date. Some programs further require that a specified portion of the total percentage of renewable energy must come from solar generating facilities. The majority of states in the U.S. have enacted legislation adopting RPS mechanisms. RPS legislation and implementing regulations vary significantly from state to state, particularly with respect to the percentage of renewable energy required to achieve the state's RPS mandate, the definition of eligible renewable energy resources, and the extent to which renewable energy credits (paper certificates representing the generation of renewable energy) qualify for RPS compliance. Currently, there is no federal RPS mandate. California previously enacted RPS legislation requiring 20% renewable energy by 2010. Although recent legislation to increase California's RPS mandate to 33% by 2020 has not become law, the state's agencies have been directed by executive order to plan for and adopt regulations requiring 33% renewable energy by 2020. Measured in terms of the volume of renewable electricity required to meet its RPS mandate, California's RPS program is the most significant in the U.S., and the California market for renewable energy dominates the western U.S. region.

Net energy metering programs enable end-users to install renewable systems and to offset their retail energy consumption with production from on-site facilities and, in some cases, to sell excess solar electricity to their retail electricity provider. Because the bundled cost of retail electricity usually exceeds the cost of unbundled electricity, net metering programs provide an incentive to the end-user, based on the savings for the electricity system. The policies governing net energy metering vary by state and utility. Some utilities pay the end-user in advance, while others credit the end-user's bill.

Tax incentive programs exist in the United States at both the federal and state level and can take the form of investment and production tax credits, accelerated depreciation and sales and property tax exemptions. At the federal level, investment tax credits for business and residential solar systems have gone through several cycles of enactment and expiration since the 1980's. In October 2008, the United States Congress extended the 30% federal investment tax credit (ITC) for both residential and commercial solar installations for eight years, through December 31, 2016. The ITC is a primary economic driver of solar installations in the United States. Its extension through 2016 has contributed to greater medium term demand visibility in the U.S.; however, its expiration at the end of 2016 (unless extended) underscores the need for the levelized cost of electricity from solar systems to continue to decline toward grid parity. In February 2009, the American Recovery and Reinvestment Act of 2009 (ARRA) was signed into law. In addition to adopting certain fiscal stimulus measures that could benefit on-grid solar electricity applications, ARRA created a new program, through the Department of the Treasury, which provides cash grants equal to 30% of the cost of the system for solar installations that are placed into service during 2009 and 2010 and for certain solar installations for which construction begins prior to December 31, 2010. This cash grant is available in lieu of receiving the 30% federal investment tax credit. The intent of this program was to ensure that investors who had historically supported the renewable energy programs would not be constrained from investing in these transactions by tax losses they may have suffered during the recent credit crisis. Other measures adopted by ARRA that could benefit on-grid solar electricity generation include the following: (i) a Department of Energy loan guarantee program for renewable energy projects, renewable energy manufacturing facilities and electric power transmission projects and (ii) a 50% bonus depreciation for solar installations placed in service during 2009. In December 2010, The Tax Relief, Unemployment Insurance Reauthorization, and Job Creation Act of 2010 (2010 Act) was signed into law. The 2010 Act extended the Department of the Treasury's cash grant program for one year, through December 31, 2011. In addition, the 2010 Act extended and expanded the ARRA bonus depreciation program, by providing for a 100% bonus depreciation for solar installations placed in service after September 8, 2010, and before January 1, 2012, and a 50% bonus depreciation for solar installations placed in service in 2012.

Rebate programs for solar installations in California and several other states have increased the quantity of solar energy from distributed PV systems (typically smaller non-utility scale PV systems co-located with residential or commercial rooftop end-users) and have contributed to demand for PV solar modules and systems. Regulations and policies relating to electricity pricing and interconnection also stimulate demand for distributed generation from PV systems. PV systems generate most of their electricity during mid-day and the early afternoon hours when the demand for and cost of electricity is highest. As a result, electricity generated by PV systems mainly competes with expensive peak hour electricity, rather than the lower average price of electricity. Modifications to the peak hour pricing policies of utilities, such as to a flat rate, would require PV systems to achieve lower prices in order to compete with the price of electricity.

In Europe, renewable energy targets, in conjunction with FiTs, have contributed to the growth in PV solar markets. Renewable energy targets prescribe how much energy consumption must come from renewable sources, while FiT policies are intended to support new supply development by providing investor certainty. A 2001 European Union (EU) directive for promoting renewable energy use in electricity generation (Directive 2001/77/EC) set varying national indicative targets for renewable energy production from individual member states. A 2009 EU directive on renewable energy (Directive 2009/28/EC), which replaced the 2001

8

directive, sets varying targets for all EU member states in support of the directive's goal of a 20% share of energy from renewable sources in the EU by 2020, and requires national action plans that establish clear pathways for the development of renewable energy sources. The following is a description of FiT policies adopted in certain critical markets in support of renewable energy targets.

Currently, Germany, which accounted for approximately 46% of our 2010 net sales, is the most significant market for our modules, and changes to German FiTs are likely to affect the results of our operations. The German Renewable Energy Law, or the EEG, was last modified by the German government in 2010, with effect on July 1 and October 1, 2010. At that time, FiTs were significantly reduced from earlier levels: declining 13% for roof mounted applications, 12% for ground mounted applications, and 8% for applications on conversion land. An additional 3% cut in FiT for all PV types was introduced on October 1, 2010.

As of July 1, 2010, there was no longer a FiT for PV installations on agricultural land in Germany (subject to certain phase-out provisions). New land types (additional types of conversion land, industrial areas, and sites adjacent to highways/railways) were included in the EEG and benefit from FiTs under the new legislation. Also, the new legislation allows subsidies for ground mounted applications to continue after December 31, 2014.

The next adjustment of FiTs for all types of renewable energy is scheduled for January 1, 2012. However, the German government is expected to adopt a partial acceleration of the January 2012 FiT digression to mid-2011. Such a reduction in the FiT, including any potential further reductions, may contribute to a short-term pull-in of demand but could negatively affect long-term demand and price levels for PV products in Germany, which could have a material adverse effect on our business, financial condition, or results of operations.

In France, which accounted for approximately 14% of our 2010 net sales, and where we have announced plans to build a two-line manufacturing plant, the government suspended the applicable FiT legislation by decree for three months in December 2010. This moratorium does not apply to installations under 3 kW or larger projects for which PTFs (*Proposition Technique et Financière*) had been accepted before December 2, 2010 by the producer. However, these projects will have to be developed and connected within 18 months from the day of PTF acceptance in order to receive pricing under the FiT for the electricity generated by the plants.

A new decree introducing a new market support framework is expected to be adopted by the French government during the first quarter of 2011. It is currently expected that the market will be capped at 500 MW per year with 200 MW allocated to the free field application and the remainder to large commercial roof and residential applications. The French government is also considering a reduction of the FiT as well as the introduction of a tender system for large projects. As a result of the moratorium, we have put the construction of our Blanquefort, France manufacturing plant on hold until we have greater clarity about the future of the French market.

In Italy, which accounted for approximately 9% of our 2010 net sales, new FiT legislation (Conto Energia 3), has replaced the previous FiT legislation (Conto Energia 2). Conto Energia 3 has a threshold of 3 GW of installed ordinary PV plants, after which a 14 month transition period will begin during which the tariffs of Conto Energia 3 still apply. Conto Energia 3 expires at the latest on December 31, 2013, or earlier, if the threshold is reached. The new Conto Energia 3 legislation foresees an expected average cut to FiTs of 18% compared to the previous legislation.

In Spain, which accounted for approximately 4% of our 2010 net sales, the government published the latest FiT for PV systems in November 2010. The FiT levels will apply as of the second quarter of 2011. The FiT is based on a mechanism that requires a PV system to be registered in a national registry in order to obtain the FiT. Critically, under the legislation, only a certain number of megawatts (MW) of PV systems so registered are granted a FiT each quarter.

In addition, the Spanish government adopted a new decree in December 2010 that includes several measures designed to reduce the cost of the FiT. The decree limits an installation's operating hours that qualify for the FiT and applies retroactively to all PV installations. Electricity generated beyond the limit can only be sold at market rates. Eligible hours to receive the FiTs vary by region (among five zones) and by whether the PV system is mounted in a fixed position or is mounted on a tracker system that moves the solar module to follow the sun during the day. Under the FiT program, operating hour limits will be reviewed periodically, and yield improvements will be taken into consideration at that time.

In Ontario, Canada, a FiT program was introduced in September 2009 and replaced the Renewable Energy Standard Offer Program (RESOP) as the primary subsidy program for renewable energy projects. In order to participate in the Ontario FiT program, certain provisions relating to minimum required domestic content and agricultural land use restrictions for solar installations must be satisfied. The domestic content and land restriction rules do not apply to our solar projects governed by RESOP contracts. However, PV solar power systems incorporating our modules do not presently satisfy the domestic content requirement under the

9

FiT program currently in effect.

In Australia, which accounted for less than 1% of our 2010 net sales, the solar industry is driven by several regulatory initiatives that support the installation of solar PV modules in both rooftop and free-field applications, including the federal government's Solar Flagship Program, state FiTs and the nationwide Renewable Energy Target Scheme which has set a renewable energy goal for Australia of 20% by 2020.

In China, governmental authorities have not adopted a FiT policy and currently award solar projects through either a project tendering process or bi-lateral negotiations. We did not have sales in China in 2010; however, we have entered into a memorandum of understanding with the Ordos, China City Government relating to the construction of a 2 GW PV power plant located within the Ordos New Energy Industry Demonstration Zone in China, and in January 2011, we entered into a memorandum of understanding with China Guangdong Nuclear Solar Energy Development Co., Ltd to collaborate on the development of the 30 MW Ordos phase one project. See Item 1: "Business - Segment Information -Systems Business - Project Development."

In India, the National Solar Mission includes a goal of installing 22 GW of solar power generation capability by 2022. India also announced a FiT for the first phase of the National Solar Mission in 2010. During 2010, we had 10 MW of sales in India.

For more information about risks related to economic incentives, please see Item 1A: "Risk Factors — Reduced growth in or the reduction, elimination, or expiration of government subsidies, economic incentives, and other support for on-grid solar electricity applications, including potential mid-year FiT reductions in Germany and certain other core markets, could reduce demand and/or price levels for our solar modules, and limit our growth or lead to a reduction in our net sales, and adversely impact our operating results."

**Intellectual Property**

Our success depends, in part, on our ability to maintain and protect our proprietary technology and to conduct our business without infringing on the proprietary rights of others. We rely primarily on a combination of patents, trademarks and trade secrets, as well as associate and third party confidentiality agreements, to safeguard our intellectual property. We regularly file patent applications to protect inventions arising from our research and development, and are currently pursuing patent applications in the U.S. and worldwide. Our patent applications and any future patent applications might not result in a patent being issued with the scope of the claims we seek, or at all, and any patents we may receive may be challenged, invalidated, or declared unenforceable. In addition, we have registered and/or have applied to register, trademarks and service marks in the U.S. and a number of foreign countries for "First Solar" and "First Solar and Design."

With respect to proprietary know-how that is not patentable and processes for which patents are difficult to enforce, we rely on, among other things, trade secret protection and confidentiality agreements to safeguard our interests. We believe that many elements of our PV manufacturing process, including our unique materials sourcing, involve proprietary know-how, technology, or data that are not covered by patents or patent applications, including technical processes, equipment designs, algorithms, and procedures. We have taken security measures to protect these elements. All of our research and development personnel have entered into confidentiality and proprietary information agreements with us. These agreements address intellectual property protection issues and require our associates to assign to us all of the inventions, designs, and technologies they develop during the course of employment with us. We also require our customers and business partners to enter into confidentiality agreements before we disclose any sensitive aspects of our modules, technology, or business plans.

We have not been subject to any material intellectual property claims.

**Environmental, Health, and Safety Matters**

Our operations include the use, handling, storage, transportation, generation, and disposal of hazardous materials and hazardous wastes. We are subject to various national, state, local, and international laws and regulations relating to the protection of the environment, including those governing the discharge of pollutants into the air and water, the use, management, and disposal of hazardous materials and wastes, occupational health and safety, and the cleanup of contaminated sites. Therefore, we could incur substantial costs, including cleanup costs, fines, and civil or criminal sanctions and costs arising from third party property damage or personal injury claims as a result of violations of, or liabilities under, environmental and occupational health and safety laws and regulations or non-compliance with environmental permits required at our facilities. We believe we are currently in substantial compliance with applicable environmental and occupational health and safety requirements and do not expect to incur material capital expenditures for environmental and occupational health and safety controls in the foreseeable future. However, future developments such as more aggressive enforcement policies, the implementation of new, more stringent laws and regulations, or the discovery of unknown environmental conditions may require expenditures that could have a material adverse effect on our

10

business, results of operations, or financial condition. See Item 1A: "Risk Factors - Environmental obligations and liabilities could have a substantial negative impact on our financial condition, cash flows, and profitability."

## Corporate History

In February 2006 we were incorporated as a Delaware corporation. Our common stock has been listed on The NASDAQ Global Select Market under the symbol "FSLR" since our initial public offering in November 2006. In October 2009, our common stock was added to the S&P 500 Index, making First Solar the first, and currently only, pure-play renewable energy company in the index. In July 2010, our board of directors approved a change in our fiscal year from a 52 or 53 week fiscal year to a calendar year. As a result, our 2010 fiscal year, which began on December 27, 2009, ended on December 31, 2010 instead of December 25, 2010. In addition, effective January 1, 2011, our fiscal quarters will also coincide with calendar quarters.

## Associates

As of February 24, 2011, we had approximately 6,100 associates (our term for full and part-time employees), including approximately 4,500 in manufacturing. The remainder of our associates are in research and development, sales and marketing, and general and administrative positions, including associates who are engaged in or support our systems business. None of our associates are currently represented by labor unions or covered by a collective bargaining agreement. As we expand domestically and internationally, however, we may encounter either regional laws that mandate union representation or associates who desire union representation or a collective bargaining agreement. We believe that our relations with our associates are good.

## Information About Geographic Areas

We have significant marketing, distribution, and manufacturing operations both within and outside the United States. Currently, we manufacture our solar modules at our Perrysburg, Ohio, Frankfurt/Oder, Germany, and Kulim, Malaysia manufacturing facilities (with additional manufacturing facilities under construction or planned for construction in Kulim, Malaysia, Frankfurt/Oder, Germany, Blanquefort, France, Vietnam, and the United States. We have put the construction of our Blanquefort, France manufacturing plant on hold until we have greater clarity about the future of the French market. In 2010, 74% of our net sales were generated from customers headquartered in the European Union. We are in the process of expanding our operations, particularly with respect to our systems business, to numerous countries worldwide, including other European and Asian countries and Australia. As a result, we will be subject to the legal, tax, political, social and regulatory requirements, and economic conditions of many jurisdictions. The international nature of our operations subjects us to a number of risks, including fluctuations in exchange rates, adverse changes in foreign laws or regulatory requirements and tariffs, taxes, and other trade restrictions. See Item 1A: "Risk Factors — Our substantial international operations subject us to a number of risks, including unfavorable political, regulatory, labor, and tax conditions in foreign countries." See Note 23. "Segment and Geographical Information," to our consolidated financial statements included in this Annual Report on Form 10-K for information about our net sales and long-lived assets by geographic region for the years ended December 31, 2010, December 26, 2009, and December 27, 2008. See also Item 7: "Management's Discussion and Analysis of Financial Condition and Results of Operations," for other information about our operations and activities in various geographic regions.

## Available Information

We maintain a website at http://www.firstsolar.com. We make available free of charge on our website our annual reports on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, proxy statements, and any amendments to those reports filed or furnished pursuant to Section 13(a) or 15(d) of the Exchange Act, as soon as reasonably practicable after we electronically file these materials with, or furnish them to, the SEC. The information contained in or connected to our website is not incorporated by reference into this report. We use our website as one means of disclosing material non-public information and for complying with our disclosure obligations under the SEC's Regulation FD. Such disclosures will typically be included within the Investor Relations section of our website (http://investor.firstsolar.com). Accordingly, investors should monitor such portions of our website in addition to following our press releases, SEC filings, and public conference calls and webcasts.

The public may also read and copy any materials that we file with the SEC at the SEC's Public Reference Room at 100 F Street, NE, Washington, D.C. 20549. The public may obtain information on the operation of the Public Reference Room by calling the SEC at 1-800-SEC-0330. The SEC also maintains an Internet website that contains reports and other information regarding issuers, such as First Solar, that file electronically with the SEC. The SEC's Internet website is located at http://www.sec.gov.

## Executive Officers of the Registrant

Our executive officers and their ages and positions as of February 25, 2011, were as follows:

11

| Name | Age | Position |
|---|---|---|
| Robert J. Gillette | 50 | Chief Executive Officer |
| Bruce Sohn | 49 | President, Operations |
| Jens Meyerhoff | 46 | President, Utility Systems Business Group |
| TK Kallenbach | 51 | President, Components Business Group |
| Mary Beth Gustafsson | 51 | Executive Vice President, General Counsel and Secretary |
| Carol Campbell | 59 | Executive Vice President, Human Resources |
| Maja Wessels | 51 | Executive Vice President, Global Public Affairs |
| James Zhu | 49 | Chief Accounting Officer and Interim Chief Financial Officer |
| David Eaglesham | 49 | Chief Technology Officer |

Robert J. Gillette joined First Solar in October 2009 as Chief Executive Officer. Prior to joining First Solar, Mr. Gillette served as President and Chief Executive Officer of Honeywell Aerospace since January 2005. Honeywell Aerospace, headquartered in Phoenix, Arizona, is Honeywell International Inc.'s largest business group. In this role, Mr. Gillette led Honeywell Aerospace's three main businesses—Air Transport & Regional, Business & General Aviation, and Defense & Space—with more than 40,000 associates at nearly 100 worldwide manufacturing and service sites. Prior to this assignment, Mr. Gillette had served as President and Chief Executive Officer of Honeywell Transportation Systems since July 2001. Mr. Gillette holds a bachelor's of science degree in Finance from Indiana University.

Bruce Sohn joined First Solar as President in March 2007 and was named President, Operations in February 2011. Mr. Sohn served as a director of First Solar from July 2003 until June 2009. Prior to joining First Solar as President, Mr. Sohn worked at Intel Corporation for 24 years. He is a senior member of IEEE and a certified Jonah. Mr. Sohn has been a guest lecturer at several universities, including the Massachusetts Institute of Technology and Stanford University. Mr. Sohn holds a degree in Materials Science and Engineering from the Massachusetts Institute of Technology.

Jens Meyerhoff has served as President of First Solar's Utility Systems Business Group since July 2010. Mr. Meyerhoff was formerly First Solar's Chief Financial Officer from May 2006 through December 2010. Prior to joining First Solar, Mr. Meyerhoff was the Chief Financial Officer of Virage Logic Corporation, a provider of embedded memory intellectual property for the design of integrated circuits, from January 2006 to May 2006. Mr. Meyerhoff was employed by FormFactor, Inc., a manufacturer of advanced wafer probe cards, as Chief Operating Officer from April 2004 to July 2005, Senior Vice President of Operations from January 2003 to April 2004 and Chief Financial Officer from August 2000 to March 2005. Mr. Meyerhoff holds a German Wirtschaftsinformatiker degree, which is the equivalent of a Finance and Information Technology degree, from Daimler Benz's Executive Training Program.

TK Kallenbach joined First Solar in December 2009 as Executive Vice President of Marketing and Product Management and was named President, Components Business Group in February 2011. Prior to joining First Solar, Mr. Kallenbach was a senior executive at Honeywell Aerospace where he led strategic planning, product marketing, product management, mergers and acquisitions and marketing communications. His organization created and drove Honeywell Aerospace strategy through product portfolio integration and product line management. Mr. Kallenbach began his career at Honeywell (formerly AlliedSignal) in 1979, where he held a variety of senior technical leadership positions, including Vice President of Engineering and Technology for Aerospace Electronics, Defense & Space Electronic Systems, and Propulsion Engines and Systems, and senior business leadership positions including Vice President of Business Aviation, Director of HTF7000 Propulsion System, and Director of Helicopter Engines. Mr. Kallenbach holds a B.S. in Mechanical & Aerospace Engineering and a Masters of Business Administration from Arizona State University.

Mary Beth Gustafsson joined First Solar in October 2008 as Vice President, General Counsel and was named Executive Vice President, General Counsel and Secretary in November 2009. Prior to joining First Solar, Ms. Gustafsson was the Senior Vice President, General Counsel and Secretary of Trane Inc. (formerly American Standard Companies Inc.) from January 2005 through June 2008. From June 2008 through September 2008, Ms. Gustafsson was Vice President and Deputy General Counsel of Ingersoll-Rand Ltd., following Ingersoll-Rand's acquisition of Trane. From 2001 through 2005, Ms. Gustafsson held positions of increasing responsibility at American Standard Companies Inc., including Chief Corporate Counsel and General Counsel for the company's global air conditioning business. Ms. Gustafsson holds a B.A. in English Literature from Boston University and a J.D. from The University of Michigan Law School.

Carol Campbell joined First Solar in March 2006 as Director of Human Resources and was named Vice President of Human Resources in March 2007. She became the Company's Executive Vice President of Human Resources in November 2009. Prior

12

to joining First Solar, she was the Regional Director of Human Resources for North America at the Dana Corporation, where she was responsible for all Dana plants in the United States, Canada, and Mexico. Ms. Campbell was with Dana for 20 years, progressing through levels of greater responsibility in the Legal and Human Resource Departments. Ms. Campbell holds a Professional Human Resources certification through the Society of Human Resources Management and has extensive experience successfully developing and running highly effective HR organizations in complex and rapidly changing environments. Ms. Campbell holds a B.A. in Business from Heidelberg College.

Maja Wessels joined First Solar in May 2008 as Vice President of Government Affairs for the Europe, Middle East and Africa region and was named Executive Vice President, Public Affairs in May 2009. Prior to joining First Solar, Ms. Wessels served four years as senior vice president, Government Affairs at Honeywell for the EMEA region and three years as President, United Technologies International Operations for Europe. Ms Wessels chaired the American Electronics Industry Association Europe from 2006 to 2007, and prior to that she was president of the American Chamber of Commerce to the EU from 2003 to 2007. From 1997 to 2000 she was employed by Daimler Chrysler as vice president of Government Affairs in Europe. Ms Wessels holds a B.A. from Dartmouth College and a master's degree in international economics and European studies from the School of Advanced International Studies of Johns Hopkins University.

James Zhu serves as First Solar's Chief Accounting Officer and Senior Vice President. He has also served as interim Chief Financial Officer since January 2011. Mr. Zhu joined the company as Vice President, Corporate Controller in June 2007. Prior to joining First Solar, Mr. Zhu served as Assistant Controller and then Vice President, Corporate Controller for Salesforce.com from May 2004 to May 2007. From July 1999 through April 2004, Mr. Zhu held positions of increasing responsibility at Chiron Corporation (acquired by Novartis International AG in April 2006), including Associate Director and Accounting Manager. Prior to joining Chiron Corporation, Mr. Zhu worked at KPMG, LLP. Mr. Zhu is a Certified Public Accountant and holds a B.A. in Economics from China and an M.B.A. in Accounting from Golden Gate University.

David Eaglesham joined First Solar in June 2006 as Vice President, Technology and became Chief Technology Officer in November 2009. Prior to joining First Solar, he was Director of Advanced Technologies at Applied Materials. He also previously worked as Chief Technologist at Lawrence Livermore and as Director of Electronic Device Research at Bell Labs. He was Materials Research Society President in 2005. Mr. Eaglesham has a PhD in Physics from the University of Bristol.

### Item 1A: *Risk Factors*

An investment in our stock involves a high degree of risk. You should carefully consider the following information, together with the other information in this Annual Report on Form 10-K, before buying shares of our stock. If any of the following risks or uncertainties occur, our business, financial condition, and results of operations could be materially and adversely affected and the trading price of our stock could decline.

<div align="center">

**Risks Related to Our Markets and Customers**

</div>

*If PV technology is not suitable for widespread adoption at economically attractive rates of return, or if sufficient demand for solar modules does not develop or takes longer to develop than we anticipate, our net sales and profit may flatten or decline and we may be unable to sustain profitability.*

The solar energy market is at a relatively early stage of development, and the extent to which solar modules will be widely adopted is uncertain. If PV technology proves unsuitable for widespread adoption at economically attractive rates of return or if demand for solar modules fails to develop sufficiently or takes longer to develop than we anticipate, we may be unable to grow our business or generate sufficient net sales to sustain profitability. In addition, demand for solar modules in our targeted markets — including Germany, Italy, Spain, France, the United States, Canada, India, China, and Australia — may develop to a lesser extent than we anticipate. Many factors may affect the viability of widespread adoption of PV technology and demand for solar modules, including the following:

- cost-effectiveness of the electricity generated by PV power systems compared to conventional energy sources and products, including conventional energy sources, such as natural gas and coal, and other non-solar renewable energy sources, such as wind;

- availability, substance, and magnitude of government subsidies, incentives, and renewable portfolio standards to accelerate the development of the solar energy industry;

- performance and reliability of PV systems and thin-film technology compared to conventional and other non-solar

13

renewable energy sources and products;

- success of other renewable energy generation technologies, such as hydroelectric, tidal, wind, geothermal, solar thermal, concentrated PV, and biomass;

- fluctuations in economic and market conditions that affect the price of, and demand for, conventional and non-solar renewable energy sources, such as increases or decreases in the price of natural gas, coal, oil, and other fossil fuels; and

- fluctuations in capital expenditures by end-users of solar modules, which tend to decrease when the economy slows and when interest rates increase.

*Reduced growth in or the reduction, elimination, or expiration of government subsidies, economic incentives, and other support for on-grid solar electricity applications, including potential 2011 mid-year feed-in-tariff reductions in Germany and certain other core markets, could reduce demand and/or price levels for our solar modules, and limit our growth or lead to a reduction in our net sales, and adversely impact our operating results.*

We believe that the near-term growth of the market for on-grid applications, where solar energy is used to supplement the electricity a consumer purchases from the utility network, depends significantly on the availability and size of government subsidies and economic incentives. Federal, state, and local governmental bodies in many countries, most notably Germany, Italy, Spain, France, the United States, Canada, China, India, and Australia have provided subsidies in the form of FiT, rebates, tax incentives, and other incentives to end-users, distributors, systems integrators, and manufacturers of PV products. Many of these jurisdictions, including the majority of U.S. states and numerous European Union countries, have adopted renewable portfolio standards in which the government requires jurisdictions or regulated utilities to supply a portion of their total electricity from specified sources of renewable energy, such as solar, wind, and hydroelectric power. Many of these government incentives expire, phase out over time, require renewal by the applicable authority, or may be amended. In light of strong 2010 solar growth, the major European governments are currently seeking to balance subsidy burdens with their commitment to the EU directive's goal of a 20% share of energy from renewable sources in the EU by 2020. A summary of recent developments in the major government subsidy programs in our core markets appears under Item 1: "Business - Support Programs." We expect the FiT in Germany and certain other core markets to be reduced earlier than previously expected, and such reductions could reduce demand and/or price levels for our solar modules, lead to a reduction in our net sales, and adversely impact our operating results.

Currently, Germany, which accounted for approximately 46% of our net sales in 2010, is the largest market for our modules, and thus recently proposed changes to German feed-in tariffs could significantly impact our results of operations. The German government is expected to adopt a partial acceleration of the January 2012 FiT digression to mid-2011. Such a reduction in the German FiT, including any potential further reductions, may contribute to a short-term pull-in of demand but could negatively affect long-term demand and price levels for PV products in Germany, which could have a material adverse effect on our business, financial condition, and/or results of operations.

In France, the government suspended the FiT legislation by decree for three months in December 2010. Although a new decree introducing a new market support framework is expected to be adopted by the government during the first quarter of 2011, we cannot be certain that such market support framework will be adopted at all or adopted at meaningful levels. If the level of such new market support framework is not adequate to promote the development of the PV industry or PV projects in France, our ability to pursue an expansion strategy in France would be adversely affected. As a result of the moratorium, we have put the construction of our Blanquefort, France manufacturing plant on hold until we have greater clarity about the future of the French market.

In Italy and Spain, we cannot be certain that the level of FiTs will be adequate to promote the development of the PV industry or PV projects in these countries, in which case our ability to pursue an expansion strategy in these countries would be adversely affected. These expansion strategies could be further adversely affected to the extent of any acceleration or imposition of FiT reductions, caps, or other limitations in these countries.

In the United States, California has been the state where the majority of solar installations and solar power module and system sales have taken place in recent years. The state of California's RPS goal of 33% of electricity from renewable sources by 2020, currently in the form of an executive order from the Governor's office, is the most significant RPS program in the United States in magnitude and is contributing to the expansion of the utility-scale solar systems market in that state. However, the continued effectiveness of this RPS program could be negatively impacted if the RPS goal is not passed by the California legislature and signed into law. See Item 1A: "Risk Factors — Our ability to pursue an expansion strategy in California beyond existing projects may be adversely affected if California is unable to achieve a 33% renewable mandate through law," below.

14

The American Recovery and Reinvestment Act of 2009 (ARRA) and the 2010 Tax Act provide for certain measures intended to benefit on-grid solar electricity generation and other renewable energy initiatives. The failure to further extend or enhance these programs may reduce tax equity availability (in the case of the grant expiration) which may adversely affect our ability to arrange financing for utility-scale projects and may otherwise adversely affect the attractiveness of the U.S. solar market.

In Ontario, Canada, a FiT program was introduced in September 2009 and replaced the Renewable Energy Standard Offer Program (RESOP) as the primary subsidy program for renewable energy projects. In order to participate in the Ontario FiT program, certain provisions relating to minimum required domestic content and agricultural land use restrictions for solar installations must be satisfied. The domestic content and land restriction rules do not apply to our solar projects governed by RESOP contracts. However, PV solar power systems incorporating our modules do not presently satisfy the domestic content requirement under the FiT program currently in effect, and thus projects incorporating our modules would not qualify for the Ontario FiT. In the event the Ontario domestic content and land use restriction rules are not sufficiently modified, our ability to participate in the Ontario FiT program for future projects beyond our existing RESOP projects will be substantially reduced and possibly completely eliminated, and thus our ability to pursue an expansion strategy in Ontario, Canada beyond our existing RESOP projects would be adversely affected.

In Australia, the solar industry is driven by several regulatory initiatives that support the installation of solar PV modules in both rooftop and free field applications, including the federal government's Solar Flagship Program, state FiTs and the nationwide Renewable Energy Target Scheme, which has set a renewable energy goal for Australia of 20% by 2020.  If such programs or other initiatives are not successfully executed in addressing Australia's renewable energy goals, the size and attractiveness of Australia's solar market may be limited and we may be unable to sell modules or systems in Australia at an attractive price, limiting one of our anticipated growth markets.

In China, governmental authorities have not adopted a FiT policy and currently award solar projects through either a project tendering process or bi-lateral negotiations. While the solar industry generally anticipates that China will adopt a solar FiT, there is no guarantee this will occur in a timely manner or at all or that any FiT will be economically viable. Without a FiT, the size and attractiveness of China's solar market may be limited, the viability of our proposed Ordos project may be negatively impacted and we may be otherwise unable to sell into China at an attractive price, limiting one of our anticipated growth markets.

In India, the National Solar Mission includes a goal of installing 22 GW of solar by 2022.  India has announced a FiT for the first phase of the National Solar Mission in 2010. There is no guarantee that India will maintain its current goal of 22 GW by 2022 or adopt the required policies to meet that goal, without which, the size and attractiveness of India's solar market may be limited and we may be unable to sell modules or systems in India at an attractive price, limiting one of our anticipated growth markets.

Emerging subsidy programs may require an extended period of time to attain effectiveness because the applicable permitting and grid connection processes associated with these programs can be lengthy and administratively burdensome. In addition, if any of these statutes or regulations is found to be unconstitutional, or is reduced or discontinued for other reasons, sales prices and/or volumes of our solar modules in these countries could decline significantly, which could have a material adverse effect on our business, financial condition, and results of operations. Electric utility companies or generators of electricity from fossil fuels or other renewable energy sources could also lobby for a change in the relevant legislation in their markets to protect their revenue streams.

Reduced growth in or the reduction, elimination, or expiration of government subsidies and economic incentives for on-grid solar energy applications, especially those in our target markets, could limit our growth or cause our net sales to decline and materially and adversely affect our business, financial condition, and results of operations.

***Our ability to pursue an expansion strategy in California beyond existing projects may be adversely affected if California is unable to achieve a 33% renewable mandate through law.***

California required its investor-owned utilities (IOUs) to procure 20% of their electricity supplies through eligible renewable energy resources by 2010. In addition, California, through executive order has established a utility procurement goal of 33% renewable electricity by 2020. However, since the 33% procurement of renewable electricity by 2020 goal is currently not enforceable through law, it is conceivable that renewable energy procurement in California could peak at a level below 33% of the IOU's electricity retail sales if the 33% renewable mandate is not signed into law. If the state legislature and Governor's office are unable to adopt legislation establishing the 33% renewable energy mandate, the viability of the 33% RPS program would remain at risk. In addition, any weakening or delay of the 33% RPS program could contribute to, or be accompanied by, increased project execution risks, delay, or costs relating to California authorities, such as the California Independent System Operator.

15

Under such a scenario, our ability to execute a long-term expansion plan to develop additional large-scale PV projects in California could be adversely affected.

*An increase in interest rates or lending rates or tightening of the supply of capital in the global financial markets (including a reduction in total tax equity availability) could make it difficult for end-users to finance the cost of a PV system and could reduce the demand for our solar modules and/or lead to a reduction in the average selling price for PV modules.*

Many of our customers and our systems business depend on debt and/or equity financing to fund the initial capital expenditure required to develop, build and purchase a PV system. As a result, an increase in interest rates or lending rates, or a reduction in the supply of project debt financing or tax equity investments, could reduce the number of solar projects that receive financing or otherwise make it difficult for our customers or our systems business to secure the financing necessary to develop, build, purchase or install a PV system on favorable terms, or at all, and thus lower demand for our solar modules which could limit our growth or reduce our net sales. In addition, we believe that a significant percentage of our end-users install PV systems as an investment, funding the initial capital expenditure through a combination of equity and debt. An increase in interest rates and/or lending rates could lower an investor's return on investment in a PV system, increase equity return requirements or make alternative investments more attractive relative to PV systems, and, in each case, could cause these end-users to seek alternative investments. As described above under Item 1: "Business — Support Programs," the 30% grant in lieu of the federal investment tax credit under the ARRA is set to expire and unless extended, will not be available for solar installations that begin construction on or after January 1, 2012. If such program is not extended, total tax equity availability could be reduced which may adversely affect our ability to arrange financing for utility-scale projects and may adversely affect the attractiveness of the U.S. solar market.

We currently sell a substantial portion of our solar modules under Supply Contracts, and we allocate a significant amount of our production to satisfy our obligations under these contracts. These customers buy our modules with the expectation that they will be able to resell them in connection with the development of PV systems. As discussed above, many of these projects depend on the availability of debt and equity financing. A prolonged, material disruption to the supply of project finance could adversely affect our customers' ability to perform under these agreements. In the event of default by one or more of these customers, we may be unable to sell these modules at the prices specified in our Supply Contracts, especially if demand for PV systems softens or supply of solar modules increases. Also, we may decide to lower our average selling price to certain customers in certain markets in response to changes in economic circumstances of our customers, their end markets, or the capital markets. See Item 1: "Business — Segment Information — Components Business — Customers," for a description of previous pricing adjustments under our Supply Contracts.

*We currently depend on a limited number of customers, with three customers accounting for a majority of our components business' net sales last year. The loss of, or a significant reduction in orders from, any of these customers could significantly reduce our net sales and negatively impact our operating results.*

We currently sell the majority of our solar modules to customers headquartered throughout the European Union. During 2010, our three largest customers for our components business each accounted for between 10% and 20% of our components business' net sales. Our customer base within our components business is currently concentrated to a significant extent in Germany and, therefore, additional German FiT reductions could reduce demand and/or price levels for our modules sold to these customers. The loss of any of our large customers, their inability to perform under their contracts, or their default in payment could significantly reduce our net sales and adversely impact our operating results. Our customers may face significant challenges under current economic conditions, including lack of capital to finance solar projects and rising costs associated with leasing or otherwise acquiring land and rooftops for solar projects. We believe that we can mitigate this risk by re-allocating modules to other customers if the need arises, but we may be unable, in whole or in part, to mitigate the reduced demand for our modules. In the event that we determine that our planned production of solar modules exceeds the demand we anticipate, we may decide to reduce or halt production of solar modules in our manufacturing facilities. However, we may be unable to anticipate and respond to the oversupply of solar modules because we have limited visibility into our customers' inventories.

### Risks Related to Regulations

*Existing regulations and policies and changes to these regulations and policies may present technical, regulatory, and economic barriers to the purchase and use of PV products, which may significantly reduce demand for our solar modules.*

The market for electricity generation products is heavily influenced by foreign, federal, state, and local government regulations and policies concerning the electric utility industry, as well as policies promulgated by electric utilities. These regulations and policies often relate to electricity pricing and technical interconnection of customer-owned electricity generation. In the United States and in a number of other countries, these regulations and policies have been modified in the past and may be modified again in the future. These regulations and policies could deter end-user purchases of PV products and investment in the research and

16

development of PV technology. For example, without a mandated regulatory exception for PV systems, utility customers are often charged interconnection or standby fees for putting distributed power generation on the electric utility grid. If these interconnection standby fees were applicable to PV systems, it is likely that they would increase the cost to our end-users of using PV systems which could make them less desirable, thereby harming our business, prospects, results of operations, and financial condition. In addition, electricity generated by PV systems mostly competes with expensive peak hour electricity, rather than the less expensive average price of electricity. Modifications to the peak hour pricing policies of utilities, such as to a flat rate for all times of the day, would require PV systems to achieve lower prices in order to compete with the price of electricity from other sources.

We anticipate that our solar modules and their installation will be subject to oversight and regulation in accordance with national and local ordinances relating to building codes, safety, environmental protection, utility interconnection and metering, and related matters. It is difficult to track the requirements of individual states and design equipment to comply with the varying standards. Any new government regulations or utility policies pertaining to our solar modules may result in significant additional expenses to us, our resellers, and their customers and, as a result, could cause a significant reduction in demand for our solar modules.

*Environmental obligations and liabilities could have a substantial negative impact on our financial condition, cash flows, and profitability.*

Our operations involve the use, handling, generation, processing, storage, transportation, and disposal of hazardous materials and are subject to extensive environmental laws and regulations at the national, state, local, and international levels. These environmental laws and regulations include those governing the discharge of pollutants into the air and water, the use, management, and disposal of hazardous materials and wastes, the cleanup of contaminated sites, and occupational health and safety. We have incurred and will continue to incur significant costs and capital expenditures in complying with these laws and regulations. In addition, violations of, or liabilities under, environmental laws or permits may result in restrictions being imposed on our operating activities or in our being subjected to substantial fines, penalties, criminal proceedings, third party property damage or personal injury claims, cleanup costs, or other costs. While we believe we are currently in substantial compliance with applicable environmental requirements, future developments such as more aggressive enforcement policies, the implementation of new, more stringent laws and regulations, or the discovery of presently unknown environmental conditions may require expenditures that could have a material adverse effect on our business, results of operations, and financial condition.

In addition, our products contain cadmium telluride and cadmium sulfide. Elemental cadmium and certain of its compounds are regulated as hazardous material due to the adverse health effects that may arise from human exposure. Although the risks of exposure to cadmium telluride are not believed to be as serious as those relating to exposure to elemental cadmium, the chemical, physical, and toxicological properties of cadmium telluride have not been thoroughly investigated and reported. In our manufacturing operations, we maintain engineering controls to minimize our associates' exposure to cadmium or cadmium compounds and require our associates who handle cadmium compounds to follow certain safety procedures, including the use of personal protective equipment such as respirators, chemical goggles, and protective clothing. In addition, we believe the risk of exposure to cadmium or cadmium compounds from our end-products is limited by the encapsulated nature of these materials in our products and the physical properties of cadmium compounds used in our products, and further minimized by the voluntary implementation in 2005 of our collection and recycling program for our solar modules. While we believe that these factors and procedures are sufficient to protect our associates, end-users, and the general public from adverse health effects that may arise from cadmium exposure, we cannot assure that human or environmental exposure to cadmium or cadmium compounds used in our products will not occur. Any such exposure could result in future third party claims against us, as well as damage to our reputation and heightened regulatory scrutiny of our products, which could limit or impair our ability to sell and distribute our products. The occurrence of future events such as these could have a material adverse effect on our business, financial condition, or results of operations.

The use of cadmium in various products is also coming under increasingly stringent governmental regulation. Future regulation in this area could impact the manufacture, sale, collection, and recycling of solar modules and could require us to make unforeseen environmental expenditures or limit our ability to sell and distribute our products. For example, European Union Directive 2002/95/EC on the Restriction of the Use of Hazardous Substances in electrical and electronic equipment (RoHS Directive), restricts the use of certain hazardous substances, including cadmium, in specified products. Other jurisdictions, such as China have adopted similar legislation or are considering doing so. Currently, PV solar modules are not subject to the RoHS Directive; however, the RoHS Directive allows for future amendments subjecting additional products to the requirements and the scope. Applicability and the products included in the Directive may also change. In December 2008, the European Commission issued its proposed revision of the RoHS Directive. This proposed revision did not include PV solar modules in the scope of RoHS. In November 2010, the European Parliament, European Commission and European Council agreed on a revised RoHS Directive under which all Electrical and Electronic Equipment (EEE) are included in the scope of the RoHS Directive unless specifically excluded or exempted from coverage. PV is explicitly excluded from the scope of RoHS (Article 2). The European Parliament formally adopted the agreement

17

in November 2010 and the Council is expected to formally adopt the agreement in the first half of 2011. Nevertheless, if PV modules are included in the scope of RoHS without an exemption or exclusion, we would be required to redesign our solar modules to eliminate cadmium in order to continue to offer them for sale within the European Union, which would be impractical. In such event, the European Union market would be in effect closed to us, which would have a material adverse effect on our business, financial condition, and results of operations. In 2010, 74% of our total net sales were generated from module sales in the European Union.

<div align="center">**Risks Related to our Operations, Manufacturing, and Technology**</div>

*Our operating history to date may not serve as an adequate basis to judge our future prospects and results of operations.*

Our historical operating results may not provide a meaningful basis for evaluating our business, financial performance, and prospects. While our net sales grew from $135.0 million in 2006 to nearly $2.6 billion in 2010, we may be unable to achieve similar growth, or grow at all, in future periods. Our ability to achieve similar growth in future periods is also affected by current economic conditions. Our past results occurred in an environment where, among other things, capital was generally more accessible to our customers to finance the cost of developing solar projects and economic incentives for solar power in certain core markets (such as the German FiT) were more favorable. Accordingly, you should not rely on our results of operations for any prior period as an indication of our future performance. See Item 1: "Business — Segment Information — Components Business — Customers," for a description of previous pricing adjustments under our Supply Contracts.

*We face intense competition from manufacturers of crystalline silicon solar modules, thin-film solar modules, and solar thermal and concentrated PV systems; if global supply exceeds global demand, it could lead to a reduction in the average selling price for PV modules, which could reduce our net sales and adversely affect our results of operations.*

The solar energy and renewable energy industries are highly competitive and continually evolving as participants strive to distinguish themselves within their markets and compete with the larger electric power industry. Within the global PV industry, we face competition from crystalline silicon solar module manufacturers, other thin-film solar module manufacturers and companies developing solar thermal and concentrated PV technologies. Existing or future solar manufacturers might be acquired by larger companies with significant capital resources, thereby intensifying competition with us. In addition, the introduction of a low cost disruptive technology could adversely affect our ability to compete, which could reduce our net sales and adversely affect our results of operations.

Even if demand for solar modules continues to grow, the rapid expansion plans of many solar module manufacturers could create periods where supply exceeds demand. In addition, we believe a significant decrease in the cost of silicon feedstock would provide significant reductions in the manufacturing cost of crystalline silicon solar modules and lead to pricing pressure for solar modules and potentially the oversupply of solar modules.

During any such period, our competitors could decide to reduce their sales prices in response to competition, even below their manufacturing costs, in order to generate sales. As a result, we may be unable to sell our solar modules at attractive prices, or for a profit, during any period of excess supply of solar modules, which would reduce our net sales and adversely affect our results of operations. Also, we may decide to lower our average selling price to certain customers in certain markets in response to competition.

*Thin-film technology has a short history, and our thin-film technology and solar modules and systems may perform below expectations; problems with product quality or performance may cause us to incur warranty expenses, damage our market reputation, and prevent us from maintaining or increasing our market share.*

Researchers began developing thin-film semiconductor technology over 20 years ago, but were unable to integrate the technology into a solar module production line until several years ago. Our thin-film technology and solar modules may not have a sufficient operating history to confirm how our solar modules will perform over their estimated 25-year useful life. We perform a variety of quality and life tests under different conditions. However, if our thin-film technology and solar modules perform below expectations, we could lose customers and face substantial warranty expense.

Our solar modules are sold with a five-year materials and workmanship warranty for technical defects and a 25-year warranty against declines of more than 10% of their initial rated power in the first 10 years following their installation and 20% of initial rated power in the following 15 years, respectively. As a result, we bear the risk of extensive warranty claims long after we have sold our solar modules and recognized net sales. As of December 31, 2010, our accrued warranty liability was $27.9 million, of which, $11.2 million was classified as current and $16.7 million was classified as noncurrent.

<div align="center">18</div>

Although our power output warranty extends for 25 years, our oldest solar modules manufactured during the qualification of our pilot production line have only been in use since 2001. Because of the limited operating history of our solar modules, we have been required to make assumptions regarding the durability and reliability of our solar modules. Our assumptions could prove to be materially different from the actual performance of our solar modules, causing us to incur substantial expense to repair or replace defective solar modules in the future. For example, our glass-on-glass solar modules could break, delaminate, or experience power degradation in excess of expectations, and our manufacturing operations could be subject to process variations that could cause affected modules to underperform compared to our expectations. Any widespread product failures may damage our market reputation and cause our sales to decline and require us to repair or replace the defective modules, which could have a material adverse effect on our financial results.

In addition to our solar module warranty described above, for solar power plants built by our EPC team, we currently typically provide a limited EPC warranty against defects in workmanship, engineering design, and installation services under normal use and service conditions for a period of one year following the substantial completion of a solar power plant or an energized section of a solar power plant. In resolving claims under both the workmanship and design warranties, we have the option of either remedying the defect to the warranted level through repair, refurbishment, or replacement. Any widespread failures of solar power plants built by us could damage our market reputation, cause our sales to decline, cause us to incur unexpected costs to remedy defects or otherwise negatively affect our results of operations.

*If our estimates regarding the future cost of collecting and recycling our solar modules are incorrect, we could be required to accrue additional expenses at and from the time we realize our estimates are incorrect and face a significant unplanned cash burden.*

We pre-fund our estimated future obligation for collecting and recycling our solar modules based on the present value of the expected future cost of collecting and recycling the modules, which includes the cost of packaging the solar modules for transport, the cost of freight from the solar module's installation site to a recycling center, the material, labor, and capital costs of the recycling process, and an estimated third party profit margin and return on risk for collection and recycling. We base our estimate on our experience collecting and recycling solar modules that do not pass our quality control tests and solar modules returned under our warranty, and on our expectations about future developments in recycling technologies and processes and economic conditions at the time the solar modules will be collected and recycled. If our estimates prove incorrect, we could be required to accrue additional expenses at and from the time we realize our estimates are incorrect and also face a significant unplanned cash burden at the time we realize our estimates are incorrect or end-users return their solar modules, which could harm our operating results. In addition, our end-users can return their solar modules at any time. As a result, we could be required to collect and recycle our solar modules earlier than we expect.

*Our failure to further refine our technology and develop and introduce improved PV products could render our solar modules or systems uncompetitive and reduce our net sales, profitability, and/or market share.*

We need to invest significant financial resources in research and development to continue to improve our module conversion efficiency, lower the levelized cost of electricity (LCOE) of our PV systems, and otherwise keep pace with technological advances in the solar energy industry. However, research and development activities are inherently uncertain, and we could encounter practical difficulties in commercializing our research results. We seek to continuously improve our products and processes, and the resulting changes carry potential risks in the form of delays, additional costs, or other unintended contingencies. In addition, our significant expenditures on research and development may not produce corresponding benefits. Other companies are developing a variety of competing PV technologies, including copper indium gallium diselenide and amorphous silicon, which could produce solar modules or systems that prove more cost-effective or have better performance than our solar modules or systems. In addition, other companies could potentially develop a highly reliable renewable energy system that mitigates the intermittent power production drawback of many renewable energy systems, or offers other value-added improvements from the perspective of utilities and other system owners, in which case such companies could compete with us even if the LCOE associated with such new system is higher than that of our systems. As a result, our solar modules or systems may be negatively differentiated or rendered obsolete by the technological advances of our competitors, which would reduce our net sales, profitability and/or market share.

In addition, we often forward price our products and services (including through our Supply Contracts and power purchase agreements) in anticipation of future cost reductions, and thus an inability to further refine our technology and execute our long-term manufacturing cost and LCOE reduction objectives could adversely affect our margins and operating results.

*Our failure to protect our intellectual property rights may undermine our competitive position and litigation to protect our intellectual property rights or defend against third party allegations of infringement may be costly.*

Protection of our proprietary processes, methods, and other technology is critical to our business. Failure to protect and

19

monitor the use of our existing intellectual property rights could result in the loss of valuable technologies. We rely primarily on patents, trademarks, trade secrets, copyrights, and contractual restrictions to protect our intellectual property. We regularly file patent applications to protect inventions arising from our research and development, and are currently pursuing such patent applications in the U.S. and worldwide. Our existing patents and future patents could be challenged, invalidated, circumvented, or rendered unenforceable. Our pending patent applications may not result in issued patents, or if patents are issued to us, such patents may not be sufficient to provide meaningful protection against competitors or against competitive technologies.

We also rely upon unpatented proprietary manufacturing expertise, continuing technological innovation, and other trade secrets to develop and maintain our competitive position. Although we generally enter into confidentiality agreements with our associates and third parties to protect our intellectual property, such confidentiality agreements are limited in duration and could be breached and may not provide meaningful protection for our trade secrets or proprietary manufacturing expertise. Adequate remedies may not be available in the event of unauthorized use or disclosure of our trade secrets and manufacturing expertise. In addition, others may obtain knowledge of our trade secrets through independent development or legal means. The failure of our patents or confidentiality agreements to protect our processes, equipment, technology, trade secrets, and proprietary manufacturing expertise, methods, and compounds could have a material adverse effect on our business. In addition, effective patent, trademark, copyright, and trade secret protection may be unavailable or limited in some foreign countries, especially any developing countries into which we may expand our operations. In some countries we have not applied for patent, trademark, or copyright protection.

Third parties may infringe or misappropriate our proprietary technologies or other intellectual property rights, which could have a material adverse effect on our business, financial condition, and operating results. Policing unauthorized use of proprietary technology can be difficult and expensive. Also, litigation may be necessary to enforce our intellectual property rights, protect our trade secrets, or determine the validity and scope of the proprietary rights of others. We cannot assure you that the outcome of such potential litigation will be in our favor. Such litigation may be costly and may divert management attention and other resources away from our business. An adverse determination in any such litigation may impair our intellectual property rights and may harm our business, prospects, and reputation. In addition, we have no insurance coverage against litigation costs and would have to bear all costs arising from such litigation to the extent we are unable to recover them from other parties.

***Some of our key raw materials and components are either single-sourced or sourced from a limited number of third party suppliers and their failure to perform could cause manufacturing delays and impair our ability to deliver solar modules to customers in the required quality and quantities and at a price that is profitable to us.***

Our failure to obtain raw materials and components that meet our quality, quantity, and cost requirements in a timely manner could interrupt or impair our ability to manufacture our solar modules or increase our manufacturing cost. Some of our key raw materials and components are either single-sourced or sourced from a limited number of third party suppliers. As a result, the failure of any of our suppliers to perform could disrupt our supply chain and impair our operations. In addition, some of our suppliers are small companies that may be unable to supply our increasing demand for raw materials and components as we continue to expand rapidly. We may be unable to identify new suppliers or qualify their products for use on our production lines in a timely manner and on commercially reasonable terms. A constraint on our production may cause us to be unable to meet our capacity ramp plan and/or our obligations under our customer contracts, which would have an adverse impact on our financial results.

***A disruption in our supply chain for cadmium telluride, our semiconductor material, could interrupt or impair our ability to manufacture solar modules.***

A key raw material we use in our production process is a cadmium telluride compound. Tellurium, one of the main components of cadmium telluride, is mainly produced as a by-product of copper refining and, therefore, its supply is largely dependent upon demand for copper. Our supply of cadmium telluride could be limited if any of our current suppliers or any of our future suppliers are unable to acquire an adequate supply of tellurium in a timely manner or at commercially reasonable prices. If our competitors begin to use or increase their demand for cadmium telluride, supply could be reduced and prices could increase. If our current suppliers or any of our future suppliers cannot obtain sufficient tellurium, they could substantially increase prices or be unable to perform under their contracts. We may be unable to pass increases in the cost of our raw materials through to our customers because our customer contracts do not adjust for raw material price increases and are generally for a longer term than our raw material supply contracts. A reduction in our production could result in our inability to meet our capacity ramp plan and/or our commitments under our customer contracts, which would have an adverse impact on our financial results.

***Our future success depends on our ability to continue to build new manufacturing plants and add production lines in a cost-effective manner, both of which are subject to risks and uncertainties.***

Our future success depends on our ability to significantly increase both our manufacturing capacity and production throughput

20

in a cost-effective and efficient manner. If we cannot do so, we may be unable to expand our business, decrease our manufacturing cost per watt, maintain our competitive position, satisfy our contractual obligations, or sustain profitability. Our ability to expand production capacity is subject to significant risks and uncertainties, including the following:

- making changes to our production process that are not properly qualified or that may cause problems with the quality of our solar modules;

- delays and cost overruns as a result of a number of factors, many of which may be beyond our control, such as our inability to secure successful contracts with equipment vendors;

- our custom-built equipment taking longer and costing more to manufacture than expected and not operating as designed;

- delays or denial of required approvals by relevant government authorities;

- being unable to hire qualified staff;

- failure to execute our expansion plans effectively; and

- manufacturing concentration risk resulting from an expected 24 out of 46 announced production lines worldwide by the end of 2012 being located in one geographic area, Malaysia.

*If our future production lines are not built in line with our committed schedules it may impair our growth plans. If our future production lines do not achieve operating metrics similar to our existing production lines, our solar modules could perform below expectations and cause us to lose customers.*

Currently, our production lines have a limited history of operating at full capacity. Future production lines could produce solar modules that have lower efficiencies, higher failure rates, and higher rates of degradation than solar modules from our existing production lines, and we could be unable to determine the cause of the lower operating metrics or develop and implement solutions to improve performance. Although we will be using the same systematic replication process to build our U.S., Vietnamese, and French manufacturing centers and expand our German and Malaysian manufacturing centers that we successfully used when previously building and expanding our existing German and Malaysian production facilities, our replication risk in connection with building production lines at our manufacturing centers and other future manufacturing plants could be higher than our replication risk was in building and expanding our existing German and Malaysian production facilities because these new manufacturing centers will be located in new geographic areas for us, which could entail other factors that may lower their operating metrics. If we are unable to systematically replicate our production lines to meet our committed schedules and achieve and sustain similar operating metrics in our future production lines as we have achieved at our existing production lines, our manufacturing capacity could be substantially constrained, our manufacturing costs per watt could increase, and this may impair our growth plans and/or cause us to lose customers, resulting in lower net sales, higher liabilities, and lower net income than we anticipate. In addition, we might be unable to produce enough solar modules to satisfy our contractual requirements under our customer contracts.

*Some of our manufacturing equipment is customized and sole sourced. If our manufacturing equipment fails or if our equipment suppliers fail to perform under their contracts, we could experience production disruptions and be unable to satisfy our contractual requirements.*

Some of our manufacturing equipment is customized to our production lines based on designs or specifications that we provide to the equipment manufacturer, which then undertakes a specialized process to manufacture the custom equipment. As a result, the equipment is not readily available from multiple vendors and would be difficult to repair or replace if it were to become damaged or stop working. If any piece of equipment fails, production along the entire production line could be interrupted and we could be unable to produce enough solar modules to satisfy our contractual requirements under our Supply Contracts. In addition, the failure of our equipment suppliers to supply equipment in a timely manner or on commercially reasonable terms could delay our expansion plans and otherwise disrupt our production schedule or increase our manufacturing costs, all of which would adversely impact our financial results.

*If we are unable to further increase the number of sellable watts per solar module and reduce our manufacturing cost per watt, we could be in default under certain of our Supply Contracts and our profitability could decline.*

Our Supply Contracts either (i) require us to increase the minimum average number of watts per module over the term of the contract, or (ii) have a price adjustment for increases or decreases in the number of watts per module relative to a base number of

21

watts per module. Our failure to achieve these metrics could reduce our profitability or allow some of our customers to terminate their contracts. In addition, all of our Supply Contracts in Europe specify a sales price per watt that declines at the beginning of each year through the expiration date of each contract in 2012. Our profitability could decline if we are unable to reduce our manufacturing cost per watt by at least the same rate at which our contractual prices decrease. Furthermore, our failure to reduce cost per watt by increasing our efficiency may impair our ability to enter new markets that we believe will require lower cost per watt for us to be competitive and may impair our growth plans.

*We may be unable to manage the expansion of our operations effectively.*

We expect to continue to expand our business in order to meet our contractual obligations, satisfy demand for our solar modules, and maintain or increase market share. However, depending on the amount of additional contractual obligations we enter into and our ability to expand our manufacturing capabilities in accordance with our expectations, we might be unable to produce enough solar modules to satisfy our contractual requirements under our customer contracts and other commitments, in which case we could be in default under such agreements and our operating results may be adversely affected.

To manage the continued rapid expansion of our operations, we will be required to continue to improve our operational and financial systems, procedures and controls, and expand, train, and manage our growing associate base. Our management will also be required to maintain and expand our relationships with customers, suppliers, and other third parties and attract new customers and suppliers. In addition, our current and planned operations, personnel, systems, and internal controls and procedures might be inadequate to support our future growth. If we cannot manage our growth effectively, we may be unable to take advantage of market opportunities, execute our business strategies or respond to competitive pressures.

*Implementing a new enterprise resource planning system could interfere with our business or operations and could adversely impact our financial position, results of operations, and cash flows.*

We are in the process of implementing a new enterprise resource planning (ERP) system. Phase 1 of this implementation was completed in the second half of 2010, and the second and final phase of this implementation is expected to be completed in the second half of 2011. This project requires significant investment of capital and human resources, the re-engineering of many processes of our business, and the attention of many associates and managers who would otherwise be focused on other aspects of our business. Any disruptions, delays, or deficiencies in the design and implementation of the new ERP system could result in potentially much higher costs than we had anticipated and could adversely affect our ability to process customer orders, ship products, provide services and support to customers, bill and track our customers, fulfill contractual obligations, file SEC reports in a timely manner and/or otherwise operate our business, or otherwise impact our controls environment, and any of these consequences could have an adverse effect on our financial position, results of operations, and cash flows.

*Our substantial international operations subject us to a number of risks, including unfavorable political, regulatory, labor, and tax conditions in foreign countries.*

We have significant marketing, distribution, and manufacturing operations both within and outside the United States. In 2010, 74% of our net sales were generated from customers headquartered in the European Union. In the future, we expect to expand our operations into China, India, and other countries in Europe, Asia, the Middle East, and elsewhere; as a result, we will be subject to the legal, political, social, tax, and regulatory requirements, and economic conditions of many jurisdictions. Risks inherent to international operations, include, but are not limited to, the following:

- difficulty in enforcing agreements in foreign legal systems;

- varying degrees of protection afforded to foreign investments in the countries in which we operate, and irregular interpretations and enforcement of laws and regulations in these jurisdictions;

- foreign countries may impose additional income and withholding taxes or otherwise tax our foreign operations, impose tariffs, or adopt other restrictions on foreign trade and investment, including currency exchange controls;

- fluctuations in exchange rates may affect product demand and may adversely affect our profitability in U.S. dollars to the extent the price of our solar modules and cost of raw materials, labor, and equipment is denominated in a foreign currency;

- inability to obtain, maintain, or enforce intellectual property rights;

- risk of nationalization or other expropriation of private enterprises;

22

- changes in general economic and political conditions in the countries in which we operate, including changes in the government incentives we are relying on;

- unexpected adverse changes in foreign laws or regulatory requirements, including those with respect to environmental protection, export duties, and quotas;

- opaque approval processes in which the lack of transparency may cause delays and increase the uncertainty of project approvals;

- difficulty in staffing and managing widespread operations;

- difficulty in repatriating earnings;

- difficulty in negotiating a successful collective bargaining agreement in applicable foreign jurisdictions;

- trade barriers such as export requirements, tariffs, taxes, local content requirements, and other restrictions and expenses, which could increase the price of our solar modules and make us less competitive in some countries; and

- difficulty of, and costs relating to, compliance with the different commercial and legal requirements of the overseas countries in which we offer and sell our solar modules.

Our business in foreign markets requires us to respond to rapid changes in market conditions in these countries. Our overall success as a global business depends, in part, on our ability to succeed in differing legal, regulatory, economic, social, and political conditions. We may not be able to develop and implement policies and strategies that will be effective in each location where we do business.

### Risks Related to Our Systems Business

*Project development or construction activities may not be successful and projects under development may not receive required permits or construction may not commence as scheduled, which could increase our costs and impair our ability to recover our investments.*

The development and construction of solar power electric generation facilities and other energy infrastructure projects involve numerous risks. We may be required to spend significant sums for preliminary engineering, permitting, legal, and other expenses before we can determine whether a project is feasible, economically attractive, or capable of being built. Success in developing a particular project is contingent upon, among other things:

- negotiation of satisfactory engineering, procurement, and construction agreements;

- receipt of required governmental permits and approvals, including the right to interconnect to the electric grid;

- payment of interconnection and other deposits (some of which are non-refundable);

- obtaining construction financing; and

- timely implementation and satisfactory completion of construction.

Successful completion of a particular project may be adversely affected by numerous factors, including:

- delays in obtaining required governmental permits and approvals;

- uncertainties relating to land costs for projects on land subject to Bureau of Land Management procedures;

- unforeseen engineering problems;

- construction delays and contractor performance shortfalls;

- work stoppages;

23

- cost over-runs;

- labor, equipment and materials supply shortages or disruptions;

- tax treatment;

- adverse weather conditions; and

- environmental and geological conditions.

If we are unable to complete the development of a solar power facility, or fail to meet one or more agreed target construction milestone dates, we may be subject to liquidated damages and/or penalties under the EPC agreement or other agreements relating to the project, and we typically will not be able to recover our investment in the project. Some of these investments are included as assets on our consolidated balance sheet under the line item "Project assets." If we are unable to complete the development of a solar power project, we may write-down or write-off some or all of these capitalized investments, which would have an adverse impact on our net income in the period in which the loss is recognized. In 2011, we expect to invest a significant amount of capital to develop projects owned by us or third parties.

We may enter into fixed price EPC contracts in which we act as the general contractor for our customers in connection with the installation of our solar power systems. All essential costs are estimated at the time of entering into the EPC contract for a particular project, and these are reflected in the overall price that we charge our customers for the project. These cost estimates are preliminary and may or may not be covered by contracts between us or the subcontractors, suppliers, and other parties to the project. In addition, we require qualified, licensed subcontractors to install most of our systems. Shortages of such skilled labor could significantly delay a project or otherwise increase our costs. Should miscalculations in planning a project occur (including those due to unexpected increases in inflation or commodity prices) or delays in execution occur and we are unable to increase commensurately the EPC sales price, we may not achieve our expected margins or we may be required to record a loss in the relevant fiscal period.

***We may be unable to acquire or lease land and/or obtain the approvals, licenses, and permits necessary to build and operate PV power plants in a timely and cost effective manner, and regulatory agencies, local communities, labor unions or other third parties may delay, prevent, or increase the cost of construction and operation of the PV plants we intend to build.***

In order to construct and operate our PV plants, we need to acquire or lease land and obtain all necessary local, county, state, federal, and foreign approvals, licenses, and permits. We may be unable to acquire the land or lease interests needed, may not receive or retain the requisite approvals, permits, and licenses, or may encounter other problems which could delay or prevent us from successfully constructing and operating PV plants. For instance, the California Independent System Operator has modified its transmission interconnection rules, phasing out a serial process in favor of a cluster process for new projects, and may further modify its rules in a manner that could negatively impact our favorable position in transmission queues. Certain of our California projects under development will remain subject to the serial process while other projects in earlier stages of development, as well as new projects on a going-forward basis, will be subject to the cluster process. Although the transition to the cluster process is still evolving and its ultimate impact is not yet fully known, our project transmission cost could be materially higher than previously estimated under the serial process and our projects could be delayed or subject to transmission planning timing uncertainties. We also may be required to post interconnection deposits (which may not be refundable) sooner than previously estimated under the serial process.

Many of our proposed PV plants are located on or require access through public lands administered by federal and state agencies pursuant to competitive public leasing and right-of-way procedures and processes. The authorization for the use, construction, and operation of PV plants and associated transmission facilities on federal, state, and private lands will also require the assessment and evaluation of mineral rights, private rights-of-way, and other easements; environmental, agricultural, cultural, recreational, and aesthetic impacts; and the likely mitigation of adverse impacts to these and other resources and uses. The inability to obtain the required permits and, potentially, excessive delay in obtaining such permits due, for example, to litigation or third party appeals, could prevent us from successfully constructing and operating PV plants in a timely manner and could result in a potential forfeiture of any deposit we have made with respect to a given project. Moreover, project approvals subject to project modifications and conditions, including mitigation requirements and costs, could affect the financial success of a given project.

In addition, local labor unions may increase the cost of, and/or lower the productivity of, project development in Canada, California, and elsewhere. We may also be subject to labor unavailability and/or increased union labor requirements due to multiple simultaneous projects in a geographic region

24

In China our projects are subject to a number of government approvals, including the approval of a pre-feasibility and feasibility study. Individually, the pre-feasibility and feasibility study require many different government approvals at the national, provincial, and local levels, and the approval process is discretionary and not fully transparent.

**Lack of transmission capacity availability, potential upgrade costs to the transmission grid, and other systems constraints could significantly impact our ability to build PV plants and generate solar electricity power sales.**

In order to deliver electricity from our PV plants to our customers, our projects need to connect to the transmission grid. The lack of available capacity on the transmission grid could substantially impact our projects and cause reductions in project size, delays in project implementation, increases in costs from transmission upgrades, and potential forfeitures of any deposit we have made with respect to a given project. These transmission issues, as well as issues relating to the availability of large systems such as transformers and switch gear, could significantly impact our ability to build PV plants and generate solar electricity sales.

**Our systems business is largely dependent on us and third parties arranging financing from various sources, which may not be available or may only be available on unfavorable terms or in insufficient amounts.**

The construction of the large utility-scale solar power projects under development by us is expected in many cases to require project financing, including non-recourse project debt financing in the bank loan market and institutional debt capital markets. Uncertainties exist as to whether our projects will be able to access the debt markets in a sufficient magnitude to finance their construction. If we are unable to arrange such financing or if it is only available on unfavorable terms, we may be unable to fully execute our systems business plan. In addition, we generally expect to sell our projects by raising project equity capital from tax oriented, strategic industry, and other equity investors. Such equity sources may not be available or may only be available in insufficient amounts, in which case our ability to sell our projects may be delayed or limited and our business, financial condition, or results of operations may be adversely affected.

In addition, for projects in which we provide EPC services but are not the project developer, our EPC activities are in many cases dependent on the ability of third parties to purchase our PV plant projects, which, in turn, is dependent on their ability to obtain financing for such purchases. Depending on prevailing conditions in the credit markets and other factors, such financing may not be available or may only be available on unfavorable terms or in insufficient amounts. If third parties are limited in their ability to access financing to support their purchase of PV power plant projects from us, we may not realize the cash flows that we expect from such sales, and this could adversely affect our ability to invest in our business and/or generate revenue. See also the risk factor above entitled "*An increase in interest rates or lending rates or tightening of the supply of capital in the global financial markets (including a reduction in total tax equity availability) could make it difficult for end-users to finance the cost of a PV system and could reduce the demand for our solar modules and/or lead to a reduction in the average selling price for PV modules.*"

**Developing solar power projects may require significant upfront investment prior to the signing of a power purchase agreement or an EPC contract, which could adversely affect our business and results of operations.**

Our solar power project development cycles, which span the time between the identification of land and the commercial operation of a PV power plant project, vary substantially and can take many months or years to mature. As a result of these long project cycles, we may need to make significant upfront investments of resources (including, for example, large transmission deposits or other payments, which may be non-refundable) in advance of the signing of PPAs and EPC contracts and the receipt of any revenue, much of which is not recognized for several additional months or years following contract signing. Our potential inability to enter into sales contracts with potential customers after making such upfront investments could adversely affect our business and results of operations.

Our liquidity may be adversely affected to the extent the project sale market weakens and we are unable to sell our solar projects on pricing, terms and timing commercially acceptable to us.

<div align="center">

**Other Risks**

</div>

**We may not realize the anticipated benefits of past or future acquisitions, and integration of these acquisitions may disrupt our business and management.**

We have made several acquisitions in the last several years, and in the future we may acquire additional companies, project pipelines, products, or technologies or enter into joint ventures or other strategic initiatives. We may not realize the anticipated benefits of an acquisition and each acquisition has numerous risks. These risks include the following:

<div align="center">

25

</div>

- difficulty in assimilating the operations and personnel of the acquired company;

- difficulty in effectively integrating the acquired technologies or products with our current products and technologies;

- difficulty in maintaining controls, procedures, and policies during the transition and integration;

- disruption of our ongoing business and distraction of our management and associates from other opportunities and challenges due to integration issues;

- difficulty integrating the acquired company's accounting, management information, and other administrative systems;

- inability to retain key technical and managerial personnel of the acquired business;

- inability to retain key customers, vendors, and other business partners of the acquired business;

- inability to achieve the financial and strategic goals for the acquired and combined businesses;

- incurring acquisition-related costs or amortization costs for acquired intangible assets that could impact our operating results;

- potential impairment of our relationships with our associates, customers, partners, distributors, or third party providers of technology or products;

- potential failure of the due diligence processes to identify significant issues with product quality, architecture, and development or legal and financial liabilities, among other things;

- potential inability to assert that internal controls over financial reporting are effective;

- potential inability to obtain, or obtain in a timely manner, approvals from governmental authorities, which could delay or prevent such acquisitions; and

- potential delay in customer purchasing decisions due to uncertainty about the direction of our product offerings.

Mergers and acquisitions of companies are inherently risky, and ultimately, if we do not complete the integration of acquired businesses successfully and in a timely manner, we may not realize the anticipated benefits of the acquisitions to the extent anticipated, which could adversely affect our business, financial condition, or results of operations.

*Our future success depends on our ability to retain our key associates and to successfully integrate them into our management team.*

We are dependent on the services of our executive officers and other members of our senior management team. The loss of one or more of these key associates or any other member of our senior management team could have a material adverse effect on us. We may not be able to retain or replace these key associates, and we may not have adequate succession plans in place. Several of our current key associates including our executive officers are subject to employment conditions or arrangements that contain post-employment non-competition provisions. However, these arrangements permit the associates to terminate their employment with us upon little or no notice and the enforceability of the non-competition provisions is uncertain.

*If we are unable to attract, train, and retain key personnel, our business may be materially and adversely affected.*

Our future success depends, to a significant extent, on our ability to attract, train, and retain management, operations, and technical personnel. Recruiting and retaining capable personnel, particularly those with expertise in the PV industry and thin-film technology, are vital to our success. There is substantial competition for qualified technical personnel and there can be no assurance that we will be able to attract or retain our technical personnel. If we are unable to attract and retain qualified associates, or otherwise experience labor disruptions our business may be materially and adversely affected.

*We may be exposed to infringement or misappropriation claims by third parties, which, if determined adversely to us, could cause us to pay significant damage awards or prohibit us from the manufacture and sale of our solar modules or the use of our technology.*

26

Our success depends largely on our ability to use and develop our technology and know-how without infringing or misappropriating the intellectual property rights of third parties. The validity and scope of claims relating to PV technology patents involve complex scientific, legal, and factual considerations and analysis and, therefore, may be highly uncertain. We may be subject to litigation involving claims of patent infringement or violation of intellectual property rights of third parties. The defense and prosecution of intellectual property suits, patent opposition proceedings, and related legal and administrative proceedings can be both costly and time consuming and may significantly divert the efforts and resources of our technical and management personnel. An adverse determination in any such litigation or proceedings to which we may become a party could subject us to significant liability to third parties, require us to seek licenses from third parties, which may not be available on reasonable terms, or at all, or pay ongoing royalties, require us to redesign our solar module, or subject us to injunctions prohibiting the manufacture and sale of our solar modules or the use of our technologies. Protracted litigation could also result in our customers or potential customers deferring or limiting their purchase or use of our solar modules until the resolution of such litigation.

*Currency translation and transaction risk may negatively affect our net sales, cost of sales, and gross margins and could result in exchange losses.*

Although our reporting currency is the U.S. dollar, we conduct our business and incur costs in the local currency of most countries in which we operate. As a result, we are subject to currency translation and transaction risk. For example, 73% and 86% of our net sales were denominated in euro for the years ended December 31, 2010 and December 26, 2009, respectively, and we expect a large percentage of our net sales to be outside the United States and denominated in foreign currencies in the future. In addition, our operating expenses for our manufacturing plants located outside the U.S. (currently Germany and Malaysia, and Vietnam and France in the future) and our operations for our systems business in European countries and Canada will be denominated in the local currency. Changes in exchange rates between foreign currencies and the U.S. dollar could affect our net sales and cost of sales and could result in exchange gains or losses. For example, the weakening of the euro reduced our net sales by $49.4 million during fiscal 2010 compared with fiscal 2009. In addition, we incur currency transaction risk whenever one of our operating subsidiaries enters into either a purchase or a sales transaction using a different currency from our reporting currency. For example, our European Supply Contracts specify fixed pricing in euros through 2012 and do not adjust for changes in the U.S. dollar to euro exchange rate. We cannot accurately predict the impact of future exchange rate fluctuations on our results of operations.

We could also expand our business into emerging markets, many of which have an uncertain regulatory environment relating to currency policy. Conducting business in such emerging markets could cause our exposure to changes in exchange rates to increase.

Our ability to hedge foreign currency exposure is dependent on our credit profile with the banks that are willing and able to do business with us. Deterioration in our credit position or a significant tightening of the credit market conditions could limit our ability to hedge our foreign currency exposure; and therefore, result in exchange losses.

*The Estate of John T. Walton and its affiliates have significant control over us and their interests may conflict with or differ from interests of other stockholders.*

Our largest stockholder, the Estate of John T. Walton and its affiliates, including JCL Holdings, LLC and JTW Trust No. 1 UAD 9/19/02 (collectively, the Estate), owned approximately 33% of our outstanding common stock at December 31, 2010. As a result, the Estate has substantial influence over all matters requiring stockholder approval, including the election of our directors and the approval of significant corporate transactions such as mergers, tender offers, and the sale of all or substantially all of our assets. The interests of the Estate could conflict with or differ from interests of other stockholders. For example, the concentration of ownership held by the Estate could delay, defer or prevent a change of control of our company or impede a merger, takeover, or other business combination which a majority of stockholders may view favorably.

*If our goodwill or project assets become impaired, we may be required to record a significant charge to earnings.*

We may be required to record a significant charge to earnings in our financial statements should we determine that our goodwill or project assets are impaired. Such a charge might have a significant impact on our financial position and results of operations.

As required by accounting rules, we review our goodwill and project assets for impairment when events or changes in our business or circumstances indicate that their fair value might be less than their carrying value. Factors that may be considered a change in circumstances indicating that the carrying value of our goodwill might not be recoverable include a significant decline in our stock price and market capitalization, a significant decline in projections of future cash flows and significantly slower growth rates in our industry. We are also required to test goodwill for impairment at least annually. We would write down project assets,

27

which are capitalized on the balance sheet for certain solar power projects, should we determine that the project is not commercially viable.

***Unanticipated changes in our tax provisions, the adoption of a new U.S. tax legislation, or exposure to additional income tax liabilities could affect our profitability.***

We are subject to income taxes in the United States and the foreign jurisdictions in which we operate. Our tax liabilities are affected by the amounts we charge for inventory, services, licenses, funding, and other items in inter-company transactions. We are subject to potential tax examinations in these various jurisdictions. Tax authorities may disagree with our inter-company charges, cross-jurisdictional transfer pricing or other tax positions and assess additional taxes. We regularly assess the likely outcomes of these examinations in order to determine the appropriateness of our tax provision in accordance with ASC 740, *Income Taxes*. However, there can be no assurance that we will accurately predict the outcomes of these potential examinations, and the amounts ultimately paid upon resolution of examinations could be materially different from the amounts previously included in our income tax expense and therefore, could have a material impact on our tax provision, net income, and cash flows. In addition, our future effective tax rate could be adversely affected by changes to our operating structure, loss of our Malaysian tax holiday, changes in the mix of earnings in countries with tax holidays or differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities, changes in tax laws, and the discovery of new information in the course of our tax return preparation process. In addition, recently announced proposals for new U.S. tax legislation could have a material effect on the results of our operations; if enacted.

***Our credit agreements contain covenant restrictions that may limit our ability to operate our business.***

We may be unable to respond to changes in business and economic conditions, engage in transactions that might otherwise be beneficial to us, and obtain additional financing, if needed, because our revolving credit agreement with JPMorgan Chase Bank, N.A., as Administrative Agent, and our Malaysian facility agreement contain, and any of our other future debt agreements may contain, covenant restrictions that limit our ability to, among other things:

- incur additional debt, assume obligations in connection with letters of credit, or issue guarantees;

- create liens;

- enter into certain transactions with our affiliates;

- sell certain assets; and

- declare or pay dividends, make other distributions to stockholders, or make other restricted payments.

Under our revolving credit agreement and our Malaysian facility agreement, we are also subject to certain financial condition covenants. Our ability to comply with covenants under our credit agreements is dependent on our future performance, which will be subject to many factors, some of which are beyond our control, including prevailing economic conditions. In addition, our failure to comply with these covenants could result in a default under these agreements and any of our other future debt agreements, which if not cured or waived, could permit the holders thereof to accelerate such debt. If any of our debt is accelerated, we may in the future not have sufficient funds available to repay such debt, which could materially and negatively affect our financial condition and results of operations.

**Item 1B:** *Unresolved Staff Comments*

None.

**Item 2:** *Properties*

As of February 24, 2011, our principal properties consisted of the following:

28

| Nature | Primary Segment (s) Using Property | Location | Held | Major Encumbrances |
|---|---|---|---|---|
| Manufacturing Plant | Components | Perrysburg, Ohio, United States | Own | State of Ohio Loan (1) |
| Manufacturing Plant | Components | Frankfurt/Oder, Germany | Own | None |
| Manufacturing Plants | Components | Kulim, Kedah, Malaysia | Lease Land/Own Buildings | n/a |
| Corporate Headquarters | Components & Systems | Tempe, Arizona, United States | Lease | n/a |
| Administrative Office | Components & Systems | Bridgewater, New Jersey, United States | Lease | n/a |
| Administrative Office | Components & Systems | New York, New York, United States | Lease | n/a |
| Administrative Office | Systems | Oakland, California, United States | Lease | n/a |
| Administrative Office | Systems | San Francisco, California, United States | Lease | n/a |
| Administrative Office | Components | Santa Clara, California, United States | Lease | n/a |
| Administrative Office | Components & Systems | Mainz, Germany | Lease | n/a |

(1)   See Note 14. "Debt," to our consolidated financial statements included in this Annual Report on Form 10-K for additional information.

In addition, we lease office space in several other U.S. and international locations.

As of February 24, 2011, we operated 28 production lines with an annual global manufacturing capacity of approximately 1.8 GW (based on the average per line run rate for the fourth quarter of 2010 at our existing plants) at our manufacturing plants in Perrysburg, Ohio, Frankfurt/Oder, Germany, and Kulim, Malaysia. All of our manufacturing plants are at full productive capacity and operate 24 hours a day, seven days a week. We expect to increase our manufacturing capacity to 46 production lines (including our previously announced four-line plants in Vietnam and the United States) by the end of 2012, with an annual global manufacturing capacity of approximately 2.9 GW (based on the average per line run rate for the fourth quarter of 2010 at our existing plants). We have put the construction of our Blanquefort, France manufacturing plant on hold until we have greater clarity about the future of the French market.

**Item 3:  *Legal Proceedings***

   ***General***

In the ordinary conduct of our business, we are subject to periodic lawsuits, investigations, and claims, including, but not limited to, routine employment matters. Although we cannot predict with certainty the ultimate resolution of lawsuits, investigations, and claims asserted against us, we do not believe that any currently pending legal proceeding to which we are a party will have a material adverse effect on our business, results of operations, cash flows, or financial condition.

**Item 4:  [*Removed and Reserved*]**

None.

<div align="center">

**PART II**

</div>

**Item 5:  *Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities***

**Price Range of Common Stock**

Our common stock has been listed on The NASDAQ Global Select Market under the symbol "FSLR" since November 17, 2006. Prior to this time, there was no public market for our common stock. The following table sets forth the range of high and low sales prices per share as reported on The NASDAQ Global Select Market for the periods indicated.

<div align="center">29</div>

|  | High | | Low | |
|---|---|---|---|---|
| **Fiscal Year 2010** | | | | |
| First Quarter | $ | 142.46 | $ | 98.71 |
| Second Quarter | $ | 152.53 | $ | 100.19 |
| Third Quarter | $ | 148.16 | $ | 112.06 |
| Fourth Quarter | $ | 153.30 | $ | 120.90 |
| **Fiscal Year 2009** | | | | |
| First Quarter | $ | 165.20 | $ | 100.90 |
| Second Quarter | $ | 207.51 | $ | 129.78 |
| Third Quarter | $ | 176.05 | $ | 112.09 |
| Fourth Quarter | $ | 162.20 | $ | 115.09 |

The closing sales price of our common stock on The NASDAQ Global Select Market was $164.68 per share on February 24, 2011. As of February 24, 2011 there were 57 record holders of our common stock. This figure does not reflect the beneficial ownership of shares held in nominee names.

### Dividend Policy

We have never paid, and it is our present intention for the foreseeable future not to pay, dividends on our common stock. Our revolving credit facility imposes restrictions on our ability to declare or pay dividends. The declaration and payment of dividends is subject to the discretion of our board of directors and depends on various factors, including the continued applicability of the above-referenced restrictions under our revolving credit facility, our net income, financial condition, cash requirements, future prospects, and other factors deemed relevant by our board of directors.

### Equity Compensation Plans

The following table sets forth certain information, as of December 31, 2010, concerning securities authorized for issuance under all equity compensation plans of our company:

| Plan Category | Number of Securities to be Issued Upon Exercise of Outstanding Options and Rights (a)(1)(3) | Weighted-Average Exercise Price of Outstanding Options and Rights (b)(2) | | Number of Securities Remaining Available for Future Issuance Under Equity Compensation Plans (Excluding Securities Reflected in Column (a))(c)(4) |
|---|---|---|---|---|
| Equity compensation plans approved by our stockholders | 2,185,565 | $ | 55.42 | 10,002,336 |
| Equity compensation plans not approved by our stockholders | — | | — | — |
| Total | 2,185,565 | $ | 55.42 | 10,002,336 |

(1)   Includes 1,768,720 shares issuable upon vesting of RSUs granted under the 2006 and 2010 Omnibus Incentive Compensation Plans. The remaining balance consists of outstanding stock option grants.

(2)   The weighted average exercise price does not take into account the shares issuable upon vesting of outstanding RSUs, which have no exercise price.

(3)   Includes our 2003 Unit Option Plan and our 2006 and 2010 Omnibus Incentive Compensation Plans.

(4)   Includes our 2003 Unit Option Plan and 2010 Omnibus Incentive Compensation Plan.

### Stock Price Performance Graph

The following graph compares the cumulative 49-month total return on our common stock with the cumulative total returns of the S&P 500 Index, the Guggenheim Solar Index, and a peer group consisting of six comparable issuers: Q-Cells SE; SolarWorld

30

AG; SunPower Corporation; Suntech Power Holdings Company, Limited; Trina Solar Limited; and Yingli Green Energy Holding Company Limited. We believe that a peer group consisting of comparable issuers and the Guggenheim Solar Index is representative of the solar industry as a whole. In the stock price performance graph included below, an investment of $100 (with reinvestment of all dividends) is assumed to have been made in our common stock and in each index on November 17, 2006 (October 31, 2006 for index), and its relative performance is tracked through December 31, 2010. No cash dividends have been declared on shares of our common stock. This performance graph is not "soliciting material," is not deemed filed with the SEC, and is not to be incorporated by reference in any filing by us under the Securities Act of 1933, as amended (the "Securities Act"), or the Exchange Act, whether made before or after the date hereof, and irrespective of any general incorporation language in any such filing. The stock price performance shown on the graph represents past performance and should not be considered an indication of future price performance.



**COMPARISON OF 49 MONTH CUMULATIVE TOTAL RETURN\***
Among First Solar, Inc., the S&P 500 Index,
a Peer Group, and the Guggenheim Solar Index

*\$100 invested on 11/17/06 in stock or 10/31/06 in index, including reinvestment of dividends.
Fiscal year ending December 31.

|  | 11/17/06 | 12/30/06 | 12/29/07 | 12/27/08 | 12/26/09 | 12/31/10 |
|---|---|---|---|---|---|---|
| **First Solar, Inc.** | $ 100.00 | $ 120.61 | $ 1,075.34 | $ 545.72 | $ 540.82 | $ 526.03 |
| **S&P 500 Index** | $ 100.00 | $ 103.33 | $ 109.01 | $ 68.68 | $ 86.85 | $ 99.93 |
| **Peer Group** | $ 100.00 | $ 116.03 | $ 323.17 | $ 58.60 | $ 75.21 | $ 39.79 |
| **Guggenheim Solar Index** | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 131.75 | $ 94.34 |

*The stock price performance included in this graph is not necessarily indicative of future stock price performance.*

**Recent Sales of Unregistered Securities**

31

As previously reported in a Current Report on Form 8-K filed with the Securities and Exchange Commission on April 9, 2009, on April 3, 2009, we completed the acquisition of the solar power project development business (the Project Business) of OptiSolar Inc., a Delaware corporation (OptiSolar). Pursuant to an Agreement and Plan of Merger (the Merger Agreement) dated as of March 2, 2009 by and among First Solar, First Solar Acquisition Corp., a Delaware corporation (Merger Sub), OptiSolar, and OptiSolar Holdings LLC, a Delaware limited liability company (OptiSolar Holdings), Merger Sub merged with and into OptiSolar, with OptiSolar surviving as a wholly-owned subsidiary of First Solar (the Merger). Pursuant to the Merger, all of the outstanding shares of common stock of OptiSolar held by OptiSolar Holdings were exchanged for 2,972,420 shares of First Solar common stock, par value $0.001 per share (the Merger Shares), including (i) 732,789 shares that have been issued and deposited with an escrow agent to support certain indemnification obligations of OptiSolar Holdings, and (ii) 355,096 shares that were issuable upon satisfaction of conditions relating to the satisfaction of certain then existing liabilities of OptiSolar (the Holdback Shares). The Merger Shares and certain Holdback Shares were issued, and any remaining Holdback Shares will be issued in a private placement exempt from registration pursuant to Section 4(2) of the Securities Act of 1933, as amended. First Solar has prepared and filed with the Securities and Exchange Commission a registration statement under the Securities Act covering the resale of 2,801,435 of the Merger Shares.

During 2010, 12,847 Holdback Shares were issued to OptiSolar Holdings. As of December 31, 2010, 346,779 Holdback Shares had been issued to OptiSolar Holdings, and a total of 2,964,103 Merger Shares had been issued. The period during which claims for indemnification from the escrow fund may be initiated commenced on April 3, 2009, and will end on April 3, 2011.

**Purchases of Equity Securities by the Issuer and Affiliate Purchases**

None.

**Item 6:** *Selected Financial Data*

The following table sets forth our selected consolidated financial data for the periods and at the dates indicated.

The selected consolidated financial information for the fiscal years ended December 31, 2010, December 26, 2009, and December 27, 2008 has been derived from the audited consolidated financial statements included in this Annual Report on Form 10-K. The selected consolidated financial data for the fiscal years ended December 29, 2007 and December 30, 2006 have been derived from audited consolidated financial statements not included in this Annual Report on Form 10-K. The information presented below should be read in conjunction with Item 7: "Management's Discussion and Analysis of Financial Condition and Results of Operations," and our consolidated financial statements and the related notes thereto.

32

|  | **Years Ended** | | | | |
|---|---|---|---|---|---|
|  | Dec 31, 2010 | Dec 26, 2009 | Dec 27, 2008 | Dec 29, 2007 | Dec 30, 2006 |
|  | (In thousands, except per share amounts) | | | | |
| **Statement of Operations:** | | | | | |
| Net sales | $ 2,563,515 | $ 2,066,200 | $ 1,246,301 | $ 503,976 | $ 134,974 |
| Cost of sales | 1,378,669 | 1,021,618 | 567,908 | 252,573 | 80,730 |
| Gross profit | 1,184,846 | 1,044,582 | 678,393 | 251,403 | 54,244 |
| Research and development | 94,797 | 78,161 | 33,517 | 15,107 | 6,361 |
| Selling, general and administrative | 321,704 | 272,898 | 174,039 | 82,248 | 33,348 |
| Production start-up | 19,442 | 13,908 | 32,498 | 16,867 | 11,725 |
| Operating income | 748,903 | 679,615 | 438,339 | 137,181 | 2,810 |
| Foreign currency (loss) gain | (3,468) | 5,207 | 5,722 | 1,881 | 5,544 |
| Interest income | 14,375 | 9,735 | 21,158 | 20,413 | 2,648 |
| Interest expense, net | (6) | (5,258) | (509) | (2,294) | (1,023) |
| Other income (expense), net | 2,273 | (2,985) | (934) | (1,219) | (799) |
| Income tax expense (benefit) | 97,876 | 46,176 | 115,446 | (2,392) | 5,206 |
| Net income | $ 664,201 | $ 640,138 | $ 348,330 | $ 158,354 | $ 3,974 |
| **Net income per share data:** | | | | | |
| Basic net income per share: | | | | | |
| Net income per share | $ 7.82 | $ 7.67 | $ 4.34 | $ 2.12 | $ 0.07 |
| Weighted average shares | 84,891 | 83,500 | 80,178 | 74,701 | 56,310 |
| Diluted net income per share: | | | | | |
| Net income per share | $ 7.68 | $ 7.53 | $ 4.24 | $ 2.03 | $ 0.07 |
| Weighted average shares | 86,491 | 85,044 | 82,124 | 77,971 | 58,255 |
| Cash dividends declared per common share | $ — | $ — | $ — | $ — | $ — |

|  | **Years Ended** | | | | |
|---|---|---|---|---|---|
|  | Dec 31, 2010 | Dec 26, 2009 | Dec 27, 2008 | Dec 29, 2007 | Dec 30, 2006 |
|  | (In thousands) | | | | |
| **Cash Flow Data:** | | | | | |
| Net cash provided by (used in) operating activities | $ 705,492 | $ 675,193 | $ 463,067 | $ 205,951 | $ (576) |
| Net cash used in investing activities | (742,085) | (701,690) | (308,441) | (547,250) | (159,994) |
| Net cash provided by (used in) financing activities | 150,451 | (22,021) | 177,549 | 430,421 | 451,550 |

33

| | Years Ended | | | | |
| | Dec 31, 2010 | Dec 26, 2009 | Dec 27, 2008 | Dec 29, 2007 | Dec 30, 2006 |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| **Balance Sheet Data:** | | | | | |
| Cash and cash equivalents | $ 765,689 | $ 664,499 | $ 716,218 | $ 404,264 | $ 308,092 |
| Marketable securities, current and noncurrent | 348,160 | 449,844 | 105,601 | 265,399 | 323 |
| Accounts receivable, net | 305,537 | 226,826 | 61,703 | 18,165 | 27,123 |
| Inventories, current and noncurrent | 243,170 | 174,516 | 121,554 | 40,204 | 16,510 |
| Property, plant and equipment, net | 1,430,789 | 988,782 | 842,622 | 430,104 | 178,868 |
| Project assets, current and noncurrent | 320,140 | 132,496 | — | — | — |
| Deferred tax assets, current and noncurrent | 259,624 | 152,194 | 71,247 | 55,701 | — |
| Total assets | 4,380,403 | 3,349,512 | 2,114,502 | 1,371,312 | 578,510 |
| Long-term debt | 237,391 | 174,958 | 198,470 | 108,165 | 80,697 |
| Accrued solar module collection and recycling liability | 132,951 | 92,799 | 35,238 | 13,079 | 3,724 |
| Total liabilities | 925,458 | 696,725 | 601,460 | 274,045 | 116,844 |
| Total stockholders' equity | 3,454,945 | 2,652,787 | 1,513,042 | 1,097,267 | 411,440 |

**Item 7:** *Management's Discussion and Analysis of Financial Condition and Results of Operations*

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our consolidated financial statements and the related notes thereto included in this Annual Report on Form 10-K. In addition to historical consolidated financial information, the following discussion and analysis contains forward-looking statements that involve risks, uncertainties, and assumptions as described under the "Note Regarding Forward-Looking Statements," that appears earlier in this Annual Report on Form 10-K. Our actual results could differ materially from those anticipated by these forward-looking statements as a result of many factors, including those discussed under Item 1A: "Risk Factors," and elsewhere in this Annual Report on Form 10-K.*

**Overview**

We manufacture and sell solar modules with an advanced thin-film semiconductor technology, and we design, construct, and sell photovoltaic (PV) solar power systems.

In furtherance of our goal of delivering the lowest cost of solar electricity and achieving price parity with conventional fossil-fuel based peak electricity generation, we are continually focused on reducing PV solar system costs in four primary areas: module manufacturing, balance-of-system (BoS) costs (consisting of the costs of the components of a solar power system other than the solar modules, such as inverters, mounting hardware, grid interconnection equipment, wiring and other devices, and installation labor costs), project development costs, and the cost of capital. First, with respect to our module manufacturing costs, our advanced technology has allowed us to reduce our average module manufacturing costs to the lowest in the world, based on publicly available information. In 2010, our total average manufacturing costs were $0.77 per watt, which we believe is significantly less than those of traditional crystalline silicon solar module manufacturers. By continuing to improve conversion efficiency and production line throughput, lower material costs, and drive volume scale to further decrease overhead costs, we believe that we can further reduce our manufacturing costs per watt and maintain our cost advantage over traditional crystalline silicon solar module manufacturers. Second, by continuing to improve conversion efficiency, leverage volume procurement around standardized hardware platforms, and accelerate installation time, we believe we can continue to make reductions in BoS costs, which represent over half of all of the costs associated with a typical utility-scale PV solar power system. Third, with respect to project development costs, we seek optimal site locations in an effort to minimize transmission and permitting costs, and to accelerate lead time to electricity generation. Finally, we believe that continuing to strengthen our financial position, including our balance sheet and credit profile, together with our increasing solar power system operating experience, will enable us to continue to lower the cost of capital associated with our solar power systems, thereby further enhancing the economic viability of our projects and lowering the cost of electricity generated by solar power systems that incorporate our modules and technology.

We believe that combining our reliable, low cost module manufacturing capability with our systems business enables us to

34

more rapidly reduce the price of solar electricity, accelerate the adoption of our technology in large scale systems, identify and break constraints to the successful migration to sustainable solar markets, and further our mission to create enduring value by enabling a world powered by clean, affordable solar electricity.

We operate our business in two segments. Our components segment designs, manufactures, and sells solar modules to solar project developers and system integrators. Through our systems segment, we have the capability to provide a complete PV solar power system, using our solar modules, for utility-scale or large commercial systems. Providing a complete PV solar power system includes project development, engineering, procurement, and construction (EPC), operating and maintenance (O&M) services, when applicable, and project finance, when required. We view the sale of solar modules from the components segment as the core driver of our profitability, return on net assets, and cash throughput. We view our systems segment as an enabler to drive module throughput for our components business with the objective of achieving break-even results before income taxes for our systems segment. See also Note 23. "Segment and Geographical Information," to our consolidated financial statements included in this Annual Report on Form 10-K.

Historically, our fiscal quarters ended on the Saturday closest to the end of the applicable calendar quarter. In July 2010, our board of directors approved a change in our fiscal year from a 52 or 53 week fiscal year to a calendar year. This change to the calendar year cycle became effective as of the end of the 2010 fiscal year. As a result, our 2010 fiscal year, which began on December 27, 2009, ended on December 31, 2010 instead of December 25, 2010. In addition, effective January 1, 2011, our fiscal quarters will also coincide with calendar quarters. All references to fiscal year 2010 relate to the 53 weeks ended December 31, 2010; all references to fiscal year 2009 relate to the 52 weeks ended December 26, 2009; and all references to fiscal year 2008 relate to the 52 weeks ended December 27, 2008.

### Manufacturing Capacity

As of December 31, 2010, we operated 24 production lines with an annual global manufacturing capacity of approximately 1.5 GW (based on the average per line run rate for the fourth quarter of 2010 at our existing plants) at our manufacturing plants in Perrysburg, Ohio, Frankfurt/Oder, Germany, and Kulim, Malaysia. We expect to increase our manufacturing capacity to 46 production lines (including our previously announced 4-line plants in Vietnam and the United States) by the end of 2012, with an annual global manufacturing capacity of approximately 2.9 GW (based on the average per line run rate for the fourth quarter of 2010 at our existing plants).

### Market Overview

In addressing a growing global demand for PV solar electricity, we target markets with varying approaches depending on the underlying economics, market requirements, and distribution channels. In subsidized FiT markets, such as Germany, we have historically sold most of our solar modules to solar project developers, system integrators, and independent power producers. In other markets, such as the United States, the demand for solar has been primarily driven by state level renewable portfolio standards requiring regulated utilities to supply a portion of their total electricity from renewable energy sources such as solar power. To meet the needs of these markets and enable BoS cost reductions, we have developed a fully integrated systems business that can provide a low-cost turn-key utility-scale PV system solution for system owners and low cost electricity to utility end-users. Our fully integrated systems business has enabled us to increase module throughput, drive cost reduction across the value chain, identify and break constraints to sustainable markets, and to deliver the most compelling solutions to our customers and end-users. With our fully integrated systems business, we believe we are in a position to expand our business in transition markets and eventually economically sustainable markets (in which subsidies or incentives are minimal), which are expected to develop in areas with abundant solar resources and sizable electricity demand. We are committed to continually lowering the cost of solar electricity, and in the long term, we plan to compete on an economic basis with conventional fossil fuel based peaking power generation.

Net sales for the year ended December 31, 2010 were primarily driven by revenue recognition on several utility scale solar power projects in North America and strong European installations, primarily in Germany, France, and Italy. Net sales from German customers resulted from a combination of demand in advance of further German FiT reductions (taking effect on July 1, 2010, October 1, 2010, and at the beginning of 2011), customer participation in our rebate program, and improving project finance and overall corporate finance conditions.

In light of strong 2010 solar growth, the major European governments are currently seeking to balance subsidy costs with their commitment to the EU directive's goal of a 20% share of energy from renewable sources in the EU by 2020.  Governments in Germany, France, and Italy are in the process of evaluating additional changes to their FiT structures. The German government is expected to adopt a partial acceleration of the January 2012 FiT digression to mid-2011. In Germany, which accounted for approximately 46% of our 2010 net sales, a mid-year FiT decrease (as was effected in 2010), if enacted, could contribute to a short-term pull-in of demand, but carries the potential for tighter economics in the second half of 2011 as the solar industry adjusts

35

to lower FiT levels, which may negatively affect long-term demand and price levels for PV products in Germany. See Item 1: "Business - Support Programs" for a summary of recent developments in the major government subsidy programs in our core and target markets. In light of continually evolving FiT structures in our core European markets, it is uncertain whether there will be sufficient market demand to absorb industry-wide module supply without significant inventory build-up or price reductions. We plan to mitigate this uncertainty in part by continuing to use our North American utility-scale systems pipeline as a buffer against demand fluctuations in Europe and elsewhere.

During 2010, we continued to expand into certain key transition markets, such as the United States, within which affordable solar electricity solutions could be developed and which could ultimately evolve into economically sustainable markets. In January 2010, we completed the acquisition of certain assets from Edison Mission Group's solar project development pipeline consisting of utility-scale solar projects located primarily on private land in California and the southwestern United States. In July 2010, we completed the acquisition of NextLight Renewable Power, LLC, another leading developer of utility-scale solar projects in the southwestern United States. This transaction expanded our pipeline of solar power projects in the southwestern United States and supports our expansion in the U.S. utility-scale market. For instance, in the fourth quarter of 2010, we entered into an agreement to sell to NRG Energy, Inc. the 290 MW AC Agua Caliente solar project, which was part of the Next Light pipeline of projects. Upon its completion, Agua Caliente is expected to be the largest operational PV solar plant in the world.

In the PV module segment, we continue to face intense competition from manufacturers of crystalline silicon solar modules and other types of solar modules and PV systems. Solar module manufacturers compete with one another in several product performance attributes, including reliability and module cost per watt, and, with respect to solar power systems, return on equity (ROE) and levelized cost of electricity (LCOE), meaning the net present value of total life cycle costs of the solar power project divided by the quantity of energy which is expected to be produced over the system's life. The ability to expand manufacturing capacity quickly is another source of differentiation among solar module manufacturers, and certain of our competitors may have a faster response time to capacity expansion than we do and/or an ability to expand capacity in finer increments than we can. We are the lowest cost PV module manufacturer in the solar industry, based on publicly available information, as evidenced by the further reduction in our average manufacturing cost per watt from $0.87 during 2009 to $0.77 during 2010. This cost advantage is reflected in the price at which we sell our modules or fully integrated systems and enables our systems to compete favorably in respect of their ROE or LCOE. Our cost competitiveness is based in large part on our proprietary technology (which enables conversion efficiency improvements and enables us to produce a module in less than 2.5 hours using a continuous and highly automated industrial manufacturing process, as opposed to a batch process), our scale, and our operational excellence. In addition, our modules use approximately 1-2% of the amount of semiconductor material that is used to manufacture traditional crystalline silicon solar modules. The cost of polysilicon is a significant driver of the manufacturing cost of crystalline silicon solar modules. The timing and rate of change in the cost of silicon feedstock could lead to changes in solar module pricing levels. Although we are not a crystalline silicon module manufacturer, we estimate, based on industry research and public disclosures of our competitors, that a $10 per Kg increase or decrease in the price of polysilicon could increase or decrease, respectively, our competitors' manufacturing cost per watt by approximately $0.06 to $0.07 over time. Given the lower conversion efficiency of our modules compared to crystalline silicon modules, there may be higher BoS costs associated with systems using our modules. Thus, to compete effectively on the basis of LCOE, our modules may need to maintain a certain cost advantage per watt compared to crystalline silicon-based modules. During 2010, we reduced our manufacturing cost per watt by 11% from our cost per watt in 2009 and continued to reduce BoS costs associated with systems using our modules.

While our modules currently enjoy competitive advantages in these product performance attributes, there can be no guarantee that these advantages will continue to exist in the future to the same extent or at all. Any declines in the competitiveness of our products could result in margin compression, a decline in the average selling prices of our solar modules, erosion in our market share for modules, a decrease in the rate of revenue growth, and/or a decline in overall revenues. We have taken, and continue to take, several actions to mitigate the potential impact resulting from competitive pressures, including adjusting our pricing policies as necessary in core market segments to drive module volumes, continuously making progress along our cost reduction roadmap, and focusing our research and development on increasing the conversion efficiency of our solar modules.

As we expand our systems business into transition and sustainable markets, we can offer value beyond the PV module, reduce our exposure to module-only competition, and provide comprehensive utility-scale PV systems solutions that significantly reduce solar electricity costs. Thus, our systems business allows us to play a more active role than many of our competitors in managing the demand for and manufacturing throughput of our solar modules. Finally, we seek to form and develop strong partner relationships with our customers and continue to develop our range of offerings, including EPC capabilities and O&M services, in order to enhance the competitiveness of systems using our solar modules.

**Financial Operations Overview**

The following describes certain line items in our statement of operations and some of the factors that affect our operating results.

### Net Sales

#### Components Business

Currently, the majority of our net sales are generated from the sale of solar modules. We price and sell our solar modules per watt of power. During 2010, we sold the majority of our solar modules to solar power system project developers, system integrators, and operators headquartered in Germany, Italy, France, Spain, and the United States, which either resell our solar modules to end-users or integrate them into power plants that they own, operate, or sell.

As of December 31, 2010, we had Supply Contracts for the sale of solar modules expiring at the end of 2012 with fourteen solar power system project developers and system integrators headquartered within the European Union. These contracts account for a significant portion of our planned production over the period from 2011 through 2012 and, therefore, will significantly affect our overall financial performance. We have the right to terminate certain Supply Contracts upon 12 months notice and the payment of a termination fee if we determine that certain material adverse changes have occurred. In addition, our customers are entitled to certain remedies in the event of missed deliveries of kilowatt volume. These delivery commitments are established through rolling four quarter forecasts that are agreed to with each of the customers within the parameters established in the Supply Contracts and define the specific quantities to be purchased on a quarterly basis and the schedules of the individual shipments to be made to the customers. In the case of a late delivery, certain of our customers are entitled to a maximum charge representing a percentage of the delinquent revenue. If we do not meet our annual minimum volume shipments, our customers also have the right to terminate these contracts on a prospective basis.

Our sales prices under the Supply Contracts are denominated in euro, exposing us to risks from currency exchange rate fluctuations. During the year ended December 31, 2010, 73% of our sales were denominated in euro and were subject to fluctuations in the exchange rate between the euro and U.S. dollar.

In the past we have amended pricing and other terms in our Supply Contracts on a prospective basis in order to remain competitive, and we may decide in the future to further amend these contracts in order to address the highly competitive environment for solar modules. During the year ended December 26, 2009, we amended our Supply Contracts with certain of our customers to implement a program which provided a price rebate to these customers for solar modules purchased from us. The intent of this program was to enable our customers to successfully compete in our core German market and to adjust, for eligible customers, the sales price (which was documented in framework agreements entered into several years ago) in light of market conditions. The rebate program is offered for a defined period, during which customers may apply and claim such rebate. The most recent rebate offering, for all solar modules sold through November 30, 2010, will terminate on February 28, 2011. Beginning March 1, 2011, we will offer customers a modified rebate program, including applicability to certain European geographic areas in addition to Germany.

The rebate amounts continue to be established so as to enable the sell-through of our products at competitive prices. The rebate program applies a specified rebate rate to solar modules sold for solar power projects in certain geographic areas. Customers need to meet certain requirements in order to be eligible for and benefit from this program. As of December 31, 2010 and December 26, 2009, we have experienced approximately 81% and 100% participation in this program by eligible customers, respectively. The lower customer participation at December 31, 2010 was primarily due to the expiration of the current rebate offering period in February 2011.

We account for these rebates as a reduction to the selling price of our solar modules and, therefore, as a reduction in revenue at the time of sale and recognize a contra-asset within accounts receivable trade, net. No rebates granted under this program can be claimed for cash; instead, rebates may only be applied to reduce outstanding accounts receivable balances. During 2010, we extended rebates to customers in the amount of €92.1 million ($123.4 million at the average exchange rate of $1.34/€1.00). At December 31, 2010, we had €19.6 million ($26.1 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00) of rebate claims accrued, which reduced our accounts receivable accordingly. During the year ended December 26, 2009, we extended rebates to customers in the amount of €87.1 million ($128.9 million at an average exchange rate of $1.48/€1.00). At December 26, 2009, we had €54.3 million ($72.2 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00) of rebate claims accrued, which reduced our accounts receivable accordingly.

We also enter into one-time module sales agreements with customers for specific projects.

Under our customer contracts, we transfer title and risk of loss to the customer and recognize revenue upon shipment. Our

37

customers do not have extended payment terms or rights of return under these contracts.

During 2010, the principal customers of our components business were EDF EN Development, Juwi Solar GmbH, and Phoenix Solar AG. During 2010, each of these three customers individually accounted for between 10% and 20% of our components segment's net sales. All of our other customers individually accounted for less than 10% of our net sales during 2010.

*Systems Business*

Through our fully integrated systems business, we provide a complete solar power system solution using our solar modules, which may include project development, EPC services, O&M services, when applicable, and project finance, when required. In July 2010, we completed the acquisition of NextLight Renewable Power, LLC, a leading developer of utility-scale solar projects in the southwestern United States. This transaction expanded our pipeline of solar power projects in the southwestern United States and supports our expansion in the U.S. utility-scale power market.

Net sales from our systems segment may include the following types of transactions:

| Transaction | Description |
| --- | --- |
| Engineer and Procure (EP) Contract | Design for a customer of a solar electricity generation system that uses our solar modules; includes the procurement of all BoS components from third party suppliers. |
| Engineer, Procure, and Construct (EPC) Contract | Design and construction for a customer of a turn-key solar electricity generation system that uses our solar modules; includes the procurement of all BoS components from third party suppliers. |
| Sale of Project Assets | Sale of project assets to a customer at various stages of development. This generally includes a single project consisting of costs incurred for permits, land or land rights, and/or power off-take agreements. |
| Operating and Maintenance (O&M) Agreement | Typically a fixed-price long-term services agreement. |

Net sales from our systems segment are impacted by numerous factors, including the magnitude and effectiveness of renewable portfolio standards, economic incentives (such as European FiTs, the U.S. federal investment tax credit, grants in lieu of tax credits under Section 1603 of the American Recovery and Reinvestment Act of 2009, U.S. Department of Energy loan guarantees, or accelerated depreciation), and other PV system demand drivers.

Net sales from our systems business during 2010 resulted primarily from revenue recognition for utility scale solar power projects in North America and Europe. During 2009, net sales from our systems business resulted primarily from the sale of two utility-scale solar power systems in the fourth fiscal quarter to utilities in the United States and Canada.

The following table summarizes our projects sold and constructed in 2010:

**Projects Sold and Constructed in 2010**

| Project/Location | Project Size in MW AC | Power Purchase Agreement (PPA) | Third Party Owner |
| --- | --- | --- | --- |
| Sarnia, Ontario, Canada - Phase 2 | 60 | OPA (2),(3) | Enbridge |
| Copper Mountain, Nevada | 48 | PG&E (1),(4) | Sempra |
| Cimarron, New Mexico | 30 | Tri-State (4) | Southern |
| Total | 138 | | |

Key:
(1)  EPC contract/partner developed project
(2)  OPA = Ontario Power Authority RESOP program

(3)  Completed in Q3 2010
(4)  Completed in Q4 2010

For a given solar power project, we recognize revenue for our systems business either after execution of an EPC agreement with a third party, specifying the terms and conditions of the construction of the solar power plant; by applying the provisions for real estate accounting; by applying the percentage-of-completion method of accounting; or upon the sale of the complete system solution. We apply any particular one of these methods as appropriate based on the specific facts and circumstances related to each project and its sale.

The following tables summarize, as of February 24, 2011, our 2.4 GW AC North American utility systems advanced project pipeline:

**Projects Under Construction or Planned to Commence Construction in 2011 (Includes Both Sold Projects and EPC Contract/Partner Developed Contracts)**

| Project/Location | Project Size in MW AC | Power Purchase Agreement (PPA) | Third Party Owner |
|---|---|---|---|
| Agua Caliente, Arizona | 290 | PG&E | NRG |
| St. Clair, Ontario, Canada | 40 | OPA (2) | NextEra |
| PNM, New Mexico | 22 | UOG (3) | PNM |
| Santa Teresa, New Mexico | 20 | El Paso (1) | NRG |
| Walpole, Ontario, Canada | 20 | OPA (2) | GE/Plutonic |
| Belmont, Ontario, Canada | 20 | OPA (2) | GE/Plutonic |
| Paloma, Gila Bend, Arizona | 17 | UOG (3) | APS |
| Amherstburg 2, Ontario, Canada | 15 | OPA (2) | Enbridge |
| Amherstburg 1, Ontario, Canada | 10 | OPA (2) | GE/Plutonic |
| Tilbury, Ontario, Canada | 5 | OPA (2) | Enbridge |
| Total | 459 | | |

**Projects Permitted - Not Sold**

| Project/Location | Project Size in MW AC | Power Purchase Agreement (PPA) |
|---|---|---|
| AV Solar Ranch One, California | 230 | PG&E |
| Silver State North, Nevada | 50 | NV Energy |
| Total | 280 | |

**Projects in Development/PPA**

| Project/Location | Project Size in MW AC | Power Purchase Agreement (PPA) |
|---|---|---|
| Topaz, California | 550 | PG&E |
| Sunlight, California | 300 | PG&E |
| Sunlight, California | 250 | SCE |
| Stateline, California | 300 | SCE |
| Silver State South, Nevada | 250 | SCE |
| Total | 1,650 | |

Key:
(1)  EPC contract/partner developed project
(2)  OPA = Ontario Power Authority RESOP program
(3)  UOG = Utility Owned Generation

*Cost of Sales*

39

*Components Business*

Our cost of sales includes the cost of raw materials and components for manufacturing solar modules, such as tempered back glass, transparent conductive oxide coated front glass, cadmium telluride, laminate, connector assemblies, laminate edge seal, and other items. Our cost of sales also includes direct labor for the manufacturing of solar modules and manufacturing overhead such as engineering, equipment maintenance, environmental health and safety, quality and production control, and procurement costs. Cost of sales also includes depreciation of manufacturing plant and equipment and facility-related expenses. In addition, we accrue warranty and solar module collection and recycling costs to our cost of sales.

We implemented a program in 2005 to collect and recycle our solar modules after their use. Under our solar module collection and recycling program, we enter into an agreement with the end-users of the solar power systems that use our solar modules. In the agreement, we commit, at our expense, to collect the solar modules from the installation site at the end of their useful life and transport them to a processing center where the solar module materials and components will be either refurbished and resold as used solar modules, or recycled to recover some of the raw materials. In return, the owner agrees not to dispose of the solar modules except through our module collection and recycling program or any other program that we might approve of. The owner is also responsible for disassembling the solar modules and packaging them in containers that we provide. At the time we sell a solar module, we record an expense in cost of sales equal to the fair value of the estimated future module collection and recycling obligation. We subsequently record accretion expense on this future obligation, which we classify within selling, general and administrative expense.

Overall, we expect our cost of sales per watt to continue to decrease over the next several years due to an increase in sellable watts per solar module, an increase in unit output per production line, continued geographic expansion into lower-cost manufacturing regions, and more efficient absorption of fixed costs driven by economies of scale.

*Systems Business*

Within our systems business, project-related costs include standard EPC costs (consisting primarily of BoS costs for inverters, electrical and mounting hardware, project management and engineering costs, and installation labor costs), site specific costs, and development costs (including transmission upgrade costs, interconnection fees, and permitting costs). As further described in Note 23. "Segment and Geographical Information," to our consolidated financial statements included in this Annual Report on Form 10-K, at the time when the revenue recognition criteria are met, we include the sale of our solar modules manufactured by our components business and used by our systems business as net sales of our components business. Therefore, the related cost of sales are also included within our components business at that time.

Deferred project costs represent (i) costs that we capitalize for arrangements that we account for as real estate transactions after we have entered into a definitive sales arrangement, but before we have met the criteria to recognize the sale as revenue, (ii) recoverable pre-contract costs that we capitalize for arrangements accounted for as Long Term Construction Contracts prior to entering into a definitive sales agreement or, (iii) costs that we capitalize for arrangements accounted for as Long Term Construction Contracts after we have signed a definitive sales agreement, but before the revenue recognition criteria have been met. Deferred project costs capitalized on our balance sheet at December 31, 2010 and December 26, 2009 were $14.4 million and $36.7 million, respectively.

### Gross Profit

Gross profit is affected by numerous factors, including our module average selling prices, foreign exchange rates, the existence and effectiveness of subsidies and other economic incentives, market mix, our manufacturing costs, BoS costs, project development costs, the effective utilization of our production facilities, and the ramp of production on new plants due to a reduced ability to absorb fixed costs until full production volumes are reached. Gross profit is also subject to competitive pressures, and we have in the past and may in the future decide to amend our Supply Contracts, which specify our sales price per watt. Gross profit margin is also affected by the mix of net sales generated by our components and systems businesses. Our systems business generally operates at a lower gross profit margin due to the pass-through nature of certain BoS components procured from third parties. Gross profit for our systems business excludes the sales and cost of sales for solar modules, which we include in the gross profit of our components business.

### Research and Development

Research and development expense consists primarily of salaries and personnel-related costs, the cost of products, materials, and outside services used in our process, and product research and development activities. We acquire equipment for general use

in further process developments and record the depreciation of this equipment as research and development expense. We expect our research and development expense to increase in absolute terms in the future as we increase personnel and research and development activity. Over time, we expect research and development expense to decline as a percentage of net sales and on a cost per watt basis as a result of economies of scale. Currently, the majority of our research and development expenses are attributable to our components segment.

We maintain a number of programs and activities to improve our technology and processes in order to enhance the performance and reduce the costs of our solar modules and PV systems using our modules. We report our research and development expense net of grant funding. During the years ended December 31, 2010 and December 26, 2009, we did not receive any grant funding. We received $0.9 million of grant funding during the year ended December 27, 2008 that we applied towards our research and development programs.

### *Selling, General and Administrative*

Selling, general and administrative expense consists primarily of salaries and other personnel-related costs, professional fees, insurance costs, travel expenses, and other selling expenses. We expect these expenses to increase in the near term, both in absolute dollars and as a percentage of net sales, in order to support the growth of our business as we expand our sales and marketing efforts, improve our information processes and systems, and implement the financial reporting, compliance, and other infrastructure required for an expanding public company. Over time, we expect selling, general and administrative expense to decline as a percentage of net sales and on a cost per watt basis as our net sales and our total watts produced increase.

Our systems business has certain of its own dedicated administrative key functions, such as accounting, legal, finance, project finance, human resources, procurement, and marketing. Costs for such functions are recorded and included within selling, general and administrative costs for our systems segment. Our corporate key functions consist primarily of company-wide corporate tax, corporate treasury, corporate accounting/finance, corporate legal, investor relations, corporate communications, and executive management functions. Currently our components business benefits the most from these functions and, therefore, we have allocated these costs to this segment as part of selling, general and administrative costs.

### *Production Start-Up*

Production start-up expense consists primarily of salaries and personnel-related costs and the cost of operating a production line before it has been qualified for full production, including the cost of raw materials for solar modules run through the production line during the qualification phase. It also includes all expenses related to the selection of a new site and the related legal and regulatory costs, and the costs to maintain our plant replication program, to the extent we cannot capitalize these expenditures. We incurred production start-up expense of $32.5 million during the year ended December 27, 2008 in connection with the planning and preparation of our plants at the Malaysian manufacturing center. We incurred production start-up expense of $13.9 million during the year ended December 26, 2009 related to plant four of our Malaysian manufacturing center and our Ohio plant expansion. Production start-up expense for the year ended December 31, 2010 was $19.4 million and related to our eight-line Malaysian, four-line German, one-line Perrysburg, Ohio, and two-line Blanquefort, France manufacturing expansions, including legal, regulatory, and personnel costs. In general, we expect production start-up expense per production line to be higher when we build an entirely new manufacturing facility compared with the addition of new production lines at an existing manufacturing facility, primarily due to the additional infrastructure investment required when building an entirely new facility. Over time, we expect production start-up expense to decline as a percentage of net sales and on a cost per watt basis as a result of economies of scale. Production start-up expense is attributable to our components segment.

### *Foreign Currency (Loss) Gain*

Foreign currency (loss) gain consists of losses and gains resulting from holding assets and liabilities and conducting transactions denominated in currencies other than our functional currencies.

### *Interest Income*

Interest income is earned on our cash, cash equivalents, marketable securities, and restricted cash and investments. Interest income also includes interest received from notes receivable and interest collected for late customer payments.

### *Interest Expense, Net*

Interest expense, net of amounts capitalized, is incurred on various debt financings. We capitalize interest expense into our property, plant and equipment, project assets, and deferred project costs.

41

*Income Tax Expense*

Income taxes are imposed on our income by taxing authorities in the various jurisdictions in which we operate, principally the United States, Germany, and Malaysia. The statutory federal corporate income tax rate in the United States is 35.0%, while the tax rates in Germany and Malaysia are approximately 28.6% and 25.0%, respectively. In Malaysia, we have been granted a long-term tax holiday, scheduled to expire in 2027, pursuant to which substantially all of our income earned in Malaysia is exempt from income tax.

**Critical Accounting Estimates**

In preparing our financial statements in conformity with generally accepted accounting principles in the United States (GAAP), we make estimates and assumptions about future events that affect the amounts of reported assets, liabilities, revenues and expenses, as well as the disclosure of contingent liabilities in our financial statements and the related notes thereto. Some of our accounting policies require the application of significant judgment by management in the selection of the appropriate assumptions for making these estimates. By their nature, these judgments are subject to an inherent degree of uncertainty. We base our judgments and estimates on our historical experience, our forecasts, and other available information, as appropriate. Our significant accounting policies are described in Note 2. "Summary of Significant Accounting Policies," to our consolidated financial statements for the year ended December 31, 2010 included in this Annual Report on Form 10-K.

Our critical accounting estimates, which require the most significant management estimates and judgment in determining amounts reported in our consolidated financial statements included in this Annual Report on Form 10-K, are as follows:

*Accrued Solar Module Collection and Recycling Liability.* At the time of sale, we recognize an expense for the estimated fair value of our future obligation for collecting and recycling the solar modules that we have sold when they have reached the end of their useful lives. We base our estimate of the fair value of our collection and recycling obligations on the present value of the expected future cost of collecting and recycling the solar modules, which includes the cost of packaging the solar modules for transport, the cost of freight from the solar module installation sites to a recycling center, the material, labor, and capital costs of the recycling process, and an estimated third-party profit margin and return on risk for collection and recycling services. We base this estimate on our experience collecting and recycling our solar modules and on our expectations about future developments in recycling technologies and processes, about economic conditions at the time the solar modules will be collected and recycled, and about the timing of when our solar modules will be returned for recycling. In the periods between the time of our sales and our settlement of the collection and recycling obligations, we accrete the carrying amount of the associated liability by applying the discount rate used for its initial measurement. At December 31, 2010, our estimate of the fair value of our liability for collecting and recycling solar modules was $133.0 million. A 10% decrease in our estimate of the future cost of collecting and recycling a solar module would reduce this estimated liability by $13.6 million, to $119.4 million; a 10% increase in our estimate of the future cost of collecting and recycling a solar module would increase this estimated liability by $13.6 million, to $146.6 million.

*Product Warranties.* We provide a limited warranty against defects in materials and workmanship under normal use and service conditions for five years following delivery to the owners of our solar modules. We also warrant to the owners of our solar modules that solar modules installed in accordance with agreed-upon specifications will produce at least 90% of their power output rating during the first 10 years following their installation and at least 80% of their power output rating during the following 15 years. In resolving claims under both the defects and power output warranties, we have the option of either repairing or replacing the covered solar module or, under the power output warranty, providing additional solar modules to remedy the power shortfall. Our warranties are automatically transferred from the original purchasers of our solar modules to subsequent purchasers. We accrue warranty costs when we recognize sales, using amounts estimated based on our historical experience with warranty claims, our monitoring of field installation sites, and in-house testing.

*Accounting for Income Taxes.* We are subject to the income tax laws of the United States, and its states and municipalities and those of the foreign jurisdictions in which we have significant business operations. These tax laws are complex and subject to different interpretations by the taxpayer and the relevant governmental taxing authorities. We must make judgments and interpretations about the application of these inherently complex tax laws when determining our provision for income taxes and must also make estimates about when in the future certain items affect taxable income in the various tax jurisdictions. Disputes over interpretations of the tax laws may be settled with the taxing authority upon examination or audit. We regularly assess the likelihood of assessments in each of the taxing jurisdictions resulting from current and subsequent years' examinations, and we record tax liabilities as appropriate.

We establish liabilities for potential additional taxes that may arise out of tax audits in accordance with FASB Accounting Standards Codification Topic (ASC) 740, *Income Taxes*. Once established, we adjust the liabilities when additional information

becomes available or when an event occurs requiring an adjustment. Significant judgment is required in making these estimates and the actual cost of a legal claim, tax assessment, or regulatory fine or penalty may ultimately be materially different from our recorded liabilities, if any.

In preparing our consolidated financial statements, we calculate our income tax expense based on our interpretation of the tax laws in the various jurisdictions where we conduct business. This requires us to estimate our current tax obligations and the realizability of uncertain tax positions and to assess temporary differences between the financial statement carrying amounts and the tax bases of assets and liabilities. These temporary differences result in deferred tax assets and liabilities, the net current amount of which we show as a component of current assets or current liabilities and the net noncurrent amount of which we show as other assets or other liabilities on our consolidated balance sheet.

We must also assess the likelihood that each of our deferred tax assets will be realized. To the extent we believe that realization of any of our deferred tax assets is not more likely than not, we establish a valuation allowance. When we establish a valuation allowance or increase this allowance in a reporting period, we generally record a corresponding tax expense in our consolidated statement of operations. Conversely, to the extent circumstances indicate that a valuation allowance is no longer necessary, that portion of the valuation allowance is reversed, which generally reduces our overall income tax expense.

We also consider the earnings of our foreign subsidiaries and determine whether such amounts are indefinitely reinvested outside the United States. We have concluded that, except for the decision to strategically repatriate approximately $300 million during 2010, all such accumulated earnings are currently indefinitely reinvested. Accordingly, no additional taxes have been accrued that might be incurred if such amounts were repatriated to the United States. If our intention to indefinitely reinvest the earnings of our foreign subsidiaries changes, additional taxes may be required to be accrued. See Note 19. "Income Taxes," to our consolidated financial statements included in this Annual Report on Form 10-K for additional information.

*Goodwill.* Goodwill represents the excess of the purchase price of the acquired businesses over the estimated fair value assigned to the identifiable assets acquired and liabilities assumed. We do not amortize goodwill, but instead test goodwill for impairment at least annually in the fourth quarter and, if necessary, we would record any impairment in accordance with ASC 350, *Intangibles - Goodwill and Other.* We will perform an impairment review between scheduled annual tests if facts and circumstances indicate that it is more likely than not that the fair value of a reporting unit that has goodwill is less than its carrying value. In the process of our annual impairment review, we primarily use the income approach of valuation, which includes the discounted cash flow method, and the market approach of valuation, which considers values of comparable businesses, to estimate the fair value of our reporting units. Significant management judgment is required in the forecasts of future operating results and the discount rates that we used in the discounted cash flow method of valuation and in the selection of comparable businesses that we used in the market approach.

We reported $433.3 million of goodwill at December 31, 2010, which represents the excess of the purchase price over the fair value of the identifiable net tangible and intangible assets that we acquired from Turner Renewable Energy, LLC, OptiSolar Inc., and NextLight Renewable Power, LLC. ASC 350 requires us to test goodwill for impairment at least annually, or sooner, if facts or circumstances between scheduled annual tests indicate that it is more likely than not that the fair value of a reporting unit that has goodwill might be less than its carrying value. Currently our operating segments and reporting units are identical. We determine the fair value for our reporting units referring to the price that would be received to sell the unit as whole in an orderly transaction between market participants at the measurement date. For the assessment of goodwill related to our systems business, we believe that a typical market participant for the sale of our systems reporting unit would be a solar module manufacturer seeking to acquire a systems business with a large pipeline of utility-scale solar power plant projects, with the intent that these projects would provide a captive outlet for additional future solar module production. Therefore, we model the systems reporting unit's future performance for purposes of applying the income method of fair value measurement to include some of the profitability associated with the solar module element of the solar power plants that it builds and sells.

We performed our goodwill impairment test in the fourth fiscal quarter of the years ended December 31, 2010 and December 26, 2009 and determined that the fair value of each of our individual reporting units substantially exceeded its carrying value. Therefore, we concluded that our goodwill was not impaired.

**Results of Operations**

The following table sets forth our consolidated statements of operations as a percentage of net sales for the years ended December 31, 2010, December 26, 2009, and December 27, 2008:

| | Years Ended | | |
| | December 31, 2010 | December 26, 2009 | December 27, 2008 |
|---|---|---|---|
| Net sales | 100.0 % | 100.0 % | 100.0 % |
| Cost of sales | 53.8 % | 49.4 % | 45.6 % |
| Gross profit | 46.2 % | 50.6 % | 54.4 % |
| Research and development | 3.7 % | 3.8 % | 2.7 % |
| Selling, general and administrative | 12.5 % | 13.2 % | 14.0 % |
| Production start-up | 0.8 % | 0.7 % | 2.6 % |
| Operating income | 29.2 % | 32.9 % | 35.1 % |
| Foreign currency (loss) gain | (0.1)% | 0.3 % | 0.5 % |
| Interest income | 0.6 % | 0.5 % | 1.7 % |
| Interest expense, net | — % | (0.3)% | — % |
| Other income (expense), net | 0.1 % | (0.1)% | (0.1)% |
| Income tax expense | 3.8 % | 2.2 % | 9.3 % |
| Net income | 26.0 % | 31.1 % | 27.9 % |

**Fiscal Years Ended December 31, 2010 and December 26, 2009**

*Net Sales*

| | Years Ended | | Year Over | |
|---|---|---|---|---|
| (Dollars in thousands) | 2010 | 2009 | Year Change | |
| Net sales | $ 2,563,515 | $ 2,066,200 | $ 497,315 | 24% |

The increase in net sales was primarily driven by strong demand from German customers in advance of further FiT reductions, an increase in revenue from our systems business, and an increase in production volume, resulting in a 28% increase in megawatts sold during 2010 compared with 2009. These increases were partially offset by a decrease in our module average selling price. The increase in megawatts sold was attributable to the full production ramp of our four-plant Malaysian manufacturing center in 2009, full production ramp of our Perrysburg, Ohio expansion in 2010, continued improvements to our manufacturing process and line throughput, and growth in our systems business. In addition, we increased the average conversion efficiency of our modules by approximately 3% during 2010 compared with 2009. Our module average selling price, excluding the impact of systems segment break-even reporting, decreased by approximately 10% during 2010 compared with 2009. The decline in our module average selling price was attributable to the following: a 5% decrease due to market price declines driven by FiT reductions in Europe, a 5% decrease due to annual contractual agreements, and a 2% decrease due to the weakening of the euro against the U.S. dollar exchange rate, partially offset by a 2% increase due to a shift in customer mix. Revenue recognized by our systems business during 2010 was $378.4 million and resulted primarily from the sale of utility-scale solar power systems in Europe and North America and from percentage-of-completion revenue recognition for utility-scale solar power systems in North America. During 2010 and 2009, 46% and 65%, respectively, of our net sales resulted from solar module sales to customers headquartered in Germany.

*Cost of Sales*

| | Years Ended | | Year Over | |
|---|---|---|---|---|
| (Dollars in thousands) | 2010 | 2009 | Year Change | |
| Cost of sales | $ 1,378,669 | $ 1,021,618 | $ 357,051 | 35% |
| % of net sales | 53.8% | 49.4% | | |

The increase in cost of sales was due to higher sales volumes, including an increase in the completion and sale of utility-scale solar power projects by our systems business, the full production ramp of our first four plants at our Malaysian manufacturing center in 2009, and the full production ramp of our Perrysburg, Ohio expansion in 2010. The increased production and sales volumes in our components business and increased volume sold through our systems business had the following effects: a $225.4 million increase in direct material expense, a $79.2 million increase in manufacturing overhead costs, an $18.0 million increase in sales freight, a $18.2 million increase in warranty expense, and a $16.3 million net increase in other costs.

The $79.2 million increase in manufacturing overhead costs for 2010 was due to a $32.9 million increase in salaries and

44

personnel-related expenses (including a $10.8 million increase in share-based compensation expense), a $17.0 million increase in depreciation and equipment expenses, a $2.0 million increase in facility related expenses, and a $27.3 million increase in incremental systems costs. Each of these manufacturing overhead cost increases primarily resulted from increased production capacity resulting from the full ramp of our Malaysian manufacturing center, expansion of our Perrysburg, Ohio plant, and ramp of our systems business.

The net increase in other costs for 2010 includes $23.7 million related to an increase in estimated expenses for certain module replacement efforts beyond normal warranty. During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in the affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms that the corrective actions taken are effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. Some of these efforts go beyond our normal warranty coverage. Accordingly, we accrued additional expenses of $30.8 million in 2010 and $37.9 million in total-to-date to cover the replacement of the anticipated affected module population in the field. Such amounts include $8.5 million in expenses accrued during the fourth fiscal quarter of 2010, reflecting updated best estimates of the total replacement costs, based on our field data and execution to date of the module replacement program.

Our average manufacturing cost per watt declined by $0.10 per watt, or 11%, from $0.87 in 2009 to $0.77 in 2010 and included $0.02 of non-cash stock based compensation.

*Gross Profit*

| (Dollars in thousands) | Years Ended | | | | Year Over Year Change | |
|---|---|---|---|---|---|---|
| | 2010 | | 2009 | | | |
| Gross profit | $ | 1,184,846 | $ | 1,044,582 | $ 140,264 | 13% |
| % of net sales | | 46.2% | | 50.6% | | |

Gross profit as a percentage of net sales decreased by 4.4 percentage points in 2010 compared with 2009. This decrease was attributable to the following: a 4.0 percentage point reduction due to a decline in our module average selling prices, a 3.9 percentage point reduction due to segment mix between our components and systems businesses, a 1.1 percentage point reduction relating to the manufacturing excursion discussed above under "Cost of sales," and a 0.6 percentage point reduction due to the weakening of the euro against the U.S. dollar exchange rate, partially offset by a 5.2 percentage point margin improvement attributable to continued manufacturing scale and reductions in our manufacturing cost per watt. We expect that gross profit will be impacted in future periods by the volatility of the exchange rate between the U.S. dollar and the euro and product mix between our components and systems businesses.

*Research and Development*

| (Dollars in thousands) | Years Ended | | | | Year Over Year Change | |
|---|---|---|---|---|---|---|
| | 2010 | | 2009 | | | |
| Research and development | $ | 94,797 | $ | 78,161 | $ 16,636 | 21% |
| % of net sales | | 3.7% | | 3.8% | | |

The increase in research and development expense was due to a $10.6 million increase in personnel-related expenses (including a $2.2 million increase in share-based compensation expense) resulting from increased headcount devoted to working on various projects to increase the efficiency of our modules at converting sunlight into electricity, and a $9.6 million increase in depreciation, testing, and qualification material costs, partially offset by a $3.6 million decrease in other expenses. During 2010, we continued the development of solar modules with increased efficiencies at converting sunlight into electricity and increased the conversion efficiency of our modules by approximately 3% compared with 2009.

*Selling, General and Administrative*

| (Dollars in thousands) | Years Ended | | | | Year Over Year Change | |
|---|---|---|---|---|---|---|
| | 2010 | | 2009 | | | |
| Selling, general and administrative | $ | 321,704 | $ | 272,898 | $ 48,806 | 18% |
| % of net sales | | 12.5% | | 13.2% | | |

The increase in selling, general and administrative expense was due to a $2.7 million increase in salaries and personnel-related

45

expenses due to growth (after giving effect to a $2.5 million decrease in share-based compensation expense due to one-time charges associated with our executive management team in 2009), a $17.6 million increase in expenses related to our systems business, a $14.8 million increase in facility and depreciation expenses, a $6.3 million increase in professional fees and expenses associated with the implementation of a new ERP system, and a $7.4 million increase in other expenses. Selling, general and administrative expense also included $5.3 million of other operating expenses related to impairment charges of certain project assets.

*Production Start-Up*

| (Dollars in thousands) | Years Ended | | | Year Over Year Change | |
|---|---|---|---|---|---|
| | 2010 | | 2009 | | |
| Production start-up | $ | 19,442 | $ 13,908 | $ 5,534 | 40% |
| % of net sales | | 0.8% | 0.7% | | |

During 2010, we incurred $19.4 million of production start-up expenses for our eight-line Malaysian, four-line German, one-line Perrysburg, Ohio, and two-line Blanquefort, France manufacturing expansions, including legal, regulatory, and personnel costs, compared with $13.9 million of production start-up expenses for our Malaysian and Perrysburg, Ohio manufacturing expansions during 2009. Production start-up expenses are composed of the cost of labor and material and depreciation expense to run and qualify the production lines, related facility expenses, management of our replication process, and legal and regulatory costs.

*Foreign Currency (Loss) Gain*

| (Dollars in thousands) | Years Ended | | | Year Over Year Change | |
|---|---|---|---|---|---|
| | 2010 | | 2009 | | |
| Foreign currency (loss) gain | $ | (3,468) | $ 5,207 | $ (8,675) | (167)% |

Foreign exchange gain decreased during 2010 compared with 2009 due to a increase in our foreign currency denominated assets and liabilities and volatility of the U.S. dollar relative to other currencies, in particular the euro.

*Interest Income*

| (Dollars in thousands) | Years Ended | | | Year Over Year Change | |
|---|---|---|---|---|---|
| | 2010 | | 2009 | | |
| Interest income | $ | 14,375 | $ 9,735 | $ 4,640 | 48% |

Interest income increased during 2010 compared with 2009 primarily as a result of an increase in the average interest bearing cash and investment balances year over year and interest earned from notes receivable.

*Interest Expense, Net*

| (Dollars in thousands) | Years Ended | | | Year Over Year Change | |
|---|---|---|---|---|---|
| | 2010 | | 2009 | | |
| Interest expense, net | $ | (6) | $ (5,258) | $ 5,252 | (100)% |

Interest expense, net of amounts capitalized, decreased during 2010 compared with 2009, primarily as a result of higher amounts of interest expense capitalized during 2010. In addition, interest expense, net for 2009 included a $2.4 million expense related to the termination of the interest rate swaps for our German debt facility. We fully repaid this facility on June 30, 2009.

*Other Income (Expense), Net*

| (Dollars in thousands) | Years Ended | | | Year Over Year Change | |
|---|---|---|---|---|---|
| | 2010 | | 2009 | | |
| Other income (expense), net | $ | 2,273 | $ (2,985) | $ 5,258 | (176)% |

Other income during 2010 primarily resulted from a realized gain associated with the sale of our equity investment in a related party, partially offset by other expenses. Other expense during 2009 primarily resulted from nonrecurring expenses associated with our credit default swaps.

46

*Income Tax Expense*

| (Dollars in thousands) | Years Ended | | | | Year Over Year Change | |
|---|---|---|---|---|---|---|
| | 2010 | | 2009 | | | |
| Income tax expense | $ | 97,876 | $ | 46,176 | $ 51,700 | 112% |
| Effective tax rate | | 12.8% | | 6.7% | | |

Income tax expense increased by $51.7 million during 2010 compared with 2009. Of this increase, $13.8 million related to a one-time non-cash tax charge in connection with our decision to repatriate approximately $300 million of earnings from certain of our foreign subsidiaries prior to January 1, 2011, when recently enacted U.S. international tax legislation became effective. In addition, $11.5 million related to a one-time tax benefit recorded in 2009 in connection with the pull-forward of the Malaysian tax holiday from 2008. Substantially all of the remainder of the increase related to a $75.8 million increase in pre-tax income and a greater percentage of profits earned in higher tax jurisdictions. See Note 19. "Income Taxes," to our consolidated financial statements included in this Annual Report on Form 10-K for additional information.

**Fiscal Years Ended December 26, 2009 and December 27, 2008**

*Net Sales*

| (Dollars in thousands) | Years Ended | | | | Year Over Year Change | |
|---|---|---|---|---|---|---|
| | 2009 | | 2008 | | | |
| Net sales | $ | 2,066,200 | $ | 1,246,301 | $ 819,899 | 66% |

The increase in our net sales was primarily driven by price elasticity that resulted in strong demand for our solar modules as prices declined, resulting in a 114% increase in the megawatt volume of solar modules sold during 2009 compared with 2008, and from an increase in business activity associated with our systems segment business, partially offset by a decrease in our module average selling price. Revenue recognized for our systems business during 2009 was $115.0 million and resulted primarily from the sale of two utility scale solar power systems to utilities in the United States and Canada. The increase in megawatt volume of solar modules sold was attributable to the full production ramp of all four plants at our Malaysian manufacturing center, continued improvements to our manufacturing process and the growth in our systems business. In addition, we increased the average conversion efficiency by approximately 3% during 2009 compared with 2008. Our average selling price decreased by approximately 25% during 2009 compared with 2008. Approximately 20% of the decline in our average selling price was primarily due to competitive pressure, including the commencement of a customer rebate program in the third quarter of 2009. Additionally, our average selling price was adversely impacted by approximately 4% due to a decrease in the foreign exchange rate between the U.S. dollar and the euro and by approximately 1% due to a shift in customer mix. During 2009 and 2008, 65% and 74%, respectively, of our net sales resulted from sales of solar modules to customers headquartered in Germany.

*Cost of Sales*

| (Dollars in thousands) | Years Ended | | | | Year Over Year Change | |
|---|---|---|---|---|---|---|
| | 2009 | | 2008 | | | |
| Cost of sales | $ | 1,021,618 | $ | 567,908 | $ 453,710 | 80% |
| % of net sales | | 49.4% | | 45.6% | | |

The increase in our cost of sales was due to higher production and sales volumes, which resulted from the commencement of production at all of our four plants at our Malaysian manufacturing center, production ramp of our Perrysburg, Ohio expansion, and an increase in business activity associated with our systems segment business. The increased production and sales volumes in our components business and increased volume sold through our systems business had the following effects: a $278.7 million increase in direct material expense (including an $8.2 million amortization of project assets acquired through our OptiSolar acquisition), a $41.0 million increase in warranty expense and accruals for the estimated future costs associated with the collection and recycling of our solar modules due to increased sales, a $13.8 million increase in sales freight and other costs, and a $120.2 million increase in manufacturing overhead costs. The increase in manufacturing overhead costs was due to a $35.3 million increase in salaries and personnel related expenses (including a $4.9 million increase in share-based compensation expense), a $32.9 million increase in facility and related expenses and a $52.0 million increase in depreciation expense. Each of these manufacturing overhead cost increases primarily resulted from increased infrastructure associated with the build out of our Malaysian manufacturing center and start-up of our systems business. Our average manufacturing cost per watt declined by $0.21 per watt, or 19%, from $1.08 in 2008 to $0.87 in 2009 and included $0.01 of ramp penalty associated with the ramp and qualification of our Malaysian and Perrysburg manufacturing facilities and $0.01 of non-cash stock based compensation.

47

*Gross Profit*

| (Dollars in thousands) | Years Ended | | | | Year Over | |
|---|---|---|---|---|---|---|
| | 2009 | | 2008 | | Year Change | |
| Gross profit | $ | 1,044,582 | $ | 678,393 | $ 366,189 | 54% |
| % of net sales | | 50.6% | | 54.4% | | |

Gross profit as a percentage of net sales decreased by 3.8 percentage points in 2009 compared with 2008 due to a decline in our average selling prices by approximately 21 percentage points, partially offset by continued manufacturing cost per watt reduction of 19.4 percentage points. The decline in the exchange rate between the U.S. dollar and the euro adversely impacted our gross profit by 2.2 percentage points. We expect that gross profit will be impacted in future periods by the volatility of the exchange rate between the U.S. dollar and the euro and product mix between our components and systems businesses.

*Research and Development*

| (Dollars in thousands) | Years Ended | | | | Year Over | |
|---|---|---|---|---|---|---|
| | 2009 | | 2008 | | Year Change | |
| Research and development | $ | 78,161 | $ | 33,517 | $ 44,644 | 133% |
| % of net sales | | 3.8% | | 2.7% | | |

The increase in our research and development expense was due to a $14.2 million increase in personnel related expense (including a $2.3 million increase in share-based compensation expense) resulting from increased headcount. In addition, testing and qualification material costs increased by $18.0 million, consulting and other expenses increased by $11.5 million and grants received (an offset to our research and development expenses) decreased by $0.9 million during 2009 compared with 2008. During fiscal 2009, we continued the development of solar modules with increased efficiencies at converting sunlight into electricity and we increased the conversion efficiency of our modules by approximately 3% in comparison to fiscal 2008.

*Selling, General and Administrative*

| (Dollars in thousands) | Years Ended | | | | Year Over | |
|---|---|---|---|---|---|---|
| | 2009 | | 2008 | | Year Change | |
| Selling, general and administrative | $ | 272,898 | $ | 174,039 | $ 98,859 | 57% |
| % of net sales | | 13.2% | | 14.0% | | |

The increase in selling, general and administrative expense was due to a $66.0 million increase in salaries and personnel-related expenses (including a $23.0 million increase in share-based compensation expense, of which, $15.7 million were one-time charges associated with our executive management team). In addition, legal and professional service fees increased by $13.3 million; and other expenses increased by $19.6 million and included $6.9 million of one-time charges, of which $5.5 million of costs related to the acquisition, integration and operation of the solar power project development business of OptiSolar, which we acquired on April 3, 2009.

*Production Start-Up*

| (Dollars in thousands) | Years Ended | | | | Year Over | |
|---|---|---|---|---|---|---|
| | 2009 | | 2008 | | Year Change | |
| Production start-up | $ | 13,908 | $ | 32,498 | $ (18,590) | (57)% |
| % of net sales | | 0.7% | | 2.6% | | |

During 2009, we incurred $13.9 million of production start-up expenses for our Malaysian and Perrysburg manufacturing expansions, including legal, regulatory and personnel costs, compared with $32.5 million of production start-up expenses for our Malaysian manufacturing expansion during 2008. Production start-up expenses are composed of the cost of labor and material and depreciation expense to run and qualify the production lines, related facility expenses, management of our replication process and legal and regulatory costs.

*Foreign Currency Gain*

48

| (Dollars in thousands) | Years Ended | | Year Over | |
| --- | --- | --- | --- | --- |
| | 2009 | 2008 | Year Change | |
| Foreign currency gain | $ 5,207 | $ 5,722 | $ (515) | (9)% |

Foreign currency gain decreased primarily due to a decrease in our net foreign currency denominated assets and liabilities.

*Interest income*

| (Dollars in thousands) | Years Ended | | Year Over | |
| --- | --- | --- | --- | --- |
| | 2009 | 2008 | Year Change | |
| Interest income | $ 9,735 | $ 21,158 | $ (11,423) | (54)% |

Interest income decreased primarily due to a substantial decline in interest rates.

*Interest Expense, Net*

| (Dollars in thousands) | Years Ended | | Year Over | |
| --- | --- | --- | --- | --- |
| | 2009 | 2008 | Year Change | |
| Interest expense, net | $ 5,258 | $ 509 | $ 4,749 | 933% |

Interest expense, net of amounts capitalized, increased primarily due to lower amounts of interest expense capitalized during 2009. In addition, interest expense, net for 2009 includes a $2.4 million expense related to the termination of the interest rate swaps for our German debt facility. We fully repaid this facility on June 30, 2009.

*Other Expense, Net*

| (Dollars in thousands) | Years Ended | | Year Over | |
| --- | --- | --- | --- | --- |
| | 2009 | 2008 | Year Change | |
| Other expense, net | $ 2,985 | $ 934 | $ 2,051 | 220% |

Other expense, net, increased primarily due to expenses associated with our credit default swaps, which expired in the second quarter of 2009.

*Income Tax Expense*

| (Dollars in thousands) | Years Ended | | Year Over | |
| --- | --- | --- | --- | --- |
| | 2009 | 2008 | Year Change | |
| Income tax expense | $ 46,176 | $ 115,446 | $ (69,270) | (60)% |
| Effective tax rate | 6.7% | 24.9% | | |

Income tax expense decreased primarily due to the effect of our tax holiday in Malaysia. During 2009, a significant amount of our pre-tax income was generated in Malaysia where we have a 16.5 year tax holiday. In addition, we recognized an $11.5 million tax benefit during 2009 related to the reversal of 2008 Malaysian tax due to the pull-forward of the tax holiday to 2008, which was granted in 2009. See Note 19. "Income Taxes," to our consolidated financial statements included in this Annual Report on Form 10-K for more information.

**Business Segment Review**

49

| (Dollars in thousands) | Years Ended | | Year/Year | Years Ended | | Year/Year |
|---|---|---|---|---|---|---|
| | 2010 | 2009 | % Change | 2009 | 2008 | % Change |
| **Net sales** | | | | | | |
| Components | $ 2,185,165 | $ 1,965,437 | 11% | $ 1,965,437 | $ 1,195,803 | 64% |
| Systems | 378,350 | 100,763 | 275% | 100,763 | 50,498 | 100% |
| **Total** | **$ 2,563,515** | **$ 2,066,200** | **24%** | **$ 2,066,200** | **$ 1,246,301** | **66%** |
| | | | | | | |
| **Income before income taxes (Segment profit)** | | | | | | |
| Components | $ 762,077 | $ 686,314 | 11% | $ 686,314 | $ 463,776 | 48% |
| Systems | — | — | | — | — | |
| **Total** | **$ 762,077** | **$ 686,314** | **11%** | **$ 686,314** | **$ 463,776** | **48%** |

Our Chief Operating Decision Maker, consisting of senior executive staff, views the sale of solar modules from the components segment as the core driver of our profitability, return on net assets, and cash throughput; and as a result, we view our systems segment as an enabler to drive module throughput. Therefore, we operate our systems segment with the objective to achieve break-even results before income taxes. We include the sale of our solar modules manufactured by the components segment and installed in projects sold by our systems segment in "net sales" of our components business. See Note 23. "Segment and Geographical Information," to our consolidated financial statements included in this Annual Report on Form 10-K for more information.

### *Components Segment*

| (Dollars in thousands) | Years Ended | | Year/Year | Years Ended | | Year/Year |
|---|---|---|---|---|---|---|
| | 2010 | 2009 | % Change | 2009 | 2008 | % Change |
| Net sales | $ 2,185,165 | $ 1,965,437 | 11% | $ 1,965,437 | $ 1,195,803 | 64% |
| Cost of sales | $ 1,078,536 | $ 928,039 | 16% | $ 928,039 | $ 535,643 | 73% |
| Income before income taxes (Segment profit) | $ 762,077 | $ 686,314 | 11% | $ 686,314 | $ 463,776 | 48% |

Components segment net sales increased by 11% during 2010 compared with 2009, primarily due to strong demand from German customers in advance of further FiT reductions, increased net sales attributable to modules installed in utility-scale solar power systems for which we have recognized revenue, an increase in production volume resulting from our manufacturing expansions in Kulim, Malaysia and Perrysburg, Ohio, and continued improvements to our manufacturing process and line throughput, partially offset by a decrease in our module average selling price. Our module average selling price, excluding the impact of systems segment break-even reporting, decreased by approximately 10% during 2010 compared with 2009. The decline in our module average selling price was attributable to the following: a 5% decrease due to market price declines driven by FiT reductions in Europe, a 5% decrease due to annual contractual agreements, and a 2% decrease due to the weakening of the euro against the U.S. dollar exchange rate, partially offset by a 2% increase due to a shift in customer mix. The effect of our segment reporting adjustments, to achieve break-even results before income taxes for our systems segment, decreased the module average selling price by an additional 3%.

Components segment net sales increased by 64% during 2009 compared with 2008, primarily driven by price elasticity that resulted in strong demand for our solar modules as prices declined, increased net sales attributable to modules installed in utility-scale solar power systems for which we have recognized revenue, an increase in production volume as a result of bringing additional manufacturing lines into full production, and continued improvements to our manufacturing process.

Components segment cost of sales increased by 16% during 2010 compared with 2009, and by 73% during 2009 compared with 2008, primarily due to higher production and sales volumes.

Components segment profit increased by 11% during 2010 compared with 2009, and by 48% during 2009 compared with 2008, in each case primarily due to an increase in the MW volume of solar modules sold, reductions in our manufacturing cost per watt, and by increased throughput, partially offset by a decline in our module average selling price and certain one-time expenses.

### *Systems Segment*

50

| (Dollars in thousands) | Years Ended | | Year/Year | Years Ended | | Year/Year |
|---|---|---|---|---|---|---|
| | 2010 | 2009 | % Change | 2009 | 2008 | % Change |
| Net sales | $ 378,350 | $ 100,763 | 275% | $ 100,763 | $ 50,498 | 100% |
| Cost of sales | $ 300,133 | $ 93,579 | 221% | $ 93,579 | $ 32,265 | 190% |
| Income before income taxes (Segment profit) | $ — | $ — | | $ — | $ — | |

Systems segment net sales increased from $100.8 million during 2009 to $378.4 million during 2010, reflecting primarily the completion and sale of utility-scale solar power systems in Europe and North America and from percentage-of-completion revenue recognition for in-progress utility-scale solar power systems in North America.

Systems segment net sales increased from $50.5 million during 2008 to $100.8 million during 2009, reflecting primarily the sale of, or percentage-of-completion recognition for, various utility-scale solar power systems in North America and Europe.

Systems segment cost of sales increased from $93.6 million in 2009 to $300.1 million in 2010, and from $32.3 million in 2008 to $93.6 million in 2009, primarily due to the increase in construction activities for various utility-scale solar power projects in Europe and North America during these periods, as described above under Item 7: "Management's Discussion and Analysis of Financial Condition and Results of Operations - Financial Operations Overview - Cost of Sales - Systems Business."

Systems segment profit was zero for 2010, 2009, and 2008. As noted above, we operate our systems segment with the objective to achieve breakeven results before income taxes. See Note 23. "Segment and Geographical Information," to our consolidated financial statements included in this Annual Report on Form 10-K for more information.

### *Product Revenue*

The following table sets forth the total amounts of solar modules and solar power systems revenue recognized for the years ended December 31, 2010, December 26, 2009, and December 27, 2008. For the purposes of the following table, (a) "solar module revenue" is composed of total revenues from the sale of solar modules to third parties, and (b) "solar power systems revenue" is composed of total revenues from the sale of complete solar power systems and related services including the solar modules installed in the solar power systems.

| (Dollars in thousands) | 2010 | 2009 | 2008 |
|---|---|---|---|
| Solar module revenue | $ 1,986,746 | $ 1,903,765 | $ 1,192,265 |
| Solar power system revenue | 576,769 | 162,435 | 54,036 |
| Total net sales | $ 2,563,515 | $ 2,066,200 | $ 1,246,301 |

### Liquidity and Capital Resources

As of December 31, 2010, we had $1,113.8 million in cash, cash equivalents, and marketable securities, compared with $1,114.3 million as of December 26, 2009.

The following developments have impacted or are expected to impact our liquidity:

- On October 15, 2010, we amended our existing revolving credit facility. The amended and restated credit agreement increases the aggregate amount available under this facility from $300.0 million to $600.0 million. Subject to certain conditions, we have the right to request an increase in the aggregate commitments under this facility up to $750.0 million. In addition, the term for this facility has been extended from three to five years and will mature in 2015. See also Note 14. "Debt," to our consolidated financial statements included in this Annual Report on Form 10-K for further information about this facility.

- On October 14, 2010, we announced plans to build two new four-line manufacturing plants, one in the United States and one in Vietnam. These plants are expected to be completed in 2012 and we expect to incur significant capital expenditures with the construction of these plants.

- On July 12, 2010, we completed the acquisition of NextLight Renewable Power in an all cash transaction for $296.5 million, net of cash acquired.

51

We believe that our current cash, cash equivalents, marketable securities, cash flows from operating activities, revolving credit facility, and access to the capital markets will be sufficient to meet our working capital and capital expenditure needs for at least the next 12 months. We intend to continue to carefully execute our growth plans and manage credit and market risk. However, if our financial results or operating plans change from our current assumptions, we may not have sufficient resources to support our business plan.

Our expanding systems business is expected to have increasing liquidity requirements in the future. Solar power project development cycles, which span the time between the identification of land and the commercial operation of a photovoltaic power plant, vary substantially and can take many months or years to mature. As a result of these long project cycles, we may need to make significant up-front investments of resources in advance of the signing of power purchase agreements and EPC contracts and the receipt of any revenue. These amounts include payment of interconnection and other deposits (some of which are non-refundable), entering into of letters of credit, and incurring preliminary engineering, permitting, legal, and other expenses. We have historically financed these up-front investments primarily using working capital and cash on hand. In the future, we may also engage in one or more debt or equity financings. Such financings could result in increased expenses or dilution to our existing stockholders. If we are unable to obtain debt or equity financing on reasonable terms, we may be unable to execute our expansion strategy.

The unprecedented disruption in the credit markets that began in 2008 has had a significant adverse impact on a number of financial institutions. As of December 31, 2010, our liquidity and investments have not been materially adversely impacted by the current credit environment and we believe that they will not be materially adversely impacted in the near future. We will continue to closely monitor our liquidity and the credit markets. However, we cannot predict with any certainty the impact to us of any further disruption in the credit environment.

### Cash Flows

The following table summarizes the key cash flow metrics for the years ended December 31, 2010, December 26, 2009, and December 27, 2008 (in thousands):

|  | Years Ended | | |
|---|---|---|---|
|  | 2010 | 2009 | 2008 |
| Net cash provided by operating activities | $    705,492 | $    675,193 | $    463,067 |
| Net cash used in investing activities | (742,085) | (701,690) | (308,441) |
| Net cash provided by (used in) financing activities | 150,451 | (22,021) | 177,549 |
| Effect of exchange rate changes on cash and cash equivalents | (12,668) | (3,201) | (20,221) |
| Net increase (decrease) in cash and cash equivalents | $    101,190 | $    (51,719) | $    311,954 |

#### Operating Activities

Cash provided by operating activities was $705.5 million during 2010, compared with $675.2 million during 2009. The increase in operating cash flows during 2010 was primarily due to an increase in cash received from customers and a decrease in income taxes paid, partially offset by an increase in payments to suppliers and associates. In addition, we recorded excess tax benefits related to share-based compensation arrangements, which decreased our operating cash flow (see "Financing activities" for further information).

Cash received from customers increased to $2,458.1 million during 2010 compared with $1,957.6 million during 2009, primarily due to an increase in net sales from $2,066.2 million during 2009 to $2,563.5 million during 2010. The increase in cash received from customers was offset by an increase in cash paid to suppliers and associates from $1,123.7 million during 2009 to $1,614.8 million during 2010, mainly due to an increase in raw material and component purchases, an increase in personnel-related costs due to higher headcount, and other costs supporting our growth. Excess tax benefits from share-based compensation arrangements increased to $69.4 million during 2010 compared with $4.9 million during 2009.

Cash provided by operating activities was $675.2 million during 2009 compared with $463.1 million during 2008. Net cash provided by operating activities during 2009 resulted primarily from an increase in net income and the impact of non-cash items that were recorded on our statements of operations, primarily depreciation and amortization expense and stock-based compensation expense, offset by an increase in operating assets, primarily accounts receivable and deferred project costs.

Cash received from customers increased to $1,957.6 million during 2009 compared with $1,203.8 million during 2008, primarily due to an increase in net sales, offset by an increase in accounts receivable of $122.2 million. The increase in accounts

52

receivable was primarily due to the amendment of certain of our customers' Supply Contracts to extend their payment terms from net 10 days to net 45 days primarily to increase liquidity in our sales channel and to reflect longer module shipment times from our manufacturing plants in Malaysia and due to additional volume shipped during 2009. Our net sales increased from $1,246.3 million during 2008 to $2,066.2 million during 2009.

Cash paid to suppliers and associates increased to $1,123.7 million during 2009 from $723.1 million during 2008, mainly due to an increase in raw material and component purchases, an increase in personnel-related costs due to higher headcount and other costs supporting our growth. Inventory increased by $52.1 million, of which $32.2 million related to an increase in finished goods inventory as a result of inventory requirements for utility scale projects in North America.

Income taxes paid, net of refunds were $80.1 million during 2010, compared with $147.8 million during 2009 and $2.0 million during 2008, respectively.

*Investing Activities*

Cash used in investing activities was $742.1 million during 2010, compared with $701.7 million during 2009. Cash used in investing activities during 2010 included capital expenditures of $588.9 million, which increased by $309.0 million from $279.9 million during 2009. The increase in capital expenditures was primarily due to the construction of two new plants adjacent to our existing plants in Malaysia and the expansion of our plants in Perrysburg, Ohio and Frankfurt/Oder, Germany. Also, during 2010, we increased cash by reducing our investment in marketable securities by $94.8 million and used cash to fund $43.1 million for estimated future end-of-life collection and recycling costs of solar modules that we sold during fiscal 2009. Amounts that we set aside for future solar module collection and recycling costs are deposited in a custodial account, under the name of a trust, with a large bank as investment advisor. Amounts in this account are invested in long-term marketable securities, which we classify as "Restricted investments" on our balance sheet. During 2010, cash provided by investing activities included principal payments of $61.7 million received on our notes receivable. On July 12, 2010, we completed the acquisition of NextLight Renewable Power in an all cash transaction for $296.5 million, net of cash acquired.

Cash used in investing activities during 2009 resulted primarily from capital expenditures of $279.9 million, the net purchase of marketable securities of $342.5 million, the net investment in notes receivable of $74.2 million, and an increase in our restricted cash and investments of $4.2 million. Capital expenditures were primarily for the construction of new plants in Malaysia and the expansion of our plant in Perrysburg, Ohio.

Cash used in investing activities was $701.7 million during 2009 compared with $308.4 million during 2008. Cash used in investing activities during 2009 resulted primarily from the net purchase of marketable securities of $342.5 million, the net investment in notes receivable of $74.2 million to fund construction of various PV power generation facilities, capital expenditures of $279.9 million, and an increase of $4.2 million in restricted investments to fund our solar module collection and recycling program. Capital expenditures during 2009 related primarily to the expansion of our plant in Perrysburg, Ohio and completion of construction of our new plants in Malaysia. See Note 12. "Notes Receivable," to our consolidated financial statements included in this Annual Report on Form 10-K for more information regarding the above-referenced notes receivable.

On April 3, 2009, we completed the acquisition of the solar power project development business of OptiSolar Inc. The total consideration consisted of 2,972,420 shares of our common stock, of which 355,096 shares represented a contingent consideration. The total purchase price based on the closing price of our common stock on April 3, 2009 of $134.38 per share was $399.4 million. See Note 4. "Acquisitions," to our consolidated financial statements included in this Annual Report on Form 10-K.

We expect to spend up to $1.1 billion in capital expenditures during 2011, including expenditures related to the expansions of our existing manufacturing facilities in Malaysia and Germany, and the construction of new manufacturing facilities in Blanquefort, France, Vietnam, and the United States. We have put the construction of our Blanquefort, France manufacturing plant on hold until we have greater clarity about the future of the French market. A majority of our capital expenditures for 2011 will be incurred in foreign currencies and are therefore subject to fluctuations in currency exchange rates.

At the beginning of each fiscal year we pre-fund our estimated solar module collection and recycling costs for solar modules that we sold during the prior fiscal year through a custodial account with a large bank as investment advisor, in the name of a trust, for which First Solar, Inc., First Solar Malaysia Sdn. Bhd, and First Solar Manufacturing GmbH are grantors. For this purpose we assume a minimum service life of 25 years for our solar modules. Prior to June 2009, we pre-funded our estimated solar module collection and recycling costs through a financial services company. At December 31, 2010 and December 26, 2009, we had $86.0 million and $36.5 million, respectively, in the custodial account, which we classified in our restricted investments on our balance sheet. See Note 7. "Restricted Cash and Investments," to our consolidated financial statements included in this Annual Report on Form 10-K for additional information.

53

*Financing Activities*

Cash provided by financing activities was $150.5 million during 2010 compared with cash used in financing activities of $22.0 million during 2009.

Cash provided by financing activities during 2010 resulted primarily from proceeds received from draw downs on our revolving credit facility of $100.0 million, excess tax benefits from share-based compensation arrangements of $69.4 million as described below, and by cash received from employee stock option exercises of $9.4 million, partially offset by the repayment of long-term debt of $27.9 million.

During the year ended December 31, 2010, we realized $69.4 million of excess tax benefits related to share-based compensation arrangements from the utilization of net operating loss carryforwards comprised of excess tax deductions primarily as a result of our decision to repatriate approximately $300 million of earnings from certain of our foreign subsidiaries.

Cash used in financing activities during 2009 resulted primarily from the repayment of long-term debt of $78.2 million, partially offset by draw downs on our Malaysian facility agreement, net of issuance costs, of $44.7 million related to the equipment export financing agreement for our Malaysian manufacturing center. Proceeds from the issuance of employee stock options during 2009 were $6.0 million. Excess tax benefits from share-based compensation arrangements during 2009 were $4.9 million.

Cash used in financing activities was $22.0 million during 2009 compared with cash provided by financing activities of $177.5 million during 2008. Cash used in financing activities during 2009 resulted primarily from the repayment of long-term debt of $78.2 million, which was partially offset by (i) proceeds of $44.7 million from the issuance of debt, net of issuance cost, related to the equipment export financing agreement for our Malaysian manufacturing center, (ii) proceeds from the issuance of common stock of $6.0 million during 2009 mainly due to the exercise of employee stock options, and (iii) excess tax benefits from share-based compensation arrangements of $4.9 million.

### Contractual Obligations

The following table presents our contractual obligations as of December 31, 2010, which consists of legal commitments requiring us to make fixed or determinable cash payments, regardless of contractual requirements with the vendor to provide future goods or services. We purchase raw materials for inventory, services, and manufacturing equipment from a variety of vendors. During the normal course of business, in order to manage manufacturing lead times and help assure adequate supply, we enter into agreements with suppliers that either allow us to procure goods and services when we choose or that establish purchase requirements.

| | | | Payments Due by Year | | |
| Contractual Obligations | Total | Less Than 1 Year | 1 - 3 Years | 3 - 5 Years | More Than 5 Years |
| --- | --- | --- | --- | --- | --- |
| | | | (In thousands) | | |
| Long-term debt obligations (1) | $ 250,980 | $ 131,749 | $ 60,648 | $ 52,314 | $ 6,269 |
| Capital lease obligations | 2,043 | 266 | 691 | 562 | 524 |
| Operating lease obligations | 73,486 | 6,889 | 18,892 | 17,099 | 30,606 |
| Purchase obligations (2) | 1,720,453 | 428,701 | 332,011 | 353,208 | 606,533 |
| Recycling obligations | 132,951 | — | — | — | 132,951 |
| Total | $ 2,179,913 | $ 567,605 | $ 412,242 | $ 423,183 | $ 776,883 |

(1)    Includes estimated cash interest to be paid over the remaining terms of the debt.

(2)    Purchase obligations are agreements to purchase goods or services that are enforceable and legally binding on us and that specify all significant terms, including fixed or minimum quantities to be purchased, fixed minimum, or variable price provisions, and the approximate timing of transactions.

In addition to the amounts shown in the table above, we have recorded $67.9 million of unrecognized tax benefits as liabilities in accordance with ASC 740, *Income Taxes*, and we are uncertain as to if or when such amounts may be settled.

### Debt and Credit Sources

54

*Revolving Credit Facility*

On September 4, 2009, we entered into a revolving credit facility with several financial institutions as lenders. JPMorgan Chase Securities LLC and Banc of America Securities LLC served as Joint-Lead Arrangers and Bookrunners, with JPMorgan Chase Bank, N.A. also acting as Administrative Agent. The credit agreement initially provided First Solar, Inc. and certain of its subsidiaries with a senior secured three-year revolving credit facility in an aggregate available amount of $300.0 million, a portion of which was available for letters of credit. Proceeds from the credit facility may be used for working capital and other general corporate purposes. In connection with the credit agreement, we also entered into a guarantee and collateral agreement and foreign security agreements.

On October 15, 2010, we amended the credit agreement governing this existing revolving credit facility. The amended and restated credit agreement increased the aggregate amount available under this facility from $300.0 million to $600.0 million, all of which is available for letters of credit. Subject to certain conditions, we have the right to request an increase in the aggregate commitments under this facility up to $750.0 million. In addition, the term for this facility has been extended from three to five years and will mature in 2015. See also Note 14. "Debt," to our consolidated financial statements included in this Annual Report on Form 10-K for further information about this revolving credit facility.

At December 31, 2010, we had $100.0 million in borrowings outstanding and $126.4 million in letters of credit issued under the revolving credit facility, leaving a total remaining availability of $373.6 million, all of which can be used for the issuance of letters of credit. As of December 31, 2010, based on the outstanding borrowings, the all-in effective three month LIBOR borrowing rate was 2.74%. See Note 14. "Debt," to our consolidated financial statements included in this Annual Report on Form 10-K.

*Malaysian Facility Agreement*

On May 6, 2008, in connection with the plant expansion at our Malaysian manufacturing center, First Solar Malaysia Sdn. Bhd. (FS Malaysia), our indirect wholly owned subsidiary, entered into an export financing facility agreement (Malaysian Facility Agreement) with a consortium of banks. The total available loan amount was €134.0 million ($178.2 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00). Pursuant to the Malaysian Facility Agreement, we began semi-annual repayments of the principal balances of these credit facilities during 2008. Amounts repaid under this credit facility cannot be re-borrowed. At December 31, 2010, we had $130.0 million of borrowings outstanding, with no additional borrowing capacity available under this credit facility. See Note 14. "Debt," to our consolidated financial statements included in this Annual Report on Form 10-K.

*France Facility Agreement*

On March 30, 2010, in connection with the construction of our planned manufacturing facility in Blanquefort, France, First Solar France Manufacturing SAS (FS France), our indirect wholly owned subsidiary, entered into a facility agreement with EDF Energies Nouvelles SA (EDF-EN) for the purpose of partially financing the construction of the manufacturing facility. The total available loan amount under this non-revolving credit facility is a maximum principal amount of €50.0 million ($66.5 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00). Pursuant to the terms and conditions set forth in the facility agreement, advances will be made available commencing on the start of construction of the French plant and ending June 15, 2012. Advances must be repaid in quarterly installments through the tenth anniversary of the first commercial shipments from the French plant, subject to accelerated mandatory prepayment in the event of a default under the facility or the termination of the related venture agreement or off-take agreement with EDF-EN and affiliated entities. Amounts repaid under this credit facility cannot be re-borrowed. The borrowings will bear interest at a rate of 4%. Any advances drawn under this facility will be unsecured. As of December 31, 2010, there have been no borrowings under this facility. See Note 14. "Debt," to our consolidated financial statements included in this Annual Report on Form 10-K.

**Off-Balance Sheet Arrangements**

We had no off-balance sheet arrangements as of December 31, 2010.

**Recent Accounting Pronouncements**

See Note 3. "Recent Accounting Pronouncements," to our consolidated financial statements included in this Annual Report on Form 10-K for a summary of recent accounting pronouncements.

**Item 7A:** *Quantitative and Qualitative Disclosures about Market Risk*

**Foreign Currency Exchange Risk**

Our international operations accounted for 87%, 93%, and 95% of our net sales during the years ended December 31, 2010, December 26, 2009, and December 27, 2008, respectively, of which, 84%, 92%, and 100% of these international sales, respectively, were denominated in euros. As a result, we have exposure to foreign exchange risk with respect to almost all of our net sales. Fluctuations in exchange rates, particularly in the U.S. dollar to euro exchange rate, affect our gross and net profit margins and could result in foreign exchange and operating losses. In the past, most of our exposure to foreign exchange risk has related to currency gains and losses between the times we sign and settle our sales contracts. For example, our Supply Contracts obligate us to deliver solar modules at a fixed price in euros per watt and do not adjust for fluctuations in the U.S. dollar to euro exchange rate. For the years ended December 31, 2010, December 26, 2009, and December 27, 2008, a 10% change in the euro exchange rates would have impacted our net euro sales by $184.6 million, $177.7 million, and $118.3 million, respectively. For our manufacturing operations in Germany and Malaysia, and those under construction in Vietnam, and Blanquefort, France many of our operating expenses for the plants in these countries are or will be denominated in the local currency.

Our primary foreign currency exposures are cash flow exposure, transaction exposure, and earnings translation exposure.

*Cash Flow Exposure:* We expect many of the components of our business to have material future cash flows, including revenues and expenses, that will be denominated in currencies other than the component's functional currency. Our primary cash flow exposures are customer collections and vendor payments. Changes in the exchange rates between our components' functional currencies and the other currencies in which they transact will cause fluctuations in the cash flows we expect to receive when these cash flows are realized or settled. Accordingly, we enter into foreign exchange forward contracts to hedge the value of a portion of these forecasted cash flows. These foreign exchange contracts qualified for accounting as cash flow hedges in accordance with ASC 815, *Derivatives and Hedging*, and we designated them as such. We initially report the effective portion of the derivative's gain or loss in "Accumulated other comprehensive income (loss)," and subsequently reclassify amounts into earnings when the hedged transaction is settled.

Most of our German plant's operating expenses are denominated in euros, creating natural hedges against the currency risk in our net sales. During 2010, we purchased foreign exchange forward contracts to hedge the exchange risk on forecasted cash flows denominated in euro. As of December 31, 2010, the unrealized loss on these contracts was $1.4 million and the total notional value of the contracts was €742.0 million ($986.9 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00). The weighted average forward exchange rate for these contracts was $1.33/€1.00 at December 31, 2010.

*Transaction Exposure:* Many components of our business have assets and liabilities (primarily receivables, investments, accounts payable, debt, solar module collection and recycling liabilities, and inter-company transactions) that are denominated in currencies other than the component's functional currency. Changes in the exchange rates between our components' functional currencies and the other currencies in which these assets and liabilities are denominated can create fluctuations in our reported consolidated financial position, results of operations, and cash flows. We may enter into foreign exchange forward contracts or other financial instruments to hedge assets and liabilities against the short-term effects of currency exchange rate fluctuations. The gains and losses on the foreign exchange forward contracts will offset all or part of the transaction gains and losses that we recognize in earnings on the related foreign currency assets and liabilities. As of December 31, 2010, the total unrealized gain on our foreign exchange forward contracts was $0.5 million. These contracts have maturities of less than three months.

As of December 31, 2010, the notional values of our foreign exchange forward contracts were as follows (notional amounts and U.S. dollar equivalents in millions):

| Transaction | Currency | Notional Amount | U.S. Equivalent | Balance sheet close rate on December 31, 2010 |
|---|---|---|---|---|
| Purchase | Euro | €270.5 | $359.8 | $1.33/€1.00 |
| Sell | Euro | €241.5 | $321.2 | $1.33/€1.00 |
| Purchase | Malaysian ringgit | MYR 185.6 | $59.4 | $0.32/MYR1.00 |
| Sell | Malaysian ringgit | MYR 103.6 | $33.2 | $0.32/MYR1.00 |
| Purchase | Japanese yen | JPY 1,157.0 | $11.6 | $0.01/JPY1.00 |
| Sell | Japanese yen | JPY 260.0 | $2.6 | $0.01/JPY1.00 |
| Purchase | Canadian dollar | CAD 44.8 | $44.8 | $1.00/CAD1.00 |
| Sell | Canadian dollar | CAD 58.0 | $58.0 | $1.00/CAD1.00 |

If the U.S. dollar would have weakened by 10% against the euro, Malaysian ringgit, Japanese yen, and Canadian dollar, the impact on our income before income taxes during the years ended December 31, 2010 and December 26, 2009 would have been

56

$6.6 million (unfavorable) and $0.5 million (favorable), respectively. If the U.S. dollar would have weakened by 10% against the euro and Malaysian ringgit, the adverse impact on our income before income taxes during the year ended December 27, 2008 would have been $11.6 million.

*Earnings Translation Exposure:* Fluctuations in foreign currency exchange rates create volatility in our reported results of operations because we are required to consolidate financial statements of our foreign currency denominated subsidiaries. We may decide to purchase forward exchange contracts or other instruments to offset this impact from currency fluctuations. These contracts would be marked-to-market on a monthly basis and any unrealized gain or loss would be recorded in interest and other income, net. We do not hedge translation exposure at this time, but may do so in the future.

In the past, currency exchange rate fluctuations have had an impact on our business and results of operations. For example, currency exchange rate fluctuations negatively impacted our cash flows by $12.7 million, $3.2 million, and $20.2 million in the years ended December 31, 2010, December 26, 2009, and December 27, 2008, respectively. Although we cannot predict the impact of future currency exchange rate fluctuations on our business or results of operations, we believe that we will continue to have risk associated with currency exchange rate fluctuations in the future.

**Interest Rate Risk**

We are exposed to interest rate risk because many of our customers depend on debt and equity financing to purchase and install a solar power system. Although the useful life of a solar electricity generation system is considered to be approximately 25 years, end-users of our solar modules must pay the entire cost of the system at the time of installation. As a result, many of our customers rely on debt financing to fund their up-front capital expenditures. An increase in interest rates could make it difficult for our end-users to secure the financing necessary to purchase and install a system. This could lower demand for our solar modules and system development services and reduce our net sales. In addition, we believe that a significant percentage of our end-users install solar power systems as an investment, funding the initial capital expenditure through a combination of equity and debt. An increase in interest rates could lower an investor's return on investment in a system or make alternative investments more attractive relative to solar power systems, which, in each case, could cause these end-users to seek alternative investments that promise higher returns.

We use interest rate swap agreements to mitigate our exposure to interest rate fluctuations associated with certain of our debt instruments; we do not use such swap agreements for speculative or trading purposes. During May 2008, we entered into a euro-denominated credit facility to finance some of the equipment cost for our Malaysian manufacturing center. The loans under the fixed-rate portion of the credit facility bear interest on the outstanding unpaid principal balance at an annual rate of 4.54%. The loans under the floating-rate portion of the credit facility bear interest on the outstanding unpaid principal balance at the Euro Interbank Offered Rate (Euribor) plus a margin of 0.55%. On May 29, 2009, we entered into an interest rate swap contract to hedge a portion of the floating rate loans under our Malaysian credit facility, which became effective on September 30, 2009 with a notional value of €57.3 million ($76.2 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00) and pursuant to which we are entitled to receive the six-month floating Euribor, and required to pay a fixed rate of 2.80%. The notional amount of the interest rate swap contract is scheduled to decline in correspondence to our scheduled principal payments on the underlying hedged debt. As of December 31, 2010, the notional value of this interest rate swap contract was €47.9 million ($63.7 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00). This derivative instrument qualifies for accounting as a cash flow hedge in accordance with ASC 815 and we designated it as such. We determined that our interest rate swap contract was highly effective as a cash flow hedge at December 31, 2010.

In addition, we invest in debt securities, which exposes us to interest rate risk. The primary objective of our investment activities is to preserve principal and provide liquidity on demand, while at the same time maximizing the income we receive from our investments without significantly increasing risk. Some of the securities in which we invest may be subject to market risk. This means that a change in prevailing interest rates may cause the market value of the investment to fluctuate. For example, if we hold a security that was issued with an interest rate fixed at the then-prevailing rate and the prevailing interest rate later rises, the market value of our investment will probably decline. To minimize this risk, we maintain our portfolio of cash equivalents, marketable securities, and investments in a variety of securities. As of December 31, 2010, our fixed-income investments earned a pre-tax yield of 1.36%, with a weighted average maturity of 7 months. If interest rates were to instantaneously increase (decrease) by 100 basis points, the market value of our total investment portfolio could decrease (increase) by $2.1 million. The direct risk to us associated with fluctuating interest rates is limited to our investment portfolio and we do not believe that a 10% change in interest rates would have a significant impact on our financial position, results of operations, or cash flows. As of December 31, 2010, all of our marketable securities were in commercial paper, corporate debt securities, federal and foreign agency debt, foreign government obligations, and supranational debt.

**Commodity and Component Risk**

57

We are exposed to price risks for the raw materials, components, and energy costs used in the manufacture and transportation of our solar modules. Also, some of our raw materials and components are sourced from a limited number of suppliers or a single supplier. We endeavor to qualify multiple suppliers using a robust qualification process. In some cases, we also enter into long-term supply contracts for raw materials and components, but these arrangements can be of shorter duration than the term of our Supply Contracts with our customers. As a result, we remain exposed to price changes in the raw materials and components used in our solar modules. In addition, a failure by a key supplier could disrupt our supply chain which could result in higher prices and/or a disruption in our manufacturing process. Since our selling price under our Supply Contracts does not adjust in the event of price changes in our underlying raw materials or components and since our Supply Contracts require minimum deliveries of our products during their terms, we are unable to pass along changes in the cost of the raw materials and components for our products, and may be in default of our delivery obligations if we experience a manufacturing disruption.

**Credit Risk**

We have certain financial and derivative instruments that subject us to credit risk. These consist primarily of cash, cash equivalents, investments, trade accounts receivable, interest rate swap contracts, and foreign exchange forward contracts. We are exposed to credit losses in the event of nonperformance by the counterparties to our financial and derivative instruments. We place cash, cash equivalents, investments, interest rate swap contracts, and foreign exchange forward contracts with various high-quality financial institutions and limit the amount of credit risk from any one counterparty. We continuously evaluate the credit standing of our counterparty financial institutions.

**Item 8:** *Financial Statements and Supplementary Data*

**Consolidated Financial Statements**

Our consolidated financial statements as required by this item are included in Item 15: "Exhibits and Financial Statement Schedules - Consolidated Financial Statements," of this Annual Report on Form 10-K. See Item 15(a) for a list of our consolidated financial statements.

**Selected Quarterly Financial Data (Unaudited)**

The following selected quarterly financial data should be read in conjunction with our consolidated financial statements, the related notes thereto and Item 7: "Management's Discussion and Analysis of Financial Condition and Results of Operations." This information has been derived from our unaudited consolidated financial statements that, in our opinion, reflect all recurring adjustments necessary to fairly present this information when read in conjunction with our consolidated financial statements and the related notes thereto appearing in the section entitled "Consolidated Financial Statements." The results of operations for any quarter are not necessarily indicative of the results to be expected for any future period.

| | Quarters Ended | | | | | | | |
| | Dec 31, 2010 | Sep 25, 2010 | Jun 26, 2010 | Mar 27, 2010 | Dec 26, 2009 | Sep 26, 2009 | Jun 27, 2009 | Mar 28, 2009 |
|---|---|---|---|---|---|---|---|---|
| | (In thousands, except per share amounts) | | | | | | | |
| Net sales | $ 609,801 | $ 797,899 | $ 587,854 | $ 567,961 | $ 641,265 | $ 480,851 | $ 525,876 | $ 418,208 |
| Cost of sales | 313,077 | 476,007 | 303,660 | 285,925 | 375,056 | 235,858 | 227,780 | 182,924 |
| Gross profit | 296,724 | 321,892 | 284,194 | 282,036 | 266,209 | 244,993 | 298,096 | 235,284 |
| Operating expenses: | | | | | | | | |
| Research and development | 27,601 | 21,472 | 22,836 | 22,888 | 23,716 | 24,136 | 18,605 | 11,704 |
| Selling, general and administrative | 91,282 | 84,961 | 78,597 | 66,864 | 96,667 | 53,990 | 72,926 | 49,315 |
| Production start-up | 12,190 | 3,821 | 2,288 | 1,143 | 1,099 | 4,076 | 2,524 | 6,209 |
| Total operating expenses | 131,073 | 110,254 | 103,721 | 90,895 | 121,482 | 82,202 | 94,055 | 67,228 |
| Operating income | 165,651 | 211,638 | 180,473 | 191,141 | 144,727 | 162,791 | 204,041 | 168,056 |
| Foreign currency gain (loss) | 854 | (1,001) | (2,625) | (696) | 3,020 | 114 | 239 | 1,834 |
| Interest and other income (loss), net | 6,860 | 2,278 | 2,590 | 4,914 | 2,570 | 2,062 | (2,982) | (158) |
| Income before income taxes | 173,365 | 212,915 | 180,438 | 195,359 | 150,317 | 164,967 | 201,298 | 169,732 |
| Income tax expense | 17,421 | 36,046 | 21,395 | 23,014 | 8,697 | 11,623 | 20,719 | 5,137 |
| Net income | $ 155,944 | $ 176,869 | $ 159,043 | $ 172,345 | $ 141,620 | $ 153,344 | $ 180,579 | $ 164,595 |
| Net income per share: | | | | | | | | |
| Basic | $ 1.83 | $ 2.08 | $ 1.87 | $ 2.04 | $ 1.68 | $ 1.82 | $ 2.16 | $ 2.01 |
| Diluted | $ 1.80 | $ 2.04 | $ 1.84 | $ 2.00 | $ 1.65 | $ 1.79 | $ 2.11 | $ 1.99 |
| Weighted-average number of shares used in per share calculations: | | | | | | | | |
| Basic | 85,181 | 85,072 | 84,852 | 84,505 | 84,413 | 84,179 | 83,723 | 81,685 |
| Diluted | 86,840 | 86,610 | 86,401 | 86,092 | 86,004 | 85,892 | 85,668 | 82,612 |

**Item 9:  *Changes in and Disagreements with Accountants on Accounting and Financial Disclosure***

None.

**Item 9A:  *Controls and Procedures***

**(a) Evaluation of Disclosure Controls and Procedures**

We maintain "disclosure controls and procedures," as such term is defined in Rule 13a-15(e) and 15d-15(e) under the Exchange Act, that are designed to ensure that information required to be disclosed by us in reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in SEC rules and forms, and that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate, to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, management recognized that disclosure controls and procedures, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the disclosure controls and procedures are met. Additionally, in designing disclosure controls and procedures, our management was required to apply its judgment in evaluating the cost-benefit relationship of possible disclosure controls and procedures. The design of any disclosure control and procedure also is based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions.

Based on their evaluation as of the end of the period covered by this Annual Report on Form 10-K, our Chief Executive Officer and Chief Financial Officer have concluded that our disclosure controls and procedures were effective at the reasonable assurance level.

**(b) Management's Report on Internal Control over Financial Reporting**

Our management is responsible for establishing and maintaining adequate "internal control over financial reporting," as such

59

term is defined in Exchange Act Rules 13a-15(f) and 15d-15(f). Under the supervision and with the participation of our management, including our Chief Executive Officer and Chief Financial Officer, we conducted an evaluation of the effectiveness of our internal control over financial reporting as of December 31, 2010 based on the criteria established in *Internal Control — Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Our internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles in the United States of America.

Based on the results of our evaluation, our management concluded that our internal control over financial reporting was effective as of December 31, 2010.

The effectiveness of our internal control over financial reporting as of December 31, 2010 has been audited by PricewaterhouseCoopers LLP, an independent registered public accounting firm, as stated in its report which appears herein.

### (c) Changes in Internal Control over Financial Reporting

We are in the process of converting to our new enterprise resource planning (ERP) system. Implementation of the new ERP system is scheduled to occur in phases, and we completed Phase I of this implementation on June 27, 2010, the first day of our third fiscal quarter of 2010. For a discussion of risks relating to the implementation of a new ERP system, please see the risk factor entitled *"Implementing a new enterprise resource planning system could interfere with our business or operations and could adversely impact our financial position, results of operations, and cash flows."* in Item 1A: "Risk Factors," in this Annual Report on Form 10-K . We will continue to implement our ERP system in stages, and each stage may affect significant components of our internal control over financial reporting.

Except for the new system implementation noted above, there has been no change in our internal control over financial reporting that occurred during the fourth quarter ended December 31, 2010 covered by this Annual Report on Form 10-K that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

### (d) Inherent Limitations on Effectiveness of Controls

Our management, including our Chief Executive Officer and Chief Financial Officer, do not expect that our disclosure controls or our internal control over financial reporting will prevent all errors and all fraud. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within our Company have been detected. These inherent limitations include the realities that judgments in decision-making can be faulty, and that breakdowns can occur because of a simple error or mistake. Additionally, controls can be circumvented by the individual acts of some persons, by collusion of two or more people, or by management override of the controls. The design of any system of controls is also based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions; over time, controls may become inadequate because of changes in conditions, or the degree of compliance with policies or procedures may deteriorate. Because of the inherent limitations in a cost-effective control system, misstatements due to error or fraud may occur and not be detected.

### Item 9B:  *Other Information*

None.

<div align="center">

**PART III**

</div>

### Item 10: *Directors, Executive Officers, and Corporate Governance*

Information concerning our board of directors and audit committee will appear in our 2011 Proxy Statement, under the section entitled "Directors." The information in that portion of the Proxy Statement is incorporated in this Annual Report on Form 10-K by reference.

For information with respect to our executive officers, see Item 1: "Business – Executive Officers of the Registrant," of this Annual Report on Form 10-K.

<div align="center">

60

</div>

Information concerning Section 16(a) beneficial ownership reporting compliance will appear in our 2011 Proxy Statement under the section entitled "Section 16(a) Beneficial Ownership Reporting Compliance." The information in that portion of the Proxy Statement is incorporated in this Annual Report on Form 10-K by reference.

We have adopted a Code of Business Conduct and Ethics that applies to all directors, officers, and associates of First Solar. Information concerning this code will appear in our 2011 Proxy Statement under the section entitled "Proposal No. 1 — Election of Directors — Corporate Governance." The information in that portion of the Proxy Statement is incorporated in this Annual Report on Form 10-K by reference.

**Item 11: *Executive Compensation***

Information concerning executive compensation and related information will appear in our 2011 Proxy Statement under the section entitled "Executive Compensation and Related Information." The information in that portion of the Proxy Statement is incorporated in this Annual Report on Form 10-K by reference.

**Item 12: *Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters***

Information concerning the security ownership of certain beneficial owners and management and related stockholder matters, including information regarding our equity compensation plans, will appear in our 2011 Proxy Statement under the section entitled "Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters." The information in that portion of the Proxy Statement is incorporated in this Annual Report on Form 10-K by reference.

**Item 13: *Certain Relationships and Related Transactions, and Director Independence***

Information concerning certain relationships and related party transactions will appear in our 2011 Proxy Statement under the section entitled "Certain Relationships and Related Party Transactions." The information in that portion of the Proxy Statement is incorporated in this Annual Report on Form 10-K by reference.

**Item 14: *Principal Accountant Fees and Services***

Information concerning principal accountant fees and services and the audit committee's pre-approval policies and procedures will appear in our 2011 Proxy Statement under the section entitled "Principal Accountant Fees and Services." The information in that portion of the Proxy Statement is incorporated in this Annual Report on Form 10-K by reference.

<div align="center">

**PART IV**

</div>

**Item 15: *Exhibits and Financial Statement Schedules***

(a) The following documents are filed as part of this Annual Report on Form 10-K:

(1) Consolidated Financial Statements

Report of Independent Registered Public Accounting Firm
Financial Statements
    Consolidated Balance Sheets
    Consolidated Statements of Operations
    Consolidated Statements of Stockholders' Equity and Comprehensive Income
    Consolidated Statements of Cash Flows
    Notes to Consolidated Financial Statements
(2) Financial Statement Schedule:
Schedule II — Valuation and Qualifying Accounts

<div align="center">

**SCHEDULE II: VALUATION AND QUALIFYING ACCOUNTS**
**For the Years Ended December 31, 2010, December 26, 2009, and December 27, 2008**

</div>

<div align="center">

61

</div>

| Description | Balance at Beginning of Year | | Additions | | Deductions | | Balance at End of Year |
|---|---|---|---|---|---|---|---|
| | | | (In thousands) | | | | |
| Allowance for doubtful accounts receivable | | | | | | | |
| Year ended December 27, 2008 | $ | 5 | $ | 711 | $ | (716) | $ | — |
| Year ended December 26, 2009 | $ | — | $ | 6,990 | $ | (6,000) | $ | 990 |
| Year ended December 31, 2010 | $ | 990 | $ | — | $ | (990) | $ | — |
| Provision for inventory reserve | | | | | | | |
| Year ended December 27, 2008 | $ | 45 | $ | 2,548 | $ | (1,617) | $ | 976 |
| Year ended December 26, 2009 | $ | 976 | $ | — | $ | (976) | $ | — |
| Year ended December 31, 2010 | $ | — | $ | — | $ | — | $ | — |
| Valuation allowance against our deferred tax assets | | | | | | | |
| Year ended December 27, 2008 | $ | 596 | $ | 1,097 | $ | (596) | $ | 1,097 |
| Year ended December 26, 2009 | $ | 1,097 | $ | 2,093 | $ | — | $ | 3,190 |
| Year ended December 31, 2010 | $ | 3,190 | $ | 1,601 | $ | — | $ | 4,791 |

(3) Exhibits: See Item 15(b) below.

(b) Exhibits: The exhibits listed on the accompanying Index to Exhibits on this Annual Report on Form 10-K are filed, or incorporated into this Annual Report on Form 10-K by reference.

(c) Financial Statement Schedule: See Item 15(b) above.

62

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this Annual Report to be signed on its behalf by the undersigned, thereunto duly authorized on February 25, 2011.

<div align="center">

FIRST SOLAR, INC.
By: /s/ JAMES ZHU
James Zhu
*Principal Accounting Officer*

</div>

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/  MICHAEL J. AHEARN<br>Michael J. Ahearn | Chairman of the Board of Directors | February 25, 2011 |
| /s/  ROBERT J. GILLETTE<br>Robert J. Gillette | Chief Executive Officer and Director | February 25, 2011 |
| /s/  JAMES ZHU<br>James Zhu | Chief Accounting Officer and Interim Chief Financial Officer<br>(Principal Accounting Officer) | February 25, 2011 |
| Additional Directors:<br>/s/  JAMES F. NOLAN<br>James F. Nolan | Director | February 25, 2011 |
| /s/  WILLIAM J. POST<br>William J. Post | Director | February 25, 2011 |
| /s/  J. THOMAS PRESBY<br>J. Thomas Presby | Director | February 25, 2011 |
| /s/  PAUL H. STEBBINS<br>Paul H. Stebbins | Director | February 25, 2011 |
| /s/  MICHAEL SWEENEY<br>Michael Sweeney | Director | February 25, 2011 |
| /s/ CRAIG KENNEDY<br>Craig Kennedy | Director | February 25, 2011 |
| /s/ JOSE VILLARREAL<br>Jose Villarreal | Director | February 25, 2011 |

<div align="center">

63

</div>

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors and Stockholders of First Solar, Inc.

In our opinion, the consolidated financial statements listed in the index appearing under Item 15(a)(1) present fairly, in all material respects, the financial position of First Solar, Inc. and its subsidiaries at December 31, 2010 and December 26, 2009, and the results of their operations and their cash flows for each of the three years in the period ended December 31, 2010 in conformity with accounting principles generally accepted in the United States of America. In addition, in our opinion, the financial statement schedule listed in the index appearing under Item 15(a)(2) presents fairly, in all material respects, the information set forth therein when read in conjunction with the related consolidated financial statements. Also in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2010, based on criteria established in *Internal Control - Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). The Company's management is responsible for these financial statements and financial statement schedule, for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in Management's Report on Internal Control over Financial Reporting appearing under Item 9A. Our responsibility is to express opinions on these financial statements, on the financial statement schedule, and on the Company's internal control over financial reporting based on our integrated audits. We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement and whether effective internal control over financial reporting was maintained in all material respects. Our audits of the financial statements included examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audits also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits provide a reasonable basis for our opinions.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ PricewaterhouseCoopers LLP

Phoenix, Arizona
February 25, 2011

64

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 138 of 315

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**CONSOLIDATED BALANCE SHEETS**
**(In thousands, except share data)**

|  | December 31, 2010 | December 26, 2009 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 765,689 | $ 664,499 |
| Marketable securities | 167,889 | 120,236 |
| Accounts receivable trade, net | 305,537 | 226,826 |
| Accounts receivable, unbilled | 1,482 | 58 |
| Inventories | 200,442 | 152,821 |
| Project assets | — | 1,081 |
| Deferred tax assets, net | 388 | 21,679 |
| Prepaid expenses and other current assets | 143,033 | 164,071 |
| Total current assets | 1,584,460 | 1,351,271 |
| Property, plant and equipment, net | 1,430,789 | 988,782 |
| Project assets | 320,140 | 131,415 |
| Deferred tax assets, net | 259,236 | 130,515 |
| Marketable securities | 180,271 | 329,608 |
| Restricted cash and investments | 86,003 | 36,494 |
| Investment in related party | — | 25,000 |
| Goodwill | 433,288 | 286,515 |
| Inventories | 42,728 | 21,695 |
| Other assets | 43,488 | 48,217 |
| Total assets | $ 4,380,403 | $ 3,349,512 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 82,312 | $ 75,744 |
| Income taxes payable | 16,831 | 8,740 |
| Accrued expenses | 244,271 | 193,277 |
| Current portion of long-term debt | 26,587 | 28,559 |
| Other current liabilities | 99,676 | 88,607 |
| Total current liabilities | 469,677 | 394,927 |
| Accrued solar module collection and recycling liability | 132,951 | 92,799 |
| Long-term debt | 210,804 | 146,399 |
| Other liabilities | 112,026 | 62,600 |
| Total liabilities | 925,458 | 696,725 |
| Stockholders' equity: | | |
| Common stock, $0.001 par value per share; 500,000,000 shares authorized; 85,843,511 and 85,208,199 shares issued and outstanding at December 31, 2010 and December 26, 2009, respectively | 86 | 85 |
| Additional paid-in capital | 1,815,420 | 1,658,091 |
| Contingent consideration | 1,118 | 2,844 |
| Accumulated earnings | 1,665,564 | 1,001,363 |
| Accumulated other comprehensive loss | (27,243) | (9,596) |
| Total stockholders' equity | 3,454,945 | 2,652,787 |
| Total liabilities and stockholders' equity | $ 4,380,403 | $ 3,349,512 |

See accompanying notes to these consolidated financial statements.

65

https://www.sec.gov/Archives/edgar/data/1274494/000127449411000007/fslrdec1010k.htm    3/26/2015

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except per share amounts)**

| | Years Ended | | |
| --- | --- | --- | --- |
| | December 31, 2010 | December 26, 2009 | December 27, 2008 |
| Net sales | $ 2,563,515 | $ 2,066,200 | $ 1,246,301 |
| Cost of sales | 1,378,669 | 1,021,618 | 567,908 |
| Gross profit | 1,184,846 | 1,044,582 | 678,393 |
| Operating expenses: | | | |
| Research and development | 94,797 | 78,161 | 33,517 |
| Selling, general and administrative | 321,704 | 272,898 | 174,039 |
| Production start-up | 19,442 | 13,908 | 32,498 |
| Total operating expenses | 435,943 | 364,967 | 240,054 |
| Operating income | 748,903 | 679,615 | 438,339 |
| Foreign currency (loss) gain | (3,468) | 5,207 | 5,722 |
| Interest income | 14,375 | 9,735 | 21,158 |
| Interest expense, net | (6) | (5,258) | (509) |
| Other income (expense), net | 2,273 | (2,985) | (934) |
| Income before income taxes | 762,077 | 686,314 | 463,776 |
| Income tax expense | 97,876 | 46,176 | 115,446 |
| Net income | $ 664,201 | $ 640,138 | $ 348,330 |
| Net income per share: | | | |
| Basic | $ 7.82 | $ 7.67 | $ 4.34 |
| Diluted | $ 7.68 | $ 7.53 | $ 4.24 |
| Weighted-average number of shares used in per share calculations: | | | |
| Basic | 84,891 | 83,500 | 80,178 |
| Diluted | 86,491 | 85,044 | 82,124 |

See accompanying notes to these consolidated financial statements.

66

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY AND COMPREHENSIVE INCOME**
**(In thousands)**

| | Common Stock | | Additional Paid-In Capital | Contingent Consideration | Accumulated Earnings | Accumulated Other Comprehensive Income | Total Equity |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | | | | | |
| Balance, December 29, 2007 | 78,575 | $ 79 | $1,079,775 | $ — | $ 12,895 | $ 4,518 | $1,097,267 |
| Components of comprehensive income, net of tax: | | | | | | | |
| Net income | — | — | — | — | 348,330 | — | 348,330 |
| Foreign currency translation adjustments | — | — | — | — | — | (13,943) | (13,943) |
| Change in unrealized loss on derivative instruments, net of tax | — | — | — | — | — | (15,230) | (15,230) |
| Change in unrealized gain on marketable securities, net of tax | — | — | — | — | — | 234 | 234 |
| Total comprehensive income | | | | | | | 319,391 |
| Exercise of stock options, including tax benefits | 2,980 | 3 | 44,694 | — | — | — | 44,697 |
| Issuance of restricted and unrestricted stock | 42 | — | (7,040) | — | — | — | (7,040) |
| Share-based compensation | — | — | 58,727 | — | — | — | 58,727 |
| Balance, December 27, 2008 | 81,597 | 82 | 1,176,156 | — | 361,225 | (24,421) | 1,513,042 |
| Components of comprehensive income, net of tax: | | | | | | | |
| Net income | — | — | — | — | 640,138 | — | 640,138 |
| Foreign currency translation adjustments | — | — | — | — | — | 13,303 | 13,303 |
| Change in unrealized loss on derivative instruments, net of tax | — | — | — | — | — | (167) | (167) |
| Change in unrealized gain on marketable securities, net of tax | — | — | — | — | — | 1,689 | 1,689 |
| Total comprehensive income | | | | | | | 654,963 |
| Exercise of stock options, including excess tax benefits | 537 | 1 | 7,272 | — | — | — | 7,273 |
| Issuance of restricted and unrestricted stock | 123 | — | (11,387) | — | — | — | (11,387) |
| Share-based compensation | — | — | 89,463 | — | — | — | 89,463 |
| Common stock issued for acquisition | 2,951 | 2 | 396,587 | 2,844 | — | — | 399,433 |
| Balance, December 26, 2009 | 85,208 | 85 | 1,658,091 | 2,844 | 1,001,363 | (9,596) | 2,652,787 |
| Components of comprehensive income, net of tax: | | | | | | | |
| Net income | — | — | — | — | 664,201 | — | 664,201 |
| Foreign currency translation adjustments | — | — | — | — | — | (35,825) | (35,825) |
| Change in unrealized gain on derivative instruments, net of tax | — | — | — | — | — | 14,358 | 14,358 |
| Change in unrealized gain on marketable securities, net of tax | — | — | — | — | — | 3,820 | 3,820 |
| Total comprehensive income | | | | | | | 646,554 |
| Exercise of stock options, including excess tax benefits | 455 | 1 | 70,945 | — | — | — | 70,946 |
| Issuance of restricted and unrestricted stock | 168 | — | (12,108) | — | — | — | (12,108) |
| Share-based compensation | — | — | 96,766 | — | — | — | 96,766 |
| Common stock issued for acquisition | 13 | — | 1,726 | (1,726) | — | — | — |
| Balance, December 31, 2010 | 85,844 | $ 86 | $1,815,420 | $ 1,118 | $ 1,665,564 | $ (27,243) | $3,454,945 |

See accompanying notes to these consolidated financial statements.

67

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In thousands)**

| | Years Ended | | |
|---|---|---|---|
| | December 31, 2010 | December 26, 2009 | December 27, 2008 |
| **Cash flows from operating activities:** | | | |
| Cash received from customers | $ 2,458,088 | $ 1,957,604 | $ 1,203,822 |
| Cash paid to suppliers and associates | (1,614,763) | (1,123,746) | (723,123) |
| Interest received | 20,531 | 6,147 | 19,138 |
| Interest paid | (7,610) | (10,550) | (4,629) |
| Income taxes paid, net of refunds | (80,064) | (147,843) | (1,975) |
| Excess tax benefit from share-based compensation arrangements | (69,367) | (4,892) | (28,661) |
| Other operating activities | (1,323) | (1,527) | (1,505) |
| Net cash provided by operating activities | 705,492 | 675,193 | 463,067 |
| **Cash flows from investing activities:** | | | |
| Purchases of property, plant and equipment | (588,914) | (279,941) | (459,271) |
| Purchases of marketable securities | (462,070) | (607,356) | (334,818) |
| Proceeds from maturities of marketable securities | 62,648 | 149,076 | 107,450 |
| Proceeds from sales of marketable securities | 494,256 | 115,805 | 418,762 |
| Investment in notes receivable | — | (99,637) | — |
| Payments received on notes receivable | 61,658 | 25,447 | — |
| Increase in restricted investments | (43,064) | (4,150) | (15,564) |
| Sale of (purchase of) investment in related party | 28,596 | — | (25,000) |
| Acquisitions, net of cash acquired | (296,496) | 318 | — |
| Other investing activities | 1,301 | (1,252) | — |
| Net cash used in investing activities | (742,085) | (701,690) | (308,441) |
| **Cash flows from financing activities:** | | | |
| Proceeds from stock option exercises | 9,379 | 5,961 | 16,036 |
| Repayment of long-term debt | (27,879) | (78,224) | (41,691) |
| Proceeds from issuance of debt, net of issuance costs | 100,000 | 44,739 | 138,887 |
| Excess tax benefit from share-based compensation arrangements | 69,367 | 4,892 | 28,661 |
| Proceeds from economic development funding | — | 615 | 35,661 |
| Other financing activities | (416) | (4) | (5) |
| Net cash provided by (used in) financing activities | 150,451 | (22,021) | 177,549 |
| Effect of exchange rate changes on cash and cash equivalents | (12,668) | (3,201) | (20,221) |
| Net increase (decrease) in cash and cash equivalents | 101,190 | (51,719) | 311,954 |
| Cash and cash equivalents, beginning of the period | 664,499 | 716,218 | 404,264 |
| Cash and cash equivalents, end of the period | $ 765,689 | $ 664,499 | $ 716,218 |
| **Supplemental disclosure of noncash investing and financing activities:** | | | |
| Property, plant and equipment acquisitions funded by liabilities | $ 88,977 | $ 59,374 | $ 19,449 |

See accompanying notes to these consolidated financial statements.

68

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

### Note 1. First Solar and Its Business

We design, manufacture, and sell solar electric power modules, which we currently produce at our plants in Perrysburg, Ohio, Frankfurt/Oder, Germany, and Kulim, Malaysia. We also develop sites for building solar power systems using our solar modules and provide a complete solar power system solution, which includes project development, EPC services, O&M services when applicable and, project finance when required. First Solar Holdings, LLC was formed as a Delaware limited liability company in May 2003 to act as the holding company for First Solar, LLC — which was formed in 1999 and renamed First Solar US Manufacturing, LLC in the second quarter of 2006, and other subsidiaries formed during 2003 and later. On February 22, 2006, First Solar Holdings, LLC was incorporated in Delaware as First Solar Holdings, Inc. and, also during the first quarter of 2006, was renamed First Solar, Inc.

### Note 2. Summary of Significant Accounting Policies

*Basis of Presentation.* Certain prior period amounts have been reclassified to conform to the current presentation. We reclassified certain segment amounts as information provided to our Chief Operating Decision Maker (CODM) has changed. Our CODM consists of senior executive staff. These reclassifications were primarily due to how our CODM views our systems segment as an enabler to drive module throughput for our components business with the objective of achieving break-even results before income taxes for our systems segment. See Note 23. "Segment and Geographical Information," to our consolidated financial statements for additional information. These reclassifications had no impact on our consolidated statement of operations, consolidated balance sheet, or consolidated statement of cash flows.

*Principles of Consolidation.* These consolidated financial statements include the accounts of First Solar, Inc. and all of its subsidiaries and are prepared in accordance with accounting principles generally accepted in the United States of America (U.S. GAAP). We eliminated all inter-company transactions and balances during consolidation.

*Fiscal Periods.* Historically, our fiscal quarters ended on the Saturday closest to the end of the applicable calendar quarter. In July 2010, our board of directors approved a change in the Company's fiscal year from a 52 or 53 week fiscal year to a calendar year. This change to the calendar year cycle became effective as of the end of the 2010 fiscal year. As a result, our 2010 fiscal year, which began on December 27, 2009, ended on December 31, 2010 instead of December 25, 2010. In addition, effective January 1, 2011, our fiscal quarters will also coincide with calendar quarters.

*Use of Estimates.* The preparation of consolidated financial statements in conformity with U.S. GAAP requires us to make estimates and assumptions that affect the amounts reported in our consolidated financial statements and the accompanying notes. Significant estimates in these consolidated financial statements include revenue recognition, allowances for doubtful accounts receivable, inventory write-downs, estimates of future cash flows from and the economic useful lives of long-lived assets, asset impairments, certain accrued liabilities, income taxes and tax valuation allowances, accrued warranty expenses, accrued collection and recycling expense, share-based compensation costs, and fair value estimates. Despite our intention to establish accurate estimates and reasonable assumptions, actual results could differ materially from these estimates and assumptions.

*Fair Value of Financial Instruments.* We measure certain financial assets and liabilities at fair value based on the price that would be received for an asset or paid to transfer a liability in the principal or most advantageous market for the asset or liability in an orderly transaction between market participants. As of December 31, 2010, our financial instruments consist principally of cash and cash equivalents, marketable securities, notes receivable, restricted investments, derivative contracts, accounts payable, accrued expenses, debt, and income taxes payable. See Note 10. "Fair Value Measurement," to our consolidated financial statements for further information on the fair value of our financial instruments.

*Cash and Cash Equivalents.* We consider all highly liquid investments with original maturities of 90 days or less at the time of purchase to be cash equivalents.

*Marketable Securities — current and noncurrent.* We determine the classification of our marketable securities at the time of purchase and reevaluate such designation at each balance sheet date. We have classified our marketable securities as "available-for-sale." These marketable securities are recorded at fair value and unrealized gains and losses are recorded to accumulated other comprehensive income (loss) until realized. Realized gains and losses on sales of these securities are reported in earnings, computed using the specific identification cost method. All of our available-for-sale marketable securities are subject to a periodic impairment review. We consider a marketable debt security to be impaired when its fair value is less than its carrying cost, in which case we

69

would further review the investment to determine if it is other-than-temporarily impaired. When we evaluate an investment for other-than-temporary impairment, we review factors such as the length of time and extent to which its fair value has been below its cost basis, the financial conditions of the issuer and any changes thereto, our intent to sell, and whether it is more likely than not that we will be required to sell the investment before we have recovered its cost basis. If an investment were other-than-temporarily impaired, we would write it down through earnings to its impaired value and establish that as a new cost basis for the investment.

*Derivative Instruments.* We recognize derivative instruments on our balance sheet at their fair value. On the date that we enter into a derivative contract, we designate the derivative instrument as a fair value hedge; a cash flow hedge; a foreign currency fair value or cash flow hedge; a hedge of a net investment in a foreign operation; or a derivative instrument that will not be accounted for using any of the specialized "hedge accounting" methods specified in ASC 815, *Derivatives and Hedging.* As of December 31, 2010 and December 26, 2009, all of our derivative instruments were designated either as cash flow hedges or as derivative instruments not accounted for using hedge accounting methods.

We record changes in the fair value of a derivative instrument that is highly effective and that is designated and qualifies as a cash flow hedge, to the extent that the hedge is effective, in other comprehensive income until our earnings are affected by the variability of cash flows of the hedged transaction (that is, until we record periodic settlements of a variable-rate asset or liability in earnings). We record any hedge ineffectiveness, which represents the amount by which the changes in the fair value of the derivative instrument exceed the variability in the cash flows of the forecasted transaction, in current period earnings. We report changes in the fair values of derivative instruments not accounted for using hedge accounting in current period earnings.

We formally document all relationships between hedging instruments and underlying hedged items, as well as our risk-management objective and strategy for undertaking various hedge transactions at the inception of the hedge. We support all of our derivatives with documentation specifying the underlying exposure being hedged. We also formally assess (both at the hedge's inception and on an ongoing basis) whether the derivative instruments that we use in hedging transactions have been highly effective in offsetting changes in the fair value or cash flows of hedged items and whether those derivatives are expected to remain highly effective in future periods. When we determine that a derivative instrument is not (or has ceased to be) highly effective as a hedge, we discontinue hedge accounting prospectively. In all situations in which we discontinue hedge accounting and the derivative instrument remains outstanding, we will carry the derivative instrument at its fair value on our balance sheet and recognize subsequent changes in its fair value in our current period earnings.

*Investment in Related Party.* Between October 2008 and December 2010, we owned equity investments in another company in an amount that was not sufficient to provide us with significant influence over the investee's operations. Since the fair values of these equity investments were not readily determinable, they were not within the scope of the accounting guidance at ASC 320, *Investments – Debt and Equity Securities*, and we accounted for these equity investments using the cost method of accounting. Under the cost method of accounting, we reported investments at their acquisition cost on our consolidated balance sheet and would only have adjusted these carrying values if we sold the investments, if we acquired additional investments, or if the investments became other-than-temporarily impaired.

*Receivables and Allowance for Doubtful Accounts.* Trade accounts receivable are recorded at the invoiced amount as the result of transactions with customers. We maintain allowances for doubtful accounts for uncollectible accounts receivable. We estimate anticipated losses from doubtful accounts based on days past due, historical collection history, and other factors. We offer a rebate program to certain customers and account for these rebates as reduction to the selling price of our solar modules and, therefore as a reduction in revenue at the time of sale and recognize a contra-asset with accounting receivable trade, net.

*Inventories — current and noncurrent.* We report our inventories at the lower of cost or market. We determine cost on a first-in, first-out basis and include both the costs of acquisition and the costs of manufacturing in our inventory costs. These costs include direct material, direct labor, and fixed and variable indirect manufacturing costs, including depreciation and amortization.

We also regularly review the cost of inventory against its estimated market value and record a lower of cost or market write-down if any inventories have a cost in excess of their estimated market value. For example, we regularly evaluate the quantity and value of our inventory in light of current market conditions and market trends and record write-downs for any quantities in excess of demand and for any product obsolescence. This evaluation considers historical usage, expected demand, anticipated sales price, new product development schedules, the effect new products might have on the sale of existing products, product obsolescence, customer concentrations, product merchantability, and other factors. Market conditions are subject to change and actual consumption of our inventory could differ from forecasted demand. Our inventories have a long life cycle and obsolescence has not historically been a significant factor in their valuation.

We classify inventories not used within our normal operating cycle (which is generally 12 months) as noncurrent inventory.

70

This inventory generally consists of a critical raw material that we purchase in quantities anticipating confident, long-term future demand.

*Long-Lived Assets.* We account for any impairment of our long-lived tangible assets and definite-lived intangible assets in accordance with ASC 360, *Property, Plant and Equipment.* As a result, we assess long-lived assets classified as "held and used," including our property, plant and equipment, for impairment whenever events or changes in business circumstances arise that may indicate that the carrying amount of our long-lived assets may not be recoverable. These events would include significant current period operating or cash flow losses associated with the use of a long-lived asset, or group of assets, combined with a history of such losses, significant changes in the manner of use of assets, and significant negative industry or economic trends. We evaluated our long-lived assets for impairment during the years ended December 31, 2010 and December 26, 2009, and did not note any events or changes in circumstances indicating that the carrying values of our material long-lived assets were not recoverable.

*Property, Plant and Equipment.* We report our property, plant and equipment at cost, less accumulated depreciation. Cost includes the price paid to acquire or construct the assets, including interest capitalized during the construction period, and any expenditure that substantially adds to the value of or substantially extends the useful life of an existing asset. We expense repair and maintenance costs at the time we incur them.

We compute depreciation expense using the straight-line method over the estimated useful lives of the assets, as presented in the table below. We amortize leasehold improvements over the shorter of their estimated useful lives or the remaining term of the lease.

| | Useful Lives in Years |
|---|---|
| Buildings | 40 |
| Manufacturing machinery and equipment | 5 – 7 |
| Furniture, fixtures, computer hardware, and computer software | 3 – 7 |
| Leasehold improvements | up to 15 |

*Internal-Use Software Costs.* We capitalize the costs related to computer software obtained or developed for internal use. Software obtained for internal use has generally been enterprise-level business and finance software that we customize to meet our specific operational needs. The capitalized costs are amortized on a straight-line basis over the estimated useful life of the software, ranging from 3 to 7 years.

*Interest Capitalization.* We capitalize interest cost as part of the historical cost of acquiring or constructing certain assets during the period of time required to get the asset ready for its intended use. These assets generally include property, plant and equipment and development costs that we have capitalized as project assets or deferred project costs. Interest capitalized for fixed assets is amortized over the useful life of the related asset, as the qualifying asset is moved to the depreciation and amortization pool. We charge interest capitalized for project assets or deferred project costs to operations as the respective assets are sold or written off. We capitalize interest to the extent that expenditures to acquire, construct or to develop an asset have occurred and interest cost has been incurred.

*Project Assets.* Project assets consist primarily of costs relating to solar power projects in various stages of development that we capitalize prior to the sale of the solar power project to a third party for further project development or prior to the signing of a project construction contract. These costs include costs for land and costs for developing and constructing a solar power plant. Development costs can include legal, consulting, permitting, and other similar costs such as interconnection or transmission upgrade costs.

Once we enter into a definitive sales agreement, we reclassify project assets to deferred project costs on our balance sheet until we have met the criteria to recognize the sale of the project assets as revenue. We recognize project assets/deferred project costs in cost of sales as we record revenue for a particular project following the applicable revenue accounting guidance. We classify project assets generally as noncurrent due to the time required to complete all activities to sell a specific project, which is typically longer than 12 months.

We review project assets for impairment whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. We consider a project commercially viable if it is anticipated to be sellable for a profit once it is either fully developed or fully constructed. We consider a partially developed or partially constructed project commercially viable if the anticipated selling price is higher than the carrying value of the related project assets. We examine a number of factors to determine if the project will be profitable, the most notable of which is whether there are any changes in environmental, ecological, permitting,

71

or regulatory conditions that impact the project. Such changes could cause the cost of the project to increase or the selling price of the project to decrease.

*Accounts Receivable, Unbilled*. Accounts receivable, unbilled represents revenue that has been recognized in advance of billing the customer. This is common for long-term construction contracts. For example, we recognize revenue from long-term contracts for the construction and sale of solar power systems which include the sales of project assets over the contractual period using applicable accounting methods. One applicable accounting method is the percentage-of-completion method, under which sales and gross profit are recognized as work is performed based on the relationship between actual costs incurred to the total estimated costs for completing the entire contract. Under this accounting method, it is possible that revenue could be recognized in advance of billing the customer, resulting in an amount recorded to "Accounts receivable, unbilled." Once we meet the billing criteria under a contract, we bill our customer accordingly and reclassify the "Accounts receivable, unbilled" to "Accounts receivable trade, net." Billing criteria vary by contract, but are generally structured around completion of certain construction milestones.

*Deferred Project Costs.* Deferred project costs represent (i) costs that we capitalize for arrangements that we account for as real estate transactions after we have entered into a definitive sales arrangement, but before we have met the criteria to recognize the sale as revenue, (ii) recoverable pre-contract costs that we capitalize for arrangements accounted for as long term construction contracts prior to entering into a definitive sales agreement or, (iii) costs that we capitalize for arrangements accounted for as long term construction contracts after we have signed a definitive sales agreement, but before the revenue recognition criteria have been met. Deferred projects costs are classified within "Prepaid and other current assets" on our consolidated balance sheets. Deferred project costs which are not expected to be recognized within the next 12 months are classified as noncurrent deferred project costs, and are classified within "Other assets" on our consolidated balance sheets.

The following table illustrates the balance sheet classification of project assets and deferred project costs:

| Milestone | Balance sheet classification -Arrangements accounted for under ASC 360 (sale of real estate) | Balance sheet classification - Arrangements accounted for under ASC 605 (long-term construction contracts) |
|---|---|---|
| Execution of a definitive sales agreement, but revenue recognition criteria are not met | Deferred project costs | Deferred project costs |
| Pre execution of a definitive sales agreement | Project asset | Deferred project costs (recoverable pre-contract costs) |

*Billings in Excess of Costs and Estimated Earnings.* The liability "Billings in excess of costs and estimated earnings," which is part of the balance sheet caption "Other current liabilities," represents billings in excess of revenue recognized on contracts accounted for under the percentage-of-completion method. Typically, billings are made based on the completion of certain milestones as provided for in the contracts and generally the timing of revenue recognition is different from the contractual billing schedules. Billings in excess of costs and estimated earnings was $19.9 million and $6.6 million as of December 31, 2010 and December 26, 2009, respectively.

*Deferred Revenue.* The liability "Deferred revenue," which is part of the balance sheet caption "Other current liabilities," consists of billings or payments received in advance of revenue recognition (with the exception of billings in excess of costs and estimated earnings) for our solar modules or solar power systems as described above. We recognize deferred revenue as net sales only when the revenue recognition criteria are met.

*Business Combinations*. We account for business acquisitions using the acquisition method of accounting and record definite-lived intangible assets separate from goodwill. Intangible assets are recorded at their fair value based on estimates as of the date of acquisition. Goodwill is recorded as the residual amount of the purchase price less the fair value assigned to the individual assets acquired and liabilities assumed as of the date of acquisition. We charge acquisition related costs that are not part of the consideration to general and administrative expense as they are incurred. These costs typically include transaction and integration costs, such as legal, accounting and other professional fees.

*Goodwill.* Goodwill represents the excess of the purchase price of acquired businesses over the estimated fair value assigned to the individual assets acquired and liabilities assumed. We do not amortize goodwill, but instead test goodwill for impairment at least annually in the fourth quarter and, if necessary, we would record any impairment in accordance with FASB Accounting Standards Codification Topic, (ASC) 350, *Intangibles - Goodwill and Other*. We will perform an impairment test between scheduled annual tests if facts and circumstances indicate that it is more likely than not that the fair value of a reporting unit that has goodwill is less than its carrying value.

72

In accordance with ASC 350, we perform a two-step impairment test. The first step in our impairment test is the comparison of the fair value of a reporting unit with its carrying amount, including goodwill. Our reporting units are consistent with our reportable segments as described in Note 23. "Segment and Geographical Information," to our consolidated financial statements. In accordance with the authoritative guidance, we define fair value of a reporting unit as the price that would be received to sell the unit as a whole in an orderly transaction between market participants at the measurement date. We primarily use the income approach methodology of valuation, which includes the discounted cash flow method, and the market approach methodology of valuation, which considers values of comparable businesses to estimate the fair values of our reporting units. We do not believe that a cost approach is relevant to remeasuring the fair values of our reporting units. For the goodwill assessment of our systems business, we believe that a typical market participant for the sale of our systems reporting unit, would be a solar module manufacturer seeking to acquire a systems business with a large pipeline of utility-scale solar power plant projects, with the intent that these projects would provide a captive outlet for additional future solar module production. Therefore, we model the systems reporting unit's future performance for the purposes of applying the income method of fair value measurement to include some of the profitability associated with the solar module element of the solar power plants that it builds and sells. Significant management judgment is required in the forecasts of future operating results, in the discount rates that we use in the discounted cash flow method of valuation, and in the selection of comparable businesses that we use in the market approach. If the estimated fair value of the reporting unit exceeds the carrying value assigned to that unit, goodwill is not impaired and no further analysis is required.

If the carrying value assigned to a reporting unit exceeds its estimated fair value, then we perform the second step of the impairment test. In this step, we allocate the fair value of the reporting unit calculated in step one to all of the assets and liabilities of that unit, as if we had just acquired the reporting unit in a business combination. The excess of the fair value of the reporting unit over the total amount allocated to the assets and liabilities represents the implied fair value of goodwill. If the carrying value of a reporting unit's goodwill exceeds its implied fair value, we would record an impairment loss equal to the difference. Based on our tests, we recorded no goodwill impairment charges for the years ended December 31, 2010, December 26, 2009, and December 27, 2008.

*Product Warranties.* We provide a limited warranty against defects in materials and workmanship under normal use and service conditions for five years following delivery to the owners of our solar modules. We also warrant to the owners of our solar modules that solar modules installed in accordance with agreed-upon specifications will produce at least 90% of their power output rating during the first 10 years following their installation and at least 80% of their power output rating during the following 15 years. In resolving claims under both the defects and power output warranties, we have the option of either repairing or replacing the covered solar module or, under the power output warranty, providing additional solar modules to remedy the power shortfall. Our warranties are automatically transferred from the original purchasers of our solar modules to subsequent purchasers. When we recognize revenue for module sales, we accrue a liability for the estimated future costs of meeting our warranty obligations for those modules. We make and revise this estimate based on the number of solar modules under warranty at customer locations, our historical experience with warranty claims, our monitoring of field installation sites, our in-house testing of our solar modules, and our estimated per-module replacement cost.

*EPC Warranty.* We typically provide a limited warranty against defects in workmanship, engineering design, and installation services under normal use and service conditions for a period of one year following the substantial completion of a solar power plant or an energized section of a solar power plant. In resolving claims under both the workmanship and design warranties, we have the option of either remedying the defect to the warranted level through repair, refurbishment, or replacement.

*Accrued Solar Module Collection and Recycling Liability.* We recognize an expense for the estimated fair value of our future obligations for collecting and recycling the solar modules that we have sold at the time they reach the end of their useful lives. See also Note 13. "Solar Module Collection and Recycling Liability," for further information.

*Income Taxes.* We account for income taxes in accordance with ASC 740, *Income Taxes,* which prescribes the use of the asset and liability method whereby we calculate the deferred tax asset or liability account balances at the balance sheet date using tax laws and rates in effect at that time. We establish valuation allowances, when necessary, to reduce deferred tax assets to the extent it is *more likely than not* that such deferred tax assets will not be realized. We do not provide deferred taxes related to the U.S. GAAP basis in excess of the U.S. tax basis in the investment in our foreign subsidiaries to the extent such amounts relate to indefinitely reinvested earnings and profits of such foreign subsidiaries.

In accordance with ASC 740, income tax expense includes (i) deferred tax expense, which generally represents the net change in the deferred tax asset or liability balance during the year plus any change in valuation allowances, and (ii) current tax expense, which represents the amount of tax currently payable to or receivable from a taxing authority. We only recognize tax benefits related to uncertain tax positions to the extent they satisfy the recognition and measurement criteria under ASC 740. Only those uncertain tax positions that are more likely than not of being sustained upon examination satisfy the recognition criteria. For those

73

positions that satisfy the recognition criteria, the amount of tax benefit that we recognize is the largest amount of tax benefit that is more than fifty percent likely of being sustained on ultimate settlement of such uncertain tax position.

*Foreign Currency Translation.* The functional currencies of certain of our international subsidiaries are their local currency. Accordingly, we apply the period end exchange rate to translate their assets and liabilities and the weighted average exchange rate for the period to translate their revenues, expenses, gains, and losses into U.S. dollars. We include the translation adjustments as a separate component of accumulated other comprehensive income within stockholders' equity. The functional currency of our subsidiaries in Canada, Malaysia, Mexico, Singapore, and Vietnam is the U.S. dollar; therefore, we do not translate their financial statements.

*Comprehensive Income.* Our comprehensive income consists of our net income, changes in unrealized gains or losses on derivative instruments that we hold and that qualify as and that we have designated as cash flow hedges, and the effects on our consolidated financial statements of translating the financial statements of our subsidiaries that operate in foreign currencies. In addition, other comprehensive income includes unrealized gains or losses on available-for-sale securities, the impact of which has been excluded from net income. We present our comprehensive income in combined consolidated statements of stockholders' equity and comprehensive income. Our accumulated other comprehensive income is presented as a component of equity in our consolidated balance sheets and consists of the cumulative amount of net financial statement translation adjustments, unrealized gains or losses on cash flow hedges, and unrealized gains or losses on available-for-sale marketable securities that we have incurred since the inception of our business.

*Per Share Data.* Basic net income per share is based on the weighted effect of all common shares outstanding and is calculated by dividing net income by the weighted average number of common shares outstanding during the period. Diluted net income per share is based on the weighted effect of all common shares and dilutive potential common shares outstanding and is calculated by dividing net income by the weighted average number of common shares and dilutive potential common shares outstanding during the period.

*Revenue Recognition.* We derive revenue from the sale of solar modules and from the sale of complete photovoltaic (PV) solar power systems for utility-scale or large commercial systems. In accordance with ASC 605, *Revenue Recognition*, we present taxes assessed by governmental authorities that are both imposed on and concurrent with specific revenue-producing transactions between us and our customers (such as sales, use, and value-added taxes) on a net basis and exclude them from revenues.

*Revenue Recognition - Components Business.* Our components segment sells solar modules directly to solar power system integrators and operators. We recognize revenue when persuasive evidence of an arrangement exists, delivery of the product has occurred and title and risk of loss have passed to the customer, the sales price is fixed or determinable, and the collectability of the resulting receivable is reasonably assured. Under this policy, we record a trade receivable for the selling price of our product and reduce inventory for the cost of goods sold when delivery occurs in accordance with the terms of the sales contracts. We do not offer extended payment terms or rights of return for our products. We account for price rebates granted to certain customers under our Supply Contracts as a reduction to the selling price of our solar modules; and therefore, as a reduction to revenue. The amount of rebate earned by a customer is based on (i) the volume of solar modules shipped to a customer (measured in watts), (ii) the volume of solar modules registered for eligible projects (measured in watts), provided that those solar modules were invoiced by the buyer to an end customer, and (iii) the rebate rate.

*Revenue Recognition - Systems Business.* Our systems business provides a complete solar power system solution, which includes project development, engineering, procurement, and construction (EPC) services, operating and maintenance (O&M) services, when applicable, and project finance, when required.

We base revenue recognition for arrangements entered into by the systems business for the underlying arrangements generally using two distinct revenue recognition models, following the guidance in ASC 605, *Accounting for Long-Term Construction Contracts* or, for arrangements which include land, ASC 360, *Accounting for Sales of Real Estate.* For long-term construction contracts recognized under ASC 605, we either recognize revenue based on the percentage-of-completion methodology using actual costs incurred over total estimated costs to complete a project (including module costs) or the completed contract methodology. We periodically revise our contract profit estimates and we immediately recognize any losses that we identify on contracts. Incurred costs include all direct materials, costs for solar modules, labor, subcontractor costs, and those indirect costs related to contract performance, such as indirect labor, supplies, and tools. We recognize direct material costs as incurred costs when the direct materials have been installed. When contracts specify that title to direct materials transfer to the customer before installation has been performed, we defer revenue and associated costs and recognize them once those materials are installed and have met any other revenue recognition requirements. We consider direct materials to be installed when they are permanently attached or fitted to the solar power systems as required by engineering designs.

74

For arrangements recognized under ASC 360, typically when we have gained control of land or land rights, we record the sale as revenue once the sale is consummated, the buyer's initial and continuing investments are adequate, the receivable is not subject to any future subordination, and the risk and rewards have been transferred to the buyer. As a result, depending on the value of the initial and continuing payment commitment by the buyer, we generally align our revenue recognition and release of project assets to cost of sales with the receipt of payment from the buyer.

*Research and Development Expense.* We incur research and development costs during the process of researching and developing new products and enhancing our existing products, technologies, and manufacturing processes. Our research and development costs consist primarily of compensation and related costs for personnel, materials, supplies, equipment depreciation, and consultant and laboratory testing costs. We expense these costs as incurred until the resulting product has been completed, is tested, and is ready for commercial manufacturing.

We may be party to research grant contracts with the United States federal government under which we receive reimbursements for specified costs incurred for certain of our research projects. We record amounts recoverable from these grants as an offset to research and development expense when the related research and development costs are incurred, which is consistent with the timing of our contractual right to receive the cost reimbursements. During the years ended December 31, 2010 and December 26, 2009, we did not have any grant proceeds included as offsets to research and development expense. During the year ended December 27, 2008, we included $0.9 million of grant proceeds as an offset to research and development expense.

*Production Start-Up.* Production start-up expense consists primarily of salaries and personnel-related costs and the cost of operating a production line before it has been qualified for full production, including the cost of raw materials for solar modules run through the production line during the qualification phase. It also includes all expenses related to the selection of a new site and the related legal and regulatory costs, to the extent we cannot capitalize the expenditure.

*Share-Based Compensation.* We account for share-based compensation arrangements in accordance with ASC 718, *Compensation – Stock Compensation.* Our significant accounting policies related to share-based compensation arrangements are described in Note 17. "Share-Based Compensation," to our consolidated financial statements.

*Shipping and Handling Costs.* We classify shipping and handling costs for solar modules shipped to our customers as a component of cost of sales. We record customer payments of shipping and handling costs as a component of net sales.

*Advertising Costs.* Advertising costs are expensed as incurred. Advertising costs during the years ended December 31, 2010, December 26, 2009, and December 27, 2008 were $1.1 million, $1.1 million, and $1.0 million, respectively.

*Self-Insurance.* We are self-insured for certain healthcare benefits provided to our U.S. employees. The liability for the self-insured benefits is limited by the purchase of stop-loss insurance. The stop-loss coverage provides payment for claims exceeding $0.2 million per covered person for any given year. Accruals for losses are made based on our claim experience and estimates based on historical data. Actual losses may differ from accrued amounts. Should actual losses exceed the amounts expected and, as a result, the recorded liabilities are determined to be insufficient, an additional expense will be recorded.

**Note 3. Recent Accounting Pronouncements**

In January 2010, the FASB issued Accounting Standards Update (ASU) 2010-06, *Fair Value Measurements and Disclosures (Topic 820) – Improving Disclosures about Fair Value Measurements.* This ASU requires new disclosures and clarifies certain existing disclosure requirements about fair value measurements. ASU 2010-06 requires a reporting entity to disclose significant transfers in and out of Level 1 and Level 2 fair value measurements, to describe the reasons for the transfers, and to present separately information about purchases, sales, issuances, and settlements of items recorded on a recurring basis under fair value measurements using significant unobservable inputs (Level 3). ASU 2010-06 is effective for interim and annual reporting periods beginning after December 15, 2009, except for the disclosures about purchases, sales, issuances, and settlements in the roll forward of activity in Level 3 fair value measurements, which is effective for interim and annual reporting periods beginning after December 15, 2010; early adoption is permitted. The adoption of ASU 2010-06 did not have a material impact on our financial position, results of operations, or cash flows.

In July 2010, the FASB issued ASU 2010-20, *Disclosures about the Credit Quality of Financing Receivables and the Allowance for Credit Losses.* This ASU enhances the disclosure requirements with respect to the credit quality and related allowance for credit losses of financing receivables. We adopted ASU 2010-20 in our fourth quarter of fiscal 2010. The adoption of ASU 2010-20 did not impact our financial position, results of operations, or cash flows, as its requirements only pertain to financial statement note disclosure.

75

In December 2010, the FASB issued ASU 2010-28, *When to Perform Step 2 of the Goodwill Impairment Test for Reporting Units with Zero or Negative Carrying Amounts.* This ASU amends guidance for Step 1 of the goodwill impairment test for reporting units with zero or negative carrying amounts. For those reporting units, an entity is required to perform Step 2 of the goodwill impairment test if it is more likely than not that a goodwill impairment exists. ASU 2010-28 is effective for fiscal years and interim periods beginning after December 15, 2010, with early adoption not permitted. We do not expect that the adoption of ASU 2010-28 will have a material impact on our financial position, results of operations, or cash flows.

In December 2010, the FASB issued ASU 2010-29, *Disclosure of Supplementary Pro Forma Information for Business Combinations.* This ASU specifies that if a public company presents comparative financial statements, the entity should only disclose revenue and earnings of the combined entity as though the business combination(s) that occurred during the current year had occurred as of the beginning of the comparable prior annual reporting period. ASU 2010-29 is effective prospectively for business combinations for which the acquisition date is on or after the beginning of the first annual reporting period beginning on or after December 15, 2010, with early adoption permitted. The adoption of ASU 2010-29 will not impact our financial position, results of operations, or cash flows, as its requirements only pertain to financial statement footnote disclosure.

**Note 4. Acquisitions**

**NextLight Renewable Power**

On July 12, 2010, we completed the acquisition of NextLight Renewable Power, LLC (NextLight), a leading developer of utility-scale solar projects in the southwestern United States. NextLight was formed by a private equity firm focused on investing in North America's energy infrastructure. This transaction expanded our pipeline of solar power projects in the southwestern United States and supports our expansion in the U.S. utility-scale power market. We have integrated NextLight into our systems business, which provides a complete PV solar power solution, including project development, EPC services, O&M services, when applicable, and project finance, when required.

*Purchase Price Consideration*

The total consideration for this acquisition was $296.7 million in an all-cash transaction.

*Purchase Price Allocation*

We accounted for this acquisition using the acquisition method in accordance with ASC 805, *Business Combinations.* Accordingly, we allocated the purchase price of the acquired assets and liabilities based on their estimated fair values at the acquisition date (July 12, 2010) as summarized in the following table (in thousands):

| | |
|---|---:|
| Tangible assets acquired | $ 2,513 |
| Project assets | 147,370 |
| Deferred tax assets | 84 |
| Goodwill | 146,773 |
| Total purchase consideration | $ 296,740 |

The fair value of net tangible assets acquired on July 12, 2010 consisted of the following (in thousands):

| | |
|---|---:|
| Cash | $ 244 |
| Prepaid expenses and other current assets | 346 |
| Property, plant and equipment | 996 |
| Land | 3,380 |
| Total tangible assets acquired | 4,966 |
| Accounts payable and other liabilities | (2,453) |
| Total liabilities assumed | (2,453) |
| Net tangible assets acquired | $ 2,513 |

Our purchase price allocation was substantially complete as of December 31, 2010.

*Acquisition Related Costs*

Acquisition related costs recognized in the year ended December 31, 2010 included transaction costs, which we have classified in selling, general and administrative expense in our consolidated statement of operations. During the year ended December 31, 2010, transaction costs such as legal, accounting, valuation, and other professional services were $1.9 million.

*Pro Forma Information (Unaudited)*

NextLight had been engaged in the development of solar power projects but had not reached the point of sale for any of the projects as of the acquisition date. The pre-tax loss of NextLight for the period from January 1 to July 12, 2010 and for the twelve months ended December 31, 2009 was $9.1 million and $13.4 million, respectively. Therefore, had the acquisition of NextLight occurred on December 27, 2009 (the first day of our fiscal year 2010), our reported net sales would not have changed and our reported net income would not have materially changed from the amounts previously reported.

**OptiSolar**

On April 3, 2009, we completed the acquisition of the solar power project development business of OptiSolar Inc. (OptiSolar), which included a multi-gigawatt project pipeline. We have integrated the acquired project pipeline of OptiSolar into our systems business, which provides a complete PV solar power system solution, including project development, EPC services, O&M services, when applicable, and project finance, when required.

Part of the consideration that we paid to acquire OptiSolar's power project development business was 2,972,420 shares of First Solar common stock, par value $0.001 per share (the Merger Shares), of which 732,789 shares were issued and deposited with an escrow agent to support certain indemnification obligations of the seller. On April 16, 2010, 146,558 shares of the common stock deposited with an escrow agent were released. Also, 355,096 shares were holdback shares as further described below under "Contingent Consideration" (the "Holdback Shares"). As of December 31, 2010, 2,964,103 Merger Shares have been issued. The period during which claims for indemnification from the escrow fund may be initiated began on April 3, 2009 and will end on April 3, 2011.

*Purchase Price Consideration*

The total consideration for this acquisition, based on the closing price of our common stock on April 3, 2009 of $134.38 per share, was $399.4 million.

*Purchase Price Allocation*

We accounted for this acquisition using the acquisition method in accordance with ASC 805, *Business Combinations*. Accordingly, we allocated the purchase price of the acquired assets and liabilities based on their estimated fair values at the acquisition date (April 3, 2009) as summarized in the following table (in thousands):

| | | |
|---|---|---|
| Tangible assets acquired | $ | 10,175 |
| Project assets | | 103,888 |
| Deferred tax assets, net | | 35,195 |
| Goodwill | | 250,176 |
| Total purchase consideration | $ | 399,434 |

The fair value of net tangible assets acquired on April 3, 2009 consisted of the following (in thousands):

| | | |
|---|---|---|
| Cash | $ | 318 |
| Prepaid expenses and other current assets | | 5,003 |
| Property, plant and equipment | | 165 |
| Project assets - Land | | 6,100 |
| Total tangible assets acquired | | 11,586 |
| Accounts payable and other liabilities | | (1,411) |
| Total liabilities assumed | | (1,411) |
| Net tangible assets acquired | $ | 10,175 |

*Contingent Consideration*

77

Pursuant to the Merger Agreement, of the 2,972,420 Merger Shares, as of April 3, 2009, 355,096 shares were Holdback Shares that were issuable to OptiSolar Holdings upon satisfaction of conditions relating to certain then-existing liabilities of OptiSolar. As of December 31, 2010, 346,779 Holdback Shares had been issued to OptiSolar Holdings. The estimated fair value at December 31, 2010 of the 8,317 Holdback Shares remaining to be issued was $1.1 million and has been classified separately within stockholders' equity on our consolidated balance sheet.

*Acquisition Related Costs*

Acquisition related costs recognized in the year ended December 26, 2009, included transaction costs and integration costs, which we have classified in selling, general and administrative expense in our consolidated statement of operations. During the year ended December 26, 2009, transaction costs such as legal, accounting, and other professional services were $1.6 million. Integration costs during the year ended December 26, 2009 were $0.6 million.

*Pro Forma Information (Unaudited)*

The acquired OptiSolar business had been engaged in the development and construction of solar power projects. The costs related to these activities were largely capitalized as of the acquisition date. Therefore, if the OptiSolar acquisition had been completed on December 27, 2009 (the first day of our fiscal year 2010), our total net sales, net income and basic and diluted earnings per common share would have not materially changed from the amounts previously reported.

*Acquired Project Assets and Tangible Assets*

Through the acquisitions of OptiSolar and NextLight we acquired project assets, which represent solar power projects in various stages of development. Management engaged a third party valuation firm to assist with the determination of the fair value of the acquired project development businesses. In our determination of the fair value of the project assets acquired, we considered, among other factors, three generally accepted valuation approaches: the income approach, market approach, and cost approach. We selected the approaches that are most indicative of the fair value of the assets acquired. We used the income approach to calculate the fair value of the acquired project assets based on estimates and assumptions of future performance of these project assets provided by OptiSolar's and NextLight's management and our management. We used the market approach to determine the fair value of the land and related options acquired with those assets. See Note 8. "Consolidated Balance Sheet Details," to our consolidated financial statements for period-end balances of project assets.

Management has estimated the fair value of tangible assets acquired and concluded that the carrying value approximates the fair value as of the respective acquisition dates.

**Note 5. Goodwill and Intangible Assets**

***Goodwill***

On November 30, 2007, we acquired 100% of the outstanding membership interests of Turner Renewable Energy, LLC. Under the purchase method of accounting, we recorded the $33.4 million excess of the acquisition date fair value of the consideration transferred over the estimated fair value of the net tangible and identifiable intangible assets that we acquired as goodwill. All of this goodwill was allocated to our systems segment. At December 31, 2010 and December 26, 2009, the carrying amount of this goodwill was $33.8 million.

On April 3, 2009, we acquired the solar power project development business of OptiSolar. Under the acquisition method of accounting, we recorded the $261.1 million (before subsequent adjustments of $8.5 million) excess of the acquisition date fair value of consideration that we transferred over the estimated fair value of the net tangible assets acquired as goodwill. This goodwill primarily represents the synergies and economies of scale we expected would benefit our solar module business from our having control over OptiSolar's project pipeline.

During 2009, we adjusted the goodwill recorded from the OptiSolar acquisition downward by $8.5 million as additional information relating to acquired deferred tax assets became available. We have allocated $251.3 million and $1.4 million of this goodwill to our components segment and systems segment, respectively. We allocated the majority of the goodwill from the OptiSolar acquisition to the components segment since the systems segment functions as an "enabler" for the components segment to drive module throughput. This goodwill is not deductible for tax purposes. At December 31, 2010 and December 26, 2009, the carrying amount of this goodwill was $252.7 million. See Note 4. "Acquisitions," to our consolidated financial statements for additional information about this acquisition.

78

On July 12, 2010, we acquired NextLight, a leading developer of utility-scale solar projects in the southwestern United States. Under the acquisition method of accounting, we recorded the $146.8 million excess of the acquisition date fair value of consideration that we transferred over the estimated fair value of the net tangible assets and identifiable intangible assets that we acquired as goodwill. This goodwill primarily represents the greater degree of vertical integration we expected to achieve by using our own solar modules in the acquired projects. We have recorded $146.8 million to goodwill and have allocated $142.1 million and $4.7 million of this goodwill to our components segment and systems segment, respectively. This goodwill is deductible for tax purposes. See Note 4. "Acquisitions," to our consolidated financial statements for additional information about this acquisition.

The changes in the carrying amount of goodwill for the years ended December 31, 2010 and December 26, 2009 were as follows (in thousands):

|  | Components | Systems | Consolidated |
|---|---|---|---|
| Beginning balance, December 27, 2008 | $ — | $ 33,829 | $ 33,829 |
| OptiSolar Acquisition | 259,722 | 1,411 | 261,133 |
| Goodwill adjustment OptiSolar (1) | (8,447) | — | (8,447) |
| Ending balance, December 26, 2009 | 251,275 | 35,240 | 286,515 |
| NextLight Acquisition | 142,090 | 4,683 | 146,773 |
| Ending balance, December 31, 2010 | $ 393,365 | $ 39,923 | $ 433,288 |

(1) The goodwill adjustment was primarily the result of adjustments to the amount of acquired deferred tax assets.

ASC 350, *Intangibles - Goodwill and Other*, requires us to test goodwill for impairment at least annually, or sooner, if facts or circumstances between scheduled annual tests indicate that it is more likely than not that the fair value of a reporting unit that has goodwill might be less than its carrying value. Currently our operating segments and reporting units are identical. We estimate the fair value of our reporting units by referring to the price that would be received to sell the unit as whole in an orderly transaction between market participants at the measurement date. For the goodwill assessment of our systems business, we believe that a typical market participant for the sale of our systems reporting unit would be a solar module manufacturer seeking to acquire a systems business with a large pipeline of utility-scale solar power plant projects, with the intent that these projects would provide a captive outlet for additional future solar module production. Therefore, we model the systems reporting unit's future performance for purposes of applying the income method of fair value measurement to include some of the profitability associated with the solar module element of the solar power plants that it builds and sells.

We performed our goodwill impairment test in the fourth fiscal quarter of the year ended December 31, 2010 and determined that the fair value of our goodwill substantially exceeded the carrying value for each individual reporting unit. Therefore, we concluded that our goodwill was not impaired. We have also concluded that there have been no changes in facts and circumstances since the date of that test that would trigger an interim goodwill impairment test.

### Acquisition Related Intangible Assets

In connection with the acquisition of Turner Renewable Energy, LLC, we identified intangible assets that represented customer contracts already in progress and future customer contracts not yet started at the time of acquisition. We amortized the acquisition date fair values of these assets using the percentage-of-completion method. As of December 31, 2010, the gross carrying amount of $0.5 million for these assets was fully amortized. We did not incur amortization expense for these acquisition-related intangible assets during the year ended December 31, 2010. Amortization expense for acquisition-related intangible assets was $0.2 million and $0.3 million for the years ended December 26, 2009 and December 27, 2008, respectively.

### Other Intangible Assets

Included in "Other assets" on our consolidated balance sheets are internally-generated intangible assets, substantially all of which are patents on technologies related to our products and production processes. We record an asset for patents, after the patent has been issued, based on the legal, filing, and other costs incurred to secure them, and we amortize these costs on a straight-line basis over the estimated useful lives.

Amortization expense for our patents was $0.1 million for the years ended December 31, 2010, December 26, 2009, and December 27, 2008. These intangible assets consisted of the following at December 31, 2010 and December 26, 2009 (in thousands):

79

|  | December 31, 2010 | December 26, 2009 |
|---|---|---|
| Intangible assets, gross | $ 1,624 | $ 1,472 |
| Accumulated amortization | (1,250) | (1,224) |
| Intangible assets, net | $ 374 | $ 248 |

Estimated future amortization expense for our patents is as follows at December 31, 2010 (in thousands):

| | |
|---|---|
| 2011 | $ 33 |
| 2012 | 33 |
| 2013 | 33 |
| 2014 | 33 |
| 2015 | 31 |
| Thereafter | 211 |
| Total estimated future patent amortization expense | $ 374 |

**Note 6. Cash, Cash Equivalents, and Marketable Securities**

Cash, cash equivalents, and marketable securities consisted of the following at December 31, 2010 and December 26, 2009 (in thousands):

|  | December 31, 2010 | December 26, 2009 |
|---|---|---|
| Cash and cash equivalents: |  |  |
| Cash | $ 742,200 | $ 269,068 |
| Cash equivalents: |  |  |
| Commercial paper | 1,200 | — |
| Money market mutual funds | 22,289 | 395,431 |
| Total cash and cash equivalents | 765,689 | 664,499 |
| Marketable securities: |  |  |
| Asset-backed securities | — | 5,544 |
| Commercial paper | 13,343 | — |
| Corporate debt securities | 98,602 | 115,248 |
| Federal agency debt | 45,875 | 78,911 |
| Foreign agency debt | 133,165 | 168,963 |
| Foreign government obligations | 9,143 | 10,128 |
| Supranational debt | 48,032 | 71,050 |
| Total marketable securities | 348,160 | 449,844 |
| Total cash, cash equivalents, and marketable securities | $ 1,113,849 | $ 1,114,343 |

We have classified our marketable securities as "available-for-sale." Accordingly, we record them at fair value and account for net unrealized gains and losses as a part of accumulated other comprehensive income. We report realized gains and losses on the sale of our marketable securities in earnings, computed using the specific identification method. During the year ended December 31, 2010, we realized $0.9 million in gains and $0.6 million in losses on our marketable securities. During the year ended December 26, 2009, we realized $0.2 million in gains and an immaterial amount in losses on our marketable securities. During the year ended December 27, 2008, we realized $0.6 million in gains and $0.4 million in losses on our marketable securities. See Note 10. "Fair Value Measurement," to our consolidated financial statements for information about the fair value measurement of our marketable securities.

All of our available-for-sale marketable securities are subject to a periodic impairment review. We consider a marketable debt security to be impaired when its fair value is less than its carrying cost, in which case we would further review the investment to determine whether it is other-than-temporarily impaired. When we evaluate an investment for other-than-temporary impairment, we review factors such as the length of time and extent to which its fair value has been below its cost basis, the financial condition of the issuer and any changes thereto, our intent to sell, and whether it is more likely than not that we will be required to sell the investment before we have recovered its cost basis. If an investment were other-than-temporarily impaired, we would write it

80

down through earnings to its impaired value and establish that as a new cost basis for the investment. We did not identify any of our marketable securities as other-than-temporarily impaired at December 31, 2010 and December 26, 2009.

The following tables summarize the unrealized gains and losses related to our available-for-sale marketable securities, by major security type, as of December 31, 2010 and December 26, 2009 (in thousands):

| Security Type | As of December 31, 2010 | | | |
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
| --- | --- | --- | --- | --- |
| Commercial paper | $ 13,340 | $ 3 | $ — | $ 13,343 |
| Corporate debt securities | 98,148 | 592 | 138 | 98,602 |
| Federal agency debt | 45,858 | 21 | 4 | 45,875 |
| Foreign agency debt | 132,860 | 425 | 120 | 133,165 |
| Foreign government obligations | 9,137 | 8 | 2 | 9,143 |
| Supranational debt | 47,917 | 115 | — | 48,032 |
| Total | $ 347,260 | $ 1,164 | $ 264 | $ 348,160 |

| Security Type | As of December 26, 2009 | | | |
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
| --- | --- | --- | --- | --- |
| Asset-backed securities | $ 5,528 | $ 19 | $ 3 | $ 5,544 |
| Corporate debt securities | 114,912 | 475 | 139 | 115,248 |
| Federal agency debt | 78,803 | 108 | — | 78,911 |
| Foreign agency debt | 168,541 | 588 | 166 | 168,963 |
| Foreign government obligations | 10,057 | 71 | — | 10,128 |
| Supranational debt | 70,807 | 269 | 26 | 71,050 |
| Total | $ 448,648 | $ 1,530 | $ 334 | $ 449,844 |

Contractual maturities of our available-for-sale marketable securities as of December 31, 2010 and December 26, 2009 were as follows (in thousands):

| Maturity | As of December 31, 2010 | | | |
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
| --- | --- | --- | --- | --- |
| One year or less | $ 167,499 | $ 398 | $ 8 | $ 167,889 |
| One year to two years | 177,268 | 759 | 256 | 177,771 |
| Two years to three years | 2,493 | 7 | — | 2,500 |
| Total | $ 347,260 | $ 1,164 | $ 264 | $ 348,160 |

| Maturity | As of December 26, 2009 | | | |
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
| --- | --- | --- | --- | --- |
| One year or less | $ 119,911 | $ 327 | $ 2 | $ 120,236 |
| One year to two years | 269,488 | 963 | 185 | 270,266 |
| Two years to three years | 59,249 | 240 | 147 | 59,342 |
| Total | $ 448,648 | $ 1,530 | $ 334 | $ 449,844 |

The net unrealized gain of $0.9 million and $1.2 million as of December 31, 2010 and December 26, 2009, respectively, on our available-for-sale marketable securities was primarily the result of changes in interest rates. We typically invest in highly-rated securities with low probabilities of default. Our investment policy requires investments to be rated single A or higher and limits the security types, issuer concentration, and duration of our investments.

81

The following table shows gross unrealized losses and estimated fair values for those marketable securities that were in an unrealized loss position as of December 31, 2010 and December 26, 2009, aggregated by major security type and the length of time that individual securities have been in a continuous loss position (in thousands):

|  | As of December 31, 2010 | | | | | |
|  | In Loss Position for Less Than 12 Months | | In Loss Position for 12 Months or Greater | | Total | |
| Security Type | Estimated Fair Value | Gross Unrealized Losses | Estimated Fair Value | Gross Unrealized Losses | Estimated Fair Value | Gross Unrealized Losses |
|---|---|---|---|---|---|---|
| Corporate debt securities | $ 33,018 | $ 138 | $ — | $ — | $ 33,018 | $ 138 |
| Federal agency debt | 11,721 | 4 | — | — | 11,721 | 4 |
| Foreign agency debt | 46,134 | 120 | — | — | 46,134 | 120 |
| Foreign government obligations | 4,515 | 2 | — | — | 4,515 | 2 |
| Total | $ 95,388 | $ 264 | $ — | $ — | $ 95,388 | $ 264 |

|  | As of December 26, 2009 | | | | | |
|  | In Loss Position for Less Than 12 Months | | In Loss Position for 12 Months or Greater | | Total | |
| Security Type | Estimated Fair Value | Gross Unrealized Losses | Estimated Fair Value | Gross Unrealized Losses | Estimated Fair Value | Gross Unrealized Losses |
|---|---|---|---|---|---|---|
| Asset-backed securities | $ 2,868 | $ 3 | $ — | $ — | $ 2,868 | $ 3 |
| Corporate debt securities | 32,303 | 139 | — | — | 32,303 | 139 |
| Foreign agency debt | 45,329 | 166 | — | — | 45,329 | 166 |
| Supranational debt | 7,201 | 26 | — | — | 7,201 | 26 |
| Total | $ 87,701 | $ 334 | $ — | $ — | $ 87,701 | $ 334 |

**Note 7. Restricted Cash and Investments**

Restricted cash and investments consisted of the following at December 31, 2010 and December 26, 2009 (in thousands):

|  | December 31, 2010 | December 26, 2009 |
|---|---|---|
| Restricted cash | $ 19 | $ 27 |
| Restricted investments | 85,984 | 36,467 |
| Total restricted cash and investments — noncurrent | $ 86,003 | $ 36,494 |

At December 31, 2010 and December 26, 2009, our restricted investments consisted of long-term marketable securities that we hold through a custodial account to fund future costs of our solar module collection and recycling program.

We pre-fund our estimated solar module collection and recycling costs at the time of module sale through a custodial account with a large bank as the investment advisor in the name of a trust, for which First Solar Inc., First Solar Malaysia Sdn. Bhd., and First Solar Manufacturing GmbH are grantors. We fund this custodial account within 60 days after the beginning of a fiscal year for the prior year's module sales, assuming for this purpose a minimum service life of 25 years for our solar modules. To ensure that our collection and recycling program is available at all times and the pre-funded amounts are accessible regardless of our financial status in the future (even in the case of our own insolvency), a trust structure has been established; funds are put into custodial accounts in the name of a trustee. Only the trustee can distribute funds from the custodial accounts and these funds cannot be accessed for any purpose other than for administering module collection and recycling, either by us or a third party executing the collection and recycling services. To provide further assurance that sufficient funds will be available, our module collection and recycling program, including the financing arrangement, is audited periodically by an independent third party auditor. Cash invested in this custodial account must meet the criteria of the highest quality investments, such as AAA rated government or agency bonds. Prior to June 2009, we pre-funded our estimated solar module collection and recycling costs through a financial services company.

The following table summarizes unrealized gains and losses related to our restricted investments in marketable securities designated as available-for-sale by major security type as of December 31, 2010 and December 26, 2009 (in thousands):

|  | As of December 31, 2010 | | | |
| Security Type | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
| --- | --- | --- | --- | --- |
| Foreign government obligations | $ 73,729 | $ 6,529 | $ 72 | $ 80,186 |
| U.S. government obligations | 5,659 | 139 | — | 5,798 |
| Total | $ 79,388 | $ 6,668 | $ 72 | $ 85,984 |

|  | As of December 26, 2009 | | | |
| Security Type | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
| --- | --- | --- | --- | --- |
| Foreign government obligations | $ 34,403 | $ 1,308 | $ — | $ 35,711 |
| U.S. government obligations | 783 | — | 27 | 756 |
| Total | $ 35,186 | $ 1,308 | $ 27 | $ 36,467 |

As of December 31, 2010, the contractual maturities of these available-for-sale marketable securities were between 17 years and 25 years. As of December 26, 2009, the contractual maturities of these available-for-sale marketable securities were between 18 years and 26 years.

**Note 8. Consolidated Balance Sheet Details**

*Accounts receivable trade, net*

Accounts receivable trade consisted of the following at December 31, 2010 and December 26, 2009 (in thousands):

|  | December 31, 2010 | December 26, 2009 |
| --- | --- | --- |
| Accounts receivable trade, gross | $ 305,537 | $ 227,816 |
| Allowance for doubtful accounts | — | (990) |
| Accounts receivable trade, net | $ 305,537 | $ 226,826 |

During the third quarter of 2009, we amended our Supply Contracts with certain of our customers to implement a program which provided a price rebate to these customers for solar modules purchased from us. The intent of this program was to enable our customers to successfully compete in our core German market and to adjust, for eligible customers, the sales price (which was documented in framework agreements entered into several years ago) in light of market conditions.

The rebate program is offered for a defined period, during which customers may apply and claim such rebate. The most recent rebate offering for all solar modules sold through November 30, 2010, will terminate on February 28, 2011. Beginning March 1, 2011, we will offer customers a modified rebate program, for solar modules sold on or after December 1, 2010, including applicability to certain European geographic areas in addition to Germany.

As was the case in 2009, the rebate amounts are established so as to enable the sell-through of our products at competitive prices. The amount of rebate earned during a fiscal quarter is based on (i) the volume of solar modules shipped to a customer (measured in watts), (ii) the volume of solar modules registered for eligible projects (measured in watts), provided that those solar modules were invoiced by the buyer to an end-user, and (iii) the rebate rate. The rebate program applies a specified rebate rate to solar modules sold for solar power projects in certain geographic areas. Customers need to meet certain requirements in order to be eligible for and benefit from this program. As of December 31, 2010 and December 26, 2009, we have experienced approximately 81% and 100% participation in this program by eligible customers, respectively. The lower customer experience at December 31, 2010 is mainly due to the expiration of the current rebate offering period in February 2011.

We account for these rebates as a reduction to the selling price of our solar modules and, therefore, as a reduction in revenue at the time of sale and recognize a contra-asset within accounts receivable trade, net. No rebates granted under this program can be claimed for cash; instead, rebates may only be applied to reduce outstanding accounts receivable balances. During the year ended December 31, 2010, we extended rebates to customers in the amount of €92.1 million ($123.4 million at an average exchange rate of $1.34/€1.00 during fiscal 2010). At December 31, 2010, we had €19.6 million ($26.1 million at the balance sheet close

83

rate on December 31, 2010 of $1.33/€1.00) of rebate claims accrued, which reduced our accounts receivable accordingly. During the year ended December 26, 2009, we extended rebates to customers in the amount of €87.1 million ($128.9 million at an average exchange rate of $1.48/€1.00 during fiscal 2009). At December 26, 2009, we had €54.3 million ($72.2 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00) of rebate claims accrued, which reduced our accounts receivable accordingly.

In June 2009, we provided an allowance for doubtful accounts receivable in the amount of $7.0 million due to uncertainty about the collectability of the outstanding accounts receivable from a specific customer. As of December 26, 2009, we had collected $6.0 million of the overdue accounts receivable from this specific customer and reduced our allowance for the doubtful account accordingly. During the three months ended March 27, 2010, we collected the remaining $1.0 million.

### *Accounts receivable, unbilled*

Accounts receivable, unbilled represents revenue that has been recognized in advance of billing the customer. This is common for long-term construction contracts. For example, we recognize revenue from long-term contracts for the construction and sale of solar power systems which include the sale of project assets over the contractual period using applicable accounting methods. One applicable accounting method is the percentage-of-completion method of accounting, under which sales and gross profit are recognized as work is performed based on the relationship between actual costs incurred to the total estimated costs for completing the entire contract. Under this accounting method, it is possible that revenue could be recognized under applicable revenue recognition criteria in advance of billing the customer, resulting in an amount recorded to "Accounts receivable, unbilled." Once we meet the billing criteria under a contract, we bill our customer accordingly and reclassify the "Accounts receivable, unbilled" to "Accounts receivable trade, net." Billing criteria vary by contract, but are generally structured around completion of certain construction milestones.

Accounts receivable, unbilled were $1.5 million and $0.1 million at December 31, 2010 and December 26, 2009, respectively. We expect to bill and collect these amounts within the next 12 months.

### *Inventories*

Inventories consisted of the following at December 31, 2010 and December 26, 2009 (in thousands):

|  | December 31, 2010 | December 26, 2009 |
|---|---|---|
| Raw materials | $ 162,190 | $ 122,282 |
| Work in process | 21,528 | 6,248 |
| Finished goods | 59,452 | 45,986 |
| Total inventories | $ 243,170 | $ 174,516 |
| Inventories — current | $ 200,442 | $ 152,821 |
| Inventories — noncurrent (1) | $ 42,728 | $ 21,695 |

(1) We purchase a critical raw material that is heavily used in our core production process in quantities that anticipate confident, but long-term future demand. We classify the raw materials that we do not expect to be consumed within our operating cycle (which is 12 months) as noncurrent.

### *Prepaid expenses and other current assets*

Prepaid expenses and other current assets consisted of the following at December 31, 2010 and December 26, 2009 (in thousands):

|  | December 31, 2010 | December 26, 2009 |
|---|---|---|
| Prepaid expenses | $ 46,016 | $ 33,095 |
| Deferred project costs (1) | 14,446 | 36,670 |
| Notes receivable (See Note 12. "Notes Receivable") | — | 50,531 |
| Derivative instruments | 20,986 | 7,909 |
| Other current assets | 61,585 | 35,866 |
| Total prepaid expenses and other current assets | $ 143,033 | $ 164,071 |

(1) Deferred project costs represent (i) costs that we capitalize for arrangements that we account for as real estate transactions

84

after we have entered into a definitive sales arrangement, but before we have met the criteria to recognize the sale as revenue, (ii) recoverable pre-contract costs that we capitalize for arrangements accounted for as long term construction contracts prior to entering into a definitive sales agreement or, (iii) costs that we capitalize for arrangements accounted for as long term construction contracts after we have signed a definitive sales agreement, but before the revenue recognition criteria have been met.

### Project assets – current and noncurrent

Project assets consist primarily of costs relating to solar power projects in various stages of development that we capitalize prior to the sale of the solar power project to a third party for further project development or the signing of a project construction contract. These costs include costs for land and costs for developing and constructing a solar power plant. Development costs can include legal, consulting, permitting, and other similar costs. Once we enter into a definitive sales agreement, we reclassify project assets to deferred project costs on our balance sheet until we have met the criteria to recognize the sale of the project assets as revenue.

Project assets - current and noncurrent consisted of the following at December 31, 2010 and December 26, 2009 (in thousands):

|  | December 31, 2010 | December 26, 2009 |
|---|---|---|
| Project assets acquired through OptiSolar and NextLight | $ 217,417 | $ 71,037 |
| Project assets — land | 13,781 | 1,452 |
| Project assets — other | 88,942 | 60,007 |
| Total project assets | $ 320,140 | $ 132,496 |
| Total project assets — current | $ — | $ 1,081 |
| Total project assets — noncurrent | $ 320,140 | $ 131,415 |

In connection with the acquisition of the solar power project development businesses of OptiSolar and NextLight, we measured at fair value certain acquired project assets based on the varying development stages of each project asset on the acquisition date. Subsequent to the acquisitions of OptiSolar and NextLight, we incurred additional costs to further develop these projects. Once we enter into a definitive sales agreement, we reclassify project assets to deferred project costs on our balance sheet. We expense these project assets to cost of sales as each respective project asset or solar power system is sold to a customer, since the project is constructed for a customer (matching the underlying revenue recognition method), or if we determine that the project is not commercially viable.

We review project assets for impairment whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. We consider a project commercially viable if it is anticipated to be sellable for a profit once it is either fully developed or fully constructed. We consider a partially developed or partially constructed project commercially viable if the anticipated selling price is higher than the carrying value of the related project assets. We examine a number of factors to determine if the project will be profitable, the most notable of which is whether there are any changes in environmental, ecological, permitting, or regulatory conditions that impact the project. Such changes could cause the cost of the project to increase or the selling price of the project to decrease.

### Property, plant and equipment, net

Property, plant and equipment, net consisted of the following at December 31, 2010 and December 26, 2009 (in thousands):

85

| | December 31, 2010 | December 26, 2009 |
|---|---|---|
| Buildings and improvements | $ 286,637 | $ 239,088 |
| Machinery and equipment | 997,510 | 813,281 |
| Office equipment and furniture | 70,569 | 38,845 |
| Leasehold improvements | 25,354 | 15,870 |
| Depreciable property, plant and equipment, gross | 1,380,070 | 1,107,084 |
| Accumulated depreciation | (363,305) | (225,790) |
| Depreciable property, plant and equipment, net | 1,016,765 | 881,294 |
| Land | 10,355 | 4,995 |
| Construction in progress | 403,669 | 102,493 |
| Property, plant and equipment, net | $ 1,430,789 | $ 988,782 |

During the year ended December 31, 2010, we were granted a $16.3 million tax credit under the Advanced Energy Tax Credit program enacted by the American Reinvestment and Recovery Act of 2009 for the expansion of our Perrysburg, Ohio manufacturing facility, and we reduced the acquisition cost for the expansion of this facility accordingly.

Depreciation of property, plant and equipment was $150.5 million, $124.6 million, and $61.1 million for the years ended December 31, 2010, December 26, 2009, and December 27, 2008, respectively.

### Capitalized interest

We capitalized interest costs incurred into our property, plant and equipment or our project assets/deferred project costs as follows during the years ended December 31, 2010, December 26, 2009, and December 27, 2008 (in thousands):

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| Interest cost incurred | $ (10,069) | $ (11,902) | $ (7,394) |
| Interest cost capitalized – property, plant and equipment | 6,177 | 3,310 | 6,885 |
| Interest cost capitalized - project assets and deferred project costs | 3,886 | 3,334 | — |
| Interest expense, net | $ (6) | $ (5,258) | $ (509) |

### Accrued expenses

Accrued expenses consisted of the following at December 31, 2010 and December 26, 2009 (in thousands):

| | December 31, 2010 | December 26, 2009 |
|---|---|---|
| Accrued compensation and benefits | $ 69,353 | $ 53,856 |
| Accrued property, plant and equipment | 53,741 | 35,811 |
| Accrued inventory | 25,686 | 27,542 |
| Product warranty liability - current | 11,226 | 8,216 |
| Nonrecurring expenses in excess of normal product warranty liability and related expenses (1) | 28,921 | 6,595 |
| Other accrued expenses | 55,344 | 61,257 |
| Total accrued expenses | $ 244,271 | $ 193,277 |

(1) The above-referenced $28.9 million of accrued nonrecurring expenses in excess of normal product warranty liability and related expenses as of December 31, 2010 consisted of the following, each related to the manufacturing excursion described below: (i) $25.3 million in estimated expenses for certain module replacement efforts voluntarily undertaken by us beyond the normal product warranty (presented in Item 7: "Results of Operations" under "Cost of sales"); and (ii) $3.6 million in estimated nonrecurring post-sale expenses (presented in Item 7: "Results of Operations" under "Selling, general and administrative"). During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms that the corrective actions are effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. Some of these efforts go beyond our

normal warranty coverage.

*Other current liabilities*

Other current liabilities consisted of the following at December 31, 2010 and December 26, 2009 (in thousands):

|  | December 31, 2010 | | December 26, 2009 | |
|---|---|---|---|---|
| Deferred revenue (1) | $ | 14,718 | $ | 31,127 |
| Derivative instruments | | 22,996 | | 30,781 |
| Deferred tax liabilities | | 34,601 | | — |
| Other current liabilities | | 27,361 | | 26,699 |
| Total other current liabilities | $ | 99,676 | $ | 88,607 |

(1) Deferred revenue is recognized in net sales once all revenue recognition criteria are met.

*Other liabilities*

Other liabilities consisted of the following at December 31, 2010 and December 26, 2009 (in thousands):

|  | December 31, 2010 | | December 26, 2009 | |
|---|---|---|---|---|
| Other taxes payable | $ | 59,148 | $ | 28,889 |
| Other noncurrent liabilities | | 52,878 | | 33,711 |
| Total other liabilities | $ | 112,026 | $ | 62,600 |

**Note 9. Derivative Financial Instruments**

As a global company, we are exposed in the normal course of business to interest rate and foreign currency risks that could affect our net assets, financial position, results of operations, and cash flows. We use derivative instruments to hedge against certain risks such as these, and we only hold derivative instruments for hedging purposes, not for speculative or trading purposes. Our use of derivative instruments is subject to strict internal controls based on centrally defined, performed, and controlled policies and procedures.

Depending on the terms of the specific derivative instruments and market conditions, some of our derivative instruments may be assets and others liabilities at any particular point in time. As required by ASC 815, *Derivatives and Hedging*, we report all of our derivative instruments that are within the scope of that accounting standard at fair value on our balance sheet. Depending on the substance of the hedging purpose for our derivative instruments, we account for changes in the fair value of some of them using cash flow hedge accounting pursuant to ASC 815 and of others by recording the changes in fair value directly to current earnings (so-called "economic hedges"). These accounting approaches, the various risk classes that we are exposed to in our business, and the risk management systems using derivative instruments that we apply to these risks are described below. See Note 10. "Fair Value Measurement," to our consolidated financial statements for information about the techniques we use to measure the fair value of our derivative instruments.

The following tables present the fair values of derivative instruments included in our consolidated balance sheets as of December 31, 2010 and December 26, 2009 (in thousands):

87

| | December 31, 2010 | | | |
| --- | --- | --- | --- | --- |
| | **Other Assets - Current** | **Other Assets - Noncurrent** | **Other Liabilities - Current** | **Other Liabilities - Noncurrent** |
| Derivatives designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange forward contracts | $ 10,115 | $ 880 | $ 12,384 | $ 58 |
| Interest rate swap contracts | — | — | 239 | 980 |
| Total derivatives designated as hedging instruments | $ 10,115 | $ 880 | $ 12,623 | $ 1,038 |
| Derivatives not designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange forward contracts | $ 10,871 | $ — | $ 10,373 | $ — |
| Total derivatives not designated as hedging instruments | $ 10,871 | $ — | $ 10,373 | $ — |
| Total derivative instruments | $ 20,986 | $ 880 | $ 22,996 | $ 1,038 |

| | December 26, 2009 | | | |
| --- | --- | --- | --- | --- |
| | **Other Assets - Current** | **Other Assets - Noncurrent** | **Other Liabilities - Current** | **Other Liabilities - Noncurrent** |
| Derivatives designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange forward contracts | $ 3,781 | $ — | $ 19,723 | $ — |
| Interest rate swap contracts | — | — | 178 | 905 |
| Total derivatives designated as hedging instruments | $ 3,781 | $ — | $ 19,901 | $ 905 |
| Derivatives not designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange forward contracts | $ 4,128 | $ — | $ 10,880 | $ — |
| Total derivatives not designated as hedging instruments | $ 4,128 | $ — | $ 10,880 | $ — |
| Total derivative instruments | $ 7,909 | $ — | $ 30,781 | $ 905 |

The following tables present the amounts related to derivative instruments affecting our consolidated statements of operations for the years ended December 31, 2010 and December 26, 2009 (in thousands):

| Derivative Type | Amount of Gain (Loss) Recognized in Other Comprehensive Income on Derivatives Year Ended December 31, 2010 | Location of Gain (Loss) Reclassified from Accumulated Other Comprehensive Income into Income | Amount of Gain (Loss) Reclassified from Accumulated Other Comprehensive Income into Income Year Ended December 31, 2010 |
| --- | --- | --- | --- |
| Derivatives designated as cash flow hedges under ASC 815: | | | |
| Foreign exchange forward contracts | $ 28,807 | Net sales | $ 14,313 |
| Interest rate swaps | (1,506) | Interest income (expense) | (1,371) |
| Total derivatives designated as cash flow hedges | $ 27,301 | | $ 12,942 |

88

| Derivative Type | | Amount of Gain (Loss) on Derivatives Recognized in Income Year Ended December 31, 2010 | Location of Gain (Loss) Recognized in Income on Derivatives |
|---|---|---|---|
| Derivatives designated as cash flow hedges under ASC 815: | | | |
| Foreign exchange forward contracts | $ | 14,313 | Net sales |
| Interest rate swaps | $ | (1,371) | Interest income (expense) |
| | | | |
| Derivatives not designated as hedging instruments under ASC 815: | | | |
| Foreign exchange forward contracts | $ | (579) | Other income (expense) |
| Foreign exchange forward contracts | $ | (3,946) | Cost of sales |
| Foreign exchange forward contracts | $ | 11,743 | Net sales |

| Derivative Type | | Amount of Gain (Loss) Recognized in Other Comprehensive Income on Derivatives Year Ended December 26, 2009 | Location of Gain (Loss) Reclassified from Accumulated Other Comprehensive Income into Income | Amount of Gain (Loss) Reclassified from Accumulated Other Comprehensive Income into Income Year Ended December 26, 2009 | |
|---|---|---|---|---|---|
| Derivatives designated as cash flow hedges under ASC 815: | | | | | |
| Foreign exchange forward contracts | $ | (396) | Net sales | $ | (20,048) |
| Interest rate swaps | | 294 | Interest income (expense) | | (2,990) |
| Total derivatives designated as cash flow hedges | $ | (102) | | $ | (23,038) |

| Derivative Type | | Amount of Gain (Loss) on Derivatives Recognized in Income Year Ended December 26, 2009 | Location of Gain (Loss) Recognized in Income on Derivatives |
|---|---|---|---|
| Derivatives designated as cash flow hedges under ASC 815: | | | |
| Foreign exchange forward contracts | $ | (20,048) | Net sales |
| Interest rate swaps | $ | (2,990) | Interest income (expense) |
| | | | |
| Derivatives not designated as hedging instruments under ASC 815: | | | |
| Foreign exchange forward contracts | $ | (9,870) | Other income (expense) |
| Foreign exchange forward contracts | $ | 1,844 | Cost of sales |
| Foreign exchange forward contracts | $ | (2,069) | Net sales |
| Credit default swaps | $ | (1,459) | Other income (expense) |

*Interest Rate Risk*

We use interest rate swap agreements to mitigate our exposure to interest rate fluctuations associated with certain of our debt instruments; we do not use such swap agreements for speculative or trading purposes. On May 29, 2009, we entered into an interest rate swap contract to hedge a portion of the floating rate loans under our Malaysian credit facility, which became effective on September 30, 2009 with a notional value of €57.3 million ($76.2 million at the balance sheet close rate on December 31, 2010

89

of $1.33/€1.00) and pursuant to which we are entitled to receive a six-month floating interest rate, the Euro Interbank Offered Rate (Euribor), and are required to pay a fixed rate of 2.80%. The notional amount of the interest rate swap contract is scheduled to decline in correspondence to our scheduled principal payments on the underlying hedged debt. As of December 31, 2010, the notional value of this interest rate swap contract was €47.9 million ($63.7 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00). This derivative instrument qualifies for accounting as a cash flow hedge in accordance with ASC 815 and we designated it as such. We determined that our interest rate swap contract was highly effective as a cash flow hedge at December 31, 2010 and December 26, 2009.

During 2009, we had interest rate swap contracts to hedge the term loan portion of our credit facility with a consortium of banks for the financing of our German plant. These swap contracts were required under the credit facility agreement, which we repaid and terminated on June 30, 2009. Therefore, we terminated these interest rate swap contracts on June 26, 2009 and consequently recognized an interest expense of €1.7 million ($2.3 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00).

### Foreign Currency Exchange Risk

*Cash Flow Exposure*

We expect many of the components of our business to have material future cash flows, including revenues and expenses, that will be denominated in currencies other than the component's functional currency. Our primary cash flow exposures are customer collections and vendor payments. Changes in the exchange rates between our components' functional currencies and the other currencies in which they transact will cause fluctuations in the cash flows we expect to receive when these cash flows are realized or settled. Accordingly, we enter into foreign exchange forward contracts to hedge the value of a portion of these forecasted cash flows. As of December 31, 2010 and December 26, 2009, these foreign exchange contracts hedged our forecasted future cash flows for up to 18 months. These foreign exchange contracts qualified for accounting as cash flow hedges in accordance with ASC 815, and we designated them as such. We initially report the effective portion of the derivative's gain or loss in "Accumulated other comprehensive income (loss)" and subsequently reclassify amounts into earnings when the hedged transaction is settled. We determined that these derivative financial instruments were highly effective as cash flow hedges at December 31, 2010 and December 26, 2009. In addition, during 2010 and 2009, we did not discontinue any cash flow hedges because a hedging relationship was no longer highly effective or it was probable that a forecasted transaction would not occur.

During 2010 and 2009, we purchased foreign exchange forward contracts to hedge the exchange risk on forecasted cash flows denominated in euro. As of December 31, 2010, the unrealized loss on these contracts was $1.4 million and the total notional value of the contracts was €742.0 million ($986.9 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00). The weighted average forward exchange rate for these contracts was $1.33/€1.00 at December 31, 2010. As of December 26, 2009, the unrealized loss on these types of contracts was $15.9 million and the total notional value of the contracts was €361.0 million ($480.1 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00). The weighted average forward exchange rate for these contracts was $1.40/€1.00 at December 26, 2009.

In the following 12 months, we expect to reclassify to earnings $2.3 million of net unrealized losses related to these forward contracts that are included in "Accumulated other comprehensive loss" at December 31, 2010 as we realize the earnings effect of the related forecasted transactions. The amount we ultimately record to earnings will depend on the actual exchange rate when we realize the related forecasted transaction. During 2010, we realized a gain of $24.7 million related to our cash flow hedges. In 2009, we realized a loss of $23.0 million, and in 2008, we realized a gain of $17.2 million related to our cash flow hedges.

*Transaction Exposure*

Many components of our business have assets and liabilities (primarily receivables, investments, accounts payable, debt, solar module collection and recycling liabilities, and inter-company transactions) that are denominated in currencies other than the component's functional currency. Changes in the exchange rates between our components' functional currencies and the other currencies in which these assets and liabilities are denominated can create fluctuations in our reported consolidated financial position, results of operations, and cash flows. We may enter into foreign exchange forward contracts or other financial instruments to hedge assets and liabilities against the short-term effects of currency exchange rate fluctuations. The gains and losses on the foreign exchange forward contracts will offset all or part of the transaction gains and losses that we recognize in earnings on the related foreign currency assets and liabilities.

During 2010 and 2009, we purchased foreign exchange forward contracts to hedge balance sheet exposures related to transactions with third parties. We recognize gains or losses from the fluctuation in foreign exchange rates and the valuation of

90

these derivative contracts in "Cost of sales" and "Foreign currency gain (loss)" on our consolidated statements of operations, depending on where the gain or loss from the hedged item is classified on our consolidated statement of operations. As of December 31, 2010, the total unrealized gain on our foreign exchange forward contracts was $0.5 million. These contracts have maturities of less than three months. As of December 26, 2009, the total unrealized loss on our foreign exchange forward contracts was $6.8 million.

As of December 31, 2010, the notional values of our foreign exchange forward contracts were as follows (notional amounts and U.S. dollar equivalents in millions):

| Transaction | Currency | Notional Amount | U.S. Equivalent | Balance sheet close rate on December 31, 2010 |
|---|---|---|---|---|
| Purchase | Euro | €270.5 | $359.8 | $1.33/€1.00 |
| Sell | Euro | €241.5 | $321.2 | $1.33/€1.00 |
| Purchase | Malaysian ringgit | MYR 185.6 | $59.4 | $0.32/MYR1.00 |
| Sell | Malaysian ringgit | MYR 103.6 | $33.2 | $0.32/MYR1.00 |
| Purchase | Japanese yen | JPY 1,157.0 | $11.6 | $0.01/JPY1.00 |
| Sell | Japanese yen | JPY 260.0 | $2.6 | $0.01/JPY1.00 |
| Purchase | Canadian dollar | CAD 44.8 | $44.8 | $1.00/CAD1.00 |
| Sell | Canadian dollar | CAD 58.0 | $58.0 | $1.00/CAD1.00 |

### Credit Risk

We have certain financial and derivative instruments that subject us to credit risk. These consist primarily of cash, cash equivalents, investments, trade accounts receivable, interest rate swap contracts, and foreign exchange forward contracts. We are exposed to credit losses in the event of nonperformance by the counterparties to our financial and derivative instruments. We place cash, cash equivalents, investments, interest rate swap contracts, and foreign exchange forward contracts with various high-quality financial institutions and limit the amount of credit risk from any one counterparty. We continuously evaluate the credit standing of our counterparty financial institutions.

### Note 10. Fair Value Measurement

ASC 820, *Fair Value Measurements and Disclosures*, defines fair value, establishes a framework for measuring fair value in accordance with generally accepted accounting principles, and provides financial statement disclosure requirements for fair value measurements. ASC 820 defines fair value as the price that would be received from the sale of an asset or paid to transfer a liability (an exit price) on the measurement date in an orderly transaction between market participants in the principal or most advantageous market for the asset or liability. ASC 820 specifies a hierarchy of valuation techniques, which is based on whether the inputs into the valuation technique are observable or unobservable. The hierarchy is as follows:

- Level 1 — Valuation techniques in which all significant inputs are unadjusted quoted prices from active markets for assets or liabilities that are identical to the assets or liabilities being measured.

- Level 2 — Valuation techniques in which significant inputs include quoted prices from active markets for assets or liabilities that are similar to the assets or liabilities being measured and/or quoted prices for assets or liabilities that are identical or similar to the assets or liabilities being measured from markets that are not active. Also, model-derived valuations in which all significant inputs and significant value drivers are observable in active markets are Level 2 valuation techniques.

- Level 3 — Valuation techniques in which one or more significant inputs or significant value drivers are unobservable. Unobservable inputs are valuation technique inputs that reflect our own assumptions about the assumptions that market participants would use to price an asset or liability.

When available, we use quoted market prices to determine the fair value of an asset or liability. If quoted market prices are not available, we measure fair value using valuation techniques that use, when possible, current market-based or independently-sourced market parameters, such as interest rates and currency rates. The following is a description of the valuation techniques that we use to measure the fair value of assets and liabilities that we measure and report at fair value on a recurring or one-time basis:

91

- *Cash equivalents.* At December 31, 2010, our cash equivalents consisted of commercial paper and money market mutual funds. At December 26, 2009, our cash equivalents consisted of money market mutual funds. We value our commercial paper cash equivalents using quoted prices for securities with similar characteristics and other observable inputs (such as interest rates that are observable at commonly quoted intervals), and accordingly, we classify the valuation techniques that use these inputs as Level 2. We value our money market cash equivalents using observable inputs that reflect quoted prices for securities with identical characteristics, and accordingly, we classify the valuation techniques that use these inputs as Level 1.

- *Marketable securities and restricted investments.* At December 31, 2010, our marketable securities consisted of commercial paper, corporate debt securities, federal and foreign agency debt, foreign government obligations, and supranational debt and our restricted investments consisted of foreign and U.S. government obligations. At December 26, 2009, our marketable securities and restricted investments consisted of asset-backed securities, corporate debt securities, federal and foreign agency debt, foreign government obligations, and supranational debt. We value our marketable securities using quoted prices for securities with similar characteristics and other observable inputs (such as interest rates that are observable at commonly quoted intervals), and accordingly, we classify the valuation techniques that use these inputs as Level 2. We also consider the effect of our counterparties' credit standings in these fair value measurements.

- *Derivative assets and liabilities.* At December 31, 2010 and December 26, 2009, our derivative assets and liabilities consisted of foreign exchange forward contracts involving major currencies and interest rate swap contracts involving benchmark interest rates. Since our derivative assets and liabilities are not traded on an exchange, we value them using industry standard valuation models. Where applicable, these models project future cash flows and discount the future amounts to a present value using market-based observable inputs including interest rate curves, credit risk, foreign exchange rates, and forward and spot prices for currencies. These inputs are observable in active markets over the terms of the instruments we hold, and accordingly, we classify these valuation techniques as Level 2. We consider the effect of our own credit standing and that of our counterparties in our valuations of our derivative assets and liabilities.

- *Solar module collection and recycling liability.* We account for our obligation to collect and recycle the solar modules that we sell in a similar manner to the accounting for asset retirement obligations that is prescribed by ASC 410, *Asset Retirement and Environmental Obligations*. When we sell solar modules, we initially record our liability for collecting and recycling those particular solar modules at the fair value of this liability, and then in subsequent periods, we accrete this fair value to the estimated future cost of collecting and recycling the solar modules. Therefore, this is a one-time nonrecurring fair value measurement of the collection and recycling liability associated with each particular solar module sold.

  Since there is not an established market for collecting and recycling our solar modules, we value our liability using a valuation model (an income approach). This fair value measurement requires us to use significant unobservable inputs, which are primarily estimates of collection and recycling process costs and estimates of future changes in costs due to inflation and future currency exchange rates. Accordingly, we classify these valuation techniques as Level 3. We estimate collection and recycling process costs based on analyses of the collection and recycling technologies that we are currently developing; we estimate future inflation costs based on analysis of historical trends; and we estimate future currency exchange rates based on current rate information. We consider the effect of our own credit standing in our measurement of the fair value of this liability.

At December 31, 2010 and December 26, 2009, information about inputs into the fair value measurements of our assets and liabilities that we make on a recurring basis was as follows (in thousands):

92

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 166 of 315

| | As of December 31, 2010 | | | |
| | | Fair Value Measurements at Reporting Date Using | | |
| | Total Fair Value and Carrying Value on Our Balance Sheet | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| **Assets:** | | | | |
| Cash equivalents: | | | | |
| Commercial paper | $ 1,200 | $ — | $ 1,200 | $ — |
| Money market mutual funds | 22,289 | 22,289 | — | — |
| Marketable securities: | | | | |
| Commercial paper | 13,343 | — | 13,343 | — |
| Corporate debt securities | 98,602 | — | 98,602 | — |
| Federal agency debt | 45,875 | — | 45,875 | — |
| Foreign agency debt | 133,165 | — | 133,165 | — |
| Foreign government obligations | 9,143 | — | 9,143 | — |
| Supranational debt | 48,032 | — | 48,032 | — |
| Restricted investments | 85,984 | — | 85,984 | — |
| Derivative assets | 21,866 | — | 21,866 | — |
| Total assets | $ 479,499 | $ 22,289 | $ 457,210 | $ — |
| **Liabilities:** | | | | |
| Derivative liabilities | $ 24,034 | $ — | $ 24,034 | $ — |

| | As of December 26, 2009 | | | |
| | | Fair Value Measurements at Reporting Date Using | | |
| | Total Fair Value and Carrying Value on Our Balance Sheet | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| **Assets:** | | | | |
| Cash equivalents: | | | | |
| Money market mutual funds | $ 395,431 | $ 395,431 | $ — | $ — |
| Marketable securities: | | | | |
| Asset-backed securities | 5,544 | — | 5,544 | — |
| Corporate debt securities | 115,248 | — | 115,248 | — |
| Federal agency debt | 78,911 | — | 78,911 | — |
| Foreign agency debt | 168,963 | — | 168,963 | — |
| Foreign government obligations | 10,128 | — | 10,128 | — |
| Supranational debt | 71,050 | — | 71,050 | — |
| Derivative assets | 7,909 | — | 7,909 | — |
| Total assets | $ 853,184 | $ 395,431 | $ 457,753 | $ — |
| **Liabilities:** | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Derivative liabilities | | $ | 31,686 | $ | — | $ | 31,686 | $ | — |

*Fair Value of Financial Instruments*

The carrying values and fair values of our financial instruments at December 31, 2010 and December 26, 2009 were as follows (in thousands):

93

| | December 31, 2010 | | | | December 26, 2009 | | | |
| | Carrying Value | | Fair Value | | Carrying Value | | Fair Value | |
|---|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | | |
| Marketable securities - current and noncurrent | $ | 348,160 | $ | 348,160 | $ | 449,844 | $ | 449,844 |
| Notes receivable - current | $ | — | $ | — | $ | 50,531 | $ | 50,531 |
| Foreign exchange forward contract assets | $ | 21,866 | $ | 21,866 | $ | 7,909 | $ | 7,909 |
| Restricted investments (excluding restricted cash) | $ | 85,984 | $ | 85,984 | $ | 36,467 | $ | 36,467 |
| Investment in related party | $ | — | $ | — | $ | 25,000 | $ | 25,000 |
| Notes receivable - noncurrent | $ | 9,314 | $ | 8,836 | $ | 25,241 | $ | 25,332 |
| **Liabilities:** | | | | | | | | |
| Long-term debt, including current maturities | $ | 237,391 | $ | 240,176 | $ | 174,958 | $ | 178,900 |
| Interest rate swap contract liabilities | $ | 1,219 | $ | 1,219 | $ | 1,083 | $ | 1,083 |
| Foreign exchange forward contract liabilities | $ | 22,815 | $ | 22,815 | $ | 30,603 | $ | 30,603 |

The carrying values on our balance sheet of our cash and cash equivalents, accounts receivable, restricted cash, accounts payable, income taxes payable, and accrued expenses approximate their fair values due to their short maturities; therefore, we exclude them from the foregoing table.

We estimated the fair value of our long-term debt in accordance with ASC 820 using a discounted cash flows approach (an income approach). We incorporated the credit risk of our counterparty for all asset fair value measurements and our credit risk for all liability fair value measurements.

**Note 11. Related Party Transactions**

In October 2008, we made an investment, at a total cost of $25.0 million, in the preferred stock of a company based in the United States that supplies and installs solar power systems for commercial and residential customers. In the fourth fiscal quarter of 2008, we also entered into a long-term solar module supply agreement with this related party. This investment represented an ownership of approximately 11% of the voting interest in this company as of September 25, 2010 (the end of our third fiscal quarter) and was our only equity interest in that entity. Since our ownership interest in this company was less than 20%, we did not have significant influence over it, and the fair value was not readily determinable, we accounted for this investment using the cost method. On December 8, 2010, we sold our investment for $28.6 million in cash and terminated our long-term solar module supply agreement with this related party.

During the years ended December 31, 2010 and December 26, 2009, we recognized $9.6 million and $18.5 million, respectively, in net sales to this related party. During 2008, we did not have any material revenue transactions with this related party. At December 31, 2010, we did not have any accounts receivable from this related party, and at December 26, 2009, we had accounts receivable from this related party of $7.0 million.

**Note 12. Notes Receivable**

On April 8, 2009, we entered into a credit facility agreement with a solar project entity of one of our customers for an available amount of €17.5 million ($23.3 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00) to provide financing for a PV power generation facility. The credit facility replaced a bridge loan that we had made to this entity. The credit facility bears interest at 8% per annum and is due on December 31, 2026. As of December 31, 2010 and December 26, 2009, the balance on this credit facility was €7.0 million and €17.5 million, respectively ($9.3 million and $23.3 million, respectively, at the balance sheet close rate on December 31, 2010 of $1.33/€1.00). The outstanding amount of this credit facility is included within "Other assets" on our consolidated balance sheets.

On April 21, 2009, we entered into a revolving VAT financing facility agreement for an available amount of €9.0 million ($12.0 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00) with the same solar project entity with which we entered into the credit facility agreement on April 8, 2009. The VAT facility pre-financed the amounts of German value-added tax (VAT) and any other tax obligations of similar nature during the construction phase of the PV power generation facility. Borrowings under this facility were short-term in nature, since the facility was to be repaid when VAT amounts were reimbursed by the government. The VAT facility bore interest at the rate of Euribor plus 1.2% and matured on December 31, 2010. As of December 31, 2010, the facility was fully repaid, including interest, and there was no balance outstanding. As of December 26,

94

2009, the balance under this facility was €1.4 million ($1.9 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00). The amount outstanding under this facility was included within "Prepaid expenses and other current assets" on our consolidated balance sheet as of December 26, 2009.

In October 2009, we entered into a fixed rate note with a solar power project entity to finance construction and start-up costs of a PV facility in Germany. This note provided funding in the amount of €19.2 million ($25.5 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00). The fixed rate note was due on May 31, 2010 and bore interest at 7% per annum. The fixed rate note was collateralized by a bank account pledge agreement, a security assignment agreement, a partnership interest pledge agreement, and a share pledge agreement. As of December 31, 2010, the fixed rate note was fully repaid, including interest, and there was no balance outstanding. As of December 26, 2009, the full available amount under this fixed rate note was outstanding. The outstanding amount of this fixed rate note was included within "Prepaid expenses and other current assets" on our consolidated balance sheet as of December 26, 2009.

In October 2009, we entered into a fixed rate note with another solar power project entity to finance construction and start-up costs of a PV facility in Germany. This note provided funding in the amount of €14.5 million ($19.3 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00). The fixed rate note was due on May 31, 2010 and bore interest at 7% per annum. This fixed rate note was collateralized by a bank account pledge agreement, a security assignment agreement, a guarantee agreement, and a share pledge agreement. As of December 31, 2010, the fixed rate note was fully repaid, including interest, and there was no balance outstanding. As of December 26, 2009, the full available amount under this fixed rate note was outstanding. The outstanding amount of this fixed rate note was included within "Prepaid expenses and other current assets" on our consolidated balance sheet as of December 26, 2009.

### Note 13. Solar Module Collection and Recycling Liability

We established a voluntary module collection and recycling program to collect and recycle modules sold once these modules have reached the end of their useful lives. We include a description of our module collection and recycling program in our standard sales contracts. Under this arrangement, we agree to provide for the collection and recycling of our solar modules and the system owners agree to notify us, disassemble their solar power systems, package the solar modules for shipment, and revert ownership rights over the modules back to us at the end of the modules' service lives.

At the time of sale, we have recorded accrued collection and recycling liabilities for the estimated fair value of our obligations for the collection and recycling of our solar modules that we have sold and we have made associated charges to cost of sales. We based our estimate of the fair value of our collection and recycling obligations on the present value of the expected future cost of collecting and recycling the modules, which includes the cost of the packaging materials for transporting the solar modules, the cost of freight from the module installation sites to a recycling center, the material, labor, and capital costs of the recycling process, and about the timing of when our solar modules will be returned for recycling. We based this estimate on our experience collecting and recycling our solar modules and on our expectations about future developments in recycling technologies and processes and about economic conditions at the time the modules will be collected and recycled. In the periods between the time of our sales and our settlement of the collection and recycling obligations, we accrete the carrying amount of the associated liability by applying the discount rate used for its initial measurement. We classify accretion expense as an other operating expense within selling, general and administrative on our consolidated statement of operations. We periodically review our estimates of the expected future recycling costs and may adjust our accrual accordingly. During the fourth quarter of 2010 we completed a cost study and updated our estimates for the expected future recycling costs. As a result, we adjusted our module collection and recycling liability accordingly.

Our module collection and recycling liabilities totaled $133.0 million at December 31, 2010 and $92.8 million at December 26, 2009. We charged $45.0 million, $52.4 million, and $22.2 million to cost of sales for the fair value of our collection and recycling obligation for modules sold during the years ended December 31, 2010, December 26, 2009, and December 27, 2008, respectively. The accretion expense on our collection and recycling obligations was $1.6 million, $2.4 million, and $0.9 million during the years ended December 31, 2010, December 26, 2009, and December 27, 2008, respectively.

See also Note 7. "Restricted Cash and Investments," about our arrangements for funding of this liability.

### Note 14. Debt

Our long-term debt at December 31, 2010 and December 26, 2009 consisted of the following (in thousands):

95

| Type | December 31, 2010 | December 26, 2009 |
|---|---|---|
| Revolving Credit Facility | $ 100,000 | $ — |
| Malaysian Facility Agreement - Fixed rate term loan | 65,009 | 84,166 |
| Malaysian Facility Agreement - Floating rate term loan (1) | 65,009 | 84,166 |
| Director of Development of the State of Ohio | 8,112 | 9,994 |
| Director of Development of the State of Ohio | — | 139 |
| Capital lease obligations | 1,736 | 2 |
| | 239,866 | 178,467 |
| Less unamortized discount | (2,475) | (3,509) |
| Total long-term debt | 237,391 | 174,958 |
| Less current portion | (26,587) | (28,559) |
| Noncurrent portion | $ 210,804 | $ 146,399 |

(1) We entered into an interest rate swap contract related to this loan. See Note 9. "Derivative Financial Instruments," to our consolidated financial statements.

We did not have any short-term debt at December 31, 2010 and December 26, 2009.

### *Revolving Credit Facility*

On September 4, 2009, we entered into a revolving credit facility with several financial institutions as lenders. JPMorgan Securities LLC and Banc of America Securities LLC served as Joint-Lead Arrangers and Bookrunners, with JPMorgan Chase Bank, N.A. also acting as Administrative Agent. The credit agreement provided First Solar, Inc. and certain of its subsidiaries with a senior secured three-year revolving credit facility in an aggregate available amount of $300.0 million, a portion of which was available for letters of credit. Proceeds from the credit facility could be used for working capital and other general corporate purposes.

On October 15, 2010, we entered into an amended and restated credit agreement governing our revolving credit facility which provides First Solar, Inc. and certain of it subsidiaries with a senior secured five-year revolving credit facility in an aggregate available amount of $600.0 million, all of which is available for letters of credit. Subject to certain conditions, we have the right to request an increase in the aggregate commitments under the credit facility up to $750.0 million.

Borrowings under the amended and restated credit agreement currently bear interest at (i) London Interbank Offered Rate (LIBOR) (adjusted for eurocurrency reserve requirements) plus a margin of 2.25% or (ii) a base rate as defined in the credit agreement plus a margin of 1.25%, depending on the type of borrowing requested by us. These margins are subject to adjustments depending on our consolidated leverage ratio. The amended and restated credit agreement contains various financial condition covenants with which we must comply, including a debt to EBITDA ratio covenant, a minimum EBITDA covenant, and a minimum liquidity covenant. Under the amended and restated credit agreement we are also subject to customary non-financial covenants. We were in compliance with these covenants at December 31, 2010.

At December 31, 2010, we had $100.0 million in borrowings outstanding and $126.4 million in letters of credit issued under the revolving credit facility, leaving a total remaining availability of $373.6 million, all of which can be used for the issuance of letters of credit. As of December 31, 2010, based on the outstanding borrowing, the all-in effective three month LIBOR borrowing rate was 2.74%. At December 26, 2009, we had no borrowings outstanding and $46.0 million in letters of credit issued under the revolving credit facility.

In addition to paying interest on outstanding principal under the credit agreement, we are required to pay a commitment fee, currently at the rate of 0.375% per annum, to the lenders based on the average daily unused commitments under the facility. The commitment fee may also be adjusted due to changes in our consolidated leverage ratio. We also pay a letter of credit fee equal to the applicable margin for eurocurrency revolving loans on the face amount of each letter of credit and a fronting fee.

In connection with our revolving credit facility, we entered into a guarantee and collateral agreement and various foreign security agreements. Loans made to First Solar Manufacturing GmbH (a borrowing subsidiary under the credit facility) are (i) guaranteed by First Solar, Inc. pursuant to the guarantee and collateral agreement, (ii) guaranteed by certain of First Solar, Inc.'s direct and indirect subsidiaries organized under the laws of Germany, pursuant to a German guarantee agreement, (iii) secured by share pledge agreements, (iv) secured by a security interest in inter-company receivables held by First Solar Holdings GmbH,

96

First Solar GmbH, and First Solar Manufacturing GmbH, pursuant to assignment agreements, and (v) subject to a security trust agreement, which sets forth additional terms regarding the foregoing German security documents and arrangements.

### *Malaysian Facility Agreement*

On May 6, 2008, in connection with the plant expansion at our Malaysian manufacturing center, First Solar Malaysia Sdn. Bhd. (FS Malaysia), our indirect wholly owned subsidiary, entered into an export financing facility agreement (Malaysian Facility Agreement) with a consortium of banks. The total available loan amount was €134.0 million ($178.2 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00). Pursuant to the Malaysian Facility Agreement, we began semi-annual repayments of the principal balances of these credit facilities during 2008. Amounts repaid under this credit facility cannot be re-borrowed. These credit facilities consisted of the following (in thousands):

| Malaysian Borrowings | Denomination | Interest Rate | Maturity | Outstanding at December 31, 2010 | | Outstanding at December 26, 2009 | |
|---|---|---|---|---|---|---|---|
| Fixed-rate euro-denominated term loan | EUR | 4.54% | 2016 | $ | 65,009 | $ | 84,166 |
| Floating-rate euro-denominated term loan | EUR | Euribor plus 0.55% | 2016 | | 65,009 | | 84,166 |
| Total (1) | | | | $ | 130,018 | $ | 168,332 |

(1) €97.7 million and €126.5 million outstanding at December 31, 2010 and December 26, 2009, respectively ($130.0 million and $168.3 million, respectively, at the balance sheet close rate on December 31, 2010 of $1.33/€1.00).

These credit facilities were used by FS Malaysia for the purpose of (i) partially financing the purchase of certain equipment to be used at our Malaysian manufacturing center, and (ii) financing fees to be paid to Euler-Hermes Kreditversicherungs-AG (Euler-Hermes), the German Export Credit Agency of Hamburg, Federal Republic of Germany, which guarantees 95% of FS Malaysia's obligations related to these Malaysian credit facilities (Hermes Guaranty).

In addition to paying interest on outstanding principal under the facility, FS Malaysia is obligated to pay annual agency fees and security agency fees.

In connection with the Malaysian credit facilities, First Solar, Inc. entered into a first demand guaranty agreement dated May 6, 2008 in favor of the lenders. Thereby FS Malaysia's obligations related to the Malaysian Facility Agreement are guaranteed, on an unsecured basis, by First Solar, Inc. In connection with the Malaysian credit facilities, all of FS Malaysia's obligations are
secured by a first party, first legal charge over the equipment financed by the Malaysian credit facilities, and the other documents, contracts, and agreements related to that equipment. Also in connection with the Malaysian credit facilities, any payment claims of First Solar, Inc. against FS Malaysia are subordinated to the claims of the lenders.

At December 31, 2010, equipment with a net book value of $156.1 million was pledged as collateral for these loans.

The Malaysian Facility Agreement contains various financial covenants with which we must comply, including debt-to-equity ratios, total leverage ratios, interest coverage ratios, and debt service coverage ratios. The Malaysian Facility Agreement also contains various customary non-financial covenants with which FS Malaysia must comply, including submitting various financial reports and business forecasts to the lenders, maintaining adequate insurance, complying with applicable laws and regulations, and restrictions on FS Malaysia's ability to sell or encumber assets, or make loan guarantees to third parties. We were in compliance with these covenants through December 31, 2010.

### *State of Ohio Loans*

During the years ended December 25, 2004 and December 31, 2005, we received the following loans from the Director of Development of the State of Ohio (in thousands):

97

| Ohio Borrowings | Original Loan Amount | | Denomination | Interest Rate | Maturity | Outstanding at December 31, 2010 | | Outstanding at December 26, 2009 | |
|---|---|---|---|---|---|---|---|---|---|
| Director of Development of the State of Ohio | $ | 15,000 | USD | 2.25% | 2015 | $ | 8,112 | $ | 9,994 |
| Director of Development of the State of Ohio | | 5,000 | USD | 0.25% — 3.25% | 2009 | | — | | 139 |
| Total | $ | 20,000 | | | | $ | 8,112 | $ | 10,133 |

At December 31, 2010, land and buildings with net book values of $19.5 million were pledged as collateral for these loans.

### *France Facility Agreement*

On March 30, 2010, in connection with the construction of our planned manufacturing facility in Blanquefort, France, First Solar France Manufacturing SAS (FS France), our indirect wholly owned subsidiary, entered into a facility agreement with EDF Energies Nouvelles SA (EDF-EN) for the purpose of partially financing the construction of the manufacturing facility. The total available loan amount under this non-revolving credit facility is a maximum principal amount of €50.0 million ($66.5 million at the balance sheet close rate on December 31, 2010 of $1.33/€1.00). Pursuant to the terms and conditions set forth in the facility agreement, advances will be made available commencing on the start of construction of the French plant and ending June 15, 2012. Advances must be repaid in quarterly installments through the tenth anniversary of the first commercial shipments from the French plant, subject to accelerated mandatory prepayment in the event of a default under the facility or the termination of the related venture agreement or off-take agreement with EDF-EN and affiliated entities. Amounts repaid under this credit facility cannot be re-borrowed. The borrowings will bear interest at a rate of 4%. Any advances drawn under this facility will be unsecured. As of December 31, 2010, there were no borrowings under this facility.

### *Future Principal Payments*

At December 31, 2010, future principal payments on our long-term debt, excluding payments related to capital leases, which are disclosed in Note 15. "Commitments and Contingencies," to these consolidated financial statements, were due as follows (in thousands):

| | |
|---|---|
| 2011 | $ 127,223 |
| 2012 | 27,259 |
| 2013 | 27,296 |
| 2014 | 27,333 |
| 2015 | 22,808 |
| Thereafter | 6,211 |
| Total long-term debt future principal payments | $ 238,130 |

Our debt-financing agreements bear interest at Euribor and London Interbank Offered Rate (LIBOR). A disruption of the credit environment, as previously experienced, could negatively impact interbank lending and, therefore, negatively impact both floating rates. An increase in the LIBOR rate would increase our cost of borrowing under our Revolving Credit Facility. An increase in the Euribor rate would not impact our cost of borrowing under our Malaysian Facility Agreement as we entered into an interest rate swap agreement to mitigate such risk.

### Note 15. Commitments and Contingencies

### *Financial Guarantees*

In the normal course of business, we occasionally enter into agreements with third parties under which we guarantee the performance of our subsidiaries related to certain service contracts, which may include services such as development, engineering, procurement of permits and equipment, construction management, and monitoring and maintenance related to solar power plants. These agreements meet the definition of a guarantee according to ASC 460, *Guarantees*. As of December 31, 2010 and December 26, 2009, none of these guarantees were material to our financial position.

### *Loan Guarantees*

98

At December 31, 2010 and December 26, 2009, our only loan guarantees were guarantees of our own debt, as disclosed in Note 14. "Debt," to these consolidated financial statements.

### Commercial Commitments

During the normal course of business, we enter into commercial commitments in the form of letters of credit and bank guarantees to provide financial and performance assurance to third parties. As of December 31, 2010, our revolving credit facility provided us the capacity to issue up to $600.0 million in letters of credit at a fee equal to the applicable margin for eurocurrency revolving loans and a fronting fee. As of December 31, 2010, we had $126.4 million in letters of credit issued under the revolving credit facility, leaving a total remaining availability of $373.6 million, all of which can be used for the issuance of letters of credit. The majority of these letters of credit were supporting our systems business.

### Lease Commitments

We lease our corporate headquarters in Tempe, Arizona and administrative, business and marketing development, customer support, and government affairs offices throughout the United States and Europe under non-cancelable operating leases. These leases require us to pay property taxes, common area maintenance, and certain other costs in addition to base rent. We also lease certain machinery and equipment under operating and capital leases. Future minimum payments under all of our non-cancelable leases are as follows as of December 31, 2010 (in thousands):

| | Capital Leases | Operating Leases | Total |
|---|---:|---:|---:|
| 2011 | $      266 | $      6,889 | $      7,155 |
| 2012 | 355 | 9,441 | 9,796 |
| 2013 | 336 | 9,451 | 9,787 |
| 2014 | 281 | 9,038 | 9,319 |
| 2015 | 281 | 8,061 | 8,342 |
| Thereafter | 524 | 30,606 | 31,130 |
| Total minimum lease payments | 2,043 | $    73,486 | $    75,529 |
| Less amounts representing interest | (307) | | |
| Present value of minimum lease payments | 1,736 | | |
| Less current portion of obligations under capital leases | (213) | | |
| Noncurrent portion of obligations under capital leases | $    1,523 | | |

Our rent expense was $16.3 million, $9.6 million, and $6.2 million in each of the years ended December 31, 2010, December 26, 2009, and December 27, 2008, respectively.

### Purchase Commitments

We purchase raw materials for inventory, services, and manufacturing equipment from a variety of vendors. During the normal course of business, in order to manage manufacturing lead times and help assure adequate supply, we enter into agreements with suppliers that either allow us to procure goods and services when we choose or that establish purchase requirements. In certain instances, these latter agreements allow us the option to cancel, reschedule, or adjust our requirements based on our business needs prior to firm orders being placed. Consequently, only a portion of our recorded purchase commitments are firm, non-cancelable and unconditional. At December 31, 2010, our obligations under firm, non-cancelable, and unconditional agreements were $1,720.5 million, of which, $211.7 million was for commitments related to capital purchases. $428.7 million of our purchase obligations are due in fiscal 2011.

### Product Warranties

We offer warranties on our products and record an estimate of the associated liability based on the number of solar modules under warranty, our historical experience with warranty claims, our monitoring of field installation sites, our in-house testing of our solar modules, and our estimated per-module replacement cost.

Product warranty activity during the years ended December 31, 2010, December 26, 2009, and December 27, 2008 was as follows (in thousands):

99

| | December 31, 2010 | | December 26, 2009 | | December 27, 2008 |
|---|---|---|---|---|---|
| Product warranty liability, beginning of period | $ | 22,583 | $ | 11,905 | $ | 7,276 |
| Accruals for new warranties issued (warranty expense) | | 18,309 | | 16,654 | | 8,525 |
| Settlements | | (24,616) | | (2,431) | | (404) |
| Change in estimate of warranty liability | | 11,618 | | (3,545) | | (3,492) |
| Product warranty liability, end of period | $ | 27,894 | $ | 22,583 | $ | 11,905 |
| Current portion of warranty liability | $ | 11,226 | $ | 8,216 | $ | 4,040 |
| Noncurrent portion of warranty liability | $ | 16,668 | $ | 14,367 | $ | 7,865 |

### *Legal Matters*

We are a party to legal matters and claims that are normal in the course of our operations. While we believe that the ultimate outcome of these matters will not have a material adverse effect on our financial position, results of operations, or cash flows, the outcome of these matters is not determinable with certainty and negative outcomes may adversely affect us.

### *Sales Agreements*

We are party to supply contracts for the sale of our solar modules with certain European solar power system project developers, system integrators, and operators. Under these contracts, we agree to provide each customer with solar modules totaling certain amounts of power generation capability during specified time periods. Our customers are entitled to certain remedies in the event of missed deliveries of the total kilowatt volume. These delivery commitments are established through a rolling four quarter forecast that defines the specific quantities to be purchased on a quarterly basis and schedules the individual shipments to be made to our customers. In the case of a late delivery, our customers are entitled to a maximum charge of up to 6% of the delinquent revenue. If we do not meet our annual minimum volume shipments, or a stipulated minimum average watts per module, our customers also have the right to terminate these contracts on a prospective basis.

### Note 16. Stockholders' Equity

### *Preferred Stock*

We have authorized 30,000,000 shares of undesignated preferred stock, $0.001 par value, none of which was issued and outstanding at December 31, 2010. Our board of directors is authorized to determine the rights, preferences, and restrictions on any series of preferred stock that we may issue.

### *Common Stock*

We have authorized 500,000,000 shares of common stock, $0.001 par value, of which 85,843,511 shares were issued and outstanding at December 31, 2010. Each share of common stock has the right to one vote. We have not declared or paid any dividends through December 31, 2010.

### Note 17. Share-Based Compensation

We measure share-based compensation cost at the grant date based on the fair value of the award and recognize this cost as an expense over the grant recipients' requisite service periods, in accordance with ASC 718, *Compensation - Stock Compensation*. The share-based compensation expense that we recognized in our consolidated statements of operations for the years ended December 31, 2010, December 26, 2009, and December 27, 2008 was as follows (in thousands):

| | 2010 | | 2009 | | 2008 |
|---|---|---|---|---|---|
| Share-based compensation expense included in: | | | | | |
| Cost of sales | $ | 27,895 | $ | 17,145 | $ | 12,216 |
| Research and development | | 10,467 | | 8,230 | | 5,967 |
| Selling, general and administrative | | 59,388 | | 61,904 | | 38,926 |
| Production start-up | | 1,872 | | 1,466 | | 1,835 |
| Total share-based compensation expense | $ | 99,622 | $ | 88,745 | $ | 58,944 |

100

The increase in share-based compensation expense was primarily the result of new awards.

The following table presents our share-based compensation expense by type of award for the years ended December 31, 2010, December 26, 2009, and December 27, 2008 (in thousands):

|  | 2010 | 2009 | 2008 |
|---|---|---|---|
| Stock options | $ 2,530 | $ 14,552 | $ 15,983 |
| Restricted stock units | 96,307 | 71,130 | 42,418 |
| Unrestricted stock | 658 | 3,700 | 325 |
| Net amount released from/(absorbed into) inventory | 127 | (637) | 218 |
| Total share-based compensation expense | $ 99,622 | $ 88,745 | $ 58,944 |

Share-based compensation cost capitalized in our inventory was $0.9 million, $1.0 million, and $0.3 million at December 31, 2010, December 26, 2009, and December 27, 2008, respectively. As of December 31, 2010, we had $0.8 million of unrecognized share-based compensation cost related to unvested stock option awards, which we expect to recognize as an expense over a weighted-average period of approximately 0.5 years, and $134.4 million of unrecognized share-based compensation cost related to unvested restricted stock units, which we expect to recognize as an expense over a weighted-average period of approximately 1.7 years.

The share-based compensation expense that we recognize in our results of operations is based on the number of awards expected to ultimately vest; therefore, the actual award amounts have been reduced for estimated forfeitures. ASC 718 requires us to estimate the number of awards that we expect to vest at the time the awards are granted and revise those estimates, if necessary, in subsequent periods. We estimate the number of awards that we expect to vest based on our historical experience with forfeitures of our awards, giving consideration to whether future forfeiture behavior might be expected to differ from past behavior. We recognize compensation cost for awards with graded vesting schedules on a straight-line basis over the requisite service periods for each separately vesting portion of the awards as if each award was in substance multiple awards.

During the years ended December 31, 2010, December 26, 2009, and December 27, 2008, we recognized an income tax benefit in our statement of operations of $29.7 million, $27.9 million, and $17.1 million, respectively, for share-based compensation costs incurred during those years.

### Share-Based Compensation Plans

During 2003, we adopted our 2003 Unit Option Plan (the 2003 Plan). Under the 2003 Plan, we may grant non-qualified options to purchase common shares of First Solar, Inc. to associates of First Solar, Inc. (including any of its subsidiaries) and non-employee individuals and entities that provide services to First Solar, Inc. or any of its subsidiaries. The 2003 Plan is administered by a committee appointed by our board of directors, which is authorized to, among other things, determine who will receive grants and determine the exercise price and vesting schedule of the options. Our board of directors may amend, modify, or terminate the 2003 Plan without the approval of our stockholders. We may not grant awards under the 2003 Plan after 2013, which is the tenth anniversary of the plan's approval by our stockholders. At December 31, 2010, 1,914,879 shares were available for grant under the 2003 Plan. We have not granted any awards under the 2003 Plan since the adoption of the 2006 Plan described below, nor do we anticipate granting any awards under this plan in the future.

During 2006, we adopted our 2006 Omnibus Incentive Compensation Plan (the 2006 Plan). Under the 2006 Plan, directors, associates, and consultants of First Solar, Inc. (including any of its subsidiaries) were eligible to participate. The 2006 Plan was administered by the compensation committee of our board of directors (or any other committee designated by our board of directors), which was authorized to, among other things, determine who would receive grants and determine the exercise price and vesting schedule of the awards made under the 2006 Plan. The 2006 Plan provided for the grant of incentive stock options, non-qualified stock options, stock appreciation rights, restricted stock units, performance units, cash incentive awards, and other equity-based and equity-related awards.

During 2010, the 2006 Plan was replaced by our 2010 Omnibus Incentive Compensation Plan (the 2010 Plan). Upon approval by our shareholders, the 2006 Plan share reserve was transferred to the 2010 Plan and any forfeitures under the 2006 Plan, become available for grant under the 2010 Plan.

The 2010 Plan differs from the 2006 Plan primarily in that the 2010 Plan (i) incorporates additional performance criteria applicable to performance compensation awards and enables us to grant "performance based compensation" within the meaning of Section 162(m) of the Internal Revenue Code, (ii) reflects changes in the law (such as Section 409A of the Internal Revenue

101

Code), and (iii) responds to other compensation and governance trends. Under the 2010 Plan, directors, officers, employees, and consultants of First Solar, Inc. (including any of its subsidiaries) are eligible to participate. The 2010 Plan is administered by the compensation committee of our board of directors (or any other committee designated by our board of directors), which is authorized to, among other things, determine who will receive grants and determine the exercise price and vesting schedule of the awards made under the plan. Our board of directors may amend, modify, or terminate the 2010 Plan without the approval of our stockholders, except stockholder approval is required for amendments that would increase the maximum number of shares of our common stock available for awards under the plan, increase the maximum number of shares of our common stock that may be delivered by incentive stock options, or modify the requirements for participation in the 2010 Plan.

The 2010 Plan provides for the grant of incentive stock options, non-qualified stock options, stock appreciation rights, restricted shares, restricted stock units, performance units, cash incentive awards, and other stock-based awards, dividends and dividend equivalents, and performance compensation awards. The maximum number of new shares of our common stock that may be delivered by awards granted under the 2010 Plan is 6,000,000, plus any shares that remain or otherwise become available under the terms of the 2006 Plan, of which, the maximum number that may be delivered by incentive stock options is 6,000,000. Also, the shares underlying forfeited, expired, terminated, or cancelled awards, or shares surrendered as payment for taxes required to be withheld become available for new award grants. We may not grant awards under the 2010 Plan after 2020, which is the tenth anniversary of the 2010 Plan's approval by our stockholders. At December 31, 2010, 8,087,457 shares were available for grant under the 2010 Plan.

### Stock Options

Following is a summary of our stock options as of December 31, 2010 and changes during the year then ended:

| | Number of Shares Under Option | | Weighted Average Exercise Price | Weighted Average Remaining Contractual Term (Years) | | Aggregate Intrinsic Value |
|---|---|---|---|---|---|---|
| Options outstanding at December 26, 2009 | 978,701 | $ | 60.63 | | | |
| Options granted | — | $ | — | | | |
| Options exercised | (454,761) | $ | 20.62 | | | |
| Options forfeited or expired | (107,095) | $ | 250.78 | | | |
| Options outstanding at December 31, 2010 | 416,845 | $ | 55.42 | 3.7 | $ | 34,822,790 |
| Options vested and exercisable at December 31, 2010 | 273,270 | $ | 54.49 | 3.9 | $ | 22,869,230 |

Stock options granted under the 2003 Plan and 2006 Plan have various vesting provisions. Some cliff-vest, some vest ratably following the grant date, some vest at different rates during different portions of their vesting periods, and some vested on the date of grant. The total fair value of stock options vesting during the years ended December 31, 2010, December 26, 2009, and December 27, 2008 were $6.9 million, $13.4 million, and $33.9 million, respectively. During the years ended December 31, 2010, December 26, 2009, and December 27, 2008, we received net cash proceeds of $9.4 million, $6.0 million, and $16.0 million, respectively, from the exercise of employee options on our stock. The total intrinsic value of employee stock options exercised was $51.3 million, $71.0 million, and $675.5 million during the years ended December 31, 2010, December 26, 2009, and December 27, 2008, respectively.

The following table presents exercise price and remaining life information about options outstanding at December 31, 2010:

102

| Exercise Price Range | Options Outstanding | | | Options Exercisable | |
|---|---|---|---|---|---|
| | Number of Shares | Weighted Average Exercise Price | Weighted Average Remaining Contractual Term (Years) | Number of Shares | Weighted Average Exercise Price |
| $2.06 - $4.54 | 67,987 | $ 2.91 | 3.3 | 67,987 | $ 2.91 |
| $20.00 | 149,357 | $ 20.00 | 2.9 | 68,201 | $ 20.00 |
| $27.78 - $32.81 | 15,123 | $ 29.96 | 3.0 | 14,555 | $ 29.85 |
| $54.50 | 106,000 | $ 54.50 | 3.2 | 68,500 | $ 54.50 |
| $55.56 - $181.77 | 68,378 | $ 161.12 | 6.4 | 49,194 | $ 159.97 |
| $266.90 | 10,000 | $ 266.90 | 4.6 | 4,833 | $ 266.90 |
| | 416,845 | $ 55.42 | 3.7 | 273,270 | $ 54.49 |

We estimated the fair value of each stock option awarded on its grant date using the Black-Scholes-Merton closed-form option valuation formula, using the assumptions documented in the following table for the years ended December 26, 2009 and December 27, 2008:

| | 2009 | 2008 |
|---|---|---|
| Price of our stock on grant date | $160.00 | $$181.77 - $266.90 |
| Stock option exercise price | $160.00 | $$181.77 - $267.14 |
| Expected life of option | 5.0 years | 4.0 - 6.0 years |
| Expected volatility of our stock | 71% | 70% |
| Risk-free interest rate | 2.2% | 2.6% - 3.4% |
| Expected dividend yield of our stock | 0.0% | 0.0% |

During the year ended December 31, 2010, we did not grant any stock options. The weighted-average estimated grant-date fair value of the stock options that we granted during the years ended December 26, 2009 and December 27, 2008 were $95.35 and $113.01, respectively.

Our stock options expire seven to ten years from their grant date. We estimated the expected life, which represents our best estimate of the period of time from the grant date that we expect the stock options to remain outstanding, of all of our stock options for all periods presented using the simplified method specified in ASC 718. Under this method, we estimate the expected life of our stock options as the mid-point between their time to vest and their contractual terms. We applied the simplified method because we do not have sufficient historical exercise data to provide a reasonable basis upon which to estimate expected life due to the limited period of time our equity shares have been publicly traded and the significant variations in vesting and contractual terms of the options that we granted.

Because our stock has only been publicly traded for four years and because that time period has seen significant unusual stock market activity, we do not believe that we have a meaningful observable share-price volatility; therefore, we based our estimate of the expected volatility of our future stock price on that of similar publicly-traded companies, and we expect to continue to estimate our expected stock price volatility in this manner until such time as we might have adequate historical data to refer to from our own traded share prices. We used U.S. Treasury rates in effect at the time of the grants for the risk-free rates.

None of our stock options were granted outside of the Plans.

### Restricted Stock Units

We began issuing restricted stock units in the second quarter of 2007 and all have been granted under the 2006 Plan and 2010 Plan. We issue shares to the holders of restricted units on the date the restricted stock units vest. The majority of shares issued are net of the statutory withholding requirements, which we pay on behalf of our associates. As a result, the actual number of shares issued will be less than the number of restricted stock units granted. Prior to vesting, restricted stock units do not have dividend equivalent rights and do not have voting rights, and the shares underlying the restricted stock units are not considered issued and outstanding.

Following is a summary of our restricted stock units as of December 31, 2010 and changes during the year then ended:

103

| | Number of Shares | | Weighted Average Grant-Date Fair Value |
|---|---|---|---|
| Restricted stock units outstanding at December 26, 2009 | 1,126,238 | $ | 170.67 |
| Restricted stock units granted | 1,017,178 | $ | 112.49 |
| Restricted stock units vesting | (256,274) | $ | 171.36 |
| Restricted stock units forfeited | (118,422) | $ | 168.27 |
| Restricted stock units outstanding at December 31, 2010 | 1,768,720 | $ | 137.27 |

We estimate the fair value of our restricted stock unit awards as our stock price on the grant date.

*Stock Awards*

During the years ended December 31, 2010, December 26, 2009, and December 27, 2008, we awarded 5,149, 3,126, and 1,384, respectively, fully vested, unrestricted shares of our common stock to the independent members of our board of directors. We recognized $0.7 million, $0.5 million, and $0.3 million share-based compensation expense for these awards during the years ended December 31, 2010, December 26, 2009, and December 27, 2008, respectively.

During the year ended December 26, 2009, we awarded 20,313 fully vested, unrestricted shares of our common stock to our new Chief Executive Officer as part of his employment agreement. We withheld 8,327 shares to satisfy certain tax withholding obligations, and as a result, issued 11,986 net shares. We recognized $3.3 million share-based compensation expense for this award.

**Note 18. Benefit Plans**

We offer a 401(k) retirement savings plan into which all of our U.S. associates (our term for employees) can voluntarily contribute a portion of their annual salaries and wages, subject to legally prescribed dollar limits. Our contributions to our associates' plan accounts are made at the discretion of our board of directors and are based on a percentage of the participating associates' contributions. During 2008, we matched half of the first 8% of the compensation that our associates contributed to the 401(k) Plan. Effective January 1, 2009, associate contributions were matched dollar-for-dollar up to the first 4%. Our contributions to the plans were $5.8 million, $4.5 million, and $2.0 million for the years ended December 31, 2010, December 26, 2009, and December 27, 2008, respectively. None of these benefit plans offered participants an option to invest in our common stock.

We also offer certain retirement savings plans to certain non-U.S. associates. These plans are managed in accordance with applicable local statutes and practices and are defined contribution plans. Our contributions to these plans were $1.0 million, $0.8 million, and $0.5 million during the years ended December 31, 2010, December 26, 2009, and December 27, 2008, respectively.

**Note 19. Income Taxes**

The components of our income tax expense (benefit) were as follows (in thousands):

| | December 31, 2010 | | December 26, 2009 | | December 27, 2008 | |
|---|---|---|---|---|---|---|
| Current expense: | | | | | | |
| Federal | $ | 92,728 | $ | 20,872 | $ | 27,328 |
| State | | 696 | | 123 | | 1,312 |
| Foreign | | 62,492 | | 60,210 | | 99,780 |
| Total current expense | | 155,916 | | 81,205 | | 128,420 |
| Deferred expense (benefit): | | | | | | |
| Federal | | (56,018) | | (34,296) | | (14,388) |
| State | | (5,231) | | (5,732) | | (163) |
| Foreign | | 3,209 | | 4,999 | | 1,577 |
| Total deferred benefit | | (58,040) | | (35,029) | | (12,974) |
| Total income tax expense | $ | 97,876 | $ | 46,176 | $ | 115,446 |

104

The current tax expense listed above does not reflect income tax benefits of $61.6 million, $1.3 million, and $28.7 million for the years ended December 31, 2010, December 26, 2009, and December 27, 2008, respectively, related to excess tax deductions on share-based compensation because we recorded these benefits directly to additional paid-in capital, pursuant to ASC 740, *Income Taxes*, and ASC 718, *Compensation - Stock Compensation*.

The U.S. and non-U.S. components of our income before income taxes were as follows (in thousands):

|  | December 31, 2010 | December 26, 2009 | December 27, 2008 |
|---|---|---|---|
| U.S. income (loss) | $ 43,737 | $ (25,588) | $ 42,917 |
| Non-U.S. income | 718,340 | 711,902 | 420,859 |
| Income before income taxes | $ 762,077 | $ 686,314 | $ 463,776 |

On August 10, 2010, Congress enacted the *Education Jobs & Medicaid Assistance Act* (H.R. 1586). HR 1586 includes significant international tax revenue raisers which are generally effective January 1, 2011. These tax provisions generally attempt to limit a taxpayer's ability to fully claim tax credits for previously paid foreign taxes in determining one's U.S. income tax liability. In advance of the effective date of this legislation we decided to repatriate approximately $300 million of earnings from certain of our foreign subsidiaries to the United States. As a result of this repatriation, we have included in our year end 2010 results a one-time non-cash income tax charge of $13.8 million, or $0.16 per share. Except for our decision to repatriate approximately $300 million as of December 31, 2010, we continue to indefinitely invest outside the United States undistributed earnings from our non-U.S. subsidiaries.

Our Malaysian subsidiary has been granted a long-term tax holiday that expires in 2027, which was originally scheduled to commence on January 1, 2009. The tax holiday, which generally provides for a 100% exemption from Malaysian income tax, is conditional upon our continued compliance in meeting certain employment and investment thresholds. During 2009, we received formal approval granting our request to pull forward this previously approved tax holiday by one year to cover our 2008 operating profits; the result of which was an $11.5 million reduction in the amount of income taxes previously accrued during the year ended December 27, 2008. As a result, we recognized an income tax benefit of $11.5 million during 2009. During 2010, in connection with the expansion of our Malaysian manufacturing operations, we were granted an extension of the previously approved tax holiday by three years, contingent upon meeting additional investment requirements.

Our effective tax rates were 12.8% and 6.7% for the years ended December 31, 2010 and December 26, 2009, respectively. Our estimated annual effective tax rate was higher during 2010 compared with 2009 mainly due to the $13.8 million tax charge in 2010, the $11.5 million tax benefit in 2009 discussed above, and a greater percentage of profits earned in jurisdictions with higher tax rates. The provision for income taxes differs from the amount computed by applying the statutory U.S. federal rate primarily due to the benefit associated with foreign income taxed at lower rates and the beneficial impact of the Malaysian tax holiday.

Our income tax results differed from the amount computed by applying the U.S. statutory federal income tax rate of 35% to our income before income taxes for the following reasons (in thousands):

|  | December 31, 2010 | | December 26, 2009 | | December 27, 2008 | |
|---|---|---|---|---|---|---|
|  | Tax | Percent | Tax | Percent | Tax | Percent |
| Statutory income tax expense | $ 266,727 | 35.0 % | $ 240,210 | 35.0 % | $ 162,322 | 35.0 % |
| Non-deductible expenses | 7,261 | 1.0 % | 6,443 | 0.9 % | 4,590 | 1.0 % |
| State tax, net of federal benefit | (2,917) | (0.4)% | (5,200) | (0.8)% | (500) | (0.1)% |
| Effect of tax holiday | (139,141) | (18.3)% | (132,823) | (19.2)% | (20,464) | (4.4)% |
| Pull forward of Malaysian tax holiday | — | — % | (11,519) | (1.7)% | — | — % |
| Foreign tax rate differential | (46,865) | (6.1)% | (45,657) | (6.7)% | (31,347) | (6.8)% |
| Tax credits | (1,989) | (0.3)% | (5,567) | (0.8)% | (4,736) | (1.0)% |
| Repatriation | 13,804 | 1.8 % | — | — % | — | — % |
| Other | (605) | (0.1)% | (1,804) | (0.3)% | 5,080 | 1.1 % |
| Impact of changes in valuation allowance | 1,601 | 0.2 % | 2,093 | 0.3 % | 501 | 0.1 % |
| Reported income tax expense | $ 97,876 | 12.8 % | $ 46,176 | 6.7 % | $ 115,446 | 24.9 % |

105

For the year ended December 31, 2010, the tax benefit from the foreign tax rate differential primarily relates to our income generated in Germany and Malaysia calculated at statutory tax rates of 28.6% and 25.0%, respectively, compared to the U.S. statutory tax rate of 35.0%. For the year ended December 26, 2009, the tax benefit from the foreign tax rate differential primarily relates to our income generated in Germany and Malaysia calculated at statutory tax rates of 28.5% and 25.0%, respectively, compared to the U.S. statutory tax rate of 35.0%. For the year ended December 27, 2008, the tax benefit from the foreign tax rate differential primarily relates to our income generated in Germany and Malaysia calculated at statutory tax rates of 28.4% and 26.0%, respectively, compared to the U.S. statutory tax rate of 35.0%.

Deferred income taxes reflect the net tax effects of temporary differences between the carrying amounts of assets and liabilities calculated for financial reporting purposes and the amounts calculated for preparing our income tax returns in accordance with tax regulations and of the net tax effects of operating loss and tax credit carryforwards. The items that gave rise to our deferred taxes were as follows (in thousands):

| | December 31, 2010 | December 26, 2009 |
|---|---|---|
| Deferred tax assets: | | |
| Goodwill | $ 28,495 | $ 30,909 |
| Economic development funding | 3,806 | 6,301 |
| Compensation | 34,500 | 33,179 |
| Accrued expenses | 16,618 | 12,596 |
| Tax credits | 95,067 | 25,225 |
| Net operating losses | 48,362 | 58,317 |
| Inventory | 7,146 | 6,411 |
| Deferred expenses | 21,793 | 10,044 |
| Other | 1,196 | 1,120 |
| Deferred tax assets, gross | 256,983 | 184,102 |
| Valuation allowance | (4,791) | (3,190) |
| Deferred tax assets, net of valuation allowance | 252,192 | 180,912 |
| Deferred tax liabilities: | | |
| Capitalized interest | (2,577) | (2,920) |
| Property, plant and equipment | (16,920) | (13,804) |
| Acquisition accounting / basis difference | (18,853) | (25,697) |
| Investment in foreign subsidiaries | (6,600) | — |
| Deferred tax liabilities | (44,950) | (42,421) |
| Net deferred tax assets and liabilities | $ 207,242 | $ 138,491 |

Changes in our valuation allowance against our deferred tax assets were as follows during the years ended December 31, 2010 and December 26, 2009 (in thousands):

| | 2010 | 2009 |
|---|---|---|
| Valuation allowance, beginning of year | $ 3,190 | $ 1,097 |
| Additions | 1,601 | 2,093 |
| Reversals | — | — |
| Valuation allowance, end of year | $ 4,791 | $ 3,190 |

We maintained a valuation allowance of $4.8 million and $3.2 million as of December 31, 2010 and December 26, 2009, respectively, against certain of our deferred tax assets, as it is more likely than not that such amounts will not be fully realized. During the years ended December 31, 2010 and December 26, 2009, we increased our valuation allowance related primarily to certain foreign and state net operating loss carryforwards.

We have not provided for $448.1 million of deferred income taxes on $1,340.2 million of undistributed earnings from non-U.S. subsidiaries because such amounts are indefinitely invested outside the United States as of December 31, 2010. These taxes would be required to be recognized when and if we determine that these amounts are not indefinitely reinvested outside the U.S.

At December 31, 2010, we had federal and aggregate state net operating loss carryforwards of $684.8 million and $140.3

106

million, respectively. At December 26, 2009, we had federal and aggregate state net operating loss carryforwards of $849.3 million and $138.8 million, respectively. These federal and aggregate state net operating loss carryforwards include $108.1 million and $22.6 million, respectively, from the acquisition of OptiSolar Inc. If not used, the federal net operating loss will expire beginning in 2027 and the state net operating loss will begin to expire in 2012. The utilization of a portion of our net operating loss carryforwards is subject to an annual limitation under Section 382 of the Internal Revenue Code due to a change of ownership. However, we do not believe such annual limitation will impact our realization of the net operating loss carryforwards. Our deferred tax assets at December 31, 2010 do not include $199.5 million of excess tax deductions from employee stock option exercises and vested restricted stock units that comprise our net operating loss carryovers. Our equity will be increased by up to $199.5 million if and when we ultimately realize these excess tax benefits.

At December 31, 2010 we had federal and state research and development credit carryovers of $15.5 million and U.S. foreign tax credit carryovers of $132.0 million available to reduce future federal and state income tax liabilities. If not used, the research and development credits and foreign tax credits will begin to expire in 2027 through 2030 and 2017 through 2020, respectively.

We account for uncertain tax positions pursuant to the recognition and measurement criteria under ASC 740.

A reconciliation of the beginning and ending amount of liabilities associated with uncertain tax positions is as follows (in thousands):

|  | December 31, 2010 | December 26, 2009 | December 27, 2008 |
|---|---|---|---|
| Unrecognized tax benefits, beginning of year | $ 37,222 | $ 7,534 | $ 2,465 |
| Increases related to prior year tax positions | — | 6,560 | 777 |
| Decreases related to prior year tax positions | (353) | — | (1,677) |
| Decreases related to settlements | — | — | (469) |
| Increase due to business combination | — | 2,170 | — |
| Increases related to current tax positions | 31,036 | 20,958 | 6,438 |
| Unrecognized tax benefits, end of year | $ 67,905 | $ 37,222 | $ 7,534 |

The entire amount of unrecognized tax benefits, if recognized, would reduce our annual effective tax rate. The amounts of unrecognized tax benefits listed above are based on the recognition and measurement criteria of FIN 48, now codified in ASC 740. However, due to the uncertain and complex application of tax regulations, it is possible that the ultimate resolution of uncertain tax positions may result in liabilities that could be materially different from these estimates. In such an event, we will record additional tax expense or tax benefit in the period in which such resolution occurs. Our policy is to recognize any interest and penalties that we might incur related to our tax positions as of component of income tax expense. We did not accrue any potential penalties and interest related to these unrecognized tax benefits during 2010, 2009, or 2008. We do not expect that our unrecognized tax benefits will significantly change within the next twelve months for tax positions taken or to be taken for periods through December 31, 2010.

The following table summarizes the tax years that are either currently under audit or remain open and subject to examination by the tax authorities in the most significant jurisdictions in which we operate:

|  | Tax Years |
|---|---|
| Germany | 2007 – 2010 |
| Malaysia | 2007 – 2010 |
| United States | 2007 – 2010 |

In certain of the jurisdictions noted above, we operate through more than one legal entity, each of which has different open years subject to examination. The table above presents the open years subject to examination for the most material of the legal entities in each jurisdiction. Additionally, it is important to note that tax years are technically not closed until the statute of limitations in each jurisdiction expires. In the jurisdictions noted above, the statute of limitations can extend beyond the open years subject to examination.

**Note 20. Net Income per Share**

Basic net income per share is computed by dividing net income by the weighted-average number of common shares outstanding for the period. Diluted net income per share is computed giving effect to all potential dilutive common stock, including employee stock options, restricted stock units, and contingently issuable shares.

107

The calculation of basic and diluted net income per share for the years ended December 31, 2010, December 26, 2009, and December 27, 2008 was as follows (in thousands, except per share amounts):

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| Basic net income per share | | | |
| Numerator: | | | |
| Net income | $ 664,201 | $ 640,138 | $ 348,330 |
| Denominator: | | | |
| Weighted-average common stock outstanding | 84,891 | 83,500 | 80,178 |
| Diluted net income per share | | | |
| Denominator: | | | |
| Weighted-average common stock outstanding | 84,891 | 83,500 | 80,178 |
| Effect of stock options, restricted stock units outstanding, and contingent issuable shares | 1,600 | 1,544 | 1,946 |
| Weighted-average shares used in computing diluted net income per share | 86,491 | 85,044 | 82,124 |

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| Per share information - basic: | | | |
| Net income per share | $ 7.82 | $ 7.67 | $ 4.34 |
| | | | |
| Per share information - diluted: | | | |
| Net income per share | $ 7.68 | $ 7.53 | $ 4.24 |

The following number of outstanding employee stock options and restricted stock units were excluded from the computation of diluted net income per share for the years ended December 31, 2010, December 26, 2009, and December 27, 2008 as they would have had an antidilutive effect (in thousands):

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| Restricted stock units and options to purchase common stock | 118 | 216 | 192 |

**Note 21. Comprehensive Income**

Comprehensive income, which includes foreign currency translation adjustments, unrealized gains and losses on derivative instruments designated and qualifying as cash flow hedges, and unrealized gains and losses on available-for-sale securities, the impact of which has been excluded from net income and reflected as components of stockholders' equity, was as follows for the years ended December 31, 2010, December 26, 2009, and December 27, 2008 (in thousands):

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| Net income | $ 664,201 | $ 640,138 | $ 348,330 |
| Foreign currency translation adjustments | (35,825) | 13,303 | (13,943) |
| Change in unrealized gain on marketable securities, net of tax | 3,820 | 1,689 | 234 |
| Change in unrealized gain (loss) on derivative instruments, net of tax | 14,358 | (167) | (15,230) |
| Comprehensive income | $ 646,554 | $ 654,963 | $ 319,391 |

Components of accumulated other comprehensive loss at December 31, 2010 and December 26, 2009 were as follows (in thousands):

| | 2010 | 2009 |
|---|---|---|
| Foreign currency translation adjustments | $ (30,347) | $ 5,478 |
| Unrealized gain on marketable securities, net of tax | 5,771 | 1,951 |
| Unrealized loss on derivative instruments, net of tax | (2,667) | (17,025) |
| Accumulated other comprehensive loss | $ (27,243) | $ (9,596) |

108

**Note 22. Statement of Cash Flows**

The following table presents a reconciliation of net income to net cash provided by operating activities for the years ended December 31, 2010, December 26, 2009, and December 27, 2008 (in thousands):

|  | 2010 | 2009 | 2008 |
|---|---|---|---|
| Net income | $ 664,201 | $ 640,138 | $ 348,330 |
| Adjustments to reconcile net income to cash provided by (used in) operating activities: |  |  |  |
| Depreciation and amortization | 156,093 | 129,628 | 59,518 |
| Impairment of assets and liabilities | 5,692 | 1,118 | 2,328 |
| Impairment of project assets | 5,277 | — | — |
| Share-based compensation | 99,622 | 88,745 | 58,944 |
| Remeasurement of monetary assets and liabilities | 625 | (2,696) | 32 |
| Deferred income taxes | (58,040) | (35,029) | (12,974) |
| Excess tax benefits from share-based compensation arrangements | (69,367) | (4,892) | (28,661) |
| Provision for doubtful accounts receivable | (990) | 990 | (5) |
| Inventory valuation adjustment | — | — | 2,548 |
| Gain on sales of investments, net | (336) | (110) | (189) |
| Gain on sale of related party equity investment | (3,596) | — | — |
| Other operating activities | (1,504) | 1,551 | — |
| Changes in operating assets and liabilities: |  |  |  |
| Accounts receivable, trade | (90,349) | (153,312) | (40,852) |
| Accounts receivable, unbilled | (1,424) | 56 | (108) |
| Inventories | (69,680) | (52,058) | (84,762) |
| Project assets | (47,995) | (12,546) | — |
| Prepaid expenses and other current assets | (41,394) | (28,476) | (46,055) |
| Other assets | (8,911) | (5,320) | (4,935) |
| Accounts payable, accrued expenses, and all other liabilities | 167,568 | 107,406 | 209,908 |
| Total adjustments | 41,291 | 35,055 | 114,737 |
| Net cash provided by operating activities | $ 705,492 | $ 675,193 | $ 463,067 |

**Note 23. Segment and Geographical Information**

ASC 280, *Segment Reporting*, establishes standards for companies to report in their financial statements information about operating segments, products, services, geographic areas, and major customers. The method of determining what information to report is generally based on the way that management organizes the operating segments within the company for making operating decisions and assessing financial performance.

We operate our business in two segments. Our components segment is our principal business and involves the design, manufacture, and sale of solar modules which convert sunlight into electricity. Customers of our components segment include project developers, system integrators, and operators of renewable energy projects.

Our second segment is our fully integrated systems business, through which we provide a complete PV solar power system, which includes project development, EPC services, O&M services, when applicable, and project finance, when required. Our systems segment sells solar power systems, all of which use our solar modules, directly to investor owned utilities, independent power developers and producers, commercial and industrial companies, and other system owners who purchase completed solar power plants, EPC services, and/or O&M services from us.

Our CODM, consisting of our senior executive staff, views the sale of solar modules from the components segment as the core driver of our profitability, return on net assets, and cash throughput; and as a result, we view our systems segment as an enabler to drive module throughput. Therefore, we operate our systems segment with the objective to achieve break-even results

109

before income taxes. In our operating segment financial disclosures, we include the sale of our solar modules manufactured by our components segment and installed in projects sold by our systems segment in "Net sales" of our components business.

After we have determined the amount of revenue earned for each transaction following the applicable guidance for the underlying arrangement, we allocate revenue between the components and systems segments based on how our CODM strategically views these segments. We determine the amount of revenue to be allocated between the systems business and the components business based on the principle that the systems business is an enabler operating at break-even results to drive module throughput for the components business. The amount of revenue allocated to the components segment for modules used in the system business arrangement is equal to the cost of the solar module plus the earned margin (or estimated margin in the case of percentage-of-completion accounting) for a particular project for the period.

We also allocate the cost of sales value recognized for the solar modules in the systems business arrangements to the components business. The cost of solar modules is composed of inventory cost without any inter-company profit.

Our systems business has certain of its own dedicated administrative key functions, such as accounting, legal, finance, project finance, human resource, procurement, and marketing. Costs for these functions are recorded and included within selling, general and administrative costs for our systems segment. Our corporate key functions consist primarily of company-wide corporate tax, corporate treasury, corporate accounting/finance, corporate legal, investor relations, corporate communications, and executive management functions. We allocate corporate costs to the components segment as part of selling, general and administrative costs, since this segment currently benefits the most from the corporate functions.

In the event segment gross profit from our systems segment (after allocating the revenue from solar modules and the related cost of sales to the components segment) is less than operating expenses in a given quarter, then the components business will compensate the systems segment for the temporary shortfall. A typical shortfall can result from (i) the timing and amount of revenue recognition in comparison to the amount of fixed costs incurred in a given quarter, or (ii) a larger amount of other-than-temporary project asset impairment in any given quarter. The systems segment repays these cumulative temporary shortfalls in fiscal quarters in which its segment gross profit exceeds operating expenses. Any surplus segment income before income taxes for any given quarter after such repayment, would then trigger an additional allocation of revenue from the systems segment to the components segment to achieve break-even results based on how our CODM views these segments.

Compensation by the components segment to our systems segment during the years ended December 31, 2010 and December 26, 2009 was $37.2 million and $20.6 million, respectively. Repayment of prior period compensation by the systems segment to the components segment during the years December 31, 2010 and December 26, 2009 was $26.4 million and $3.1 million, respectively. Additional revenue allocated from the systems segment to the components segment during the year ended December 31, 2010 was $14.2 million and none during the year ended December 26, 2009.

Financial information about our segments during the years ended December 31, 2010, December 26, 2009, and December 27, 2008 was as follows (in thousands):

|  | Fiscal Year Ended December 31, 2010 | | |
|  | Components | Systems | Total |
| --- | --- | --- | --- |
| Net sales | $ 2,185,165 | $ 378,350 | $ 2,563,515 |
| Gross profit | $ 1,106,629 | $ 78,217 | $ 1,184,846 |
| Income before income taxes | $ 762,077 | $ — | $ 762,077 |
| Goodwill | $ 393,365 | $ 39,923 | $ 433,288 |
| Total assets | $ 3,730,755 | $ 649,648 | $ 4,380,403 |

|  | Fiscal Year Ended December 26, 2009 | | |
|  | Components | Systems | Total |
| --- | --- | --- | --- |
| Net sales | $ 1,965,437 | $ 100,763 | $ 2,066,200 |
| Gross profit | $ 1,037,398 | $ 7,184 | $ 1,044,582 |
| Income before income taxes | $ 686,314 | $ — | $ 686,314 |
| Goodwill | $ 251,275 | $ 35,240 | $ 286,515 |
| Total assets | $ 3,027,703 | $ 321,809 | $ 3,349,512 |

110

| | | Fiscal Year Ended | | | |
| | | December 27, 2008 | | | |
| | Components | | Systems | | Total |
|---|---|---|---|---|---|
| Net sales | $ | 1,195,803 | $ | 50,498 | $ | 1,246,301 |
| Gross profit | $ | 660,160 | $ | 18,233 | $ | 678,393 |
| Income before income taxes | $ | 463,776 | $ | — | $ | 463,776 |
| Goodwill | $ | — | $ | 33,829 | $ | 33,829 |
| Total assets | $ | 2,029,220 | $ | 85,282 | $ | 2,114,502 |

In the preceding tables, reported net sales, gross profit, income before income taxes, and total assets for the years ended December 26, 2009 and December 27, 2008 have been reclassified to conform to the revised presentation of segment information.

### Product Revenue

The following table sets forth the total amounts of solar modules and solar power systems revenue recognized for the years ended December 31, 2010, December 26, 2009, and December 27, 2008. For the purposes of the following table, (i) "Solar module revenue" is composed of total revenues from the sale of solar modules to third parties, and (ii) "Solar power system revenue" is composed of total revenues from the sale of complete solar power systems and related services including the solar modules installed in the solar power system.

| (Dollars in thousands) | | 2010 | | 2009 | | 2008 |
|---|---|---|---|---|---|---|
| Solar module revenue | $ | 1,986,746 | $ | 1,903,765 | $ | 1,192,265 |
| Solar power system revenue | | 576,769 | | 162,435 | | 54,036 |
| Total net sales | $ | 2,563,515 | $ | 2,066,200 | $ | 1,246,301 |

The following table presents net sales for the years ended December 31, 2010, December 26, 2009, and December 27, 2008 by geographic region, which is based on the customer country of invoicing (in thousands):

| | | 2010 | | 2009 | | 2008 |
|---|---|---|---|---|---|---|
| Germany | $ | 1,177,981 | $ | 1,334,061 | $ | 919,335 |
| France | | 363,658 | | 249,313 | | 109,962 |
| United States | | 333,844 | | 136,944 | | 63,117 |
| Canada | | 312,672 | | 132,023 | | — |
| All other foreign countries | | 375,360 | | 213,859 | | 153,887 |
| Net sales | $ | 2,563,515 | $ | 2,066,200 | $ | 1,246,301 |

The following table presents long-lived assets, excluding financial instruments, deferred tax assets, investment in related party, goodwill, and intangible assets at December 31, 2010, December 26, 2009, and December 27, 2008 by geographic region, based on the physical location of the assets (in thousands):

| | | 2010 | | 2009 | | 2008 |
|---|---|---|---|---|---|---|
| Malaysia | $ | 871,527 | $ | 568,534 | $ | 592,262 |
| United States | | 627,733 | | 383,343 | | 162,651 |
| Germany | | 170,787 | | 91,692 | | 87,709 |
| All other foreign countries | | 80,882 | | 76,628 | | — |
| Long-lived assets | $ | 1,750,929 | $ | 1,120,197 | $ | 842,622 |

### Note 24. Concentrations of Credit and Other Risks

*Customer Concentration.* The following customers each comprised 10% or more of our total net sales during the years ended December 31, 2010, December 26, 2009, and December 27, 2008 and/or 10% or more of our total accounts receivable during the years ended December 31, 2010 and December 26, 2009 (dollars in thousands):

111

| | 2010 | | | | 2009 | | | | 2008 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Net Sales | % of Total NS | A/R Outstanding | % of Total A/R | Net Sales | % of Total NS | A/R Outstanding | % of Total A/R | Net Sales | % of Total NS |
| Customer #1 | $ 393,758 | 15% | $ 51,267 | 17% | $ 356,068 | 17% | * | * | $ 231,557 | 19% |
| Customer #2 | $ 317,485 | 12% | $ 36,471 | 12% | $ 261,314 | 13% | $ 41,608 | 18% | * | * |
| Customer #3 | $ 293,426 | 11% | * | * | * | * | * | * | * | * |
| Customer #4 | * | * | $ 37,306 | 12% | * | * | * | * | * | * |
| Customer #5 | * | * | $ 34,762 | 11% | * | * | * | * | $ 135,232 | 11% |
| Customer #6 | * | * | * | * | $ 264,744 | 13% | * | * | $ 143,857 | 12% |
| Customer #7 | * | * | * | * | * | * | $ 26,929 | 12% | $ 138,822 | 11% |
| Customer #8 | * | * | * | * | * | * | $ 25,488 | 11% | * | * |
| Customer #9 | * | * | * | * | * | * | * | * | $ 149,946 | 12% |

\*   Net sales and/or accounts receivable to these customers were less than 10% of our total net sales and/or accounts receivable during this period.

*Credit Risk.* Financial instruments that potentially subject us to concentrations of credit risk are primarily cash, cash equivalents, investments, trade accounts receivable, interest rate swap agreements, and derivative instruments. We place cash, cash equivalents, and investments with high-credit quality institutions and limit the amount of credit risk from any one counterparty. As previously noted, our net sales are primarily concentrated among three customers. We monitor the financial condition of our customers and perform credit evaluations whenever deemed necessary. As of December 31, 2010, we had received bank guarantees from ten of our customers securing accounts receivable as required by our Supply Contracts. Further, we amended certain of our customers' Supply Contracts to extend their payment terms from net 10 days to net 45 days at the end of the first quarter of 2009. We have generally not required collateral for our sales on account.

*Geographic Risk.* Our solar modules are presently predominantly sold to our customers for use in solar power systems concentrated in a single geographic region, Germany. This concentration of our sales in one geographic region exposes us to local economic risks and local public policy and regulatory risk in Germany.

*Production.* Our products include components that are available from a limited number of suppliers or sources. Shortages of essential components could occur due to interruptions of supply or increases in demand and could impair our ability to meet demand for our products. Our modules are presently produced in facilities in Perrysburg, Ohio, Frankfurt/Oder, Germany, and Kulim, Malaysia. Damage to or disruption of facilities could interrupt our business and impair our ability to generate sales.

*International Operations.* During the year ended December 31, 2010, we derived 87% of our net sales from sales outside our country of domicile, the United States. Therefore, our financial performance could be affected by events such as changes in foreign currency exchange rates, trade protection measures, long accounts receivable collection patterns, and changes in regional or worldwide economic or political conditions.

**Note 25. Subsequent Events**

On January 7, 2011, we acquired Ray Tracker, Inc., a tracking technology and PV balance-of-systems company. The acquisition of Ray Tracker, Inc. was not material to our financial position, results of operations, or cash flows.

On February 11, 2011 we were approved to receive taxable investment incentives ("Investitionszuschüsse") of approximately €6.3 million ($8.4 million at the balance sheet close rate rate on December 31, 2010 of $1.33/€1.00) from the State of Brandenburg, Germany. These funds will reimburse us for certain costs incurred building our expansion of our manufacturing plant in Frankfurt/Oder, Germany, including costs for the construction of buildings and the purchase of machinery and equipment. Receipt of these incentives is conditional upon the State of Brandenburg having sufficient funds allocated to this program to pay the reimbursements we claim. In addition, we are required to operate our facility for a minimum of five years. Our incentive approval expires on December 31, 2012.

112

## INDEX TO EXHIBITS

Set forth below is a list of exhibits that are being filed or incorporated by reference into this Annual Report on Form 10-K:

| Exhibit Number | Exhibit Description | Incorporated by Reference | | | Filed Herewith |
| | | Form | File No. | Date of First Filing | Exhibit Number | |
|---|---|---|---|---|---|---|
| 3.1 | Amended and Restated Certificate of Incorporation of First Solar, Inc. | S-1/A | 333-135574 | 9/18/06 | 3.1 | |
| 3.2 | Amended and Restated By-Laws of First Solar, Inc. | 10-Q | 001-33156 | 11/1/10 | 3.1 | |
| 4.1 | Loan Agreement dated December 1, 2003, among First Solar US Manufacturing, LLC, First Solar Property, LLC and the Director of Development of the State of Ohio | S-1/A | 333-135574 | 9/18/06 | 4.2 | |
| 4.2 | Loan Agreement dated July 1, 2005, among First Solar US Manufacturing, LLC, First Solar Property, LLC and Director of Development of the State of Ohio | S-1/A | 333-135574 | 9/18/06 | 4.3 | |
| 4.3 | Waiver Letter dated June 5, 2006, from the Director of Development of the State of Ohio | S-1/A | 333-135574 | 10/10/06 | 4.16 | |
| 4.4 † | Facility Agreement dated May 6, 2008 between First Solar Malaysia Sdn. Bhd., as borrower, and IKB Deutsche Industriebank AG, as arranger, NATIXIS Zweigniederlassung Deutschland, as facility agent and original lender, AKA Ausfuhrkredit-Gesellschaft mbH, as original lender, and NATIXIS Labuan Branch as security agent | 8-K | 001-33156 | 5/12/08 | 10.1 | |
| 4.5 | First Demand Guaranty dated May 6, 2008 by First Solar Inc, as guarantor, in favor of IKB Deutsche Industriebank AG, NATIXIS Zweigniederlassung Deutschland, AKA Ausfuhrkredit-Gesellschaft mbH and NATIXIS Labuan Branch | 8-K | 001-33156 | 5/12/08 | 10.2 | |
| 4.6 | Credit Agreement, dated as of September 4, 2009, among First Solar, Inc., First Solar Manufacturing GmbH, the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, Bank of America and The Royal Bank of Scotland plc, as Documentation Agents, and Credit Suisse, Cayman Islands Branch, as Syndication Agent | 8-K | 001-33156 | 9/10/09 | 10.1 | |
| 4.7 | Charge of Company Shares, dated as of September 4, 2009, between First Solar, Inc., as Chargor, and JPMorgan Chase Bank, N.A., as Security Agent, relating to 66% of the shares of First Solar FE Holdings Pte. Ltd. (Singapore) | 8-K | 001-33156 | 9/10/09 | 10.2 | |
| 4.8 | German Share Pledge Agreements, dated as of September 4, 2009, between First Solar, Inc., First Solar Holdings GmbH, First Solar Manufacturing GmbH, First Solar GmbH, and JPMorgan Chase Bank, N.A., as Administrative Agent | 8-K | 001-33156 | 9/10/09 | 10.3 | |
| 4.9 | Guarantee and Collateral Agreement, dated as of September 4, 2009, by First Solar, Inc. in favor of JPMorgan Chase Bank, N.A., as Administrative Agent | 8-K | 001-33156 | 9/10/09 | 10.4 | |
| 4.10 | Guarantee, dated as of September 8, 2009, between First Solar Holdings GmbH, First Solar GmbH, First Solar Manufacturing GmbH, as German Guarantors, and JPMorgan Chase Bank, N.A., as Administrative Agent | 8-K | 001-33156 | 9/10/09 | 10.5 | |
| 4.11 | Assignment Agreement, dated as of September 4, 2009, between First Solar Holdings GmbH and JPMorgan Chase Bank, N.A., as Administrative Agent | 8-K | 001-33156 | 9/10/09 | 10.6 | |
| 4.12 | Assignment Agreement, dated as of September 4, 2009, between First Solar GmbH and JPMorgan Chase Bank, N.A., as Administrative Agent | 8-K | 001-33156 | 9/10/09 | 10.7 | |
| 4.13 | Assignment Agreement, dated as of September 8, 2009, between First Solar Manufacturing GmbH and JPMorgan Chase Bank, N.A., as Administrative Agent | 8-K | 001-33156 | 9/10/09 | 10.8 | |
| 4.14 | Security Trust Agreement, dated as of September 4, 2009, between First Solar, Inc., First Solar Holdings GmbH, First Solar GmbH, First Solar Manufacturing GmbH, as Security Grantors, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other Secured Parties party thereto | 8-K | 001-33156 | 9/10/09 | 10.9 | |

113

| | | | | | |
|---|---|---|---|---|---|
| 4.15 | | Amended and Restated Credit Agreement, dated as of October 15, 2010, among First Solar, Inc., the borrowing subsidiaries party thereto, the lenders party thereto, Bank of America N.A. and The Royal Bank of Scotland PLC, as documentation agents, Credit Suisse, Cayman Islands Branch, as syndication agent and JPMorgan Chase Bank, N.A., as administrative agent | 8-K | 001-33156 | 10/20/10 | 10.1 |
| 10.1 | † | Framework Agreement on the Sale and Purchase of Solar Modules dated April 10, 2006, between First Solar GmbH and Blitzstrom GmbH | S-1/A | 333-135574 | 11/8/06 | 10.1 |
| 10.2 | † | Amendment to the Framework Agreement dated April 10, 2006 on the Sale and Purchase of Solar Modules between First Solar GmbH and Blitzstrom GmbH | 10-K | 001-33156 | 3/16/07 | 10.02 |
| 10.3 | † | Framework Agreement on the Sale and Purchase of Solar Modules dated April 11, 2006, between First Solar GmbH and Conergy AG | S-1/A | 333-135574 | 11/8/06 | 10.2 |
| 10.4 | † | Amendment to the Framework Agreement dated April 11, 2006 on the Sale and Purchase of Solar Modules between First Solar GmbH and Conergy AG | 10-K | 001-33156 | 3/16/07 | 10.04 |
| 10.5 | † | Framework Agreement on the Sale and Purchase of Solar Modules dated April 5, 2006, between First Solar GmbH and Gehrlicher Umweltschonende Energiesysteme GmbH | S-1/A | 333-135574 | 11/8/06 | 10.3 |
| 10.6 | † | Amendment to the Framework Agreement dated April 5, 2006 on the Sale and Purchase of Solar Modules between First Solar GmbH and Gehrlicher Umweltschonende Energiesysteme GmbH | 10-K | 001-33156 | 3/16/07 | 10.06 |
| 10.7 | † | Framework Agreement on the Sale and Purchase of Solar Modules dated April 9, 2006, among First Solar GmbH, Juwi Holding AG, JuWi Handels Verwaltungs GmbH & Co. KG and juwi solar GmbH | S-1/A | 333-135574 | 11/8/06 | 10.4 |
| 10.8 | † | Amendment to the Framework Agreement dated April 9, 2006 on the Sale and Purchase of Solar Modules among First Solar GmbH, Juwi Holding AG, JuWi Handels Verwaltungs GmbH & Co. KG and juwi solar GmbH | 10-K | 001-33156 | 3/16/07 | 10.08 |
| 10.9 | † | Framework Agreement on the Sale and Purchase of Solar Modules dated March 30, 2006, between First Solar GmbH and Phönix Sonnenstrom AG | S-1/A | 333-135574 | 11/8/06 | 10.5 |
| 10.10 | † | Amendment to the Framework Agreement dated March 30, 2006 on the Sale and Purchase of Solar Modules between First Solar GmbH and Phönix Sonnenstrom AG | 10-K | 001-33156 | 3/16/07 | 10.10 |
| 10.11 | † | Framework Agreement on the Sale and Purchase of Solar Modules dated April 7, 2006, between First Solar GmbH and Colexon Energy AG | S-1/A | 333-135574 | 11/8/06 | 10.6 |
| 10.12 | † | Amendment to the Framework Agreement dated April 7, 2006 on the Sale and Purchase of Solar Modules between First Solar GmbH and Colexon Energy AG | 10-K | 001-33156 | 3/16/07 | 10.12 |
| 10.13 | | Guarantee Agreement between Michael J. Ahearn and IKB Deutsche Industriebank AG | S-1/A | 333-135574 | 9/18/06 | 10.7 |
| 10.14 | | Grant Decision dated July 26, 2006, between First Solar Manufacturing GmbH and InvestitionsBank des Landes Brandenburg | S-1/A | 333-135574 | 10/10/06 | 10.9 |
| 10.15 | | 2003 Unit Option Plan | S-1/A | 333-135574 | 9/18/06 | 4.14 |
| 10.16 | | Form of 2003 Unit Option Plan Agreement | S-1/A | 333-135574 | 9/18/06 | 4.15 |
| 10.17 | | Amended and Restated 2006 Omnibus Incentive Compensation Plan | 10-Q | 001-33156 | 5/1/09 | 10.2 |
| 10.18 | | Form of Change in Control Severance Agreement | S-1/A | 333-135574 | 10/25/06 | 10.15 |
| 10.19 | | Guaranty dated February 5, 2003 | S-1/A | 333-135574 | 10/25/06 | 10.16 |
| 10.20 | | Form of Director and Officer Indemnification Agreement | S-1/A | 333-135574 | 10/25/06 | 10.17 |
| 10.21 | | Amended and Restated Employment Agreement and Amended and Restated Change in Control Agreement dated November 3, 2008, between First Solar, Inc. and Michael J. Ahearn | 10-Q | 001-33156 | 10/31/08 | 10.01 |
| 10.22 | | Amended and Restated Employment Agreement and Amended and Restated Change in Control Agreement dated November 3, 2008, between First Solar, Inc. and John Carrington | 10-Q | 001-33156 | 10/31/08 | 10.02 |

114

| 10.23 | Amended and Restated Employment Agreement and Amended and Restated Change in Control Agreement dated November 11, 2008, between First Solar, Inc. and Bruce Sohn | 10-K | 001-33156 | 2/25/09 | 10.33 |
|---|---|---|---|---|---|
| 10.24 | Amended and Restated Employment Agreement and Amended and Restated Change in Control Agreement dated December 29, 2008, between First Solar, Inc. and John T. Gaffney | 10-K | 001-33156 | 2/25/09 | 10.34 |
| 10.25 | Amended and Restated Employment Agreement and Amended and Restated Change in Control Agreement dated December 30, 2008 between First Solar, Inc. and Jens Meyerhoff | 10-K | 001-33156 | 2/25/09 | 10.35 |
| 10.26 | Employment Agreement and Change in Control Severance Agreement, each dated February 20, 2009, between First Solar, Inc. and Mary Elizabeth Gustafsson | 10-K | 001-33156 | 2/25/09 | 10.36 |
| 10.27 | Employment Agreement and Change in Control Severance Agreement, each dated as of September 9, 2009, between First Solar, Inc. and Robert J. Gillette | 8-K | 001-33156 | 9/10/09 | 10.1 |
| 10.28 | Amended and Restated Employment Agreement and Amended and Restated Change in Control Severance Agreement, each dated as of December 1, 2008, between First Solar, Inc. and David Eaglesham | 10-K | 001-33156 | 2/22/10 | 10.28 |
| 10.29 | Amended and Restated Employment Agreement dated as of  December 1, 2008, between First, Solar Inc. and James Zhu | 10-K | 001-33156 | 2/22/10 | 10.29 |
| 10.30 | Amended and Restated Employment Agreement and Amended and Restated Change in Control Severance Agreement, each dated as of December 15, 2008, between First Solar Inc. and Carol Campbell | 10-K | 001-33156 | 2/22/10 | 10.3 |
| 10.31 | Employment Agreement and Change in Control Severance Agreement, each dated December 14, 2009, between First Solar, Inc. and T.L. Kallenbach | 10-K | 001-33156 | 2/22/10 | 10.31 |
| 10.32 | Amendment to Employment Agreement, effective as of July 28, 2009, between First Solar, Inc. and Bruce Sohn | 10-K | 001-33156 | 2/22/10 | 10.32 |
| 10.33 | Amendment to Employment Agreement, effective as of July 28, 2009, between First Solar, Inc. and Jens Meyerhoff | 10-K | 001-33156 | 2/22/10 | 10.33 |
| 10.34 | Amendment to Employment Agreement, effective as of July 28, 2009, between First Solar, Inc. and John Carrington | 10-K | 001-33156 | 2/22/10 | 10.34 |
| 10.35 | Amendment to Employment Agreement, effective as of July 28, 2009, between First Solar, Inc. and Mary Elizabeth Gustafsson | 10-K | 001-33156 | 2/22/10 | 10.35 |
| 10.36 | Amendment to Employment Agreement, effective as of July 28, 2009, between First Solar, Inc. and Carol Campbell | 10-K | 001-33156 | 2/22/10 | 10.36 |
| 10.37 | Amendment to Employment Agreement, effective as of November 2, 2009, between First Solar, Inc. and David Eaglesham | 10-K | 001-33156 | 2/22/10 | 10.37 |
| 10.38 | Amendment to Employment Agreement, effective as of November 2, 2009, between First Solar, Inc. and Carol Campbell | 10-K | 001-33156 | 2/22/10 | 10.38 |
| 10.39 | Amendment to Employment Agreement, effective as of November 2, 2009, between First Solar, Inc. and James Zhu | 10-K | 001-33156 | 2/22/10 | 10.39 |
| 10.40 | Amendment to Employment Agreement, effective as of November 16, 2009, between First Solar, Inc. and Mary Elizabeth Gustafsson | 10-K | 001-33156 | 2/22/10 | 10.4 |
| 10.41 | Amendment to Employment Agreement, effective as of October 1, 2009, between First Solar, Inc. and Michael J. Ahearn | 10-K | 001-33156 | 2/22/10 | 10.41 |
| 10.42 | Agreement and Plan of Merger dated as of March 2, 2009 by and among First Solar Inc., First Solar Acquisition Corp., OptiSolar Inc. and OptiSolar Holdings LLC | 10-Q | 001-33156 | 5/1/09 | 10.1 |
| 10.43 | First Solar, Inc. 2010 Omnibus Incentive Compensation Plan | DEF 14A | 001-33156 | 4/20/10 | App. A |
| 10.44 | First Solar, Inc. Associate Stock Purchase Plan | DEF 14A | 001-33156 | 4/20/10 | App. B |
| 10.45 | Agreement and Plan of Merger, dated as of April 27, 2010, by and among First Solar, Inc., Jefferson Merger Sub, LLC, NextLight Renewable Power LLC, Energy Capital Partners I, LP, Energy Partners I-A, LP Energy Capital Partners I-B IP, LP, and Energy Capital Partners I (WD IP), LP | 8-K | 001-33156 | 4/28/10 | 2.1 |

115

| | | | | | | |
|---|---|---|---|---|---|---|
| 10.46 | Amendment to Employment and Non-Solicitation Agreement, effective as of July 1, 2010, between First Solar, Inc. and Jens Meyerhoff | — | — | — | — | X |
| 10.47 | Amendment to Employment Agreement, effective as of December 7, 2010, between First Solar, Inc. and James Zhu | — | — | — | — | X |
| 14.1 | Code of Ethics | 10-K | 001-33156 | 3/16/07 | 14 | |
| 21.1 | List of Subsidiaries of First Solar, Inc | — | — | — | — | X |
| 23.1 | Consent of Independent Registered Public Accounting Firm | — | — | — | — | X |
| 31.01 | Certification of Chief Executive Officer pursuant to Rule 13a-14(a) and 15d-14(a), as amended | — | — | — | — | X |
| 31.02 | Certification of Chief Financial Officer pursuant to Rule 13a-14(a) and 15d-14(a), as amended | — | — | — | — | X |
| 32.01 * | Certification of Chief Executive Officer and Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes Oxley Act of 2002 | — | — | — | — | X |
| 101.INS | XBRL Instance Document | — | — | — | — | X |
| 101.SCH | XBRL Taxonomy Extension Schema Document | — | — | — | — | X |
| 101.DEF | XBRL Definition Linkbase Document | — | — | — | — | X |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document | — | — | — | — | X |
| 101.LAB | XBRL Taxonomy Label Linkbase Document | — | — | — | — | X |
| 101.PRE | XBLR Taxonomy Extension Presentation Document | — | — | — | — | X |

†   Confidential treatment has been requested and granted for portions of this exhibit.

*   This exhibit shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934 or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933 or the Securities Exchange Act of 1934, whether made before or after the date hereof and irrespective of any general incorporation language in any filings.

(b) Financial Statement Schedule:

116

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 191 of 315

EX-31.01 5 ex3101ceocertificationdec1.htm CEO CERTIFICATION

**EXHIBIT 31.01**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER
PURSUANT TO 15 U.S.C. SECTION 7241, AS
ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Michael J. Ahearn, certify that:

1    I have reviewed the Annual Report on Form 10-K of First Solar, Inc., a Delaware corporation, for the period ended December 31, 2011, as filed with the Securities and Exchange Commission;

2    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3    Based on my knowledge, the financial statements and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of and for, the periods presented in this report;

4    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an Annual Report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 192 of 315

Date:                               February 29, 2012 /s/ MICHAEL J. AHEARN

                                                       Michael J. Ahearn

                                                       Chief Executive Officer

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 193 of 315

EX-31.02 6 ex3102cfocertificationdec1.htm CFO CERTIFICATION

**EXHIBIT 31.02**

### CERTIFICATION OF CHIEF FINANCIAL OFFICER
### PURSUANT TO 15 U.S.C. SECTION 7241, AS
### ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002

I, Mark R. Widmar, certify that:

1    I have reviewed the Annual Report on Form 10-K of First Solar, Inc., a Delaware corporation, for the period ended December 31, 2011, as filed with the Securities and Exchange Commission;

2    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3    Based on my knowledge, the financial statements and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of and for, the periods presented in this report;

4    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an Annual Report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 194 of 315

Date:                                February 29, 2012 /s/ MARK R. WIDMAR

Mark R. Widmar

Chief Financial Officer and Chief Accounting
Officer

EX-32.01 7 ex3201ceoandcfocertificati.htm 906 CERTIFICATIONS

**EXHIBIT 32.01**

**CERTIFICATION OF
CHIEF EXECUTIVE OFFICER AND CHIEF FINANCIAL OFFICER
PURSUANT TO 18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Annual Report on Form 10-K of First Solar, Inc., a Delaware corporation, for the period ended December 31, 2011, as filed with the Securities and Exchange Commission, each of the undersigned officers of First Solar, Inc. certifies pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to his respective knowledge:

(1)    the annual report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(2)    the information contained in the annual report fairly presents, in all material respects, the financial condition and results of operations of First Solar, Inc. for the periods presented therein.


Date: February 29, 2012          /s/ MICHAEL  J. AHEARN
                                 Michael J. Ahearn
                                 Chief Executive Officer



Date: February 29, 2012          /s/ MARK R. WIDMAR
                                 Mark R. Widmar
                                 Chief Financial Officer and Chief
                                 Accounting Officer

Exhibit 49

DEF 14A 1 p18759dedef14a.htm DEF 14A

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**SCHEDULE 14A**

**Proxy Statement Pursuant to Section 14(a) of**
**the Securities Exchange Act of 1934**

Filed by the Registrant ☑

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐ Preliminary Proxy Statement
☐ **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
☑ Definitive Proxy Statement
☐ Definitive Additional Materials
☐ Soliciting Material Pursuant to §240.14a-12

---

**First Solar, Inc.**

(Name of Registrant as Specified in its Charter)

---

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

☑ No fee required.

☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

(1)  Title of each class of securities to which transaction applies:

(2)  Aggregate number of securities to which transaction applies:

(3)  Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

(4)  Proposed maximum aggregate value of transaction:

(5)  Total fee paid:

☐ Fee paid previously with preliminary materials.

☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

(1)  Amount Previously Paid:

(2)  Form, Schedule or Registration Statement No.:

(3)  Filing Party:

(4)  Date Filed:

**Persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 198 of 315



**First Solar, Inc.**
**350 West Washington Street**
**Suite 600**
**Tempe, Arizona 85281**

April 13, 2011

Dear Stockholder:

You are cordially invited to attend our 2011 annual meeting of stockholders of First Solar, Inc. to be held on Wednesday, May 25, 2011 at 9:00 a.m., local time, at the Desert Willow Conference Center, 4340 East Cotton Center Boulevard, Phoenix, Arizona 85040.

Details regarding admission to the meeting and the business to be conducted are described in the Notice of Internet Availability of Proxy Materials (the "Notice") you received in the mail and in this proxy statement. We have also made available a copy of our 2010 Annual Report to Stockholders (the "2010 Annual Report") with this proxy statement. We encourage you to read our 2010 Annual Report. It includes our audited financial statements and information about our operations, markets and products.

We have elected to provide access to our proxy materials on the internet under the Securities and Exchange Commission's "notice and access" rules. We are pleased to take advantage of these rules and believe that they enable us to provide you with the information you need, while making delivery more efficient and more environmentally friendly. In accordance with these rules, we have sent the Notice to each of our stockholders providing instructions on how to access our proxy materials and our 2010 Annual Report on the internet.

Your vote is important. Whether or not you plan to attend the annual meeting, we hope you will vote as soon as possible. You may vote on the internet, as well as by telephone or, if you requested to receive printed proxy materials, by mailing a proxy or voting instruction card. Please review the instructions on each of your voting options described in this proxy statement as well as in the Notice you received in the mail.

I look forward to greeting those of you who are able to attend the annual meeting in Phoenix.

Sincerely,

Robert J. Gillette
Chief Executive Officer

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 199 of 315

# FIRST SOLAR, INC.
**350 West Washington Street**
**Suite 600**
**Tempe, Arizona 85281**

## NOTICE OF ANNUAL MEETING OF STOCKHOLDERS

The 2011 annual meeting of stockholders of First Solar, Inc. will be held on Wednesday, May 25, 2011, at 9:00 a.m., local time. The annual meeting will take place at the Desert Willow Conference Center, 4340 East Cotton Center Boulevard, Phoenix, Arizona 85040.

The purposes of the annual meeting are as follows:

1. to elect nine members of the board of directors to hold office until the next annual meeting of stockholders or until their respective successors have been elected and qualified;

2. to hold an advisory vote on executive compensation;

3. to hold an advisory vote on the frequency of the advisory vote on executive compensation;

4. to ratify the appointment of PricewaterhouseCoopers LLP as First Solar, Inc.'s independent registered public accounting firm for the fiscal year ending December 31, 2011;

5. to vote on a stockholder proposal, if properly presented at the annual meeting, as described on page 49 of this proxy statement; and

6. to transact such other business as may properly come before the annual meeting.

Any action may be taken on the foregoing proposals at the annual meeting on the date specified above or on any date or dates to which the annual meeting may be adjourned or postponed.

The close of business on April 7, 2011 is the record date for determining stockholders entitled to vote at the annual meeting. Only holders of common stock of First Solar, Inc. as of the record date are entitled to vote on some or all of the matters listed in this notice of annual meeting. A complete list of stockholders entitled to vote at the annual meeting will be available for inspection by stockholders during normal business hours at our corporate headquarters located at 350 West Washington Street, Suite 600, Tempe, Arizona 85281, during the ten days prior to the annual meeting as well as at the annual meeting.

BY ORDER OF THE BOARD OF DIRECTORS,

Mary Beth Gustafsson
Executive Vice President,
General Counsel and Secretary

April 13, 2011

---

**Your vote is very important.**

**Whether or not you plan to attend the Annual Meeting, we encourage you to read this proxy statement and submit your proxy or voting instructions as soon as possible. For specific instructions on how to vote your shares, please refer to the instructions on the Notice you received in the mail, the section entitled Questions and Answers About the Annual Meeting beginning on page 1 of this proxy statement or, if you requested to receive printed proxy materials, your enclosed proxy card.**

---

including a deep understanding of such sector within the southwestern United States, a core target market for the Company's expanding systems business.

J. Thomas Presby, *Chair, Audit Committee; Nominating & Governance Committee*; *Project Development Risk Committee*, was elected a director of First Solar in August 2006. Mr. Presby retired in 2002 from a 30-year career with Deloitte Touche Tohmatsu. At Deloitte, Mr. Presby held numerous positions in the United States and abroad, including the posts of deputy chairman and chief operating officer. Mr. Presby serves as a director, the audit committee chair and a member of the governance committee of World Fuel Services, Inc. Mr. Presby also serves as a director and the audit committee chair of INVESCO Ltd. and Tiffany & Co., and as a director, audit committee chair and member of the acquisition committee and the corporate governance and nominating committee of Examworks Group, Inc. Mr. Presby has previously served as a director of American Eagle Outfitters, Inc., TurboChef Technologies, Inc., PracticeWorks and GreenPoint Financial Corp. Mr. Presby is a Certified Public Accountant and holds an NACD Certificate of Director Education. Mr. Presby holds a BSEE from Rutgers University and an MBA from Carnegie Mellon University. Mr. Presby's experience as an audit committee chair for multiple public companies, together with his 30-year career with Deloitte Touche Tohmatsu, provide a strong background for his role as chair of the audit committee and the audit committee financial expert.

Paul H. Stebbins, *Audit Committee; Compensation Committee; Nominating & Governance Committee; Project Development Risk Committee*, was elected a director of First Solar in December 2006. Mr. Stebbins has served as the chairman and chief executive officer of World Fuel Services Corporation since July 2002 and has served as a director of World Fuel since June 1995. Between July 2000 and 2002, Mr. Stebbins also served as president and chief operating officer of World Fuel. In 1985, Mr. Stebbins co-founded Trans-Tec Services, a global marine fuel service company acquired by World Fuel in 1995. Mr. Stebbins is a member of the Business Roundtable, an influential association of chief executive officers of leading U.S. companies. Mr. Stebbins brings to the board significant CEO-level experience in managing a large global energy-related publicly-traded company.

Michael Sweeney, *Chair, Compensation Committee; Nominating & Governance Committee*, was elected a director of First Solar in July 2003. Mr. Sweeney has served as chairman of the board of Star Tribune Media Holdings, the holding company for the Minneapolis Star Tribune, since September 2009. He also remains a partner in Goldner Hawn Johnson & Morrison, Inc. (GHJM), a private equity firm. Mr. Sweeney joined GHJM in 2000 and served as that firm's managing partner from 2001 through 2008. He had previously served as president of Starbucks Coffee Company (UK) Ltd. in London and held various operating management and corporate finance roles. After starting his career with Merrill Lynch in New York and Phoenix, he built and sold an investment banking boutique. Mr. Sweeney's background in investment banking and private equity, as well as his operating company business acumen, are valuable resources to the board and the Company, particularly with respect to the board's consideration of compensation and financial matters and strategic investments.

José H. Villarreal, *Compensation Committee; Chair, Nominating & Governance Committee*, was elected a director of First Solar in September 2007. Mr. Villarreal currently serves as a public policy consultant to the law firm of Akin Gump Strauss Hauer & Feld LLP and from July 1994 to January 2009 served as a partner in the firm. Prior to joining Akin Gump, Mr. Villarreal served as an assistant attorney general in the Public Finance Division of the Texas Attorney General's office. Mr. Villarreal has long been active in civic affairs and has served on the boards of numerous organizations, both public and private. He currently serves on the boards of Union Pacific Corporation and PMI Group Inc., and from 1998 to 2006 he served on the board of directors of Wal-Mart Stores, Inc., where he chaired the compensation, nominating and governance committee and served as lead independent director. Mr. Villarreal recently served as United States Commissioner General to the Shanghai 2010 World Expo. He is on the board of the U.S.-Mexico Foundation, which collaborates bi-nationally to expand opportunity for the people of Mexico, and the Center for American Progress, a Washington D.C. based think-tank. Mr. Villarreal's background as an attorney and his experience as chair of the nominating and governance committee of a major global public company are particularly helpful in the board's deliberation of corporate governance matters, and his public policy insights contribute to the board's consideration of important public policy matters.

11

**PROPOSAL NO. 1**
**ELECTION OF DIRECTORS**

Upon the recommendation of the nominating and governance committee of the board of directors, the board of directors has nominated for election at the annual meeting the following slate of nine nominees. Information about these nominees is provided above under the heading "Directors." Each of the nominees is currently serving as a director of the Company. The persons appointed in the enclosed proxy intend to vote such proxy for the election of each of the nine nominees named below, unless the stockholder indicates on the proxy that the vote should be withheld from any or all of the nominees. The Company expects each nominee for election as a director at the annual meeting to be able to accept such nomination. If any nominee is unable to accept the nomination, proxies will be voted in favor of the remainder of those nominated and may be voted for substitute nominees, unless you have withheld authority.

**Nominees**

The board of directors has nominated for election to the board of directors the following nine nominees:

Michael J. Ahearn
Robert J. Gillette
Craig Kennedy
James F. Nolan
William J. Post
J. Thomas Presby
Paul H. Stebbins
Michael Sweeney
José H. Villarreal

**Required Vote**

The nine nominees receiving the highest number of affirmative votes of the shares of our common stock present at the annual meeting in person or by proxy and entitled to vote shall be elected as directors. Unless marked to the contrary, proxies received will be voted "FOR" these nominees.

**Recommendation**

**Our board of directors recommends a vote "FOR" the election to the board of directors of each of the foregoing nominees.**

45

## REPORT OF THE AUDIT COMMITTEE OF THE BOARD OF DIRECTORS

*The following report of the audit committee is not "soliciting material," is not deemed "filed" with the Commission and is not to be incorporated by reference into any other of the Company's filings under the Securities Act or the Exchange Act, except to the extent we specifically incorporate this report by reference therein.*

The Audit Committee is comprised of three non-management directors, each of whom is independent as that term is defined in the NASDAQ Marketplace Rules and satisfies the audit committee independence standard under Rule 10A-3(b)(1) of the Exchange Act.

The Audit Committee was formed by a resolution of the board of directors on October 3, 2006 and held five meetings during fiscal 2010.

The Audit Committee operates under a written Audit Committee Charter that was approved by the Audit Committee and approved by the board.

The Audit Committee has reviewed and discussed with management of the Company and PricewaterhouseCoopers LLP, the independent registered public accounting firm for the Company, the audited financial statements of the Company for the fiscal year ended December 31, 2010 (the "Audited Financial Statements"). The Audit Committee has discussed with PricewaterhouseCoopers LLP the matters required to be discussed by Statement on Auditing Standards No. 61 (as amended by SAS 89 and SAS 90), as in effect on the date of this proxy statement.

PricewaterhouseCoopers LLP provided to the Audit Committee the written disclosures and the letter required by the applicable requirements of the Public Company Accounting Oversight Board (PCAOB) regarding the independent accountant's communication with the Audit Committee concerning independence, and the Audit Committee discussed with PricewaterhouseCoopers LLP the latter's independence, including whether its provision of non-audit services compromised such independence.

Based on the reviews and discussions described above, the Audit Committee recommended to the board of directors of the Company that the audited financial statements be included in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2010 for filing with the Securities and Exchange Commission.

*Submitted by the Members of the Audit Committee*

J. Thomas Presby (Chair)
Craig Kennedy
Paul H. Stebbins

52

Exhibit 50

10-Q 1 fslrsept1110qdraft.htm FORM 10-Q

---

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# Form 10-Q

**(Mark one)**

[x]  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

    **For the quarterly period ended September 30, 2011**

<div align="center"><b>or</b></div>

[ ]  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

    **For the transition period from      to**

<div align="center">

**Commission file number: 001-33156**



# First Solar, Inc.
*(Exact name of registrant as specified in its charter)*

</div>

| **Delaware** | **20-4623678** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

<div align="center">

**350 West Washington Street, Suite 600**
**Tempe, Arizona 85281**
*(Address of principal executive offices, including zip code)*
**(602) 414-9300**
*(Registrant's telephone number, including area code)*

</div>

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes [x] No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [x] No [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer [x]    Accelerated filer [ ]    Non-accelerated filer [ ]    Smaller reporting company [ ]

<div align="center"><i>(Do not check if a smaller reporting company)</i></div>

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes [ ]   No [x]

As of October 28, 2011, 86,424,881 shares of the registrant's common stock, $0.001 par value per share, were issued and outstanding.

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**FORM 10-Q FOR THE QUARTERLY PERIOD ENDED SEPTEMBER 30, 2011**

**TABLE OF CONTENTS**

|  |  |  | **Page** |
|---|---|---|---|
| Part I. | Financial Information (Unaudited) |  |  |
| Item 1. | Condensed Consolidated Financial Statements: |  |  |
|  | Condensed Consolidated Statements of Operations for the three and nine months ended September 30, 2011 and September 25, 2010 |  | 3 |
|  | Condensed Consolidated Balance Sheets as of September 30, 2011 and December 31, 2010 |  | 4 |
|  | Condensed Consolidated Statements of Cash Flows for the nine months ended September 30, 2011 and September 25, 2010 |  | 5 |
|  | Notes to Condensed Consolidated Financial Statements |  | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations |  | 35 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk |  | 54 |
| Item 4. | Controls and Procedures |  | 55 |
| Part II. | Other Information |  | 55 |
| Item 1. | Legal Proceedings |  | 55 |
| Item 1A. | Risk Factors |  | 56 |
| Item 6. | Exhibits |  | 56 |
| Signature |  |  | 57 |

finance, human resources, procurement, and marketing. Costs for such functions are recorded and included within selling, general and administrative costs for our systems segment. Our corporate key functions consist primarily of company-wide corporate tax, corporate treasury, corporate accounting/finance, corporate legal, investor relations, corporate communications, and executive management functions. Based primarily on the significant growth of the systems business during the third quarter we concluded the corporate functions benefit both the components and systems segments. We allocate corporate costs to the components or systems segment as part of selling, general and administrative costs, based upon the estimated benefits to each segment from the corporate functions.

### Production start-up

Production start-up expense consists primarily of salaries and personnel-related costs and the cost of operating a production line before it has been qualified for full production, including the cost of raw materials for solar modules run through the production line during the qualification phase. It also includes all expenses related to the selection of a new site and the related legal and regulatory costs, and the costs to maintain our plant replication program, to the extent we cannot capitalize these expenditures. In general, we expect production start-up expense per production line to be higher when we build an entirely new manufacturing facility compared with the addition of new production lines at an existing manufacturing facility, primarily due to the additional infrastructure investment required when building an entirely new facility. Over time, we expect production start-up expense to decline as a percentage of net sales and on a cost per watt basis as a result of economies of scale. Production start-up expense is attributable to our components segment.

### Foreign currency (loss) gain

Foreign currency (loss) gain consists of gains and losses resulting from holding assets and liabilities and conducting transactions denominated in currencies other than our functional currencies.

### Interest income

Interest income is earned on our cash, cash equivalents, marketable securities, investments, and restricted cash and investments. Interest income also includes interest received from notes receivable and interest collected for late customer payments.

### Interest expense, net

Interest expense, net of amounts capitalized, is incurred on various debt financings. We capitalize interest expense into our property, plant and equipment, project assets, and deferred project costs.

### Income tax expense

Income taxes are imposed on our income by taxing authorities in the various jurisdictions in which we operate, principally the United States, Germany, and Malaysia. The statutory federal corporate income tax rate in the United States is 35.0%, whereas the tax rates in Germany and Malaysia are approximately 28.6% and 25.0%, respectively. In Malaysia, we have been granted a long-term tax holiday, scheduled to expire in 2027, pursuant to which substantially all of our income earned in Malaysia is exempt from income tax.

### Use of estimates

Our discussion and analysis of our financial condition and results of operations are based upon our unaudited condensed consolidated financial statements, which have been prepared in accordance with U.S. GAAP for interim financial information. The preparation of these financial statements requires us to make estimates and judgments that affect the reported amount of assets, liabilities, net sales, and expenses and related disclosure of contingent assets and liabilities. On an on-going basis, we evaluate our estimates, including those related to revenue recognition, allowances for doubtful accounts receivable, inventory valuation, estimates of future cash flows from and the economic useful lives of long-lived assets, asset impairments, certain accrued liabilities, income taxes and tax valuation allowances, accrued warranty and related expense, accrued collection and recycling expense, share-based compensation costs, and fair value estimates. We base our estimates on historical experience and on various other assumptions that we believe to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities.

**Results of Operations**

The following table sets forth our consolidated statements of operations as a percentage of net sales for the periods indicated:

42

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | September 30, 2011 | September 25, 2010 | September 30, 2011 | September 25, 2010 |
| Net sales | 100.0 % | 100.0 % | 100.0% | 100.0 % |
| Cost of sales | 62.3 % | 59.7 % | 60.4% | 54.5 % |
| Gross profit | 37.7 % | 40.3 % | 39.6% | 45.5 % |
| Research and development | 3.8 % | 2.7 % | 4.9% | 3.4 % |
| Selling, general and administrative | 11.2 % | 10.6 % | 13.6% | 11.8 % |
| Production start-up | 0.5 % | 0.5 % | 1.3% | 0.4 % |
| Operating income | 22.1 % | 26.5 % | 19.8% | 29.9 % |
| Foreign currency (loss) gain | (0.2)% | (0.1)% | —% | (0.2)% |
| Interest income | 0.3 % | 0.3 % | 0.5% | 0.6 % |
| Interest expense, net | — % | — % | —% | — % |
| Other (expense) income, net | (0.1)% | — % | —% | (0.1)% |
| Income tax expense | 2.6 % | 4.5 % | 2.6% | 4.1 % |
| Net income | 19.5 % | 22.2 % | 17.7% | 26.1 % |

### Three Months Ended September 30, 2011 and September 25, 2010

*Net sales*

| | Three Months Ended | | |
|---|---|---|---|
| (Dollars in thousands) | September 30, 2011 | September 25, 2010 | Three Month Period Change |
| Net sales | $ 1,005,788 | $ 797,899 | $ 207,889  26% |

The 26% increase in net sales during the three months ended September 30, 2011 compared with the three months ended September 25, 2010 was primarily due to a 77% increase in revenue recognized by our systems business and a 10% increase in the MW volume of solar modules sold. The increase in the MW volume of solar modules sold was attributable to the full ramp of our new production lines in Malaysia and Germany and a 6% increase in our annual line run rate due to improvements in our module average conversion efficiency and line throughput at our manufacturing facilities. These increases were partially offset by a 6% decrease in our module average selling price (ASP).

The 6% decline in our module ASP was attributable to a 16% decrease due to a decline in our non-systems module ASP of 25% due to competitive pressures and geographic mix, partially offset by an 8% increase due to an increase of 24% in our systems module ASP driven primarily by the mix of systems projects recognized in revenue and a 2% increase driven by the blended foreign exchange rate between the Euro and the U.S. dollar.

Revenue recognized for our systems business increased by $170.7 million during the three months ended September 30, 2011 compared with the three months ended September 25, 2010, primarily due to increased revenue recognition related to the construction of various utility-scale solar power systems.

*Cost of sales*

| | Three Months Ended | | |
|---|---|---|---|
| (Dollars in thousands) | September 30, 2011 | September 25, 2010 | Three Month Period Change |
| Cost of sales | $ 626,624 | $ 476,007 | $ 150,617  32% |
| % of net sales | 62.3% | 59.7% | |

The increase in cost of sales was primarily due to increases of $84.3 million in BoS and construction costs resulting from higher net sales from our systems business, $30.1 million in personnel and other manufacturing costs related to increased

volume sold, $22.1 million of expense resulting from higher manufacturing excursion expenses, and $16.2 million of expense as defined below for module replacement and related efforts primarily for modules that had been subjected to certain installation and maintenance procedures. These increases were partially offset by continuous cost reductions in our manufacturing operations.

43

We accrued $16.2 million of expense during the third quarter of 2011 for commitments made to certain customers to perform work including module replacement and related efforts primarily for modules that had been subjected to certain installation and maintenance procedures by our customers outside of our recommended procedures at the time of sale, resulting in underperformance of such modules.

During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in the affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms that the corrective actions taken have been effective. We have been working directly with impacted customers to replace the affected modules and these efforts are in most cases complete or well underway for the remaining cases. These efforts go beyond our limited warranty obligation. We accrued $63.6 million in total-to-date manufacturing excursion expense to cover the replacement of the anticipated affected module population in the field. Such amounts include $22.1 million in expenses accrued during the three months ended September 30, 2011, reflecting our most recent best estimates of the total replacement costs, based on our field data and execution-to-date of this excursion related module replacement program.

Our average manufacturing cost per watt declined by $0.03, or 4%, from $0.77 in the three months ended September 25, 2010 to $0.74 in the three months ended September 30, 2011, which included $0.01 of non-cash share-based compensation.

*Gross profit*

| | Three Months Ended | | | |
| | September 30, 2011 | September 25, 2010 | Three Month Period Change | |
| (Dollars in thousands) | | | | |
|---|---|---|---|---|
| Gross profit | $ 379,164 | $ 321,892 | $ 57,272 | 18% |
| % of net sales | 37.7% | 40.3% | | |

Gross profit as a percentage of net sales decreased by 2.6 percentage points in the three months ended September 30, 2011 compared with the three months ended September 25, 2010. This was attributable to decreases of 4.6 percentage points due to a decline in our module ASP, 2.5 percentage points related to expense for module replacement and related efforts primarily for modules that had been subjected to certain installation and maintenance procedures discussed above in "Cost of Sales," and 3.4 percentage points from higher manufacturing excursion expenses discussed above in "Cost of Sales." These decreases were partially offset by increases of 6.1 percentage points due to the segment mix between our components and systems businesses, 1.3 percentage points due to an increase in the blended foreign exchange rate between the Euro and the U.S. dollar, and 0.5 percentage points attributable to continued manufacturing scale and reductions in our manufacturing cost per watt. We expect that gross profit will be impacted in future periods by the volatility of the exchange rate between the U.S. dollar and the Euro and the product mix between our components and systems businesses.

*Research and development*

| | Three Months Ended | | | |
| | September 30, 2011 | September 25, 2010 | Three Month Period Change | |
| (Dollars in thousands) | | | | |
|---|---|---|---|---|
| Research and development | $ 38,164 | $ 21,472 | $ 16,692 | 78% |
| % of net sales | 3.8% | 2.7% | | |

The increase in research and development expense was primarily due to increases of $5.8 million in personnel-related expenses (including a $1.3 million increase in share-based compensation expense) resulting from hiring for increased investment in various research and development projects, $9.2 million in depreciation, testing, and qualification material costs, and $1.7 million in other expenses. During the three months ended September 30, 2011, we continued the development of solar modules with increased efficiencies at converting sunlight into electricity and increased the conversion efficiency of our modules by approximately 4% compared with the three months ended September 25, 2010 from 11.3% to 11.8%.

*Selling, general and administrative*

44

|  | Three Months Ended | | |
| (Dollars in thousands) | September 30, 2011 | September 25, 2010 | Three Month Period Change |
| --- | --- | --- | --- |
| Selling, general and administrative | $  112,743 | $   84,961 | $   27,782        33% |
| % of net sales | 11.2% | 10.6% | |

The increase in selling, general and administrative expense was primarily due to a $10.5 million allowance for doubtful account recorded due to recent developments concerning the collectability of past due accounts receivable for a certain customer, a $8.6 million increase for estimated nonrecurring post-sale expenses related to the manufacturing excursion discussed above in "Cost of Sales," a $5.1 million increase in salaries and personnel-related expenses related to the overall growth of our business, a $3.2 million increase in other operating expenses, a $1.7 million increase in expenses primarily related to the development of new markets, and a $0.5 million increase in infrastructure spending. These increases were partially offset by a $1.0 million decrease in expenses related to our systems business and a $0.8 million decrease in service provider expenses.

*Production start-up*

|  | Three Months Ended | | |
| (Dollars in thousands) | September 30, 2011 | September 25, 2010 | Three Month Period Change |
| --- | --- | --- | --- |
| Production start-up | $    5,514 | $    3,821 | $    1,693        44% |
| % of net sales | 0.5% | 0.5% | |

During the three months ended September 30, 2011, we incurred $5.5 million of production start-up expenses primarily for our manufacturing expansions in Arizona and Vietnam, including legal, regulatory, and personnel costs, compared with $3.8 million of production start-up expenses for our manufacturing expansions in Malaysia and France during the three months ended September 25, 2010. Production start-up expenses are comprised of the cost of labor and material and depreciation expense to run and qualify the production lines, related facility expenses, management of our replication process, and legal and regulatory costs.

*Foreign currency (loss) gain*

|  | Three Months Ended | | |
| (Dollars in thousands) | September 30, 2011 | September 25, 2010 | Three Month Period Change |
| --- | --- | --- | --- |
| Foreign currency (loss) gain | $   (1,857) | $   (1,001) | $     (856)        86% |

Foreign currency loss increased during the three months ended September 30, 2011 compared with the three months ended September 25, 2010, primarily due to a weaker Euro compared with the U.S. dollar during the three months ended September 30, 2011.

*Interest income*

|  | Three Months Ended | | |
| (Dollars in thousands) | September 30, 2011 | September 25, 2010 | Three Month Period Change |
| --- | --- | --- | --- |
| Interest income | $    3,225 | $    2,658 | $      567        21% |

Interest income increased during the three months ended September 30, 2011 compared with the three months ended September 25, 2010, primarily as a result of an increase in interest received on long-term investments during the three months ended September 30, 2011.

*Interest expense, net*

|  | Three Months Ended | |
| (Dollars in thousands) | | Three Month Period Change |
| --- | --- | --- |

| | September 30, 2011 | September 25, 2010 | | |
|---|---|---|---|---|
| Interest expense, net | $ — | $ — | $ | — | —% |

Interest expense, net of amounts capitalized, remained consistent during the three months ended September 30, 2011 compared

45

**Item 1A. *Risk Factors***

In addition to the other information set forth in this report, you should carefully consider the factors discussed in Part I, "Item 1A: Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2010, which could materially affect our business, results of operations, cash flows, or financial condition. The risks described in our Annual Report on Form 10-K are not the only risks facing our company. Additional risks and uncertainties not currently known to us or that we currently deem to be immaterial also may materially adversely affect our business, financial condition, or future results. There have been no material changes in the risk factors contained in our Annual Report on Form 10-K.

**Item 6. *Exhibits***

The following exhibits are filed with this Quarterly Report on Form 10-Q:

| Exhibit Number | Exhibit Description |
| --- | --- |
| 31.01 | Certification of Chief Executive Officer pursuant to 15 U.S.C. Section 7241, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.02 | Certification of Chief Financial Officer pursuant to 15 U.S.C. Section 7241, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.01* | Certification of Chief Executive Officer and Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 101.INS** | XBRL Instance Document |
| 101.SCH** | XBRL Taxonomy Extension Schema Document |
| 101.CAL** | XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF** | XBRL Taxonomy Extension Definition Linkbase Document |
| 101.LAB** | XBRL Taxonomy Label Linkbase Document |
| 101.PRE** | XBRL Taxonomy Extension Presentation Linkbase Document |

\* This exhibit shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934 or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933 or the Securities Exchange Act of 1934, whether made before or after the date hereof and irrespective of any general incorporation language in any filings.

\*\* Furnished herewith.

56

Case 2:12-cv-00555-DGC     Document 331     Filed 03/27/15     Page 215 of 315

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

FIRST SOLAR, INC.

By: /s/  JAMES ZHU

James Zhu

*Principal Accounting Officer*

November 3, 2011

57

EX-31.01 2 ex3101ceocertificationsep1.htm CERTIFICATION OF CEO PURSUANT TO EXCHANGE ACT RULES 13A-14(A) AND 15D-14(A)

**EXHIBIT 31.01**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER
PURSUANT TO 15 U.S.C. SECTION 7241, AS
ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Michael J. Ahearn, certify that:

1    I have reviewed the Quarterly Report on Form 10-Q of First Solar, Inc., a Delaware corporation, for the period ended September 30, 2011, as filed with the Securities and Exchange Commission;

2    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3    Based on my knowledge, the financial statements and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of and for, the periods presented in this report;

4    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an Annual Report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:   November 3, 2011                    /s/ MICHAEL J. AHEARN
                                            Michael J. Ahearn
                                            Interim Chief Executive Officer and Chairman of
                                            the Board of Directors

EX-31.02 3 ex3102cfocertificationsep1.htm CERTIFICATION OF CFO PURSUANT TO EXCHANGE ACT RULES 13A-14(A) AND 15D-14(A)

**EXHIBIT 31.02**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER**
**PURSUANT TO 15 U.S.C. SECTION 7241, AS**
**ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Mark Widmar, certify that:

1    I have reviewed the Quarterly Report on Form 10-Q of First Solar, Inc., a Delaware corporation, for the period ended September 30, 2011, as filed with the Securities and Exchange Commission;

2    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3    Based on my knowledge, the financial statements and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of and for, the periods presented in this report;

4    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an Annual Report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:   November 3, 2011                    /s/ MARK WIDMAR

Mark Widmar

Chief Financial Officer

EX-32.01 4 ex3201ceocfocertifications.htm CERTIFICATIONS OF CEO AND CFO PURSUANT TO 18 U.S.C. SECTION 1350

**EXHIBIT 32.01**

**CERTIFICATION OF
CHIEF EXECUTIVE OFFICER AND CHIEF FINANCIAL OFFICER
PURSUANT TO 18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report on Form 10-Q of First Solar, Inc., a Delaware corporation, for the period ended September 30, 2011, as filed with the Securities and Exchange Commission, each of the undersigned officers of First Solar, Inc. certifies pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to his respective knowledge:

(1)  the quarterly report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(2)  the information contained in the quarterly report fairly presents, in all material respects, the financial condition and results of operations of First Solar, Inc. for the periods presented therein.

Date:  November 3, 2011    /s/ MICHAEL  J. AHEARN
_____

Michael J. Ahearn

Interim Chief Executive Officer and
Chairman of the Board of Directors

Date:  November 3, 2011    /s/ MARK WIDMAR
_____

Mark Widmar

Chief Financial Officer

Exhibit 51

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 222 of 315

8-K 1 form8-k12x14x11.htm CURRENT REPORT ON FORM 8-K

---

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): December 9, 2011

# FIRST SOLAR, INC.

(Exact name of registrant as specified in its charter)

| **Delaware** | **001-33156** | **20-4623678** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**350 West Washington Street**
**Suite 600**
**Tempe, Arizona 85281**
(Address of Principal Executive Offices) (Zip Code)

Registrant's telephone number, including area code: **(602) 414-9300**

**Not Applicable**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

---

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 223 of 315

**Item 2.05 Costs Associated with Exit or Disposal Activities.**

On December 13, 2011, executive management of First Solar, Inc. ("First Solar" or the "Company") approved a set of restructuring initiatives intended to accelerate operating cost reductions and improve overall operating efficiency. In connection with these restructuring initiatives, First Solar expects to incur total charges of up to $85 million, the majority of which is expected to be recorded in the fourth quarter of 2011. These charges consist primarily of (i) up to $75 million of asset impairment and associated charges (of which up to approximately $63 million is expected to be non-cash) related to a significant reduction in certain research and development activities that had been focused on an alternative photovoltaic ("PV") product, and (ii) up to $10 million in severance benefits to terminated employees as described below, most of which is expected to be paid out by the end of the fourth quarter of 2012. First Solar will be refocusing its research and development center in Santa Clara, California on the development of advanced CdTe PV technologies, compared to a broader research and development effort up until now. First Solar expects as part of the restructuring initiatives to eliminate up to 100 positions company-wide, representing less than 1.5% of First Solar's global workforce, including approximately 85 employees in the U.S. Approximately 70% of the expected reduction in the U.S. workforce relates to the above-referenced refocusing of research and development activities.

**Item 2.06 Material Impairments.**

See Item 2.05 Costs Associated with Exit or Disposal Activities.

**Item 5.02 Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

Effective January 1, 2012, the Company and TK Kallenbach, President, Components Business Group, mutually agreed to end Mr. Kallenbach's employment with the Company. Mr. Kallenbach will receive certain compensation and benefits in accordance with the terms of his employment agreement. Mr. Kallenbach entered into a non-competition and non-solicitation agreement and a confidentiality and intellectual property agreement upon his employment, both of which shall continue to apply in accordance with their terms.

Effective May 1, 2012, the Company and James Zhu, Chief Accounting Officer, mutually agreed to end Mr. Zhu's employment with the Company. Mr. Zhu will receive certain compensation and benefits in accordance with the terms of his employment agreement. Mr. Zhu entered into a non-competition and non-solicitation agreement and a confidentiality and intellectual property agreement upon his employment, both of which shall continue to apply in accordance with their terms.

Mark Widmar, the Company's Chief Financial Officer, will assume the additional role of Chief Accounting Officer effective February 1, 2012.

On December 14, 2011, First Solar issued a press release regarding the above-referenced officer changes, which is included as Exhibit 99.1 to this Form 8-K.

**Item 7.01 Regulation FD Disclosure.**

On December 14, 2011, First Solar issued a press release and will hold a conference call regarding an update to 2011 financial guidance and its 2012 financial guidance. A copy of the press release is furnished as Exhibit 99.2 to this Form 8-K.

The information in this Form 8-K and in Exhibit 99.2 attached hereto shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act") or otherwise subject to the liability of that Section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such filing.

**Item 8.01 Other Information.**

Case 2:12-cv-00555-DGC     Document 331     Filed 03/27/15     Page 224 of 315

In connection with a continuing objective of balancing production capabilities with market demand, the Company is evaluating various means to reduce 2012 annual manufacturing production by more than 400MW. The Company expects to produce approximately 2GW of modules in 2012, reflecting an approximately 80% manufacturing capacity utilization rate, compared to an expected manufacturing capacity of approximately 2.5GW by the end of 2012. The Company expects to strategically idle some manufacturing capacity in 2012 in order to implement upgraded process technologies across existing manufacturing lines as part of its accelerated conversion efficiency improvement initiatives, and to better align production with expected market demand. The Company also expects to qualify its Mesa, Arizona manufacturing plant in 2012, but does not expect to start commercial production at this facility until 2013.

---

Case 2:12-cv-00555-DGC     Document 331     Filed 03/27/15     Page 225 of 315

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit Number | Description |
| --- | --- |
| 99.1 | Press Release of First Solar regarding Executive Officer Changes, dated December 14, 2011 |
| 99.2 | Press Release of First Solar regarding Financial Guidance, dated December 14, 2011 |

Case 2:12-cv-00555-DGC     Document 331     Filed 03/27/15     Page 226 of 315

# SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**FIRST SOLAR, INC.**
(Registrant)

Date:     December 14, 2011          By:     /s/ Mary Beth Gustafsson

Name:  Mary Beth Gustafsson

Title:   Executive Vice President, General Counsel and Secretary

EX-99.1 2 a991firstsolarincpressrele.htm PRESS RELEASE

**EXHIBIT 99.1**



News Release

## First Solar Appoints Jim Brown President, Global Business Development
### Announces Additional Executive Changes

**TEMPE, Ariz., Dec. 14, 2011** - First Solar, Inc. (NASDAQ: FSLR) today announced it will consolidate its worldwide sales and project development activities under Jim Brown, who has been appointed to the new role of President, Global Business Development. The move combines First Solar's Utility Systems Business Group and Components Business Group under a unified global structure encompassing sales, project development, product management and the customer service and technical services groups. As a result of the reorganization, TK Kallenbach, President of the Components Business Group (CBG), will leave First Solar effective Jan. 1, 2012.

In addition, First Solar has reorganized the structure and roles in its finance and accounting groups to optimize efficiency. As a result, James Zhu, Chief Accounting Officer, has elected to leave the company to pursue other opportunities. Mark Widmar, Chief Financial Officer (CFO), will add the role of Chief Accounting Officer to his responsibilities effective Feb. 1, 2012, and Zhu will remain with First Solar through May 1, 2012 to ensure a smooth transition.

"We thank TK and James for their dedication and for their commitment to helping us build sustainable global markets for solar electricity," said Mike Ahearn, Chairman and interim CEO of First Solar. "These changes support our broader effort to reposition First Solar to lead the industry through the current market turbulence, and to better serve our customers around the world with comprehensive solar energy solutions."

"First Solar is uniquely positioned in the PV (photovoltaic) industry to have a deep and meaningful impact on the future of electricity generation, and it has been rewarding to be a part of that success," said Kallenbach.

Brown joined First Solar in 2008 as Vice President, Project Finance, and was appointed President of the Utility Systems business in Aug. 2011. Prior to joining First Solar, Brown worked in banking for approximately 20 years covering project and structured finance for the energy and industrial sectors.

Widmar joined First Solar as CFO in April 2011 from Graftech International Ltd., where he was CFO. Prior to joining Graftech in 2006, he held senior positions in finance and controlling at NCR, Dell, and Lucent Technologies. Widmar is a Certified Public Accountant (CPA).

Kallenbach joined First Solar in Dec. 2009 as Executive Vice President of Marketing and Product Management and was appointed President of the Components Business Group in Feb. 2011. Before joining First Solar, Kallenbach worked for Honeywell Aerospace for 30 years in variety of senior business, technical and strategy leadership positions.

Zhu joined First Solar in 2007 as Vice President and Corporate Controller and has been Chief Accounting Officer since 2009. Prior to joining, First Solar Zhu was Vice President and Corporate Controller at Salesforce.com.

**About First Solar, Inc.**

First Solar manufactures solar modules with an advanced semiconductor technology, and is a premier provider of comprehensive photovoltaic (PV) system solutions. The company is delivering an economically viable alternative to fossil-fuel

generation today. From raw material sourcing through end-of-life collection and recycling, First Solar is focused on creating value-driven renewable energy solutions that protect and enhance the environment. For more information about First Solar, please visit www.firstsolar.com.

**For First Solar Investors**

This release contains forward-looking statements which are made pursuant to the safe harbor provisions of Section 21E of the Securities Exchange Act of 1934. The forward-looking statements in this release do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially, including risks associated with the company's business involving the company's products, their development and distribution, economic and competitive factors and the company's key strategic relationships and other risks detailed in the company's filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this press release or with respect to the announcements described herein.

**Contacts:**
Media
Ted Meyer
ted.meyer@firstsolar.com
+1 (602) 427-3318

Investors
David Brady
dbrady@firstsolar.com
Luke Fairborn
lucas.fairborn@firstsolar.com
+1 (602) 414-9315

Case 2:12-cv-00555-DGC     Document 331     Filed 03/27/15     Page 230 of 315

EX-99.2 3 a992firstsolarincpressrele.htm PRESS RELEASE

**EXHIBIT 99.2**



News Release

# First Solar Updates 2011 Financial Guidance and Announces 2012 Financial Guidance

**TEMPE, Ariz., Dec. 14, 2011** - First Solar, Inc. (NASDAQ: FSLR) today updated the Company's 2011 financial guidance and announced 2012 guidance.

First Solar now forecasts 2011 net sales in the range of $2.8 to $2.9 billion, down from the Company's prior guidance range for net sales of $3.0 to $3.3 billion. The Company expects diluted earnings per share (EPS) for 2011 to be in the range of $5.75 to $6.00, with consolidated operating income of $575 to $600 million. The primary reason for the revised 2011 guidance is continued delays of certain projects in First Solar's systems business due to weather and other factors.

Not included in the revised guidance are expected charges related to a series of initiatives to accelerate operating cost reductions and improve overall operating efficiency, the majority of which the Company expects to incur in the current quarter. These charges include up to $0.75 per fully diluted share of impairment and associated charges primarily related to certain equipment, and a severance charge of up to $0.10 per fully diluted share related to a workforce reduction of approximately 100 associates, less than 1.5 percent of First Solar's workforce.

For 2012, First Solar forecasts net sales in the range of $3.7 to $4.0 billion, including approximately $1.7 billion from the systems business. Diluted EPS is expected to be in the range of $3.75 to $4.25, and consolidated operating income is expected to be $425 to $450 million. The Company expects to generate $0.9 to $1.1 billion of operating cash flow and plans for approximately $375-$425 million in capital investment in 2012.

"Our diverse business model and robust project pipeline will help First Solar generate a significant amount of cash in 2012 while improving operational efficiencies, but we are recalibrating our business to focus on building and serving sustainable markets rather than pursuing subsidized markets," said Mike Ahearn, Chairman and Interim CEO of First Solar. "By channeling our core strength in utility-scale PV systems to markets with immediate need for mass-scale renewable energy our goal is to earn substantially all of our new revenues from sustainable markets by the end of 2014."

First Solar will discuss the Company's revised 2011 guidance and outlook for 2012 in a conference call scheduled for today at 8:00 a.m. EST. Investors may access a live audio webcast of this call and presentation in the Investors section of the Company's website at www.firstsolar.com.

An audio replay of the conference call will also be available approximately two hours after the conclusion of the call. The audio replay will remain available until Sunday, December 18th, 2011 at 11:59 p.m. EST and can be accessed by dialing 888-203-1112 if you are calling from within the United States or 719-457-0820 if you are calling from outside the United

States and entering the replay pass code 7459995. A replay of the webcast will be available on the Investors section of the Company's web site approximately two hours after the conclusion of the call and remain available for approximately 90 calendar days. If you are a subscriber of FactSet or Thomson One, you can obtain a written transcript.

**About First Solar, Inc.**
First Solar manufactures solar modules with an advanced semiconductor technology, and is a premier provider of

comprehensive photovoltaic (PV) system solutions. The company is delivering an economically viable alternative to fossil-fuel generation today. From raw material sourcing through end-of-life collection and recycling, First Solar is focused on creating value-driven renewable energy solutions that protect and enhance the environment. For more information about First Solar, please visit www.firstsolar.com.

**For First Solar Investors**

This release contains forward-looking statements which are made pursuant to the safe harbor provisions of Section 21E of the Securities Exchange Act of 1934. The forward-looking statements in this release do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially, including risks associated with the company's business involving the company's products, their development and distribution, economic and competitive factors and the company's key strategic relationships and other risks detailed in the company's filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this press release or with respect to the announcements described herein.

**Contacts:**
Media
Ted Meyer
ted.meyer@firstsolar.com
+1 (602) 427-3318

Investors
David Brady
dbrady@firstsolar.com
Luke Fairborn
lucas.fairborn@firstsolar.com
+1 (602) 414-9315

Exhibit 52

10-K 1 fslrdec1110k.htm FORM 10-K PERIOD ENDED DECEMBER 31, 2011

---

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

# Form 10-K

**(Mark one)**

[x] **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2011**

**or**

[ ] **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from          to**

**Commission file number: 001-33156**



# First Solar, Inc.

*(Exact name of registrant as specified in its charter)*

| **Delaware** | **20-4623678** |
|---|---|
| (State or other jurisdiction of | (I.R.S. Employer |
| incorporation or organization) | Identification No.) |

**350 West Washington Street, Suite 600**
**Tempe, Arizona 85281**
*(Address of principal executive offices, including zip code)*
**(602) 414-9300**
*(Registrant's telephone number, including area code)*

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| Common stock, $0.001 par value | The NASDAQ Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act:**
**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes [x]   No [ ]

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.  Yes [ ]   No [x]

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.  Yes [x]   No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [x]   No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer [x]      Accelerated filer [ ]      Non-accelerated filer [ ]      Smaller reporting company [ ]

(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes [ ]   No [x]

The aggregate market value of the registrant's common stock, $0.001 par value per share, held by non-affiliates of the registrant on June 30, 2011, the last business day of the registrant's most recently completed second fiscal quarter, was approximately $5,652,062,252 (based on the closing sales price of the registrant's common stock on that date). Shares of the registrant's common stock held by each officer and director and each person who owns 5% or more of the outstanding common stock of the registrant are not included in that amount, because such persons may be deemed to be affiliates of the registrant. This determination of affiliate status is not necessarily a conclusive determination for other purposes. As of February 24, 2012, 86,485,999 shares of the registrant's common stock, $0.001 par value per share, were issued and outstanding.

## DOCUMENTS INCORPORATED BY REFERENCE

The information required by Part III of this Annual Report on Form 10-K, to the extent not set forth herein, is incorporated by reference from the registrant's definitive proxy statement relating to the Annual Meeting of Shareholders to be held in 2012, which will be filed with the Securities and Exchange Commission within 120 days after the end of the fiscal year to which this Annual Report on Form 10-K relates.

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**FORM 10-K FOR THE FISCAL YEAR ENDED DECEMBER 31, 2011**

**TABLE OF CONTENTS**

|  |  | **Page** |
|---|---|---|
| **PART I** | | |
| Item 1: | Business | 1 |
|  | Executive Officers of the Registrant | 11 |
| Item 1A: | Risk Factors | 13 |
| Item 1B: | Unresolved Staff Comments | 30 |
| Item 2: | Properties | 30 |
| Item 3: | Legal Proceedings | 31 |
| Item 4: | Mine Safety Disclosures | 31 |
| **PART II** | | |
| Item 5: | Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 32 |
| Item 6: | Selected Financial Data | 34 |
| Item 7: | Management's Discussion and Analysis of Financial Condition and Results of Operations | 36 |
| Item 7A: | Quantitative and Qualitative Disclosures About Market Risk | 63 |
| Item 8: | Financial Statements and Supplementary Data | 65 |
| Item 9: | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 66 |
| Item 9A: | Controls and Procedures | 66 |
| Item 9B: | Other Information | 67 |
| **PART III** | | |
| Item 10: | Directors, Executive Officers, and Corporate Governance | 68 |
| Item 11: | Executive Compensation | 68 |
| Item 12: | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 68 |
| Item 13: | Certain Relationships and Related Transactions, and Director Independence | 68 |
| Item 14: | Principal Accountant Fees and Services | 68 |
| **PART IV** | | |
| Item 15: | Exhibits and Financial Statement Schedules | 69 |
| Signatures | | 70 |
| Consolidated Financial Statements | | 72 |
| Index to Exhibits | | 128 |

Throughout this Annual Report on Form 10-K, we refer to First Solar, Inc. and its consolidated subsidiaries as "First Solar," the "Company," "we," "us," and "our." Our last three fiscal years ended on December 31, 2011, December 31, 2010, and December 26, 2009.

## NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Annual Report on Form 10-K contains forward-looking statements within the meaning of the Securities Exchange Act of 1934 and the Securities Act of 1933, which are subject to risks, uncertainties, and assumptions that are difficult to predict. All statements in this Annual Report on Form 10-K, other than statements of historical fact, are forward-looking statements. These forward-looking statements are made pursuant to safe harbor provisions of the Private Securities Litigation Reform Act of 1995. The forward-looking statements include statements, among other things, concerning our business strategy, including anticipated trends and developments in and management plans for our business and the markets in which we operate and plan to operate; future financial results, operating results, revenues, gross profit, operating expenses, products, projected costs, and capital expenditures; research and development programs; sales and marketing initiatives; and competition. In some cases, you can identify these statements by forward-looking words, such as "estimate," "expect," "anticipate," "project," "plan," "intend," "believe," "forecast," "foresee," "likely," "may," "should," "goal," "target," "might," "will," "could," "predict," and "continue," the negative or plural of these words, and other comparable terminology. Our forward-looking statements are only predictions based on our current expectations and our projections about future events. All forward-looking statements included in this Annual Report on Form 10-K are based upon information available to us as of the filing date of this Annual Report on Form 10-K. You should not place undue reliance on these forward-looking statements. We undertake no obligation to update any of these forward-looking statements for any reason. These forward-looking statements involve known and unknown risks, uncertainties, and other factors that may cause our actual results, levels of activity, performance, or achievements to differ materially from those expressed or implied by these statements. These factors include the matters discussed in the section entitled Item 1A: "Risk Factors," and elsewhere in this Annual Report on Form 10-K. You should carefully consider the risks and uncertainties described under this section.

## PART I

### Item 1: *Business*

### Overview

We manufacture and sell solar modules with an advanced thin-film semiconductor technology, and we design, construct, and sell photovoltaic (PV) solar power systems.

In addressing overall growing global demand for PV solar electricity, we have developed a differentiated, fully integrated systems business that can provide a low-cost turn-key utility-scale PV system solution for system owners and low cost electricity to utility end-users. Our fully integrated systems business has enabled us to increase module throughput, drive cost reduction across the value chain, identify and break constraints to sustainable markets, and deliver compelling solutions to our customers and end-users. With our fully integrated systems business, we believe we are in a position to expand our business in transition markets and eventually economically sustainable markets (in which support programs are minimal), which are expected to develop in areas with abundant solar resources and sizable electricity demand. We are committed to continually lowering the cost of solar electricity, and in the long term, we plan to compete on an economic basis with conventional fossil-fuel-based peaking power generation.

In furtherance of our goal of delivering the lowest cost of solar electricity and achieving price parity with conventional fossil-fuel-based peak electricity generation, we are continually focused on reducing PV solar system costs in four primary areas: module manufacturing, balance of systems (BoS) costs (consisting of the costs of the components of a solar power system other than the solar modules, such as inverters, mounting hardware, grid interconnection equipment, wiring and other devices, and installation labor costs), project development costs, and the cost of capital. First, with respect to our module manufacturing costs, our advanced technology has allowed us to reduce our average module manufacturing costs to the lowest in the world for modules produced on a commercial scale, based on publicly available information. In 2011, our total average manufacturing costs were $0.75 per watt, which we believe is less than those of traditional crystalline silicon solar module manufacturers. By continuing to improve conversion efficiency, production line throughput, and lower material costs, we believe that we can further reduce our manufacturing costs per watt and maintain our cost advantage over traditional crystalline silicon solar module manufacturers. Second, with respect to our BoS costs, by continuing to improve conversion efficiency, leverage volume procurement around standardized hardware platforms, and accelerate installation times, we believe we can continue to make reductions in BoS costs, which represent over half of all of the costs associated with a typical utility-scale PV solar power system. Third, with respect to our project development costs, we seek optimal site locations in an

effort to minimize transmission and permitting costs, and to accelerate lead times to electricity generation. Finally, with respect to our cost of capital, by continuing to demonstrate the financial viability and operational performance of our utility-scale PV solar power plants and increase our PV solar power system operating experience, we believe we can continue to lower the cost of capital associated with our PV solar power systems, thereby further enhancing the economic viability of our projects and lowering the cost of electricity generated by PV solar power systems that incorporate our modules

1

In February 2006 we were incorporated as a Delaware corporation. Our common stock has been listed on The NASDAQ Global Select Market under the symbol "FSLR" since our initial public offering in November 2006. In October 2009, our common stock was added to the S&P 500 Index, making First Solar the first, and currently only, pure-play renewable energy company in the index.

**Associates**

As of December 31, 2011, we had approximately 7,000 associates (our term for full- and part-time employees), including approximately 5,800 in manufacturing positions. The remainder of our associates are in research and development, sales and marketing, and general and administrative positions, including associates who are engaged in or support our systems business. None of our associates are currently represented by labor unions or covered by a collective bargaining agreement. As we expand domestically and internationally, however, we may encounter either regional laws that mandate union representation or associates who desire union representation or a collective bargaining agreement. We believe that our relations with our associates are good.

**Information About Geographic Areas**

We have significant marketing, distribution, and manufacturing operations both within and outside the United States. Currently, we manufacture our solar modules at our Perrysburg, Ohio, Frankfurt/Oder, Germany, and Kulim, Malaysia manufacturing facilities.

In 2011, 43% of our net sales were generated from customers headquartered in the European Union. As part of our Long Term Strategic Plan, we are in the process of expanding our operations, particularly with respect to our systems business, to various countries worldwide, including countries in Asia, the Middle East and Africa. As a result, we are subject to the legal, tax, political, social and regulatory requirements, and economic conditions of an increasing number of jurisdictions. The international nature of our operations subjects us to a number of risks, including fluctuations in exchange rates, adverse changes in foreign laws or regulatory requirements and tariffs, taxes, and other trade restrictions. See Item 1A: "Risk Factors — Our substantial international operations subject us to a number of risks, including unfavorable political, regulatory, labor, and tax conditions in foreign countries." and "Risk Factors — We may be unable to execute on our Long Term Strategic Plan, which could have a material adverse effect on our business, results of operations or financial condition." See Note 24. "Segment and Geographical Information," to our consolidated financial statements included in this Annual Report on Form 10-K for information about our net sales and long-lived assets by geographic region for the years ended December 31, 2011, December 31, 2010, and December 26, 2009. See also Item 7: "Management's Discussion and Analysis of Financial Condition and Results of Operations," for other information about our operations and activities in various geographic regions.

**Available Information**

We maintain a website at http://www.firstsolar.com. We make available free of charge on our website our annual reports on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, proxy statements, and any amendments to those reports filed or furnished pursuant to Section 13(a) or 15(d) of the Exchange Act, as soon as reasonably practicable after we electronically file these materials with, or furnish them to, the SEC. The information contained in or connected to our website is not incorporated by reference into this report. We use our website as one means of disclosing material non-public information and for complying with our disclosure obligations under the SEC's Regulation FD. Such disclosures will typically be included within the Investor Relations section of our website (http://investor.firstsolar.com). Accordingly, investors should monitor such portions of our website in addition to following our press releases, SEC filings, and public conference calls and webcasts.

The public may also read and copy any materials that we file with the SEC at the SEC's Public Reference Room at 100 F Street, NE, Washington, D.C. 20549. The public may obtain information on the operation of the Public Reference Room by calling the SEC at 1-800-SEC-0330. The SEC also maintains an Internet website that contains reports and other information regarding issuers, such as First Solar, that file electronically with the SEC. The SEC's Internet website is located at http://www.sec.gov.

**Executive Officers of the Registrant**

Our executive officers and their ages and positions as of February 29, 2012, were as follows:

11

region and was named Executive Vice President, Public Affairs in May 2009. Prior to joining First Solar, Ms. Wessels served four years as senior vice president, Government Affairs at Honeywell for the EMEA region and three years as President, United Technologies International Operations for Europe. Ms. Wessels chaired the American Electronics Industry Association Europe from 2006 to 2007, and prior to that she was president of the American Chamber of Commerce to the EU from 2003 to 2007. From 1997 to 2000 she was employed by Daimler Chrysler as vice president of Government Affairs in Europe. Ms Wessels holds a B.A. from Dartmouth College and a master's degree in international economics and European studies from the School of Advanced International Studies of Johns Hopkins University.

David Eaglesham joined First Solar in June 2006 as Vice President, Technology and became Chief Technology Officer in November 2009. Prior to joining First Solar, he was Director of Advanced Technologies at Applied Materials. He also previously worked as Chief Technologist at Lawrence Livermore and as Director of Electronic Device Research at Bell Labs. He was Materials Research Society President in 2005. Mr. Eaglesham has a PhD in Physics from the University of Bristol.

## Item 1A:  *Risk Factors*

An investment in our stock involves a high degree of risk. You should carefully consider the following information, together with the other information in this Annual Report on Form 10-K, before buying shares of our stock. If any of the following risks or uncertainties occur, our business, financial condition, and results of operations could be materially and adversely affected and the trading price of our stock could decline.

### Risks Related to Our Markets and Customers

*An increased global supply of PV modules has caused and may continue to cause structural imbalances in which global PV module supply exceeds demand, which could have a material adverse effect on our business, financial condition and results of operations*

Solar manufacturers have installed production capacity that significantly exceeded global demand in 2011. We believe this structural imbalance between supply and demand (i.e., where production capacity significantly exceeds current global demand) will continue for the foreseeable future, and we expect that it will continue to put pressure on pricing. In light of the increase in global production capacity, we recently decided not to proceed any further with the development of our previously announced 4-line plant in Vietnam, and have also postponed the commissioning of our previously announced 4-line plant in Mesa, Arizona and the construction of our previously announced 2-line plant in France until such time as global supply and demand dynamics support the additional manufacturing capacity. There can be no assurance that we will not be required to take further actions to address global production supply and demand in those geographic areas. Additionally, in 2011, industry average sales prices per watt ("ASPs") declined significantly, as competitors reduced ASPs to sell-through inventories in Europe and elsewhere. If our competitors reduce module pricing to levels near or below their manufacturing costs, or are able to operate at minimal or negative operating margins for sustained periods of time, or if demand for PV modules does not grow sufficiently to justify the current production supply, our business, financial condition and results of operations could be adversely affected.

*If PV technology is not suitable for widespread adoption at economically attractive rates of return, or if sufficient additional demand for solar modules does not develop or takes longer to develop than we anticipate, our net sales and profit may flatten or decline and we may be unable to sustain profitability.*

The solar energy market is at a relatively early stage of development, in comparison to fossil fuel-based electricity generation. If PV technology proves unsuitable for widespread adoption at economically attractive rates of return or if additional demand for solar modules fails to develop sufficiently or takes longer to develop than we anticipate, we may be unable to grow our business or generate sufficient net sales to sustain profitability. In addition, demand for solar modules in our targeted markets, including North America, Europe, India, China, the Middle East, Australia and other foreign jurisdictions, may develop to a lesser extent than we anticipate. Many factors may affect the viability of widespread adoption of PV technology and demand for solar systems and modules, including the following:

• cost-effectiveness of the electricity generated by PV power systems compared to conventional energy sources, such as natural gas and coal, and other non-solar renewable energy sources, such as wind;

•

performance, reliability and availability of energy generated by PV systems compared to conventional and other non-solar renewable energy sources and products;

•   success of other renewable energy generation technologies, such as hydroelectric, tidal, wind, geothermal, solar

13

thermal, concentrated PV, and biomass;

- fluctuations in economic and market conditions that affect the price of, and demand for, conventional and non-solar renewable energy sources, such as increases or decreases in the price of natural gas, coal, oil, and other fossil fuels;

- fluctuations in capital expenditures by end-users of solar modules, which tend to decrease when the economy slows and when interest rates increase; and

- availability, substance, and magnitude of government targets, subsidies, incentives, and renewable portfolio standards to accelerate the development of the solar energy industry.

*Reduced growth in or the reduction, elimination, or expiration of government subsidies, economic incentives, and other support for on-grid solar electricity applications, including recently announced mid-year feed-in-tariff reductions or other program changes in Germany and certain other core markets, could reduce demand and/or price levels for our solar modules, and limit our growth or lead to a reduction in our net sales, and adversely impact our operating results.*

Although our Long Term Strategic Plan provides for First Solar to transition over time toward operating in sustainable markets, in the near-term our net sales and profits remain subject to variability based on the availability and size of government subsidies and economic incentives. Federal, state, and local governmental bodies in many countries have provided subsidies in the form of FiT, rebates, tax incentives, and other incentives to end-users, distributors, systems integrators, and manufacturers of PV products. Many of these jurisdictions, including the majority of U.S. states and numerous European Union countries, have adopted renewable portfolio standards in which the government requires jurisdictions or regulated utilities to supply a portion of their total electricity from specified sources of renewable energy, such as solar, wind, and hydroelectric power. Many of these government incentives expire, phase out over time, require renewal by the applicable authority, or may be amended. A summary of recent developments in the major government subsidy programs that can impact our business appears under Item 1: "Business – Support Programs." To the extent these government incentives are reduced earlier than previously expected, or free-field or conversion land applications are disadvantaged, such changes could reduce demand and/or price levels for our solar modules, lead to a reduction in our net sales, and adversely impact our operating results.

Germany, which accounted for approximately 23% of our 2011 net sales, will account for a declining percentage of our net sales over the next three years due to changing levels of policy support and demand. The German government continues to evaluate changes to the German Renewable Energy Law, or the EEG, and recently proposed significant and accelerated FiT reductions for projects up to 10 MW and an elimination of FiTs for projects over 10 MW. These proposed FiT changes, if adopted, would particularly impact the competitiveness in Germany of our core offering of large-scale free field PV systems and modules to be installed in such systems. If these policy changes proposed by the German Environment and Economy Ministers are approved without change by the German Parliament, they will negatively affect long-term demand and price levels for our PV products in Germany, which could adversely impact our results of operations.

In France, the government introduced a new market support framework during the first quarter of 2011. The level of this new market support framework is inadequate for us to pursue an expansion strategy in France. As a result, we have postponed the construction of our previously announced 2-line plant in France until global supply and demand dynamics support the additional manufacturing capacity.

The American Recovery and Reinvestment Act of 2009 (ARRA) and the 2010 Tax Act provide for certain measures intended to benefit on-grid solar electricity generation and other renewable energy initiatives. The expiration of the Department of Treasury's Section 1603 cash grant program on December 31, 2011, may adversely affect our ability to arrange financing for utility-scale projects by forcing reliance on less abundant tax equity financing and may otherwise adversely affect the attractiveness of the U.S. solar market. The expiration of the Department of Energy Section 1705 loan guarantee program for renewable energy projects, renewable energy manufacturing facilities and electric power transmission projects may adversely affect our ability to arrange financing in the future for utility-scale projects by increasing our cost of capital, and may also otherwise affect the attractiveness of the U.S. solar market.

In Ontario, Canada, a FiT program was introduced in September 2009 and replaced the Renewable Energy Standard Offer Program (RESOP) as the primary subsidy program for renewable energy projects. In order to participate in the Ontario FiT program, certain provisions relating to minimum required domestic content and agricultural land use restrictions for solar

installations must be satisfied. The domestic content and land restriction rules do not apply to our solar projects governed by RESOP contracts. However, PV solar power systems incorporating our modules do not presently satisfy the domestic content requirement under the FiT program currently in effect, and thus projects incorporating our modules would not qualify for the Ontario FiT. In the event the Ontario domestic content requirement rules are not eliminated, we will not be able to participate in the Ontario FiT program,

14

and thus our ability to pursue an expansion strategy in Ontario, Canada beyond our remaining RESOP projects would be adversely affected.

In Australia, the solar industry is driven by several regulatory initiatives that support the installation of solar PV modules in both rooftop and free-field applications, including the federal government's nationwide Renewable Energy Target, which has set a renewable energy goal for Australia of 20% by 2020. The creation of the Clean Energy Finance Corporation (CEFC) and the establishment of the Australian Renewable Energy Agency (ARENA) also occurred in 2011 and will begin implementation in 2012. If such programs or other initiatives are not successfully executed in addressing Australia's renewable energy goals, the size and attractiveness of Australia's solar market may be limited and we may be unable to sell modules or systems in Australia at an attractive price, limiting one of our anticipated growth markets.

In India, the National Solar Mission includes a goal of installing 22 GW of solar by 2022. There is no guarantee that India will maintain this goal or adopt the required policies to meet that goal, without which, the size and attractiveness of India's solar market may be limited and we may be unable to sell modules or systems in India at an attractive price, limiting one of our anticipated growth markets.

In China, governmental authorities recently adopted a national FiT but the specific terms and future of the program are unclear. It is currently assumed that the term is 25 years and the FiT will be in place in 2012 but not clear if there will be a digression beyond that. The FiT is economically viable given local generation company low return requirements but project costs are depressed given high competition in component manufacturing (i.e. over 400 local module manufacturers are selling into the market). Participation in the Golden Sun Program for distributed generation also includes an implicit requirement for local manufacturing.

In the Middle East and North Africa (MENA), several countries have announced sizeable solar targets, although policy mechanisms are not yet firmly established. Policy promulgation and market development are especially vulnerable to governmental inertia, political instability, geopolitical risk, fossil fuel subsidization, and potentially stringent localization requirements. This vulnerability may adversely affect our ability to expand in or enter into such markets, or may otherwise affect the attractiveness of such solar markets.

Reduced growth in or the reduction, elimination, or expiration of government subsidies and economic incentives for on-grid solar energy applications, could limit our growth or cause our net sales to decline and adversely affect our business, financial condition, and results of operations.

*We could be adversely affected by any violations of the U.S. Foreign Corrupt Practices Act ("FCPA") and foreign anti-bribery laws.*

The FCPA generally prohibits companies and their intermediaries from making improper payments to non-U.S. government officials for the purpose of obtaining or retaining business. Other countries in which we operate also have anti-bribery laws, some of which prohibit improper payments to government and non-government persons and entities. Our policies mandate compliance with these anti-bribery laws. We currently operate in, and pursuant to our Long Term Strategic Plan intend to further expand into, many parts of the world that have experienced governmental corruption to some degree and, in certain circumstances, strict compliance with anti-bribery laws may conflict with local customs and practices. In addition, due to the level of regulation in our industry, our entry into new jurisdictions, including India, China, and the Middle East, requires substantial government contact where norms can differ from U.S. standards. Although we implement policies and procedures designed to facilitate compliance with these anti-bribery laws, our employees, subcontractors and agents may take actions in violation of our policies and anti-bribery laws. Any such violation, even if prohibited by our policies, could subject us to criminal or civil penalties or other sanctions, which could have a material adverse effect on our business, financial condition, cash flows and reputation.

*We may be unable to fully execute on our Long Term Strategic Plan, which could have a material adverse effect on our business, results of operations or financial condition.*

We face numerous difficulties in executing our Long Term Strategic Plan, particularly in new foreign jurisdictions, including each of the risks described in the Risk Factors entitled "Our substantial international operations subject us to a number of risks, including unfavorable political, regulatory, labor, and tax conditions in foreign countries." and "Reduced growth in or the reduction, elimination, or expiration of government subsidies, economic incentives, and other support for on-

grid solar electricity applications, including recently announced mid-year feed-in-tariff reductions or other program changes in Germany and certain other core markets, could reduce demand and/or price levels for our solar modules, and limit our growth or lead to a reduction in our net sales, and adversely impact our operating results," as well as the following:

15

- difficulty in accurately prioritizing geographic markets which we can most effectively and profitably serve with our utility scale PV offerings, including miscalculations in overestimating or underestimating our addressable market demand;

- difficulty in overcoming the inertia involved in changing local electricity ecosystems as necessary to accommodate large-scale PV solar deployment and integration;

- protectionist or other adverse public policies in countries we operate in and/or are pursuing, including local content requirements or capital investment requirements;

- difficulty in timely identifying, attracting and retaining qualified sales, technical and other personnel in geographies targeted for expansion;

- the possibility of having insufficient capital resources necessary to acheive an effective localized business presence in targeted jurisdictions;

- difficulty in competing against competitors who may have greater financial resources and/or a more effective or established localized business presence;

- difficulty in competing against competitors who may gain in profitability and financial strength over time by successfully participating in the global rooftop PV solar market, which is a segment we intend to de-emphasize as part of our Long Term Strategic Plan;

- difficulty in developing any necessary partnerships with local businesses, on commercially acceptable terms; and

- difficulty in balancing market demand and manufacturing production in an efficient and timely manner, potentially causing us to be manufacturing capacity constrained in some future periods or over-supplied in others.

*An increase in interest rates or lending rates or tightening of the supply of capital in the global financial markets (including a reduction in total tax equity availability) could make it difficult for end-users to finance the cost of a PV system and could reduce the demand for our solar systems or modules and/or lead to a reduction in the average selling price for PV modules.*

Many of our customers and our systems business depend on debt and/or equity financing to fund the initial capital expenditure required to develop, build and purchase a PV system. As a result, an increase in interest rates or lending rates, or a reduction in the supply of project debt financing or tax equity investments, could reduce the number of solar projects that receive financing or otherwise make it difficult for our customers or our systems business to secure the financing necessary to develop, build, purchase or install a PV system on favorable terms, or at all, and thus lower demand for our solar modules which could limit our growth or reduce our net sales. In addition, we believe that a significant percentage of our end-users install PV systems as an investment, funding the initial capital expenditure through a combination of equity and debt. An increase in interest rates and/or lending rates could lower an investor's return on investment in a PV system, increase equity return requirements or make alternative investments more attractive relative to PV systems, and, in each case, could cause these end-users to seek alternative investments. As described above under Item 1: "Business — Support Programs," the 30% grant in lieu of the federal investment tax credit under the ARRA expired December 31, 2011 and unless extended, will not be available for solar installations that begin construction on or after January 1, 2012. If such program is not extended, total tax equity availability could be reduced which may adversely affect our ability to arrange financing for utility-scale projects and may adversely affect the attractiveness of the U.S. solar market.

*We currently depend on a limited number of customers within our components business. The loss of, or a significant reduction in orders from, any of these customers could significantly reduce our net sales and negatively impact our operating results.*

Within our components business, we continue to sell a sizeable portion of our solar modules to customers headquartered throughout the European Union, although this portion is expected to continue to decline as we execute our Long Term Strategic Plan. During 2011, our two largest customers for our components business each accounted for more than 10% of our components business' net sales. Our customer base within our components business is still concentrated to a significant extent

in Germany and, therefore, additional German FiT reductions could reduce demand and/or price levels for our modules sold to these customers. The loss of any of our large customers, their inability to perform under their contracts, or their default in payment could significantly reduce our net sales and adversely impact our operating results. Our customers may face significant challenges under current economic conditions, including lack of capital to finance solar projects and rising costs associated with leasing or otherwise acquiring land and rooftops for solar projects. Although we believe that we can mitigate this risk in part by re-allocating modules

16

to other customers if the need arises, we may be unable, in whole or in part, to mitigate the reduced demand for our modules. Further, in the event that we determine that our planned production of solar modules exceeds the demand we anticipate, we may decide to reduce or halt production of solar modules in our manufacturing facilities. However, we may incur costs in doing so and we may be unable to anticipate and respond to the oversupply of solar modules because we have limited visibility into our customers' inventories.

### Risks Related to Regulations

***Existing regulations and policies and changes to these regulations and policies may present technical, regulatory, and economic barriers to the purchase and use of PV products, which may significantly reduce demand for our solar modules.***

The market for electricity generation products is heavily influenced by foreign, federal, state, and local government regulations and policies concerning the electric utility industry, as well as policies promulgated by electric utilities. These regulations and policies often relate to electricity pricing and technical interconnection of customer-owned electricity generation. In the United States and in a number of other countries, these regulations and policies have been modified in the past and may be modified again in the future. These regulations and policies could deter end-user purchases of PV products and investment in the research and development of PV technology. For example, without a mandated regulatory exception for PV systems, utility customers are often charged interconnection or standby fees for putting distributed power generation on the electric utility grid. If these interconnection standby fees were applicable to PV systems, it is likely that they would increase the cost of using PV systems to our end-users, which could make them less desirable, thereby adversely affecting our business, prospects, results of operations, and financial condition. In addition, with respect to utilities that utilize a peak hour pricing policy or time-of-use pricing methods whereby the price of electricity is adjusted based on electricity supply and demand, electricity generated by PV systems currently benefits from competing primarily with expensive peak hour electricity, rather than the less expensive average price of electricity. Modifications to the peak hour pricing policies of utilities, such as to a flat rate for all times of the day, would require PV systems to achieve lower prices in order to compete with the price of electricity from other sources.

We anticipate that our solar systems and modules will be subject to oversight and regulation in accordance with national and local ordinances relating to building codes, safety, environmental protection, utility interconnection and metering, and other matters. It is difficult to track the requirements of individual jurisdictions and design equipment to comply with the varying standards. Any new government regulations or utility policies pertaining to our solar modules may result in significant additional expenses to us or our customers and, as a result, could cause a significant reduction in demand for our solar systems and modules.

***Environmental obligations and liabilities could have a substantial negative impact on our financial condition, cash flows, and profitability.***

Our operations involve the use, handling, generation, processing, storage, transportation, and disposal of hazardous materials and are subject to extensive environmental laws and regulations at the national, state, local, and international levels. These environmental laws and regulations include those governing the discharge of pollutants into the air and water, the use, management, and disposal of hazardous materials and wastes, the cleanup of contaminated sites, and occupational health and safety. We have incurred and will continue to incur significant costs and capital expenditures in complying with these laws and regulations. In addition, violations of, or liabilities under, environmental laws or permits may result in restrictions being imposed on our operating activities or in our being subjected to substantial fines, penalties, criminal proceedings, third party property damage or personal injury claims, cleanup costs, or other costs. Such solutions could also result in substantial delay or termination of projects under construction within our systems business, which could adversely impact our results of operations. While we believe we are currently in substantial compliance with applicable environmental requirements, future developments such as more aggressive enforcement policies, the implementation of new, more stringent laws and regulations, or the discovery of presently unknown environmental conditions may require expenditures that could have a material adverse effect on our business, results of operations, and financial condition.

In addition, our solar modules contain cadmium telluride and cadmium sulfide. Elemental cadmium and certain of its compounds are regulated as hazardous material due to the adverse health effects that may arise from human exposure. Although the risks of exposure to cadmium telluride are not believed to be as serious as those relating to exposure to elemental cadmium, the toxicological properties of cadmium telluride have not been thoroughly investigated and reported. In our manufacturing operations, we maintain engineering controls to minimize our associates' exposure to cadmium or cadmium

compounds and require our associates who handle cadmium compounds to follow certain safety procedures, including the use of personal protective equipment such as respirators, chemical goggles, and protective clothing. In addition, we believe the risk of exposure to cadmium or cadmium compounds from our end-products is limited by the encapsulated nature of these materials in our products and the physical properties of cadmium compounds used in our products, and further minimized by the voluntary implementation in 2005 of our collection and recycling program for our solar modules. While we believe that these factors and procedures are sufficient

17

to protect our associates, end-users, and the general public from adverse health effects that may arise from cadmium exposure, we cannot ensure that human or environmental exposure to cadmium or cadmium compounds used in our products will not occur. Any such exposure could result in future third party claims against us, as well as damage to our reputation and heightened regulatory scrutiny of our products, which could limit or impair our ability to sell and distribute our products. The occurrence of future events such as these could have a material adverse effect on our business, financial condition, or results of operations.

The use of cadmium in various products is also subject to governmental regulation in several countries. More restrictive regulation in this area and/or expansion of such regulation to additional countries could impact the manufacture, sale, collection, and recycling of solar modules and could require us to make unforeseen environmental expenditures or limit our ability to sell and distribute our products.

### Risks Related to our Operations, Manufacturing, and Technology

*Our operating history to date may not serve as an adequate basis to judge our future prospects and results of operations.*

Our historical operating results may not provide a meaningful basis for evaluating our business, financial performance, and prospects. We may be unable to achieve similar growth, or grow at all, in future periods. Our ability to achieve similar growth in future periods is also affected by current economic conditions. Our past results occurred in an environment where, among other things, capital was at times more accessible to our customers to finance the cost of developing solar projects and economic incentives for solar power in certain core markets (such as the German FiT) were more favorable. Accordingly, you should not rely on our results of operations for any prior period as an indication of our future performance.

*We face intense competition from manufacturers of crystalline silicon solar modules, as well as thin-film solar modules, and solar thermal and concentrated PV systems; if global supply exceeds global demand, it could lead to a reduction in the average selling price for PV modules, which could reduce our net sales and adversely affect our results of operations.*

The solar energy and renewable energy industries are highly competitive and continually evolving as participants strive to distinguish themselves within their markets and compete with the larger electric power industry. Within the global PV industry, we face competition from crystalline silicon solar module manufacturers, other thin-film solar module manufacturers and companies developing solar thermal and concentrated PV technologies. Existing or future solar manufacturers might be acquired by larger companies with significant capital resources, thereby intensifying competition with us. In addition, the introduction of a low cost disruptive technology could adversely affect our ability to compete, which could reduce our net sales and adversely affect our results of operations.

Even if demand for solar modules continues to grow, the rapid manufacturing capacity expansion undertaken by many solar module manufacturers, particularly manufacturers of crystalline silicon solar modules, has created and may continue to cause periods of structural imbalance during which supply exceeds demand. See "An increased global supply of PV modules has caused and may continue to cause structural imbalances in which global PV module supply exceeds demand, which could have a material adverse effect on our business, financial condition and results of operations." In addition, we believe a significant decrease in the cost of silicon feedstock would provide significant reductions in the manufacturing cost of crystalline silicon solar modules and lead to further pricing pressure for solar modules and potentially the oversupply of solar modules.

During any such period, our competitors could decide to reduce their sales prices in response to competition, even below their manufacturing costs, in order to generate sales. Other competitors may have direct or indirect access to sovereign capital, which could enable such competitors to operate at minimal or negative operating margins for sustained periods of time. As a result, we may be unable to sell our solar modules at attractive prices, or for a profit, during any period of excess supply of solar modules, which would reduce our net sales and adversely affect our results of operations. Also, we may decide to lower our average selling price to certain customers in certain markets in response to competition.

*Thin-film technology has a short history, and our thin-film technology and solar modules and systems may perform below expectations; problems with product quality or performance may cause us to incur significant and/or unexpected*

***warranty and related expenses, damage our market reputation, and prevent us from maintaining or increasing our market share.***

Researchers began developing thin-film semiconductor technology over 25 years ago, but were unable to integrate the technology into a solar module production line until about a decade ago. Our thin-film technology and solar modules may not have a sufficient operating history to confirm how our solar modules will perform over their estimated 25-year useful life. We perform a variety of quality and life tests under different conditions. However, if our thin-film technology and solar modules perform below expectations, we could lose customers and face substantial warranty expense.

18

We have historically provided a limited warranty against defects in materials and workmanship under normal use and service conditions for 5 years following delivery to the owners of our solar modules. For solar module sales made subsequent to September 30, 2011, we have increased the limited warranty we provide against defects in materials and workmanship under normal use and service conditions from 5 years to 10 years.

We also warrant to our owners that solar modules installed in accordance with agreed-upon specifications will produce at least 90% of their power output rating during the first 10 years following their installation and at least 80% of their power output rating during the following 15 years. As a result, we bear the risk of extensive warranty claims long after we have sold our solar modules and recognized net sales. As of December 31, 2011, our accrued warranty liability was $157.7 million, of which, $78.6 million was classified as current and $79.1 million was classified as noncurrent.

During the period from June 2008 to June 2009, a manufacturing excursion occurred whereby certain modules manufactured during that time period may experience premature power loss once installed in the field. The root cause of the manufacturing excursion was identified and addressed in June 2009. Beginning in 2009, we initiated a voluntary remediation program beyond our standard warranty pursuant to which we made commitments to customers with systems containing modules affected by the manufacturing excursion that we would cover certain costs of remediation efforts. We have expensed $215.7 million total to-date for the estimated costs of remediating systems affected by modules manufactured during the relevant period, including $145.6 million for remediation expenses beyond our limited warranty obligations and $70.1 million in product warranty expense reflecting the net increase in the expected number of replacement modules required in connection with our remediation efforts. This estimate is based on our evaluation and consideration of the currently available information, including the estimated number of affected modules in the field, historical experience related to our remediation efforts, customer-provided data related to potentially affected systems, and the estimated costs of performing the logistical services covered under our remediation program. In addition to those customers with systems affected by modules manufactured during the relevant period that we have already identified, we are working with a number of additional customers who may have affected modules to complete our analysis of their claims. Based upon our experience to date with our remediation approach, together with the data currently available, we estimate that, if we ultimately remediate these systems under our current remediation program, we could incur additional costs related to our voluntary remediation program of up to approximately $44 million. This includes approximately $24 million beyond our limited warranty obligations in connection with these claims, including the costs of actual remediation and the costs of additional compensation payments to customers under certain circumstances, and approximately $20 million related to additional product warranty liability.

If any of our estimates related to the above referenced manufacturing excursion prove incorrect, we could be required to accrue additional expenses, which could adversely impact our financial position, operating results and cash flows. Although we believe we have taken corrective actions to avoid similar manufacturing excursions in the future, we cannot guarantee that our internal quality and testing programs will prevent a future manufacturing excursion from occurring. Any future manufacturing excursions including any commitments made by us to take remediation actions in respect of affected modules beyond our limited warranty could adversely impact our financial position, operating results and cash flows.

Although our power output warranty extends for 25 years, our oldest solar modules manufactured during the qualification of our pilot production line have only been in use since 2001. Because of the limited operating history of our solar modules, we have been required to make assumptions regarding the durability and reliability of our solar modules. Our assumptions could prove to be materially different from the actual performance of our solar modules, causing us to incur substantial expense to repair or replace defective solar modules in the future. For example, our glass-on-glass solar modules could break, delaminate, or experience power degradation in excess of expectations, and our manufacturing operations could be subject to process variations that could cause affected modules to underperform compared to our expectations. These risks could be amplified as we implement design and process changes in connection with our efforts to accelerate module conversion efficiency improvement and manufacturing production throughput as part of our Long Term Strategic Plan. In addition, as we increase the number of installations in non-temperate climates, in accordance with our Long Term Strategic Plan, we may experience increased failure rates due to deployment into such hot climates. Any widespread product failures may damage our market reputation, cause our sales to decline, require us to repair or replace the defective modules, and cause us to take voluntary remedial measures beyond warranty terms to enhance customer satisfaction, which could have a material adverse effect on our financial results.

In addition to our solar module warranty described above, for solar power plants built by our EPC team, we currently typically provide a limited EPC warranty against defects in workmanship, engineering design, and installation services under normal use and service conditions for a period of one to two years following the substantial completion of a solar power plant

or an energized section of a solar power plant. In resolving claims under both the workmanship and design warranties, we have the option of either remedying the defect to the warranted level through repair, refurbishment, or replacement. Any widespread failures of solar power plants built by us could damage our market reputation, cause our sales to decline, cause us to incur unexpected costs to remedy defects or otherwise negatively affect our results of operations.

<div align="center">19</div>

*If our estimates regarding the future cost of collecting and recycling our solar modules are incorrect, we could be required to accrue additional expenses at and from the time we realize our estimates are incorrect and face a significant unplanned cash burden.*

We pre-fund our estimated future obligation for collecting and recycling our solar modules based on the present value of the expected future cost of collecting and recycling the modules, which includes the cost of packaging the solar modules for transport, the cost of freight from the solar module's installation site to a recycling center, the material, labor, and capital costs of the recycling process, and an estimated third party profit margin and return on risk for collection and recycling. We base our estimate on our experience collecting and recycling solar modules that do not pass our quality control tests and solar modules returned under our warranty, and on our expectations about future developments in recycling technologies and processes and economic conditions at the time the solar modules will be collected and recycled. If our estimates prove incorrect, we could be required to accrue additional expenses at and from the time we realize our estimates are incorrect and also face a significant unplanned cash burden at the time we realize our estimates are incorrect or end-users return their solar modules, which could harm our operating results. In addition, our end-users can return their solar modules at any time. As a result, we could be required to collect and recycle our solar modules earlier than we expect.

*Our failure to further refine our technology and develop and introduce improved PV products could render our solar modules or systems uncompetitive and reduce our net sales, profitability, and/or market share.*

We need to continue to invest significant financial resources in research and development to continue to improve our module conversion efficiency, lower the levelized cost of electricity (LCOE) of our PV systems, and otherwise keep pace with technological advances in the solar energy industry. However, research and development activities are inherently uncertain, and we could encounter practical difficulties in commercializing our research results. We seek to continuously improve our products and processes, and the resulting changes carry potential risks in the form of delays, additional costs, or other unintended contingencies. In addition, our significant expenditures on research and development may not produce corresponding benefits. Other companies are developing a variety of competing PV technologies, including copper indium gallium diselenide and amorphous silicon, which could produce solar modules or systems that prove more cost-effective or have better performance than our solar modules or systems. In addition, other companies could potentially develop a highly reliable renewable energy system that mitigates the intermittent power production drawback of many renewable energy systems, or offers other value-added improvements from the perspective of utilities and other system owners, in which case such companies could compete with us even if the LCOE associated with such new system is higher than that of our systems. As a result, our solar modules or systems may be negatively differentiated or rendered obsolete by the technological advances of our competitors, which would reduce our net sales, profitability and/or market share.

In addition, we often forward price our products and services in anticipation of future cost reductions, and thus an inability to further refine our technology and execute our long-term manufacturing cost and LCOE reduction objectives could adversely affect our margins and operating results.

*Our failure to protect our intellectual property rights may undermine our competitive position and litigation to protect our intellectual property rights or defend against third party allegations of infringement may be costly.*

Protection of our proprietary processes, methods, and other technology is critical to our business. Failure to protect and monitor the use of our existing intellectual property rights could result in the loss of valuable technologies. We rely primarily on patents, trademarks, trade secrets, copyrights, and contractual restrictions to protect our intellectual property. We regularly file patent applications to protect inventions arising from our research and development, and are currently pursuing such patent applications in the U.S. and worldwide. Our existing patents and future patents could be challenged, invalidated, circumvented, or rendered unenforceable. Our pending patent applications may not result in issued patents, or if patents are issued to us, such patents may not be sufficient to provide meaningful protection against competitors or against competitive technologies.

We also rely upon unpatented proprietary manufacturing expertise, continuing technological innovation, and other trade secrets to develop and maintain our competitive position. Although we generally enter into confidentiality agreements with our associates and third parties to protect our intellectual property, such confidentiality agreements are limited in duration and could be breached and may not provide meaningful protection for our trade secrets or proprietary manufacturing expertise. Adequate remedies may not be available in the event of unauthorized use or disclosure of our trade secrets and manufacturing expertise. In addition, others may obtain knowledge of our trade secrets through independent development or legal means. The

failure of our patents or confidentiality agreements to protect our processes, equipment, technology, trade secrets, and proprietary manufacturing expertise, methods, and compounds could have a material adverse effect on our business. In addition, effective patent, trademark, copyright, and trade secret protection may be unavailable or limited in some foreign countries, especially any developing countries into which we may expand our operations. In some countries we have not applied for patent, trademark, or copyright protection.

20

Third parties may infringe or misappropriate our proprietary technologies or other intellectual property rights, which could have a material adverse effect on our business, financial condition, and operating results. Policing unauthorized use of proprietary technology can be difficult and expensive. Also, litigation may be necessary to enforce our intellectual property rights, protect our trade secrets, or determine the validity and scope of the proprietary rights of others. We cannot assure you that the outcome of such potential litigation will be in our favor. Such litigation may be costly and may divert management attention and other resources away from our business. An adverse determination in any such litigation may impair our intellectual property rights and may harm our business, prospects, and reputation. In addition, we have no insurance coverage against litigation costs and would have to bear all costs arising from such litigation to the extent we are unable to recover them from other parties.

*Some of our key raw materials and components are either single-sourced or sourced from a limited number of third party suppliers and their failure to perform could cause manufacturing delays and impair our ability to deliver solar modules to customers in the required quality and quantities and at a price that is profitable to us.*

Our failure to obtain raw materials and components that meet our quality, quantity, and cost requirements in a timely manner could interrupt or impair our ability to manufacture our solar modules or increase our manufacturing cost. Some of our key raw materials and components are either single-sourced or sourced from a limited number of third party suppliers. As a result, the failure of any of our suppliers to perform could disrupt our supply chain and impair our operations. In addition, some of our suppliers are small companies that may be unable to supply our increasing demand for raw materials and components as we continue to expand rapidly. We may be unable to identify new suppliers or qualify their products for use on our production lines in a timely manner and on commercially reasonable terms. A constraint on our production may cause us to be unable to meet our capacity ramp plan and/or our obligations under our customer contracts, which would have an adverse impact on our financial results.

*A disruption in our supply chain for cadmium telluride, our semiconductor material, could interrupt or impair our ability to manufacture solar modules and could adversely impact our profitability and long-term growth prospects.*

A key raw material we use in our production process is a cadmium telluride compound. Tellurium, one of the main components of cadmium telluride, is mainly produced as a by-product of copper refining and, therefore, its supply is largely dependent upon demand for copper. Our supply of cadmium telluride could be limited if any of our current suppliers or any of our future suppliers are unable to acquire an adequate supply of tellurium in a timely manner or at commercially reasonable prices. If our competitors begin to use or increase their demand for cadmium telluride, supply could be reduced and prices could increase. If our current suppliers or any of our future suppliers cannot obtain sufficient tellurium, they could substantially increase prices or be unable to perform under their contracts. We may be unable to pass increases in the cost of our raw materials through to our customers because our customer contracts do not adjust for raw material price increases and are generally for a longer term than our raw material supply contracts. A substantial increase in tellurium prices could adversely impact our profitability and long-term growth objectives.

*Our future success depends on our ability to effectively balance manufacturing production with market demand and, when necessary, continue to build new manufacturing plants over time in response to such demand and add production lines in a cost-effective manner, all of which are subject to risks and uncertainties.*

Our future success depends on our ability to effectively balance manufacturing production with market demand and increase both our manufacturing capacity and production throughput over time in a cost-effective and efficient manner. If we cannot do so, we may be unable to expand our business, decrease our manufacturing cost per watt, maintain our competitive position, satisfy our contractual obligations, or sustain profitability. See "An increased global supply of PV modules has caused and may continue to cause structural imbalances in which global PV module supply exceeds demand, which could have a material adverse effect on our business, financial condition and results of operations." Our ability to expand production capacity is subject to significant risks and uncertainties, including the following:

- making changes to our production process that are not properly qualified or that may cause problems with the quality of our solar modules;

- delays and cost overruns as a result of a number of factors, many of which may be beyond our control, such as our inability to secure successful contracts with equipment vendors;

- our custom-built equipment taking longer and costing more to manufacture than expected and not operating as designed;

- delays or denial of required approvals by relevant government authorities;

21

- being unable to hire qualified staff;

- failure to execute our expansion plans effectively;

- manufacturing concentration risk resulting from a majority of production lines worldwide being located in one geographic area, Malaysia;

- difficulty in balancing market demand and manufacturing production in an efficient and timely manner, potentially causing us to be manufacturing capacity constrained in some future periods or over-supplied in others; and

- Incurring manufacturing asset write-downs, write-offs and other charges and costs, which may be significant, during those periods in which we idle, slow down or shut down manufacturing capacity.

*If our future production lines are not built in line with our committed schedules it may impair our growth plans. If our future production lines do not achieve operating metrics similar to our existing production lines, our solar modules could perform below expectations and cause us to lose customers.*

If we are unable to systematically replicate our production lines as necessary over time and achieve and sustain similar operating metrics in our future production lines as we have achieved at our existing production lines, our manufacturing capacity could be substantially constrained, our manufacturing costs per watt could increase, and this may impair our growth plans and/or cause us to lose customers, resulting in lower net sales, higher liabilities, and lower net income than we anticipate. For instance, future production lines could produce solar modules that have lower conversion efficiencies, higher failure rates, and higher rates of degradation than solar modules from our existing production lines, and we could be unable to determine the cause of the lower operating metrics or develop and implement solutions to improve performance. In addition, we might be unable to produce enough solar modules to satisfy our contractual requirements under our customer contracts.

*Some of our manufacturing equipment is customized and sole sourced. If our manufacturing equipment fails or if our equipment suppliers fail to perform under their contracts, we could experience production disruptions and be unable to satisfy our contractual requirements.*

Some of our manufacturing equipment is customized to our production lines based on designs or specifications that we provide to the equipment manufacturer, which then undertakes a specialized process to manufacture the custom equipment. As a result, the equipment is not readily available from multiple vendors and would be difficult to repair or replace if it were to become damaged or stop working. If any piece of equipment fails, production along the entire production line could be interrupted. In addition, the failure of our equipment suppliers to supply equipment in a timely manner or on commercially reasonable terms could delay our expansion plans and otherwise disrupt our production schedule or increase our manufacturing costs, all of which would adversely impact our financial results.

*If we are unable to further increase the number of sellable watts per solar module and reduce our manufacturing cost per watt, our profitability could decline.*

Our profitability could decline if we are unable to continue to reduce our manufacturing cost per watt. Furthermore, our failure to reduce cost per watt by increasing our efficiency may impair our ability to enter new markets that we believe will require lower cost per watt for us to be competitive and may impair our growth plans.

*We may be unable to manage the expansion of our operations effectively.*

We expect to continue to expand our business in order to provide utility-scale PV generation to existing and new geographic markets and to maintain or increase market share. To manage the continued expansion of our operations, we will be required to continue to improve our operational and financial systems, procedures and controls, and expand, train, and manage our growing associate base. Our management will also be required to maintain and expand our relationships with customers, suppliers, and other third parties and attract new customers and suppliers. In addition, our current and planned operations, personnel, systems, and internal controls and procedures might be inadequate to support our future growth. If we cannot manage our growth effectively, we may be unable to take advantage of market opportunities, execute our business strategies or respond to competitive pressures.

*Implementing a new enterprise resource planning system could interfere with our business or operations and could adversely impact our financial position, results of operations, and cash flows.*

22

We are in the process of implementing a new enterprise resource planning (ERP) system. Phase 1 of this implementation was completed in the second half of 2010, and the second phase of this implementation was completed in the second half of 2011. This project requires significant investment of capital and human resources, the re-engineering of many processes of our business, and the attention of many associates and managers who would otherwise be focused on other aspects of our business. Any disruptions, delays, or deficiencies in the design and implementation of the new ERP system could result in potentially much higher costs than we had anticipated and could adversely affect our ability to process customer orders, ship products, provide services and support to customers, bill and track our customers, fulfill contractual obligations, file SEC reports in a timely manner and/or otherwise operate our business, or otherwise impact our controls environment, and any of these consequences could have an adverse effect on our financial position, results of operations, and cash flows.

***Our substantial international operations subject us to a number of risks, including unfavorable political, regulatory, labor, and tax conditions in foreign countries.***

We have significant marketing, distribution, and manufacturing operations both within and outside the United States. In 2011, 43% of our net sales were generated from customers headquartered in the European Union. We expect to continue to expand our operations into China, India, other countries in Europe, Asia, the Middle East, and elsewhere; as a result, we will be subject to the legal, political, social, tax, and regulatory requirements, and economic conditions of many jurisdictions. Risks inherent to international operations, include, but are not limited to, the following:

- difficulty in enforcing agreements in foreign legal systems;

- varying degrees of protection afforded to foreign investments in the countries in which we operate, and irregular interpretations and enforcement of laws and regulations in these jurisdictions;

- foreign countries may impose additional income and withholding taxes or otherwise tax our foreign operations, impose tariffs, or adopt other restrictions on foreign trade and investment, including currency exchange controls;

- fluctuations in exchange rates may affect product demand and may adversely affect our profitability in U.S. dollars to the extent the price of our solar modules and cost of raw materials, labor, and equipment is denominated in a foreign currency;

- inability to obtain, maintain, or enforce intellectual property rights;

- risk of nationalization or other expropriation of private enterprises;

- changes in general economic and political conditions in the countries in which we operate, including changes in the government incentives we are relying on;

- unexpected adverse changes in foreign laws or regulatory requirements, including those with respect to environmental protection, export duties, and quotas;

- opaque approval processes in which the lack of transparency may cause delays and increase the uncertainty of project approvals;

- difficulty in staffing and managing widespread operations;

- difficulty in repatriating earnings;

- difficulty in negotiating a successful collective bargaining agreement in applicable foreign jurisdictions;

- trade barriers such as export requirements, tariffs, taxes, local content requirements, and other restrictions and expenses, which could increase the price of our solar modules and make us less competitive in some countries; and

- difficulty of, and costs relating to, compliance with the different commercial and legal requirements of the overseas countries in which we offer and sell our solar modules.

Our business in foreign markets requires us to respond to rapid changes in market conditions in these countries. Our overall success as a global business depends, in part, on our ability to succeed in differing legal, regulatory, economic, social, and political conditions. We may not be able to develop and implement policies and strategies that will be effective in each location where we

23

Case 2:12-cv-00555-DGC     Document 331     Filed 03/27/15     Page 264 of 315

do business.

**Risks Related to Our Systems Business**

*Project development or construction activities may not be successful and projects under development may not receive required permits, real property rights, power purchase agreements (PPAs), interconnection and transmission arrangements or financing or construction may not commence or proceed as scheduled, which could increase our costs and impair our ability to recover our investments.*

The development and construction of solar power electric generation facilities and other energy infrastructure projects involve numerous risks. We may be required to spend significant sums for land and interconnection rights, preliminary engineering, permitting, legal, and other expenses before we can determine whether a project is feasible, economically attractive, or capable of being built. Success in developing a particular project is contingent upon, among other things:

- obtaining satisfactory land rights, including environmental mitigation lands;

- receipt from governmental agencies of required land use and construction permits and approvals;

- receipt of rights to interconnect the project to the electric grid or to transmit energy;

- payment of interconnection and other deposits (some of which are non-refundable);

- negotiation of satisfactory engineering, procurement, and construction agreements;

- entering into financeable arrangements for the purchase of the electrical output and renewable energy attributes generated by the project;

- securing a project site and necessary rights of way;

- obtaining construction financing, including debt, equity and funds associated with the monetization of tax credits and other tax benefits; and

- timely implementation and satisfactory completion of construction.

Successful completion of a particular project may be adversely affected by numerous factors, including:

- delays in obtaining and maintaining required governmental permits and approvals, including appeals of approvals obtained;

- potential challenges from project stakeholders, including local residents, environmental organizations, and others who may not support the project;

- unforeseen engineering problems;

- construction delays and contractor performance shortfalls;

- work stoppages;

- cost over-runs;

- labor, equipment and materials supply shortages or disruptions;

- additional complexities when conducting project development or construction activities in foreign jurisdictions, including operating in accordance with the U.S. Foreign Corrupt Practices Act and applicable local laws and customs;

- unfavorable tax treatment;

- adverse weather conditions;

24

- adverse environmental and geological conditions; and

- force majeure and other events out of our control.

If we are unable to complete the development of a solar power facility, we fail to meet one or more agreed target construction milestone dates, any agreed upon system-level capacity or energy output guarantees or warranties (including, for some projects, twenty-five year energy performance or system-level module degradation warranties and guarantees), or other contract terms, or our projects cause grid interference or other damage, we may be subject to forfeiture of significant deposits under power purchase agreements or interconnection agreements or termination of such agreements, significant liquidated damages, penalties and/or other obligations under the EPC agreement or other agreements relating to the project (including obligations to repair, replace and/or supplement additional modules and balance of system materials for the project), particularly if our liabilities are not capped under the terms of such agreement, and we typically will not be able to recover our investment in the project. Some of these penalties might require us to repurchase the project from the buyer or to down-size the project, under certain circumstances. If we were required to repurchase a project, we may have insufficient cash or capital resources necessary to make the repurchase payment or we may be unable to resell the project in a timely manner or on terms commercially satisfactory to us, which would adversely impact our results of operations. Some of these investments are included as assets on our consolidated balance sheet under the line item "Project assets." If we are unable to complete the development of a solar power project, we may write-down or write-off some or all of these capitalized investments, which would have an adverse impact on our net income in the period in which the loss is recognized. In 2012, we expect to invest a significant amount of capital to develop projects owned by us or third parties, which may limit the availability of capital to use for other purposes, such as contract damages or repurchase payments.

We may enter into fixed-price EPC contracts in which we act as the general contractor for our customers in connection with the installation of their solar power systems. All essential costs are estimated at the time of entering into the EPC contract for a particular project, and these are reflected in the overall fixed-price that we charge our customers for the project. These cost estimates are preliminary and may or may not be covered by contracts between us or the subcontractors, suppliers, and other parties to the project. In addition, we require qualified, licensed subcontractors to install most of our systems. Shortages of such skilled labor could significantly delay a project or otherwise increase our costs. Should miscalculations in planning a project occur (including those due to unexpected increases in inflation, commodity prices or labor costs) or delays in execution occur and we are unable to increase commensurately the EPC sales price, we may not achieve our expected margins or we may be required to record a loss in the relevant fiscal period.

*We may be unable to acquire or lease land, obtain necessary interconnection and transmission rights, and/or obtain the approvals, licenses, permits and electric transmission grid interconnection and transmission rights necessary to build and operate PV power plants in a timely and cost effective manner, and regulatory agencies, local communities, labor unions or other third parties may delay, prevent, or increase the cost of construction and operation of the PV plants we intend to build.*

In order to construct and operate our PV plants, we need to acquire or lease land and rights of way, obtain interconnection rights, and obtain all necessary local, county, state, federal, and foreign approvals, licenses, and permits as well as rights to interconnect the plants to the transmission grid and transmit energy generated from the plant. We may be unable to acquire the land or lease interests needed, may not obtain satisfactory interconnection rights, may not receive or retain the requisite approvals, permits, licenses and interconnection and transmission rights, or may encounter other problems which could delay or prevent us from successfully constructing and operating PV plants.

Many of our proposed PV plants are located on or require access through public lands administered by federal and state agencies pursuant to competitive public leasing and right-of-way procedures and processes. The authorization for the use, construction, and operation of PV plants and associated transmission facilities on federal, state, and private lands will also require the assessment and evaluation of mineral rights, private rights-of-way, and other easements; environmental, agricultural, cultural, recreational, and aesthetic impacts; and the likely mitigation of adverse impacts to these and other resources and uses. The inability to obtain the required permits and, potentially, excessive delay in obtaining such permits due, for example, to litigation or third party appeals, could prevent us from successfully constructing and operating PV plants in a timely manner and could result in a potential forfeiture of any deposit we have made with respect to a given project. Moreover, project approvals subject to project modifications and conditions, including mitigation requirements and costs, could affect the financial success of a given project.

In addition, local labor unions may increase the cost of, and/or lower the productivity of, project development in Canada, California, and elsewhere. We may also be subject to labor unavailability and/or increased union labor requirements due to multiple simultaneous projects in a geographic region.

*Lack of transmission capacity availability, potential upgrade costs to the transmission grid, and other systems constraints could significantly impact our ability to build PV plants and generate solar electricity power sales.*

25

In order to deliver electricity from our PV plants to our customers, our projects need to connect to the transmission grid. The lack of available capacity on the transmission grid could substantially impact our projects and cause reductions in project size, delays in project implementation, increases in costs from transmission upgrades, and potential forfeitures of any deposit we have made with respect to a given project. These transmission issues, as well as issues relating to the availability of large systems such as transformers and switch gear, could significantly impact our ability to build PV plants and generate solar electricity sales.

*Our systems business is largely dependent on us and third parties arranging financing from various sources, which may not be available or may only be available on unfavorable terms or in insufficient amounts.*

The construction of the large utility-scale solar power projects under development by us is expected in many cases to require project financing, including non-recourse project debt financing in the bank loan market and institutional debt capital markets. Uncertainties exist as to whether our projects will be able to access the debt markets in a magnitude sufficient to finance their construction. If we are unable to arrange such financing or if it is only available on unfavorable terms, we may be unable to fully execute our systems business plan. In addition, we generally expect to sell our projects by raising project equity capital from tax- oriented, strategic industry, and other equity investors. Such equity sources may not be available or may only be available in insufficient amounts, in which case our ability to sell our projects may be delayed or limited and our business, financial condition, or results of operations may be adversely affected. Even if such financing sources are available, the counterparty to many of our fixed-price EPC contracts, which own the project we are constructing, are often special purpose vehicles that do not have significant assets other than their interests in the project and have pledged all or substantially all of these assets to secure the project-related debt and certain other sources of financing. If the owner defaults on its payment or other obligations to us, we may face difficulties in collecting payment of amounts due to us for the costs previously incurred or for the amounts previously expended or committed to be expended to purchase equipment or supplies (including intercompany purchases of PV modules), or for termination payments we are entitled to under the terms of the related EPC contract. If we are unable to collect the amounts owed to us, or are unable to complete the project because of an owner default, we may be required to record a charge against earnings related to the project, which could result in a material loss.

In addition, for projects to which we provide EPC services but are not the project developer, our EPC activities are in many cases dependent on the ability of third parties to finance their PV plant projects, which, in turn, is dependent on their ability to obtain financing for such purchases on acceptable terms. Depending on prevailing conditions in the credit markets, interest rates and other factors, such financing may not be available or may only be available on unfavorable terms or in insufficient amounts. If third parties are limited in their ability to access financing to support their purchase of PV power plant construction services from us, we may not realize the cash flows that we expect from such sales, and this could adversely affect our ability to invest in our business and/or generate revenue. See also the risk factor above entitled "An increase in interest rates or lending rates or tightening of the supply of capital in the global financial markets (including a reduction in total tax equity availability) could make it difficult for end-users to finance the cost of a PV system and could reduce the demand for our solar modules and/or lead to a reduction in the average selling price for PV modules."

*Developing solar power projects may require significant upfront investment prior to the signing of an EPC contract and commencing construction, which could adversely affect our business and results of operations.*

Our solar power project development cycles, which span the time between the identification of land and the commercial operation of a PV power plant project, vary substantially and can take many months or years to mature. As a result of these long project cycles, we may need to make significant upfront investments of resources (including, for example, payments for land rights, large transmission and PPA deposits or other payments, which may be non-refundable) in advance of the signing of EPC contracts and commencing construction and the receipt of any revenue, much of which is not recognized for several additional months or years following contract signing. Our potential inability to enter into sales contracts with potential customers after making such upfront investments could adversely affect our business and results of operations. Furthermore, we may become constrained in our ability to simultaneously fund our other business operations and these systems investments through our long project development cycles.

Our liquidity may be adversely affected to the extent the project sale market weakens and we are unable to sell our solar projects on pricing, terms and timing commercially acceptable to us.

***We may not be able to obtain long-term contracts for the sale of power produced by our projects at prices and on other terms favorable to attract financing and other investments.***

Obtaining long-term contracts for the sale of power produced by the projects at prices and on other terms favorable to us is essential for obtaining financing and commencing construction of our projects. We must compete for power purchase agreements

26

against other developers of solar and renewable energy projects. Further, other sources of power, such as natural gas-fired power plants, have historically been cheaper than the cost of solar power and power from certain types of projects, such as natural gas-fired power plants, can be delivered on a firm basis. The inability to compete successfully against other power producers or otherwise enter into PPAs favorable to us would negatively affect our ability to develop and finance our projects and negatively impact our revenue. In addition, the availability of power purchase agreements is a function of a number of economic, regulatory, tax and public policy factors.

*We may be subject to unforeseen costs, liabilities or obligations when providing O&M services.*

For solar power plants which we have developed and built, we may provide ongoing O&M services to the system owner under fixed-price long-term service agreements, pursuant to which we generally perform all scheduled and unscheduled maintenance for the system, perform operating and other asset management services for the system and provide an availability guarantee for the system. Our costs to perform these services are estimated at the time of entering into the O&M agreement for a particular project, and these are reflected in the fixed-price that we charge our customers under the O&M agreement. We do not have extensive experience in performing O&M services for PV solar power plants and estimating actual costs to serve under our O&M agreements relative to the price that we charge our customers, particularly in foreign jurisdictions in which we plan to offer PV systems solutions as part of our Long Term Strategic Plan. Should miscalculations in estimating these costs occur (including those due to unexpected increases in inflation or labor or BoS costs), our growth strategy and results of operations could be adversely affected. Because of the long-term nature of these O&M agreements, such as 25 years, such adverse impacts on results of operations could be significant, particularly if our liabilities are not capped or subject to an above-market liability cap under the terms of the O&M agreement. We also could be subject to substantial costs, liabilities or obligations in the event our solar systems do not meet any agreed-upon system-level availability, energy or performance guarantees or warranties.

## Other Risks

*We may not realize the anticipated benefits of past or future acquisitions, and integration of these acquisitions may disrupt our business and management.*

We have made several acquisitions in the last several years, and in the future we may acquire additional companies, project pipelines, products, or technologies or enter into joint ventures or other strategic initiatives. We may not realize the anticipated benefits of an acquisition and each acquisition has numerous risks. These risks include the following:

- difficulty in assimilating the operations and personnel of the acquired company;

- difficulty in effectively integrating the acquired technologies or products with our current products and technologies;

- difficulty in maintaining controls, procedures, and policies during the transition and integration;

- disruption of our ongoing business and distraction of our management and associates from other opportunities and challenges due to integration issues;

- difficulty integrating the acquired company's accounting, management information, and other administrative systems;

- inability to retain key technical and managerial personnel of the acquired business;

- inability to retain key customers, vendors, and other business partners of the acquired business;

- inability to achieve the financial and strategic goals for the acquired and combined businesses;

- incurring acquisition-related costs or amortization costs for acquired intangible assets that could impact our operating results;

- potential impairment of our relationships with our associates, customers, partners, distributors, or third party providers of technology or products;

- potential failure of the due diligence processes to identify significant issues with product quality, legal and financial liabilities, among other things;

- potential inability to assert that internal controls over financial reporting are effective;

27

- potential inability to obtain, or obtain in a timely manner, approvals from governmental authorities, which could delay or prevent such acquisitions; and

- potential delay in customer purchasing decisions due to uncertainty about the direction of our product offerings.

Mergers and acquisitions of companies are inherently risky, and ultimately, if we do not complete the integration of acquired businesses successfully and in a timely manner, we may not realize the anticipated benefits of the acquisitions to the extent anticipated, which could adversely affect our business, financial condition, or results of operations.

*Our future success depends on our ability to retain our key associates and to successfully integrate them into our management team.*

We are dependent on the services of our executive officers and other members of our senior management team. The loss of one or more of these key associates or any other member of our senior management team could have a material adverse effect on us. We may not be able to retain or replace these key associates, and we may not have adequate succession plans in place. Several of our current key associates including our executive officers are subject to employment conditions or arrangements that contain post-employment non-competition provisions. However, these arrangements permit the associates to terminate their employment with us upon little or no notice and the enforceability of the non-competition provisions is uncertain.

Our current chief executive officer has been serving on an interim basis since October 2011. We could be subject to management disruptions or distractions resulting from any extended delay in hiring a new chief executive officer or from such new chief executive officer's integration into the Company.

*If we are unable to attract, train, and retain key personnel, our business may be materially and adversely affected.*

Our future success depends, to a significant extent, on our ability to attract, train, and retain management, operations, and technical personnel. Recruiting and retaining capable personnel, particularly those with expertise in the PV industry and thin-film technology, are vital to our success. There is substantial competition for qualified technical personnel and there can be no assurance that we will be able to attract or retain our technical personnel. If we are unable to attract and retain qualified associates, or otherwise experience labor disruptions our business may be materially and adversely affected.

Certain types of services provided by onsite workers are subject to the Davis-Bacon Act. The Davis-Bacon Act requires that a contractor pay all personnel assigned to the contract at least the prevailing wage and fringe benefits, as established by and in accordance with the regulations promulgated by the Department of Labor. We have an established policy pursuant to which we evaluate Davis-Bacon Act requirements and ensure our compliance with these requirements. If the Department of Labor were to determine that anyone working under such contracts were not properly classified, or were being paid the incorrect prevailing wage, we could incur additional liability with respect to such workers. Any such liability incurred above our anticipated costs for these services could have an adverse effect on our financial condition and results of operations.

*We may be exposed to infringement or misappropriation claims by third parties, which, if determined adversely to us, could cause us to pay significant damage awards or prohibit us from the manufacture and sale of our solar modules or the use of our technology.*

Our success depends largely on our ability to use and develop our technology and know-how without infringing or misappropriating the intellectual property rights of third parties. The validity and scope of claims relating to PV technology patents involve complex scientific, legal, and factual considerations and analysis and, therefore, may be highly uncertain. We may be subject to litigation involving claims of patent infringement or violation of intellectual property rights of third parties. The defense and prosecution of intellectual property suits, patent opposition proceedings, and related legal and administrative proceedings can be both costly and time consuming and may significantly divert the efforts and resources of our technical and management personnel. An adverse determination in any such litigation or proceedings to which we may become a party could subject us to significant liability to third parties, require us to seek licenses from third parties, which may not be available on reasonable terms, or at all, or pay ongoing royalties, require us to redesign our solar module, or subject us to injunctions prohibiting the manufacture and sale of our solar modules or the use of our technologies. Protracted litigation

could also result in our customers or potential customers deferring or limiting their purchase or use of our solar modules until the resolution of such litigation.

*Currency translation and transaction risk may negatively affect our net sales, cost of sales, and gross margins and could result in exchange losses.*

28

Although our reporting currency is the U.S. dollar, we conduct our business and incur costs in the local currency of most countries in which we operate. As a result, we are subject to currency translation and transaction risk. For example, 43% and 73% of our net sales were denominated in euros for the years ended December 31, 2011 and December 31, 2010, respectively, and we expect a large percentage of our net sales to be outside the United States and denominated in foreign currencies in the future. In addition, our operating expenses for our manufacturing plants located outside the U.S. and our operations for our systems business in foreign countries will generally be denominated in the local currency. Changes in exchange rates between foreign currencies and the U.S. dollar could affect our net sales and cost of sales and could result in exchange gains or losses. For example, during 2011 our net sales was reduced by $6.3 million due to a decrease in the blended exchange rate between the euro and the U.S. dollar. In addition, we incur currency translation risk whenever one of our operating subsidiaries enters into either a purchase or a sales transaction using a different currency from our reporting currency. For example, our Supply Contracts specify pricing in euros through 2012 and do not adjust for changes in the U.S. dollar to euro exchange rate. We cannot accurately predict the impact of future exchange rate fluctuations on our results of operations.

We could also expand our business into emerging markets, many of which have an uncertain regulatory environment relating to currency policy. Conducting business in such emerging markets could cause our exposure to changes in exchange rates to increase.

Our ability to hedge foreign currency exposure is dependent on our credit profile with the banks that are willing and able to do business with us. Deterioration in our credit position or a significant tightening of the credit market conditions could limit our ability to hedge our foreign currency exposure; and therefore, result in exchange gains or losses.

### *The ongoing sovereign debt crisis in Europe could adversely impact our business.*

The ongoing sovereign debt crisis in Europe and its impact on the balance sheets and lending practices of European banks in particular could negatively impact our access to, and cost of, capital, and therefore could have an adverse effect on our business, results of operations, financial condition and competitive position. It could also similarly affect our customers and therefore limit the sales of our modules and demand for our systems business as well. The European sovereign debt crisis may also cause European governments to reduce, eliminate or allow to expire government subsidies and economic incentives for solar energy, which could limit our growth or cause our net sales to decline and materially and adversely affect our business, financial condition, and results of operations.

### *The Estate of John T. Walton and its affiliates have significant control over us and their interests may conflict with or differ from interests of other stockholders.*

Our largest stockholder, the Estate of John T. Walton and its affiliates, including JCL Holdings, LLC and JTW Trust No. 1 UAD 9/19/02 (collectively, the Estate), owned approximately 31% of our outstanding common stock at December 31, 2011. As a result, the Estate has substantial influence over all matters requiring stockholder approval, including the election of our directors and the approval of significant corporate transactions such as mergers, tender offers, and the sale of all or substantially all of our assets. The interests of the Estate could conflict with or differ from interests of other stockholders. For example, the concentration of ownership held by the Estate could delay, defer or prevent a change of control of our company or impede a merger, takeover, or other business combination which a majority of stockholders may view favorably.

### *If our goodwill or project assets become impaired, we may be required to record a significant charge to earnings.*

We may be required to record a significant charge to earnings in our financial statements should we determine that our goodwill or project assets are impaired. Such a charge might have a significant impact on our financial position and results of operations. During the fourth quarter of 2011 we recorded goodwill impairment expense of $393.4 million related to our components reporting unit as discussed further in Note 5. "Goodwill and Intangible Assets," to our consolidated financial statements for the year ended December 31, 2011 included in this Annual Report on Form 10-K.

As required by accounting rules, we review our goodwill for impairment at least annually in the fourth quarter or more frequently if facts and circumstances indicate that it is more likely than not that the fair value of a reporting unit that has goodwill is less than its carrying value. Factors that may be considered a change in circumstances indicating that the carrying value of our goodwill might not be recoverable include a significant decline in our stock price and market capitalization, a significant decline in projections of future cash flows and lower future growth rates in our industry.

We review project assets for impairment whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. We consider a project commercially viable and recoverable if it is anticipated to be saleable for a profit once it is either fully developed or fully constructed. If our projects are not considered commercially viable, we would be required to

29

impair the respective project assets.

***Unanticipated changes in our tax provisions, the adoption of a new U.S. tax legislation, or exposure to additional income tax liabilities could affect our profitability.***

We are subject to income taxes in the United States and the foreign jurisdictions in which we operate. Our tax liabilities are affected by the amounts we charge for inventory, services, licenses, funding, and other items in inter-company transactions. We are subject to potential tax examinations in these various jurisdictions. Tax authorities may disagree with our inter-company charges, cross-jurisdictional transfer pricing or other tax positions and assess additional taxes. We regularly assess the likely outcomes of these examinations in order to determine the appropriateness of our tax provision in accordance with ASC 740, *Income Taxes*. However, there can be no assurance that we will accurately predict the outcomes of these potential examinations, and the amounts ultimately paid upon resolution of examinations could be materially different from the amounts previously included in our income tax expense and therefore, could have a material impact on our tax provision, net income, and cash flows. In addition, our future effective tax rate could be adversely affected by changes to our operating structure, loss of our Malaysian tax holiday, changes in the mix of earnings in countries with tax holidays or differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities, changes in tax laws, and the discovery of new information in the course of our tax return preparation process. In addition, recently announced proposals for new U.S. tax legislation could have a material effect on the results of our operations; if enacted.

***Our credit agreements contain covenant restrictions that may limit our ability to operate our business.***

We may be unable to respond to changes in business and economic conditions, engage in transactions that might otherwise be beneficial to us, and obtain additional financing, if needed, because our revolving credit agreement with JPMorgan Chase Bank, N.A., as Administrative Agent, and our Malaysian and German facility agreements contain, and any of our other future debt agreements may contain, covenant restrictions that limit our ability to, among other things:

- incur additional debt, assume obligations in connection with letters of credit, or issue guarantees;

- create liens;

- enter into certain transactions with our affiliates;

- sell certain assets; and

- declare or pay dividends, make other distributions to stockholders, or make other restricted payments.

Under our revolving credit agreement and our Malaysian and German facility agreements, we are also subject to certain financial condition covenants. Our ability to comply with covenants under our credit agreements is dependent on our future performance, which will be subject to many factors, some of which are beyond our control, including prevailing economic conditions. In addition, our failure to comply with these covenants could result in a default under these agreements and any of our other future debt agreements, which if not cured or waived, could permit the holders thereof to accelerate such debt and could cause cross-defaults under our other facility agreements and the possible acceleration of debt under such other facility agreements, as well as cross-defaults under certain of our key project and operational agreements. In addition, we cannot assure you that events that occur within the Company, or in the industry or the economy as a whole, will not constitute material adverse effects under these agreements. If it is determined that a material adverse effect has occurred, the lenders can, under certain circumstances, restrict future borrowings or accelerate the due date of outstanding loan balances. If any of our debt is accelerated, we may in the future not have sufficient funds available to repay such debt, and we may experience cross-defaults under our other debt agreements or project and key operational agreements, which could materially and negatively affect our business, financial condition and results of operations.

**Item 1B:** ***Unresolved Staff Comments***

None.

**Item 2:** ***Properties***

Our principal properties consisted of the following:

30

(3)  Includes our 2003 Unit Option Plan and our 2006 and 2010 Omnibus Incentive Compensation Plans.

(4)  Includes our 2003 Unit Option Plan and 2010 Omnibus Incentive Compensation Plan.

**Stock Price Performance Graph**

The following graph compares the cumulative 5-year total return on our common stock relative to the cumulative total returns of the S&P 500 Index, the Guggenheim Solar Index, and two customized peer groups of companies (Old Peer Group and New Peer Group). The Old Peer Group includes Q-Cells SE, SolarWorld AG, SunPower Corporation, Suntech Power Holdings Company Limited, Trina Solar Limited, and Yingli Green Energy Holding Company Limited. The New Peer Group includes Canadian Solar Inc., Hanwha Solarone Company Limited, SolarWorld AG, SunPower Corporation, Suntech Power Holdings Company Limited, Trina Solar Limited, and Yingli Green Energy Holding Company Limited. We believe that each peer group consisting of comparable issuers and the Guggenheim Solar Index is representative of the solar industry as a whole. In the stock price performance graph included below, an investment of $100 (with reinvestment of all dividends) is assumed to have been made in our common stock, in each index, and in each of the peer groups on December 30, 2006, and its relative performance is tracked through December 31, 2011. No cash dividends have been declared on shares of our common stock. This performance graph is not "soliciting material," is not deemed filed with the SEC, and is not to be incorporated by reference in any filing by us under the Securities Act of 1933, as amended (the "Securities Act"), or the Exchange Act, whether made before or after the date hereof, and irrespective of any general incorporation language in any such filing. The stock price performance shown on the graph represents past performance and should not be considered an indication of future price performance.



**COMPARISON OF 5 YEAR CUMULATIVE TOTAL RETURN\***
Among First Solar, Inc., the S&P 500 Index, Old Peer Group,
New Peer Group and Guggenheim Solar

\*$100 invested on 12/30/06 in stock or index, including reinvestment of dividends.
Index calculated on month-end basis.

33

In the fourth quarter of 2011, we accrued additional expenses in excess of standard product warranty liability relating to our voluntary remediation program. A principal driver behind such additional accrual was our greater understanding as of year-end, obtained through the processing of thousands of claims as described below, of the number of modules not affected in the manufacturing excursion that needed to be removed (and subsequently replaced) in order for us to be able to identify and remedy the number of modules actually affected by the manufacturing excursion. For additional information regarding accrued expenses in excess of standard product warranty liability relating to our voluntary remediation program, see Note 8. "Consolidated Balance Sheet Details," to our consolidated financial statements included in this Annual Report on Form 10-K. Our voluntary remediation program, and the related manufacturing excursion, also resulted in changes in estimates to our product warranty liability. For additional information regarding these changes, see Note 16. "Commitments and Contingencies," to our consolidated financial statements included in this Annual Report on Form 10-K.

In response to our communications to customers regarding our intent to undertake a voluntary remediation program, we received more than five thousand customer claims, which covered an installed base greater than our entire production output during the June 2008 - June 2009 timeframe. In our processing of these claims to date, we have determined that we will take remediation actions in accordance with our voluntary remediation program with respect to approximately 1,100 of such claims, approximately an additional 200 claims could, pending receipt of additional information, qualify for remediation, and the balance of approximately 4,000 claims have been or will be rejected as they did not meet the criteria for participation in our voluntary remediation program (including claims containing insufficient data necessary to evaluate them). We have expensed $215.7 million total to-date for the estimated costs of remediating systems affected by modules manufactured during the relevant period, including $145.6 million for remediation expenses beyond our limited warranty obligations and $70.1 million in product warranty expense reflecting the net increase in the expected number of replacement modules required in connection with our remediation efforts, as described in more detail under "-Results of Operations-Fiscal Years Ended December 31, 2011 and December 31, 2010-Cost of Sales" and "-Results of Operations-Fiscal Years Ended December 31, 2011 and December 31, 2010-Selling, General and Administrative."

In addition to those customers with systems containing modules affected by the manufacturing excursion that we have already identified, we are working with a number of additional customers who have made claims and may have affected modules. We are in the process of gathering information to complete our analysis of these remaining claims. Based upon our experience to date with our remediation approach, together with the data currently available, we estimate that, if we ultimately remediate these systems under our current remediation program, we could incur additional costs of up to approximately $44 million. This includes approximately $24 million beyond our limited warranty obligations in connection with these claims, including the costs of actual remediation and the costs of additional compensation payments to customers under certain circumstances, and approximately $20 million related to additional product warranty liability.

### Module Installation in Non-Temperate Climates

We believe our PV modules are potentially subject to increased failure rates in hot climates. This assumption is based on technical literature, data that we have developed internally including through accelerated-life testing, our analysis of modules returned under warranty, and our analysis of performance data from systems that we monitor under O&M agreements. Processes that are accelerated by higher ambient temperatures include stress corrosion cracking in glass, polymer creepage and impurity diffusion processes. For more information about risks related to thin film module product performance, please see Item 1A: "*Thin-film technology has a short history, and our thin-film technology and solar modules and systems may perform below expectations; problems with product quality or performance may cause us to incur significant and/or unexpected warranty and related expenses, damage our market reputation, and prevent us from maintaining or increasing our market share.*" First Solar has an extensive deployment history in temperate climates, such as Europe. Our deployed volume into hot climates, such as the southwestern United States, is mostly recent. We have increased our warranty reserve by $37.8 million to reflect our exposure to this shift in the mix of geographic regions where our modules are installed. As we execute on our Long Term Strategic Plan, we expect to install higher volumes in non-temperate climates as part of our utility-scale offerings in Asia, the Middle East, Africa, Australia and the southwestern United States. Accordingly, we will continue to review our warranty reserve in the future to reflect actual installations in such non-temperate climates and adjust such reserve as appropriate. For additional information regarding changes in estimates to our product warranty liability see Note 16. "Commitments and Contingencies," to our consolidated financial statements included in this Annual Report on Form 10-K.

### Financial Operations Overview

The following describes certain line items in our statement of operations and some of the factors that affect our operating results.

40

We expensed $99.7 million total-to-date in connection with our voluntary remediation efforts for module removal, replacement and logistical services related to the manufacturing excursion and $70.1 million in warranty expense accruals related to an increase in the expected number of required replacement modules in connection with our remediation efforts. Such amounts include $132.3 million of expense in 2011 and $94.0 million in expenses in the fourth quarter of 2011, reflecting our most recent best estimate for these remediation efforts. See Note 8. "Consolidated Balance Sheet Details," and Note 16. "Commitments and Contingencies," to our consolidated financial statements for the year ended December 31, 2011 included in this Annual Report on Form 10-K.

Our average manufacturing cost per watt declined by $0.02 per watt, or 3%, from $0.77 in 2010 to $0.75 in 2011 and included $0.01 of non-cash stock based compensation.

*Gross Profit*

| (Dollars in thousands) | Years Ended | | Year Over Year Change | |
| --- | --- | --- | --- | --- |
| | 2011 | 2010 | | |
| Gross profit | $ 971,751 | $ 1,184,846 | $ (213,095) | (18)% |
| % of net sales | 35.1% | 46.2% | | |

Gross profit as a percentage of net sales decreased by 11.1 percentage points in 2011 compared with 2010. This decrease was attributable to the following: a 6.1 percentage point reduction due to a decline in our module ASP, a 1.5 percentage point reduction relating to voluntary remediation efforts for affected module removal, replacement and logistical services related to the manufacturing excursion discussed in Item 7: "2008-2009 Manufacturing Excursion" in this Annual Report on Form 10-K, a 3.3 percentage point reduction due to an increase in the expected number of required replacement modules for such excursion related remediation efforts, a 1.8 percentage point reduction due to an increase in expected warranty claims for potential module performance in certain climates, and a 0.6 percentage point reduction due to inventory write-downs. These decreases were partially offset by a 1.9 percentage point increase attributable to continued manufacturing scale and reductions in our manufacturing cost per watt, a 0.2 percentage point increase due to segment mix between our components and systems businesses, and a 0.1 percentage point increase due to the weakening of the euro against the U.S. dollar exchange rate. We expect that gross profit will continue to be impacted in future periods by the product mix between our components and systems businesses.

*Research and Development*

| (Dollars in thousands) | Years Ended | | Year Over Year Change | |
| --- | --- | --- | --- | --- |
| | 2011 | 2010 | | |
| Research and development | $ 140,523 | $ 94,797 | $ 45,726 | 48% |
| % of net sales | 5.1% | 3.7% | | |

The increase in research and development expense was primarily due to a $19.3 million increase in personnel-related expenses (including a $4.5 million increase in share-based compensation expense) resulting from hiring for increased investment in various research and development projects, a $25.6 million increase in testing and qualification material cost, and a $2.3 million increase in facilities and utilities expenses. These increases were partially offset by a decrease in other expenses of $1.5 million. During 2011 we continued the development of our solar module technology by increasing the conversion efficiency of our modules by approximately 5% compared to 2010 from 11.3% to 11.9%.

*Selling, General and Administrative*

| (Dollars in thousands) | Years Ended | | Year Over Year Change | |
| --- | --- | --- | --- | --- |
| | 2011 | 2010 | | |
| Selling, general and administrative | $ 412,541 | $ 321,704 | $ 90,837 | 28% |
| % of net sales | 14.9% | 12.5% | | |

The increase in selling, general and administrative expense was primarily due to $34.8 million in estimated compensation payments to customers, under certain circumstances, for power lost prior to the remediation of the customer's system under our voluntary remediation program discussed above in "—2008-2009 Manufacturing Excursion," a $15.2 million increase in

infrastructure spending partially related to the implementation of a new ERP system, $14.5 million increase in salaries and personnel-related expenses (including a $1.5 million increase in share-based compensation expense), a $10.5 million allowance for doubtful accounts concerning the collectability of past due accounts receivable for a certain customer, an $8.6 million increase in expenses related to the development of systems projects and new markets, and a $7.3 million increase in expenses related to professional fees, facilities, and other operating expenses.

51

We expensed $45.9 million total-to-date for compensation payments to customers for power lost prior to the remediation of the customer's system under our voluntary remediation program discussed above in "—2008-2009 Manufacturing Excursion." Such amounts include $40.3 million of expense in 2011 and $31.8 million in expenses in the fourth quarter of 2011, reflecting our most recent best estimate.

*Production Start-Up*

| (Dollars in thousands) | Years Ended | | Year Over Year Change | |
|---|---|---|---|---|
| | 2011 | 2010 | | |
| Production start-up | $ 33,620 | $ 19,442 | $ 14,178 | 73% |
| % of net sales | 1.2% | 0.8% | | |

During 2011, we incurred $33.6 million of production start-up expenses primarily due to manufacturing expansion activity in Germany, Malaysia, Vietnam, France, and Arizona, including legal, regulatory and personnel costs, compared with $19.4 million of production start-up expenses for manufacturing expansion activity in Malaysia, France, Ohio, and Germany during 2010. Production start-up expenses are comprised of the cost of labor and material and depreciation expense to run and qualify the production lines, related facility expenses, management of our replication process, and legal and regulatory costs.

*Goodwill impairment*

| (Dollars in thousands) | Years Ended | | Year Over Year Change | |
|---|---|---|---|---|
| | 2011 | 2010 | | |
| Goodwill impairment | $ 393,365 | $ — | $ 393,365 | 100% |
| % of net sales | 14.2% | —% | | |

As of December 31, 2010, the $393.4 million in goodwill related to our components reporting unit primarily represented goodwill originally allocated from the acquisitions of OptiSolar in 2009 and NextLight in 2010. The allocation of substantially all the goodwill from these acquisitions to our components reporting unit represented the expected synergies, economies of scale and vertical integration our components business would realize from using our solar modules in the project pipelines obtained from these acquisitions. The goodwill allocation to our components business was consistent with our historical view that the systems business functioned as an enabler for the components business to drive module throughput. Once goodwill has been assigned to a reporting unit, for accounting purposes, the goodwill is no longer associated with the underlying acquisitions that the goodwill originated from.

We determined the implied fair value of goodwill in the components reporting unit to be zero as of December 31, 2011. As a result, we impaired all of the goodwill in the components reporting unit and recorded $393.4 million of impairment expense.

See Note 5. "Goodwill and Intangible Assets," to our consolidated financial statements for the year ended December 31, 2011 included in this Annual Report on Form 10-K.

*Restructuring*

| (Dollars in thousands) | Years Ended | | Year Over Year Change | |
|---|---|---|---|---|
| | 2011 | 2010 | | |
| Restructuring | $ 60,366 | $ — | $ 60,366 | 100% |
| % of net sales | 2.2% | —% | | |

During 2011, we incurred $60.4 million of restructuring expenses due to charges relating to a series of initiatives to accelerate operating cost reductions and improve overall operating efficiency. See Note 4. "Restructuring and Acquisitions," to our consolidated financial statements for the year ended December 31, 2011 included in this Annual Report on Form 10-K.

*Foreign currency gain (loss)*

| (Dollars in thousands) | Years Ended | | Year Over Year Change | |
| --- | --- | --- | --- | --- |
| | 2011 | 2010 | | |
| Foreign currency gain (loss) | $ 995 | $ (3,468) | $ 4,463 | (129)% |

52

EX-31.01 5 ex3101ceocertificationdec1.htm CEO CERTIFICATION

**EXHIBIT 31.01**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER
PURSUANT TO 15 U.S.C. SECTION 7241, AS
ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Michael J. Ahearn, certify that:

1      I have reviewed the Annual Report on Form 10-K of First Solar, Inc., a Delaware corporation, for the period ended December 31, 2011, as filed with the Securities and Exchange Commission;

2      Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3      Based on my knowledge, the financial statements and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of and for, the periods presented in this report;

4      The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a)     Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b)     Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c)     Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d)     Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an Annual Report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5      The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a)     All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b)     Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:                              February 29, 2012 /s/ MICHAEL J. AHEARN
                                                    Michael J. Ahearn
                                                    Chief Executive Officer

EX-31.02 6 ex3102cfocertificationdec1.htm CFO CERTIFICATION

**EXHIBIT 31.02**

## CERTIFICATION OF CHIEF FINANCIAL OFFICER
## PURSUANT TO 15 U.S.C. SECTION 7241, AS
## ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002

I, Mark R. Widmar, certify that:

1      I have reviewed the Annual Report on Form 10-K of First Solar, Inc., a Delaware corporation, for the period ended December 31, 2011, as filed with the Securities and Exchange Commission;

2      Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3      Based on my knowledge, the financial statements and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of and for, the periods presented in this report;

4      The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

     (a)      Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

     (b)      Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

     (c)      Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

     (d)      Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an Annual Report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5      The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

     (a)      All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

     (b)      Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:                          February 29, 2012  /s/ MARK R. WIDMAR
                                                  _____
                                                  Mark R. Widmar

                                                  Chief Financial Officer and Chief Accounting
                                                  Officer

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 289 of 315

EX-32.01 7 ex3201ceoandcfocertificati.htm 906 CERTIFICATIONS

**EXHIBIT 32.01**

### CERTIFICATION OF
### CHIEF EXECUTIVE OFFICER AND CHIEF FINANCIAL OFFICER
### PURSUANT TO 18 U.S.C. SECTION 1350,
### AS ADOPTED PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the Annual Report on Form 10-K of First Solar, Inc., a Delaware corporation, for the period ended December 31, 2011, as filed with the Securities and Exchange Commission, each of the undersigned officers of First Solar, Inc. certifies pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to his respective knowledge:

(1)    the annual report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(2)    the information contained in the annual report fairly presents, in all material respects, the financial condition and results of operations of First Solar, Inc. for the periods presented therein.

Date: February 29, 2012                 /s/ MICHAEL  J. AHEARN

                                        Michael J. Ahearn
                                        Chief Executive Officer

Date: February 29, 2012                 /s/ MARK R. WIDMAR

                                        Mark R. Widmar
                                        Chief Financial Officer and Chief
                                        Accounting Officer

Exhibit 53

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call
Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

# Q4 2012 Guidance Call

## Company Participants

- David Brady
- Mike J. Ahearn
- Mark R. Widmar

## Other Participants

- Sanjay Shrestha
- Stephen Chin
- Daniel Ries
- Satya Kumar
- Vishal Shah
- Mehdi Hosseini
- Smittipon Srethapramote
- Tim Michael Arcuri
- Amir Rozwadowski
- Paul Clegg

## MANAGEMENT DISCUSSION SECTION

### Operator

Please stand by. Good day, everyone, and welcome to First Solar's 2012 Guidance Conference Call. This call is being webcast live on the Investors section of the First Solar's website at www.firstsolar.com. [Operator Instructions] As a reminder, today's call is being recorded.

I would now like to turn the call over to David Brady, Vice President and Investor Relations for First Solar, Inc. Mr. Brady, you may begin.

### David Brady

Good morning, everyone, and thank you for joining us for First Solar's 2012 Guidance Call. This morning, the company issued a press release announcing its guidance for 2012. If you did not receive a copy of this press release, you can obtain one from the Investors section of First Solar's website at www.firstsolar.com. In addition, we have posted the presentation for this guidance call on our Investor Relations website.

An audio replay of the call will also be available approximately two hours after its conclusion. The audio replay will remain available until Sunday, December 18, 2011 at 11:59 p.m. Eastern Standard Time, and can be accessed by dialing 888-203-1112 if you're calling from within the United States, or 719-457-0820 if you're calling from outside the United States, and entering the replay passcode 7459995.

A replay of the webcast will be available on the Investors section of company's website approximately two hours after the conclusion of the call, and will remain available for approximately 90 calendar days. If you are a subscriber of FactSet or Thomson One, you can obtain a written transcript.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

With me today are Mike Ahearn, Chairman of the Board and Interim Chief Executive Officer, and Mark Widmar, Chief Financial Officer. Mike will provide a background on current market conditions and lay out our strategy to pursue our goal of creating sustainable markets that will drive the future of solar. Mark will then update 2011 guidance and provide our 2012 guidance and its assumptions. He will also update our long-term roadmaps for module manufacturing costs, module efficiency, and balance of systems costs, and provide an overview on our outlook for operating expenses.

During the Q&A period as a courtesy to those individuals seeking to ask questions, we ask that participants limit themselves to one question. First Solar has allocated approximately one hour for today's call. All financial numbers reported and discussed in today's call are based on U.S. Generally Accepted Accounting Principles except free cash flow, which is a non-GAAP measure and is reconciled to operating cash flow in the back of our presentation.

Now, I'd like to make a brief statement regarding forward-looking remarks that you may hear on today's call. During the course of this call, the company will make projections and other comments that are forward-looking statements within the meaning of the federal securities laws. The forward-looking statements in this call are based on current information and expectations, are subject to uncertainties and changes in circumstances and do not constitute guarantees of future performance.

Those statements involve a number factors that could cause actual results to differ materially from those statements, including the risks as described in the company's most recent annual report on Form 10-K and other filings within the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this call or with respect to the announcements described herein.

It is now my pleasure to introduce Mike Ahearn, Chairman of the Board and interim Chief Executive Officer of First Solar. Mike?

## Mike J. Ahearn

Thanks, David. During the past several weeks, we've been busy developing the strategic framework of First Solar's future in addition to preparing the 2012 operating plan that Mark will discuss with you and today I'd like to share the strategy with you. During the first quarter of 2012, we will also share with you a three-year transformation plan to implement the strategy.

If you turn to slide five, with regard to the strategic framework, the first thing we did was look objectively at the realities of the industry and the marketplace starting with production capacity and volumes. Global production has effectively tripled over the last three years, as you know. Two factors have enabled this to occur.

First, entry barriers for manufacturing polysilicon wafers and cells evaporated several years ago when equipment suppliers effectively integrated process technology into turnkey production equipment. This enabled relatively inexperienced and unskilled operators to quickly enter the supply chain and led to an explosion of production capacity in China and elsewhere.

Second, silicon feedstock constraints which began around 2004 were alleviated in recent years as additional feedstock capacity was brought on line by both incumbent and new suppliers. Feedstock availability brought down prices and enabled higher utilization rates for the nameplate production capacity already in place. The essential point is that the polysilicon supply chain has undergone a fundamental structural change. This is not a cyclical or a seasonal phenomenon.

In a supply chain without structural entry barriers several things occur. First, production volumes increase so long as capital is available to fund it and we've seen over the past several years that U.S. equity markets and more recently, Chinese governmental entities have been willing to provide the capital needed to fund a massive production expansion.

Second, production volumes eventually exceed demand and pricing declines as manufactures attempt to sell the excess product, compressing margins.

Case 2:12-cv-00555-DGC    Document 331    Filed 03/27/15    Page 293 of 315

**Company Name: First Solar**
**Company Ticker: FSLR US**
**Date: 2011-12-14**
**Event Description: Q4 2012 Guidance Call**

**Market Cap: 1,738.52**
**Current PX: 19.99**
**YTD Change($): -13.77**
**YTD Change(%): -40.788**

**Bloomberg Estimates - EPS**
**Current Quarter: 1.101**
**Current Year: 4.454**
**Bloomberg Estimates - Sales**
**Current Quarter: 975.731**
**Current Year: 3726.321**

Third, prices and margins continued to decline until the financing eventually stops and only the most resilient producers remain in operation.

And fourth, supply demand equilibrium that is eventually achieved is only temporary. Excess production resumes when capital again becomes available to fund it.

This last point is important. In an industry without entry barriers which we believe is now the case for polysilicon PV module industry, the easy reentry of competitors and expansion of capacity will keep downward pressure on prices and margins indefinitely.

That's the supply side of the picture, if you turn to slide six we'll discuss the demand side which we refer to as installation capacity because the subsidized solar markets in which the industry operates are in effect limited in their solar installation capacities by the size of their subsidy programs. And we've all seen the industry forecasts that predict volumes well into the future by assuming that existing demand levels will continue more or less at current states and projecting various growth rates off of the existing demand block.

The next few slides look beneath the aggregate historical sales figures to provide an alternative paradigm that we believe more accurately describes the future of subsidized solar markets. Historically 80% or so of the industry's annual sales came from a few countries with open, transparent subsidy programs. These markets which we refer to as core markets exclude Japan, off-grid installations and various small fragmented markets. We plotted the annual installations in the core markets from inception and I'd like to quickly review some of the results.

Slide seven, Spain peaked at over 2.6 gigawatts in 2008 at which time the government took action to sharply reduce the program. Slide eight, the Czech Republic peaked at around 1.5 gigawatts in 2010 at which time the government took action to sharply reduce the program. Slide nine, France peaked at 1.5 gigawatts in 2011 at which time the government took action to reduce the program to 500 megawatts with 2012 being a transition year.

Slide 10, Italy was flat in 2011, but we expect it to decline moving forward based on government action to reduce the program.

Slide 11, Germany peaked at about 7.4 gigawatts in 2010 and we expect 2011 to total around 5.4 gigawatts as a result of government action to reduce the program.

Slide 12, in California much of the volume growth projected by analysts is attributable to power purchase agreements or PPAs that are already in place. A better sense of future growth can be gleaned by understanding the volume of solicitations for new PPAs. On this slide you can see that new PPA solicitations peaked for the solicitation year 2008. This high level of solicitations led to a record level of PPA filings and approvals in 2010 and '11 due to the delay between solicitation year and actual execution.

As you know, First Solar is associated with a number of the approved PPAs which is providing us with a high level of visibility in our systems business over the next couple of years. However, the rate of new PPA procurement of major California independently owned utilities is slowing as they edge closer to fulfilling their RPS requirements, and that's reflected on this slide. We do not expect the volumes of new PPA solicitations to approach or repeat the 2008 peak barring significant legislative change which we do not see on the horizon.

Slide 13, the next slide shows a similar pattern for the California small distributed PPA program. And finally slide 14, which shows the aggregate pattern from the core markets.

So, the question we raise on slide 15 is what explains this consistent inverted V pattern. And we believe the European subsidized market started slowly while legislation was translated into effective programs and bureaucracy to streamline. And once the markets began to function effectively, the incentive programs caused an oversupplied industry to descend rapidly and develop project backlogs.

The unexpected size and velocity of market expansion combined with high import volumes alarmed politicians. Worried about high costs and political fallout, politicians reacted by sharply reducing the size of programs, and in some cases making them less transparent or open to imports.

**Page 3 of 16**

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

While California followed the same pattern, the same inverted V pattern as the European feed-in tariff countries, it does so for a different reason. The California market was capped from the beginning by the RPS, first at 20%, then at 33%. Utilities demand increased sharply as they sought to procure more renewables to meet their regulatory targets and then declined once regulatory targets were more or less achieved.

So turning to slide 16, the central learning from this experience is that open, transparent and uncapped markets cannot survive politically in an oversupplied industry with no entry barriers. Policy makers will learn from the past and are unlikely to repeat the policies that led to the inverted V patterns we just reviewed. Although there have not been many new subsidy programs in the past few years, the new programs that have come online have in fact been restricted to low volumes, and in some cases made less open through local content requirements or less transparent through tendering processes.

RPS markets like California, which are another form of subsidy program, are perhaps less volatile, but reach the same result because demand is capped by the size of the program and eventually exceeded by an unlimited supply chain.

Well, turning to slide 17, in summary, the solar industry is structurally imbalanced. Production capacity is uncapped and growing. Installation capacity is limited by subsidy levels and declining. We believe large open transparent markets that enabled the industry to achieve the current annual volumes are shrinking and that these programs will not be replaced by similar programs in the future.

So turning to slide 18, that brings us to First Solar's strategy. Our low-cost technology and captive U.S. project pipeline will help us remain profitable in a shrinking, structurally imbalanced industry. Although we clearly face challenges in this environment, as Mark will describe. But our goal at First Solar has always been to thrive and to do that, we must find a way to grow dramatically, notwithstanding a challenging environment.

And just to throw out an example, to grow at a 20% CAGR would require that we install roughly 65 gigawatts over the next 10 years. So the external environment presents First Solar with a fundamental choice, either continue to play what we've been referring to internally as the whack-a-mole game where an oversupplied supply chain waits for the next subsidy market to pop up so that it can quickly descend and battle it out for share of the limited volumes or find another game to play. We've decided to move to another game, which I'll summarize for you now.

Turning to slide 19, we're shifting our revenue base from subsidies to sustainable markets starting in 2012. It won't happen overnight, but we'll have to transition out of the subsidies we currently depend on. But our goal is to shift progressively over the 2012 to 2014 timeframe so that by Q4 2014, we derive virtually all of our new revenues from sustainable markets.

We intend to make this transformation by providing utility scale PV generation to power users in geographic markets with immediate fundamental needs for large-scale PV electricity. In essence, we'll be improving and adapting to local market conditions the systems model that has made us the provider of choice for U.S. utility and energy companies seeking utility-scale solar generation.

First Solar is uniquely advantaged to expand and lead the global market for utility-scale solar power. With over 2 gigawatts the First Solar power plants constructed or under construction, we have demonstrated our ability to design, engineer and construct large-scale solar power plants to the exacting standards of the utility industry.

Our advanced technology, innovative system designs and economies of scale have enabled us to dramatically reduce costs, accelerate construction cycles while increasing output from our utility-scale power plants. Our monitoring and analysis of power plant performance has validated the reliability and uptime of our systems to the high standards of the utility industry.

Our ability to take back and recycle our products for reuse at the end of their operating lives and to operate our plants without the need for water or fuel have allowed our customers to harness sunlight for energy with competitive environmentally sustainable solutions. And by consistently delivering on our promises and standing behind our commitments, we've earned the trust and business of some of the most respected companies in the electric industry, utility industry including APS, Exelon, GE, NextEra, NRG, PG&E, Sempra Energy, Southern California Edison,

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

Southern Company and most recently MidAmerican.

In summary, we plan to leverage our low-cost module technology, systems design and engineering capability, data monitoring and analysis capability, strong performance track record and customer validation to expand markets and customers for utility-scale solutions without the need for solar subsidies.

Slide 20 takes you through where we stand in the planning process. Our focus, as I mentioned, will be on utility-scale systems. Right now, we're dedicating all of our resources to reducing the total installed cost of a utility-scale power plant, optimizing the design and logistics around the offering and ensuring that it integrates well into the overall electricity ecosystem. In practice, this means that other initiatives we've been pursuing such as rooftop products and off-grid applications will be on the back burner. We may come back to them later. Right now, we need to focus all of our efforts and resources where we stand the best chance of creating a valuable long-term business franchise.

Our team is focused on delivering an optimized system versus a module component. That implies that the system will be built on a standard design platform optimized for life cycle costs and will include controls packages that facilitate grid integration and maintenance planning. I mentioned during the last earnings call that we believe that in addition to the U.S. and Europe, places like the Middle East, India, China, and Africa have fundamental energy needs that can be met with solar energy solutions. These markets are all located in regions with very good solar resources that can be harnessed to augment indigenous fuels and minimize import dependence.

We are in the process of prioritizing geographic markets as part of the three-year plan in development. We intend to build a deep local presence in each of our priority markets and the planning and execution effort has already begun. As I mentioned, we intend to finalize a three-year plan in early 2012 and we will back to you to provide additional detail regarding the plan in the first quarter of 2012.

Turning to slide 21, transitioning away from the subsidies have put us on an entirely different trajectory from the rest of the industry. The business we're describing will be capable of strong, consistent, and profitable growth for decades. We are targeting markets that are underserved and growing on a macro basis at rates of 5% to 10% per annum and for which renewable energy can serve a disproportionate amount of load growth. But we are not underestimating the difficulties of achieving this transition.

There are three major hurdles to overcome which I'd like to briefly describe. First, we cannot even begin to have a serious discussion with policy makers, regulators and utilities about large scale solar generation until we are prepared to price at unsubsidized levels at scale.

We believe this translates to a levelized cost of electricity or LCOE of $100 to $140 a megawatt hour or $0.10 to $0.14 a kilowatt hour in most markets. As Mark will discuss, achieving these LCOE levels without subsidies will require that First Solar reduce its manufacturing cost, increase module efficiencies, streamline operating expense and transition its business model to deliver superior returns at much lower gross margins than in the past.

Second, while First Solar's ability to profitably price at grid parity levels is necessary, it may not in every case be sufficient to create large sustainable markets. Electricity markets are regulated and planned years in advance. In some cases, policy makers will have to refine their policies to create market environments conducive to large scale adoption of solar power including such things as providing priority access to the grid, implementing streamlined permitting and interconnection processes, developing new approaches to land planning, building additional transmission and facilitating reasonable project capital costs.

Third, a significant amount of our capital, expense and revenue still derives from subsidized markets that are in decline. While we create the future, we will have to manage through the transition in a manner that preserves cash and assures profitability.

Let me close by saying that First Solar's leadership team, associates and Board of Directors are firmly committed to the vision and strategy that I've outlined and prepared to do what is needed to achieve the three-year goal I've described. We look forward to sharing additional details with you in early 2012 once we've completed our three-year transformation plan.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

Now I'd like to turn the call over to Mark who will update 2011 guidance, review our 2012 guidance and describe our financial model upon completing the transition I've described. Mark?

## Mark R. Widmar

Okay. Thanks, Mike, and good morning. Before we discuss 2012, I'd like to update 2011 guidance. As announced in our 8-K filing this morning we have undertaken a series of restructuring initiatives intended to accelerate operating cost reduction and improve overall operating efficiency.

In the fourth quarter we anticipate charges related to these actions to be up to $0.85 per share, which includes up to $0.75 per share for impairment and associated charges primarily related to certain equipment and up to $0.10 of severance charges as we reduce head count by approximately 100 positions.

Excluding the impact of these charges, we now anticipate 2011 results to be net sales in the range of $2.8 billion to $2.9 billion, operating income in the range of $575 million to $600 million, diluted EPS in the range of $5.75 to $6.00, operating cash flow in the range of a use of $100 million to net neutral, CapEx in the range of $750 million to $800 million.

Anticipated net sales are lower than previous guidance due to weather and project financing-related delays in a couple of our system business projects. In addition to the lower net sales, operating income is also adversely impacted by under-absorbed manufacturing cost as we slow Q4 2011 module production due to lower than anticipated Q1 2012 market demand.

Moving to slide 24, we will talk about our guidance assumptions for 2012. We have made several key assumptions for our guidance for fiscal 2012. Pricing is fixed for the vast majority of our anticipated systems volumes. For our third party module sales, we will align pricing to the anticipated 2012 feed-in tariff changes, and to sell through in a highly competitive market environment.

Given the difficulty to project market pricing dynamics, it is important to provide a sensitivity to our assumed third party module ASP. Assuming a $0.05 decline in 2012 third party module ASP, then EPS will be negatively impacted by approximately $0.35.

We expect to install approximately 1.2 gigawatts of modules via our systems business of which approximately 80% is already under contract. Included in this anticipated volume is 175 megawatts for Desert Sunlight which will not result in revenue being recognized in 2012 under U.S. GAAP requirements as previously mentioned in our 8-K filing.

In our third party business, we expect to ship approximately 720 megawatts of modules. For sensitivity purposes, a 10% reduction in the anticipated 2012 third party module volume would reduce 2012 EPS by approximately $0.30 and impact operating cash flow by approximately $10 million.

We expect to produce 2 gigawatts of modules in 2012 or about 80% of our capacity. We will continue to qualify the Mesa plant in 2012, but we do not expect to start commercial production there until 2013.

We will also be taking downtime for manufacturing plant upgrades to support our Go Fast efficiency actions and better align production with demand. We expect module manufacturing costs to average $0.72 per watt in 2012. Our cost will be negatively impacted by plant underutilization. Without this impact, that is, if we were to run our plants at full utilization, our module manufacturing cost would average $0.67 per watt.

Note, to support our Go Fast efficiency improvement road map, we will accelerate the replacement of certain components of our manufacturing equipment. This will require us to reduce the useful life of the equipment and accelerate the depreciation.

The impact of this accelerated depreciation is approximately $21 million. When calculating our cost per watt in 2012, we have excluded this expense as we believe it is not reflective of the recurring module production costs. For module efficiency we expect to average 12.6% in 2012. As we move our business mix away from Europe, the euro-dollar

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

exchange rate is becoming less of a factor in our results, so we are no longer providing assumptions around currency.

Moving to slide 25, based on these assumptions, we expect the following financial performance in fiscal year 2012: net sales to range from $3.7 billion to $4 billion, which includes around $1.7 billion of EPC sales. We expect plant startup cost of $10 million to $20 million, primarily related to the qualification of the Mesa plant. Stock-based compensation is estimated at $110 million to $120 million with approximately $35 million to $40 million associated with our cost of goods sold.

Operating income is expected to range from $425 million to $450 million. We expect an effective tax rate to be in the range of 14% to 16%. Earnings per fully diluted share are expected to be in the range of $3.75 to $4.25. Capital expenditures for the year are expected to be $375 million to $425 million, of which approximately $200 million is for capacity expansion, and $30 million is related to our Go Fast efficiency actions.

Operating cash flow is projected in the range of $0.9 billion to $1.1 billion. Improved working capital management in our systems business, due to a better alignment of our construction schedule to the underlying contracted milestone payments will benefit 2012 operating cash flow.

For Desert Sunlight, we will not recognize revenue in 2012, however, we will receive milestone payments under the contract. The projected 2012 net cash receipts for Desert Sunlight are $85 million. Please note that this is included in our operating cash flow guidance that we provided.

Turning to slide 26, slide 26 illustrates how significantly our geographic mix has shifted since 2010. Europe has become the home – it was the home for approximately 80% of our modules sold in 2010, but will consume less than a third of our modules sold in 2012. North America will take up most of the slack, representing about 60% of the volume in 2012. We are starting to make inroads in India, the Middle East, North Africa and Asia-Pacific, but in 2012 our presence in these markets will be relatively small.

Moving to slide 27, to achieve our goals to create and develop new markets and change the landscape of the electricity market, we must continue to drive down our costs. The next set of slide discusses our key metrics that affect cost.

Slide 27 shows our module manufacturing costs from 2007 to 2012. For 2012, we break down the data by quarters and show the costs in total without the unfavorable impact of plant underutilization. For 2012, we expect the average cost per watt of $0.72, assuming plant utilization at approximately 80%. If we ran our plant at full capacity, the average cost per watt would be $0.67 or $0.07 below 2011. On an exit rate basis assuming full capacity, we expect the cost per watt to be $0.65 across the global platform and $0.63 at our lowest cost plant.

While plant underutilization will affect our short-term results and an increased sequential average module cost for the first half of 2012, it is prudent to better align our production with demand. In addition, exercising discipline in production and making plant upgrades will enhance our long-term competitive position.

Moving to slide 28; slide 28 shows that our module efficiency is expected to improve meaningfully in 2012 with the exit rate of 12.7%, a full percentage point higher than the average module efficiency in 2011. We expect our module efficiency across our global platform to average 12.6% efficiency in 2012 and our best performing plant to average 12.9% efficiency.

We have been able to leverage our learnings from our record NREL cell efficiency and started to implement these learnings into production and have quickly seen the benefit. In fact, so far in the month of December, our best performing line is running close to 13% efficiency. This performance helps provide confidence that we can accelerate module efficiency as we implement our Go Fast efficiency actions.

One point to note, if we're able to increase the module efficiency at our lowest cost plant up to 13% efficiency, the 2012 exit rate cost per watt for this plant would be approximately $0.60.

Looking at slide 29; slide 29 shows that we expect to continue to make solid gains in reducing balance of system costs and these costs will average less than $0.90 per watt in 2012, which is below our previously communicated 2014 goal of $0.91 to $0.98 per watt. Our ability to continue to drive down the module and BoS system costs as a true

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

differentiation of our model and enabler of our mission to provide affordable solar electricity.

Moving to slide 30. On slide 30, we show a profile of our operating expenses over time including our expectations for 2012. Our operating expenses as a percent of sales have gradually declined over time, and we expect this trend to accelerate in 2012 as we reduce operating expenses to around 12% of revenue. We will continue to invest in R&D to drive our efficiency roadmap as well as sales and marketing to help develop new markets. Reductions in G&A will help fund these investments and improve our overall OpEx scaling.

To enable grid parity, we intend to drive to unsubsidized pricing. We need to create sustainable markets. We will need to reallocate our resources and to take aggressive measures to continue to scale our operating expenses. Longer term, our goal is to reduce operating expenses to 7% to 8% of revenue by 2014.

Looking at our long-term business model, we will provide more detail on our three-year plan early next year, but slide 31 shows how we view our long-term sustainable model as we price at levels that drive demand without subsidies. We believe an LCOE of $100 to $140 per megawatt hour will open up most markets. To achieve that, requires a module and BoS system price of around $1.40 to $1.60 per watt. This system price does not include other development costs incurred by the system owner which we assume typically to be around $0.20; and of which, of course must be factored into the LCOE calculation.

For our updated cost structure, we will discuss more on the next slide. The economics updated – or equate to a gross margin of around 15% to 20% and an operating margin of around 8% to 12%. Given the capital requirements to invest and operate this model, we estimate that our long-term free cash flow will be around 60% to 80% of net income. This model is based on revenue that is fundamental, certain, visible and sustainable, revenue that we think can consistently grow at 5% to 10% per year. This model is more like an industrial one than a technology one. In our opinion, that is positive.

There are compelling reasons for large industrial companies to perform at the levels that they have for the decades. They have helped their customers solve this problem as opposed to feeding off depleting subsidies and they are protected by sustainable competitive advantages in terms of scale, global presence, learning curve advantages and returns that add value. This is a model we like and one that we are now implementing.

Turning to slide 32, in the top left of the slide we show our new roadmap for module manufacturing cost. In 2015, we expect our cost per watt will be in the range of $0.50 to $0.54, a solid improvement from our prior goal of $0.52 to $0.63 in 2014. The figure in the top right of the slide shows that we expect our module efficiency improvements to accelerate through 2015. Our updated goal for module efficiency is 14.5% to 15% in 2015, up from our prior goal of 13.5% to 14.5% in 2014.

The most significant improvement in our roadmap is the balance of systems as we show in the bottom left of the slide. We are now targeting a goal of $0.70 to $0.75 per watt in 2015 versus our prior goal of $0.91 to $0.98 in 2014. We have worked hard to improve our manufacturing and EPC process to update these roadmaps and we will continue to do so. We have no choice. We must do so in order to achieve our goals.

Along these lines, we will reevaluate all the possible levers in our value chain, including supplier procurement, supplier payment terms, manufacturing efficiency and EPC activities. We are looking to better leverage the capabilities too of our partners and customers and as we discussed earlier, we are streamlining our operating expense. As we think about our long term business model and how we create and penetrate sustainable markets, we believe that our competition will mainly come from electricity generation from fossil fuel plants.

That said, we recognize that some of our crystalline solar competitors have significantly reduced their cost structure. The solar industry has become intensely competitive so we thought it would be illustrative to evaluate the cost structure parity between us and the theoretical cost parity targets for the crystalline silicon competitors in 2015.

The midpoint of our module cost per watt goal in 2015 is $0.52. To evaluate the crystalline silicon cost parity, we will – we need to increase our cost per watt by the average BoS cost differential due to the module efficiency differences.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

In addition, we normalized our cost per watt to be consistent with the reporting of the top tier crystalline competitors. Most of our competitors account for shipping and warranty cost in their operating expenses while we account for it in our cost of goods sold.

Based on our analysis, the crystalline silicon cost parity per watt to our $0.52 is $0.57 by 2015. On a percentage reduction basis, the top tier crystalline competitors would have to reduce their cost per watt by approximately 45% from the Q3 2011 reported costs.

In summary on slide 34, to summarize, we are accelerating our efforts to create and develop new markets. This entails developing customer-focused compelling solutions, establishing right price without subsidies to clear existing markets and create new ones, aggressively reducing our cost structure including to drive down cost roadmaps to grid parity and reallocating spending and focusing more on long-term economic value generation.

With this, we've concluded our prepared remarks and open up the call for questions. Operator?

# Q&A

## Operator

[Operator Instructions] Our first question comes from Sanjay Shrestha with Lazard Capital.

**<Q - Sanjay Shrestha>**: Great, thank you. I just had two quick question guys. I'm just trying to sort of understand how do you go from operating income of $425 to $450 then operating cash flow of almost $1 billion? So, if one were to back into it, it sounds like you're cash EPS sort of have been twice as high as the GAAP EPS guidance you guys are providing. What am I missing there?

**<A - Mark R. Widmar>**: Yeah, I think that the biggest delta there is – one of the things that we've made a decision to do and I think we've discussed this in prior conversations is that we're going to build out our EPS pipeline to the constructed, contracted schedule, whereas in 2011, we got a little bit ahead of ourselves. We took some risk in some projects and that drove a much higher working capital requirement for the systems business than what was required. So, in 2012, we'll actually align that. We will build out those projects in accordance with the contracted, committed construction schedule, and that will allow much better working capital management.

So as you may remember at the end of the third quarter, we had a relatively large unbilled position of around $300 million or so related to one of our large projects. That's essentially a consumption of working capital and cash. Next year we'll make sure that we align the construction much better to avoid those types of working capital investments. And what we'll see then is a benefit of flowing in '12 will be about $700 million or so of working capital reduction, primarily related to the system business.

**<Q - Sanjay Shrestha>**: Okay, great. And if I may just a quick follow-up, right. So when I'm looking at your 1.2 gigawatt installed solar power system and I look at your sort of system revenue guidance of $1.7 billion, that sounds like that is really the module going into the system business, but not the entire system business, right? So, if you're doing 1.2 gigawatt of systems business, even on a GAAP basis, given the high profitability associated with the business, EPS number should have probably come in higher than the number you guys are talking about even on a GAAP basis here.

**<A - Mark R. Widmar>**: Well the EPS numbers we're reporting are on a GAAP basis. I think, Sanjay, if you're trying to get to the point of – included in our 1.2 gigawatt installed there's about 175 megawatt associated with Desert Sunlight of which, for GAAP purposes, we will not be recognizing revenue. Yes, the EPS adjusted for that would have been higher. We provided the net cash receipts associated with Desert Sunlight to give you some indication at least on a cash basis what the impact would be that is not reflected in our earnings.

## Operator

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

Our next question comes from Stephen Chin with UBS.

**<Q - Stephen Chin>**: Thank you. Hi, Mike and Mark. Just a clarification on the 2012 systems guidance, does that assume any revenues from this big Solar Millennium project that's been publicly discussed in the industry? And just another clarification, is First Solar still targeting the high efficiency rooftop market going forward, given the focus on the sustainable markets? Thank you.

**<A - Mark R. Widmar>**: Yeah. There is no impact in some of the public disclosures that may have been made as it relates to Solar Millennium, none of that is reflected in our 2012 results. As we've indicated I think of the 1.2 gigawatts, approximately 80% of that is under contract. So, high level of confidence associated with that volume in 2012, but we have not assumed any type of project acquisitions or anything related to that that is not already contracted at this point in time.

**<A - Mike J. Ahearn>**: And on the rooftop issue, we've shifted all of our resources to the utility-scale business and really driving system optimization and new market creation. So, rooftop is back burnered. We're not going to do anything on that right now. We might come back to that later, but we're going to execute the three-year plan around the utility system business.

## Operator

Our next question is from Dan Ries with Collins Stewart.

**<Q - Daniel Ries>**: Hi, thanks for taking the question. You mentioned that the rooftop effort, there was a story in the Wall Street Journal today that there may have been some departures from the Santa Clara operation. On slide 30 you show an R&D and if I eyeball it correctly, the R&D looks like it's consistent with the $38 million per quarter spend that you did in 3Q. Will there be any R&D benefit if things like the rooftop effort and the Santa Clara operation are wound down a bit?

**<A - Mike J. Ahearn>**: Yes. So, if you look at the actual R&D spend, year-on-year will be down slightly. If we would have continued at the same rate of – if you look at the investment requirement for the activities that were previously being performed in Santa Clara, the R&D spend in 2012 would have been substantially higher, so that number has been brought down now as we repurpose those activities, so that the actual number will show relatively flat year-on-year. However, if we would have continued with the previously performed activities there, we would have seen a significant increase.

## Operator

We go next to Satya Kumar with Credit Suisse.

**<Q - Satya Kumar>**: Yeah, hi. Pardon my voice here. Thanks for taking my question. Mike, a couple of things. You talked about how limited entry barriers have allowed your competitors to add capacity aggressively. Can you perhaps define what prevents your competitors to follow a similar strategy on the systems business in the new markets and what entry barriers might look like?

And secondly, relative to your 1.2 gigawatts of installation targets for 2012, how should we think about, as you look at your pipeline of activities to add or subtract to this pipeline, do you expect to take in more than that 1.2 gigawatts in new commitments to the pipeline contracted commitments versus what you're actually fulfilling? Thanks.

**<A - Mike J. Ahearn>**: Sure. Well, so to open new markets for non-subsidized solar power, I think the threshold thing that has to occur is you have to be able to price on an installed system basis at $1.40 to $1.60, the range we talked about.

We don't think our Chinese competitors can get there directly or indirectly, and I would underscore profitably. It's one thing to sell through existing capacity and recover your cash cost. I think it's another thing to invest billions of dollars



Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

in new capacity knowing for a fact you can never make a profit and so I don't see it.

I mean, our cost sensitivity model from the slide Mark took you through assumes cash cost recovery from a silicon perspective where we've got returns in excess of our cost of capital built into ours. So I would start with we have a sustainable significant cost advantage at a system level, if we can execute our three-year plan.

But the second thing is it's going to take a lot more than a module component to open utility scale markets. What we've found is that these customers, which are essentially risk-averse, reliability-focused electricity generation and system operators are concerned about installed systems reliability, the data that verifies reliability, know-how in terms of how this is going to integrate into the grid.

And to be able to provide that level of solution and insight, you've got to have a vertical model that's proven and we've invested in that for the last three or four years and spent the time and money and effort and have the validation. You can't get that or build that easily.

In the fullness of time, I mean could somebody vertically integrate? I suppose so. I'm not sure that would even be all bad by that point because the real competition as we shift is thermal. I think Mark got that right and we need to focus on that, the road ahead as opposed to the rearview mirror for these silicon guys.

Pipeline, I'm sorry. Yeah, Satya your other question about the pipeline. So I think if I understood the question, as we construct against our contracted pipeline would we imagine that it would be replenished at the rate – at or above the rate that we're constructing? Those slides on the California PPA markets seem to us to provide a pretty good leading indicator of where the market is going, which is down relative to the '08 solicitation year. So I think it would be very challenging to replenish the pipeline at those levels.

That doesn't mean the U.S. won't be a big utility-scale market at some point, but these things go in cycles and procurement patterns and we had a big procurement cycle driven by the California RPS, we're on the down slope of that cycle. And while we're waiting for another cycle, I think it is going to be an opportunistic market. It'll be tough to replenish at those rates.

## Operator

We go to next to Vishal Shah with Deutsche Bank.

**<Q - Vishal Shah>**: Yeah, hi. Thanks, Mike. Just one follow-up on that question; I mean, how do you get to that target of sustainable demand by 2014? I mean, it looks like India is the only market that stands out where there's an opportunity, but do you, A) agree that you'll have to maybe acquire some pipelines over there in order to have a comfortable 2014 outlook based on your current three-year planning?

And then secondly, how much of an impact do you think low-cost financing plays from for Ex-Im Bank and what do you think the repercussions are of some of the recent disputes between China and U.S. around some of the solar policies? Thanks you.

**<A - Mike J. Ahearn>**: Actually, I do think there are five or six – our team believes and I agree that there are five or six geographic markets that can yield significant unsubsidized opportunities, and so part of the work that's happening on this three-year plan is a bottoms up end market planning process and a lot of this continues off of discussions and meetings that have been going on for 12, 18 months now in some of these markets.

But I believe what we will show in the three-year plan is actually several markets that can roll up, assuming things break right, can roll up to non-subsidized sustainable volumes by the end of 2014. There will be uncertainty around that. Part of the uncertainty, I think you alluded to, has to do with project financing. In some markets, sure we're going to find that project financing, at least reasonably priced, is going to be an issue. In other markets it won't be that, but there will be a transmission issue. And in other markets it will be in a permitting approval and process issue.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

It's – I haven't – we haven't found yet the market that rolls from a policy point of view, all the pieces in place and has just the perfect setting. And that's part of the leg work that has to happen. And we need to start now, because there is a lead time involved and it's important in starting to be able to say look, we are prepared to price at grid parity levels, at volume over this three-year period, so we can engage in a serious discussion. So, that's – a lot of the details of that are being rolled up now. It's viable to us although risky or we wouldn't have taken this direction and then I think when you see the full picture you'll probably have the same view.

So, the dispute in China and how does that impact it? I think potentially in a favorable way, China has obviously a big energy problem. They have a big carbon problem. I've been going there long enough and spoken with enough people, I think the Chinese government is sincere in their desire to shift on a going-forward basis, portions of their incremental load to renewables as much as they possibly can, consistent with good economics and so forth. That means there's a pretty big role for solar. I mean, not just to support Chinese manufacturers, but to meet real energy needs. It's got to hit a price point and it's got to be scalable. And that's really the discussion that led us to the 2 gigawatt MOU in Ordos.

I think we can use these discussions to hopefully elevate the discussion in China away from trade skirmishes and sort of the small conversation to the larger one. How can we bring the most advanced technology in the world to a market with one of the biggest fundamental needs for energy and help them solve a problem? And we've got good relationships there and I think with a renewed emphasis and the right price points, I'm optimistic that we can make something happen in China.

<A - Mark R. Widmar>: One other comment just on the project financing, because you reference the Ex-Im financing. I just want to bring that into the discussion especially as it relates to the assumptions around our long-term business model that we've given some key performance metrics around.

We have tried to structure that in such a way that while we, obviously, we'll be strategic in trying to leverage if there is low-cost financing available through Ex-Im, as an example. But we don't want that to become a constraint as it relates to where we have to produce modules. So the assumption in our long-term business model enables flexibility, so there's not a dependency, per se, because if you think about servicing Asia-Pacific, it's somewhat unnatural to do that from the U.S. versus Malaysia where we have a very competitive low cost facility that's in the geography, right?

So I just thought I'd make sure you had some clarity around that. Yes, if it's available, if it makes sense, we'll do it. We're trying to create a model such that we have flexibility and don't become dependent upon that financing in order to price through at grid parity.

## Operator

We go next to Mehdi Hosseini with Susquehanna International.

<Q - Mehdi Hosseini>: Yes, thanks for taking my question. Two things. First, on slide 24, you're talking about or highlighting as much as 720 megawatts of module shipment into Europe. I assume this is the merchant business. Given the financial situation in Europe, and some of your customers that are under immense amount of financial stress, what gives you confidence that this sell-through could actually happen even with lower prices because it seems like there is no elasticity there? And I have a follow-up question.

<A - Mark R. Widmar>: Yes, so the 720 megawatts is global all third party module sales, right? So it's not just Europe. I mean, Europe obviously is a substantial portion of that. But in the end, we will realize sales similar we did this year into India and other parts of Asia Pacific and even opportunities in the U.S. which we recognized some sales here in 2011.

Europe is going to be a challenging market for us in 2012 given a lot of the items that you just referenced. We've tried to de-risk as much as possible. We've tried to align to better understanding transparency around our specific customers' projects and their pipeline and to incorporate those volumes into our planning assumption. There's always risk though. That's one reason why we provided the assumption around volume.

**Company Name: First Solar**
**Company Ticker: FSLR US**
**Date: 2011-12-14**
**Event Description: Q4 2012 Guidance Call**

**Market Cap: 1,738.52**
**Current PX: 19.99**
**YTD Change($): -13.77**
**YTD Change(%): -40.788**

**Bloomberg Estimates - EPS**
**Current Quarter: 1.101**
**Current Year: 4.454**
**Bloomberg Estimates - Sales**
**Current Quarter: 975.731**
**Current Year: 3726.321**

If there's a 10% reduction in volume in those module sales that will impact our EPS at around $0.30 or so and we've given you that level of visibility. But, we've scrubbed it, we worked very closely with our sales team, trying to understand customer requirements and underlying market demand. We've aligned it to the new feed-in tariffs that will be effective in 2012. So we believe from a pricing standpoint, the economics will still be very viable.

But as you point out, there is a lot of uncertainty in the market and that's one reason why we've given some level of sensitivity around volumes, which would mainly be reflective of risk that we would see in Europe.

Now the opportunity will be to see growth outside of Europe, and maybe do better in Asia-Pac, as an example. And we've seen some pretty good progress here in '11 as it relates to India. We're seeing some other traction in markets such as Thailand. And as Mike mentioned as well, China is obviously a big market opportunity for us in 2012. So I think it's going to be more of a diversification portfolio play that will help us balance out the risk in Europe, in the extent that we are – we do have volume risk, we've at least given you a sensitivity of what they would mean to EPS.

**<Q - Mehdi Hosseini>**: You want to generate more than $6 per share of free cash flow, and given where the stock is, do you have any plans for like a buyback or something that would help bring back confidence?

**<A - Mike J. Ahearn>**: Well, look – I mean, I think, confidence comes from the fundamental view of the road ahead for the business. I mean, taking cash, which we can totally use to fund our growth and to buffer variation, to buy back stocks to drive the share price doesn't strike us as a smart thing to do, from a fundamental point of view.

So, we've listened to several suggestions, and we considered it and we've rejected that idea.

## Operator

We go next to Smittipon Srethapramote.

**<Q - Smittipon Srethapramote>**: Yes. Hi, guys. I was wondering if you can give some more details on what percentage of the downward revision to your 2012 guidance was due to weather and what percent was due to other factors. And can you go into more details in terms of what the other factors were?

**<A - Mark R. Widmar>**: No, I mean, I'm not going to break it out between the two. There's about three projects that were impacted and some weather delay impacting two of them and the other one was more timing around closing of the project financing, all right? So those – that's kind of the risk that we have inherent in our EPC business because of those variables that you can't control.

And from our standpoint, the right thing to do in terms of preserving the economics is to allow those events to happen and if it means the revenue flows into the following year, it flows into the following year, we could have thrown incremental cost at it. We could have put overtime and thrown additional resources at it to try to overcome the weather delays. It just would have came at a cost and we looked at the incremental cost associated with it versus the benefit of having the revenue flow out one month. Economics clearly say let the revenue flow the way it would and that's what ended up happening. We got a slight miss to the top line revenue as a result of that.

## Operator

We go next to Timothy Arcuri with Citi.

**<Q - Tim Michael Arcuri>**: Hi, guys. I had two things. First of all, a lot of the long-term cost reduction is based upon higher efficiencies. And you've recently had some issues out in the field with some product that, talking to some of your customers, seems to be related to the higher efficiency product. So I'm wondering sort of what the resolution and the risk around some of these issues, some of these power issues going on in the field are. Number one, if you could help us with that risk.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call
Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788
Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

And then secondly, I was wondering if you can give us what's the development cost that's on top of the core balance of system cost in your 2012 numbers? So you're taking that core number but there's a development number that goes on top of that and I'm wondering is that $0.30, $0.40 – what is that number? Thanks.

**<A - Mike J. Ahearn>**: The – yeah, Tim. So I would say on long-term field reliability I mean that's always a risk when you're changing processes and it has been from the time it went into production. We have had, on occasion, issues and they're dealt with. We cover them, it's all been reflected in our financials.

Any issues that have been reported that I'm aware of relate to prior years' production. And when we have field problems, when we have positive experience or negative we take that back into the factory and improve processes but also improve our metrology and our accelerated reliability testing, our predictive ability. And as a result, we're much better able today to measure and assess the long term field performance of modules coming off the line than we were a year ago, two years ago, five years ago.

So we – based on that now, as we establish criteria, qualification release criteria and we don't deviate from that in order to drive higher efficiency. So the efficiency roadmap we're presenting is one that we believe is attainable with very tight parameters around the metrics that we think indicate good long term field reliability, that's the best way I can put it. So it's not about abandoning quality to try to drive efficiency or numbers.

We feel pretty good about it because of the – because the results we have been able to demonstrate in a pretty rapid – a pretty short timeframe integrating process improvements off that record cell into real production and the production has run long enough now and the results have been consistent enough on both stability and efficiency that we're comfortable talking about it.

So, I think – look, is 15% challenging. Does that have more uncertainty than other aspects of our business? Yes, it does, but we have a lot of reason to believe that that's achievable and there's an entitlement to that around technically based on the 17.3% cell efficiency.

**<A - Mark R. Widmar>**: I guess maybe can you repeat the other question as related to development cost just to make sure we understand that?

**<Q - Tim Michael Arcuri>**: Sure, Mark. So, I'm just trying to sort of get at what the embedded module pricing is in your U.S. utility pipeline and to do that I have your core BoS cost, but I sort of need to know what you're – what the additional costs are, development and things like that, that sort of go on top of that so I can strip that out and then whatever is left is the module selling price. Thanks.

**<A - Mark R. Widmar>**: Yeah. So we don't provide the specifics of that by project. It can vary by project given the unique circumstances of each of the projects. We did indicate in our – at least our long-term model is that those development costs can range around $0.20, at least that's our assumption. But it can be anywhere from $0.20 to $0.30 depending on the particular project. And we don't provide by individual discrete project what that impact is.

## Operator

We go next to Amir Rozwadowski with Barclays Capital.

**<Q - Amir Rozwadowski>**: Thank you very much and good morning, Mike and Mark. Thanks for taking the question.

**<A - Mike J. Ahearn>**: Sure.

**<Q - Amir Rozwadowski>**: If we take a look at your sort of shipments by geography and certainly in 2012 we do expect, at least based on your estimates, do expect sort of an increase in shipments in North America. And just tailing on – in your prior commentary about backfilling your own installs, how should we think about that trajectory going forward? I mean, should we think that at least as you work towards your 2014 target, really we should think about overall sort of systems business continuing to come under pressure as some of this pipeline gets built out in North America. And then I've got a follow-up question.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

**<A - Mike J. Ahearn>**: Well, I think the – so you should probably think about the mix moving from modules to standalone toward systems, and the pricing on systems to be moving down because what's embedded in our contracted pipeline right now are PPAs that were negotiated in the last – over the last several years at higher PPA prices than are likely to prevail in the future. So I would think about it – if you want to take a baseline and take the LCOE pricing that Mark provided to drive markets and assume that sort of baseline system level pricing, and in some cases it might have to be lower. There may be opportunities for it to be higher in situations as we go forward. But that's a pretty good baseline of where we're headed.

**<Q - Amir Rozwadowski>**: Helpful. And then you folks have discussed sort of on broader – for the broader market that clearly the installation capacity is fairly high at this point. You folks are continuing to focus on driving down costs in order to be competitive in this environment. When do you expect sort of a tipping point when it comes to consolidation of that installation capacity? It seems like based on your cost outlook, you don't believe many of your competitors can be profitably competitive within this market. And I think that the sense that we have or at least the industry has, is that there needs to be some consolidation here and we're wondering – just wondering what your thought process was on that consolidation?

**<A - Mike J. Ahearn>**: Well, I think you can take all these markets that are based on subsidies and just picture that as a pool or a pond that's evaporating and drying up. And I think the short-term answer is try to get more share out of that, but it keeps getting smaller. You could consolidate as you try to get more share, I mean that's certainly one way. That doesn't seem like a very prudent use of resources since the overall pie – the pond to keep the metaphor, is shrinking, is not growing.

And so, we would rather think about that transitionally and move into different space which is non-subsidized, which is hard to break into. But if you can get there, then you've got significant growth ahead. And you've got some true visibility year-over-year in the business because it's based on fundamentals rather than politics.

And that's where I think our PV competitors would have a hard time following us at least in the short term. But on the other hand I don't know that it would be such a bad thing to have other PV companies make the shift into the non-subsidized world, because really you've got – it's such a massive market and the real competition are the thermal plants that we will be replacing or at least substituting for on a go forward basis.

So I think we can lead this as we have other aspects of the industry and markets and be positioned as a first mover. And we can leverage the validation we've got from great utility companies and electric companies in the U.S. on all these projects, I think effectively.

## Operator

Our final question comes from Paul Clegg with Mizuho.

**<Q - Paul Clegg>**: Hi, thanks for taking my question. In your long term cost comparison, you were targeting a $0.10 efficiency penalty in 2015, what's that efficiency penalty today? And then, can you talk a bit about the specifics of balance of system cost reduction?

**<A - Mark R. Widmar>**: The model that we've carried out to 2015 takes us towards our efficiency destination, which is around 15%. And we believe that at that point we'll be on average about a 2% efficiency difference between where the crystalline silicon would be. And that drove the $0.10 assumption that was embedded in there, right.

So today the efficiency delta, if you look at the average for 2011, we're a little bit wider than that, which would mean that the current efficiency delta discount is going to be a little bit north of $0.10. But that's just how we've assumed it as we move forward. And so it will come down a little bit. Today it's a little bit wider than that, given the relatively flattish improvement in efficiency from beginning of 2011 to the end of 2011, but as we move forward, as we indicated, there's a full step, 1-point improvement in 2012 and an exit rate over what our average was for 2011, we'll start to see that gap close a little bit.



**Company Name:** First Solar
**Company Ticker:** FSLR US
**Date:** 2011-12-14
**Event Description:** Q4 2012 Guidance Call

**Market Cap:** 1,738.52
**Current PX:** 19.99
**YTD Change($):** -13.77
**YTD Change(%):** -40.788

**Bloomberg Estimates - EPS**
  **Current Quarter:** 1.101
  **Current Year:** 4.454
**Bloomberg Estimates - Sales**
  **Current Quarter:** 975.731
  **Current Year:** 3726.321

**<A - Mike J. Ahearn>**: EPC – on the BoS cost reduction, there's a few aspects to it. One is the development of a standardized system design, set of standardized system designs that can be replicated in deployment, which drives learning cycles which increases throughput or reduces installation time, if you want to think about it that way and drives economies of scale from a BoM perspective.

Another aspect is the ability to quickly and efficiently do the site-specific design works – system design work which is a product of a lot of learning. The other aspect is conversion efficiency improvement itself, reducing the need for area-related balance of system components. So it's really all that coming together and the – our vertical integration into this aspect of the business a few years ago, combined with the volumes of projects that we've been able to work have really been what's driven this – these learning cycles. And it's why they were able to achieve the 2014 target last year and it's what gave us visibility into the additional roadmap.

## Operator

Thank you for your participation. That concludes today's conference.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2012, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

# Exhibit 54



# First Solar Announces Chairman Michael Ahearn to Serve as Interim CEO

Robert Gillette to Step Down as CEO

TEMPE, Ariz.--(BUSINESS WIRE)-- The Board of Directors of First Solar, Inc. (NASDAQ: FSLR) today asked its Chairman and company founder, Mike Ahearn, to serve as interim Chief Executive Officer. Ahearn has accepted. Effective immediately, Rob Gillette is no longer serving as Chief Executive Officer, and the Board of Directors thanks him for his service to the company. The Board of Directors has formed a search committee and is initiating a search for a permanent Chief Executive Officer.

## About First Solar, Inc.

First Solar manufactures solar modules with an advanced semiconductor technology, and is a premier provider of comprehensive photovoltaic (PV) system solutions. The company is delivering an economically viable alternative to fossil-fuel generation today. From raw material sourcing through end-of-life collection and recycling, First Solar is focused on creating value-driven renewable energy solutions that protect and enhance the environment. For more information about First Solar, please visit www.firstsolar.com.

## For First Solar Investors

This release contains forward-looking statements which are made pursuant to the safe harbor provisions of Section 21E of the Securities Exchange Act of 1934. The forward-looking statements in this release do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially, including risks associated with the company's business involving the company's products, their development and distribution, economic and competitive factors and the company's key strategic relationships and other risks detailed in the company's filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this press release or with respect to the announcements described herein.

First Solar—USA
Ted Meyer
+1 (602) 414-9361
ted.meyer@firstsolar.com
or
First Solar Investors
Larry Polizzotto
+1 (602) 414-9315
LPolizzotto@firstsolar.com

Source: First Solar, Inc.

News Provided by Acquire Media

Case 2:12-cv-00555-DGC     Document 331     Filed 03/27/15     Page 309 of 315

# Exhibit 55



February 28, 2012

## First Solar, Inc. Announces Fourth Quarter and 2011 Financial Results

- **Net sales of $660 million for the fourth quarter and $2.8 billion for 2011**

- **GAAP EPS loss of $4.78 in the fourth quarter and $0.46 for 2011**

- **Non-GAAP EPS of $1.26 per fully diluted share in the fourth quarter and $6.01 for 2011**

- **Cash and Marketable Securities of $788 million**

- **Updates 2012 Guidance**

TEMPE, Ariz.--(BUSINESS WIRE)-- First Solar, Inc. (Nasdaq: FSLR) today announced financial results for the fourth quarter and year ended December 31, 2011. Fourth quarter 2011 net sales were $660 million, a decrease of $345 million from the third quarter of 2011, primarily due to the timing of revenue recognition in our systems business and lower volume for module-only sales. Relative to the fourth quarter of 2010, quarterly net sales increased $50 million from $610 million. Net sales for 2011 were $2.8 billion, up about 8% from fiscal year 2010.

Fourth quarter net loss per fully diluted share was $4.78, compared to a net income per fully diluted share of $2.25 in the third quarter of 2011 and $1.80 in the fourth quarter of 2010. The fourth quarter of 2011 was impacted by pre-tax charges of $393 million (reducing EPS by $3.90) associated with a non-cash goodwill impairment for our components business, $164 million (reducing EPS by $1.67) related to warranty and cost in excess of normal warranty expense, and $60 million (reducing EPS by $0.43) related to restructuring activities, as announced in December 2011. Excluding these items, the non-GAAP net income per fully diluted share in the fourth quarter 2011 was $1.26. Net loss per share in 2011 was $0.46, compared to a net income per fully diluted share of $7.68 in 2010. Excluding the fourth-quarter 2011 charges listed above as well as $46.9 million of warranty and cost in excess of normal warranty expensed earlier this year, non-GAAP net income per fully diluted share was $6.01 for 2011. For a reconciliation of these non-GAAP measures to measures presented in accordance with generally accepted accounting principles in the United States ("GAAP"), please see tables below.

Cash and Marketable Securities at the end of the fourth quarter were $788 million, down slightly from $795 million at the end of the third quarter.

First Solar achieved several milestones in 2011:

- Announced or completed the sale of four of the world's largest solar projects under construction — Agua Caliente, Desert Sunlight, Antelope Valley Solar Ranch One, and Topaz. In January 2012, First Solar energized the first 30 MW block of the Agua Caliente project.

- Set a world record for the efficiency of solar cells and modules using cadmium telluride (CdTe) semiconductor technology, achieving 17.3 percent and 13.4 percent, respectively, as certified by US Department of Energy's National Renewable Energy Labs (NREL). In January 2012, First Solar eclipsed its own record, reaching 14.4 percent module efficiency using commercial-scale equipment and materials.

- Increased average module efficiency to 12.2%, up 0.6 percentage points from the fourth quarter of 2010.

- Reduced average module manufacturing cost to $0.73 per watt, down $0.02 from the fourth quarter of 2010.

- Added approximately 650 MW AC of new projects to the Company's project pipeline, growing our pipeline to 2.7 GW AC.

- Exceeded 5 GW of cumulative production, enough to provide clean electricity for approximately 2.5 million homes and displace 3.3 million metric tons of CO2 annually.

"First Solar's performance in the quarter was impacted by an aggressive competitive environment, an uncertain regulatory environment, warranty-related charges, and restructuring costs incurred to help position our business for the future," said Mike Ahearn, Chairman and interim Chief Executive Officer of First Solar. "Despite these headwinds, we continue to make strides reducing manufacturing costs, increasing module efficiency, and successfully building out our captive project pipeline. These improvements, combined with our recent restructuring and strategic repositioning, enhance our competitive position in a very

challenging environment."

First Solar is updating 2012 guidance as follows:

- reducing net sales from $3.7-$4.0 billion to $3.5-$3.8 billion;

- reiterating earnings per fully diluted share of $3.75 to $4.25, excluding any impairment and restructuring charges that we may be taking in 2012; and

- reducing operating cash flow from $0.9-$1.1 billion to $0.8-$0.9 billion.

First Solar has scheduled a conference call at 4:30 p.m. EST on February 28, 2012 to discuss the fourth quarter results and updated 2012 guidance. Investors may access a live webcast of this conference call by visiting http://investor.firstsolar.com/events.cfm.

An audio replay of the conference call will also be available approximately two hours after the conclusion of the call. The audio replay will remain available until Monday, March 5, 2012 at 11:59 p.m. EST and can be accessed by dialing 888-203-1112 if you are calling from within the United States or 719-457-0820 if you are calling from outside the United States and entering the replay pass code 8612954. A replay of the webcast will be available on the Investors section of the company's web site approximately two hours after the conclusion of the call and remain available for approximately 90 calendar days.

**About First Solar, Inc.**

First Solar manufactures solar modules with an advanced semiconductor technology, and is a premier provider of comprehensive photovoltaic (PV) system solutions. The company is delivering an economically viable alternative to fossil-fuel generation today. From raw material sourcing through end-of-life collection and recycling, First Solar is focused on creating value-driven renewable energy solutions that protect and enhance the environment. For more information about First Solar, please visit www.firstsolar.com.

**For First Solar Investors**

This release contains forward-looking statements which are made pursuant to the safe harbor provisions of Section 21E of the Securities Exchange Act of 1934. The forward-looking statements in this release do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially, including risks associated with the company's business involving the company's products, their development and distribution, economic and competitive factors and the company's key strategic relationships and other risks detailed in the company's filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this press release or with respect to the announcements described herein.

<div align="center">

**FIRST SOLAR, INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**(In thousands, except share data)**
**(Unaudited)**

</div>

| | December 31, 2011 | December 31, 2010 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 605,619 | $ 765,689 |
| Marketable securities | 66,146 | 167,889 |
| Accounts receivable trade, net | 310,568 | 305,537 |
| Accounts receivable, unbilled | 533,399 | 1,482 |
| Inventories | 475,867 | 195,863 |
| Balance of systems parts | 53,784 | 4,579 |
| Deferred tax assets, net | 41,144 | 388 |
| Prepaid expenses and other current assets | 526,734 | 143,033 |
| Total current assets | 2,613,261 | 1,584,460 |
| Property, plant and equipment, net | 1,815,958 | 1,430,789 |
| Project assets | 374,881 | 320,140 |
| Deferred tax assets, net | 340,274 | 259,236 |
| Marketable securities | 116,192 | 180,271 |
| Restricted cash and investments | 200,550 | 86,003 |

| | | |
|---|---:|---:|
| Goodwill | 65,444 | 433,288 |
| Inventories | 60,751 | 42,728 |
| Other assets | 190,303 | 43,488 |
| Total assets | $ 5,777,614 | $ 4,380,403 |

## LIABILITIES AND STOCKHOLDERS' EQUITY

| | | |
|---|---:|---:|
| Current liabilities: | | |
| Accounts payable | $ 176,448 | $ 82,312 |
| Income taxes payable | 9,541 | 16,831 |
| Accrued expenses | 406,659 | 244,271 |
| Current portion of long-term debt | 44,505 | 26,587 |
| Other current liabilities | 336,571 | 99,676 |
| Total current liabilities | 973,724 | 469,677 |
| Accrued solar module collection and recycling liability | 167,378 | 132,951 |
| Long-term debt | 619,143 | 210,804 |
| Other liabilities | 373,506 | 112,026 |
| Total liabilities | 2,133,751 | 925,458 |
| Commitments and contingencies | | |
| Stockholders' equity: | | |
| Common stock, $0.001 par value per share; 500,000,000 shares authorized; 86,467,873 and 85,843,511 shares issued and outstanding at December 31, 2011 and December 31, 2010, respectively | 86 | 86 |
| Additional paid-in capital | 2,022,743 | 1,815,420 |
| Contingent consideration | — | 1,118 |
| Accumulated earnings | 1,626,071 | 1,665,564 |
| Accumulated other comprehensive loss | (5,037) | (27,243) |
| Total stockholders' equity | 3,643,863 | 3,454,945 |
| Total liabilities and stockholders' equity | $ 5,777,614 | $ 4,380,403 |

**FIRST SOLAR, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except per share amounts)**
**(Unaudited)**

| | Years Ended | | |
|---|---:|---:|---:|
| | December 31, 2011 | December 31, 2010 | December 26, 2009 |
| Net sales | $ 2,766,207 | $ 2,563,515 | $ 2,066,200 |
| Cost of sales | 1,794,456 | 1,378,669 | 1,021,618 |
| Gross profit | 971,751 | 1,184,846 | 1,044,582 |
| Operating expenses: | | | |
| Research and development | 140,523 | 94,797 | 78,161 |
| Selling, general and administrative | 412,541 | 321,704 | 272,898 |
| Production start-up | 33,620 | 19,442 | 13,908 |
| Goodwill impairment | 393,365 | — | — |
| Restructuring | 60,366 | — | — |
| Total operating expenses | 1,040,415 | 435,943 | 364,967 |
| Operating (loss) income | (68,664) | 748,903 | 679,615 |
| Foreign currency gain (loss) | 995 | (3,468) | 5,207 |
| Interest income | 13,391 | 14,375 | 9,735 |
| Interest expense, net | (100) | (6) | (5,258) |
| Other income (expense), net | 665 | 2,273 | (2,985) |
| (Loss) income before income taxes | (53,713) | 762,077 | 686,314 |
| Income tax (benefit) expense | (14,220) | 97,876 | 46,176 |
| Net (loss) income | $ (39,493) | $ 664,201 | $ 640,138 |
| Net (loss) income per share: | | | |

| | | | | |
|---|---|---|---|---|
| Basic | | $ (0.46) | $ 7.82 | $ 7.67 |
| Diluted | | $ (0.46) | $ 7.68 | $ 7.53 |
| Weighted-average number of shares used in per share calculations: | | | | |
| Basic | | 86,067 | 84,891 | 83,500 |
| Diluted | | 86,067 | 86,491 | 85,044 |

The non-GAAP financial measures included in the tables below are non-GAAP net income and non-GAAP net income per share, which adjust for the following items: Warranty and Cost in Excess of Normal Warranty Expense, Goodwill Impairment and Restructuring. We believe the presentation of these non-GAAP financial measures, when taken together with the corresponding GAAP financial measures, provides meaningful supplemental information regarding the Company's operating performance. Our management uses these non-GAAP financial measures in assessing the Company's performance to prior periods and investors benefit from an understanding of these non-GAAP financial measures. The use of non-GAAP financial measures has limitations and you should not consider these performance measures in isolation from or as an alternative to measures presented in accordance with GAAP such as net (loss) income and net (loss) income per share.

*Warranty and Cost in Excess of Normal Warranty Expense:* Included in our GAAP presentation of cost of sales and operating expenses, warranty and cost in excess of normal warranty expense primarily reflect estimated costs related to our remediation of a manufacturing excursion that occurred between June 2008 and June 2009. We exclude this expense from our non-GAAP measures because we do not believe they reflect expected future costs.

*Goodwill Impairment:* Included in our GAAP presentation of operating expenses, goodwill impairment primarily represents a write-down of most of the goodwill we booked from our acquisitions of OptiSolar in 2009 and NextLight in 2010. We exclude the impairment of goodwill from our non-GAAP measures because it does not reflect future performance, does not affect our cash position, and does not affect our cash flows from operating activities.

*Restructuring:* Included in our GAAP presentation of operating expenses, restructuring costs represent asset impairment and related costs due to certain research and development activities we are no longer pursuing outside of our core technology, as well as severance for headcount reductions. We exclude restructuring from our non-GAAP measures because the impairment portion of the charges does not reflect our cash position or our cash flows from operating activities, and the restructuring charges overall do not reflect future operating expenses, are not indicative of our core operating performance, and are not meaningful in comparing to our past operating performance.

**Three Months Ended December 31, 2011 (in thousands except per share data)**

| | GAAP (1) | Warranty and Cost in Excess of Normal Warranty Expense | | Goodwill Impairment Charge | | Restructuring | | Non-GAAP |
|---|---|---|---|---|---|---|---|---|
| (Loss) income before income taxes | $ (481,442) | $163,525 | (4) | $393,365 | | $ 60,366 | | $ 135,814 |
| Income tax (benefit) expense | (68,329) | 18,023 | (5) | 53,211 | (5) | 22,915 (5) | $ | 25,820 |
| Net (loss) income | $ (413,113) | $145,502 | | $340,154 | | $ 37,451 | $ | 109,994 |
| Net (loss) income per share | $ (4.74) (2) | $ 1.67 | | $ 3.90 | | $ 0.43 | $ | 1.26 |
| Weighted-average shares outstanding | 87,123 (3) | 87,123 | | 87,123 | | 87,123 | | 87,123 |

(1) Except for Net (loss) income per share and Weighted-average shares outstanding.

(2) Reflects Non-GAAP net (loss) income per share. GAAP net (loss) income per share was $(4.78).

(3) Reflects Non-GAAP weighted-average shares outstanding. GAAP weighted-average shares outstanding were 86,428.

(4) Balance includes (i) $70.1 million in product warranty expense reflecting the net increase in the expected number of replacement modules required in connection with our remediation efforts for the 2008-2009 manufacturing excursion (ii) $37.8 million for an increase in the expected number of warranty claims primarily due to increases related to future claims expected due to modules installed in certain climates (iii) $31.8 million for compensation payments to customers under certain circumstances for power lost prior to the remediation of the customers system under our remediation program and (iv) $23.9 million in connection with our remediation efforts for module removal, replacement and logistical services related to the manufacturing excursion.

(5) The amount adjusts the provision for income taxes to reflect the effect of the non-GAAP adjustments on non-GAAP net income.

**Year Ended December 31, 2011 (in thousands except per share data)**

| | GAAP (1) | Warranty and Cost in Excess of Normal Warranty Expense | | Goodwill Impairment Charge | | Restructuring | Non-GAAP |
|---|---|---|---|---|---|---|---|
| (Loss) income before income taxes | $ (53,713) | $ 210,414 | (4) | $ 393,365 | $ | 60,366 | $ 610,432 |
| Income tax (benefit) expense | (14,220) | 24,970 | (5) | 53,211 (5) | | 22,915 (5) | $ 86,876 |
| Net (loss) income | $ (39,493) | $ 185,444 | | $ 340,154 | $ | 37,451 | $ 523,556 |
| Net (loss) income per share | $ (0.45) (2) | $ 2.13 | | $ 3.90 | $ | 0.43 | $ 6.01 |
| Weighted-average shares outstanding | 87,117 (3) | 87,117 | | 87,117 | | 87,117 | 87,117 |

(1) Except for Net (loss) income per share and Weighted-average shares outstanding.

(2) Reflects Non-GAAP net (loss) income per share. GAAP net (loss) income per share was $(0.46).

(3) Reflects Non-GAAP weighted-average shares outstanding. GAAP weighted-average shares outstanding were 86,067.

(4) Balance includes (i) $70.1 million in product warranty expense reflecting the net increase in the expected number of replacement modules required in connection with our remediation efforts for the 2008-2009 manufacturing excursion (ii) $37.8 million for an increase in the expected number of warranty claims primarily due to increases related to future claims expected due to modules installed in certain climates (iii) $40.3 million for compensation payments to customers under certain circumstances for power lost prior to the remediation of the customers system under our remediation program and (iv) $62.2 million in connection with our remediation efforts for module removal, replacement and logistical services related to the manufacturing excursion.

(5) The amount adjusts the provision for income taxes to reflect the effect of the non-GAAP adjustments on non-GAAP net income.

**Three Months Ended December 31, 2010 (In thousands, except per share amounts)**

| | GAAP (1) | Warranty and Cost in Excess of Normal Warranty Expense | Non-GAAP |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Income before income taxes | $ 173,365 | $ | 8,456 (1) | $ 181,821 |
| Income tax expense | 17,421 | | 1,252 (2) | $ 18,673 |
| Net income | $ 155,944 | $ | 7,204 | $ 163,148 |
| | | | | |
| Net income per share | $ 1.8 | $ | 0.08 | $ 1.88 |
| | | | | |
| GAAP weighted-average shares outstanding | 86,840 | | 86,840 | 86,840 |

(1) Expense in connection with our remediation efforts for module removal, replacement and logistical services related to the 2008-2009 manufacturing excursion.
(2) The amount adjusts the provision for income taxes to reflect the effect of the non-GAAP adjustments on non-GAAP net income.

**Year Ended December 31, 2010 (In thousands, except per share amounts)**

| | GAAP (1) | Warranty and Cost in Excess of Normal Warranty Expense | Non-GAAP |
|---|---|---|---|
| Income before income taxes | $762,077 | $ 36,129 (1) | $ 798,206 |
| Income tax expense | 97,876 | 5,317 (2) | $ 103,193 |
| Net income | $664,201 | $ 30,812 | $ 695,013 |
| | | | |
| Net income per share | $ 7.68 | $ 0.36 | $ 8.04 |
| | | | |
| GAAP weighted-average shares outstanding | 86,491 | 86,491 | 86,491 |

(1) Balance includes (i) $30.5 million in connection with our remediation efforts for module removal, replacement and logistical services related to the 2008-2009 manufacturing excursion and (ii) $5.6 million for compensation payments to customers under certain circumstances for power lost prior to the remediation of the customers system under our remediation program.
(2) The amount adjusts the provision for income taxes to reflect the effect of the non-GAAP adjustments on non-GAAP net income.

First Solar, Inc.
**Investors:**
David Brady
Vice President, Treasury and Investor Relations
+1 (602) 414-9315
David.brady@firstsolar.com
or
Luke Fairborn
Director, Investor Relations
+1 (602) 414-9315
Lucas.fairborn@firstsolar.com
or
**Media:**
Ted Meyer
+1 (602) 427-3318
Ted.meyer@firstsolar.com

Source: First Solar, Inc.

News Provided by Acquire Media