Exhibit 56

<table>
<tr><td colspan="2"><strong>REVENUE RECOGNITION FOR PRODUCT SALES</strong><br>First Solar, Inc.</td></tr>
</table>

---

**REVENUE RECOGNITION FOR PRODUCT SALES**
First Solar, Inc.

Number:___RR 1_____

Effective Date:__06/19/2008_____          Approval Name:__James Zhu_____

Update Date:_____          Approval Signature:___/s/ James Zhu___

## Table of Contents

Overview ...........................................................................................................................................1
Definitions .......................................................................................................................................1
Policy Statement .............................................................................................................................2
   Persuasive Evidence of a Revenue Arrangement ......................................................................2
   Delivery of Products and Services .............................................................................................3
   Price is Fixed or Determinable ..................................................................................................5
   Collectibility Is Reasonably Assured .........................................................................................5

## Overview

This policy applies to First Solar, Inc. and all of its consolidated subsidiaries (collectively, "FSI"). This policy specifies the conditions that must be met to recognize revenue on the sales of products. It applies to standalone sales of products manufactured by FSI and manufactured by third parties but sold by FSI either as a distributor or as an agent (these will be primarily balance-of-system, or "BOS", components) and also to those units of accounting of revenue arrangements with multiple deliverables that consist of such product sales.

## Definitions

**Balance of system (BOS)** – All the materials and equipment in a solar electricity generation system other than solar modules. This includes but is not limited to materials and equipment such as solar module mounting apparatus, cables, DC to AC inverters, combiner/fuse boxes, and monitoring equipment.

**Customer acceptance provisions** – Sales contract provisions under which the customer must accept the product or service or the product or output of a service must meet a testing requirement before the customer is required to pay. These types of sales are sometimes referred to as "conditional sales". Provisions like these may provide time limits or other stipulations for customer acceptance or testing and may allow the customer to return the product if it does not ultimately accept it or if the product or output of a service is ultimately unable to pass a test.

**Deliverable** – A particular thing that FSI provides to a customer (that is, a product, service, or right to use assets) under a revenue arrangement (whether written, oral, or implied).

**Engineer and procure (EP) contract** – A contract in which FSI designs a solar electricity generation system for a customer and procures all the required materials, holding title to and bearing the risk of loss on those materials until they are delivered to the project site. Under an EP contract, FSI is not responsible for the construction of the system and the installation of the materials, although it may provide technical guidance services related to these activities.

1

Confidential Treatment Requested

PWC0059602

**Engineer, procure, and construct (EPC) contract** – A contract in which FSI designs and constructs a turn-key solar electricity generation system for a customer, including procurement of all the required materials and holding title to and bearing the risk of loss on those materials until they are installed in project and the project is completed. Under an EPC contract, FSI is responsible for the construction of the system and the installation of the materials, including the supervision of any subcontractors.

**Revenue arrangement**– A contractual arrangement (which may be written, oral, or implied) under which FSI provides one or more products and/or services to a customer in exchange for payment. To be considered a revenue arrangement, the products and/or services that FSI provides to customers as part of the normal course of its business.

**Revenue arrangement with multiple deliverables** – A revenue arrangement with multiple deliverables is a revenue arrangement that provides for delivering multiple products, services, and/or rights to use assets and/or that occurs at different points in time or over different periods of time.

**Side agreement** – An agreement with a customer regarding the terms of a revenue arrangement that is not documented in or referenced by the main document that stipulates the terms of the arrangement. A side agreement may be either written or verbal.

**Unit of accounting** – A single deliverable or set of deliverables in a revenue arrangement that are accounted for together for purposes of revenue recognition accounting.

## Policy Statement

FSI generally recognizes revenue for product sales under the US GAAP guidance of SAB 104. FSI considers revenue to be earned when all of the following criteria are met:
- Persuasive evidence of a revenue arrangement exists.
- Delivery has occurred or services have been rendered.
- FSI's price to the customer is fixed or determinable.
- Collectibility of the amounts due associated with the revenue arrangement is reasonably assured.

### Persuasive Evidence of a Revenue Arrangement

FSI identifies the total revenue arrangement according to the section "Specifying the Revenue Arrangement" in the policy RR 2, *Revenue Recognition for Arrangements with Multiple Deliverables.*

FSI does not allow oral or implied revenue arrangements. However, if any oral or implied revenue arrangement is made (in violation of this policy), FSI considers the terms of the oral or implied revenue arrangement in accounting for revenue recognition.

FSI does not allow side agreements to its revenue arrangements. However, if any side agreements associated with a revenue arrangement are made (in violation of this policy), FSI considers the terms of the side agreements in determining when revenue can be recognized on the product sale.

FSI considers persuasive evidence of a revenue arrangement to exist when a written sales contract has been properly approved by FSI (in accordance with the requirements of FSI's scope of authority policy) and by the customer that specifies the following:
1. A complete list, with a reasonable degree of specificity, of all the products and/or services that FSI will provide.
2. A statement of reasonably precise timing for delivery of those products and services.
3. A fixed price or rate for the products and services.

Confidential Treatment Requested

PWC0059603

4.  When and how the customer will pay for the products and services.

## Delivery of Products and Services

FSI considers delivery to have occurred upon passage of title and transfer of the risk of loss to the customer. This generally coincides with physical delivery in accordance with the terms of trade documented in the sales contract.

The following table documents when title passes and transfer of risk of loss occurs under terms of trade commonly used in FSI's sales contracts:[1]

| Terms of Trade | When Title Passes & Risk of Loss Is Transferred |
| --- | --- |
| Carriage & Insurance Paid To (CIP) | When FSI delivers the product to the carrier, which will occur at FSI's shipping dock unless otherwise specified in the sales contract. Note that FSI is responsible for paying the cost of carriage & procuring insurance for the customer's risk of loss to the named location even though the actual risk of loss is transferred to the customer upon delivery to the carrier. |
| Delivered Duty Paid (DDP) | When FSI delivers the product to the customer, cleared for import, at the named destination. The product does not have to be unloaded for title to pass and risk of loss to be transferred |
| Ex Works (EXW) | When FSI places the product at the disposal of the customer at FSI's premises or another named place. The product does not need to be loaded on a vehicle or cleared for export. |
| Free Carrier (FCA) | When FSI delivers the product, cleared for export, to the carrier at a named place. |
| Free on Board (FOB) | When FSI delivers the product to the customer, cleared for import, at the named destination. The product does not have to be unloaded for title to pass and risk of loss to be transferred |

If the terms of trade require FSI to clear a product for export, FSI must have a proper U.S. Department of Commerce Export License in place before it considers delivery to occur on a sale.

FSI must obtain documented proof that the "delivery" criteria noted above have been met, which is typically provided by the carrier. Depending on the terms of trade specified in the sales contract, this documentation of delivery may be documentation of receipt of the product by the carrier, documentation of delivery of the product to a point of destination, and/or documentation that other requirements of the terms of trade have been met..

FSI generally considers a service to have been delivered when substantially all of that service has been performed for the customer. This will typically be documented by some form of acceptance documents that are signed by the customer. If services are rendered that meet the criteria for project accounting, the revenue recognition guidance in financial policy RR 3 applies. Revenue recognition for the services that FSI provides in conjunction with its engineer, procure, and construct (EPC), engineer and procure (EP) contracts, and engineering contracts is determined in accordance with project accounting.

### Incomplete and Partial Shipments

An incomplete shipment is a shipment of products specified on a particular sales contract that is lacking key components that are not normally sold or shipped separately from the shipped product by FSI that are required by the sales contract to be provided to the customer and that are necessary to make those products that were

---

[1] The following guidance is based on *Incoterms 2000* published by the International Chamber of Commerce.

Confidential Treatment Requested                    PWC0059604

shipped usable by the customer. Delivery has not occurred if products are shipped incomplete, and accordingly, FSI does not recognize revenue for incomplete product shipments. FSI will recognize revenue at the time that the product shipment has been completed and all other applicable revenue recognition criteria have been met in accordance with this policy.

A partial shipment is a shipment of some but not all of the products specified on a particular sales contract that have all the associated key components pertaining to those particular products that FSI is required by the sales contract to provide and that are necessary to make those products that were shipped usable by the customer. FSI may only recognize revenue for a partial shipment if otherwise meets all the relevant requirements of this policy and if it meets the following additional requirements:

- The customer has in writing authorized the partial shipment and has in writing indicated that it will be obligated to pay for the products in the partial shipment under the same terms, or terms that are less restrictive to FSI, than those that apply to shipments fulfilling the requirements of the contract as a whole.[2]
- The customer does not have the right to return the partial shipment if FSI fails to make the remaining shipments.
- The compliance with the FSI revenue policy RR 2, *Revenue Recognition for Arrangements with Multiple Deliverables*. Specifically the sections on "Units of Accounting".

*Early Shipments*

In general, FSI defers revenue on shipments that it makes more than 14 days prior to the customer requested shipment date and more than 14 days plus a normal delivery time prior to the customer requested delivery date. It then recognizes this deferred revenue upon the requested shipment date or the requested delivery date less a normal delivery time. However, if the sales contract specifically prohibits shipment prior to a particular date, FSI defers revenue on any shipments that it makes before that date and recognizes the revenue upon that date, and if the sales contract specifically prohibits delivery prior to a particular date, FSI defers revenue on any shipment shipped prior to that date less a normal delivery time and recognizes the revenue upon that date less a normal delivery time.

*Vendor Drop Shipments*

Products that FSI sells under a sales contract may be shipped directly from an FSI vendor's location to the FSI customer's location. This is referred to as a "vendor drop shipment". The delivery requirements for revenue recognition for vendor drop shipments are exactly the same as the delivery requirements for products delivered from an FSI facility, except the vendor's facility is substituted for the FSI facility, as applicable. FSI will defer revenue associated with all vendor drop shipments until the proof of delivery requirements for these shipments are fulfilled. The same proof of delivery requirements apply to vendor drop shipments as to products shipped from an FSI facility.

*Customer Acceptance Provisions*

If a sales contract has substantive customer acceptance provisions, FSI does not consider delivery of the product or service to have occurred until FSI has received documentation that the customer accepts the product or service. This documentation must be in the form of a signed notice of acceptance (NOA).

FSI does not consider the following types of sales contract provisions to be customer acceptance provisions that would require receipt of a signed NOA prior to revenue recognition:

- Provisions giving the customer rights if delivered products arrive damaged or if there are any other defects with the product that are covered by FSI's standard product warranty provisions.
- Provisions in which the timing of a portion of the payment by the customer is tied to final acceptance or passing a test that ensures that any minor defects or problems are resolved. To qualify for this exception

---

[2] The customer's authorization to partial ship may be written into the sales contract.

4

Confidential Treatment Requested

PWC0059605

to the requirement to receive a signed NOA prior to revenue recognition, the amount withheld pending final acceptance must be fifteen percent (15%) or less of the contract price and occurrence of final acceptance within ninety (90) days of delivery must be probable.

### Price is Fixed or Determinable

FSI considers all pricing for products and/or services as stated in our sales contracts that does not have specific contractual contingencies that could change the stated price as fixed. FSI also takes into account the guidance provided under the revenue policy RR 2, *Revenue Recognition for Arrangements with Multiple Deliverable* when determining the price for a specific element of the sales contract. If a specific element of the sales contract does have a contingency that could change the stated price, then FSI will only recognize the non-contingent allocation of the price for the delivery of the product and/or service when all revenue recognition criteria are completed. Any remaining contingent amounts are recognized upon the removal or completion of the contingency net of any reduction due to the completion of the contingency.

*Sales Returns, Allowances, and Other Deductions*

FSI does not provide its customers with rights of return on its sales. FSI records credit invoices issued to customers for discounts or allowances or in settlement of disputes as a reduction in revenue. If a provision for returned products has been established, FSI records credit invoices for returned products to which the provision applies against that provision; otherwise, FSI records the credit invoice as a reduction in revenue.

*Sales and Use Tax, Value Added Tax, Postage and Freight Out, and Customs Duties*

FSI does not consider sales taxes, use and value added taxes, freight or postage, and customs duties to be revenue. FSI separately identifies all of these items on customer invoices and credits these amounts to the appropriate payable or expense account.

### Collectibility Is Reasonably Assured

If a sales contract provides that the customer does not need to pay for a product until it has been remarketed to another buyer, FSI does not recognize revenue for the contract until its customer meets that condition and is obligated to pay FSI.

Occasionally, a sales contract will have provisions permitting the customer to terminate the contract for "convenience" or because customer funds were ultimately not appropriated for the contract. FSI does not recognize any amounts of revenue for contracts with these types of provisions that exceeds amounts that FSI (1) has already received for the contract and (2) would not have to refund to the customer in the event of contract termination.

Two exceptions to the aforementioned limitation on revenue recognition to sales contracts with provisions allowing for termination for "convenience" or because customer funds were ultimately not appropriated for the contract. The first exception applies to sales contracts with the U.S. government and sales contracts funded by the U.S. government. The U.S. government has the right to terminate contracts for "convenience" or because were ultimately not appropriated for the contract. However, if FSI determines that the likelihood of funding be lost for the contract is remote (as defined in Statement of Financial Accounting Standards No. 5, *Accounting for Contingencies*), FSI considers collectability of all amounts due to be reasonably assured. The second exception applies to sales contracts that include both provisions for termination for "convenience" and terms where FSI would be paid for all products and/or services that were delivered to the customer or where FSI has incurred costs in procuring or delivering the products and/or services. For sales contracts under this exception FSI shall recognize revenue only in the amounts equal to or less than the amount that would be reasonably recovered if the customer elected to terminate the sales contract for "convenience".

---

5

Confidential Treatment Requested                                                    PWC0059606

Exhibit 57

# FIRST SOLAR, INC.
## ACCOUNTING ISSUES PAPER
## Module Replacement Warranty – Q3 2008

Each First Solar module that is sold is covered by a two tiered warranty. The first tier covers the first 5 years of each module's life for any manufacturing defects and the second tier guarantees a minimum output rating for the first 25 years of the modules life. Based on prior actual claims data and quality testing data, the estimated total return rate for modules was 2.14% (1.64% for manufacturing defects and 0.5% for power output). For all periods prior to the 3rd quarter of 2008 this was the rate at which returns were estimated for purposes of establishing the warranty liability for First Solar Inc. and subsidiaries.

Return Rate Reduction:

During the 3rd quarter of 2008 the First Solar quality department updated the statistical analysis that is used to estimate and project the warranty return rate. The primary driver of this return rate reduction was due to the quality department's continuous improvement to increase product reliability and, thus, drive down return rates. Because of the increasing amount of mature data that is now available it was decided to break out monthly "vintages" for purposes of analyzing the data. In the prior analyses only annual "vintages" were used as not enough data was available to break out the analysis in this way. The quality department feels that this breakdown of the data will allow for more data points to be analyzed and would help them better perform root cause analyses. As a result of this change, the quality department believes that the analysis is now more accurate and better predicts the return rate. The new statistical model is now indicating a return rate of 1.32% related to the manufacturing defect warranty. Due to the lack of historical data, management still believes the 25 year power output rating return rate of 0.5% is the company's best estimate; therefore, managements best estimate for the warranty return rate is now at 1.82% for First Solar Inc. and subsidiaries. Please refer to the PowerPoint presentation attached below for further information regarding the statistical analysis and the quality department's process for estimating the return rate. The impact of this change in estimate is a reduction to the global warranty reserve of $2 million at the beginning of the 3rd quarter of 2008.

{ EMBED PowerPoint.Show.12 }
Impact of 3 Month Delay:

The quality department statistical analysis also estimates the period when returns are expected to occur. This estimate was updated as a part of the analysis that the quality department performed. These return rates essentially predict when returns are expected to occur. For example, in the first 18 months following shipment it is expected that .71% of the returns will occur, in the following 12 months an additional .25% will

CONFIDENTIAL

occur. The following is a breakdown of the estimated return rates (and liability accretion schedule) for the life of the 5 year manufacturing defect warranty period:

18 Months in service = 0.71%

30 Months in service = 0.96%

42 Months in service = 1.11%

54 Months in service = 1.22%

66 Months in service = 1.32%

This additional 3 month delay results in a total accretion period of 66 months as the accretion doesn't begin to occur until 6 months after the modules have been shipped from the production facilities.

Prior to the 3rd quarter of 2008 the warranty liability model estimated that returns were processed and new modules were shipped starting the quarter after shipment. This was the time at which the liability would begin to be released based on the amount of expected returns. This assumption was also reviewed as a part of the 3rd quarter review by the finance team. It was determined that a 2 quarter lag was more appropriate. This time estimate is composed of the average time it takes the following sequence of events to occur:

1. A module is shipped to the customer (revenue recognition occurs and a warranty liability is recorded).
2. The modules are installed and "turned on".
3. A flaw in the module is discovered by the customer.
4. The module is shipped back to a FS facility.
5. FS determines the flaw is covered under the warranty policy.
6. A replacement module is shipped to the customer (the actual cost to service the claim is incurred).

Based on discussions with the quality and customer service departments it appears that the average time it takes from the time a new shipment of modules is shipped until the time the first replacement modules related to that shipment are sent to the customer is approximately 6 months. This is based on the assumption that there is a 3 month average lag from the date of shipment until the date of installation. The time it takes varies depending on shipping destination, how long a module may sit in a warehouse prior to install and how long the construction of the array takes, but 3 months is considered a reasonable estimate by the parties involved. From the date of installation until the time an actual replacement module is shipped is also estimated at 3 months. This is based on data from the customer service department that indicates an average time it takes from the date an "RRF" (Return Replacement Form) is submitted until the date a replacement module is shipped is 90 days. Therefore, a total lag of 180 (or 2 quarters) was determined to be a more reasonable lag time. The impact of this change resulted in an increase to the consolidated reserve of $585K at the beginning of the 3rd quarter of 2008.

CONFIDENTIAL

Release of RMA Reserve:

As of June 28, 2008 PBG had a Return Module Authorization (RMA) liability recorded in addition to the normal warranty liability in the amount of $402,000. This liability was recorded to account for a backlog of warranty servicing that had accumulated in the customer service department at the end of Q2 2008. As the warranty model assumes a fairly constant rate of service it was deemed appropriate to record an additional liability for this backlog of potential warranty claims. Since this time the customer service department has improved their claim servicing processes by implementing a new CRM claims tracking database which has allowed for quicker service of claims and the backlog has stabilized. As the backlog has stabilized management determined that this reserve should also be eliminated as the warranty liability model will account for the rate of service based on the estimated return rates as long as service replacement modules are shipped at a stable rate. Also, adding an additional quarter of lag time to the beginning of the warranty liability calculation model accounts for the time that is required to service a claim. The impact of the release of this reserve was a decrease to the reserve of $402K during the 3rd quarter of 2008.

Servicing of Modules:

During Q3, the process for servicing returns was also examined and it was determined that it made most sense economically for the closest manufacturing facility to service warranty claims regardless of where modules were originally manufactured. Therefore, as virtually all modules currently produced and in service are in Europe it makes sense for FFO to replace any returned modules. Therefore, the warranty liability calculations for PBG and KLM were modified to accrue at the estimated replacement cost to replace a module by the FFO facility as this is where it will be serviced out of. Also, a service agreement between PBG and FFO is currently in process that will allow for servicing of warranty claims by FFO on behalf of PBG. This agreement is between legal entities and will define the terms of the agreement (price, settlement terms, etc.). Also, once this agreement is finalized a similar agreement will be put in place between KLM and FFO. In addition, the liability for the future warranty costs will be recorded in Euro as this is the currency the claims will be transacted in, therefore, the liability will be subject to exchange rate exposure that will run through COGS. The impact of this change resulted in a reduction to the global reserve of $167K.

Summary:

CONFIDENTIAL                                                                                  FSLR01121605

The PowerPoint presentation attached below summarizes the changes and the dollar impacts to each location and on a consolidated basis for Q3 2008.

{ EMBED PowerPoint.Show.12 }

Conclusion:
Per FAS 154, "changes in accounting estimates result from new information". The above adjustments are considered a change in estimate as the above changes each resulted from a change in facts and circumstances.

- The change in rate resulted from additional warranty data becoming available due to the passage of time allowing the quality department to modify their approach to estimating the return rate.
- The change in the lag time resulted from additional statistics becoming available from the customer service department in regards to the turnaround time required to process claims.
- The change in the standard rate resulted from the change in management's expectation regarding claims servicing and the decision to implement the inter-company service agreements between FFO and the other locations.
- The decision to eliminate the additional RMA reserve was due to the fact that it is no longer deemed necessary as customer service is servicing claims on a more stable basis and the additional lag time that has been incorporated into the model compensates for this issue as well going forward.

As these changes are not considered changes in accounting principles or errors the adjustments will be made in Q3 2008 and no prior period amounts will be restated. The reasons for the change in estimate will then be disclosed and discussed in the Q3 Form 10-Q.

## Preparation and Review:

Prepared by:                                          Reviewed by:

/s/ Michael Lindsey                                   /s/ Bryan Schumaker
Michael Lindsey,                                      Bryan Schumaker,
Accounting Manager - PBG                              Corporate Assistant Controller
Date: 2008 September 30                               Date: 2008 September 30

/s/ Mike Koralewski
Mike Koralewski,
Director, Quality - PBG
Date: 2008 October 1

CONFIDENTIAL                                          FSLR01121606

NOTE:  Mike Koralewski signature related to "Return Rate Reduction" and "Servicing of Modules" sections only.

CONFIDENTIAL                                                                                    FSLR01121607

Exhibit 58



# Cost per Watt Produced (CWP) Analytic Procedures

## Purpose

To define a standard methodology and desk procedure for calculating Cost per Watt Produced and associated analytics for internal and external reporting purposes.

## Scope

This document defines First Solar's standard methodology for calculating Cost per Watt Produced (CWP) and associated analytics.  The intended scope is global, however segments of this policy may be unapplicable due to reporting requirements (i.e., if reporting in local currency, foreign exchange impact analytics would unapplicable).  Exceptions to the processes outlined in this document may be warranted, and should be approved by the appropriate FP&A manager.

## Responsibility and Uses

Financial Planning & Analysis (FP&A) is responsible for  calculating and reporting Cost per Watt metrics and associated analytics, both on a site and consolidated level.  Cost per watt is a key performance indicator for First Solar and provides a clear measure of cost competitiveness and manufacturing execution performance.  Cost per Watt is reported both internal and externally.

## Definitions & Terminology

| | |
|---|---|
| Modules Produced | Total number of units that passed to FS400 within a given period |
| FGE | Finshed Good Equivelant (Finished Goods + WIP as a percentage of a completed module) |
| Ramp Penalty | Dollarized measure of operating inefficiencies incurred during the ramp-phase of a new/expanding manufacturing facility.  Penalty primarily made up of MFG OH costs incurred prior to full-production, yield-loss, and indirect material expenses. (for more on Ramp Penalty, see Cost Accounting Policy document – { HYPERLINK "http://power.firstsolar.com/sites/FS5/Finance/Corp%20Acct/Accounting%20Service%20Manual%20ASM/3)%20Accounting%20Policies%20and%20Procedures/3.4)%20Inventory/IM.9%20Start-Up%20Spending%20Policy%2006.25.08.pdf" }) |
| VFM | Virtual Factory Model – primary forecasting/analytical model for the Module BU |
| COGP | Cost of Goods Produced – production based cost of goods inventoried. |

## Analytics Methodology Overview

In an effort to drive accountability, and to accurately identify and measure drivers of P&L perfomance, FP&A employs an analytical process that isolates/identifies cost variances for both period over period and budget vs. actual comparisons.  This "bridging" based approach  is similar to a standard rate/volume variance analysis exercise (see below "Detailed Desk Procedures"



CONFIDENTIAL

Exhibit 7
**Gillen**
8/7/14
Lisa Moskowitz
CSR 10816, RPR, CLR

FSLR01087256

section for a complete walkthrough of the methodology).

It is important to follow the defined order of operations when bridging Cost per Watt. Briding in a different order will cause a slight difference in the bridge variances. **The approved order of operations** for isolating key drivers of cost variance is as follows:

1. **Remove Foreign Exchange impact** – Normalize current period costs for changes in FX by translating current period costs at the prior period FX.

2. **Remove module efficiency (Watts/Mod) impact** – Normalize current period Watts/Module FGEs by setting current period Watts/Mod equal to prior period Watts/Mod FGEs.

3. **Remove Throughput (Volume changes) impact** – (increase/decrease in throughput per line, measured in incremental volume from each factory)

4. **Separate out Ramp penalty**

After removing the impact of the above drivers, cost variances for each line item can be measured directly. Line items are typicaly grouped as follows:

1. **Variable Cost** (Material, Warranty, EOL, Yield, Cycle Count, PPV, Freight, etc.)

2. **MFG OH** (Fixed spending/MFG scale)

3. **SBC**

4. **Ramp Penalty**

## Detailed Desk Procedures

The latest version of the cost per watt analytics model is now built-in to the VFM, CpW Analtyics tab. The improved model automates the process for bridging cost per watt on a consolidated level. For individual site CpW analytics, please use the standard (non-automated) CpW template until additional automation has been complete in the VFM.

**Model Methodology Detail**

The Cost per Watt Analytcs model process flow is as follows:

1. **By site, Convert Cost of Goods Sold (COGS) into Cost of Goods Produced (COGP)** – the model takes total COGS <u>by site</u> and adjusts the following line items to get COGP:

   a. <u>Direct Material (DM)</u> → DM total ÷ # of Mod Sold = DM rate/Mod. DM rate/Mod * # of Mod FGEs = total DM produced

   b. <u>Sales Freight</u> → Total Sales Freight ÷# of Mod Sold = Sales Freight rate. Sales Freight rate * # of Mod FGEs = total Sales freight produced

   c. <u>Warranty Accrual</u> → ((# of Mod FGEs - # of Mod Sold)*Warranty rate)+ Warranty accrual on P&L. (Warranty rate in VFM)

   d. <u>End of Life (EOL)</u> → ((# of Mod FGEs - # of Mod Sold)*EOL rate)+ EOL accrual on P&L. (EOL rate in VFM)

CONFIDENTIAL                                                    FSLR01087257

    e.   Exclude VM Absorption and Inventory Change → exclude all P&L absorbtion amounts from COGP calculation (VM Absorption and Inventory Change-MFG OH line items in VFM).

2. **Consolidate site COGP from step 1.** Sum all COGP site totals to get the Consolidated COGP amount.

3. **Divide consolidated COGP from step 2 by total FGE Watts to get Cost per Watt Produced.** Consol COGP ÷ (# of FGE Mod * Watts/Mod FGE from VFM) = Consolidated CpW.

4. **Adjust Cost per Watt Produced from step 3 for FX, Efficiency, and Throughput.**

    a.   Where applicable, **Normalize COGP (by site) for FX.** Normalize site COGP for FX impact by dividing by current period FX, and then multiplying by the prior period FX. Capture the FX impact per watt by subtracting the total CpW adjusted for FX against the total CpW prior to adjusting for FX.

    b.   **Normalize for Efficiency (by Site).** Current period FGE Modules * prior period FGE Watts/Mod rate. Capture the Efficiency impact per watt by subtracting the total CpW adjusted for Efficency against the total CpW prior to adjusting for Efficiency.

    c.   **Normalize for Throughput (by site).** For non-ramping manufacturing plants, set # of FGE Modules equal to prior period # of FGE Modules. Capture the Throughput impact per watt by subtracting the total CpW adjusted for Throughput against the total CpW prior to adjusting for Throughput.

5. **Divide adjusted consolidated COGP (from step 4) by adjusted total FGE Watts to get Cost per Watt Produced, NORMALIZED for FX, Efficency, and Throughput.**

6. **Bridge details break out variances to following buckets:**

    a.   FX

    b.   Efficency

    c.   Variable Cost (Materials, Yield, etc)

    d.   Ramp Penalty

    e.   MFG Scale

    f.   SBC

The Bridge details are then used to create a bridge chart in a separate excel chart for input into the analytics section of the Close and POR/AOP presentation decks.

Example:

{ EMBED PowerPoint.Slide.12 }

CONFIDENTIAL

FSLR01087258

Document History

| DATE | REV | DESCRIPTION OF CHANGE | ORIGINATOR |
|---|---|---|---|
| 01-21-09 | 1.0 | Initial draft | R. Ferguson |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

FSLR01087259

# Exhibit 59

LOW POWER Chronology of Events    First Solar Confidential    June 5, 2009

- 03/20/09:  Customer service (Thomas Gabriel at this time customer rep for Juwi) received phone call from Juwi (Sven Klosse *Purchsing, Logistics, Reclamation only for FS leading a small group of 3 heads*); low power complaint for customer site Schemmerhofen

- 03/26/09:  Further information received from customer; overall performance of the site PR>90% (this information was decreasing expectation that this is a serious issue and was communicated like that to Juwi (Achim Jung)  by Timo (PM) (information received from Markus Stollhof *Elekrischen Technician* reporting to Achim Jung *head of technical operation management)*

- 04/01/09:  Customer service requests advice from PM/Technical Service for communication to customer (Gerrit Schulz /Timo Möller address)

- 04/02/09:  Recommendation from PM/Technical Service  to Juwi to wait until the system has seen 200 kWh/m² irradiance before we take actions because of well known dark soak effect (at this time there were no indication that this could be an serious power issue with the modules. We received a couple of this type of complains that were related to dark soak or just inappropriate evaluation methods)

  - Timing Plan: wait for 2 to 3 weeks and schedule a site inspection with good weather conditions for measurements (Timo PM)

- 04/19/09:  Site visit planed on 04/24/09 for inspection and IV-curve measurement (PM Timo)

- 04/01/09:  Creation of CRM customer complaint by Customer Service. CRM notice is routed to PM/Technical Service (Timo)

- 04/24/09:  Site visited in Waldalgesheim with IV- curve measurements. Results are confirm low power of several modules (Service Technicians organized by Timo)

  - Plan of module replacement for further investigation in FFO between (Petra/Timo)

- 04/27/09:  Defined plan to ship 20 replacement modules by 04/30/09

- 04/30/09:  Delay of shipment due to traffic situation, goods arrived after work hours (no replacement of modules in the darkness SAFTY FIRST)

- 05/04/09:  Replacement of the modules identified with low power

- 05/05/09:  Shipment of the 20 low power modules to FFO

- 05/06/09:  Modules arrived in FFO

- 05/07-09:  Modules measured in FFO (quality)

- 05/12/09:  Communication by Steffen Böhm and Petra Wagner of Quality to Timo, Jörgen and FFO Quality Staff on the first results of the measured modules. Validation that 8 of 20 modules were 20% low!

- 05/15/09:  Action plan pulled together and circulated by FFO quality.  FFO Quality and Mainz Product Management are recipients of the action plan. (Timo, Jörgen, Clarence Herzfeld, Petra Wagner ...)

- 05/16/09:  Update of action plan by Mainz Product Management to require deep degradation analysis.... Vmp, Imp, FF

- 05/16/09:  Decision made by Mainz Product Management for escalation to EU Leadership Team after review of FFO quality presented data (PM Jörgen)

- 05/18/09:  Communication of performance issue by Customer Service and Mainz Product Management in EU Senior Staff Meeting. Participants:  Stephan H., Helga V., KHD(HR),  Jos,  Adrian, Jörgen,  Ulrich B..  Analysis summary reported along with the plan to inspect and replace modules at customer sites as soon as possible.  No presentation was prepared; this was a verbal communication. The item was captured as part of the meeting minutes.

- 05/25/09:  Quality FFO circulates RCOL analysis (quality - Martin Millow).

- 05/26/09:  Next site visit for IV curve measurement is scheduled and 300 replacement modules were ordered.

**CONFIDENTIAL**    **FSLR02349102**

LOW POWER Chronology of Events     First Solar Confidential                    June 5, 2009

- 05/27/09:  Quality FFO presenting their findings and identified two time frames of 2 weeks with low light soak stability.

- 5/28/09:  Juwi CEO engages Carrington at InterSolar about issue.

- 5/28/09:  Formal cross functional issue management leadership team formed to drive issue root cause definition and  resolution

- 06/02/09: Taking IV curves at Schemmerhofen (Service technicians).

- 06/03/09:  Delivery of 600 IV curve measurement, Power values and Sub-ID's (PM Timo and team).

- 06/04/09:  Delivery of additional 400 IV curve measurements with Sub-ID's  250 Modules with low power identified shipped to FFO for power characterization and further rood cause analysis.

**CONFIDENTIAL**                                                                                        **FSLR02349103**