# Exhibit 60



CONFIDENTIAL    FSLR01659004

CONFIDENTIAL



FSLR01659005

CONFIDENTIAL



FSLR01659006

CONFIDENTIAL

# Forward-Looking Statement



During the course of this presentation the company will make projections and other comments that are forward-looking statements within the meaning of the federal securities laws. The forward-looking statements in this presentation are based on current information and expectations, are subject to uncertainties and changes in circumstances, and do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially from those statements, including the risks as described in the company's most recent annual report on Form 10-K and other filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this presentation or with respect to the announcements described herein.

FSLR01659007



CONFIDENTIAL

FSLR01659008

CONFIDENTIAL



FSLR01659009



CONFIDENTIAL

FSLR01659010

CONFIDENTIAL



CONFIDENTIAL



FSLR01659012



CONFIDENTIAL

FSLR01659013



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

## Public Policies – Sustainable Economics

First Solar.

- **Declining PV system costs**
- **Declining development costs and timelines**
- **Lower PV financing costs**

Federal Tax Subsidies
$0.03-$0.04kWh

$0.15

Economic Viability
$0.04 - $0.07kWh

$0.10

Conventional Electricity
$0.06 - $0.08kWh

- **Carbon mitigation costs**
- **Scarcity and volatility of alternatives**

© 2009 First Solar, Inc.

14

FSLR01659017

CONFIDENTIAL

# Core Aspects of Our Strategy

**First Solar**

Sustainable Solar Markets **+** Leading Shares in the Most Attractive Markets **+** Business Model that Drives Superior Returns on Capital **+** Sustainable Competitive Advantages **=** Enduring Business Value

- Reduce solar electricity costs to sustainable levels through technology development, operational excellence and scale

- Use price, adaptive business models and market partnerships to expand transition markets

- Own and develop the technologies necessary to be the low cost provider of solar electricity

- Maintain financial discipline that assures superior returns on invested capital

© 2009 First Solar, Inc.

15



CONFIDENTIAL

FSLR01659019



FSLR01659020



CONFIDENTIAL

FSLR01659021



CONFIDENTIAL

FSLR01659022



CONFIDENTIAL



CONFIDENTIAL

FSLR01659024



Marketing & Business Development

Market Environment

First Solar.

CONFIDENTIAL

FSLR01659025



CONFIDENTIAL

FSLR01659026



CONFIDENTIAL



U.S. Landscape

FSLR01659028



CONFIDENTIAL

FSLR01659029



CONFIDENTIAL



CONFIDENTIAL

FSLR01659031

CONFIDENTIAL



FSLR01659032

CONFIDENTIAL



FSLR01659033



CONFIDENTIAL

FSLR01659034



CONFIDENTIAL

FSLR01659035



CONFIDENTIAL

FSLR01659036



CONFIDENTIAL



CONFIDENTIAL

FSLR01659038



CONFIDENTIAL



CONFIDENTIAL



**CONFIDENTIAL**

CONFIDENTIAL



FSLR01659042



CONFIDENTIAL

FSLR01659043



CONFIDENTIAL



CONFIDENTIAL

FSLR01659045

CONFIDENTIAL



FSLR01659046

CONFIDENTIAL



FSLR01659047



CONFIDENTIAL

FSLR01659048



CONFIDENTIAL

FSLR01659049

CONFIDENTIAL



## Strategic Imperatives

First Solar.

- Pricing strategy to enable throughput in Existing Markets

- Strong growth platform to drive and capture leading share in Transition and Sustainable Markets

- Leadership across the value chain - versatile and dynamic

- Strategic relationships - established in existing markets and positioning in transition markets

- Largest North American utility scale development pipeline

© 2009 First Solar, Inc.

47

FSLR01659050



CONFIDENTIAL

FSLR01659051

CONFIDENTIAL



FSLR01659052

CONFIDENTIAL



# Sustainability is Industry Mandate

- Solar is a Key Component in Addressing Global Climate Change

- Objective to Lower Worldwide Carbon Levels

- Must Evaluate Total Impact to the Environment
  - Supply, Manufacturing, Deployment, Operations, Recycling

© 2009 First Solar, Inc.

50

FSLR01659053

CONFIDENTIAL



FSLR01659054

CONFIDENTIAL



FSLR01659055



CONFIDENTIAL

FSLR01659056

CONFIDENTIAL

# Energy Payback Time is <1 Year



- **EPBT:** The amount of time a system must operate to produce the amount of electricity that was required to fabricate the system

- **Objective:** Minimize EPBT
  - Supports Rapid Scalability
  - <1 Year Ensures Industry Growth Does Not Create Near Term Energy Deficit

Source: de Wild-Scholten & Schottler, 2009.

© 2009 First Solar, Inc.

First Solar.

54

FSLR01659057



CONFIDENTIAL

CONFIDENTIAL



"For example the emissions of Cd from the life cycle of CdTe PV are 90-300 times lower than those from coal power plants with optimally functioning particulate control devices. In fact, life-cycle Cd emissions are even lower in CdTe PV than in crystalline Si PV, because the former use less energy in their life cycle than the later."

– Fthenakis et al

"Large scale use of CdTe Photovoltaic modules does not present any risks to health or the environment, and recycling of the modules at the end of their useful life would resolve any remaining environmental concerns."

– Summary Report Organized by European Commission

Summary Report, Peer Review of Major Published Studies on the Environmental Profile of Cadmium Telluride (CdTe) Photovoltaic Systems, Organized by European Commission, DG Joint Research Centre (JRC), Moderated by German Ministry of the Environment (BMU), November, 2005

Fthenakis V.M., Kim H.C. and Alsema E., Emissions from Photovoltaic Life Cycles, *Environmental Science and Technology*, March, 2008.

FSLR01659059

CONFIDENTIAL



FSLR01659060



CONFIDENTIAL

FSLR01659061

CONFIDENTIAL

## Previous Module Roadmap

**First Solar.**

### Module MFG Cost Reduction Roadmap

$1.29/W

100%    16-18%    15-17%    7-8%    4%    3%    $0.65 - .70/W    50-55%

| Q1 07 Cost/Watt | Efficiency | Low Cost Location | Spending | Throughput | Plant Scale | 2010-2012 Cost/Watt Target |

© 2009 First Solar, Inc.    59

FSLR01659062

CONFIDENTIAL



FSLR01659063



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

## BOS Key Metrics

First Solar.

- World Class Safety

- Sustainability EPBT Contribution
  - Fewer Materials
  - Comprehensive Material Management

- Cost Per Watt Installed
  - Modular Design and Engineering
  - Materials Sourcing Strategy
  - Ease of Installation

- Time To Energy

- Installation Velocity
  - Design for Constructability
  - Theory of Constraint Applied to Field Management

© 2009 First Solar, Inc.

66

FSLR01659069



CONFIDENTIAL

FSLR01659070



CONFIDENTIAL

FSLR01659071

CONFIDENTIAL



FSLR01659072

CONFIDENTIAL



FSLR01659073



CONFIDENTIAL

CONFIDENTIAL

# System Monitoring



First Solar.

- Provides full remote control and monitoring capabilities of the plant

- Utilizes industrial PLCs and GUI to monitor system performance parameters

- All major electrical parameters are monitored as well as component temperatures and meteorological conditions

- Includes sophisticated multi-level fault reporting and notification

- Historical graphing and performance analysis





© 2009 First Solar, Inc.

73

FSLR01659075

Sempra El Dorado Site – September 2008

FSLR01659076



CONFIDENTIAL



Sempra El Dorado Site – Early November 2008

© 2009 First Solar Inc.

FSLR01659078



Sempra El Dorado Site – Late November 2008

CONFIDENTIAL

FSLR01659079



CONFIDENTIAL

FSLR01659080



CONFIDENTIAL

FSLR01659081



CONFIDENTIAL



CONFIDENTIAL

FSLR01659083



CONFIDENTIAL

FSLR01659084

CONFIDENTIAL

# Technology Projections

- Technology alignment to First Solar goals
- Near-term roadmap
- Long-term projections

© 2009 First Solar, Inc.

First Solar.

82

FSLR01659085

CONFIDENTIAL

## CdTe Capabilities vs. First Solar Requirements

First Solar.

| CapEx <$1.00/W Required for rapid scaling | Cost/W<$1.00/W Required for global penetration | EPBT <1.0 year Required for $CO_2$ footprint | BOS <$1 |
|---|---|---|---|
| CdTe CapEx $0.80 ($0.57)* | CdTe Cost/W $0.52-$0.63 In 2014e | CdTe EPBT 0.80 year | CdTe >12% |

*Equipment Only

© 2009 First Solar, Inc.

83

FSLR01659086



CONFIDENTIAL

CONFIDENTIAL



# First Solar IP Position

- We maintain existing patents that cover the core First Solar value-proposition

- Ongoing improvements well-protected: form the basis for sustained differentiation

- Much of First Solar's differentiation is unpublished

© 2009 First Solar, Inc.

85

FSLR01659088

CONFIDENTIAL

# First Solar Competitive Positioning in Thin Film



- 10 years of learning in Thin Film

- 20x more volume shipped than next nearest competitor

- Proprietary Accelerated Life Tests tied to 10 years of field performance

- EPC business provides line-of-sight to system requirements

- Positioned for ongoing efficiency improvements

© 2009 First Solar, Inc.

86

FSLR01659089





CONFIDENTIAL

FSLR01659090



CONFIDENTIAL

FSLR01659091



CONFIDENTIAL

FSLR01659092

CONFIDENTIAL



Conversion Efficiency Potential

First Solar.

18%

15.3%

~2014

13.5%                    ~2012

12.5%

10.9%                    ←Q109

© 2009 First Solar, Inc.

FSLR01659093

CONFIDENTIAL

# High-Confidence Roadmap to >12.5%



First Solar.

- **12.5% requires closing the gap between CdTe product and lab record performance**
  - NREL "hero" CdTe Cell is 16.5%
  - Best module is 80% of "hero" cell
  - Production average is 90% of best module
  - 16.5% hero-cell corresponds to ~13% production

- **Pathway is mostly improved light transmission into existing device**
  - NREL Jsc demonstrates upside of 1.3% absolute
  - Many opportunities for improvements in current
  - Technology challenge is to make these improvements manufacturable
    - Reducing thickness of CdS
    - Proprietary improvements to TCO
    - Proprietary improvements to glass transmission

- **FSLR Leveraging current leadership for sustained competitive differentiation**

© 2009 First Solar, Inc.

91

FSLR01659094

CONFIDENTIAL

# PV Theoretical Limit

- Fundamental energy flux at earth's surface 1000W/m2      100%
- Best possible energy utilization in PV (Green)      74%
- Theoretical limit for multi-junction device      68%
  (infinite number of junctions)
- Theoretical limit for a perfect single-junction device      30%



© 2009 First Solar, Inc.

FSLR01659095



CONFIDENTIAL



CONFIDENTIAL

# 1,000 Pathways to >16% and Beyond

- Multiple approaches to driving performance
- Renewed excitement in the technical field
- Fundamental device physics and materials science
- TF-CdTe still has enormous headroom

Optical Engineering

Contact Engineering

Grain-boundary Engineering

Band-Engineering

Dopant Engineering

First Solar.

© 2009 First Solar, Inc.

95

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

## Enduring Value



- 20% RONA = 15% WACC + 5% EVA Spread

- RONA integrates P&L performance with Asset intensity and capital efficiency

- We target ≥80th percentile performance within the Russell 3000 index

- RONA = NOPAT / (Total Assets – Non interest bearing liabilities)

- EVA = RONA - WACC

- Achieving a 20% RONA requires Income Statement and Balance Sheet Scale

© 2009 First Solar, Inc.

98

FSLR01659101



CONFIDENTIAL



CONFIDENTIAL

FSLR01659103



CONFIDENTIAL

FSLR01659104

CONFIDENTIAL



FSLR01659105

CONFIDENTIAL



CONFIDENTIAL



FSLR01659107

CONFIDENTIAL



FSLR01659108



FSLR01659109



CONFIDENTIAL

CONFIDENTIAL



# Financial Strength

## Credit Rating Status

| Rating Factor | Weighting | Q1 2009 Status |
|---|---|---|
| Business Profile | 25% | B2 |
| Size and Stability | 10% | B2 |
| Cost Position and Profitability | 10% | A1 |
| Financial Policy | 25% | A3 |
| Financial Strength | 30% | A3 |
| **First Solar TOTAL** | **100%** | **Baa2** |

Based on Moody's Global Manufacturing ratings methodology; equivalent to S&P's BBB rating

© 2009 First Solar, Inc.                                                                                    108

FSLR01659111



CONFIDENTIAL

FSLR01659112



CONFIDENTIAL

FSLR01659113

CONFIDENTIAL



FSLR01659114



CONFIDENTIAL

FSLR01659115



CONFIDENTIAL



CONFIDENTIAL



FSLR01659118

CONFIDENTIAL

FSLR01659119



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL



## Summary

| Positives | Challenges |
|---|---|
| High volume Transition Markets developing to support growth | Transition Markets offer less visibility into demand levels and price points than Existing Markets |
| Meeting or exceeding previous 2012 cost targets and improving targets through 2014 across value chain | Higher non-controllable project costs for U.S. Transition Markets than previously estimated; Poly-si costs have declined faster and more significantly than envisioned |
| Business model injections to break constraints to market migration are working | Project development cycle times longer for U.S. Transition Markets than Existing Markets |
| Scale and business execution are providing superior financial performance and enabling lower cost of capital | Overall liquidity requirements higher for U.S. Transition Markets than Existing Markets |
| Global momentum behind low carbon energy infrastructure building | Significant policy gaps remain to reaching sustainable markets |

FSLR01659122



CONFIDENTIAL

FSLR01659123



Analyst/Investor Meeting
Westin Las Vegas | June 24, 2009

First Solar.

CONFIDENTIAL

FSLR01659124