# Exhibit 61

<table>
<tr><td colspan="2"><b>REVENUE RECOGNITION FOR PRODUCT SALES</b><br>First Solar, Inc.</td></tr>
</table>

Number: __RR 1_____

Effective Date: _06/19/2008_____          Approval Name: _James Zhu_____

Update Date: ___12/1/09_____          Approval Signature: __/s/ James Zhu___

## Table of Contents

Overview .................................................................................................................................1
Definitions ............................................................................................................................1
Policy Statement ...................................................................................................................2
    Persuasive Evidence of a Revenue Arrangement ..........................................................2
    Delivery of Products and Services ................................................................................3
    Price is Fixed or Determinable .....................................................................................5
    Collectibility Is Reasonably Assured ...........................................................................5
    Rebates .........................................................................................................................6

## Overview

This policy applies to First Solar, Inc. and all of its consolidated subsidiaries (collectively, "FSI"). This policy specifies the conditions that must be met to recognize revenue on the sales of products. It applies to standalone sales of products manufactured by FSI and manufactured by third parties but sold by FSI either as a distributor or as an agent (these will be primarily balance-of-system, or "BOS", components) and also to those units of accounting of revenue arrangements with multiple deliverables that consist of such product sales.

## Definitions

**Balance of system (BOS)** – All the materials and equipment in a solar electricity generation system other than solar modules. This includes but is not limited to materials and equipment such as solar module mounting apparatus, cables, DC to AC inverters, combiner/fuse boxes, and monitoring equipment.

**Customer acceptance provisions** – Sales contract provisions under which the customer must accept the product or service or the product or output of a service must meet a testing requirement before the customer is required to pay. These types of sales are sometimes referred to as "conditional sales". Provisions like these may provide time limits or other stipulations for customer acceptance or testing and may allow the customer to return the product if it does not ultimately accept it or if the product or output of a service is ultimately unable to pass a test.

**Deliverable** – A particular thing that FSI provides to a customer (that is, a product, service, or right to use assets) under a revenue arrangement (whether written, oral, or implied).

**Engineer and procure (EP) contract** – A contract in which FSI designs a solar electricity generation system for a customer and procures all the required materials, holding title to and bearing the risk of loss on those materials until they are delivered to the project site. Under an EP contract, FSI is not responsible for the

---

1

Confidential Treatment Requested

PWC0109553

construction of the system and the installation of the materials, although it may provide technical guidance services related to these activities.

**Engineer, procure, and construct (EPC) contract** – A contract in which FSI designs and constructs a turnkey solar electricity generation system for a customer, including procurement of all the required materials and holding title to and bearing the risk of loss on those materials until they are installed in project and the project is completed. Under an EPC contract, FSI is responsible for the construction of the system and the installation of the materials, including the supervision of any subcontractors.

**Revenue arrangement**– A contractual arrangement (which may be written, oral, or implied) under which FSI provides one or more products and/or services to a customer in exchange for payment. To be considered a revenue arrangement, the products and/or services that FSI provides to customers as part of the normal course of its business.

**Revenue arrangement with multiple deliverables** – A revenue arrangement with multiple deliverables is a revenue arrangement that provides for delivering multiple products, services, and/or rights to use assets and/or that occurs at different points in time or over different periods of time.

**Side agreement** – An agreement with a customer regarding the terms of a revenue arrangement that is not documented in or referenced by the main document that stipulates the terms of the arrangement. A side agreement may be either written or verbal.

**Unit of accounting** – A single deliverable or set of deliverables in a revenue arrangement that are accounted for together for purposes of revenue recognition accounting.

**Rebates:** Cash payments to a customer by the vendor or credits that the customer can apply to reduce the trade amounts owed to the vendor.

## Policy Statement

FSI generally recognizes revenue for product sales under the US GAAP guidance of SAB 104. FSI considers revenue to be earned when all of the following criteria are met:

- Persuasive evidence of a revenue arrangement exists.
- Delivery has occurred or services have been rendered.
- FSI's price to the customer is fixed or determinable.
- Collectibility of the amounts due associated with the revenue arrangement is reasonably assured.

### Persuasive Evidence of a Revenue Arrangement

FSI identifies the total revenue arrangement according to the section "Specifying the Revenue Arrangement" in the policy RR 2, *Revenue Recognition for Arrangements with Multiple Deliverables.*

FSI does not allow oral or implied revenue arrangements. However, if any oral or implied revenue arrangement is made (in violation of this policy), FSI considers the terms of the oral or implied revenue arrangement in accounting for revenue recognition.

FSI does not allow side agreements to its revenue arrangements. However, if any side agreements associated with a revenue arrangement are made (in violation of this policy), FSI considers the terms of the side agreements in determining when revenue can be recognized on the product sale.

2

Confidential Treatment Requested

PWC0109554

FSI considers persuasive evidence of a revenue arrangement to exist when a written sales contract has been properly approved by FSI (in accordance with the requirements of FSI's scope of authority policy) and by the customer that specifies the following:

1. A complete list, with a reasonable degree of specificity, of all the products and/or services that FSI will provide.
2. A statement of reasonably precise timing for delivery of those products and services.
3. A fixed price or rate for the products and services.
4. When and how the customer will pay for the products and services.

## Delivery of Products and Services

FSI considers delivery to have occurred upon passage of title and transfer of the risk of loss to the customer. This generally coincides with physical delivery in accordance with the terms of trade documented in the sales contract.

The following table documents when title passes and transfer of risk of loss occurs under terms of trade commonly used in FSI's sales contracts:[1]

| Terms of Trade | When Title Passes & Risk of Loss Is Transferred |
| --- | --- |
| Carriage & Insurance Paid To (CIP) | When FSI delivers the product to the carrier, which will occur at FSI's shipping dock unless otherwise specified in the sales contract. Note that FSI is responsible for paying the cost of carriage & procuring insurance for the customer's risk of loss to the named location even though the actual risk of loss is transferred to the customer upon delivery to the carrier. |
| Delivered Duty Paid (DDP) | When FSI delivers the product to the customer, cleared for import, at the named destination. The product does not have to be unloaded for title to pass and risk of loss to be transferred |
| Ex Works (EXW) | When FSI places the product at the disposal of the customer at FSI's premises or another named place. The product does not need to be loaded on a vehicle or cleared for export. |
| Free Carrier (FCA) | When FSI delivers the product, cleared for export, to the carrier at a named place. |
| Free on Board (FOB) | When FSI delivers the product to the customer, cleared for import, at the named destination. The product does not have to be unloaded for title to pass and risk of loss to be transferred |

If the terms of trade require FSI to clear a product for export, FSI must have a proper U.S. Department of Commerce Export License in place before it considers delivery to occur on a sale.

FSI must obtain documented proof that the "delivery" criteria noted above have been met, which is typically provided by the carrier. Depending on the terms of trade specified in the sales contract, this documentation of delivery may be documentation of receipt of the product by the carrier, documentation of delivery of the product to a point of destination, and/or documentation that other requirements of the terms of trade have been met..

FSI generally considers a service to have been delivered when substantially all of that service has been performed for the customer. This will typically be documented by some form of acceptance documents that are signed by the customer. If services are rendered that meet the criteria for project accounting, the revenue recognition guidance in financial policy RR 3 applies. Revenue recognition for the services that FSI provides in

---

[1] The following guidance is based on *Incoterms 2000* published by the International Chamber of Commerce.

3

conjunction with its engineer, procure, and construct (EPC), engineer and procure (EP) contracts, and engineering contracts is determined in accordance with project accounting.

*Incomplete and Partial Shipments*

An incomplete shipment is a shipment of products specified on a particular sales contract that is lacking key components that are not normally sold or shipped separately from the shipped product by FSI that are required by the sales contract to be provided to the customer and that are necessary to make those products that were shipped usable by the customer. Delivery has not occurred if products are shipped incomplete, and accordingly, FSI does not recognize revenue for incomplete product shipments. FSI will recognize revenue at the time that the product shipment has been completed and all other applicable revenue recognition criteria have been met in accordance with this policy.

A partial shipment is a shipment of some but not all of the products specified on a particular sales contract that have all the associated key components pertaining to those particular products that FSI is required by the sales contract to provide and that are necessary to make those products that were shipped usable by the customer. FSI may only recognize revenue for a partial shipment if otherwise meets all the relevant requirements of this policy and if it meets the following additional requirements:

- The customer has in writing authorized the partial shipment and has in writing indicated that it will be obligated to pay for the products in the partial shipment under the same terms, or terms that are less restrictive to FSI, than those that apply to shipments fulfilling the requirements of the contract as a whole.[2]
- The customer does not have the right to return the partial shipment if FSI fails to make the remaining shipments.
- The compliance with the FSI revenue policy RR 2, *Revenue Recognition for Arrangements with Multiple Deliverables*. Specifically the sections on "Units of Accounting".

*Early Shipments*

In general, FSI defers revenue on shipments that it makes more than 14 days prior to the customer requested shipment date and more than 14 days plus a normal delivery time prior to the customer requested delivery date. It then recognizes this deferred revenue upon the requested shipment date or the requested delivery date less a normal delivery time. However, if the sales contract specifically prohibits shipment prior to a particular date, FSI defers revenue on any shipments that it makes before that date and recognizes the revenue upon that date, and if the sales contract specifically prohibits delivery prior to a particular date, FSI defers revenue on any shipment shipped prior to that date less a normal delivery time and recognizes the revenue upon that date less a normal delivery time.

*Vendor Drop Shipments*

Products that FSI sells under a sales contract may be shipped directly from an FSI vendor's location to the FSI customer's location. This is referred to as a "vendor drop shipment". The delivery requirements for revenue recognition for vendor drop shipments are exactly the same as the delivery requirements for products delivered from an FSI facility, except the vendor's facility is substituted for the FSI facility, as applicable. FSI will defer revenue associated with all vendor drop shipments until the proof of delivery requirements for these shipments are fulfilled. The same proof of delivery requirements apply to vendor drop shipments as to products shipped from an FSI facility.

*Customer Acceptance Provisions*

---

[2] The customer's authorization to partial ship may be written into the sales contract.

4

PWC0109556

If a sales contract has substantive customer acceptance provisions, FSI does not consider delivery of the product or service to have occurred until FSI has received documentation that the customer accepts the product or service. This documentation must be in the form of a signed notice of acceptance (NOA).

FSI <u>does not</u> consider the following types of sales contract provisions to be customer acceptance provisions that would require receipt of a signed NOA prior to revenue recognition:
- Provisions giving the customer rights if delivered products arrive damaged or if there are any other defects with the product that are covered by FSI's standard product warranty provisions.
- Provisions in which the timing of a portion of the payment by the customer is tied to final acceptance or passing a test that ensures that any minor defects or problems are resolved. To qualify for this exception to the requirement to receive a signed NOA prior to revenue recognition, the amount withheld pending final acceptance must be fifteen percent (15%) or less of the contract price and occurrence of final acceptance within ninety (90) days of delivery must be probable.

**Price is Fixed or Determinable**

FSI considers all pricing for products and/or services as stated in our sales contracts that does not have specific contractual contingencies that could change the stated price as fixed. FSI also takes into account the guidance provided under the revenue policy RR 2, *Revenue Recognition for Arrangements with Multiple Deliverable* when determining the price for a specific element of the sales contract. If a specific element of the sales contract does have a contingency that could change the stated price, then FSI will only recognize the non-contingent allocation of the price for the delivery of the product and/or service when all revenue recognition criteria are completed. Any remaining contingent amounts are recognized upon the removal or completion of the contingency net of any reduction due to the completion of the contingency.

*Sales Returns, Allowances, and Other Deductions*

FSI does not provide its customers with rights of return on its sales. FSI records credit invoices issued to customers for discounts or allowances or in settlement of disputes as a reduction in revenue. If a provision for returned products has been established, FSI records credit invoices for returned products to which the provision applies against that provision; otherwise, FSI records the credit invoice as a reduction in revenue.

*Sales and Use Tax, Value Added Tax, Postage and Freight Out, and Customs Duties*

FSI does not consider sales taxes, use and value added taxes, freight or postage, and customs duties to be revenue. FSI separately identifies all of these items on customer invoices and credits these amounts to the appropriate payable or expense account.

**Collectibility Is Reasonably Assured**

If a sales contract provides that the customer does not need to pay for a product until it has been remarketed to another buyer, FSI does not recognize revenue for the contract until its customer meets that condition and is obligated to pay FSI.

Occasionally, a sales contract will have provisions permitting the customer to terminate the contract for "convenience" or because customer funds were ultimately not appropriated for the contract. FSI does not recognize any amounts of revenue for contracts with these types of provisions that exceeds amounts that FSI (1) has already received for the contract and (2) would not have to refund to the customer in the event of contract termination.

Two exceptions to the aforementioned limitation on revenue recognition to sales contracts with provisions allowing for termination for "convenience" or because customer funds were ultimately not appropriated for the contract. The first exception applies to sales contracts with the U.S. government and sales contracts funded by

---

5

the U.S. government. The U.S. government has the right to terminate contracts for "convenience" or because were ultimately not appropriated for the contract. However, if FSI determines that the likelihood of funding be lost for the contract is remote (as defined in Statement of Financial Accounting Standards No. 5, *Accounting for Contingencies*), FSI considers collectability of all amounts due to be reasonably assured.  The second exception applies to sales contracts that include both provisions for termination for "convenience" and terms where FSI would be paid for all products and/or services that were delivered to the customer or where FSI has incurred costs in procuring or delivering the products and/or services.  For sales contracts under this exception FSI shall recognize revenue only in the amounts equal to or less than the amount that would be reasonably recovered if the customer elected to terminate the sales contract for "convenience".

**Rebates**

*General*

FSI might grant rebates to its customers under certain programs. Rebates are in substance a rebate of the sales price on solar modules sold to customers under an amended framework agreement.

*Timing of Recognition of Rebate*

FSI's rebate program was offered voluntarily and without charge by FSI, becomes exercisable by a customer as a result of a single exchange transaction, and will not result in a loss to FSI. Therefore, for any given amount due under the program, FSI will recognize the amount of the rebate at the later of the date at which FSI recognizes the related revenue or the date at which it offers the sales incentive.

*Measurement of Rebate Amount*

The amount of rebate recorded by FSI is based on the estimated amounts of refunds or rebates that will be claimed by customers. This estimated amount should be evaluated at least quarterly to adjust such estimate for any changes in facts and circumstances related to expected claims by customers.  FSI shall reasonably estimate the amount of quarterly sales on which the buyer (customer) will receive a discount. If at any time, FSI concludes that it cannot reasonably and reliably estimate the amount of future rebates or refund, it will recognize a liability for the maximum potential amount of the refund or rebate.

*Income Statement Classification*

FSI shall classify the rebates as a reduction in revenue.

*Balance Sheet Classification*

Rebates shall be accounted for as a reduction to accounts receivable if a legal right of setoff exists (ASC 210-20-45). For bookkeeping purposes, FSI would initially record the credit against accounts receivable to an accounts receivable contra account. Then, as the associated rebate claims are submitted by a customer and FSI approves the claim and issues a credit, the credit note would trigger the reclassification of the credit out of the contra account and directly to the accounts receivable account (and associated subledger).

6

Confidential Treatment Requested

PWC0109558

# Exhibit 62

Exhibit 20
Gillen
8/7/14
Lisa Moskowitz
CSR 10816, RPR, CLR



**FIRST SOLAR, INC.**
ACCOUNTING ISSUES PAPER

First Solar, Inc. (FSI) uses Cost per Watt (CpW) as a key performance indicator of manufacturing cost competitiveness. CpW is used internally, reported externally, and used as an industry benchmark.

CpW is designed principally to measure spending related directly to producing and selling modules during a given period. Spending not directly associated with producing and selling modules during the period is excluded from CpW.

Generally, CpW includes or excludes the following:
- COS spending associated with materials, materials handling, materials freight, usage variances, yield loss and scrap is included in CpW
- COS spending associated with labor and overhead is included in CpW
- COS spending associated with sales freight, warranty expense, and estimated module end of life collection and recycling costs per module is included in CpW
- Provisions for excess, obsolete or damaged goods is included in CpW
- Plant start up related spending is excluded from COS and CpW
- Post plant start up COS spending associated with underutilization of manufacturing assets while ramping volume is included in CpW
- Certain COS spending not directly related to producing product during the current period may be excluded from CpW. Please contact Corporate Accounting for treatment of unusual or infrequent items.
- R&D and SG&A spending is excluded from CpW

More specific mechanics for calculating and analyzing CpW are documented in *Cost per Watt Analytics Procedures 2010-02-03.docx.*

Low Power Modules

FSI is replacing certain customer modules that are suspected to degrade faster than acceptable, referred to as "low-power modules" (LPM), based on FSI's warranty agreements with its customers. The defective modules were produced prior to Q3'2009.

Customers and FSI are determining which modules to return to a FSI site for testing associated with the LPM warranty claim. FSI replaces the modules that its tests show are defective with new modules shipped to the customer. FSI has already accounted for the cost of the inventory consumed to replace these LPM modules in its warranty liability. FSI has chosen to pay for the handling and shipping costs necessary to return, test and replace LPM warranty claims. FSI accrues a liability for the cost associated with handling and shipping LPM modules, referred to as "LPM Special Excursion Costs."

Modules that FSI's tests show are not defective, and therefore not covered by warranty, are shipped back to the originating customer to fulfill new orders. To

---

**Cost per Watt Produced**          **(Page 1 of 2)**                    **2009 Q4**

CONFIDENTIAL                                                                    FSLR01089799



# FIRST SOLAR, INC.
## ACCOUNTING ISSUES PAPER

facilitate good customer relations, FSI has chosen to pay for the handling and shipping costs necessary to return, test and ship back to the customer those customer returned modules that are shown not to have the LPM defect. FSI accrues the cost associated with handling and shipping these modules, which it refers to as "LPM Customer Satisfaction Costs."

CpW impact of LPM related spending:
- Inventory replacement costs were accrued as part of the warranty accrual and are thereby included in CpW
- LPM Special Excursion Costs associated with modules produced during the year are included in the annual CpW, but are not in the current quarterly CpW if the costs are associated with modules produced during a prior quarter within the year
- LPM Customer Satisfaction Costs are not attributable to LPM defective modules and are excluded from CpW

**Approvals:**

Approved by:

_____
Robert Knox,
Director of Global Product Costing

Date: 2010 Feb 11

Approved by:

_____
John Amonett,
Director of FP&A

Date: 2010 Feb 11

Encl:
2009 Cost per Watt Produced 2010-02-03.docx

CC:
Bernhard Bischof
Georgette Gillen
Scott Green
Richard Mittermaier
Steven Ryan
Bryan Schumaker

Durairaj Paul Thiraviam
Richard Thompson
Mark Villani
Kurt Wood
James Zhu

---

**Cost per Watt Produced**        **(Page 2 of 2)**        **2009 Q4**

**CONFIDENTIAL**                                                                 **FSLR01089800**

# Exhibit 63



PD-5-102 EU
REV 2.2
Page 1 of 1

## Module Warranty Terms & Conditions

### Five-Year Limited Warranty

First Solar, Inc. and its subsidiaries ("First Solar") warrants that its FS-Series Module (the "Product") will be free from defects in materials and workmanship under normal use, installation, operation and service for a period of five (5) years from the date of sale to the original end user of the Product (the "Owner"), provided the Product is installed, operated, and serviced as described in the First Solar FS Series Module User Guide (PD-5-200-02, the "User Guide") and System Design and Application document (PD-2-303, the "SDA") effective at the date of sale. If the Product is in breach of the foregoing warranty, First Solar will, at its sole discretion, either repair or replace the Product under the terms of its Return Policy.

### Twenty-Five Year Limited Power Output Warranty

First Solar additionally warrants that Product shall (i) during the first ten (10) years following the date of sale to the Owner, produce at least 90% of the nominal power output rating (Pmpp +/-5%), and (ii) during twenty-five (25) years following the date of sale to the Owner, produce at least 80% of the nominal power output rating (Pmpp +/-5%) when measured at the Product lead wires under Standard Test Conditions (STC) as defined in the User Guide, provided the Product is installed, operated, and serviced as described in the User Guide and SDA. Power output shall be measured and normalized to STC using a method and laboratory approved by First Solar. If the Product is determined to be in breach of the foregoing warranty, First Solar will, in its sole discretion, either repair or replace the Product under the terms of its Return Policy or provide supplemental Product to remedy the breach of warranty.

### Limitation of Remedies

THE REMEDIES SET FORTH ABOVE ARE THE EXCLUSIVE REMEDIES FOR ANY BREACH OF WARRANTY BY FIRST SOLAR. The sole purpose of these exclusive remedies shall be to provide for the repair, replacement, or supplementation of Products in breach of warranty. This exclusive remedy shall not be deemed to have failed its essential purpose so long as First Solar is willing and able to replace or repair the breaching Products or to provide supplemental Product as described under the terms of the foregoing limited warranties.

### Transfer of Warranty

This Five Year Limited Warranty and Twenty-Five Year Limited Power Output Warranty shall be transferred from the original Owner to any assignee and remain in effect for the time period remaining under the limited warranties, provided the Product is not moved outside its original Country of installation and any reinstallation is done in accordance with the SDA and the User Guide.

### Warranty Exclusions

First Solar is not responsible for damage to the Product due to lightning, fire, flood, and other acts of God, power or voltage surges, improper handling, physical abuse, negligence in transportation and storage or other events that are reasonably beyond the control of First Solar.

### Return Policy

Claims under this warranty must be submitted to First Solar or its authorized reseller on a Return Request Form (PD-5-702) with a description of the claimed defect, the Product serial number, and an invoice indicating the date of sale. An authorized representative of First Solar must issue a Return Material Authorization (PD-5-701, the "RMA") for the return and evaluation of the claimed defect, and to the extent necessary for processing the return request, First Solar or its authorized reseller must be provided commercially reasonable access to the Product for inspection and analysis of the claimed defect. First Solar will, at its expense and in accordance with the RMA, arrange for the return and repair or replacement of Product if the claimed defect is accepted by First Solar. The Return Policy specifically excludes any expense associated with the removal or reinstallation of the Product. In the event that a claimed defect is denied under the RMA and Product has been shipped to First Solar for evaluation of the claimed defect, First Solar is not responsible for the packaging and transportation costs, if any, to return Product to its Owner.

### Warranty Limitations

EXCEPT AS EXPRESSLY SET FORTH ABOVE, FIRST SOLAR MAKES NO REPRESENTATION OR WARRANTY OF ANY KIND WHATSOEVER, WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NONINFRINGEMENT. TO THE FULLEST EXTENT PERMITTED AT LAW, UNDER NO CIRCUMSTANCES WILL FIRST SOLAR BE LIABLE FOR ANY SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO LOSS OF PROFITS, ARISING, DIRECTLY OR INDIRECTLY, FROM THE SALE OR USE OF ANY PRODUCTS, WHETHER SUCH CLAIM IS BASED ON WARRANTY, CONTRACT, NEGLIGENCE, STRICT LIABILITY OR OTHERWISE. UNDER NO CIRCUMSTANCES SHALL THE LIABILITY OF FIRST SOLAR FOR NONCONFORMING PRODUCTS EXCEED THE PURCHASE PRICE PAID TO FIRST SOLAR FOR THE PARTICULAR PRODUCT INVOLVED, PLUS REASONABLE SHIPPING EXPENSES. THE RIGHTS AND LIMITATIONS HEREIN SHALL LEAVE UNAFFECTED ANY LEGAL RIGHTS EXISTING UNDER MANDATORY APPLICABLE LAWS.

CONFIDENTIAL

FSLR01690776

Exhibit 65

**To:**        Robert Gillette[RGillette@FIRSTSOLAR.COM]
**From:**      Bruce Sohn
**Sent:**      Sat 5/15/2010 11:26:42 PM
**Importance:**        Normal
**Subject:**   FW: System Degradation Presentation May 13 2010-1.pptx
**MAIL_RECEIVED:**    Sat 5/15/2010 11:26:42 PM
System Degradation Presentation May 13 2010-2.pptx


Rob,

I thought you might like to see the attached presentation. This addresses some of the questions you have asked recently. The engineers and managers have now reviewed this and have concluded that this remains the basis for our ongoing performance discussions. Feel free to drop me a note with any questions or we can discuss in more detail at a future 1:1.


-bs


**From:** Samantha Sloan
**Sent:** Friday, May 14, 2010 1:09 PM
**To:** Bruce Sohn; TK Kallenbach; Jens Meyerhoff; Steve Brown; Robert Callery
**Subject:** FW: System Degradation Presentation May 13 2010-1.pptx

CONFIDENTIAL

FSLR00408422



First Solar®

# System Degradation Analysis

## May 14 ,2010

CONFIDENTIAL

FSLR00408423

CONFIDENTIAL

# NREL System Degradation Rate



- Internal analysis of NREL data confirms the results published by NREL

- Clear sky filter was unable to run the data as it stands.



- Linear least square fit
- Without seasonal adjustments
- 24 SCI 50W CdTe Solar Cells  modules
- Installed July 1995.
-  30 degree tilt south-facing system
- Golden, Co.
-  Average degradation rate 9/1999 to present: -0.69 %/yr on a PTC basis
- **On a PR basis, the degradation rate is -0.6% (This is the metric we use internally)**

© Copyright 2009, First Solar, Inc.

First Solar Confidential & Proprietary

FSLR00408424



CONFIDENTIAL

FSLR00408425

CONFIDENTIAL

# Scenario – Clear Sky Filter, PnP Rating



- All Systems Installed before March 2008.
- Based on PR.
- Data regression using linear model.
- Only systems rated above 47 on PnP rating scale.
- Daily PR filtered based on a Clear Skies Filter.
- Filtered and unfiltered PR degradation rates show different degradation rates.
- Neither exceed the degradation rates published by FS for the warm/cool climate category.
- The hot climate category could not be checked due to unavailable data.

| Clear Sky | All Sites Combined | Warm Sites | Cold Sites |
|---|---|---|---|
| Clear Sky All Data | -0.11% | -0.09% | -0.13% |
| Clear Sky No increasing Rates | -0.36% | -0.46% | -0.31% |
| No Clear Sky Filter No Increasing Rates | -0.59% | -0.55% | -0.60% |

© Copyright 2009, First Solar, Inc.

First Solar Confidential & Proprietary

4



FSLR00408426

CONFIDENTIAL

# Conclusion



- Analysis of validated sites does not support change to current guidance

  - No significant difference identified between warm and cool environments

  - No high confidence arrays in a hot environment from a data and BOS health standpoint

- Clear Sky day filter Both PR filtered and unfiltered are aligned with or better than the guidance we are providing

- Longest single data set (NREL 1995 Vintage) shows a -0.69% rate

- Significant variation in data across all sites and all conditions

© Copyright 2009, First Solar, Inc. First Solar Confidential & Proprietary 5

FSLR00408427

CONFIDENTIAL



End

FSLR00408428

# Exhibit 66

**To:**        James Zhu[jzhu@FIRSTSOLAR.COM]
**From:**    Larry Polizzotto
**Sent:**     Thur 2/24/2011 12:46:37 AM
**Importance:**        Normal
**Subject:**  FW: earnings script - LPM
**MAIL_RECEIVED:**    Thur 2/24/2011 12:46:00 AM

**From:** T K Kallenbach
**Sent:** Wednesday, February 23, 2011 5:42 PM
**To:** Ted Meyer
**Cc:** Larry Polizzotto
**Subject:** Re: earnings script - LPM

I'd go for...
" Also, during the fourth quarter we reserved an additional $8.5 million for the module replacement program discussed during our second quarter 2010 earnings call.  In Q4, we concluded the claims process. And based on our field data and execution to date, we updated our total program cost estimates for module return logistics...

Not sure how this helps/hurts readability...

... tk
tk@firstsolar.com

#1 Most Innovative Energy Company for 2010 by Fast Company

...Clean... Affordable... Sustainable... Global...

**From**: Ted Meyer
**Sent**: Wednesday, February 23, 2011 07:32 PM
**To**: T K Kallenbach
**Cc**: Larry Polizzotto
**Subject**: earnings script - LPM

we've been running through the earnings script to increase readability and made some modifications to the LPM portion so that JZ can spit it out. Just want to make sure you're comfortable with it (Jens happened to walk in while we were writing it, so he gave some input already).  -tm

**CONFIDENTIAL**                                                                                              **FSLR01308650**

## <u>Slide 21 [Gross Margin]</u>

On the next slide, fourth quarter gross margin was 48.7 percent, up 8.4 percent from the prior quarter. The increase was the result of the mix shift to more module sales, as well as lower module cost per watt, including the conversion efficiency improvement. The increase was partially offset by foreign exchange and lower module ASPs. Also, during the fourth quarter we reserved an additional $8.5 million for the module replacement program we discussed during our second quarter earnings call. We concluded the claims process in Q4, and based on our field data and execution to date, we have updated our replacement cost estimates.

**Ted Meyer**

**Vice President, Corporate Communications**

**First Solar, Inc**., 350 W Washington St, Ste 600, Tempe, AZ 85281 USA

www.firstsolar.com | W: +1 602-427-3318 | M: +1 480-280-6550 | ted.meyer@firstsolar.com

Clean.
Affordable.
Sustainable.
Global.

**CONFIDENTIAL** **FSLR01308651**