Exhibit 67

**LPM Hit Rate Analysis**

**Definitions:**

**LPM** = a module manufactured between June 2008 and June 2009 that exhibits a rapid degradation of approximately 15% from label rating within the first several weeks of field exposure

$$\textbf{LPM Hit Rate} = \frac{Number\ of\ returned\ and\ measured\ modules\ worse\ than\ 15\%\ from\ label}{Total\ number\ of\ returned\ and\ measured\ modules}$$

$$\textbf{Total Hit Rate} = \frac{Number\ of\ returned\ and\ measured\ modules\ worse\ than\ 10\%\ from\ label}{Total\ number\ of\ returned\ and\ measured\ modules}$$

**Current Module Distribution:**

Figure 1 indicates the current distribution of returned modules.  It is noted that these modules have not been pre-conditioned.



Figure 1: Distribution of Returned Modules

{ EMBED Excel.Sheet.12 }

Table 1

**Current Hit Rate Analysis:**

Based on the definitions listed above of hit rate and LPM, the current hit rate of LPM modules is the following: $\frac{23097+8703}{204,121} = 15\%$

If the product below 10% from label is included then the hit rate = $\frac{23097+8703+46407}{204,121} = 38\%$

The original LPM hit rate estimate for large free field was 80%.  The significant differences can be attributed to multiple factors:

- Original analysis assumed that dark soak effect would be allowed with customers, therefore moving the distribution approximately 3 to 5% to the left

**CONFIDENTIAL**

**FSLR01348986**

- All modules within -5% and -10% would be returned back to customers immediately and not needed to be replaced
- Customers would not expect replacement if the overall site was performing well

**Module Need Analysis:**

The estimated volume of true LPM modules as calculated from a correlation between STBi and field power loss is approximately 450,000 modules.

As of July 11, 2010, 78, 207 modules of the 204,121 returned have been measured below 10% from label.  Subtracting the 78,207 from the 450,000 equates to 371,793 warrantable modules remaining in the field.   A total of 293,101 modules have been shipped through the end of Q2, therefore there are 88,980 modules that have been analyzed [293,101-204,121 = 88,980].  Assuming that these modules maintain the existing 38% hit rate of true LPM, there are 33,813 additional warrantable modules expected from the 88,980 modules. [88,980x38%=33,813]

Using this data and assumptions there are 117,020 [78,207+33,813 = 117,020] of warrantable modules that are accounted for with the existing shipments made.

It is assumed that 100% of the modules will NOT be reclaimed due customers perceiving non issues related to overall site performance.

Various reductions of modules that would be reclaimed are shown in the table below based on this assumption:

{ EMBED Excel.Sheet.12 }

Table 2

In the initial model it is an assumed blended rate of 72.2% of the 450,000 would be claimed, which equates to approximately 325,000 modules, subtracting the existing warrantable modules means that there are approximately 207,908 remaining to replace.

Increasing the hit rate of finding the warrantable modules affects the total number of modules to find and replace the remaining warrantable modules. Various models are depicted below:

Table 3

{ EMBED Excel.Sheet.12 }

**Improvement to Hit Rate Justification:**

In order to improve the hit rate of warrantable and LPM modules systematic techniques must be employed in large roof top and free field arrays.  The key to the methodology will be measurement to a more granular level driving to the lowest arrays and not measuring portions of arrays that have good performance.   The granular measurements will at the string or module level.   The current method employed in the EU focuses on minimum of 100 module blocks, this will be improved by utilizing high accuracy clamp measurements and ratios across the array to eliminate irradiance variation throughout the day, in addition this will cross validated using string level PPI values at a 90% threshold.

**CONFIDENTIAL**

An example of how this would work is indicated below:

A reference string is validated at the site by measuring each individual module in the string. The actual PPI is measured for this string. If the modules are measured at a lab simulator which is the preferred method, compensation for the dark transient effect shall be taken into consideration.

A reference string that consists of individual modules that measure between 75Wp – 75.4Wp (without dark transient effect compensation) perform at an expected over performance of 101.03%, in order to compensate for this known thin film characteristic the nominal power of the string is reduced by 1.6Wp. Since the true nominal power of the reference string is 1.6Wp higher than the bin class the total performance of the string must be calculated based on a nominal power of 76.6Wp. This results in a reduction of the PPI value in the reference string of 2.09 % (1.6Wp / 76.6Wp) and in a corrected performance of the reference string is 98.94 %.

Therefore the expected PPI performance for modules running at 75 Wp on average is 98.94%. Reducing this by a total of 10% for the warranty level (+/-5%) and measurement tolerances this results in a PPI exchange level of 88.94%.

All strings that are below 88.94% will be investigated on a module level to indentify the specific modules, unless conditions warrant otherwise.

Based on the above analysis it can be expected that a rate of 65% can be expected for those sites that have not yet been remediated or that have a separate agreement that mandates different methodologies such as the Lieberose (Turnow), Masdar and Huescar sites.

The additional modules needed for this type of remediation is indicated in the table below (an assumed 72% likelihood of return is used in this analysis):

{ EMBED Excel.Sheet.12 }

Table 4

*Note: 207,980 is obtained from table 2[450,000x0.72 = 325,000 – 117,020 = 207,980]*

*Modules needed with 60% hit rate = 207,980 /0.65 = 319,969*

*Modules Needed Above Current Allocation = 319,969-121,899 =198,070*

**Risks:**

The most significant variable in this analysis is the inclusion of the Lieberose (Turnow) and Huescar arrays. In Turnow a predetermined set of criteria are needed to close out this array which is focused on the determination of the status of each individual manufacturing day at the 5% level. It is currently anticipated that approximately 100,000 additional modules will be utilized for this investigation based on the current contract.

**CONFIDENTIAL**

Huescar contains approximately 50,000 modules and based on the current contract First Solar will replace the entire site.

**Conclusion:**

An increase of the allocation is of approximately 350,000 modules is needed.  This is based on the following needs:

- Hit Rate Justification = 198,070 (From Table 4)
- Turnow Specific = 100,000
- Huescar = 50,000



**CONFIDENTIAL**

**FSLR01348989**

# Exhibit 68

**To:**    Peter Bartolino[PBartolino@FIRSTSOLAR.COM]; Lawrence Polizzotto[LPolizzotto@FIRSTSOLAR.COM]; Jens Meyerhoff[JMeyerhoff@FIRSTSOLAR.COM]; Pamela Hegarty[PHegarty@FIRSTSOLAR.COM]; Samantha Sloan[SSloan@FIRSTSOLAR.COM]; Richard Mittermaier[RMittermaier@FIRSTSOLAR.COM]
**Cc:**    Mary Beth Gustafsson[MGustafsson@FIRSTSOLAR.COM]; Robert Gillette[RGillette@FIRSTSOLAR.COM]; Bruce Sohn[BSohn@FIRSTSOLAR.COM]; Mike Koralewski[mkoralewski@FIRSTSOLAR.COM]; Stephan Hansen[SHansen@FIRSTSOLAR.COM]
**From:**    TK Kallenbach
**Sent:**    Thur 7/29/2010 1:59:50 PM
**Importance:**    High
**Subject:**    LPM language
**MAIL_RECEIVED:**    Thur 7/29/2010 1:59:51 PM

Let's change our language to "affecting less than 4% of the total product manufactured within the period"

The math is correct

Thx

... tk@firstsolar.com

... Clean... Affordable... Sustainable... Global
www.firstsolar.com
NASDAQ: FSLR

**CONFIDENTIAL**

FSLR02122084

EXHIBIT KC
171
1|21|15 Widmar
PENGAD 800-631-6989

# Exhibit 69



CONFIDENTIAL

FSLR00381487

## Q2 2010 Earnings Call Agenda



- Q3 2010 Investor Conferences
- Q2 2010 Performance Overview
- Market and Project Update
- Q2 2010 Financial Results
- 2010 Guidance Update
- Q&A

© Copyright 2010, First Solar, Inc.

2

CONFIDENTIAL

FSLR00381488

## Forward-Looking Statements



During the course of this presentation the company will make projections and other statements that are forward-looking statements within the meaning of the federal securities laws. The forward-looking statements in this presentation are based on current information and expectations, are subject to uncertainties and changes in circumstances, and do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially from those statements, including the risks as described in the company's most recent Annual Report on Form 10-K, Quarterly Report on Form 10-Q, and other filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this presentation or with respect to the announcements described herein.

© Copyright 2010, First Solar, Inc.

3

**CONFIDENTIAL**

**FSLR00381489**

## Q3 2010 Investor Conferences



| | |
|---|---|
| • Canaccord Global Growth Conference, Boston | 8/11 |
| • Citi Technology Conference, New York City | 9/8 |
| • Cowen Clean Energy Conference, New York City | 9/14 |
| • ThinkEquity , Kaufman, Ardour Conferences, New York City | 9/15-16 |
| • Wedbush Clean Technology, San Francisco | 9/15 |

© Copyright 2010, First Solar, Inc.

4

CONFIDENTIAL

FSLR00381490



CONFIDENTIAL

FSLR00381491

# Q2 2010 Performance Summary



## Financials:

- Net Sales $588M
- Net Income $159.0 M or 27.1% of net sales, and diluted EPS $1.84
- RONA 21.1% on a 4 quarter rolling basis
- Cash and marketable securities $960M

## Operations:

- Production 344 MW
- Annualized capacity per line 59.0 MW
- Conversion efficiency 11.2%
- Module manufacturing cost $0.76/watt
- Malaysia plants 5 and 6 on schedule for first half 2011 shipments
- Announced Germany Frankfurt-Oder plant 2 for Q4 2011 shipments
- Launched Series 3 – low voltage and improved efficiency
- Module replacement program costs reflected in Q2 results

© Copyright 2010, First Solar, Inc.

6

CONFIDENTIAL

FSLR00381492

## Sarnia 80 MW AC site in Ontario, Canada
### 60 MW expansion on schedule and 1/2 site producing power





- 80 MW AC Sarnia power sold under Ontario RESOP
- Owner: Enbridge
- Phase 1: 20 MW completed 11/09 and Phase 2: 60 MW to be completed 9/10
- Phase 2: 60 MW build velocity 2 times rate of Phase 1
- Currently, 40 MW of the 80 MW site is producing power

© Copyright 2010, First Solar, Inc.

7

CONFIDENTIAL

FSLR00381493

## Copper Mountain 48 MW expansion of 10 MW El Dorado site
### Expect construction velocity 2-3 times faster than El Dorado





- 48 MW AC EPC agreement with Sempra Generation
- Expansion of 10 MW El Dorado site in Boulder City Nevada
- Construction velocity expected to be 2-3 times faster than El Dorado

© Copyright 2010, First Solar, Inc.

8

CONFIDENTIAL

FSLR00381494

## Cimarron 30 MW in Vermejo Park Ranch, New Mexico
### Installing Series 3 modules





- 30 MW AC site sold to Southern Company with EPC agreement
- Site developed by First Solar
- PPA agreement with Tri-State Generation
- Series 3 modules installed

© Copyright 2010, First Solar, Inc.

9

CONFIDENTIAL

FSLR00381495

# First Solar's FS Series 3 Modules

## The Future of First Solar's Module Roadmap

- New extension of industry-leading module design:
  - Higher conversion efficiencies over existing Series 2 distribution
  - Up to 50% more modules per string for more efficient Balance of System designs
  - Continues energy yield advantage over c-Si with bandgap and temperature performance strengths
  - New locking connector with tactile feedback

- Technology advancements only available on Series 3

- Lower costs per watt: module and Balance of System

- Same form factor, module construction and semiconductor processes as Series 2



*FS Series 3 now commercially available*

© Copyright 2010, First Solar, Inc.

10

CONFIDENTIAL

FSLR00381496

## Agua Caliente (290 MW AC) and Silver State 2 (50 MW AC)
PPAs approved by Public Utilities Commissions, Agua major permits in place







- Agua Caliente 1st project from NextLight acquisition
- 290 MW AC PPA signed with PG&E
- CPUC approved 6/7; major permits in place
- 65 miles east of Yuma, AZ near Dateland & Hyder
- 2,400 acres, existing 500kV transmission line adjacent

- Silver State from NextLight acquisition
- First project - 50 MW AC PPA signed with NV Energy
- PUCN approved PPA on 7/28
- BLM Final EIS completion expected in 2010
- 30 miles South of Las Vegas, Nevada
- ~500 acres BLM, 230 existing kV transmission

© Copyright 2010, First Solar, Inc.

CONFIDENTIAL

FSLR00381497

# NextLight Acquisition **Closed**





| | **Acquisition of NextLight Renewable Power, LLC** |
|---|---|
| **Transaction:** | • 3 PPAs totaling 570MWs (AC)<br> - PG&E (Agua Caliente 290 MW, AV Solar Ranch 1 230 MW)<br> - NV Energy (Silver State 2 50 MW)<br>• 530 MW (AC) projects under various stages of development<br>• 30 person development team |
| **Objective:** | • Increase contracted PPA pipeline to 2.2 GW (AC) and long-term visibility through 2015<br>• Continue captive demand strategy<br>• Continue scaling of standardized balance of systems design<br>• Add experienced project developers and management team |
| **Price:** | • ~$297million cash, subject to finalization of estimated closing date adjustments |
| **Closed:** | • July 12, 2010 |
| **Financial Impact:** | • 2010 EPS impact of approximately $(0.09-0.10) per fully diluted share subject to purchase price accounting<br>• Adds $12M of annual operating expenses in 2010 |

© Copyright 2010, First Solar, Inc.

12

**CONFIDENTIAL**

**FSLR00381498**





## Global Utility Systems Business Mission:

Provide an integrated, portfolio-based approach to project economics-from site selection and project development through transmission access, power purchase agreement ,and project asset sale.

The group supports First Solar's goal of providing the lowest cost and shortest lead-time PV solutions, to ultimately compete with fossil fuel generation.





© 2009 First Solar, Inc.

13

**CONFIDENTIAL**

**FSLR00381499**



Created Global Utility Systems Business:
FSLR is Competitively Advantaged in All Four Pillars of Value Creation

**Least Cost, Best Fit Solution**
- Minimize LCOE for Off-Taker
- Maximize ROE for Asset Owner

| Module | Balance of Systems | Development | Financing |
|---|---|---|---|
| **Cost leadership**<br>• $0.76/w in Q2 2010<br>• Goal $0.52 -$0.63/w in '14<br><br>**Performance advantage**<br>• Energy yield<br>• Low intermittency<br>• O&M services | **Standardized platform**<br>• Scale across 2.2 GW<br>• Fastest build cycle time<br>• Goal $0.91-$0.98/w in '14 | **First-mover advantage**<br>• Lead time to generation<br><br>**Optimal site locations**<br>• Least cost transmission<br>• Minimize permitting cost | **Lowest cost of capital**<br>• Investment grade projects enabled by strong corporate financial position<br>• 100 bps of IRR = $0.25 - $.30/w |

© Copyright 2010, First Solar, Inc.

14

FSLR00381500

## 2010 Market Update



| Changes since Q1 Earnings Call | First Solar Response |
|---|---|
| **Germany**<br>• Finalized FiT digressions 7/10, 10/10, 1/11<br>• 2H demand expected to remain strong , 6-8GW '10 | • Capacity constrained in 2H 2010<br>• 2H Pricing to support sell-through and position for '11<br>• Partnering to expand European market opportunities |
| **Italy, Spain and France**<br>• 2011 Italian FiT 23-27% reduction over 4 quarters<br>• Spanish FiT reduction expected in Q4<br>• French incentives under gov't review for 2H change | • Solar irradiance & FiT reductions support market growth<br>• Selectively pursuing project opportunities with partners<br>• Working with industry and government on policies |
| **North America**<br>• California SB 722 law mandating 33% renewables making progress in legislative process<br>• High interest in utility scale PV with '10 RFP cycle | • Closed NextLight acquisition<br>• Formed Utility Systems Business Group<br>• Received CPUC approval for Agua Caliente project<br>• Constructing 175 MW (DC) projects in '10 & 500-700 MW (DC) in '11 |
| **China**<br>• 280 MW of concessionary bidding underway (13 projects);  bids expected in August | • Reviewing concessionary bid documents to formulate a strategy for responding<br>• Ordos project pre-feasibility report expected, engineering largely completed and developing local partner relationships<br>• Delayed Ordos phase 1 construction till '11 due to lack of FiT or pricing |

© Copyright 2010, First Solar, Inc.

15

CONFIDENTIAL

FSLR00381501



FSLR00381502



CONFIDENTIAL

FSLR00381503



CONFIDENTIAL

FSLR00381504



# Q2 2010 Summary


First Solar.

- Delivered solid Q2 financial and operating results
- Launched Series 3 – low voltage and improved efficiency
- First Solar demand expected to exceed our supply in 2010; 2H pricing to drive sell-through and position for 2011
- Market very strong in 2010 and diversifying by country and segments in 2011
- Well positioned to create significant value in North American utility scale market. Expect to build 500-700 MW in 2011
- Growing capacity through line through-put and new factories. Announced and planned capacity now 2.2 GW in 2012

© Copyright 2010, First Solar, Inc.

19

**CONFIDENTIAL**

**FSLR00381505**



CONFIDENTIAL

FSLR00381506





CONFIDENTIAL

FSLR00381507



## Module Cost per Watt Produced
### Down $.05/w to $.76/w





**Total Cost per watt\* produced declined 6% quarter over quarter:**
+ Throughput
+ Material cost reductions
+ FX impact
− Stock based compensation

© Copyright 2010, First Solar, Inc.    * Excludes estimate of nonrecurring module replacement program described in second quarter 2010 10-Q          22

**CONFIDENTIAL**

**FSLR00381508**



# Gross Margin





**Gross Margin declined 140 basis points quarter over quarter:**
+ Throughput, overhead absorption, and material cost reductions
− ASP driven by FX change and segment mix
− Increased EPC/ development revenues
− Non-recurring expenses in excess of normal product warranty liability[1]

[1]Includes estimate of nonrecurring module replacement program described in second quarter 2010 10-Q

© Copyright 2010, First Solar, Inc.

23

**CONFIDENTIAL**

**FSLR00381509**





# Operating Expenses (including plant start-up)

**Operating Expenses increased $12.8 M (+14%) quarter over quarter:**
- + FX
- − Stock-based compensation
- − Plant start-up
- − Non-recurring post-sales expenses[1]

© Copyright 2010, First Solar, Inc.    [1]Includes estimate of nonrecurring post-sale expenses described in second quarter 2010 10-Q    24

**CONFIDENTIAL**

**FSLR00381510**



Net Sales and Operating Income Trends

CONFIDENTIAL



Net Sales and Diluted EPS Trends

© Copyright 2010, First Solar, Inc.

26



## Operating and Free Cash Flow [1]



[1] Free Cash Flow is a non-GAAP measure ; see slide at end of presentation for reconciliation to Operating Cash Flow

© Copyright 2010, First Solar, Inc.

27

CONFIDENTIAL

FSLR00381513



CONFIDENTIAL

FSLR00381514

# 2010 Financial Guidance Assumptions as of 7/29/10



## Key Assumptions:

- Continued shift of some captive EPC volumes to module sales in second half due to strong demand, and moved respective EPC projects to 2011

- Second half pricing supports the sell-through of our modules after FiT changes and positions us for 2011 FiT

- Blended exchange rate $1.28/Euro for remainder of year
  - Unhedged FX at $1.20/Euro (vs. $1.30/Euro in Q1 guidance, lowered 2010 EPS ($0.20-0.23)/diluted share)
  - Q3-Q4:  53 % sales hedged, Natural hedge brings net income hedge rate to 64%, at $1.33
  - 71% of Q3 net income hedged at a rate of $1.32
  - $.01 change in $/Euro spot impacts revenues ~$3 M and  net income ~$2 M

- Completed NextLight acquisition with no change to estimates included in Q1 guidance of $12 M of expenses  and  ($0.09-0.10) of dilution

- We plan to begin shipments from KLM 5 and 6 in1st half 2011

- Capital spending includes KLM plants 5 and 6, Frankfurt-Oder Plant 2 and Blanquefort France.

© Copyright 2010, First Solar, Inc.

29

CONFIDENTIAL

FSLR00381515

## 2010 Guidance as of 7/29/10 - Raised EPS, includes NextLight  and $1.20/euro

First Solar.

| | All Modules | EPC/Project Development | Consolidated |
|---|---|---|---|
| Net Sales $ B | $2.1-2.2 B | $.4 B | $2.5– $2.6 B |
| Gross Margin | 49-51% | 15-16% | 44-45% |
| Start up Expense | $20 M | 0 | $20 M |
| Stock Based Compensation | $80-85 M | $10-15 M | $90-100 M |
| Operating Margin | 32-34% | 0% | 27-29% |
| Annual Tax Rate | | | 12-13% |
| Diluted Share Count (year end) | | | 86-87 M |
| EPS | | | $7.00-7.40 |
| Capex | | | $575-625 M |
| Operating Cash Flow | | | $575-625 M |
| RONA | | | 18-19% |

© Copyright 2010, First Solar, Inc.

30

CONFIDENTIAL

FSLR00381516





FSLR00381517

## Q&A

 

- Robert J. Gillette, Chief Executive Officer
- Bruce Sohn, President
- Jens Meyerhoff, CFO and President of Utility Systems Group

© Copyright 2010, First Solar, Inc.

32

**CONFIDENTIAL**

**FSLR00381518**

# Key Quarterly Financial Data


First Solar.

| Key Quarterly Financial Data<br>(\$ in millions, except gross profit and net income per share data)<br>(Unaudited) | | Q1'09 | | Q2'09 | | Q3'09 | | Q4'09 | | Q1'10 | | Q2'10 | Q2'10<br>Y/Y | Q2'10<br>Q/Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net sales | \$ | 418.2 | \$ | 525.9 | \$ | 480.8 | \$ | 641.3 | \$ | 568.0 | \$ | 587.8 | 12% | 3% |
| Gross profit % | | 56.3% | | 56.7% | | 50.9% | | 41.5% | | 49.7% | | 48.3% | -8.4% | -1.4% |
| Research and development | | 11.7 | | 18.6 | | 24.1 | | 23.8 | | 22.9 | | 22.8 | 23% | 0% |
| Selling, general and administrative | | 49.3 | | 72.9 | | 54.0 | | 96.7 | | 66.9 | | 78.6 | 8% | 17% |
| Production start-up | | 6.2 | | 2.5 | | 4.1 | | 1.1 | | 1.1 | | 2.3 | -8% | 109% |
| Operating income | | 168.1 | | 204.0 | | 162.8 | | 144.7 | | 191.1 | | 180.5 | -12% | -6% |
| Income tax expense (benefit) | | 5.1 | | 20.8 | | 11.6 | | 8.7 | | 23.0 | | 21.4 | 3% | -7% |
| Net income | \$ | 164.6 | \$ | 180.6 | \$ | 153.3 | \$ | 141.6 | \$ | 172.3 | \$ | 159.1 | -12% | -8% |
| Share count - Diluted | | 82.6 | | 85.7 | | 85.9 | | 86.0 | | 86.1 | | 86.4 | 1% | 0% |
| Net income per share - Diluted | \$ | 1.99 | \$ | 2.11 | \$ | 1.79 | \$ | 1.65 | \$ | 2.00 | \$ | 1.84 | -13% | -8% |
| RONA (1) | | 27.4% | | 29.4% | | 28.2% | | 25.5% | | 23.2% | | 21.1% | -8.3% | -2.1% |
| Stock-based compensation expense | | 15.2 | | 17.7 | | 22.2 | | 33.6 | | 19.5 | | 25.0 | 41% | 28% |
| Capital expenditures | | 86.4 | | 59.6 | | 64.8 | | 69.1 | | 106.0 | | 133.5 | 124% | 26% |
| Cash and marketable securities | \$ | 811.6 | \$ | 728.1 | \$ | 830.1 | \$ | 1,114.3 | \$ | 1,020.0 | \$ | 960.5 | 32% | -6% |

*See also Notes to our Condensed Consolidated Financial Statements*

**Supplemental Data**
(Unaudited)

| | | Q1'09 | | Q2'09 | | Q3'09 | | Q4'09 | | Q1'10 | | Q2'10 | Q2'10 Y/Y | Q2'10 Q/Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average foreign spot exchange rate (€/USD) | | 1.31 | | 1.36 | | 1.43 | | 1.48 | | 1.39 | | 1.28 | -6% | -8% |
| Free cash flow | | (22.7) | | (48.0) | | 113.8 | | 344.6 | | (118.1) | | (56.9) | 19% | -52% |
| + Purchases of solar module collection and recycling restricted investment | | - | | 7.5 | | - | | - | | 43.4 | | (0.3) | -104% | -101% |
| + Purchases of property, plant and equipment | | 86.4 | | 59.6 | | 64.8 | | 69.2 | | 106.0 | | 133.5 | 124% | 26% |
| = Net cash provided by operating activities | | 63.7 | | 19.1 | | 178.6 | | 413.8 | | 31.3 | | 76.3 | 299% | 144% |
| MW Produced | | 219.5 | | 289.7 | | 292.4 | | 311.0 | | 322.1 | | 344.0 | 19% | 7% |
| Line run rate | | 49.4 | | 51.7 | | 53.0 | | 53.4 | | 55.7 | | 59.0 | 14% | 6% |
| Conversion efficiency | | 10.9% | | 10.9% | | 11.0% | | 11.1% | | 11.1% | | 11.2% | 0.3% | 0.1% |
| Core cost per watt produced | \$ | 0.90 | \$ | 0.86 | \$ | 0.83 | \$ | 0.80 | \$ | 0.80 | \$ | 0.74 | -14% | -8% |
| Stock-based payment cost per watt (manufacturing) (2) | \$ | 0.01 | \$ | 0.01 | \$ | 0.02 | \$ | 0.02 | \$ | 0.01 | \$ | 0.02 | 100% | 100% |
| Ramp penalty (cost per watt) (3) | \$ | 0.02 | \$ | - | \$ | - | \$ | 0.02 | \$ | - | \$ | - | 0% | 0% |
| Total cost per watt produced | \$ | 0.93 | \$ | 0.87 | \$ | 0.85 | \$ | 0.84 | \$ | 0.81 | \$ | 0.76 | -13% | -6% |

(1) RONA – 4 quarter rolling NOPAT / 4 quarter rolling NET ASSETS (where NET ASSETS – Assets - Non interest bearing liabilities)
(2) Represents stock-based payment costs associated with factory labor.
(3) Ramp penalty start-up costs consist primarily of fixed production labor and overhead spending associated with production below normal capacity utilization in a new production facility.

© Copyright 2010, First Solar, Inc.

33

CONFIDENTIAL

FSLR00381519

# Use of Non-GAAP Financial Measure – Free Cash Flow

$M


First Solar.

This presentation includes information regarding Free Cash Flow, which is a financial measure not prepared in accordance with U.S. generally accepted accounting principles (GAAP).

Free Cash Flow is Net Cash Provided by Operating Activities minus capital expenditures (purchases of property, plant and equipment). The Company uses Free Cash Flow to evaluate its businesses, and this measure is considered an important indicator of the Company's liquidity and ability to pursue opportunities to enhance shareholder value, including its ability to reduce debt and make strategic investments. A general limitation of a Free Cash Flow measure is that it is not prepared in accordance with GAAP and thus may not be comparable to similarly titled measures of other companies due to differences in methods of calculation and excluded items.

## Actual Data

|  | Years Ended | | | | Quarters Ended | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2006 | 2007 | 2008 | 2009 | Q1'08 | Q2'08 | Q3'08 | Q4'08 | Q1'09 | Q2'09 | Q3'09 | Q4'09 | Q1'10 | Q2'10 |
| Free cash flow | (154) | (36) | 4 | 387 | (11) | (101) | 42 | 74 | (23) | (49) | 114 | 345 | (118) | (57) |
| + Purchases of restricted investment to fund solar module collection and recycling liability | - | - | - | 8 | - | - | - | - | - | 8 | - | - | 43 | - |
| + Purchases of property, plant and equipment | 153 | 242 | 459 | 280 | 74 | 160 | 96 | 129 | 86 | 60 | 65 | 69 | 106 | 134 |
| = Net cash provided by operating activities | (1) | 206 | 463 | 675 | 63 | 59 | 138 | 203 | 63 | 19 | 179 | 414 | 31 | 77 |

## Forecast Data

|  | High Q2'10 Guidance | Low Q2'10 Guidance |
|---|---|---|
| Free cash flow | 7 | -93 |
| + Purchases of restricted investment to fund solar module collection and recycling liability | 43 | 43 |
| + Purchases of property, plant and equipment | 575 | 625 |
| = Net cash provided by operating activities | 625 | 575 |

© Copyright 2010, First Solar, Inc.    Figures may not foot due to rounding    34

CONFIDENTIAL    FSLR00381520

# Exhibit 70

**To:**        TK Kallenbach[TKallenbach@FIRSTSOLAR.COM]; Bruce Sohn[BSohn@FIRSTSOLAR.COM]
**From:**      Mike Koralewski
**Sent:**      Thur 7/29/2010 1:26:32 PM
**Importance:**        Normal
**Subject:**   RE: LPM disclosure language; redraft from BoD action item
**MAIL_RECEIVED:**     Thur 7/29/2010 1:26:00 PM

I have no issue as the math is correct.

**From:** TK Kallenbach
**Sent:** Thursday, July 29, 2010 9:25 AM
**To:** Bruce Sohn
**Cc:** Mike Koralewski
**Subject:** Re: LPM disclosure language; redraft from BoD action item

Any input from you guys?

... tk@firstsolar.com

... Clean... Affordable... Sustainable... Global
www.firstsolar.com
NASDAQ: FSLR

**From**: TK Kallenbach
**Sent**: Wednesday, July 28, 2010 10:33 PM
**To**: Bruce Sohn
**Cc**: Mike Koralewski
**Subject**: RE: LPM disclosure language; redraft from BoD action item

Based on this math, I would be fine changing our language to "affecting less than 4% of the total product manufactured within the period"

You?

*... tk*

*…clean… affordable… sustainable... global*

**CONFIDENTIAL**                                                       **FSLR02231329**

**From:** Kurt Wood
**Sent:** Wednesday, July 28, 2010 2:07 PM
**To:** Bruce Sohn
**Cc:** Mike Koralewski; TK Kallenbach; Richard Mittermaier; James Zhu
**Subject:** RE: LPM disclosure language; redraft from BoD action item

Bruce is correct, below is an updated table.  As such, we can say <4%:

|  | June 2008 to June 2009 | % of Production |
|---|---|---|
| Total Modules Produced | 11,837,932 | |
| Total Watts Produced | 802,075,332 | |
| Avg Watts/Mod | 67.75 | |
| | | |
| Impacted Population | 450,000 | 3.8% |
| Expected Population Returned | 324,421 | 2.7% |

Kurt Wood

**VP, Financial Planning & Analysis | First Solar, Inc.**

P 602.414.9306 | C 408.761.7490 | F 602.414.9406 | 350 W. Washington St. Suite 600, Tempe, AZ 85281

🌍 Please consider the environment before printing this e-mail.

**From:** Bruce Sohn
**Sent:** Wednesday, July 28, 2010 1:46 PM
**To:** Kurt Wood
**Cc:** Mike Koralewski; TK Kallenbach
**Subject:** RE: LPM disclosure language; redraft from BoD action item

From the official production database, there were 11.8M modules manufactured from June thru June 2009.

**CONFIDENTIAL**

**FSLR02231330**

-bs

**From:** Kurt Wood
**Sent:** Wednesday, July 28, 2010 1:10 PM
**To:** TK Kallenbach; Jens Meyerhoff
**Cc:** James Zhu; Peter Bartolino; Bruce Sohn; Richard Mittermaier; Mike Koralewski
**Subject:** RE: LPM disclosure language; redraft from BoD action item

TK,

So we all have the same data, I synched up with Mike K and below is a table that accurately reflects the numbers:

| | June 2008 to June 2009 | % of Production |
|---|---|---|
| **Total Modules Produced** | 10,893,846 | |
| **Total Watts Produced** | 802,075,332 | |
| **Avg Watts/Mod** | 73.63 | |
| | | |
| **Impacted Population** | 450,000 | 4.1% |
| **Expected Population Returned** | 324,421 | 3.0% |

I believe the 8M modules you are referring to are a subset of the total Company production for that time periods and was used by Mike K. in past .ppt's to show not total Company production, but the production that that was running the impacted recipe during that time period. (i.e. the fan-out of the recipe took time and was not impacting 100% of the production on day 1).

The numbers in the table above represent the official consolidated FSLR production for the 13 months of June 2008 through June 2009. The impacted population and expected return numbers are from Mikes July 2010 spreadsheet and tie to the back-up used for the accrual.

Kurt Wood

**VP, Financial Planning & Analysis | First Solar, Inc.**

**CONFIDENTIAL**                                                     **FSLR02231331**

P 602.414.9306 | C 408.761.7490 | F 602.414.9406 | 350 W. Washington St. Suite 600, Tempe, AZ 85281

🌀 Please consider the environment before printing this e-mail.

**From:** TK Kallenbach
**Sent:** Wednesday, July 28, 2010 11:12 AM
**To:** Jens Meyerhoff
**Cc:** Kurt Wood; James Zhu; Peter Bartolino; Bruce Sohn; Lawrence Polizzotto; Samantha Sloan; Richard Mittermaier
**Subject:** RE: LPM disclosure language; redraft from BoD action item

Jens – on the % affected , I misspoke… it is not 800MW, it is 8M modules which would be 600MW; so 24.5MW affected of 600MW (4%) or 324,000/8,000,000 (4%).

Apologies… my fault.

*... tk*

*…clean… affordable… sustainable... global*

**From:** James Zhu
**Sent:** Wednesday, July 28, 2010 10:47 AM
**To:** Kurt Wood; TK Kallenbach; Jens Meyerhoff; Peter Bartolino; Bruce Sohn; Lawrence Polizzotto; Samantha Sloan; Richard Mittermaier
**Subject:** RE: LPM disclosure language; redraft from BoD action item

Two more wording changes

-----Original Message-----
From: Kurt Wood
Sent: Wednesday, July 28, 2010 10:41 AM

**CONFIDENTIAL**

**FSLR02231332**

To: TK Kallenbach; James Zhu; Kurt Wood; Jens Meyerhoff; Peter Bartolino; Bruce Sohn; Lawrence Polizzotto; Samantha Sloan

Subject: RE: LPM disclosure language; redraft from BoD action item

My notes from our call

Kurt Wood

VP, Financial Planning & Analysis | First Solar, Inc.

P 602.414.9306 | C 408.761.7490 | F 602.414.9406 | 350 W. Washington St. Suite 600, Tempe, AZ 85281

⌉ Please consider the environment before printing this e-mail.

-----Original Message-----

From: TK Kallenbach

Sent: Wednesday, July 28, 2010 9:57 AM

To: Mary Beth Gustafsson; Peter Bartolino; Jens Meyerhoff; Bruce Sohn; James Zhu; Kurt Wood; Lawrence Polizzotto

Subject: RE: LPM disclosure language; redraft from BoD action item

Importance: High

***** Draft ... Fact Check complete******

Key themes:

**CONFIDENTIAL**

**FSLR02231333**

• What happened

• What we have done/are doing?

• What are the financial implications?

Key stress tests:

• Meets financial disclosure requirements

• Does not engender amplified customer actions/reactions

• Provides confidence issue is understood/contained

Reviewed by:

• Tom P

• MBG

• Mike A

• Bruce S (2 changes included below)

• Kurt W (changes incorporated below)

• James Z (changes incorporated below)

------

Language

--

The $16.0 million[confirmed/kurt w] increase in the other costs for the three months ended June 26 was due to an increase in estimated expenses for certain module replacement efforts beyond normal warranty.

**CONFIDENTIAL**

**FSLR02231334**

During the period from June 2008 to June 2009 [confirmed/tk], a manufacturing excursion occurred affecting less than 5% [confirmed/bruce & tk]of the total product manufactured within the period. The excursion could result in possible premature power loss in the affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms the corrective actions are effective.

We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. Some of these efforts go beyond our normal warranty coverage. Accordingly, we have accrued additional expenses of $17.8M in the second quarter of 2010 and $29.5M [this excludes the $5.6M in SG&A] in total to date to cover the replacement of the anticipated affected module population in the field.

**CONFIDENTIAL**

**FSLR02231335**