Exhibit 71



# FIRST SOLAR, INC.
## ACCOUNTING ISSUES PAPER

First Solar, Inc. (FSI) uses Cost per Watt (CpW) as a key performance indicator of manufacturing cost competitiveness. CpW is used internally, reported externally, and used as an industry benchmark.

CpW is designed principally to measure spending related directly to producing and selling modules during a given period. Spending not directly associated with producing and selling modules during the period is excluded from CpW.

Generally, CpW includes or excludes the following:
- COS spending associated with materials, materials handling, materials freight, usage variances, yield loss and scrap (net of salvage value) is included in CpW
- COS spending associated with labor and overhead is included in CpW
- COS spending associated with sales freight, warranty expense, and estimated module end of life collection and recycling costs per module is included in CpW
- Provisions for excess, obsolete or damaged goods is included in CpW
- Plant start up related spending is excluded from COS and CpW
- Post plant start up COS spending associated with underutilization of manufacturing assets while ramping volume is included in CpW
- Certain COS spending not directly related to producing product during the current period may be excluded from CpW. Please contact Corporate Accounting for treatment of unusual or infrequent items.
- The portion of a current adjustment that is associated with prior period expenses is excluded from current period CpW
- R&D and SG&A spending is excluded from CpW

More specific mechanics for calculating and analyzing CpW are documented in *Cost per Watt Analytics Procedures 2010-02-03.docx.*


## Low Power Modules

FSI is replacing certain customer modules that are suspected to degrade faster than acceptable, referred to as "low-power modules" (LPM), based on FSI's warranty agreements with its customers. The defective modules were produced prior to Q3'2009.

Customers and FSI are determining which modules to return to a FSI site for testing associated with the LPM warranty claim. FSI replaces the modules that its tests show are defective with new modules shipped to the customer. FSI has already accounted for the cost of the inventory consumed to replace these LPM modules in its warranty liability. FSI has chosen to pay for the handling and shipping costs necessary to return, test and replace LPM warranty claims. FSI accrues a liability for the cost associated with handling and shipping LPM modules, referred to as "LPM Special Excursion Costs."

---

**Cost per Watt Produced**          **(Page 1 of 2)**                    **2009 Q4**

CONFIDENTIAL                                                            FSLR01094771



# FIRST SOLAR, INC.
## ACCOUNTING ISSUES PAPER

Modules that FSI's tests show are not defective, and therefore not covered by warranty, are shipped back to the originating customer to fulfill new orders. To facilitate good customer relations, FSI has chosen to pay for the handling and shipping costs necessary to return, test and ship back to the customer those customer returned modules that are shown not to have the LPM defect. FSI accrues the cost associated with handling and shipping these modules, which it refers to as "LPM Customer Satisfaction Costs."

CpW impact of LPM related spending:
- Inventory replacement costs net of salvage value were accrued as part of the warranty accrual and are thereby included in CpW
- LPM Special Excursion Costs associated with modules produced during the year are included in the annual CpW, but are not in the current quarterly CpW if the costs are associated with modules produced during a prior quarter within the year
- LPM Customer Satisfaction Costs are not attributable to LPM defective modules and are excluded from CpW

Revision history:  Originally Issued Feb 11, 2010 and revised Jan 19, 2011.

**Approvals:**

Approved by:

_____
Robert Knox,
Director of Global Product Costing

Date:  26 Jan 2011

Approved by:

_____
John Amonett,
Vice President of FP&A

Date:  26 Jan 2011

Encl:
2009 Cost per Watt Produced 2011-01-25.docx

CC:

| | |
|---|---|
| Bernhard Bischof | Durairaj Paul Thiraviam |
| Georgette Gillen | Richard Thompson |
| Scott Green | Mark Villani |
| Richard Mittermaier | Kurt Wood |
| Steven Ryan | James Zhu |
| Bryan Schumaker | |

**CONFIDENTIAL**    **FSLR01094772**

Exhibit 72

**To:**        Brandon Mitchener[BMitchener@FIRSTSOLAR.COM]
**Cc:**        Samantha Sloan[SSloan@FIRSTSOLAR.COM]
**From:**    Lance Hendershot
**Sent:**    Fri 2/4/2011 5:43:40 PM
**Importance:**     Normal
**Subject:**  RE: Gesprächsanfrage nochmals zum Thema LPM
**MAIL_RECEIVED:**   Fri 2/4/2011 5:43:43 PM

Hello Brandon,

The English and EU FAQ pages have been updated.  To get this taken care of, I will submit the copy to our vendor, Translations.com, before the afternoon.  Moving forward, I would ask that CorpComm use their budget to translate their content edits/changes if it is something too large to be handled internally by local FS staff.  Do you think that is fair?

Thank you,
Lance

**From:** Brandon Mitchener
**Sent:** Friday, February 04, 2011 8:54 AM
**To:** Lance Hendershot
**Cc:** Samantha Sloan
**Subject:** FW: Gesprächsanfrage nochmals zum Thema LPM
**Importance:** High

Lance,

The new/additional LPM Q&A highlighted below has been approved b TK/Ted and the LPM task force just now on a call.

Can you please add to the English website ASAP and advise how you'd like to proceed with regard to translations into French and German? Will you sent the text to the translations company?

Best regards,

CONFIDENTIAL

FSLR02015104

Brandon

**From:** Klaus-Peter Fuss
**Sent:** Friday, February 04, 2011 4:48 PM
**To:** Samantha Sloan; Ted Meyer; T K Kallenbach; Brandon Mitchener
**Cc:** Alina Lange; Sebastian Fasbender; Mike Koralewski
**Subject:** RE: Gesprächsanfrage nochmals zum Thema LPM

Hello Brandon,

I am ok with

Peter

**From:** Samantha Sloan
**Sent:** Thursday, February 03, 2011 8:49 PM
**To:** Ted Meyer; T K Kallenbach; Brandon Mitchener
**Cc:** Klaus-Peter Fuss; Alina Lange; Sebastian Fasbender; Mike Koralewski
**Subject:** RE: Gesprächsanfrage nochmals zum Thema LPM

Looks good –and agree with Ted. I'll make a note of it and bring it up as part of the biweekly 'any updates/any updates needed' query.

Best,

S

**From:** Ted Meyer
**Sent:** Thursday, February 03, 2011 12:28 PM
**To:** T K Kallenbach; Brandon Mitchener
**Cc:** Klaus-Peter Fuss; Alina Lange; Sebastian Fasbender; Samantha Sloan; Mike Koralewski

**CONFIDENTIAL**                                          **FSLR02015105**

**Subject:** RE: Gesprächsanfrage nochmals zum Thema LPM

Yep.

We should make it a point to revisit the q&a on the LPM call periodically so the material stays current – some of this info will become dated soon.

Ted Meyer
Vice President, Global Corporate Communications
First Solar
ted.meyer@firstsolar.com
wk: 602-427-3318
mo: 480-280-6550
350 West Washington St.
Tempe, AZ  85281

**From:** T K Kallenbach
**Sent:** Thursday, February 03, 2011 12:15 PM
**To:** Brandon Mitchener; Ted Meyer
**Cc:** Klaus-Peter Fuss; Alina Lange; Sebastian Fasbender; Samantha Sloan; Mike Koralewski
**Subject:** Re: Gesprächsanfrage nochmals zum Thema LPM

Ok with me (other votes still count)

Thx

... tk@firstsolar.com

... Clean... Affordable... Sustainable... Global

www.firstsolar.com
NASDAQ: FSLR

CONFIDENTIAL                                                                                FSLR02015106

**From**: Brandon Mitchener
**Sent**: Thursday, February 03, 2011 02:05 PM
**To**: T K Kallenbach; Ted Meyer
**Cc**: Klaus-Peter Fuss; Alina Lange; Sebastian Fasbender; Samantha Sloan; Mike Koralewski
**Subject**: RE: Gesprächsanfrage nochmals zum Thema LPM

I've streamlined the text TK suggested into the following proposed new QA for our website. I propose that we ADD this to the current Q&A, which is more focused on the details of the excursion.

If this team approves the text below, we'll get it posted and translated into the other website languages ASAP.

Brandon

Proposed new LPM Q&A for FS public website

Q: What is the status of the identification and replacement of modules affected by First Solar's manufacturing excursion from the 2008-2009 timeframe?

-    We are well underway in the examination and replacement of affected modules.

-    Our assessment validates that the affected modules represent a very small percentage of the modules produced within the 12 month period from June 2008-June2009.

-    We have made strong progress on global replacements of affected modules. As of December 2010 approximately 1/3 of the affected modules have been conclusively removed from a number of small and large affected sites and we have validated the post-replacement sites are performing as originally expected.

-    We expect to conclude the remaining excursion-related claims in 2011.

-    November 30th 2010 marked the conclusion of the period during which customers could file extended-warranty claims related to the excursion modules. We are now in the process of validating and verifying those claims.  Many of those claims were filed based simply on the dates of the excursion (June 2008 to June 2009), and not due to any specific issue demonstrated in the field.

-    Winter weather has curtailed site measurements and field replacements at many of our customers' sites, but we are optimistic that the efficiencies gained in our identification methodologies will translate into greater replacement efficiencies once the weather conditions improve in the Spring.

**CONFIDENTIAL**                                                                                    **FSLR02015107**

-       Our technical teams continue to benefit from cycles of learning from returned module data. We are refining our identification techniques, which in turn improves our future accuracy rate for recovering affected modules from the field.

END

---

**From:** T K Kallenbach
**Sent:** Thursday, February 03, 2011 7:40 PM
**To:** Brandon Mitchener; Ted Meyer
**Cc:** Klaus-Peter Fuss; Alina Lange; Sebastian Fasbender; Samantha Sloan; Mike Koralewski
**Subject:** RE: Gesprächsanfrage nochmals zum Thema LPM

with respect to #3, Brandon – please take the lead to complete the update of our website with the following talking points...

*We are well underway in the examination and replacement of affected modules.*

*Since November 2010,  we closed the claim filing period, and our focus remains on validating claims, replacing the affected modules and improving our assessment methodologies.*

*o   November 30th 2010 marked the conclusion of the period during which customers could file extended-warranty claims related to the excursion modules. We are now in the process of validating and verifying those claims.  Many of those claims were filed based simply on the dates of the excursion (June 2008 to June 2009), and not due to any issue demonstrated in the field.*

*o   Internally, our technical teams continue to benefit from cycles of learning from returned module data. We are refining our identification techniques which in turn improves our future accuracy rate of recovering affected modules from the field. Our updated assessment continues to validate that the affected modules are a very small percentage of the product produced within the 12 month period from June 2008-June2009.*

*o   Winter weather has curtailed site measurements and field replacements at many of our customers' sites, but we are optimistic that the efficiencies gained in our identification methodologies will translate into greater replacement efficiencies once the weather conditions improve in the Spring.*

*o   We have made strong progress on global module replacements. As of December 2010 approximately 1/3 of the affected modules have been conclusively removed from a number of small and large affected sites and we have validated the post-replacement sites are performing as originally expected.*

o   *We expect to conclude the remaining excursion-related claims in 2011.*

... tk

…clean… affordable… sustainable... global

-----Original Message-----
From: Brandon Mitchener
Sent: Thursday, February 03, 2011 10:10 AM
To: Ted Meyer; T K Kallenbach; Samantha Sloan
Cc: Klaus-Peter Fuss; Alina Lange; Sebastian Fasbender
Subject: FW: Gesprächsanfrage nochmals zum Thema LPM

Ted/TK/Samantha,

Photon wrote to me today saying they are getting "tons of questions" from installers who "don't know when their systems will be tested and how long they'll have to live with power shortfalls." She continues that "it seems to me that people are seriously worried when and how the replacement program will end" and asks for an "in-depth interview on this subject" in the next couple of weeks so that she can write an article for the March edition of Photon.

My feeling:

1) We should get those 'rejection' letters out ASAP, provide a template to Photon to put this supposed 'anxiety' in the market into context, and post a note on the PhotovoltaikForum as mentioned in the last call and minutes.

2) We should provide a public update on the analysts call.

3) We should update the information in the FAQ section of the website as discussed on the last call.

4) We should give Photon the interview they want and if we have a positive example of an LPM remediation site where the customer is satisfied with our efforts we should try to facilitate a visit or telephone interview with the project owner.

5) We should tell Photon about our installer workshops and offer to debrief them afterwards. As we had discussed, we could also offer to let Photon join if they ask to participate, at the risk that this provides them with further evidence of the 'anxiety' they claim is in the market.

Your feeling? Do we need a short call to discuss this?

Brandon

CONFIDENTIAL                                                                              FSLR02015109

-----Original Message-----

From: Ines.Rutschmann@photon.de [mailto:Ines.Rutschmann@photon.de]

Sent: Thursday, February 03, 2011 1:37 PM

To: Brandon Mitchener

Subject: Gesprächsanfrage nochmals zum Thema LPM

Hallo Herr Mitchener,

ich muss noch einmal bezüglich dieses Themas auf Sie zukommen.

Bei mir häufen sich Anfragen von Installateuren, die nicht wissen, wann eine Untersuchung der von ihnen installierten Anlagen erfolgen wird und wie lange ihre Kunden mit den Ertragsausfällen leben müssen. Mir scheint, dass ernsthafte Sorgen bestehen, wann und wie die Aktion abgewickelt wird. Ich möchte daher nochmals um ein ausführliches Gespräch zum Thema bitten.

Ich hatte auch Herrn Fasbender geschrieben, aber da er im Urlaub ist, wende ich mich nun an Sie. Es wäre mir lieb, wenn wir in den kommenden beiden Wochen einen Termin finden könnten, so dass ein weiterer Artikel im März erscheinen kann. Ich hoffe, damit auch beruhigend zu wirken, da mir manche Installateure (zumindest jene, die mir schreiben) im Moment sehr nervös erscheinen.

Ich würde mich freuen, wenn Sie mir einen Termin vorschlagen. Für Rückfragen erreichen Sie mich wie immer unter 0241-4003143.

Viele Grüße

Ines Rutschmann


PHOTON Europe GmbH

Jülicher Straße 376

52070 Aachen

Telefon 0241-4003-0

Telefax 0241-4003-300

CONFIDENTIAL                                                    FSLR02015110

Redakteurin

PHOTON

Ines Rutschmann

Telefon 0241-4003-143

Telefax 0241-4003-343

ines.rutschmann@photon.de

www.photon.de

HRB Aachen 14723

Geschäftsführerin

Annegret Kreutzmann

CONFIDENTIAL

FSLR02015111

Exhibit 73

**To:**       garret.tripp@us.pwc.com[garret.tripp@us.pwc.com]
**From:**     Bryan Schumaker
**Sent:**     Thur 3/3/2011 12:04:36 AM
**Importance:**        Normal
**Subject:**  FW: Scan from a Xerox WorkCentre
**MAIL_RECEIVED:**    Thur 3/3/2011 12:04:00 AM
Scan.PDF

Please see the final draft for your records.

Thanks,
Bryan

**CONFIDENTIAL**                                                                          **FSLR01079574**



**First Solar.**

# MEMORANDUM

350 West Washington Street
Suite 600
Tempe, AZ 85281 USA

**To:**      Financial Reporting Files                          **Date:** 2011 Feb. 15

**From:**   Bryan Schumaker
              Corp. Asst. Controller

**Subject:** 2010 Year-end Warranty Analysis

## BACKGROUND:
FSLR Components business provides a limited warranty for defects in materials and workmanship under normal use and service conditions for five years following delivery to the owner of our solar modules. We also warrant to the owner of our solar modules that solar modules installed in accordance with agreed-upon specifications will produce at least 90% of their initial power output rating during the first 10 years following their installation and at least 80% of their initial power output rating during the following15 years. Our warranties are automatically transferred from the original purchaser of our solar modules to a subsequent purchaser. We accrue warranty costs when we recognize sales, using amounts estimated based on our historical experience with warranty claims, our monitoring of field installation sites, in-house testing and our estimated per-module replacement cost at 50% overhead.

FSLR Systems business will typically provide a limited warranty against defects in workmanship, engineering design, and installation services under normal use and service conditions for a period of one year following the substantial completion of a solar power plant or an energized section of a solar power plant.  This warranty does not cover the module warranty.  The module warranty is covered within the Components business warranty.  In resolving claims under both the workmanship and design warranties, we have the option of either remedying the defect to the warranted level through repair, refurbishment, or replacement.

## OVERVIEW:
The table below represents the year-end roll forward of the 2010 warranty liability by Segment:

| (In K's) | December 31, 2010 | | | | | | |
|---|---|---|---|---|---|---|---|
| | Components Business | | Systems Business | | Total | | |
| Product warranty, beginning of period | $ | 21,919 | $ | 664 | $ | 22,583 | |
| Accruals | $ | 17,524 | $ | 785 | $ | 18,309 | Δ |
| Settlements | $ | (24,245) | $ | (371) | $ | (24,616) | Δ |
| Change in estimate of warranty liability | $ | 11,238 | $ | 380 | $ | 11,618 | Δ |
| Product warranty, end of period | $ | 26,436 | $ | 1,458 | $ | 27,894 | |
| Current portion of warranty liability | $ | 9,823 | $ | 1,403 | $ | 11,226 | |
| Noncurrent portion of warranty liability | $ | 16,613 | $ | 55 | $ | 16,668 | |

Δ Discussed in further detail below

Page 1 of 6

CONFIDENTIAL                                                          FSLR01079575



**MEMORANDUM**

*350 West Washington Street*
*Suite 600*
*Tempe, AZ 85281 USA*

---

### Accruals:

*Components Business:*
This balance represents the estimated accrual for new module sales that occurred during 2010. The accrual for the Components business is calculated as follows:

> (Total Sales for the Year)
> * (Warranty Rate) ~
> * (Module Standard Cost by Region @ 50% Overhead)
> Total Accrual for New Sales (Components Business)

*~ Warranty Rate is provided by the VP of Quality Global. For 2010 the rate used was 1.82% (1.32% Defects and Workmanship; .5% Power). Please refer to the December 2010 "Warranty Performance Analysis Memo" for additional quantitative and qualitative analysis on the 5 year workmanship warranty and the "Performance Warranty Analysis Memo" for the 25 year Limited Power Output Warranty.*

*System Business:*
This balance represents the accrual for our one year Workmanship Warranty for the construction of new projects sold. The accrual rate is estimated based on information provided by the Systems business. The current accrual rate is $.40 per kW DC for each month during the warranty period. An example of this is illustrated below using Sarnia 60 as an example. Sarnia 60 is a 70,590 kW DC project. The calculation is as follows:

$$\$.40 \times 70,590 \times 12 \text{ months} = \$338,832$$

There is also a Design warranty within our contracts, which the Systems business has determined that none of our projects have an estimated warranty cost associated with potential design defects.

The 2010 calculation for the Accrual for new sales for the Component and Systems Business is as follows: *(In K's except where noted)*

| | NA Sales | EU Sales | Elim. | Total Sales |
|---|---|---|---|---|
| PBG Modules Sold | 1,577 | 1,136 | | 2,713 |
| FFO Modules Sold | - | 3,161 | | 3,161 |
| KLM Modules Sold | 1,476 | 10,591 | | 12,067 |
| Total Modules Sold | 3,053 | 14,888 | | 17,941 |
| Warranty Rate | 1.82% | 1.82% | | 1.82% |
| Total Est. Modules to be replaced | 55.56 | 271 | | 327 |
| Cost Per Module (Actual) | $ 57.59 | € 41.53 | | |
| Accrual for New Sales | $ 3,200 | € 11,253 | | |
| YTD Wtd. Avg. FX Rate | | 1.31 | | |
| Total Components Accrual for New Sales | $ 3,200 | $ 14,769 | $ (446) | $ 17,523 |
| Total Systems Accrual for New Sales | 786 | | | 786 |
| Total | $ 3,986 | $ 14,769 | $ (446) | $ 18,309 |

---

CONFIDENTIAL

FSLR01079576



| MEMORANDUM | 350 West Washington Street<br>Suite 600<br>Tempe, AZ 85281 USA |
| --- | --- |

## Settlements:

*Components Business:*

This balance represents the utilization of warranty accrual for modules (including Low Power Modules "LPM") shipped during 2010.

Net utilization from Q1 2010 through Q3 2010 represents total module cost for warranty replacements shipped less "at label" modules that were returned back to First Solar as part of the LPM exchange process. Management determined that there was a market for these used, but fully functioning modules.

During Q4 2010, FSLR established a market precedence for "de-rated" modules based on sales to three separate customers. The LPM modules were sold at a rate of €1.10 per watt to the three third parties. Due to the establishment of a market for these modules in Q4 2010, net settlements in Q4 represent shipments of warranty modules to customers less "at label" and "de-rated" modules that were returned back to First Solar as part of the LPM exchange process. The modules that were part of the nonmonetary exchange were placed into inventory at December 31, 2010 at the site manufactured specific current standard cost at December 21, 2010. This value approximates the original cost to produce the module during the LPM excursion period less a decrease in value due to the normal usage. Please see analysis below:

| Finished Goods<br>(value per<br>module) | Q208<br>Actual | Q308<br>Actual | Q408<br>Actual | Q109<br>Actual | Q209<br>Actual | Q309<br>Actual | Q409<br>Actual | Avg. Cost of producing<br>module during LPM<br>excursion period | Std. Cost/Value of<br>LPM Modules in<br>Inv. at 12/31/2010 | Change in<br>Value | Change in<br>Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PBG | $ 81 | $ 82 | $ 81 | $ 82 | $ 78 | $ 81 | $ 79 | $ 81 | $ 64 | $ (17) | -21% |
| FFO | $ 72 | $ 65 | $ 62 | $ 55 | $ 61 | $ 65 | $ 67 | $ 64 | $ 55 | $ (9) | -14% |
| KLM | $ 68 | $ 50 | $ 70 | $ 54 | $ 51 | $ 51 | $ 51 | $ 57 | $ 47 | $ (9) | -16% |
| WW avg | $ 72 | $ 57 | $ 70 | $ 60 | $ 58 | $ 58 | $ 59 | $ 67 | | | |

These modules were determined to be valued at the Lower of Cost or Market.

*Systems Business:*

This balance represents the utilization of warranty accrual related to warranty work performed. Most projects we have Operating and Maintenance ("O&M") agreements and therefore, our O&M staff or the customer will make a warranty claim. The cost of this claim, which includes internal labor, time and expense, and external services materials, will be included in this line.

The 2010 calculation for the Settlement line for the Component and Systems Business is as follows: *(In K's except where noted)*

| | |
| --- | --- |
| 391 | KLM Warranty Shipments |
| 61 | PBG Warranty Shipments |
| 124 | FFO Warranty Shipments |
| 576 | Total Warranty Shipments |
| (73) | Total At Label Modules |
| (58) | Q4 De Rated Modules (ex. Scrap) |
| 445 | Total Settlement Modules |
| $ 54.50 | Total Blended Settlement Per Module (Actual) |
| $ 24,245 | Total Settlements (Components Business) |
| $ 371 | Total Settlement (Systems Business) |
| $ 24,616 | Total Settlements for 2010 |

CONFIDENTIAL

FSLR01079577



**MEMORANDUM**

*350 West Washington Street*
*Suite 600*
*Tempe, AZ 85281 USA*

### Change in estimate of warranty liability:

*Components Business:*
This balance represents various changes that impact the estimated warranty liability.

The following represents the key drivers:

- Changes due to the difference between estimated settlement date and actual settlement date (including the impact of the Special Excursion)
- Change in foreign exchange rate ("FX")
- Change in module standard cost

*Systems Business:*
This balance represents any changes in estimate to the warranty liability. This business is in its infancy state and we continue to learn how projects will function within the first 12 months of operations. Any changes to the original estimate will be recorded to this line item in the roll forward.

The 2010 calculation for the Change is estimate of warranty liability for 2010 for the Components and Systems Business is as follows: (In K's)

| | |
|---|---|
| Increase in Reserve due to Special Excursion | $ 12,793  Δ |
| Change due to FX | (1,574) |
| Change due to Module Cost/Other | 19 |
| Change in Estimate (Components Business) | $ 11,238 |
| Change in Estimate (Systems Business) | $    380 |
| Total Change in Estimate | $ 11,618 |

*Δ During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in the affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms the corrective actions are effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. At the end of 2009, management estimated that the exposure to LPM modules caused by this Special Excursion was 114K modules, but during 2010 our exposure grew to an estimated 521K LPM modules. In 2010 it was determined that in order to locate the 521K LPM modules, we will need to pull out 1.1M modules. Our exposure grew in 2010 based on additional testing, and analysis performed by operations along with feedback from our customers. Our customers had until the end of Q4 2010 to report any sites that may be impacted by this Special Excursion.*

*This Special Excursion has caused a significant amount of modules to be pulled from the field that historically would not have been either covered under warranty or would not have been sent back to FSLR for warranty replacement. See table below:*

CONFIDENTIAL

FSLR01079578



**MEMORANDUM**

*350 West Washington Street*
*Suite 600*
*Tempe, AZ 85281 USA*

| Overview of Modules Extracted from the field due to the Special Excursion | | |
|---|---|---|
| % from label | Description of Modules | Note |
| +5% to -5% | At label modules | Able to resale-always excluded from Settlements |
| -5% to -10% | Customer satisfaction | Would not have been accepted under warranty if the Special Excursion did not occur. Beginning in Q4; excluded from Settlements due to market precedence established for the resale of these modules |
| -10% to -15% | Warranty Modules | Under normal circumstances the majority of these modules would not have been returned to FSLR, due to customers not wanting to experience down time of the Power Plant to test and rip out individual modules |
| -15% to -20% | LPM Modules able to resale | Beginning in Q4; excluded from settlements due to market precedence established for the resale of these modules |
| > -20% | LPM Modules Scrap | Scrap 100% of these modules |

Based on the change in estimate noted above, Management analyzed the adequacy of the accrual as of 12/31/2010 for sales prior to 12/27/2009 as follows:

| | |
|---|---|
| 22,583 | Product Warranty, beginning of Period (12/26/2009) |
| 3,015 | Q1 2010 (Change in Estimate)** |
| 3,378 | Q2 2010 (Change in Estimate)** |
| 4,288 | Q3 2010 (Change in Estimate)** |
| 2,317 | Q4 2010 (Change in Estimate)** |
| 35,581 | Total Accrual for Sales prior to 12/26/2009 based on Change in Estimate |
| (24,616) | Total Settlements (Component Business) |
| 10,965 | Remaining accrual @ 12/31/2010 for Sales prior to 12/26/2009 |
| 31% | Percentage of Accrual Remaining |

** *Due to additional information obtained throughout the period primarily related to the Special Excursion*

Based on the analysis above, the 31% accrual remaining at 12/31/2010, that relates to sales prior to 12/27/2009, approximates the remaining Workmanship and Power Warranty, based on the actual experience of returns, excluding LPM, consistent with the conclusion reached by the VP of Quality Global's semiannual memo. Please refer to Figure 1 of the Warranty Performance Analysis memo date December 2010 for further analysis.

**CONCLUSION:**
Based on the analysis performed above Management has determined that the activity noted in 2010 due to the Special Excursion was a Change in Accounting Estimate under the guidance of ASC 250. In addition, Management believes that the 1.82% return rate used at the end of 2010 to record the warranty accrual for all module sales is reasonable based on representation from the VP of Quality Global.

CONFIDENTIAL

FSLR01079579



**MEMORANDUM**

350 West Washington Street
Suite 600
Tempe, AZ 85281 USA

## Technical References:

Financial Accounting Standards Board. *FASB Accounting Standards Codification.* [ASC]
- ASC 250-10, *Changes in Accounting Estimates*
- ASC 460-10-25-6, Guarantees
- ASC 845-10-30-16, Nonmonetary Transactions


Reviewed by:

/s/ James Zhu
_____
James Zhu, CAO

Date:

2011 Feb. 15
_____

Year-end Warranty Accrual Analysis

CONFIDENTIAL

FSLR01079580