# Exhibit 76

**To:**      adam.dangelo@us.pwc.com[adam.dangelo@us.pwc.com]; Garret Tripp
(garret.tripp@us.pwc.com)[garret.tripp@us.pwc.com]
**Cc:**      Bryan Schumaker[BSchumaker@FIRSTSOLAR.COM]; T K Kallenbach
(TKallenbach@FIRSTSOLAR.COM)[TKallenbach@FIRSTSOLAR.COM]
**From:**    James Zhu
**Sent:**    Mon 7/25/2011 12:40:29 AM
**Importance:**    High
**Subject:**   Draft LPM Status Review Q2 2011
**MAIL_RECEIVED:**    Mon 7/25/2011 12:39:00 AM
Draft LPM Status Review Q2 2011 DRAFT 4 tk edits.docx

Adam and Garret,

Pls see the draft memo.  Please let us know if you have any questions tonight.   TK is available between 9:30pm and 10pm tonight for follow up questions.  We should try to get thru your questions tonight.

Thanks,

James

CONFIDENTIAL

FSLR00966099



# LPM Status Review Q2 2011

  



FS_Basic_Template_10DEC10

**CONFIDENTIAL**                                   **FSLR00966100**

# 1   Background

In December 2010, an analysis was conducted to determine the approximate number of Low Power Modules (LPM) produced, the estimated number of LPMs that would be recovered, and the total number of modules required to replace in order to recover the estimated number of true LPM modules.

As a reminder an LPM is defined as a module that was one manufactured between June 2008 and June 2009 and exhibits a loss of greater than 15% from labeled power soon (approximately <6 months) after installation in the field.

The probability based, Monte Carlo simulation determined approximately 1.29M modules were potentially produced in LPM conditions.  Of these 1.29M, it was predicted that approximately 593K LPM modules would actually have influence on a particular site and be identified as LPM warrantable.  In order to locate these 593K modules, it was determined that an estimated 1.134M total modules would need to be exchanged.

# 2   LPM Shipments

As of the end of Q2 2011 (June 30 , 2011), there have been a total of 1.139M modules used as replacements. This amount includes 10,500 retrieved modules which have been used as replacements back into another site.

The delta of actual modules shipped vs. the amount used to calculate the accrual is approximately 5,000 modules or approximately ½ MW.

# 3   Cost Structure Assumptions

Shown below is the method and assumptions used to calculate the special reserve accrual cost.  The average cost per module is 26.69€ (Per January 9th 2011 analysis) :



www.firstsolar.com

**CONFIDENTIAL**

**FSLR00966101**

{ EMBED Excel.Sheet.8 }

The assumed financial accrual is based on the number of modules, not total MW. The average cost of replacement , includes labor, miscellanious hardware, shipping, packaging and reprocessing.

The Special Excursion Reserve is calculated based on the estimated number of modules times the estimated cost of replacement. (1.134*€26.69=€30.3M)

# 4    Distribution of Returned Product

At the end of Q2 (June 30th 2011), there have been 626,468 returned modules analyzed through measurement:

- 83,553 have been determined to be within label requirements

- 410,447 have been determined to be de-rated modules and re-rated

- 132,468 have been determined to scrap or were broken during shipment

The above numbers are taken from the "LPM Tax Tab" file for Q2 2011 which was created on June 30th 2011. There is small deviation between this and the reported values in the LPM Status Update for June. This disconnect is due timing of the reports and the re-classification of claims.

The distribution of returned product has improved dramatically since August 2010 as shown below (Source: June 30,2011 LPM Status report):

| | CUMULATIVE #K of modules returned to date | | |
|---|---|---|---|
| **Module Power Loss** | **8/15/2010** | **6/30/2011** | **delta** |
| +5 to -5% | 63K | 83K | +21K |
| -5 to -10% | 72K | 137K | +65K |
| -10 to -15% | 54K | 156K | +103K |
| -15 to -20% | 25K | 124K | +99K |
| -20+% & scrap | 18K | 134K | +116K |
| Total | 230K | 633K | +403K |



CONFIDENTIAL                                                                                    **FSLR00966102**

## 5    Material in Transit /Awaiting Disposition

As stated earlier First Solar has shipped 1.139M modules through the end of Q2 2011

- 626,486 of these modules have been measured and analyzed.

- There are an additional 289,950 modules in the Adler warehouse for a total of 916,436 modules which have been replaced.

- The remaining 222,713 modules are either in transit to customers or back to First Solar.

## 6    Post Q2 2011

Post Q2 there have been an additional 78,000 modules shipped.  This means that a total excess above the allocated number of modules which were used to create the special financial reserve.   The total excess is the 78,000 + 5,000 shipped above expectation in Q2 (1.134M vs. 1.139M) for a total of 83,000 modules.

The estimated financial impact is 83,000 * 26.69€ = 2,215,270 €.

## 7    Compensation Status

As of June 30, 2011 the remaining compensation accrual indicates approximately 1.9€ remaining.



www.firstsolar.com

CONFIDENTIAL    FSLR00966103



## 8    Open Claims

As of June 30, 2011, there were a total of 5,149 claims of these 2956 have yet to be reviewed, the most significant component of this volume is due to lack compelling data from the customer that indicates a true site level LPM issue.



**CONFIDENTIAL**                                                                      **FSLR00966104**

## Overall Claim Status - Detail



| Dates | Feb-11 | Mar-11 | Apr-11 | May-11 | Jun-11 |
|---|---|---|---|---|---|
| Submitted Formal Claims | | | 956 | 956 | 956 |
| Pre-Emptive Claims | | | 3795 | 4153 | 4180 |
| Total | | | 4751 | 5109 | 5149 |
| Serial Number Validation | | | 1207 | 880 | 768 |
| Likelihood Analysis | | | 903 | 416 | 41 |
| Automated Regional Analysis | | | 1234 | 1713 | 1855 |
| Analysis 3 | | | 121 | 217 | 270 |
| Sites scheduled for remediation | 59 | 46 | 100 | 170 | 260 |
| Sites completed remediation | 69 | 90 | 114 | 148 | 169 |
| Sites Rejected | 18 | 21 | 1072 | 1565 | 1786 |
| Sum | 146 | 157 | 4751 | 5109 | 5136 |
| Sites completed compensation | | | 21 | 28 | 31 |
| | | | | | |
| Weekly Reject Rates | | | | | |
| Reject rates | | 27% | 65% | 31% | 75% |
| | | | | | |
| Overall Reject Rates | | | | | |
| Likelihood Analysis complete: | | | 42% | 42% | 42% |
| Regional Analysis completed: | | | 2% | 3% | 3% |
| 1+2 | | | 42% | 42% | 42% |
| Total | 2% | 2% | 22,56% | 30,60% | 31,77% |

© Copyright 2010, First Solar, Inc.     First Solar Confidential & Proprietary     4

.

In order to properly determine if an amount of modules are required to finalize LPM the final details on these sites are required.

As of July 22, 2011, the claims status is as follows:

| | |
|---|---|
| Claims submitted: | 5195 |
| Awaiting information from customers: | 2206 |
| Actively being assessed for validity: | 684 |
| Assessed as Valid using June 2011 criteria: | 514 |
| Completed Module Exchange (of 514): | 231 |
| Scheduled Module Exchange (of 514): | 283 |
| Conclusively Rejected: | 1791 |

We continue to review and assess the replacement module estimates and volume requirements.

Several factors challenge calculating a conclusive exchange amount at this time.

1) **Untested backlog of removed modules** ... In transferring responsibility to a subcontractor for flash testing, the testing of replaced modules has slowed considerably and we have a backlog of 289,950 modules in the Adler warehouse (as of Q2 2011). While we have historical indications



www.firstsolar.com

CONFIDENTIAL     FSLR00966105

of improved hit rates (removing only the affected LPM modules from the field), we have not been able to continue to confirm that progress in Q2 2011. A testing recovery plan is in place and being executed, but will require several months to reduce the existing backlog. In general, an improved hit rate reduced the amount of exchange modules required.

2) **Lack of site information from customers** … After approximately 1 year of requesting serial number and site performance information, we have 2206 claims (as of July 22, 2011) without valid information to assess the claim as submitted. We believe that a very large percentage of these claims will never have the information supplied and no indication of a site performance issue. We are currently reviewing our policy and procedure to "suspend" these claims from further consideration.

3) **Performance criteria for remediation** … In the course of replacing modules and retesting a site's performance, we have encountered a number of smaller sites (<50KW) where the site performance was essentially the same after removing and replacing suspect LPM modules. As such, we are reevaluating our performance criteria for approving a site replacement plan. Adjusting this site performance criteria will reduce the amount of exchange modules required by reducing the number of sites considered impacted by LPM. This reevaluation may include sites already "scheduled for remediation".

4) **Mobile Flash tester** … As part of exchanging modules on smaller sites, we have commissioned a mobile flash testing device which tests modules at the replacement site. Modules deemed "non LPM" will be reinstalled at the site. Implementation of this procedure will reduce the amount of new modules required to remediate a site. Results, however, are not robust enough at this time to lead to a conclusive update of exchange rates and impact on replacement volumes.



**CONFIDENTIAL**                                                                **FSLR00966106**

# Exhibit 78

**To:**     Marco Loures[Marco.Loures@FIRSTSOLAR.COM]
**Cc:**     Mark Widmar[Mark.Widmar@FIRSTSOLAR.COM]; James Zhu[jzhu@FIRSTSOLAR.COM]
**From:**   Ora Crossley
**Sent:**   Tue 10/18/2011 8:00:05 PM
**Importance:**     Normal
**Subject:**  RE: Audit committee LPM charts for 10-25-2011 discussion
**MAIL_RECEIVED:**   Tue 10/18/2011 8:00:08 PM
RE: Audit committee LPM charts for 10-25-2011 discussion

Marco, are you reviewing individually as they come in or the consolidated packet on Thursday? If individual, I'll forward over treasury as well.

Also, reminder… I still need your presentation. ☺

Thanks, OC

**From:** Marco Loures
**Sent:** Tuesday, October 18, 2011 12:56 PM
**To:** Ora Crossley
**Cc:** Mark Widmar; James Zhu
**Subject:** RE: Audit committee LPM charts for 10-25-2011 discussion

Can you forward his slides over to myself, Mark and James so we can review it?

Marco Loures

**VP, Internal Audit | First Solar, Inc.**

P 602.384.9588 | C 720.233-1321 | F 602.414.9400 350 W. Washington St. Suite 600, Tempe, AZ 85281

**From:** Ora Crossley
**Sent:** Tuesday, October 18, 2011 12:55 PM
**To:** Marco Loures
**Cc:** T K Kallenbach
**Subject:** RE: Audit committee LPM charts for 10-25-2011 discussion

Marco… I already have his updated slides… ☺

TK, no additional action needed.

Thanks, OC

**From:** Marco Loures

**CONFIDENTIAL**                               **FSLR01275378**

**Sent:** Tuesday, October 18, 2011 12:54 PM
**To:** T K Kallenbach; Ora Crossley
**Cc:** James Zhu; Mark Widmar; Wendy Curran
**Subject:** RE: Audit committee LPM charts for 10-25-2011 discussion

TK,

I wanted to point out that these were the same exact slides you used for the board update in February. I am sure you meant to have sent an updated version.

Marco Loures

**VP,  Internal Audit  |  First Solar, Inc.**

P 602.384.9588  | C 720.233-1321 | F 602.414.9400 350 W. Washington St. Suite 600, Tempe, AZ 85281

**From:** T K Kallenbach
**Sent:** Monday, October 17, 2011 12:03 PM
**To:** Ora Crossley; Marco Loures
**Cc:** James Zhu; Mark Widmar; Wendy Curran
**Subject:** Audit committee LPM charts for 10-25-2011 discussion

*... tk  tk@firstsolar.com*

*… clean… affordable… sustainable... global... NASDAQ:FSLR*



**CONFIDENTIAL**

**FSLR01275379**

**To:**       Ora Crossley[OCrossley@FIRSTSOLAR.COM]
**Cc:**       Wendy Curran[wcurran@firstsolar.com]
**From:**     T K Kallenbach
**Sent:**     Mon 10/17/2011 8:54:58 PM
**Importance:**         Normal
**Subject:**   RE: Audit committee LPM charts for 10-25-2011 discussion
**MAIL_RECEIVED:**    Mon 10/17/2011 8:55:01 PM
LPM Status Overview Chart Update - 10-17-2011.pptx


Ok.. I get it… let's try this again from the top… WITH FEELING!!!!


Delete prior file and use this one… I sent the wrong one!


*... tk*


*World record holder for cadmium-telluride photovoltaic solar cell efficiency: 17.3 % !!*


*Clean.*

*Affordable.*

*Sustainable*

*Global.*


*tk@firstsolar.com*


**From:** T K Kallenbach
**Sent:** Monday, October 17, 2011 1:52 PM
**To:** Ora Crossley
**Subject:** RE: Audit committee LPM charts for 10-25-2011 discussion


Umm… where are you seeing that? I can't find it.


**CONFIDENTIAL**                                                            **FSLR01275380**

*... tk*

*World record holder for cadmium-telluride photovoltaic solar cell efficiency: 17.3 % !!*

*Clean.*

*Affordable.*

*Sustainable*

*Global.*

*tk@firstsolar.com*

**From:** Ora Crossley
**Sent:** Monday, October 17, 2011 1:44 PM
**To:** T K Kallenbach; Marco Loures
**Cc:** James Zhu; Mark Widmar; Wendy Curran
**Subject:** RE: Audit committee LPM charts for 10-25-2011 discussion

TK… this file reference a status update as of 1/31/11. Is this a prelude to the October update? ☺ or the actual file you would like to include in the Audit Committee deck?

Please let me know… Thanks, OC

**From:** T K Kallenbach
**Sent:** Monday, October 17, 2011 12:03 PM
**To:** Ora Crossley; Marco Loures
**Cc:** James Zhu; Mark Widmar; Wendy Curran
**Subject:** Audit committee LPM charts for 10-25-2011 discussion

*... tk  tk@firstsolar.com*

**CONFIDENTIAL**                                                                      **FSLR01275381**

*… clean… affordable… sustainable... global... NASDAQ:FSLR*



**CONFIDENTIAL**                                                                                           **FSLR01275382**



CONFIDENTIAL



**FSLR01275384**

CONFIDENTIAL



FSLR01275385

CONFIDENTIAL



FSLR01275386

4



CONFIDENTIAL

FSLR01275387



## Communication Status

**Close-out communications:** Closing the loop with end-customers

- Letters communicating updated LPM process and deadline distributed to customers
  - Similar letter provided for end-customers
  - New procedures explained to media
- Web site updated with new information
- Developing self-serve database for end-customers to check their claim status online.
- Drafting conclusion letter to end-customers updating claim status.

**Media**

- Media activity moderating
- Hosted most active LPM reporter (Photon magazine) at FFO/FFO2 for extensive tour and debriefing as part of broader engagement strategy
  - Very favorable result; coverage appetite diminishing
- Researching potential "happy customer" case studies to use with media to close out the issue

**Blogs**

- Rapid-response plan for blogs
  - Address rumors and falsehoods swiftly and directly
  - Identify and avert potential legal claims and vocal unhappy customers
- Key bloggers identified for direct contact and expedited handling
- Periodic episodes of both positive and negative blog activity depending on claim disposition

First Solar.

© Copyright 2010, First Solar, Inc.    First Solar Confidential & Proprietary

6

CONFIDENTIAL

CONFIDENTIAL

## Communication Status (continued)

First Solar.

### Customer survey

Phone survey of site owners/claimants sent rejection letters
- 64 completed surveys (1 Spain, 63 Germany)
- 8 Belectric, 4 Colexon, 1 Conergy, 9 Gehrlicher, 12 Juwi, 27 Phoenix, 3 unknown

- 41 of 64 (64%) did **not** receive a letter from First Solar via the channel
  - 29 of 41 (71%) want to be contacted by First Solar  (follow-up calls arranged)
  - 4/18 filed claim themselves... Distributor/installer filed for 11/18... 3 were not aware a claim was filed on their behalf
  - 7 claimed system was not producing in line with expectations... 1 filed because modules were produced in time period

- 23/64 (36%) did receive a rejection letter via the channel:
  - 8/23 want to be contacted by First Solar (follow-up calls arranged)
  - 4 filed claim themselves... Distributor/installer filed for 9... 1 claim filed by another party
  - 9 claimed system was not producing in line with expectations... 4 filed because modules were produced in time period

**How timely was the communication you received during this process?** 4 timely... 11 not timely
**How clear was the communication during this process?** 3 very clear... 5 clear... 5 not very clear... 2 not at all clear

### *Continuing effort to communicate resolution of claim to end-user*

- Channel completely ineffective as a communication vehicle
- Belectric and Gehrlicher appear to be the best
- Phoenix Solar clearly the worst
- Colexon and Conergy we have taken the customer communication task from them... by agreement

© Copyright 2010, First Solar, Inc.                    First Solar Confidential & Proprietary                    7

FSLR01275389