Exhibit 79

**To:**       'garret.tripp@us.pwc.com'[garret.tripp@us.pwc.com];
karina.rivera@us.pwc.com[karina.rivera@us.pwc.com]
**From:**     Bryan Schumaker
**Sent:**     Wed 11/2/2011 5:03:03 PM
**Importance:**       Normal
**Subject:**   Singned Change in Est. of Warranty Accrual WP
**MAIL_RECEIVED:**    Wed 11/2/2011 5:03:00 PM
Scanned from a Xerox multifunction device001.pdf

**CONFIDENTIAL & ATTORNEY'S EYES ONLY**                                                      **FSLR00274882**



**First Solar.**

**MEMORANDUM**

*350 West Washington Street*
*Suite 600*
*Tempe, AZ 85281 USA*

**To:**     Financial Reporting Files                    **Date:** 2011 Sept. 27

**From:**   Bryan Schumaker
           Corp. Asst. Controller

**Subject:** Q3 2011 Change is Estimate to the Warranty Accrual

## Background

First Solar Inc. ("FSLR", "our" and "we") Components business provides a limited warranty for defects in materials and workmanship under normal use and service conditions for five years following delivery to the owner of our solar modules. We also warrant to the owner of our solar modules that solar modules installed in accordance with agreed-upon specifications will produce at least 90% of their initial power output rating during the first 10 years following their installation and at least 80% of their initial power output rating during the following 15 years. Our warranties are automatically transferred from the original purchaser of our solar modules to a subsequent purchaser.

As of October 1, 2011, the Defect and Workmanship Warranty program changed from 5 years to 10 years for all module sales after October 1, 2011. This will not impact our warranty rate, but will impact our depletion rate of our accrual from 5 years to 10 years on a prospective basis for all sales after October 1, 2011.

## Historical Warranty Accrual Process:
## Components Business

We accrue warranty costs when the sale of the module is recognized as revenue.

*The accrual is based on the following factors:*

- Estimated amounts based on our historical experience with warranty claims
- Monitoring of field installation sites
- In-house testing
- Estimated per-module replacement cost at 50% overhead

*Calculation:*

Total Sales for the Period
*Warranty Rate~
*Module Standard Cost by Region @ 50% Overhead
Total Accrual for New Sales (Components Business)

*~ Warranty Rate is provided by the VP of Site Operations. The current rate is estimated to be at 1.82% (1.32% Defects and Workmanship; 0.5% Power) Please refer to the December 2010 "Warranty Performance Analysis Memo" for additional quantitative and qualitative analysis on the 5 year workmanship warranty and the "Performance Warranty Analysis Memo" for the 25 year Limited Power Output Warranty.*

Page 1 of 8

CONFIDENTIAL & ATTORNEY'S EYES ONLY                    FSLR00274883



**MEMORANDUM**

*350 West Washington Street*
*Suite 600*
*Tempe, AZ 85281 USA*

## Q3 Triggering Events:
## Components Business

In Q3 2011, several triggering events occurred that led FSLR to revisit several components of the warranty accrual. These factors include the following:

- Increase in Finished Goods Inventory on hand
- We are not in a sold out position
- Fully converted our production lines from Series 2 modules to Series 3 modules
- First Solar has established a stockpile of Series 2 modules earmarked to fulfill future warranty obligations
- A transition away from our historical Warranty Service Model where the closest plant is responsible for sending the warranty replacement modules, to a World Wide Warranty Allocation Model that is not sole dependent on location
- Implementation of the Worldwide Average Cost Concept for sales between the Components Business and the Systems Business
- Increase to the Defect and Workmanship Warranty from 5 years to 10 years for all sales after October 1, 2011

## Change in Estimate to the Warranty Accrual Process:
## Components Business

Based on the above noted triggering events, Management has deemed it appropriate to modify the Q3 Warranty Accrual for the following change in estimates:

### *Worldwide Average Cost Concept*

Historically, FSLR has maintained a Warranty Replacement Service Model that followed the following process flow:

1. Customer sends a module back to either FFO or PBG depending on their proximity
2. That plant would test the module and either accept the warranty claim or reject the warranty claim
3. If the warranty claim was accepted, that plant would send out a new module

Based on this process flow, we established a USD accrual based on the PBG's standard cost for all modules sold into North America and a Euro accrual based on FFO's standard cost for all modules sold into all other regions of the world.

CONFIDENTIAL & ATTORNEY'S EYES ONLY                    FSLR00274884



**First Solar.**                **MEMORANDUM**                350 West Washington Street
Suite 600
Tempe, AZ 85281 USA

| | Accrual at 8/31/2011 (in K's) | |
|---|---|---|
| **Plant** | **Transaction Currency** | **Group Currency** |
| PBG | $3,148 | $3,148 |
| PBG | €2,749 | $3,967 |
| KLM | $4,352 | $4,352 |
| KLM | €11,870 | $17,129 |
| FFO | €4,878 | $7,039 |
| **Total** | | **$35,635** |

| | Plant Specific Standard Cost | |
|---|---|---|
| **Plant** | **Transaction Currency** | **Group Currency** |
| PBG | $58.80 | $58.80 |
| FFO | €41.02 | $58.79 |

Excluding LPM, the Current Warranty Replacement Service Model process flows as follows:
1. Customer sends a module back to either FFO or PBG depending on their proximity
2. That plant would test the module and either accept or reject the warranty claim
3. If the warranty claim is accepted, the warranty module will be shipped from any one of the three plants dependent upon module allocation.

Please note the site specific warranty and LPM shipping information below:

| | 9/30/2011 YTD Replacement Modules | | | | 9/30/2011 YTD % | | |
|---|---|---|---|---|---|---|---|
| **Plant** | **Warranty** | **LPM** | **Total** | | **Warranty** | **LPM** | **Total** |
| FFO | 11,905 | 1,773 | 13,678 | | 26.8% | 0.2% | 1.8% |
| PBG | 16,224 | 4,500 | 20,724 | | 36.6% | 0.6% | 2.7% |
| KLM | 16,211 | 722,750 | 738,961 | | 36.6% | 99.1% * | 95.6% |
| **Total** | 44,340 | 729,023 | 773,363 | | 100.0% | 100.0% | 100.0% |

\* This is primarily driven by the timing of converting lines from Series II module production lines to Series III.  KLM was the last to transition in July 2011.  LPM modules are all Series II modules and therefore are shipped out of KLM.

Based on this change in practice, Management has determined to make a change in estimate to utilize the Worldwide Average Standard Cost.  This is based off of a weighted average cost assumption.  The Worldwide Average Cost assumption that will be utilized for Q3 2011, will be based on the Q4 2011 cost assumptions as noted below.  This will be updated in Q4 2011 and on an annual basis going forward once the AOP is finalized.

Worldwide Average Cost at 50% OH          $53.83

Page 3 of 8

CONFIDENTIAL & ATTORNEY'S EYES ONLY                                    FSLR00274885



**MEMORANDUM**

*350 West Washington Street*
*Suite 600*
*Tempe, AZ 85281 USA*

When this change is implemented in Q3 2011, we will also move to one accrual on each entities set of books. PBG—USD, KLM—USD, and FFO—Euro (Euro denominated accrual will be based on the exchange rate of the Worldwide Average Cost as of the end of Q3 2011)

*Impact of the Change in Estimate*

Total impact of making these Changes in Estimates in Q3 2011 will be approximately a $1.8M credit to the P&L based on the information as of 9/30/2011.

### Change from 50% Overhead to 100%

In July 2011, First Solar has fully converted its production facilities from Series 2 modules to Series 3 modules. The currently produced Series 3 modules cannot be used to meet warranty obligations on previously sold Series 2 modules, necessitating that First Solar maintain a stockpile of Series 2 modules earmarked to fulfill future warranty obligations. First Solar will accrue the full cost of Series 2 modules earmarked for warranty fulfillment as a warranty obligation. This cost noted below is the balance in inventory as of Sept. 30, 2011 and excludes warranty, EOL and shipping cost.

| | PBG | | |
| --- | --- | --- | --- |
| | Normal | B-Spec | Total |
| Total Std Cost | $ 1,003,474 | $ 453,002 | $ 1,456,476 |
| Total Modules | 15,726 | 7,100 | 22,826 |
| Avg. Module Cost Std | $ 63.81 | $ 63.80 | $ 63.81 |

| | FFO | | |
| --- | --- | --- | --- |
| | Normal | B-Spec | Total |
| Total Std Cost | $ 113,472 | $ 121,735 | $ 235,207 |
| Total Modules | 1,957 | 2,100 | 4,057 |
| Avg. Module Cost Std | $ 57.98 | $ 57.97 | $ 57.98 |

| | KLM | | |
| --- | --- | --- | --- |
| | Normal | B-Spec | Total |
| Total Std Cost | $ 17,364,826 | $ 1,702,821 | $ 19,067,647 |
| Total Modules | 356,950 | 35,000 | 391,950 |
| Avg. Module Cost Std | $ 48.65 | $ 48.65 | $ 48.65 |

| | TOTAL | | |
| --- | --- | --- | --- |
| | Normal | B-Spec | Total |
| Total Std Cost | $ 18,481,772 | $ 2,277,558 | $ 20,759,330 |
| Total Modules | 374,633 | 44,200 | 418,833 |
| Avg. Module Cost Std | $ 49.33 | $ 51.53 | $ 49.56 |

In addition to the Series 2 allocation noted above, First Solar sales are no longer constrained by production; therefore the premise for accruing warranty replacement modules at the incremental cost of burst capacity is negated. First Solar will begin to accrue future warranty obligations for Series 3 modules at the full cost at which Series 3 modules are produced.

CONFIDENTIAL & ATTORNEY'S EYES ONLY

FSLR00274886



**MEMORANDUM**

*350 West Washington Street*
*Suite 600*
*Tempe, AZ 85281 USA*

| | |
|---|---|
| Worldwide Average Cost 50% OH | $53.83 |
| Difference | $10.31 |
| Worldwide Average Cost 100% OH | $64.14 |

## Impact of the Change in Estimate

Total impact of making this Change in Estimate in Q3 will be approximately a $6.9M debit to the P&L based on the information as of 9/30/2011.

## Elimination of the ILS Specific Reserve

In 2005, we recorded an additional accrual for 11,582 modules ($959K) for a "Special Excursion" called ILS. This was due to 2002, 2003 and 2004 production years. During this period we recorded a reserve for an additional 11,582 modules. Management believes that the obligation associated with this accrual has been fully utilized as of Q3 2011 due to time laps.

| | | | | | |
|---|---|---|---|---|---|
| ILS Accrual Euro | 11,582 | € | 44.45 | € | 514,773 |
| ILS Accrual USD | 11,582 | $ | 64.14 | $ | 742,814 |

## Impact of eliminating this Special Excursion reserve

Total impact of eliminating this Special Excursion reserve is a credit to the warranty expense account for $743K based on the information as of 9/30/2011.

---

### Items Reviewed with No Change:
### Components Business

---

## Change to Accrual Rate and Depletion Factor

In Q3 2011, FSLR increased the Defect and Workmanship Warranty from 5 years to 10 years for all sales after October 1, 2011. The Global Technical Service group performed an analysis and presented it to Management for approval. Below is slide 12 from that presentation. It was determined by them that 1.82% (1.32% Defects and Workmanship; 0.5% Power) is still adequate for all sales that occurred prior to October 1, 2011 and will be adequate to for all sales subsequent to October 1, 2011. (Please see Exhibit 1 for the PPT. slide)

CONFIDENTIAL & ATTORNEY'S EYES ONLY                    FSLR00274887



**MEMORANDUM**

350 West Washington Street
Suite 600
Tempe, AZ 85281 USA



In addition, the Global Technical Service group also provides Accounting with the analysis that we utilize to release our warranty accrual and enable Accounting to perform an Iron Curtain analysis of our warranty reserve at month end.  Please see below for the change for the 5 year to 10 year model.

| | % Change in Est. Release of Reserve | | |
| | 5 yr. Workmanship | 10 yr. Workmanship | Change |
| --- | --- | --- | --- |
| Year 1* | 0.71% | 0.64% | -0.07% |
| Year 2 | 0.25% | 0.18% | -0.07% |
| Year 3 | 0.15% | 0.12% | -0.03% |
| Year 4 | 0.11% | 0.09% | -0.02% |
| Year 5 | 0.10% | 0.08% | -0.02% |
| Year 6 | | 0.06% | 0.06% |
| Year 7 | | 0.05% | 0.05% |
| Year 8 | | 0.04% | 0.04% |
| Year 9 | | 0.03% | 0.03% |
| Year 10 | | 0.03% | 0.03% |
| Total | 1.32% | 1.32% | 0.00% |

\* Reserve does not begin to be released until 6 months after the module is shipped.  This 6 month period takes into cosideration shipping and instalation timing.

Management determined that we will only change the estimated percentage to release the reserve on a prospective basis on all sales that occurred after October 1, 2011.  We will not modify the depletion rate for sales prior to October 1, 2011 due to the LPM excursion.

### Depletion of the additional Release of Warranty Accrual

In 2010, Management released an additional €2.9M of reserve due to the timing difference of when LPM modules were being shipped and when the estimated reserve was released.

CONFIDENTIAL & ATTORNEY'S EYES ONLY

FSLR00274888



**First Solar.**

# MEMORANDUM

*350 West Washington Street*
*Suite 600*
*Tempe, AZ 85281 USA*

Debit Warranty Accrual          €2.9M
Credit Warranty Exp.                          €2.9M

| | Euro Reserve Released | Fx Rate @ 9/30/2011 | USD Equivalent as of 9/30/2011 |
|---|---|---|---|
| KLM | € 341,969 | 1.3631 | $ 466,137.94 |
| FFO | € 2,594,889 | 1.3631 | $ 3,537,093.20 |
| Total | € 2,936,858 | | $ 4,003,231.14 |

At the end of every quarter Management performs an overall review of the Warranty Reserve. Due to significant amounts of LPM modules being shipped out, Management has determined not to begin releasing this balance until a significant amount of the 1.6M modules associated with the LPM excursion have been shipped to the customers. At that point, this balance will be released over a systematical process to reflect the depletion factor.

LPM Remediation is not taken into consideration when calculating the 1.82% warranty accrual rate due to it being a Special Excursion and a one-time event.

## Conclusion

**CONCLUSION:**
Based on the analysis performed above, Management has determined that the modifications made in Q3 2011 were Change in Accounting Estimates under the guidance of ASC 250.

| | | |
|---|---|---|
| $ | (35,635,113.59) | Reserve at 8/31/2011 for Module Business |
| $ | 1,559,716.59 | FX impact of Aug. Reserve as of 9/30/2011, Hedged so impacts P&L |
| $ | 1,773,652.52 | Impact of Changing to Global Weighted Average Cost |
| $ | (6,949,579.82) | Impact of Increasing to 100% OH |
| $ | 742,814.00 | Elimination of ILS Reserve |
| $ | (38,508,510.30) | Updated August 2011 Warranty Reserve as of 9/30/2011 for Module Business |
| $ | (4,433,113.29) | Total Impact of the three changes |

In addition, Management believes that the 1.82% return rate used at the end of Q3 2011 to record the warranty accrual for all module sales is reasonable along with the depletion rate of the accrual based on representation from the VP of Site Operations.

**Technical References:**
Financial Accounting Standards Board. *FASB Accounting Standards Codification.* [ASC]
- ASC 250-10, *Changes in Accounting Estimates*
- ASC 460-10-25-6, Guarantees
- ASC 845-10-30-16, Nonmonetary Transactions

CONFIDENTIAL & ATTORNEY'S EYES ONLY                    FSLR00274889



**MEMORANDUM**

*350 West Washington Street*
*Suite 600*
*Tempe, AZ 85281 USA*

Reviewed by:

/s/ James Zhu
James Zhu, CAO

Date:

2011 Sept. 29

Q3 Warranty Accrual Analysis

CONFIDENTIAL & ATTORNEY'S EYES ONLY

FSLR00274890

Exhibit 80

**To:**    T K Kallenbach[TKallenbach@FIRSTSOLAR.COM]; Larry Polizzotto[LPolizzotto@FIRSTSOLAR.COM]; Ted Meyer[Ted.Meyer@FIRSTSOLAR.COM]
**Cc:**    James Zhu[jzhu@FIRSTSOLAR.COM]; Bryan Schumaker[BSchumaker@FIRSTSOLAR.COM]; Lucas Fairborn[Lucas.Fairborn@FIRSTSOLAR.COM]; Ken Jacobson[Kenneth.Jacobson@FIRSTSOLAR.COM]
**From:**    Mike Koralewski
**Sent:**    Wed 11/2/2011 9:59:52 PM
**Importance:**        Normal
**Subject:**    RE: Earnings Question on Mfg Excursion
**MAIL_RECEIVED:**    Wed 11/2/2011 9:59:00 PM


I agree with TK, it is fine.




**From:** T K Kallenbach
**Sent:** Tuesday, November 01, 2011 11:48 PM
**To:** Larry Polizzotto; Ted Meyer
**Cc:** Mike Koralewski; James Zhu; Bryan Schumaker; Lucas Fairborn; Ken Jacobson
**Subject:** Re: Earnings Question on Mfg Excursion



that is fine...

and I also updated the FAQ answer today for the website... to reflect the fact base of the same.

... tk

On Nov 1, 2011, at 7:16 PM, "Larry Polizzotto" <LPolizzotto@FIRSTSOLAR.COM> wrote:

TK, Mike,


Below is the Q3 earnings script text concerning the manufacturing excursion charges. Please verify you agree with this.   The language is from James and Ken.   Especially check if the language on substantially complete is correct.


Thanks

Larry


**CONFIDENTIAL**                                                                    **FSLR01105822**

Gross margin was 37.7 %, up 1.1 percentage points from the prior quarter. The increase was primarily due to higher ASP's, partially offset by increased manufacturing excursion accruals. During the quarter we incurred $22.1 million of additional costs relating to the manufacturing excursion that occurred from June 2008 to June 2009. We have substantially concluded the programs associated with the manufacturing excursion. In addition, we accrued an additional $16.2 million expense in excess of our normal product warranty obligations. Module gross margin was 41.4%, up from 2q11 module gross margins of 40.2%.

Operating expenses were up $26.1 million quarter over quarter. R&D was up $5.1m quarter over quarter, representing 15% growth, as we increased investments in efficiency improvements. SG&A was up $25.8 million quarter over quarter mainly due to two charges. One was $10.5 million allowance for doubtful accounts due to recent developments concerning the collectability of past due account receivable for a certain customer. The other was $8.6 M for estimated post-sale expenses related to the previously-mentioned manufacturing excursion.

It is important to note that we did not take these charges because our estimate of the percentage of modules with defects from the manufacturing excursion has changed; it remains less than 4% of modules produced from June 2008 to June 2009. Rather, we took these charges to enhance our value proposition and to increase customer satisfaction.

**CONFIDENTIAL**

Exhibit 81



First Solar.

PricewaterhouseCoopers LLP
1850 North Central Avenue
Suite 700
Phoenix, AZ  85004



EXHIBIT
259
1/30/15 JF

November 3, 2011

We are providing this letter in connection with your review of the condensed consolidated balance sheets of First Solar, Inc. (the "Company") as of September 30, 2011, and the related condensed consolidated statements of operations for each of the three-month and nine-month periods ended September 30, 2011 and September 26, 2010, and the condensed consolidated statement of cash flows for the nine-month periods ended September 30, 2011 and September 26, 2010 for the purpose of determining whether any material modifications should be made to the condensed consolidated interim financial statements for them to conform with accounting principles generally accepted in the United States of America.  We confirm that we are responsible for 1) the fair presentation of the condensed consolidated interim financial statements contained in the Company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2011 in conformity with generally accepted accounting principles; and 2) for establishing and maintaining effective internal control over financial reporting.

Certain representations in this letter are described as being limited to matters that are material.  Items are considered material, regardless of size, if they involve an omission or misstatement of accounting information that, in the light of surrounding circumstances, makes it probable that the judgment of a reasonable person relying on the information would be changed or influenced by the omission or misstatement.

We confirm, to the best of our knowledge and belief, as of November 3, 2011, the date of completion of your review the following representations made to you during your review:

1.  The condensed consolidated interim financial statements referred to above have been prepared and presented in conformity with generally accepted accounting principles applicable to interim financial information and on a basis consistent with the corresponding interim periods ended September 26, 2010 and, to the degree appropriate, with the audited financial statements for the year ended December 31, 2010.

2.  We have made available to you all:

    a.  Financial records and related data.

    b.  Minutes of the meetings of stockholders, directors, and Audit Committee or other committees of directors, and summaries of actions of recent meetings for which minutes have not yet been prepared.  All significant board and committee actions are included in the summaries.  The most recent meetings were held on October 26, 2011.

3.  We have designed the internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles.

4.  There are no significant deficiencies, including material weaknesses, in the design or operation of internal control over financial reporting that adversely affect the Company's ability to record, process, summarize, and report interim financial data.

First Solar, Inc.
350 West Washington Street, Suite 600          *Telephone*    602 414 9300
Tempe, Arizona 85281                           *Facsimile*    602 414 9400          **www.firstsolar.com**

Confidential Treatment Requested                                                          PWC0017339



5.  There are no significant deficiencies or material weaknesses in the design or operation of internal control as it relates to the preparation of both annual and interim financial information.

6.  We acknowledge our responsibility for the design and implementation of programs and controls to provide reasonable assurance that fraud is prevented and detected.

7.  We have no knowledge of any fraud or suspected fraud affecting the Company involving:

    a.  Senior management;
    b.  Management or other employees who have significant roles in internal control over financial reporting; or
    c.  Others where the fraud could have a material effect on the condensed consolidated interim financial statements.

8.  We have no knowledge of any allegations of fraud or suspected fraud affecting the Company in communications from employees, former employees, analysts, regulators, short sellers, or others.

9.  We have provided all information related to our updated understanding for the following: (i) low power module liability, (ii) open circuit, and hot climate degradation and (iii) low power module site power loss compensation as well as all related expenses recorded during the third quarter. All of the liabilities recorded related to written commitments or other legal obligations that have been incurred as of September 30, 2011. The increase in the liability recorded during the quarter related to new information received and evaluated during the third quarter.

10. In conjunction with the acquisition of Ray Tracker, we concluded that the assets acquired and liabilities assumed represent a business that should be accounted for as a business combination in accordance with ASC 805, Business Combinations ("ASC 805"). We determined the acquisition date to be January 4, 2011, which is the date at which we obtained control of the acquiree. We identified, recognized and measured the consideration transferred, assets acquired, liabilities assumed and any non-controlling interest in the acquiree, including all intangible assets meeting the criteria for separate recognition, in accordance with ASC 805. We classified and designated identifiable assets acquired, liabilities assumed and other arrangements based upon their contractual terms, economic conditions, the acquiree's operating or accounting policies and other pertinent conditions as they existed at the acquisition date. We identified reporting units and assigned the acquired assets and liabilities, including goodwill, to the reporting units in accordance with ASC 350, Intangibles- Goodwill and Other, and we assessed and determined the useful lives of the acquired intangible assets subject to amortization and those with indefinite useful lives.

11. We have reviewed our representation letter to you, dated February 25, 2011, with respect to your audits of 1) the consolidated financial statements as of and for the year ended December 31, 2010; and 2) the effectiveness of the Company's internal control over financial reporting as of December 31, 2010. We now confirm those representations 1 through 56 as they apply to the interim financial statements referred to above, and incorporate them herein.

12. We have notified you of (i) our current or planned offerings of securities on a regulated market in a non-U.S. country or (ii) when we have provided or plan to provide audited financial statements to a non-U.S. regulator or government in connection with our access to its public capital markets, whether or not we include or refer to your report or include reference to your Firm.

To the best of our knowledge and belief, 1) no events have occurred subsequent to the interim balance sheet date and through the date of this letter that would require adjustment to or disclosure in the aforementioned condensed consolidated interim financial statements; and 2) no events or changes in internal control over financial reporting that could have a material effect on management's assessment of internal control over financial reporting as of December 31, 2010.

Confidential Treatment Requested

PWC0017340



First Solar.

Mike Ahearn
Chief Executive Officer

Mark Widmar
Chief Financial Officer

James Zhu
Chief Accounting Officer and Corporate
Controller

TK Kallenbach
President, Components Business Group

James Brown
President, Utilities Business Group

www.firstsolar.com

Confidential Treatment Requested

PWC0017341



PricewaterhouseCoopers LLP
1850 North Central Avenue
Suite 700
Phoenix, AZ  85004

November 3, 2011

We are providing this letter in connection with your review of the condensed consolidated balance sheets of First Solar, Inc. (the "Company") as of September 30, 2011, and the related condensed consolidated statements of operations for each of the three-month and nine-month periods ended September 30, 2011 and September 26, 2010, and the condensed consolidated statement of cash flows for the nine-month periods ended September 30, 2011 and September 26, 2010 for the purpose of determining whether any material modifications should be made to the condensed consolidated interim financial statements for them to conform with accounting principles generally accepted in the United States of America.  We confirm that we are responsible for 1) the fair presentation of the condensed consolidated interim financial statements contained in the Company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2011 in conformity with generally accepted accounting principles; and 2) for establishing and maintaining effective internal control over financial reporting.

Certain representations in this letter are described as being limited to matters that are material.  Items are considered material, regardless of size, if they involve an omission or misstatement of accounting information that, in the light of surrounding circumstances, makes it probable that the judgment of a reasonable person relying on the information would be changed or influenced by the omission or misstatement.

We confirm, to the best of our knowledge and belief, as of November 3, 2011, the date of completion of your review the following representations made to you during your review:

1.  The condensed consolidated interim financial statements referred to above have been prepared and presented in conformity with generally accepted accounting principles applicable to interim financial information and on a basis consistent with the corresponding interim periods ended September 26, 2010 and, to the degree appropriate, with the audited financial statements for the year ended December 31, 2010.

2.  We have made available to you all:

    a.  Financial records and related data.

    b.  Minutes of the meetings of stockholders, directors, and Audit Committee or other committees of directors, and summaries of actions of recent meetings for which minutes have not yet been prepared.  All significant board and committee actions are included in the summaries.  The most recent meetings were held on October 26, 2011.

3.  We have designed the internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles.

4.  There are no significant deficiencies, including material weaknesses, in the design or operation of internal control over financial reporting that adversely affect the Company's ability to record, process, summarize, and report interim financial data.

Confidential Treatment Requested     PWC0017342



5. There are no significant deficiencies or material weaknesses in the design or operation of internal control as it relates to the preparation of both annual and interim financial information.

6. We acknowledge our responsibility for the design and implementation of programs and controls to provide reasonable assurance that fraud is prevented and detected.

7. We have no knowledge of any fraud or suspected fraud affecting the Company involving:

   a. Senior management;
   b. Management or other employees who have significant roles in internal control over financial reporting; or
   c. Others where the fraud could have a material effect on the condensed consolidated interim financial statements.

8. We have no knowledge of any allegations of fraud or suspected fraud affecting the Company in communications from employees, former employees, analysts, regulators, short sellers, or others.

9. We have provided all information related to our updated understanding for the following: (i) low power module liability, (ii) open circuit, and hot climate degradation and (iii) low power module site power loss compensation as well as all related expenses recorded during the third quarter. All of the liabilities recorded related to written commitments or other legal obligations that have been incurred as of September 30, 2011. The increase in the liability recorded during the quarter related to new information received and evaluated during the third quarter.

10. In conjunction with the acquisition of Ray Tracker, we concluded that the assets acquired and liabilities assumed represent a business that should be accounted for as a business combination in accordance with ASC 805, Business Combinations ("ASC 805"). We determined the acquisition date to be January 4, 2011, which is the date at which we obtained control of the acquiree. We identified, recognized and measured the consideration transferred, assets acquired, liabilities assumed and any non-controlling interest in the acquiree, including all intangible assets meeting the criteria for separate recognition, in accordance with ASC 805. We classified and designated identifiable assets acquired, liabilities assumed and other arrangements based upon their contractual terms, economic conditions, the acquiree's operating or accounting policies and other pertinent conditions as they existed at the acquisition date. We identified reporting units and assigned the acquired assets and liabilities, including goodwill, to the reporting units in accordance with ASC 350, Intangibles- Goodwill and Other, and we assessed and determined the useful lives of the acquired intangible assets subject to amortization and those with indefinite useful lives.

11. We have reviewed our representation letter to you, dated February 25, 2011, with respect to your audits of 1) the consolidated financial statements as of and for the year ended December 31, 2010; and 2) the effectiveness of the Company's internal control over financial reporting as of December 31, 2010. We now confirm those representations 1 through 56 as they apply to the interim financial statements referred to above, and incorporate them herein.

12. We have notified you of (i) our current or planned offerings of securities on a regulated market in a non-U.S. country or (ii) when we have provided or plan to provide audited financial statements to a non-U.S. regulator or government in connection with our access to its public capital markets, whether or not we include or refer to your report or include reference to your Firm.

To the best of our knowledge and belief, 1) no events have occurred subsequent to the interim balance sheet date and through the date of this letter that would require adjustment to or disclosure in the aforementioned condensed consolidated interim financial statements; and 2) no events or changes in internal control over financial reporting that could have a material effect on management's assessment of internal control over financial reporting as of December 31, 2010.

Confidential Treatment Requested                                                PWC0017343



First Solar

---

Mike Ahearn
Chief Executive Officer

---

*Mark Widmar* (signature)

Mark Widmar
Chief Financial Officer

---

James Zhu
Chief Accounting Officer and Corporate
Controller

---

TK Kallenbach
President, Components Business Group

---

*James Brown* (signature)

James Brown
President, Utilities Business Group

---

www.firstsolar.com

Confidential Treatment Requested

PWC0017344

# Exhibit 83

**To:**      Timo Moeller[TMoeller@FIRSTSOLAR.COM]
**Cc:**      Klaus-Peter Fuss[KFuss@FIRSTSOLAR.COM]; Thomas
Kuster[tkuster@FIRSTSOLAR.COM]
**From:**   Mike Koralewski
**Sent:**    Mon 2/20/2012 1:25:04 AM
**Importance:**        Normal
**Subject:**   Re: Emailing: LPM Forecast Feb 6 2012
**MAIL_RECEIVED:**    Mon 2/20/2012 1:25:05 AM

Timo

The top line should be 450000 for all quarters in 2011 and Q4 2010.  The number in the q4 2010
box is incorrect
Sent from my iPhone

On Feb 19, 2012, at 1:05 PM, "Timo Moeller" <TMoeller@FIRSTSOLAR.COM> wrote:

> Mike,
> Do you have the data's for Q2, Q3 and Q4?
> I have spoken with Peter about it and we don't have it.
>
> Thx
> Timo
>
> W: +1 602 427 2937
> M: +1 480 678 4307
> -----Original Message-----
> From: Thomas Kuster
> Sent: Saturday, February 18, 2012 8:51 PM
> To: Timo Moeller; Klaus-Peter Fuss
> Subject: FW: Emailing: LPM Forecast Feb 6 2012
>
> Can you add data to the top line and a column for Q4?  Do we have that data?
>
> Tom
>
> -----Original Message-----
> From: Mike Koralewski
> Sent: Friday, February 17, 2012 7:23 PM
> To: Thomas Kuster; Lou Trippel; Timo Moeller
> Subject: Emailing: LPM Forecast Feb 6 2012
>
>
> Your message is ready to be sent with the following file or link attachments:
>
> LPM Forecast Feb 6 2012
>
>
> Note: To protect against computer viruses, e-mail programs may prevent sending or receiving
certain types of file attachments.  Check your e-mail security settings to determine how
attachments are handled.
> <LPM Forecast Feb 6 2012.pptx>

**CONFIDENTIAL**                                                                                                    **FSLR01109252**