# Exhibit 84



**MEMORANDUM**

*350 West Washington Street*
*Suite 600*
*Tempe, AZ 85281 USA*

---

**To:**      Financial Reporting Files                    **Date:** February 23, 2012

**From:**    Richard Thompson
             Manager of Global Product Costing

**Subject:** Q4'11 Finished Goods LCM Analysis

---

### Overview:

**FSI Policy Statement (IM-01) based primarily on ASC 330-10:**

FSI recognizes a reduction in utility due to changes in purchase prices or selling prices by stating inventories at cost or market, whichever is lower.

The term "market" means current replacement cost (whether through purchase or reproduction). The market amount is constrained by an upper limit ("ceiling") and lower limit ("floor"). The market amount (or replacement cost) cannot be higher than the ceiling nor lower than the floor.

- The upper limit for the market amount is the net realizable value.
- The lower limit for the market amount is the net realizable value minus a normal profit.

*Net realizable value is the expected selling price in the ordinary course of business minus the cost necessary for completion and disposal.

FSI considers:
- "Current replacement cost" to be the current quarter average purchase order price plus production costs.
- "NRV" to be average selling price for the quarter less selling cost and cost of completion.
    - "Selling cost" to be commissions, duties, sales freight, warranty, and product end-of-life collection and recycling accrual.
    - "Cost of completion" to be the remaining standard cost including LOH to complete the product.

**Specific application as of December 31, 2011:**

When analyzing the finished goods for purposes of LCM, we compare cost vs. market:
1. Cost is defined as actual inventory value plus "selling costs" comprised of warranty, EOL, and outbound shipping costs. Costs are defined on a per module basis and there are no "costs to complete" as Finished Goods are fully complete product.
2. For Low Watt (77.5W and below) modules, the average selling price is not available to establish "market" due to limited or no recent sales activities. As a substitute, for low watt modules, "market" is defined based on the "Pricing Tool", a minimum pricing floor that establishes pre-approved pricing levels for the sales

---

CONFIDENTIAL                                                    FSLR01250415



**MEMORANDUM**

*350 West Washington Street*
*Suite 600*
*Tempe, AZ 85281 USA*

and marketing teams.  The pricing tool is used to establish our customer pricing and considers various factors including the customer location, size of sale (in MW), and the required bin-class of modules.  Module pricing in the Pricing Tool is on a per watt basis.

Q1 2012 approved pricing below:

| Watt Bin | Pricing per Watt |
|---|---|
| 77.5 | $0.734 |
| 75 | $0.704 |
| 72.5 | $0.674 |
| 70 | $0.644 |
| 67.5 | $0.614 |
| 65 | $0.584 |
| 62.5 | $0.554 |
| 60 | $0.524 |

*Updated as needed*

These prices were used to establish a reasonable estimate of the "market value" of our low watt modules.  Each watt bin decrease contains a roughly $0.03/watt pricing step down due to the balance of systems cost penalty (i.e., the less watts in the module the more BOS is required to make the same plant in terms of watts).  The potential margin decreases as the watt bin decreases because the module cost is fixed regardless of watt bin, but the revenue is dynamic based on the watt bin.

Prior to December 2011, there was no established pricing floor for "low watt" modules (less than 77.5w modules) as it was not a focus of the company's sales strategy.  The low watt pricing was established in December 2011 to support the new marketing efforts to sell low watt inventory.

Historical third party sale prices (avg $1.38/watt) for 2011, with 2012 expected to average $0.81/watt.

| Watt Bin | Q1'11 | Q2'11 | Q3'11 | Q4'11 |
|---|---|---|---|---|
| 87.5 | | | | $1.15 |
| 85 | | | $1.27 | $1.20 |
| 82.5 | $1.35 | $1.35 | $1.28 | $1.22 |
| 80 | $1.35 | $1.33 | $1.32 | $1.27 |
| 77.5 | $1.40 | $1.37 | $1.30 | $1.21 |
| 75 | $1.39 | $1.50 | $1.29 | $1.03 |

*Green represents 80%+ of volumes*

| Planned Disposition of Finished Good Modules in the Components Business: | | | |
|---|---|---|---|
| **Module Type** | **MWs** | **Standard Value** | **Average Inv $/Watt** |
| Series 3 ≥80W | 153 | $94M | $0.62 |
| **Planned Disposition** | | | |
| To be sold through third party customers or through our Systems Business Projects. | | | |
| **LCM** | | | |
| For the three months ended December 31, 2011, the gross margin was approximately 40%.  FSI forecasts gross margins of 24% for 2012 (Avg ASP of $0.81/watt).  Note that | | | |

CONFIDENTIAL                                                                                     FSLR01250416



**MEMORANDUM**

*350 West Washington Street*
*Suite 600*
*Tempe, AZ 85281 USA*

pricing in 2011 included various rebates that are no longer being offered by FSI.

| Forecasted ASP | Q1'11 | Q2'11 | Q3'11 | Q4'11 | FY'12 |
|---|---|---|---|---|---|
| 3rd Party Sales | $0.91 | $0.84 | $0.80 | $0.79 | $0.81 |

As of December 31, 2011 our Days of Inventory associated with finished goods modules was 26 days (17 for the Components business and 9 days for the Systems Business).

Based on the gross margin estimates and quick turns of this inventory, Management does not believe any LCM issues exist with this population of modules. Sales to date in Q1 2012 have been in line with our expected pricing and module pricing is above our underlying manufacturing cost.

| Module Type | MWs | Standard Value | Average Inv $/Watt |
|---|---|---|---|
| Series 3 <80W | 32 | $22M | $0.69 |
| **Planned Disposition** | | | |

Management plans on installing these modules into internally developed projects, for example rooftop projects, selling through Systems Business projects, or selling to third party customers.

Series 3 77.5W modules = 15.2MWs
Series 3 75W or less modules = 16.6MWs

**FSLR Rooftops (75W modules and below):**
Below is an estimated schedule of when rooftop modules will be installed by project.

| Project | Est Scope (MWs) | Q112 | Q212 | Q312 | Q412 | 2013+ |
|---|---|---|---|---|---|---|
| MSA - Ground Array | 1.50 | 1.50 | - | - | - | - |
| MSA - Rooftop Array | 4.20 | 4.20 | - | - | - | - |
| KLM Car Parks | 6.75 | - | - | 3.38 | 3.38 | - |
| TOTAL | 12.45 | 5.70 | - | 3.38 | 3.38 | - |
| *KLM Rooftop* * | *5-8MWs* | - | - | - | - | *5-8MWs* |

This 12.5MW's will utilize estimated $8.8M of the product and will come from the following bin classes: FS367/367HC/370/370HC/372/372HC/375/375HC

The MSA projects have already begun shipping modules to the site (4.5MWs) from our FFO location with expected project completion by Oct 2012.

The KLM Car Park and Rooftop projects' size and timing are highly dependent on the Malaysia FiT program and eligibility of PV projects. Initial PV incentives were allocated prior to First Solar's application being ready for submission. Reallocation of incentives from other renewable projects is expected in 2H'12, at which time First Solar will submit a FiT application for the car parks project. Reallocation of incentives and First Solar's ability to obtain incentives is not guaranteed. The KLM rooftop project is unlikely until 2013/2014 timeframe.

Q4'11 Finished Goods LCM Analysis

CONFIDENTIAL

FSLR01250417



**MEMORANDUM**

*350 West Washington Street*
*Suite 600*
*Tempe, AZ 85281 USA*

## Systems Business & 3rd Party Sales (77.5W modules and below):

In Q4 2011, systems business projects accepted 9MWs of 77.5w modules for current projects under construction.  Management will continue to look for opportunities to use these modules in projects currently under construction.  All of our systems projects have historically resulted in a sales price above our underlying cost of construction (including modules).

In December 2011/January 2012, the sales team has been in discussions with several customers on potential sales of "low watt" modules at the newly established pricing floor. In January 2012, we sold 1.1MWs of 77.5w modules to third parties, which was in line with pricing table above.  Several other customers have expressed interest in the modules and negotiations are ongoing.

| LCM |
| :---: |

In Q4 2011, management implemented a sales strategy to sell low watt Series 3 modules to third party customers. As part of this implementation, the pricing table was developed by the sales/marketing team.  The pricing table represents management best estimate of the current "market" for modules.  The pricing tool considers as an input our estimate of competitor pricing, which combined with our internal pricing creates the "market" for solar modules.

With the newly established pricing for low watt modules and newly implemented sales strategy, management believes an **LCM adjustment of $1.77M is appropriate** as of December 31, 2011.

| Module Type | MWs | Standard Value | Average Inv $/Watt |
| :---: | :---: | :---: | :---: |
| Series 2 | 22 | $14M | $0.67 |
| **Planned Disposition** | | | |

These modules will continue to be used to support near term warranty obligations, primarily related to LPM special excursion activities.  All Series 2 modules are required for such activities.

In Q4, 10.1MWs were shipped for warranty activities and we continued to ship out an additional 3.8MWs in January 2012 to satisfy warranty and LPM related obligations.

*(see memo "Finance Analysis of the GTS Failure Analysis and Rates of Return for Warranty Memo")*

| LCM |
| :---: |

Items held for servicing warranty claims are not subject to LCM reserve because they are differentiated from sellable modules and not subject to market pricing conditions.  The cost associated with items held for servicing warranty claims is included in the warranty accrual at their respective cost.  Note that these modules are specifically earmarked for use as warranty replacements as FSLR no longer produces, markets or sells Series 2 modules.

Q4'11 Finished Goods LCM Analysis                                    Page 4 of 6

CONFIDENTIAL                                    FSLR01250418



**MEMORANDUM**

*350 West Washington Street*
*Suite 600*
*Tempe, AZ 85281 USA*

If these modules were not used for warranty replacement and were instead considered available for sale, the estimated LCM adjustment would be $801K using the same methodology as the S3 low bin class modules discussed above.

| Module Type | MW's | Standard Value | Average Inv $/Watt |
|---|---|---|---|
| Refurbished | 41 | $32M (pre-LCM) | $0.77 |
| **Planned Disposition** | | | |

Management believes that we will be able to utilize the Series 2 Refurbished modules in the following ways:

Preferred Method:

1.  These modules can be sold through third party sales. There is a specific marketing/sales effort underway to sell these modules and negotiations with specific customers (Belectric, Adler, Gerlicher) are on-going. Initial feedback is that customers are interested in these modules for use in "non-FIT", unsubsidized projects that can be economically viable with the lower module pricing. Our historical sales strategy has not focused on the refurbished modules, but our sales team is currently placing focus on such refurbished modules sales and believes that there is a viable market for such product.

Other possibilities, not preferred:

2.  Allocate to a discrete project in System Business. This is possible, but not preferred due to volume of inventory, negative financial impact to current projects, and Series 2 vs. Series 3 module incompatibility challenges.

3.  These modules can also be used to meet our warranty obligation for Series 2 modules. Given increasing interest in sales of refurbished modules and country restrictions, warranty replacement is unlikely to account for significant volume. European Countries that allow pre-installed modules to remediate sites by replacement, or providing additional power for a specific site are as follow:

| Country of first installation of LPMs | Country of installation of refurbished modules – eligibility to the local FIT | | | | |
|---|---|---|---|---|---|
| | Czech Republic | France | Germany | Italy | Spain |
| Czech Republic | Yes | Yes | No | Yes | Yes |
| France | Yes | Yes | No | Yes | Yes |
| Germany | Yes | Yes | No | Yes | Yes |
| Italy | Yes | Yes | No | No | Yes |
| Spain | Yes | Yes | No | Yes | Yes |

| **LCM** |
|---|

In Q4 2011, management placed more of an emphasis on creating a sales strategy for and approaching potential customers to sell Refurbished modules. As part of this implementation, the pricing tool was expanded to consider the expected pricing for such

Q4'11 Finished Goods LCM Analysis                                    Page 5 of 6

CONFIDENTIAL                                                                                    FSLR01250419


**First Solar.**

**MEMORANDUM**

*350 West Washington Street*
*Suite 600*
*Tempe, AZ 85281 USA*

modules.  The pricing tool represents management best estimate of "market".

In addition, in Q4 2011, management began looking at utilizing these modules to enter new low cost, unsubsidized markets, which potential customers have indicated is the best/preferred use for such modules.

With the newly established pricing for low watt modules and newly implemented sales strategy, management believes an **LCM adjustment of $12M is appropriate** as of December 31, 2011 to adjust the value of such refurbished modules to market.

### Conclusion

**CONCLUSION:**
Based on newly established pricing and sales strategy, Management has concluded that an LCM adjustment of $13.8M is necessary as of December 31, 2011.
- Low Watt (<80w) Series 3 = $1.77M
- Refurbished Series 2 = $12.03M

As of December 31, 2011, post-LCM adjustment, all finished goods inventory is valued at the Lower of Cost or Market.

**Technical References:**
PwC ARM Section 3800
ASC 330-10

Reviewed by:

_____
/s/ Bryan Schumaker
Bryan Schumaker, Corporate Controller

Date:

_____
February 23, 2012

CONFIDENTIAL                                                      FSLR01250420