# Exhibit 86

**To:**      Tyler Hillstead[THillstead@FIRSTSOLAR.COM];
'garret.tripp@us.pwc.com'[garret.tripp@us.pwc.com]
**Cc:**      Andrey Xavier[Andrey.Xavier@firstsolar.com]
**From:**     Bryan Schumaker
**Sent:**     Tue 2/28/2012 7:53:19 PM
**Importance:**        Normal
**Subject:**   Final LPM Memo
**MAIL_RECEIVED:**    Tue 2/28/2012 7:53:20 PM
Scanned from a Xerox multifunction device001.pdf

**CONFIDENTIAL**                                                                                              **FSLR02110484**

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT



# FIRST SOLAR, INC.
## ACCOUNTING ISSUES PAPER

### LPM

During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period (the "Special Excursion"). The excursion could result in a larger range of power output than expected, which in turn results in some modules producing higher than expected power outputs and others in possible premature power loss in affected modules. The pre-mature power loss can result in modules producing less than the labeled warranty amount. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms that the corrective actions have been effective. We have identified all of the sites and have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. These efforts go beyond our normal warranty coverage.

Quarterly, management estimates the number of low power modules ("LPM") to be replaced, the reverse logistics cost associated with those modules and ensures that the warranty reserve is properly stated at each quarter end. Management believes that the appropriate accrual was recorded at each quarter end based on the information known at that time.

A summary of the accruals are as follows:
- In November of 2009, management informed customers through sending standardized letters sent beginning in late 2009 that there was a manufacturing excursion and that they would replace the affected modules at no cost to the customers. These letters were sent to the framework agreement customers of FSI and then distributed to the end customer by the framework agreement customers. **This created a legal obligation above our normal warranty obligations**. The primary difference between the normal warranty obligation and the LPM obligation was that the customer did not need to test, identify, remove and replace the modules for the LPM modules.
- At December 31, 2009 management's best methodology to estimate the total estimate liability was to utilize extrapolation of STBi values and process characteristics. The total estimated liability, based on this analysis was that there were 114,000 LPM modules that we were going to replace. To find the 114,000 LPM modules management determined that 170,000 modules would be needed to complete remediation of the LPM Special Excursion.
- For the year ended December 31, 2009 management estimated the total liability associated with this Special Excursion to be $7million. This expense was recorded to Cost of Sales, since this was cost in excess of our normal warranty obligation. This reserve included the Reverse Logistics Cost (i.e. identification, rip/replacement, and logistics cost) associated with the total estimated liability related to the LPM Excursion. Management also evaluated and concluded that the warranty accrual reserve was properly accrued for at year end in the 1.82% warranty rate (exclusive of the LPM accrual).
- During 2010, management continued to utilize the STBi model until Q4 2010 when a Monte Carlo model was used to estimate the reserve for the cost in excess of normal warranty due to the amount of inputs and the uncertainties around the inputs. The accrual was examined and adjusted quarterly as new information came to the attention of management. The accrual was increased by $4.5 million, $23.2 million, $0 and $8.5 million in the first, second, third and fourth quarter of 2010, respectively. In each case, management increased the liability based on the amount of modules we were committed to replace plus the best estimate of the total additional amount to be replaced, for the committed sites. The estimated modules needed to be reclaimed for the Special Excursion increased to 415,000, 763,000, and 1.1million modules in the first, second, and fourth quarter of 2010 respectively due to the lower than expected "hit rate" or the lower than expected amount of LPM modules found upon testing after removal in the initial phases of these efforts.

**LPM Accounting Guidance**          **(Page 1 of 12)**                    **Q4 2011**

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT



# FIRST SOLAR, INC.
## ACCOUNTING ISSUES PAPER

In Q2 2010, $5.6 million of the total $23.2 million cost in excess of normal warranty reserve accrual was related to the estimated nonrecurring post sale expenses related to Power Compensation that was committed to customers. "Power Compensation" is the compensation payment made by FSI to a customer based on the underperformance of a site affected by the Special Excursion from the time the site was energized to the time the site was remediated. This $5.6 million represents management's best estimate of the total Power Compensation payments that were expected to be made to the customer.

- The deadline to submit a claim was November 30, 2010. As of that date we obtained all submitted claims; however, we needed a significant amount of information from the customers to determine if the site was a LPM site and therefore we implemented a deadline of September 30, 2011 to gather additional information from the customers. (i.e. module serial numbers and utility bills)

- During the 2011, management continued the practice of recording a liability based on management's best estimate of the total number of modules needed and the related cost to remediate the Special Excursion. This estimate continued to be based upon the Monte Carlo method. This method was deemed to be appropriate based on the continuing significant amount of uncertainty in the inputs. (Number of LPM modules in the field, number of modules produced, amount of claims to analyze and the amount of claims rejected)

- In Q1 2011, there was no change to the liability recorded as the total estimated megawatts ("MWs") needed to remediate the Special Excursion was consistent with the 85MWs estimated in Q4 2010. Management did not receive any further information from customers in Q1 2011 that would have required refinement of this estimate.

- During Q2 2011, customers continued to provide the Company with additional information so that the Company could determine whether a site had LPM product installed. Management noted that there was often a valid basis for excluding certain claims which normally included contributing factors from the customers side (i.e. failing to clean the modules, problems with the supporting infrastructure installed by a third party).

- As of June 30, 2011:
  - Management determined that the Company had received a total of 5,149 Claims. (2,963 or 58% to be analyzed, 1,774 or 34% claims rejected, 247 or 5% sites to be remediated, or 165 or 3% claims remediated)
  - Management had shipped out all 85MW's that were estimated to fully remediate all of the LPM modules per the Monte Carlo Analysis model that management used to estimate the number of modules necessary to remediate the Special Excursion. The model estimated that a total of just over 1 million modules would be needed to be replaced (80MW's). This increase in the estimated number of modules to be removed was a result of an increased hit rate from what was earlier expected. However, Management continued to believe that the Monte Carlo model was an accurate calculation of the LPM modules to be remediated.
  - Due to (i) the significant number of claims already rejected as of the end of the quarter, and (ii), the fact that the Company had shipped out 100% of the modules we had estimated to be necessary to recover all of the LPM modules, management determined that the Monte Carlo methodology to estimate the remaining population of unanalyzed claims was still the most accurate process to estimate the total estimated liability. In addition, since we had fully shipped 100% of all modules expected to be shipped under the Monte Carlo Model, management accrued for the number of modules that had been officially committed to the end customer as of June 30, 2011 and also accrued for the modules shipped through July 2011.

CONFIDENTIAL                                                                                                    FSLR02110486

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT



# FIRST SOLAR, INC.
## ACCOUNTING ISSUES PAPER

- o Adler, the company responsible for flash testing and relabeling the recovered and refurbished modules, had only flash tested 50% of the returned modules. Accordingly, we had no reason to believe that we had not received all of the estimated LPM modules that we had sought to recover. As a result the hit rate was considered appropriate based upon this level of testing and the belief that few additional claims would be accepted.
- o In July 2011, management ordered a stop on any additional shipments to remediate the LPM sites until additional data was obtained from Adler in relation to flash testing and Management could understand the data (still believing that most of the LPM modules were returned)
- o Managements estimated that a total of 93MW's was needed to remediate the LPM sites. This continued to be based on the Monte Carlo model and what was considered management's best estimate at that time due to the number of inputs and their uncertainties. (Number of claims, number of LPM modules in the field, number of claims rejected, number of claims to be analyzed, etc.)

- As of September 30, 2011:
  - o Management determined that there was a total of 5,260 Claims. (4,011 or 76% claims rejected, 528 or 10% to be analyzed, 386 or 8% claims remediated, and 335 or 6% sites to be remediated)
  - o Management began to develop an Empirical Model since the amount of Claims reported was leveling off due to the deadline of September 30, 2011 and the Company believed they would reject most of the remaining claims; however, based some uncertainty around the data, management also ran the Monte Carlo Model to triangulate an estimate of what the reserve should be.
    - ▪ The Monte Carlo Analysis produced a P50 estimate of 133MWs.
    - ▪ The Empirical model from the Global Technical Services Team had a range of up to 205MWs; however, management believed that a majority of the remaining unanalyzed claims above 137 MWs would be rejected in light of (a) the historical rejection rate for claims, (b) the fact that the September 30, 2011 deadline for additional data had passed and (c) the Company still had not received data from a significant number of sites.
    - ▪ Management increased the estimated MWs needed to remediate the excursion to 137MWs (120MWs LPM and 17MWs open circuit issues in LPM sites).
  - o Adler, the company responsible for flash testing and relabeling the refurbished material, had flash tested 832,000 of the 1.3 million (98MWs) modules shipped and we did not believe it would yield data that was contrary to the Monte Carlo analysis and the claims data received to date.
  - o Management began to realize that certain of the remediated and/or claimed sites were underperforming for other reasons not attributable to what was previously defined as LPM. Management was remediating these sites for Open Circuit, module cleaning and other STBi issues that were different from LPM. This extra remediation was occurring because, once the Company obtained the data from the customer, confirmed a site had LPM product installed in it, and saw that the site was underperforming, the Company was obligated to remediate the entire site under the [limited] statutory warranty and not just remediate the LPM modules. The Company accrued for the known STBi and Open Circuit items separately from the LPM items as they became known starting in the third quarter.

---

CONFIDENTIAL                                        FSLR02110487

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT



# FIRST SOLAR, INC.
## ACCOUNTING ISSUES PAPER

- o Management recorded an additional liability of $43.3 million associated with the increase in the total estimated additional 44 MWs needed to remediate the Special Excursion. (137 MWs estimated necessary for remediation as of Q3 2011 less the 93MWs estimated as of Q2 2011) Of the $43.3 million total accrual, $8.6 million was related to the estimated nonrecurring post sale expenses related to Power Compensation that was committed to customers.
  - o The liabilities associated with the warranty accrual through Q3 2011 were recorded net of fair market value of the modules that were to be returned. Management expected that the modules returned through Q3 2011 could be used in other projects, albeit at a lower sales value, and recorded the liability accordingly. Therefore, management believed that the warranty accrual could absorb this increase in the number of modules needed to remediate the Special Excursion.
  - o Due to the significant number of claims rejected during the quarter and the additional analysis performed throughout the quarter, management believed this to be our best estimate as of the end of Q3 2011.
- As of December 31, 2011
  - o Management determined that there was a total of 5,266 Claims. (3,997 or 76% claims rejected, 456 or 9% claims remediated, 419 or 8% claims to be analyzed and 394 or 7% claims to be remediated)
  - o Management transitioned from the Monte Carlo model to an Empirical model due to the amount of information that was available after a significant amount of additional module testing and analysis was available. As a result the Monte Carlo Model was no longer considered the most accurate way of measuring the remaining liability. An Empirical model or "bottoms up" approach was able to be applied and it tracked the status update of all claims that had not been rejected as of December 31, 2011. Management was able to shift to this model in Q 4 2011 due to the stabilization in the total population of claims, stabilization of the rejection rate of the claims from Q3 2011 and a more reliable historical experience that can be applied to future expectations.
  - o Management has recorded a liability that represents the current best estimate of the liability as of December 31, 2011.
    - The $125 million that was booked in Q4 2011 is comprised of the following:
      - $31.8 million related to the estimated Power Compensation payments that will be made on sites with LPM modules installed. Prior to Q4 2011, we did not have enough data on how these sites would be paid out to make an estimate related to future Power Compensation payments. As of Q3, 2011 we had only received final release signoff from, and made Power Compensation payments to, 60 of the remediated sites that were properly accrued for. In Q4, 2011 we completed and paid Power Compensation to another 64 sites, for a total of 124 as of December 31, 2011. This accrual is recorded to SG&A. Managed determined this should be classified as a SG&A due to this being related to a settlement with the end user ("Goodwill") and not linked to the warranty obligation.
      - $23.9 million relates to the estimated amount of Reverse Logistics associated with our voluntary rip and replacement of the LPM modules undertaken beyond our limited warranty obligation to remediate the Special Excursion that was committed to in 2009. (Adler & BEC cost)

---

**LPM Accounting Guidance**              **(Page 4 of 12)**              **Q4 2011**

CONFIDENTIAL                                                                                    FSLR02110488

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT



## FIRST SOLAR, INC.
### ACCOUNTING ISSUES PAPER

This represents an additional 20 MWs officially committed to in Q4 2011 and an estimated 66MWs that will be needed to replace the to be analyzed sites. These MWs related to amounts that management believed would be rejected in the third quarter. This is recorded to COS as cost in excess of our normal warranty obligation. Managed determined this should be classified as a COS due to the obligation being linked to the warranty obligation.

- $70 million related to the change in our lower of cost or market calculation for the modules being returned. The liabilities associated with the warranty accrual through Q3 2011 were recorded net of fair market value of the modules that were to be returned. Management expected that 100% of the modules returned through Q3 2011 could be used in other projects, albeit at a lower sales value, and recorded the liability net of the module to be returned. Therefore management believed that the warranty accrual could absorb this increase in modules. However, in Q4, 2011 management changed its view of utilizing these modules in a future projects due to the related economics and decided to instead analyze the recoverability of these modules based on potential resales to a third party. Additionally, the declining average selling prices of modules expected after the completion of Management's long range forecast in the first quarter of 2012 also indicated that the selling prices of such modules would be lower than expected. This change in analysis in Q4 2011, coupled with decline in the market pricing during the quarter, is the primary driver of this change in estimate.

o The changes in ranges and best estimates from Q3 2011 to Q4 2011 are due to (i) additional testing that has occurred, (ii) increases in the volumes of module testing that have been processed by Adler, and (iii) management's realization that some claims that were previously considered unlikely to be fulfilled would likely be fulfilled.

- These changes in estimate include a significant increase in the number of claims that were approved by management in Q4 2011. Management officially committed to an additional 200 sites in the quarter, which represented a 30% increase from Q3 2011. Management previously believed that these claims would be rejected.
- As of December 31, 2011, 1.1 million returned modules have been tested.
- The table below reflects the commitments made quarterly along with the estimated accrual associated with that commitment:

CONFIDENTIAL                                                                    FSLR02110489

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT



# FIRST SOLAR, INC.
## ACCOUNTING ISSUES PAPER

**Q4'10 - through Dec**

| Sites | Size (KWs) | Initial Notification Letter KWs | Value | Remd KWs | Shipping Costs | Adler Recovery Cost | BEC Cost | Power Comp | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 107 | 134,892 | 134,892 $ | - | 50,370 | $ 3,486,926 | $ 17,718,362 | $ - | $ 5,563,350 | $ 26,768,638 |
| | | Per MW--> | | | $69,227 | $351,766 | $0 | $110,450 | $531,443 |

**Q1'11 - through March**

| Sites | Size (KWs) | KWs | Value | Remd KWs | Shipping Costs | Adler Recovery Cost | BEC Cost | Power Comp | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 132 | 153,509 | 153,509 $ | - | 63,719 | $ 4,411,068 | $ 22,360,259 | $ 942,011 | $ 5,563,350 | $ 33,276,689 |
| | | Per MW--> | | | $69,227 | $350,919 | $14,784 | $87,310 | $522,240 |

**Q2'11 - through June**

| Sites | Size (KWs) | KWs | Value | Remd KWs | Shipping Costs | Adler Recovery Cost | BEC Cost | Power Comp | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 404 | 237,045 | 237,045 $ | - | 93,089 | $ 6,444,260 | $ 32,679,924 | $ 2,166,799 | $ 5,563,350 | $ 46,854,333 |
| | | 0.392708 | | | | | | | |
| | | Per MW--> | | | $69,227 | $351,060 | $23,277 | $59,764 | $503,327 |

**Q3'11 - through Sept**

| Sites | Size (KWs) | KWs | Value | Remd KWs | Shipping Costs | Adler Recovery Cost | BEC Cost | Power Comp | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 650 | 323,580 | 323,580 $ | - | 128,691 | $ 8,908,820 | $ 44,816,552 | $ 4,639,185 | $ 14,163,350 | $ 72,527,908 |
| | | Per MW--> | | | $69,227 | $348,250 | $36,049 | $110,057 | $563,584 |

**Q4'11 - through Dec'11**  *Cumulative Q4 Commitments*

| Sites | Size (KWs) | KWs | Value | Remd KWs | Shipping Costs | Adler Recovery Cost | BEC Cost | Power Comp | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 850 | 403,232 | 403,232 $ | - | 158,827 | $ 10,995,077 | $ 54,941,416 | $ 5,880,678 | $ 26,772,916 | $ 98,590,087 |
| | | Per MW--> | | | $69,227 | $345,919 | $37,026 | $168,566 | $620,738 |

**To Be Analyzed as of Dec'11**  *Est. of "To Be Analyzed"*

| Sites | Size (KWs) | KWs | Value | Remd KWs | Shipping Costs | Adler Recovery Cost | BEC Cost | Power Comp | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 249 | 157,194 | - $ | - | 66,012 | $ 4,568,762 | $ 21,186,713 | $ 8,798,822 | $ 19,156,579 | $ 53,711,876 |
| | | Per MW--> | | | $69,227 | $320,954 | $133,292 | $290,200 | $813,673 |

| | | | |
|---|---|---|---|
| Estimated total remediation KWs | 224,839 | Reclass of Q3 OC liability reclassed to LPM in Q4 $ | (9,367,614) |
| KWs Shipped through Dec'11 | 114,056 | Shipping costs included in Special Warranty Accrual $ | (6,656,018) |
| Remaining KWs to ship | 110,783 | $ 136,278,330  $ 80,625,875  $ 55,652,455 |  |

Total Accrued — Variance

**Q4'11 - through Jan'12**  *Warranty*

**LPM Warranty Accrual**

| Sites | Size (KWs) | KWs | Module Cost | Recycling | Test/Relabel | Refurb Recovery | Shipping Costs | Total Value |
|---|---|---|---|---|---|---|---|---|
| 1,099 | 560,426 | 110,783 | $ 85,351,715 | $ 3,769,778 | $ 7,440,351 | $ (33,094,981) | $ 6,656,018 | $ 70,122,881 |
| | | Per MW--> | $770,443 | $34,029 | $67,162 | ($298,738) | $60,082 | $632,977 |

| | Total Q4'11 Impact | Amount booked |
|---|---|---|
| Warranty | $ 70,122,881 | $70,123,000 |
| SG&A | $ 31,766,145 | $31,766,000 |
| COS | $ 23,886,311 | $23,859,000 |
| Total Q4 Adjustment | $ 125,775,336 | $125,748,000 |

**DRAFT DATA - What-Ifs**

**Q4'11 - through Jan'12**

**LPM Warranty Accrual**

| Sites | Size (KWs) | KWs | Module Cost | Recycling | Test/Relabel | Refurb Recovery | Shipping Costs | Total Value |
|---|---|---|---|---|---|---|---|---|
| 1,269 | 653,807 | 143,207 | $ 108,526,320 | $ 4,793,344 | $ 9,460,547 | $ (42,080,894) | $ 8,900,681 | $ 89,599,998 |
| | | Per MW--> | $757,826 | $33,471 | $66,062 | ($293,846) | $62,152 | $625,666 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 32,425 | $ 23,174,605 | $ 1,023,566 | $ 2,020,196 | $ (8,985,913) | $ 2,244,662 | $ 19,477,116 | 432,331 |
| | | | | | | | 2,244,662 |

**To Be Analyzed in future quarters**

| Sites | Size (KWs) | KWs | Value | KWs | Shipping Costs | Adler Recovery Cost | BEC Cost | Power Comp | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 419 | 250,575 | 250,575 $ | - | 98,436 | $ 6,814,425 | $ 31,801,142 | $ 12,056,123 | $ 29,724,632 | $ 80,396,321 |
| | | Per MW--> | | | $69,227 | $323,063 | $122,476 | $301,968 | $816,734 |

**ALL SITES — To Be Analyzed in future quarters**
Estimated value based on "To Be Analyzed" Information

| Sites | Size (KWs) | KWs | Value | KWs | Shipping Costs | Adler Recovery Cost | BEC Cost | Power Comp | Total Value | | % of Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 23,135 | | | 11,561 | $ 800,335 | $ 3,701,632 | $ 1,163,945 | $ 3,102,014 | $ 8,767,926 | Approved Report by P&P available | 11% |
| 131 | 7,987 | | | 5,043 | $ 349,112 | 1,767,142 | - | 1,103,011 | 3,219,265 | Likelihood Analysis already performed by | 4% |
| 52 | 53,332 | | | 17,449 | $ 1,207,940 | 5,617,330 | 2,612,444 | 6,288,518 | 15,726,231 | Report in preparation by P&P | 20% |
| 10 | 9,240 | | | 8,320 | $ 575,978 | 2,580,379 | 599,676 | 1,014,219 | 4,770,252 | Contract in place | 6% |
| 16 | 26,392 | | | 11,867 | $ 821,528 | 3,761,459 | 2,095,067 | 2,921,768 | 9,599,823 | no exchange volume transmitted | 12% |
| 186 | 130,489 | | | 44,196 | $ 3,059,532 | 14,373,199 | 5,584,991 | 15,295,102 | 38,312,823 | Incomplete Data | 48% |
| 419 | 250,575 | | | 98,436 | $ 6,814,425 | 31,801,142 | 12,056,123 | 29,724,632 | 80,396,321 | GRAND TOTAL | 100% |

**EDF-EN — To Be Analyzed in future quarters**
Estimated value based on "To Be Analyzed" Information

| Sites | Size (KWs) | KWs | Value | KWs | Shipping Costs | Adler Recovery Cost | BEC Cost | Power Comp | Total Value | | % of Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 13,904 | | | 8,116 | $ 561,871 | $ 2,575,708 | $ 782,417 | $ 2,476,028 | $ 6,396,023 | Approved Report by P&P available | 19% |
| 10 | 1,236 | | | 900 | $ 62,275 | 316,981 | - | 209,948 | 589,204 | Likelihood Analysis already performed by | 2% |
| 9 | 18,006 | | | 5,946 | $ 411,652 | 1,903,569 | 935,047 | 2,583,219 | 5,833,486 | Report in preparation by P&P | 17% |
| 16 | 26,392 | | | 11,867 | $ 821,528 | 3,761,459 | 2,095,067 | 2,921,768 | 9,599,823 | no exchange volume transmitted | 28% |
| 16 | 37,108 | | | 11,771 | $ 814,870 | 3,758,770 | 2,327,690 | 4,727,048 | 11,628,378 | Incomplete Data | 34% |
| 61 | 96,647 | | | 38,601 | $ 2,672,197 | 12,316,487 | 6,140,221 | 12,918,010 | 34,046,914 | Grand Total | 100% |

| Est on 419 | 249 | 157,194 | | | 66,012 | $ 4,568,762 | $ 21,186,713 | 8,798,822 | 19,156,579 | 53,711,876 |
|---|---|---|---|---|---|---|---|---|---|---|

**Total claims excluded due to incomplete data**

| Sites | Size (KWs) | KWs | Value | KWs | Shipping Costs | Adler Recovery Cost | BEC Cost | Power Comp | Total Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 170 | 93,381 | | | 32,425 | 2,244,662 | 10,614,429 | 3,257,301 | 10,568,053 | $ 26,684,445 |

**LPM Warranty - Estimated value based on "To Be Analyzed" Information**

| Sites | Size (KWs) | KWs | Module Cost | Recycling | Test/Relabel | Refurb Recovery | Shipping Costs | Total Value |
|---|---|---|---|---|---|---|---|---|
| 170 | - | 32,425 | $ 23,174,605 | $ 1,023,566 | $ 2,020,196 | $ (8,985,913) | $ 2,244,662 | $ 19,477,116 |

| | |
|---|---|
| Shipping costs included in Special Warranty Accrual $ | (2,244,662) |
| Total claims excluded due to incomplete data $ | 43,916,899 |

CONFIDENTIAL          FSLR02110490

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT



# FIRST SOLAR, INC.
## ACCOUNTING ISSUES PAPER

- *As part of the year end closing process and the shift to the Empirical Model in Q4 2011 due to the reasons discussed above. Management decided to perform a retrospective analysis by applying empirical data to prior relevant quarters, namely Q211 and Q311 to compare and determine how well the Q2 and Q3 estimates were comparing to the estimations derived by using the Monte Carlo model. Management concluded that our accruals based on Monte Carlo model had produced materially accurate results. Had we used or were we able to use the Empirical model, our accruals would not be material different. .*
  - As of June 30, 2011 we had fully accrued for 100% of all modules that were officially communicated to our customer under the Exchange Letter (Complete) sites <50kWp, Exchange Letter (Selective) sites <150kWp, or and the Confirmation of Module replacement sites >150kWp.
    - The accrual on the balance sheet as of June 30, 2011 related to items that were contractually committed to as of the June 30, 2011, management looked at all commitments made subsequent to quarter end, but prior to the 10Q filing. It was determined that we drafted official commitments for 17.25 MW's during this period. A pre-tax impact of $4 million on Q2 2011. Please see the SAB 99 Memo Dated December 31, 2011 for additional detail on this analysis.
  - As of September 30, 2011 we had accrued for 100% of all modules that were officially communicated to our customer in the Exchange Letter (Complete) sites <50kWp, Exchange Letter (Selective) sites <150kWp, or the Confirmation of Module replacement sites >150kWp. These official commitments totaled 128 MWs.
    - The accrual on the balance sheet as of September 31, 2011 related to items that were contractually committed to as of the September 31, 2011, management looked at all commitments made subsequent to quarter end, but prior to the 10Q filing. It was determined that although we drafted official commitments for 4.8 MW's during this period, actual commitments sent out to customers was 3.69 MWs in October. A pre-tax impact of $2 million on Q3 2011. We had an additional accrual of $8.5 million accrued for our best estimate to remediate sites identified as having LPM modules installed and an additional $9.3 million accrued for the sites with both LPM product and Open Circuit issues as of September 31, 2011.
- As noted above, as of December 31, 2011, management rejected 3,998 claims. To date management has not accrued for any additional liability associated with those claims. In August 2011, management provided customers with an appeal process. This is referred to as a "Cost by Cause Principal". Management believes that we have do not have additional liability for these claims at this time based on our review of the site performance and the site not containing LPM product; however, management will review this quarterly. As of December 31, 2011 approximately 55 customers have expressed interest in this process.

---

**CONFIDENTIAL**                                                                                    **FSLR02110491**

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT



**FIRST SOLAR, INC.**
**ACCOUNTING ISSUES PAPER**

**Appendices**

Appendix A- LPM Accrual by Quarter
Appendix B-LPM History of Events
Appendix C-LPM Process

**Preparation and Review**

Prepared by:

/s/ Bryan Schumaker
Bryan Schumaker,
VP Corporate Controller

Date:

2/27/2012

Reviewed by:

/s/ Mark Widmar
Mark Widmar, Chief Financial Officer and Chief
Accounting Officer

Date:

2/28/12

---

**LPM Accounting Guidance**          **(Page 8 of 12)**          **Q4 2011**

CONFIDENTIAL                                                                FSLR02110492

# Exhibit 87





# First Solar 2012 Guidance
## December 14, 2011

**Mike Ahearn, Chairman of the Board and Interim Chief Executive Officer**

**Mark Widmar, Chief Financial Officer**

**David Brady, Vice President of Treasury and Investor Relations**





© Copyright 2010, First Solar, Inc.

# Forward-Looking Statements



During the course of this presentation the company will make projections and other statements that are forward-looking statements within the meaning of the federal securities laws. The forward-looking statements in this presentation are based on current information and expectations, are subject to uncertainties and changes in circumstances, and do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially from those statements, including the risks as described in the company's most recent Annual Report on Form 10-K, Quarterly Report on Form 10-Q, and other filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this presentation or with respect to the announcements described herein.

© Copyright 2010, First Solar, Inc.

2

# Agenda



- State of Market

- FSLR's Refocused Strategy

- Update on 2011 Financial Guidance

- Initial Financial Guidance for 2012

- Opex & Cost Roadmaps

- Long-term Business Model

© Copyright 2010, First Solar, Inc.



# 2012 Business Overview
## Mike Ahearn
### Chief Executive Officer

  

© Copyright 2010, First Solar, Inc.

# Global Production Capacity Effectively Tripled from 2009 -2011



*1.Entry barriers for c-Si production eliminated*
*2.Feedstock constraints eliminated*

*In a supply chain without entry barriers:*
- *Production increases as long as capital available*
- *Pricing and margins will decline to equilibrium*
- *Any supply-demand equilibrium will be temporary*

Available Global Module Capacity (GW)

| Year | Available Module Capacity | Module Production |
|------|---------------------------|-------------------|
| 2006 | 2.9 | 1.7 |
| 2007 | 5.4 | 3.1 |
| 2008 | 9.7 | 6.0 |
| 2009 | 13.6 | 8.1 |
| 2010 | 26.1 | 20.7 |
| 2011E | 36.3 | 24.2 |
| 2012E | ? | |

■ Available Module Capacity  ■ Module Production

Sources: Based on equity analysts & FSLR analysis.

© Copyright 2011, First Solar, Inc.

# Core Markets Historically Represented ~ 80% of Installations



**Core Markets: "Markets existing prior to 2011 that have been transparent and open to exports"– e.g., the markets that have been available to FSLR**

**Germany, France, Spain, Italy, California, and Czech Republic**

Chart — X-axis (years): 2006, 2007, 2008, 2009, 2010, 2011E. Left Y-axis: Core Markets as a Proportion of Total (%), 0% to 100%. Right Y-axis: Total Global PV Installations (GW), 0 to 25.

Legend: ▲ Core Markets as % of Total    ■ Total global Installations

Sources: EPIA, IREC, IMS Research, equity analysts & FSLR analysis.

© Copyright 2011, First Solar, Inc.

# Spain PV Installation Capacity (GW), 2006-2012




Sources: EPIA, IMS Research, equity analysts & FSLR analysis.

© Copyright 2011, First Solar, Inc.    First Solar Confidential & Proprietary

# Czech Republic PV Installation Capacity (GW), 2006-2011



**Percentage of Historical Max (%)**

- 1.5 (2010)
- 0.4 (2009)
- 0.1 (2008)
- 0.1 (2011E)
- 0 (2006)
- 0 (2007)
- ? (2012E)

Y-axis: 0%, 20%, 40%, 60%, 80%, 100%

X-axis: 2006, 2007, 2008, 2009, 2010, 2011E, 2012E

Sources: EPIA, IMS Research, equity analysts & FSLR analysis.

© Copyright 2011, First Solar, Inc.

# France PV Installation Capacity  (GW), 2006-2012



**Percentage of Historical Max (%)**

- 1.5 (2011E)
- 0.7 (2010)
- 0.8 (2012E)
- 0.2 (2009)
- 0 (2006)
- 0 (2007)
- 0 (2008)

| | 100% | 80% | 60% | 40% | 20% | 0% |
|---|---|---|---|---|---|---|

2006    2007    2008    2009    2010    2011E    2012E

Sources: EPIA, IMS Research, equity analysts & FSLR analysis.

© Copyright 2011, First Solar, Inc.

First Solar Confidential & Proprietary

9

# Italy PV Installation Capacity (GW), 2006-2011





Note: 2010 demand shown here includes plants constructed under the Salva Alcoa decree.
Sources: EPIA, IMS Research, equity analysts & FSLR analysis.

© Copyright 2011, First Solar, Inc.    First Solar Confidential & Proprietary

# German PV Installation Capacity (GW), 2006-2011



Percentage of Historical Max (%)

7.4

5.4

?

3.8

1.8

1.3

0.8

100%

80%

60%

40%

20%

0%

2006    2007    2008    2009    2010    2011E    2012E

Sources: EPIA, IMS Research, equity analysts & FSLR analysis.

© Copyright 2011, First Solar, Inc.                    First Solar Confidential & Proprietary                    11

Includes CSP

# CA RPS Solar PPAs (By Year of Solicitation*) (GW), 2007-2011



**Percentage of Historical Max (%)**

- 4.6 (2008)
- 1.8 (2009)
- 1.3 (2007)
- 0.6 (2010)
- 0.6 (2011E)
- ? (2012E)

Source: IOU RPS Projects Status List, November 2011.  Note: 2011 Solicitation still in progress.
*Projects classified according to CPUC filings based on solicitation year, RPS Procurement Plan referenced in a bilateral agreement, or a bilateral agreement date.

© Copyright 2011, First Solar, Inc.    First Solar Confidential & Proprietary    12

# CA DG PV PPAs (GW), 2007-2011



Chart: Percentage of Historical Max (%) vs. year (2006–2012E)

- 2007: 0.1 (~31%)
- 2008: 0.1 (~24%)
- 2009: 0.1 (~34%)
- 2010: 0.4 (100%)
- 2011E: 0.2 (~47%)
- 2012E: ?

Source: CPUC, CSI , IOU websites. Incorporates CSI program, RAM program, Utility PV program.

© Copyright 2011, First Solar, Inc.    First Solar Confidential & Proprietary    13

# Core Market Installation Capacity (GW), 2006-2011



Germany, France, Spain, Italy, California, & Czech Republic

**Percentage of Historical Max (%)**

100%

80%

60%

40%

20%

0%

15.8

13.6

?

5.2

5.5

2

1

2006    2007    2008    2009    2010    2011E    2012E

Sources: EPIA, IREC, IMS Research, equity analysts & FSLR analysis.

© Copyright 2011, First Solar, Inc.

# What Explains the Pattern?



The unexpected size and velocity of market expansion combined with high import volumes alarm politicians, who worry about high cost and economic impact

Once market begins to function effectively, the incentive programs caused an over-supplied industry to quickly descend to develop project backlogs.

Politicians react by sharply reducing the size of the program and in some cases making it less transparent

Market initially slow to take off while legislation is translated into an effective program and bureacracy is streamlined

© Copyright 2011, First Solar, Inc.

# Will New Subsidized Markets Turn Out Differently?





Sources: EPIA, IMS Research, equity analysts & FSLR analysis.

© Copyright 2011, First Solar, Inc.

First Solar Confidential & Proprietary

# In Summary, the Solar Industry is Structurally Imbalanced



Installation Capacity

Production Capacity

**Uncapped and Growing**
- No entry barriers; expansion capital available
- Manufacturers producing beyond demand levels
- Margins and returns on capital reduced
- Industry prone to over-capacity conditions even after current imbalance abates

**Limited by Subsidy Levels and Declining**
- Open, transparent subsidized markets cannot be sustained in an over-supplied industry
- Open, transparent subsidized markets unlikely to be created in significant volumes in the future
- Countries with high energy needs cannot afford large subsidies

© Copyright 2010, First Solar, Inc.

17

# Where Does First Solar Go From Here?



Our low-cost technology and captive U.S. project pipeline will help us remain profitable in a shrinking, structurally imbalanced industry.

In order to **thrive**, First Solar must grow massively in this environment (to grow volume at a 20% CAGR, First Solar must deploy roughly 65GW over the next 10 years.)

Two Choices: (1) Continue to play the "whack-a-mole" game in subsidized markets or (2) find a different game to play.

© Copyright 2010, First Solar, Inc.

18

# Moving to Sustainable Markets for Utility Scale PV Generation



First Solar Leadership in Providing Utility Scale PV Generation Solutions

- Over 2GW constructed or under construction

- Dramatic reductions in cost and acceleration of construction cycles

- Reliability and up time validated to high utility standards

- Environmentally sustainable life cycle

- Validation from some of the most respected companies in the industry



Photo is of Agua Caliente from fourth quarter 2011.

© Copyright 2010, First Solar, Inc.

19

# Strategy



**Goal:**

- Derive substantially all of our new sales from sustainable markets by end of 2014

**Strategy:**

- *Focus* on providing utility scale PV generation to geographic markets with immediate need for mass scale PV electricity
- Offer integrated module and system solutions to open markets and create sustainable competitive advantage

**Plan:**

- *Localize* in the key geographic markets
- Remove the obstacles to mass scale solar electricity generation
- Profitably transition out of subsidized markets

**Alignment:**

- Achieve cost model needed to price in non-subsidized markets
- Enhance organizational capabilities needed to execute strategy
- Reallocate resources from past to future direction

**Execution:**

- *Immediate* execution in light of long lead times
- 3 Year Plan with interim milestones/metrics
- Alignment of financial incentives with achievement of Goal

© Copyright 2010, First Solar, Inc.

20

# Major Challenges



**First Solar.**

*Ability to Price at Grid Parity Levels at Scale and Without Subsidies*

*Top Level Sale:*
Politicians, Regulators, Utilities

- Accommodate PV into mainstream energy generation mix
- Ensure priority access to transmission and distribution
- Promote efficient land planning/permitting approval processes
- Build additional transmission
- Support deep robust project financing markets and creditworthy off-takers

*Transition Out of Subsidized Markets While Preserving Cash and Assuring Profitability*

© Copyright 2010, First Solar, Inc.



# 2012 Financial Guidance

## Mark Widmar

### Chief Financial Officer





© Copyright 2010, First Solar, Inc.

# 2011 Financial Guidance Update


First Solar.

|  | 2011 Guidance (as of 11/03/11) | 2011 Guidance Update |
|---|---|---|
| Net Sales $B | $3.0 - $3.3 B | $2.8-$2.9 B |
| Operating Income | $650 - $760 M | $575 - $600 M |
| Diluted EPS | $6.50 - $7.50 | $5.75 - $6.00 |
| Op Cash Flow | ($200) - $0 M | ($100) - $0 M |
| CAPEX | $800 - $850 M | $750 - $800 M |

**2011 updated guidance does not include impairment and associated charges, primarily related to certain equipment, of up to $0.75 per fully diluted share and a severance charge of up to $0.10.**

© Copyright 2010, First Solar, Inc.

# 2012 Guidance Assumptions as of 14 December 2011


First Solar.

| | Solar Power Systems | Solar Module |
|---|---|---|
| Pricing | Pricing is pre-established (i.e., fixed) for contracted volumes. | Drive sell-through |
| Volume | 1.2 GW (DC) installed.  Approximately 80% already under contract. | 720 MW (DC) |
| Production | 2 GW | • Running plants at average of approximately 80% utilization to better align supply with demand.<br>• No longer starting commercial production Mesa in 2012.<br>• Strategically leveraging manufacturing downtime. |
| Module Costs | $0.72/W | Average costs over 2012 |
| | $0.67/W | Average costs over 2012 excluding impact of underutilization. |
| Module Efficiency | 12.6% | Average efficiency over 2012 |

© Copyright 2010, First Solar, Inc.

24

# 2012 Guidance as of 12/14/11



| FY12 Guidance Summary | Consolidated[1] |
|---|---|
| Net Sales $B | $3.7 – 4.0 B |
| Start up Expense | $10-20 M |
| Stock Based Compensation | $110-120 M |
| Operating  Income | $425-450 M |
| Annual Tax Rate | 14-16% |
| EPS | $3.75- $4.25 |
| Capex | $375 – 425 M |
| Operating Cash Flow | $0.9– 1.1 B |
| Desert Sunlight Net Cash Receipts[2] | $85 million |

[1] **Consolidated sales include $1.7 B of EPC / project development after segment reporting adjustments**

[2] **This would bring cumulative net cash receipts for Desert Sunlight to over $200m by end of 2012.**

© Copyright 2010, First Solar, Inc.

## MW Sold by Geography, 2010-2012



First Solar.

**MW Sold by Geography**

Legend: MENA, India, APAC, N. America, Europe

2010, 2011, 2012E

© Copyright 2010, First Solar, Inc.

26

# Module Manufacturing Costs: Hurt by Under-utilization in '12



Chart legend:
- Under Utilization Impact
- Avg Cost *

| Period | Value | Avg Cost |
|--------|-------|----------|
| 2007 | 1.23 | |
| 2008 | 1.08 | |
| 2009 | 0.87 | |
| 2010 | 0.77 | |
| 2011 | 0.74 | |
| Q1'12 | 0.75 | 0.69 |
| Q2'12 | 0.74 | 0.68 |
| Q3'12 | 0.72 | 0.66 |
| Q4'12 | 0.71 | 0.65 |

**\* Assuming Full Utilization In 2012**

© Copyright 2010, First Solar, Inc.

27

# Average Module Efficiency



Average module efficiency in Q4 '12 is expected to be 12.7%, with best plant at 12.9%

© Copyright 2010, First Solar, Inc.

28

# Standard BoS:  Breaking below $0.90/W in 2012


First Solar.

**$/Watt**

| Year | $/Watt |
|------|--------|
| 2008 | 1.56 |
| 2009 | 1.36 |
| 2010 | 1.12 |
| 2011 | 0.98 |
| 2012E | 0.87 |

Standard BOS includes standard EPC costs;  excludes site-specific and development costs, trackers, as well as interest during construction.

© Copyright 2010, First Solar, Inc.

29

# Operating Expenses (excluding plant start-up)



- **Reducing G&A**
- **Maintaining investments in R&D and sales and marketing**

For 2011 and 2012, OPEX as % of revenue is based on midpoint of revenue guidance.

© Copyright 2010, First Solar, Inc.

# Long-Term Business Model – Key Performance Metrics


First Solar.

### LCOE

**$100 - $140**
**$/MWH**

$100 — Range — $140

### Revenue (CAGR)

**5-10%**

5% — Range — 10%

### System Price*

**$1.40-1.60**

$1.40 — Range — $1.60

\* Excludes Owner Development Costs

### Gross Margin %

**15-20%**

15% — Range — 20%

### Operating Margin %

**8-12%**

8% — Range — 12%

### FCF as % of Net Income

**60-80%**

60% — Range — 80%

© Copyright 2010, First Solar, Inc.

# Updating Goals for Module Costs, Module Efficiency, and BOS









| Metric | Old ('14) | New ('15) |
| --- | --- | --- |
| Module costs ($/W) | $0.52-$0.63 | $0.50-$0.54 |
| Efficiency | 13.5%-14.5% | 14.5%-15% |
| Standard BOS ($/W) | $0.91-$0.98 | $0.70-$0.75 |

© Copyright 2010, First Solar, Inc.

# Utility-Scale CpW Comparison, 2015



To achieve cost parity with FSLR, Tier 1 C-Si competitors need module costs at $0.57/W in 2015.



(1)   This represents the BoS penalty to FSLR as a result of lower module efficiency.  An efficiency gap of 2 percentage points results in a  ~$0.10 BoS penalty.
(2)   Normalizing adjustment accounts for certain costs that most Tier 1 C-Si do not include in COGS but FSLR does, including freight, warranty, etc.

© Copyright 2010, First Solar, Inc.

33

# Long-Term Focus: Summary



## Goal:  Create and Develop new markets

- Develop customer focused compelling solutions

- Establish right price without subsidies to clear existing markets and create new ones

- Drive cost roadmaps to grid parity

- Reallocate spending to fund sales, market development and R&D

- Focus on long-term economic value generation

© Copyright 2010, First Solar, Inc.

34

# Q&A

- Mike Ahearn, Chairman of the Board and Interim CEO

- Mark Widmar, Chief Financial Officer

© Copyright 2010, First Solar, Inc.

# Exhibit 88





GENERAL

— Can I have the name and contact information of one of First Solar's associates in a specific role?

— How do I inform First Solar of my company's capabilities?

— How do I submit a solar industry survey or questionnaire to First Solar?

— Does First Solar participate in community relations or corporate sponsorships?

— Does First Solar provide company or solar industry information to students?

— Does First Solar offer any educational materials for teachers?

— Does First Solar offer public tours of its manufacturing facilities?

— Do you have a question that hasn't been answered?

Answers

**Q: When was First Solar founded?**

First Solar was founded in 1999.

**Q: What does First Solar do?**

First Solar manufactures solar modules with an advanced semiconductor technology and provides comprehensive PV system solutions. By consistently driving down manufacturing costs, First Solar is creating an affordable and environmentally responsible alternative to fossil-fuel generation.

**Q: Where are First Solar's global offices and manufacturing facilities?**

First Solar is headquartered in Tempe, Arizona and has offices worldwide. First Solar has manufacturing facilities in Perrysburg, Ohio, Frankfurt (Oder), Germany, and Kulim, Malaysia.

**Q: How many associates does First Solar have?**

First Solar has more than 4,700 global associates.

 Top of page

**Q: What are the environmental benefits of First Solar's thin film PV technology?**

As part of our commitment to environmental excellence, First Solar looks at all stages of our product's life cycle using two important measurements:

- Carbon footprint - the amount of carbon dioxide emissions emitted over the life cycle of the product
- Energy payback time - the time it takes to generate the same amount of energy it took to produce the system

First Solar systems have the smallest carbon footprint and fastest energy payback time of current PV technologies.

**Q: How do I purchase First Solar modules for commercial and industrial installations?**

First Solar sells its solar modules to the world's leading solar project developers and system integrators. Please visit our developers and integrators page for a list of companies authorized to sell and support First Solar products. Please contact any of the companies listed for information about First Solar product availability.

**Q: Does First Solar offer PV solutions for US utilities?**

Yes, First Solar offers the most cost effective PV solutions for US utilities seeking to meet renewable portfolio standards (RPS) requirements. Please contact our sales and product management team for more information.

**Q: Does First Solar sell to distributors or wholesalers?**

First Solar currently does not sell its products through distributors, resellers, or wholesalers.

**Q: What incentives are available to me in my area?**

A database of federal, state, local, and utility incentives and policies promoting renewable energy and energy efficiency can all be found at the website below:

Database of State Incentives for Renewables and Efficiency
www.dsireusa.org

**Q: How much do First Solar modules and systems cost?**

First Solar sells its solar modules under long-term module supply contracts with the world's leading solar project developers and system integrators and provides comprehensive PV solutions to US utilities seeking to meet renewable portfolio standards (RPS) requirements. First Solar does not publish a price list for solar modules or PV solutions and does not disclose its pricing structure under long-term module supply contracts.

 Top of page

**Q: Are First Solar modules available for building integrated photovoltaic (BIPV) applications?**



First Solar currently does not offer its module products for low voltage or off-grid photovoltaic applications. We suggest using an industry website to locate a dealer or installer in your area who specializes in these solutions. Company databases can be found in the following languages at the links below:

**English**
www.renewableenergyworld.com
www.solarbuzz.com

**German**
www.solarserver.de
www.solarwirtschaft.de

**Spanish**
www.asif.org

**Italian**
www.assosolare.org

**French**
www.tecsol.fr

*Q:* **Are First Solar modules flexible?**

First Solar modules are manufactured on rigid glass and are not flexible. The term thin film refers to the amount of semiconductor material used, which is an amount less than the width of a human hair. Contrary to popular belief, most thin film panels are not flexible.

*Q:* **Does First Solar offer a warranty for its solar modules?**

First Solar provides a power output warranty for 25 years subject to terms and conditions and a materials and workmanship warranty for five years covering defects in materials and workmanship under normal use and service conditions.

*Q:* **Does First Solar use nitrogen trifluoride (NF3) in its manufacturing process?**

First Solar does not utilize perfluorinated gases such as nitrogen trifluoride (NF3) in the production of its solar modules.

⬆ Top of page

*Q:* **Are solar PV panels regulated under the European Union WEEE and RoHS Directives?**

No, First Solar panels, like all solar panels, are not subject to the current EU Directive on Waste Electrical and Electronic Equipment (WEEE), which requires manufacturers of specific products to ensure the collection, recycling, and disposal of their products.

Nor are solar panels subject to the EU Directive on the Restriction of the Use of Hazardous Substances (RoHS), which restricts the use of any of the six substances[1] in specific product categories.

In a legislatively mandated review process, the European Commission proposed a revision of both the WEEE and RoHS Directives on December 3, 2008. The revisions did not propose the inclusion of solar panels in the scope of the Directives. As part of the standard EU legislative process ("co-decision" making), the proposals are now being reviewed by the European Parliament and the European Council, which represents the 27 EU Member States (countries).

The European Council and the European Parliament are currently considering an "open scope" approach to RoHS and WEEE under which all Electrical and Electronic Equipment (EEE) products would be included in the scope of the Directives unless specifically excluded or exempted from coverage. On June 2, 2010 the Environment Committee in the European Parliament voted to exclude renewable energies from the scope of RoHS. On June 23, the committee voted to exclude photovoltaic modules from the scope of WEEE.

[1]Lead, mercury, cadmium, hexavalent chromium (Cr6+), polybrominated biphenyls (PBB) and polybrominated diphenyl ether (PBDE).

*Q:* **What is First Solar's view on the European Parliament's vote on the RoHS Directive?**

We welcome the First Reading Agreement between the three EU Institutions* on the recast of the RoHS Directive approved by the European Parliament on Nov. 24, 2010.

The agreement provides for a continued exclusion of photovoltaic (PV) solar panels from the scope of the RoHS Directive. It also includes a recital that clearly states that renewable energy technologies like PV do not belong into the RoHS Directive. RoHS is intended for household electrical and electronic goods that risk entering an uncontrolled waste stream. PV systems are permanently installed—and then de-installed at end-of-life—by professionals on roofs or on the ground as part of an energy generating system. The PV industry is currently setting up a collection and recycling program that will cover the vast majority of solar panels on the European market. First Solar and other CdTe PV manufacturers already operate their own prefunded collection and recycling programs that cover their entire production.

The Council of Ministers is expected to confirm this agreement at a Council meeting later this year.

⬆ Top of page

* European Parliament, European Commission, European Council

*Q:* **Why shouldn't renewable energies and thus solar panels be included in WEEE and RoHS? Don't you agree that PV waste will become a problem in the future?**

First Solar has long recognized the potential waste management issues when panels reach end-of-life and has a comprehensive, pre-funded collection and recycling program for all panels put on the market, regardless of geographic jurisdiction.

Regarding WEEE, the PV industry has recognized that PV waste will eventually become an issue in



Regarding RoHS, PV solar panels produce electricity with no water use, no waste production, and no air emissions providing significant environmental benefits compared to traditional fossil-fuel technologies. Independent analysis has shown that the displacement of fossil fuels by PV can reduce air emissions by over 89% taking into consideration the entire life cycle impact, and also the fact that CdTe PV, a second generation PV technology, has the lowest environmental impact of any PV technology. CdTe PV has the smallest carbon footprint and the fastest energy payback time of current PV technologies, allowing thin film PV technologies such as CdTe to scale rapidly and to achieve carbon reductions faster than traditional silicon technologies. As a result, CdTe PV and other thin film PV technologies are indispensable to achieving the EU's renewable energy goals and thereby addressing climate change.

*Q:* **What are the details of First Solar's manufacturing excursion from the 2008-2009 timeframe?**

— From June 2008 to June 2009, First Solar experienced a manufacturing excursion that affected less than 4% of total product manufactured during that period. Affected modules showed an initial premature power loss in the field before stabilizing.

— 96% of product manufactured during the excursion period is unaffected by the issue.

— The root cause was identified and corrective action was implemented in the factories in June of 2009.

— First Solar has been working directly with impacted customers to replace affected modules.

— There is no safety risk associated with the excursion. This is not a recall.

— The First Solar standard product warranty covers replacement modules, including outbound shipping costs.

⬆ Top of page

— First Solar stands behind its product: due to the nature of the excursion, some PV power plants may have received some affected modules; First Solar is taking voluntary actions beyond the standard warranty program.

— All product manufactured after June 2009 is unaffected by the issue.

— If you have not been contacted and you see signs that your systems may not be performing as expected, please contact your Installer / First Solar Partner to coordinate the assessment, identification, and replacement of affected modules with First Solar.

— If a replacement is required, the exchange will be coordinated by the First Solar System Partner and supported by First Solar's Technical Customer Service team.

— The PV Magazine article

*Q:* **What is the status of the identification and replacement of modules affected by First Solar's manufacturing excursion from the 2008-2009 timeframe?**

— We are well underway in the examination and replacement of affected modules.

— Our assessment validates that the affected modules represent a very small percentage of the modules produced within the 12 month period from June 2008-June2009.

— We have made strong progress on global replacements of affected modules. As of December 2010 approximately 1/3 of the affected modules have been conclusively removed from a number of small and large affected sites and we have validated the post-replacement sites are performing as originally expected.

— We expect to conclude the remaining excursion-related claims in 2011.

— November 30th 2010 marked the conclusion of the period during which customers could file extended-warranty claims related to the excursion modules. We are now in the process of validating and verifying those claims. Many of those claims were filed based simply on the dates of the excursion (June 2008 to June 2009), and not due to any specific issue demonstrated in the field.

— Winter weather has curtailed site measurements and field replacements at many of our customers' sites, but we are optimistic that the efficiencies gained in our identification methodologies will translate into greater replacement efficiencies once the weather conditions improve in the Spring.

— Our technical teams continue to benefit from cycles of learning from returned module data. We are refining our identification techniques, which in turn improves our future accuracy rate for recovering affected modules from the field.

⬆ Top of page

*Q:* **What is the difference between Series 2 and Series 3?**

Series 3 has the same form factor, process technology and construction as Series 2. However, it is electrically redesigned with a new cell layout, which lowers its voltage and contributes to higher efficiencies.

Series 3 voltage is >30% lower than Series 2, which allows for up to 50% more modules per string. It also features a new locking connector that makes an audible sound at connection. The connector meets the North America NEC requirement and improves connection reliability everywhere.

*Q:* **Does Series 3 use CdTe?**

Yes, Series 3 relies on the proven thin film CdTe technology of Series 2 with the same deposition and construction processes.

*Q:* **What is First Solar's ticker symbol?**

First Solar's ticker symbol is FSLR.

http://www.firstsolar.com/en/faq.php          Go          DEC  **FEB**  APR          Close ✖

INTERNET ARCHIVE
WaybackMachine          35 captures
                        17 Dec 09 - 14 Aug 14                    2010  **28**  2012          Help ?
                                                                      **2011**

First Solar's initial public offering was on November 17, 2006.

**Q: How do I buy First Solar stock?**

You can buy shares of First Solar stock through a brokerage firm. First Solar does not have a direct stock purchase plan.

**Q: How many shares of First Solar stock are outstanding?**

Refer to the most recent form 10-Q or form 10-K in the financial documents archive for a recent count of First Solar's outstanding shares.

**Q: When is the next earnings release?**

Refer to the investor calendar for a tentative schedule of significant First Solar financial dates, including the next earnings release. For information about key industry events First Solar will participate in, visit our events page.

**Q: What is First Solar's fiscal year?**

First Solar's fiscal year is a calendar year, ending on December 31st each year.

**Q: What year was First Solar incorporated?**

First Solar originally operated as a Delaware limited liability company from 1999 until 2006. First Solar, Inc. was then incorporated in Delaware on February 22, 2006.

**Q: How can I get First Solar financial documents?**

Please refer to the First Solar's SEC filings or press releases for financial documents.

**Q: How do I obtain an Investor Kit containing an Annual Report, 10-K, 10-Q and Corporate Overview?**

You can quickly assemble your own investor kit by selecting and printing your choice of related documents.

**Q: Can I access the quarterly conference calls?**

First Solar will provide audio broadcasts and/or replays of conference calls in the investor calendar in the past events section.

**Q: Where can I address Stockholder Communications?**

ATTN: Investor Relations First Solar, Inc.
350 West Washington Street Suite 600
Tempe, AZ 85281 USA

**Q: When is the annual stockholder meeting held?**

Information about the annual stockholder meeting and other financial events will be located in the investor calendar.

**Q: Where can I find information about First Solar's executive staff?**

First Solar provides profiles of its executive management staff in the corporate governance section of the investor website.

**Q: How do I report a change of address or lost stock certificates?**

Notify our Transfer Agent, Computershare, by phone at 781-575-4238 or by mail at:

P.O. Box 43023
Providence, RI 02940

**Q: How can I contact First Solar Investor Relations?**

First Solar Investor Relations can be contacted by telephone at 602-414-9315, by fax at 602-414-9415, or via the Web.

**Q: How do I apply for a job with First Solar?**

We utilize a web-based recruiting system for posting open job positions and managing applicants' resumes for all our global locations. If you are interested in applying for a position at one of our global offices, please visit our careers page. From there, you can search job postings, submit your application, and attach a resume. The information you submit will be sent for consideration to our internal human resources and recruiting department at the appropriate First Solar location.

If you are interested in applying for a position at one of our global manufacturing facilities, please contact the appropriate First Solar location in which you are seeking employment. For factory positions in Perrysburg, Ohio, please contact Phoenix Services at +1 419 885 2151.

**Q: Does First Solar send updates or rejection notices?**

Due to the extremely high volume of applications and resumes we receive, we currently do not provide status updates or notify applicants when a position has been filled.

**Q: Does First Solar offer internships?**

First Solar currently does not have an official internship program. Please visit our careers page upon completion of your studies to view our open job positions.

**Q: Where can I find approved First Solar pictures and fact sheets?**

Approved First Solar pictures and fact sheets are located on our media/press center.

INTERNET ARCHIVE
WayBackMachine
35 captures
17 Dec 09 - 14 Aug 14

http://www.firstsolar.com/en/faq.php    Go

DEC  FEB  APR
28
2010 2011 2012

Close ✖
Help ?

at no additional cost. First Solar will provide the module owner with the necessary materials, containers, and instructions for packaging and transport. The module owner's only responsibility is to dismantle and package the modules. First Solar estimates that more than 90% of all collected modules will be recycled into new products.

**Q:** **Do I have to wait until the modules have been in use for 25 years before I can recycle them?**

No. First Solar's Module Collection and Recycling Program is available at anytime to anyone in possession of First Solar modules.

**Q:** **Solar modules have a long life expectancy (25+ years.) How can First Solar customers be assured that the collection and recycling program will actually be available when the modules are ready for recycling?**

First Solar has designed its Module Collection and Recycling Program to be robust and independent — regardless of the financial condition of First Solar in the future. When each module is sold, First Solar deposits sufficient funds into custodial accounts in the name of a Trustee to cover estimated future module collection and recycling costs. First Solar deposits funds for 100% of modules sold in a given year. Our collection and recycling program is audited annually by an independent auditor.

**Q:** **Can I have the name and contact information of one of First Solar's associates in a specific role?**

First Solar protects the privacy of its associates and does not provide employee contact information to outside parties except for certain legitimate purposes (such as employment verification for a bank or mortgage company).

**Q:** **How do I inform First Solar of my company's capabilities?**

First Solar fosters a productive work environment and does not forward unsolicited calls or emails to other associates. If you would like to inform First Solar of your company's capabilities, please submit a general information inquiry. You will be notified if your information is forwarded to a specific department or contacted if there is an interest in pursuing this opportunity. Please note that due to the extremely high volume of inquiries we receive, we may not be able to reply to every solicitation.

**Q:** **How do I submit a solar industry survey or questionnaire to First Solar?**

First Solar completes numerous solar industry surveys and questionnaires throughout the year. To submit your survey or questionnaire to First Solar, please send an email to info@firstsolar.com. Please note that due to the extremely high volume of requests we receive, we may not be able to accommodate your request.

**Q:** **Does First Solar participate in community relations or corporate sponsorships?**

Yes, First Solar participates in various community relations and corporate sponsorship activities and evaluates each opportunity based on First Solar's mission, strategic objectives, and core values. If you would like to inform First Solar of a community relations or corporate sponsorship opportunity, please submit a general information inquiry.

**Q:** **Does First Solar provide company or solar industry information to students?**

Unfortunately, First Solar is unable to provide assistance to students for research projects. Students are welcome to visit our website at www.firstsolar.com for information about our company and products. The investor section of our website contains First Solar press releases, annual reports, quarterly reports, proxy statements, and event webcasts. We also recommend visiting the following websites for solar industry information:

Energy Information Administration Website for Kids
Website

Energy Efficiency and Renewable Energy Website for Kids
Website

Energy Star Kids
Website

**Q:** **Does First Solar offer any educational materials for teachers?**

First Solar is currently developing educational programs for teachers that we expect to release in 2010. In the mean time, teachers are welcome to visit our website at firstsolar.com for information about our company and products. The investor section of our website contains First Solar press releases, annual reports, quarterly reports, proxy statements, and event webcasts. We also recommend visiting the following websites for solar industry information:

Energy Information Administration Website for Kids
Website

Energy Efficiency and Renewable Energy Website for Kids
Website

Energy Star Kids
Website

**Q:** **Does First Solar offer public tours of its manufacturing facilities?**

Due to our proprietary technology and manufacturing processes, First Solar does not grant many tour requests. To request a tour of one of our manufacturing facilities, please submit a general information inquiry.

**Q:** **Do you have a question that hasn't been answered?**

If your question has not been answered on this page, please contact the appropriate First Solar department to submit your inquiry:



Exhibit 89

ROBBINS GELLER RUDMAN & DOWD LLP
Michael J. Dowd (CA SBN 135628) (Admitted *pro hac vice*)
Daniel S. Drosman (CA SBN 200643) (Admitted *pro hac vice*)
Jason A. Forge (CA SBN 181542) (Admitted *pro hac vice*)
Luke O. Brooks (CA SBN 212802) (Admitted *pro hac vice*)
Cody R. LeJeune (CA SBN 249242) (Admitted *pro hac vice*)
Darryl J. Alvarado (CA SBN 253213) (Admitted *pro hac vice*)
Christopher D. Stewart (CA SBN 270448) (Admitted *pro hac vice*)
Lonnie A. Browne (CA SBN 293171) (Admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
miked@rgrdlaw.com
dand@rgrdlaw.com
jforge@rgrdlaw.com
lukeb@rgrdlaw.com
clejeune@rgrdlaw.com
dalvarado@rgrdlaw.com
cstewart@rgrdlaw.com
lbrowne@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>      vs.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn and David Eaglesham,<br><br>                              Defendants. | No. 2:12-cv-00555-DGC<br><br>CLASS ACTION<br><br>LEAD PLAINTIFFS MINEWORKERS' PENSION SCHEME AND BRITISH COAL STAFF SUPERANNUATION SCHEME'S SECOND AMENDED RESPONSES TO DEFENDANT MICHAEL J. AHEARN'S FIRST SET OF INTERROGATORIES TO LEAD PLAINTIFFS |

1011495_1

inflated the price of First Solar's common stock, the date the artificial inflation commenced, and the date that the artificial inflation ended.

RESPONSE TO INTERROGATORY NO. 10:

Lead Plaintiffs incorporate each of the foregoing General Objections above as if set forth herein. Lead Plaintiffs object to this interrogatory as vague, ambiguous, overly broad and unduly burdensome. Lead Plaintiffs also object to this interrogatory on the grounds that it calls for a legal conclusion, legal argument, or expert opinion or input. Lead Plaintiffs further object to this interrogatory because it prematurely seeks information related to experts, expert testimony or opinion. Lead Plaintiffs further object that this interrogatory seeks irrelevant information because it is premised on a misinterpretation of the applicable legal standard and seeks information Lead Plaintiffs are not required to plead or prove in this case. Lead Plaintiffs also object to this interrogatory on the grounds that it seeks or requires the disclosure of information which is protected from discovery by the attorney work-product doctrine. Lead Plaintiffs further object to this interrogatory because the Court's November 25, 2013 Case Management Order Number 2 (Dkt. No. 177 at 2) provides that "[e]xpert discovery shall occur after the Court's final ruling on motions for summary judgment." Lead Plaintiffs further object to this interrogatory because the Court's January 9, 2015 ruling (Dkt. No. 264) provides that issues concerning stock price fluctuations should be addressed through expert testimony. The amount of the artificial inflation for each day during the Class Period will be quantified independently by Lead Plaintiffs' damages expert based on the available economic evidence. It is therefore premature to address this issue at this time.

Subject to and without waiving the foregoing objections, Lead Plaintiffs intend to provide their supplemental response to this Interrogatory after the close of expert discovery.

INTERROGATORY NO. 11:

Identify each disclosure by any person that you contend publicly corrected or revealed the falsity of each statement identified in your response to Interrogatory No. 4, including the

- 55 -

1011495_1

precise language of each disclosure, the date each disclosure was made, the person making each disclosure, and the document or forum in which each disclosure was communicated.

RESPONSE TO INTERROGATORY NO. 11:

Lead Plaintiffs incorporate each of the foregoing General Objections above as if set forth herein. In addition, Lead Plaintiffs object to this interrogatory as vague, ambiguous, overly broad and unduly burdensome. Lead Plaintiffs also object to this interrogatory on the grounds that it calls for a legal conclusion or a legal argument. Further, Lead Plaintiffs object to this interrogatory on the grounds that it seeks or requires the disclosure of information which is protected from discovery by the attorney work-product doctrine. Lead Plaintiffs object to this interrogatory because it prematurely seeks information related to experts and expert testimony or opinion, and the Court's November 25, 2013 Case Management Order Number 2 (Dkt. No. 177 at 2) provides that "[e]xpert discovery shall occur after the Court's final ruling on motions for summary judgment." Lead Plaintiffs further object to this interrogatory because the Court's January 9, 2015 ruling (Dkt. No. 264) provides that issues concerning the causes of stock price fluctuations should be addressed through expert testimony. Lead Plaintiffs expressly reserve the right to amend this interrogatory response following the close of expert discovery.

Subject to and without waiving the foregoing objections, Lead Plaintiffs respond as follows:

In First Solar's July 29, 2010 press release announcing its 2Q10 financial results, the Company reported financial results that accrued for $17.8 million in expenses and an additional $5.6 million in operating expenses related to the defective modules from the June 2008 through June 2009 time period.

On First Solar's July 29, 2010 conference call, defendant Gillette stated:

> Finally in Q2, are reflected costs associated with the modular replacement program.
>
> During the period from June of 2008 to June of 2009, a manufacturing excursion occurred, affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in affected modules.

- 56 -

1011495_1

> The root cause was identified and subsequently mitigated in June of 2009. Ongoing testing confirms the corrective actions are effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well under way, and in some cases complete.
>
> Some of these efforts go beyond our normal warranty coverage. We accrued the estimated full cost of these additional efforts in our Q2 results and Jens will discuss the financial impact in more detail.

On the July 29, 2010 conference call, defendant Meyerhoff further stated that: "During the second quarter, we accrued $17.8 million in cost of sales for expected module replacement costs in our cost of goods sold. In addition, we accrued $5.6 million of operating expenses associated with this process excursion, bringing our total accrued expenses to 27.4 million at the end of the second quarter."

The product defects also negatively impacted First Solar's revenues. In First Solar's July 29, 2010 press release the Company revealed this impact, although without specifically attributing it to the panel defects, as follows: "For 2010, First Solar forecasts net sales of $2.5 to $2.6 billion reflecting reallocation of module capacity from our systems business to meet stronger module demand by our European customers," which was $100 million lower than its previous guidance of $2.6 to $2.7 billion.

Because the full extent and impact of defendants' fraud was not disclosed until February 28, 2012, First Solar's stock price remained artificially inflated. The above disclosure from July 29, 2010 only served as a partial disclosure; defendants continued to affirmatively misrepresent the scope of the Company's product defect problems and conceal the full nature and extent of their fraud.

After the market closed on October 28, 2010, First Solar held a conference call to announce its 3Q10 results, during which defendant Gillette revealed that CPW increased sequentially for the first time: "Our manufacturing cost per watt was $0.77, which is . . . up $0.01 over Q2 of this year." Later during the call, defendant Meyerhoff confirmed that "[m]odule cost per watt produced for the third quarter was $0.77 up $0.01 sequentially."

Because the full extent and impact of defendants' fraud was not disclosed until October 28, 2010, First Solar's stock price remained artificially inflated. The above

- 57 -

disclosure from July 29, 2010 only served as a partial disclosure; defendants continued to affirmatively misrepresent the scope of the Company's product defect problems and conceal the full nature and extent of their fraud.

During the Company's February 24, 2011 conference call to announce First Solar's financial results for 4Q10 and FY10, defendant Gillette admitted that First Solar's 4Q10 net sales were "impacted by our decision to divert some volumes to expedite the module replacement program." Defendant James Zhu provided some additional detail about the negative effects of "deliver[ing] certain volumes to expedite the module replacement program," explaining that "[d]uring the fourth quarter we reserved an additional $8.5 million for the module replacement program." Again, because the full extent and impact of defendants' fraud was not disclosed until February 28, 2012, First Solar's stock price remained artificially inflated. The above disclosure from February 24, 2011 only served as a partial disclosure; defendants continued to affirmatively misrepresent the scope of the Company's product defect problems and conceal the full nature and extent of their fraud.

Another partial disclosure occurred on May 3, 2011 when the Company announced its 1Q11 earnings and disclosed a decline in average selling prices ("ASPs") and flat CPW. As defendant Mark Widmar explained, overall "[n]et sales for the first quarter were $567.3 million, down $42.5 million or 7% compared to the fourth quarter of 2010." He continued, explaining that "ASPs declined slightly." He also noted that "[l]ooking at our cost per watt, our module cost per watt in the first quarter was $0.75, flat with the prior quarter. Our core manufacturing costs per watt was [sic] also flat at $0.73."

Again, because the full extent and impact of defendants' fraud was not disclosed until May 3, 2011, First Solar's stock price remained artificially inflated. The above disclosure from February 24, 2011 only served as a partial disclosure; defendants continued to affirmatively misrepresent the scope of the Company's product defect problems and conceal the full nature and extent of their fraud.

On October 25, 2011, another serious symptom of First Solar's (still partially concealed) massive product problems manifested itself, as the Company issued a press

- 58 -

release announcing that it had replaced defendant Gillette as CEO with defendant Ahearn. The press release read in pertinent part as follows:

> The Board of Directors of First Solar, Inc. (NASDAQ: FSLR) today asked its Chairman and company founder, Mike Ahearn, to serve as interim Chief Executive Officer. Ahearn has accepted. Effective immediately, Rob Gillette is no longer serving as Chief Executive Officer, and the Board of Directors thanks him for his service to the company. The Board of Directors has formed a search committee and is initiating a search for a permanent Chief Executive Officer.

Again, because the full extent and impact of defendants' fraud was not disclosed until October 25, 2011, First Solar's stock price remained artificially inflated. The above disclosure from February 24, 2011 only served as a partial disclosure; defendants continued to affirmatively misrepresent the scope of the Company's product defect problems and conceal the full nature and extent of their fraud.

On December 14, 2011, First Solar issued a press release and held a conference call to update its 2011 financial guidance, slashing the Company's expected results for net sales, EPS and operating income. The press release was submitted to the SEC along with a Form 8-K signed by Mary Gustafsson. The press release read in pertinent part as follows:

> First Solar now forecasts 2011 net sales in the range of $2.8 to $2.9 billion, down from the Company's prior guidance range for net sales of $3.0 to $3.3 billion. The Company expects diluted earnings per share . . . for 2011 to be in the range of $5.75 to $6.00, with consolidated operating income of $575 to $600 million.

During the conference call, defendant Widmar provided the same decreased figures for net sales, EPS and operating income. First Solar's stock price remained artificially inflated, however, because defendants affirmatively misrepresented the scope of First Solar's product defect problems and continued to conceal the full nature and extent of their fraud.

On February 28, 2012, First Solar reported its 4Q11 and FY2011 results. In its press release, the Company surprised investors by revealing that earnings were negatively impacted by $1.67 per share from warranty and cost in excess of normal warranty expenses. Specifically, the press release stated: "Fourth quarter net loss per fully diluted share was $4.78, compared to a net income per fully diluted share of $2.25 in the third quarter of 2011 and $1.80 in the fourth quarter of 2010. The fourth quarter of 2011 was impacted by . . .

1011495_1

$164 million (reducing EPS by $1.67) related to warranty and cost in excess of normal warranty expense . . . ."

On the February 28, 2012 conference call, defendant Ahearn revealed further detail:

This quarter we incurred $125.8 million in additional warranty reserves to reflect an updated estimate of costs related to the manufacturing excursion that occurred between June 2008 and June 2009. As previously disclosed, a small percentage of product manufactured during that time period may experience premature power loss once in the field. First Solar identified and addressed the manufacturing excursion in June 2009, and later initiated a voluntary remediation program that goes above and beyond our standard warranty obligations.

The remediation program includes module removal, testing, replacement and logistical services, and additional compensation payments to customers under certain circumstances. A large volume of claims made under the remediation program were processed in the fourth quarter, and we identified a significant increase in remediation costs under the terms of our voluntary program.

Our estimates now benefit from having processed over 95% of the total claims submitted under the life of the program. The total cost of remediating the manufacturing [excursion] that occurred from June 2008 to June 2009, now stands at $215.7 million including $145.6 million above and beyond our standard warranty.

There are approximately 4% of the claims submitted for which we have not yet been able to determine if remediation is required. If it is determined that these claims should be remediated, there is at least the potential for additional cost of [as] much as $44 million.

On the February 28, 2012 conference call, defendant Widmar revealed:

Module manufacturing costs per watt for the fourth quarter was $0.73, which is down $0.01 quarter-over-quarter. This cost includes a $0.01 impact from the increase in warranty accrual rate, and a $0.01 headwind from plant underutilization.

*       *       *

In order to provide a comprehensive view of the manufacturing excursion and warranty charges in Q4, a breakdown is provided on slide ten. In the quarter, we expensed $163.5 million. Of this amount $125.8 million was for the manufacturing excursion. As Mike mentioned previously, a large volume of claims made under the manufacturing excursion program were processed in the fourth quarter, and we identified a significant increase in remediation costs under the terms of our voluntary program.

The Q4 costs associated with the manufacturing excursion is composed of three items. The first item is the cost to remove, replace and provide logistical services related to the manufacturing excursion. In the fourth quarter, we expensed $23.9 million for these efforts and have expensed $99.7 million to date.

- 60 -

The second item is expected payment to customers, under certain conditions, for power loss prior to the remediation of the customer's system. In the fourth quarter we expensed $31.8 million for this compensation, and have expensed $45.9 million to date.

The third item, $70.1 million, is due to an increase in the expected number of replacement modules above our standard warranty rate required for our remediation efforts.

Finally, we recognized a $37.8 million charge to increase our warranty accrual. We believe our PV modules are potentially subject to increase in cellular rates in hot climates. As our geographic mix of sales has shifted to hot climates, we have increased our warranty accrual. Our experience has shown that our warranty rates for hot climates are slightly higher than the return rates for temperate climates. With this change, our standard warranty accrual rate has been increased by one percentage point to account for the potential returns, going forward. We will continue to review our warranty accrual rate in the future and we'll adjust the rate as appropriate to reflect our actual experience.

* * *

Our operating cash flow guidance declined due to the 2012 cash impact associated with the incremental manufacturing excursion charges accrued as of the end of 2011.

Finally, on February 29, 2012, First Solar filed its Form 10-K with the SEC. It stated:

2008-2009 Manufacturing Excursion

During the period from June 2008 to June 2009, a manufacturing excursion occurred whereby certain modules manufactured during that time period may experience premature power loss once installed in the field. The root cause of the manufacturing excursion was identified and addressed in June 2009. Beginning in 2009, we initiated a voluntary remediation program beyond our standard limited warranty pursuant to which we made commitments to customers with systems containing modules manufactured during the relevant period that we would cover certain costs of remediation efforts. These remediation efforts included module removal, replacement and logistical services and additional compensation payments to customers under certain circumstances. Our best estimate for costs of our voluntary remediation program, as of and in each fiscal period in question, has been based on evaluation and consideration of the then-currently available information, including the estimated number of affected modules in the field, historical experience related to our voluntary remediation efforts, customer-provided data related to potentially affected systems and the estimated costs of performing the logistical services covered under our remediation program.

As part of our voluntary remediation program, we have worked with our customers to identify systems that are potentially affected by modules manufactured during the relevant period. Although we have been able to identify potentially affected systems, the logistics costs of identifying, testing and replacing individual affected modules within a site once they have been installed renders searching for and replacing individual affected modules impracticable for us when we are not the owner or operator of the site. In many cases we elected to remediate our customers' sites such that their overall

- 61 -

1011495_1

site performance matched the customers' expectations, and in doing so we determined that it was more efficient to either replace all modules within a site, for certain smaller sites below a size threshold, or, for larger sites, to identify groups, or strings, of modules that are underperforming, and replace the entire group or string with new modules. The additional information provided from sites that we have already remediated and modules we have removed and tested, permits us to identify the expected total number of modules necessary to remediate sites with potentially affected modules to match customers' expectations, and to refine the cost estimates for our voluntary remediation program. As we have continued remediation efforts under our voluntary remediation program, we have learned that, in light of the impracticality of identifying and replacing individual affected models, in order to remediate the energy loss impact at a system level, we are required to remove and replace several modules in the aggregate, including modules that might not have been affected by the manufacturing excursion. Removed modules are returned to us and are further tested to determine if the module can be resold or whether the module requires recycling under our solar module collection and recycling program.

In the fourth quarter of 2011, we accrued additional expenses in excess of standard product warranty liability relating to our voluntary remediation program. A principal driver behind such additional accrual was our greater understanding as of year-end, obtained through the processing of thousands of claims as described below, of the number of modules not affected in the manufacturing excursion that needed to be removed (and subsequently replaced) in order for us to be able to identify and remedy the number of modules actually affected by the manufacturing excursion. For additional information regarding accrued expenses in excess of standard product warranty liability relating to our voluntary remediation program, see Note 8. "Consolidated Balance Sheet Details," to our consolidated financial statements included in this Annual Report on Form 10-K. Our voluntary remediation program, and the related manufacturing excursion, also resulted in changes in estimates to our product warranty liability. For additional information regarding these changes, see Note 16. "Commitments and Contingencies," to our consolidated financial statements included in this Annual Report on Form 10-K.

In response to our communications to customers regarding our intent to undertake a voluntary remediation program, we received more than five thousand customer claims, which covered an installed base greater than our entire production output during the June 2008 - June 2009 timeframe. In our processing of these claims to date, we have determined that we will take remediation actions in accordance with our voluntary remediation program with respect to approximately 1,100 of such claims, approximately an additional 200 claims could, pending receipt of additional information, qualify for remediation, and the balance of approximately 4,000 claims have been or will be rejected as they did not meet the criteria for participation in our voluntary remediation program (including claims containing insufficient data necessary to evaluate them). We have expensed $215.7 million total to-date for the estimated costs of remediating systems affected by modules manufactured during the relevant period, including $145.6 million for remediation expenses beyond our limited warranty obligations and $70.1 million in product warranty expense reflecting the net increase in the expected number of replacement modules required in connection with our remediation efforts, as described in more detail under "-Results of Operations-Fiscal Years

- 62 -

1011495_1

Ended December 31, 2011 and December 31, 2010-Cost of Sales" and "-Results of Operations-Fiscal Years Ended December 31, 2011 and December 31, 2010-Selling, General and Administrative."

In addition to those customers with systems containing modules affected by the manufacturing excursion that we have already identified, we are working with a number of additional customers who have made claims and may have affected modules. We are in the process of gathering information to complete our analysis of these remaining claims. Based upon our experience to date with our remediation approach, together with the data currently available, we estimate that, if we ultimately remediate these systems under our current remediation program, we could incur additional costs of up to approximately $44 million. This includes approximately $24 million beyond our limited warranty obligations in connection with these claims, including the costs of actual remediation and the costs of additional compensation payments to customers under certain circumstances, and approximately $20 million related to additional product warranty liability."

Module Installation in Non-Temperate Climates

We believe our PV modules are potentially subject to increased failure rates in hot climates. This assumption is based on technical literature, data that we have developed internally including through accelerated-life testing, our analysis of modules returned under warranty, and our analysis of performance data from systems that we monitor under O&M agreements. Processes that are accelerated by higher ambient temperatures include stress corrosion cracking in glass, polymer creepage and impurity diffusion processes. For more information about risks related to thin film module product performance, please see Item 1A: "*Thin-film technology has a short history, and our thin-film technology and solar modules and systems may perform below expectations; problems with product quality or performance may cause us to incur significant and/or unexpected warranty and related expenses, damage our market reputation, and prevent us from maintaining or increasing our market share*." First Solar has an extensive deployment history in temperate climates, such as Europe. Our deployed volume into hot climates, such as the southwestern United States, is mostly recent. We have increased our warranty reserve by $37.8 million to reflect our exposure to this shift in the mix of geographic regions where our modules are installed. As we execute on our Long Term Strategic Plan, we expect to install higher volumes in non-temperate climates as part of our utility-scale offerings in Asia, the Middle East, Africa, Australia and the southwestern United States. Accordingly, we will continue to review our warranty reserve in the future to reflect actual installations in such non-temperate climates and adjust such reserve as appropriate. For additional information regarding changes in estimates to our product warranty liability see Note 16. "Commitments and Contingencies," to our consolidated financial statements included in this Annual Report on Form 10-K.

For additional facts responsive to this interrogatory, Lead Plaintiffs refer to their Response to

Interrogatory No. 8, which they incorporate by reference herein.

- 63 -

1011495_1

INTERROGATORY NO. 12:

For each disclosure that you identified in your response to Interrogatory No. 11, state all facts supporting your contention that each disclosure publicly corrected or revealed the falsity of each statement identified in your response to Interrogatory No. 4.

RESPONSE TO INTERROGATORY NO. 12:

Lead Plaintiffs incorporate each of the foregoing General Objections above as if set forth herein.  In addition, Lead Plaintiffs object to this interrogatory as vague, ambiguous, overly broad and unduly burdensome.  Lead Plaintiffs also object to this interrogatory on the grounds that it calls for a legal conclusion or a legal argument.  Further, Lead Plaintiffs object to this interrogatory on the grounds that it seeks or requires the disclosure of information which is protected from discovery by the attorney work-product doctrine.  And lastly, Lead Plaintiffs object to this interrogatory because it prematurely seeks information related to experts and expert testimony or opinion, and the Court's November 25, 2013 Case Management Order Number 2 (Dkt. No. 177 at 2) provides that "[e]xpert discovery shall occur after the Court's final ruling on motions for summary judgment."  Lead Plaintiffs further object to this interrogatory because the Court's January 9, 2015 ruling (Dkt. No. 264) provides that issues concerning the causes of stock price fluctuations should be addressed through expert testimony.  Lead Plaintiffs expressly reserve the right to amend this interrogatory response following the close of expert discovery.

Subject to and without waiving the foregoing objections, Lead Plaintiffs respond as follows: Lead Plaintiffs incorporate by reference their Response to Interrogatory No. 11. As explained in Lead Plaintiffs' Response to Interrogatory No. 11, the disclosures that revealed the materialization of the undisclosed risks, or the alleged truth, will be independently identified by Lead Plaintiffs' damages expert based on the available economic evidence.  It is premature to address all of the facts supporting the selected dates prior to the report by the expert identifying the dates.

- 64 -

1011495_1

For each event discussed in Interrogatory No. 11, defendants' disclosures were followed by statistically significant price declines. Defendants' fraud was a substantial factor in causing each of the declines.

On July 29, 2010, First Solar announced its 2Q10 earnings and for the first time publicly disclosed the manufacturing excursion, stating "during the period from June of 2008 to June of 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period." This was the first time First Solar publicly acknowledged the manufacturing excursion. The disclosure that a manufacturing excursion had occurred during the period from June 2008 to June 2009 amounted to a partial disclosure of the manufacturing excursion that previously had been concealed.

In addition, First Solar's July 29, 2010 reduction in its forecast of net sales from $2.5 to $2.6 billion was substantially caused by revenues lost due to the manufacturing excursion and remediation program.

First Solar's disclosure caused First Solar's stock price to decline on July 30, 2010 by a statistically significant amount in relation to its peer group and the market. Commentators and other market participants linked this decline to investors' concern about the product problems and management's failure to disclose the manufacturing excursion for more than a year.

This disclosure did not reveal the full extent of defendants' fraud, however, for the reasons set forth in Lead Plaintiffs' Response to Interrogatory No. 8.

On October 28, 2010, after the market closed, First Solar announced its 3Q10 results, revealing that CPW increased sequentially for the first time. This disclosure regarding cost per watt partially revealed that First Solar's thin film panels were not as cost efficient as previously represented, and that the Company's ability to maintain steady progress toward unsubsidized cost parity with fossil fuels may not be attained. First Solar's reported CPW increase resulted from revenues lost and expenses incurred from the manufacturing excursion.

- 65 -

1011495_1

This disclosure and related market commentary caused the Company's stock price to decline on October 29, 2010 by a statistically significant amount in relation to its peer group and the market.

This disclosure did not reveal the full extent of defendants' fraud, however, for the reasons set forth in Lead Plaintiffs' Response to Interrogatory No. 8.

On February 24, 2011, the Company announced its 4Q10 and FY10 results and disclosed there were additional millions in costs relating to the manufacturing excursion. This disclosure revealed to investors that the costs disclosed in July 2010 did not represent the total cost of the excursion, First Solar had not fully accrued for all excursion costs, the LPM remediation process was not completed, net sales and revenue were impacted by the Company's LPM remediation program and the Company was increasing its reserve by $8.5 million for the module replacement program. The Company's financial results and guidance adjustment resulted, at least in part, from the financial impact of the heat degradation and the manufacturing excursion.

This disclosure and related market commentary caused First Solar's stock price to decline on February 25 and 28, 2011 by a statistically significant amount in relation to its peer group and the market.

This disclosure did not reveal the full extent of defendants' fraud, however, for the reasons set forth in Lead Plaintiffs' Response to Interrogatory No. 8.

On May 3, 2011, First Solar announced its 1Q11 earnings and disclosed a decline in net sales and the average selling price, and flat CPW. First Solar's net sales decline, average selling price decline, and flat CPW resulted from the financial impact of the manufacturing excursion and heat degradation defect. These results also reflected the adverse impact panel defects were having on customer demand for First Solar modules.

This revelation and related market commentary caused the Company's stock to decline on May 4, 2011 by a statistically significant amount in relation to its peer group and the market. This disclosure did not reveal the full extent of defendants' fraud, however, for the reasons set forth in Lead Plaintiffs' Response to Interrogatory No. 8.

1011495_1

On October 25, 2011, First Solar announced the departure of CEO Gillette, triggering immediate speculation about declining fundamentals and accounting malfeasance. Securities analysts publicly commented on First Solar's disclosure. *See, e.g.*, FSLR00062182 (Raymond James analyst writing: "So, what could have prompted this sudden change? . . . . On the bearish side would be an accounting scandal. This could plausibly prompt the CEO's dismissal . . . ."); FSLR00033511 (Morgan Stanley analyst writing: "We believe that Robert Gillette's unexpected departure is likely a troubling sign of things to come. . . . We believe the uncertainty regarding the departure and the abrupt nature of the announcement will lead to negative speculation regarding the Company's fundamentals."). This revelation and the related market commentary caused First Solar's stock price to decline on October 25, 2011 by a statistically significant amount in relation to its peer group and the market. This disclosure did not reveal the full extent of defendants' fraud, however, for the reasons set forth in Lead Plaintiffs' Response to Interrogatory No. 8.

On December 14, 2011, First Solar held a conference call to cut its 2011 guidance. This reduction in guidance resulted at least in part, from the financial impact of the manufacturing excursion and heat degradation. The disclosure also reflected the adverse impact panel defects were having on customer demand for First Solar modules.

This revelation caused First Solar's stock price to decline on December 14, 2011 by a statistically significant amount in relation to its peer group and the market. This disclosure did not reveal the full extent of defendants' fraud, however, for the reasons set forth in Response to Interrogatory No. 8.

On February 28, 2012, after the market closed, First Solar released its 4Q11 results. On February 29, 2012, First Solar filed its Form 10-K for 2011 with the SEC. Both the earnings release and the Form 10-K revealed to the market new information about the financial impact and magnitude of the manufacturing excursion, and the existence and the financial impact of heat degradation.

- 67 -

1011495_1

'persuasive authority indicat[ing] that an officer or director who has signed false financial statements containing materially false and misleading statements qualifies as a control person.'") (quoting *Amgen*, 544 F. Supp. 2d at 1037).  More generally, allegations "that all the Individual Defendants held positions of control, and that 'they participated in drafting, preparing, and/or approving public reports and other statements and communications complained of[;] were and able to and did control the content of various SEC filings, press releases, and other public statements pertaining to the Company during the Class Period[;]' and 'were acting on behalf of the Company in the regular course of business'" are sufficient to establish control liability under §20(a).  *See Amgen*, 544 F. Supp. 2d at 1037 (internal citations omitted).

The Company in turn directly or indirectly controlled defendants Ahearn, Gillette, Meyerhoff, Zhu, Sohn, Eaglesham and Widmar.

DATED:  March 13, 2015

ROBBINS GELLER RUDMAN
  & DOWD LLP
Michael J. Dowd
Daniel S. Drosman
Jason A. Forge
Luke O. Brooks
Cody R. LeJeune
Darryl J. Alvarado
Christopher D. Stewart
Lonnie A. Browne


           s/ Christopher D. Stewart
          Christopher D. Stewart

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

- 73 -

1011495_1

BONNETT FAIRBOURN FRIEDMAN
  & BALINT, P.C.
Andrew S. Friedman (AZ005425)
Kevin Hanger (AZ027346)
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

Liaison Counsel for Plaintiffs

1011495_1

Exhibit 90

**Closing Price of First Solar, Inc. During Class Period, Compared to Peer Group**

| Date | FSLR | Peer Group | Date | FSLR | Peer Group |
|------|------|-----------|------|------|-----------|
| 4/30/2008 | $291.99 | $291.99 | 7/2/2008 | $247.84 | $243.72 |
| 5/1/2008 | $263.35 | $283.26 | 7/3/2008 | $253.65 | $244.72 |
| 5/2/2008 | $276.24 | $284.44 | 7/7/2008 | $256.80 | $251.13 |
| 5/5/2008 | $268.82 | $278.58 | 7/8/2008 | $262.00 | $250.11 |
| 5/6/2008 | $278.57 | $306.06 | 7/9/2008 | $265.40 | $242.36 |
| 5/7/2008 | $276.85 | $293.87 | 7/10/2008 | $280.00 | $253.07 |
| 5/8/2008 | $275.80 | $298.60 | 7/11/2008 | $279.10 | $254.84 |
| 5/9/2008 | $284.50 | $301.86 | 7/14/2008 | $285.96 | $269.99 |
| 5/12/2008 | $284.84 | $304.44 | 7/15/2008 | $277.00 | $264.22 |
| 5/13/2008 | $303.98 | $330.94 | 7/16/2008 | $288.60 | $286.21 |
| 5/14/2008 | $307.94 | $353.87 | 7/17/2008 | $278.42 | $267.31 |
| 5/15/2008 | $306.78 | $355.90 | 7/18/2008 | $279.27 | $262.67 |
| 5/16/2008 | $311.14 | $372.40 | 7/21/2008 | $281.18 | $268.63 |
| 5/19/2008 | $295.90 | $372.92 | 7/22/2008 | $266.45 | $254.30 |
| 5/20/2008 | $299.06 | $371.78 | 7/23/2008 | $259.72 | $252.87 |
| 5/21/2008 | $279.45 | $370.30 | 7/24/2008 | $264.09 | $233.87 |
| 5/22/2008 | $271.43 | $338.62 | 7/25/2008 | $262.46 | $241.67 |
| 5/23/2008 | $278.48 | $351.86 | 7/28/2008 | $266.90 | $235.52 |
| 5/27/2008 | $265.16 | $343.89 | 7/29/2008 | $277.57 | $257.25 |
| 5/28/2008 | $273.18 | $349.91 | 7/30/2008 | $285.00 | $258.28 |
| 5/29/2008 | $252.10 | $318.80 | 7/31/2008 | $285.03 | $255.02 |
| 5/30/2008 | $267.54 | $338.06 | 8/1/2008 | $280.74 | $251.48 |
| 6/2/2008 | $255.96 | $334.06 | 8/4/2008 | $267.24 | $241.97 |
| 6/3/2008 | $257.32 | $330.36 | 8/5/2008 | $264.29 | $244.89 |
| 6/4/2008 | $242.88 | $321.25 | 8/6/2008 | $269.00 | $247.16 |
| 6/5/2008 | $256.00 | $337.71 | 8/7/2008 | $265.97 | $244.58 |
| 6/6/2008 | $251.69 | $326.11 | 8/8/2008 | $257.87 | $236.17 |
| 6/9/2008 | $244.76 | $307.45 | 8/11/2008 | $248.00 | $235.91 |
| 6/10/2008 | $245.15 | $292.66 | 8/12/2008 | $250.43 | $250.84 |
| 6/11/2008 | $253.19 | $296.23 | 8/13/2008 | $260.03 | $255.47 |
| 6/12/2008 | $261.80 | $291.15 | 8/14/2008 | $260.00 | $257.56 |
| 6/13/2008 | $274.39 | $310.53 | 8/15/2008 | $264.92 | $273.93 |
| 6/16/2008 | $277.40 | $332.52 | 8/18/2008 | $256.92 | $267.93 |
| 6/17/2008 | $282.22 | $337.09 | 8/19/2008 | $258.74 | $270.04 |
| 6/18/2008 | $275.75 | $343.13 | 8/20/2008 | $272.99 | $299.07 |
| 6/19/2008 | $274.32 | $341.39 | 8/21/2008 | $279.27 | $302.15 |
| 6/20/2008 | $268.22 | $326.40 | 8/22/2008 | $282.82 | $317.06 |
| 6/23/2008 | $288.00 | $328.59 | 8/25/2008 | $271.04 | $317.10 |
| 6/24/2008 | $288.22 | $323.97 | 8/26/2008 | $272.76 | $300.87 |
| 6/25/2008 | $290.13 | $324.40 | 8/27/2008 | $277.00 | $298.00 |
| 6/26/2008 | $273.27 | $302.84 | 8/28/2008 | $278.00 | $300.87 |
| 6/27/2008 | $266.25 | $282.95 | 8/29/2008 | $276.65 | $308.71 |
| 6/30/2008 | $272.82 | $281.25 | 9/2/2008 | $260.60 | $287.23 |
| 7/1/2008 | $270.68 | $260.83 | 9/3/2008 | $247.14 | $269.64 |

1

sf-3517865

**Closing Price of First Solar, Inc. During Class Period, Compared to Peer Group**

| Date | FSLR | Peer Group | Date | FSLR | Peer Group |
|---|---|---|---|---|---|
| 9/4/2008 | $237.13 | $267.27 | 11/5/2008 | $152.09 | $116.16 |
| 9/5/2008 | $236.01 | $270.51 | 11/6/2008 | $143.60 | $102.15 |
| 9/8/2008 | $222.68 | $261.13 | 11/7/2008 | $149.67 | $109.43 |
| 9/9/2008 | $200.26 | $225.53 | 11/10/2008 | $138.50 | $106.05 |
| 9/10/2008 | $211.25 | $239.64 | 11/11/2008 | $130.90 | $97.92 |
| 9/11/2008 | $209.70 | $241.44 | 11/12/2008 | $110.06 | $80.87 |
| 9/12/2008 | $214.65 | $253.27 | 11/13/2008 | $125.31 | $88.20 |
| 9/15/2008 | $202.97 | $230.14 | 11/14/2008 | $116.78 | $82.86 |
| 9/16/2008 | $214.65 | $238.24 | 11/17/2008 | $115.55 | $81.79 |
| 9/17/2008 | $212.00 | $235.65 | 11/18/2008 | $110.56 | $74.38 |
| 9/18/2008 | $223.39 | $250.76 | 11/19/2008 | $101.13 | $66.22 |
| 9/19/2008 | $241.90 | $276.11 | 11/20/2008 | $87.23 | $49.69 |
| 9/22/2008 | $222.65 | $259.84 | 11/21/2008 | $92.81 | $55.76 |
| 9/23/2008 | $210.89 | $249.56 | 11/24/2008 | $112.62 | $67.40 |
| 9/24/2008 | $221.80 | $259.67 | 11/25/2008 | $117.19 | $74.20 |
| 9/25/2008 | $221.38 | $263.41 | 11/26/2008 | $127.77 | $82.11 |
| 9/26/2008 | $207.13 | $242.44 | 11/28/2008 | $124.84 | $85.63 |
| 9/29/2008 | $180.31 | $199.66 | 12/1/2008 | $110.20 | $72.34 |
| 9/30/2008 | $188.91 | $210.73 | 12/2/2008 | $116.12 | $71.84 |
| 10/1/2008 | $197.26 | $220.52 | 12/3/2008 | $133.72 | $78.99 |
| 10/2/2008 | $177.86 | $194.55 | 12/4/2008 | $122.00 | $73.85 |
| 10/3/2008 | $163.19 | $190.69 | 12/5/2008 | $128.54 | $79.60 |
| 10/6/2008 | $159.71 | $174.64 | 12/8/2008 | $134.84 | $86.75 |
| 10/7/2008 | $128.00 | $134.02 | 12/9/2008 | $117.11 | $78.75 |
| 10/8/2008 | $127.43 | $134.10 | 12/10/2008 | $119.68 | $84.57 |
| 10/9/2008 | $118.10 | $119.63 | 12/11/2008 | $117.57 | $83.68 |
| 10/10/2008 | $117.45 | $121.75 | 12/12/2008 | $116.92 | $84.95 |
| 10/13/2008 | $143.97 | $149.77 | 12/15/2008 | $111.20 | $82.77 |
| 10/14/2008 | $143.11 | $136.31 | 12/16/2008 | $126.61 | $86.65 |
| 10/15/2008 | $123.52 | $116.88 | 12/17/2008 | $141.94 | $94.81 |
| 10/16/2008 | $141.70 | $128.27 | 12/18/2008 | $137.88 | $88.92 |
| 10/17/2008 | $135.00 | $131.38 | 12/19/2008 | $140.68 | $92.56 |
| 10/20/2008 | $143.98 | $141.36 | 12/22/2008 | $133.01 | $88.08 |
| 10/21/2008 | $141.16 | $133.09 | 12/23/2008 | $137.37 | $87.18 |
| 10/22/2008 | $137.24 | $117.81 | 12/24/2008 | $133.73 | $85.97 |
| 10/23/2008 | $124.74 | $103.37 | 12/26/2008 | $135.01 | $87.35 |
| 10/24/2008 | $120.53 | $94.36 | 12/29/2008 | $135.99 | $90.01 |
| 10/27/2008 | $107.91 | $86.76 | 12/30/2008 | $135.65 | $101.81 |
| 10/28/2008 | $114.09 | $92.01 | 12/31/2008 | $137.96 | $98.84 |
| 10/29/2008 | $115.75 | $99.08 | 1/2/2009 | $151.50 | $106.42 |
| 10/30/2008 | $144.07 | $106.17 | 1/5/2009 | $157.80 | $114.76 |
| 10/31/2008 | $143.70 | $110.40 | 1/6/2009 | $153.71 | $111.11 |
| 11/3/2008 | $161.91 | $130.07 | 1/7/2009 | $148.50 | $100.71 |
| 11/4/2008 | $177.52 | $145.88 | 1/8/2009 | $155.36 | $108.27 |

2

**Closing Price of First Solar, Inc. During Class Period, Compared to Peer Group**

| Date | FSLR | Peer Group | Date | FSLR | Peer Group |
|---|---|---|---|---|---|
| 1/9/2009 | $162.54 | $108.68 | 3/16/2009 | $124.86 | $64.98 |
| 1/12/2009 | $149.93 | $97.01 | 3/17/2009 | $115.96 | $64.03 |
| 1/13/2009 | $141.10 | $94.95 | 3/18/2009 | $118.64 | $65.40 |
| 1/14/2009 | $133.38 | $86.19 | 3/19/2009 | $124.80 | $72.73 |
| 1/15/2009 | $142.58 | $93.35 | 3/20/2009 | $120.37 | $67.94 |
| 1/16/2009 | $145.42 | $91.43 | 3/23/2009 | $131.02 | $75.89 |
| 1/20/2009 | $137.76 | $82.78 | 3/24/2009 | $128.80 | $74.02 |
| 1/21/2009 | $141.42 | $85.31 | 3/25/2009 | $133.98 | $74.10 |
| 1/22/2009 | $137.30 | $78.44 | 3/26/2009 | $150.39 | $99.98 |
| 1/23/2009 | $137.51 | $82.71 | 3/27/2009 | $147.36 | $97.87 |
| 1/26/2009 | $139.05 | $82.37 | 3/30/2009 | $136.76 | $88.22 |
| 1/27/2009 | $141.08 | $84.22 | 3/31/2009 | $132.70 | $92.99 |
| 1/28/2009 | $145.88 | $87.96 | 4/1/2009 | $135.50 | $100.27 |
| 1/29/2009 | $136.89 | $84.05 | 4/2/2009 | $138.02 | $101.57 |
| 1/30/2009 | $142.80 | $88.40 | 4/3/2009 | $134.38 | $102.15 |
| 2/2/2009 | $138.27 | $82.72 | 4/6/2009 | $138.16 | $106.29 |
| 2/3/2009 | $140.46 | $84.35 | 4/7/2009 | $133.12 | $97.53 |
| 2/4/2009 | $144.91 | $87.65 | 4/8/2009 | $135.69 | $101.09 |
| 2/5/2009 | $149.79 | $86.84 | 4/9/2009 | $142.05 | $108.82 |
| 2/6/2009 | $146.30 | $89.41 | 4/13/2009 | $144.10 | $110.92 |
| 2/9/2009 | $148.94 | $92.87 | 4/14/2009 | $148.10 | $113.01 |
| 2/10/2009 | $145.23 | $90.68 | 4/15/2009 | $149.25 | $110.56 |
| 2/11/2009 | $146.86 | $88.46 | 4/16/2009 | $146.93 | $110.23 |
| 2/12/2009 | $145.60 | $88.53 | 4/17/2009 | $143.80 | $106.83 |
| 2/13/2009 | $144.45 | $87.95 | 4/20/2009 | $138.48 | $95.86 |
| 2/17/2009 | $133.63 | $81.68 | 4/21/2009 | $140.14 | $98.96 |
| 2/18/2009 | $129.22 | $77.67 | 4/22/2009 | $145.87 | $102.78 |
| 2/19/2009 | $131.30 | $72.21 | 4/23/2009 | $143.50 | $100.96 |
| 2/20/2009 | $134.01 | $68.54 | 4/24/2009 | $147.46 | $100.51 |
| 2/23/2009 | $124.84 | $64.37 | 4/27/2009 | $152.00 | $96.06 |
| 2/24/2009 | $137.68 | $71.02 | 4/28/2009 | $146.66 | $93.63 |
| 2/25/2009 | $107.65 | $66.35 | 4/29/2009 | $151.67 | $103.81 |
| 2/26/2009 | $105.00 | $64.46 | 4/30/2009 | $187.29 | $109.80 |
| 2/27/2009 | $105.74 | $62.69 | 5/1/2009 | $180.89 | $112.53 |
| 3/2/2009 | $103.97 | $56.27 | 5/4/2009 | $193.64 | $132.42 |
| 3/3/2009 | $110.44 | $57.97 | 5/5/2009 | $192.21 | $133.10 |
| 3/4/2009 | $113.25 | $62.81 | 5/6/2009 | $199.10 | $141.55 |
| 3/5/2009 | $109.79 | $56.92 | 5/7/2009 | $195.05 | $131.61 |
| 3/6/2009 | $108.49 | $56.67 | 5/8/2009 | $191.05 | $131.97 |
| 3/9/2009 | $108.36 | $55.14 | 5/11/2009 | $193.63 | $129.89 |
| 3/10/2009 | $120.24 | $62.62 | 5/12/2009 | $190.65 | $130.67 |
| 3/11/2009 | $119.48 | $61.69 | 5/13/2009 | $179.50 | $116.94 |
| 3/12/2009 | $126.50 | $63.14 | 5/14/2009 | $180.43 | $121.02 |
| 3/13/2009 | $129.55 | $64.72 | 5/15/2009 | $177.43 | $120.70 |

3

sf-3517865

**Closing Price of First Solar, Inc. During Class Period, Compared to Peer Group**

| Date | FSLR | Peer Group | Date | FSLR | Peer Group |
|---|---|---|---|---|---|
| 5/18/2009 | $184.90 | $126.58 | 7/21/2009 | $155.40 | $175.49 |
| 5/19/2009 | $189.70 | $140.23 | 7/22/2009 | $151.36 | $173.15 |
| 5/20/2009 | $202.40 | $147.69 | 7/23/2009 | $157.78 | $181.09 |
| 5/21/2009 | $193.20 | $143.38 | 7/24/2009 | $169.43 | $202.16 |
| 5/22/2009 | $191.72 | $137.65 | 7/27/2009 | $171.50 | $200.33 |
| 5/26/2009 | $179.51 | $150.26 | 7/28/2009 | $167.90 | $194.73 |
| 5/27/2009 | $180.69 | $161.79 | 7/29/2009 | $167.99 | $186.52 |
| 5/28/2009 | $183.75 | $161.24 | 7/30/2009 | $173.55 | $193.74 |
| 5/29/2009 | $190.29 | $171.75 | 7/31/2009 | $154.39 | $188.20 |
| 6/1/2009 | $189.06 | $180.06 | 8/3/2009 | $155.58 | $195.17 |
| 6/2/2009 | $184.50 | $177.33 | 8/4/2009 | $147.98 | $198.34 |
| 6/3/2009 | $178.51 | $167.56 | 8/5/2009 | $149.54 | $195.24 |
| 6/4/2009 | $184.25 | $188.09 | 8/6/2009 | $142.76 | $198.98 |
| 6/5/2009 | $182.10 | $191.51 | 8/7/2009 | $146.47 | $198.10 |
| 6/8/2009 | $183.97 | $187.90 | 8/10/2009 | $147.34 | $205.23 |
| 6/9/2009 | $182.88 | $193.99 | 8/11/2009 | $146.53 | $197.62 |
| 6/10/2009 | $186.75 | $200.50 | 8/12/2009 | $144.99 | $196.95 |
| 6/11/2009 | $184.10 | $194.87 | 8/13/2009 | $144.76 | $182.20 |
| 6/12/2009 | $183.80 | $184.56 | 8/14/2009 | $141.78 | $182.92 |
| 6/15/2009 | $178.98 | $173.48 | 8/17/2009 | $134.43 | $172.53 |
| 6/16/2009 | $172.04 | $175.67 | 8/18/2009 | $133.12 | $169.59 |
| 6/17/2009 | $168.31 | $168.10 | 8/19/2009 | $131.43 | $167.20 |
| 6/18/2009 | $170.25 | $166.22 | 8/20/2009 | $130.42 | $168.05 |
| 6/19/2009 | $173.46 | $170.25 | 8/21/2009 | $121.54 | $165.06 |
| 6/22/2009 | $162.30 | $156.37 | 8/24/2009 | $124.08 | $163.71 |
| 6/23/2009 | $164.42 | $160.93 | 8/25/2009 | $128.18 | $160.11 |
| 6/24/2009 | $171.19 | $169.43 | 8/26/2009 | $126.75 | $158.99 |
| 6/25/2009 | $159.48 | $168.31 | 8/27/2009 | $125.88 | $160.92 |
| 6/26/2009 | $160.72 | $167.77 | 8/28/2009 | $124.21 | $163.84 |
| 6/29/2009 | $157.20 | $166.90 | 8/31/2009 | $121.58 | $158.30 |
| 6/30/2009 | $162.20 | $169.13 | 9/1/2009 | $114.98 | $148.50 |
| 7/1/2009 | $155.29 | $172.89 | 9/2/2009 | $118.32 | $149.97 |
| 7/2/2009 | $154.20 | $169.84 | 9/3/2009 | $119.94 | $158.82 |
| 7/6/2009 | $149.60 | $157.68 | 9/4/2009 | $121.47 | $162.88 |
| 7/7/2009 | $144.74 | $148.69 | 9/8/2009 | $134.41 | $179.92 |
| 7/8/2009 | $149.58 | $139.44 | 9/9/2009 | $136.61 | $178.01 |
| 7/9/2009 | $146.11 | $143.98 | 9/10/2009 | $140.15 | $185.53 |
| 7/10/2009 | $143.10 | $136.88 | 9/11/2009 | $136.75 | $180.96 |
| 7/13/2009 | $145.79 | $142.55 | 9/14/2009 | $133.09 | $178.56 |
| 7/14/2009 | $141.54 | $144.55 | 9/15/2009 | $140.10 | $186.93 |
| 7/15/2009 | $148.61 | $155.04 | 9/16/2009 | $146.99 | $193.14 |
| 7/16/2009 | $145.18 | $160.69 | 9/17/2009 | $151.08 | $195.66 |
| 7/17/2009 | $144.55 | $161.22 | 9/18/2009 | $156.15 | $196.45 |
| 7/20/2009 | $146.64 | $161.54 | 9/21/2009 | $157.25 | $201.30 |

4

**Closing Price of First Solar, Inc. During Class Period, Compared to Peer Group**

| Date | FSLR | Peer Group | Date | FSLR | Peer Group |
|---|---|---|---|---|---|
| 9/22/2009 | $156.30 | $203.29 | 11/23/2009 | $121.42 | $200.85 |
| 9/23/2009 | $152.71 | $196.41 | 11/24/2009 | $119.25 | $192.52 |
| 9/24/2009 | $150.62 | $183.86 | 11/25/2009 | $120.97 | $194.91 |
| 9/25/2009 | $152.87 | $183.46 | 11/27/2009 | $120.30 | $192.78 |
| 9/28/2009 | $148.08 | $183.11 | 11/30/2009 | $119.11 | $201.06 |
| 9/29/2009 | $152.05 | $182.79 | 12/1/2009 | $122.02 | $208.04 |
| 9/30/2009 | $152.86 | $182.68 | 12/2/2009 | $121.71 | $210.53 |
| 10/1/2009 | $143.76 | $171.18 | 12/3/2009 | $128.12 | $211.84 |
| 10/2/2009 | $150.00 | $168.88 | 12/4/2009 | $129.62 | $211.53 |
| 10/5/2009 | $148.58 | $171.09 | 12/7/2009 | $135.18 | $225.15 |
| 10/6/2009 | $150.65 | $179.13 | 12/8/2009 | $133.54 | $219.45 |
| 10/7/2009 | $154.84 | $182.55 | 12/9/2009 | $135.36 | $219.37 |
| 10/8/2009 | $156.73 | $186.61 | 12/10/2009 | $132.94 | $214.16 |
| 10/9/2009 | $156.69 | $189.12 | 12/11/2009 | $133.10 | $214.60 |
| 10/12/2009 | $160.00 | $193.95 | 12/14/2009 | $138.65 | $224.10 |
| 10/13/2009 | $154.32 | $189.19 | 12/15/2009 | $138.99 | $229.72 |
| 10/14/2009 | $154.32 | $189.55 | 12/16/2009 | $136.74 | $229.48 |
| 10/15/2009 | $152.76 | $183.71 | 12/17/2009 | $135.73 | $224.66 |
| 10/16/2009 | $147.54 | $181.92 | 12/18/2009 | $135.67 | $227.26 |
| 10/19/2009 | $152.19 | $190.43 | 12/21/2009 | $136.99 | $239.23 |
| 10/20/2009 | $155.02 | $190.34 | 12/22/2009 | $135.50 | $238.11 |
| 10/21/2009 | $153.94 | $186.00 | 12/23/2009 | $132.58 | $241.09 |
| 10/22/2009 | $156.08 | $186.38 | 12/24/2009 | $133.80 | $238.27 |
| 10/23/2009 | $152.39 | $176.93 | 12/28/2009 | $134.83 | $238.60 |
| 10/26/2009 | $154.87 | $169.88 | 12/29/2009 | $135.54 | $234.34 |
| 10/27/2009 | $150.22 | $167.06 | 12/30/2009 | $136.79 | $235.33 |
| 10/28/2009 | $151.58 | $158.62 | 12/31/2009 | $135.40 | $234.89 |
| 10/29/2009 | $126.47 | $168.06 | 1/4/2010 | $135.46 | $245.32 |
| 10/30/2009 | $121.93 | $160.90 | 1/5/2010 | $137.40 | $262.72 |
| 11/2/2009 | $121.70 | $161.14 | 1/6/2010 | $140.02 | $268.26 |
| 11/3/2009 | $124.51 | $171.76 | 1/7/2010 | $140.48 | $263.98 |
| 11/4/2009 | $121.59 | $167.86 | 1/8/2010 | $139.68 | $269.41 |
| 11/5/2009 | $120.76 | $175.74 | 1/11/2010 | $138.24 | $274.33 |
| 11/6/2009 | $117.93 | $175.09 | 1/12/2010 | $132.98 | $263.96 |
| 11/9/2009 | $119.50 | $180.29 | 1/13/2010 | $132.12 | $259.64 |
| 11/10/2009 | $119.90 | $178.77 | 1/14/2010 | $124.84 | $239.85 |
| 11/11/2009 | $119.85 | $180.27 | 1/15/2010 | $124.07 | $228.24 |
| 11/12/2009 | $115.37 | $173.05 | 1/19/2010 | $123.94 | $228.86 |
| 11/13/2009 | $118.30 | $187.02 | 1/20/2010 | $119.50 | $218.71 |
| 11/16/2009 | $123.41 | $197.16 | 1/21/2010 | $119.12 | $209.07 |
| 11/17/2009 | $123.99 | $192.41 | 1/22/2010 | $112.39 | $193.15 |
| 11/18/2009 | $124.67 | $197.31 | 1/25/2010 | $111.72 | $200.06 |
| 11/19/2009 | $121.13 | $202.66 | 1/26/2010 | $115.13 | $206.26 |
| 11/20/2009 | $121.18 | $198.70 | 1/27/2010 | $114.14 | $200.34 |

5

**Closing Price of First Solar, Inc. During Class Period, Compared to Peer Group**

| Date | FSLR | Peer Group | Date | FSLR | Peer Group |
|------|------|-----------|------|------|-----------|
| 1/28/2010 | $114.35 | $197.45 | 4/1/2010 | $121.30 | $206.83 |
| 1/29/2010 | $113.30 | $194.46 | 4/5/2010 | $122.28 | $207.66 |
| 2/1/2010 | $117.49 | $201.48 | 4/6/2010 | $120.53 | $207.70 |
| 2/2/2010 | $117.37 | $207.20 | 4/7/2010 | $126.60 | $217.59 |
| 2/3/2010 | $119.07 | $208.56 | 4/8/2010 | $126.25 | $217.46 |
| 2/4/2010 | $113.46 | $192.82 | 4/9/2010 | $124.09 | $209.89 |
| 2/5/2010 | $114.19 | $198.86 | 4/12/2010 | $127.86 | $212.45 |
| 2/8/2010 | $111.21 | $189.96 | 4/13/2010 | $126.75 | $212.73 |
| 2/9/2010 | $113.29 | $194.92 | 4/14/2010 | $132.60 | $215.76 |
| 2/10/2010 | $109.33 | $192.06 | 4/15/2010 | $137.90 | $221.07 |
| 2/11/2010 | $113.81 | $199.64 | 4/16/2010 | $134.32 | $208.57 |
| 2/12/2010 | $115.10 | $201.22 | 4/19/2010 | $132.80 | $203.19 |
| 2/16/2010 | $121.36 | $213.21 | 4/20/2010 | $134.12 | $209.75 |
| 2/17/2010 | $124.22 | $210.16 | 4/21/2010 | $130.49 | $197.16 |
| 2/18/2010 | $126.29 | $209.63 | 4/22/2010 | $133.94 | $200.04 |
| 2/19/2010 | $116.00 | $196.95 | 4/23/2010 | $133.87 | $203.25 |
| 2/22/2010 | $113.09 | $191.41 | 4/26/2010 | $131.95 | $199.80 |
| 2/23/2010 | $105.78 | $184.20 | 4/27/2010 | $128.36 | $191.68 |
| 2/24/2010 | $105.13 | $180.48 | 4/28/2010 | $128.13 | $191.90 |
| 2/25/2010 | $102.97 | $182.80 | 4/29/2010 | $150.87 | $202.78 |
| 2/26/2010 | $105.75 | $183.67 | 4/30/2010 | $143.98 | $195.80 |
| 3/1/2010 | $105.62 | $186.01 | 5/3/2010 | $146.91 | $200.93 |
| 3/2/2010 | $107.26 | $191.05 | 5/4/2010 | $139.73 | $188.78 |
| 3/3/2010 | $107.64 | $194.84 | 5/5/2010 | $133.95 | $180.62 |
| 3/4/2010 | $108.05 | $200.29 | 5/6/2010 | $122.24 | $160.06 |
| 3/5/2010 | $108.62 | $200.86 | 5/7/2010 | $122.55 | $157.93 |
| 3/8/2010 | $108.64 | $194.94 | 5/10/2010 | $130.18 | $172.06 |
| 3/9/2010 | $106.22 | $193.61 | 5/11/2010 | $127.45 | $166.40 |
| 3/10/2010 | $110.95 | $199.40 | 5/12/2010 | $128.62 | $167.09 |
| 3/11/2010 | $113.69 | $203.87 | 5/13/2010 | $126.00 | $165.39 |
| 3/12/2010 | $115.53 | $203.46 | 5/14/2010 | $120.31 | $156.39 |
| 3/15/2010 | $114.92 | $199.37 | 5/17/2010 | $113.17 | $146.61 |
| 3/16/2010 | $115.24 | $199.17 | 5/18/2010 | $110.06 | $140.35 |
| 3/17/2010 | $114.53 | $201.75 | 5/19/2010 | $110.00 | $135.61 |
| 3/18/2010 | $115.13 | $194.40 | 5/20/2010 | $109.62 | $138.41 |
| 3/19/2010 | $113.30 | $190.06 | 5/21/2010 | $113.95 | $144.33 |
| 3/22/2010 | $109.36 | $187.89 | 5/24/2010 | $109.21 | $139.16 |
| 3/23/2010 | $112.02 | $195.01 | 5/25/2010 | $112.62 | $135.55 |
| 3/24/2010 | $109.45 | $193.14 | 5/26/2010 | $110.35 | $137.11 |
| 3/25/2010 | $112.05 | $190.61 | 5/27/2010 | $115.80 | $151.64 |
| 3/26/2010 | $116.50 | $196.71 | 5/28/2010 | $112.36 | $149.35 |
| 3/29/2010 | $119.37 | $207.95 | 6/1/2010 | $107.11 | $141.04 |
| 3/30/2010 | $122.18 | $211.62 | 6/2/2010 | $110.98 | $140.00 |
| 3/31/2010 | $122.65 | $206.72 | 6/3/2010 | $112.96 | $142.41 |

6

**Closing Price of First Solar, Inc. During Class Period, Compared to Peer Group**

| Date | FSLR | Peer Group | Date | FSLR | Peer Group |
|---|---|---|---|---|---|
| 6/4/2010 | $109.84 | $136.46 | 8/6/2010 | $129.34 | $173.38 |
| 6/7/2010 | $104.98 | $130.64 | 8/9/2010 | $129.95 | $176.48 |
| 6/8/2010 | $104.38 | $130.15 | 8/10/2010 | $129.22 | $170.95 |
| 6/9/2010 | $103.07 | $130.97 | 8/11/2010 | $125.44 | $159.77 |
| 6/10/2010 | $109.36 | $144.18 | 8/12/2010 | $124.65 | $161.67 |
| 6/11/2010 | $107.27 | $150.76 | 8/13/2010 | $124.52 | $160.13 |
| 6/14/2010 | $107.53 | $148.81 | 8/16/2010 | $125.05 | $159.47 |
| 6/15/2010 | $117.27 | $157.99 | 8/17/2010 | $125.86 | $163.04 |
| 6/16/2010 | $118.77 | $155.97 | 8/18/2010 | $125.08 | $164.47 |
| 6/17/2010 | $123.45 | $157.60 | 8/19/2010 | $123.21 | $161.06 |
| 6/18/2010 | $123.68 | $158.72 | 8/20/2010 | $125.03 | $158.62 |
| 6/21/2010 | $122.45 | $157.51 | 8/23/2010 | $126.29 | $155.89 |
| 6/22/2010 | $119.84 | $153.68 | 8/24/2010 | $125.16 | $152.39 |
| 6/23/2010 | $120.75 | $152.91 | 8/25/2010 | $124.98 | $154.01 |
| 6/24/2010 | $116.88 | $145.98 | 8/26/2010 | $126.68 | $153.22 |
| 6/25/2010 | $119.26 | $149.01 | 8/27/2010 | $128.88 | $162.56 |
| 6/28/2010 | $119.23 | $147.64 | 8/30/2010 | $126.28 | $157.53 |
| 6/29/2010 | $114.42 | $139.22 | 8/31/2010 | $127.85 | $161.21 |
| 6/30/2010 | $113.83 | $138.97 | 9/1/2010 | $130.17 | $168.73 |
| 7/1/2010 | $117.45 | $145.48 | 9/2/2010 | $134.89 | $172.60 |
| 7/2/2010 | $120.52 | $148.79 | 9/3/2010 | $136.45 | $174.56 |
| 7/6/2010 | $121.88 | $149.31 | 9/7/2010 | $134.79 | $172.56 |
| 7/7/2010 | $128.48 | $159.67 | 9/8/2010 | $137.25 | $175.91 |
| 7/8/2010 | $130.65 | $165.83 | 9/9/2010 | $138.34 | $174.58 |
| 7/9/2010 | $132.13 | $170.71 | 9/10/2010 | $138.41 | $176.67 |
| 7/12/2010 | $129.71 | $164.45 | 9/13/2010 | $138.85 | $178.56 |
| 7/13/2010 | $130.64 | $167.69 | 9/14/2010 | $141.27 | $181.26 |
| 7/14/2010 | $133.21 | $172.43 | 9/15/2010 | $140.26 | $178.84 |
| 7/15/2010 | $131.46 | $172.47 | 9/16/2010 | $144.74 | $178.97 |
| 7/16/2010 | $128.92 | $168.55 | 9/17/2010 | $144.88 | $175.72 |
| 7/19/2010 | $131.55 | $172.62 | 9/20/2010 | $145.82 | $178.04 |
| 7/20/2010 | $136.22 | $176.71 | 9/21/2010 | $146.00 | $179.07 |
| 7/21/2010 | $135.10 | $174.90 | 9/22/2010 | $143.55 | $180.18 |
| 7/22/2010 | $137.68 | $180.82 | 9/23/2010 | $143.23 | $181.29 |
| 7/23/2010 | $139.99 | $181.79 | 9/24/2010 | $147.09 | $186.65 |
| 7/26/2010 | $139.40 | $181.61 | 9/27/2010 | $147.91 | $184.04 |
| 7/27/2010 | $136.74 | $174.86 | 9/28/2010 | $148.52 | $186.85 |
| 7/28/2010 | $137.04 | $175.04 | 9/29/2010 | $149.27 | $196.35 |
| 7/29/2010 | $135.50 | $169.70 | 9/30/2010 | $147.35 | $205.71 |
| 7/30/2010 | $125.45 | $163.71 | 10/1/2010 | $147.23 | $199.21 |
| 8/2/2010 | $126.14 | $170.30 | 10/4/2010 | $142.27 | $188.29 |
| 8/3/2010 | $126.70 | $172.49 | 10/5/2010 | $142.63 | $188.86 |
| 8/4/2010 | $131.45 | $171.02 | 10/6/2010 | $138.64 | $192.87 |
| 8/5/2010 | $129.73 | $172.56 | 10/7/2010 | $140.56 | $195.51 |

7

**Closing Price of First Solar, Inc. During Class Period, Compared to Peer Group**

| Date | FSLR | Peer Group | Date | FSLR | Peer Group |
|---|---|---|---|---|---|
| 10/8/2010 | $137.62 | $192.11 | 12/10/2010 | $138.20 | $167.17 |
| 10/11/2010 | $139.50 | $202.23 | 12/13/2010 | $136.80 | $163.51 |
| 10/12/2010 | $137.01 | $199.20 | 12/14/2010 | $137.04 | $163.57 |
| 10/13/2010 | $136.93 | $202.09 | 12/15/2010 | $135.15 | $161.38 |
| 10/14/2010 | $142.27 | $204.16 | 12/16/2010 | $135.61 | $161.62 |
| 10/15/2010 | $144.56 | $192.89 | 12/17/2010 | $133.25 | $161.95 |
| 10/18/2010 | $147.07 | $192.42 | 12/20/2010 | $132.24 | $161.88 |
| 10/19/2010 | $143.92 | $180.53 | 12/21/2010 | $133.03 | $162.45 |
| 10/20/2010 | $143.39 | $182.81 | 12/22/2010 | $131.66 | $161.81 |
| 10/21/2010 | $145.07 | $178.23 | 12/23/2010 | $131.93 | $162.81 |
| 10/22/2010 | $145.55 | $179.16 | 12/27/2010 | $131.18 | $161.73 |
| 10/25/2010 | $147.15 | $182.71 | 12/28/2010 | $129.27 | $159.32 |
| 10/26/2010 | $148.15 | $183.55 | 12/29/2010 | $129.82 | $159.18 |
| 10/27/2010 | $150.30 | $186.23 | 12/30/2010 | $131.09 | $158.31 |
| 10/28/2010 | $151.15 | $185.00 | 12/31/2010 | $130.14 | $158.19 |
| 10/29/2010 | $137.68 | $178.14 | 1/3/2011 | $132.78 | $162.01 |
| 11/1/2010 | $134.44 | $173.60 | 1/4/2011 | $131.12 | $164.11 |
| 11/2/2010 | $137.64 | $178.00 | 1/5/2011 | $131.60 | $166.71 |
| 11/3/2010 | $137.64 | $182.44 | 1/6/2011 | $134.53 | $166.40 |
| 11/4/2010 | $136.48 | $189.22 | 1/7/2011 | $133.58 | $166.55 |
| 11/5/2010 | $138.83 | $194.03 | 1/10/2011 | $136.43 | $174.54 |
| 11/8/2010 | $140.26 | $196.94 | 1/11/2011 | $137.69 | $176.32 |
| 11/9/2010 | $138.62 | $188.25 | 1/12/2011 | $139.83 | $180.43 |
| 11/10/2010 | $140.11 | $185.51 | 1/13/2011 | $141.55 | $177.75 |
| 11/11/2010 | $140.95 | $180.46 | 1/14/2011 | $140.84 | $173.24 |
| 11/12/2010 | $138.39 | $172.02 | 1/18/2011 | $147.95 | $185.87 |
| 11/15/2010 | $139.66 | $174.65 | 1/19/2011 | $143.68 | $181.81 |
| 11/16/2010 | $130.69 | $166.56 | 1/20/2011 | $147.39 | $182.65 |
| 11/17/2010 | $122.83 | $159.97 | 1/21/2011 | $147.41 | $180.12 |
| 11/18/2010 | $123.64 | $161.92 | 1/24/2011 | $156.40 | $189.69 |
| 11/19/2010 | $126.75 | $164.50 | 1/25/2011 | $150.62 | $180.41 |
| 11/22/2010 | $124.53 | $163.02 | 1/26/2011 | $151.86 | $176.36 |
| 11/23/2010 | $124.20 | $160.68 | 1/27/2011 | $151.02 | $178.19 |
| 11/24/2010 | $126.39 | $164.84 | 1/28/2011 | $147.49 | $170.59 |
| 11/26/2010 | $126.22 | $162.76 | 1/31/2011 | $154.58 | $173.34 |
| 11/29/2010 | $122.35 | $159.36 | 2/1/2011 | $156.10 | $177.30 |
| 11/30/2010 | $122.85 | $152.68 | 2/2/2011 | $164.40 | $186.59 |
| 12/1/2010 | $126.74 | $155.40 | 2/3/2011 | $162.17 | $184.49 |
| 12/2/2010 | $131.47 | $160.19 | 2/4/2011 | $157.94 | $180.22 |
| 12/3/2010 | $131.04 | $165.68 | 2/7/2011 | $159.30 | $183.96 |
| 12/6/2010 | $134.05 | $169.48 | 2/8/2011 | $158.48 | $180.27 |
| 12/7/2010 | $130.98 | $165.97 | 2/9/2011 | $155.28 | $178.35 |
| 12/8/2010 | $133.50 | $163.92 | 2/10/2011 | $157.47 | $178.74 |
| 12/9/2010 | $133.22 | $164.02 | 2/11/2011 | $166.11 | $184.83 |

8

**Closing Price of First Solar, Inc. During Class Period, Compared to Peer Group**

| Date | FSLR | Peer Group | Date | FSLR | Peer Group |
|---|---|---|---|---|---|
| 2/14/2011 | $167.75 | $192.75 | 4/18/2011 | $136.94 | $161.86 |
| 2/15/2011 | $166.26 | $195.01 | 4/19/2011 | $134.26 | $161.36 |
| 2/16/2011 | $169.00 | $201.59 | 4/20/2011 | $138.47 | $165.11 |
| 2/17/2011 | $170.80 | $202.09 | 4/21/2011 | $137.22 | $165.20 |
| 2/18/2011 | $168.22 | $205.69 | 4/25/2011 | $134.71 | $164.68 |
| 2/22/2011 | $164.10 | $198.84 | 4/26/2011 | $136.49 | $165.32 |
| 2/23/2011 | $163.02 | $195.35 | 4/27/2011 | $138.59 | $164.23 |
| 2/24/2011 | $164.68 | $203.15 | 4/28/2011 | $138.39 | $169.49 |
| 2/25/2011 | $155.72 | $196.76 | 4/29/2011 | $139.57 | $182.48 |
| 2/28/2011 | $147.39 | $187.24 | 5/2/2011 | $137.53 | $178.13 |
| 3/1/2011 | $147.37 | $186.77 | 5/3/2011 | $134.66 | $171.71 |
| 3/2/2011 | $145.64 | $187.24 | 5/4/2011 | $126.31 | $167.21 |
| 3/3/2011 | $145.91 | $184.08 | 5/5/2011 | $127.91 | $166.37 |
| 3/4/2011 | $146.57 | $182.12 | 5/6/2011 | $129.96 | $170.56 |
| 3/7/2011 | $142.55 | $176.26 | 5/9/2011 | $130.04 | $170.43 |
| 3/8/2011 | $143.17 | $175.68 | 5/10/2011 | $128.51 | $172.19 |
| 3/9/2011 | $142.70 | $177.32 | 5/11/2011 | $124.30 | $168.55 |
| 3/10/2011 | $140.05 | $163.23 | 5/12/2011 | $132.07 | $169.11 |
| 3/11/2011 | $139.74 | $159.48 | 5/13/2011 | $125.65 | $165.14 |
| 3/14/2011 | $146.91 | $165.72 | 5/16/2011 | $125.28 | $161.35 |
| 3/15/2011 | $158.91 | $180.54 | 5/17/2011 | $126.62 | $155.94 |
| 3/16/2011 | $155.08 | $172.17 | 5/18/2011 | $129.24 | $156.45 |
| 3/17/2011 | $154.00 | $172.44 | 5/19/2011 | $128.37 | $154.67 |
| 3/18/2011 | $149.66 | $166.73 | 5/20/2011 | $126.38 | $149.75 |
| 3/21/2011 | $150.18 | $171.02 | 5/23/2011 | $124.10 | $145.20 |
| 3/22/2011 | $149.00 | $167.83 | 5/24/2011 | $123.89 | $148.46 |
| 3/23/2011 | $149.85 | $172.69 | 5/25/2011 | $120.62 | $147.73 |
| 3/24/2011 | $150.18 | $173.88 | 5/26/2011 | $117.96 | $151.26 |
| 3/25/2011 | $150.44 | $173.48 | 5/27/2011 | $121.37 | $153.51 |
| 3/28/2011 | $153.28 | $179.41 | 5/31/2011 | $124.25 | $161.64 |
| 3/29/2011 | $156.08 | $180.35 | 6/1/2011 | $119.71 | $153.84 |
| 3/30/2011 | $155.39 | $183.79 | 6/2/2011 | $120.54 | $154.92 |
| 3/31/2011 | $160.84 | $183.90 | 6/3/2011 | $118.66 | $151.45 |
| 4/1/2011 | $160.40 | $181.02 | 6/6/2011 | $116.63 | $148.99 |
| 4/4/2011 | $156.26 | $178.50 | 6/7/2011 | $117.86 | $153.14 |
| 4/5/2011 | $153.01 | $178.51 | 6/8/2011 | $114.39 | $143.35 |
| 4/6/2011 | $150.60 | $181.49 | 6/9/2011 | $114.06 | $143.18 |
| 4/7/2011 | $148.80 | $178.32 | 6/10/2011 | $117.09 | $140.51 |
| 4/8/2011 | $147.32 | $176.39 | 6/13/2011 | $116.31 | $144.30 |
| 4/11/2011 | $144.40 | $173.16 | 6/14/2011 | $119.30 | $154.13 |
| 4/12/2011 | $143.65 | $171.67 | 6/15/2011 | $116.76 | $145.94 |
| 4/13/2011 | $144.73 | $174.70 | 6/16/2011 | $118.83 | $145.34 |
| 4/14/2011 | $140.90 | $172.34 | 6/17/2011 | $121.55 | $145.13 |
| 4/15/2011 | $137.64 | $169.12 | 6/20/2011 | $125.02 | $141.22 |

9

**Closing Price of First Solar, Inc. During Class Period, Compared to Peer Group**

| Date | FSLR | Peer Group | Date | FSLR | Peer Group |
|---|---|---|---|---|---|
| 6/21/2011 | $124.65 | $145.01 | 8/23/2011 | $94.33 | $104.36 |
| 6/22/2011 | $122.95 | $151.58 | 8/24/2011 | $95.79 | $104.36 |
| 6/23/2011 | $122.45 | $152.05 | 8/25/2011 | $96.49 | $102.91 |
| 6/24/2011 | $116.56 | $150.86 | 8/26/2011 | $100.71 | $105.94 |
| 6/27/2011 | $116.68 | $152.53 | 8/29/2011 | $102.31 | $110.11 |
| 6/28/2011 | $124.61 | $154.43 | 8/30/2011 | $101.93 | $109.72 |
| 6/29/2011 | $129.42 | $156.65 | 8/31/2011 | $99.98 | $108.91 |
| 6/30/2011 | $132.27 | $162.15 | 9/1/2011 | $96.94 | $102.84 |
| 7/1/2011 | $133.06 | $160.24 | 9/2/2011 | $90.10 | $95.33 |
| 7/5/2011 | $132.09 | $158.91 | 9/6/2011 | $87.59 | $91.86 |
| 7/6/2011 | $131.53 | $156.18 | 9/7/2011 | $90.15 | $94.46 |
| 7/7/2011 | $132.87 | $155.13 | 9/8/2011 | $86.67 | $88.60 |
| 7/8/2011 | $132.60 | $152.59 | 9/9/2011 | $84.96 | $82.39 |
| 7/11/2011 | $126.93 | $147.69 | 9/12/2011 | $86.08 | $80.25 |
| 7/12/2011 | $123.97 | $142.81 | 9/13/2011 | $90.91 | $81.54 |
| 7/13/2011 | $125.18 | $145.80 | 9/14/2011 | $91.50 | $80.24 |
| 7/14/2011 | $123.19 | $142.69 | 9/15/2011 | $90.56 | $80.01 |
| 7/15/2011 | $124.64 | $144.62 | 9/16/2011 | $85.70 | $76.86 |
| 7/18/2011 | $121.93 | $140.86 | 9/19/2011 | $83.91 | $73.66 |
| 7/19/2011 | $123.94 | $145.24 | 9/20/2011 | $79.21 | $66.05 |
| 7/20/2011 | $123.36 | $144.73 | 9/21/2011 | $73.52 | $64.56 |
| 7/21/2011 | $125.20 | $145.15 | 9/22/2011 | $66.85 | $62.43 |
| 7/22/2011 | $124.12 | $150.20 | 9/23/2011 | $70.24 | $64.33 |
| 7/25/2011 | $120.60 | $143.74 | 9/26/2011 | $71.72 | $64.02 |
| 7/26/2011 | $120.27 | $142.61 | 9/27/2011 | $72.27 | $61.77 |
| 7/27/2011 | $116.60 | $137.18 | 9/28/2011 | $64.75 | $60.53 |
| 7/28/2011 | $117.65 | $136.38 | 9/29/2011 | $65.03 | $59.30 |
| 7/29/2011 | $118.23 | $138.88 | 9/30/2011 | $63.21 | $55.20 |
| 8/1/2011 | $117.39 | $139.69 | 10/3/2011 | $57.90 | $46.99 |
| 8/2/2011 | $115.04 | $136.20 | 10/4/2011 | $57.78 | $52.95 |
| 8/3/2011 | $115.25 | $132.05 | 10/5/2011 | $60.87 | $58.19 |
| 8/4/2011 | $107.94 | $117.78 | 10/6/2011 | $64.73 | $61.47 |
| 8/5/2011 | $105.43 | $115.83 | 10/7/2011 | $59.74 | $54.42 |
| 8/8/2011 | $99.88 | $101.62 | 10/10/2011 | $59.78 | $57.15 |
| 8/9/2011 | $99.70 | $110.88 | 10/11/2011 | $55.91 | $56.14 |
| 8/10/2011 | $100.36 | $110.51 | 10/12/2011 | $57.08 | $59.58 |
| 8/11/2011 | $103.04 | $118.97 | 10/13/2011 | $56.85 | $59.83 |
| 8/12/2011 | $104.13 | $113.94 | 10/14/2011 | $56.23 | $61.09 |
| 8/15/2011 | $106.10 | $121.75 | 10/17/2011 | $52.96 | $56.43 |
| 8/16/2011 | $104.46 | $119.81 | 10/18/2011 | $55.91 | $58.75 |
| 8/17/2011 | $99.46 | $115.97 | 10/19/2011 | $51.07 | $55.61 |
| 8/18/2011 | $94.77 | $105.04 | 10/20/2011 | $52.31 | $57.77 |
| 8/19/2011 | $88.68 | $98.04 | 10/21/2011 | $53.77 | $55.65 |
| 8/22/2011 | $87.70 | $96.67 | 10/24/2011 | $57.95 | $61.53 |

10

**Closing Price of First Solar, Inc. During Class Period, Compared to Peer Group**

| Date | FSLR | Peer Group | Date | FSLR | Peer Group |
|---|---|---|---|---|---|
| 10/25/2011 | $43.27 | $57.10 | 12/28/2011 | $32.12 | $45.76 |
| 10/26/2011 | $46.11 | $59.66 | 12/29/2011 | $32.86 | $46.62 |
| 10/27/2011 | $52.90 | $68.42 | 12/30/2011 | $33.76 | $47.04 |
| 10/28/2011 | $53.99 | $71.56 | 1/3/2012 | $35.79 | $49.99 |
| 10/31/2011 | $49.77 | $64.41 | 1/4/2012 | $34.70 | $50.32 |
| 11/1/2011 | $46.78 | $59.26 | 1/5/2012 | $35.48 | $50.29 |
| 11/2/2011 | $47.23 | $60.70 | 1/6/2012 | $35.27 | $49.34 |
| 11/3/2011 | $48.18 | $58.91 | 1/9/2012 | $36.84 | $51.35 |
| 11/4/2011 | $49.59 | $60.36 | 1/10/2012 | $38.77 | $53.70 |
| 11/7/2011 | $47.74 | $59.47 | 1/11/2012 | $41.80 | $66.25 |
| 11/8/2011 | $47.55 | $60.63 | 1/12/2012 | $41.59 | $69.19 |
| 11/9/2011 | $44.98 | $57.05 | 1/13/2012 | $39.92 | $64.71 |
| 11/10/2011 | $45.13 | $54.74 | 1/17/2012 | $40.00 | $66.13 |
| 11/11/2011 | $46.09 | $56.62 | 1/18/2012 | $42.99 | $69.77 |
| 11/14/2011 | $44.65 | $54.34 | 1/19/2012 | $38.70 | $62.72 |
| 11/15/2011 | $45.01 | $51.79 | 1/20/2012 | $38.45 | $62.83 |
| 11/16/2011 | $44.06 | $50.49 | 1/23/2012 | $37.87 | $60.82 |
| 11/17/2011 | $45.61 | $48.59 | 1/24/2012 | $38.08 | $60.53 |
| 11/18/2011 | $45.44 | $47.75 | 1/25/2012 | $38.61 | $61.12 |
| 11/21/2011 | $43.53 | $45.22 | 1/26/2012 | $40.94 | $63.47 |
| 11/22/2011 | $40.80 | $50.15 | 1/27/2012 | $45.54 | $67.71 |
| 11/23/2011 | $41.58 | $49.86 | 1/30/2012 | $43.80 | $67.66 |
| 11/25/2011 | $40.32 | $47.55 | 1/31/2012 | $42.28 | $63.76 |
| 11/28/2011 | $44.56 | $50.24 | 2/1/2012 | $42.68 | $63.72 |
| 11/29/2011 | $43.81 | $49.31 | 2/2/2012 | $44.74 | $65.62 |
| 11/30/2011 | $47.86 | $56.04 | 2/3/2012 | $45.16 | $66.45 |
| 12/1/2011 | $47.55 | $56.53 | 2/6/2012 | $46.49 | $67.56 |
| 12/2/2011 | $47.77 | $55.98 | 2/7/2012 | $46.59 | $66.32 |
| 12/5/2011 | $47.75 | $55.56 | 2/8/2012 | $45.81 | $73.35 |
| 12/6/2011 | $46.11 | $54.27 | 2/9/2012 | $49.03 | $82.17 |
| 12/7/2011 | $47.99 | $55.22 | 2/10/2012 | $43.91 | $77.45 |
| 12/8/2011 | $45.17 | $52.79 | 2/13/2012 | $41.72 | $75.56 |
| 12/9/2011 | $45.67 | $53.94 | 2/14/2012 | $39.21 | $69.93 |
| 12/12/2011 | $44.36 | $51.64 | 2/15/2012 | $39.11 | $67.82 |
| 12/13/2011 | $42.57 | $48.55 | 2/16/2012 | $39.71 | $66.94 |
| 12/14/2011 | $33.45 | $44.64 | 2/17/2012 | $42.59 | $73.00 |
| 12/15/2011 | $31.45 | $44.69 | 2/21/2012 | $42.38 | $75.15 |
| 12/16/2011 | $31.91 | $45.26 | 2/22/2012 | $40.45 | $71.79 |
| 12/19/2011 | $30.50 | $43.19 | 2/23/2012 | $37.20 | $65.76 |
| 12/20/2011 | $32.88 | $49.03 | 2/24/2012 | $35.58 | $62.98 |
| 12/21/2011 | $31.80 | $48.31 | 2/27/2012 | $36.13 | $62.95 |
| 12/22/2011 | $34.15 | $50.65 | 2/28/2012 | $36.40 | $64.39 |
| 12/23/2011 | $34.70 | $49.63 | | | |
| 12/27/2011 | $32.94 | $47.40 | | | |

sf-3517865

11