# Exhibit A

## Summary of Pled Defenses and
## Interrogatory Responses Regarding Defenses

|  | Treatment in Interrogatory Responses | Pled Defenses | Page No. in Responses |
|---|---|---|---|
| I | Defendants set forth facts supporting these defenses.  Plaintiffs do not seek summary judgment on these defenses. | Seventeen:  Good Faith Under Section 20(a) | 9–12 |
|  |  | Eighteen:  Lack of Culpable Participation | 12 |
| II | Defendants acknowledged that the following defenses do not constitute affirmative defenses.  Defendants withdrew most of these defenses to the extent they are construed as affirmative defenses (Nos. 1–4, 7, 10, 13–14, & 16).  Defendants reserve the right to rebut evidence that Plaintiffs may offer at trial to support their case in chief.\n\nWith respect to the forward-looking defenses (Nos. 11–12), Defendants further stated that these defenses are based on the "forward-looking and cautionary language referenced in, incorporated by, or appearing on the face of the documents or statements that the plaintiffs allege to contain false or misleading statements or omissions." | One:  Reliance on Others | 3 |
|  |  | Two:  Intervening or Superseding Acts of Third Parties | 3–4 |
|  |  | Three:  Publically Available Information | 4 |
|  |  | Four:  Lack of Justifiable Reliance | 4 |
|  |  | Five:  Right to Rebut Presumption of Reliance | 4 |
|  |  | Seven:  Other Factors Affecting Market Price | 5 |
|  |  | Ten:  Speculative Damages | 6 |
|  |  | Eleven:  Safe Harbor | 6-7 |
|  |  | Twelve:  Bespeaks Caution | 7 |
|  |  | Thirteen:  Materiality | 7 |
|  |  | Fourteen:  No Breach of Duty | 8 |
|  |  | Sixteen:  Lack of Impact on Market Price | 8 |
| III | Defendants objected to Plaintiffs' request as premature because no liability has been found against Defendants. | Nine:  Proportional Allocation of Fault | 6 |
| IV | Defendants stated that they are not aware of facts to support these defenses as to lead plaintiffs.  Defendants also stated that they have not yet had an opportunity to take discovery from absent class members, and reserved the right to provide facts in support of these affirmative defenses at the appropriate time. | Six:  Assumption of Risk | 4–5 |
|  |  | Eight:  Failure to Mitigate Damages | 5 |
|  |  | Fifteen:  Statute of Limitations | 8 |
|  |  | Nineteen:  Release | 12 |
|  |  | Twenty:  Res Judicata | 12–13 |

sf-3529137