James P. Bennett (*Admitted pro hac vice*)
JBennett@mofo.com
Paul Flum (*Admitted pro hac vice*)
PaulFlum@mofo.com
Jordan Eth (*Admitted pro hac vice*)
JEth@mofo.com
Judson E. Lobdell (*Admitted pro hac vice*)
JLobdell@mofo.com
Anna Erickson White (*Admitted pro hac vice*)
AWhite@mofo.com
Philip T. Besirof (*Admitted pro hac vice*)
PBesirof@mofo.com
Mark R.S. Foster (*Admitted pro hac vice*)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000

Maureen Beyers, Arizona Attorney No. 017134
MBeyers@omlaw.com
Joseph N. Roth, Arizona Attorney No. 025725
JRoth@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue
Phoenix, AZ 85012-2793
(602) 640-9000

Attorneys for Defendants
First Solar, Inc., Michael J. Ahearn, Robert J. Gillette,
Mark R. Widmar, Jens Meyerhoff, James Zhu,
Bruce Sohn, and David Eaglesham

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, individually and on behalf of all other persons similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham,<br><br>          Defendants. | Case No.    CV12-00555-PHX-DGC<br><br>**DECLARATION OF ANNA ERICKSON WHITE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DEFENDANTS' FIRST THROUGH SIXTEENTH, AND NINETEENTH THROUGH TWENTIETH AFFIRMATIVE DEFENSES** |

1. I, Anna Erickson White, am an attorney licensed to practice law in the State of California and am admitted *pro hac vice* to practice before this Court.  I am a partner with the law firm of Morrison & Foerster LLP, and I am counsel of record for Defendants First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham ("Defendants").  I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment Regarding Defendants' First Through Sixteenth, and Nineteenth Through Twentieth Affirmative Defenses.  I have personal knowledge of the facts stated below.

2. On January 27, 2015, Defendants received two sets of interrogatories from Plaintiffs, including (1) Lead Plaintiff Mineworkers' Pension Scheme's Second Set of Interrogatories to Defendant First Solar, Inc. and the Individual Defendants; and (2) Lead Plaintiff British Coal Staff Superannuation Scheme's Second Set of Interrogatories to Defendant First Solar, Inc. and the Individual Defendants.  Exhibit 1 is a true and correct copy of Lead Plaintiff Mineworkers' Pension Scheme's Second Set of Interrogatories to Defendant First Solar, Inc. and the Individual Defendants, which contains the interrogatory regarding affirmative defenses that is described in Plaintiffs' motion for summary judgment.

3. Taken together, the two sets of interrogatories described in paragraph 2 contain a total of 39 numbered interrogatories.  After counsel for Defendants separately counted each discrete question and sub-part contained in both sets of interrogatories, counsel concluded that these sets present a total of 89 separate interrogatories.

4. Between February 11, 2015, and February 13, 2015, Defendants' counsel conferred with Plaintiffs' counsel regarding the breadth of their interrogatories and the timing and content of Defendants' responses.

5. On March 13, 2015, Defendants served Plaintiffs with 85 pages of written responses to both sets of Plaintiffs' interrogatories.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on April 27, 2015, in San Francisco, California.

_____

Anna Erickson White