# Exhibit 1

ROBBINS GELLER RUDMAN & DOWD LLP
Michael J. Dowd (CA SBN 135628) (Admitted *pro hac vice*)
Tor Gronborg (CA SBN 179109) (Admitted *pro hac vice*)
Daniel S. Drosman (CA SBN 200643) (Admitted *pro hac vice*)
Jason A. Forge (CA SBN 181542) (Admitted *pro hac vice*)
Luke O. Brooks (CA SBN 212802) (Admitted *pro hac vice*)
Cody R. LeJeune (CA SBN 249242) (Admitted *pro hac vice*)
Darryl J. Alvarado (CA SBN 253213) (Admitted *pro hac vice*)
Christopher D. Stewart (CA SBN 270448) (Admitted *pro hac vice*)
Jennifer N. Caringal (CA SBN 286197) (Admitted *pro hac vice*)
Lonnie A. Browne (CA SBN 293171) (Admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
miked@rgrdlaw.com
torg@rgrdlaw.com
dand@rgrdlaw.com
jforge@rgrdlaw.com
lukeb@rgrdlaw.com
clejeune@rgrdlaw.com
dalvarado@rgrdlaw.com
cstewart@rgrdlaw.com
jcaringal@rgrdlaw.com
lbrowne@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn and David Eaglesham, <br><br> Defendants. | No. 2:12-cv-00555-DGC <br><br> <u>CLASS ACTION</u> <br><br> LEAD PLAINTIFF MINEWORKERS' PENSION SCHEME'S SECOND SET OF INTERROGATORIES TO DEFENDANT FIRST SOLAR, INC. AND THE INDIVIDUAL DEFENDANTS |

1002284_1

Pursuant to Federal Rules of Civil Procedure 26 and 33, and subject to the definitions set forth below, Lead Plaintiff Mineworkers' Pension Scheme requests that defendant First Solar, Inc. and individual defendants Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn and David Eaglesham answer Lead Plaintiff Mineworkers' Pension Scheme's Second Set of Interrogatories to Defendant First Solar, Inc., and the Individual Defendants in writing, under oath within 30 days of service.

## I.    INSTRUCTIONS

1.    In answering the following interrogatories, you are requested to furnish all information available to you, including all information in the possession of your counsel, investigators and all other persons acting on your behalf.

2.    If you cannot answer any interrogatory after exercising due diligence to do so, please identify the parts of the interrogatory you cannot answer, state the reasons why you are unable to provide an answer, and answer the remainder as completely as you can.

3.    If you object to answering an interrogatory in whole or in part, you must specifically state the grounds for your objection, including by identifying any facts which support your objection.

4.    If you claim any form of privilege, whether based on statute or otherwise, as a ground for not answering, identify the privilege that forms the basis for your objection and provide sufficient facts to justify your claim, including by identifying all persons who are in possession of or have the right to obtain the requested information, describing the steps you have taken to preserve the privilege you contend is applicable to the requested information, and identifying each and every fact and authority upon which you base your claim of privilege.

5.    These interrogatories shall be deemed subject to the duty to supplement as set forth in Fed. R. Civ. P. 26(e). You are obligated to supplement or correct your answers in a timely manner if you learn that your response is materially incorrect or incomplete, including by reason of information that becomes available to you after your answers hereto are served.

- 1 -

1002284_1

6.      Unless otherwise specified, the time period applicable to these interrogatories is April 1, 2008 to the present.

## II.    DEFINITIONS

Unless otherwise stated, the terms set forth below are defined as follows:

1.      "Class Period" refers to the period April 30, 2008 to February 28, 2012, inclusive.

2.      "Defendants" means First Solar and the Individual Defendants.

3.      "First Solar" refers to First Solar, Inc. and its predecessors, successors, divisions, subsidiaries, officers, directors, employees, agents or anyone acting or purporting to act on its behalf.

4.      "Identify" or "identifying" when used to refer to a document shall mean to provide the bates number of the document, however, if the document has not been assigned a bates number in connection with this action, then: (i) the date of each document; (ii) the type of each document (*e.g.*, letters, memos, etc.); (iii) the name of the author(s) of each document; and (iv) the present location of each such document or copies thereof.

5.      "Individual Defendants" means Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham.

6.      "Manufacturing Excursion" or "LPM" refers to the issue described by First Solar in its SEC filings as follows: "During the period from June 2008 to June 2009, a manufacturing excursion occurred [that] could result in in possible premature power loss in affected modules."

7.      "Refurbished Modules" means any module that was returned as part of the LPM remediation process and placed in inventory.

8.      "You" and "your" refer to First Solar and the Individual Defendants.

9.      The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the subject matter category all responses that otherwise might be construed to be outside of its scope.

- 2 -

1002284_1

10.    The use of the singular shall be deemed to include the plural, and the use of one gender or pronoun shall include all others, as appropriate in context.

## III.    INTERROGATORIES

INTERROGATORY NO. 3:

Identify all facts supporting each of the affirmative defenses in your Answer.

INTERROGATORY NO. 4:

Identify the total number of modules returned as part of the LPM remediation process.

INTERROGATORY NO. 5:

Identify the total number of Refurbished Modules sold by you.

INTERROGATORY NO. 6:

For Interrogatory No. 5, identify the following information: (a) the date of the sale; (b) the name of the customer; (c) the dollar amount of the sale; (d) the number and labeled wattage of modules sold; and (e) the total number of watts sold.

INTERROGATORY NO. 7:

For Interrogatory No. 6, state all facts and identify all documents that support your response.

INTERROGATORY NO. 8:

State all facts and identify all documents that support the statement in your Form 10-Q for the second quarter of 2010 that "[d]uring the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period."

INTERROGATORY NO. 9:

State all facts and identify all documents that support the statement in your Form 10-K for 2010 that "[d]uring the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period."

- 3 -

1002284_1

INTERROGATORY NO. 10:

State all facts and identify all documents that support the statement in your Form 10-Q for the third quarter of 2011 that "[d]uring the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period."

INTERROGATORY NO. 11:

State all facts and identify all documents that support the statement in your November 3, 2011 Earnings Conference Call that "[i]t is important to note that we did not take these charges because our estimate of the percentage of modules with defects from the manufacturing excursion has changed.  It remains still less than 4% of the modules produced from June 2008 to June 2009."

INTERROGATORY NO. 12:

State all facts and identify all documents that support the statement in your November 3, 2011 Earnings Conference Call that "[w]e have substantially concluded the remediation programs associated with this manufacturing excursion."

INTERROGATORY NO. 13:

State all facts and identify all documents that support the statement in your December 14, 2011 Guidance Announcement Call that "[w]e have had on occasion issues and they are dealt with.  We cover them.  That has all been reflected in our financials."

INTERROGATORY NO. 14:

As of the date that you filed the Form 10-Q for the first quarter 2010, state your estimate of the total number of modules affected by the Manufacturing Excursion and all facts supporting your estimate.

INTERROGATORY NO. 15:

As of the date that you filed the Form 10-Q for the second quarter 2010, state your estimate of the total number of modules affected by the Manufacturing Excursion and all facts supporting your estimate.

- 4 -

1002284_1

INTERROGATORY NO. 16:

As of the date that you filed the 2010 Form 10-K, state your estimate of the total number of modules affected by the Manufacturing Excursion and all facts supporting your estimate.

INTERROGATORY NO. 17:

As of the date that you filed the Form 10-Q for the first quarter 2011, state your estimate of the total number of modules affected by the Manufacturing Excursion and all facts supporting your estimate.

INTERROGATORY NO. 18:

As of the date that you filed the Form 10-Q for the second quarter 2011, state your estimate of the total number of modules affected by the Manufacturing Excursion and all facts supporting your estimate.

INTERROGATORY NO. 19:

As of the date that you filed the Form 10-Q for the third quarter 2011, state your estimate of the total number of modules affected by the Manufacturing Excursion and all facts supporting your estimate.

INTERROGATORY NO. 20:

As of the date that you filed the 2011 Form 10-K, state your estimate of the total number of modules affected by the Manufacturing Excursion and all facts supporting your estimate.

INTERROGATORY NO. 21:

State your current estimate of the total number of modules affected by the Manufacturing Excursion and all facts supporting your estimate.

INTERROGATORY NO. 22:

As of the date you filed the Form 10-Q for the second quarter of 2010, state your estimate of the total number of modules manufactured during the period from June 2008 to June 2009 and all facts supporting that estimate.

- 5 -

1002284_1

INTERROGATORY NO. 23:

As of the date you filed the Form 10-Q for the third quarter of 2011, state your estimate of the total number of modules manufactured during the period from June 2008 to June 2009 and all facts supporting that estimate.

INTERROGATORY NO. 24:

If your responses to Interrogatory Nos. 22 and 23 are not identical, state every fact and identify all documents supporting the change in your estimate of the total number of modules manufactured during the period from June 2008 to June 2009.

INTERROGATORY NO. 25:

State your current estimate of the total number of modules affected by the Manufacturing Excursion returned to you and all facts supporting your estimate.

DATED: January 27, 2015

ROBBINS GELLER RUDMAN
  & DOWD LLP
Michael J. Dowd
Tor Gronborg
Daniel S. Drosman
Jason A. Forge
Luke O. Brooks
Cody R. LeJeune
Darryl J. Alvarado
Christopher D. Stewart
Jennifer N. Caringal
Lonnie A. Browne


                    s/ Daniel S. Drosman
_____
            DANIEL S. DROSMAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

- 6 -

1002284_1

BONNETT FAIRBOURN FRIEDMAN
  & BALINT, P.C.
Andrew S. Friedman (AZ005425)
Kevin Hanger (AZ027346)
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  602/274-1100
602/274-1199 (fax)

Liaison Counsel for Plaintiffs

1002284_1

- 7 -

## DECLARATION OF SERVICE

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2.      That on January 27, 2015, declarant caused to be served LEAD PLAINTIFF MINEWORKERS' PENSION SCHEME'S SECOND SET OF INTERROGATORIES TO DEFENDANT FIRST SOLAR, INC. AND THE INDIVIDUAL DEFENDANTS via hand delivery to Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94015. The parties were also served via electronic mail addressed to FSLR@mofo.com.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 27, 2015, at San Diego, California.

_____
s/Karen E. Cook
KAREN E. COOK

1002284_1