ROBBINS GELLER RUDMAN & DOWD LLP
Michael J. Dowd (CA SBN 135628) (Admitted *pro hac vice*)
Daniel S. Drosman (CA SBN 200643) (Admitted *pro hac vice*)
Jason A. Forge (CA SBN 181542) (Admitted *pro hac vice*)
Luke O. Brooks (CA SBN 212802) (Admitted *pro hac vice*)
Cody R. LeJeune (CA SBN 249242) (Admitted *pro hac vice*)
Darryl J. Alvarado (CA SBN 253213) (Admitted *pro hac vice*)
Christopher D. Stewart (CA SBN 270448) (Admitted *pro hac vice*)
Lonnie A. Browne (CA SBN 293171) (Admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
miked@rgrdlaw.com
dand@rgrdlaw.com
jforge@rgrdlaw.com
lukeb@rgrdlaw.com
clejeune@rgrdlaw.com
dalvarado@rgrdlaw.com
cstewart@rgrdlaw.com
lbrowne@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn and David Eaglesham, <br><br> Defendants. | No. 2:12-cv-00555-DGC <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF DANIEL S. DROSMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

1024407_1

I, DANIEL S. DROSMAN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted to practice *pro hac vice* before this Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following documents:

| MSJ Ex. No. | Description |
|---|---|
| 1 | Email from David Eaglesham to Mike Koralewski re daily update field activities dated June 17, 2009 [Koralewski Depo. Ex. 90; FSLR01111869-72] [filed under seal] |
| 2 | Email from Jens Meyerhoff to Robert Gillette re EMEA GA weekly report for Oct. 03-09 dated Oct. 11, 2009 [Meyerhoff Depo. Ex. 337; FSLR02179054-61] [filed under seal] |
| 3 | Relevant excerpts from transcript to the deposition of Thomas Kuster, taken Feb. 18, 2015 [filed under seal] |
| 4 | Email from Samantha Sloan to David Eaglesham re Smart derate – requests ahead of tomorrow's call dated Apr. 26, 2011 [Sloan Depo. Ex. 439; FSLR01141026-29] [filed under seal] |
| 5 | Email from Adrianne Kimber to Karl Brutsaert re Degradation Position Paper Discussion, Part Two dated Mar. 16, 2010 [Kimber Depo. Ex. 29; BASELINE R 00000017-20] [filed under seal] |
| 6 | Relevant excerpts from transcript to the deposition of Georgette Gillen, taken Aug. 7, 2014 [filed under seal] |
| 7 | Relevant excerpts from transcript to the deposition of Mark Widmar, taken Jan. 21, 2015 [filed under seal] |
| 8 | Relevant excerpts from transcript to the deposition of Jens Meyerhoff, taken Feb. 17, 2015 [filed under seal] |
| 9 | Email from Bruce Sohn to Mike Koralewski re LPM dated Jan. 21, 2010 [Sohn Depo. Ex. 297; SOHN00001006-10] [filed under seal] |
| 10 | Email from Larry Polizzotto to Bruce Sohn re Ballooning Warranty Settlement Expenses Raise Concerns Over Module dated May 6, 2010 [Sohn Depo. Ex. 306; FSLR01168425-29] [filed under seal] |
| 11 | Relevant excerpts from transcript to the deposition of Robert Jared Gillette, taken Feb. 20, 2015 [filed under seal] |
| 12 | Relevant excerpts from transcript to the deposition of James Zhu, taken Jan. 29, 2015 [filed under seal] |
| 13 | Relevant excerpts from transcript to the deposition of Mark Widmar, taken Feb. 5, 2015 [filed under seal] |
| 14 | Relevant excerpts from transcript to the deposition of Bruce Sohn, taken Feb. 6, 2015 [filed under seal] |

- 1 -

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 15 | Relevant excerpts from transcript to the deposition of David Eaglesham, taken Jan. 21, 2015 [filed under seal] |
| 16 | Meeting invitation for Disclosure Committee Meeting #2 – Q3 09 Close, dated Sept. 30, 2009 [Ahearn Depo. Ex. 317; FSLR01941118-23] [filed under seal] |
| 17 | Calendar meeting invitation for Disclosure meeting #3 Q3 09 close dated Oct. 20, 2009 [Ahearn Depo. Ex. 318; FSLR02120633-36] [filed under seal] |
| 18 | Minutes of a Meeting of the First Solar, Inc. Board of Directors dated July 26-27, 2010 [Ahearn Depo. Ex. 325; FSLR01465532-48] [filed under seal] |
| 19 | Relevant excerpts from transcript to the deposition of Bryan Schumaker, taken Jan. 19, 2015 [filed under seal] |
| 20 | Email from Bryan Schumaker to Thomas Kuster and Mike Koralewski re 2011 change in Estimate to Warranty Rate - Draft dated Feb. 12, 2012 [Kuster Depo. Ex. 375; FSLR01074089-11] [filed under seal] |
| 21 | Relevant excerpts from transcript to the deposition of Michael S. Koralewski, taken Feb. 26, 2015 [filed under seal] |
| 22 | Relevant excerpts from transcript to the deposition of Michael S. Koralewski, taken Dec. 17, 2014 [filed under seal] |
| 23 | Email from Mike Koralewski to Tymen DeJong re just met with Tymen dated Apr. 25, 2010 [Koralewski Depo. Ex. 97; FSLR01357987-92] [filed under seal] |
| 24 | Email from Moritz Ilg to Brian Barnett et al. re Warranty Failure Rates and Accruals dated Jan. 16, 2012 [Kuster Depo. Ex. 364; FSLR00298032-42] [filed under seal] |
| 25 | Email from Mike Koralewski to Bruce Sohn re LPM Review April 13, 2010 dated June 14, 2010 [Sohn Depo. Ex. 301; FSLR00353762-829] [filed under seal] |
| 26 | Board of Directors Meeting presentation dated Feb. 21, 2012 [Widmar Depo. Ex. 286; FSLR02109243-334] [filed under seal] |
| 27 | Email from Mike Koralewski to James Zhu re follow up on our conversations dated Feb. 9, 2010 [Koralewski Depo. Ex. 458; FSLR00355885-91] [filed under seal] |
| 28 | Relevant excerpts from transcript to the deposition of John Sokol, taken Dec. 11, 2014 [filed under seal] |
| 29 | Email from Jim Sorensen to David Eaglesham re STBi Control Chart Presentation dated Feb. 5, 2010 [Koralewski Depo. Ex. 457; FSLR00354996-032] [filed under seal] |
| 30 | Powerpoint presentation entitled Quality Assessment Focus Team, Accomplishments 2009-11-18 [Koralewski Depo. Ex. 456; FSLR00208083-91] [filed under seal] |
| 31 | Email from Dan Beitzel to Jim Sorensen re FPL correlation curve dated Apr. 28, 2010 [Koralewski Depo. Ex. 461; FSLR02065476-84] [filed under seal] |

- 2 -

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 32 | Email from Mike Koralewski to David Eaglesham, Greg Helyer re KLM1 data/analysis dated Sept. 22, 2009 [Koralewski Depo. Ex. 467; FSLR00223993-05] [filed under seal] |
| 33 | Email from John Sokol to Mike Koralewski re Warranty Accrual Revisions dated July 7, 2010 [Sokol Depo. Ex. 59; FSLR01975959-69] [filed under seal] |
| 34 | Email from Mike Koralewski to David Eaglesham re PBG STBi dated Apr. 11, 2008 [Koralewski Depo. Ex. 459; FSLR01781686-89] [filed under seal] |
| 35 | Email from Shellie Molina to Thomas Kuster re E-Staff Brief [Kuster Depo. Ex. 365; FSLR01060094-102] [filed under seal] |
| 36 | Email from Steve Fowler to Dan Beitzel re Staff meeting dated Aug. 18, 2010 [Koralewski Depo. Ex. 460; FSLR02095296-98] [filed under seal] |
| 37 | Koralewski email to Molina re round one preso/templates to start filing out before Monday meeting; [Koralewski Depo. Ex. 465; FSLR02222364-28] [filed under seal] |
| 38 | Email from David Eaglesham to Mike Koralewski re CdC12 recipe dated June 7, 2009 [Eaglesham Depo. Ex. 191; FSLR01271047-56] [filed under seal] |
| 39 | Relevant excerpts from transcript to the deposition of Michael A. Ahearn, taken Feb. 13, 2015 [filed under seal] |
| 40 | Email from Jens Meyerhoff to John Gaffney and Bruce Sohn re low power dated June 22, 2009 [Ahearn Depo. Ex. 309; FSLR02215252-54] [filed under seal] |
| 41 | Email from Mike Koralewski to Patricia Brown re Issue on Monday dated May 31, 2009 [Koralewski Depo. Ex. 91; FSLR011124391] [filed under seal] |
| 42 | Email from Kurt Wood to Mike Koralewski re Urgent – Draft Answers Required for 8AM EST call Sunday Morning dated June 6, 2009 [Polizzotto Depo. Ex. 209; FSLR01092668-72] [filed under seal] |
| 43 | Powerpoint presentation entitled Pow Power Module Update dated Mar. 7, 2010 [FSLR01034691-714] [filed under seal] |
| 44 | Email from Mike Ahearn to Bruce Sohn and Stephan Hansen re feedback on what they need in Germany dated Sept. 24, 2009 [Ahearn Depo. Ex. 315; FSLR02432844-49] [filed under seal] |
| 45 | Email from Mike Koralewski to Stephan Hansen re LPM Operations Plan dated Nov. 23, 2009 [Koralewski Depo. Ex. 93; FSLR02000387-89] [filed under seal] |
| 46 | Email from Mike Koralewski to Bruce Sohn re LPM modules dated Nov. 10, 2009 [Koralewski Depo. Ex. 108; FSLR01106836-39] [filed under seal] |
| 47 | Email from Bruce Sohn to David Eaglesham re Low Power Modules dated May 30, 2009 [Eaglesham Depo. Ex. 190; FSLR01086445-48] [filed under seal] |
| 48 | Email from John Carrington to Mike Ahearn re Masdar LPM dated July 8, 2009 [Ahearn Depo. Ex. 310; FSLR01101472] [filed under seal] |

- 3 -

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 49 | Email from Larry Polizzotto to Pamela Hegarty re Low Power Meeting Notes (Attorney Client Confidential) dated July 14, 2009 [Ahearn Depo. Ex. 311; FSLR02186694-95] [filed under seal] |
| 50 | Email from Mike Koralewski to John Amonett re LPP – disclosure needed? dated Sept. 28, 2009 [Amonett Depo. Ex. 67; JAM00006613-15] [filed under seal] |
| 51 | Email from Stefanie Werner to Larry Polizzotto re Your Action required: LPP communication dated Aug. 17, 2009 [Polizzotto Depo. Ex. 213; FSLR02196108-72] [filed under seal] |
| 52 | Email from David Eaglesham to Mike Koralewski re LPM communications dated Oct. 30, 2009 [Koralewski Depo. Ex. 107; FSLR00195954-67] [filed under seal] |
| 53 | Email from Pamela Hegarty to Bruce Sohn, et al. re Q&A dated Aug. 4, 2009 [Polizzotto Depo. Ex. 212; FSLR00992946-74] [filed under seal] |
| 54 | Email from Kii Miller to James Zhu re LPM dated Aug. 4, 2009 [Zhu Depo. Ex. 240; FSLR01089618] [filed under seal] |
| 55 | Email from Mike Koralewski to Bruce Sohn re LPM dated Jan. 21, 2010 [Sohn Depo. Ex. 298; FSLR02232019-22] [filed under seal] |
| 56 | Excerpt from Excel printout of March 22, 2010 [FSLR010944577] [filed under seal] |
| 57 | Email from Mike Koralewski to Bruce Sohn and David Eaglesham re April 13 E-Staff Meeting Agenda dated Apr. 13, 2010 [Sohn Depo. Ex. 300; FSLR00281144-58] [filed under seal] |
| 58 | Email from Brandon Mitchener to Larry Polizzotto et al. re low power issue leaking to investors dated June 12, 2010 [Polizzotto Depo. Ex. 218; FSLR02137377-81] [filed under seal] |
| 59 | Email from Larry Polizzotto to Jens Meyerhoff re Meeting Minutes: LPM Comm Planning: Analysts/Media Update dated June 15, 2010 [Polizzotto Depo. Ex. 219; FSLR01976688-94] [filed under seal] |
| 60 | Email from Larry Polizzotto to Jens Meyerhoff re Follow up LPM comm. dated June 22, 2010 [Polizzotto Depo. Ex. 227; FSLR01097055-56] [filed under seal] |
| 61 | Email from Larry Polizzotto to Bruce Sohn et a al. re Meeting Minutes: LPM Comm Planning: Analyst/Media Update dated June 15, 2010 [Sloan Depo. Ex. 423; FSLR00261333-38] [filed under seal] |
| 62 | Email from Samantha Sloan to David Eaglesham re LPM non-customer communication presentation – Draft for e-staff mtg, dated June 18, 2010 [Sloan Depo. Ex. 424; FSLR01325514-23] [filed under seal] |
| 63 | Email from Larry Polizzotto to Kurt Wood re my notes on the Q disclosure dated July 26, 2010 [Polizzotto Depo. Ex. 229; FSLR01148192-95] [filed under seal] |
| 64 | Email from TK Kallenbach to Robert Gillette re LPM pv magazine dated July 14, 2010 [Gillette Depo. Ex. 388; FSLR01128612-16] [filed under seal] |

- 4 -

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 65 | Bruce Sohn email to Mike Koralewski re LPM non-customer communication presentation – Draft for e-staff mtg, dated July 6, 2010 [FSLR02231326-28] [filed under seal] |
| 66 | Email from Barbara Beyer to Samantha Sloan re E-Staff Strawman: Derate Authorization dated Apr. 27, 2011 [FLSR01157894-900] [filed under seal] |
| 67 | First Solar Survey Detail Report Q209 [Sohn Depo. Ex. 289; FSLR02080080 (5 pages)] [filed under seal] |
| 68 | Email from Bruce Sohn to Mike Koralewski re Cost of Quality dated Apr. 14, 2010 [Koralewski Depo. Ex. 96; FSLR01085371] [filed under seal] |
| 69 | Excerpt from First Solar, Inc. Form 10-Q for the period ended June 26, 2010 filed with the Securities & Exchange Commission on August 2, 2010; |
| 70 | Email from Robert Gillette to TK Kallenbach et al. re LPM disclosure language; redraft from BoD action item dated July 28, 2010 [Ahearn Depo. Ex. 327; SOHN00000604-06] [filed under seal] |
| 71 | Excerpt from First Solar, Inc. Form 10-K for the period ended December 31, 2011 filed with the Securities & Exchange Commission on February 29, 2012 |
| 72 | Excerpt from First Solar, Inc. Form 10-Q for the period ended September 25, 2010 filed with the Securities & Exchange Commission on November 1, 2010 [Widmar Depo. Ex. 172] |
| 73 | Excerpt from First Solar, Inc. Form 10-K for the period ended December 31, 2010 filed with the Securities & Exchange Commission on February 25, 2011 [Widmar Depo. Ex. 173] |
| 74 | Excerpt from First Solar, Inc. Form 10-Q for the period ended March 31, 2011 filed with the Securities & Exchange Commission on May 4, 2011 [Widmar Depo. Ex. 174]; |
| 75 | Excerpt from First Solar, Inc. Form 10-Q for the period ended June 30, 2011 filed with the Securities & Exchange Commission on August 5, 2011 [Widmar Depo. Ex. 175]; |
| 76 | Excerpt from First Solar, Inc. Form 10-Q for the period ended September 30, 2011 filed with the Securities & Exchange Commission on November 3, 2011 [Widmar Depo. Ex. 177]; |
| 77 | Board of Directors Meeting Agenda dated July 26-27, 2010 [Ahearn Depo. Ex. 326; AHRN00000001-70] [filed under seal] |
| 78 | Email from Lou Trippel to David Eaglesham re attached Module Performance Executive Summary dated Nov. 6, 2009 [Eaglesham Depo. Ex. 195; FSLR01084650-725] [filed under seal] |
| 79 | Email from Samantha Sloan to Adrianne Kimber re Large Site Logic dated Aug. 15, 2011 [Sloan Depo. Ex. 452; FSLR02104355-59] [filed under seal] |
| 80 | Email from Alex Panchula to David Eaglesham et al. re High STBi Module volume assessment dated Feb. 3, 2012 [Kuster Depo. Ex. 377; FSLR00353963-71] [filed under seal] |

- 5 -

1024407_1

| MSJ Ex. No. | Description |
| --- | --- |
| 81 | First Solar, Inc. Form 10-K for the period ended December 26, 2009 filed with the Securities & Exchange Commission on February 22, 2010 |
| 82 | Relevant excerpts from transcript to the deposition of Terry Lee Kallenbach, taken Mar. 2, 2015 [filed under seal] |
| 83 | Email from TK Kallenbach to Timo Moeller re Almanzhofen 2 dated Aug. 8, 2011 [Koralewski Depo. Ex. 470; FSLR01226738-45] [filed under seal] |
| 84 | Email from Emmanuel Arnaud email to Joergen Klammer re Call on new warranty process and offering dated Oct. 21, 2010 [Sloan Depo. Ex. 426; FSLR02268253-70] [filed under seal] |
| 85 | Email from Mike Kowalewski to Kuehn re KLM German VAT audit, explanations re provision dated June 23, 2011 [Koralewski Depo. Ex. 469; FSLR01355344-50] [filed under seal] |
| 86 | Email from Mike Koralewski to Klaus Peter Fuss re Info needed for 12.31 Warranty Accrual dated Jan. 20, 2012 [Koralewski Depo. Ex. 468; FSLR01996635-40] [filed under seal] |
| 87 | Email from Mike Koralewski to Jorgen Klammer re LPM dated July 15, 2009 [Eaglesham Depo. Ex. 193; FSLR01110610-11] [filed under seal] |
| 88 | Email from Jens Meyerhoff to Stephan Hansen, et al. re low power issue leaking to investors dated June 12, 2010 [Polizzotto Depo. Ex. 217; FSLR02138423-26] [filed under seal] |
| 89 | Email from TK Kallenbach to Mike Koralewski re LPM Volume – Draft Information dated July 20, 2012 [Kallenbach Depo. Ex. 491; FSLR02065935-41] [filed under seal] |
| 90 | Email from Mike Koralewski to Bruce Sohn re Tomorrow's LPM Discussion dated June 22, 2010 [Koralewski Depo. Ex. 476; FSLR00398607-24] [filed under seal] |
| 91 | Email from Mike Koralewski to Jorgen Klammer re To Do List dated May 4, 2010 [Koralewski Depo. Ex. 98; FSLR02075301-04 [filed under seal] |
| 92 | Email from Robert Gillette to TK Kallenbach re Sales allocation/ SIOP call dated Aug. 21, 2010 [Gillette Depo. Ex. 392; FSLR01154658-59] [filed under seal] |
| 93 | Email from Mike Koralewski to David Eaglesham, Bruce Sohn re LPM Presentation and Documentation dated May 24, 2010 [Koralewski Depo. Ex. 475; FSLR00354209-39] [filed under seal] |
| 94 | Email from Mike Koralewski to Dan Beitzel re LPM dated Oct. 10, 2010 [Koralewski Depo. Ex. 473; FSLR01105095-97] [filed under seal] |
| 95 | Email from Adrianne Kimber to distribution re Weekly Meeting – Deg Team dated Mar. 25, 2011 [Kimber Depo. Ex. 37; FSLR00356592-627] [filed under seal] |
| 96 | Email from Mike Koralewski to David Eaglesham re LPM Estaff June 22 2010 dated Feb. 20, 2012 [Koralewski Depo. Ex. 106; FSLR00356338-53] [filed under seal] |

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 97 | Email from Mike Koralewski to Mike Koralewski re Warrant LPM Model YOY Accepts Only dated Dec. 6, 2010 [Koralewski Depo. Ex. 101; FSLR01104286-89] [filed under seal] |
| 98 | Email from Mike Koralewski to Adrianne Kimber re LPM Update dated Dec. 16, 2010 [Koralewski Depo. Ex. 103; FSLR00228813-47] [filed under seal] |
| 99 | Excerpt from Powerpoint presentation entitled Audit Committee Meeting dated Feb. 21, 2012 [PWC0019948-019] [filed under seal] |
| 100 | Email from Mike Koralewski to Thomas Kuster re LPM Q3 detail dated Jan. 12, 2012 [Koralewski Depo. Ex. 480; FSLR01032838-41] [filed under seal] |
| 101 | Email from Mike Koralewski to Bruce Sohn re LPM Allocation Draft Presentation dated Dec. 11, 2010 [Koralewski Depo. Ex. 100; FSLR00401722-31] [filed under seal] |
| 102 | Email from Mike Koralewski to Thomas Kuster re LPM Forecast Feb 6 2012 dated Feb. 18, 2012 [Koralewski Depo. Ex. 102; FSLR00406246-47] [filed under seal] |
| 103 | First Solar, Inc. Earnings conference call transcript for Q2 2010 dated July 29, 2010 [Sohn Depo. Ex. 305;] |
| 104 | Email from Klaus-Peter Fuss to TK Kallenbach, Moritz Ilg re LPM status report for August progress dated Sept. 28, 2011 [Kallenbach Depo. Ex. 501; FSLR00893881-86] [filed under seal] |
| 105 | Relevant excerpts from transcript to the deposition of John Amonett, taken Dec. 12, 2014 [filed under seal] |
| 106 | Email from Mike Koralewski to Robert Larsen and Garret Tripp at PWC re LPM follow up [Koralewski Depo. Ex. 481; FSLR00403474-510] [filed under seal] |
| 107 | Email from Klaus-Peter Fuss to Tony Siebers re EDF-EN Garbadan 1 dated Aug. 4, 2011 [Kallenbach Depo. Ex. 498; FSLR02038536-39] [filed under seal] |
| 108 | Email from TK Kallenbach to Peter Bartolino, et al. re LPM language dated July 29, 2010 [Widmar Depo. Ex. 171; FSLR02122084] [filed under seal] |
| 109 | Email from Bryan Schumaker to Thomas Kuster and David Eaglesham re Rate for STBi dated Feb. 4, 2012 [Kuster Depo. Ex. 374; FSLR00274659-80] [filed under seal] |
| 110 | Relevant excerpts from transcript to the deposition of Adam D'Angelo, taken Jan. 30, 2015 [filed under seal] |
| 111 | Email from Mike Koralewski to David Eaglesham and Bruce Sohn re LPM Technical Position dated June 1, 2010 [Koralewski Depo. Ex. 464; FSLR00280178-92] [filed under seal] |
| 112 | Email from Mike Koralewski to Madhu Sayala re STBi and Cu Uptake dated Apr. 21, 2011[Koralewski Depo. Ex. 462; FSLR01032455-69] [filed under seal] |
| 113 | Email from Bruce Sohn to Jens Meyerhoff re System Degradation Presentation dated May 16, 2010 [SOHN00000054-56] [filed under seal] |

- 7 -

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 114 | Email from Mike Koralewski to Dan Beitzel re Action Required – LPM cost update dated Oct. 14, 2009 [Amonett Depo. Ex. 66; FSLR00223597-99] [filed under seal] |
| 115 | Email from Bryan Schumaker to Mike Koralewski and John Amonett re LPM cost calculation replacement dated July 31, 2010 [Amonett Depo. Ex. 72; JAM00005601-02] [filed under seal] |
| 116 | Email from Steve Brown to Samantha Sloan re Followup: LPM Comm Package for E Staff (reviewed with TK) 7/17 dated June 22, 2010 [Sloan Depo. Ex. 428; FSLR01121030-31] [filed under seal] |
| 117 | Email from Mike Koralewski email to Bruce Sohn and David Eaglesham re LPM hit rate analysis [Koralewski Depo. Ex. 477; FSLR00282011-14] [filed under seal] |
| 118 | Email from Bruce Sohn to Mike Koralewski re LPM from Rob dated June 17, 2010 [Koralewski Depo. Ex. 479; SOHN00001291] [filed under seal] |
| 119 | Email from Mike Koralewski to Bruce Sohn, et al. re LPM Presentation dated June 22, 2010 [Gillette Depo. Ex. 385; FSLR01058750-65] [filed under seal] |
| 120 | Email from Robert Gillette to Stephan Hansen et al. re VERY URGENT – module supply and allocation plan needed!!! dated June 30, 2010 [Gillette Depo. Ex. 386; FSLR02435561-63] [filed under seal] |
| 121 | Email from Mike Koralewski to Bryan Schumaker, John Amonett, re Accrual Review dated July 11, 2010 [Koralewski Depo. Ex. 478; FSLR01348985-89] [filed under seal] |
| 122 | LPM model accrual scenarios, based on JAM00005602 |
| 123 | Email from John Amonett to Mike Koralewski re LPM cost calculation replacement dated Jan. 10, 2011 [Amonett Depo. Ex. 75; FSLR01249099-100] [filed under seal] |
| 124 | Email from Mike Koralewski to Tymen DeJong, David Eaglesham re 10-k question [Koralewski Depo. Ex. 472; FSLR02216843-44] [filed under seal] |
| 125 | Powerpoint presentation entitled First Solar – Low Power Issue dated July 26, 2010 [FSLR00299560-77] [filed under seal] |
| 126 | IM conversation between Dan Beitzel and Jim Sorensen re dark soak correction dated Feb. 10, 2012 [Koralewski Depo. Ex. 466; FSLR01147366] [filed under seal] |
| 127 | Email from TK Kallenbach to Carol Campbell and David Eaglesham re Stbi slide on Webcast dated Nov. 3, 2010 [Eaglesham Depo. Ex. 201; FSLR01141791-94] [filed under seal] |
| 128 | First Solar Inc. Accounting Issues Paper Q4 2011 [FSLR02319633-39] [filed under seal] |
| 129 | Draft, redline version of Accounting Issues Paper, Q4 2011 [FSLR02347317-28] [filed under seal] |
| 130 | Powerpoint presentation entitled Q4 2010 2011 Earnings Call, Strategy Meeting dated Jan. 17, 2010 [FSLR01011330-41] [filed under seal] |
| 131 | Powerpoint presentation entitled Low-Power Warranty Financial Impact [FSLR02161092-96] [filed under seal] |

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 132 | Email from Jens Meyerhoff to Kurt Wood re Tax Rate and other items dated July 8, 2009 [Meyerhoff Depo. Ex. 336; FSLR0114461[6] [filed under seal] |
| 133 | Email from Kurt Wood to Larry Polizzotto re Close update 7-6-09 dated July 6, 2009 [Meyerhoff Depo. Ex. 335; FSLR01148089-90] [filed under seal] |
| 134 | Agenda Item 1, Financial Review presentation, Q1 2010 with handwritten notations [Meyerhoff Depo. Ex. 342; FSLR00981692-796] [filed under seal] |
| 135 | Email from John Amonett to Kurt Wood and Bryan Schumaker re LPM impact Q2 2010 close dated July 17, 2010 [Amonett Depo. Ex. 76; JAM00023961-62] [filed under seal] |
| 136 | Powerpoint presentation for Q3 global update webcast dated Aug. 17, 2010 [Sohn Depo. Ex. 307; FSLR02120689-707] [filed under seal] |
| 137 | PowerPoint presentation: Board of Directors Meeting dated Feb. 21, 2012 [Brown Depo. Ex. 129; FSLR01239599-654] [filed under seal] |
| 138 | Handwritten notes titled LTP review with Kurt [Wood] & Rob [Gillette] dated Aug. 24, 2010 [Amonett Depo. Ex. 61; FSLR02180813-14] [filed under seal] |
| 139 | Email from TK Kallenback to Bruce Sohn et al re LPM Status Update 1-31-11 dated Feb. 18, 2011 [Meyerhoff Depo. Ex. 347; FSLR02138844-902] [filed under seal] |
| 140 | Email from Klaus-Peter Fuss to TK Kallenbach re Suspension of LPM replacement shipments dated July 28, 2011 [Kallenbach Depo. Ex. 496; FSLR00048078-86] [filed under seal] |
| 141 | Powerpoint presentation entitled PWC Audit Kickoff Meeting dated Apr. 15, 2011 [Widmar Depo. Ex. 276; FSLR00242336-47] [filed under seal] |
| 142 | Email from Moritz Ilg to TK Kallenbach re Short-term LPM module supply situation dated July 15, 2012 [Kallenbach Depo. Ex. 494; FSLR01128379-82] [filed under seal] |
| 143 | Email from TK Kallenbach to Wendy Curran re LPM letter to Gehrlicher CEO dated July 16, 2011 [FSLR00298235-54] [filed under seal] |
| 144 | Email from Wendy Curran to Timo Moeller re LPM Letters dated July 19, 2011 [FSLR01125386-401] [filed under seal] |
| 145 | Email from Moritz Ilg to Martin Zembsch re Update Letter on LPM dated July 20, 2011 [FSLR02440051-055] [filed under seal] |
| 146 | Email from Moritz Ilg to Falck re Update letter on LPM dated July 20, 2011 [FSLR02444489-92] [filed under seal] |
| 147 | Email from Moritz Ilg to Hars re Update letter on LPM dated July 20, 2011 [FSLR02445781-784] [filed under seal] |
| 148 | Email from Moritz Ilg to David Corchia re Update letter on LPM dated July 20, 2011 [FSLR02448461-464] [filed under seal] |
| 149 | Email from Moritz Ilg to Klaus Gehrlicher re Update letter on LPM dated July 20, 2011 [FSLR02454686-689] [filed under seal] |
| 150 | Email from Moritz Ilg to D. Ammer re Update letter on LPM dated July 20, 2011 [FSLR02491915-918] [filed under seal] |

- 9 -

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 151 | Handwritten notes entitled TK Call [FSLR02527653-61 ] [filed under seal] |
| 152 | First Solar, Inc. Accounting Issues Paper dated Feb. 28, 2012 [FSLR02110485-92] [filed under seal] |
| 153 | Email from Mark Widmar to Ryan Ferguson re Guidance update – summary BOD 7.26.11 pptx dated July 26, 2011 [Widmar Depo. Ex. 278: FSLR01100749] [filed under seal] |
| 154 | Email from James Zhu to Adam D'Angelo re Draft LPM Status Review Q2 2011 dated July 25, 2011 [D'Angelo Depo. Ex. 258; FSLR00966099-106] [filed under seal] |
| 155 | Email from Mike Koralewski to TK Kallenbach re Ugrent in progress LPM sites dated Aug. 3, 2011 [FSLR01104129-34] [filed under seal] |
| 156 | James Zhu to TK Kallenbach et al. re Draft LPM Status Review Q2 2011 Draft dated July 24, 2011 [Zhu Depo. Ex. 249; FSLR01077513-14 ] [filed under seal] |
| 157 | Email from TK Kallenbach to Mark Widmar re Audit committee LPM charts for 10-25-11 discussion dated Oct. 24, 2011 [Widmar Depo. Ex. 280: FSLR01100794-98] [filed under seal] |
| 158 | First Solar, Inc. Q3 2011 Earnings conference call transcript dated Nov. 3, 2011 [Widmar Depo. Ex. 176; |
| 159 | Memorandum from Bryan Schumaker to Financial Reporting Files re Excess Obligation of Normal Product Warranty Liability and Related Expense dated Sept. 30, 2011 [Widmar Depo. Ex. 178; FSLR00955706-35] [filed under seal] |
| 160 | Email from Ondria LaMorte to Brian Castro re Special Warranty Campaigns dated Jan. 18, 2012 [FSLR02526286-89] [filed under seal] |
| 161 | Email from Tony Siebers to Thomas Kuster re GTS E-Staff brief dated Jan. 17, 2012 [Kuster Depo. Ex. 366; FSLR01381381-89] [filed under seal] |
| 162 | Email from TK Kallenbach to Mark Widmar re Draft LPM Status Review Q2 2011 DRAFT dated July 22, 2011 [Widmar Depo. Ex. 275: FSLR00395167-174] [filed under seal] |
| 163 | Email from TK Kallenbach to Klaus-Peter Fuss re Draft LPM Status Review Q2 2011 dated July 24, 2011 [FSLR00366155-63] [filed under seal] |
| 164 | Powerpoint presentation entitled LPM Changes [FSLR00195109-15] [filed under seal] |
| 165 | Email from Thomas Kuster to Bryan Schumaker re Earnings Question on Mfg Excursion dated Feb. 1, 2012 [Kuster Depo. Ex. 370: FSLR01131153-55] [filed under seal] |
| 166 | Email from Bryan Schumaker to Ken Jacobson re Weekend Game Plan - LPM dated Feb. 11, 2012 [FSLR02348424-26] [filed under seal] |
| 167 | Email from Mike Koralewski to Moritz Ilg re Los Energy compensation update dated Oct. 18, 2011 [FSLR01150157-58] [filed under seal] |
| 168 | PWC Memo to First Solar Audit Files re Accruals Related to Module Performance dated Feb. 2012 [PWC0090290-94] [filed under seal] |

- 10 -

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 169 | Email from Mike Koralewski to Alexander Theisen re Lost Energy compensation update dated Oct. 21, 2011 [FSLR00129609-16] [filed under seal] |
| 170 | Email from Robert Knox to Bryan Schumaker et al. re Q4 LPM Accounting Treatment Documentation dated Jan. 7, 2010 [D'Angelo Depo. Ex. 264: FSLR01075062-74] [filed under seal] |
| 171 | Email from Mike Koralewski to Daniel Beitzel re Assyce LPM Refurbished SO's 20-12-2010 dated Dec. 20, 2010 [FSLR02089076-87] [filed under seal] |
| 172 | Minutes from First Solar/Juwi meeting dated May 18, 2011 [FSLR01990084-116] [filed under seal] |
| 173 | Excerpt from Excel file entitled Balance Sheet Analytics Q2 2011 vs. Q1 2011, in 000's [PWC0077705] [filed under seal] |
| 174 | Smilovits v. First Solar Accounting, Warranty, and Inventory Materials, Tab H – Email from Brian Kelly to John Amonett et al. re LPM Core Team Notes dated Oct. 1, 2010 [Schumaker Depo. Ex. 133; FSLR001155543-45] [filed under seal] |
| 175 | Defendants' Response to Lead Plaintiff Mineworkers' Pension Scheme's Second Set of Interrogatories dated Mar. 13, 2015 [filed under seal] |
| 176 | Email from Shellie Molina to Thomas Kuster re Market & Market Value of Refurbished Material dated Jan. 9, 2012 [Kuster Depo. Ex. 359: FSLR01131128-33] [filed under seal] |
| 177 | Memorandum from Richard Thompson t Financial Reporting Files re Q4'11 Finished Goods LCM Analysis dated Feb. 23, 2012 [FSLR00273704-09] [filed under seal] |
| 178 | Powerpoint presentation entitled Assyce: Update on Bonus Materials [FSLR002952267] [filed under seal] |
| 179 | Email from Bryan Schumaker to Richard Thompson re Inv. Valuation dated Dec. 13, 2011 [FSLR01138906-08] [filed under seal] |
| 180 | Powerpoint presentation entitled S&OP Meeting WW 03/28 – March 30th, 2011 [FSLR02247720-52] [filed under seal] |
| 181 | Email from Nathan Robinson to Rich Innes re 2012 and Refurbished Pricing dated Feb. 20, 2012 [FSLR02526803-04] [filed under seal] |
| 182 | Powerpoint presentation entitled WW 08-15 Pricing Committee Meeting dated Aug. 17, 2011 [FSLR01143845-62] [filed under seal] |
| 183 | Email from Bryan Schumaker to Mark Widmar re LPM Executive Summary Update through Oct. Close dated Nov. 20, 2011 [Schumaker Depo. Ex. 158: FSLR01259868-77] [filed under seal] |
| 184 | Powerpoint presentation entitled S&OP Meeting dated Apr. 18, 2011 [FSLR00919760-91] [filed under seal] |
| 185 | Memorandum from Richard Thompson to Financial Reporting Files re Q2'12 Finished Goods LCM Analysis dated July 20, 2012 [PWC0022827] [filed under seal] |
| 186 | First Solar Inc. Accounting Issues Paper, 2011 Year End Rate Analysis [FSLR01069669-84] [filed under seal] |

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 187 | Powerpoint presentation titled Module Performance Executive Summary [Eaglesham Depo. Ex. 196; FSLR01097636-728] [filed under seal] |
| 188 | Email from Gerrit Schulz to Steve Brown, et al re SPR Updates – Meeting Summary [Kimber Depo. Ex. 25; FSLR00333208-10] [filed under seal] |
| 189 | Email from Jos van der Hyden to Klaus-Peter Fuss re Important insights from Abu Dhabi's World Future Summit and Masdar dated Feb. 2, 2010 [FSLR01415881-87] [filed under seal] |
| 190 | Technical Adviser Training Outline [FSLR01777779-80 ] [filed under seal] |
| 191 | Email from John Bilash email to Adrianne Kimber re Moree PV 10deg azimuth dated Aug. 5, 2010 [Kimber Depo. Ex. 34; FSLR01563121-24] [filed under seal] |
| 192 | Relevant excerpts from transcript to the deposition of Adrianne Kimber, taken Nov. 25, 2014 [filed under seal] |
| 193 | Email from Gerrit Schulz to Alex Panchula re Degradation in the EU dated May 27, 2010 [Sloan Depo. Ex. 419; FSLR01120362-63] [filed under seal] |
| 194 | Email from Steve Brown to Lou Trippel re Perf Guarantee and Warranty dated Sept. 2, 2009 [FSLR00217530-32] [filed under seal] |
| 195 | Email from Adrianne Kimber to distribution re Review degradation data analysis summary dated Apr. 2, 2010 [Kimber Depo. Ex. 32; FSLR00281771-94] [filed under seal] |
| 196 | Email from Mike Koralewski to David Eaglesham re Degradation Position Paper part "n" dated Mar. 25, 2010 [Kimber Depo. Ex. 30; FSLR01082404-25] [filed under seal] |
| 197 | Email from Adrianne Kimber to Mike Koralewski re Degradation Position Paper – ready to distribute? dated Mar. 30, 2010 [Kimber Depo. Ex. 31; FSLR01066623-25] [filed under seal] |
| 198 | Email from Alex Panchula to Benyamin Buller re Degradation follow-up dated Feb. 8, 2011 [FSLR01135586-87] [filed under seal] |
| 199 | Email from David Eaglesham to Samantha Sloan re Your Approval Urgently Requested dated Mar. 18, 2011 [FSLR01268214-16] [filed under seal] |
| 200 | Email from Jack Curtis to Samantha Sloan re Status: Ongoing Technical Review – Degradation Data and Commercial Implications dated Mar. 17, 2011 [FSLR01528723-25] [filed under seal] |
| 201 | Email from Adrianne Kimber to Samantha Sloan, et al. re Your approval urgently requested; Email to USBG staff on technical degradation data dated Mar. 17, 2011 [Kimber Depo. Ex. 36; FSLR01478668-70] [filed under seal] |
| 202 | Email from Robert Gillette to Bruce Sohn re Tech/Ops Review Attendance dated Mar. 25, 2011 [Gillette Depo. Ex. 397; FSLR01800560] [filed under seal] |

- 12 -

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 203 | IM conversation exchange between John Cavanagh and John Amonett dated June 14, 2011 [Amonett Depo. Ex. 81; FSLR01096345] [filed under seal] |
| 204 | Email from Samantha Sloan to Kaki Fletcher re Meeting Summary:  Temp-Dependent Stabilization Exec. Review dated Mar. 31, 2011 [Eaglesham Depo. Ex. 203; FSLR01041849-95] [filed under seal] |
| 205 | Email from Lou Trippel to Adrianne Kimber re Degradation Position Paper_20100212_LT comments dated Feb. 17, 2010 [Kimber Depo. Ex. 27; FSLR00333106-18] [filed under seal] |
| 206 | Email from David Eaglesham to Larry Polizzotto re LPM non customer communication presentation dated June 21, 2010 [FSLR02137405-08] [filed under seal] |
| 207 | Email from John Amonett to Lou Trippel, et al. re FS Module Inventory dated Oct. 4, 2011 [Amonett Depo. Ex. 83; FSLR01147538-43] [filed under seal] |
| 208 | Powerpoint presentation entitled Assessment: Sorting by STBi Value and/or Applying Ship-to Regional Derate dated Apr. 11, 2011 [Sloan Depo. Ex. 429; FSLR00356190-209] [filed under seal] |
| 209 | Email from Jenny Kuendahl to Klaus-Peter Fuss re E-Staff Strawmen:  Derate Authorization [FSLR01392830-37] [filed under seal] |
| 210 | Email from Lou Trippel to Thomas Kuster re hot climate – impact of continuing to ship moderate climate product instead of single global hot derate dated Feb. 24, 2012 [Kuster Depo. Ex. 379; FSLR01131197-98] [filed under seal] |
| 211 | Email from David Eaglesham to Mark Widmar re Week beginning 5-23-11 Q2 Production/Shipments/Inventory/Bin Dist update dated June 3, 2011 [Widmar Depo. Ex. 272; FSLR01140414-22] [filed under seal] |
| 212 | Email from Greg Helyer to David Eaglesham re Stbi review with Rob dated July 24, 2010 [Widmar Depo. Ex. 179; FSLR01140661-62] [filed under seal] |
| 213 | Powerpoint presentation entitled First Solar Warranty Initiative [FSLR02268237-52] [filed under seal] |
| 214 | E-mail from Bryan Schumaker to Michael Lindsey re attached Excess Obligation of Normal Product Warranty Liability and Related Expense memo dated Feb. 24, 2012 [Schumaker Depo. Ex. 144; FSLR00407279-309] [filed under seal] |
| 215 | Email from David Eaglesham to TK Kallenbach re Level Set: pricing expectations & implications with creation of "hot climate" modules dated Apr. 20, 2011 [FSLR01951823-24] [filed under seal] |
| 216 | Email from Samantha Sloan to David Eaglesham re Demand Categorization for "hot" vs "not hot" modules dated Apr. 22, 2011 [FSLR00354404-407] [filed under seal] |
| 217 | Email from Mike Koralewski to Bruce Sohn re E-staff Meeting Agenda, 8/25 dated Aug. 17, 2010 [Gillette Depo. Ex. 391; FSLR02230246-54] [filed under seal] |

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 218 | Email from Moritz Ilg to Klaus Gehrlicher are Update Letter on LPM dated July 20, 2011 [FSLR00245696-721] [filed under seal] |
| 219 | Email from Kaki Fletcher to Garret Tripp at PWC re 4-27-11 Board Presentation dated Apr. 28, 2011 [Eaglesham Depo. Ex. 206; FSLR00200082-209] [filed under seal] |
| 220 | Email from Jay Mehta to David Eaglesham re Status Update: Stabilization Behavior, Focus on Module-Only Demand Solution (April 15) dated Apr. 21, 2011 [FSLR01478820-26] [filed under seal] |
| 221 | Email from David Eaglesham to Kurt Wood re Level set: pricing expectations & Implications with creation of "hot climate" modules dated Apr. 21, 2011 [FSLR01085289-94] [filed under seal] |
| 222 | Powerpoint presentation entitled June 2011 Stabilization Update dated June 8, 2011 [FSLR01033274-98] [filed under seal] |
| 223 | Email from Karl Brutsaert to Samantha Sloan re Meeting Minutes: Updated: Performance Guarantee 2.0, Thursday May 13th, 2010 dated Aug. 5, 2010 [Sloan Depo. Ex. 430; FSLR02265005-14] [filed under seal] |
| 224 | Powerpoint presentation entitled Temperature-Dependent Stabilization dated Apr. 27, 2011 [Sloan Depo. Ex. 451; FSLR00351704-22] [filed under seal] |
| 225 | Powerpoint presentation entitled Performance Guarantee 2.0 dated May 24, 2010 [FSLR01964156-193] [filed under seal] |
| 226 | Position Paper: First Solar Long-term Performance Degradation by Adie Kimber, Jim Sorensen, Lou Trippel, Markus Gloeckler, Allan Ward, Gerrit Schulz, Mike Koralewski, Jorgen Klammer, Steve Brown, Karl Brutsaert dated Apr. 2, 2010 [Sloan Depo. Ex. 432; FSLR00247295-316] [filed under seal] |
| 227 | Email from Samantha Sloan to Jim Sorensen et al. re India specific pullback alignment dated Aug. 9, 2011 [Sloan Depo. Ex. 434; FSLR02290299-304] [filed under seal] |
| 228 | Email from Samantha Sloan to Clarence Hertzfeld et al. re Stabilization Product Pullback Assessment Team Meeting dated July 29, 2011 [Sloan Depo. Ex. 433; FSLR00921164-78] [filed under seal] |
| 229 | Email from Samantha Sloan to David Eaglesham et al. re Meeting Summary: Stabilization Core Team Meeting, Tuesday, August 16, 2011 dated Aug. 18, 2011 [Sloan Depo. Ex. 440; FSLR00963766-79] [filed under seal] |
| 230 | Email from Bryan Schumaker to Thomas Kuster re High STBi volume assessment dated Feb. 2, 2012 [Kuster Depo. Ex. 378; FSLR00278653-59] [filed under seal] |
| 231 | Hot Climate Warranty Reserve as of Mar. 5, 2012 [FSLR02129317-21] [filed under seal] |
| 232 | Audit committee meeting materials [PWC0075308-12] [filed under seal] |
| 233 | First Solar, Inc. Earnings Conference Call Transcript for Q4 2011 dated Feb. 28, 2012 [Ahearn Depo. Ex. 332] |

- 14 -

1024407_1

| MSJ Ex. No. | Description |
| --- | --- |
| 234 | Email from Fadel Shukry to Scott Erickson re CPW – new information dated Oct. 30, 2009 [Gillen Depo. Ex. 9; FSLR01121530-32] [filed under seal] |
| 235 | Email from John Amonett to Kurt Wood, Georgette Gillen re Approval Needed dated Oct. 26, 2009 [Gillen Depo. Ex. 10; FSLR01089588-91] [filed under seal] |
| 236 | Memo from Scott Erickson to PwC, External Auditors re First Solar CpW accounting-related allegations dated Dec. 29, 2009 [Gillen Depo. Ex. 12; FSLR00351649-53] [filed under seal] |
| 237 | James Zhu email to Garret Tripp re Cost per Watt treatment of LPM Modules dated Feb. 13, 2010 [Gillen Depo. Ex. 21; FSLR01089793-94] [filed under seal] |
| 238 | First Solar, Inc. Board of Directors Meeting Agenda dated July 25, 2011 [Gillette Depo. Ex. 398; FSLR01990341-84] [filed under seal] |
| 239 | Email from Jeff Van Dyke to Tymen DeJong re LRR dated May 6, 2011 [FSLR00374409-17] [filed under seal] |
| 240 | Email from Anthony Kontoleon to Mike Ahearn re Stock Sales dated Feb. 17, 2010 [Ahearn Depo. Ex. 321; FSLR02216533-35] [filed under seal] |
| 241 | Polizzotto email to Ahearn re upcoming stock sales communications July 27, 2011 [Ahearn Depo. Ex. 328; FSLR01342915-16] [filed under seal] |
| 242 | Email from Larry Polizzotto to Robert Gillette re Holding statement on stock sales dated Feb. 25, 2010 [Polizzotto Depo. Ex. 221; FSLR02185743-47] [filed under seal] |
| 243 | Polizzotto email to Meyerhoff re investor and analyst's reaction to Mike Ahearn Stock Sales dated Mar. 9, 2010 [Polizzotto Depo. Ex. 215; FSLR01196181-83] [filed under seal] |
| 244 | Email from Larry Polizzotto to Robert Gillette dated Aug. 11, 2011 [FSLR01991733-39] [filed under seal] |
| 245 | Email from Larry Polizzotto to Robert Gillette re Holding statement on stock sales dated Feb. 25, 2010 [Gillette Depo. Ex. 382; FSLR02185750-55] [filed under seal] |
| 246 | Email from Larry Polizzotto to Mark Widmar re Upcoming Stock Sales Communications dated July 30, 2011 [FSLR01309305-07] [filed under seal] |
| 247 | Stebbins email to Sweeney re "maybe we should fire Rob" dated Sept. 22, 2011 [Gillette Depo. Ex. 380; DIRS00003700] [filed under seal] |
| 248 | Employment Term Sheet dated Feb. 14, 2011 [Widmar Depo Ex. 270; FSLR02364372-74] [filed under seal] |
| 249 | Letter from First Solar to PWC re review of condensed consolidated balance sheets dated Oct. 29, 2010 [D'Angelo Depo. Ex. 253; PWC0013733] [filed under seal] |
| 250 | Letter from First Solar to Adam D'Angelo re audits of consolidated financial statements and Company's internal control [D'Angelo Depo. Ex.254; PWC0014581-89] [filed under seal] |

- 15 -

1024407_1

| MSJ Ex. No. | Description |
| --- | --- |
| 251 | Email from Maja Wessels to Christopher Burghardt re 2012 Guidance Call – current draft of slide deck and script dated Dec. 12, 2011 [FSLR02401383-07] [filed under seal] |
| 252 | Letter from First Solar, Inc. to PWC re review of condensed consolidated balance sheets dated Nov. 3, 2011 [D'Angelo Depo. Ex. 259: PWC0017339-44] [filed under seal] |
| 253 | Audit Engagement Summary for period ended Mar. 31, 2011 [PWC0075540] [filed under seal] |
| 254 | Email from Robert Gillette to Carol Campbell re GPS Summary dated Mar. 8, 2011 [Gillette Depo. Ex. 395; FSLR01115994-98] [filed under seal] |
| 255 | Email from Ondria LaMorte to Brian Castro Vidot re Internal Audit & ERM Status Report Week March 23 update from components dated Mar. 20, 2012 [FSLR02526704-06] [filed under seal] |
| 256 | IM conversation between Rich Innes and Tyler Hillstead dated Feb. 16, 2012 [FSLR02527485] [filed under seal] |
| 257 | Excerpt from Audit Committee presentation dated May 1, 2012 [R-PWC0112312-97] [filed under seal] |
| 258 | IM conversation between Rich Innes and Tyler Hillstead dated Feb. 14, 2012 [FSLR02527486-87] [filed under seal] |
| 259 | IM conversation between Rich Innes and Jen Nicomedes dated Feb. 15, 2012 [FSLR02527575-80] [filed under seal] |
| 260 | Email from Ted Meyer to Larry Polizzotto re pre-earns note from TheStreet.com dated Oct. 29, 2010 [FSLR01097147-49] [filed under seal] |
| 261 | Email from Laurence Polizzotto to Jens Meyerhoff re Q2 2010 Earnings Feedback from Investors and Analysts.  Preliminary consensus dated Aug. 3, 2010 [Polizzotto Depo. Ex. 230; FSLR01976970-72] [filed under seal] |
| 262 | Email from John Amonett to Bryan Schumaker and Kurt Wood re LPM impact Q2 2010 close dated July 17, 2010 [Schumaker Depo. Ex. 147: JAM000239961] [filed under seal] |
| 263 | Email from Robert Gillette to David Eaglesham re Q'3 09 POR dated July 18, 2010 [Gillette Depo. Ex. 390; FSLR01086451-52] [filed under seal] |
| 264 | Relevant excerpts from transcript to the deposition of Samantha Sloan, taken Feb. 25, 2015 [filed under seal] |
| 265 | Powerpoint presentation entitled Guidance Preview dated Feb. 2011 [FSLR00180067-77] [filed under seal] |
| 266 | S&OP Meeting Minutes ww 01-03-2011 dated Jan. 5, 2011 [FSLR01460499-500] [filed under seal] |
| 267 | S&OP Meeting Minutes ww  01-10-2011 dated Jan. 12, 2011 [FSLR01459363-64] [filed under seal] |
| 268 | Email from Samantha Sloan to Ryan Ferguson re Guidance Discussion & Refreshed #s dated Apr. 26, 2011 [FSLR01479421-23] [filed under seal] |
| 269 | Powerpoint presentation entitled Temperature-Dependent Stabilization dated Apr. 27, 2011 [FSLR00960401-424] [filed under seal] |

- 16 -

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 270 | Eaglesham e-mail to Buller re one that strikes me dated Mar. 29, 2011 [Eaglesham Depo. Ex. 205 FSLR01083529 – 30] [filed under seal] |
| 271 | Powerpoint presentation entitled CBG Business Review, Draft, Version 0.1.2 dated Apr. 10, 2011 [FSLR02511293-32] [filed under seal] |
| 272 | Email from Lou Trippel to TK Kallenbach re Trip Summary:  EU customer Meetings – 5-23 dated June 13, 2011 [FSLR01227698-02] [filed under seal] |
| 273 | Excerpt from Powerpoint presentation entitled Project Development Risk Committee dated Apr. 26, 2011 [FSLR01264513-610] [filed under seal] |
| 274 | Relevant excerpts from transcript to the deposition of James Brown, Jr., taken Dec. 19, 2014 [filed under seal] |
| 275 | Handwritten notes dated Feb. 10, 2012 [FSLR02527667-82] [filed under seal] |
| 276 | Email from TK Kallenbach to Brandon Mitchener re LPM Photovoltaik dated Mar. 11, 2011 [FSLR02010028-31] [filed under seal] |
| 277 | Email from Timo Moeller to Klaus-Peter Fuss re Risk of not communicating hot climate modules dated Apr. 26, 2011 [FSLR01127842] [filed under seal] |
| 278 | Email from David Eaglesham to James Tyler re Overbuild dated Jan. 20, 2012 [FSLR01085474] [filed under seal] |
| 279 | Email from Shrimo Maharaj to Mark Widmar re Guidance slides dated Dec. 11, 2011 [FSLR01139675-77] [filed under seal] |
| 280 | Email from Bryan Schumaker to Shrimo Mahara re Accounting items for Q4 dated Dec. 13, 2011 [FSLR00292250-52] [filed under seal] |
| 281 | Email from John Cavanaugh to Shannon Rawlins re Hot Climate dated Sept. 13, 2011 [FSLR01122138-44] [filed under seal] |
| 282 | Powerpoint presentation entitled November P90 Manufacturing Reforecast Review& Approval [FSLR2141249 -56] [filed under seal] |
| 283 | IM conversation between Rich Innes and Michael McKay dated Feb. 10, 2012 [FSLR02527542] [filed under seal] |
| 284 | Excerpt from Excel worksheet [PWC0062499] [filed under seal] |
| 285 | Email from Markus Gloeckler to Adrianne Kimber re 20-yr. profile for degradation dated Mar. 27, 2010 [FSLR01065231-34] [filed under seal] |
| 286 | Email from Michael Lagatta to Joaquin Castillo dated May 31, 2010 [FSLR02434835] [filed under seal] |
| 287 | Email from Kurt Wood to John Amonett, subject: Low power update – BoD executive session dated July 19, 2010 [Amonett Depo. Ex. 73: JAM00032505-23] [filed under seal] |
| 288 | Email from Pamela Hegarty to Jens Meyerhoff re Q2 2009 earnings Q&A draft version 6 dated July 29, 2009 [Polizzotto Depo. Ex. 211: FSLR00993047-72] [filed under seal] |
| 289 | Email from Mike Koralewski to Bruce Sohn, subject: Fw: LPM modules dated Nov. 10, 2009 [Brown Depo. Ex. 119; FSLR01106836-39] [filed under seal] |

- 17 -

| MSJ Ex. No. | Description |
|---|---|
| 290 | Email from Mike Koralewski to Bryan Schumaker dated Mar. 29, 2010 [Koralewski Depo. Ex. 94; FSLR01152473-74] [filed under seal] |
| 291 | Email from John Amonett to Bryan Schumaker, subject: Fw: LPM total cost 2012 dated Apr. 13, 2010 [Amonett Depo. Ex. 69; FSLR01077391-92] [filed under seal] |
| 292 | Email from John Amonett to Bryan Schumaker, subject: LPM cost calculation replacement dated Jan. 22, 2010 [Amonett Depo. Ex. 71; FSLR01080456-57] [filed under seal] |
| 293 | Email from James Zhu to Bryan Schumaker re LPM replacement topic dated Oct. 29, 2009 [FSLR02124238 -41] [filed under seal] |
| 294 | Mike Koralewski email to John Sokol re Accrual Projection Presentation 4/2/10 dated Apr. 4, 2010 [Sokol Depo. Ex. 43; FSLR01152207-08] [filed under seal] |
| 295 | First Solar Q2 2011 earnings conference call transcript dated Aug. 4, 2011 |
| 296 | Moritz Ilg email to Brian Barnett re Warranty Failure Rates and Accruals dated Jan. 16, 2012 [Sokol Depo. Ex. 49; FSLR00298032-34] [filed under seal] |
| 297 | Email from Jay Mehta to David Eaglesham re Feb. EFF/STBi metrics dated Mar. 8, 2010 [FSLR010723236] [filed under seal] |
| 298 | Memorandum from Bryan Schumaker to Financial Reporting Files re 2010 Year-end Warranty Analysis date Feb. 15, 2011 [FSLR01077614-19] [filed under seal] |
| 299 | Email from Larry Polizzotto to David Eaglesham re LPM non-customer communication presentation – drafts for e-staff meeting dated June 21, 2010 [Polizzotto Depo. Ex. 225; FSLR02137401-03] [filed under seal] |
| 300 | LPM Status Review Q2 2011 [Zhu Depo. Ex. 250; FSLR00366156-63] [filed under seal] |
| 301 | Powerpoint presentation entitled LCM Pricing Floor Triggers dated Nov. 2011 [FSLR01275598-05] [filed under seal] |
| 302 | Relevant excerpts from transcript to the deposition of Bryan Schumaker, taken Jan. 15, 2015 [filed under seal] |
| 303 | Email from Kurt Wood to Craig Fotheringham re OMCO to Tilbury Shipments dated Nov. 29, 2010 [FSLR00199945-51] [filed under seal] |
| 304 | Email from Betsy Engle to Shellie Molina, subject: Fw: Inv. valuation dated Dec. 12, 2011[Brown Depo. Ex. 124; FSLR02276282-90] [filed under seal] |
| 305 | Email from Mike Koralewski to Thomas Kuster re LPM volume – Draft Information dated Feb. 7, 2012 [Kuster Depo. Ex. 371; FSLR00403244-49] [filed under seal] |
| 306 | Email from Mark Widmar to TK Kallenbach re How Is Life? dated Feb. 7, 2012 [Kallenbach Depo. Ex. 503; FSLR01199814-24] [filed under seal] |
| 307 | Email from Bryan Schumaker to James Zhu re warranty coverage dated Sept. 14, 2011 [Kallenbach Depo. Ex. 502; FSLR01170401-08] [filed under seal] |

- 18 -

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 308 | Calendar entry invitation to Tony Siebers et al. re SOx deficiency – warranty/special warranty campaign reporting (interim audit memorandum dated Mar. 19, 2012 [Kuster Depo. Ex. 373; FSLR00178762-64] [filed under seal] |
| 309 | Rakhi Agarwal email to Van Dyke re AOP dated Nov. 18, 2010 [Gillen Depo Ex. 23; FSLR01698920-24] [filed under seal] |
| 310 | Email from Adrianne Kimber to Gerrit Schulz et al re Field Degradation [Kimber Depo. Ex. 26; FSLR01471818-26] [filed under seal] |
| 311 | Email from Adrianne Kimber to distribution re Review degradation data analysis summary dated Apr. 2, 2010 [Kimber Depo. Ex. 39; FSLR00281771-94] [filed under seal] |
| 312 | Email from Robert Gillette to TK Kallenbach and Mike Ahearn re LPM disclosure language; redraft from BoD action team dated July 28, 2010 [Widmar Depo. Ex. 170] [filed under seal] |
| 313 | Press release entitled First Solar, Inc. Announces 2008 First Quarter Financial Results dated April 30, 2008 |
| 314 | First Solar Q1 2008 earnings conference call transcript dated April 30, 2008 |
| 315 | First Solar, Inc. Form 10-Q for the period ended March 31, 2008 filed with the Securities & Exchange Commission on May 2, 2008 |
| 316 | Press release entitled First Solar, Inc. Announces 2008 Second Quarter Financial Results dated July 30, 2008 |
| 317 | First Solar Q2 2008 earnings conference call transcript dated July 30, 2008 |
| 318 | First Solar, Inc. Form 10-Q for the period ended June 30, 2008 filed with the Securities & Exchange Commission on July 31, 2008 |
| 319 | Press release entitled First Solar, Inc. Announces 2008 Third Quarter Financial Results dated Oct. 29, 2008 |
| 320 | First Solar Q3 2008 earnings conference call transcript dated Oct. 29, 2008 |
| 321 | First Solar, Inc. Form 10-Q for the period ended September 30, 2008 filed with the Securities & Exchange Commission on Oct. 31, 2008 |
| 322 | Press release entitled First Solar, Inc. Announces 2008 Fourth Quarter and Year-end Financial Results dated Feb. 24, 2009 |
| 323 | First Solar Q4 2008 earnings conference call transcript dated Feb. 24, 2009 |
| 324 | First Solar, Inc. Form 10-K for the period ended December 27, 2008 filed with the Securities & Exchange Commission on Feb. 25, 2009 |
| 325 | First Solar Q4 conference call transcript dated Mar. 2, 2009 |
| 326 | Conference Call transcript of Merrill Lynch Cleantech Leaders Conference held on Mar. 11, 2009 |
| 327 | Press release entitled First Solar, Inc. Announces 2009 First Quarter Financial Results, dated Apr. 29, 2009 |
| 328 | First Solar Q1 2009 earnings conference call transcript dated April 29, 2009 |

- 19 -

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 329 | First Solar, Inc. Form 10-Q for the period ended March 31, 2009 filed with the Securities & Exchange Commission on May 1, 2009 |
| 330 | Press release entitled First Solar, Inc. Announces 2009 Second Quarter Financial Results, dated July 30, 2009 |
| 331 | First Solar Q2 2009 earnings conference call transcript dated July 30, 2009 |
| 332 | First Solar, Inc. Form 10-Q for the period ended June 30, 2009 filed with the Securities & Exchange Commission on Aug. 3, 2009 |
| 333 | Press release entitled First Solar, Inc. Announces 2009 Third Quarter Financial Results, dated Oct. 28, 2009 |
| 334 | First Solar Q3 2009 earnings conference call transcript dated Oct. 28, 2009 |
| 335 | First Solar, Inc. Form 10-Q for the period ended September 30, 2009 filed with the Securities & Exchange Commission on Oct. 30, 2009 |
| 336 | First Solar, Inc. earnings conference call transcript at Credit Suisse 2009 Annual Technology Conference on Dec. 2, 2009 |
| 337 | Press release entitled First Solar, Inc. Announces 2009 Fourth Quarter and Year-end Financial Results – Maintains Previously Issued 2010 Guidance dated Feb. 18, 2010 |
| 338 | First Solar Q4 2009 earnings conference call transcript dated Feb. 18, 2010 |
| 339 | First Solar, Inc. Conference call transcript at CLSA Asia USA Forum dated Mar. 3, 2010 |
| 340 | Press release entitled  First Solar, Inc. Announces First Quarter 2010 Financial Results dated Apr. 28, 2010 |
| 341 | First Solar Q1 2010 earnings conference call transcript dated  Apr. 28, 2010 |
| 342 | First Solar, Inc. Form 10-Q for the period ended Mar. 27, 2010 filed with the Securities & Exchange Commission on April 29, 2010 [Depo. Ex. 167] |
| 343 | Press release entitled  First Solar, Inc. Announces Second Quarter 2010 Financial Results dated July 29, 2010 |
| 344 | Press release entitled First Solar, Inc. Announces Third Quarter 2010 Financial Results dated Oct. 28, 2010 |
| 345 | First Solar Q3 2010 earnings conference call transcript dated Oct. 28, 2010 |
| 346 | First Solar Inc. at Barclays Capital Global Technology Conference call transcript dated Dec. 8, 2010 |
| 347 | Press release entitled First Solar, Inc. Announces 2011 Financial Guidance dated Dec. 14, 2010 |
| 348 | Press release entitled First Solar, Inc. Announces First Quarter 2011 Financial Results dated May 3, 2011 |
| 349 | First Solar Q1 2011 earnings conference call transcript dated May 3, 2011 |
| 350 | Press release entitled First Solar, Inc. Announces Second Quarter 2011 Financial Results dated Aug. 4, 2011 |

- 20 -

1024407_1

| MSJ Ex. No. | Description |
|---|---|
| 351 | Press release entitled First Solar Extends Workmanship Warranty to Ten Years date Sept. 6, 2011 |
| 352 | Press release entitled First Solar, Inc. Announces Third Quarter 2011 Financial Results dated Oct. 26, 2011 |
| 353 | First Solar, Inc. Guidance Announcement Conference Call Transcript dated Dec. 14, 2011 [Depo. Ex. 330] |
| 354 | Press release entitled First Solar, Inc. Announces Fourth Quarter and Year-end 2010 Financial Results dated Feb. 24, 2011 |
| 355 | First Solar, Inc. conference call transcript of Analyst/Investor Meeting dated June 24, 2009 |
| 356 | First Solar 2010 Guidance Webcast conference call transcript dated Dec. 16, 2009 |
| 357 | Press release entitled Southern Company and Ted Turner Energize Cimarron Solar Facility dated Jan. 24, 2011 |
| 358 | First Solar Q4 2010 earnings conference call transcript dated Feb. 24, 2011 |
| 359 | First Solar Inc. at Pacific Crest Securities Technology Leadership Forum conference call transcript dated Aug. 8, 2011 |
| 360 | First Solar, Inc. at Citigroup Global Technology Conference call transcript dated Sept. 8, 2010 |
| 361 | Email from Bruce Sohn to TK Kallenbach re LPM disclosure language; redraft from BoD action team dated July 29, 2010 [Sohn Depo. Ex. 304; SOHN00001270-76] [Depo. Ex. 304] |
| 362 | First Solar Q4 2007 earnings conference call transcript dated Feb. 13, 2008 |
| 363 | First Solar, Inc. 2011 Guidance Conference Call transcript dated Dec. 14, 2010. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 27th day of April, 2015, at San Diego, California.

s/ Daniel S. Drosman
DANIEL S. DROSMAN

- 21 -

1024407_1

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 27, 2015.

s/ Daniel S. Drosman
DANIEL S. DROSMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dand@rgrdlaw.com

1024407_1

# Mailing Information for a Case 2:12-cv-00555-DGC Smilovits v. First Solar Incorporated et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George C Aguilar**
  gaguilar@robbinsarroyo.com,notice@robbinsarroyo.com

- **Kathryn B Allen**
  kallen@kmllp.com

- **Darryl J Alvarado**
  Dalvarado@rgrdlaw.com

- **Stephen Richard Basser**
  sbasser@barrack.com

- **James P Bennett**
  JBennett@mofo.com,KMarttila@mofo.com

- **Philip T Besirof**
  pbesirof@mofo.com,mblackmer@mofo.com,rbarajas@mofo.com

- **Maureen Beyers**
  mbeyers@omlaw.com,ppalmer@omlaw.com

- **Willie Briscoe**
  wbriscoe@thebriscoelawfirm.com

- **Luke Brooks**
  lukeb@rgrdlaw.com

- **Lonnie A Browne**
  LBrowne@rgrdlaw.com

- **Jennifer N Caringal**
  Jcaringal@rgrdlaw.com

- **Keith Michael Cochran**
  kcochran@cfsblaw.com

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com,mzehel@pomlaw.com

- **Jonathan Adam Dessaules**
  jdessaules@dessauleslaw.com,hpeters@dessauleslaw.com,jpitchel@dessauleslaw.com

- **Michael J Dowd**
  miked@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel S Drosman**
  dand@rgrdlaw.com,karenc@rgrdlaw.com,tholindrake@rgrdlaw.com

- **Jordan Eth**
  jeth@mofo.com,adavis@mofo.com,jrahman@mofo.com

- **Paul Flum**
  PaulFlum@mofo.com,TLee@mofo.com

- **Jason A Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Mark Ryan Scott Foster**
  mfoster@mofo.com,lroiz@mofo.com

- **Andrew S Friedman**
  afriedman@bffb.com,paquilino@bffb.com,rcreech@bffb.com

- **Jeffrey Dale Gardner**
  jgardner@jsslaw.com,eblackmountain@jsslaw.com

- **Richard W Gonnello**
  rgonnello@faruqilaw.com,msullivan@faruqilaw.com,ecf@faruqilaw.com,dbehnke@faruqilaw.com

- **Bryan Jens Gottfredson**
  Bryan.Gottfredson@sackstierney.com

- **Salvatore Jo Graziano**
  salvatore@blbglaw.com,errol.hall@blbglaw.com

- **Tor Gronborg**
  Torg@rgrdlaw.com

- **Joseph P Guglielmo**
  jguglielmo@scott-scott.com

- **Kevin Richard Hanger**
  khanger@bffb.com,tdinardo@bffb.com,rcreech@bffb.com

- **Eugene G Illovsky**
  eillovsky@mofo.com

- **Craig Kennedy**
  mbeyers@omlaw.com

- **Jennifer Lynn Kroll**
  jkroll@martinbonnett.com

- **Cody R LeJeune**
  clejeune@rgrdlaw.com

- **Jeffrey S Leonard**
  jeffrey.leonard@sackstierney.com,kelly.sharpe@sackstierney.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Peter S Linden**
  plinden@kmllp.com

- **Judson E Lobdell**
  jlobdell@mofo.com,mblackmer@mofo.com

- **Susan Joan Martin**
  smartin@martinbonnett.com,tmahabir@martinbonnett.com,mblawfirm@aol.com

- **Michael Craig McKay**
  mmckay@schneiderwallace.com,efilings@schneiderwallace.com

- **Danielle S Myers**
  danim@rgrdlaw.com

- **Patrick Powers**
  patrick@powerstaylor.com,sarah@powerstaylor.com

- **Ira Michael Press**
  ipress@kmllp.com

- **Jay N Razzouk**
  jrazzouk@robbinsarroyo.com,notice@robbinsarroyo.com

- **Brian J Robbins**
  brobbins@robbinsarroyo.com,rsalazar@robbinsarroyo.com,notice@robbinsarroyo.com

- **Darren J Robbins**
  darrenr@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Hart Lawrence Robinovitch**
  AZDocketing@zimmreed.com,stacy.bethea@zimmreed.com,Hart.Robinovitch@zimmreed.com

- **Joseph Nathaniel Roth**
  jroth@omlaw.com,bwendt@omlaw.com

- **David R Scott**
  drscott@scott-scott.com,efile@scott-scott.com

- **Mark Solomon**
  marks@rgrdlaw.com

- **Christopher Dennis Stewart**
  CStewart@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Edward M Varga , III**
  evarga@kmllp.com

- **Samuel M Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Anna Erickson White**
  awhite@mofo.com,rwebb@mofo.com,avickery@mofo.com

- **Garrett Webster Wotkyns**
  gwotkyns@schneiderwallace.com,efilings@schneiderwallace.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)