# EXHIBIT 71

EDGAR°Online



# FIRST SOLAR, INC.

# FORM 10-K
### (Annual Report)

## Filed 02/29/12 for the Period Ending 12/31/11

| | |
|---|---|
| Address | 350 WEST WASHINGTON STREET |
| | SUITE 600 |
| | TEMPE, AZ 85281 |
| Telephone | (602) 414-9300 |
| CIK | 0001274494 |
| Symbol | FSLR |
| SIC Code | 3674 - Semiconductors and Related Devices |
| Industry | Semiconductors |
| Sector | Technology |
| Fiscal Year | 12/31 |

Powered By EDGAR°Online
http://www.edgar-online.com
© Copyright 2012, EDGAR Online, Inc. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, Inc. Terms of Use.

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# Form 10-K

**(Mark one)**

[x]  ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended December 31, 2011**

or

[ ]  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the transition period from        to**

### Commission file number: 001-33156



# First Solar, Inc .
*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **20-4623678** |
| (State or other jurisdiction of | (I.R.S. Employer |
| incorporation or organization) | Identification No.) |

**350 West Washington Street, Suite 600**
**Tempe, Arizona 85281**
*(Address of principal executive offices, including zip code)*
**(602) 414-9300**
*(Registrant's telephone number, including area code)*
### Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| Common stock, $0.001 par value | The NASDAQ Stock Market LLC |

### Securities registered pursuant to Section 12(g) of the Act:
### None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes [x]  No [ ]

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes [ ]  No [x]

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes [x]  No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [x]  No [ ]

ι the Middle East and North Africa (MENA), several countries have announced sizeable solar targets, although policy mechanisms are not ɾmly established. In the Kingdom of Saudi Arabia, a solar policy with targets and incentives is expected in 2012. The size of the program is cted to be tens of gigawatts of solar by 2030, or as early as 2020. In the United Arab Emirates, Abu Dhabi has set a target of sourcing 7% of tricity supply from renewables by 2020 and in 2011 issued a tender for the first of three 100 MW PV projects. In January 2012, Dubai ɪounced plans for a 1 GW solar farm by 2030. In Morocco, the government has set a 2 GW solar goal by 2020. Other markets such as Algeria, ɟpt, Jordan, Kuwait, Oman, Qatar, and Tunisia are also actively promoting solar and issuing tenders.

While the potential of the above-referenced MENA markets are significant, policy promulgation and market development are especially vulnerable to governmental inertia, political instability, geopolitical risk, fossil fuel subsidization, and/or potentially stringent localization requirements.

For more information about risks related to economic incentives, please see Item 1A: "Risk Factors — Reduced growth in or the reduction, elimination, or expiration of government subsidies, economic incentives, and other support for on-grid solar electricity applications, including potential mid-year FiT reductions or other program changes in Germany and certain other core markets, could reduce demand and/or price levels for our solar modules, and limit our growth or lead to a reduction in our net sales, and adversely impact our operating results."

## Intellectual Property

Our success depends, in part, on our ability to maintain and protect our proprietary technology and to conduct our business without infringing on the proprietary rights of others. We rely primarily on a combination of patents, trademarks and trade secrets, as well as associate and third party confidentiality agreements, to safeguard our intellectual property. We regularly file patent applications to protect inventions arising from our research and development, and are currently pursuing patent applications in the U.S. and worldwide. Our patent applications and any future patent applications might not result in a patent being issued with the scope of the claims we seek, or at all, and any patents we may receive may be challenged, invalidated, or declared unenforceable. In addition, we have registered and/or have applied to register, trademarks and service marks in the U.S. and a number of foreign countries for "First Solar" and "First Solar and Design."

With respect to proprietary know-how that is not patentable and processes for which patents are difficult to enforce, we rely on, among other things, trade secret protection and confidentiality agreements to safeguard our interests. We believe that many elements of our PV manufacturing process, including our unique materials sourcing, involve proprietary know-how, technology, or data that are not covered by patents or patent applications, including technical processes, equipment designs, algorithms, and procedures. We have taken security measures to protect these elements. All of our research and development personnel have entered into confidentiality and proprietary information agreements with us. These agreements address intellectual property protection issues and require our associates to assign to us all of the inventions, designs, and technologies they develop during the course of employment with us. We also require our customers and business partners to enter into confidentiality agreements before we disclose any sensitive aspects of our modules, technology, or business plans.

We have not been subject to any material intellectual property claims.

## Environmental, Health, and Safety Matters

Our operations include the use, handling, storage, transportation, generation, and disposal of hazardous materials and hazardous wastes. We are subject to various national, state, local, and international laws and regulations relating to the protection of the environment, including those governing the discharge of pollutants into the air and water, the use, management, and disposal of hazardous materials and wastes, occupational health and safety, and the cleanup of contaminated sites. Therefore, we could incur substantial costs, including cleanup costs, fines, and civil or criminal sanctions and costs arising from third party property damage or personal injury claims as a result of violations of, or liabilities under, environmental and occupational health and safety laws and regulations or non-compliance with environmental permits required for our operations. We believe we are currently in substantial compliance with applicable environmental and occupational health and safety requirements and do not expect to incur material expenditures for environmental and occupational health and safety controls in the foreseeable future. However, future developments such as more aggressive enforcement policies, the implementation of new, more stringent laws and regulations, or the discovery of unknown environmental conditions may require expenditures that could have a material adverse effect on our business, results of operations, or financial condition. See Item 1A: " Risk Factors - Environmental obligations and liabilities could have a substantial negative impact on our financial condition, cash flows, and profitability."

## Corporate History

10

In February 2006 we were incorporated as a Delaware corporation. Our common stock has been listed on The NASDAQ Global Select Market under the symbol "FSLR" since our initial public offering in November 2006. In October 2009, our common stock was added to the S&P 500 Index, making First Solar the first, and currently only, pure-play renewable energy company in the index.

## Associates

As of December 31, 2011 , we had approximately 7,000 associates (our term for full- and part-time employees), including approximately 5,800 in manufacturing positions. The remainder of our associates are in research and development, sales and marketing, and general and administrative positions, including associates who are engaged in or support our systems business. None of our associates are currently represented by labor unions or covered by a collective bargaining agreement. As we expand domestically and internationally, however, we may encounter either regional laws that mandate union representation or associates who desire union representation or a collective bargaining agreement. We believe that our relations with our associates are good.

## Information About Geographic Areas

We have significant marketing, distribution, and manufacturing operations both within and outside the United States. Currently, we manufacture our solar modules at our Perrysburg, Ohio, Frankfurt/Oder, Germany, and Kulim, Malaysia manufacturing facilities.

In 2011 , 43% of our net sales were generated from customers headquartered in the European Union. As part of our Long Term Strategic Plan, we are in the process of expanding our operations, particularly with respect to our systems business, to various countries worldwide, including countries in Asia, the Middle East and Africa. As a result, we are subject to the legal, tax, political, social and regulatory requirements, and economic conditions of an increasing number of jurisdictions. The international nature of our operations subjects us to a number of risks, including fluctuations in exchange rates, adverse changes in foreign laws or regulatory requirements and tariffs, taxes, and other trade restrictions. See Item 1A: "Risk Factors — Our substantial international operations subject us to a number of risks, including unfavorable political, regulatory, labor, and tax conditions in foreign countries." and "Risk Factors — We may be unable to execute on our Long Term Strategic Plan, which could have a material adverse effect on our business, results of operations or financial condition." See Note 24. "Segment and Geographical Information," to our consolidated financial statements included in this Annual Report on Form 10-K for information about our net sales and long-lived assets by geographic region for the years ended December 31, 2011 , December 31, 2010 , and December 26, 2009 . See also Item 7: "Management's Discussion and Analysis of Financial Condition and Results of Operations," for other information about our operations and activities in various geographic regions.

## Available Information

We maintain a website at http://www.firstsolar.com . We make available free of charge on our website our annual reports on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, proxy statements, and any amendments to those reports filed or furnished pursuant to Section 13(a) or 15(d) of the Exchange Act, as soon as reasonably practicable after we electronically file these materials with, or furnish them to, the SEC. The information contained in or connected to our website is not incorporated by reference into this report. We use our website as one means of disclosing material non-public information and for complying with our disclosure obligations under the SEC's Regulation FD. Such disclosures will typically be included within the Investor Relations section of our website ( http://investor.firstsolar.com ). Accordingly, investors should monitor such portions of our website in addition to following our press releases, SEC filings, and public conference calls and webcasts.

The public may also read and copy any materials that we file with the SEC at the SEC's Public Reference Room at 100 F Street, NE, Washington, D.C. 20549. The public may obtain information on the operation of the Public Reference Room by calling the SEC at 1-800-SEC-0330. The SEC also maintains an Internet website that contains reports and other information regarding issuers, such as First Solar, that file electronically with the SEC. The SEC's Internet website is located at http://www.sec.gov .

## Executive Officers of the Registrant

Our executive officers and their ages and positions as of February 29, 2012 , were as follows:

11

| Name | Age | Position |
|------|-----|----------|
| Michael J. Ahearn | 55 | Interim Chief Executive Officer |
| Mark R. Widmar | 46 | Chief Financial Officer and Chief Accounting Officer |
| James G. Brown, Jr. | 49 | President, Global Business Development |
| Mary Beth Gustafsson | 52 | Executive Vice President, General Counsel and Secretary |
| Carol Campbell | 60 | Executive Vice President, Human Resources |
| Maja Wessels | 52 | Executive Vice President, Global Public Affairs |
| David Eaglesham | 50 | Chief Technology Officer |

Michael J. Ahearn, Chairman of the Board of Directors, was appointed Interim Chief Executive Officer in October 2011. Mr. Ahearn served as Chief Executive Officer from August 2000 through September 2009 and as Executive Chairman from October 2009 through December 2010. Mr. Ahearn is currently Chairman and Managing Partner of True North Venture Partners, L.P., a venture capital firm he launched in 2011 to invest primarily in early stage companies in the energy, water, agriculture and waste sectors. Mr. Ahearn currently serves as a member of the Board of Directors of Cox Enterprises, Inc.; a member of the Board of Trustees of Thunderbird School of Global Management; a member of the Board of Trustees of The German Marshall Fund; a member of the Board of Directors of Endeavor Global, Inc.; a member of the Global Advisory Board of Beijing Climate Policy Initiative; and a member of the Advisory Board of BDT Capital Partners. Mr. Ahearn holds a B.A. in Finance and a J.D. from Arizona State University.

Mark R. Widmar joined First Solar in April 2011 as Chief Financial Officer. Mr. Widmar has served as First Solar's Chief Accounting Officer since February 1, 2012. Prior to joining First Solar, Mr. Widmar served as Chief Financial Officer of GrafTech International Ltd., a leading global manufacturer of advanced carbon and graphite materials, from May 2006 through March 2011, as well as President, Engineered Solutions from January 2011 through March 2011. Prior to joining GrafTech, Mr. Widmar served as Corporate Controller of NCR Inc. from 2005 to 2006, and was a Business Unit Chief Financial Officer for NCR from November 2002 to his appointment as Controller. He also served as a Division Controller at Dell, Inc. from August 2000 to November 2002 prior to joining NCR. Mr. Widmar also held various financial and managerial positions with Lucent Technologies Inc., Allied Signal, Inc., and Bristol Myers/Squibb, Inc. Mr. Widmar holds a B.S. in Business Accounting and a Masters of Business Administration from Indiana University.

James G. Brown, Jr. was appointed President, Global Business Development in December 2011. Mr. Brown joined First Solar in 2008 as Vice President, Project Finance, and has been involved in project finance and business development during his tenure. He most recently served as the Company's President, Utility Systems Business Group. Prior to joining First Solar, Mr. Brown worked for 19 years in project and structured finance at Chase Manhattan, Société Générale, WestLB and HSBC, specializing in the power, oil and gas, petrochemical and general industrial sectors. Before that, Mr. Brown was a Captain in the U.S. Army where he was a helicopter pilot and commanded an Air Cavalry Troop. He earned a B.S. degree in Engineering from the United States Military Academy at West Point.

Mary Beth Gustafsson joined First Solar in October 2008 as Vice President, General Counsel and was named Executive Vice President, General Counsel and Secretary in November 2009. Prior to joining First Solar, Ms. Gustafsson was the Senior Vice President, General Counsel and Secretary of Trane Inc. (formerly American Standard Companies Inc.) from January 2005 through June 2008. From June 2008 through September 2008, Ms. Gustafsson was Vice President and Deputy General Counsel of Ingersoll-Rand Ltd., following Ingersoll-Rand's acquisition of Trane. From 2001 through 2005, Ms. Gustafsson held positions of increasing responsibility at American Standard Companies Inc., including Chief Corporate Counsel and General Counsel for the company's global air conditioning business. Ms. Gustafsson holds a B.A. in English Literature from Boston University and a J.D. from The University of Michigan Law School.

Carol Campbell joined First Solar in March 2006 as Director of Human Resources and was named Vice President of Human Resources in March 2007. She became the Company's Executive Vice President of Human Resources in November 2009. Prior to joining First Solar, she was the Regional Director of Human Resources for North America at the Dana Corporation, where she was responsible for all Dana plants in the United States, Canada, and Mexico. Ms. Campbell was with Dana for 20 years, progressing through levels of greater responsibility in the Legal and Human Resource Departments. Ms. Campbell holds a Professional Human Resources certification through the Society of Human Resources Management and has extensive experience successfully developing and running highly effective HR organizations in complex and rapidly changing environments. Ms. Campbell holds a B.A. in Business from Heidelberg College.

Maja Wessels joined First Solar in May 2008 as Vice President of Government Affairs for the Europe, Middle East and Africa

12

region and was named Executive Vice President, Public Affairs in May 2009. Prior to joining First Solar, Ms. Wessels served four years as senior vice president, Government Affairs at Honeywell for the EMEA region and three years as President, United Technologies International Operations for Europe. Ms. Wessels chaired the American Electronics Industry Association Europe from 2006 to 2007, and prior to that she was president of the American Chamber of Commerce to the EU from 2003 to 2007. From 1997 to 2000 she was employed by Daimler Chrysler as vice president of Government Affairs in Europe. Ms Wessels holds a B.A. from Dartmouth College and a master's degree in international economics and European studies from the School of Advanced International Studies of Johns Hopkins University.

David Eaglesham joined First Solar in June 2006 as Vice President, Technology and became Chief Technology Officer in November 2009. Prior to joining First Solar, he was Director of Advanced Technologies at Applied Materials. He also previously worked as Chief Technologist at Lawrence Livermore and as Director of Electronic Device Research at Bell Labs. He was Materials Research Society President in 2005. Mr. Eaglesham has a PhD in Physics from the University of Bristol.

## Item 1A: *Risk Factors*

An investment in our stock involves a high degree of risk. You should carefully consider the following information, together with the other information in this Annual Report on Form 10-K, before buying shares of our stock. If any of the following risks or uncertainties occur, our business, financial condition, and results of operations could be materially and adversely affected and the trading price of our stock could decline.

### Risks Related to Our Markets and Customers

*An increased global supply of PV modules has caused and may continue to cause structural imbalances in which global PV module supply exceeds demand, which could have a material adverse effect on our business, financial condition and results of operations*

Solar manufacturers have installed production capacity that significantly exceeded global demand in 2011. We believe this structural imbalance between supply and demand (i.e., where production capacity significantly exceeds current global demand) will continue for the foreseeable future, and we expect that it will continue to put pressure on pricing. In light of the increase in global production capacity, we recently decided not to proceed any further with the development of our previously announced 4-line plant in Vietnam, and have also postponed the commissioning of our previously announced 4-line plant in Mesa, Arizona and the construction of our previously announced 2-line plant in France until such time as global supply and demand dynamics support the additional manufacturing capacity. There can be no assurance that we will not be required to take further actions to address global production supply and demand in those geographic areas. Additionally, in 2011, industry average sales prices per watt ("ASPs") declined significantly, as competitors reduced ASPs to sell-through inventories in Europe and elsewhere. If our competitors reduce module pricing to levels near or below their manufacturing costs, or are able to operate at minimal or negative operating margins for sustained periods of time, or if demand for PV modules does not grow sufficiently to justify the current production supply, our business, financial condition and results of operations could be adversely affected.

*If PV technology is not suitable for widespread adoption at economically attractive rates of return, or if sufficient additional demand for solar modules does not develop or takes longer to develop than we anticipate, our net sales and profit may flatten or decline and we may be unable to sustain profitability.*

The solar energy market is at a relatively early stage of development, in comparison to fossil fuel-based electricity generation. If PV technology proves unsuitable for widespread adoption at economically attractive rates of return or if additional demand for solar modules fails to develop sufficiently or takes longer to develop than we anticipate, we may be unable to grow our business or generate sufficient net sales to sustain profitability. In addition, demand for solar modules in our targeted markets, including North America, Europe, India, China, the Middle East, Australia and other foreign jurisdictions, may develop to a lesser extent than we anticipate. Many factors may affect the viability of widespread adoption of PV technology and demand for solar systems and modules, including the following:

- cost-effectiveness of the electricity generated by PV power systems compared to conventional energy sources, such as natural gas and coal, and other non-solar renewable energy sources, such as wind;

- performance, reliability and availability of energy generated by PV systems compared to conventional and other non-solar renewable energy sources and products;

- success of other renewable energy generation technologies, such as hydroelectric, tidal, wind, geothermal, solar

13

thermal, concentrated PV, and biomass;

- fluctuations in economic and market conditions that affect the price of, and demand for, conventional and non-solar renewable energy sources, such as increases or decreases in the price of natural gas, coal, oil, and other fossil fuels;

- fluctuations in capital expenditures by end-users of solar modules, which tend to decrease when the economy slows and when interest rates increase; and

- availability, substance, and magnitude of government targets, subsidies, incentives, and renewable portfolio standards to accelerate the development of the solar energy industry.

*Reduced growth in or the reduction, elimination, or expiration of government subsidies, economic incentives, and other support for on-grid solar electricity applications, including recently announced mid-year feed-in-tariff reductions or other program changes in Germany and certain other core markets, could reduce demand and/or price levels for our solar modules, and limit our growth or lead to a reduction in our net sales, and adversely impact our operating results.*

Although our Long Term Strategic Plan provides for First Solar to transition over time toward operating in sustainable markets, in the near-term our net sales and profits remain subject to variability based on the availability and size of government subsidies and economic incentives. Federal, state, and local governmental bodies in many countries have provided subsidies in the form of FiT, rebates, tax incentives, and other incentives to end-users, distributors, systems integrators, and manufacturers of PV products. Many of these jurisdictions, including the majority of U.S. states and numerous European Union countries, have adopted renewable portfolio standards in which the government requires jurisdictions or regulated utilities to supply a portion of their total electricity from specified sources of renewable energy, such as solar, wind, and hydroelectric power. Many of these government incentives expire, phase out over time, require renewal by the applicable authority, or may be amended. A summary of recent developments in the major government subsidy programs that can impact our business appears under Item 1: "Business – Support Programs." To the extent these government incentives are reduced earlier than previously expected, or free-field or conversion land applications are disadvantaged, such changes could reduce demand and/or price levels for our solar modules, lead to a reduction in our net sales, and adversely impact our operating results.

Germany, which accounted for approximately 23% of our 2011 net sales, will account for a declining percentage of our net sales over the next three years due to changing levels of policy support and demand. The German government continues to evaluate changes to the German Renewable Energy Law, or the EEG, and recently proposed significant and accelerated FiT reductions for projects up to 10 MW and an elimination of FiTs for projects over 10 MW. These proposed FiT changes, if adopted, would particularly impact the competitiveness in Germany of our core offering of large-scale free field PV systems and modules to be installed in such systems. If these policy changes proposed by the German Environment and Economy Ministers are approved without change by the German Parliament, they will negatively affect long-term demand and price levels for our PV products in Germany, which could adversely impact our results of operations.

In France, the government introduced a new market support framework during the first quarter of 2011. The level of this new market support framework is inadequate for us to pursue an expansion strategy in France. As a result, we have postponed the construction of our previously announced 2-line plant in France until global supply and demand dynamics support the additional manufacturing capacity.

The American Recovery and Reinvestment Act of 2009 (ARRA) and the 2010 Tax Act provide for certain measures intended to benefit on-grid solar electricity generation and other renewable energy initiatives. The expiration of the Department of Treasury's Section 1603 cash grant program on December 31, 2011, may adversely affect our ability to arrange financing for utility-scale projects by forcing reliance on less abundant tax equity financing and may otherwise adversely affect the attractiveness of the U.S. solar market. The expiration of the Department of Energy Section 1705 loan guarantee program for renewable energy projects, renewable energy manufacturing facilities and electric power transmission projects may adversely affect our ability to arrange financing in the future for utility-scale projects by increasing our cost of capital, and may also otherwise affect the attractiveness of the U.S. solar market.

In Ontario, Canada, a FiT program was introduced in September 2009 and replaced the Renewable Energy Standard Offer Program (RESOP) as the primary subsidy program for renewable energy projects. In order to participate in the Ontario FiT program, certain provisions relating to minimum required domestic content and agricultural land use restrictions for solar installations must be satisfied. The domestic content and land restriction rules do not apply to our solar projects governed by RESOP contracts. However, PV solar power systems incorporating our modules do not presently satisfy the domestic content requirement under the FiT program currently in effect, and thus projects incorporating our modules would not qualify for the Ontario FiT. In the event the Ontario domestic content requirement rules are not eliminated, we will not be able to participate in the Ontario FiT program,

14

and thus our ability to pursue an expansion strategy in Ontario, Canada beyond our remaining RESOP projects would be adversely affected.

In Australia, the solar industry is driven by several regulatory initiatives that support the installation of solar PV modules in both rooftop and free-field applications, including the federal government's nationwide Renewable Energy Target, which has set a renewable energy goal for Australia of 20% by 2020. The creation of the Clean Energy Finance Corporation (CEFC) and the establishment of the Australian Renewable Energy Agency (ARENA) also occurred in 2011 and will begin implementation in 2012. If such programs or other initiatives are not successfully executed in addressing Australia's renewable energy goals, the size and attractiveness of Australia's solar market may be limited and we may be unable to sell modules or systems in Australia at an attractive price, limiting one of our anticipated growth markets.

In India, the National Solar Mission includes a goal of installing 22 GW of solar by 2022. There is no guarantee that India will maintain this goal or adopt the required policies to meet that goal, without which, the size and attractiveness of India's solar market may be limited and we may be unable to sell modules or systems in India at an attractive price, limiting one of our anticipated growth markets.

In China, governmental authorities recently adopted a national FiT but the specific terms and future of the program are unclear. It is currently assumed that the term is 25 years and the FiT will be in place in 2012 but not clear if there will be a digression beyond that. The FiT is economically viable given local generation company low return requirements but project costs are depressed given high competition in component manufacturing (i.e. over 400 local module manufacturers are selling into the market). Participation in the Golden Sun Program for distributed generation also includes an implicit requirement for local manufacturing.

In the Middle East and North Africa (MENA), several countries have announced sizeable solar targets, although policy mechanisms are not yet firmly established. Policy promulgation and market development are especially vulnerable to governmental inertia, political instability, geopolitical risk, fossil fuel subsidization, and potentially stringent localization requirements. This vulnerability may adversely affect our ability to expand in or enter into such markets, or may otherwise affect the attractiveness of such solar markets.

Reduced growth in or the reduction, elimination, or expiration of government subsidies and economic incentives for on-grid solar energy applications, could limit our growth or cause our net sales to decline and adversely affect our business, financial condition, and results of operations.

***We could be adversely affected by any violations of the U.S. Foreign Corrupt Practices Act ("FCPA") and foreign anti-bribery laws .***

The FCPA generally prohibits companies and their intermediaries from making improper payments to non-U.S. government officials for the purpose of obtaining or retaining business. Other countries in which we operate also have anti-bribery laws, some of which prohibit improper payments to government and non-government persons and entities. Our policies mandate compliance with these anti-bribery laws. We currently operate in, and pursuant to our Long Term Strategic Plan intend to further expand into, many parts of the world that have experienced governmental corruption to some degree and, in certain circumstances, strict compliance with anti-bribery laws may conflict with local customs and practices. In addition, due to the level of regulation in our industry, our entry into new jurisdictions, including India, China, and the Middle East, requires substantial government contact where norms can differ from U.S. standards. Although we implement policies and procedures designed to facilitate compliance with these anti-bribery laws, our employees, subcontractors and agents may take actions in violation of our policies and anti-bribery laws. Any such violation, even if prohibited by our policies, could subject us to criminal or civil penalties or other sanctions, which could have a material adverse effect on our business, financial condition, cash flows and reputation.

***We may be unable to fully execute on our Long Term Strategic Plan, which could have a material adverse effect on our business, results of operations or financial condition.***

We face numerous difficulties in executing our Long Term Strategic Plan, particularly in new foreign jurisdictions, including each of the risks described in the Risk Factors entitled "Our substantial international operations subject us to a number of risks, including unfavorable political, regulatory, labor, and tax conditions in foreign countries." and "Reduced growth in or the reduction, elimination, or expiration of government subsidies, economic incentives, and other support for on-grid solar electricity applications, including recently announced mid-year feed-in-tariff reductions or other program changes in Germany and certain other core markets, could reduce demand and/or price levels for our solar modules, and limit our growth or lead to a reduction in our net sales, and adversely impact our operating results," as well as the following:

15

difficulty in accurately prioritizing geographic markets which we can most effectively and profitably serve with our utility scale PV offerings, including miscalculations in overestimating or underestimating our addressable market demand;

difficulty in overcoming the inertia involved in changing local electricity ecosystems as necessary to accommodate large-scale PV solar deployment and integration;

protectionist or other adverse public policies in countries we operate in and/or are pursuing, including local content requirements or capital investment requirements;

• difficulty in timely identifying, attracting and retaining qualified sales, technical and other personnel in geographies targeted for expansion;

• the possibility of having insufficient capital resources necessary to acheive an effective localized business presence in targeted jurisdictions;

• difficulty in competing against competitors who may have greater financial resources and/or a more effective or established localized business presence;

• difficulty in competing against competitors who may gain in profitability and financial strength over time by successfully participating in the global rooftop PV solar market, which is a segment we intend to de-emphasize as part of our Long Term Strategic Plan;

• difficulty in developing any necessary partnerships with local businesses, on commercially acceptable terms; and

• difficulty in balancing market demand and manufacturing production in an efficient and timely manner, potentially causing us to be manufacturing capacity constrained in some future periods or over-supplied in others.

*An increase in interest rates or lending rates or tightening of the supply of capital in the global financial markets (including a reduction ι total tax equity availability) could make it difficult for end-users to finance the cost of a PV system and could reduce the demand for our ?lar systems or modules and/or lead to a reduction in the average selling price for PV modules.*

Many of our customers and our systems business depend on debt and/or equity financing to fund the initial capital expenditure required to :velop, build and purchase a PV system. As a result, an increase in interest rates or lending rates, or a reduction in the supply of project debt ıancing or tax equity investments, could reduce the number of solar projects that receive financing or otherwise make it difficult for our ıstomers or our systems business to secure the financing necessary to develop, build, purchase or install a PV system on favorable terms, or at !, and thus lower demand for our solar modules which could limit our growth or reduce our net sales. In addition, we believe that a significant rcentage of our end-users install PV systems as an investment, funding the initial capital expenditure through a combination of equity and bt. An increase in interest rates and/or lending rates could lower an investor's return on investment in a PV system, increase equity return juirements or make alternative investments more attractive relative to PV systems, and, in each case, could cause these end-users to seek :rnative investments. As described above under Item 1: "Business — Support Programs," the 30% grant in lieu of the federal investment tax dit under the ARRA expired December 31, 2011 and unless extended, will not be available for solar installations that begin construction on or :r January 1, 2012. If such program is not extended, total tax equity availability could be reduced which may adversely affect our ability to ınge financing for utility-scale projects and may adversely affect the attractiveness of the U.S. solar market.

*We currently depend on a limited number of customers within our components business. The loss of, or a significant reduction in orders n, any of these customers could significantly reduce our net sales and negatively impact our operating results.*

Within our components business, we continue to sell a sizeable portion of our solar modules to customers headquartered throughout the ɔpean Union, although this portion is expected to continue to decline as we execute our Long Term Strategic Plan. During 2011 , our two ɛst customers for our components business each accounted for more than 10% of our components business' net sales. Our customer base .in our components business is still concentrated to a significant extent in Germany and, therefore, additional German FiT reductions could ce demand and/or price levels for our modules sold to these customers. The loss of any of our large customers, their inability to perform :r their contracts, or their default in payment could significantly reduce our net sales and adversely impact our operating results. Our ɔmers may face significant challenges under current economic conditions, including lack of capital to finance solar projects and rising costs :iated with leasing or otherwise acquiring land and rooftops for solar projects. Although we believe that we can mitigate this risk in part by locating modules

16

to other customers if the need arises, we may be unable, in whole or in part, to mitigate the reduced demand for our modules. Further, in the event that we determine that our planned production of solar modules exceeds the demand we anticipate, we may decide to reduce or halt production of solar modules in our manufacturing facilities. However, we may incur costs in doing so and we may be unable to anticipate and respond to the oversupply of solar modules because we have limited visibility into our customers' inventories.

### Risks Related to Regulations

*Existing regulations and policies and changes to these regulations and policies may present technical, regulatory, and economic barriers to the purchase and use of PV products, which may significantly reduce demand for our solar modules.*

The market for electricity generation products is heavily influenced by foreign, federal, state, and local government regulations and policies concerning the electric utility industry, as well as policies promulgated by electric utilities. These regulations and policies often relate to electricity pricing and technical interconnection of customer-owned electricity generation. In the United States and in a number of other countries, these regulations and policies have been modified in the past and may be modified again in the future. These regulations and policies could deter end-user purchases of PV products and investment in the research and development of PV technology. For example, without a mandated regulatory exception for PV systems, utility customers are often charged interconnection or standby fees for putting distributed power generation on the electric utility grid. If these interconnection standby fees were applicable to PV systems, it is likely that they would increase the cost of using PV systems to our end-users, which could make them less desirable, thereby adversely affecting our business, prospects, results of operations, and financial condition. In addition, with respect to utilities that utilize a peak hour pricing policy or time-of-use pricing methods whereby the price of electricity is adjusted based on electricity supply and demand, electricity generated by PV systems currently benefits from competing primarily with expensive peak hour electricity, rather than the less expensive average price of electricity. Modifications to the peak hour pricing policies of utilities, such as to a flat rate for all times of the day, would require PV systems to achieve lower prices in order to compete with the price of electricity from other sources.

We anticipate that our solar systems and modules will be subject to oversight and regulation in accordance with national and local ordinances relating to building codes, safety, environmental protection, utility interconnection and metering, and other matters. It is difficult to track the requirements of individual jurisdictions and design equipment to comply with the varying standards. Any new government regulations or utility policies pertaining to our solar modules may result in significant additional expenses to us or our customers and, as a result, could cause a significant reduction in demand for our solar systems and modules.

*Environmental obligations and liabilities could have a substantial negative impact on our financial condition, cash flows, and profitability.*

Our operations involve the use, handling, generation, processing, storage, transportation, and disposal of hazardous materials and are subject to extensive environmental laws and regulations at the national, state, local, and international levels. These environmental laws and regulations include those governing the discharge of pollutants into the air and water, the use, management, and disposal of hazardous materials and wastes, the cleanup of contaminated sites, and occupational health and safety. We have incurred and will continue to incur significant costs and capital expenditures in complying with these laws and regulations. In addition, violations of, or liabilities under, environmental laws or permits may result in restrictions being imposed on our operating activities or in our being subjected to substantial fines, penalties, criminal proceedings, third party property damage or personal injury claims, cleanup costs, or other costs. Such solutions could also result in substantial delay or termination of projects under construction within our systems business, which could adversely impact our results of operations. While we believe we are currently in substantial compliance with applicable environmental requirements, future developments such as more aggressive enforcement policies, the implementation of new, more stringent laws and regulations, or the discovery of presently unknown environmental conditions may require expenditures that could have a material adverse effect on our business, results of operations, and financial condition.

In addition, our solar modules contain cadmium telluride and cadmium sulfide. Elemental cadmium and certain of its compounds are regulated as hazardous material due to the adverse health effects that may arise from human exposure. Although the risks of exposure to cadmium telluride are not believed to be as serious as those relating to exposure to elemental cadmium, the toxicological properties of cadmium telluride have not been thoroughly investigated and reported. In our manufacturing operations, we maintain engineering controls to minimize our associates' exposure to cadmium or cadmium compounds and require our associates who handle cadmium compounds to follow certain safety procedures, including the use of personal protective equipment such as respirators, chemical goggles, and protective clothing. In addition, we believe the risk of exposure to cadmium or cadmium compounds from our end-products is limited by the encapsulated nature of these materials in our products and the physical properties of cadmium compounds used in our products, and further minimized by the voluntary implementation in 2005 of our collection and recycling program for our solar modules. While we believe that these factors and procedures are sufficient

17

to protect our associates, end-users, and the general public from adverse health effects that may arise from cadmium exposure, we cannot ensure that human or environmental exposure to cadmium or cadmium compounds used in our products will not occur. Any such exposure could result in future third party claims against us, as well as damage to our reputation and heightened regulatory scrutiny of our products, which could limit or impair our ability to sell and distribute our products. The occurrence of future events such as these could have a material adverse effect on our business, financial condition, or results of operations.

The use of cadmium in various products is also subject to governmental regulation in several countries. More restrictive regulation in this area and/or expansion of such regulation to additional countries could impact the manufacture, sale, collection, and recycling of solar modules and could require us to make unforeseen environmental expenditures or limit our ability to sell and distribute our products.

### Risks Related to our Operations, Manufacturing, and Technology

*Our operating history to date may not serve as an adequate basis to judge our future prospects and results of operations.*

Our historical operating results may not provide a meaningful basis for evaluating our business, financial performance, and prospects. We may be unable to achieve similar growth, or grow at all, in future periods. Our ability to achieve similar growth in future periods is also affected by current economic conditions. Our past results occurred in an environment where, among other things, capital was at times more accessible to our customers to finance the cost of developing solar projects and economic incentives for solar power in certain core markets (such as the German FiT) were more favorable. Accordingly, you should not rely on our results of operations for any prior period as an indication of our future performance.

*We face intense competition from manufacturers of crystalline silicon solar modules, as well as thin-film solar modules, and solar thermal and concentrated PV systems; if global supply exceeds global demand, it could lead to a reduction in the average selling price for PV modules , which could reduce our net sales and adversely affect our results of operations.*

The solar energy and renewable energy industries are highly competitive and continually evolving as participants strive to distinguish themselves within their markets and compete with the larger electric power industry. Within the global PV industry, we face competition from crystalline silicon solar module manufacturers, other thin-film solar module manufacturers and companies developing solar thermal and concentrated PV technologies. Existing or future solar manufacturers might be acquired by larger companies with significant capital resources, thereby intensifying competition with us. In addition, the introduction of a low cost disruptive technology could adversely affect our ability to compete, which could reduce our net sales and adversely affect our results of operations.

Even if demand for solar modules continues to grow, the rapid manufacturing capacity expansion undertaken by many solar module manufacturers, particularly manufacturers of crystalline silicon solar modules, has created and may continue to cause periods of structural imbalance during which supply exceeds demand. See "An increased global supply of PV modules has caused and may continue to cause structural imbalances in which global PV module supply exceeds demand, which could have a material adverse effect on our business, financial condition and results of operations." In addition, we believe a significant decrease in the cost of silicon feedstock would provide significant reductions in the manufacturing cost of crystalline silicon solar modules and lead to further pricing pressure for solar modules and potentially the oversupply of solar modules.

During any such period, our competitors could decide to reduce their sales prices in response to competition, even below their manufacturing costs, in order to generate sales. Other competitors may have direct or indirect access to sovereign capital, which could enable such competitors to operate at minimal or negative operating margins for sustained periods of time. As a result, we may be unable to sell our solar modules at attractive prices, or for a profit, during any period of excess supply of solar modules, which would reduce our net sales and adversely affect our results of operations. Also, we may decide to lower our average selling price to certain customers in certain markets in response to competition.

*Thin-film technology has a short history, and our thin-film technology and solar modules and systems may perform below expectations; problems with product quality or performance may cause us to incur significant and/or unexpected warranty and related expenses, damage our market reputation, and prevent us from maintaining or increasing our market share.*

Researchers began developing thin-film semiconductor technology over 25 years ago, but were unable to integrate the technology into a solar module production line until about a decade ago. Our thin-film technology and solar modules may not have a sufficient operating history to confirm how our solar modules will perform over their estimated 25-year useful life. We perform a variety of quality and life tests under different conditions. However, if our thin-film technology and solar modules perform below expectations, we could lose customers and face substantial warranty expense.

18

We have historically provided a limited warranty against defects in materials and workmanship under normal use and service conditions for 5 years following delivery to the owners of our solar modules. For solar module sales made subsequent to September 30, 2011, we have increased the limited warranty we provide against defects in materials and workmanship under normal use and service conditions from 5 years to 10 years.

We also warrant to our owners that solar modules installed in accordance with agreed-upon specifications will produce at least 90% of their power output rating during the first 10 years following their installation and at least 80% of their power output rating during the following 15 years. As a result, we bear the risk of extensive warranty claims long after we have sold our solar modules and recognized net sales. As of December 31, 2011 , our accrued warranty liability was $157.7 million , of which, $78.6 million was classified as current and $79.1 million was classified as noncurrent.

During the period from June 2008 to June 2009, a manufacturing excursion occurred whereby certain modules manufactured during that time period may experience premature power loss once installed in the field. The root cause of the manufacturing excursion was identified and addressed in June 2009. Beginning in 2009, we initiated a voluntary remediation program beyond our standard warranty pursuant to which we made commitments to customers with systems containing modules affected by the manufacturing excursion that we would cover certain costs of remediation efforts. We have expensed $215.7 million total to-date for the estimated costs of remediating systems affected by modules manufactured during the relevant period, including $145.6 million for remediation expenses beyond our limited warranty obligations and $70.1 million in product warranty expense reflecting the net increase in the expected number of replacement modules required in connection with our remediation efforts. This estimate is based on our evaluation and consideration of the currently available information, including the estimated number of affected modules in the field, historical experience related to our remediation efforts, customer-provided data related to potentially affected systems, and the estimated costs of performing the logistical services covered under our remediation program. In addition to those customers with systems affected by modules manufactured during the relevant period that we have already identified, we are working with a number of additional customers who may have affected modules to complete our analysis of their claims. Based upon our experience to date with our remediation approach, together with the data currently available, we estimate that, if we ultimately remediate these systems under our current remediation program, we could incur additional costs related to our voluntary remediation program of up to approximately $44 million . This includes approximately $24 million beyond our limited warranty obligations in connection with these claims, including the costs of actual remediation and the costs of additional compensation payments to customers under certain circumstances, and approximately $20 million related to additional product warranty liability.

If any of our estimates related to the above referenced manufacturing excursion prove incorrect, we could be required to accrue additional expenses, which could adversely impact our financial position, operating results and cash flows. Although we believe we have taken corrective actions to avoid similar manufacturing excursions in the future, we cannot guarantee that our internal quality and testing programs will prevent a future manufacturing excursion from occurring. Any future manufacturing excursions including any commitments made by us to take remediation actions in respect of affected modules beyond our limited warranty could adversely impact our financial position, operating results and cash flows.

Although our power output warranty extends for 25 years, our oldest solar modules manufactured during the qualification of our pilot production line have only been in use since 2001. Because of the limited operating history of our solar modules, we have been required to make assumptions regarding the durability and reliability of our solar modules. Our assumptions could prove to be materially different from the actual performance of our solar modules, causing us to incur substantial expense to repair or replace defective solar modules in the future. For example, our glass-on-glass solar modules could break, delaminate, or experience power degradation in excess of expectations, and our manufacturing operations could be subject to process variations that could cause affected modules to underperform compared to our expectations. These risks could be amplified as we implement design and process changes in connection with our efforts to accelerate module conversion efficiency improvement and manufacturing production throughput as part of our Long Term Strategic Plan. In addition, as we increase the number of installations in non-temperate climates, in accordance with our Long Term Strategic Plan, we may experience increased failure rates due to deployment into such hot climates. Any widespread product failures may damage our market reputation, cause our sales to decline, require us to repair or replace the defective modules, and cause us to take voluntary remedial measures beyond warranty terms to enhance customer satisfaction, which could have a material adverse effect on our financial results.

In addition to our solar module warranty described above, for solar power plants built by our EPC team, we currently typically provide a limited EPC warranty against defects in workmanship, engineering design, and installation services under normal use and service conditions for a period of one to two years following the substantial completion of a solar power plant or an energized section of a solar power plant. In resolving claims under both the workmanship and design warranties, we have the option of either remedying the defect to the warranted level through repair, refurbishment, or replacement. Any widespread failures of solar power plants built by us could damage our market reputation, cause our sales to decline, cause us to incur unexpected costs to remedy defects or otherwise negatively affect our results of operations.

19

*If our estimates regarding the future cost of collecting and recycling our solar modules are incorrect, we could be required to accrue additional expenses at and from the time we realize our estimates are incorrect and face a significant unplanned cash burden.*

We pre-fund our estimated future obligation for collecting and recycling our solar modules based on the present value of the expected future cost of collecting and recycling the modules, which includes the cost of packaging the solar modules for transport, the cost of freight from the solar module's installation site to a recycling center, the material, labor, and capital costs of the recycling process, and an estimated third party profit margin and return on risk for collection and recycling. We base our estimate on our experience collecting and recycling solar modules that do not pass our quality control tests and solar modules returned under our warranty, and on our expectations about future developments in recycling technologies and processes and economic conditions at the time the solar modules will be collected and recycled. If our estimates prove incorrect, we could be required to accrue additional expenses at and from the time we realize our estimates are incorrect and also face a significant unplanned cash burden at the time we realize our estimates are incorrect or end-users return their solar modules, which could harm our operating results. In addition, our end-users can return their solar modules at any time. As a result, we could be required to collect and recycle our solar modules earlier than we expect.

*Our failure to further refine our technology and develop and introduce improved PV products could render our solar modules or systems uncompetitive and reduce our net sales, profitability, and/or market share.*

We need to continue to invest significant financial resources in research and development to continue to improve our module conversion efficiency, lower the levelized cost of electricity (LCOE) of our PV systems, and otherwise keep pace with technological advances in the solar energy industry. However, research and development activities are inherently uncertain, and we could encounter practical difficulties in commercializing our research results. We seek to continuously improve our products and processes, and the resulting changes carry potential risks in the form of delays, additional costs, or other unintended contingencies. In addition, our significant expenditures on research and development may not produce corresponding benefits. Other companies are developing a variety of competing PV technologies, including copper indium gallium diselenide and amorphous silicon, which could produce solar modules or systems that prove more cost-effective or have better performance than our solar modules or systems. In addition, other companies could potentially develop a highly reliable renewable energy system that mitigates the intermittent power production drawback of many renewable energy systems, or offers other value-added improvements from the perspective of utilities and other system owners, in which case such companies could compete with us even if the LCOE associated with such new system is higher than that of our systems. As a result, our solar modules or systems may be negatively differentiated or rendered obsolete by the technological advances of our competitors, which would reduce our net sales, profitability and/or market share.

In addition, we often forward price our products and services in anticipation of future cost reductions, and thus an inability to further refine our technology and execute our long-term manufacturing cost and LCOE reduction objectives could adversely affect our margins and operating results.

*Our failure to protect our intellectual property rights may undermine our competitive position and litigation to protect our intellectual property rights or defend against third party allegations of infringement may be costly.*

Protection of our proprietary processes, methods, and other technology is critical to our business. Failure to protect and monitor the use of our existing intellectual property rights could result in the loss of valuable technologies. We rely primarily on patents, trademarks, trade secrets, copyrights, and contractual restrictions to protect our intellectual property. We regularly file patent applications to protect inventions arising from our research and development, and are currently pursuing such patent applications in the U.S. and worldwide. Our existing patents and future patents could be challenged, invalidated, circumvented, or rendered unenforceable. Our pending patent applications may not result in issued patents, or if patents are issued to us, such patents may not be sufficient to provide meaningful protection against competitors or against competitive technologies.

We also rely upon unpatented proprietary manufacturing expertise, continuing technological innovation, and other trade secrets to develop and maintain our competitive position. Although we generally enter into confidentiality agreements with our associates and third parties to protect our intellectual property, such confidentiality agreements are limited in duration and could be breached and may not provide meaningful protection for our trade secrets or proprietary manufacturing expertise. Adequate remedies may not be available in the event of unauthorized use or disclosure of our trade secrets and manufacturing expertise. In addition, others may obtain knowledge of our trade secrets through independent development or legal means. The failure of our patents or confidentiality agreements to protect our processes, equipment, technology, trade secrets, and proprietary manufacturing expertise, methods, and compounds could have a material adverse effect on our business. In addition, effective patent, trademark, copyright, and trade secret protection may be unavailable or limited in some foreign countries, especially any developing countries into which we may expand our operations. In some countries we have not applied for patent, trademark, or copyright protection.

20

Third parties may infringe or misappropriate our proprietary technologies or other intellectual property rights, which could have a material adverse effect on our business, financial condition, and operating results. Policing unauthorized use of proprietary technology can be difficult and expensive. Also, litigation may be necessary to enforce our intellectual property rights, protect our trade secrets, or determine the validity and scope of the proprietary rights of others. We cannot assure you that the outcome of such potential litigation will be in our favor. Such litigation may be costly and may divert management attention and other resources away from our business. An adverse determination in any such litigation may impair our intellectual property rights and may harm our business, prospects, and reputation. In addition, we have no insurance coverage against litigation costs and would have to bear all costs arising from such litigation to the extent we are unable to recover them from other parties.

*Some of our key raw materials and components are either single-sourced or sourced from a limited number of third party suppliers and their failure to perform could cause manufacturing delays and impair our ability to deliver solar modules to customers in the required quality and quantities and at a price that is profitable to us.*

Our failure to obtain raw materials and components that meet our quality, quantity, and cost requirements in a timely manner could interrupt or impair our ability to manufacture our solar modules or increase our manufacturing cost. Some of our key raw materials and components are either single-sourced or sourced from a limited number of third party suppliers. As a result, the failure of any of our suppliers to perform could disrupt our supply chain and impair our operations. In addition, some of our suppliers are small companies that may be unable to supply our increasing demand for raw materials and components as we continue to expand rapidly. We may be unable to identify new suppliers or qualify their products for use on our production lines in a timely manner and on commercially reasonable terms. A constraint on our production may cause us to be unable to meet our capacity ramp plan and/or our obligations under our customer contracts, which would have an adverse impact on our financial results.

*A disruption in our supply chain for cadmium telluride, our semiconductor material, could interrupt or impair our ability to manufacture solar modules and could adversely impact our profitability and long-term growth prospects.*

A key raw material we use in our production process is a cadmium telluride compound. Tellurium, one of the main components of cadmium telluride, is mainly produced as a by-product of copper refining and, therefore, its supply is largely dependent upon demand for copper. Our supply of cadmium telluride could be limited if any of our current suppliers or any of our future suppliers are unable to acquire an adequate supply of tellurium in a timely manner or at commercially reasonable prices. If our competitors begin to use or increase their demand for cadmium telluride, supply could be reduced and prices could increase. If our current suppliers or any of our future suppliers cannot obtain sufficient tellurium, they could substantially increase prices or be unable to perform under their contracts. We may be unable to pass increases in the cost of our raw materials through to our customers because our customer contracts do not adjust for raw material price increases and are generally for a longer term than our raw material supply contracts. A substantial increase in tellurium prices could adversely impact our profitability and long-term growth objectives.

*Our future success depends on our ability to effectively balance manufacturing production with market demand and, when necessary, continue to build new manufacturing plants over time in response to such demand and add production lines in a cost-effective manner, all of which are subject to risks and uncertainties.*

Our future success depends on our ability to effectively balance manufacturing production with market demand and increase both our manufacturing capacity and production throughput over time in a cost-effective and efficient manner. If we cannot do so, we may be unable to expand our business, decrease our manufacturing cost per watt, maintain our competitive position, satisfy our contractual obligations, or sustain profitability. See "An increased global supply of PV modules has caused and may continue to cause structural imbalances in which global PV module supply exceeds demand, which could have a material adverse effect on our business, financial condition and results of operations." Our ability to expand production capacity is subject to significant risks and uncertainties, including the following:

- making changes to our production process that are not properly qualified or that may cause problems with the quality of our solar modules;

- delays and cost overruns as a result of a number of factors, many of which may be beyond our control, such as our inability to secure successful contracts with equipment vendors;

- our custom-built equipment taking longer and costing more to manufacture than expected and not operating as designed;

- delays or denial of required approvals by relevant government authorities;

21

- being unable to hire qualified staff;

- failure to execute our expansion plans effectively;

- manufacturing concentration risk resulting from a majority of production lines worldwide being located in one geographic area, Malaysia;

- difficulty in balancing market demand and manufacturing production in an efficient and timely manner, potentially causing us to be manufacturing capacity constrained in some future periods or over-supplied in others; and

- Incurring manufacturing asset write-downs, write-offs and other charges and costs, which may be significant, during those periods in which we idle, slow down or shut down manufacturing capacity.

*If our future production lines are not built in line with our committed schedules it may impair our growth plans. If our future production lines do not achieve operating metrics similar to our existing production lines, our solar modules could perform below expectations and cause us to lose customers.*

If we are unable to systematically replicate our production lines as necessary over time and achieve and sustain similar operating metrics in our future production lines as we have achieved at our existing production lines, our manufacturing capacity could be substantially constrained, our manufacturing costs per watt could increase, and this may impair our growth plans and/or cause us to lose customers, resulting in lower net sales, higher liabilities, and lower net income than we anticipate. For instance, future production lines could produce solar modules that have lower conversion efficiencies, higher failure rates, and higher rates of degradation than solar modules from our existing production lines, and we could be unable to determine the cause of the lower operating metrics or develop and implement solutions to improve performance. In addition, we might be unable to produce enough solar modules to satisfy our contractual requirements under our customer contracts.

*Some of our manufacturing equipment is customized and sole sourced. If our manufacturing equipment fails or if our equipment suppliers fail to perform under their contracts, we could experience production disruptions and be unable to satisfy our contractual requirements.*

Some of our manufacturing equipment is customized to our production lines based on designs or specifications that we provide to the equipment manufacturer, which then undertakes a specialized process to manufacture the custom equipment. As a result, the equipment is not readily available from multiple vendors and would be difficult to repair or replace if it were to become damaged or stop working. If any piece of equipment fails, production along the entire production line could be interrupted. In addition, the failure of our equipment suppliers to supply equipment in a timely manner or on commercially reasonable terms could delay our expansion plans and otherwise disrupt our production schedule or increase our manufacturing costs, all of which would adversely impact our financial results.

*If we are unable to further increase the number of sellable watts per solar module and reduce our manufacturing cost per watt, our profitability could decline.*

Our profitability could decline if we are unable to continue to reduce our manufacturing cost per watt. Furthermore, our failure to reduce cost per watt by increasing our efficiency may impair our ability to enter new markets that we believe will require lower cost per watt for us to be competitive and may impair our growth plans.

*We may be unable to manage the expansion of our operations effectively.*

We expect to continue to expand our business in order to provide utility-scale PV generation to existing and new geographic markets and to maintain or increase market share. To manage the continued expansion of our operations, we will be required to continue to improve our operational and financial systems, procedures and controls, and expand, train, and manage our growing associate base. Our management will also be required to maintain and expand our relationships with customers, suppliers, and other third parties and attract new customers and suppliers. In addition, our current and planned operations, personnel, systems, and internal controls and procedures might be inadequate to support our future growth. If we cannot manage our growth effectively, we may be unable to take advantage of market opportunities, execute our business strategies or respond to competitive pressures.

*Implementing a new enterprise resource planning system could interfere with our business or operations and could adversely impact our financial position, results of operations, and cash flows.*

22

We are in the process of implementing a new enterprise resource planning (ERP) system. Phase 1 of this implementation was completed in the second half of 2010, and the second phase of this implementation was completed in the second half of 2011. This project requires significant investment of capital and human resources, the re-engineering of many processes of our business, and the attention of many associates and managers who would otherwise be focused on other aspects of our business. Any disruptions, delays, or deficiencies in the design and implementation of the new ERP system could result in potentially much higher costs than we had anticipated and could adversely affect our ability to process customer orders, ship products, provide services and support to customers, bill and track our customers, fulfill contractual obligations, file SEC reports in a timely manner and/or otherwise operate our business, or otherwise impact our controls environment, and any of these consequences could have an adverse effect on our financial position, results of operations, and cash flows.

***Our substantial international operations subject us to a number of risks, including unfavorable political, regulatory, labor, and tax conditions in foreign countries.***

We have significant marketing, distribution, and manufacturing operations both within and outside the United States. In 2011 , 43% of our net sales were generated from customers headquartered in the European Union. We expect to continue to expand our operations into China, India, other countries in Europe, Asia, the Middle East, and elsewhere; as a result, we will be subject to the legal, political, social, tax, and regulatory requirements, and economic conditions of many jurisdictions. Risks inherent to international operations, include, but are not limited to, the following:

- difficulty in enforcing agreements in foreign legal systems;

- varying degrees of protection afforded to foreign investments in the countries in which we operate, and irregular interpretations and enforcement of laws and regulations in these jurisdictions;

- foreign countries may impose additional income and withholding taxes or otherwise tax our foreign operations, impose tariffs, or adopt other restrictions on foreign trade and investment, including currency exchange controls;

- fluctuations in exchange rates may affect product demand and may adversely affect our profitability in U.S. dollars to the extent the price of our solar modules and cost of raw materials, labor, and equipment is denominated in a foreign currency;

- inability to obtain, maintain, or enforce intellectual property rights;

- risk of nationalization or other expropriation of private enterprises;

- changes in general economic and political conditions in the countries in which we operate, including changes in the government incentives we are relying on;

- unexpected adverse changes in foreign laws or regulatory requirements, including those with respect to environmental protection, export duties, and quotas;

- opaque approval processes in which the lack of transparency may cause delays and increase the uncertainty of project approvals;

- difficulty in staffing and managing widespread operations;

- difficulty in repatriating earnings;

- difficulty in negotiating a successful collective bargaining agreement in applicable foreign jurisdictions;

- trade barriers such as export requirements, tariffs, taxes, local content requirements, and other restrictions and expenses, which could increase the price of our solar modules and make us less competitive in some countries; and

- difficulty of, and costs relating to, compliance with the different commercial and legal requirements of the overseas countries in which we offer and sell our solar modules.

Our business in foreign markets requires us to respond to rapid changes in market conditions in these countries. Our overall success as a global business depends, in part, on our ability to succeed in differing legal, regulatory, economic, social, and political conditions. We may not be able to develop and implement policies and strategies that will be effective in each location where we

23

| Nature | Primary Segment(s) Using Property | Location | Held | Major Encumbrances |
|---|---|---|---|---|
| Manufacturing Plant | Components | Perrysburg, Ohio, United States | Own | State of Ohio Loan (1) |
| Manufacturing Plants | Components | Frankfurt/Oder, Germany | Own | German Facility Agreement (1) |
| Manufacturing Plants | Components | Kulim, Kedah, Malaysia | Lease Land/Own Buildings | Malaysian Ringgit Facility Agreement (1) |
| Manufacturing Plant (2) | Components | Ho Chi Minh City, Vietnam | Lease Land/Own Building | n/a |
| Manufacturing Plant (3) | Components | Mesa, Arizona, United States | Own | n/a |
| Corporate Headquarters | Components & Systems | Tempe, Arizona, United States | Lease | n/a |
| Administrative Office | Systems | Bridgewater, New Jersey, United States | Lease | n/a |
| Administrative Office | Components & Systems | New York, New York, United States | Lease | n/a |
| Administrative Office | Systems | Oakland/San Francisco, California, United States | Lease | n/a |
| Research and Development Facility | Components | Santa Clara, California, United States | Lease | n/a |
| Administrative Office | Components & Systems | Mainz, Germany | Lease | n/a |

(1) See Note 15. "Debt," to our consolidated financial statements included in this Annual Report on Form 10-K for additional information.

(2) We have determined that we will not proceed with our previously announced 4-line plant in Vietnam.

(3) Under construction. We have postponed production from our 4-line plant in Mesa, Arizona until global supply and demand dynamics support the additional manufacturing capacity. Until such time this facility will be used as office space for certain business functions and as temporary storage space for systems business solar modules, balance of systems parts and certain machinery and equipment.

In addition, we lease small amounts of office and warehouse space in several other U.S. and international locations.

### Item 3: *Legal Proceedings*

In the ordinary conduct of our business, we are subject to periodic lawsuits, investigations, and claims, including, but not limited to, routine employment matters. Although we cannot predict with certainty the ultimate resolution of lawsuits, investigations, and claims asserted against us, we do not believe that any currently pending legal proceeding to which we are a party will have a material adverse effect on our business, results of operations, cash flows, or financial condition.

On September 23, 2011, the Company informed the staff of the Securities and Exchange Commission (the "SEC") that the Company was commencing an internal investigation regarding a possible violation of Regulation FD. The possible violation arose in connection with disclosures on September 21, 2011, relating to the failure of the Topaz Solar Farm project to meet the statutory deadline to receive a federal loan guarantee from the US Department of Energy. This internal investigation was conducted on behalf of the Company's board of directors by independent outside counsel. Following completion of the internal investigation, the Company appointed a new Vice President of Investor Relations. The SEC, pursuant to an order dated November 17, 2011, is investigating the matter. The Company is cooperating with the SEC's investigation.

### Item 4: Mine Safety Disclosures

None.

### PART II

31

**Item 5:** *Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities*

**Price Range of Common Stock**

Our common stock has been listed on The NASDAQ Global Select Market under the symbol "FSLR" since November 17, 2006. Prior to this time, there was no public market for our common stock. The following table sets forth the range of high and low sales prices per share as reported on The NASDAQ Global Select Market for the periods indicated.

|  | | High | | Low |
|---|---|---|---|---|
| **Fiscal Year 2011** | | | | |
| First Quarter | $ | 175.45 | $ | 130.24 |
| Second Quarter | $ | 163.00 | $ | 111.40 |
| Third Quarter | $ | 134.21 | $ | 61.55 |
| Fourth Quarter | $ | 67.72 | $ | 29.87 |
| **Fiscal Year 2010** | | | | |
| First Quarter | $ | 142.46 | $ | 98.71 |
| Second Quarter | $ | 152.53 | $ | 100.19 |
| Third Quarter | $ | 148.16 | $ | 112.06 |
| Fourth Quarter | $ | 153.30 | $ | 120.90 |

The closing sales price of our common stock on The NASDAQ Global Select Market was $35.58 per share on February 24, 2012 . As of February 24, 2012 , there were 61 record holders of our common stock. This figure does not reflect the beneficial ownership of shares held in nominee names.

**Dividend Policy**

We have never paid, and it is our present intention for the foreseeable future not to pay, dividends on our common stock. Our revolving credit facility imposes restrictions on our ability to declare or pay dividends. The declaration and payment of dividends is subject to the discretion of our board of directors and depends on various factors, including the continued applicability of the above-referenced restrictions under our revolving credit facility, our net income, financial condition, cash requirements, future prospects, and other factors deemed relevant by our board of directors.

**Equity Compensation Plans**

The following table sets forth certain information, as of December 31, 2011 , concerning securities authorized for issuance under all equity compensation plans of our company:

| Plan Category | Number of Securities to be Issued Upon Exercise of Outstanding Options and Rights (a)(1)(3) | | Weighted-Average Exercise Price of Outstanding Options and Rights (b)(2) | Number of Securities Remaining Available for Future Issuance Under Equity Compensation Plans (Excluding Securities Reflected in Column (a))(c)(4) |
|---|---|---|---|---|
| Equity compensation plans approved by our stockholders | 2,130,564 | $ | 89.04 | 9,457,850 |
| Equity compensation plans not approved by our stockholders | — | $ | — | — |
| Total | 2,130,564 | $ | 89.04 | 9,457,850 |

(1)  Includes 1,964,504  shares issuable upon vesting of RSUs granted under the 2006 and 2010 Omnibus Incentive Compensation Plans. The remaining balance consists of outstanding stock option grants.

(2)  The weighted average exercise price does not take into account the shares issuable upon vesting of outstanding RSUs, which have no exercise price.

32

(3)  Includes our 2003 Unit Option Plan and our 2006 and 2010 Omnibus Incentive Compensation Plans.

(4)  Includes our 2003 Unit Option Plan and 2010 Omnibus Incentive Compensation Plan.

**Stock Price Performance Graph**

The following graph compares the cumulative 5-year total return on our common stock relative to the cumulative total returns of the S&P 500 Index, the Guggenheim Solar Index, and two customized peer groups of companies (Old Peer Group and New Peer Group). The Old Peer Group includes Q-Cells SE, SolarWorld AG, SunPower Corporation, Suntech Power Holdings Company Limited, Trina Solar Limited, and Yingli Green Energy Holding Company Limited. The New Peer Group includes Canadian Solar Inc., Hanwha Solarone Company Limited, SolarWorld AG, SunPower Corporation, Suntech Power Holdings Company Limited, Trina Solar Limited, and Yingli Green Energy Holding Company Limited. We believe that each peer group consisting of comparable issuers and the Guggenheim Solar Index is representative of the solar industry as a whole. In the stock price performance graph included below, an investment of $100 (with reinvestment of all dividends) is assumed to have been made in our common stock, in each index, and in each of the peer groups on December 30, 2006, and its relative performance is tracked through December 31, 2011 . No cash dividends have been declared on shares of our common stock. This performance graph is not "soliciting material," is not deemed filed with the SEC, and is not to be incorporated by reference in any filing by us under the Securities Act of 1933, as amended (the "Securities Act"), or the Exchange Act, whether made before or after the date hereof, and irrespective of any general incorporation language in any such filing. The stock price performance shown on the graph represents past performance and should not be considered an indication of future price performance.

### COMPARISON OF 5 YEAR CUMULATIVE TOTAL RETURN*
#### Among First Solar, Inc., the S&P 500 Index, Old Peer Group, New Peer Group and Guggenheim Solar



—◆—First Solar, Inc.   —■—S&P 500   —▲—Old Peer Group   —✕—New Peer Group   —✳—Guggenheim Solar

*$100 invested on 12/30/06 in stock or index, including reinvestment of dividends. Index calculated on month-end basis.

|  | 12/30/06 | 12/29/07 | 12/27/08 | 12/26/09 | 12/31/10 | 12/31/11 |
|---|---|---|---|---|---|---|
| First Solar, Inc. | $ 100.00 | $ 891.55 | $ 452.45 | $ 448.39 | $ 436.13 | $ 113.14 |
| S&P 500 | $ 100.00 | $ 105.49 | $ 66.46 | $ 84.05 | $ 96.71 | $ 98.75 |
| Old Peer Group | $ 100.00 | $ 278.53 | $ 50.50 | $ 64.82 | $ 34.29 | $ 11.75 |
| New Peer Group | $ 100.00 | $ 258.79 | $ 41.36 | $ 72.71 | $ 40.79 | $ 13.31 |
| Guggenheim Solar |  | $ 100.00 | $ 27.38 | $ 36.07 | $ 25.83 | $ 8.76 |

## Recent Sales of Unregistered Securities

During the year ended December 31, 2011 , 8,316 Holdback Shares (as defined below) were issued to OptiSolar Holdings LLC, a Delaware limited liabilty company (Optisolar Holdings). As previously reported in a Current Report on Form 8-K filed with the Securities and Exchange Commission on April 9, 2009, on April 3, 2009, we completed the acquisition of the solar power project development business (the Project Business) of OptiSolar, Inc., a Delaware corporation (OptiSolar). Pursuant to an Agreement and Plan of Merger (the Merger Agreement) dated as of March 2, 2009 by and among First Solar, First Solar Acquisition Corp., a Delaware corporation (Merger Sub), OptiSolar, and OptiSolar Holdings, Merger Sub merged with and into OptiSolar, with OptiSolar surviving as a wholly-owned subsidiary of First Solar (the Merger). Pursuant to the Merger, all of the outstanding shares of common stock of OptiSolar held by OptiSolar Holdings were exchanged for 2,972,420 shares of First Solar common stock, par value $0.001 per share (the Merger Shares), including (i) 732,789 shares that have been issued and deposited with an escrow agent to support certain indemnification obligations of OptiSolar Holdings, and (ii) 355,096 shares that were issuable upon satisfaction of conditions relating to the satisfaction of certain then existing liabilities of OptiSolar (the Holdback Shares). The Merger Shares and certain Holdback Shares were issued, and any remaining Holdback Shares will be issued in a private placement exempt from registration pursuant to Section 4(2) of the Securities Act of 1933, as amended. First Solar has prepared and filed with the Securities and Exchange Commission a registration statement under the Securities Act covering the resale of 2,801,435 of the Merger Shares.

As of December 31, 2011 , all of the Holdback Shares had been issued to OptiSolar Holdings.

## Purchases of Equity Securities by the Issuer and Affiliate Purchases

None.

## Item 6:  *Selected Financial Data*

The following table sets forth our selected consolidated financial data for the periods and at the dates indicated.

The selected consolidated financial information from the consolidated statements of operations and consolidated statements of cash flows for the fiscal years ended December 31, 2011 , December 31, 2010 , and December 26, 2009 and the selected consolidated financial data from the consolidated balance sheets for the fiscal years ended December 31, 2011 , December 31, 2010 has been derived from the audited consolidated financial statements included in this Annual Report on Form 10-K. The selected consolidated financial data from the consolidated balance sheets for the fiscal years ended December 26, 2009 , December 27, 2008 and December 29, 2007 and selected consolidated financial information from the consolidated statements of operations and consolidated statements of cash flows for the fiscal years ended December 27, 2008 and December 29, 2007 have been derived from audited consolidated financial statements not included in this Annual Report on Form 10-K. The information presented below should be read in conjunction with Item 7: "Management's Discussion and Analysis of Financial Condition and Results of Operations," and our consolidated financial statements and the related notes thereto.

34

| | Years Ended | | | | |
| | Dec 31, 2011 | Dec 31, 2010 | Dec 26, 2009 | Dec 27, 2008 | Dec 29, 2007 |
|---|---|---|---|---|---|
| | (In thousands, except per share amounts) | | | | |
| **Statement of Operations:** | | | | | |
| Net sales | $ 2,766,207 | $ 2,563,515 | $ 2,066,200 | $ 1,246,301 | $ 503,976 |
| Cost of sales | 1,794,456 | 1,378,669 | 1,021,618 | 567,908 | 252,573 |
| Gross profit | 971,751 | 1,184,846 | 1,044,582 | 678,393 | 251,403 |
| Research and development | 140,523 | 94,797 | 78,161 | 33,517 | 15,107 |
| Selling, general and administrative | 412,541 | 321,704 | 272,898 | 174,039 | 82,248 |
| Production start-up | 33,620 | 19,442 | 13,908 | 32,498 | 16,867 |
| Goodwill impairment | 393,365 | — | — | — | — |
| Restructuring | 60,366 | — | — | — | — |
| Operating (loss) income | (68,664) | 748,903 | 679,615 | 438,339 | 137,181 |
| Foreign currency gain (loss) | 995 | (3,468) | 5,207 | 5,722 | 1,881 |
| Interest income | 13,391 | 14,375 | 9,735 | 21,158 | 20,413 |
| Interest expense, net | (100) | (6) | (5,258) | (509) | (2,294) |
| Other income (expense), net | 665 | 2,273 | (2,985) | (934) | (1,219) |
| Income tax (benefit) expense | (14,220) | 97,876 | 46,176 | 115,446 | (2,392) |
| Net (loss) income | $ (39,493) | $ 664,201 | $ 640,138 | $ 348,330 | $ 158,354 |
| **Net (loss) income per share data:** | | | | | |
| Basic net (loss) income per share: | | | | | |
| Net (loss) income per share | $ (0.46) | $ 7.82 | $ 7.67 | $ 4.34 | $ 2.12 |
| Weighted average shares | 86,067 | 84,891 | 83,500 | 80,178 | 74,701 |
| Diluted net (loss) income per share: | | | | | |
| Net (loss) income per share | $ (0.46) | $ 7.68 | $ 7.53 | $ 4.24 | $ 2.03 |
| Weighted average shares | 86,067 | 86,491 | 85,044 | 82,124 | 77,971 |
| Cash dividends declared per common share | $ — | $ — | $ — | $ — | $ — |

| | Years Ended | | | | |
| | Dec 31, 2011 | Dec 31, 2010 | Dec 26, 2009 | Dec 27, 2008 | Dec 29, 2007 |
|---|---|---|---|---|---|
| | (In thousands) | | | | |
| **Cash Flow Data:** | | | | | |
| Net cash (used in) provided by operating activities | $ (33,463) | $ 705,492 | $ 675,193 | $ 463,067 | $ 205,951 |
| Net cash used in investing activities | (676,457) | (742,085) | (701,690) | (308,441) | (547,250) |
| Net cash provided by (used in) financing activities | 571,218 | 150,451 | (22,021) | 177,549 | 430,421 |

| | Years Ended | | | | |
|---|---|---|---|---|---|
| | Dec 31, 2011 | Dec 31, 2010 | Dec 26, 2009 | Dec 27, 2008 | Dec 29, 2007 |
| | | | (In thousands) | | |
| **Balance Sheet Data:** | | | | | |
| Cash and cash equivalents | $ 605,619 | $ 765,689 | $ 664,499 | $ 716,218 | $ 404,264 |
| Marketable securities, current and noncurrent | 182,338 | 348,160 | 449,844 | 105,601 | 265,399 |
| Accounts receivable, net | 310,568 | 305,537 | 226,826 | 61,703 | 18,165 |
| Inventories, current and noncurrent | 536,618 | 238,591 | 174,516 | 121,554 | 40,204 |
| Property, plant and equipment, net | 1,815,958 | 1,430,789 | 988,782 | 842,622 | 430,104 |
| Project assets, current and noncurrent | 374,881 | 320,140 | 132,496 | — | — |
| Deferred tax assets, current and noncurrent | 381,418 | 259,624 | 152,194 | 71,247 | 55,701 |
| Total assets | 5,777,614 | 4,380,403 | 3,349,512 | 2,114,502 | 1,371,312 |
| Total debt | 663,648 | 237,391 | 174,958 | 198,470 | 108,165 |
| Accrued solar module collection and recycling liability | 167,378 | 132,951 | 92,799 | 35,238 | 13,079 |
| Total liabilities | 2,133,751 | 925,458 | 696,725 | 601,460 | 274,045 |
| Total stockholders' equity | 3,643,863 | 3,454,945 | 2,652,787 | 1,513,042 | 1,097,267 |

Item 7:  *Management's Discussion and Analysis of Financial Condition and Results of Operations*

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our consolidated financial statements and the related notes thereto included in this Annual Report on Form 10-K. In addition to historical consolidated financial information, the following discussion and analysis contains forward-looking statements that involve risks, uncertainties, and assumptions as described under the "Note Regarding Forward-Looking Statements," that appears earlier in this Annual Report on Form 10-K. Our actual results could differ materially from those anticipated by these forward-looking statements as a result of many factors, including those discussed under Item 1A: "Risk Factors," and elsewhere in this Annual Report on Form 10-K.*

Overview

We manufacture and sell solar modules with an advanced thin-film semiconductor technology, and we design, construct, and sell photovoltaic (PV) solar power systems.

In furtherance of our goal of delivering the lowest cost of solar electricity and achieving price parity with conventional fossil-fuel-based peak electricity generation, we are continually focused on reducing PV solar system costs in four primary areas: module manufacturing, balance of systems (BoS) costs (consisting of the costs of the components of a solar power system other than the solar modules, such as inverters, mounting hardware, grid interconnection equipment, wiring and other devices, and installation labor costs), project development costs, and the cost of capital. First, with respect to our module manufacturing costs, our advanced technology has allowed us to reduce our average module manufacturing costs to the lowest in the world for modules produced on a commercial scale, based on publicly available information. In 2011 , our total average manufacturing costs were $0.75 per watt, which we believe is less than those of traditional crystalline silicon solar module manufacturers. By continuing to improve conversion efficiency and production line throughput, lower material costs, and drive volume scale to further decrease overhead costs, we believe that we can further reduce our manufacturing costs per watt and maintain our cost advantage over traditional crystalline silicon solar module manufacturers. Second, with respect to our BoS costs, by continuing to improve conversion efficiency, leverage volume procurement around standardized hardware platforms, and accelerate installation times, we believe we can continue to make reductions in BoS costs, which represent over half of all of the costs associated with a typical utility-scale PV solar power system. Third, with respect to our project development costs, we seek optimal site locations in an effort to minimize transmission and permitting costs, and to accelerate lead times to electricity generation. Finally, with respect to our cost of capital, by continuing to strengthen our financial position, demonstrate the financial viability and operational performance of our utility-scale PV solar power plants, and increase our PV solar power system operating experience, we believe we can continue to lower the cost of capital associated with our PV solar power systems, thereby further enhancing the economic viability of our projects and lowering the cost of electricity generated by PV solar power systems that incorporate our modules and technology.

We believe that combining our reliable, low-cost module manufacturing capability with our systems business enables us to

36

more rapidly reduce the price of solar electricity, accelerate the adoption of our technology in utility-scale PV solar power systems, identify and remove constraints on the successful migration to sustainable solar markets around the world, and further our mission to create enduring value by enabling a world powered by clean, affordable solar electricity.

We operate our business in two segments. Our components segment designs, manufactures, and sells solar modules primarily to solar project developers and system integrators. Through our systems segment, we have the capability to provide a complete PV solar power system, using our solar modules, for utility-scale or large commercial systems. Providing a complete PV solar power system includes project development, engineering, procurement, and construction (EPC), operating and maintenance (O&M) services and monitoring and diagnostics (M&D) services, when applicable, and facilitating project finance, when required. We view the sale of solar modules from the components segment as the core driver of our profitability, return on net assets, and cash throughput. We view our systems segment as an enabler to drive module throughput for our components business with the objective of achieving break-even results before income taxes for our systems segment. See also Note 24. "Segment and Geographical Information," to our consolidated financial statements included in this Annual Report on Form 10-K.

### Market Overview

The solar industry experienced a challenging environment in 2011. The year was categorized by intense pricing competition, bankruptcies of several solar companies, many solar companies with little or no operating income, and toward the end of the year, announcements of manufacturing shut-downs or slow-downs. At December 31, 2011, the global PV industry consisted of more than 150 manufacturers of solar modules and cells. In the aggregate, these manufactuers have installed production capacity that significantly exceeded global demand in 2011. As a result, industry average module pricing declined significantly as competitors reduced prices to sell-through inventories in Europe and elsewhere. We believe this structural imbalance between supply and demand (i.e., where production capacity significantly exceeds current global demand) may continue for the foreseeable future, and we expect it will continue to put pressure on pricing and our results of operations in 2012. In light of such market realities, we have begun to execute our Long Term Strategic Plan under which we are focusing on our competitive strengths, notably providing utility-scale PV generation solutions to sustainable geographic markets that have an immediate need for mass-scale PV electricity.

In addressing overall growing global demand for PV solar electricity, we have developed a differentiated, fully integrated systems business that can provide a low-cost turn-key utility-scale PV system solution for system owners and low cost electricity to utility end-users. Our fully integrated systems business has enabled us to increase module throughput, drive cost reduction across the value chain, identify and break constraints to sustainable markets, and deliver the most compelling solutions to our customers and end-users. With our fully integrated systems business, we believe we are in a position to expand our business in transition markets and eventually economically sustainable markets (in which support programs are minimal), which are expected to develop in areas with abundant solar resources and sizable electricity demand. We are committed to continually lowering the cost of solar electricity, and in the long term, we plan to compete on an economic basis with conventional fossil-fuel-based peaking power generation.

The major European governments continue to seek to balance subsidy costs with their commitment to the EU directive's goal of a 20% share of energy from renewable sources in the EU by 2020. Governments in Germany, France, and Italy continue to evaluate changes to their FiT structures, market caps, and/or tender processes. In many instances, such proposed FiT structures would particularly impact the competitiveness of our core offering of large-scale free field PV systems and modules to be installed in such systems. For instance, the German government recently proposed significant and accelerated FiT reductions for projects up to 10 MW and an elimination of FiTs for projects over 10 MW. The resulting market uncertainties, together with increased European financing environment constraints, have contributed to demand pauses and increased customer difficulties in 2011, which, in conjunction with increased industry-wide manufacturing capacity, have contributed to excess industry channel inventories. In 2011, industry average module pricing declined significantly as competitors reduced prices to sell-through inventories in Europe and elsewhere in light of these factors. Lower industry module pricing, while currently challenging for solar manufacturers, in particular those with high cost structures, is expected to continue to contribute to global market diversification and volume elasticity. Over time, declining average selling prices are consistent with the erosion of one of the primary historical constraints to widespread solar market penetration, namely its overall affordability. In the near term, however, in light of continually evolving FiT structures in our core European markets and increased industry-wide manufacturing capacity, it is uncertain whether growing demand from other countries and markets could absorb industry-wide module supply without further inventory build-up and/or price reductions, which could adversely affect our results of operations. If competitors reduce module pricing to levels below their manufacturing costs, or are able to operate at minimal or negative operating margins for sustained periods of time, our results of operations could be further adversely affected. We continue to mitigate this uncertainty in part by executing on and building our North American utility-scale systems pipeline as a buffer against demand fluctuations in Europe and elsewhere; by accelerating our thin-film module efficiency improvements and cost reduction roadmaps to increase our competitive advantage, profitability and capital efficiency; by adjusting our production plans and capacity utilization to match expected demand, and by

continuing the development of other geographic markets, including those in India, Australia, the Middle East, South America, and China.

The development of market demand outside of the European Union continued during 2011, in part aided by demand elasticity resulting from declining industry average selling prices, which make solar power more affordable to new markets. In India, we entered into a 100 MW direct current (DC) module supply agreement (the largest PV module supply agreement in India to date) with one of India's leading power generation companies. In Australia, we were contracted to provide our modules, EPC, and O&M services for Australia's first utility-scale solar power project, a 10 MW alternating current (AC) solar farm that will help power the Southern Seawater Desalination Plant in Western Australia.

In North America, we have continued to execute on our utility-scale systems pipeline. We made substantial construction progress on the 290 MW AC Agua Caliente project in Arizona during 2011, the financial impact of which is reflected below under "Results of Operations." On September 30, 2011, we announced the sales and construction plans for what will be two of the world's largest solar PV facilities, both in California. The two projects sold in the third quarter are the 550 MW AC Desert Sunlight Solar Farm, located west of Blythe, California, and the 230 MW AC Antelope Valley Solar Ranch One project, located just north of Los Angeles, California. In January 2012, we announced completion of the sale of the 550 MW AC Topaz Solar Farm, located in San Luis Obispo County, California.

In the PV module segment, we continue to face intense competition from manufacturers of crystalline silicon solar modules and other types of solar modules and PV systems. Solar module manufacturers compete with one another in several product performance attributes, including reliability and module cost per watt, and, with respect to solar power systems, return on equity (ROE) and levelized cost of electricity (LCOE), meaning the net present value of total life cycle costs of the solar power project divided by the quantity of energy which is expected to be produced over the system's life. The ability to expand manufacturing capacity quickly is another source of differentiation among solar module manufacturers, and certain of our competitors may have a faster response time to capacity expansion than we do and/or an ability to expand capacity in finer increments than we can. We are the lowest cost PV module manufacturer in the solar industry for modules produced on a commercial scale, based on publicly available information, and our average manufacturing cost per watt declined from $0.77 during 2010 to $0.75 during 2011 . This cost advantage is reflected in the price at which we sell our modules or fully integrated systems and enables our systems to compete favorably in respect of their ROE or LCOE. Our cost competitiveness is based in large part on our proprietary technology (which enables conversion efficiency improvements and enables us to produce a module in less than 2.5 hours using a continuous and highly automated industrial manufacturing process, as opposed to a batch process), our scale, and our operational excellence. In addition, our modules use approximately 1-2% of the amount of semiconductor material (i.e., silicon) that is used to manufacture traditional crystalline silicon solar modules. The cost of polysilicon is a significant driver of the manufacturing cost of crystalline silicon solar modules, and the timing and rate of change in the cost of silicon feedstock and polysilicon could lead to changes in solar module pricing levels. Polysilicon costs declined in 2011, contributing to a decline in our manufacturing cost advantage over crystalline silicon module manufacturers. Although we are not a crystalline silicon module manufacturer, we estimate, based on industry research and public disclosures of our competitors, that a $10 per Kg increase or decrease in the price of polysilicon could increase or decrease, respectively, our competitors' manufacturing cost per watt by approximately $0.05 to $0.08 over time. Given the lower conversion efficiency of our modules compared to crystalline silicon modules, there may be higher BoS costs associated with systems using our modules. Thus, to compete effectively on the basis of LCOE, our modules need to maintain a certain cost advantage per watt compared to crystalline silicon-based modules. During 2011 , we reduced our manufacturing cost per watt by 3% from our cost per watt in 2010 and continued to reduce BoS costs associated with systems using our modules.

While our modules currently enjoy competitive advantages in these product performance attributes, there can be no guarantee that these advantages will continue to exist in the future to the same extent or at all. Any declines in the competitiveness of our products could result in additional margin compression, further declines in the average selling prices of our solar modules, erosion in our market share for modules, decreases in the rate of revenue growth, and/or declines in overall revenues. We have taken, and continue to take, various actions to mitigate the potential impact resulting from competitive pressures, including adjusting our pricing policies as necessary in core market segments to drive module volumes, accelerating progress along our module and BoS cost reduction roadmaps, and focusing our research and development on increasing the conversion efficiency of our solar modules.

As we expand our systems business into transition and sustainable markets, we can offer value beyond the PV module, reduce our exposure to module-only competition, provide differentiated offerings to minimize the impact of solar module commoditization, and provide comprehensive utility-scale PV systems solutions that significantly reduce solar electricity costs. Thus, our systems business allows us to play a more active role than many of our competitors in managing the demand for our solar modules. Finally, we seek to form and develop strong partner relationships with our customers and continue to develop our range of offerings, including EPC capabilities and O&M or M&D services, in order to enhance the competitiveness of systems using our solar modules.

*Long Term Strategic Plan*

In December 2011 we announced a long term strategic plan ("Long Term Strategic Plan" or "LTSP") with a goal to transition to primarily sustainable opportunities by the end of 2014. In executing the LTSP we will focus on providing solar PV generation solutions to sustainable geographic markets that we believe have a compelling need for mass-scale PV electricity, including new markets throughout the Americas, Asia, the Middle East, and Africa. As part of our LTSP, we expect to focus on opportunities in which our solar PV generation solutions will compete directly with fossil fuel offerings on a levelized cost of energy basis and decrease our focus on rooftop solar. Execution of the LTSP will entail a reallocation of resources around the globe, in particular dedicating resources to regions such as Latin America, Asia, the Middle East, and Africa where we have not traditionally conducted significant business to date. We will evaluate and manage closely the appropriate level of resources required as we transition into and penetrate these specific markets. We intend to dedicate significant capital and human resources to reduce the total installed cost of solar PV generation, to optimize the design and logistics around our solar PV generation solutions, and to ensure that our solutions integrate well into the overall electricity ecosystem of the specific region.

*Manufacturing Capacity*

As of December 31, 2011 , we operated 36 production lines with an annual global manufacturing capacity of approximately 2.4 GW at our manufacturing plants in Perrysburg, Ohio, Frankfurt/Oder, Germany, and Kulim, Malaysia. In order to better align production with expected market demand, we expect to produce between approximately 1.5 GW to 1.8 GW of solar modules in 2012, reflecting a manufacturing capacity utilization rate of approximately 60% to 70%, compared to an expected manufacturing capacity of approximately 2.5 GW at the end of 2012. We expect to adjust such production plans in the future to match the then current expected market demand. We plan to idle half of our production capacity in our Frankfurt/Oder manufacturing facility for a period of time beginning in March 2012. We also plan to strategically idle additional production capacity to implement upgraded process technologies across existing manufacturing lines as part of our accelerated conversion efficiency improvement initiatives. We plan to take the Kulim production lines down on a rolling schedule for maintenance and equipment upgrades during 2012. The balancing of our production capabilities with market demand is a core component of our manufacturing capacity expansion strategy and our Long Term Strategic Plan. To that end in February 2012 we decided not to proceed with our previously announced 4-line plant in Vietnam. See Note 4. "Restructuring and Acquisitions," to our consolidated financial statements included in this Annual Report on Form 10-K. We have also postponed the commissioning of our previously announced 4-line plant in Mesa, Arizona and the construction of our previously announced 2-line plant in France until such time as global supply and demand dynamics support the additional manufacturing capacity in such geographic areas.

*2008-2009 Manufacturing Excursion*

During the period from June 2008 to June 2009, a manufacturing excursion occurred whereby certain modules manufactured during that time period may experience premature power loss once installed in the field. The root cause of the manufacturing excursion was identified and addressed in June 2009. Beginning in 2009, we initiated a voluntary remediation program beyond our standard limited warranty pursuant to which we made commitments to customers with systems containing modules manufactured during the relevant period that we would cover certain costs of remediation efforts. These remediation efforts included module removal, replacement and logistical services and additional compensation payments to customers under certain circumstances. Our best estimate for costs of our voluntary remediation program, as of and in each fiscal period in question, has been based on evaluation and consideration of the then-currently available information, including the estimated number of affected modules in the field, historical experience related to our voluntary remediation efforts, customer-provided data related to potentially affected systems and the estimated costs of performing the logistical services covered under our remediation program.

As part of our voluntary remediation program, we have worked with our customers to identify systems that are potentially affected by modules manufactured during the relevant period. Although we have been able to identify potentially affected systems, the logistics costs of identifying, testing and replacing individual affected modules within a site once they have been installed renders searching for and replacing individual affected modules impracticable for us when we are not the owner or operator of the site. In many cases we elected to remediate our customers' sites such that their overall site performance matched the customers' expectations, and in doing so we determined that it was more efficient to either replace all modules within a site, for certain smaller sites below a size threshold, or, for larger sites, to identify groups, or strings, of modules that are underperforming, and replace the entire group or string with new modules. The additional information provided from sites that we have already remediated and modules we have removed and tested, permits us to identify the expected total number of modules necessary to remediate sites with potentially affected modules to match customers' expectations, and to refine the cost estimates for our voluntary remediation program. As we have continued remediation efforts under our voluntary remediation program, we have learned that, in light of the impracticality of identifying and replacing individual affected models, in order to remediate the energy loss impact at a system level, we are required to remove and replace several modules in the aggregate, including modules that might not have been affected by the manufacturing excursion. Removed modules are returned to us and are further tested to determine if the module can be resold or whether the module requires recycling under our solar module collection and recycling program.

In the fourth quarter of 2011, we accrued additional expenses in excess of standard product warranty liability relating to our voluntary remediation program. A principal driver behind such additional accrual was our greater understanding as of year-end, obtained through the processing of thousands of claims as described below, of the number of modules not affected in the manufacturing excursion that needed to be removed (and subsequently replaced) in order for us to be able to identify and remedy the number of modules actually affected by the manufacturing excursion. For additional information regarding accrued expenses in excess of standard product warranty liability relating to our voluntary remediation program, see Note 8. "Consolidated Balance Sheet Details," to our consolidated financial statements included in this Annual Report on Form 10-K. Our voluntary remediation program, and the related manufacturing excursion, also resulted in changes in estimates to our product warranty liability. For additional information regarding these changes, see Note 16. "Commitments and Contingencies," to our consolidated financial statements included in this Annual Report on Form 10-K.

In response to our communications to customers regarding our intent to undertake a voluntary remediation program, we received more than five thousand customer claims, which covered an installed base greater than our entire production output during the June 2008 - June 2009 timeframe. In our processing of these claims to date, we have determined that we will take remediation actions in accordance with our voluntary remediation program with respect to approximately 1,100 of such claims, approximately an additional 200 claims could, pending receipt of additional information, qualify for remediation, and the balance of approximately 4,000 claims have been or will be rejected as they did not meet the criteria for participation in our voluntary remediation program (including claims containing insufficient data necessary to evaluate them). We have expensed $215.7 million total to-date for the estimated costs of remediating systems affected by modules manufactured during the relevant period, including $145.6 million for remediation expenses beyond our limited warranty obligations and $70.1 million in product warranty expense reflecting the net increase in the expected number of replacement modules required in connection with our remediation efforts, as described in more detail under "-Results of Operations-Fiscal Years Ended December 31, 2011 and December 31, 2010-Cost of Sales" and "-Results of Operations-Fiscal Years Ended December 31, 2011 and December 31, 2010-Selling, General and Administrative."

In addition to those customers with systems containing modules affected by the manufacturing excursion that we have already identified, we are working with a number of additional customers who have made claims and may have affected modules. We are in the process of gathering information to complete our analysis of these remaining claims. Based upon our experience to date with our remediation approach, together with the data currently available, we estimate that, if we ultimately remediate these systems under our current remediation program, we could incur additional costs of up to approximately $44 million . This includes approximately $24 million beyond our limited warranty obligations in connection with these claims, including the costs of actual remediation and the costs of additional compensation payments to customers under certain circumstances, and approximately $20 million related to additional product warranty liability.

### *Module Installation in Non-Temperate Climates*

We believe our PV modules are potentially subject to increased failure rates in hot climates. This assumption is based on technical literature, data that we have developed internally including through accelerated-life testing, our analysis of modules returned under warranty, and our analysis of performance data from systems that we monitor under O&M agreements. Processes that are accelerated by higher ambient temperatures include stress corrosion cracking in glass, polymer creepage and impurity diffusion processes. For more information about risks related to thin film module product performance, please see Item 1A: " *Thin-film technology has a short history, and our thin-film technology and solar modules and systems may perform below expectations; problems with product quality or performance may cause us to incur significant and/or unexpected warranty and related expenses, damage our market reputation, and prevent us from maintaining or increasing our market share.* " First Solar has an extensive deployment history in temperate climates, such as Europe. Our deployed volume into hot climates, such as the southwestern United States, is mostly recent. We have increased our warranty reserve by $37.8 million to reflect our exposure to this shift in the mix of geographic regions where our modules are installed. As we execute on our Long Term Strategic Plan, we expect to install higher volumes in non-temperate climates as part of our utility-scale offerings in Asia, the Middle East, Africa, Australia and the southwestern United States. Accordingly, we will continue to review our warranty reserve in the future to reflect actual installations in such non-temperate climates and adjust such reserve as appropriate. For additional information regarding changes in estimates to our product warranty liability see Note 16. "Commitments and Contingencies," to our consolidated financial statements included in this Annual Report on Form 10-K.

### Financial Operations Overview

The following describes certain line items in our statement of operations and some of the factors that affect our operating results.

*Net Sales*

*Components Business*

During 2011, the majority of our net sales were generated from the sale of solar modules. We generally price and sell our solar modules per watt of power. During 2011 , we sold the majority of our solar modules to solar power system project developers, system integrators, and operators headquartered in Germany, France, India, Italy, and the United States, which either resell our solar modules to end-users or integrate them into power plants that they own, operate, or sell.

As of December 31, 2011 , we had supply contracts for the sale of solar modules with thirteen solar power system project developers and system integrators headquartered within the European Union expiring at the end of 2012 (Supply Contracts). Our sales prices under the Supply Contracts are primarily denominated in euros, exposing us to risks from currency exchange rate fluctuations. During the year ended December 31, 2011 , 78% of our components business net sales were denominated in euros and were subject to fluctuations in the exchange rate between the euro and U.S. dollar. In the past, we have amended pricing, volume, and other terms in our Supply Contracts on a prospective basis in order to remain competitive, and we may decide in the future to further amend these contracts in order to address the highly competitive environment for solar modules. Effective September 30, 2011, the rebate program where we provided certain of our customers a price rebate for solar modules purchased from us, ended. We have begun early stage discussions with our customers under current Supply Contracts regarding replacement contracts for periods covering 2013 and beyond, but such replacement contracts are not expected to be long-term in nature. For additional information regarding the rebate program, see Note 8. "Consolidated Balance Sheet Details," to our consolidated financial statements included in this Annual Report on Form 10-K.

We also enter into one-time module sales agreements with customers for specific projects.

Under our customer contracts, we transfer title and risk of loss to the customer and recognize revenue upon shipment. Our customers do not have extended payment terms or rights of return under these contracts.

During 2011 , the principal third party customers of our components business were EDF EN Development and Belectric . During 2011 , each of these two customers individually accounted for more than 10% of our components segment's net sales. Each of our other customers individually accounted for less than 10% of our net sales during 2011 .

*Systems Business*

Through our fully integrated systems business, we provide a complete solar power system solution using our solar modules, which may include project development, EPC services, O&M services, when applicable, and project finance, when required.

Net sales from our systems segment may include the following types of transactions:

| Transaction | Description |
| --- | --- |
| Engineer and Procure (EP) Contract | Design for a customer of a solar electricity generation system that uses our solar modules; includes the procurement of all BoS components from third party suppliers. |
| Engineer, Procure, and Construct (EPC) Contract | Design and construction for a customer of a turn-key solar electricity generation system that uses our solar modules; includes the procurement of all BoS components from third party suppliers. |
| Sale of Project Assets | Sale of project assets to a customer at various stages of development. This generally includes a single project consisting of costs incurred for permits, land or land rights, and/or power off-take agreements. |
| Operating and Maintenance (O&M) Agreement | Typically a fixed-price long-term services agreement. |

Net sales from our systems segment are impacted by numerous factors, including the magnitude and effectiveness of renewable portfolio standards, economic incentives, the competitiveness of our systems offering in comparison to our competitors solar systems and other forms of electricity generation and other PV system demand drivers.

During 2011 , the majority of our systems business sales were generated in North America. Net sales from our systems business during 2010 resulted primarily from revenue recognition for utility scale solar power projects in North America and Europe. During 2009, net sales from our systems business resulted primarily from the sale of two utility-scale solar power systems in the fourth fiscal quarter to utilities in the United States and Canada.

We recognize revenue for arrangements entered into by the systems business generally using two revenue recognition models, following the guidance in ASC 605, *Accounting for Long-term Construction Contracts* or, for arrangements which include land or land rights, ASC 360, *Accounting for Sales of Real Estate.*

For construction contracts that do not include land or land rights and thus are accounted for under ASC 605, we use the percentage-of-completion method using actual costs incurred over total estimated costs to complete a project (including module costs) as our basic accounting policy, unless we cannot make reasonably dependable estimates of the costs to complete the contract, in which case we would use the completed contract method. We periodically revise our contract cost and profit estimates and we immediately recognize any losses that we identify on such contracts. Incurred costs include all direct materials, costs for solar modules, labor, subcontractor costs, and those indirect costs related to contract performance, such as indirect labor, supplies, and tools. We recognize direct material costs and costs for solar modules as incurred costs when the direct materials and solar modules have been installed. When construction contracts or other agreements specify that title to direct materials and solar modules transfers to the customer before installation has been performed, we defer revenue and associated costs and recognize revenue once those materials are installed and have met all other revenue recognition requirements. We consider direct materials to be installed when they are permanently attached or fitted to the solar power systems as required by engineering designs.

For arrangements recognized under ASC 360, typically when we have gained control of land or land rights, we record the sale as revenue using one of the following revenue recognition methods, based upon the substance and the terms and conditions of such arrangements:

We apply the percentage-of-completion method to certain arrangements covered under ASC 360, when the sale has been consummated, when we have transferred the usual risks and rewards of ownership to the buyer, the initial or continuing investment criteria have been met, we have the ability to estimate our costs and progress toward completion, and other revenue recognition criteria have been met. Depending on the value of the initial and continuing payment commitment by the buyer, we may align our revenue recognition and release of project assets to cost of sales with the receipt of payment from the buyer for sales arrangements accounted for under ASC 360.

We record revenue for certain other arrangements covered under ASC 360 after construction of a project is complete, we have transferred the usual risks and rewards of ownership to the buyer, and we have received payment from the buyer.

The below tables summarize, as of February 28, 2012 , our 2.7 GW AC utility systems advanced project pipeline. As of December 31, 2011, for such pipeline, we have recognized revenue with respect to the equivalent of approximately180 MW AC. Such amount refers to the total cumulative revenue recognized with respect to projects in our pipeline, divided by total contracted revenue for such projects multiplied by the total MW AC for such projects.

42

# EXHIBIT 72

EXHIBIT Kc
172
1/21/15 Widmar
PENGAD 800-631-6989

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

### Form 10-Q

**(Mark one)**

[x]    QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended September 25, 2010

or

[ ]    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from                                    to

Commission file number: 001-33156



First Solar.

# First Solar, Inc.
(Exact name of registrant as specified in its charter)

| **Delaware** | **20-4623678** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**350 West Washington Street, Suite 600**
**Tempe, Arizona 85281**
(Address of principal executive offices, including zip code)

**(602) 414-9300**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes [x] No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [x] No [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer [x]      Accelerated filer [ ]      Non-accelerated filer [ ]      Smaller reporting company [ ]
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes [ ]    No [x]

As of October 22, 2010 there were 85,720,049 shares of the registrant's common stock, par value $0.001, outstanding.

FIRST SOLAR, INC. AND SUBSIDIARIES

FORM 10-Q FOR THE QUARTERLY PERIOD ENDED SEPTEMBER 25, 2010

TABLE OF CONTENTS

|  | Page |
|---|---|
| **Part I. Financial Information (Unaudited)** | 1 |
| Item 1. Condensed Consolidated Financial Statements: | 1 |
| Condensed Consolidated Statements of Operations for the three and nine months ended September 25, 2010 and September 26, 2009 | 1 |
| Condensed Consolidated Balance Sheets as of September 25, 2010 and December 26, 2009 | 2 |
| Condensed Consolidated Statements of Cash Flows for the nine months ended September 25, 2010 and September 26, 2009 | 3 |
| Notes to Condensed Consolidated Financial Statements | 4 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 33 |
| Item 3. Quantitative and Qualitative Disclosures About Market Risk | 51 |
| Item 4. Controls and Procedures | 51 |
| **Part II. Other Information** | 52 |
| Item 1. Legal Proceedings | 52 |
| Item 1A. Risk Factors | 52 |
| Item 5. Other Information | 52 |
| Item 6. Exhibits | 54 |
| Signature | 55 |
| Exhibit Index | 56 |

| | September 25, 2010 | | December 26, 2009 | |
|---|---|---|---|---|
| Buildings and improvements | $ | 242,870 | $ | 239,088 |
| Machinery and equipment | | 855,105 | | 813,281 |
| Office equipment and furniture | | 67,597 | | 38,845 |
| Leasehold improvements | | 20,083 | | 15,870 |
| Depreciable property, plant and equipment, gross | | 1,185,655 | | 1,107,084 |
| Accumulated depreciation | | (328,671) | | (225,790) |
| Depreciable property, plant and equipment, net | | 856,984 | | 881,294 |
| Land | | 9,764 | | 4,995 |
| Construction in progress | | 377,850 | | 102,493 |
| Property, plant and equipment, net | $ | 1,244,598 | $ | 988,782 |

During the nine months ended September 25, 2010 , we were granted a $16.3 million tax credit under the Advanced Energy Tax Credit program enacted by the American Reinvestment and Recovery Act of 2009 for the expansion of our Perrysburg, Ohio manufacturing facility, and we reduced the acquisition cost for the expansion of this facility accordingly.

Depreciation of property, plant, and equipment was $36.9 million and $33.7 million for the three months ended September 25, 2010 and September 26, 2009 , respectively, and was $109.7 million and $88.0 million for the nine months ended September 25, 2010 and September 26, 2009 , respectively.

### Capitalized Interest

We capitalized interest costs incurred into our property, plant and equipment or our project assets/deferred project costs as follows during the three and nine months ended September 25, 2010 and September 26, 2009 (in thousands):

| | Three Months Ended | | | | Nine Months Ended | | | |
|---|---|---|---|---|---|---|---|---|
| | September 25, 2010 | | September 26, 2009 | | September 25, 2010 | | September 26, 2009 | |
| Interest cost incurred | $ | (2,384) | $ | (2,367) | $ | (6,582) | $ | (9,473) |
| Interest cost capitalized - property, plant and equipment | | 1,771 | | 665 | | 3,472 | | 3,009 |
| Interest cost capitalized - project assets and deferred project costs | | 613 | | 1,613 | | 3,104 | | 1,613 |
| Interest expense, net | $ | — | $ | (89) | $ | (6) | $ | (4,851) |

### Accrued expenses

Accrued expenses consisted of the following at September 25, 2010 and December 26, 2009 (in thousands):

| | September 25, 2010 | | December 26, 2009 | |
|---|---|---|---|---|
| Accrued compensation and benefits | $ | 55,998 | $ | 53,856 |
| Accrued property, plant and equipment | | 59,944 | | 35,811 |
| Accrued inventory | | 26,820 | | 27,542 |
| Product warranty liability - current | | 10,297 | | 8,216 |
| Nonrecurring expenses in excess of normal product warranty liability and related expenses | | 27,479 | | 6,595 |
| Accrued taxes - other | | 46,701 | | 10,179 |
| Other accrued expenses | | 55,593 | | 51,078 |
| Total accrued expenses | $ | 282,832 | $ | 193,277 |

The above-referenced $27.5 million of accrued nonrecurring expenses in excess of normal product liability as of September 25, 2010 consists of the following, each related to the manufacturing excursion described below: (i) $21.5 million (utilization of

14

accrual during quarter offset by foreign exchange movement) in estimated expenses for certain module replacement efforts voluntarily undertaken by us beyond the normal product warranty (presented in results of operations under "cost of sales"); and (ii) $6.0 million (unchanged from prior periods other than foreign exchange movement) in estimated nonrecurring post-sale expenses (presented in results of operations under "selling, general and administrative"). During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms the corrective actions are effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. Some of these efforts go beyond our normal warranty coverage.

### *Other current liabilities*

Other current liabilities consisted of the following at September 25, 2010 and December 26, 2009 (in thousands):

|  | September 25, 2010 | | December 26, 2009 |
|---|---|---|---|
| Deferred revenue (1) | $ | — | $ 31,127 |
| Derivative instruments | | 42,941 | 30,781 |
| Other current liabilities | | 16,619 | 26,699 |
| Total other current liabilities | $ | 59,560 | $ 88,607 |

(1)  Deferred revenue was recognized in net sales once all revenue recognition criteria were met.

### *Other liabilities*

Other liabilities consisted of the following at September 25, 2010 and December 26, 2009 (in thousands):

|  | September 25, 2010 | | December 26, 2009 |
|---|---|---|---|
| Other taxes payable | $ | 44,633 | $ 28,889 |
| Other noncurrent liabilities | | 45,594 | 33,711 |
| Total other liabilities | $ | 90,227 | $ 62,600 |

### Note 9. Derivative Financial Instruments

As a global company, we are exposed in the normal course of business to interest rate and foreign currency risks that could affect our net assets, financial position, results of operations, and cash flows. We use derivative instruments to hedge against certain risks, such as these, and we only hold derivative instruments for hedging purposes, not for speculative or trading purposes. Our use of derivative instruments is subject to strict internal controls based on centrally defined, performed, and controlled policies and procedures.

Depending on the terms of the specific derivative instruments and market conditions, some of our derivative instruments may be assets and others liabilities at any particular point in time. As required by ASC 815, *Derivatives and Hedging* , we report all of our derivative instruments that are within the scope of that accounting standard at fair value on our balance sheet. Depending on the substance of the hedging purpose for our derivative instruments, we account for changes in the fair value of some of them using cash-flow-hedge accounting pursuant to ASC 815 and of others by recording the changes in fair value directly to current earnings (so-called "economic hedges"). These accounting approaches and the various classes of risk that we are exposed to in our business and the risk management systems using derivative instruments that we apply to these risks are described below. See Note 10. "Fair Value Measurement," to these condensed consolidated financial statements for information about the techniques we use to measure the fair value of our derivative instruments.

The following tables present the fair values of derivative instruments included in our consolidated balance sheet as of September 25, 2010 and December 26, 2009 (in thousands):

15

**September 25, 2010**

| | Other Assets - Current | Other Assets - Noncurrent | Other Liabilities - Current | Other Liabilities - Noncurrent |
|---|---:|---:|---:|---:|
| Derivatives designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange forward contracts | $ 6,912 | $ — | $ 26,375 | $ 2,063 |
| Interest rate swap contracts | — | — | 364 | 1,676 |
| Total derivatives designated as hedging instruments | 6,912 | — | 26,739 | 3,739 |
| | | | | |
| Derivatives not designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange forward contracts | 21,831 | — | 16,202 | — |
| Total derivatives not designated as hedging instruments | 21,831 | — | 16,202 | — |
| | | | | |
| Total derivative instruments | $ 28,743 | $ — | $ 42,941 | $ 3,739 |

**December 26, 2009**

| | Other Assets - Current | Other Assets - Noncurrent | Other Liabilities - Current | Other Liabilities - Noncurrent |
|---|---:|---:|---:|---:|
| Derivatives designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange forward contracts | $ 3,781 | $ — | $ 19,723 | $ — |
| Interest rate swap contracts | — | — | 178 | 905 |
| Total derivatives designated as hedging instruments | 3,781 | — | 19,901 | 905 |
| | | | | |
| Derivatives not designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange forward contracts | 4,128 | — | 10,880 | — |
| Total derivatives not designated as hedging instruments | 4,128 | — | 10,880 | — |
| | | | | |
| Total derivative instruments | $ 7,909 | $ — | $ 30,781 | $ 905 |

The following tables present the amounts related to derivative instruments affecting our consolidated statement of operations for the three and nine months ended September 25, 2010 and September 26, 2009 (in thousands):

| | Amount of Gain (Loss) Recognized in Other Comprehensive Income on Derivatives | | Location of Gain (Loss) Reclassified from Accumulated Other Comprehensive Income into Income | Amount of Gain (Loss) Reclassified from Accumulated Other Comprehensive Income into Income | |
|---|---|---|---|---|---|
| | Three Months Ended September 25, 2010 | Nine Months Ended September 25, 2010 | | Three Months Ended September 25, 2010 | Nine Months Ended September 25, 2010 |
| **Derivative Type** | | | | | |
| Derivatives designated as cash flow hedges under ASC 815: | | | | | |
| Foreign exchange forward contracts | $ (60,538) | $ (5,584) | Net sales | $ 6,652 | $ 35,885 |
| Interest rate swaps | (136) | (957) | Interest income (expense) | (358) | (991) |
| Total derivatives designated as cash flow hedges | $ (60,674) | $ (6,541) | | $ 6,294 | $ 34,894 |

16

| Derivative Type | Amount of Gain (Loss) on Derivatives Recognized in Income | | Location of Gain (Loss) on Derivatives Recognized in Income |
|---|---|---|---|
| | Three Months Ended September 25, 2010 | Nine Months Ended September 25, 2010 | |
| Derivatives designated as cash flow hedges under ASC 815: | | | |
| Foreign exchange forward contracts | $ 6,652 | $ 35,885 | Net sales |
| Interest rate swaps | $ (358) | $ (991) | Interest income (expense) |
| | | | |
| Derivatives not designated as hedging instruments under ASC 815: | | | |
| Foreign exchange forward contracts | $ 5,703 | $ (4,818) | Other income (expense) |
| Foreign exchange forward contracts | $ 4,144 | $ (3,084) | Cost of sales |

| Derivative Type | Amount of Gain (Loss) Recognized in Other Comprehensive Income on Derivatives | | Location of Gain (Loss) Reclassified from Accumulated Other Comprehensive Income into Income | Amount of Gain (Loss) Reclassified from Accumulated Other Comprehensive Income into Income | |
|---|---|---|---|---|---|
| | Three Months Ended September 26, 2009 | Nine Months Ended September 26, 2009 | | Three Months Ended September 26, 2009 | Nine Months Ended September 26, 2009 |
| Derivatives designated as cash flow hedges under ASC 815: | | | | | |
| Foreign exchange forward contracts | $ (9,313) | $ (36,424) | Net sales | $ (22,939) | $ 8,885 |
| Interest rate swaps | (820) | 273 | Interest income (expense) | (102) | (2,627) |
| Total derivatives designated as cash flow hedges | $ (10,133) | $ (36,151) | | $ (23,041) | $ 6,258 |

| Derivative Type | Amount of Gain (Loss) on Derivatives Recognized in Income | | Location of Gain (Loss) on Derivatives Recognized in Income |
|---|---|---|---|
| | Three Months Ended September 26, 2009 | Nine Months Ended September 26, 2009 | |
| Derivatives designated as cash flow hedges under ASC 815: | | | |
| Foreign exchange forward contracts | $ (22,939) | $ 8,885 | Net sales |
| Interest rate swaps | $ (102) | $ (2,627) | Interest income (expense) |
| | | | |
| Derivatives not designated as hedging instruments under ASC 815: | | | |
| Foreign exchange forward contracts | $ (495) | $ (5,426) | Other income (expense) |
| Foreign exchange forward contracts | $ 2,028 | $ 3,097 | Cost of sales |
| | | | |
| Credit default swaps | $ — | $ (1,459) | Other income (expense) |

*Interest Rate Risk*

We use interest rate swap agreements to mitigate our exposure to interest rate fluctuations associated with certain of our debt instruments; we do not use such swap agreements for speculative or trading purposes. On May 29, 2009 , we entered into an interest rate swap contract to hedge a portion of the floating rate loans under our Malaysian credit facility, which became effective on September 30, 2009 with a notional value of €57.3 million ( $77.4 million at the balance sheet close rate on September 25, 2010 of $ 1.35 /€1.00) and pursuant to which we are entitled to receive a six-month floating interest rate, the Euro Interbank Offered Rate (Euribor), and required to pay a fixed rate of 2.80% . The notional amount of the interest rate swap contract is scheduled to decline in correspondence to our scheduled principal payments on the underlying hedged debt. As of September 25, 2010 , the notional value of this interest rate swap contract was €52.6 million ( $71.0 million at the balance sheet close rate on September 25, 2010 of $ 1.35 /€1.00). This derivative instrument qualifies for accounting as a cash flow hedge in accordance with FASB ASC 815

17

and we designated it as such. We determined that our interest rate swap contract was highly effective as a cash flow hedge at September 25, 2010 .

### Foreign Currency Exchange Risk

#### Cash Flow Exposure

We expect many of the components of our business to have material future cash flows, including revenues and expenses, that will be denominated in currencies other than the component's functional currency. Our primary cash flow exposures are customer collections and vendor payments. Changes in the exchange rates between our components' functional currencies and the other currencies in which they transact will cause fluctuations in the cash flows we expect to receive when these cash flows are realized or settled. Accordingly, we enter into foreign exchange forward contracts to hedge the value of a portion of these forecasted cash flows. As of September 25, 2010 , these foreign exchange contracts hedge our forecasted future cash flows for up to 18 months . These foreign exchange contracts qualified for accounting as cash flow hedges in accordance with ASC 815, and we designated them as such. We initially report the effective portion of the derivative's gain or loss in "Accumulated other comprehensive income (loss)" and subsequently reclassify amounts into earnings when the hedged transaction is settled. We determined that these derivative financial instruments were highly effective as cash flow hedges at September 25, 2010 . In addition, during the nine months ended September 25, 2010 , we did not discontinue any cash flow hedges because a hedging relationship was no longer highly effective or it was probable that a forecasted transaction would not occur.

During the nine months ended September 25, 2010 , we purchased foreign exchange forward contracts to hedge the exchange risk on forecasted cash flows denominated in euro. As of September 25, 2010 , the unrealized loss on these contracts was $21.5 million and the total notional value of the contracts was €597.0 million ( $806.0 million at the balance sheet close rate on September 25, 2010 of $1.35 /€1.00). The weighted average forward exchange rate for these contracts was $1.31 /€1.00 at September 25, 2010 .

In the following 12 months, we expect to reclassify to earnings $19.5 million of net unrealized losses related to these forward contracts that are included in accumulated other comprehensive loss at September 25, 2010 as we realize the earnings effect of the related forecasted transactions. The amount we ultimately record to earnings will depend on the actual exchange rate when we realize the related forecasted transaction. During the three and nine months ended September 25, 2010 , we realized a gain of $6.3 million and $34.9 million , respectively, related to our cash flow hedges.

#### Transaction Exposure

Many components of our business have assets and liabilities (primarily receivables, investments, accounts payable, debt, solar module collection and recycling liabilities, and inter-company transactions) that are denominated in currencies other than the component's functional currency. Changes in the exchange rates between our components' functional currencies and the other currencies in which these assets and liabilities are denominated can create fluctuations in our reported consolidated financial position, results of operations, and cash flows. We may enter into foreign exchange forward contracts or other financial instruments to hedge assets and liabilities against the short-term effects of currency exchange rate fluctuations. The gains and losses on the foreign exchange forward contracts will offset all or part of the transaction gains and losses that we recognize in earnings on the related foreign currency assets and liabilities.

During the nine months ended September 25, 2010 , we purchased foreign exchange forward contracts to hedge balance sheet exposures related to transactions with third parties. We recognize gains or losses from the fluctuation in foreign exchange rates and the valuation of these derivative contracts in cost of sales and foreign currency gain (loss) on our consolidated statements of operations, depending on where the gain or loss from the hedged item is classified on our consolidated statement of operations. As of September 25, 2010 , the total unrealized gain on our foreign exchange forward contracts was $5.6 million . These contracts have maturities of less than two months .

As of September 25, 2010 , the notional values of our foreign exchange forward contracts were as follows (notional amounts and U.S. dollar equivalents in millions):

18

| Transaction | Currency | Notional Amount | U.S. Equivalent | Balance sheet close rate on September 25, 2010 |
|---|---|---|---|---|
| Purchase | Euro | € 252.9 | $341.4 | $1.35/€1.00 |
| Sell | Euro | € 192.4 | $259.7 | $1.35/€1.00 |
| Purchase | Malaysian ringgits | MYR 155.2 | $49.7 | $0.32/MYR1.00 |
| Sell | Malaysian ringgits | MYR 65.0 | $20.8 | $0.32/MYR1.00 |
| Purchase | Japanese yen | JPY 135.0 | $1.4 | $0.01/JPY1.00 |
| Sell | Japanese yen | JPY 135.0 | $1.4 | $0.01/JPY1.00 |
| Purchase | Canadian dollar | CAD 320.0 | $313.6 | $0.98/CAD1.00 |
| Sell | Canadian dollar | CAD 320.0 | $313.6 | $0.98/CAD1.00 |

### *Credit Risk*

We have certain financial and derivative instruments that subject us to credit risk. These consist primarily of cash, cash equivalents, investments, trade accounts receivable, interest rate swap contracts, and foreign exchange forward contracts. We are exposed to credit losses in the event of nonperformance by the counterparties to our financial and derivative instruments. We place cash, cash equivalents, investments, interest rate swap contracts, and foreign exchange forward contracts with various high-quality financial institutions and limit the amount of credit risk from any one counterparty. We continuously evaluate the credit standing of our counterparty financial institutions.

### Note 10. Fair Value Measurement

ASC 820, *Fair Value Measurements and Disclosures,* defines fair value, establishes a framework for measuring fair value in accordance with generally accepted accounting principles, and provides financial statement disclosure requirements for fair value measurements. ASC 820 defines fair value as the price that would be received from the sale of an asset or paid to transfer a liability (an exit price) on the measurement date in an orderly transaction between market participants in the principal or most advantageous market for the asset or liability. ASC 820 specifies a hierarchy of valuation techniques, which is based on whether the inputs into the valuation technique are observable or unobservable. The hierarchy is as follows:

- Level 1 - Valuation techniques in which all significant inputs are unadjusted quoted prices from active markets for assets or liabilities that are identical to the assets or liabilities being measured.

- Level 2 - Valuation techniques in which significant inputs include quoted prices from active markets for assets or liabilities that are similar to the assets or liabilities being measured and/or quoted prices for assets or liabilities that are identical or similar to the assets or liabilities being measured from markets that are not active. Also, model-derived valuations in which all significant inputs and significant value drivers are observable in active markets are Level 2 valuation techniques.

- Level 3 - Valuation techniques in which one or more significant inputs or significant value drivers are unobservable. Unobservable inputs are valuation technique inputs that reflect our own assumptions about the assumptions that market participants would use to price an asset or liability.

When available, we use quoted market prices to determine the fair value of an asset or liability. If quoted market prices are not available, we measure fair value using valuation techniques that use, when possible, current market-based or independently-sourced market parameters, such as interest rates and currency rates. The following is a description of the valuation techniques that we use to measure the fair value of assets and liabilities that we measure and report at fair value on a recurring or one-time basis:

- *Cash equivalents.* At September 25, 2010 , our cash equivalents consisted of commercial paper and money market mutual funds. We value our money market cash equivalents using observable inputs that reflect quoted prices for securities with identical characteristics, and accordingly, we classify the valuation techniques that use these inputs as Level 1. We value our commercial paper cash equivalents using quoted prices for securities with similar characteristics and other observable inputs (such as interest rates that are observable at commonly quoted intervals), and accordingly, we classify the valuation techniques that use these inputs as Level 2.

- *Marketable securities and investments.* At September 25, 2010 , our marketable securities and investments consisted

of commercial paper, corporate debt securities, federal and foreign agency debt, foreign government obligations, and supranational debt. We value our marketable securities using quoted prices for securities with similar characteristics and other observable inputs (such as interest rates that are observable at commonly quoted intervals), and accordingly, we classify the valuation techniques that use these inputs as Level 2. We also consider the effect of our counterparties' credit standings in these fair value measurements.

- *Derivative assets and liabilities*. At September 25, 2010 , our derivative assets and liabilities consisted of foreign exchange forward contracts involving major currencies and interest rate swap contracts involving benchmark interest rates. Since our derivative assets and liabilities are not traded on an exchange, we value them using industry standard valuation models. Where applicable, these models project future cash flows and discount the future amounts to a present value using market-based observable inputs including interest rate curves, credit risk, foreign exchange rates, and forward and spot prices for currencies. These inputs are observable in active markets over the terms of the instruments we hold, and accordingly, we classify these valuation techniques as Level 2. We consider the effect of our own credit standing and that of our counterparties in our valuations of our derivative assets and liabilities.

- *Solar module collection and recycling liability.* We account for our obligation to collect and recycle the solar modules that we sell in a similar manner to the accounting for asset retirement obligations that is prescribed by ASC 410, *Asset Retirement and Environmental Obligations* . When we sell solar modules, we initially record our liability for collecting and recycling those particular solar modules at the fair value of this liability, and then in subsequent periods, we accrete this fair value to the estimated future cost of collecting and recycling the solar modules. Therefore, this is a one-time nonrecurring fair value measurement of the collection and recycling liability associated with each particular solar module sold.

  Since there is not an established market for collecting and recycling our solar modules, we value our liability using a valuation model (an income approach). This fair value measurement requires us to use significant unobservable inputs, which are primarily estimates of collection and recycling process costs and estimates of future changes in costs due to inflation and future currency exchange rates. Accordingly, we classify these valuation techniques as Level 3. We estimate collection and recycling process costs based on analyses of the collection and recycling technologies that we are currently developing; we estimate future inflation costs based on analysis of historical trends; and we estimate future currency exchange rates based on current rate information. We consider the effect of our own credit standing in our measurement of the fair value of this liability.

At September 25, 2010 and December 26, 2009 , information about inputs into the fair value measurements of our assets and liabilities that we make on a recurring basis was as follows (in thousands):

20

| | As of September 25, 2010 | | | |
| | Fair Value Measurements at Reporting Date Using | | | |
| | Total Fair Value and Carrying Value on Our Balance Sheet | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Assets: | | | | |
| Cash equivalents: | | | | |
| Commercial paper | $ 2,899 | $ — | $ 2,899 | $ — |
| Money market mutual fund | 22,499 | 22,499 | — | — |
| Marketable securities and investments: | | | | |
| Commercial paper | 10,833 | — | 10,833 | — |
| Corporate debt securities | 99,615 | — | 99,615 | — |
| Federal agency debt | 49,985 | — | 49,985 | — |
| Foreign agency debt | 157,738 | — | 157,738 | — |
| Foreign government obligations | 9,196 | — | 9,196 | — |
| Supranational debt | 48,379 | — | 48,379 | — |
| Derivative assets | 28,743 | — | 28,743 | — |
| Total assets | $ 429,887 | $ 22,499 | $ 407,388 | $ — |
| Liabilities: | | | | |
| Derivative liabilities | $ 46,680 | $ — | $ 46,680 | $ — |

| | As of December 26, 2009 | | | |
| | Fair Value Measurements at Reporting Date Using | | | |
| | Total Fair Value and Carrying Value on Our Balance Sheet | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Assets: | | | | |
| Cash equivalents: | | | | |
| Money market mutual funds | $ 395,431 | $ 395,431 | $ — | $ — |
| Marketable securities and investments: | | | | |
| Asset backed securities | 5,544 | — | 5,544 | — |
| Corporate debt securities | 115,248 | — | 115,248 | — |
| Federal agency debt | 78,911 | — | 78,911 | — |
| Foreign agency debt | 168,963 | — | 168,963 | — |
| Foreign government obligations | 10,128 | — | 10,128 | — |
| Supranational debt | 71,050 | — | 71,050 | — |
| Derivative assets | 7,909 | — | 7,909 | — |
| Total assets | $ 853,184 | $ 395,431 | $ 457,753 | $ — |
| Liabilities: | | | | |
| Derivative liabilities | $ 31,686 | $ — | $ 31,686 | $ — |

*Fair Value of Financial Instruments*

The carrying values and fair values of our financial instruments at September 25, 2010 and December 26, 2009 were as follows (in thousands):

| | September 25, 2010 | | | | December 26, 2009 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Carrying Value | | Fair Value | | Carrying Value | | Fair Value | |
| Assets: | | | | | | | | |
| Marketable securities, current and noncurrent | $ | 375,746 | $ | 375,746 | $ | 449,844 | $ | 449,844 |
| Notes receivable - current | $ | — | $ | — | $ | 50,531 | $ | 50,531 |
| Foreign exchange forward contract assets | $ | 28,743 | $ | 28,743 | $ | 7,909 | $ | 7,909 |
| Restricted investments (excluding restricted cash) | $ | 94,980 | $ | 94,980 | $ | 36,467 | $ | 36,467 |
| Investment in related party | $ | 25,000 | $ | 25,000 | $ | 25,000 | $ | 25,000 |
| Notes receivable - noncurrent | $ | 9,425 | $ | 8,575 | $ | 25,241 | $ | 25,332 |
| Liabilities: | | | | | | | | |
| Long-term debt, including current maturities | $ | 250,395 | $ | 256,431 | $ | 174,958 | $ | 178,900 |
| Interest rate swaps | $ | 2,040 | $ | 2,040 | $ | 1,083 | $ | 1,083 |
| Foreign exchange forward contract liabilities | $ | 44,640 | $ | 44,640 | $ | 30,603 | $ | 30,603 |

The carrying values on our balance sheet of our cash and cash equivalents, accounts receivable, restricted cash, accounts payable, income tax payable, and accrued expenses approximate their fair values due to their short maturities; therefore, we exclude them from the foregoing table.

We estimated the fair value of our long-term debt in accordance with ASC 820 using a discounted cash flows approach (an income approach), and we incorporated the credit risk of our counterparty for all asset fair value measurements and our credit risk for all liability fair value measurements.

## Note 11. Related Party Transactions

During 2008, we entered into a long-term solar module supply agreement with a company based in the United States that supplies and installs solar power systems to commercial and residential customers and that also qualifies as a related party. During the three months ended September 25, 2010 , we did not have any net sales to this related party and during the nine months ended September 25, 2010 , we recognized $9.6 million in net sales to this related party. At September 25, 2010 , we did not have any accounts receivable from this related party.

## Note 12. Notes Receivable

On April 8, 2009 , we entered into a credit facility agreement with a solar project entity of one of our customers for an available amount of €17.5 million ( $23.6 million at the balance sheet close rate on September 25, 2010 of $1.35 /€1.00) to provide financing for a photovoltaic power generation facility. The credit facility replaced a bridge loan that we had made to this entity. The credit facility bears interest at 8% per annum and is due on December 31, 2026 . As of September 25, 2010 and December 26, 2009 , the balance on this credit facility was €7.0 million and €17.5 million , respectively ( $9.5 million and $23.6 million at the balance sheet close rate on September 25, 2010 of $1.35 /€1.00). The outstanding amount of this credit facility is included within " Other assets " on our consolidated balance sheets.

On April 21, 2009 , we entered into a revolving VAT financing facility agreement for an available amount of €9.0 million ( $12.2 million at the balance sheet close rate on September 25, 2010 of $1.35 /€1.00) with the same solar project entity with which we entered into the credit facility agreement on April 8, 2009. The VAT facility agreement pre-financed the amounts of German value added tax (VAT) and any other tax obligations of similar nature during the construction phase of the photovoltaic power generation facility. Borrowings under this facility were short-term in nature, since the facility was to be repaid when VAT amounts were reimbursed by the government. The VAT facility agreement bears interest at the rate of Euribor plus 1.2% and matures on December 31, 2010 . As of September 25, 2010 , the facility was fully repaid, including interest, and there was no balance outstanding. As of December 26, 2009 , the balance on this financing agreement was €1.4 million ( $1.9 million at the balance sheet close rate on September 25, 2010 of $1.35 /€1.00). The outstanding amount of this financing agreement was included within " Prepaid expenses and other current assets" on our consolidated balance sheets during the year ended December 26, 2009 .

In October 2009, we entered into a fixed rate note with a solar power project entity to finance construction and start-up costs of a photovoltaic facility in Germany. This note provided funding in the amount of €19.2 million ( $25.9 million at the balance sheet close rate on September 25, 2010 of $1.35 /€1.00). The fixed rate note was due on May 31, 2010 and bore interest at 7% per

22

annum. The fixed rate note was collateralized by a bank account pledge agreement, a security assignment agreement, a partnership interest pledge agreement, and a share pledge agreement. As of September 25, 2010 , the fixed rate note was fully repaid, including interest, and there was no balance outstanding. As of December 26, 2009 , the full available amount under this fixed rate note was outstanding. The outstanding amount of this fixed rate note was included within " Prepaid expenses and other current assets " on our consolidated balance sheets during the year ended December 26, 2009 .

In October 2009, we entered into a fixed rate note with another solar power project entity to finance construction and start-up costs of a photovoltaic facility in Germany. This note provided funding in the amount of €14.5 million ( $19.6 million at the balance sheet close rate on September 25, 2010 of $1.35 /€1.00). The fixed rate note was due on May 31, 2010 and bore interest at 7% per annum. This fixed rate note was collateralized by a bank account pledge agreement, a security assignment agreement, a guarantee agreement, and share pledge agreement. As of September 25, 2010 , the fixed rate note was fully repaid, including interest, and there was no balance outstanding. As of December 26, 2009 , the full available amount under this fixed rate note was outstanding. The outstanding amount of this fixed rate note was included within " Prepaid expenses and other current assets " on our consolidated balance sheets during the year ended December 26, 2009 .

**Note 13. Debt**

Our long-term debt at September 25, 2010 and December 26, 2009 consisted of the following (in thousands):

| Type | September 25, 2010 | December 26, 2009 |
|---|---:|---:|
| Revolving Credit Facility | $ 100,000 | $ — |
| Malaysian Facility Agreement - Fixed rate term loan | 72,219 | 84,166 |
| Malaysian Facility Agreement - Floating rate term loan (1) | 72,219 | 84,166 |
| Director of Development of the State of Ohio | 8,550 | 9,994 |
| Director of Development of the State of Ohio | — | 139 |
| Capital lease obligations | 132 | 2 |
| | 253,120 | 178,467 |
| Less unamortized discount | (2,725) | (3,509) |
| Total long-term debt | 250,395 | 174,958 |
| Less current portion | (26,639) | (28,559) |
| Noncurrent portion | $ 223,756 | $ 146,399 |

(1) We entered into an interest rate swap contract related to this loan. See Note 9. "Derivative Instruments," to these condensed consolidated financial statements.

We did not have any short-term debt at September 25, 2010 and December 26, 2009 .

*Revolving Credit Facility*

On September 4, 2009, we entered into a revolving credit facility pursuant to a credit agreement among First Solar, Inc., certain designated Borrowing Subsidiaries (consisting of First Solar Manufacturing GmbH, a German subsidiary, and other subsidiaries of our Company who may in the future be designated as borrowers pursuant to the credit agreement), and several lenders. JPMorgan Chase Bank, N.A. and Bank of America served as Joint-Lead Arrangers and Bookrunners, with JPMorgan also acting as Administrative Agent. The credit agreement provides First Solar, Inc. and the Borrowing Subsidiaries with a senior secured three-year revolving credit facility in an aggregate available amount of $300.0 million , a portion of which is available for letters of credit. Proceeds from the credit facility may be used for working capital and other general corporate purposes. Subsequent to September 25, 2010, we entered into an amended and restated revolving credit facility which provides First Solar, Inc. and the Borrowing Subsidiaries with a senior secured five-year revolving credit facility in an aggregate available amount of $600.0 million , all of which is available for letters of credit. Subject to certain conditions, we have the right to request an increase in the aggregate commitments under the credit facility up to $750.0 million . See also Note 21. "Subsequent Events," for further information about this amendment and restatement. In connection with the credit agreement, we also entered into a guarantee and collateral agreement and foreign security agreements.

Borrowings under the amended and restated credit agreement currently bear interest at (i) London Interbank Offered Rate

23

(LIBOR) (adjusted for eurocurrency reserve requirements) plus a margin of 2.25% or (ii) a base rate as defined in the credit agreement plus a margin of 1.25%, depending on the type of borrowing requested by us. These margins are subject to adjustments depending on our consolidated leverage ratio.

At September 25, 2010 , we had $100.0 million in borrowings outstanding and $73.2 million in letters of credit issued under the revolving credit facility. As of September 25, 2010 , based on the outstanding borrowing, the all-in effective three month LIBOR borrowing rate was 3.51% . At December 26, 2009 , we had no borrowings outstanding and $46.0 million in letters of credit issued under the revolving credit facility.

In addition to paying interest on outstanding principal under the credit agreement, we are required to pay a commitment fee, currently at the rate of 0.375% per annum, to the lenders based on the average daily unused commitments under the facility. The commitment fee may also be adjusted due to changes in our consolidated leverage ratio. We also pay a letter of credit fee equal to the applicable margin for eurocurrency revolving loans on the face amount of each letter of credit and a fronting fee.

In connection with our revolving credit facility, we entered into a guarantee and collateral agreement and various foreign security agreements. Loans made to First Solar Manufacturing GmbH (a borrowing subsidiary under the credit facility) are (i) guaranteed by First Solar, Inc. pursuant to the guarantee and collateral agreement, (ii) guaranteed by certain of First Solar, Inc.'s direct and indirect subsidiaries organized under the laws of Germany, pursuant to a German guarantee agreement, (iii) secured by share pledge agreements, (iv) secured by a security interest in intercompany receivables held by First Solar Holdings GmbH, First Solar GmbH, and First Solar Manufacturing GmbH, pursuant to assignment agreements, and (v) subject to a security trust agreement, which sets forth additional terms regarding the foregoing German security documents and arrangements.

The credit agreement contains various financial condition covenants with which we must comply, including a debt to EBITDA ratio covenant, a minimum EBITDA covenant, and a minimum liquidity covenant. Under the credit agreement, we are also subject to customary non-financial covenants, including limitations in secured indebtedness and limitations on dividends and other restricted payments. We were in compliance with these covenants at September 25, 2010 .

### *Malaysian Facility Agreement*

On May 6, 2008, in connection with the plant expansion at our Malaysian manufacturing center, First Solar Malaysia Sdn. Bhd. (FS Malaysia), our indirect wholly owned subsidiary, entered into an export financing facility agreement (Malaysian Facility Agreement) with a consortium of banks. The total available loan amount was €134.0 million ( $180.9 million at the balance sheet close rate on September 25, 2010 of $1.35 /€1.00). Pursuant to the Malaysian Facility Agreement, we began semi-annual repayments of the principal balances of these credit facilities during 2008. Amounts repaid under this credit facility cannot be re-borrowed. These credit facilities consisted of the following (in thousands):

| Malaysian Borrowings | Denomination | Interest Rate | Maturity | Outstanding at September 25, 2010 |
|---|---|---|---|---|
| Fixed-rate euro-denominated term loan | EUR | 4.54% | 2016 | $ 72,219 |
| Floating-rate euro-denominated term loan | EUR | Euribor plus 0.55% | 2016 | 72,219 |
| Total (1) | | | | $ 144,438 |

(1)    €107.0 million outstanding at September 25, 2010 ( $144.4 million at the balance sheet close rate on September 25, 2010 of $1.35 /€1.00).

These credit facilities were used by FS Malaysia for the purpose of (1) partially financing the purchase of certain equipment to be used at our Malaysian manufacturing center and (2) financing fees to be paid to Euler-Hermes Kreditversicherungs-AG (Euler-Hermes), the German Export Credit Agency of Hamburg, Federal Republic of Germany, which guarantees 95% of FS Malaysia's obligations related to the Malaysian credit facilities (Hermes Guaranty).

In addition to paying interest on outstanding principal under the facility, FS Malaysia is obligated to pay annual agency fees and security agency fees.

In connection with the Malaysian credit facilities, First Solar, Inc. entered into a first demand guaranty agreement dated May 6, 2008 in favor of the lenders. Thereby FS Malaysia's obligations related to the Malaysian Facility Agreement are guaranteed, on an unsecured basis, by First Solar, Inc. In connection with the Malaysian credit facilities, all of FS Malaysia's obligations are

24

secured by a first party, first legal charge over the equipment financed by the Malaysian credit facilities and the other documents, contracts, and agreements related to that equipment. Also in connection with the Malaysian credit facilities, any payment claims of First Solar, Inc. against FS Malaysia are subordinated to the claims of the lenders.

The Malaysian Facility Agreement contains various financial covenants with which we must comply, such as debt-to-equity ratios, total leverage ratios, interest coverage ratios, and debt service coverage ratios. The Malaysian Facility Agreement also contains various customary non-financial covenants with which FS Malaysia must comply, including submitting various financial reports and business forecasts to the lenders, maintaining adequate insurance, complying with applicable laws and regulations, and restrictions on FS Malaysia's ability to sell or encumber assets, or make loan guarantees to third parties. We were in compliance with these covenants at September 25, 2010 .

Certain of our indebtedness under the Malaysian credit facilities bears interest at rates based on the Euro Interbank Offered Rate (Euribor). Euribor is the primary interbank lending rate within the Euro zone, with maturities ranging from one week to one year. A disruption of the credit environment could negatively impact interbank lending and, therefore, negatively impact the Euribor rate. An increase in the Euribor rate would not impact our cost of borrowing under the Malaysian Facility Agreement since we entered into an interest rate swap agreement to mitigate such risk.

### State of Ohio Loans

During the years ended December 25, 2004 and December 31, 2005, we received the following loans from the Director of Development of the State of Ohio (in thousands):

| Ohio Borrowings | Original Loan Amount | Denomination | Interest Rate | Maturity | Outstanding at September 25, 2010 |
|---|---|---|---|---|---|
| Director of Development of the State of Ohio | $ 15,000 | USD | 2.25% | 2015 | $ 8,550 |
| Director of Development of the State of Ohio | 5,000 | USD | 0.25% — 3.25% | 2009 | — |
| Total | $ 20,000 | | | | $ 8,550 |

### France Facility Agreement

On March 30, 2010, in connection with the construction of our planned manufacturing facility in Blanquefort, France, First Solar France Manufacturing SAS (FS France), our indirect wholly owned subsidiary, entered into a facility agreement with EDF Energies Nouvelles SA (EDF-EN) for the purpose of partially financing the construction of the manufacturing facility. The total available loan amount under this non-revolving credit facility is a maximum principal amount of €50.0 million ( $67.5 million at the balance sheet close rate on September 25, 2010 of $1.35 /€1.00). Pursuant to the terms and conditions set forth in the facility agreement, advances will be made available commencing on the start of construction of the French plant and ending June 15, 2012 . Advances must be repaid in quarterly installments through the tenth anniversary of the first commercial shipments from the French plant, subject to accelerated mandatory prepayment in the event of a default under the facility or the termination of the related venture agreement or off-take agreement with EDF-EN and affiliated entities. Amounts repaid under this credit facility cannot be re-borrowed. The borrowings will bear interest at a rate of 4% . Any advances drawn under this facility will be unsecured. As of September 25, 2010 , there have been no borrowings under this facility.

## Note 14. Commitments and Contingencies

### Financial guarantees

In the normal course of business, we occasionally enter into agreements with third parties under which we guarantee the performance of our subsidiaries related to certain service contracts, which may include services such as development, engineering, procurement of permits and equipment, construction management, and monitoring and maintenance related to solar power plants. These agreements meet the definition of a guarantee according to ASC 460, *Guarantees* . As of September 25, 2010 , none of these guarantees were material to our financial position.

### Loan guarantees

At September 25, 2010 , our only loan guarantees were guarantees of our own debt, as disclosed in Note 13. "Debt," to these

25

condensed consolidated financial statements.

*Commercial commitments*

During the normal course of business, we enter into commercial commitments in the form of letters of credit and bank guarantees to provide financial and performance assurance to third parties. Our revolving credit facility as of September 25, 2010 provided us the capacity to issue up to $75.0 million in letters of credit at a fee equal to the applicable margin for eurocurrency revolving loans and a fronting fee. As of September 25, 2010 , we had issued $115.1 million in letters of credit, the majority of which were related to supporting our systems business. Of these, $73.2 million were issued under the revolving credit facility. Subsequent to September 25, 2010 we entered into an amended and restated revolving credit facility, which increased our borrowing capacity under this agreement to $600.0 million , all of which can be used for the issuance of letters of credit.

*Product warranties*

We offer warranties on our products and record an estimate of the associated liability based on the number of solar modules under warranty, our historical experience with warranty claims, our monitoring of field installation sites, our in-house testing of our solar modules, and our estimated per-module replacement cost.

Product warranty activity during the three and nine months ended September 25, 2010 and September 26, 2009 was as follows (in thousands):

|  | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
|  | September 25, 2010 | September 26, 2009 | September 25, 2010 | September 26, 2009 |
| Product warranty liability, beginning of period | $ 23,862 | $ 17,413 | $ 22,583 | $ 11,905 |
| Accruals for new warranties issued (warranty expense) | 5,458 | 4,360 | 13,130 | 11,349 |
| Settlements | (7,035) | (112) | (16,008) | (466) |
| Change in estimate of warranty liability | 2,747 | (1,079) | 5,327 | (2,206) |
| Product warranty liability, end of period | $ 25,032 | $ 20,582 | $ 25,032 | $ 20,582 |
| Current portion of warranty liability |  |  | $ 10,297 | $ 7,667 |
| Noncurrent portion of warranty liability |  |  | $ 14,735 | $ 12,915 |

**Note 15. Share-Based Compensation**

We measure share-based compensation cost at the grant date based on the fair value of the award and recognize this cost as an expense over the grant recipients' requisite service periods, in accordance with ASC 718, *Compensation-Stock Compensation* . The share-based compensation expense that we recognized in our consolidated statements of operations for the three and nine months ended September 25, 2010 and September 26, 2009 was as follows (in thousands):

|  | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
|  | September 25, 2010 | September 26, 2009 | September 25, 2010 | September 26, 2009 |
| Share-based compensation expense included in: |  |  |  |  |
| Cost of sales | $ 8,588 | $ 4,333 | $ 19,312 | $ 10,835 |
| Research and development | 2,561 | 2,254 | 7,599 | 6,173 |
| Selling, general and administrative | 14,731 | 15,263 | 42,661 | 36,991 |
| Production start-up | 352 | 337 | 1,176 | 1,129 |
| Total share-based compensation expense | $ 26,232 | $ 22,187 | $ 70,748 | $ 55,128 |

The increase in share-based compensation expense was primarily the result of new awards.

The following table presents our share-based compensation expense by type of award for the three and nine months ended September 25, 2010 and September 26, 2009 (in thousands):

26

|  | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
|  | September 25, 2010 | September 26, 2009 | September 25, 2010 | September 26, 2009 |
| Stock options | $ 482 | $ 1,627 | $ 2,037 | $ 5,435 |
| Restricted stock units | 23,769 | 21,024 | 68,641 | 51,265 |
| Unrestricted stock | 176 | 113 | 483 | 338 |
| Net amount released from (absorbed into) inventory | 1,805 | (577) | (413) | (1,910) |
| Total share-based compensation expense | $ 26,232 | $ 22,187 | $ 70,748 | $ 55,128 |

Share-based compensation cost capitalized in our inventory was $1.4 million and $1.0 million at September 25, 2010 and December 26, 2009 , respectively. As of September 25, 2010 , we had $1.3 million of unrecognized share-based compensation cost related to unvested stock option awards, which we expect to recognize as an expense over a weighted-average period of approximately 0.5 years, and $158.5 million of unrecognized share-based compensation cost related to unvested restricted stock units, which we expect to recognize as an expense over a weighted-average period of approximately 2 years.

**Note 16. Income Taxes**

On August 10, 2010 Congress enacted the *Education Jobs & Medicaid Assistance Act* (H.R. 1586). HR 1586 includes significant international tax revenue raisers which are generally effective January 1, 2011. These tax provisions generally attempt to limit a taxpayer's ability to fully claim tax credits for previously paid foreign taxes in determining one's U.S. income tax liability. In advance of the effective date of this legislation we decided to repatriate $300.0 million of earnings from certain of our foreign subsidiaries to the United States. As a result of this repatriation, which we expect to occur during the fourth quarter of the current fiscal year 2010, we have included in our third quarter results a one-time non-cash income tax charge of $14.7 million , or $0.17 per share. Except for our decision to repatriate $300.0 million , we continue to indefinitely invest outside the United States undistributed earnings from our non-US subsidiaries as of September 25, 2010.

Our Malaysian subsidiary has been granted a tax holiday for a period of 16.5 years , which was originally scheduled to commence on January 1, 2009. The tax holiday, which generally provides for a 100% exemption from Malaysian income tax , is conditional upon our continued compliance in meeting certain employment and investment thresholds. On January 9, 2009, we received formal approval granting our request to pull forward this previously approved tax holiday by one year; the result of which was an $11.5 million reduction in the amount of income taxes previously accrued during the year ended December 27, 2008. As a result, we recognized an income tax benefit of $11.5 million during the first quarter of 2009. In January 2010, in connection with the expansion of our Malaysian manufacturing operations, we were granted an extension of the previously approved tax holiday by three years, contingent upon meeting additional investment requirements.

Our effective tax rates were 16.9% and 13.7% for the three and nine months ended September 25, 2010 , respectively, and were 7.0% for the three and nine months ended September 26, 2009 . Without the $14.7 million tax charge discussed above, our effective tax rate would have been 10.0% and 11.2% for the three and nine months ended September 25, 2010 . Without the $11.5 million tax benefit discussed above, our effective tax rate would have been 9.1% for the nine months ended September 26, 2009 . Our estimated annual effective tax rate was higher during the nine months ended September 25, 2010 compared with the nine months ended September 26, 2009 mainly due to the $14.7 million tax charge discussed above, a greater percentage of profits earned in jurisdictions with higher tax rates, and the reversal of previously recorded tax expense of $11.5 million during the nine months ended September 26, 2009 . Without the beneficial impact of the Malaysian tax holiday on operations for the nine months ended September 25, 2010 and September 26, 2009 , our effective tax rates would have been 29.2% and 25.1% , respectively. The provision for income taxes differs from the amount computed by applying the statutory U.S. federal rate primarily due to the benefit associated with foreign income taxed at lower rates and the beneficial impact of the Malaysian tax holiday.

27

**Note 17. Net Income per Share**

Basic net income per share is computed by dividing net income by the weighted-average number of common shares outstanding for the period. Diluted net income per share is computed giving effect to all potential dilutive common stock, including employee stock options and restricted stock units.

The calculation of basic and diluted net income per share for the three and nine months ended September 25, 2010 and September 26, 2009 was as follows (in thousands, except per share amounts):

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | September 25, 2010 | September 26, 2009 | September 25, 2010 | September 26, 2009 |
| **Basic net income per share** | | | | |
| **Numerator:** | | | | |
| Net income | $ 176,869 | $ 153,344 | $ 508,257 | $ 498,518 |
| **Denominator:** | | | | |
| Weighted-average common stock outstanding | 85,072 | 84,179 | 84,810 | 83,196 |
| **Diluted net income per share** | | | | |
| **Denominator:** | | | | |
| Weighted-average common stock outstanding | 85,072 | 84,179 | 84,810 | 83,196 |
| Effect of stock options, restricted stock units outstanding, and contingent issuable shares | 1,538 | 1,713 | 1,558 | 1,528 |
| Weighted-average shares used in computing diluted net income per share | 86,610 | 85,892 | 86,368 | 84,724 |

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | September 25, 2010 | September 26, 2009 | September 25, 2010 | September 26, 2009 |
| Per share information - basic: | | | | |
| Net income per share | $ 2.08 | $ 1.82 | $ 5.99 | $ 5.99 |
| Per share information - diluted: | | | | |
| Net income per share | $ 2.04 | $ 1.79 | $ 5.88 | $ 5.88 |

The following number of outstanding employee stock options and restricted stock units were excluded from the computation of diluted net income per share for the three and nine months ended September 25, 2010 and September 26, 2009 as they would have had an antidilutive effect (in thousands):

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | September 25, 2010 | September 26, 2009 | September 25, 2010 | September 26, 2009 |
| Restricted stock units and options to purchase common stock | 70 | 188 | 128 | 203 |

**Note 18. Comprehensive Income**

Comprehensive income, which includes foreign currency translation adjustments, unrealized gains and losses on derivative instruments designated and qualifying as cash flow hedges, and unrealized gains and losses on available-for-sale securities, the impact of which has been excluded from net income and reflected as components of stockholders' equity, was as follows (in thousands):

28

| | Three Months Ended | | | | Nine Months Ended | | | |
|---|---|---|---|---|---|---|---|---|
| | September 25, 2010 | | September 26, 2009 | | September 25, 2010 | | September 26, 2009 | |
| Net income | $ | 176,869 | $ | 153,344 | $ | 508,257 | $ | 498,518 |
| Foreign currency translation adjustments | | 41,451 | | 16,995 | | (26,667) | | 22,008 |
| Change in unrealized gain on marketable securities, net of tax | | 5,792 | | 1,848 | | 12,569 | | 2,219 |
| Change in unrealized loss on derivative instruments, net of tax | | (60,673) | | (10,133) | | (6,540) | | (36,215) |
| Comprehensive income | $ | 163,439 | $ | 162,054 | $ | 487,619 | $ | 486,530 |

Components of accumulated other comprehensive loss were as follows (in thousands):

| | September 25, 2010 | | December 26, 2009 | |
|---|---|---|---|---|
| Foreign currency translation adjustments | $ | (21,189) | $ | 5,478 |
| Unrealized gain on marketable securities, net of tax | | 14,520 | | 1,951 |
| Unrealized loss on derivative instruments, net of tax | | (23,565) | | (17,025) |
| Accumulated other comprehensive loss | $ | (30,234) | $ | (9,596) |

29

**Note 19. Statement of Cash Flows**

The following table presents a reconciliation of net income to net cash provided by operating activities for the nine months ended September 25, 2010 and September 26, 2009 (in thousands):

| | Nine Months Ended | |
| --- | --- | --- |
| | September 25, 2010 | September 26, 2009 |
| Net income | $  508,257 | $  498,518 |
| Adjustments to reconcile net income to cash provided by operating activities: | | |
| Depreciation and amortization | 112,923 | 90,720 |
| Impairment of assets and liabilities | 2,374 | 985 |
| Impairment of project assets | 3,371 | — |
| Share-based compensation | 70,748 | 55,128 |
| Remeasurement of monetary assets and liabilities | 239 | 438 |
| Deferred income taxes | (74,066) | (15,888) |
| Excess tax benefits from share-based compensation arrangements | (102,381) | (9,476) |
| Provision for doubtful accounts receivable | (990) | 3,990 |
| Inventory reserve | — | 5,689 |
| Gain on sales of investments, net | (282) | (7) |
| Other operating activities | (1,098) | — |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, trade | (97,236) | (276,409) |
| Accounts receivable, unbilled | (148,394) | 80 |
| Inventories | (46,137) | (71,184) |
| Project assets | (23,207) | (50,398) |
| Deferred project costs | 35,816 | (2,747) |
| Prepaid expenses and other current assets | (66,791) | 22,922 |
| Other assets | (5,099) | (1,951) |
| Accounts payable and accrued expenses | 222,720 | 5,695 |
| Deferred revenue | (35,090) | 5,290 |
| Total adjustments | (152,580) | (237,123) |
| Net cash provided by operating activities | $  355,677 | $  261,395 |

30

**Note 20. Segment Reporting**

ASC 280, *Segment Reporting* , establishes standards for companies to report in their financial statements information about operating segments, products, services, geographic areas, and major customers. The method of determining what information to report is generally based on the way that management organizes the operating segments within the company for making operating decisions and assessing financial performance.

We operate our business in two segments. Our components segment is our principal business and involves the design, manufacture, and sale of solar modules which convert sunlight into electricity. Customers of our components segment include project developers, system integrators, and operators of renewable energy projects.

Through our fully integrated systems business, we provide a complete PV solar power system, which includes project development, engineering, procurement and construction (EPC) services, operating and maintenance (O&M) services, when applicable and project finance, when required. Our systems segment sells solar power systems, all of which use our solar modules, directly to investor owned utilities, independent power developers and producers, commercial and industrial companies, and other system owners who purchase completed solar power plants, EPC services, and/or O&M services from us.

Our Chief Operating Decision Maker (CODM), consisting of senior executive staff, views the sale of solar modules from the components segment as the core driver of our profitability, return on net assets, and cash throughput; and as a result, we view our systems segment as an enabler to drive module throughput. Therefore, we operate our systems segment with the objective to achieve break-even results before income taxes. In our operating segment financial disclosures, we include the sale of our solar modules manufactured by our components segment and installed in projects sold by our systems segment in "net sales" of our components business.

After we have determined the amount of revenue earned for each transaction following the applicable guidance for the underlying arrangement, we allocate revenue between the components and systems segments based on how our CODM strategically views these segments. We determine the amount of revenue to be allocated between the systems business and the components business based on the principle that the systems business is an enabler operating at break-even results to drive module throughput for the components business. The amount of revenue allocated to the components segment for modules used in the system business arrangement is equal to the cost of the solar module plus the earned margin (or estimated margin in the case of percentage-of-completion accounting) for a particular project for the period.

We also allocate the cost of sale value recognized for the solar modules in the system business arrangements to the components business. The cost of solar modules is composed of inventory cost without any inter-company profit.

Our systems business has certain of its own dedicated administrative key functions, such as accounting, legal, finance, project finance, HR, procurement and marketing. Costs for these functions are recorded and included within selling, general and administrative costs for our systems segment. Our corporate key functions consist primarily of company-wide corporate tax, corporate treasury, corporate accounting/finance, corporate legal, investor relations, corporate communications and executive management functions. We allocate corporate costs to the components segment as part of selling, general and administrative costs, since this segment currently benefits the most from the corporate functions.

In the event segment gross profit from our systems segment (after allocating the revenue from solar modules and related cost of sales to the components segment) is less than operating expenses in a given period, then the components business will compensate the systems segment for the temporary shortfall.

A typical shortfall can result from (i) the timing and amount of revenue recognition in comparison to the amount of fixed costs incurred in a given period or (ii) a larger amount of other-than-temporary project asset impairment in any given period.

The systems segment repays such cumulative temporary shortfalls in periods where its segment gross profit exceeds operating expenses. Any surplus segment income before income taxes after such repayment would then trigger an additional allocation of revenue from the systems segment to the components segment to achieve break-even results based on how our CODM views these segments.

Repayment of prior quarter compensation by the systems segment to our components segment during the three and nine months ended September 25, 2010 was $15.0 million and $17.5 million , respectively. Compensation by the components segment to our systems segment during the three and nine months ended September 26, 2009 was $9.2 million and $20.6 million , respectively.

Additional revenue allocated from the systems segment to the components segment during the three and and nine months

31

ended September 25, 2010 was $ 14.2 million .

Financial information about our segments was as follows (in thousands):

| | Three Months Ended September 25, 2010 | | | Three Months Ended September 26, 2009 | | |
| | Components | Systems | Total | Components | Systems | Total |
|---|---|---|---|---|---|---|
| Net sales | $ 575,497 | $ 222,402 | $ 797,899 | $ 480,253 | $ 598 | $ 480,851 |
| Gross profit (loss) | $ 282,809 | $ 39,083 | $ 321,892 | $ 246,649 | $ (1,656) | $ 244,993 |
| Income before income taxes | $ 212,915 | $ — | $ 212,915 | $ 164,967 | $ — | $ 164,967 |
| Goodwill | $ 393,365 | $ 39,923 | $ 433,288 | $ 248,766 | $ 35,239 | $ 284,005 |
| Total assets | $ 3,545,515 | $ 656,256 | $ 4,201,771 | $ 2,849,344 | $ 245,728 | $ 3,095,072 |

| | Nine Months Ended September 25, 2010 | | | Nine Months Ended September 26, 2009 | | |
| | Components | Systems | Total | Components | Systems | Total |
|---|---|---|---|---|---|---|
| Net sales | $ 1,605,705 | $ 348,009 | $ 1,953,714 | $ 1,419,984 | $ 4,951 | $ 1,424,935 |
| Gross profit (loss) | $ 822,116 | $ 66,006 | $ 888,122 | $ 782,281 | $ (3,908) | $ 778,373 |
| Income before income taxes | $ 588,712 | $ — | $ 588,712 | $ 535,997 | $ — | $ 535,997 |
| Goodwill | $ 393,365 | $ 39,923 | $ 433,288 | $ 248,766 | $ 35,239 | $ 284,005 |
| Total assets | $ 3,545,515 | $ 656,256 | $ 4,201,771 | $ 2,849,344 | $ 245,728 | $ 3,095,072 |

In the preceding table, reported net sales, gross profit (loss), income before income taxes, and total assets for the three and nine months ended September 26, 2009 have been reclassified to conform to the revised presentation of segment information.

**Product Revenue**

The following table sets forth the total amounts of solar modules and solar power systems revenue recognized for the three and nine months ended September 25, 2010 and September 26, 2009 . For the purposes of the following table, (a) "solar module revenue" is composed of total revenues from the sale of solar modules to third parties, and (b) "solar power systems revenue" is composed of total revenues from the sale of complete solar power systems and related services including the solar modules installed in the solar power system.

| | Three Months Ended | | Nine Months Ended | |
| (Dollars in thousands) | September 25, 2010 | September 26, 2009 | September 25, 2010 | September 26, 2009 |
|---|---|---|---|---|
| Solar module revenue | $ 439,953 | $ 480,352 | $ 1,444,892 | $ 1,414,227 |
| Solar power system revenue | 357,946 | 499 | 508,822 | 10,708 |
| Total net sales | $ 797,899 | $ 480,851 | $ 1,953,714 | $ 1,424,935 |

**Note 21. Subsequent Events**

On October 15, 2010 , we amended our revolving credit facility pursuant to an amended and restated credit agreement among First Solar, Inc., and several lenders, including JP Morgan Chase, N.A. and Bank of America as Joint-Lead Arrangers and Bookrunners. The amended and restated agreement provides First Solar, Inc. and the Borrowing Subsidiaries with a senior secured 5 year revolving credit facility in an aggregate amount of $600.0 million , all of which is available for letters of credit. Borrowings under the credit agreement will bear interest at the London Interbank Offered Rate (LIBOR) (adjusted for eurocurrency reserve requirements) plus a margin of 2.25%. The amended and restated credit agreement contains various financial condition covenants with which we must comply, including a debt to EBITDA ratio covenant, a minimum EBITDA covenant, and a minimum liquidity covenant. Under the amended and restated credit agreement we are also subject to customary non-financial covenants.

On October 14, 2010 , we announced plans to build two new four-line manufacturing plants. The plants are expected to be built in the United States and Vietnam and completed in 2012. These new plants combined with the previously announced expansion

32

will increase our production capacity from approximately 1.4 GW in 2010 to more than 2.7 GW by the end of 2012.

**Item 2.** *Management's Discussion and Analysis of Financial Condition and Results of Operations*

**Cautionary Statement Regarding Forward-Looking Statements**

This Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of the Securities Exchange Act of 1934 and the Securities Act of 1933, which are subject to risks, uncertainties, and assumptions that are difficult to predict. All statements in this Quarterly Report on Form 10-Q, other than statements of historical fact, are forward-looking statements. These forward-looking statements are made pursuant to safe harbor provisions of the Private Securities Litigation Reform Act of 1995. The forward-looking statements include statements, among other things, concerning: our business strategy, including anticipated trends and developments in and management plans for our business and the markets in which we operate (including the expansion of our project development business); future financial results, operating results, revenues, gross margin, operating expenses, products, projected costs, and capital expenditures; our ability to continue to reduce the cost per watt of our solar modules and the overall cost of photovoltaic solar power systems; research and development programs and our ability to improve the conversion efficiency of our solar modules; sales and marketing initiatives; and competition. In some cases, you can identify these statements by forward-looking words, such as "estimate," "expect," "anticipate," "project," "plan," "intend," "believe," "forecast," "foresee," "likely," "may," "should," "goal," "target," "might," "will," "could," "predict," and "continue" the negative or plural of these words and other comparable terminology. Forward-looking statements are only predictions based on our current expectations and our projections about future events. All forward-looking statements included in this Quarterly Report on Form 10-Q are based upon information available to us as of the filing date of this Quarterly Report on Form 10-Q. You should not place undue reliance on these forward-looking statements. We undertake no obligation to update any of these forward-looking statements for any reason. These forward-looking statements involve known and unknown risks, uncertainties, and other factors that may cause our actual results, levels of activity, performance, or achievements to differ materially from those expressed or implied by these statements. These factors include, but are not limited to, the matters discussed in the section entitled "Risk Factors" elsewhere in this Quarterly Report on Form 10-Q and in our Annual Report on Form 10-K. You should carefully consider the risks and uncertainties described under this section.

The following discussion and analysis should be read in conjunction with our condensed consolidated financial statements and the accompanying notes contained in this Quarterly Report on Form 10-Q. Unless expressly stated or the context otherwise requires, the terms "the Company," "we," "our," "us," and "First Solar" refer to First Solar, Inc. and its subsidiaries.

**Overview**

We manufacture and sell solar modules with an advanced thin film semiconductor technology, and we design, construct, and sell photovoltaic (PV) solar power systems.

In furtherance of our goal of delivering the lowest cost of solar energy and achieving price parity with conventional fossil-fuel based peak electricity generation, we are continually focused on reducing PV solar system costs in four primary areas: module manufacturing, balance-of-system (BoS) costs (consisting of costs of components of a solar power system other than the solar modules, such as inverters, mounting hardware, grid interconnection equipment, wiring and other devices, and installation labor costs), project development costs and cost of capital. First, with respect to our module manufacturing costs, our advanced technology has allowed us to reduce our average module manufacturing costs to the lowest in the world, based on publicly available information. In the three months ended September 25, 2010 , our total average manufacturing costs were $0.77 per watt, which we believe is significantly less than those of traditional crystalline silicon solar module manufacturers. By continuing to improve conversion efficiency and line throughput, lower material cost, and drive volume scale to further decrease overhead costs, we believe that we can further reduce our manufacturing costs per watt and maintain our cost advantage over traditional crystalline silicon solar module manufacturers. Second, by continuing to improve conversion efficiency, leverage volume procurement around standardized hardware platforms, and accelerate installation time, we believe we can continue to make substantial reductions in BoS costs, which represent over half of all costs associated with a typical utility-scale PV solar power system. Third, with respect to project development costs, we seek optimal site locations in an effort to minimize transmission and permitting costs and to accelerate lead time to electricity generation. Finally, we believe that continuing to strengthen our financial position, including our balance sheet and credit profile together with increasing solar power system operating experience, will enable us to continue to lower the cost of capital associated with our solar power systems, thereby further enhancing the economic viability of our projects and lowering the cost of electricity generated by solar power systems that incorporate our modules and technology.

We believe that combining our reliable, low cost module manufacturing capability with our systems business enables us to more rapidly reduce the price of solar electricity, to accelerate the adoption of our technology in large scale systems, and to further

our mission to create enduring value by enabling a world powered by clean, affordable solar electricity.

We operate our business in two segments. Our components segment designs, manufactures, and sells solar modules to solar project developers and system integrators. Through our systems segment, we have the capability to provide a complete PV solar power system, using our solar modules, for utility-scale or large commercial systems. Providing a complete PV solar power system includes project development, engineering, procurement, and construction (EPC), operating and maintenance (O&M) capabilities, and project finance, when required. We view the sale of solar modules from the components segment as the core driver of our profitability, return on net assets, and cash throughput. We view our systems segment as an enabler to drive module throughput for our components business with the objective of achieving break-even results before income taxes for our systems segment. See also Note 20."Segment Reporting" to the consolidated financial statements included in this quarterly report on Form 10-Q.

*Market Overview*

In addressing a growing global demand for PV solar electricity, we target markets with varying approaches depending on the underlying economics, market requirements, and distribution channels. In feed-in tariff markets, such as Germany, we have historically sold most of our solar modules to solar project developers, system integrators, and independent power producers. In other markets, such as the United States, the demand for solar has been primarily driven by state level renewable portfolio standards requiring regulated utilities to supply a portion of their total electricity from renewable energy sources such as solar power. To meet the needs of these markets and enable balance-of-system cost reductions, we have developed a fully integrated systems business that can provide a low-cost, turn-key, utility-scale PV system solution for system owners and low cost electricity to utility end-users. By building a fully integrated systems business, we believe we are in a position to expand our business in transitional and eventually economically sustainable markets (in which subsidies or incentives are minimal). In the long-term, we plan to compete on an economic basis with conventional fossil fuel based peaking power generation.

Net sales for the third quarter of 2010 were primarily driven by revenue recognition on several utility-scale solar power projects in North America (driven principally by the sale of one utility-scale solar power project in Canada) and strong European installations, primarily in Germany, France, and Italy. Net sales from German customers resulted from a combination of demand in advance of further German feed-in tariff (FiT) reductions (taking effect on October 1, 2010 and at the beginning of 2011, as described below), customer participation in our rebate program, and improving project finance and overall corporate finance conditions.

During the first half of 2010 , uncertainty around second half 2010 German feed-in tariffs, among other things, drove a significant increase in demand for modules in the first half of the year. In July 2010, the anticipated German FiT reductions were approved, taking effect in stages on July 1, 2010 and October 1, 2010, and with varying impacts on FiTs for rooftop, agricultural land free field, non-agricultural land free field and conversion land applications. The FiT for agricultural land free field applications going forward has been eliminated, in accordance with certain phase-out provisions. These German FiT reductions, together with the annual reduction taking effect at the beginning of 2011, could have the effect of significantly reducing industry-wide module demand and/or price levels (particularly with respect to agricultural land free field applications in Germany), and our results of operations could be adversely affected. In such an environment, it is uncertain whether growing demand from France, Italy, Spain, and other markets could absorb industry-wide module supply without significant inventory buildup or price reductions.

During 2010 , we have continued to expand into certain key transition markets, such as the United States, within which affordable solar electricity solutions could be developed and which could ultimately evolve into economically sustainable markets. In January 2010, we completed the acquisition of certain assets from Edison Mission Group's solar project development pipeline consisting of utility-scale solar projects located primarily on private land in California and the southwestern United States. In July 2010, we completed the acquisition of NextLight Renewable Power, LLC, another leading developer of utility-scale solar projects in the southwestern United States. This transaction expands our pipeline of solar power projects in the southwestern United States and supports our expansion in the U.S. utility-scale market.

In the PV module segment, we continue to face intense competition from manufacturers of crystalline silicon solar modules and other types of solar modules and photovoltaic systems. Solar module manufacturers compete with one another in several product performance attributes, including reliability and module cost per watt, and, with respect to solar power systems, return on equity (ROE) and levelized cost of electricity (LCOE), meaning the net present value of total life cycle costs of the solar power project divided by the quantity of energy which is expected to be produced over the system's life. The ability to expand manufacturing capacity quickly is another source of differentiation among solar module manufacturers, and certain of our competitors may have a faster response time to capacity expansion than we do and/or an ability to expand capacity in finer increments than we can. We are the lowest cost PV module manufacturer in the solar industry, based on publicly available information, as evidenced by the further reduction in our average manufacturing cost per watt from $0.85 during the three months ended September 26, 2009 to $0.77 during the three months ended September 25, 2010 . This cost advantage is reflected in the price at which we sell our modules

or fully integrated systems and enables our systems to compete favorably in respect of their ROE or LCOE. Our cost competitiveness is based in large part on our proprietary technology (which enables conversion efficiency improvements and enables us to produce a module in less than 2.5 hours using a continuous and highly automated industrial manufacturing process, as opposed to a batch process), our scale, and our operational excellence. In addition, our modules use approximately 1% of the amount of semiconductor material that is used to manufacture traditional crystalline silicon solar modules. The cost of polysilicon is a significant driver of the manufacturing cost of crystalline silicon solar modules. The timing and rate of change in the cost of silicon feedstock could lead to changes in solar module pricing levels. Although we are not a crystalline silicon module manufacturer, we estimate, based on industry research and public disclosures of our competitors, that a $10 per Kg increase or decrease in the price of polysilicon could increase or decrease, respectively, our competitors' manufacturing cost per watt by approximately $0.06 to $0.07 over time. Given the lower conversion efficiency of our modules compared to crystalline silicon modules, there are higher balance-of-system costs associated with systems using our modules. Thus, to compete effectively on the basis of LCOE, our modules may need to maintain a certain cost advantage per watt compared to crystalline silicon-based modules. Our cost reduction roadmap anticipates manufacturing cost per watt reductions for our modules at an annualized rate of approximately 10% per year during the period from 2009 through 2014. During the three months ended September 25, 2010 , we reduced our manufacturing cost per watt by 9% from our cost per watt in the three months ended September 26, 2009 .

While our modules currently enjoy competitive advantages in these product performance attributes, there can be no guarantee that these advantages will continue to exist in the future to the same extent or at all. Any declines in the competitiveness of our products could result in margin compression, a decline in average selling prices of our solar modules, erosion in our market share for modules, a decrease in the rate of revenue growth, and/or a decline in overall revenues. We have taken, and continue to take, several actions to mitigate the potential impact resulting from competitive pressures, including adjusting our pricing policies as necessary in core market segments to drive module volumes, continuously making progress along our cost reduction roadmap, and focusing our research and development on increasing the conversion efficiency of our solar modules.

As we expand our systems business into transition and sustainable markets, we can offer value beyond the PV module, reduce our exposure to module-only competition, and provide comprehensive utility-scale photovoltaic systems solutions that significantly reduce solar electricity costs. Thus, our systems business allows us to play a more active role than many of our competitors in managing the demand for and manufacturing throughput of our solar modules. Finally, we seek to form and develop strong partner relationships with our customers and continue to develop our range of offerings, including EPC capabilities and operating and maintenance services, in order to enhance the competitiveness of systems using our solar modules.

### Manufacturing Capacity

As of September 25, 2010 , we operated 24 production lines with an annual global manufacturing capacity of approximately 1.4 GW (based on the third quarter of 2010 average per line run rate at our existing plants) at our manufacturing plants in Perrysburg, Ohio, Frankfurt/Oder, Germany, and Kulim, Malaysia. We expect to increase our manufacturing capacity to 46 production lines (including our previously announced 4-line plants in Vietnam and the United States) by the end of 2012, with an annual global manufacturing capacity of more than 2.7 GW (based on the third quarter of 2010 average per line run rate at our existing plants).

## Financial Operations Overview

The following describes certain line items in our statement of operations and some of the factors that affect our operating results.

### Net Sales

#### Components Business

Currently, the majority of our net sales is generated from the sale of solar modules. We presently price and sell our solar modules per watt of power. As a result, our net sales can fluctuate based on our output of sellable watts or price. During the nine months ended September 25, 2010 , we sold almost all of our solar modules to solar power system project developers, system integrators, and operators headquartered in Germany, Italy, France, Spain, and the United States, which either resell our solar modules to end-users or integrate them into power plants that they own, operate, or sell.

As of September 25, 2010 , we had long-term supply contracts for the sale of solar modules expiring at the end of 2012 with fourteen European solar power system project developers and system integrators (Long-Term Supply Contracts). We also have an agreement expiring in 2013 with a solar power system project developer and system integrator in the United States, which is a related party.These contracts account for a significant portion of our planned production over the period from 2010 through 2012 and, therefore, will significantly affect our overall financial performance.

35

Our sales prices under the Long-Term Supply Contracts are denominated in euro, exposing us to risks from currency exchange rate fluctuations. During the three and nine months ended September 25, 2010 , 52% and 71% , respectively, of our sales were denominated in euro and subject to fluctuation in the exchange rate between the euro and U.S. dollar.

We have in the past amended pricing and other terms in our Long-Term Supply Contracts on a prospective basis in order to remain competitive, and we may decide in the future to further amend these contracts in order to address the highly competitive environment for solar modules. For example, during the three months ended March 28, 2009, we amended our Long-Term Supply Contracts with certain customers to further reduce the sales price per watt under these contracts in 2009 and 2010 in exchange for increases in the volume of solar modules to be delivered under the contracts. We also extended the payment terms for certain customers under these contracts from net 10 days to net 45 days to increase liquidity in our sales channel and to reflect longer module shipment times from our manufacturing plants in Malaysia.

During the third quarter of 2009, we amended our Long-Term Supply Contracts with certain of our customers to implement a program which provided a price rebate to these customers for solar modules purchased from us. The intent of this program was to enable our customers to successfully compete in our core German market and to adjust for eligible customers the sale price (which was documented in framework agreements entered into several years ago) in light of market conditions. The rebate period was originally structured to end at the end of 2010; however, we have extended the program into 2011 with certain modifications, including applicability to certain European geographies in addition to Germany. As was the case in 2009, the rebate amounts are established so as to enable the sell-through of our products at competitive prices. The rebate program applies a specified rebate rate to solar modules sold for solar power projects in certain geographies. Customers need to meet certain requirements in order to be eligible for and benefit from this program. As of September 25, 2010 , we have experienced approximately 100% participation in this program by eligible customers.

We account for these rebates as a reduction to the selling price of our solar modules and, therefore, as a reduction in revenue at the time of sale. No rebates granted under this program can be claimed in cash; instead, rebates may only be applied to reduce outstanding accounts receivable balances. During the three and nine months ended September 25, 2010 , we extended rebates to customers in the amount of €22.9 million and €58.5 million , respectively ( $29.3 million and $77.8 million at the average exchange rates of $1.28 /€1.00 and $1.33 /€1.00, respectively).

We also enter into one-time module sales agreements with customers for specific projects.

Under our customer contracts, we transfer title and risk of loss to the customer and recognize revenue upon shipment. Our customers do not have extended payment terms or rights of return under these contracts.

*Systems Business*

Through our fully integrated systems business, we provide a complete solar power system solution using our solar modules, which may include project development, EPC services, O&M services when applicable, and project finance, when required. In July 2010, we completed the acquisition of NextLight, a leading developer of utility-scale solar projects in the southwestern United States. This transaction expands our pipeline of solar power projects in the southwestern United States and supports our expansion in the U.S. utility-scale power market.

Net sales from our systems segment are composed of the following types of transactions:

36

| Transaction | Description |
|---|---|
| Engineer and Procure (EP) Contract | Design for a customer of a solar electricity generation system that uses our solar modules; includes the procurement of all balance-of-system (BOS) components from third party suppliers. |
| Engineer, Procure, and Construct (EPC) Contract | Design and construction for a customer of a turnkey solar electricity generation system that uses our solar modules; includes the procurement of all BOS components from third party suppliers. |
| Sale of Project Assets | Sale of project assets to a customer at various stages of development. This generally includes a single project consisting of costs incurred for permits, land or land rights, and/or power off-take agreements. |
| Operating and Maintenance (O&M) Agreement | Typically a fixed-priced long-term services agreement. |

Net sales from our systems business during the three months ended September 25, 2010 resulted primarily from revenue recognition for utility-scale solar power projects in North America.

Net sales from our systems segment are impacted by numerous factors, including the magnitude and effectiveness of renewable portfolio standards, economic incentives (such as European feed-in tariffs, the U.S. federal investment tax credit, grants in lieu of tax credits under Section 1603 of the American Recovery and Reinvestment Act of 2009, U.S. Department of Energy loan guarantees, or accelerated depreciation), and other PV system demand drivers.

For a given solar power project, we recognize revenue for our systems business either after execution of an EPC agreement with a third party, specifying the terms and conditions of the construction of the solar power plant; by applying the provisions for real estate accounting; by applying the percentage-of-completion method of accounting; or upon the sale of the complete system solution. We choose a particular one of these methods as appropriate for the specific facts and circumstances related to each project and its sale.

The following tables summarize our 2.2 GW North American utility systems advanced project pipeline after giving effect to our July 12, 2010 acquisition of NextLight Renewable Power, LLC:

**Significant projects under contract by First Solar**

| Project/Location | Project Size in MW AC | Contract |
|---|---|---|
| Topaz, California | 550 | PPA* - PG&E |
| Sunlight, California | 300 | PPA - PG&E |
| Sunlight, California | 250 | PPA - Southern California Edison |
| Stateline, California | 300 | PPA - Southern California Edison |
| AV Solar Ranch, California | 230 | PPA - PG&E |
| Silver State North, Nevada | 50 | PPA - NV Energy |
| PNM, New Mexico | 22 | EPC - (Utility-owned generation) |
| St. Clair, Ontario, Canada | 40 | Ontario RESOP Program** |
| Walpole, Ontario, Canada | 20 | Ontario RESOP Program |
| Belmont, Ontario, Canada | 20 | Ontario RESOP Program |
| Amherstburg, Ontario, Canada | 10 | Ontario RESOP Program |
| Tilbury, Ontario, Canada | 5 | Ontario RESOP Program |
| Total | 1,797 | |

* PPA - Power Purchase Agreement
** RESOP - Renewable Energy Standard Offer Program

**Projects under construction by First Solar**

37

| Project/Location | Project Size in MW AC | Power Purchase Agreement (PPA) | Third Party Owner |
|---|---|---|---|
| Sarnia, Ontario Phase 2 *** | 60 | Ontario RESOP Program | Enbridge |
| Agua Caliente, Arizona | 290 | PG&E | - |
| Copper Mountain, Nevada | 48 | PG&E | Sempra |
| Cimarron, New Mexico | 30 | Tri-State | Southern |
| Total | 428 | | |

*** Project substantial completion and sale to Enbridge occurred during the third quarter of 2010.

### Cost of sales

*Components Business*

Our cost of sales includes the cost of raw materials and components for manufacturing solar modules, such as tempered back glass, transparent conductive oxide coated front glass, cadmium telluride, laminate, connector assemblies, laminate edge seal, and other items. Our cost of sales also includes direct labor for the manufacturing of solar modules and manufacturing overhead such as engineering expense, equipment maintenance, environmental health and safety expenses, quality and production control, and procurement. Cost of sales also includes depreciation of manufacturing plant and equipment and facility-related expenses. In addition, we accrue warranty and solar module collection and recycling costs to our cost of sales.

Overall, we expect our cost of sales per watt to continue to decrease over the next several years due to an increase in sellable watts per solar module, an increase in unit output per production line, continued geographic expansion into lower-cost manufacturing regions, and more efficient absorption of fixed costs driven by economies of scale.

*Systems Business*

Within our systems business, project-related costs include standard EPC costs (consisting primarily of balance-of-system costs for inverters, electrical and mounting hardware, project management and engineering costs, and installation labor costs), site specific costs, and development costs (including transmission upgrade costs, interconnection fees, and permitting costs). As further described in Note 20. "Segment Reporting," at the time when the revenue recognition criteria are met, we include the sale of our solar modules manufactured by our components business and used by our systems business as net sales of our components business. Therefore, the related cost of sales are also included within our components business.

Deferred project costs represent capitalized costs related to the deferred revenue for project development or project construction activities sold to a third party, typically under an EPC agreement, for which the revenue recognition criteria have not been met. We recognize these costs as we recognize the revenue for these projects. Deferred project costs capitalized on our balance sheet at September 25, 2010 and December 26, 2009 were $0.9 million and $36.7 million , respectively.

### Gross profit

Gross profit is affected by numerous factors, including our module average selling prices, foreign exchange rates, the existence and effectiveness of subsidies and other economic incentives, market mix, our manufacturing costs, balance-of-system costs, development costs, the effective utilization of our production facilities and the ramp of production on new plants due to a reduced ability to absorb fixed costs until full production volumes are reached. Gross profit is also subject to competitive pressures, and we have in the past and may in the future decide to amend our Long-Term Supply Contracts, which specify our sales price per watt. Gross profit margin is also affected by the mix of net sales generated by our components and systems businesses. Our systems business generally operates at a lower gross profit margin due to the pass-through nature of certain balance-of-system components procured from third parties. Gross profit for our systems business excludes the sales and cost of sales for solar modules, which we include in the gross profit of our components business.

### Research and development

Research and development expense consists primarily of salaries and personnel-related costs and the cost of products, materials, and outside services used in our process and product research and development activities. We acquire equipment for general use in further process developments and record the depreciation of this equipment as research and development expense. We expect our research and development expense to increase in absolute terms in the future as we increase personnel and research and development activity. Currently, research and development expenses are attributable to our components segment.

38

*Selling, general and administrative*

Selling, general and administrative expense consists primarily of salaries and other personnel-related costs, professional fees, insurance costs, travel expense, and other selling expenses. We expect these expenses to increase in the near term, both in absolute dollars and as a percentage of net sales, in order to support the growth of our business as we expand our sales and marketing efforts, improve our information processes and systems, and implement the financial reporting, compliance, and other infrastructure required for an expanding public company. Over time, we expect selling, general and administrative expense to decline as a percentage of net sales and on a cost per watt basis as our net sales and our total watts produced increase.

Our systems business has certain of its own dedicated administrative key functions, such as accounting, legal, finance, project finance, HR, procurement and marketing. Costs for such functions are recorded and included within selling, general and administrative costs for our systems segment. Our corporate key functions consist primarily of company-wide corporate tax, corporate treasury, corporate accounting/finance, corporate legal, investor relations, corporate communications, and executive management functions. Currently our components business benefits the most from these functions and therefore we have allocated these costs to this segment as part of selling, general, and administrative costs.

*Production start-up*

Production start-up expense consists primarily of salaries and personnel-related costs and the cost of operating a production line before it has been qualified for full production, including the cost of raw materials for solar modules run through the production line during the qualification phase. It also includes all expenses related to the selection of a new site and the related legal and regulatory costs and the costs to maintain our plant replication program, to the extent we cannot capitalize these expenditures. In general, we expect production start-up expense per production line to be higher when we build an entirely new manufacturing facility compared with the addition of new production lines at an existing manufacturing facility, primarily due to the additional infrastructure investment required when building an entirely new facility. Over time, we expect production start-up expense to decline as a percentage of net sales and on a cost per watt basis as a result of economies of scale. Production start-up expense is attributable to our components segment.

*Foreign currency (loss) gain*

Foreign currency (loss) gain consists of losses and gains resulting from holding assets and liabilities and conducting transactions denominated in currencies other than our functional currencies.

*Interest income*

Interest income is earned on our cash, cash equivalents, marketable securities, and restricted cash and investments. Interest income also includes interest received from notes receivable and interest collected for late customer payments.

*Interest expense, net*

Interest expense, net of amounts capitalized, is incurred on various debt financings. We capitalize interest expense into our property, plant and equipment and project assets/deferred project costs.

*Income tax expense*

Income taxes are imposed on our income by taxing authorities in the various jurisdictions in which we operate, principally the United States, Germany, and Malaysia. The statutory federal tax rate in the United States is 35.0% while the tax rates in Germany and Malaysia are approximately 28.6% and 25.0% , respectively. In Malaysia we have been granted a long-term tax holiday, pursuant to which substantially all our income earned in Malaysia is exempt from income tax.

*Use of estimates*

Our discussion and analysis of our financial condition and results of operations are based upon our unaudited condensed consolidated financial statements, which have been prepared in accordance with U.S. GAAP for interim financial information. The preparation of these financial statements requires us to make estimates and judgments that affect the reported amount of assets, liabilities, net sales, and expenses and related disclosure of contingent assets and liabilities. On an on-going basis, we evaluate our estimates, including those related to contingencies and litigation, solar module collection and recycling liability, warranty obligations, goodwill, income taxes, derivative instrument valuation, intangible assets, inventories, marketable securities valuation,

39

and share-based compensation. We base our estimates on historical experience and on various other assumptions that we believe to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities that are not readily apparent from other sources.

## Results of Operations

The following table sets forth our consolidated statements of operations as a percentage of net sales for the periods indicated:

|  | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
|  | September 25, 2010 | September 26, 2009 | September 25, 2010 | September 26, 2009 |
| Net sales | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| Cost of sales | 59.7 % | 49.1 % | 54.5 % | 45.4 % |
| Gross profit | 40.3 % | 50.9 % | 45.5 % | 54.6 % |
| Research and development | 2.7 % | 5.0 % | 3.4 % | 3.8 % |
| Selling, general and administrative | 10.6 % | 11.2 % | 11.8 % | 12.4 % |
| Production start-up | 0.5 % | 0.8 % | 0.4 % | 0.9 % |
| Operating income | 26.5 % | 33.9 % | 29.9 % | 37.5 % |
| Foreign currency (loss) gain | (0.1)% | — % | (0.2)% | 0.2 % |
| Interest income | 0.3 % | 0.5 % | 0.6 % | 0.5 % |
| Interest expense, net | — % | — % | — % | (0.3)% |
| Other expense, net | — % | (0.1)% | (0.1)% | (0.2)% |
| Income tax expense | 4.5 % | 2.4 % | 4.1 % | 2.6 % |
| Net income | 22.2 % | 31.9 % | 26.1 % | 35.1 % |

## Three Months Ended September 25, 2010 and September 26, 2009

*Net sales*

| (Dollars in thousands) | Three Months Ended | | Three Month Period Change | |
| --- | --- | --- | --- | --- |
|  | September 25, 2010 | September 26, 2009 | | |
| Net sales | $  797,899 | $  480,851 | $  317,048 | 66% |

The increase in net sales was primarily driven by the completion and sale of one utility-scale solar power system, strong demand from German customers in advance of further feed-in-tariff reductions (taking effect on October 1, 2010 and at the beginning of 2011), a 38% increase in megawatts sold, driven by the full production ramp of our four-plant Malaysian manufacturing center, full production ramp of our Perrysburg, Ohio expansion, and continued improvements to our annualized line run rate. Our increased line run rate was driven by an approximate 3% increase in the average conversion efficiency of solar modules during the three months ended September 25, 2010 compared with the three months ended September 26, 2009. These increases were partially offset by a 6% decrease in our average module selling price attributable to the following: a 4% decrease due to market price declines driven by feed-in-tariff reductions in Europe and a 2% decrease due to the weakening of the euro against the U.S. dollar exchange rate. Revenue recognized by our systems business during the three months ended September 25, 2010 was $222.4 million and resulted primarily from the completion and sale of one utility-scale solar power system in Canada and from percentage-of-completion revenue recognition for two in-progress utility-scale solar power systems in the United States. During the three months ended September 25, 2010 and September 26, 2009, 29% and 77%, respectively, of our net sales resulted from solar module sales to customers headquartered in Germany.

40

*Cost of sales*

| (Dollars in thousands) | Three Months Ended | | | | Three Month Period Change | |
|---|---|---|---|---|---|---|
| | September 25, 2010 | | September 26, 2009 | | | |
| Cost of sales | $ | 476,007 | $ | 235,858 | $ 240,149 | 102% |
| % of net sales | | 59.7% | | 49.1% | | |

The increase in cost of sales was primarily due to higher sales volumes, the full production ramp of the first four plants of our Malaysian manufacturing center, and full production ramp of our Perrysburg, Ohio expansion. The increased sales volumes in our components business and increased volume sold through our systems business coupled with our full production ramps had the following effects: a $182.2 million increase in direct material expense, a $49.3 million increase in manufacturing overhead costs, a $6.1 million increase in warranty expense and accruals for the estimated future costs associated with the collection and recycling of our solar modules for the incremental sales volumes, and a $4.7 million increase in sales freight. These increases were partially offset by a $2.2 million decrease in other expenses. The $49.3 million increase in manufacturing overhead costs for the three months ended September 25, 2010 was due to a $13.4 million increase in salaries and personnel-related expenses (including a $4.3 million increase in share-based compensation expense), a $6.3 million increase in depreciation and equipment expenses, a $3.6 million increase in facility related expenses, and a $26.0 million increase in other expenses. Each of these manufacturing overhead cost increases primarily resulted from increased production capacity resulting from the full ramp our Malaysian and Perrysburg, Ohio manufacturing centers and ramp of our systems business.

Our average manufacturing cost per watt declined by $0.08 per watt, or 9%, from $0.85 in the three months ended September 26, 2009 to $0.77 in the three months ended September 25, 2010 and included $0.02 of non-cash stock based compensation.

*Gross profit*

| (Dollars in thousands) | Three Months Ended | | | | Three Month Period Change | |
|---|---|---|---|---|---|---|
| | September 25, 2010 | | September 26, 2009 | | | |
| Gross profit | $ | 321,892 | $ | 244,993 | $ 76,899 | 31% |
| % of net sales | | 40.3% | | 50.9% | | |

Gross profit as a percentage of net sales decreased by 10.6 percentage points in the three months ended September 25, 2010 compared with the three months ended September 26, 2009. This decrease was primarily attributable to the following: a 12.3 percentage point reduction due to product mix between our components and systems businesses, a 1.5 percentage point reduction due to a decline in our module average selling prices, and a 0.4 percentage point reduction due to the weakening of the euro against the U.S. dollar exchange rate, partially offset by a 3.6 percentage point margin improvement attributable to continued manufacturing scale and reductions in our manufacturing cost per watt. We expect that gross profit will be impacted in future periods by the volatility of the exchange rate between the U.S. dollar and the euro and product mix between our components and systems businesses.

*Research and development*

| (Dollars in thousands) | Three Months Ended | | | | Three Month Period Change | |
|---|---|---|---|---|---|---|
| | September 25, 2010 | | September 26, 2009 | | | |
| Research and development | $ | 21,472 | $ | 24,136 | $ (2,664) | (11)% |
| % of net sales | | 2.7% | | 5.0% | | |

The decrease in research and development expense was due to a $5.2 million decrease in testing and qualification material costs, partially offset by a $2.1 million increase in personnel-related expense (including a $0.3 million increase in share-based compensation expense) resulting from increased headcount devoted to working on various projects to increase the efficiency of our modules at converting sunlight into electricity, and a $0.4 million increase in other expenses. During the three months ended September 25, 2010, we increased the conversion efficiency of our solar modules by approximately 3% compared with the three months ended September 26, 2009.

41

*Selling, general and administrative*

| (Dollars in thousands) | Three Months Ended | | | | | Three Month Period Change | |
|---|---|---|---|---|---|---|---|
| | | September 25, 2010 | | September 26, 2009 | | | |
| Selling, general and administrative | $ | 84,961 | $ | 53,990 | $ | 30,971 | 57% |
| % of net sales | | 10.6% | | 11.2% | | | |

The increase in selling, general and administrative expense was due to a $6.7 million increase in salaries and personnel-related expenses (including a $0.5 million decrease in share-based compensation expense), a $6.5 million increase in facility and depreciation expenses primarily due to the restructuring of certain office leases, a $4.1 million increase in expenses related to our systems business (including a $2.5 million impairment charge related to certain project assets), a $3.5 million increase in professional fees and expenses associated with the implementation of a new ERP system, and a $10.2 million increase in other expenses. The increase in other expenses during the three months ended September 25, 2010 primarily reflects a non-recurring benefit of $9.6 million recorded during the three months ended September 26, 2009.

*Production start-up*

| (Dollars in thousands) | Three Months Ended | | | | | Three Month Period Change | |
|---|---|---|---|---|---|---|---|
| | | September 25, 2010 | | September 26, 2009 | | | |
| Production start-up | $ | 3,821 | $ | 4,076 | $ | (255) | (6)% |
| % of net sales | | 0.5% | | 0.8% | | | |

During the three months ended September 25, 2010 , we incurred $3.8 million of production start-up expenses for our eight-line Malaysian and two-line Blanquefort, France manufacturing expansions, including legal, regulatory and personnel costs, compared with $4.1 million of production start-up expenses for our Perrysburg, Ohio manufacturing expansion during the three months ended September 26, 2009 . Production start-up expenses are composed of the cost of labor and material and depreciation expense to run and qualify the production lines, related facility expenses, management of our replication process, and legal and regulatory costs.

*Foreign currency (loss) gain*

| (Dollars in thousands) | Three Months Ended | | | | | Three Month Period Change | |
|---|---|---|---|---|---|---|---|
| | | September 25, 2010 | | September 26, 2009 | | | |
| Foreign currency (loss) gain | $ | (1,001) | $ | 114 | $ | (1,115) | (978)% |

Foreign exchange gain decreased during the three months ended September 25, 2010 compared with the three months ended September 26, 2009 , due to currency exchange rate volatility during the three months ended September 25, 2010 .

*Interest income*

| (Dollars in thousands) | Three Months Ended | | | | | Three Month Period Change | |
|---|---|---|---|---|---|---|---|
| | | September 25, 2010 | | September 26, 2009 | | | |
| Interest income | $ | 2,658 | $ | 2,398 | $ | 260 | 11% |

Interest income increased during the three months ended September 25, 2010 compared with the three months ended September 26, 2009 , primarily as a result of higher cash balances during the three months ended September 25, 2010 .

*Interest expense, net*

42

| (Dollars in thousands) | Three Months Ended | | Three Month Period Change | |
|---|---|---|---|---|
| | September 25, 2010 | September 26, 2009 | | |
| Interest expense, net | $ — | $ (89) | $ 89 | (100)% |

Interest expense, net of amounts capitalized, decreased during the three months ended September 25, 2010 compared with the three months ended September 26, 2009 , as a result of higher amounts of interest expense capitalized during the three months ended September 25, 2010 .

*Other expense, net*

| (Dollars in thousands) | Three Months Ended | | Three Month Period Change | |
|---|---|---|---|---|
| | September 25, 2010 | September 26, 2009 | | |
| Other expense, net | $ (380) | $ (247) | $ (133) | 54% |

Other expense, net, increased during the three months ended September 25, 2010 compared with the three months ended September 26, 2009 , primarily due to fees associated with our revolving credit facility during the three months ended September 25, 2010 .

*Income tax expense*

| (Dollars in thousands) | Three Months Ended | | Three Month Period Change | |
|---|---|---|---|---|
| | September 25, 2010 | September 26, 2009 | | |
| Income tax expense | $ 36,046 | $ 11,623 | $ 24,423 | 210% |
| Effective tax rate (%) | 16.9% | 7.0% | | |

Income tax expense increased by $24.4 million during the three months ended September 25, 2010 compared with the three months ended September 26, 2009. Of this increase, $14.7 million relates to a one-time non-cash tax charge related to our decision to repatriate $300 million of earnings from certain of our foreign subsidiaries prior to January 1, 2011, when recently enacted U.S. international tax legislation will become effective. Substantially all of the remainder of the increase relates to a $47.9 million increase in pre-tax income and a greater percentage of profits earned in higher tax jurisdictions. See Note 16. "Income Taxes," to the condensed consolidated financial statements included with this quarterly report on Form 10-Q for additional information.

**Nine Months Ended September 25, 2010 and September 26, 2009**

*Net sales*

| (Dollars in thousands) | Nine Months Ended | | Nine Month Period Change | |
|---|---|---|---|---|
| | September 25, 2010 | September 26, 2009 | | |
| Net sales | $ 1,953,714 | $ 1,424,935 | $ 528,779 | 37% |

The increase in net sales was primarily driven by strong demand from German customers in advance of further feed-in-tariff reductions, an increase in revenue from our systems business, and an increase in production volume as a result of bringing additional manufacturing lines into full production to meet demand, resulting in a 34% increase in megawatts sold during the nine months ended September 25, 2010 compared with the nine months ended September 26, 2009. These increases were partially offset by a decrease in our module average selling price. The increase in megawatts sold was attributable to the full production ramp of our four-plant Malaysian manufacturing center, full production ramp of our Perrysburg, Ohio expansion, continued improvements to our manufacturing process, and growth in our systems business. In addition, we increased the average conversion efficiency of our modules by approximately 3% during the nine months ended September 25, 2010 compared with the nine months ended September 26, 2009. Our module average selling price decreased by approximately 12% during the nine months ended September 25, 2010 compared with the nine months ended September 26, 2009. The decline in our module average selling price was attributable to the following: a 6% decrease due to market price declines driven by feed-in-tariff reductions in Europe, a 4%

decrease due to annual contractual agreements, a 1% decrease due to the weakening of the euro against the U.S. dollar exchange rate, and a 1% decrease due to a shift in customer mix. Revenue recognized by our systems business during the nine months ended September 25, 2010 was $348.0 million and resulted primarily from the sale of two utility-scale solar power systems in Europe, utility-scale solar power systems in Canada, and from percentage-of-completion revenue recognition for two in-progress utility-scale solar power systems in the United States. During the nine months ended September 25, 2010 and September 26, 2009, 44% and 71%, respectively, of our net sales resulted from solar module sales to customers headquartered in Germany.

*Cost of sales*

|  | Nine Months Ended | | | |
| --- | --- | --- | --- | --- |
| (Dollars in thousands) | September 25, 2010 | September 26, 2009 | Nine Month Period Change | |
| Cost of sales | $ 1,065,592 | $ 646,562 | $ 419,030 | 65% |
| % of net sales | 54.5% | 45.4% | | |

The increase in cost of sales was due to higher sales volumes, including an increase in the completion and sale of utility-scale solar power projects by our systems business, the full production ramp of our first four plants at our Malaysian manufacturing center, and full production ramp of our Perrysburg, Ohio expansion. The increased production and sales volumes in our components business and increased volume sold through our systems business had the following effects: a $315.5 million increase in direct material expense, a $57.5 million increase in manufacturing overhead costs, a $15.3 million increase in sales freight, a $12.4 million increase in warranty expense and accruals for the estimated future costs associated with the collection and recycling of our solar modules for the incremental sales volumes, and an $18.3 million increase in other costs.

The $57.5 million increase in manufacturing overhead costs for the nine months ended September 25, 2010 was due to a $29.6 million increase in salaries and personnel-related expenses (including an $8.5 million increase in share-based compensation expense), a $22.6 million increase in depreciation and equipment expenses, a $4.6 million increase in facility related expenses, and a $0.7 million increase in other expenses. Each of these manufacturing overhead cost increases primarily resulted from increased production capacity resulting from the full ramp of our Malaysian manufacturing center, expansion of our Perrysburg, Ohio plant, and ramp of our systems business.

The $18.3 million increase in other costs for the nine months ended September 25, 2010 was due to an increase in estimated expenses for certain module replacement efforts beyond normal warranty. During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in the affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms the corrective actions are effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. Some of these efforts go beyond our normal warranty coverage. Accordingly, we accrued additional expenses of $22.4 million in the first half of 2010 and $29.5 million in total-to-date to cover the replacement of the anticipated affected module population in the field. We did not incur any incremental costs during the third quarter of 2010.

Our average manufacturing cost per watt declined by $0.10 per watt, or 11%, from $0.88 in the nine months ended September 26, 2009 to $0.78 in the nine months ended September 25, 2010 and included $0.02 of non-cash stock based compensation.

*Gross profit*

|  | Nine Months Ended | | | |
| --- | --- | --- | --- | --- |
| (Dollars in thousands) | September 25, 2010 | September 26, 2009 | Nine Month Period Change | |
| Gross profit | $ 888,122 | $ 778,373 | $ 109,749 | 14% |
| % of net sales | 45.5% | 54.6% | | |

Gross profit as a percentage of net sales decreased by 9.1 percentage points in the nine months ended September 25, 2010 compared with the nine months ended September 26, 2009. This decrease was attributable to the following: a 3.4 percentage point reduction due to a decline in our module average selling prices, a 6.5 percentage point reduction due to product mix between our components and systems businesses, and a 1.3 percentage point reduction relating to the manufacturing excursion discussed above under "Cost of sales," partially offset by a 2.2 percentage point margin improvement attributable to continued manufacturing scale

44

and reductions in our manufacturing cost per watt. Further, the weakening of the euro against the U.S. dollar exchange rate adversely impacted our gross profit by 0.1 percentage point. We expect that gross profit will be impacted in future periods by the volatility of the exchange rate between the U.S. dollar and the euro and product mix between our components and systems businesses.

*Research and development*

| | Nine Months Ended | | | | |
|---|---|---|---|---|---|
| (Dollars in thousands) | September 25, 2010 | | September 26, 2009 | | Nine Month Period Change |
| Research and development | $ 67,196 | $ | 54,445 | $ 12,751 | 23% |
| % of net sales | 3.4% | | 3.8% | | |

The increase in research and development expense was due to a $7.3 million increase in personnel-related expenses (including a $1.4 million increase in share-based compensation expense) resulting from increased headcount devoted to working on various projects to increase the efficiency of our modules at converting sunlight into electricity, a $5.2 million increase in depreciation, testing and qualification material costs, and a $0.3 million increase in other expenses. During the nine months ended September 25, 2010, we continued the development of solar modules with increased efficiencies at converting sunlight into electricity and increased the conversion efficiency of our modules by approximately 3% compared with the nine months ended September 26, 2009.

*Selling, general and administrative*

| | Nine Months Ended | | | | |
|---|---|---|---|---|---|
| (Dollars in thousands) | September 25, 2010 | | September 26, 2009 | | Nine Month Period Change |
| Selling, general and administrative | $ 230,422 | $ | 176,231 | $ 54,191 | 31% |
| % of net sales | 11.8% | | 12.4% | | |

The increase in selling, general and administrative expense was due to a $20.0 million increase in salaries and personnel-related expenses due to growth (including a $5.7 million increase in share-based compensation expense), a $10.6 million increase in facility and depreciation expenses, a $10.0 million increase in expenses related to our systems business (including a $3.4 million impairment charge related to certain project assets), a $5.7 million increase in professional fees and expenses associated with the implementation of a new ERP system, and a $7.9 million increase in other expenses. Other expenses for the nine months ended September 25, 2010 include $5.6 million in estimated nonrecurring post-sale expenses relating to the manufacturing excursion discussed above under "Cost of Sales."

*Production start-up*

| | Nine Months Ended | | | | |
|---|---|---|---|---|---|
| (Dollars in thousands) | September 25, 2010 | | September 26, 2009 | | Nine Month Period Change |
| Production start-up | $ 7,252 | $ | 12,809 | $ (5,557) | (43)% |
| % of net sales | 0.4% | | 0.9% | | |

During the nine months ended September 25, 2010 , we incurred $7.3 million of production start-up expenses for our eight-line Malaysian, one-line Perrysburg, Ohio, and two-line Blanquefort, France manufacturing expansions, including legal, regulatory and personnel costs, compared with $12.8 million of production start-up expenses for our Malaysian and Perrysburg, Ohio manufacturing expansions during the nine months ended September 26, 2009 . Production start-up expenses are composed of the cost of labor and material and depreciation expense to run and qualify the production lines, related facility expenses, management of our replication process, and legal and regulatory costs.

*Foreign currency (loss) gain*

45

# EXHIBIT 73

EXHIBIT KC
173
1/21/15 Widmar
PENGAD 800-631-6989

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# Form 10-K

**(Mark one)**

[x]  ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2010

or

[ ]  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from          to

Commission file number: 001-33156



# First Solar, Inc .
*(Exact name of registrant as specified in its charter)*

| Delaware | 20-4623678 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**350 West Washington Street, Suite 600**
**Tempe, Arizona 85281**
*(Address of principal executive offices, including zip code)*
**(602) 414-9300**
*(Registrant's telephone number, including area code)*
**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common stock, $0.001 par value | The NASDAQ Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act:**
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes [x]   No [ ]

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.  Yes [ ]   No [x]

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.  Yes [x]   No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [x]   No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer [x]          Accelerated filer [ ]          Non-accelerated filer [ ]          Smaller reporting company [ ]
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes [ ]  No [x]

The aggregate market value of the registrant's common stock, $0.001 par value per share, held by non-affiliates of the registrant on June 26, 2010 , the last business day of the registrant's most recently completed second fiscal quarter, was approximately $5,252,343,971 (based on the closing sales price of the registrant's common stock on that date). Shares of the registrant's common stock held by each officer and director and each person who owns 5% or more of the outstanding common stock of the registrant are not included in that amount, because such persons may be deemed to be affiliates of the registrant. This determination of affiliate status is not necessarily a conclusive determination for other purposes. As of February 24, 2011 , 85,895,081 shares of the registrant's common stock, $0.001 par value per share, were issued and outstanding.

## DOCUMENTS INCORPORATED BY REFERENCE

The information required by Part III of this Annual Report on Form 10-K, to the extent not set forth herein, is incorporated by reference from the registrant's definitive proxy statement relating to the Annual Meeting of Shareholders to be held in 2011, which will be filed with the Securities and Exchange Commission within 120 days after the end of the fiscal year to which this Annual Report on Form 10-K relates.

|  | Years Ended | | |
|  | December 31, 2010 | December 26, 2009 | December 27, 2008 |
|---|---|---|---|
| Net sales | 100.0 % | 100.0 % | 100.0 % |
| Cost of sales | 53.8 % | 49.4 % | 45.6 % |
| Gross profit | 46.2 % | 50.6 % | 54.4 % |
| Research and development | 3.7 % | 3.8 % | 2.7 % |
| Selling, general and administrative | 12.5 % | 13.2 % | 14.0 % |
| Production start-up | 0.8 % | 0.7 % | 2.6 % |
| Operating income | 29.2 % | 32.9 % | 35.1 % |
| Foreign currency (loss) gain | (0.1)% | 0.3 % | 0.5 % |
| Interest income | 0.6 % | 0.5 % | 1.7 % |
| Interest expense, net | — % | (0.3)% | — % |
| Other income (expense), net | 0.1 % | (0.1)% | (0.1)% |
| Income tax expense | 3.8 % | 2.2 % | 9.3 % |
| Net income | 26.0 % | 31.1 % | 27.9 % |

*Fiscal Years Ended December 31, 2010 and December 26, 2009*

*Net Sales*

| (Dollars in thousands) | Years Ended | | Year Over |
| | 2010 | 2009 | Year Change |
|---|---|---|---|
| Net sales | $  2,563,515 | $  2,066,200 | $     497,315            24% |

The increase in net sales was primarily driven by strong demand from German customers in advance of further FiT reductions, an increase in revenue from our systems business, and an increase in production volume, resulting in a 28% increase in megawatts sold during 2010 compared with 2009. These increases were partially offset by a decrease in our module average selling price. The increase in megawatts sold was attributable to the full production ramp of our four-plant Malaysian manufacturing center in 2009, full production ramp of our Perrysburg, Ohio expansion in 2010, continued improvements to our manufacturing process and line throughput, and growth in our systems business. In addition, we increased the average conversion efficiency of our modules by approximately 3% during 2010 compared with 2009. Our module average selling price, excluding the impact of systems segment break-even reporting, decreased by approximately 10% during 2010 compared with 2009. The decline in our module average selling price was attributable to the following: a 5% decrease due to market price declines driven by FiT reductions in Europe, a 5% decrease due to annual contractual agreements, and a 2% decrease due to the weakening of the euro against the U.S. dollar exchange rate, partially offset by a 2% increase due to a shift in customer mix. Revenue recognized by our systems business during 2010 was $378.4 million and resulted primarily from the sale of utility-scale solar power systems in Europe and North America and from percentage-of-completion revenue recognition for utility-scale solar power systems in North America. During 2010 and 2009, 46% and 65%, respectively, of our net sales resulted from solar module sales to customers headquartered in Germany.

*Cost of Sales*

| (Dollars in thousands) | Years Ended | | Year Over |
| | 2010 | 2009 | Year Change |
|---|---|---|---|
| Cost of sales | $   1,378,669 | $   1,021,618 | $     357,051            35% |
| % of net sales | 53.8% | 49.4% | |

The increase in cost of sales was due to higher sales volumes, including an increase in the completion and sale of utility-scale solar power projects by our systems business, the full production ramp of our first four plants at our Malaysian manufacturing center in 2009, and the full production ramp of our Perrysburg, Ohio expansion in 2010. The increased production and sales volumes in our components business and increased volume sold through our systems business had the following effects: a $225.4 million increase in direct material expense, a $79.2 million increase in manufacturing overhead costs, an $18.0 million increase in sales freight, a $18.2 million increase in warranty expense, and a $16.3 million net increase in other costs.

The $79.2 million increase in manufacturing overhead costs for 2010 was due to a $32.9 million increase in salaries and

44

personnel-related expenses (including a $10.8 million increase in share-based compensation expense), a $17.0 million increase in depreciation and equipment expenses, a $2.0 million increase in facility related expenses, and a $27.3 million increase in incremental systems costs. Each of these manufacturing overhead cost increases primarily resulted from increased production capacity resulting from the full ramp of our Malaysian manufacturing center, expansion of our Perrysburg, Ohio plant, and ramp of our systems business.

The net increase in other costs for 2010 includes $23.7 million related to an increase in estimated expenses for certain module replacement efforts beyond normal warranty. During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in the affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms that the corrective actions taken are effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. Some of these efforts go beyond our normal warranty coverage. Accordingly, we accrued additional expenses of $30.8 million in 2010 and $37.9 million in total-to-date to cover the replacement of the anticipated affected module population in the field. Such amounts include $8.5 million in expenses accrued during the fourth fiscal quarter of 2010, reflecting updated best estimates of the total replacement costs, based on our field data and execution to date of the module replacement program.

Our average manufacturing cost per watt declined by $0.10 per watt, or 11% , from $0.87 in 2009 to $0.77 in 2010 and included $0.02 of non-cash stock based compensation.

*Gross Profit*

| (Dollars in thousands) | Years Ended | | | Year Over | |
| | 2010 | 2009 | | Year Change | |
| --- | --- | --- | --- | --- | --- |
| Gross profit | $  1,184,846 | $  1,044,582 | $ | 140,264 | 13% |
| % of net sales | 46.2% | 50.6% | | | |

Gross profit as a percentage of net sales decreased by 4.4 percentage points in 2010 compared with 2009. This decrease was attributable to the following: a 4.0 percentage point reduction due to a decline in our module average selling prices, a 3.9 percentage point reduction due to segment mix between our components and systems businesses, a 1.1 percentage point reduction relating to the manufacturing excursion discussed above under "Cost of sales," and a 0.6 percentage point reduction due to the weakening of the euro against the U.S. dollar exchange rate, partially offset by a 5.2 percentage point margin improvement attributable to continued manufacturing scale and reductions in our manufacturing cost per watt. We expect that gross profit will be impacted in future periods by the volatility of the exchange rate between the U.S. dollar and the euro and product mix between our components and systems businesses.

*Research and Development*

| (Dollars in thousands) | Years Ended | | | Year Over | |
| | 2010 | 2009 | | Year Change | |
| --- | --- | --- | --- | --- | --- |
| Research and development | $  94,797 | $  78,161 | $ | 16,636 | 21% |
| % of net sales | 3.7% | 3.8% | | | |

The increase in research and development expense was due to a $10.6 million increase in personnel-related expenses (including a $2.2 million increase in share-based compensation expense) resulting from increased headcount devoted to working on various projects to increase the efficiency of our modules at converting sunlight into electricity, and a $9.6 million increase in depreciation, testing, and qualification material costs, partially offset by a $3.6 million decrease in other expenses. During 2010, we continued the development of solar modules with increased efficiencies at converting sunlight into electricity and increased the conversion efficiency of our modules by approximately 3% compared with 2009.

*Selling, General and Administrative*

| (Dollars in thousands) | Years Ended | | | Year Over | |
| | 2010 | 2009 | | Year Change | |
| --- | --- | --- | --- | --- | --- |
| Selling, general and administrative | $  321,704 | $  272,898 | $ | 48,806 | 18% |
| % of net sales | 12.5% | 13.2% | | | |

The increase in selling, general and administrative expense was due to a $2.7 million increase in salaries and personnel-related

45

expenses due to growth (after giving effect to a $2.5 million decrease in share-based compensation expense due to one-time charges associated with our executive management team in 2009), a $17.6 million increase in expenses related to our systems business, a $14.8 million increase in facility and depreciation expenses, a $6.3 million increase in professional fees and expenses associated with the implementation of a new ERP system, and a $7.4 million increase in other expenses. Selling, general and administrative expense also included $5.3 million of other operating expenses related to impairment charges of certain project assets.

*Production Start-Up*

| (Dollars in thousands) | Years Ended | | | | Year Over Year Change | |
|---|---|---|---|---|---|---|
| | 2010 | | 2009 | | | |
| Production start-up | $ | 19,442 | $ | 13,908 | $ 5,534 | 40% |
| % of net sales | | 0.8% | | 0.7% | | |

During 2010 , we incurred $19.4 million of production start-up expenses for our eight-line Malaysian, four-line German, one-line Perrysburg, Ohio, and two-line Blanquefort, France manufacturing expansions, including legal, regulatory, and personnel costs, compared with $13.9 million of production start-up expenses for our Malaysian and Perrysburg, Ohio manufacturing expansions during 2009 . Production start-up expenses are composed of the cost of labor and material and depreciation expense to run and qualify the production lines, related facility expenses, management of our replication process, and legal and regulatory costs.

*Foreign Currency (Loss) Gain*

| (Dollars in thousands) | Years Ended | | | | Year Over Year Change | |
|---|---|---|---|---|---|---|
| | 2010 | | 2009 | | | |
| Foreign currency (loss) gain | $ | (3,468) | $ | 5,207 | $ (8,675) | (167)% |

Foreign exchange gain decreased during 2010 compared with 2009 due to a increase in our foreign currency denominated assets and liabilities and volatility of the U.S. dollar relative to other currencies, in particular the euro.

*Interest Income*

| (Dollars in thousands) | Years Ended | | | | Year Over Year Change | |
|---|---|---|---|---|---|---|
| | 2010 | | 2009 | | | |
| Interest income | $ | 14,375 | $ | 9,735 | $ 4,640 | 48% |

Interest income increased during 2010 compared with 2009 primarily as a result of an increase in the average interest bearing cash and investment balances year over year and interest earned from notes receivable.

*Interest Expense, Net*

| (Dollars in thousands) | Years Ended | | | | Year Over Year Change | |
|---|---|---|---|---|---|---|
| | 2010 | | 2009 | | | |
| Interest expense, net | $ | (6) | $ | (5,258) | $ 5,252 | (100)% |

Interest expense, net of amounts capitalized, decreased during 2010 compared with 2009 , primarily as a result of higher amounts of interest expense capitalized during 2010 . In addition, interest expense, net for 2009 included a $2.4 million expense related to the termination of the interest rate swaps for our German debt facility. We fully repaid this facility on June 30, 2009.

*Other Income (Expense), Net*

| (Dollars in thousands) | Years Ended | | | | Year Over Year Change | |
|---|---|---|---|---|---|---|
| | 2010 | | 2009 | | | |
| Other income (expense), net | $ | 2,273 | $ | (2,985) | $ 5,258 | (176)% |

Other income during 2010 primarily resulted from a realized gain associated with the sale of our equity investment in a related party, partially offset by other expenses. Other expense during 2009 primarily resulted from nonrecurring expenses associated with our credit default swaps.

| | December 31, 2010 | December 26, 2009 |
|---|---|---|
| Buildings and improvements | $ 286,637 | $ 239,088 |
| Machinery and equipment | 997,510 | 813,281 |
| Office equipment and furniture | 70,569 | 38,845 |
| Leasehold improvements | 25,354 | 15,870 |
| Depreciable property, plant and equipment, gross | 1,380,070 | 1,107,084 |
| Accumulated depreciation | (363,305) | (225,790) |
| Depreciable property, plant and equipment, net | 1,016,765 | 881,294 |
| Land | 10,355 | 4,995 |
| Construction in progress | 403,669 | 102,493 |
| Property, plant and equipment, net | $ 1,430,789 | $ 988,782 |

During the year ended December 31, 2010 , we were granted a $16.3 million tax credit under the Advanced Energy Tax Credit program enacted by the American Reinvestment and Recovery Act of 2009 for the expansion of our Perrysburg, Ohio manufacturing facility, and we reduced the acquisition cost for the expansion of this facility accordingly.

Depreciation of property, plant and equipment was $150.5 million , $124.6 million , and $61.1 million for the years ended December 31, 2010 , December 26, 2009 , and December 27, 2008 , respectively.

### Capitalized interest

We capitalized interest costs incurred into our property, plant and equipment or our project assets/deferred project costs as follows during the years ended December 31, 2010 , December 26, 2009 , and December 27, 2008 (in thousands):

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| Interest cost incurred | $ (10,069) | $ (11,902) | $ (7,394) |
| Interest cost capitalized – property, plant and equipment | 6,177 | 3,310 | 6,885 |
| Interest cost capitalized - project assets and deferred project costs | 3,886 | 3,334 | — |
| Interest expense, net | $ (6) | $ (5,258) | $ (509) |

### Accrued expenses

Accrued expenses consisted of the following at December 31, 2010 and December 26, 2009 (in thousands):

| | December 31, 2010 | December 26, 2009 |
|---|---|---|
| Accrued compensation and benefits | $ 69,353 | $ 53,856 |
| Accrued property, plant and equipment | 53,741 | 35,811 |
| Accrued inventory | 25,686 | 27,542 |
| Product warranty liability - current | 11,226 | 8,216 |
| Nonrecurring expenses in excess of normal product warranty liability and related expenses (1) | 28,921 | 6,595 |
| Other accrued expenses | 55,344 | 61,257 |
| Total accrued expenses | $ 244,271 | $ 193,277 |

(1) The above-referenced $28.9 million of accrued nonrecurring expenses in excess of normal product warranty liability and related expenses as of December 31, 2010 consisted of the following, each related to the manufacturing excursion described below: (i) $25.3 million in estimated expenses for certain module replacement efforts voluntarily undertaken by us beyond the normal product warranty (presented in Item 7: "Results of Operations" under "Cost of sales"); and (ii) $3.6 million in estimated nonrecurring post-sale expenses (presented in Item 7: "Results of Operations" under "Selling, general and administrative"). During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms that the corrective actions are effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. Some of these efforts go beyond our

# EXHIBIT 74

EXHIBIT

174

PENGAD 800-631-6989   1/21/15  Widmar

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# Form  10-Q

(Mark one)

[x]  QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended March 31, 2011

or

[ ]  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from        to

Commission file number: 001-33156



First Solar.

# First Solar, Inc .
*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **20-4623678** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**350 West Washington Street, Suite 600**
**Tempe, Arizona 85281**
*(Address of principal executive offices, including zip code)*
**(602) 414-9300**
*(Registrant's telephone number, including area code)*

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes [x] No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [x] No [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer [x] | Accelerated filer [ ] | Non-accelerated filer [ ] | Smaller reporting company [ ] |
| | | *(Do not check if a smaller reporting company)* | |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes [ ]  No [x]

As of April 29, 2011 , 86,160,700 shares of the registrant's common stock, $0.001 par value per share, were issued and outstanding.

the normal product warranty; and (ii) $3.7 million in estimated nonrecurring post-sale expenses. During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms that the corrective actions have been effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. Some of these efforts go beyond our normal warranty coverage.

### Other current liabilities

Other current liabilities consisted of the following at March 31, 2011 and December 31, 2010 (in thousands):

|  | March 31, 2011 | December 31, 2010 |
| --- | --- | --- |
| Deferred revenue (1) | $ — | $ 14,718 |
| Derivative instruments | 45,532 | 22,996 |
| Deferred tax liabilities | 24,912 | 34,601 |
| Other current liabilities | 14,774 | 27,361 |
| Total other current liabilities | $ 85,218 | $ 99,676 |

(1) Deferred revenue is recognized in net sales once all revenue recognition criteria are met.

### Other liabilities

Other liabilities consisted of the following at March 31, 2011 and December 31, 2010 (in thousands):

|  | March 31, 2011 | December 31, 2010 |
| --- | --- | --- |
| Other taxes payable | $ 66,351 | $ 59,148 |
| Other noncurrent liabilities | 72,791 | 52,878 |
| Total other liabilities | $ 139,142 | $ 112,026 |

## Note 9. Derivative Financial Instruments

As a global company, we are exposed in the normal course of business to interest rate and foreign currency risks that could affect our net assets, financial position, results of operations, and cash flows. We use derivative instruments to hedge against certain risks such as these, and we only hold derivative instruments for hedging purposes, not for speculative or trading purposes. Our use of derivative instruments is subject to strict internal controls based on centrally defined, performed, and controlled policies and procedures.

Depending on the terms of the specific derivative instruments and market conditions, some of our derivative instruments may be assets and others liabilities at any particular point in time. As required by ASC 815, *Derivatives and Hedging* , we report all of our derivative instruments that are within the scope of that accounting standard at fair value on our balance sheet. Depending on the substance of the hedging purpose for our derivative instruments, we account for changes in the fair value of some of them using cash flow hedge accounting pursuant to ASC 815 and of others by recording the changes in fair value directly to current earnings (so-called "economic hedges"). These accounting approaches, the various risk classes that we are exposed to in our business, and the risk management systems using derivative instruments that we apply to these risks are described below. See Note 10. "Fair Value Measurements," to our condensed consolidated financial statements for information about the techniques we use to measure the fair value of our derivative instruments.

The following tables present the fair values of derivative instruments included in our consolidated balance sheets as of March 31, 2011 and December 31, 2010 (in thousands):

15

|  | March 31, 2011 | | | |
|  | Other Assets - Current | Other Assets - Noncurrent | Other Liabilities - Current | Other Liabilities - Noncurrent |
|---|---|---|---|---|
| Derivatives designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange forward contracts | $ 238 | $ — | $ 41,144 | $ 1,914 |
| Interest rate swap contracts | — | — | 65 | 232 |
| Total derivatives designated as hedging instruments | $ 238 | $ — | $ 41,209 | $ 2,146 |
| | | | | |
| Derivatives not designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange forward contracts | $ 5,676 | $ — | $ 4,323 | $ — |
| Total derivatives not designated as hedging instruments | $ 5,676 | $ — | $ 4,323 | $ — |
| Total derivative instruments | $ 5,914 | $ — | $ 45,532 | $ 2,146 |

|  | December 31, 2010 | | | |
|  | Other Assets - Current | Other Assets - Noncurrent | Other Liabilities - Current | Other Liabilities - Noncurrent |
|---|---|---|---|---|
| Derivatives designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange forward contracts | $ 10,115 | $ 880 | $ 12,384 | $ 58 |
| Interest rate swap contracts | — | — | 239 | 980 |
| Total derivatives designated as hedging instruments | $ 10,115 | $ 880 | $ 12,623 | $ 1,038 |
| | | | | |
| Derivatives not designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange forward contracts | $ 10,871 | $ — | $ 10,373 | $ — |
| Total derivatives not designated as hedging instruments | $ 10,871 | $ — | $ 10,373 | $ — |
| Total derivative instruments | $ 20,986 | $ 880 | $ 22,996 | $ 1,038 |

The following tables present the amounts related to derivative instruments affecting our consolidated statements of operations for the three months ended March 31, 2011 and March 27, 2010 (in thousands):

| Derivative Type | Amount of Gain (Loss) Recognized in Other Comprehensive Income on Derivatives Three Months Ended March 31, 2011 | Location of Gain (Loss) Reclassified from Accumulated Other Comprehensive Income into Income | Amount of Gain (Loss) Reclassified from Accumulated Other Comprehensive Income into Income Three Months Ended March 31, 2011 |
|---|---|---|---|
| Derivatives designated as cash flow hedges under ASC 815: | | | |
| Foreign exchange forward contracts | $ (53,752) | Net sales | $ (12,380) |
| Interest rate swaps | 717 | Interest income (expense) | (205) |
| Total derivatives designated as cash flow hedges | $ (53,035) | | $ (12,585) |

16

*Components Business*

Our cost of sales includes the cost of raw materials and components for manufacturing solar modules, such as tempered back glass, transparent conductive oxide coated front glass, cadmium telluride, laminate, connector assemblies, laminate edge seal, and other items. Our cost of sales also includes direct labor for the manufacturing of solar modules and manufacturing overhead such as engineering, equipment maintenance, environmental health and safety, quality and production control, and procurement costs. Cost of sales also includes depreciation of manufacturing plant and equipment and facility-related expenses. In addition, we accrue warranty and solar module collection and recycling costs to our cost of sales.

Overall, we expect our cost of sales per watt to continue to decrease over the next several years due to an increase in sellable watts per solar module, an increase in unit output per production line, continued geographic expansion into lower-cost manufacturing regions, and more efficient absorption of fixed costs driven by economies of scale.

*Systems Business*

Within our systems business, project-related costs include standard EPC costs (consisting primarily of BoS costs for inverters, electrical and mounting hardware, project management and engineering costs, and installation labor costs), site specific costs, and development costs (including transmission upgrade costs, interconnection fees, and permitting costs). As further described in Note 20. "Segment Reporting," to our condensed consolidated financial statements included within this Quarterly Report on Form 10-Q, at the time when the revenue recognition criteria are met, we include the sale of our solar modules manufactured by our components business and used by our systems business as net sales of our components business. Therefore, the related cost of sales are also included within our components business at that time.

Deferred project costs represent (i) costs that we capitalize for arrangements that we account for as real estate transactions after we have entered into a definitive sales arrangement, but before we have met the criteria to recognize the sale as revenue, (ii) recoverable pre-contract costs that we capitalize for arrangements accounted for as Long-term Construction Contracts prior to entering into a definitive sales agreement or, (iii) costs that we capitalize for arrangements accounted for as Long-term Construction Contracts after we have signed a definitive sales agreement, but before the revenue recognition criteria have been met. Deferred project costs capitalized on our balance sheet at March 31, 2011 and December 31, 2010 were $4.5 million and $14.4 million , respectively.

### Gross profit

Gross profit is affected by numerous factors, including our module average selling prices, foreign exchange rates, the existence and effectiveness of subsidies and other economic incentives, market mix, our manufacturing costs, BoS costs, project development costs, the effective utilization of our production facilities, and the ramp of production on new plants due to a reduced ability to absorb fixed costs until full production volumes are reached. Gross profit is also subject to competitive pressures, and we have in the past and may in the future decide to amend our Supply Contracts, which specify our sales price per watt. Gross profit margin is also affected by the mix of net sales generated by our components and systems businesses. Our systems business generally operates at a lower gross profit margin due to the pass-through nature of certain BoS components procured from third parties. Gross profit for our systems business excludes the sales and cost of sales for solar modules, which we include in the gross profit of our components business.

### Research and development

Research and development expense consists primarily of salaries and personnel-related costs, the cost of products, materials, and outside services used in our process, and product research and development activities. We acquire equipment for general use in further process developments and record the depreciation of this equipment as research and development expense. Currently, the majority of our research and development expenses are attributable to our components segment.

### Selling, general and administrative

Selling, general and administrative expense consists primarily of salaries and other personnel-related costs, professional fees, insurance costs, travel expenses, and other selling expenses. We expect these expenses to increase in the near term, both in absolute dollars and as a percentage of net sales, in order to support the growth of our business as we expand our sales and marketing efforts, improve our information processes and systems, and implement the financial reporting, compliance, and other infrastructure required for an expanding public company. Over time, we expect selling, general and administrative expense to decline as a percentage of net sales and on a cost per watt basis as our net sales and our total watts produced increase.

Our systems business has certain of its own dedicated administrative key functions, such as accounting, legal, finance, project finance, human resources, procurement, and marketing. Costs for such functions are recorded and included within selling, general and administrative costs for our systems segment. Our corporate key functions consist primarily of company-wide corporate tax, corporate treasury, corporate accounting/finance, corporate legal, investor relations, corporate communications, and executive management functions. Currently our components business benefits the most from these functions and, therefore, we have allocated these costs to this segment as part of selling, general and administrative costs.

### *Production start-up*

Production start-up expense consists primarily of salaries and personnel-related costs and the cost of operating a production line before it has been qualified for full production, including the cost of raw materials for solar modules run through the production line during the qualification phase. It also includes all expenses related to the selection of a new site and the related legal and regulatory costs, and the costs to maintain our plant replication program, to the extent we cannot capitalize these expenditures. In general, we expect production start-up expense per production line to be higher when we build an entirely new manufacturing facility compared with the addition of new production lines at an existing manufacturing facility, primarily due to the additional infrastructure investment required when building an entirely new facility. Over time, we expect production start-up expense to decline as a percentage of net sales and on a cost per watt basis as a result of economies of scale. Production start-up expense is attributable to our components segment.

### *Foreign currency gain (loss)*

Foreign currency gain (loss) consists of gains and losses resulting from holding assets and liabilities and conducting transactions denominated in currencies other than our functional currencies.

### *Interest income*

Interest income is earned on our cash, cash equivalents, marketable securities, and investments, and restricted cash and investments. Interest income also includes interest received from notes receivable and interest collected for late customer payments.

### *Interest expense, net*

Interest expense, net of amounts capitalized, is incurred on various debt financings. We capitalize interest expense into our property, plant and equipment, project assets, and deferred project costs.

### *Income tax expense*

Income taxes are imposed on our income by taxing authorities in the various jurisdictions in which we operate, principally the United States, Germany, and Malaysia. The statutory federal corporate income tax rate in the United States is 35.0% , whereas the tax rates in Germany and Malaysia are approximately 28.6% and 25.0% , respectively. In Malaysia, we have been granted a long-term tax holiday, scheduled to expire in 2027, pursuant to which substantially all of our income earned in Malaysia is exempt from income tax.

### *Use of estimates*

Our discussion and analysis of our financial condition and results of operations are based upon our unaudited condensed consolidated financial statements, which have been prepared in accordance with U.S. GAAP for interim financial information. The preparation of these financial statements requires us to make estimates and judgments that affect the reported amount of assets, liabilities, net sales, and expenses and related disclosure of contingent assets and liabilities. On an on-going basis, we evaluate our estimates, including those related to revenue recognition, contingencies and litigation, solar module collection and recycling liability, warranty obligations, goodwill, income taxes, derivative instrument valuation, intangible assets, inventories, marketable securities valuation, and share-based compensation. We base our estimates on historical experience and on various other assumptions that we believe to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities that are not readily apparent from other sources.

## Results of Operations

The following table sets forth our consolidated statements of operations as a percentage of net sales for the periods indicated:

36

|  | Three Months Ended | |
| --- | --- | --- |
|  | March 31, 2011 | March 27, 2010 |
| Net sales | 100.0 % | 100.0 % |
| Cost of sales | 54.2 % | 50.3 % |
| Gross profit | 45.8 % | 49.7 % |
| Research and development | 5.5 % | 4.0 % |
| Selling, general and administrative | 15.3 % | 11.8 % |
| Production start-up | 2.1 % | 0.2 % |
| Operating income | 22.8 % | 33.7 % |
| Foreign currency gain (loss) | 0.2 % | (0.1)% |
| Interest income | 0.5 % | 1.0 % |
| Interest expense, net | — % | — % |
| Other expense, net | (0.1)% | (0.1)% |
| Income tax expense | 3.0 % | 4.2 % |
| Net income | 20.4 % | 30.3 % |

**Three Months Ended March 31, 2011 and March 27, 2010**

*Net sales*

|  | Three Months Ended | | |
| --- | --- | --- | --- |
| (Dollars in thousands) | March 31, 2011 | March 27, 2010 | Three Month Period Change |
| Net sales | $   567,293 | $   567,961 | $   (668)           —% |

Our net sales during the three months ended March 31, 2011 decreased slightly compared with the three months ended March 27, 2010, primarily due to a 14% decrease in our module average selling price, partially offset by an 11% increase in the volume of solar modules sold and a 5% increase in the average conversion efficiency of our solar modules.

The decline in our module average selling price was attributable to the following: a 5% decrease due to annual contractual agreements, a 6% decrease due to competitive pressures (including our customer rebate program), and a 3% decrease due to the weakening of the euro against the U.S dollar exchange rate.

In addition, revenue recognized for our systems business increased by $9.1 million during the three months ended March 31, 2011 compared to the three months ended March 27, 2010, primarily as a result of revenue recognition on various utility-scale solar power systems in North America.

*Cost of sales*

|  | Three Months Ended | | |
| --- | --- | --- | --- |
| (Dollars in thousands) | March 31, 2011 | March 27, 2010 | Three Month Period Change |
| Cost of sales | $   307,628 | $   285,925 | $   21,703           8% |
| % of net sales | 54.2% | 50.3% | |

The increase in cost of sales was primarily due to a $39.5 million increase in personnel and other manufacturing costs related to increased volume sold and a $12.1 million increase in cost of sales as a result of higher net sales of our systems business, partially offset by continuous cost reductions and other costs in our manufacturing operations. During the three months ended March 31, 2011, we increased our watts sold by approximately 16%.

Our average manufacturing cost per watt declined by $0.06 per watt, or 7% , from $0.81 in the three months ended March 27, 2010 to $0.75 in the three months ended March 31, 2011 and included $0.01 of non-cash stock based compensation.

Cost of sales for the three months ended March 27, 2010 included $4.5 million related to an increase in estimated expenses for certain module replacement efforts beyond normal warranty. During the period from June 2008 to June 2009, a manufacturing

37

excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in the affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms that the corrective actions taken have been effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. Some of these efforts go beyond our normal warranty coverage. No additional expense was accrued in the first quarter of 2011. $37.9 million in total-to-date has been accrued to cover the replacement of the anticipated affected module population in the field.

*Gross profit*

| (Dollars in thousands) | Three Months Ended | | Three Month Period Change | |
|---|---|---|---|---|
| | March 31, 2011 | March 27, 2010 | | |
| Gross profit | $ 259,665 | $ 282,036 | $ (22,371) | (8)% |
| % of net sales | 45.8% | 49.7% | | |

Gross profit as a percentage of net sales decreased by 3.9 percentage points in the three months ended March 31, 2011 compared with the three months ended March 27, 2010. This decrease was attributable to the following: a 5.5 percentage point reduction due to a decline in our module average selling prices, a 1.5 percentage point reduction due to segment mix between our components and systems businesses, and a 1.7 percentage point reduction due to the weakening of the euro against the U.S. dollar exchange rate, partially offset by a 3.9 percentage point margin improvement attributable to continued manufacturing scale and reductions in our manufacturing cost per watt and a 0.9 percentage point improvement relating to a decrease in manufacturing excursion costs discussed above under "Cost of sales." We expect that gross profit will be impacted in future periods by the volatility of the exchange rate between the U.S. dollar and the euro and product mix between our components and systems businesses.

*Research and development*

| (Dollars in thousands) | Three Months Ended | | Three Month Period Change | |
|---|---|---|---|---|
| | March 31, 2011 | March 27, 2010 | | |
| Research and development | $ 31,351 | $ 22,888 | $ 8,463 | 37% |
| % of net sales | 5.5% | 4.0% | | |

The increase in research and development expense was due to a $6.1 million increase in personnel-related expenses (including a $1.2 million increase in share-based compensation expense) resulting from increased headcount devoted to working on various projects to increase the efficiency of our modules at converting sunlight into electricity, a $2.0 million increase in depreciation, testing, and qualification material costs, and a $0.4 million increase in other expenses. During the three months ended March 31, 2011, we continued the development of solar modules with increased efficiencies at converting sunlight into electricity and increased the conversion efficiency of our modules by approximately 5% compared with the three months ended March 27, 2010.

*Selling, general and administrative*

| (Dollars in thousands) | Three Months Ended | | Three Month Period Change | |
|---|---|---|---|---|
| | March 31, 2011 | March 27, 2010 | | |
| Selling, general and administrative | $ 87,000 | $ 66,864 | $ 20,136 | 30% |
| % of net sales | 15.3% | 11.8% | | |

The increase in selling, general and administrative expense was due to a $5.5 million increase in salaries and personnel-related expenses due to growth (including $2.8 million of share-based compensation expense), a $4.4 million increase in facility and depreciation expenses, a $3.5 million increase in professional and legal fees, a $3.3 million increase in expenses related to our systems business, and a $3.4 million increase in other expenses.

*Production start-up*

| (Dollars in thousands) | Three Months Ended | | Three Month Period Change | |
|---|---|---|---|---|
| | March 31, 2011 | March 27, 2010 | | |
| Production start-up | $ 11,931 | $ 1,143 | $ 10,788 | 944% |
| % of net sales | 2.1% | 0.2% | | |

During the three months ended March 31, 2011, we incurred $11.9 million of production start-up expenses primarily for our eight-line Malaysian manufacturing expansion and our four-line manufacturing expansions in Germany, Vietnam, and Mesa, Arizona, including legal, regulatory, and personnel costs, compared with $1.1 million of production start-up expenses for our Malaysian manufacturing expansion during the three months ended March 27, 2010. Production start-up expenses are composed of the cost of labor and material and depreciation expense to run and qualify the production lines, related facility expenses, management of our replication process, and legal and regulatory costs.

*Foreign currency gain (loss)*

|  | Three Months Ended | | Three Month Period Change | |
| --- | --- | --- | --- | --- |
| (Dollars in thousands) | March 31, 2011 | March 27, 2010 | | |
| Foreign currency gain (loss) | $ 950 | $ (696) | $ 1,646 | 236% |

Foreign exchange gain increased during the three months ended March 31, 2011 compared with the three months ended March 27, 2010 due to an increase in our foreign currency denominated assets and liabilities and the appreciation of the euro during the three months ended March 31, 2011.

*Interest income*

|  | Three Months Ended | | Three Month Period Change | |
| --- | --- | --- | --- | --- |
| (Dollars in thousands) | March 31, 2011 | March 27, 2010 | | |
| Interest income | $ 3,023 | $ 5,648 | $ (2,625) | (46)% |

Interest income decreased during the three months ended March 31, 2011 compared with the three months ended March 27, 2010, primarily as a result of interest received from notes receivable and penalties for late customer payments during the three months ended March 27, 2010.

*Interest expense, net*

|  | Three Months Ended | | Three Month Period Change | |
| --- | --- | --- | --- | --- |
| (Dollars in thousands) | March 31, 2011 | March 27, 2010 | | |
| Interest expense, net | $ — | $ — | $ — | —% |

Interest expense, net of amounts capitalized, remained consistent during the three months ended March 31, 2011 compared with the three months ended March 27, 2010, primarily as a result of interest expense capitalized during both periods.

*Other expense, net*

|  | Three Months Ended | | Three Month Period Change | |
| --- | --- | --- | --- | --- |
| (Dollars in thousands) | March 31, 2011 | March 27, 2010 | | |
| Other expense, net | $ (349) | $ (734) | $ 385 | 52% |

Other expense, net, decreased during the three months ended March 31, 2011 compared with the three months ended March 27, 2010, primarily as a result of miscellaneous income received during the three months ended March 31, 2011.

*Income tax expense*

|  | Three Months Ended | | Three Month Period Change | |
| --- | --- | --- | --- | --- |
| (Dollars in thousands) | March 31, 2011 | March 27, 2010 | | |
| Income tax expense | $ 17,039 | $ 23,014 | $ (5,975) | (26)% |
| Effective tax rate | 12.8% | 11.8% | | |

Income tax expense decreased by $6.0 million during the three months ended March 31, 2011 compared with the three months

ended March 27, 2010. Substantially all of this decrease resulted from a $62.4 million decrease in pre-tax income, partially offset by a greater percentage of profits earned in higher tax jurisdictions. See Note 16. "Income Taxes," to our condensed consolidated financial statements included with this Quarterly Report on Form 10-Q for additional information.

**Business Segment Review**

| (Dollars in thousands) | Three Months Ended | | | |
| | March 31, 2011 | | March 27, 2010 | % Change |
|---|---|---|---|---|
| **Net sales** | | | | |
| Components | $ | 519,519 | $ 529,268 | (2)% |
| Systems | | 47,774 | 38,693 | 23 % |
| **Total** | **$** | **567,293** | **$ 567,961** | **— %** |
| | | | | |
| **Income before income taxes (Segment profit)** | | | | |
| Components | $ | 133,007 | $ 195,359 | (32)% |
| Systems | | — | — | — % |
| **Total** | **$** | **133,007** | **$ 195,359** | **(32)%** |

Our CODM, consisting of senior executive staff, views the sale of solar modules from the components segment as the core driver of our profitability, return on net assets, and cash throughput; and as a result, we view our systems segment as an enabler to drive module throughput. Therefore, we operate our systems segment with the objective to achieve break-even results before income taxes. We include the sale of our solar modules manufactured by the components segment and installed in projects sold by our systems segment in "net sales" of our components business. See Note 20. "Segment Reporting," to our condensed consolidated financial statements included with this Quarterly Report on Form 10-Q for more information.

*Components Segment*

| (Dollars in thousands) | Three Months Ended | | | |
| | March 31, 2011 | | March 27, 2010 | % Change |
|---|---|---|---|---|
| Net sales | $ | 519,519 | $ 529,268 | (2)% |
| Cost of sales | $ | 261,261 | $ 251,617 | 4 % |
| Income before income taxes (Segment profit) | $ | 133,007 | $ 195,359 | (32)% |

Components segment net sales decreased by 2% in the three months ended March 31, 2011 compared with the three months ended March 27, 2010 , primarily due to a decrease in our module average selling price, partially offset by an increase in the volume of solar modules sold and an increase in the average conversion efficiency of our solar modules. Our module average selling price, excluding the impact of systems segment break-even reporting, decreased by approximately 14% during the three months ended March 31, 2011 compared with the three months ended March 27, 2010. The effect of our segment reporting adjustments, to achieve break-even results before income taxes for our systems segment, decreased the module average selling price by an additional 1%.

Components segment cost of sales increased by 4% in the three months ended March 31, 2011 compared with the three months ended March 27, 2010 , primarily due to an increase in personnel and other manufacturing costs related to increased volumes sold, partially offset by continuous cost reductions and other costs in our manufacturing operations.

Components segment profit decreased by 32% in the three months ended March 31, 2011 compared with the three months ended March 27, 2010 , primarily due to $26.2 million of compensation to our systems segment for a temporary shortfall during the three months ended March 31, 2011 and lower net sales mainly due to a decrease in our module average selling prices and an increase in cost of sales.

*Systems Segment*

40

# EXHIBIT 75

EXHIBIT ꝁc

175

PENGAD 800-631-6989

1/21/15  Widmar

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

# Form 10-Q

**(Mark one)**

[x]  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

    **For the quarterly period ended June 30, 2011**

or

[ ]  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

    **For the transition period from       to**

**Commission file number: 001-33156**



# First Solar, Inc .

*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **20-4623678** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**350 West Washington Street, Suite 600**
**Tempe, Arizona 85281**
*(Address of principal executive offices, including zip code)*
**(602) 414-9300**
*(Registrant's telephone number, including area code)*

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes [x] No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [x] No [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer [x]      Accelerated filer [ ]      Non-accelerated filer [ ]      Smaller reporting company [ ]

*(Do not check if a smaller reporting company)*

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes [ ]  No [x]

As of July 29, 2011 , 86,304,748 shares of the registrant's common stock, $0.001 par value per share, were issued and outstanding.

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**FORM 10-Q FOR THE QUARTERLY PERIOD ENDED JUNE 30, 2011**

**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| Part I. | Financial Information (Unaudited) | |
| Item 1. | Condensed Consolidated Financial Statements: | |
| | Condensed Consolidated Statements of Operations for the three and six months ended June 30, 2011 and June 26, 2010 | 3 |
| | Condensed Consolidated Balance Sheets as of June 30, 2011 and December 31, 2010 | 4 |
| | Condensed Consolidated Statements of Cash Flows for the six months ended June 30, 2011 and June 26, 2010 | 5 |
| | Notes to Condensed Consolidated Financial Statements | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 32 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 50 |
| Item 4. | Controls and Procedures | 50 |
| Part II. | Other Information | 51 |
| Item 1. | Legal Proceedings | 51 |
| Item 1A. | Risk Factors | 51 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 52 |
| Item 5. | Other Information | 52 |
| Item 6. | Exhibits | 53 |
| Signature | | 54 |

Property, plant and equipment, net consisted of the following at June 30, 2011 and December 31, 2010 (in thousands):

|  | June 30, 2011 | December 31, 2010 |
|---|---|---|
| Buildings and improvements | $ 398,115 | $ 286,637 |
| Machinery and equipment | 1,378,961 | 997,510 |
| Office equipment and furniture | 92,024 | 70,569 |
| Leasehold improvements | 38,211 | 25,354 |
| Depreciable property, plant and equipment, gross | 1,907,311 | 1,380,070 |
| Accumulated depreciation | (462,941) | (363,305) |
| Depreciable property, plant and equipment, net | 1,444,370 | 1,016,765 |
| Land | 11,758 | 10,355 |
| Construction in progress | 271,865 | 403,669 |
| Property, plant and equipment, net | $ 1,727,993 | $ 1,430,789 |

During 2010, we were granted a $16.3 million tax credit under the Advanced Energy Tax Credit program enacted by the American Reinvestment and Recovery Act of 2009 for the expansion of our Perrysburg, Ohio manufacturing facility, and we reduced the acquisition cost for the expansion of this facility accordingly.

Further, we are eligible to receive certain investment incentives related to building the expansion of our manufacturing plant in Frankfurt/Oder, Germany, including costs for the construction of buildings and the purchase of machinery and equipment. We account for these grants as a deduction to the carrying value of the fixed assets they fund when there is reasonable assurance that we comply with the conditions attached to the grants and the grants will be received. See Note 11. "Economic Development Funding," for further information about these grants.

Depreciation of property, plant and equipment was $54.4 million and $36.2 million for the three months ended June 30, 2011 and June 26, 2010 , respectively, and was $101.5 million and $72.8 million for the six months ended June 30, 2011 and June 26, 2010 , respectively.

### Capitalized interest

We capitalized interest costs incurred into property, plant and equipment or project assets/deferred project costs as follows during the three and six months ended June 30, 2011 and June 26, 2010 (in thousands):

|  | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
|  | June 30, 2011 | June 26, 2010 | June 30, 2011 | June 26, 2010 |
| Interest cost incurred | $ (1,954) | $ (1,923) | $ (3,791) | $ (4,198) |
| Interest cost capitalized – property, plant and equipment | 1,352 | 1,283 | 3,111 | 1,701 |
| Interest cost capitalized – project assets and deferred project costs | 602 | 634 | 680 | 2,491 |
| Interest expense, net | $ — | $ (6) | $ — | $ (6) |

### Accrued expenses

Accrued expenses consisted of the following at June 30, 2011 and December 31, 2010 (in thousands):

|  | June 30, 2011 | December 31, 2010 |
|---|---|---|
| Accrued compensation and benefits | $ 35,222 | $ 69,353 |
| Accrued property, plant and equipment | 49,836 | 53,741 |
| Accrued inventory | 54,835 | 25,686 |
| Product warranty liability – current | 10,706 | 11,226 |
| Nonrecurring expenses in excess of normal product warranty liability and related expenses (1) | 17,237 | 28,921 |
| Other accrued expenses | 74,414 | 55,344 |
| Total accrued expenses | $ 242,250 | $ 244,271 |

14

(1) The above-referenced $17.2 million of accrued nonrecurring expenses in excess of normal product warranty liability and related expenses as of June 30, 2011 consisted of the following, each related to the manufacturing excursion described below: (i) $14.4 million in estimated expenses for certain module replacement efforts voluntarily undertaken by us beyond the normal product warranty; and (ii) $2.8 million in estimated nonrecurring post-sale expenses. During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms that the corrective actions have been effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. Some of these efforts go beyond our normal warranty coverage.

### Other current liabilities

Other current liabilities consisted of the following at June 30, 2011 and December 31, 2010 (in thousands):

|  | June 30, 2011 | | December 31, 2010 | |
| --- | --- | --- | --- | --- |
| Deferred revenue (1) | $ | 31,010 | $ | 14,718 |
| Derivative instruments | | 53,428 | | 22,996 |
| Deferred tax liabilities | | — | | 34,601 |
| Other current liabilities | | 10,479 | | 27,361 |
| Total other current liabilities | $ | 94,917 | $ | 99,676 |

(1) Deferred revenue will be recognized in net sales once all revenue recognition criteria are met.

### Other liabilities

Other liabilities consisted of the following at June 30, 2011 and December 31, 2010 (in thousands):

|  | June 30, 2011 | | December 31, 2010 | |
| --- | --- | --- | --- | --- |
| Other taxes payable | $ | 73,461 | $ | 59,148 |
| Other noncurrent liabilities | | 83,228 | | 52,878 |
| Total other liabilities | $ | 156,689 | $ | 112,026 |

## Note 9. Derivative Financial Instruments

As a global company, we are exposed in the normal course of business to interest rate and foreign currency risks that could affect our net assets, financial position, results of operations, and cash flows. We use derivative instruments to hedge against certain risks such as these, and we only hold derivative instruments for hedging purposes, not for speculative or trading purposes. Our use of derivative instruments is subject to strict internal controls based on centrally defined, performed, and controlled policies and procedures.

Depending on the terms of the specific derivative instruments and market conditions, some of our derivative instruments may be assets and others liabilities at any particular point in time. As required by ASC 815, *Derivatives and Hedging* , we report all of our derivative instruments that are within the scope of that accounting standard at fair value on our balance sheet. Depending on the substance of the hedging purpose for our derivative instruments, we account for changes in the fair value of some of them using cash flow hedge accounting pursuant to ASC 815 and of others by recording the changes in fair value directly to current earnings (so-called "economic hedges"). These accounting approaches, the various risk classes that we are exposed to in our business, and the risk management systems using derivative instruments that we apply to these risks are described below. See Note 10. "Fair Value Measurements," to our condensed consolidated financial statements for information about the techniques we use to measure the fair value of our derivative instruments.

The following tables present the fair values of derivative instruments included in our consolidated balance sheets as of June 30, 2011 and December 31, 2010 (in thousands):

15

|  | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
|  | June 30, 2011 | June 26, 2010 | June 30, 2011 | June 26, 2010 |
| Net sales | 100.0% | 100.0 % | 100.0% | 100.0 % |
| Cost of sales | 63.4% | 51.7 % | 58.7% | 51.0 % |
| Gross profit | 36.6% | 48.3 % | 41.3% | 49.0 % |
| Research and development | 6.2% | 3.9 % | 5.9% | 4.0 % |
| Selling, general and administrative | 16.3% | 13.4 % | 15.8% | 12.6 % |
| Production start-up | 1.9% | 0.4 % | 2.0% | 0.3 % |
| Operating income | 12.1% | 30.6 % | 17.6% | 32.1 % |
| Foreign currency gain (loss) | 0.3% | (0.4)% | 0.2% | (0.3)% |
| Interest income | 0.6% | 0.5 % | 0.6% | 0.8 % |
| Interest expense, net | —% | — % | —% | — % |
| Other income (expense), net | 0.4% | (0.1)% | 0.2% | (0.1)% |
| Income tax expense | 2.0% | 3.6 % | 2.5% | 3.8 % |
| Net income | 11.5% | 27.0 % | 16.1% | 28.7 % |

**Three Months Ended June 30, 2011 and June 26, 2010**

*Net sales*

| | Three Months Ended | | | |
|---|---|---|---|---|
| (Dollars in thousands) | June 30, 2011 | June 26, 2010 | Three Month Period Change | |
| Net sales | $   532,774 | $   587,854 | $   (55,080) | (9)% |

Our net sales during the three months ended June 30, 2011 decreased by 9% compared with the three months ended June 26, 2010, primarily due to a 24% decrease in our module average selling price and a 30% decrease in the amount of revenue recognized by the systems business, partially offset by a 22% increase in the MW volume of solar modules sold. The increase in the MW volume of solar modules sold was attributable to the full ramp of our eight-line capacity expansion in our Malaysian manufacturing center and a 5% increase in our annual line run rate due to improvements in our module average conversion efficiency and our line throughput at existing manufacturing facilities.

The decline in our module average selling price was attributable to the following: a 5% decrease due to annual contractual agreements and an additional 12% decrease due to competitive pressures (including our customer rebate program), a 6% decrease due to customer and geographical mix, and a 1% decrease due to a decline in the blended foreign exchange rate between the euro and U.S. Dollar.

Revenue recognized for our systems business decreased by $26.1 million during the three months ended June 30, 2011 compared to the three months ended June 26, 2010, primarily due to the timing of achieving all required milestones necessary for revenue recognition related to the construction of various utility-scale solar power systems.

*Cost of sales*

| | Three Months Ended | | | |
|---|---|---|---|---|
| (Dollars in thousands) | June 30, 2011 | June 26, 2010 | Three Month Period Change | |
| Cost of sales | $   337,976 | $   303,660 | $   34,316 | 11% |
| % of net sales | 63.4% | 51.7% | | |

The increase in cost of sales was primarily due to a $53.5 million increase in personnel and other manufacturing costs related to increased production volume and correlating volume sold, an increase in costs due to the strengthening of the euro against the U.S. dollar exchange rate, and an increase in production ramp costs related to our Malaysian and German plant capacity expansions. These increases were partially offset by a decrease in costs of sales resulting from lower net sales of our systems business, continuous cost reductions in our manufacturing operations, and a $14.3 million decrease resulting from lower manufacturing excursion costs described below. During the three months ended June 30, 2011 watts sold increased by approximately 22%.

40

Our average manufacturing cost per watt declined by $0.01 per watt, or 1% , from $0.76 in the three months ended June 26, 2010 to $0.75 in the three months ended June 30, 2011 and included $0.01 of non-cash share-based compensation.

Cost of sales for the three months ended June 26, 2010 included $17.8 million related to an increase in estimated expenses for certain module replacement efforts beyond normal warranty. During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in the affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms that the corrective actions taken have been effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. Some of these efforts go beyond our normal warranty coverage. We accrued $41.5 million in total-to-date to cover the replacement of the anticipated affected module population in the field. Such amounts include $3.6 million in expenses accrued during the second quarter of 2011, reflecting updated best estimates of the total replacement costs, based on our field data and execution-to-date of the module replacement program.

*Gross profit*

| | Three Months Ended | | | | |
| (Dollars in thousands) | June 30, 2011 | | June 26, 2010 | Three Month Period Change | |
| Gross profit | $ 194,798 | $ | 284,194 | $ (89,396) | (31)% |
| % of net sales | 36.6% | | 48.3% | | |

Gross profit as a percentage of net sales decreased by 11.7 percentage points in the three months ended June 30, 2011 compared with the three months ended June 26, 2010. This decrease was attributable to the following: a 13.5 percentage point reduction due to a decline in our module average selling prices, a 0.9 percentage point reduction due to the strengthening of the euro against the U.S. dollar exchange rate, partially offset by a 2.7 percentage point improvement resulting from lower incremental manufacturing excursion costs discussed above under "Cost of sales." We expect that gross profit will be impacted in future periods by the volatility of the exchange rate between the U.S. dollar and the euro and the product mix between our components and systems businesses.

*Research and development*

| | Three Months Ended | | | | |
| (Dollars in thousands) | June 30, 2011 | | June 26, 2010 | Three Month Period Change | |
| Research and development | $ 33,102 | $ | 22,836 | $ 10,266 | 45% |
| % of net sales | 6.2% | | 3.9% | | |

The increase in research and development expense was due to a $3.5 million increase in personnel-related expenses (including a $1.1 million increase in share-based compensation expense) resulting from increased hiring for various R&D projects, a $5.7 million increase in depreciation, testing, and qualification material costs, and a $1.1 million increase in other expenses. During the three months ended June 30, 2011, we continued the development of solar modules with increased efficiencies at converting sunlight into electricity and increased the conversion efficiency of our modules by approximately 4% compared with the three months ended June 26, 2010 from 11.2% to 11.7%.

*Selling, general and administrative*

| | Three Months Ended | | | | |
| (Dollars in thousands) | June 30, 2011 | | June 26, 2010 | Three Month Period Change | |
| Selling, general and administrative | $ 86,872 | $ | 78,597 | $ 8,275 | 11% |
| % of net sales | 16.3% | | 13.4% | | |

The increase in selling, general and administrative expense was due to a $5.8 million increase in salaries and personnel-related expenses related to the overall growth of our business (including $0.7 million of share-based compensation expense), a $6.5 million increase in infrastructure spending, a $4.4 million increase in expenses related to our systems business, partially offset by a $3.1 million decrease in professional fees and a $5.3 million decrease in other expenses primarily due to $5.6 million in estimated nonrecurring post-sale expenses relating to the manufacturing excursion discussed above under "Cost of Sales" during the three months ended June 26, 2010.

*Production start-up*

| (Dollars in thousands) | Three Months Ended | | Three Month Period Change | |
| --- | --- | --- | --- | --- |
| | June 30, 2011 | June 26, 2010 | | |
| Production start-up | $ 10,294 | $ 2,288 | $ 8,006 | 350% |
| % of net sales | 1.9% | 0.4% | | |

During the three months ended June 30, 2011, we incurred $10.3 million of production start-up expenses primarily for our manufacturing expansions in Germany, Vietnam, and Arizona, including legal, regulatory, and personnel costs, compared with $2.3 million of production start-up expenses for our Malaysian manufacturing expansion during the three months ended June 26, 2010. Production start-up expenses are composed of the cost of labor and material and depreciation expense to run and qualify the production lines, related facility expenses, management of our replication process, and legal and regulatory costs.

*Foreign currency gain (loss)*

| (Dollars in thousands) | Three Months Ended | | Three Month Period Change | |
| --- | --- | --- | --- | --- |
| | June 30, 2011 | June 26, 2010 | | |
| Foreign currency gain (loss) | $ 1,659 | $ (2,625) | $ 4,284 | (163)% |

Foreign currency gain recognized during the three months ended June 30, 2011 was primarily due to the appreciation of the euro during the three months ended June 30, 2011.

*Interest income*

| (Dollars in thousands) | Three Months Ended | | Three Month Period Change | |
| --- | --- | --- | --- | --- |
| | June 30, 2011 | June 26, 2010 | | |
| Interest income | $ 3,417 | $ 3,035 | $ 382 | 13% |

Interest income increased during the three months ended June 30, 2011 compared with the three months ended June 26, 2010, primarily as a result of interest received on long-term investments during the three months ended June 30, 2011.

*Interest expense, net*

| (Dollars in thousands) | Three Months Ended | | Three Month Period Change | |
| --- | --- | --- | --- | --- |
| | June 30, 2011 | June 26, 2010 | | |
| Interest expense, net | $ — | $ (6) | $ 6 | (100)% |

Interest expense, net of amounts capitalized, remained consistent during the three months ended June 30, 2011 compared with the three months ended June 26, 2010, primarily as a result of interest expense capitalized during both periods.

*Other income (expense), net*

| (Dollars in thousands) | Three Months Ended | | Three Month Period Change | |
| --- | --- | --- | --- | --- |
| | June 30, 2011 | June 26, 2010 | | |
| Other income (expense), net | $ 2,351 | $ (439) | $ 2,790 | (636)% |

Other income, net, increased during the three months ended June 30, 2011 compared with the three months ended June 26, 2010, primarily as a result of gains on the sale of investments during the three months ended June 30, 2011.

*Income tax expense*

42

| (Dollars in thousands) | Three Months Ended | | | | Three Month Period Change | |
| --- | --- | --- | --- | --- | --- | --- |
| | June 30, 2011 | | June 26, 2010 | | | |
| Income tax expense | $ | 10,819 | $ | 21,395 | $ (10,576) | (49)% |
| Effective tax rate | | 15.0% | | 11.9% | | |

Income tax expense decreased by $10.6 million during the three months ended June 30, 2011 compared with the three months ended June 26, 2010. Substantially all of this decrease resulted from a $108.5 million decrease in pre-tax income, partially offset by a greater percentage of profits earned in higher tax jurisdictions. See Note 16. "Income Taxes," to our condensed consolidated financial statements included with this Quarterly Report on Form 10-Q for additional information.

## Six Months Ended June 30, 2011 and June 26, 2010

*Net sales*

| (Dollars in thousands) | Six Months Ended | | | | Six Month Period Change | |
| --- | --- | --- | --- | --- | --- | --- |
| | June 30, 2011 | | June 26, 2010 | | | |
| Net sales | $ | 1,100,067 | $ | 1,155,815 | $ (55,748) | (5)% |

Our net sales during the six months ended June 30, 2011 decreased by 5% compared with the six months ended June 26, 2010, primarily due to an 18% decrease in our module average selling price and a 14% decrease in revenue recognized by our systems business, partially offset by a 19% increase in the MW volume of solar modules sold. The increase in the MW volume of solar modules sold was attributable to the full ramp of our eight-line capacity expansion in our Malaysian manufacturing center, and a 5% increase to our annual line run rate due to improvements in our module average conversion efficiency and our line throughput at existing manufacturing facilities.

The decline in our module average selling price was attributable to the following: a 4% decrease due to annual contractual agreements, an 8% decrease due to competitive pressures (including our customer rebate program), a 4% decrease due to customer and geographical mix, and a 2% decrease due to due to a decline in the blended foreign exchange rate between the euro and U.S. Dollar.

Revenue recognized by our systems business decreased from $125.6 million during the six months ended June 26, 2010 to $108.6 million during the six months ended June 30, 2011. The decrease was primarily due to the timing of achieving all required milestones necessary for revenue recognition related to the construction of various utility-scale solar power systems.

*Cost of sales*

| (Dollars in thousands) | Six Months Ended | | | | Six Month Period Change | |
| --- | --- | --- | --- | --- | --- | --- |
| | June 30, 2011 | | June 26, 2010 | | | |
| Cost of sales | $ | 645,604 | $ | 589,585 | $ 56,019 | 10% |
| % of net sales | | 58.7% | | 51.0% | | |

The increase in cost of sales was primarily due to a $93.4 million increase in personnel and other manufacturing costs related to increased production volume and correlating volume sold, an increase in costs due to the strengthening of the euro against the U.S. dollar exchange rate, an increase in production ramp costs related to our Malaysian and German plant capacity expansions and an increase in cost of sales of our systems business. These increases were partially offset by continuous cost reductions in our manufacturing operations and an $18.8 million decrease resulting from lower incremental manufacturing excursion costs described below. During the six months ended June 30, 2011, we increased our watts sold by approximately 19%.

Our average manufacturing cost per watt declined by $0.04 per watt, or 5% , from $0.79 in the six months ended June 26, 2010 to $0.75 in the six months ended June 30, 2011 and included $0.01 of non-cash share-based compensation.

Cost of sales for the six months ended June 26, 2010 included $22.4 million related to an increase in estimated expenses for certain module replacement efforts beyond normal warranty. During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in the affected modules. The root cause was identified and subsequently mitigated in June 2009.

43

On-going testing confirms that the corrective actions taken have been effective. We have been working directly with impacted customers to replace the affected modules and these efforts are well underway and, in some cases, complete. Some of these efforts go beyond our normal warranty coverage. We accrued $41.5 million in total-to-date to cover the replacement of the anticipated affected module population in the field. Such amounts include $3.6 million in expenses accrued during the second quarter of 2011, reflecting updated best estimates of the total replacement costs, based on our field data and execution-to-date of the module replacement program.

*Gross profit*

| (Dollars in thousands) | Six Months Ended | | | Six Month Period Change | |
| --- | --- | --- | --- | --- | --- |
| | June 30, 2011 | | June 26, 2010 | | |
| Gross profit | $ 454,463 | $ | 566,230 | $ (111,767) | (20)% |
| % of net sales | 41.3% | | 49.0% | | |

Gross profit as a percentage of net sales decreased by 7.7 percentage points in the six months ended June 30, 2011 compared with the six months ended June 26, 2010. This decrease was attributable to the following: a 9.2 percentage point reduction due to a decline in our module average selling prices, a 1.3 percentage point reduction due to the strengthening of the euro against the U.S. dollar exchange rate, and a 0.6 percentage point decrease due to segment mix between our components and systems businesses, partially offset by a 1.6 percentage point margin improvement attributable to continued manufacturing scale and reductions in our manufacturing cost per watt and a 1.8 percentage point improvement resulting from lower incremental manufacturing excursion costs discussed above under "Cost of sales." We expect that gross profit will be impacted in future periods by the volatility of the exchange rate between the U.S. dollar and the euro and product mix between our components and systems businesses.

*Research and development*

| (Dollars in thousands) | Six Months Ended | | | Six Month Period Change | |
| --- | --- | --- | --- | --- | --- |
| | June 30, 2011 | | June 26, 2010 | | |
| Research and development | $ 64,453 | $ | 45,724 | $ 18,729 | 41% |
| % of net sales | 5.9% | | 4.0% | | |

The increase in research and development expense was due to a $9.5 million increase in personnel-related expenses (including a $2.3 million increase in share-based compensation expense) resulting from increased hiring for various R&D projects. In addition, testing and qualification material costs increased by $9.3 million, other expenses increased by $4.5 million, and facilities and utilities decreased by $4.6 million. During the six months ended June 30, 2011, we continued the development of solar modules with increased efficiencies at converting sunlight into electricity and increased the conversion efficiency of our modules by approximately 5% compared with the six months ended June 26, 2010 from 11.1% to 11.7%.

*Selling, general and administrative*

| (Dollars in thousands) | Six Months Ended | | | Six Month Period Change | |
| --- | --- | --- | --- | --- | --- |
| | June 30, 2011 | | June 26, 2010 | | |
| Selling, general and administrative | $ 173,872 | $ | 145,461 | $ 28,411 | 20% |
| % of net sales | 15.8% | | 12.6% | | |

The increase in selling, general and administrative expense was due to a $11.3 million increase in salaries and personnel-related expenses (including a $3.5 million increase in share-based compensation expense), a $7.8 million increase in infrastructure spending primarily related to the implementation of a new ERP system, a $7.7 million increase in non-capitalizable development expenses related to our systems business, and a $1.6 million increase in travel, consulting, and other expenses relating to the development of new markets.

*Production start-up*

44

# EXHIBIT 76

EXHIBIT KC

177

PENGAD 800-631-6989

11/21/15 Widmar

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

# Form 10-Q

**(Mark one)**

[x]  QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended September 30, 2011

or

[ ]  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from          to

Commission file number: 001-33156



**First Solar**

# First Solar, Inc .

*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **20-4623678** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**350 West Washington Street, Suite 600**
**Tempe, Arizona 85281**
*(Address of principal executive offices, including zip code)*
**(602) 414-9300**
*(Registrant's telephone number, including area code)*

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes [x] No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [x] No [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer [x]          Accelerated filer [ ]          Non-accelerated filer [ ]          Smaller reporting company [ ]

*(Do not check if a smaller reporting company)*

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes [ ]  No [x]

As of October 28, 2011 , 86,424,881 shares of the registrant's common stock, $0.001 par value per share, were issued and outstanding.

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**FORM  10-Q FOR THE QUARTERLY PERIOD ENDED SEPTEMBER 30, 2011**

**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| Part I. | Financial Information (Unaudited) | |
| Item 1. | Condensed Consolidated Financial Statements: | |
| | Condensed Consolidated Statements of Operations for the three and nine months ended September 30, 2011 and September 25, 2010 | 3 |
| | Condensed Consolidated Balance Sheets as of September 30, 2011 and December 31, 2010 | 4 |
| | Condensed Consolidated Statements of Cash Flows for the nine months ended September 30, 2011 and September 25, 2010 | 5 |
| | Notes to Condensed Consolidated Financial Statements | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 35 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 54 |
| Item 4. | Controls and Procedures | 55 |
| Part II. | Other Information | 55 |
| Item 1. | Legal Proceedings | 55 |
| Item 1A. | Risk Factors | 56 |
| Item 6. | Exhibits | 56 |
| Signature | | 57 |

|  | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
|  | September 30, 2011 | September 25, 2010 | September 30, 2011 | September 25, 2010 |
| Interest expense, gross | $ (4,847) | $ (2,384) | $ (8,638) | $ (6,582) |
| Interest cost capitalized – property, plant and equipment | 1,442 | 1,771 | 4,553 | 3,472 |
| Interest cost capitalized – project assets and deferred project costs | 3,405 | 613 | 4,085 | 3,104 |
| Interest expense, net | $ — | $ — | $ — | $ (6) |

### Project assets

Project assets consist primarily of costs relating to solar power projects in various stages of development that we capitalize prior to the sale of the solar power project to a third party for further project development or the signing of a project construction contract. These costs include costs for land and costs for developing and constructing a solar power plant. Development costs can include legal, consulting, permitting, interconnect and other similar costs. Once we enter into a definitive sales agreement, we reclassify project assets to deferred project costs on our balance sheet until we have met the criteria to recognize the sale of the project assets as revenue. We expense these project assets to cost of sales as each respective project asset is sold to a customer, since the project is constructed for a customer (matching the underlying revenue recognition method). We classify project assets generally as noncurrent due to the time required to complete all activities to sell a specific project, which is typically longer than 12 months.

Project assets consisted of the following at September 30, 2011 and December 31, 2010 (in thousands):

|  | September 30, 2011 | December 31, 2010 |
|---|---|---|
| Project assets acquired through OptiSolar and NextLight | $ 5,757 | $ 217,417 |
| Project assets - land | 22,940 | 13,781 |
| Project assets - other | 254,091 | 88,942 |
| Project assets | $ 282,788 | $ 320,140 |

In connection with the acquisition of the solar power project development businesses of OptiSolar and NextLight, we measured at fair value certain acquired project assets based on the varying development stages of each project asset on the acquisition date. Subsequent to the acquisitions of OptiSolar and NextLight, we incurred additional costs to further develop these projects.

We review project assets for impairment whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. We consider a project commercially viable if it is anticipated to be sellable for a profit once it is either fully developed or fully constructed. We consider a partially developed or partially constructed project commercially viable if the anticipated selling price is higher than the carrying value of the related project assets. We examine a number of factors to determine if the project will be profitable, the most notable of which is whether there are any changes in environmental, ecological, permitting, or regulatory conditions that impact the project. Such changes could cause the cost of the project to increase or the selling price of the project to decrease. If a project is considered not commercially viable, we impair the respective project asset and adjust it to fair value, with the resulting impairment recorded within operations.

### Accrued expenses

Accrued expenses consisted of the following at September 30, 2011 and December 31, 2010 (in thousands):

|  | September 30, 2011 | December 31, 2010 |
|---|---|---|
| Accrued compensation and benefits | $ 41,150 | $ 69,353 |
| Accrued property, plant and equipment | 39,260 | 53,741 |
| Accrued inventory | 56,540 | 25,686 |
| Product warranty liability | 12,437 | 11,226 |
| Accrued expenses in excess of normal product warranty liability and related expenses (1) (2) | 50,973 | 28,921 |
| Other accrued expenses | 71,631 | 55,344 |
| Accrued expenses | $ 271,991 | $ 244,271 |

15

(1) $34.8 million of accrued expenses in excess of normal product warranty liability and related expenses as of September 30, 2011 consisted of the following commitments to certain customers, each related to the manufacturing excursion described below: (i) $23.8 million in estimated expenses for certain module replacement efforts committed to and undertaken by us beyond the normal product warranty; and (ii) $11.0 million in estimated nonrecurring post-sale expenses. During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms that the corrective actions have been effective. We have been working directly with impacted customers to replace the affected modules and these efforts are in most cases complete or well underway for the remaining cases. These efforts go beyond our limited warranty obligation.

(2) $16.2 million of accrued expenses in excess of normal product warranty liability and related expenses as of September 30, 2011 represents the estimated expenses based upon information available during the third quarter for commitments made to certain customers to perform work including module replacement and related efforts primarily for modules that had been subjected to certain installation and maintenance procedures by our customers outside of our recommended procedures at the time of sale, resulting in underperformance of such modules. Such replacement efforts are not part of the manufacturing excursion discussed in (1) and are not part of our limited warranty obligation as discussed further in Note 2. "Summary of Significant Accounting Policies," to our condensed consolidated financial statements.

***Other current liabilities***

Other current liabilities consisted of the following at September 30, 2011 and December 31, 2010 (in thousands):

|  | September 30, 2011 | December 31, 2010 |
|---|---|---|
| Deferred revenue (1) | $    12,267 | $    14,718 |
| Derivative instruments | 20,094 | 22,996 |
| Deferred tax liabilities | 7,447 | 34,601 |
| Payments and billings for deferred project costs (2) | 192,028 | — |
| Other liabilities - current | 13,262 | 27,361 |
| Other current liabilities | $    245,098 | $    99,676 |

(1) Deferred revenue will be recognized in net sales once all revenue recognition criteria are met.

(2) Payments and billings for deferred project costs represent customer payments received or customer billings made under the terms of certain systems project sales contracts for which all revenue recognition criteria under ASC 360 have not yet been met. Such systems project costs are included as a component of deferred project costs.

16

*Other liabilities*

Other liabilities consisted of the following at September 30, 2011 and December 31, 2010 (in thousands):

| | September 30, 2011 | December 31, 2010 |
|---|---|---|
| Product warranty liability | $ 30,068 | $ 16,668 |
| Other taxes payable | 70,706 | 59,148 |
| Other liabilities - noncurrent | 81,849 | 36,210 |
| Other liabilities | $ 182,623 | $ 112,026 |

## Note 9. Derivative Financial Instruments

As a global company, we are exposed in the normal course of business to interest rate and foreign currency risks that could affect our net assets, financial position, results of operations, and cash flows. We use derivative instruments to hedge against certain risks such as these, and we only hold derivative instruments for hedging purposes, not for speculative or trading purposes. Our use of derivative instruments is subject to internal controls based on centrally defined, performed, and controlled policies and procedures.

Depending on the terms of the specific derivative instruments and market conditions, some of our derivative instruments may be assets and others liabilities at any particular balance sheet date. As required by ASC 815, *Derivatives and Hedging* , we report all of our derivative instruments that are within the scope of that accounting standard at fair value. Depending on the substance of the hedging purpose for our derivative instruments, we account for changes in the fair value of some of them within accumulated other comprehensive income (loss) using cash flow hedge accounting pursuant to ASC 815 and of others by recording the changes in fair value directly to current earnings (so-called "economic hedges"). These accounting approaches, the various risk classes that we are exposed to in our business, and the risk management systems using derivative instruments that we apply to these risks are described below. See Note 10. "Fair Value Measurements," to our condensed consolidated financial statements for information about the techniques we use to measure the fair value of our derivative instruments.

The following tables present the fair values of derivative instruments included in our condensed consolidated balance sheets as of September 30, 2011 and December 31, 2010 (in thousands):

| | September 30, 2011 | | | |
|---|---|---|---|---|
| | Other Assets – Current | Other Assets – Noncurrent | Other Liabilities – Current | Other Liabilities – Noncurrent |
| Derivatives designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange forward contracts | $ 28,121 | $ 408 | $ 3,560 | $ — |
| Cross currency swap contracts | — | — | — | — |
| Interest rate swap contracts | — | — | 350 | 1,085 |
| Total derivatives designated as hedging instruments | $ 28,121 | $ 408 | $ 3,910 | $ 1,085 |
| | | | | |
| Derivatives not designated as hedging instruments under ASC 815: | | | | |
| Foreign exchange forward contracts | $ 23,800 | $ — | $ 16,184 | $ — |
| Total derivatives not designated as hedging instruments | $ 23,800 | $ — | $ 16,184 | $ — |
| Total derivative instruments | $ 51,921 | $ 408 | $ 20,094 | $ 1,085 |

17

|  | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
|  | September 30, 2011 | September 25, 2010 | September 30, 2011 | September 25, 2010 |
| Net sales | 100.0 % | 100.0 % | 100.0% | 100.0 % |
| Cost of sales | 62.3 % | 59.7 % | 60.4% | 54.5 % |
| Gross profit | 37.7 % | 40.3 % | 39.6% | 45.5 % |
| Research and development | 3.8 % | 2.7 % | 4.9% | 3.4 % |
| Selling, general and administrative | 11.2 % | 10.6 % | 13.6% | 11.8 % |
| Production start-up | 0.5 % | 0.5 % | 1.3% | 0.4 % |
| Operating income | 22.1 % | 26.5 % | 19.8% | 29.9 % |
| Foreign currency (loss) gain | (0.2)% | (0.1)% | —% | (0.2)% |
| Interest income | 0.3 % | 0.3 % | 0.5% | 0.6 % |
| Interest expense, net | — % | — % | —% | — % |
| Other (expense) income, net | (0.1)% | — % | —% | (0.1)% |
| Income tax expense | 2.6 % | 4.5 % | 2.6% | 4.1 % |
| Net income | 19.5 % | 22.2 % | 17.7% | 26.1 % |

**Three Months Ended September 30, 2011 and September 25, 2010**

*Net sales*

| (Dollars in thousands) | Three Months Ended | | Three Month Period Change | |
|---|---|---|---|---|
|  | September 30, 2011 | September 25, 2010 | | |
| Net sales | $  1,005,788 | $  797,899 | $  207,889 | 26% |

The 26% increase in net sales during the three months ended September 30, 2011 compared with the three months ended September 25, 2010 was primarily due to a 77% increase in revenue recognized by our systems business and a 10% increase in the MW volume of solar modules sold. The increase in the MW volume of solar modules sold was attributable to the full ramp of our new production lines in Malaysia and Germany and a 6% increase in our annual line run rate due to improvements in our module average conversion efficiency and line throughput at our manufacturing facilities. These increases were partially offset by a 6% decrease in our module average selling price (ASP).

The 6% decline in our module ASP was attributable to a 16% decrease due to a decline in our non-systems module ASP of 25% due to competitive pressures and geographic mix, partially offset by an 8% increase due to an increase of 24% in our systems module ASP driven primarily by the mix of systems projects recognized in revenue and a 2% increase driven by the blended foreign exchange rate between the Euro and the U.S. dollar.

Revenue recognized for our systems business increased by $170.7 million during the three months ended September 30, 2011 compared with the three months ended September 25, 2010, primarily due to increased revenue recognition related to the construction of various utility-scale solar power systems.

*Cost of sales*

| (Dollars in thousands) | Three Months Ended | | Three Month Period Change | |
|---|---|---|---|---|
|  | September 30, 2011 | September 25, 2010 | | |
| Cost of sales | $  626,624 | $  476,007 | $  150,617 | 32% |
| % of net sales | 62.3% | 59.7% | | |

The increase in cost of sales was primarily due to increases of $84.3 million in BoS and construction costs resulting from higher net sales from our systems business, $30.1 million in personnel and other manufacturing costs related to increased volume sold, $22.1 million of expense resulting from higher manufacturing excursion expenses, and $16.2 million of expense as defined below for module replacement and related efforts primarily for modules that had been subjected to certain installation and maintenance procedures. These increases were partially offset by continuous cost reductions in our manufacturing operations.

We accrued $16.2 million of expense during the third quarter of 2011 for commitments made to certain customers to perform work including module replacement and related efforts primarily for modules that had been subjected to certain installation and maintenance procedures by our customers outside of our recommended procedures at the time of sale, resulting in underperformance of such modules.

During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in the affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms that the corrective actions taken have been effective. We have been working directly with impacted customers to replace the affected modules and these efforts are in most cases complete or well underway for the remaining cases. These efforts go beyond our limited warranty obligation. We accrued $63.6 million in total-to-date manufacturing excursion expense to cover the replacement of the anticipated affected module population in the field. Such amounts include $22.1 million in expenses accrued during the three months ended September 30, 2011, reflecting our most recent best estimates of the total replacement costs, based on our field data and execution-to-date of this excursion related module replacement program.

Our average manufacturing cost per watt declined by $0.03, or 4%, from $0.77 in the three months ended September 25, 2010 to $0.74 in the three months ended September 30, 2011, which included $0.01 of non-cash share-based compensation.

*Gross profit*

| (Dollars in thousands) | Three Months Ended | | | | |
| | September 30, 2011 | September 25, 2010 | Three Month Period Change | |
| Gross profit | $ 379,164 | $ 321,892 | $ 57,272 | 18% |
| % of net sales | 37.7% | 40.3% | | |

Gross profit as a percentage of net sales decreased by 2.6 percentage points in the three months ended September 30, 2011 compared with the three months ended September 25, 2010. This was attributable to decreases of 4.6 percentage points due to a decline in our module ASP, 2.5 percentage points related to expense for module replacement and related efforts primarily for modules that had been subjected to certain installation and maintenance procedures discussed above in "Cost of Sales," and 3.4 percentage points from higher manufacturing excursion expenses discussed above in "Cost of Sales." These decreases were partially offset by increases of 6.1 percentage points due to the segment mix between our components and systems businesses, 1.3 percentage points due to an increase in the blended foreign exchange rate between the Euro and the U.S. dollar, and 0.5 percentage points attributable to continued manufacturing scale and reductions in our manufacturing cost per watt. We expect that gross profit will be impacted in future periods by the volatility of the exchange rate between the U.S. dollar and the Euro and the product mix between our components and systems businesses.

*Research and development*

| (Dollars in thousands) | Three Months Ended | | | | |
| | September 30, 2011 | September 25, 2010 | Three Month Period Change | |
| Research and development | $ 38,164 | $ 21,472 | $ 16,692 | 78% |
| % of net sales | 3.8% | 2.7% | | |

The increase in research and development expense was primarily due to increases of $5.8 million in personnel-related expenses (including a $1.3 million increase in share-based compensation expense) resulting from hiring for increased investment in various research and development projects, $9.2 million in depreciation, testing, and qualification material costs, and $1.7 million in other expenses. During the three months ended September 30, 2011, we continued the development of solar modules with increased efficiencies at converting sunlight into electricity and increased the conversion efficiency of our modules by approximately 4% compared with the three months ended September 25, 2010 from 11.3% to 11.8%.

*Selling, general and administrative*

44

| (Dollars in thousands) | Three Months Ended | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | September 30, 2011 | | September 25, 2010 | | Three Month Period Change | |
| Selling, general and administrative | $ | 112,743 | $ | 84,961 | $ | 27,782 | 33% |
| % of net sales | | 11.2% | | 10.6% | | | |

The increase in selling, general and administrative expense was primarily due to a $10.5 million allowance for doubtful account recorded due to recent developments concerning the collectability of past due accounts receivable for a certain customer, a $8.6 million increase for estimated nonrecurring post-sale expenses related to the manufacturing excursion discussed above in "Cost of Sales," a $5.1 million increase in salaries and personnel-related expenses related to the overall growth of our business, a $3.2 million increase in other operating expenses, a $1.7 million increase in expenses primarily related to the development of new markets, and a $0.5 million increase in infrastructure spending. These increases were partially offset by a $1.0 million decrease in expenses related to our systems business and a $0.8 million decrease in service provider expenses.

*Production start-up*

| (Dollars in thousands) | Three Months Ended | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | September 30, 2011 | | September 25, 2010 | | Three Month Period Change | |
| Production start-up | $ | 5,514 | $ | 3,821 | $ | 1,693 | 44% |
| % of net sales | | 0.5% | | 0.5% | | | |

During the three months ended September 30, 2011, we incurred $5.5 million of production start-up expenses primarily for our manufacturing expansions in Arizona and Vietnam, including legal, regulatory, and personnel costs, compared with $3.8 million of production start-up expenses for our manufacturing expansions in Malaysia and France during the three months ended September 25, 2010. Production start-up expenses are comprised of the cost of labor and material and depreciation expense to run and qualify the production lines, related facility expenses, management of our replication process, and legal and regulatory costs.

*Foreign currency (loss) gain*

| (Dollars in thousands) | Three Months Ended | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | September 30, 2011 | | September 25, 2010 | | Three Month Period Change | |
| Foreign currency (loss) gain | $ | (1,857) | $ | (1,001) | $ | (856) | 86% |

Foreign currency loss increased during the three months ended September 30, 2011 compared with the three months ended September 25, 2010, primarily due to a weaker Euro compared with the U.S. dollar during the three months ended September 30, 2011.

*Interest income*

| (Dollars in thousands) | Three Months Ended | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | September 30, 2011 | | September 25, 2010 | | Three Month Period Change | |
| Interest income | $ | 3,225 | $ | 2,658 | $ | 567 | 21% |

Interest income increased during the three months ended September 30, 2011 compared with the three months ended September 25, 2010, primarily as a result of an increase in interest received on long-term investments during the three months ended September 30, 2011.

*Interest expense, net*

| (Dollars in thousands) | Three Months Ended | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | September 30, 2011 | | September 25, 2010 | | Three Month Period Change | |
| Interest expense, net | $ | — | $ | — | $ | — | —% |

Interest expense, net of amounts capitalized, remained consistent during the three months ended September 30, 2011 compared

45

with the three months ended September 25, 2010, as a result of all interest expense being capitalized during both periods.

*Other (expense) income, net*

| (Dollars in thousands) | Three Months Ended | | | |
| | September 30, 2011 | September 25, 2010 | Three Month Period Change | |
| --- | --- | --- | --- | --- |
| Other (expense) income, net | $ (1,346) | $ (380) | $ (966) | 254% |

Other expense, net, increased during the three months ended September 30, 2011 compared with the three months ended September 25, 2010, primarily as a result of changes in fair value of certain foreign exchange forward contracts.

*Income tax expense*

| (Dollars in thousands) | Three Months Ended | | | |
| | September 30, 2011 | September 25, 2010 | Three Month Period Change | |
| --- | --- | --- | --- | --- |
| Income tax expense | $ 26,251 | $ 36,046 | $ (9,795) | (27)% |
| Effective tax rate | 11.8% | 16.9% | | |

Income tax expense decreased by $9.8 million during the three months ended September 30, 2011 compared with the three months ended September 25, 2010. Substantially all of this decrease resulted from the $14.7 million non-cash income tax charge in the third quarter of 2010 related to the Company's decision to repatriate earnings from certain foreign subsidiaries, partially offset by a $9.9 million increase in pre-tax income and a greater percentage of profits being earned in higher tax jurisdictions. See Note 16. "Income Taxes," to our condensed consolidated financial statements included with this Quarterly Report on Form 10-Q for additional information.

**Nine Months Ended September 30, 2011 and September 25, 2010**

*Net sales*

| (Dollars in thousands) | Nine Months Ended | | | |
| | September 30, 2011 | September 25, 2010 | Nine Month Period Change | |
| --- | --- | --- | --- | --- |
| Net sales | $ 2,105,855 | $ 1,953,714 | $ 152,141 | 8% |

The 8% increase in net sales during the nine months ended September 30, 2011 compared with the nine months ended September 25, 2010 was primarily due to a 44% increase in revenue recognized by our systems business and a 16% increase in the MW volume of solar modules sold. The increase in the MW volume of solar modules sold was attributable to the full ramp of our new production lines in Malaysia and Germany and a 6% increase in our annual line run rate due to improvements in our module average conversion efficiency and line throughput at our existing manufacturing facilities. These increases were partially offset by a 14% decrease in our module ASP.

The 14% decrease in our module ASP was attributable to a 16% decrease due to a 19% decline in our non-systems module ASP due to competitive pressures and geographic mix, partially offset by a 2% increase due to an increase in our systems module ASP of 10% driven primarily by the mix of systems projects recognized in revenue.

Revenue recognized by our systems business increased from $348.0 million during the nine months ended September 25, 2010 to $501.7 million during the nine months ended September 30, 2011. The increase was primarily due to increased revenue recognition related to the construction of various utility-scale solar power systems.

*Cost of sales*

| (Dollars in thousands) | Nine Months Ended | | | |
| | September 30, 2011 | September 25, 2010 | Nine Month Period Change | |
| --- | --- | --- | --- | --- |
| Cost of sales | $ 1,272,228 | $ 1,065,592 | $ 206,636 | 19% |
| % of net sales | 60.4% | 54.5% | | |

The increase in cost of sales was primarily due to increases of $122.3 million in personnel and other manufacturing costs

46

related to increased volume sold, $87.9 million in systems business related BoS and construction costs due to increases in net sales for the systems business, $16.2 million in expense as defined below for module replacement and related efforts primarily for modules that had been subjected to certain installation and maintenance procedures, and $3.3 million of expense resulting from higher manufacturing excursion expenses. These increases were partially offset by continuous cost reductions in our manufacturing operations.

Our average manufacturing cost per watt declined by $0.03, or 4%, from $0.78 in the nine months ended September 25, 2010 to $0.75 in the nine months ended September 30, 2011, which included $0.01 of non-cash share-based compensation.

We accrued $16.2 million of expense during the third quarter of 2011 for commitments made to certain customers to perform work including module replacement and related efforts primarily for modules that had been subjected to certain installation and maintenance procedures by our customers outside of our recommended procedures at the time of sale, resulting in underperformance of such modules.

Cost of sales for the nine months ended September 25, 2010 included $22.4 million related to an increase in estimated expenses for certain module replacement efforts beyond normal warranty. During the period from June 2008 to June 2009, a manufacturing excursion occurred affecting less than 4% of the total product manufactured within the period. The excursion could result in possible premature power loss in the affected modules. The root cause was identified and subsequently mitigated in June 2009. On-going testing confirms that the corrective actions taken have been effective. We have been working directly with impacted customers to replace the affected modules and these efforts are in most cases complete or well underway for the remaining cases. These efforts go beyond our limited warranty obligation. We accrued $63.6 million in total-to-date manufacturing excursion expense to cover the replacement of the anticipated affected module population in the field. Such amounts include $25.6 million in expenses accrued during the nine months ended September 30, 2011, reflecting our most recent best estimates of the total replacement costs, based on our field data and execution-to-date of this excursion related module replacement program.

*Gross profit*

| (Dollars in thousands) | Nine Months Ended | | Nine Month Period Change | |
|---|---|---|---|---|
| | September 30, 2011 | September 25, 2010 | | |
| Gross profit | $ 833,627 | $ 888,122 | $ (54,495) | (6)% |
| % of net sales | 39.6% | 45.5% | | |

Gross profit as a percentage of net sales decreased by 5.9 percentage points in the nine months ended September 30, 2011 compared with the nine months ended September 25, 2010. This was attributable to decreases of 7.6 percentage points due to a decline in our module ASP, 0.4 percentage points due to a decrease in the blended foreign exchange rate between the Euro and the U.S. dollar, 1.0 percentage points related to expense for module replacement and related efforts primarily for modules that had been subjected to certain installation and maintenance procedures discussed above in "Cost of Sales," and 0.2 percentage points from higher manufacturing excursion expenses discussed above in "Cost of Sales." The decreases were partially offset by increases of 1.4 percentage points attributable to continued manufacturing scale and reductions in our manufacturing cost per watt, and 1.9 percentage points due to the segment mix between our components and systems businesses. We expect that gross profit will be impacted in future periods by the volatility of the exchange rate between the U.S. dollar and the Euro and product mix between our components and systems businesses.

*Research and development*

| (Dollars in thousands) | Nine Months Ended | | Nine Month Period Change | |
|---|---|---|---|---|
| | September 30, 2011 | September 25, 2010 | | |
| Research and development | $ 102,617 | $ 67,196 | $ 35,421 | 53% |
| % of net sales | 4.9% | 3.4% | | |

The increase in research and development expense was primarily due to a $15.4 million increase in personnel-related expenses (including a $3.6 million increase in share-based compensation expense) resulting from hiring for increased investment in various research and development projects. In addition, testing and qualification material costs increased by $18.5 million, and other expenses increased by $8.0 million. These increases were partially offset by a decrease in facilities and utilities expense of $6.5 million. During the nine months ended September 30, 2011, we continued the development of solar modules with increased efficiencies at converting sunlight into electricity and increased the conversion efficiency of our modules by approximately 4% compared with the nine months ended September 25, 2010 from 11.2% to 11.7%.

47

*Selling, general and administrative*

| | Nine Months Ended | | | |
| (Dollars in thousands) | September 30, 2011 | September 25, 2010 | Nine Month Period Change | |
|---|---|---|---|---|
| Selling, general and administrative | $ 286,615 | $ 230,422 | $ 56,193 | 24% |
| % of net sales | 13.6% | 11.8% | | |

The increase in selling, general and administrative expense was primarily due to a $16.4 million increase in salaries and personnel-related expenses (including a $3.1 million increase in share-based compensation expense), $11.3 million increase in infrastructure spending primarily related to the implementation of a new ERP system, a $10.5 million allowance for doubtful account recorded due to recent developments concerning the collectability of past due accounts receivable for a certain customer, a $9.4 million increase in expenses primarily relating to the development of new markets and infrastructure spending, and a $8.6 million expense for estimated nonrecurring post-sale expenses related to the manufacturing excursion discussed above in "Cost of Sales."

*Production start-up*

| | Nine Months Ended | | | |
| (Dollars in thousands) | September 30, 2011 | September 25, 2010 | Nine Month Period Change | |
|---|---|---|---|---|
| Production start-up | $ 27,739 | $ 7,252 | $ 20,487 | 283% |
| % of net sales | 1.3% | 0.4% | | |

During the nine months ended September 30, 2011, we incurred $27.7 million of production start-up expenses primarily due to our manufacturing expansions in Malaysia, Germany, France, Vietnam, and Arizona, including legal, regulatory and personnel costs, compared with $7.3 million of production start-up expenses for our manufacturing expansions in Malaysia, Ohio, and France during the nine months ended September 25, 2010. Production start-up expenses are comprised of the cost of labor and material and depreciation expense to run and qualify the production lines, related facility expenses, management of our replication process, and legal and regulatory costs.

*Foreign currency (loss) gain*

| | Nine Months Ended | | | |
| (Dollars in thousands) | September 30, 2011 | September 25, 2010 | Nine Month Period Change | |
|---|---|---|---|---|
| Foreign currency (loss) gain | $ 752 | $ (4,322) | $ 5,074 | (117)% |

Foreign currency gain increased during the nine months ended September 30, 2011 compared with the nine months ended September 25, 2010, primarily due to the appreciation of the Euro compared with the U.S. dollar during the nine months ended September 30, 2011.

*Interest income*

| | Nine Months Ended | | | |
| (Dollars in thousands) | September 30, 2011 | September 25, 2010 | Nine Month Period Change | |
|---|---|---|---|---|
| Interest income | $ 9,665 | $ 11,341 | $ (1,676) | (15)% |

Interest income decreased during the nine months ended September 30, 2011 compared with the nine months ended September 25, 2010, primarily as a result of interest received from notes receivable and penalties for late customer payments during the nine months ended September 25, 2010.

*Interest expense, net*

48