# EXHIBIT 15

29 February 2012
Americas/United States
**Equity Research**
Solar Energy

**CREDIT SUISSE**

# First Solar (FSLR)

EARNINGS

## A quarter billion dollar warranty problem

**Bottom line.** Post earnings yesterday, our view that FSLR stock has risk at least to the ~$26-$27 level remains unchanged. Although company did not lower its 2012 EPS guidance as we thought it might – there were two very significant issues: (i) The $253mm in cumulative warranty and related charges now raises a significant question mark on the reliability and field performance of FSLR's panels – product quality in our view is THE MOST SIGNIFICANT metric for a solar companies' long-term survivability; (ii) FSLR is writing off $393mm in INTANGIBLE goodwill assets – which we think is an aggressive accounting decision as the underlying assets are productive – this decision by FSLR will inflate future earnings – another reason why you do not want to use P/E. If anything, the TANGIBLE factory assets are the ones that are proving to be less competitive, and FSLR is taking underutilization charges, and eventually runs a higher risk of being written down, if the situation persists. Our PT of $30 represents an SOTP valuation of projects, panels, and net cash. We are revising our CY12 EPS from $4.08 to $3.92 and CY13 EPS from $5.82 to $4.51.

**4Q11 (Dec) Results Summary.** Revenues/EPS of $660mm/$1.26 were below implied guidance of $694-794mm/$1.46-1.71, CS at $715.0mm (down 28.9%q/q)/ $0.58 and consensus at $782.2mm (down 22.2%q/q)/ $1.55. GAAP EPS was ($4.78) including $393mm for a non-cash goodwill impairment, $164mm for warranty expenses, and $60mm for restructuring.

**CY12 Guidance Summary.** New revenue guidance of $3.5-3.8bb, below previous guidance of $3.7-4bb, CS at $3992.6mm, and cons at $3772.6mm. FSLR reiterated EPS guidance of $3.75-$4.25, CS at $4.08, and cons at $4.15. New operating cash flow guidance of $0.8-0.9bb, below previous guidance of $0.9-1.1bb.

| Rating | NEUTRAL* [V] |
|---|---|
| Price (28 Feb 12, US$) | 36.40 |
| Target price (US$) | 30.00[1] |
| 52-week price range | 160.84 - 30.50 |
| Market cap. (US$ m) | 3,145.87 |
| Enterprise value (US$ m) | 2,857.92 |

*Stock ratings are relative to the relevant country benchmark.*
[1]*Target price is for 12 months.*
*[V] = Stock considered volatile (see Disclosure Appendix).*

**Research Analysts**

**Satya Kumar**
415 249 7928
satya.kumar@credit-suisse.com

**Brandon Heiken**
415 249 7930
brandon.heiken@credit-suisse.com

**Farhan Ahmad**
415 249 7929
farhan.ahmad@credit-suisse.com

### Share price performance



Daily Mar 01, 2011 - Feb 28, 2012, 3/01/11 = US$147.37

*On 02/28/12 the S&P 500 INDEX closed at 1372.19*

| Quarterly EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2011A | 1.33 | 0.70 | 2.25 | 1.26 |
| 2012E | 1.40 | 1.11 | 1.03 | 0.38 |
| 2013E | — | — | — | — |

### Financial and valuation metrics

| Year | 12/11A | 12/12E | 12/13E | 12/14E |
|---|---|---|---|---|
| EPS (CS adj.) (US$) | 5.55 | 3.92 | 4.51 | — |
| Prev. EPS (US$) | — | 4.08 | 5.82 | — |
| P/E (x) | 6.6 | 9.3 | 8.1 | — |
| P/E rel. (%) | 46.9 | 72.1 | 70.6 | — |
| Revenue (US$ m) | 2,766.2 | 3,752.5 | 3,594.7 | — |
| EBITDA (US$ m) | 730.1 | 751.5 | 483.6 | — |
| OCFPS (US$) | 4.44 | 5.91 | — | — |
| EV/EBITDA (current) | 4.1 | 4.0 | 6.2 | — |
| Net debt (US$ m) | -169 | -288 | — | — |
| ROIC (%) | 13.82 | 9.90 | 24.46 | — |

| | | | |
|---|---|---|---|
| Number of shares (m) | 86.42 | IC (current, US$ m) | 3,475.05 |
| BV/share (Next Qtr., US$) | 37.4 | EV/IC (x) | 0.97 |
| Net debt (Next Qtr., US$ m) | 167.9 | Dividend (Next Qtr., US$) | — |
| Net debt/tot cap (Next Qtr., %) | 5.2 | Dividend yield (%) | — |

*Source: Company data, Credit Suisse estimates.*

**DISCLOSURE APPENDIX CONTAINS ANALYST CERTIFICATIONS AND THE STATUS OF NON-US ANALYSTS.** U.S. Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

CREDIT SUISSE

29 February 2012

**The warranty issues are a BIG DEAL (to us at least).** We are very disappointed that FSLR has now taken a cumulative $253mm of warranty and related charges as its panels are underperforming in the field – these issues we think are VERY concerning. Field reliability of thin film panels are less proven as is – and high temperature degradation of CdTe panels is a known issue (ask us for an NREL study on this topic). We have confirmed FSLR is building the Topaz project to 586MW AC, above the 550MW specified in the contract – we think there is some risk that this "over spec" is to provide protection given the minimum energy performance specs that FSLR has committed to in the project given the lower confidence on field performance.

**Goodwill write off looks aggressive to us.** FSLR has chosen to write off $393mm of goodwill – we think this is an aggressive accounting decision. The goodwill represents the profit potential from system projects that are still good – we think the goodwill should be amortized as revenues are recognized and not expensed. By expensing the goodwill FSLR will now inflate reported earnings in future periods from projects – another reason why we think looking at FSLR on P/E or P/B provides little value. We stick with our SOTP analysis - $15-$20 for projects, and our $30 PT implies a fairly generous valuation for panels given all the warranty and cost issues in the panel business.

**Reiterated 2012 EPS guidance.** Despite all the issues in Germany, FSLR was able to maintain its 2012 EPS guidance to $3.75-4.25.  Management noted that the new efficiencies in the balance of system (BOS) had enabled the higher net margin.  However, we suspect the system EPS guidance was too conservative to begin with, so has likely helped FSLR maintain its guidance.

**More warranty charges related to prior manufacturing excursion issue.**  Recall FSLR had noted it had a manufacturing excursion issue from June 2008 to June 2009 on 5% of its panels. FSLR had announced in mid-2010 that it will take a charge for additional warranty expenses – at the time, it was an impact of just ~20c to EPS. However, these charges have now ballooned much higher – FSLR took $125.8mm in charges in 4Q11 charges and has so far taken $215.7mm in total manufacturing excursion related charges. FSLR noted there could be another $44mm in charges from the remaining 200 claims (the last 5% of claims).

**Ongoing warranty charges also higher.** The warranty accrual costs have increased costs by 1 c/watt leading to an additional $37.8mm in 4Q11 charges. FSLR expects a higher return rate of its panels as mix shifts to geographies with hotter temperatures as its panels appear to fail at a higher rate in hotter climates. This is the first time FSLR is talking about this issue, although we have heard of this issue in our discussions with industry contacts (it is always difficult to ascertain whether such industry chatter are material or not which is why we had not raised this issue. For example, FSLR noted the construction roadmap for Topaz is on track, whereas industry magazines widely reported delays). FIELD RELIABILITY is THE MOST IMPORTANT METRIC for solar panels and doubly so for thin film panels which have a lower 20-year field performance track record compared to c-Si panels. The fact that FSLR is reporting performance issues in the field in the first few years and is accruing higher charges on an ongoing basis is worrying – as the hotter regions tend to make more sense for solar. We are concerned this may not be the last time we hear of the warranty related issues for FSLR. In this context, SPWR's panels have the least thermal degradation coefficient as it uses n-type silicon. P-type silicon is most common for c-Si and also has degradation – but probably lower than thin film – due to the formation of boron-oxygen pairs in p-type silicon – this does not occur in n-type silicon. We confirmed overnight that neither SPWR nor STP build "over spec" projects – if a project is 10MW, these companies build 10MW, unlike the situation with Topaz for FSLR.

**Losing competitiveness with c-Si.** FSLR is further reducing 3rd party volumes to 300-400MW from ~700MW, and further cutting utilizations to 60-70% from prior planned 80% (idling 4 lines in Germany by 6 months)   In 2H11, FSLR reduced its future capacity expansions.  Then in Dec 2011, FSLR reduced its planned 2012 utilizations to 80%. Now planned utilizations are lowered to 60-70%. This lower utilization and higher warranty

**CONFIDENTIAL**                                                                       **FSLR00059661**

CREDIT SUISSE

29 February 2012

accruals are increasing average costs to 74c/watt – 2c higher than before – the same level as CSIQ for 1Q12.

First Solar (FSLR)

3

CONFIDENTIAL

FSLR00059662

First Solar (FSLR)

CREDIT SUISSE

**Exhibit 1: FSLR P&L**
*in millions, unless otherwise stated*

| $ in millions | | 1Q11A | 2Q11A | 3Q11A | 4Q11A | 1Q12E | 2Q12E | 3Q12E | 4Q12E | 2011A | 2012E | 2013E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | | $567.3 | $532.8 | $1,005.8 | $660.4 | $1,017.6 | $978.1 | $955.4 | $801.4 | $2,766.2 | $3,752.5 | $3,594.7 |
| | % change q/q | -7% | -6% | 89% | -34% | 54% | -4% | -2% | -16% | | | |
| | % change q/q | 0% | -9% | 26% | 8% | 79% | 84% | -5% | 21% | 8% | 36% | -4% |
| COGS | | $307.6 | $338.0 | $626.6 | $422.0 | $712.9 | $703.3 | $699.0 | $616.9 | $1,694.2 | $2,732.0 | $2,472.5 |
| | % of sales | 54% | 63% | 62% | 64% | 70% | 72% | 73% | 77% | | | |
| Ramp Cost | | | $0.0 | $0.0 | $0.0 | | $5.0 | | | $0.0 | $5.0 | $5.0 |
| Gross profit | | $259.7 | $194.8 | $379.2 | $238.4 | $304.7 | $269.9 | $256.4 | $184.5 | $1,072.0 | $1,015.5 | $1,117.2 |
| | %GM | 45.8% | 36.6% | 37.7% | 36.1% | 29.9% | 27.6% | 26.8% | 23.0% | 38.8% | 27.1% | 31.1% |
| SG&A | | $87.0 | $86.9 | $112.7 | $125.9 | $123.4 | $117.2 | $111.4 | $105.8 | $412.5 | $457.8 | $450.3 |
| | % of sales | 15.3% | 16.3% | 11.2% | 19.1% | 12.1% | 12.0% | 11.7% | 13.2% | 14.9% | 12.2% | 12.5% |
| R&D | | $31.4 | $33.1 | $38.2 | $37.9 | $39.0 | $39.0 | $39.0 | $39.0 | $140.5 | $156.2 | $168.2 |
| | % of sales | 5.5% | 6.2% | 3.8% | 5.7% | 3.8% | 4.0% | 4.1% | 4.9% | 5.1% | 4.2% | 4.7% |
| Tot. OpEx | | $118.4 | $120.0 | $150.9 | $163.8 | $162.5 | $156.3 | $150.4 | $144.8 | $553.1 | $614.0 | $618.6 |
| | % of sales | 20.9% | 22.5% | 15.0% | 24.8% | 16.0% | 16.0% | 15.7% | 18.1% | 20.0% | 16.4% | 17.2% |
| Production Startup | | $11.9 | $10.3 | $5.5 | $5.9 | $3.8 | $3.8 | $3.8 | $3.8 | $33.6 | $15.0 | $15.0 |
| | % of sales | 2.1% | 1.9% | 0.5% | 0.9% | 0.4% | 0.4% | 0.4% | 0.5% | 1.2% | 0.4% | 0.4% |
| Operating Income | | $129.4 | $64.5 | $222.7 | $68.7 | $138.5 | $109.8 | $102.2 | $35.9 | $485.3 | $386.5 | $483.6 |
| | %OpM | 22.8% | 12.1% | 22.1% | 10.4% | 13.6% | 11.2% | 10.7% | 4.5% | 17.5% | 10.3% | 13.5% |
| | Foreign Currency Gain(loss) | $1.0 | $1.7 | -$1.9 | $0.2 | $0.0 | $0.0 | $0.0 | $0.0 | $1.0 | $0.0 | $0.0 |
| | Interest Income (Expense) | $3.0 | $3.4 | $3.2 | $3.6 | $3.6 | $3.6 | $3.6 | $3.6 | $13.3 | $14.5 | $14.5 |
| | Non Oper Income | -$0.3 | $2.4 | -$1.3 | $62.0 | $0.0 | $0.0 | $0.0 | $0.0 | $62.6 | $0.0 | $0.0 |
| Pre-tax Income | | $133.0 | $72.0 | $222.8 | $134.5 | $142.1 | $113.5 | $105.9 | $39.5 | $562.3 | $401.0 | $498.1 |
| | % of sales | 23.4% | 13.5% | 22.1% | 20.4% | 14.0% | 11.6% | 11.1% | 4.9% | 20.3% | 10.7% | 13.9% |
| Taxes | | $17.0 | $10.8 | $26.3 | $25.8 | $21.3 | $17.0 | $15.9 | $5.9 | $79.9 | $60.1 | $99.6 |
| | %TR | 12.8% | 15.0% | 11.8% | 19.2% | 15.0% | 15.0% | 15.0% | 15.0% | 14.2% | 15.0% | 20.0% |
| Net Income | | $116.0 | $61.1 | $196.5 | $108.7 | $120.8 | $96.4 | $90.0 | $33.6 | $482.3 | $340.8 | $398.5 |
| | % of sales | 20.4% | 11.5% | 19.5% | 16.5% | 11.9% | 9.9% | 9.4% | 4.2% | 17.4% | 9.1% | 11.1% |
| EPS | | $1.33 | $0.70 | $2.25 | $1.26 | $1.40 | $1.11 | $1.03 | $0.38 | $5.55 | $3.92 | $4.51 |

*Source: Company data, Credit Suisse estimates*

29 February 2012

4

**CONFIDENTIAL**

FSLR00059663

First Solar (FSLR)

**Companies Mentioned**  *(Price as of 28 Feb 12)*
Canadian Solar (CSIQ, $3.82)
First Solar (FSLR, $36.40, NEUTRAL [V], TP $30.00)
SunPower Corp. (SPWR, $7.82, NEUTRAL [V], TP $8.00)
Suntech Power Holdings Co., Ltd. (STP.N, $3.29, UNDERPERFORM [V], TP $2.50)

# Disclosure Appendix

## Important Global Disclosures

Satya Kumar & Brandon Heiken each certify, with respect to the companies or securities that he or she analyzes, that (1) the views expressed in this report accurately reflect his or her personal views about all of the subject companies and securities and (2) no part of his or her compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

*See the Companies Mentioned section for full company names.*

### 3-Year Price, Target Price and Rating Change History Chart for FSLR

| FSLR Date | Closing Price (US$) | Target Price (US$) | Rating | Initiation/ Assumption |
|---|---|---|---|---|
| 4/30/09 | 187.29 | 175 | | |
| 6/1/09 | 189.06 | 200 | | |
| 7/31/09 | 154.39 | 135 | N | |
| 10/29/09 | 126.47 | 115 | | |
| 12/17/09 | 135.73 | 132 | | |
| 2/18/10 | 126.29 | 115 | | |
| 4/29/10 | 150.87 | 145 | | |
| 5/21/10 | 113.95 | 110.2 | | |
| 6/17/10 | 123.45 | 150 | O | |
| 9/16/10 | 144.38 | 160 | | |
| 10/29/10 | 137.68 | 155 | | |
| 11/17/10 | 122.83 | 127.5 | N | |
| 12/15/10 | 135.15 | 137 | | |
| 5/4/11 | 126.33 | 115 | | |
| 6/13/11 | 116.31 | 100 | | |
| 6/30/11 | 132.27 | 135 | | |
| 10/3/11 | 57.9 | 80 | | |
| 11/4/11 | 49.59 | 62 | | |
| 12/15/11 | 31.45 | 30 | | |



O=Outperform; N=Neutral; U=Underperform; R=Restricted; NR=Not Rated; NC=Not Covered

**Trading Alerts for FSLR were produced on:**

# CREDIT SUISSE

This report is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse AG, the Swiss bank, or its subsidiaries or its affiliates ("CS") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CS. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CS. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CS or its affiliates.

The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CS may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CS will not treat recipients as its customers by virtue of their receiving the report. The investments or services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice or a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you. CS does not offer advice on the tax consequences of investment and you are advised to contact an independent tax adviser. Please note in particular that the bases and levels of taxation may change.

CS believes the information and opinions in the Disclosure Appendix of this report are accurate and complete. Information and opinions presented in the other sections of the report were obtained or derived from sources CS believes are reliable, but CS makes no representations as to their accuracy or completeness. Additional information is available upon request. CS accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that liability arises under specific statutes or regulations applicable to CS. This report is not to be relied upon in substitution for the exercise of independent judgment. CS may have issued, and may in the future issue, a trading call regarding this security. Trading calls are short term trading opportunities based on market events and catalysts, while stock ratings reflect investment recommendations based on expected total return over a 12-month period as defined in the disclosure section. Because trading calls and stock ratings reflect different assumptions and analytical methods, trading calls may differ directionally from the stock rating. In addition, CS may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and CS is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report. CS is involved in many businesses that relate to companies mentioned in this report. These businesses include specialized trading, risk arbitrage, market making, and other proprietary trading.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgement at its original date of publication by CS and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk.

Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase.

Some investments discussed in this report have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment, in such circumstances you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed.

This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of CS, CS has not reviewed the linked site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CS's own website material) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through this report or CS's website shall be at your own risk.

This report is issued and distributed in Europe (except Switzerland) by Credit Suisse Securities (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is regulated in the United Kingdom by The Financial Services Authority ("FSA"). This report is being distributed in Germany by Credit Suisse Securities (Europe) Limited Niederlassung Frankfurt am Main regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht ("BaFin"). This report is being distributed in the United States by Credit Suisse Securities (USA) LLC ; in Switzerland by Credit Suisse AG; in Canada by Credit Suisse Securities (Canada), Inc.; in Brazil by Banco de Investimentos Credit Suisse (Brasil) S.A. or its affiliates; in Mexico by Banco Credit Suisse (México), S.A. (transactions related to the securities mentioned in this report will only be effected in compliance with applicable regulation); in Japan by Credit Suisse Securities (Japan) Limited, Financial Instrument Firm, Director-General of Kanto Local Finance Bureau (Kinsho) No. 66, a member of Japan Securities Dealers Association, The Financial Futures Association of Japan, Japan Securities Investment Advisers Association, Type II Financial Instruments Firms Association; elsewhere in Asia/Pacific by whichever of the following is the appropriately authorised entity in the relevant jurisdiction: Credit Suisse (Hong Kong) Limited, Credit Suisse Equities (Australia) Limited , Credit Suisse Securities (Thailand) Limited, Credit Suisse Securities (Malaysia) Sdn Bhd, Credit Suisse AG, Singapore Branch, Credit Suisse Securities (India) Private Limited regulated by the Securities and Exchange Board of India (registration Nos. INB230970637; INF230970637; INB010970631; INF010970631), having registered address at 9th Floor, Ceejay House,Dr.A.B. Road, Worli, Mumbai - 18, India, T- +91-22 6777 3777, Credit Suisse Securities (Europe) Limited, Seoul Branch, Credit Suisse AG, Taipei Securities Branch, PT Credit Suisse Securities Indonesia, Credit Suisse Securities (Philippines ) Inc., and elsewhere in the world by the relevant authorised affiliate of the above. Research on Taiwanese securities produced by Credit Suisse AG, Taipei Securities Branch has been prepared by a registered Senior Business Person.  Research provided to residents of Malaysia is authorised by the Head of Research for Credit Suisse Securities (Malaysia) Sdn. Bhd., to whom they should direct any queries on +603 2723 2020.

In jurisdictions where CS is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements. Non-U.S. customers wishing to effect a transaction should contact a CS entity in their local jurisdiction unless governing law permits otherwise. U.S. customers wishing to effect a transaction should do so only by contacting a representative at Credit Suisse Securities (USA) LLC in the U.S.

Please note that this report was originally prepared and issued by CS for distribution to their market professional and institutional investor customers. Recipients who are not market professional or institutional investor customers of CS should seek the advice of their independent financial advisor prior to taking any investment decision based on this report or for any necessary explanation of its contents. This research may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the FSA or in respect of which the protections of the FSA for private customers and/or the UK compensation scheme may not be available, and further details as to where this may be the case are available upon request in respect of this report.

Any Nielsen Media Research material contained in this report represents Nielsen Media Research's estimates and does not represent facts. NMR has neither reviewed nor approved this report and/or any of the statements made herein.

If this report is being distributed by a financial institution other than Credit Suisse AG, or its affiliates, that financial institution is solely responsible for distribution. Clients of that institution should contact that institution to effect a transaction in the securities mentioned in this report or require further information. This report does not constitute investment advice by Credit Suisse to the clients of the distributing financial institution, and neither Credit Suisse AG, its affiliates, and their respective officers, directors and employees accept any liability whatsoever for any direct or consequential loss arising from their use of this report or its content.
Copyright 2012 CREDIT SUISSE AG and/or its affiliates.  All rights reserved.

**CREDIT SUISSE SECURITIES (USA) LLC**
United States of America: +1 (212) 325-2000

FSLR02292012.doc