# EXHIBIT 30

**Global Equity Research**

Americas

Semiconductors

# UBS Investment Research

# First Solar Inc

## Solid results & outlook but with a little hair

■ **Delivers strong operational results and significant cost/watt improvements**

First Solar reported 2Q10 sales and EPS of $588M and $1.84 versus consensus of $543M and $1.61 with even more upside possible had the company been able to recognize its 60MW project in Sarnia, Canada. First Solar's module cost per watt improved by 6% q/q to $0.76/watt (versus $0.81/watt last quarter) driven mostly by its factory line run rate which increased 6% to 59MW/line.

■ **But, new expenses to fund a module replacement program a slight concern**

First Solar reported it found 30MW of faulty modules that were installed from Jun-08 to Jun-09 that could result in premature power loss. First Solar accrued an additional $17.8M for module replacement in COGS and $5.6M in opex and expects replacement to take 6 months. We believe it took time to find the problem as modules were in Europe and detected during high irradiance in summer days.

■ **Lowers 2010 sales guidance but raises 2010 EPS guidance**

First Solar now estimates its 2010 sales will be $2.5-$2.6B, down slightly from its prior guidance of $2.6-$2.7B given its strategic shift to sell more modules to its components business. First Solar raised its 2010 EPS guidance to $7.00-$7.40 versus $6.80-$7.30 previously given continued strong demand in 2H10.

■ **Valuation: Maintain Neutral rating and $136 price target**

Our 12-month price target is based on applying a 17x P/E multiple to our 2011 EPS estimate of $8.00. We look for more signs that the company's module replacement program gets settled with its key customers and more conviction its Agua Caliente 348MW project can close with a buyer before warming further to the stock.

| | 12-month rating | | **Neutral** |
|---|---|---|---|
| | | | *Unchanged* |
| | 12m price target | | US$136.00 |
| | | | *Unchanged* |
| | Price | | US$135.50 |

RIC: FSLR.O  BBG: FSLR US

**30 July 2010**

| Trading data | |
|---|---|
| 52-wk range | US$173.55-102.97 |
| Market cap. | US$11.5bn |
| Shares o/s | 85.1m (COM) |
| Free float | 96% |
| Avg. daily volume ('000) | 2,398 |
| Avg. daily value (m) | US$294.2 |

| Balance sheet data 12/10E | |
|---|---|
| Shareholders' equity | US$3.38bn |
| P/BV (UBS) | 3.4x |
| Net Cash (debt) | US$0.84bn |

| Forecast returns | |
|---|---|
| Forecast price appreciation | +0.4% |
| Forecast dividend yield | 0.0% |
| Forecast stock return | +0.4% |
| Market return assumption | 5.6% |
| Forecast excess return | -5.2% |

EPS (UBS, US$)

| | 12/10E | | | 12/09 |
|---|---|---|---|---|
| | From | To | Cons. | Actual |
| Q1 | 2.00 | 2.00 | 2.00 | 1.99 |
| Q2 | 1.60 | 1.84 | 1.61 | 2.11 |
| Q3E | 2.08 | 1.82 | 1.76 | 1.79 |
| Q4E | 1.61 | 1.64 | 1.69 | 1.65 |
| 12/10E | 7.30 | 7.30 | 7.12 | |
| 12/11E | 8.00 | 8.00 | 7.80 | |

Performance (US$)



Source: UBS

| Highlights (US$m) | 12/08 | 12/09 | 12/10E | 12/11E | 12/12E |
|---|---|---|---|---|---|
| Revenues | 1,246 | 2,066 | 2,552 | 3,683 | 4,651 |
| EBIT (UBS) | 438 | 680 | 712 | 802 | 878 |
| Net Income (UBS) | 348 | 640 | 633 | 696 | 767 |
| EPS (UBS, US$) | 4.24 | 7.53 | 7.30 | 8.00 | 8.80 |
| Net DPS (UBS, US$) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Profitability & Valuation | 5-yr hist av. | 12/09 | 12/10E | 12/11E | 12/12E |
|---|---|---|---|---|---|
| EBIT margin % | -13.9 | 32.9 | 27.9 | 21.8 | 18.9 |
| ROIC (EBIT) % | - | 53.6 | 34.4 | 29.1 | 27.0 |
| EV/EBITDA (core) x | - | 14.1 | 12.4 | 11.2 | 10.4 |
| PE (UBS) x | - | 19.4 | 18.6 | 16.9 | 15.4 |
| Net dividend yield % | - | 0.0 | 0.0 | 0.0 | 0.0 |

Source: Company accounts, Thomson Reuters, UBS estimates. (UBS) valuations are stated before goodwill-related charges and other adjustments for abnormal and economic items at the analysts' judgement

Valuations: based on an average share price that year, (E): based on a share price of US$135.50 on 29 Jul 2010 19:43 EDT

**Stephen Chin**

Analyst

stephen.chin@ubs.com

+1-212-713 4111

www.ubs.com/investmentresearch

This report has been prepared by UBS Securities LLC

ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 10.

UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

First Solar Inc   30 July 2010

## Key positive takeaways from its 2Q10 results

■ First Solar raised 2010 EPS, gross margin and operating margin guidance (see Table 1). First Solar also lowered their FX assumption from $1.30/€ to $1.20/€, which gives the company another $0.20 toward their EPS guidance. The 2010 EPS guidance could have moved to $7.20 to $7.60 at the $1.30/€ assumption.

Table 1: First Solar's New Guidance

|  | New 2010 Guidance | Old 2010 Guidance |
|---|---|---|
| Revenue | $2.5B to $2.6B | $2.6B to $2.7B |
| Gross Margin | 44%-45% | 41%-43% |
| Operating Margin | 27%-29% | 25%-27% |
| EPS | $7.00 to $7.40 | $6.80 to $7.30 |

Source: Company reports

■ First Solar was able to improve its solar module cost/watt by $0.05 (down -6%) from $0.81/watt to $0.76/watt. The Majority of the improvement was achieved due to a 6% increase in line throughput from 55.7MW to 59.0 MW. The company's solar module efficiency increased by 10bps to 11.2% in 2Q10 from 11.1% in 1Q10.

■ First Solar reported that they have started the ground work at the Agua Caliente site and expect to start shipping to the site in 2011. We believe the company's new guidance for 500-700MW shipments to utility scale projects in the US would include the following: Agua Caliente, AV Ranch Solar 1, Desert Topaz, Desert Sunlight, Ontario projects and Silver State North sites.

Table 2: First Solar projects that could receive modules in 2011

| | Initial Delivery Date | Land Type | Total MWs (AC) | Total MWs (DC) (AC*1.2) | Total MWs installation in 2011E | DC | PPA (MW AC) | PPA Approved by CPUC |
|---|---|---|---|---|---|---|---|---|
| Agua Caliente/NextLight | 12/1/2014 | Private | 290 | 348 | 50% | 176 | PG&E | Yes |
| Ontario Portfolio of 5 projects | | | 95 | 114 | 100% | 114 | Ontario RESOP program | N/A |
| Antelope Valley Solar Ranch 1/ NextLight | 12/31/2013 | Private | 230 | 276 | 40% | 100 | PG&E | Yes |
| Desert Sunlight | 2Q15 | BLM | 550 | 660 | 15% | 75 | 300MW - PG&E 200MW - SCE | Pending |
| Desert Topaz | 12/31/2011 | Private | 550 | 660 | 15% | 100 | PG&E | Yes |
| Silver State/NextLight | Estimate 4Q11 for 50 MW | BLM | 407 | 488 | 4% | 60 | 50MW - NV Energy | N/A |

Source: Company reports, UBS estimates

CONFIDENTIAL                                      FSLR00263732

First Solar Inc   30 July 2010

- First Solar could have realized even more upside to its 2Q10 sales had they realized the 60 MW project in Sarnia. We believe at approximately $3/W, there could have been further upside of up to $180M to its 2Q10 sales. This revenue will likely be realized in 3Q10.

## Potentially concerning takeaways from its 2Q10 results

- First Solar reported that it found solar module quality problems affecting 4% (30MW) of its production during the time period of Jun-08 to Jun-09. First Solar has set aside a reserve fund of $27.4M in 2Q10 for replacing these modules. We believe this could be an overhang on the stock as the modules are replaced over the next six months.

- First Solar's guidance includes declining margins for 2H10 from 48.3% in 2Q10 to approx. 39% in 3Q10 to 44% in 4Q10. We believe this means the average selling price declines by 8-9% in 3Q10 to account for the Feed-in-Tariff cuts and another 5-6% in 4Q10 to adjust for the Feed-in-Tariff cuts expected on Jan 1, 2011. We are not concerned about this development because we believe the entire solar market is adjusting for Germany's FiT cuts and believe the big jump in cost reduction gives First Solar some cushion against margin erosions.

- First Solar reported that its solar module ASP was down q/q, we believe the price decline was about 2% in € pricing combined with about 3% decline in the exchange rate leading to blended ASP decline of 5% to 1.70/W for 2Q10.

- First Solar lowered their operating cash flow guidance from $625M-$675M to $575M-$625M. We are not concerned as we believe this cash will be tied up in the project development business, which we believe is essential to the long-term business model of First Solar.

- FX exchange rate risk remains. First Solar now estimates an unhedged FX at 1.20/€. For the remainder of the year, approximately 53% of the net sales and 64% of net income are hedged at $1.33/€. First Solar estimates that every $0.01 change in the $/€ exchange rate impacts revenue by $3M and net income by $2M.

CONFIDENTIAL

FSLR00263733

First Solar Inc  30 July 2010

## Table 3: Quarterly Metrics

|  |  | Sep-09 | Dec-09 | Mar-10 | Jun-10 |
|---|---|---|---|---|---|
| Production (MW) |  | 292.2 | 310.9 | 322.0 | 344.0 |
|  | q/q change | 1% | 6% | 4% | 7% |
| Shipments (MW) |  | 280.0 | 334.0 | 315.6 | 316.7 |
|  | q/q change | 9% | 19% | -8% | 0% |
| Watts per Module |  | 74.5 | 75.2 | 75.2 | 75.9 |
|  | q/q change | 1% | 1% | 1% | 1% |
| ASP/watt |  | $1.97 | $1.78 | $1.78 | $1.70 |
|  | q/q change | -3% | -10% | 0% | -4% |
| Cost/watt |  | $0.85 | $0.84 | $0.81 | $0.76 |
|  | q/q change | -2% | -1% | -4% | -6% |
| Efficiency |  | 11.0% | 11.1% | 11.1% | 11.2% |
|  | q/q change | 1% | 1% | 0% | 1% |

Source: Company Reports

## Table 4: Quarterly Results from Operations

|  | Sep-09 | Dec-09 | Mar-10 | Jun-10 | 2010E Guidance |
|---|---|---|---|---|---|
| Total Sales | $480.9 | $641.3 | $568.0 | $587.9 | 2.5-2.6B |
| Cost of Goods Sold | $235.9 | $375.1 | $285.9 | $303.7 |  |
| Gross Margin $'s | $245.0 | $266.2 | $282.0 | $284.2 |  |
| Gross Margin % | 50.9% | 41.5% | 49.7% | 48.3% | 44% - 45% |
| R&D | $24.1 | $23.7 | $22.9 | $22.8 |  |
| SG&A | $54.0 | $96.7 | $66.9 | $78.6 |  |
| Production Startup Costs | $82.2 | $121.5 | $90.9 | $103.7 | $20M |
| Proforma Operating Margin $'s | $84.7 | $24.3 | $101.4 | $79.0 |  |
| Proforma Operating Margin % | 17.6% | 3.8% | 17.9% | 13.4% | 27% - 29% |
| EPS | $1.79 | $1.65 | $2.00 | $1.84 | $7.00-$7.40 |

Source: Company Reports

UBS 4

CONFIDENTIAL

FSLR00263734

First Solar Inc 30 July 2010

## Table 5: Selected Balance Sheet Metrics

| | Sep-09 | Dec-09 | Mar-10 | Jun-10 | 2010E Guidance |
|---|---|---|---|---|---|
| Cash and Equivalents | $830.1 | $1,114.3 | $1,020.0 | $960.5 | |
| Debt | $192.5 | $175.0 | $162.5 | $138.6 | |
| Net Cash | $637.6 | $939.4 | $857.5 | $821.9 | |
| Net Cash Per Share | $7.42 | $10.92 | $9.96 | $9.51 | |
| Cash From Operations | $175.1 | $413.8 | $31.3 | $76.3 | $575M - $625M |
| Capex | -$64.8 | -$69.2 | -$106.0 | -$133.5 | $575M - $625M |
| Free Cash Flow | $110.3 | $344.6 | -$74.7 | -$57.2 | |
| Accounts Receivable | $349.0 | $226.8 | $269.2 | $256.3 | |
| AR DSO's (days) | 66 | 32 | 43 | 40 | |
| Inventory | $176.0 | $152.8 | $172.1 | $194.3 | |
| Inventory Turns (times) | 5.3 | 9.8 | 6.6 | 6.3 | |
| Shares (in millions) | 85.9 | 86.0 | 86.1 | 86.4 | 86M - 87M |

Source: Company Reports

CONFIDENTIAL FSLR00263735

## Table 6: First Solar's Sales by segment

First Solar Inc   30 July 2010

| First Solar | 2007 | 2008 | 1Q09 | 2Q09 | 3Q09 | 4Q09 | 2009 | 1Q10 | 2Q10 | 3Q10 E | 4Q10 E | 2010 E | 1Q11 E | 2Q11 E | 3Q11 E | 4Q11 E | 2011 E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $M | | | | | | | | | | | | | | | | | |
| Module Shipments in MW (contract sales and systems) | 301.5 | 487.6 | 193.8 | 256.3 | 280.0 | 334.0 | 1064.1 | 315.6 | 316.7 | 343.3 | 368.6 | 1344.1 | 471.2 | 505.0 | 537.0 | 547.7 | 2061.0 |
| | | | | | | | | | | | | | | | | | |
| Blended ASP per watt $ | $2.48 | $2.45 | $2.13 | $2.03 | $1.97 | $1.78 | $1.92 | $1.78 | $1.72 | $1.56 | $1.48 | $1.63 | $1.38 | $1.38 | $1.32 | $1.30 | $1.34 |
| q/q | | | -7.8% | -4.7% | -2.8% | -3.9% | | 0.0% | -4.5% | -8.1% | -5.6% | | -5.4% | 0.0% | -4.3% | -1.8% | |
| y/y | 3.6% | -1.4% | 13% | 21% | 22% | 23% | 23% | | | | | 12% | | | | | 17.5% |
| | | | | | | | | | | | | | | | | | |
| Average Module Cost per watt | $1.26 | $1.10 | $0.93 | $0.87 | $0.85 | $0.84 | $0.87 | $0.81 | $0.75 | $0.75 | $0.75 | $0.76 | $0.72 | $0.72 | $0.70 | $0.69 | $0.71 |
| q/q | -30% | -10% | | | | | -21% | | | | | 13% | | | | | 7% |
| y/y | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Module efficiency Levels | 10 | 11 | 10.9 | 10.9 | 11.0 | 11.1 | 11.0 | 11.1 | 11.2 | 11.4 | 11.6 | 11.5 | 11.8 | 11.9 | 12.1 | 12.3 | 12.0 |
| % | 5.8% | 6.9% | 1% | 0% | 1% | 1% | 3% | 0% | 1% | 2% | 2% | 2% | 2% | 1% | 2% | 2% | 6% |
| Revenue subtotal | | | $412,994 | $520,397 | $502,030 | $593,983 | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| % of Shipments to get Rebate | | | | | 68.0% | 67.8% | 68% | 55.8% | 60.0% | 0.0% | 0.0% | 79% | | | | | |
| Rebate amount per watt ($/watt) | | | | | $0.33 | $0.25 | $0.32 | $0.20 | $0.20 | $0.20 | $0.20 | $0.20 | | | | | |
| Rebate | | | | | $72,349 | $56,571 | $128,920 | $35,164 | $38,005 | | | $73,169 | | | | | |
| q/q | | | | | | -21.8% | | -37.8% | | | | | | | | | |
| Net Module Sales | | | $413,062 | $520,466 | $480,288 | $537,411 | $1,951,227 | $526,251 | $500,397 | $536,352 | $543,623 | $2,106,623 | $567,524 | $696,964 | $708,811 | $709,842 | $2,683,141 |
| % of Sales | | | 98.8% | 99.0% | 99.9% | 83.8% | 94.4% | 92.7% | 85.1% | 70.4% | 85.7% | 82.5% | 80.7% | 77.4% | 73.8% | 64.2% | 73.9% |
| Gross Margin % | | 55.3% | 53.4% | 57.2% | 50.4% | 48.6% | 52.4% | 51.4% | 51.9% | 52.2% | 50.3% | 51.3% | 47.7% | 48.2% | 46.7% | 46.6% | 47.2% |
| | | | | | | | | | | | | | | | | | |
| Systems | | | | | | | | | | | | | | | | | |
| Sales | $3.1 | $53.7 | $5,146 | $5,410 | $0,500 | $103,917 | $114,973 | $39,488 | $88,875 | $225,874 | $90,350 | $442,587 | $135,524 | $203,287 | $264,273 | $396,409 | $999,492 |
| % of sales | 1% | 4% | 1.2% | 1.0% | 0.1% | 16.2% | 6% | 7.0% | 14.8% | 29.6% | 14.3% | 17% | 19.3% | 22.6% | 27.2% | 35.8% | 27% |
| MW installed | | | 1.7 | 1.9 | 0.2 | 39.2 | 41.0 | 25.6 | 58.0 | 156.4 | 67.6 | 307.6 | 99.7 | 155.8 | 211.4 | 331.5 | 798.5 |
| | | | | | | | | | | | | | | | | | |
| Total Sales | | $1,246.2 | $418,208 | $525,876 | $480,788 | $641,328 | $2,066,200 | $565,740 | $587,272 | $762,226 | $633,973 | $2,549,210 | $703,049 | $900,250 | $973,084 | $1,106,251 | $3,682,634 |
| Total COGS | | $567,908 | $185,075 | $228,031 | $238,460 | $370,002 | $1,021,612 | $291,498 | $321,888 | $467,402 | $354,884 | $1,411,871 | $421,335 | $548,273 | $620,870 | $743,720 | $2,334,197 |
| Total Gross Margin $ | | $678,814 | $233,133 | $297,395 | $242,328 | $271,326 | $1,044,588 | $274,242 | $265,383 | $294,824 | $279,089 | $1,141,585 | $281,714 | $351,977 | $352,214 | $362,531 | $1,346,351 |
| Total Gross Margin % | | 54.4% | 55.7% | 56.5% | 50.4% | 42.3% | 50.6% | 48.5% | 45.2% | 38.7% | 44.0% | 43.5% | 40.1% | 39.1% | 36.2% | 32.8% | 36.6% |

Source: Company reports, UBS estimates

CONFIDENTIAL

FSLR00263736

First Solar Inc 30 July 2010

## Table 7: First Solar's Income Statement

| $M | 2007 | 2008 | 1Q09 | 2Q09 | 3Q09 | 4Q09 | 2009 | 1Q10 | 2Q10 | 3Q10 E | 4Q10 E | 2010 E | 1Q11 E | 2Q11 E | 3Q11 E | 4Q11 E | 2011 E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 503.976 | 3M 201 | 410.290 | 525.076 | 430.051 | 641.205 | 2006500 | 567.561 | 507.054 | 765.226 | 833.970 | 2560.014 | 700.049 | 800.250 | 973.004 | 1106.251 | 3609.600 |
| COGS | 252.573 | 567.800 | 162.924 | 227.760 | 235.855 | 375.056 | 301.818 | 285.925 | 303.690 | 467.402 | 554.864 | 1411.871 | 421.335 | 548.273 | 620.870 | 743.720 | 2334.157 |
| Recurring COGS | | | | | | | | | | | | | | | | | |
| Stock Option Expense | | | | | | | | | | | | | | | | | |
| Gross Margin | 251.403 | 670.393 | 235.284 | 298.056 | 244.993 | 266.209 | 044.562 | 282.036 | 204.134 | 294.324 | 279.069 | 1142.140 | 201.714 | 551.977 | 352.214 | 362.531 | 1548.476 |
| Gross Margin excluding Options Expense | | | | | | | | | | | | | | | | | |
| R&D | 10.107 | 33.017 | 11.704 | 18.600 | 24.156 | 23.716 | 78.181 | 22.863 | 22.696 | 24.430 | 24.936 | 90.080 | 23.668 | 27.730 | 28.067 | 30.302 | 113.821 |
| Recurring R&D | | | | 55% | | | | | | | | | | | | | |
| Stock Option Expense | | | | | | | | | | | | | | | | | |
| SG&A | 82.248 | 174.393 | 49.815 | 72.926 | 69.060 | 96.667 | 275.998 | 56.864 | 78.502 | 83.313 | 83.918 | 312.087 | 91.644 | 100.809 | 103.807 | 117.043 | 413.859 |
| Recurring SG&A | | | | | | | | | | | | | | | | | |
| Stock Option Expense | | | | | | | | | | | | | | | | | |
| Production Start up Costs | 30000 | 31.000 | 5.204 | 9.5M | 4.070 | 1.709 | 18.908 | 1.144 | 2.084 | 8581 | 9.500 | 21.309 | 4.000 | 4.100 | 4.000 | 4.000 | 16000 |
| Total Opex | 114.222 | 240.364 | 67.228 | 94.056 | 82.158 | 121.486 | 364.867 | 80.895 | 103.721 | 116.247 | 117.756 | 428.639 | 122.312 | 132.543 | 193.434 | 152.395 | 543.879 |
| Operating Income | 137.181 | 438.399 | 168.056 | 204.041 | 132.795 | 144.723 | 679.615 | 191.141 | 180.479 | 176.976 | 161.969 | 711.545 | 195.402 | 218.454 | 212.790 | 210.136 | 801.769 |
| Interest Income, Other | 10.701 | 25.427 | 1.676 | -2.740 | 2.170 | 5.590 | 6.699 | 4.210 | -0.035 | 3.051 | 3.247 | 11.080 | 3.755 | 4.000 | 4.199 | 4.690 | 10.780 |
| Pre-Tax Income | 156.962 | 455.776 | 169.732 | 201.298 | 134.971 | 160.313 | 686.314 | 195.399 | 180.438 | 182.237 | 164.569 | 722.655 | 163.187 | 223.480 | 216.989 | 214.826 | 819.468 |
| Taxes | -3.590 | 110.400 | 5.137 | 20.719 | 1.623 | 8.697 | 48.176 | 23.014 | 21.395 | 23.691 | 21.398 | 89.098 | 24.475 | 83.522 | 32.648 | 32.224 | 122.769 |
| Proforma taxes | 44.300 | 116.446 | 5.137 | 20.719 | 1.623 | 8.697 | 46.176 | 23.014 | 21.395 | 23.691 | 21.396 | 89.498 | 24.475 | 83.522 | 32.648 | 32.224 | 122.769 |
| Total Options Expense | 39.500 | 60.200 | 16.200 | 17.700 | 22.200 | 33.600 | 85.000 | | | | | 89.000 | | | | | 89.000 |
| Accounting charge | | | | | | | | | | | | | | | | | |
| Net Income | 158.364 | 548.380 | 164.595 | 180.579 | 133.343 | 141.616 | 645.133 | 172.345 | 163.043 | 158.546 | 143.201 | 633.136 | 138.392 | 89.958 | 164.44 | 182.602 | 695.694 |
| Net income excluding Options | 157.364 | 438.593 | | | | | 715.199 | | | | | 700.106 | | | | | 797.694 |
| Add backs | 48.700 | | | | | | | | | | | | | | | | |
| Net income adjusted for one time items | 111.394 | | | | | | | | | | | | | | | | |
| Diluted Shares | 73.972 | 82.104 | 82.612 | 85.668 | 85.852 | 86.004 | 85.044 | 86.092 | 86.401 | 86.901 | 87.401 | 86.689 | 85.799 | 85.899 | 86.999 | 86.399 | 86.904 |
| Proforma EPS | $1.43 | $4.24 | $1.99 | $2.11 | $1.79 | $1.65 | $7.83 | $2.00 | $1.84 | $1.82 | $1.64 | $7.30 | $1.60 | $2.19 | $2.12 | $2.10 | $8.00 |
| | | 196% | | | | | 778 | | | | | -5% | | | | | 1% |
| qtq growth | | | -3.0% | 25.7% | -0.6% | 30.4% | | -11.4% | 3.5% | 25.7% | -10.0% | | 10.3% | 20.0% | 8.1% | 13.7% | |
| yoy growth | 273% | 147% | 112% | 97% | 38% | 48% | 166% | 38% | 12% | 20% | -1% | 24% | -24% | 58% | 28% | 24% | 41% |
| Gross Margin | 49.8% | 54.4% | 56.3% | 56.7% | 50.9% | 41.5% | 50.6% | 49.7% | 43.3% | 35.7% | 44.0% | 44.2% | 40.1% | 39.1% | 36.2% | 32.6% | 36.6% |
| Gross Margin Excluding Options Expense | | 0.0% | | | | | | | | | | | | | | | |
| Incremental GM | | | -3.8% | 58.3% | 117.3% | 13.2% | | -21.6% | 13.8% | 6.1% | 12.3% | | 3.8% | 35.6% | 8.3% | 7.7% | |
| R&D | 2.0% | 2.7% | 2.9% | 3.2% | 5.0% | 3.7% | 3.8% | 4.0% | 3.9% | 3.2% | 3.9% | 3.7% | 3.8% | 3.1% | 2.9% | 2.8% | 3.2% |
| SG&A | 16.3% | 14.1% | 11.9% | 13.9% | 11.2% | 15.1% | 13.9% | 11.3% | 13.4% | 10.9% | 13.1% | 12.0% | 17.7% | 11.2% | 11.0% | 10.6% | 11.2% |
| Production Startup Costs | 3.3% | 2.6% | 1.5% | 0.5% | 1.8% | 0.2% | 0.7% | 0.2% | 0.4% | 1.1% | 1.5% | 0.8% | 0.6% | 0.4% | 0.4% | 0.4% | 0.4% |
| Stock Based Compensation | 7.8% | 4.8% | 3.3% | 3.4% | 4.6% | 5.2% | 4.1% | 0.0% | 0.0% | 0.0% | 0.0% | 3.7% | 0.0% | 0.0% | 0.0% | 0.0% | 2.6% |
| Opex | 22.7% | 19.3% | 16.1% | 17.9% | 12.1% | 18.9% | 17.7% | 16.2% | 17.6% | 16.3% | 13.6% | 16.6% | 17.4% | 14.7% | 14.3% | 13.8% | 14.0% |
| Operating Income | 27.2% | 35.2% | 40.2% | 38.8% | 30.9% | 22.6% | 32.9% | 33.7% | 33.7% | 23.4% | 25.6% | 27.9% | 22.7% | 24.4% | 21.9% | 19.0% | 21.6% |
| Incremental OM | | | 32.9% | 33.4% | 91.6% | -11.0% | | 52.5% | -51.6% | -1.1% | 11.1% | | 25.4% | 39.4% | 41.1% | -6.1% | |
| Other Income | 5.7% | 2.0% | 0.4% | -0.5% | 0.5% | 0.9% | 0.3% | 0.7% | 0.0% | 0.5% | 0.5% | 0.4% | 0.5% | 0.4% | 0.4% | 0.4% | 0.5% |
| Pretax Income | 30.9% | 37.2% | 40.6% | 38.3% | 34.3% | 23.4% | 33.2% | 54.4% | 83.7% | 23.9% | 25.0% | 28.3% | 25.2% | 24.8% | 22.3% | 19.4% | 33.2% |
| Tax Rate Proforma | 28.4% | 34.9% | 3.3% | 10.3% | 7.0% | 5.0% | 6.7% | 11.2% | 13.0% | 13.0% | 13.0% | 12.4% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| Net Income | 31.4% | 27.9% | 39.4% | 34.3% | 31.9% | 22.1% | 31.0% | 50.3% | 27.1% | 20.8% | 22.6% | 28.8% | 19.7% | 21.1% | 19.0% | 16.5% | 18.9% |

Source: Company reports, UBS estimates

UBS 7

CONFIDENTIAL

FSLR00263737

# First Solar Inc

| Income statement (US$m) | 12/05 | 12/06 | 12/07 | 12/08 | 12/09 | 12/10E | % ch | 12/11E | % ch | 12/12E | % ch |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 48 | 135 | 504 | 1,246 | 2,066 | 2,552 | 23.5 | 3,683 | 44.3 | 4,651 | 26.3 |
| Operating expenses (ex depn) | (49) | (122) | (342) | (748) | (1,257) | (1,692) | 34.6 | (2,733) | 61.5 | (3,625) | 32.6 |
| EBITDA (UBS) | (1) | 13 | 162 | 498 | 809 | 860 | 6.2 | 950 | 10.5 | 1,026 | 8.0 |
| Depreciation | (3) | (10) | (24) | (60) | (130) | (148) | 14.2 | (148) | 0.0 | (148) | 0.0 |
| Operating income (EBIT, UBS) | (5) | 3 | 137 | 438 | 680 | 712 | 4.7 | 802 | 12.7 | 878 | 9.5 |
| Other income & associates | 0 | 0 | 0 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Net interest | (2) | 6 | 19 | 25 | 7 | 11 | 65.6 | 17 | 50.6 | 25 | 47.1 |
| Abnormal items (pre-tax) | 0 | 0 | 0 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Profit before tax | (7) | 9 | 156 | 464 | 686 | 723 | 5.3 | 818 | 13.3 | 903 | 10.3 |
| Tax | 0 | (5) | (44) | (115) | (46) | (89) | 93.8 | (123) | 37.2 | (135) | 10.3 |
| Profit after tax | (7) | 4 | 112 | 348 | 640 | 633 | -1.1 | 696 | 9.9 | 767 | 10.3 |
| Abnormal items (post-tax) | 0 | 0 | 47 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Minorities / pref dividends | 0 | 0 | 0 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Net income (local GAAP) | (7) | 4 | 158 | 348 | 640 | 633 | -1.1 | 696 | 9.9 | 767 | 10.3 |
| Net income (UBS) | (7) | 4 | 112 | 348 | 640 | 633 | -1.1 | 696 | 9.9 | 767 | 10.3 |
| | | | | | | | | | | | |
| Tax rate (%) | 0 | 57 | 28 | 25 | 7 | 12 | 84.1 | 15 | 21.1 | 15 | 0.0 |
| Pre-abnormal tax rate (%) | 0 | 57 | 28 | 25 | 7 | 12 | 84.1 | 15 | 21.1 | 15 | 0.0 |

| Per share (US$) | 12/05 | 12/06 | 12/07 | 12/08 | 12/09 | 12/10E | % ch | 12/11E | % ch | 12/12E | % ch |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EPS (local GAAP) | (0.13) | 0.06 | 2.03 | 4.24 | 7.53 | 7.30 | -3.0 | 8.00 | 9.6 | 8.80 | 10.0 |
| EPS (UBS) | (0.13) | 0.06 | 1.43 | 4.24 | 7.53 | 7.30 | -3.0 | 8.00 | 9.6 | 8.80 | 10.0 |
| Net DPS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | - | 0.00 | - |
| Cash EPS | (0.06) | 0.21 | 1.75 | 4.97 | 9.05 | 9.01 | -0.5 | 9.71 | 7.7 | 10.50 | 8.2 |
| BVPS | 0.55 | 6.65 | 14.08 | 18.66 | 31.17 | 39.73 | 27.5 | 49.48 | 24.6 | 60.08 | 21.4 |

| Balance sheet (US$m) | 12/05 | 12/06 | 12/07 | 12/08 | 12/09 | 12/10E | % ch | 12/11E | % ch | 12/12E | % ch |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and equivalents | 17 | 308 | 637 | 822 | 1,114 | 981 | -11.9 | 1,219 | 24.2 | 1,720 | 41.2 |
| Other current assets | 10 | 80 | 166 | 285 | 567 | 848 | 49.7 | 1,275 | 50.5 | 1,462 | 14.5 |
| Total current assets | 27 | 389 | 803 | 1,107 | 1,681 | 1,829 | 8.8 | 2,495 | 36.4 | 3,182 | 27.5 |
| Net tangible fixed assets | 74 | 179 | 430 | 843 | 989 | 1,426 | 44.2 | 1,678 | 17.7 | 1,930 | 15.0 |
| Net intangible fixed assets | 0 | 0 | 0 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Investments / other assets | 2 | 11 | 139 | 165 | 680 | 757 | 11.3 | 757 | 0.0 | 757 | 0.0 |
| Total assets | 102 | 579 | 1,371 | 2,115 | 3,350 | 4,012 | 19.8 | 4,929 | 22.9 | 5,868 | 19.0 |
| Trade payables & other ST liabilities | 34 | 49 | 172 | 347 | 366 | 312 | -14.8 | 400 | 28.0 | 437 | 9.3 |
| Short term debt | 0 | 3 | 15 | 35 | 29 | 24 | -14.3 | 24 | 0.0 | 24 | 0.0 |
| Total current liabilities | 34 | 52 | 186 | 382 | 395 | 337 | -14.7 | 424 | 26.0 | 461 | 8.8 |
| Long term debt | 20 | 61 | 69 | 164 | 146 | 114 | -22.0 | 114 | 0.0 | 114 | 0.0 |
| Other long term liabilities | 10 | 4 | 19 | 56 | 155 | 180 | 15.6 | 180 | 0.0 | 180 | 0.0 |
| Total liabilities | 63 | 117 | 274 | 601 | 697 | 631 | -9.5 | 718 | 13.9 | 755 | 5.2 |
| Equity & minority interests | 38 | 462 | 1,097 | 1,513 | 2,653 | 3,381 | 27.5 | 4,211 | 24.6 | 5,113 | 21.4 |
| Total liabilities & equity | 102 | 579 | 1,371 | 2,115 | 3,350 | 4,012 | 19.8 | 4,929 | 22.9 | 5,868 | 19.0 |

| Cash flow (US$m) | 12/05 | 12/06 | 12/07 | 12/08 | 12/09 | 12/10E | % ch | 12/11E | % ch | 12/12E | % ch |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income | (7) | 4 | 158 | 348 | 640 | 633 | -1.1 | 696 | 9.9 | 767 | 10.3 |
| Depreciation | 3 | 10 | 24 | 60 | 130 | 148 | 14.2 | 148 | 0.0 | 148 | 0.0 |
| Net change in working capital | 3 | (27) | 70 | 33 | (144) | (172) | 18.9 | (341) | 98.6 | (148) | -56.5 |
| Other (operating) | 5 | 13 | (47) | 22 | 50 | (76) | - | 134 | - | 134 | 0.0 |
| Net cash from operations | 5 | (1) | 206 | 463 | 675 | 533 | -21.0 | 637 | 19.5 | 902 | 41.4 |
| Capital expenditure | (42) | (153) | (242) | (459) | (280) | (644) | 130.2 | (400) | -37.9 | (167) | -58.3 |
| Net (acquisitions) / disposals | 0 | 0 | 0 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Other changes in investments | (1) | (7) | (308) | 151 | (422) | (6) | - | 0 | - | 0 | - |
| Cash from investing activities | (44) | (160) | (550) | (308) | (702) | (651) | -7.2 | (400) | -38.5 | (167) | -58.3 |
| Increase/(decrease) in debt | 35 | 103 | 15 | 97 | (33) | (1) | - | 0 | - | 0 | - |
| Share issues / (repurchases) | 17 | 333 | 366 | 0 | 0 | 1 | - | 0 | - | 0 | - |
| Dividends paid | 0 | 0 | 0 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Other cash from financing | 0 | 15 | 50 | 90 | 11 | 2 | - | 0 | - | 0 | - |
| Cash from financing activities | 52 | 452 | 430 | 178 | (22) | 2 | - | 0 | - | 0 | - |
| Cash flow chge in cash & equivalents | 13 | 291 | 86 | 332 | (49) | (115) | - | 237 | - | 735 | - |
| FX / non cash items | 4 | 0 | 243 | (147) | 341 | (18) | -94.5 | 0 | - | (233) | - |
| Bal sheet chge in cash & equivalents | 17 | 291 | 329 | 185 | 293 | (133) | - | 237 | - | 502 | - |
| | | | | | | | | | | | |
| Core EBITDA | (1) | 13 | 162 | 498 | 809 | 860 | 6.2 | 950 | 10.5 | 1,026 | 8.0 |
| Maintenance capital expenditure | (8) | (31) | (48) | (92) | (56) | (129) | 130.2 | (80) | -37.9 | (33) | -58.3 |
| Maintenance net working capital | 0 | 0 | 0 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Operating free cash flow, pre-tax | (10) | (18) | 113 | 406 | 753 | 731 | -3.0 | 870 | 19.0 | 993 | 14.1 |

Source: Company accounts, UBS estimates. (UBS) valuations are stated before goodwill-related charges and other adjustments for abnormal and economic items at the analysts' judgement. Note: For some companies, the data represents an extract of the full company accounts.

CONFIDENTIAL

FSLR00263738

# Global Equity Research

Americas

Semiconductors

| 12-month rating | **Neutral** |
|---|---|
| 12m price target | **US$136.00** |

# First Solar Inc

## Company profile

First Solar is the world's largest manufacturer of thin-film cadmium telluride-based solar modules. It has manufacturing facilities in the US and Germany, with a total 2007 production capacity of 200MW, and has begun construction of a manufacturing facility in Malaysia. It currently has the lowest cost per watt in the solar industry at $1.19/watt. Its objective is to become the first solar module manufacturer to offer a solar electricity solution that competes on a non-subsidized basis with the price of retail electricity in key markets in North America, Europe and Asia by 2010.

## Value (EV/OpFCF & P/E)



## Profitability



## ROE v Price to book value



## Growth (UBS EPS)



| Valuation (x) | 5Yr Avg | 12/08 | 12/09 | 12/10E | 12/11E | 12/12E |
|---|---|---|---|---|---|---|
| P/E (local GAAP) | - | 50.9 | 19.4 | 18.6 | 16.9 | 15.4 |
| P/E (UBS) | - | 50.9 | 19.4 | 18.6 | 16.9 | 15.4 |
| P/CEPS | - | 43.5 | 16.1 | 15.0 | 14.0 | 12.9 |
| Net dividend yield (%) | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| P/BV | - | 11.6 | 4.7 | 3.4 | 2.7 | 2.3 |
| EV/revenue (core) | - | NM | 5.5 | 4.2 | 2.9 | 2.3 |
| EV/EBITDA (core) | - | 33.3 | 14.1 | 12.4 | 11.2 | 10.4 |
| EV/EBIT (core) | - | NM | 16.7 | 15.0 | 13.3 | 12.2 |
| EV/OpFCF (core) | - | NM | 15.1 | 14.6 | 12.3 | 10.7 |
| EV/op. invested capital | - | NM | 9.0 | 5.2 | 3.9 | 3.3 |

| Enterprise value (US$m) | | 12/08 | 12/09 | 12/10E | 12/11E | 12/12E |
|---|---|---|---|---|---|---|
| Average market cap | | 17,179 | 12,193 | 11,532 | 11,532 | 11,532 |
| + minority interests | | 0 | 0 | 0 | 0 | 0 |
| + average net debt (cash) | | (588) | (781) | (781) | (781) | (781) |
| + pension obligations and other | | 0 | 0 | 0 | 0 | 0 |
| - non-core asset value | | (30) | (36) | (81) | (81) | (81) |
| Core enterprise value | | 16,561 | 11,375 | 10,670 | 10,670 | 10,670 |

| Growth (%) | 5Yr Avg | 12/08 | 12/09 | 12/10E | 12/11E | 12/12E |
|---|---|---|---|---|---|---|
| Revenue | NM | 147.3 | 65.8 | 23.5 | 44.3 | 26.3 |
| EBITDA (UBS) | - | NM | 62.5 | 6.2 | 10.5 | 8.0 |
| EBIT (UBS) | - | NM | 55.0 | 4.7 | 12.7 | 9.5 |
| EPS (UBS) | - | 196.2 | 77.5 | -3.0 | 9.6 | 10.0 |
| Cash EPS | - | 164.4 | 82.3 | -0.5 | 7.7 | 8.2 |
| Net DPS | - | - | - | - | - | - |
| BVPS | - | 32.6 | 67.0 | 27.5 | 24.6 | 21.4 |

| Margins (%) | 5Yr Avg | 12/08 | 12/09 | 12/10E | 12/11E | 12/12E |
|---|---|---|---|---|---|---|
| EBITDA / revenue | NM | 39.9 | 39.2 | 33.7 | 25.8 | 22.1 |
| EBIT / revenue | -13.9 | 35.2 | 32.9 | 27.9 | 21.8 | 18.9 |
| Net profit (UBS) / revenue | NM | 27.9 | 31.0 | 24.8 | 18.9 | 16.5 |

| Return on capital (%) | 5Yr Avg | 12/08 | 12/09 | 12/10E | 12/11E | 12/12E |
|---|---|---|---|---|---|---|
| EBIT ROIC (UBS) | - | 63.1 | 53.6 | 34.4 | 29.1 | 27.0 |
| ROIC post tax | - | 47.4 | 50.0 | 30.2 | 24.7 | 23.0 |
| Net ROE | - | 26.7 | 30.7 | 21.0 | 18.3 | 16.5 |

| Coverage ratios (x) | 5Yr Avg | 12/08 | 12/09 | 12/10E | 12/11E | 12/12E |
|---|---|---|---|---|---|---|
| EBIT / net interest | - | - | - | - | - | - |
| Dividend cover (UBS EPS) | - | - | - | - | - | - |
| Div. payout ratio (%, UBS EPS) | - | - | - | - | - | - |
| Net debt / EBITDA | - | NM | NM | NM | NM | NM |

| Efficiency ratios (x) | 5Yr Avg | 12/08 | 12/09 | 12/10E | 12/11E | 12/12E |
|---|---|---|---|---|---|---|
| Revenue / op. invested capital | - | 1.8 | 1.6 | 1.2 | 1.3 | 1.4 |
| Revenue / fixed assets | - | 2.0 | 2.3 | 2.1 | 2.4 | 2.6 |
| Revenue / net working capital | - | NM | 29.8 | 6.9 | 5.2 | 4.9 |

| Investment ratios (x) | 5Yr Avg | 12/08 | 12/09 | 12/10E | 12/11E | 12/12E |
|---|---|---|---|---|---|---|
| OpFCF / EBIT | 0.9 | 0.9 | 1.1 | 1.0 | 1.1 | 1.1 |
| Capex / revenue (%) | NM | NM | 13.5 | 25.3 | 10.9 | 3.6 |
| Capex / depreciation | 9.1 | 7.7 | 2.2 | 4.4 | 2.7 | 1.1 |

| Capital structure (%) | 5Yr Avg | 12/08 | 12/09 | 12/10E | 12/11E | 12/12E |
|---|---|---|---|---|---|---|
| Net debt / total equity | - | (41.2) | (35.4) | (24.9) | (25.6) | (30.9) |
| Net debt / (net debt + equity) | - | (70.1) | (54.8) | (33.2) | (34.5) | (44.8) |
| Net debt (core) / EV | - | (3.6) | (6.9) | (7.3) | (7.3) | (7.3) |

*Source: Company accounts, UBS estimates. (UBS) valuations are stated before goodwill-related charges and other adjustments for abnormal and economic items at the analysts' judgement*

*Valuations: based on an average share price that year, (E): based on a share price of US$135.50 on 29 Jul 2010 19:43 EDT Market cap(E) may include forecast share issues/buybacks*

**Stephen Chin**
Analyst
stephen.chin@ubs.com
+1-212-713 4111

CONFIDENTIAL  FSLR00263739

First Solar Inc  30 July 2010

■ **First Solar Inc**

First Solar is the world's largest manufacturer of thin-film cadmium telluride-based solar modules. It has manufacturing facilities in the US and Germany, with a total 2007 production capacity of 200MW, and has begun construction of a manufacturing facility in Malaysia. It currently has the lowest cost per watt in the solar industry at $1.19/watt. Its objective is to become the first solar module manufacturer to offer a solar electricity solution that competes on a non-subsidized basis with the price of retail electricity in key markets in North America, Europe and Asia by 2010.

■ **Statement of Risk**

Demand for solar is still dependent on government subsidies such as tax rebates or feed-in tariffs. Any material change in an individual country's position on support for solar energy could have a negative impact on the growth of the solar market.

First Solar's use of cadmium telluride, a known toxic material could expose it to environmental risk if the substance is banned by governments

First Solar is facing increasing competition from many established semiconductor equipment and thin-film solar start-up companies which are trying to match and beat efficiencies and cost/watt metrics reached by First Solar.

■ **Analyst Certification**

Each research analyst primarily responsible for the content of this research report, in whole or in part, certifies that with respect to each security or issuer that the analyst covered in this report: (1) all of the views expressed accurately reflect his or her personal views about those securities or issuers; and (2) no part of his or her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in the research report.

CONFIDENTIAL

FSLR00263740

First Solar Inc  30 July 2010

## Required Disclosures

This report has been prepared by UBS Securities LLC, an affiliate of UBS AG. UBS AG, its subsidiaries, branches and affiliates are referred to herein as UBS.

For information on the ways in which UBS manages conflicts and maintains independence of its research product; historical performance information; and certain additional disclosures concerning UBS research recommendations, please visit www.ubs.com/disclosures. The figures contained in performance charts refer to the past; past performance is not a reliable indicator of future results. Additional information will be made available upon request.

### UBS Investment Research: Global Equity Rating Allocations

| UBS 12-Month Rating | Rating Category | Coverage[1] | IB Services[2] |
|---|---|---|---|
| Buy | Buy | 54% | 41% |
| Neutral | Hold/Neutral | 37% | 32% |
| Sell | Sell | 9% | 24% |
| UBS Short-Term Rating | Rating Category | Coverage[3] | IB Services[4] |
| Buy | Buy | less than 1% | 22% |
| Sell | Sell | less than 1% | 0% |

1:Percentage of companies under coverage globally within the 12-month rating category.
2:Percentage of companies within the 12-month rating category for which investment banking (IB) services were provided within the past 12 months.
3:Percentage of companies under coverage globally within the Short-Term rating category.
4:Percentage of companies within the Short-Term rating category for which investment banking (IB) services were provided within the past 12 months.

Source: UBS. Rating allocations are as of 30 June 2010.

### UBS Investment Research: Global Equity Rating Definitions

| UBS 12-Month Rating | Definition |
|---|---|
| Buy | FSR is > 6% above the MRA. |
| Neutral | FSR is between -6% and 6% of the MRA. |
| Sell | FSR is > 6% below the MRA. |
| UBS Short-Term Rating | Definition |
| Buy | Buy: Stock price expected to rise within three months from the time the rating was assigned because of a specific catalyst or event. |
| Sell | Sell: Stock price expected to fall within three months from the time the rating was assigned because of a specific catalyst or event. |

CONFIDENTIAL     FSLR00263741

First Solar Inc  30 July 2010

## KEY DEFINITIONS

**Forecast Stock Return (FSR)** is defined as expected percentage price appreciation plus gross dividend yield over the next 12 months.

**Market Return Assumption (MRA)** is defined as the one-year local market interest rate plus 5% (a proxy for, and not a forecast of, the equity risk premium).

**Under Review (UR)** Stocks may be flagged as UR by the analyst, indicating that the stock's price target and/or rating are subject to possible change in the near term, usually in response to an event that may affect the investment case or valuation.

**Short-Term Ratings** reflect the expected near-term (up to three months) performance of the stock and do not reflect any change in the fundamental view or investment case.

**Equity Price Targets** have an investment horizon of 12 months.

## EXCEPTIONS AND SPECIAL CASES

**UK and European Investment Fund ratings and definitions are:** Buy: Positive on factors such as structure, management, performance record, discount; Neutral: Neutral on factors such as structure, management, performance record, discount; Sell: Negative on factors such as structure, management, performance record, discount.

**Core Banding Exceptions (CBE):** Exceptions to the standard +/-6% bands may be granted by the Investment Review Committee (IRC). Factors considered by the IRC include the stock's volatility and the credit spread of the respective company's debt. As a result, stocks deemed to be very high or low risk may be subject to higher or lower bands as they relate to the rating. When such exceptions apply, they will be identified in the Company Disclosures table in the relevant research piece.

Research analysts contributing to this report who are employed by any non-US affiliate of UBS Securities LLC are not registered/qualified as research analysts with the NASD and NYSE and therefore are not subject to the restrictions contained in the NASD and NYSE rules on communications with a subject company, public appearances, and trading securities held by a research analyst account. The name of each affiliate and analyst employed by that affiliate contributing to this report, if any, follows.

**UBS Securities LLC:** Stephen Chin.

### Company Disclosures

| Company Name | Reuters | 12-mo rating | Short-term rating | Price | Price date |
|---|---|---|---|---|---|
| First Solar Inc[13, 16] | FSLR.O | Neutral | N/A | US$135.50 | 29 Jul 2010 |

Source: UBS. All prices as of local market close
Ratings in this table are the most current published ratings prior to this report. They may be more recent than the stock pricing date

13. UBS AG, its affiliates or subsidiaries beneficially owned 1% or more of a class of this company's common equity securities as of last month's end (or the prior month's end if this report is dated less than 10 days after the most recent month's end).

16. UBS Securities LLC makes a market in the securities and/or ADRs of this company.

Unless otherwise indicated, please refer to the Valuation and Risk sections within the body of this report.

CONFIDENTIAL

FSLR00263742

First Solar Inc   30 July 2010

### First Solar Inc (US$)



Source: UBS; as of 29 Jul 2010

CONFIDENTIAL

FSLR00263743

First Solar Inc  30 July 2010

## Global Disclaimer

This report has been prepared by UBS Securities LLC, an affiliate of UBS AG. UBS AG, its subsidiaries, branches and affiliates are referred to herein as UBS. In certain countries, UBS AG is referred to as UBS SA.

This report is for distribution only under such circumstances as may be permitted by applicable law. Nothing in this report constitutes a representation that any investment strategy or recommendation contained herein is suitable or appropriate to a recipient's individual circumstances or otherwise constitutes a personal recommendation. It is published solely for information purposes, it does not constitute an advertisement and is not to be construed as a solicitation or an offer to buy or sell any securities or related financial instruments in any jurisdiction. No representation or warranty, either express or implied, is provided in relation to the accuracy, completeness or reliability of the information contained herein, except with respect to information concerning UBS AG, its subsidiaries and affiliates, nor is it intended to be a complete statement or summary of the securities, markets or developments referred to in the report. UBS does not undertake that investors will obtain profits, nor will it share with investors any investment profits nor accept any liability for any investment losses. Investments involve risks and investors should exercise prudence in making their investment decisions. The report should not be regarded by recipients as a substitute for the exercise of their own judgement. Any opinions expressed in this report are subject to change without notice and may differ or be contrary to opinions expressed by other business areas or groups of UBS as a result of using different assumptions and criteria. Research will initiate, update and cease coverage solely at the discretion of UBS Investment Bank Research Management. The analysis contained herein is based on numerous assumptions. Different assumptions could result in materially different results. The analyst(s) responsible for the preparation of this report may interact with trading desk personnel, sales personnel and other constituencies for the purpose of gathering, synthesizing and interpreting market information. UBS is under no obligation to update or keep current the information contained herein. UBS relies on information barriers to control the flow of information contained in one or more areas within UBS, into other areas, units, groups or affiliates of UBS. The compensation of the analyst who prepared this report is determined exclusively by research management and senior management (not including investment banking). Analyst compensation is not based on investment banking revenues, however, compensation may relate to the revenues of UBS Investment Bank as a whole, of which investment banking, sales and trading are a part.

The securities described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. Options, derivative products and futures are not suitable for all investors, and trading in these instruments is considered risky. Mortgage and asset-backed securities may involve a high degree of risk and may be highly volatile in response to fluctuations in interest rates and other market conditions. Past performance is not necessarily indicative of future results. Foreign currency rates of exchange may adversely affect the value, price or income of any security or related instrument mentioned in this report. For investment advice, trade execution or other enquiries, clients should contact their local sales representative. Neither UBS nor any of its affiliates, nor any of UBS' or any of its affiliates, directors, employees or agents accepts any liability for any loss or damage arising out of the use of all or any part of this report. For financial instruments admitted to trading on an EU regulated market: UBS AG, its affiliates or subsidiaries (excluding UBS Securities LLC and/or UBS Capital Markets LP) acts as a market maker or liquidity provider (in accordance with the interpretation of these terms in the UK) in the financial instruments of the issuer save that where the activity of liquidity provider is carried out in accordance with the definition given to it by the laws and regulations of any other EU jurisdictions, such information is separately disclosed in this research report. UBS and its affiliates and employees may have long or short positions, trade as principal and buy and sell in instruments or derivatives identified herein.

Any prices stated in this report are for information purposes only and do not represent valuations for individual securities or other instruments. There is no representation that any transaction can or could have been effected at those prices and any prices do not necessarily reflect UBS's internal books and records or theoretical model-based valuations and may be based on certain assumptions. Different assumptions, by UBS or any other source, may yield substantially different results.

United Kingdom and the rest of Europe: Except as otherwise specified herein, this material is communicated by UBS Limited, a subsidiary of UBS AG, to persons who are eligible counterparties or professional clients and is only available to such persons. The information contained herein does not apply to, and should not be relied upon by, retail clients. UBS Limited is authorised and regulated by the Financial Services Authority (FSA). UBS research complies with all the FSA requirements and laws concerning disclosures and these are indicated on the research where applicable. France: Prepared by UBS Limited and distributed by UBS Limited and UBS Securities France SA. UBS Securities France S.A. is regulated by the Autorité des Marchés Financiers (AMF). Where an analyst of UBS Securities France S.A. has contributed to this report, the report is also deemed to have been prepared by UBS Securities France S.A. Germany: Prepared by UBS Limited and distributed by UBS Limited and UBS Deutschland AG. UBS Deutschland AG is regulated by the Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin). Spain: Prepared by UBS Limited and distributed by UBS Limited and UBS Securities España SV, SA. UBS Securities España SV, SA is regulated by the Comisión Nacional del Mercado de Valores (CNMV). Turkey: Prepared by UBS Menkul Degerler AS on behalf of and distributed by UBS Limited. Russia: Prepared and distributed by UBS Securities CJSC. Switzerland: Distributed by UBS AG to persons who are institutional investors only. Italy: Prepared by UBS Limited and distributed by UBS Limited and UBS Italia Sim S.p.A. UBS Italia Sim S.p.A. is regulated by the Bank of Italy and by the Commissione Nazionale per le Società e la Borsa (CONSOB). Where an analyst of UBS Italia Sim S.p.A. has contributed to this report, the report is also deemed to have been prepared by UBS Italia Sim S.p.A. South Africa: UBS South Africa (Pty) Limited (Registration No. 1995/011140/07) is a member of the JSE Limited, the South African Futures Exchange and the Bond Exchange of South Africa. UBS South Africa (Pty) Limited is an authorised Financial Services Provider. Details of its postal and physical address and a list of its directors are available on request or may be accessed at http:www.ubs.co.za. United States: Distributed to US persons by either UBS Securities LLC or by UBS Financial Services Inc., subsidiaries of UBS AG; or by a group, subsidiary or affiliate of UBS AG that is not registered as a US broker-dealer (a 'non-US affiliate'), to major US institutional investors only. UBS Securities LLC or UBS Financial Services Inc. accepts responsibility for the content of a report prepared by another non-US affiliate when distributed to US persons by UBS Securities LLC or UBS Financial Services Inc. All transactions by a US person in the securities mentioned in this report must be effected through UBS Securities LLC or UBS Financial Services Inc., and not through a non-US affiliate. Canada: Distributed by UBS Securities Canada Inc., a subsidiary of UBS AG and a member of the principal Canadian stock exchanges & CIPF. A statement of its financial condition and a list of its directors and senior officers will be provided upon request. Hong Kong: Distributed by UBS Securities Asia Limited. Singapore: Distributed by UBS Securities Pte. Ltd or UBS AG, Singapore Branch. Japan: Distributed by UBS Securities Japan Ltd to institutional investors only. Where this report has been prepared by UBS Securities Japan Ltd, UBS Securities Japan Ltd is the author, publisher and distributor of the report. Australia: Distributed by UBS AG (Holder of Australian Financial Services License No. 231087) and UBS Securities Australia Ltd (Holder of Australian Financial Services License No. 231098) only to 'Wholesale' clients as defined by s761G of the Corporations Act 2001. New Zealand: Distributed by UBS New Zealand Ltd. An investment adviser and investment broker disclosure statement is available on request and free of charge by writing to PO Box 45, Auckland, NZ. Dubai: The research prepared and distributed by UBS AG Dubai Branch, is intended for Professional Clients only and is not for further distribution within the United Arab Emirates.

The disclosures contained in research reports produced by UBS Limited shall be governed by and construed in accordance with English law.

UBS specifically prohibits the redistribution of this material in whole or in part without the written permission of UBS and UBS accepts no liability whatsoever for the actions of third parties in this respect. Images may depict objects or elements which are protected by third party copyright, trademarks and other intellectual property rights. © UBS 2010. The key symbol and UBS are among the registered and unregistered trademarks of UBS. All rights reserved.

 **UBS**

CONFIDENTIAL     FSLR00263744

# EXHIBIT 31



February 24, 2011

## First Solar, Inc. Announces Fourth Quarter and Year-end 2010 Financial Results

- **Net Sales $610 million for Q4 and $2,564 million for 2010**
- **EPS $1.80 per fully diluted share for Q4 and $7.68 for 2010**
- **Increased 2011 EPS guidance to $9.25 - $9.75 per fully diluted share**

TEMPE, Ariz., Feb 24, 2011 (BUSINESS WIRE) -- First Solar, Inc. (Nasdaq: FSLR) today announced its financial results for the fourth quarter and fiscal year ended December 31, 2010. Fourth quarter 2010 net sales were $610 million, a decrease of $188 million from the third quarter of 2010, primarily due to the timing of system sales and the December implementation of 2011 pricing, partially offset by an increase in volume. Quarterly net sales decreased slightly from $641 million in the fourth quarter of 2009, due to decreased systems revenue and reduced module prices, partially offset by higher volume. Net sales for the fiscal year 2010 were $2,564 million, up 24% from $2,066 million in fiscal year 2009.

Fourth quarter net income per fully diluted share was $1.80, down from $2.04 in the third quarter of 2010 and up from $1.65 in the fourth quarter of 2009. Quarter over quarter, the net income decrease was primarily driven by lower net sales and increased expenses, partially offset by higher gross margins. Year over year, the net income increase was primarily driven by higher module production and lower module cost per watt, partially offset by reduced module average selling prices and increased expenses. Fiscal 2010 net income per fully diluted share was $7.68, up from $7.53 in fiscal 2009.

First Solar achieved several milestones in 2010:

- Module manufacturing cost for the fourth quarter was reduced to $0.75/watt, down 11% year over year
- Line throughput was up 17% year over year to 62.6 MW; increasing operating and announced capacity to 2.9 GW by 2012
- Module conversion efficiency rose 0.5% year over year to 11.6%
- Exceeded 3 GW of cumulative production, and produced 1.4 GW in 2010
- Built the largest operational solar PV plant in the world, Sarnia (Canada, 80 MW) and the largest in the U.S., Copper Mountain (Nevada, 48 MW)
- Pending Agua Caliente (290 MW) sale to NRG; will be the largest PV facility in the world when completed in 2013
- Acquired NextLight and Edison Mission Group to expand our North American captive project pipeline to 2.4 GW

"In the fourth quarter the operations team executed well, and we sold 400 MW of projects in North America, positioning us to achieve our 2011 growth goals," said Rob Gillette, CEO of First Solar. "We have good demand visibility in 2011 and a broader geographic reach, which gives us confidence in our ability to sell the 2 GW that we plan to produce."

For 2011, First Solar is updating guidance as follows:

- Net sales of $3.7 to $3.8 billion
- Operating income of $910 to $980 million
- Earnings per fully diluted share of $9.25 to $9.75
- Includes $60 to $70 million of manufacturing start-up expenses and $15 to $20 million of factory ramp costs
- Total capital spending of $1.0 to $1.1 billion
- Operating cash flow of $1.0 to $1.1 billion

First Solar will discuss these results and the outlook for 2011 in a conference call scheduled for today at 4:30 p.m. EST. Investors may access a live audio webcast of this conference call and the earnings call presentation, which includes guidance for fiscal 2011 and additional details regarding the key assumptions relating to this guidance, in the Investors section of the Company's website at www.firstsolar.com.

An audio replay of the conference call will also be available approximately two hours after the conclusion of the call. The audio replay will remain available until Tuesday, March 1, 2011 at 7:30 p.m. EST and can be accessed by dialing 888-203-1112 if you are calling from within the United States or 719-457-0820 if you are calling from outside the United States and entering the

replay pass code 8382775. If you are a subscriber of FactSet or Thomson One, you can obtain a written transcript.

**About First Solar, Inc.**

First Solar manufactures solar modules with an advanced semiconductor technology and provides comprehensive photovoltaic (PV) system solutions. The company is delivering an economically viable alternative to fossil-fuel generation today. From raw material sourcing through end-of-life collection and recycling, First Solar is focused on creating cost-effective, renewable energy solutions that protect and enhance the environment. For more information about First Solar, please visit http://www.firstsolar.com.

**For First Solar Investors:**

This release contains forward-looking statements which are made pursuant to the safe harbor provisions of Section 21E of the Securities Exchange Act of 1934. The forward-looking statements in this release do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially, including risks associated with the company's business involving the company's products, their development and distribution, economic and competitive factors and the company's key strategic relationships and other risks detailed in the company's filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this press release or with respect to the announcements described herein.

## FIRST SOLAR, INC. AND SUBSIDIARIES
### CONSOLIDATED STATEMENTS OF OPERATIONS
(In thousands, except per share amounts)

|  | Three Months Ended | | Twelve Months Ended | |
| --- | --- | --- | --- | --- |
|  | December 31, 2010 | December 26, 2009 | December 31, 2010 | December 26, 2009 |
| Net sales | $ 609,801 | $ 641,285 | $ 2,563,515 | $ 2,066,200 |
| Cost of sales | 313,077 | 375,056 | 1,378,669 | 1,021,618 |
| Gross profit | 296,724 | 266,209 | 1,184,846 | 1,044,582 |
| Operating expenses: |  |  |  |  |
| Research and development | 27,601 | 23,716 | 94,797 | 78,161 |
| Selling, general and administrative | 91,282 | 96,667 | 321,704 | 272,898 |
| Production start-up | 12,190 | 1,099 | 19,442 | 13,908 |
| Total operating expenses | 131,073 | 121,482 | 435,943 | 364,967 |
| Operating income | 165,651 | 144,727 | 748,903 | 679,615 |
| Foreign currency gain (loss) | 854 | 3,020 | (3,468) | 5,207 |
| Interest income | 3,034 | 3,286 | 14,375 | 9,735 |
| Interest expense, net | -- | (407) | (6) | (5,258) |
| Other income (expense), net | 3,826 | (309) | 2,273 | (2,985) |
| Income before income taxes | 173,365 | 150,317 | 762,077 | 686,314 |
| Income tax expense | 17,421 | 8,697 | 97,876 | 46,176 |
| Net income | $ 155,944 | $ 141,620 | $ 664,201 | $ 640,138 |
| Net income per share: |  |  |  |  |
| Basic | $ 1.83 | $ 1.68 | $ 7.82 | $ 7.67 |
| Diluted | $ 1.80 | $ 1.65 | $ 7.68 | $ 7.53 |
| Weighted-average number of shares used in per share calculations: |  |  |  |  |
| Basic | 85,181 | 84,413 | 84,891 | 83,500 |
| Diluted | 86,840 | 86,004 | 86,491 | 85,044 |

## FIRST SOLAR, INC. AND SUBSIDIARIES
### CONSOLIDATED BALANCE SHEETS
(In thousands, except share data)

|  | December 31, 2010 | December 26, 2009 |
| --- | --- | --- |
| **ASSETS** |  |  |
| Current assets: |  |  |
| Cash and cash equivalents | $ 765,689 | $ 664,499 |
| Marketable securities | 167,889 | 120,236 |
| Accounts receivable trade, net | 305,537 | 226,826 |
| Accounts receivable, unbilled | 1,482 | 58 |
| Inventories | 200,442 | 152,821 |
| Project assets | -- | 1,081 |
| Deferred tax assets, net | 388 | 21,679 |
| Prepaid expenses and other current assets | 143,033 | 164,071 |
| Total current assets | 1,584,460 | 1,351,271 |
| Property, plant and equipment, net | 1,430,789 | 988,782 |
| Project assets | 320,140 | 131,415 |
| Deferred tax assets, net | 259,236 | 130,515 |
| Marketable securities | 180,271 | 329,608 |
| Restricted cash and investments | 86,003 | 36,494 |
| Investment in related party | -- | 25,000 |

| | | | | |
|---|---|---:|---|---:|
| Goodwill | | 433,286 | | 266,515 |
| Inventories | | 42,728 | | 21,695 |
| Other assets | | 43,488 | | 48,217 |
| Total assets | $ | 4,380,403 | $ | 3,349,512 |

**LIABILITIES AND STOCKHOLDERS' EQUITY**

| | | | | |
|---|---|---:|---|---:|
| Current liabilities: | | | | |
| Accounts payable | $ | 82,312 | $ | 75,744 |
| Income taxes payable | | 16,831 | | 8,740 |
| Accrued expenses | | 244,271 | | 193,277 |
| Current portion of long-term debt | | 26,587 | | 28,559 |
| Other current liabilities | | 99,676 | | 88,607 |
| Total current liabilities | | 469,677 | | 394,927 |
| Accrued solar module collection and recycling liability | | 132,951 | | 92,799 |
| Long-term debt | | 210,804 | | 146,399 |
| Other liabilities | | 112,026 | | 62,600 |
| Total liabilities | | 925,458 | | 696,725 |
| Stockholders' equity: | | | | |
| Common stock, $0.001 par value per share; 500,000,000 shares authorized; 85,843,511 and 85,208,199 shares issued and outstanding at December 31, 2010 and December 26, 2009, respectively | | 86 | | 85 |
| Additional paid-in capital | | 1,815,420 | | 1,658,091 |
| Contingent consideration | | 1,118 | | 2,844 |
| Accumulated earnings | | 1,665,564 | | 1,001,363 |
| Accumulated other comprehensive loss | | (27,243) | | (9,596) |
| Total stockholders' equity | | 3,454,945 | | 2,652,787 |
| Total liabilities and stockholders' equity | $ | 4,380,403 | $ | 3,349,512 |

SOURCE: First Solar, Inc.

**First Solar, Inc.**
**Investors:**
James Zhu
Interim Chief Financial Officer
Chief Accounting Officer
602-414-9315
investor@firstsolar.com
or
Larry Polizzotto
Vice President, Investor Relations
602-414-9315
lpolizzotto@firstsolar.com
or
Pam Hegarty
Director, Investor Relations
602-414-9315
phegarty@firstsolar.com
or
**Media:**
First Solar - (North America)
Ted Meyer or Alan Bernheimer
+1 (602) 414-9361
media@firstsolar.com
or
First Solar - (Europe)
Brandon Mitchener
+49 (0) 6131 1443-399
media-emea@firstsolar.com

# EXHIBIT 32

| | | |
|---|---|---|
| Company Name: First Solar | Market Cap: 3,862.49 | Bloomberg Estimates - EPS |
| Company Ticker: FSLR US | Current PX: 44.08 | Current Quarter: 0.751 |
| Date: 2011-02-24 | YTD Change($): +13.2244 | Current Year: 4.286 |
| Event Description: Q4 2010 Earnings Call | YTD Change(%): +42.859 | Bloomberg Estimates - Sales |
| | | Current Quarter: 726.667 |
| | | Current Year: 3820.000 |

**final**

**Bloomberg Transcript**

# Q4 2010 Earnings Call

## Company Participants

- Larry Polizzotto, Vice President, Investor Relations
- Robert "Rob" J. Gillette, Chief Executive Officer
- James Zhu, Chief Accounting Officer
- Robert J. Gillette
- TK Kallenbach
- Jens Meyerhoff

## Other Participants

- Smittipon Srethapramote
- Satya Kumar
- Robert Stone
- Dan Ries
- Mark Wienkes
- Vishal Shah
- Sanjay Shrestha
- Steven Milunovich
- Stephen Chin
- Timothy Arcuri
- Ramesh Misra
- Stuart Bush
- Jonathan Dorsheimer
- Colin Rusch

## MANAGEMENT DISCUSSION SECTION

### Operator

Good day, everyone, and welcome to the First Solar Fourth Quarter and Year-End 2010 Earnings Conference Call. This call is being webcast live on the Investors section of First Solar's website at www.firstsolar.com. At this time, all participants are in a listen-only mode. As a reminder, today's call is being recorded.

I would now like to turn the call over to Mr. Larry Polizzotto, Vice President of Investor Relations for First Solar Incorporated. Mr. Polizzotto, you may begin.

### Larry Polizzotto, Vice President, Investor Relations

Good afternoon, everyone, and thank you for joining us for First Solar's fourth quarter 2010 conference call.

Today after the market closed, the company issued a press release announcing our fourth quarter and full-year financial results for 2010 and our guidance update for 2011. If you did not receive a copy of the press release, you can obtain one from the Investors section of First Solar's website at firstsolar.com. In addition, First Solar has posted the presentation for this call, as well as key quarterly statistics and historical data on financial and operating performance on our IR

**Company Name:** First Solar
**Company Ticker:** FSLR US
**Date:** 2011-02-24
**Event Description:** Q4 2010 Earnings Call

**Market Cap:** 3,862.49
**Current PX:** 44.08
**YTD Change($):** +13.2244
**YTD Change(%):** +42.859

**Bloomberg Estimates - EPS**
  **Current Quarter:** 0.751
  **Current Year:** 4.286
**Bloomberg Estimates - Sales**
  **Current Quarter:** 726.667
  **Current Year:** 3820.000

website. We'll be discussing the presentation during this call and webcast.

An audio replay of this call will be available approximately two hours after the conclusion of the call. The replay will remain available until Tuesday, March 1, 2011, at 7:30 p.m. Eastern time and can be accessed by dialing 888-203-1112 if you're calling from within the United States or 719-457-0820 if you're calling from outside the United States and entering the replay passcode 8382775.

A replay of the webcast will be available on the Investors section of First Solar's website approximately two hours after the conclusion of the call and remain available approximately 90 calendar days. If you're a subscriber of FactSet or Thomson ONE, you can obtain a written transcript from them.

With me today are Rob Gillette, Chief Executive Officer, TK Kallenbach, Executive Vice President of Marketing and Product Management, Jens Meyerhoff, President of the Utility Systems Business Group, and James Zhu, Chief Accounting Officer and Interim Chief Financial Officer. Rob will present an overview of the company's fourth quarter and 2010 results and give you a update on the market and business. James will review the fourth quarter financial results and update guidance for 2011. We will then open up the call for questions.

During the Q&A period, as a courtesy to those individuals seeking to ask questions, we ask that participants limit themself to one question. First Solar has allocated approximately one hour for today's call.

I want to remind everyone that all financial numbers are – reported and discussed on today's call are U.S. generally accepted accounting principles, except for free cash flow, is a non-GAAP measure, which is reconciled in the operating cash flow in the back of our presentation.

Now I'd like to make a brief statement regarding our forward-looking remarks that you may hear on today's call. During the course of this call, the company will make projections and other comments that are forward-looking statements within the meaning of the federal securities laws. The forward-looking statements in this call are based on current information and expectations and are subject to uncertainties and changes in circumstances and do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially from those statements, including the risks as described in the company's most recent Annual Report on Form 10-K, and other filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this call or respect to announcements described herein.

During the first quarter of 2011, First Solar will be attending the following conferences: Morgan Stanley's Technology Conference in San Francisco on March the 1st, Canaccord Genuity's Sustainability Forum in Deer Valley, Utah, on March the 3rd and 4th, UBS Alternative Energy Conference in New York City March the 8th.

It's now my pleasure to introduce Rob Gillette, Chief Executive Officer of First Solar. Rob?

## Robert "Rob" J. Gillette, Chief Executive Officer

Great, thanks, Larry, and welcome to our Q4 earnings call. Thanks for joining us today.

Let me start by saying that 2010 was a good year, and we exceeded the 2010 EPS guidance we set a year ago, despite the many market uncertainties we faced. The strong results demonstrate the capability of our low-cost technology and PV system solutions, the diversification of our markets, and the strength of our systems pipeline, as well as some really good execution in operations.

For 2010, our net sales of $2.6 billion were up 24% year over year. Fourth quarter net sales of $610 million decreased 24% over the third quarter of 2010, primarily because the prior quarter included completed contract revenue recognition for the 60-megawatt Sarnia project, and Q4 was impacted by our decision to divert some volumes to expedite the module replacement program.

**Company Name:** First Solar
**Company Ticker:** FSLR US
**Date:** 2011-02-24
**Event Description:** Q4 2010 Earnings Call

**Market Cap:** 3,862.49
**Current PX:** 44.08
**YTD Change($):** +13.2244
**YTD Change(%):** +42.859

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.751
**Current Year:** 4.286
**Bloomberg Estimates - Sales**
**Current Quarter:** 726.667
**Current Year:** 3820.000

Our fourth quarter net income was $156 million, or 25.6% of net sales, resulting in diluted EPS of $1.80. Diluted EPS for 2010 was $7.68, which exceeded our guidance. Return on net assets was 19.5% on a four-quarter rolling basis, representing an EVA of over 7%, or 200 basis points above our target. Our cash and marketable securities balance of 1.1 billion increased $117 million sequentially.

Our Q4 production was 395 megawatts, up 27% versus prior year and 13% quarter over quarter. The sequential increase was driven by higher line throughput, improved conversion efficiency, and six additional days of production due to our adoption of a calendar year for financial reporting. The annual capacity per line increased by 3 megawatt quarter over quarter to 62.6 megawatt per line. Across all production lines, this adds 138 megawatt to our current and planned annual capacity. Our conversion efficiency was 11.6%, which is up 0.5 percentage point year over year. Both conversion efficiency and capacity per line benefited as we successfully completed the process changes we began implementing in Q2. Our manufacturing cost per watt was $0.75, which is down $0.09 or 11% year over year, and down $0.02 compared to the third quarter. We also began construction of our new four-line manufacturing plant in Vietnam, with expected volume production in the third quarter of 2012.

Moving to Page 7, in terms of market development, we've made progress in several areas. We completed the construction of both the 30-megawatt Cimarron and the 48-megawatt Copper Mountain projects. We sold the 290-megawatt Agua Caliente project to NRG Energy contingent on receiving a federal loan guarantee. NRG subsequently received a conditional commitment for that guarantee from the DOE, and the sale is expected to be finalized when the loan closes in the second quarter. We expect to begin recognizing revenue on the first construction milestone in the second quarter. The PNM and Santa Teresa projects began construction in the first quarter.

We also achieved a number of milestones in our project portfolio. The AV Solar Ranch 230-megawatt project received its final environmental impact report and conditional use permit from L.A. County. The Silver State North 50-megawatt project received its right-of-way grant from the Bureau of Land Management to proceed with construction. And we signed a 250-megawatt PPA with Southern California Edison for our Silver State South project.

In Europe, as we previously discussed, in December we implemented planned price changes for 2011 that reflect market economics given expected feed-in tariff adjustments. The new pricing is designed to drive sell-through by supporting project economics and yielding acceptable returns to project investors and partners.

We also made progress in developing the Chinese and Indian markets. First Solar signed a memorandum of understanding with China Guangdong Nuclear to build Phase I of the 30-megawatt Ordos project. Under the MOU, CGN will be the majority owner of the project and perform the EPC. We plan to work together with CGN to establish the project economics with the government in China. In addition, we are discussing other project opportunities with partners across China. We also signed module agreements in India, including with ACME Tele Power, which contracted for 15 megawatt and Moser Baer Clean Energy, which contracted for 25 megawatts. We see continued strong demand for our products in India.

On Page 8, you can see we completed 138-megawatt AC of North American projects in 2010, Sarnia, Copper Mountain, and Cimarron. All three were completed early and under budget, built at a velocity two to three times faster than their predecessors. Two of those projects are also record-breakers, with Sarnia now the largest operating PV plant in the world at 80 megawatt. And Copper is the largest in the United States at 58 megawatt. Overall, 2010 balance-of-systems cost improved almost 30% compared to 2008, which is well ahead of our 2014 balance-of-systems cost reduction roadmap. This strong performance demonstrates the improvements our EPC team has made in reducing cycle time and cost per watt through engineering design improvements and economies of scale. Since BOS costs make up a large portion of LCOE, these achievements are important as we advance to our goal of grid parity.

Slide 9 shows the progress that we have made in adding new customers for our utility scale systems, and in selling additional projects to existing customers. Since the Q3 earnings call, we have sold 400 megawatt of projects and signed 37 megawatt of EPC agreements. NRG Energy has significantly expanded its relationship with us through its purchase of the Agua Caliente project and by hiring us to do EPC and provide modules for their Santa Teresa project. Enbridge also purchased two additional projects in Ontario. NextEra, GE, and Plutonic have become new buyers of First Solar projects. And here in Arizona, a new utility customer, APS, selected First Solar to develop and provide EPC modules



Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-02-24
Event Description: Q4 2010 Earnings Call

Market Cap: 3,862.49
Current PX: 44.08
YTD Change($): +13.2244
YTD Change(%): +42.859

Bloomberg Estimates - EPS
Current Quarter: 0.751
Current Year: 4.286
Bloomberg Estimates - Sales
Current Quarter: 726.667
Current Year: 3820.000

for their Paloma project.

On Page 10, you can see how we've grown our systems pipeline over time, including the increase from 2.2 gigawatt in 2010 to 2.4 gigawatt as of today. The orange line shows our increase in project construction from 12 megawatts in 2008 to the planned 400 megawatts in 2011. This slide also illustrates the expansion and diversification of our utility systems customer base, including IPTs, utilities, and financial investors.

The next slide provides the detailed update of projects we intend to begin constructing in 2011, as well as the list of our contracted projects that are in development. Our current North American pipeline is 2.4 gigawatts of PPA, EPC, or Ontario RESOP contracted projects. First Solar has the leading position of the 11 gigawatt contracted solar projects in the United States. We expect to execute on 400-megawatt DC from 12 projects in 2011 up from three in 2010, and we have the flexibility to build additional megawatts in 2011.

The growth in construction from about 165 megawatt DC in 2010 to 400 megawatt in 2011 also improves the economies of scale for both our development and balance-of-systems costs, and the stable economics of these projects provides a buffer against declining FiTs in Europe. We've now sold almost all the projects we intend to construct in 2011 and are in discussions to sell the remainder. We also expect to sign new EPC agreements with partners that may contribute to 2011 growth.

Overall, we're experiencing strong buyer demand for our utility scale systems projects due to our proven systems performance, low LCOE, fast lead time to generation, and attractive project economics. With the addition of the new Silver State South PPA, we are developing almost 1.7 gigawatt of projects with PPAs as well as other projects that do not yet have PPAs.

On Page 12 is the latest analyst consensus forecast of available PV market demand. On average, the 17 analysts included in this survey estimate that the 2010 market grew to 16 gigawatt, up 122% year over year, primarily driven by Germany, Italy, and North America. Analysts have a wide range of market estimates, with a consensus 2011 growth of 10% to 17.6 gigawatt. This is up 2.5 gigawatt from the December consensus, due to an increase in expectations for Italy and North America. The market is expected to continue to diversify in 2011, with Germany declining from 7.4 gigawatt in 2010 to 6.2 gigawatt in 2011, Italy at 3 gigawatt, North America at 2.4 gigawatt, and Japan, China, and the rest of Europe at about 1 gigawatt each. However, there is market risk due to several governments discussing potential changes in feed-in tariff structures and caps.

Turning to Slide 13, I want to update you on how we see the key markets evolving and how they relate to First Solar's growth strategy and investments. In Europe, as a result of the strong 2010 growth, the major European governments are seeking to balance subsidy costs with their 2020 commitment to the EU on renewable energy targets. Germany, France, and Italy are in the process of discussing additional changes to their feed-in tariff structures and potential market caps. This creates risk going forward and highlights the importance of global market development and project pipelines.

In Germany, the government is expected to adopt a partial July and September pull-in of the January 2012 FiT digression. Germany appears to be targeting a market size of 3.5 to 4 gigawatt per year. The French FiT program moratorium continues, with the government considering a 500- to 800-megawatt cap on the annual market size and a reduction of the FiT, as well as the introduction of a tender system for large projects. Italy is evaluating additional subsidy changes for 2012, beyond planned reductions in 2011. This may include FiT restrictions on some prime agricultural land based on regional decisions.

As a result of these anticipated changes, we expect a strong first half in Germany and Italy, with the potential for tighter economics in the second half of 2011 as the industry adjusts to lower FiT rates. We've taken a number of steps to mitigate these risks. First, pricing to our third-party module business is at levels that we continue to believe are sufficient to drive sell-through. Second, as we have in 2010, we plan to use our 2.4 gigawatt North American pipeline as a buffer against demand fluctuations in Europe. Most of our 400-megawatt North American systems builds are planned for the second half. And we have the flexibility to build additional megawatts if needed. We expect to continue to add new EPC and PPA agreements in North America to increase our pipeline. We are increasing our investment in market development to diversify our market exposure in North America, India, Australia, and China. We are investing

**Company Name: First Solar**

**Company Ticker: FSLR US**

**Date: 2011-02-24**

**Event Description: Q4 2010 Earnings Call**

**Market Cap: 3,862.49**

**Current PX: 44.08**

**YTD Change($): +13.2244**

**YTD Change(%): +42.859**

**Bloomberg Estimates - EPS**

**Current Quarter: 0.751**

**Current Year: 4.286**

**Bloomberg Estimates - Sales**

**Current Quarter: 726.667**

**Current Year: 3820.000**

to drive for the lowest LCOE and maximize energy yield.

In North America, the market could double to two gigawatts in 2011. The ITC cash grant was extended through 2011, which improves market liquidity. The industry is working to include the DOE loan guarantee extension and government budgetary legislation. The DOE program opens the capital markets and builds an investor base, which we hope will support the ability to place long-term, unguaranteed project bonds into the U.S. institutional market. In California, the legislature is currently considering a bill which would increase California's renewables portfolio standard from 20% by 2010, to 33% by 2020. We believe that California IOUs are well on their way to fulfill their 33% RPS requirements, but a meaningful percentage of these contracted agreements may not be realized. So we look at this as an opportunity for First Solar.

We are also working to encourage policy in other states like other Florida and Texas to support the development of sustainable PV markets. Meanwhile, new Southwestern U.S. PPA prices are already declining from the $0.14 to $0.16 per kilowatt hour in our contracted projects towards grid parity of $0.10 to $0.12 per kilowatt hour by 2014.

In China, the government has stated its commitment to developing a solar market of at least 20 gigawatt by 2020. Although the market has potential demand, the systems providers need viable public economics to realize projects, and current economics do not support sustainable market development. Currently, concessionary bidding prices serve as price benchmarks, and there is the possibility of an additional round of bidding in 2011.

In India, the National Solar Mission objective is 22 gigawatt by 2022. In addition, several states including Gujarat continue to drive additional meaningful demand through their own programs. We are investing resources to help the Indian market realize its potential and are working with a number of customers to deploy more than 100 megawatts of projects in 2011. The market is expected to grow to about 600 megawatts in 2012, constrained by the high cost of capital, which pressures the system prices.

In Australia, the federal government's Solar Flagships Program and state FiTs are promoting market growth, with first utility scale production realization expected in the first half of 2011. We are participating in a number of programs with local partners, including two of the four short-listed PV projects that are in the first phase of this Solar Flagships Program. The winner is expected to be announced in Q2 of 2011.

On Slide 14, you can see the progress we're making in diversifying our demand. The German portion of our megawatts shipped declined from approximately 77% in 2008 to 46% in 2010. North America became the second-largest portion at about 18%. We estimate France, Italy, and Spain are about 17%, 12%, and 4% respectively. We expect the German portion will continue to decline to 30% to 35% in 2011. India is driving our growth in Asia, from about 1% in 2010 to 8% in 2011.

I want to highlight again that in 2011, we are significantly increasing our investment in market development to solve the unique challenges of new markets and segments. We are increasing spending in places like India, China, Australia, and the Middle East. We are working with existing partners as they expand globally, as well as adding new partners in local markets. First Solar's scale, global reach, and systems expertise make us an attractive partner on a global basis, which gives us a competitive advantage. As a result, First Solar expects to have a greater percentage of sales in non-German European and North American countries than the industry in 2011 compared to market estimates. Overall, we have good demand visibility in 2011, in line with typical industry seasonal patterns and the growth of our systems business. We have confidence in our ability to sell the 2 gigawatts that we plan on producing.

We illustrate on Slide 15 that our planned capacity expansion is now 2.9 gigawatt by the end of 2012, which is up 138 megawatt quarter over quarter, based on the Q4 increase in annual line run rate to 62.6 megawatt per year. Our annual line run rate has improved 17% since Q4 of 2009.

And we will continue to execute on our capacity expansion plans. Malaysia Plant 5 began production in late December and will ramp to full production by the end of the first quarter. Malaysia Plant 6 is on schedule to ramp in the second quarter. As announced in the guidance call, the Frankfurt (Oder) expansion ramp was moved up one quarter to Q3 of 2011. In Vietnam, we broke ground on our initial four-line factory in the Dong Nam Industrial Park. We expect initial production in the third quarter 2012. At our new Vietnam and new U.S. sites, we are investing in land and

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-02-24
Event Description: Q4 2010 Earnings Call

Market Cap: 3,862.49
Current PX: 44.08
YTD Change($): +13.2244
YTD Change(%): +42.859

Bloomberg Estimates - EPS
Current Quarter: 0.751
Current Year: 4.286
Bloomberg Estimates - Sales
Current Quarter: 726.667
Current Year: 3820.000

infrastructure to provide the option to expand beyond the initial four lines to meet future capacity needs. Our Blanquefort, France, plant construction remains on hold pending clarity on the French subsidy framework, which we expect in March. We remain hopeful that a compromise will be reached to support a transparent, sustainable photovoltaic market in France.

To summarize, we delivered solid Q4 and 2010 results that position us well for 2011 and 2012 growth. We expect solid growth in European markets in the first half of 2011, with tightening economics in the second half. First Solar will manage in its environment, similar as we did in 2010. We're diversifying geographically and by segments. Our pricing is set to drive sell-through with expected FiTs and competitive environment. We are continuing to execute our mission and growth strategy. We're confident in our ability to sell what we make, with good demand visibility through European and Indian contracts and the North American project flexibility. We are investing in market development. And we're organized to execute. First Solar is on a roadmap to minimize LCOE and maximize energy yields. The North American utility scale pipeline grew to 2.4 gigawatt, and we sold 400 megawatt of projects. Our 2012 year-end capacity is now 2.9 gigawatt, with expansions on plan in Malaysia, Germany, the United States, and Vietnam.

With that I'd like turn over the call to James, who will discuss our fourth quarter and full-year 2010 financial performance and our updated guidance for 2011. James?

## James Zhu, Chief Accounting Officer

Thank you, Rob. Good afternoon.

Let me start with Page 18. First Solar delivered solid financial results in 2010. Net sales grew 24% year over year to approximately $2.6 billion. Operating margin was 22.9%, and fully diluted earnings per share came in at $7.68, above the guidance range we provided in December of 2009 and also above the updated guidance from our third quarter 2010 earnings call. We achieved a return on net assets of 19.5%, exceeding our weighted average cost of capital by 7%.

Moving on to net sales. During the fourth quarter, demand met our expectations, with continued strength in our module business. Net sales for the fourth quarter were $609.8 million, down $188.1 million, or 24% compared to the third quarter of 2010. The decrease was primarily driven by the lower system revenue recognition. For example, Sarnia Phase II revenue recognition occurred in the third quarter. Additionally, ASP declined due to mix and to the implementation of 2011 pricing in December.

And as Rob mentioned earlier, we delivered some volumes to expedite the module replacement programs. These impacts were partially offset by positive effects of increased sales volume, conversion efficiency improvements, and foreign exchange. Our EPC revenue mix declined from 28% of total net sales in the third quarter to 5% net sales in the fourth quarter.

The blended exchange rate in the fourth quarter increased 1.5% sequentially to $1.33 per euro, while the spot rate increased to 6% to $1.36 per euro. However, the stronger euro added net sales of only about 1% because we were heavily hedged, in line with our long-term strategy.

We produced 395 megawatts during the fourth quarter, up 13% compared to the prior quarter. The increase was driven in part by a 5% improvement in the line through-put to 62.6 megawatts per year, and by the improvement of our module conversion efficiency to 11.6%. We also had six additional production days during the fourth quarter after moving to a calendar year.

Our module cost per watt in the fourth quarter was $0.75, down $0.02 from prior quarter. Our core manufacturing costs per watt also declined by $0.02, to $0.73. This improvement was driven by our conversion efficiency improvement, the increase of line through-put, and the material cost savings, which was partially offset by annual equivalent maintenance and upgrades, foreign exchange, and the ramp penalty.

On to the next slide. Fourth quarter gross margin was 48.7%, up 8.4% from the prior quarter. The increase was the result of the mix shift to more module sales, as well as lower module cost per watt, including a conversion efficiency

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-02-24
Event Description: Q4 2010 Earnings Call

Market Cap: 3,862.49
Current PX: 44.08
YTD Change($): +13.2244
YTD Change(%): +42.859

Bloomberg Estimates - EPS
Current Quarter: 0.751
Current Year: 4.286
Bloomberg Estimates - Sales
Current Quarter: 726.667
Current Year: 3820.000

improvement. The increase was partially offset by foreign exchange and a lower module ASP. Also, during the fourth quarter, we reserved an additional $8.5 million for the module replacement program discussed during our second quarter 2010 earnings call. In Q4, we concluded a claims process and based our field data and execution today, we updated our total replacement cost estimate. Our module growth margin was 49.1% during the fourth quarter, in line with the prior quarter. But the cost per watt improvement and the strong euro offset the decline in average selling prices.

Turning to Slide 22. Operating expenses were up $20.8 million quarter over quarter due to an $8.4 million sequential increase in planned start-up costs due to our capacity expansion, the year-end increase in bonus expense, R&D investment, and the infrastructure investments and ERP implementation costs.

Slide 23 shows operating income trends. Operating income for the fourth quarter was $165.7 million, compared to $211.6 million in the third quarter due to the decrease in total net sales and increased investments. Operating margin for the quarter was 27.2%, compared to 26.5% in the prior quarter, due to the mix shifting to our module segment. That was partially offset by the increasing operating expenses just described.

On the next slide. Net income was $155.9 million or $1.80 per share on a fully diluted basis. The effective tax rate 10% for the fourth quarter – for the full year. Earnings per fully diluted share were $7.68, and the effective tax rate was 12.8%.

Slide 25 illustrates that in the fourth quarter we generated $105 million of free cash flow, driven by operating cash flow of $350 million. We spent $204 million for capital expenditures, and the depreciation was $41 million. For 2010, we generated $143 million of free cash flow, even after investing $589 million in capital to execute on our capacity expansion plan. Operating cash flow was $705 million.

Our balance sheet remained strong, as cash and all other marketable securities increased by $117 million quarter over quarter to over $1.1 billion at the year-end. Debt decreased by $13 million, and our debt to equity ratio continues to remain low at 7%.

This brings me to our updated guidance for 2011. We have made several key assumptions underlining our guidance. We maintained our spot exchange rate assumption of $1.30 per euro. For the first quarter, we are fully hedged at a rate of $1.32 per euro. For the full year, about 58% of our net sales and 72% of our expected net income are hedged at average rate of $1.32 per euro as of today. A $0.01 change in the dollar-euro spot rate would impact our revenue guidance for the year by about $6 million and our net income guidance by about $3 million.

We adjusted pricing in December of 2010 to position our channel partners for sell-through in 2011 in anticipation of feed-in tariff declines in Germany and other European markets. Our guidance reflects expected feed-in tariff changes in 2011. We continue to plan to build 400-megawatt DC of systems projects in North America. We retain the flexibility to increase this amount should demand in other markets fall short of current expectations. However, that flexibility will naturally decline as we progress through the year unless utilized.

We began shipping Malaysia Plant 5 in the first quarter, and we plan to ramp Plant 6 in the second quarter, followed by our second German plant in the third quarter. Our capital spending is primarily driven by the capacity expansion in Malaysia, Germany, Vietnam, the U.S., and France.

Slide 28 shows that based on these assumptions, we expect net sales to range from $3.7 billion to $3.8 billion. The new factory ramp penalty in cost of goods sold will range from $15 million to $20 million. And the factory start-up expense will range from $60 million to $70 million, slightly below our guidance. Stock-based compensation is expected to be between the $115 million and $125 million, with approximately 20% allocated to cost of goods sold. That is in line with our prior guidance.

GAAP operating income is expected in the range of $910 million and $980 million, which is up from prior guidance. We expect our 2011 effective tax rate to be between 11% and 13%. We estimated that the year-end 2011 fully diluted share count to be in the range of 87 million to 88 million shares. Earnings per fully diluted share to range from $9.25 to $9.75, up from prior guidance. Capital expenditure for the year is expected to between $1 billion to $1.1 billion.

**Company Name: First Solar**

**Company Ticker: FSLR US**

**Date: 2011-02-24**

**Event Description: Q4 2010 Earnings Call**

**Market Cap: 3,862.49**

**Current PX: 44.08**

**YTD Change($): +13.2244**

**YTD Change(%): +42.859**

**Bloomberg Estimates - EPS**

**Current Quarter: 0.751**

**Current Year: 4.286**

**Bloomberg Estimates - Sales**

**Current Quarter: 726.667**

**Current Year: 3820.000**

Approximately 75% of our capital budget in 2011 is for capacity expansion, and another 15% to 20% is for factory maintenance, which includes productivity improvements and R&D expenditures. The remainder covers infrastructure spending for IT systems, facilities, and other.

Operating cash flow is projected in the range of $1 billion to $1.1 billion. Return on net assets will range from 17% to 18%, in line with our goal to deliver returns exceeding our weighted average cost of capital by at least 5%.

Finally, Slide 29 is an update of expected quarterly profile of revenue recognition and operating margins through 2011. Please note that if you read across horizontally from Q1 to Q4 on each chart, the sum of all quarters is 100%. Note that for fourth quarter, we're expecting to recognize less than 15% of our full-year revenue guidance, and less than 12% of our full-year operating income guidance.

The profile you see here is driven by the following assumptions: First, factory capacity is ramping throughout 2011. Second, Aqua Caliente revenue recognition starts in second quarter and accelerates into the fourth quarter. Third, Canadian projects under the completed contract accounting showing revenue recognition primarily in the fourth quarter. Finally, we will continue to use our systems pipeline as a buffer against European demand fluctuations, which could affect our balance of systems revenues.

With this, we conclude our prepared remarks and open the call for questions. Operator?

# Q&A

## Operator

Thank you. [Operator Instructions] And our first question will come from Smitti Srethapramote with Morgan Stanley.

**<Q - Smittipon Srethapramote>**: Yes, hi, guys. Just a quick question on your line upgrades. Now that you have recently converted all of your lines to upgrade all your lines to 11.6% conversion efficiencies, I was wondering what you plan to do next to move it up to the 12% level?

**<A - Robert J. Gillette>**: Hi, Smitti, it's Rob. We're going to continue to execute on the project and plans that we had in place of roughly 0.5 per year. So I think, as we discussed, I think it was Q3 when we made some modification and changes, that it's something that because of the number of lines and the way we execute it, we'll make progress on. And then it may level out in a given quarter and then continue to make progress. So we're continuing to invest in that, and that still is our plan, to drive the 0.5 per year.

## Operator

And we'll now go to our next question. That will come from Satya Kumar with Credit Suisse.

**<Q - Satya Kumar>**: Yeah, hi, thanks. I was wondering if you could give any additional color on the non-German European volumes. Just given the risk in Italy and the potential for a cap in France, I was wondering if you could give any granularity in the megawatt exposure you might have to these two other European market bucket you have on Slide 14?

**<A - Robert J. Gillette>**: Yeah, it's Rob again. I would say that obviously there's been a considerable amount of change. I'll give you some framework for us. We talked about a gigawatt in each outside of Germany is the estimate. And it's an estimate based on everything we know. We expect to ship about 10% to 15% of our module production to France in 2011. And as it relates to Italy, I think that we're planning to do -

**<A - Larry Polizzotto, Vice President, Investor Relations>**: 15 to 20.

**<A - Robert J. Gillette>**: 10 to – wait a minute, I'm looking at Larry here.

**<A - Larry Polizzotto, Vice President, Investor Relations>**: 15 to 20.



Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-02-24
Event Description: Q4 2010 Earnings Call

Market Cap: 3,862.49
Current PX: 44.08
YTD Change($): +13.2244
YTD Change(%): +42.859

Bloomberg Estimates - EPS
Current Quarter: 0.751
Current Year: 4.286
Bloomberg Estimates - Sales
Current Quarter: 726.667
Current Year: 3820.000

**\<A - Robert J. Gillette\>**: 15 to 20, I'm sorry. I was looking at a wrong number. 15 to 20 of our megawatts shipped to Italy. So we've spent a lot of time there and continue to work with influencing the markets and trying to see what we can do to make it sustainable and transparent over time. And it's been interesting.

## Operator

We'll now go to our next question from Rob Stone with Cowen and Company.

**\<Q - Robert Stone\>**: Rob, my question has to do with India; it looks like a rapidly increasing market opportunity. But how will you address local content requirements?

**\<A - Robert J. Gillette\>**: It's one of the things that we're working on and considering in the future. And really actually recently just TK visited in India. He's here with us, so he can have a few comments as well. But for us it's more determining the market and what the opportunities are. And then considering what the best way is to maximize value for First Solar and our customers. So we're open to different ways to do that, with partnerships and through our own efforts.

TK, if you want to add to that.

**\<A - TK Kallenbach\>**: Sure, this is TK. So when the National Solar Mission first came out last year, it had some discussion around local content requirements. And our position – and we encourage the folks in India and the government officials to think about local content requirements further down the road. So our position to them was that at some point local content you want to encourage, but you don't want to encourage it very early on in the marketplace.

So initially they've exempted quite a bit of local content requirements in order to evaluate a number of technologies. And if you're familiar with the marketplace in India, there are a number of smaller utility scale kind of 5-megawatt projects as part of the National Solar Mission, and then there are three or four very active state programs, again, that are encouraging a number of, I would call them smaller utility scale projects. And so so far they've allowed the local content requirements to not be met so they could investigate technologies like ours, which are not available for production in India today.

Our belief is that potentially three or four years down the road, after the market is established, they may reengage in that discussion. But at that point, the market has been validated and the market will tend to pull on the technologies that make the most sense for installation in India. And I think we're fine with that particular policy position.

## Operator

And we'll now take a question from Dan Ries with Collins Stewart brokerage firm.

**\<Q - Dan Ries\>**: Hi. I wonder if you could – it seems like you've changed the wording a bit for the 400-megawatts plus or minus. Has there been a decision to – it seems like you're more firm on the 400 at this point, rather than the range that you gave back in December. Can you discuss the factors that led to that shift, if I'm correct that that is a minor shift?

**\<A - Jens Meyerhoff\>**: You know, I think you may be interpreting a little into work flow here. So generally, we're keeping flexibility in that pipeline, I think as we reiterate here today. There's large projects that are pretty much up already, that have either started or are in the process of starting construction. We're building the BOS content out in a way that we have variability with respect to how fast and how many megawatts we can deploy on those projects.

So that flexibility remains. I think one comment we did make in the script today is that obviously as we move throughout the year, that flexibility for the year can decline, which is much more of a mathematical function of how much time you have left to install how many megawatts. But for the time being right now, we have the flexibility, but at the same point in time we generally see a strong global demand environment, and time will tell whether we have to



Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-02-24
Event Description: Q4 2010 Earnings Call

Market Cap: 3,862.49
Current PX: 44.08
YTD Change($): +13.2244
YTD Change(%): +42.859

Bloomberg Estimates - EPS
Current Quarter: 0.751
Current Year: 4.286
Bloomberg Estimates - Sales
Current Quarter: 726.667
Current Year: 3820.000

deploy that flexibility to its fullest or whether we can move some of those volumes into 2012.

## Operator

We'll now hear from Mark Wienkes with Goldman Sachs.

**<Q - Mark Wienkes>**: Thank you. Just following up on that. Could you give us maybe in megawatt terms how much flexibility you'd have through the first part of '11?

**<A - Jens Meyerhoff>**: I think the flexibility is more focused on the second half of '11, because as we mentioned, we're focused on satisfying strong demand in Europe in the first half. So it's really geared towards the second half, where Agua Caliente is ramping. Then we even have projects like AV [inaudible] possibly in the mix as well, which is another large utility scale project here in the Southwestern United States. So I think in the past we stated that that flexibility can go up into the 700-megawatt range. So I think we're preserving that optionality. And again, we're well prepared for any form of market fluctuation the later half of 2011, should those occur.

## Operator

And Vishal Shah has our next question from Barclays.

**<Q - Vishal Shah>**: Yeah, hi, thanks for taking my question. I just wanted to clarify – your guidance on a quarterly basis for operating income and net sales has changed from the December conference call. I was wondering what drove the reduction in the first quarter, especially for operating income. Thank you.

**<A - Jens Meyerhoff>**: Well, actually, so we don't guide to the quarter – I'll jump in on this one here. If you look at the profile that we presented, I think, for the first quarter, I think the guidance we're providing today is actually quite consistent with that profile. However, we got a little more precise on the profile for the first quarter today because of the average consensus to some degree ignoring the shape of that profile and having shown higher numbers.

## Operator

We'll now take a question from Sanjay Shrestha with Lazard Capital.

**<Q - Sanjay Shrestha>**: Great, good afternoon, guys. Seems like '11 is a pretty strong year for the industry, and for you guys as well. My question is really more of a two-part question. One is what sort of pricing dynamics are you guys seeing in the U.S. market with the continuously depressed price of natural gas. And the second part of the question is how do you guys sort of see the industry dynamics unfold into 2012 with you having the flexibility, other folks not having that flexibility, from a pipeline standpoint? Thank you.

**<A - Robert J. Gillette>**: Well, I'll go ahead and make some comments, and then Jens can chime in on the U.S. market. We're, as you know, continuing to develop our pipeline and putting on PPAs and other things. And we mentioned in the body of the presentation that they're moving from the $0.14 to $0.16 range that we have today to, in future type applications, to $0.10 to $0.12, which is our objective and goal over time to be able to sell. And we believe as it relates to peaking grid parity, I think the issues related to Europe and the feed-in tariff will cause some rush to demand again, like we saw in 2010. So that's why we believe the 2011 first half will be very strong and then the issues probably will be – or pressure in the market in the second half.

And then the stabilization, what we do is we've talked to all the officials and the regulatory body and our customers, and what we push for is the transparency for the future, and we support the declining feed-in tariffs, but we want to make sure that we have visibility as we plan our production and make our strategy and planning in the future. So that, I think – 2012, in terms of the market in Europe, will unfold better as the year progresses and we get past the July timeframe and we know what's going to happen with some of the feed-in tariffs.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-02-24
Event Description: Q4 2010 Earnings Call

Market Cap: 3,862.49
Current PX: 44.08
YTD Change($): +13.2244
YTD Change(%): +42.859

Bloomberg Estimates - EPS
Current Quarter: 0.751
Current Year: 4.286
Bloomberg Estimates - Sales
Current Quarter: 726.667
Current Year: 3820.000

So I think that's why we continue to – and I mentioned we're going to invest in growth and new markets and new regions and set aside significant resource and energy to do that. And make sure that we have continuing diversity in our pipeline and demand.

So I'll let Jens make some comments about the North American market.

**<A - Jens Meyerhoff>**: So I think if you look at the U.S. market right now, what we see is, as it relates to signing new PPAs on the power side, as you go into the outer years, the market has certainly become a lot more competitive. And generally bidding activities are moving closer and closer to the grid parity goals, as they should and as we described in our strategy. And I would say that in the near term, that there's a big focus on the customer side as it relates to project realization and the execution track record, and ability to hit aggressive schedules. So the utilities want to realize the generation capacity in order to get closer to their RPS goals on a true generation side.

So we're seeing that ability has value in the market, but overall it's a competitive market. I think the industry overall sees obviously that the U.S. is the fastest-growing, highest-volume market for the next couple years. It is not a fast turns business as we see in Europe. So unless you have a significant pipeline, it becomes increasingly difficult to participate in that growth.

**<A - Larry Polizzotto, Vice President, Investor Relations>**: Yeah, and I would add, one of the values of the North American pipeline is its multi-year dynamic. While it doesn't develop super quickly, it's got a nice multi-year dynamic. But in addition to what both Rob and Jens said, one of the things I think you can expect from us is we're going to continue to diversify our marketplace. So as you look at Page 14, and we extend that out into 2012 and '13, our intent is to continue to diversify globally and have more of these kind of markets, so that if there are situations where one goes up and one goes down, there is a diversity protection in the overall market system.

## Operator

We'll now hear from Steven Milunovich with Bank of America Merrill Lynch.

**<Q - Steven Milunovich>**: Thank you. On the guidance call, you talked about this 500 megawatts of "unaccounted for" modules that you expect to sell in Europe and various places. How do you feel about placing those today? And in particular, is your view on the pricing of those modules any different than it was a few months ago?

**<A - Larry Polizzotto, Vice President, Investor Relations>**: Well, I think from the guidance call, I mean, we're continuing to see the demand for the modules be steady. So as we've looked at the overall economics of the feed-in tariff discussions in France and in Italy and in Germany have changed over the last eight weeks, but fundamentally, those are still markets that are quite viable to kind of economics that we're looking at in the first half. Should Germany make another decrease in midyear, we'd see that to be more of a tightening of the economics, but fundamentally as we look at it, you saw the announcements on some of the India volume, which is a new location for us; it obviously helps us. So part of what we're doing is for the small amount of volume that we don't have currently completely contracted throughout the entire year, we're looking at where we would place that in new markets to make those go. And it's a very small percentage at this point, and it's way out in' Q4.

**<A - Robert J. Gillette>**: Yeah, keep in mind, Steve, when we said we had high confidence in 2011 here.

**<A - Larry Polizzotto, Vice President, Investor Relations>**: Yep. And I think that part is unchanged.

## Operator

We'll now hear from Stephen Chin with UBS.

**<Q - Stephen Chin>**: Thank you. Hi, Rob. Thanks for taking my question. Just to follow up on the operating margin question. The new 2011 operating guidance looks like it's up a few basis points versus the prior guidance. Is there a trend that makes you more comfortable to raise that margin guidance slightly? Is there maybe a step function



**Company Name:** First Solar
**Company Ticker:** FSLR US
**Date:** 2011-02-24
**Event Description:** Q4 2010 Earnings Call
**Market Cap:** 3,862.49
**Current PX:** 44.08
**YTD Change($):** +13.2244
**YTD Change(%):** +42.859
**Bloomberg Estimates - EPS**
**Current Quarter:** 0.751
**Current Year:** 4.286
**Bloomberg Estimates - Sales**
**Current Quarter:** 726.667
**Current Year:** 3820.000

improvement in the cost per watt as we go through 2011 that may happen? Thanks.

**<A - James Zhu, Chief Accounting Officer>**: Yeah, we have – hey Steve, this is James. We have a high confidence in terms of the operating margin. And we continue to drive efficiencies, lo mat and the continued drive of cost per watt. And at the same time that we diversify our markets, and our price is set to drive sell-through. So we have a visibility in the pipeline, especially with our captive pipelines in the U.S., as Jens and Rob and TK pointed out in terms of flexibility that we we that have. So yes.

**<A - Robert J. Gillette>**: Yeah, Steve, just to add, I would say, too, a couple of points. We – on the systems side, our pricing is based on the established economics in the PPAs, so we know that. We transition to, from planning to do EPC on some of the projects in China to having a partner do EPC. So there's a mix effect to that. So that's another piece of the equation. And then having a better understanding and clarity another quarter into the process about the demand streams and the competitive situation, so we feel pretty good about being able to provide that guidance.

**<A - Larry Polizzotto, Vice President, Investor Relations>**: And we continue to have resilience in there.

## Operator

Tim Arcuri with Citi has the next question.

**<Q - Timothy Arcuri>**: Hi, I had a question on share. You've before stated that your goal, sort of longer-term goal is 30% global share. And there was another company just tonight that basically is indicating that between 21 and 25 gigawatts worth of modules will ship into the market this year, which would put your share sort of sub 10%. So you're sort of running way behind that goal, and you're sort of chasing a market that's growing much faster. So I'm wondering how you think about that share goal as it relates to what your share was in 2010 and what it looks like it's going to be this year. Thanks.

**<A - Robert J. Gillette>**: Okay. It's Rob. I would say that we set that as a goal, so an aspiration. I would tell you, too, that there's certain pieces of the market that are not accessible to all. So we define the market a little bit differently when we show you the total analysts forecast as an average. You see the numbers, and one thing we all know is that it's hard to be accurate in terms of forecasting this market. So there's certain aspects of the marketplace that we believe are realistic markets for First Solar to serve, for all kinds of reasons. And we think that we can continue to grow our share position and grow the business. So we're really focused on growing the entire market and then participating in that growth.

## Operator

We'll now hear from Ramesh Misra with Brigantine Advisors.

**<Q - Ramesh Misra>**: Hi, good afternoon, guys. My question was regards to your production costs across the various geographies. Is it safe to assume that all the new plants that are coming up will have generally similar production costs, or will there be a difference?

**<A - Robert J. Gillette>**: Well – it's Rob. What we do is we take a look at all of the costs, both raw material, labor, and the mix of plants and facilities that we have. So when we plan the cost reduction roadmap, we consider all those different elements in terms of our plans. So we still have the objective to be between $0.52 and $0.60 by 2014, and we think we're making good progress to that end with improvements in efficiency in Q4 and a $0.02 gain from Q3 to Q4, and as well the 11% reduction year over year. So that's still our plan, and it includes the mix that we have.

## Operator

Our next question will come from Stuart Bush with RBC Capital Markets.



**Company Name:** First Solar
**Company Ticker:** FSLR US
**Date:** 2011-02-24
**Event Description:** Q4 2010 Earnings Call
**Market Cap:** 3,862.49
**Current PX:** 44.08
**YTD Change($):** +13.2244
**YTD Change(%):** +42.859
**Bloomberg Estimates - EPS**
**Current Quarter:** 0.751
**Current Year:** 4.286
**Bloomberg Estimates - Sales**
**Current Quarter:** 726.667
**Current Year:** 3820.000

**<Q - Stuart Bush>**: Yeah, hi, thanks for taking the question. If I compare your guidance today versus your guidance in December, it looks like some of the upside in the operating income is partly driven by $15 million to $20 million less in start-up expense and a 1% average lower range for the tax rate. Can you discuss what you – changed your assumptions there?

**<A - James Zhu, Chief Accounting Officer>**: Sure. Hey, Stuart, this is James again. So basically we're looking at, it is that, as we pointed out, have visibility and really the uplifting in terms of operating income, is really where we're seeing the benefit of the volume increase. So the better pricing that we've seen in the European markets, because we're able to actually move some of the volumes to – and the better pricing, and customers. Secondly, we actually benefit from an FX as well. So as I pointed out earlier, we continue to drive efficiencies in the cost per watt down, and that will contribute to the increase in operating margins. So all those together, I think, those are really the key elements to why we actually have an increase in the operating income.

**<A - Jens Meyerhoff>**: Yeah. Maybe to add, James, the change in start-up costs is a combination of the acceleration of a plant. So those costs are – there's a couple million dollars that are being reclassified in this guidance from start-up into cost of goods sold due to earlier production start. And the other part of the start-up relates to the delays on the French plant.

**<A - James Zhu, Chief Accounting Officer>**: That's right. And remember that of our volume, most of the volume's hedged, so we have locked in a lot of good economics of – and the pricing.

## Operator

We'll now take our next question from Jed Dorsheimer with Canaccord.

**<Q - Jonathan Dorsheimer>**: Hi, thanks. Can you just talk a little bit more about your approach to project development outside of North America and of course the project in China?

**<A - Jens Meyerhoff>**: So outside of North America, I think we're much more focused on mid- to late-stage developed assets. So we've taken an approach, especially in Europe right now, where there's a pretty broad market, where developers that are easily financially strained or don't quite have the working capital for project execution that are seeking partners. So we're seeing quite a few of those opportunities. Out of those opportunities the one that fit our risk appetite and profit profile, these are the ones we're acquiring. Generally, you should think of that effort as a fairly fast-turning business. These are projects that generally should be realized within a nine-, 12-month timeframe. So if we look at Italian assets, for example, we're keenly focused if we acquire any of those and realize them, that they are realizable in 2011.

Now, as you go beyond that effort and you look at markets like China, I would not necessarily describe ourselves as a developer in China. I think in China we're bringing our core competency of being a system provider, having EPC capability, having design know-how, and obviously a very low-cost panel technology to partner with local developers.

**<A - TK Kallenbach>**: Yeah, and I think – this is TK. I would add to the China piece of that. Because of the way that you do development in China, in order to apply and get a prefeasibility study and feasibility study approved, which is typically what we think of as project development, you have to be a state-owned enterprise, you have to be one of the companies there. And so for instance, the project that we're doing in Ordos, one of the pieces of value that China Guangdong Nuclear brings is they are a state-owned enterprise that has the ability to work with us and get the bulk of those feasibility studies approved off. So that's our intent, I think long-term in China, is to work with the state-owned enterprises, just like we're doing with China Guangdong Nuclear.

## Operator

We'll now take our final question from Colin Rusch with Thinkequity.

**Company Name:** First Solar
**Company Ticker:** FSLR US
**Date:** 2011-02-24
**Event Description:** Q4 2010 Earnings Call
**Market Cap:** 3,862.49
**Current PX:** 44.08
**YTD Change($):** +13.2244
**YTD Change(%):** +42.859
**Bloomberg Estimates - EPS**
**Current Quarter:** 0.751
**Current Year:** 4.286
**Bloomberg Estimates - Sales**
**Current Quarter:** 726.667
**Current Year:** 3820.000

**<Q - Colin Rusch>**: Can you just give us an update on the cost of capital efforts that you guys have engaged in, the diversity of sources, that you're looking at for financing a number of these large projects and the trend lines in terms actual costs as you look into 2011-2012?

**<A - Jens Meyerhoff>**: Yeah, I think you got to look at the costs of capital geographically. I would say if you think about the project finance market for PV solar of the United States, for example, that is still in its infancy. And with that we continue to see further rationalization and more aggressive bids as it relates to the weighted average cost of capital on the projects. That comes from an increased interest and understanding of the extremely favorable payback profile of a solar investment in the U.S. and more and more capital competing far fairly few shovel-ready projects.

If you think about the U.S. on the debt side, the U.S. commercial debt market is opening up to project finance with longer terms. And step by step, gradually terms that are more comparable to Europe. So that's gradually getting there, while not yet quite at the same volume. So as you know, we're executing a multi-prong strategy between commercial debt financing. We're working on rating on some of the large projects for bond offerings, and obviously we're very engaged with the DOE in both of their programs.

If you look in Europe, in Europe I will tell you that overall the capital costs are gradually increasing. Here we're generally seeing a much more mature market. So the continued de-risking of the assets has less leverage as compared to the U.S. And at the same point in time obviously there's upward pressure on the yield curve in the outer years that we're financing along this asset. So we have seen increase in interest rates. If you just look at KFW's lending rate, for example for example, in Germany, that has risen slightly over 100 basis points here over the past couple months.

## Operator

Ladies and gentlemen, that's all the time we have for questions today. And that does conclude today's conference call. We thank you for your participation.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2013, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

# EXHIBIT 33

# lcm LAZARD CAPITAL MARKETS

COMPANY NOTE

February 25, 2011

## FIRST SOLAR (FSLR)

| RATING: | BUY | PRICE: | $164.68 | PRICE TARGET: | $190 |

**Alternative Energy**

Update

SANJAY SHRESTHA
212-632-2680
sanjay.shrestha@lazardcap.com

### FSLR: In-line 4Q10; increased 2011 guidance; raising estimates; BUY, $190 PT

- **FSLR reported revenues of $610M and EPS of $1.80, versus LCM/consensus estimates of $645/$643M and $1.81/$1.75 respectively.** Reported results also included an $8.5M or $0.09 impact from additions to a module warranty replacement reserve. On an operating level, higher GM was offset by lower revenues and higher operating expenses.

- **Management raised its EPS guidance for 2011, and expects EPS in the range of $9.25-$9.75 (prior $8.75-$9.50), OM of 25% at midpoint (prior 24%), and revenues of $3.7-$3.8B (prior $3.7-$3.9B).** Line run rate increased 5% q/q to 62.6MW, and conversion efficiency reached 11.6%. Installed capacity by end of 2011, at the current run rate, should equal ~2.25GW.

- **2011 visibility remains high for First Solar through its long-term module supply contracts, and development of its large-scale project pipeline.** The company continues to diversify its supply portfolio, with Germany expected to account for 30%-35% of 2011 module shipments. Management continues to see a strong 1H11, given regulatory dynamics in key European markets. For the systems business, First Solar is targeting at least 400MW of project sales for 2011, with the flexibility to increase this to ~700MW. First Solar also expects to close on the DOE loan guarantee (section 1703) for Agua Caliente in 1H11.

- **We are raising our 2011 EPS estimate to $9.50 from $9.40 to account for a higher proportion of module shipments in 1H11.** While 2011 guidance incorporates contribution from large-scale projects primarily in 2H11, we continue to believe that management maintains the flexibility to manage product allocation between the two segments, based on any potential changes in end market demand.

- **We reiterate our BUY;** our $190 PT reflects 20x our 2011 EPS, in line with the company's 20% RONA. Risks include any unexpected problems with ramp, LT contracts and timing of large-scale project development.

| Key Data | FY: Dec | EPS | 2010 | 2011E Prior | 2011E Current | 2012 Prior | 2012 Current |
|---|---|---|---|---|---|---|---|
| S&P 500 | 1,306 | 1Q | $2.00 | $1.06 | $1.22 | | NM |
| AMEX WilderHill Clean Energy | 109 | 2Q | $1.84 | $2.04 | $2.05 | | NM |
| | | 3Q | $2.04 | $2.85 | $2.79 | | NM |
| Market Cap | $13.6 B | 4Q | $1.80 | | $3.44 | | NM |
| Book Value/Share | NM | Year | $7.68 | $9.40 | $9.50 | | NM |
| 52 Week Range | $171-$103 | P/E | 21.4x | | 17.3x | | NM |
| Avg. Daily Vol (000) | 1,577 | Options Exp. | NM | | NM | | NM |
| Shares Outstanding (M) | 82 | Rev (M) | 2010 | 2011E Prior | 2011E Current | 2012 Prior | 2012 Current |
| 3-Yr. EPS CAGR | NM | 1Q | $568.0 | $543.6 | $559.7 | | NM |
| Total Debt/Cap | NM | 2Q | $587.2 | $888.4 | $910.9 | | NM |
| FCF Yield | NM | 3Q | $797.9 | $1,138.4 | $1,133.0 | | NM |
| Dividend | $0.00 | 4Q | $609.7 | $1,239.7 | $1,261.1 | | NM |
| Yield | 0.0% | Year | $2,562.8 | $3,810.0 | $3,864.6 | | NM |
| | | P/S | 5.3x | | 3.5x | | NM |

*Effective May 10, 2005, Lazard Frères & Co. LLC ("LF&Co.") transferred its capital markets business (which includes equity research, syndicate, sales and trading) to a new privately-held company, Lazard Capital Markets LLC, which is neither owned nor controlled by LF&Co. LF&Co., which is part of publicly-traded Lazard Ltd, has retained, among other things, its investment banking business (including its mergers and acquisitions and financial restructuring practices). Please see pages 4-5 for important disclosures and analyst certification.*

**FSLR00032130**

lcm LAZARD CAPITAL MARKETS

## CASH FLOW SUMMARY

| Exhibit 1. First Solar Cash flow summary | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($M) | | Q110 | | Q210 | | Q310 | | Q410 | | 2010 | | 2011E |
| Net Income | $ | 172 | $ | 159 | $ | 177 | $ | 156 | $ | 683 | $ | 833 |
| D&A | $ | 39 | $ | 40 | $ | 37 | $ | 40 | $ | 156 | $ | 180 |
| Stock comp | $ | 20 | $ | 20 | $ | 26 | $ | 25 | $ | 91 | $ | 120 |
| W/C | $ | - | $ | (4) | $ | 100 | $ | 190 | $ | 286 | $ | - |
| Project Finance | $ | 16 | $ | - | $ | - | $ | - | $ | 16 | $ | 238 |
| Op Cash Flow | $ | 216 | $ | 215 | $ | 340 | $ | 411 | $ | 1,182 | $ | 895 |
| Capex | $ | 106 | $ | 134 | $ | 138 | $ | 212 | $ | 590 | $ | 1,050 |
| FCF | $ | 110 | $ | 82 | $ | 202 | $ | 199 | $ | 593 | $ | (155) |
| Cash | | 714 | | 796 | | 998 | | 1,197 | | 1,197 | | 1,042 |

Source: Company data, LCM Research

## INVESTMENT THESIS

**We rate First Solar shares BUY** because the company is, in our opinion, ideally positioned to leverage and potentially facilitate the long-term growth of the solar industry, give its cost-reduction curve, continued traction with efficiency gains, ongoing success with its manufacturing ramp, and solid execution

FSLR00032131

Case 2:12-cv-00555-DGC   Document 361-4   Filed 04/27/15   Page 38 of 61

FSLR0003212

## Exhibit 2. FSLR Income Statement

|  | First Solar Income Statement ($ millions) Year Ending 12/31 | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| February 25, 2011 | 2005 | 2006 | 2007 | 2008 | 1Q:09 | 2Q:09 | 3Q:09 | 4Q:09 | 2009 | 1Q:10 | 2Q:10 | 3Q:10 | 4Q:10 | 2010 | 1Q:11E | 2Q:11E | 3Q:11E | 4Q:11E | 2011E |
|  | 12/31/05 | 12/31/06 | 12/31/07 | 12/31/08 |  |  |  |  | 12/31/09 |  |  |  |  | 12/31/10 |  |  |  |  | 01/01/11 |
| Net Sales | $48.1 | $135.0 | $504.0 | $1,246.3 | $418.2 | $525.9 | $480.9 | $641.2 | $2,066.1 | $568.0 | $587.2 | $797.9 | $609.7 | $2,562.8 | $559.7 | $910.9 | $1,133.0 | $1,261.1 | $3,864.6 |
| % Change Y/Y |  | 181% | 273% | 147% | 112% | 97% | 38% | 48% | 66% | 36% | 12% | 66% | -5% | 24% | -1% | 55% | 42% | 107% | 51% |
| % Change Q/Q |  |  |  |  | -4% | 26% | -9% | 33% |  | -11% | 3% | 36% | -24% |  | -8% | 63% | 24% | 11% |  |
| COGS | 31.5 | 80.7 | 252.573 | 567.908 | 182.9 | 227.8 | 235.4 | 375.0 | 1021.62 | 286.0 | 285.0 | 476.0 | 313.3 | 1360.4 | 306.3 | 543.1 | 684.3 | 746.1 | 2279.8 |
| One time expenses |  |  |  |  |  |  |  |  |  |  | 17.8 |  |  |  |  |  |  |  |  |
| Gross Profit | 16.6 | 54.2 | 251.4 | 678.4 | 235.3 | 298.1 | 245.5 | 266.2 | 1044.5 | 282.0 | 284.3 | 321.9 | 296.4 | 1202.4 | 253.4 | 367.8 | 448.6 | 515.0 | 1584.9 |
| GPM | 34% | 40.2% | 49.9% | 54.4% | 56.3% | 56.7% | 51.0% | 41.5% | 50.6% | 49.7% | 48.4% | 40.3% | 48.6% | 46.9% | 45.3% | 40.4% | 39.6% | 40.8% | 41.0% |
| **Operating Expenses** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| R&D | 2.4 | 6.4 | 15.1 | 33.5 | 11.7 | 18.6 | 24.1 | 23.7 | 78.2 | 22.9 | 22.8 | 21.4 | 27.6 | 94.7 | 21.3 | 30.1 | 34.0 | 27.7 | 113.1 |
| % Sales |  | 4.7% | 3.0% | 2.7% | 2.8% | 3.5% | 5.0% | 3.7% | 3.8% | 4.0% | 3.9% | 2.7% | 3.4% | 3.7% | 3.8% | 3.3% | 3.0% | 2.2% | 2.9% |
| SG&A | 15.8 | 33.3 | 82.2 | 174.0 | 49.3 | 72.9 | 54.0 | 96.7 | 272.9 | 66.9 | 78.5 | 85.0 | 91.3 | 321.6 | 92.3 | 117.1 | 119.0 | 125.5 | 453.8 |
| % Sales | 33% | 25% | 16.3% | 14.0% | 11.8% | 13.9% | 11.2% | 15.1% | 13.2% | 11.8% | 14.0% | 11.5% | 13.4% | 12.5% | 16.5% | 12.9% | 10.5% | 10.0% | 11.7% |
| Production Start-up | 3.2 | 11.7 | 16.9 | 32.5 | 6.2 | 2.5 | 4.0 | 1.1 | 13.9 | 1.1 | 2.2 | 3.8 | 12.2 | 19.3 | 20.0 | 18.0 | 18.0 | 18.0 | 74.0 |
| Total Operating Expense | 21.4 | 51.4 | 114.2 | 240.1 | 67.2 | 94.1 | 82.1 | 121.5 | 365.0 | 90.9 | 103.5 | 110.2 | 131.1 | 435.6 | 133.6 | 165.1 | 171.0 | 171.2 | 640.9 |
| **Operating Profit (Loss)** | (4.8) | 2.8 | 137.2 | 438.3 | 168.1 | 204.0 | 163.4 | 144.7 | 679.6 | 191.1 | 180.8 | 211.7 | 165.3 | 766.8 | 119.8 | 202.7 | 277.7 | 343.8 | 944.0 |
| OM | -10.0% | 2.1% | 27.2% | 35.2% | 40.2% | 38.8% | 34.0% | 22.6% | 32.9% | 33.6% | 30.8% | 26.5% | 27.1% | 29.9% | 21.4% | 22.3% | 24.5% | 27.3% | 24.4% |
| Foreign Currency | (1.7) | 5.5 | 1.9 | 5.7 | 1.8 | 0.2 |  | 3.0 | 5.1 | (0.7) | (2.6) | (1.0) | 1.0 |  |  |  |  |  |  |
| Interest Income (Expense) | (0.4) | (1.0) | 18.1 | 20.6 | 1.2 | (1.9) | 2.4 | 2.9 | 4.6 | 5.6 | 3.0 | 2.7 | 3.1 | 14.4 | 2.0 | 2.0 | 2.0 | 2.0 | 8.0 |
| Other income | 0.4 | 1.8 | (1.2) | (0.9) | (1.3) | (1.1) | (0.2) | (0.3) | (3.0) | (0.7) | (0.5) | (0.4) | 3.9 |  |  |  |  |  |  |
| **Pretax Income (loss)** | (6.6) | 9.2 | 156.0 | 463.8 | 169.7 | 201.3 | 165.6 | 150.3 | 686.3 | 195.3 | 180.7 | 213.0 | 173.3 | 781.2 | 121.8 | 204.7 | 279.7 | 345.8 | 952.0 |
| Income Tax Expense | - | 5.025 | (2.4) | 115.4 | 5.1 | 20.7 | 11.6 | 8.7 | 46.2 | 23.0 | 21.3 | 36.2 | 17.4 | 97.9 | 15.2 | 25.6 | 35.0 | 43.2 | 119.0 |
| Tax Rate |  |  | -2% | 25% | 3.0% | 10.3% | 7.0% | 5.8% | 7% | 11.8% | 11.8% | 17% | 13% | 12.5% | 13% | 13% | 13% | 13% | 13% |
| **Net Income** | ($6.6) | $4.2 | $158.4 | $348.3 | $164.6 | $180.6 | $154.0 | $141.6 | $640.1 | $172.3 | $159.4 | $176.8 | $155.9 | $683.2 | $106.6 | $179.1 | $244.7 | $302.6 | $833.0 |
| **Operating EPS** | ($0.13) | $0.07 | $1.85 | $4.24 | $1.99 | $2.11 | $1.79 | $1.65 | $7.52 | $2.00 | $1.84 | $2.04 | $1.80 | $7.68 | $1.22 | $2.05 | $2.79 | $3.44 | $9.50 |
| **Shares Outstanding** | 48.8 | 56.5 | 78.0 | 82.1 | 82.6 | 85.7 | 86.0 | 86.0 | 85.1 | 86.1 | 86.4 | 86.6 | 86.8 | 86.5 | 87.1 | 87.4 | 87.7 | 88.0 | 87.6 |

Source: Company reports, LCM Research estimates

*lcm* LAZARD CAPITAL MARKETS

## ANALYST CERTIFICATION

All of the recommendations and views about the securities and companies in this report accurately reflect the personal views of the research analyst named on the cover of this report. No part of this research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst in this research report.

## IMPORTANT DISCLOSURES

**Lazard Capital Markets LLC makes a market in FSLR securities.**



FSLR - Current Rating: BUY, Price Target: $190

| Apr 15, 08 | Apr 30, 08 | Jul 31, 08 | Oct 10, 08 | Nov 3, 08 | Dec 12, 08 | Mar 3, 09 | Apr 28, 09 | Apr 30, 09 |
|---|---|---|---|---|---|---|---|---|
| B : $300 | B : $350 | B : $400 | B : $265 | B : $210 | B : $140 | B : $145 | B : $170 | B : $190 |

Data source: FactSet prices / LCM ratings and target prices

| DISTRIBUTION OF INVESTMENT RATINGS (AS OF 02/23/11) | | | | | |
|---|---|---|---|---|---|
| OVERALL DISTRIBUTION | | | BANKING CLIENT DISTRIBUTION* | | |
| BUY | HOLD | SELL | BUY | HOLD | SELL |
| 58% | 38% | 3% | 15% | 9% | 0% |

*Indicates the percentage of each category in the Overall Distribution that were banking clients of Lazard Frères in the previous 12 months.

| RATING | GUIDELINE     (return targets may be modified by risk or liquidity issues) |
|---|---|
| BUY | Expected to produce a total return of 15% or better in the next 12 months. |
| HOLD | Fairly valued; total return in the next 12 months expected to be ±10%. |
| SELL | Stock is expected to decline by 10% or more in the next 12 months. |

First Solar (FSLR)

4

FSLR00032133

 LAZARD CAPITAL MARKETS

## DISCLAIMERS

This report has been prepared by Lazard Capital Markets LLC ("LCM") in New York. It may not be reproduced, redistributed or copied in whole or in part for any purpose. This report has been approved by, and is being distributed in the US or to US persons, by LCM, which accepts responsibility for its contents in the US. Transactions undertaken in the US in any security mentioned herein must be effected through LCM or another US-registered broker-dealer, in conformity with SEC Rule 15a-6.

Neither this report nor any copy or part thereof may be distributed in any other jurisdictions where its distribution may be restricted by law and persons into whose possession this report comes should inform themselves about, and observe, any such restrictions. Distribution of this report in any such other jurisdictions may constitute a violation of US securities laws, or the law of any such other jurisdictions.

This report does not constitute an offer or solicitation to buy or sell any securities referred to herein. It should not be so construed, nor should it or any part of it form the basis of, or be relied on in connection with, any contract or commitment whatsoever. The information in this report, or on which this report is based, has been obtained from sources that LCM believes to be reliable and accurate. However, it has not been independently verified and no representation or warranty, express or implied, is made as to the accuracy or completeness of any information obtained from third parties. The information or opinions are provided as at the date of this report and are subject to change without notice. The information and opinions provided in this report take no account of the investors' individual circumstances and should not be taken as specific advice on the merits of any investment decision. Investors should consider this report as only a single factor in making any investment decisions. Further information is available upon request. LCM does not accept any liability whatsoever for any direct or consequential loss howsoever arising, directly or indirectly, from any use of this report or its contents.

By accepting this report you agree to be bound by the foregoing limitations.

Lazard Capital Markets LLC
30 Rockefeller Plaza, New York, NY 10020
Member NYSE and FINRA

Copyright 2011 Lazard Capital Markets LLC. All rights reserved.

**FSLR00032134**

# EXHIBIT 34



**MIZUHO** | **Mizuho Securities USA Inc.** | **Clean Technology Research**
Solar

| U.S. Equity Research | February 25, 2011 | **Company Update** |

# First Solar, Inc.

## Pricey, But Good Earnings Momentum Outlook; Maintain Outperform

### ▪ Disappointing 4Q revenues; EPS misses our forecast

FSLR reported 4Q results and raised 2011 guidance. (Please see a table of our results vs ests on pg 2.) While EPS results were ahead of Street mean ests, expectations were high and revs missed guidance somewhat. (Actual 4Q revs of ~$610M missed implied guidance of ~$626-656M). The miss was due largely to a decision to accelerate replacement of ~30MW of potentially faulty modules (this is an old issue and has not been repeated) which was reflected in COGS with no corresponding rev. Rev recognition issues on project timing were also a factor. Module production of 395 MW was 3% better than our expectations and COGS/W of $0.75 was in-line. Without the module replacement effect, module gross margins were much better than Street forecasts (45.8%) and closer to our own (49.8%).

### ▪ Guidance still conservative; Good earnings momentum outlook

In our view, FSLR is pricey compared with peers, although it deserves a significant premium due to its much safer business model (lowest cost, large project pipeline). At this level we see the stock primarily as an earnings momentum play where continued beats through 2011 will drive additional upside. 2011 revs guidance was actually down somewhat to $3.7-3.8B from $3.7-3.9B prior. The driver was a reclassification of the Chinese Ordos project to a module-sale contract from a development project previously. Mgt raised 2011 EPS guidance to $9.25-9.75 from $8.75-9.50 prior. The drivers given on the call were a better vol and pricing environment in Europe in 1H'11, better FX, better production, cost efficiencies and ramp at their plants. This gibes well with our view of the market and our outlook for FSLR. Yet, we continue to believe mgt has built conservative assumptions into guidance for currency (Euro spot rate of $1.30), yield, throughput, etc. Given FSLR's history of conservatism and beats, we are more convinced that our $10.01 2011 est will be achieved and are maintaining our 2011 and 2012 ests and $190 PT.

### ▪ Valuation and Risks

Our $190 price target is based on 13x our 2011 EBITDA forecast, which is well above the group of solar peers in our universe. We believe a significant premium is justified due to FSLR's dominant cost position, strong downstream development channel and backlog. Risks include low priced competition, reliance on subsidized markets among others.

| Rating | Outperform |
|---|---|
| Previous Rating | — |
| **Price (2/24)** | **$164.68** |
| **Price Target** | **$190.00** |
| Previous Price Target | — |

**Key Data**

| Symbol | FSLR (NASDAQ) |
|---|---|
| 52-Week Range | 175.45 - 98.71 |
| Market Cap ($M) | $14,116 |
| Shares Outstanding (MM) | 85.7 |
| Float | 55.5 |
| Average Daily Volume | 1,526,590 |
| Dividend per Share ($) | 0.00 |
| Long-Term Growth Rate (%) | 20.0 |
| Cash per Share ($) | 4.71 |

**Fiscal Year-End: Dec 31**

| | 2010A | 2011E Prior | 2011E Curr | 2012E Prior | 2012E Curr |
|---|---|---|---|---|---|
| **Revenue ($M)** | | | | | |
| Q1 | 568.0A | 634.3E | 583.5E | – | – |
| Q2 | 587.9A | 966.6E | 826.2E | – | – |
| Q3 | 797.9A | 1,024.2E | 868.1E | – | – |
| Q4 | 609.8A | 1,317.5E | 1,664.7E | – | – |
| Yr | 2,563.5A | – | 3,942.6E | – | 5,168.0E |
| **Earnings per Share ($)** | | | | | |
| Q1 | 2.00A | 1.49E | 1.23E | – | – |
| Q2 | 1.84A | 2.55E | 2.21E | – | – |
| Q3 | 2.04A | 2.40E | 2.20E | – | – |
| Q4 | 1.80A | 3.56E | 4.36E | – | – |
| Yr | 7.68A | – | 10.01E | – | 12.01E |
| P/E | 21.4x | – | 16.5x | – | 13.7x |



1 Year Price History for FSLR

Created by BlueMatrix

**Paul Clegg, CFA**
+1 212 205 8476
paul.clegg@us.mizuho-sc.com

**Please refer to page 4 of this report for important disclosure and analyst certification information.**

FSLR00032159

**MIZUHO**

First Solar, Inc.

## Exhibit 1: FSLR's 4Q10 results vs. Miz estimates

**FSLR (Outperform)**

| 4Q10 | Street | Mizuho | Actual | Guidance* |
|---|---|---|---|---|
| Revs MMs | $647.8 | $673.7 | $610.0 | $626-656 |
| GM% | 45.8% | 49.8% | 48.7% | NA |
| Op Inc MM | $172.3 | $211.6 | $165.7 | NA |
| EPS | $1.75 | $2.11 | $1.80 | $1.62-1.77 |

Note: 4Q'10 guidance implied by annual.

Source: Mizuho estimates and Reuters

## Exhibit 2: Estimate Adjustments vs. street estimates on FSLR's 1Q11 financials

**FSLR (Outperform)**

| 1Q'11 | Street | Mizuho (Old) | Mizuho (New) | Guidance* |
|---|---|---|---|---|
| Revs MMs | $566.5 | $634.3 | $583.5 | $555-570 |
| GM% | 43.4% | 48.5% | 45.2% | NA |
| Op Inc MM | $111.0 | $144.2 | $118.2 | $109-118 |
| EPS | $1.18 | $1.49 | $1.23 | NA |

Note: 1Q'11 guidance is approximate, based on mgt disclosures.

Source: Mizuho estimates and Reuters

## Exhibit 3: Estimate Adjustments vs. street estimates on FSLR's 2011 financials

**FSLR (Outperform)**

| 2011E | Street | Mizuho (Old) | Mizuho (New) | Guidance (prior) | Guidance (new) |
|---|---|---|---|---|---|
| Revs MMs | $3,761.0 | $3,942.6 | $3,942.6 | $3,700-3,900 | $3,700-3,800 |
| GM% | 40.6% | 41.6% | 41.2% | NA | NA |
| Op Inc MM | $905.3 | $984.8 | $984.8 | $875-975 | $910-980 |
| EPS | $8.98 | $10.01 | $10.01 | $8.75-9.50 | $9.25-9.75 |

Source: Mizuho estimates and Reuters

FSLR00032160

Case 2:12-cv-00555-DGC    Document 361-4    Filed 04/27/15    Page 44 of 61

**First Solar, Inc.**

| Income Statement | | Quarters | | | | | Quarters | | | | | |
| Fiscal Year Ended | | 31-Mar-10 | 30-Jun-10 | 30-Sep-10 | 31-Dec-10 | | 31-Mar-11 | 30-Jun-11 | 30-Sep-11 | 31-Dec-11 | | |
| (in $000s except per share and % data) | 2009A | 1Q10A | 2Q10A | 3Q10A | 4Q10A | 2010E | 1Q11E | 2Q11E | 3Q11E | 4Q11E | 2011E | 2012E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | - | - | - | - | | |
| Total Revenues | 2,066,200 | 567,961 | 587,854 | 797,899 | 609,801 | 2,563,515 | 583,502 | 826,252 | 868,067 | 1,664,730 | 3,942,551 | 5,167,953 |
| | | | | | | | | | | | | |
| COGS | | | | | | | | | | | | |
| Total COGS | (1,021,618) | (285,925) | (303,660) | (476,007) | (313,077) | (1,378,669) | (319,749) | (451,808) | (485,503) | (1,060,167) | (2,317,226) | (3,132,865) |
| Gross Profit | 1,044,582 | 282,036 | 284,194 | 321,892 | 296,724 | 1,184,846 | 263,754 | 374,444 | 382,564 | 604,564 | 1,625,325 | 2,035,089 |
| Gross Margin | 51% | 50% | 48% | 40% | 49% | 46% | 45% | 45% | 44% | 36% | 41% | 39% |
| | | | | | | | | | | | | |
| R&D | (78,161) | (22,888) | (22,836) | (21,472) | (27,601) | (94,797) | (30,579) | (35,791) | (40,910) | (41,257) | (148,537) | (180,000) |
| SG&A | (272,898) | (66,864) | (78,597) | (84,961) | (91,282) | (321,704) | (98,000) | (105,000) | (110,000) | (115,000) | (428,000) | (520,000) |
| Start-up costs | (13,908) | (1,143) | (2,288) | (3,821) | (12,190) | (19,442) | (17,000) | (17,000) | (15,000) | (15,000) | (64,000) | (100,000) |
| Other | | | | | | | | | | | | |
| Total Operating expense | | (90,895) | (103,721) | (110,254) | (131,073) | (435,943) | (145,579) | (157,791) | (165,910) | (171,257) | (640,537) | (800,000) |
| Operating Profit (Loss) | 679,615 | 191,141 | 180,473 | 211,638 | 165,651 | 748,903 | 118,175 | 216,653 | 216,654 | 433,307 | 984,788 | 1,235,089 |
| Operating Margin | 32.9% | 33.7% | 30.7% | 26.5% | 27.2% | 29.2% | 20.3% | 26.2% | 25.0% | 26.0% | 25.0% | 23.9% |
| plus: Depreciation & amortization | 125,300 | 36,000 | 36,200 | 40,000 | 41,000 | 153,200 | 49,000 | 53,000 | 56,000 | 56,000 | 214,000 | 256,000 |
| | | | | | | | | | | | | |
| EBITDA | 804,915 | 227,141 | 216,673 | 251,638 | 206,651 | 902,103 | 167,175 | 269,653 | 272,654 | 489,307 | 1,198,788 | 1,491,089 |
| EBITDA Margin | 39% | 40% | 37% | 32% | 34% | 35% | 29% | 33% | 31% | 29% | 30% | 29% |
| Cash int. rate | | 3.4% | 2.9% | 2.1% | 2.0% | | 2% | 2% | 2% | 2% | | |
| Interest income | | 5,648 | 3,035 | 2,658 | 3,034 | 14,375 | 3,828 | 3,743 | 3,732 | 3,733 | 15,036 | 14,613 |
| Interest expense (net of capitalized | (5,258) | | (6) | - | - | (6) | - | - | - | - | - | - |
| Foreign currency gain (loss) | 5,207 | (696) | (2,625) | (1,001) | 854 | (3,468) | - | - | - | - | - | - |
| Other income (expense) 4 | (2,985) | (734) | (439) | (380) | 3,826 | 2,273 | - | - | - | - | | |
| Total other income (loss) | 6,699 | 4,218 | (35) | 1,277 | 7,714 | 13,174 | 3,828 | 3,743 | 3,732 | 3,733 | 15,036 | 14,613 |
| Earnings before taxes | 686,314 | 195,359 | 180,438 | 212,915 | 173,365 | 762,077 | 122,003 | 220,396 | 220,386 | 437,040 | 999,824 | 1,249,702 |
| Tax rate | 7% | 12% | 12% | 17% | 10% | 12.8% | 13% | 13% | 13% | 13% | 13% | 15% |
| Income tax expense | (46,176) | (23,014) | (21,395) | (36,046) | (17,421) | (97,876) | (15,250) | (27,549) | (27,548) | (54,630) | (124,978) | (187,455) |
| Net (Loss) Profit before cum. effect of Δ | $640,138 | 172,345 | 159,043 | 176,869 | 155,944 | $664,201 | $106,753 | $192,846 | $192,837 | $382,410 | 874,846 | 1,062,246 |
| Cumulative effect of stock options | | | | | | | | | | | | |
| Net Income (loss) | $640,138 | $172,345 | 159,043 | $176,869 | $155,944 | $664,201 | $106,753 | $192,846 | $192,837 | $382,410 | 874,846 | $1,062,246 |
| Net Loss attributable to common stockhold | 640,138 | 172,345 | 159,043 | 176,869 | 155,944 | 664,201 | 106,753 | 192,846 | 192,837 | 382,410 | 874,846 | 1,062,246 |
| EPS (basic) | $7.67 | $2.04 | $1.87 | $2.08 | $1.83 | $7.82 | $1.23 | $2.22 | $2.21 | $4.37 | $10.04 | $12.05 |
| EPS (diluted) | $7.53 | $2.00 | $1.84 | $2.04 | $1.80 | $7.68 | $1.23 | $2.21 | $2.20 | $4.36 | $10.01 | $12.01 |

Source: Company documents and Mizuho's estimates

FSLR00032161

**MIZUHO**

First Solar, Inc.

## Ownership Disclosures and Material Conflicts of Interest or Position as Officer or Director

None

## Receipt of Compensation

The compensation of the research analyst writing this report, in whole or part, is based on MSUSA's annual revenue and earnings and is not directly related to any specific investment banking compensation. MSUSA's internal policies and procedures prohibit research analysts from receiving compensation from companies covered in the research reports.

## Regulation Analyst Certification (AC)

I, Paul Clegg, hereby certify that the views expressed in this research report accurately reflect my personal views about any and all the subject companies. No part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

## Rating Definitions

**Rating: anticipated stock price performance in the next 12 months**

**Buy:** Estimated stock price appreciation of 20% or more

**Outperform:** Outperform the stock market averages by 12% or more

**Neutral:** Perform in line with the stock market averages (Hold)

**Underperform:** Underperform the stock market averages by 12% or more

**Sell:** Estimated stock price decline of 20% or more

## Rating Distribution

| (As of 2/24) | % of coverage | IB service past 12 mo |
|---|---|---|
| Buy (Buy/Outperform) | 66.20% | 11.63% |
| Hold (Neutral) | 32.30% | 14.29% |
| Sell (Underperform/Sell) | 1.50% | 0.00% |

For disclosure purposes only (NYSE and FINRA ratings distribution requirements), our Outperform, Neutral and Underperform ratings are displayed as Buy, Hold and Sell, respectively. However, our Outperform, Neutral and Underperform ratings are determined on a relative basis (please refer to definitions above).



Rating and Price Target History for: First Solar, Inc. (FSLR) as of 02-24-2011

Created by BlueMatrix

## Disclaimers

This report has been prepared by Mizuho Securities USA Inc. ("MSUSA"), a subsidiary of Mizuho Securities Co., Ltd. ("MHSC"), solely for the purpose of supplying information to the clients of MSUSA and/or its affiliates to whom it is distributed. This report is not, and should not be construed as, a solicitation or offer to buy or sell any securities or related financial products.

This report has been prepared by MSUSA solely from publicly available information. The information contained herein is believed to be reliable but has not been independently verified. MSUSA makes no guarantee, representation or warranty, and MSUSA, MHSC and/or their affiliates, directors, employees or agents accept no responsibility or liability whatsoever as to the accuracy, completeness or appropriateness of such information or for any loss or damage arising from the use or further communication of this report or any part of it. Information contained herein may not be current due to, among other things, changes in the financial markets or economic environment. Opinions reflected in this report are subject to change without notice.

This report does not constitute, and should not be used as a substitute for, tax, legal or investment advice. The report has been prepared without regard to the individual financial circumstances, needs or objectives of persons who receive it. The securities and investments related to the securities discussed in this report may not be suitable for all investors, and the report is intended for distribution to Institutional Investors. Readers should independently evaluate particular investments and strategies, and seek the advice of a financial adviser before making any investment or entering into any transaction in relation to the securities mentioned in this report.

MSUSA has no legal responsibility to any investor who directly or indirectly receives this material. Investment decisions are to be made by and remain as the sole responsibility of the investor. Investment involves risks. The price of securities may go down as well as up, and under certain circumstances investors may sustain total loss of investment. Past performance should not be taken as an indication or guarantee of future performance. Unless

FSLR00032162

**MIZUHO**

<div align="right">First Solar, Inc.</div>

otherwise attributed, forecasts of future performance represent analysts' estimates based on factors they consider relevant. Actual performance may vary. Consequently, no express or implied warranty can be made regarding future performance.

Any references in this report to Mizuho Financial Group, Inc. ("MHFG"), MHSC and/or its affiliates are based only on publicly available information. The authors of this report are prohibited from using or even obtaining any insider information. As a direct subsidiary of MHSC and indirect subsidiary of MHFG, MSUSA does not, as a matter of corporate policy, cover MHFG or MHSC for investment recommendation purposes.

MSUSA or other companies affiliated with MHFG or MHSC, together with their respective directors and officers, may have or take positions in the securities mentioned in this report, or derivatives of such securities or other securities issued by companies mentioned in this report, for their own account or the accounts of others, or enter into transactions contrary to any recommendations contained herein, and also may perform or seek to perform broking and other investment or securities related services for the companies mentioned in this report as well as other parties generally.

## Restrictions on Distribution

This report is not directed to, or intended for distribution to or use by, any person who is a citizen or resident of, or entity located in, any locality, territory, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to or restricted by law or regulation. Persons or entities into whose possession this report comes should inform themselves about and observe such restrictions.

**United States:** Mizuho Securities USA Inc., a member of the MHSC Group, 1251 Avenue of the Americas, 33rd Floor, New York, NY 10020, USA, contact number +1-212-209-9300, distributes or approves the distribution of this report in the United States and takes responsibility for it. Any transaction by a US investor resulting from the information contained in this report may be effected only through MSUSA. Interested US investors should contact their MSUSA sales representative.

**United Kingdom/European Economic Area:** This report is distributed or has been approved for issue and distribution in the UK by Mizuho International plc ("MHI"), Bracken House, One Friday Street, London EC4M 9JA, a member of the MHSC Group. MHI is authorized and regulated by the Financial Services Authority and is a member of the London Stock Exchange. For the avoidance of doubt this report is not intended for retail clients. This report may be distributed in other member states of the European Union. This publication is distributed in Switzerland by Mizuho International plc, London, Zurich Branch, Loewenstrasse 30, CH-8001 Zurich, a branch, authorized and regulated by the Swiss Financial Market Supervisory Authority FINMA.

**Singapore:** This report is distributed or has been approved for distribution in Singapore by Mizuho Securities (Singapore) Pte. Ltd. ("MHSS"), a member of the MHSC Group, which is regulated by the Monetary Authority of Singapore. Any research report produced by a foreign Mizuho entity, analyst or affiliate is distributed in Singapore only to "Institutional Investors," "Expert Investors" or "Accredited Investors" as defined in the Securities and Futures Act, Chap. 289 of Singapore. Any matters arising from, or in connection with this material, should be brought to the attention of MHSS.

**Hong Kong:** This report is being distributed in Hong Kong by Mizuho Securities Asia Limited ("MHSA"), a member of the MHSC Group, which is licensed and regulated by the Hong Kong Securities and Futures Commission.

**Australia:** This report is being distributed in Australia by MHSA, which is exempted from the requirement to hold an Australian financial services license under the Corporation Act 2001 ("CA") in respect of the financial services provided to the recipients. MHSA is regulated by the Securities and Futures Commission under the laws of Hong Kong, which differ from Australian laws. Distribution of this report is intended only for recipients who are "wholesale clients" within the meaning of the CA.

If you do not wish to receive our reports in the future, please contact your sales person and request to be removed from receiving this distribution.

© Mizuho Securities USA Inc. All Rights Reserved 2011. This document may not be altered, reproduced or redistributed, or passed on to any other party, in whole or in part, without the prior written consent of Mizuho Securities USA Inc.

FSLR00032163

# EXHIBIT 35



ARDOUR
CAPITAL INVESTMENTS, LLC

February 25, 2011
**4Q10 Update**
Solar Energy

## FIRST SOLAR (FSLR/NASDAQ) <span style="float:right">BUY</span>

### CPW back on track; strong 2011 pipeline—reiterate BUY and raise price target

**Increasing 2011 EPS on increased guidance, CPW improvements and healthy pipeline.** Despite a 4Q10 topline miss, FSLR posted another quarter of solid execution. The Company reported a customer-friendly decline in ASP, which contradicts higher pricing from Chinese peers. Total CPW was down 3% Q-o-Q, on throughput and efficiency improvements. Project pipeline continues to grow and is expected to be used as a buffer if global demand softens. Given current strong demand, FSLR is able to allocate more product to its higher margin component business, which supports higher EPS guidance. We believe the Company is best positioned to realize near term cost reduction as peers face cost pressure.

**4Q10 revenues somewhat light, but EPS continues to outperform.** FSLR reported 4Q10 revenue of $610m, compared to our forecast of $650m. Gross margin was 48.6%, compared to our estimate of 46.1%, due to CPW improvements. As a result of better than expected gross margin, EPS came in at $1.80 versus our estimate of $1.76. 2011 EPS guidance was lifted to $9.25-$9.75 on strong demand in its higher margin component segment. We raise our 2011 EPS estimates, and see possible upside given its captive pipeline strategy.

**We view ASP decline as a customer friendly strategy.** We estimate ASP was ~$1.54/W, down low single digit from the previous period. We view this positively vis-à-vis single digit price increase from its Chinese peers in 4Q10. CPW appears to be back on track after a slight uptick in 3Q10 for line adjustments. Total CPW was down 3% from the prior period to $0.75/W, driven by a 5% increase in throughput and 3% increase in efficiency.

**We see near term cost reduction upside on scale, throughput and efficiency improvements.** KLM 5 and 6 will begin to ship in 1Q11 and 2Q11, respectively and capacity ramp has been accelerated at the Frankfurt plant. We see 2012 production capacity of ~3.3 GW, under the assumption of further increases in throughput. The Company's 3Q10 process changes supported upside in 4Q10 conversion efficiency, reaching 11.6%, compared to 11.3% in 3Q10 and we expect further upside in 2011. As such, we believe the Company is better positioned to realize near term cost reduction compared to its Chinese peers who are facing raw material cost pressure.

**Healthy U.S. pipeline and increasing geographic diversification.** FSLR sold 400 MW in projects and 37 MW of EPC agreements in 4Q10, boosting its North American pipeline to 2.4 GW from 2.2 GW in 2010. FSLR plans to use its North American pipeline as a hedge against demand fluctuations and European FIT cuts expected in 2H11. We believe FSLR's strong U.S. systems pipeline and geographic diversification into markets such as India and China can support market share gains.

### Rating information

| Rating | BUY |
|---|---|
| Price target | $190.00 |
| Previous price target | $180.00 |
| Closing price (2/24/11) | $164.68 |

### Price performance



*Source:* Thomson and Ardour Capital Investments, LLC

### Market data

| | |
|---|---|
| Market cap ($m) | 14,294.2 |
| Shares outstanding (m) | 86.8 |
| Average daily volume (m) | 1.5 |
| 52-week range ($) | 98.71 – 175.45 |
| Free float (m) | 55.5 |
| Shares short (m) | 15.3 |
| Institutional holdings (%) | 89.6 |
| Insider holdings (%) | 2.0 |
| Primary exchange | NASDAQ |
| Year-end | December 31 |

### Ardour Global Index Membership

| Index | Weighting |
|---|---|
| Composite (AGIGL) | 7.13% |
| Extra Liquid (AGIXL) | 9.65% |
| Solar Energy (SOLRX) | 10.35% |

### Company profile

First Solar manufactures and sells thin-film cadmium telluride solar modules. The Company has the largest thin-film PV production capacity in the world.

### Analyst

Adam Krop
1-212-946-6828
akrop@ardourcapital.com

### Key figures

| | | 2009 | 2010 | 2011E | 2012E |
|---|---|---|---|---|---|
| Sales ($m) | | 2,066.2 | 2,563.5 | 3,785.7E | 4,916.9E |
| Quarterly sales | 1Q | 418.2 | 568.0 | 525.2E | |
| | 2Q | 525.9 | 587.9 | 796.6E | |
| | 3Q | 480.9 | 797.9 | 846.9E | |
| | 4Q | 641.3 | 609.8 | 1,617.1E | |
| Total EPS ($) | | 7.53 | 7.68 | 9.64E | 11.96E |
| Quarterly EPS | 1Q | 1.99 | 2.00 | 1.15E | |
| | 2Q | 2.11 | 1.84 | 1.99E | |
| | 3Q | 1.79 | 2.04 | 2.00E | |
| | 4Q | 1.65 | 1.80 | 4.48E | |
| P/E (x) | | 21.9 | 21.5 | 17.1 | 13.8 |
| EV/EBITDA (x) | | 16.5 | 14.9 | 11.5 | 9.1 |

**See pages 3 and 4 for important disclosures, rating and price target changes, and analyst certification.**

FSLR00032072



## QUARTERLY RESULTS

| Quarterly performance | 4Q10 | 4Q09 | Y-o-Y %Δ | 3Q10 | Q-o-Q %Δ |
|---|---|---|---|---|---|
| Revenue ($m) | 609.8 | 641.3 | (4.9) | 797.9 | (23.6) |
| Gross profit ($m) | 296.7 | 266.2 | 11.5 | 321.9 | (7.8) |
| SG&A expenses ($m) | 91.3 | 96.7 | (5.6) | 85.0 | 7.4 |
| R&D expenses ($m) | 27.6 | 23.7 | 16.4 | 21.5 | 28.5 |
| Startup expenses ($m) | 12.2 | 1.1 | 1009.2 | 3.8 | 219.0 |
| Operating income ($m) | 165.7 | 144.7 | 14.5 | 211.6 | (21.7) |
| Net income ($m) | 155.9 | 141.6 | 10.1 | 176.9 | (11.8) |
| EPS (diluted) ($) | 1.80 | 1.65 | 9.1 | 2.04 | (12.1) |
| Gross margin (%) | 48.7 | 41.5 | - | 40.3 | - |
| Operating margin (%) | 27.2 | 22.6 | - | 26.5 | - |
| Net margin (%) | 25.6 | 22.1 | - | 22.2 | - |
| Cash & equivalents ($m) | 1,113.8 | 1,114.3 | (0.0) | 997.0 | 11.7 |
| PP&E ($m) | 1,430.8 | 988.8 | 44.7 | 1,244.6 | 15.0 |
| Interest-bearing liabilities ($m) | 237.4 | 175.0 | 35.7 | 250.4 | (5.2) |
| Working capital ($m) | 1,114.8 | 956.3 | 16.6 | 1,157.1 | (3.7) |

## VALUATION

We continue to view FSLR positively and reiterate our BUY rating and raise our price target to $190.00 from $180.00. Our price target of $190.00 is calculated on the Company trading at 19.7x our 2011 estimate of $9.64. Our multiple represents a premium to the group average which we believe is justified by FSLR's strong margins, ROE and EPS growth opportunities. Risks to valuation include delays in manufacturing capacity construction, deceleration of government subsidies, and competitive technological advances.

FSLR00032073

ANALYST CERTIFICATION

I, Adam Krop, hereby certify that the views expressed in this research report accurately reflect my personal views about the companies under coverage and the securities of each. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

RATINGS METHODOLOGY

Ardour Capital Investments, LLC uses a ratings system for research reports consisting of the following categories: BUY, ACCUMULATE, HOLD, REDUCE, and SELL. These ratings will cover the intermediate time frame, which we define as 12 months into the future.

A **buy** rating will be assigned to a company considered to possess outstanding growth prospects by the covering analyst. Metrics will include an expected common stock appreciation of at least 20% for the intermediate future. This expected appreciation will be substantiated by a clearly defined and prominently displayed valuation methodology.

An **accumulate** rating will be assigned to a company considered to have positive upside stock appreciation potential between 10% and 20%. However, in some cases, quantitative analysis will forecast stock price appreciation of greater than 20%, but extenuating circumstances will lead the analyst to assign an accumulate, as opposed to a more aggressive buy rating. The analyst's reasoning will be clearly stated in the investment summary section of the report.

A **hold** rating will be assigned to a company that is expected to experience flat to moderate growth in the intermediate future. As with an accumulate rating quantitative measures may point to a more aggressive rating; however, the covering analyst may have near-term concerns that will be prominently spelled out in the investment summary section of the report. This growth may be deemed attributable to purely industry dynamics and not necessarily fundamental issues.

A **reduce** rating will be assigned to a company that the analyst believes is nearing the target price or is overvalued due to an unexplained run-up in the stock price. The analyst now recommends that investors should take some profit.

A **sell** rating will be assigned to a company that either is experiencing fundamental difficulties, or the stock price has exceeded the analyst's target price.

- Ardour Capital does not currently receive compensation of any kind from First Solar, Inc.
- As of January 1, 2011, the breakdown of ratings of all companies Ardour Capital follows is, by percentage: Buy/Accumulate = 64.8%, Hold/Suspend = 16.7%, Reduce/Sell = 18.5%.
- As of January 1, 2011, the breakdown of ratings of all companies Ardour Capital follows and receives or has received investment banking compensation from in the previous year is, by percentage: Buy/Accumulate = 100%, Hold = 0%, Reduce/Sell = 0%.

DISCLAIMER

This material has been prepared and/or issued by Ardour Capital Investments, LLC and/or one of its consultants or affiliates. This document is for information purposes only and it should not be regarded as an offer to sell or as a solicitation of an offer to buy the securities or other instruments mentioned in it. The information, including any third-party information, may not be accurate or complete in its entirety, and it should not be relied upon as such. Ardour Capital and/or its affiliates are not acting in a fiduciary capacity. The products mentioned herein may not be eligible for sale in some states or countries and may not be suitable for all investors. The potential yield created by these products may be adversely affected by exchange rates, interest rates, or other economic and political factors. An investor's return may be less than the principal invested. Ardour Capital Investments, LLC and/or its affiliates may now, in the past, or in the future make markets, or deal as principal in the securities or derivatives thereof, mentioned in this document. In addition, Ardour Capital Investments, LLC, its shareholders, directors, officers, and/or employees and consultants, may from time to time hold a long or short position in these securities. Ardour Capital may be engaged to perform investment banking, advisory, or other services from the company mentioned in this document, and may receive compensation for such services. This document may not be reproduced in any manner without the prior written authorization of Ardour Capital Investments, LLC. Opinions expressed herein reflect the opinions of Ardour Capital Investments, LLC and the author/analyst, and are subject to change without notice. This report is not meant for retail customer distribution.

©2011 Ardour Capital Investments, LLC, 350 5th Avenue, Suite 3018, New York, NY 10118

FSLR00032074



## SCHEDULE OF RATING AND PRICE TARGET CHANGES



▲ BUY/ACCUMULATE
● HOLD/SUSPEND
■ SELL/REDUCE



Price as of latest date: $164.68  (February 24, 2011 Close)

| Date | Closing Price | Price Target | Rating |
|---|---|---|---|
| September 24, 2007 | $112.80 | $105.00 | HOLD |
| November 7, 2007 | $167.12 | $250.00 | BUY |
| February 13, 2008 | $228.46 | $285.00 | BUY |
| April 30, 2008 | $291.99 | $360.00 | BUY |
| October 7, 2008 | $138.00 | $200.00 | BUY |
| October 29, 2008 | $115.75 | $205.00 | BUY |
| October 28, 2009 | $151.82 | $180.00 | BUY |
| December 16, 2009 | $136.74 | $171.00 | BUY |
| April 28, 2010 | $128.13 | $180.00 | BUY |
| February 24, 2011 | $164.68 | $190.00 | BUY |

4

FSLR00032075

## Equity Research

| | | |
|---|---|---|
| Walter Nasdeo, Director of Research | (212) 375-2958 | wnasdeo@ardourcapital.com |
| Adam Krop | (212) 946-6828 | akrop@ardourcapital.com |
| JinMing Liu | (212) 946-6830 | jliu@ardourcapital.com |

## Institutional Sales

| | | |
|---|---|---|
| Brian Greenstein, Managing Partner | (212) 375-2956 | bgreenstein@ardourcapital.com |
| Jean-Marc O'Brien | (212) 375-2952 | jmobrien@ardourcapital.com |
| Harald Duell | (212) 946-6829 | hduell@ardourcapital.com |
| James O'Brien | (212) 946-6823 | jobrien@ardourcapital.com |
| Paul Kacperowski—Trading | (212) 375-2955 | pkacperowski@ardourcapital.com |

Ardour Capital Investments, LLC,
350 Fifth Avenue, Suite 3018, New York, NY 10118

Member of FINRA/SIPC
+1 212 375-2950

Ardour Capital Investments International GmbH,
Oranienburger Straße 23, 10178 Berlin, Germany

Registered with BaFin
+49 30 275 74 854

FSLR00032076

# EXHIBIT 36



*Renewable Technologies*

## First Solar, Inc. (FSLR: $164.68)
## Hold
## Price Target: $167.00
### Friday, February 25, 2011

### MARKET AND BALANCE SHEET DATA

| | |
|---|---|
| Market Cap: | $14,116 |
| 52-week High: | $175.45 |
| 52-week Low: | $98.71 |
| Shares Outstanding: | 85.2082 |
| Avg. Daily Vol.: | 1.9 |
| Debt/Equity: | 6.9% |
| Book Value/sh: | $39.79 |
| Tangible Book Value/sh: | $34.80 |
| Cash/share: | $13.82 |
| Net cash/share: | $11.08 |
| Current Price: | $164.68 |

### FINANCIAL AND EARNINGS DATA

| FYE Dec | | 2010A | 2011E | 2012E |
|---|---|---|---|---|
| P/E Ratio: | | 21.4 | 17.4 | 14.8 |
| EV/EBITDA: | | 14.5 | 11.6 | 9.6 |
| EBITDA: | | $900 | $1,127 | $1,358 |
| Operating Margin: | | 29.2% | 24.1% | 24.5% |
| FCF Yield: | | 1.6% | -4.1% | 6.0% |
| ROE: | | 19.2% | 19.4% | 18.7% |
| ROIC: | | 17.7% | 18.3% | 17.9% |
| | | | | |
| Sales: | Q1 | $568A | $513E | $832E |
| | Q2 | $588A | $812E | $1,157E |
| | Q3 | $798A | $869E | $1,172E |
| | Q4 | $610A | $1,708E | $1,463E |
| | FY | $2,564A | $3,902E | $4,624E |
| | | | | |
| EPS: | Q1 | $2.00A | $1.19E | $2.02E |
| | Q2 | $1.84A | $1.93E | $2.69E |
| | Q3 | $2.04A | $1.87E | $2.65E |
| | Q4 | $1.80A | $4.45E | $3.79E |
| | FY | $7.68A | $9.46E | $11.15E |

GAAP Estimates
Financial Data in millions unless otherwise noted



First Solar Inc. (FSLR)
Source: FactSet Prices

Mark W. Bachman
mark.bachman@aurigausallc.com
+1 212-231-2260

Robert Spandau
robert.spandau@aurigausallc.com
+1 212-231-2229

AURIGA USA, LLC
One Pennsylvania Plaza, Suite 4625
New York, NY 10119
Equity Trading desk:+1(212) 231-9031

### Don't Sweat the Small Stuff

First Solar (FLSR) posted another year of solid results and has arguably established the premier business model within the solar sector. Management delivered upside to 2010's guidance for both revenue and EPS. Looking forward, management tightened ranges around several metrics offered up last December, and while the midpoint of revenue is slightly lower now, both operating and net income (EPS) are now guided higher. This management team exudes confidence in its ability to deliver results against the current business environment. We expect bears to raise the issue of revenue falling short of the consensus in both 4Q10 and 1Q11, while the headline risk will likely pile on with the same theme. Our advice is to not sweat the small stuff and for investors to have confidence in management's ability to deliver again. Unlike most other management teams in the solar industry, the FSLR team has an established track record that should be recognized. That said, we are not willing to put new money to work in shares of FSLR as there is not enough upside to our $167 target to warrant the risk. We are adjusting our 2011 estimates to mimic the new revenue and operating income targets, while our 2012 EPS estimate is unchanged; we find no reason to alter our Hold rating.

- **Step function in throughput.** FSLR clearly showed its operational prowess with a positive step function in module manufacturing. Unlike last quarter where MW/line increased a smidge to 14.9 from 14.8, we see an increase in 4Q10 to 16.5. Management provided a slightly lower number, but we feel this is simply setting the company up for outperformance going forward. We see improvement to 17.8 by 4Q11. Line performance can increase through a combination of both productivity enhancement and conversion efficiency. Management finally delivered a step function in conversion efficiency as module efficiency increased to 11.6% from 11.3% sequentially, a move that we have been expecting for the last several months. We now expect to see increasing numbers of FS-380 (80W, 11.1% efficient), FS-382 (82.5W, 11.5%), and eventually FS-385 (85W, 11.8%) modules entering the market; we note that UL certifications have been achieved up to the FS-387 (87.5W, 12.2%) module, which suggests that the far end of the manufacturing distribution has achieved more than 12% efficiency. We suggest to look through the noise of the near-term "revenue shortfall" and see that the bigger picture will likely include upside to shipments as factory production increases in 2011.
- **Costs are coming down.** Helping facilitate price reductions, costs came down 2.6% q/q. This follows a disappointing 3Q10, where costs actually increased q/q. Back on track, we expect FSLR module cost at 71c/w in 4Q11, down ~5% from 4Q10's 75c/w. We've been critical in past of FSLR not showing ample progress in cost reductions; we believe the improvement is from the increase in module efficiency rather than lower input costs.
- **Less Europe, more everything else.** Following 3Q10's cash removal from Europe, management expects 2011 to skew towards North America. While Europe will still comprise 70% of sales in 2011, this is down from 2010's 85% of sales. We find it noteworthy to see sales shifting away from FiT driven end-markets and towards the US where FSLR has made significant pipeline purchases.
- **4Q10 Results.** FSLR reported 4Q10 sales/EPS of $610mln/$1.80 vs Consensus $647/$1.78 and our $634mln/$1.83. Mix shift toward module sales drove lower sales/higher margins. Guidance for 2011 leads to sales/EPS of $3.7bln-$3.8bln/$9.25-$9.75, slightly lower sales than previous guidance of $3.7bln-$3.9bln but slightly higher EPS than previous guidance of $8.75-$9.50. The lower sales/higher EPS is a function of continued mix shift to module sales. This compares to consensus sales/EPS of $3.8bln/$9.12 and our $3.8bln/$9.42.
- **Valuation.** Our $167 price target is 15x our unchanged 2012 EPS estimate of $11.15.

FINRA SIPC
**For full disclosures, please see end of report**

**CONFIDENTIAL**

FSLR – Don't Sweat the Small Stuff – February 25, 2011

*Figure 1: 4Q10 Results*

|  | Most Recent Quarter | | Year-Ago Quarter | Year/Year |
|---|---|---|---|---|
|  | Actual | Estimated | Actual | % Change |
| Line run rate (MW) | 65.9 | 60.8 | 53.4 | 23.3% |
| Production (MW) | 395.2 | 364.8 | 311.0 | 27.1% |
| Revenue units (MW) | 393.2 | 380.0 | 323.2 | 21.7% |
| Cost/watt | $0.75 | $0.75 | $0.84 | -10.7% |
| Revenue (M) | $609.8 | $634.3 | $641.3 | -4.9% |
| Gross profit (M) | $296.7 | $301.6 | $266.2 | 11.5% |
| Gross margin | 48.7% | 47.6% | 41.5% | 17.2% |
| Operating income (M) | $165.7 | $181.9 | $144.7 | 14.5% |
| Operating margin | 27.2% | 28.7% | 22.6% | 20.4% |
| Tax rate | 10.0% | 13.0% | 5.8% | 73.7% |
| Net income (M) | $155.9 | $158.8 | $141.6 | 10.1% |
| EPS | $1.80 | $1.83 | $1.65 | 9.1% |
| Shares outstanding (M) | 86.8 | 86.8 | 86.0 | 1.0% |

*Source: Company Reports, Auriga USA*

*Figure 2: Estimate Changes*

|  | Revenue (M) | | EPS | |
|---|---|---|---|---|
|  | New | Previous | New | Previous |
| Q1E | $513.1 | $516.3 | $1.19 | $1.01 |
| Q2E | $812.2 | $894.1 | $1.93 | $2.19 |
| Q3E | $868.7 | $1,048.3 | $1.87 | $2.51 |
| Q4E | $1,707.8 | $1,372.0 | $4.45 | $3.70 |
| 2011E | $3,901.8 | $3,830.7 | $9.46 | $9.42 |
| 2012E | $4,623.6 | $4,520.2 | $11.15 | $11.15 |

*Source: Company Reports, Auriga USA*

*Figure 3: Auriga vs Consensus*

|  |  | Q1E | Q2E | Q3E | Q4E | 2011E | 2012E |
|---|---|---|---|---|---|---|---|
| Auriga | Revenue | $513.1 | $812.2 | $868.7 | $1,707.8 | $3,901.8 | $4,623.6 |
|  | EPS | $1.19 | $1.93 | $1.87 | $4.45 | $9.46 | $11.15 |
| Consensus | Revenue | $560.7 | $874.3 | $1,037.1 | $1,287.2 | $3,763.7 | $4,851.4 |
|  | EPS | $1.15 | $2.11 | $2.47 | $3.35 | $9.12 | $10.96 |

*Source: Company Reports, Auriga USA*

*Figure 4: FSLR 2011 Guidance*

2011 Guidance as of 2/24/11



|  | All Modules | EPC/Project Development [1] | Consolidated |
|---|---|---|---|
| **Net Sales $B** | $2.8 – 2.9 B | $0.9 B | $3.7 – 3.8 B |
| Factory ramp costs (COGS) | $15-20 M |  | $15-20 M |
| Start up Expense | $60 -70 M |  | $60-70 M |
| Stock Based Compensation | $95-100 M | $20 -25 M | $115-125 M |
| **Operating Income** | $910-980 M |  | $910-980 M |
| Annual Tax Rate |  |  | 11-13% |
| Diluted Share Count (year-end) |  |  | 87-88 M |
| **EPS** |  |  | $9.25- $9.75 |
| Capex |  |  | $1.0 – 1.1 B |
| Operating Cash Flow |  |  | $1.0 – 1.1 B |
| **RONA** |  |  | 18 – 19% |

© Copyright 2010, First Solar, Inc. [1]Excludes modules sold into systems projects, which are included in the "All Modules" segment   28

*Source: Company Report*

AURIGA USA, LLC● One Pennsylvania Plaza ● Suite 4625 ● New York, NY 10119

CONFIDENTIAL                                                                   FSLR00092387

FSLR   Don't Sweat the Small Stuff   February 25, 2011

**Figure 5: Income Statement**

| Figures in $ millions except per-share data | Actual Mar | Actual Jun | Actual Sep | Actual Dec | 2010 FY | Estimate Mar | Estimate Jun | Estimate Sep | Estimate Dec | 2011 FYE | Estimate Mar | Estimate Jun | Estimate Sep | Estimate Dec | 2012 FYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Module revenue | $528.2 | $499.7 | $574.5 | $579.3 | $2,181.6 | $460.9 | $590.7 | $582.1 | $1,356.0 | $2,989.7 | $734.2 | $896.4 | $845.9 | $1,104.8 | $3,581.2 |
| EPC revenue | 39.8 | 88.2 | 223.4 | 30.5 | 381.9 | 52.1 | 221.5 | 286.7 | 351.8 | 912.1 | 97.7 | 260.6 | 325.8 | 358.3 | 1,042.4 |
| Net sales | $568.0 | $587.9 | $797.9 | $609.8 | $2,563.5 | $513.1 | $812.2 | $868.7 | $1,707.8 | $3,901.8 | $831.9 | $1,157.0 | $1,171.6 | $1,463.1 | $4,623.6 |
| Growth, seq | -11.43% | 3.50% | 35.73% | -23.57% | | -15.87% | 58.31% | 6.96% | 96.58% | | -51.29% | 39.08% | 1.26% | 24.88% | |
| Growth, yoy | 35.81% | 11.79% | 65.93% | -4.91% | 24.07% | -9.67% | 38.16% | 8.88% | 180.05% | 52.20% | 62.15% | 42.46% | 34.86% | -14.33% | 18.50% |
| Consensus | | | | | | $560.7 | $874.3 | $1,037.1 | $1,287.2 | $3,763.7 | $960.5 | $1,151.3 | $1,266.3 | $1,400.4 | $4,851.4 |
| COGS | 285.9 | 303.7 | 476.0 | 313.1 | 1,378.7 | 285.0 | 496.7 | 551.7 | 1,012.1 | 2,345.5 | 525.6 | 748.2 | 764.7 | 908.1 | 2,946.6 |
| Gross profit | 282.0 | 284.2 | 321.9 | 296.7 | 1,184.8 | 228.0 | 315.5 | 317.0 | 695.7 | 1,556.2 | 306.3 | 408.8 | 406.9 | 555.0 | 1,677.1 |
| Gross margin | 49.66% | 48.34% | 40.34% | 48.66% | 46.22% | 44.49% | 38.84% | 36.49% | 40.74% | 39.89% | 36.82% | 35.33% | 34.73% | 37.93% | 36.27% |
| Incremental gross margin, seq | -21.59% | 10.85% | 17.95% | 13.38% | | 71.00% | 29.23% | 2.70% | 45.13% | | 44.45% | 31.52% | -13.13% | 50.81% | |
| Incremental gross margin, yoy | 34.54% | -22.43% | 24.25% | -96.98% | 29.21% | 98.39% | 13.95% | -6.89% | 36.34% | 27.75% | 24.56% | 27.07% | 29.68% | 57.50% | 16.74% |
| Research & development | 22.9 | 22.8 | 21.5 | 27.6 | 94.8 | 15.4 | 24.4 | 26.1 | 51.2 | 117.1 | 20.8 | 28.9 | 29.3 | 36.6 | 115.6 |
| % sales | 4.03% | 3.88% | 2.69% | 4.53% | 3.70% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% |
| SG&A | 66.9 | 78.6 | 85.0 | 91.3 | 321.7 | 70.0 | 85.0 | 90.0 | 170.0 | 415.0 | 66.6 | 92.6 | 93.7 | 117.0 | 369.9 |
| % sales | 11.77% | 13.37% | 10.65% | 14.97% | 12.55% | 13.64% | 10.47% | 10.36% | 9.95% | 10.64% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% |
| Production start-up | 1.1 | 2.3 | 3.8 | 12.2 | 19.4 | 25.0 | 15.0 | 15.0 | 30.0 | 85.0 | 15.0 | 15.0 | 15.0 | 15.0 | 60.0 |
| % sales | 0.20% | 0.39% | 0.48% | 2.00% | 0.76% | 4.87% | 1.85% | 1.73% | 1.76% | 2.18% | 1.80% | 1.30% | 1.28% | 1.03% | 1.30% |
| Operating profit (EBIT) | 191.1 | 180.5 | 211.6 | 165.7 | 748.9 | 117.6 | 191.1 | 185.9 | 444.5 | 939.2 | 204.0 | 272.3 | 268.9 | 386.4 | 1,131.6 |
| Operating margin | 33.65% | 30.70% | 26.52% | 27.16% | 29.21% | 22.93% | 23.53% | 21.40% | 26.03% | 24.07% | 24.52% | 23.54% | 22.95% | 26.41% | 24.47% |
| Interest income/(expense), net | 5.6 | 3.0 | 2.7 | 3.0 | 14.4 | 2.0 | 2.0 | 2.0 | 2.0 | 8.0 | 2.0 | 2.0 | 2.0 | 2.0 | 8.0 |
| Other income/expense, net | (1.4) | (3.1) | (1.4) | 4.7 | (1.2) | (1.4) | (1.4) | (1.4) | (1.4) | (5.6) | (1.4) | (1.4) | (1.4) | (1.4) | (5.6) |
| Pretax income (EBT) | 195.4 | 180.4 | 212.9 | 173.4 | 762.1 | 118.2 | 191.7 | 186.5 | 445.1 | 941.6 | 204.6 | 272.9 | 269.5 | 387.0 | 1,134.0 |
| Taxes/(benefit) | 23.0 | 21.4 | 36.0 | 17.4 | 97.9 | 14.2 | 23.0 | 22.4 | 53.4 | 113.0 | 26.6 | 35.5 | 35.0 | 50.3 | 147.4 |
| Effective rate | 11.76% | 11.86% | 16.93% | 10.05% | 12.84% | 12.00% | 12.00% | 12.00% | 12.00% | 12.00% | 13.00% | 13.00% | 13.00% | 13.00% | 13.00% |
| Net income | $172.3 | $159.0 | $176.9 | $155.9 | $664.2 | $104.1 | $168.7 | $164.2 | $391.7 | $828.6 | $178.0 | $237.4 | $234.5 | $336.7 | $986.6 |
| Net income margin | 30.34% | 27.05% | 22.17% | 25.57% | 25.91% | 20.28% | 20.77% | 18.90% | 22.93% | 21.24% | 21.40% | 20.52% | 20.01% | 23.01% | 21.34% |
| Incremental net margin, seq | -41.91% | -66.87% | 8.49% | 11.12% | | 53.63% | 21.61% | -8.04% | 27.11% | | 24.39% | 18.29% | -20.58% | 35.07% | |
| Incremental net margin, yoy | 8.50% | -34.75% | 7.42% | -45.53% | 5.84% | 124.37% | 4.31% | -17.94% | 21.47% | 12.28% | 23.19% | 19.93% | 23.21% | 22.47% | 21.89% |
| EPS | $2.00 | $1.84 | $2.04 | $1.80 | $7.68 | $1.19 | $1.93 | $1.87 | $4.45 | $9.46 | $2.02 | $2.69 | $2.65 | $3.79 | $11.15 |
| growth, seq | 21.57% | -8.05% | 10.94% | -12.06% | | 33.48% | 61.57% | -3.03% | 137.77% | | 54.66% | 33.10% | -1.48% | 43.28% | |
| growth, yoy | 3.61% | 12.67% | 14.39% | 9.05% | 2.83% | 40.33% | 4.85% | 8.35% | 147.81% | 23.22% | 68.93% | 39.15% | 41.37% | 14.81% | 17.79% |
| Consensus | | | | | | $1.15 | $2.11 | $2.47 | $3.35 | $9.12 | $2.03 | $2.50 | $2.86 | $3.33 | $10.96 |
| Share count | 86.1 | 86.4 | 86.6 | 86.8 | 86.5 | 87.1 | 87.4 | 87.7 | 88.0 | 87.6 | 88.2 | 88.4 | 88.6 | 88.8 | 88.5 |
| Depreciation/amortization | 37.0 | 40.7 | 35.2 | 38.3 | 151.2 | 41.7 | 45.1 | 48.6 | 52.0 | 187.5 | 53.9 | 55.8 | 57.6 | 59.5 | 226.8 |
| EBITDA | $228.1 | $221.2 | $246.8 | $203.9 | $900.1 | $159.4 | $236.3 | $234.5 | $496.5 | $1,126.6 | $257.9 | $328.1 | $326.5 | $445.9 | $1,358.4 |
| EBITDA margin | 40.17% | 37.63% | 30.93% | 33.44% | 35.11% | 31.06% | 29.09% | 27.00% | 29.07% | 28.88% | 31.00% | 28.36% | 27.87% | 30.48% | 29.38% |

Source: Company Reports, Factset, Auriga USA

3          AURIGA USA, LLC● One Pennsylvania Plaza ● Suite 4625 ● New York, NY 10119

CONFIDENTIAL

FSLR00092388

FSLR – Don't Sweat the Small Stuff – February 25, 2011

**Figure 6: Balance Sheet**

| FSLR | 2010 | | | | 2011E | | | | 2012E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | Mar | Jun | Sep | Dec | Mar | Jun | Sep | Dec |
| **Assets** | | | | | | | | | | | | |
| Cash | $420.9 | $510.5 | $621.2 | $765.7 | $580.0 | $317.3 | $219.9 | ($206.9) | $494.0 | $416.5 | $549.6 | $584.7 |
| Marketable securities | 293.3 | 286.0 | 212.2 | 167.9 | 167.9 | 167.9 | 167.9 | 167.9 | 167.9 | 167.9 | 167.9 | 167.9 |
| Accounts receivable | 295.1 | 361.7 | 464.6 | 307.0 | 309.2 | 489.5 | 523.6 | 1,029.3 | 501.4 | 697.4 | 706.2 | 881.9 |
| Inventories | 172.1 | 194.3 | 184.0 | 200.4 | 152.0 | 264.9 | 294.3 | 539.8 | 280.3 | 399.0 | 407.8 | 484.3 |
| Economic development receivable | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred tax asset | 22.5 | 19.2 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| Prepaid expenses and Other | 200.6 | 244.2 | 132.5 | 143.0 | 120.3 | 190.5 | 203.8 | 400.6 | 195.1 | 271.4 | 274.8 | 343.2 |
| **Current assets** | 1,404.5 | 1,615.9 | 1,614.8 | 1,584.5 | 1,329.9 | 1,430.5 | 1,409.9 | 1,931.1 | 1,639.2 | 1,952.6 | 2,106.7 | 2,462.3 |
| | | | | | | | | | | | | |
| PPE | 1,030.2 | 1,094.9 | 1,244.6 | 1,430.8 | 1,664.1 | 1,893.9 | 2,120.3 | 2,343.3 | 2,439.4 | 2,533.6 | 2,626.0 | 2,716.5 |
| Restricted investments | 77.3 | 81.1 | 95.0 | 86.0 | 86.0 | 86.0 | 86.0 | 86.0 | 86.0 | 86.0 | 86.0 | 86.0 |
| Goodwill and intangibles | 286.5 | 286.5 | 433.3 | 433.3 | 433.3 | 433.3 | 433.3 | 433.3 | 433.3 | 433.3 | 433.3 | 433.3 |
| Marketable securities | 305.8 | 164.0 | 163.5 | 180.3 | 180.3 | 180.3 | 180.3 | 180.3 | 180.3 | 180.3 | 180.3 | 180.3 |
| Inventories | 26.9 | 30.7 | 36.4 | 42.7 | 42.7 | 42.7 | 42.7 | 42.7 | 42.7 | 42.7 | 42.7 | 42.7 |
| Deferred tax asset | 150.0 | 157.8 | 257.7 | 259.2 | 259.2 | 259.2 | 259.2 | 259.2 | 259.2 | 259.2 | 259.2 | 259.2 |
| Other noncurrent assets | 192.1 | 200.5 | 356.4 | 363.6 | 363.6 | 363.6 | 363.6 | 363.6 | 363.6 | 363.6 | 363.6 | 363.6 |
| | | | | | | | | | | | | |
| **Total Assets** | $3,473.5 | $3,631.3 | $4,201.8 | $4,380.4 | $4,359.1 | $4,689.6 | $4,895.4 | $5,639.6 | $5,443.7 | $5,851.4 | $6,097.9 | $6,544.0 |
| | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | |
| Accounts payable | $233.2 | $280.7 | $371.6 | $343.4 | $218.6 | $381.0 | $423.3 | $776.4 | $403.2 | $574.0 | $586.6 | $696.6 |
| Current portion of debt | 26.4 | 24.5 | 26.6 | 26.6 | 26.6 | 26.6 | 26.6 | 26.6 | 26.6 | 26.6 | 26.6 | 26.6 |
| Other current liabilities | 62.9 | 20.0 | 59.6 | 99.7 | 99.7 | 99.7 | 99.7 | 99.7 | 99.7 | 99.7 | 99.7 | 99.7 |
| **Current liabilities** | 322.5 | 325.2 | 457.8 | 469.7 | 344.9 | 507.3 | 549.5 | 902.6 | 529.4 | 700.2 | 712.9 | 822.9 |
| | | | | | | | | | | | | |
| extra | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Long-term debt | 136.1 | 114.2 | 223.8 | 210.8 | 210.8 | 210.8 | 210.8 | 210.8 | 210.8 | 210.8 | 210.8 | 210.8 |
| Accrued recycling | 97.8 | 101.8 | 128.7 | 133.0 | 133.0 | 133.0 | 133.0 | 133.0 | 133.0 | 133.0 | 133.0 | 133.0 |
| Other liabilities | 70.2 | 77.9 | 90.2 | 112.0 | 112.0 | 112.0 | 112.0 | 112.0 | 112.0 | 112.0 | 112.0 | 112.0 |
| **Total Liabilities** | 626.7 | 619.1 | 900.4 | 925.5 | 800.7 | 963.1 | 1,005.3 | 1,358.4 | 985.2 | 1,156.0 | 1,168.7 | 1,278.7 |
| | | | | | | | | | | | | |
| Shareholders' equity | 2,846.9 | 3,012.2 | 3,301.3 | 3,454.9 | 3,558.4 | 3,726.5 | 3,890.1 | 4,281.1 | 4,458.5 | 4,695.4 | 4,929.2 | 5,265.3 |
| | | | | | | | | | | | | |
| **Total Liabilities and Stockholders Equity** | $3,473.5 | $3,631.3 | $4,201.8 | $4,380.4 | $4,359.1 | $4,689.6 | $4,895.4 | $5,639.6 | $5,443.7 | $5,851.4 | $6,097.9 | $6,544.0 |
| | | | | | | | | | | | | |
| Working Capital | $1,082.1 | $1,290.7 | $1,157.1 | $1,114.8 | $985.0 | $923.2 | $860.4 | $1,028.4 | $1,109.7 | $1,252.4 | $1,393.9 | $1,639.5 |
| Changes in Working Capital | $125.7 | $208.6 | ($133.6) | ($42.3) | ($129.8) | ($61.7) | ($62.9) | $168.1 | $81.3 | $142.6 | $141.5 | $245.6 |
| Capital Expenditures | $106.0 | $223.5 | $47.6 | $247.9 | $275.0 | $275.0 | $275.0 | $275.0 | $150.0 | $150.0 | $150.0 | $150.0 |
| Net Cash | $551.7 | $657.8 | $583.0 | $696.2 | $510.5 | $247.8 | $150.4 | ($276.4) | $424.5 | $347.0 | $480.1 | $515.2 |
| | | | | | | | | | | | | |
| **Leverage & Liquidity Ratios** | | | | | | | | | | | | |
| Current ratio | 4.4x | 5.0x | 3.5x | 3.4x | 3.9x | 2.8x | 2.6x | 2.1x | 3.1x | 2.8x | 3.0x | 3.0x |
| Quick ratio | 3.7x | 4.3x | 3.0x | 2.9x | 3.3x | 2.2x | 2.0x | 1.5x | 2.5x | 2.2x | 2.3x | 2.4x |
| Sales/total assets (TTM) | 0.6x | 0.6x | 0.6x | 0.9x | 0.6x | 0.6x | 0.6x | 1.1x | 0.8x | 0.8x | 0.8x | 1.2x |
| LT debt/equity | 5% | 4% | 7% | 6% | 6% | 6% | 5% | 5% | 5% | 4% | 4% | 4% |
| Debt/total capitalization | 5% | 4% | 7% | 6% | 6% | 6% | 6% | 5% | 5% | 5% | 5% | 4% |
| Interest coverage | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| | | | | | | | | | | | | |
| **Turnover-Control Ratios** | | | | | | | | | | | | |
| Cash conversion cycle | 36.5 | 39.4 | 24.2 | 16.7 | 33.7 | 33.7 | 33.7 | 33.7 | 33.7 | 33.7 | 33.7 | 33.7 |
| Days sales outstanding | 47.4 | 56.1 | 53.1 | 45.9 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 |
| Days payables outstanding | 74.4 | 84.4 | 71.2 | 100.1 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 |
| Days of inventory | 63.5 | 67.6 | 42.2 | 70.9 | 48.7 | 48.7 | 48.7 | 48.7 | 48.7 | 48.7 | 48.7 | 48.7 |
| Inventory turns | 5.7x | 5.4x | 8.6x | 5.1x | 7.5x | 7.5x | 7.5x | 7.5x | 7.5x | 7.5x | 7.5x | 7.5x |
| | | | | | | | | | | | | |
| **Profitability Ratios** | | | | | | | | | | | | |
| Asset turnover | 0.7x | 0.6x | 0.8x | 0.6x | 0.5x | 0.7x | 0.7x | 1.2x | 0.6x | 0.8x | 0.8x | 0.9x |
| x NIM | 30% | 27% | 22% | 26% | 20% | 21% | 19% | 23% | 21% | 21% | 20% | 23% |
| = ROA | 20% | 18% | 17% | 14% | 10% | 14% | 13% | 28% | 13% | 16% | 15% | 21% |
| x Financial leverage | 1.22 | 1.21 | 1.27 | 1.27 | 1.23 | 1.26 | 1.26 | 1.32 | 1.22 | 1.25 | 1.24 | 1.24 |
| = ROE | 24% | 21% | 21% | 18% | 12% | 18% | 17% | 37% | 16% | 20% | 19% | 26% |
| ROIA | 23% | 20% | 20% | 17% | 11% | 15% | 14% | 27% | 14% | 17% | 17% | 23% |
| RONA (ROIC) | 22% | 20% | 20% | 16% | 11% | 17% | 16% | 35% | 15% | 19% | 18% | 24% |
| | | | | | | | | | | | | |
| **Valuation Ratios** | | | | | | | | | | | | |
| Book value per share | $33.07 | $34.86 | $38.12 | $39.79 | $40.85 | $42.63 | $44.35 | $48.64 | $50.54 | $53.11 | $55.63 | $59.29 |
| Tangible book value per share | $29.74 | $31.55 | $33.11 | $34.80 | $35.88 | $37.68 | $39.41 | $43.72 | $45.63 | $48.21 | $50.74 | $54.41 |
| Cash per share | $12.75 | $12.06 | $12.61 | $13.82 | $11.64 | $8.60 | $7.46 | $2.58 | $10.52 | $9.62 | $11.10 | $11.47 |
| Debt per share | $1.89 | $1.60 | $2.89 | $2.73 | $2.73 | $2.72 | $2.71 | $2.70 | $2.69 | $2.69 | $2.68 | $2.67 |
| Revenue per share | $6.60 | $6.80 | $9.21 | $7.02 | $5.89 | $9.29 | $9.90 | $19.40 | $9.43 | $13.09 | $13.22 | $16.47 |
| Gross margin per share | $3.28 | $3.29 | $3.72 | $3.42 | $2.62 | $3.61 | $3.61 | $7.90 | $3.47 | $4.62 | $4.59 | $6.25 |

Source: Company Reports, Auriga USA

4

AURIGA USA, LLC● One Pennsylvania Plaza ● Suite 4625 ● New York, NY 10119

CONFIDENTIAL

FSLR00092389

FSLR – Don't Sweat the Small Stuff – February 25, 2011

Figure 7: Condensed Cash Flow

| FSLR | 2010 | 2011 | 2012 |
|---|---|---|---|
| | FY | FYE | FYE |
| EBIT | $748.9 | $939.2 | $1,131.6 |
| -Taxes | $97.9 | $113.0 | $147.4 |
| +Stock Based Compensation | $100.0 | $120.0 | $144.0 |
| +Depreciation & Amortization | $151.2 | $187.5 | $226.8 |
| Gross cash flow | $902.2 | $1,133.7 | $1,355.0 |
| per share | $10.43 | $12.95 | $15.31 |
| -Changes in WC | $55.6 | $628.7 | ($123.2) |
| Operating cash flow | $846.7 | $505.0 | $1,478.2 |
| per share | $9.79 | $5.77 | $16.70 |
| -Capital expenditures | $625.0 | $1,100.0 | $600.0 |
| Operating cash flow - Capex | $221.7 | ($595.0) | $878.2 |
| per share | $2.56 | ($6.80) | $9.92 |
| Dividends | $0.0 | $0.0 | $0.0 |
| Free cash flow | $221.7 | ($595.0) | $878.2 |
| per share | $2.56 | ($6.80) | $9.92 |

Source: Company Reports, Auriga USA

5

AURIGA USA, LLC● One Pennsylvania Plaza ● Suite 4625 ● New York, NY 10119

CONFIDENTIAL

FSLR00092390

FSLR – Don't Sweat the Small Stuff – February 25, 2011

## Company Description

First Solar is the leading disruptive technology provider to the photovoltaic (PV) market. First Solar's cadmium telluride (CdTe) based PV modules are manufactured using proprietary technologies. These manufacturing capabilities not only result in the lowest cost per watt ($/W) in the industry, but also enable First Solar to deliver the most competitive systems on a cost per kilowatt-hour ($/kWh) basis. First Solar is the world's largest supplier of PV modules and is also a leading project developer in North America through its acquisition of the Optisolar project pipeline. First Solar's strong management team targets a 20% return on net assets (RONA) for its stakeholders.

## First Solar, Inc.

*Valuation*

Our $167 price target is based on 15x our CY12 EPS estimate of $11.15. We assign a premium multiple to First Solar given its superior business model and our belief that the company will be a leader to deliver subsidy-independent electricity prices that are competitive with other forms of electricity generation.

Our $167 price target equates to 3.2x price/sales based on our CY11 estimates and compares to a three-year median of 6.5x.

Our $167 price target equates to 2.8x price/book based on our CY11 estimates and compares to a three-year median of 7.8x.

*Risks to the Stock Achieving Our Price Target*

The PV industry relies upon government subsidies as a demand driver. Negative industry catalysts occur when subsidies are reduced or withdrawn. Positive industry catalysts occur when new or enhanced subsidy programs are announced.

Fluctuations in the Euro exchange rate create volatility with respect to the individual business models. While most firms have active hedging strategies, substantial movements could affect revenues and earnings adversely. 66% of our 2010 worldwide demand model is derived from countries that use the Euro as currency.

The longevity of First Solar's CdTe technology is unknown. Unlike crystalline silicon designs with more than 25 years of actual field data, First Solar's products have only been subjected to natural environment for roughly 10 years.

Cadmium is a toxic material and often discussed as a negative datapoint. Industry experts profess that First Solar's products are safe and do not pose an environmental risk. To mitigate future concerns, First Solar has a self-funded recycling program for the disposal of its modules.

AURIGA USA, LLC● One Pennsylvania Plaza ● Suite 4625 ● New York, NY 10119

CONFIDENTIAL

FSLR00092391

## IMPORTANT DISCLOSURES

**Important Disclosure Footnotes for Companies Mentioned in this Report that Are Covered by AURIGA USA, LLC:**

**Companies Mentioned in this Report that Are Not Covered by AURIGA USA, LLC:**

**Stock Prices as of February 25, 2011:**

**Price Target and Rating History (See Rating Definitions for Explanation)**

Auriga USA, LLC disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies initiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.



FSLR

| | 1) 04/13/10 | 2) 04/29/10 | 3) 05/24/10 | 4) 07/28/10 | 5) 07/30/10 | 6) 12/15/10 |
|---|---|---|---|---|---|---|
| | Hold $143 | Hold $147 | Buy $138 | Buy $173 | Buy $175 | Buy $167 |

### Rating Distributions

Auriga USA, LLC rating distribution by percentage (as of December 31, 2010):

| All companies under coverage: | | All companies under coverage to which it has provided investment banking services in the previous 12 months: | |
|---|---|---|---|
| Buy | 49% | Buy | 0% |
| Hold | 44% | Hold | 0% |
| Sell | 7% | Sell | 0% |

### Explanation of Ratings

**Buy:**     Expected to produce a total return of 15% or better in the next 12 months.
**Hold:**    Fairly valued; total return in the next 12 months expected to be ± 15%.
**Sell:**    Stock is expected to decline by 15% or more in the next 12 months.

**Auriga USA, LLC Equity Research Disclosures as of February 25, 2011**

| Company | Disclosure |
|---|---|
| First Solar, Inc. | |

### Auriga USA, LLC Equity Research Disclosure Legend

1.  Auriga USA, LLC makes a market in the securities of the subject company.
2.  The analyst serves as an officer, director, or advisory board member of the subject company.
3.  The analyst or a member of the analyst's household has a financial interest in the securities of the subject company (this interest may include, without limitation, whether it consists of any option, right, warrant, future, long or short position).

CONFIDENTIAL                                                                                  FSLR00092392

FSLR – Don't Sweat the Small Stuff – February 25, 2011

4.  Auriga USA, LLC or an affiliate of Auriga USA, LLC has managed or co-managed a public offering of securities for the subject company in the last 12 months.
5.  Auriga USA, LLC or an affiliate of Auriga USA, LLC has received compensation for investment banking services from the subject company in the last 12 months.
6.  Auriga USA, LLC expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.
7.  Auriga USA, LLC or its affiliates beneficially own 1% or more of the common stock of the subject company as calculated in accordance with Section 13(d) of the Securities Exchange Act of 1934.
8.  The subject company is, or during the past 12 months was, a client of Auriga USA, LLC, which provided non-investment banking, securities-related services to, and received compensation from, the subject company for such services. The analyst or employees of Auriga USA, LLC with the ability to influence the substance of this report knows the foregoing facts.
9.  An affiliate of Auriga USA, LLC received compensation from the subject company for products or services other than investment banking services during the past 12 months. The analyst or employees of Auriga USA, LLC with the ability to influence the substance of this report know or have reason to know the foregoing facts.

**Analyst Certification**
I, Mark W. Bachman, was principally responsible for the preparation of this research report, and I hereby certify that the recommendations and opinions expressed in this publication accurately reflect my personal views about the company and securities that are mentioned in this report and that I have not received and will not receive direct or indirect compensation in exchange for the specific recommendations or views expressed in this report.

**Disclaimers**
This report has been prepared by AURIGA USA, LLC in New York. It may not be reproduced, redistributed or copied in whole or in part for any purpose.

This report is published for informational purposes and does not constitute an offer or solicitation to buy or sell any securities, products or services or participate in any trading strategy referred to herein. Investors should consider this report as only a single factor in making any investment decisions. This report does not provide individually tailored investment advice. The information and opinions provided in this report take no account of the individual client risk and return requirements. The securities discussed in this report may not be suitable for all investors. AURIGA USA, LLC accepts no liability for any direct or consequential loss or damage arising from the use of all or part of this publication. The information in this report has been obtained from sources that AURIGA USA, LLC believes to be reliable and accurate. However, no representation or warranty, express or implied, is made as to the accuracy or completeness of any information obtained from third parties. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. The information or opinions are provided as of the date of this report and are subject to change without notice.
AURIGA USA, LLC is fully disclosed with its clearing firm, Pershing LLC, is not a market maker and does not sell to or buy from customers on a principle basis.

We, our affiliates, any officer, director or stockholder or any other member of their family may from time to time purchase or sell any of the above mentioned or related securities. Analyst or members of the Research Department are prohibited from buying or selling securities issued by the companies that AURIGA USA, LLC has a research relationship with, except if ownership of such securities was prior to the start of such relationship, then the analyst or member of the research Department may sell such securities after obtaining express written permission from the Director of Research.

**Additional information on recommended securities is available on request**
AURIGA USA LLC.
One Pennsylvania Plaza, New York, NY 10119
Toll free: +1-877-8-AURIGA (+1-877-828-7442) email: research.disclosures@aurigausallc.com
Member SIPC and FINRA
© 2011 AURIGA USA. All rights reserved.

**CONFIDENTIAL**                                                                                          **FSLR00092393**