# EXHIBIT 38



May 3, 2011

# First Solar Announces First Quarter 2011 Financial Results

- **Net Sales $567 million**
- **EPS $1.33 per fully diluted share**
- **Maintain 2011 EPS guidance of $9.25 - $9.75 per fully diluted share**

TEMPE, Ariz.--(BUSINESS WIRE)-- First Solar, Inc. (Nasdaq: FSLR) today announced its financial results for the first quarter of 2011. Net sales were $567 million in the quarter, a decrease of $42.5 million from the fourth quarter of 2010, due to the allocation of modules to our systems projects in order to meet the project contractual delivery schedules, seven fewer production days, and a full quarter impact of the pricing change implemented in December of 2010. Quarterly net sales decreased slightly from $568 million in the first quarter of 2010, primarily due to lower average selling prices.

First quarter net income per fully diluted share was $1.33, down from $1.80 in the fourth quarter of 2010 and $2.00 in the first quarter of 2010. Quarter over quarter, the net income decrease was primarily driven by lower net sales and gross margin. Year over year, the net income decrease was primarily driven by reduced average selling prices and higher expenses, partially offset by increased module production and lower module cost per watt.

"Despite European market uncertainties, First Solar has good visibility into our demand for 2011," said Rob Gillette, CEO of First Solar. "We continue to execute our cost roadmaps, invest in new module capacity, build our project pipeline and develop promising new markets around the world."

First Solar's updated 2011 guidance is as follows:

- Net sales of $3.7 to $3.8 billion
- Operating Income of $900 to $970 million
- Earnings per fully diluted share of $9.25 to $9.75
- $50 to $60 million of manufacturing start-up expenses and $10 to $15 million of factory ramp costs
- Total capital spending of $1.0 to $1.1 billion
- Operating cash flow of $0.8 to $1.0 billion

First Solar will discuss these results and the outlook for 2011 in a conference call scheduled for today at 4:30 p.m. EDT. Investors may access a live audio webcast of this conference call and the earnings call presentation, which includes guidance for 2011 and additional details regarding the key assumptions relating to this guidance, in the Investors section of the Company's website at www.firstsolar.com.

An audio replay of the conference call will also be available approximately two hours after the conclusion of the call. The audio replay will remain available until Sunday, May 8, 2011 at 7:30 p.m. EDT and can be accessed by dialing 888-203-1112 if you are calling from within the United States or 719-457-0820 if you are calling from outside the United States and entering the replay pass code 3266707.

A replay of the webcast will be available on the investor relations section at www.firstsolar.com approximately two hours after the conclusion of the call and will remain available for 90 calendar days. If you are a subscriber of FactSet or Thomson One you can obtain a written transcript.

**About First Solar, Inc.**

First Solar manufactures solar modules with an advanced semiconductor technology, and is a premier provider of comprehensive photovoltaic (PV) system solutions. The company is delivering an economically viable alternative to fossil-fuel

generation today. From raw material sourcing through end-of-life collection and recycling, First Solar is focused on creating value-driven renewable energy solutions that protect and enhance the environment. For more information about First Solar, please visit www.firstsolar.com.

**For First Solar Investors:**

This release contains forward-looking statements which are made pursuant to the safe harbor provisions of Section 21E of the Securities Exchange Act of 1934. The forward-looking statements in this release do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially, including risks associated with the company's business involving the company's products, their development and distribution, economic and competitive factors and the company's key strategic relationships and other risks detailed in the company's filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this press release or with respect to the announcements described herein.

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except per share amounts)**
**(Unaudited)**

| | Three Months Ended | |
| --- | --- | --- |
| | March 31, 2011 | March 27, 2010 |
| Net sales | $ 567,293 | $ 567,961 |
| Cost of sales | 307,628 | 285,925 |
| Gross profit | 259,665 | 282,036 |
| Operating expenses: | | |
| Research and development | 31,351 | 22,888 |
| Selling, general and administrative | 87,000 | 66,864 |
| Production start-up | 11,931 | 1,143 |
| Total operating expenses | 130,282 | 90,895 |
| Operating income | 129,383 | 191,141 |
| Foreign currency gain (loss) | 950 | (696) |
| Interest income | 3,023 | 5,648 |
| Interest expense, net | — | — |
| Other expense, net | (349) | (734) |
| Income before income taxes | 133,007 | 195,359 |
| Income tax expense | 17,039 | 23,014 |
| Net income | $ 115,968 | $ 172,345 |
| Net income per share: | | |
| Basic | $ 1.36 | $ 2.04 |
| Diluted | $ 1.33 | $ 2.00 |
| Weighted-average number of shares used in per share calculations: | | |
| Basic | 85,324 | 84,505 |
| Diluted | 87,053 | 86,092 |

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(In thousands, except share data)**
**(Unaudited)**

| | March 31, 2011 | December 31, 2010 |
| --- | --- | --- |

**ASSETS**

Current assets:

| | | |
|---|---:|---:|
| Cash and cash equivalents | $ 355,725 | $ 765,689 |
| Marketable securities and investments | 199,785 | 167,889 |
| Accounts receivable trade, net | 362,695 | 305,537 |
| Accounts receivable, unbilled | 10,582 | 1,482 |
| Inventories | 271,215 | 195,863 |
| Balance of systems parts | 16,021 | 4,579 |
| Deferred tax assets, net | 401 | 388 |
| Prepaid expenses and other current assets | 177,831 | 143,033 |
| Total current assets | 1,394,255 | 1,584,460 |
| Property, plant and equipment, net | 1,549,529 | 1,430,789 |
| Project assets | 384,376 | 320,140 |
| Deferred tax assets, net | 265,591 | 259,236 |
| Marketable securities | 157,442 | 180,271 |
| Restricted cash and investments | 147,707 | 86,003 |
| Goodwill | 458,808 | 433,288 |
| Inventories | 30,607 | 42,728 |
| Other assets | 45,666 | 43,488 |
| Total assets | $4,433,981 | $ 4,380,403 |

**LIABILITIES AND STOCKHOLDERS' EQUITY**

| | | |
|---|---:|---:|
| Current liabilities: | | |
| Accounts payable | $ 99,398 | $ 82,312 |
| Income taxes payable | 28,148 | 16,831 |
| Accrued expenses | 228,956 | 244,271 |
| Current portion of long-term debt | 28,169 | 26,587 |
| Other current liabilities | 85,218 | 99,676 |
| Total current liabilities | 469,889 | 469,677 |
| Accrued solar module collection and recycling liability | 155,570 | 132,951 |
| Long-term debt | 103,531 | 210,804 |
| Other liabilities | 139,142 | 112,026 |
| Total liabilities | 868,132 | 925,458 |
| Stockholders' equity: | | |
| Common stock, $0.001 par value per share; 500,000,000 shares authorized; 86,066,220 and 85,843,511 shares issued and outstanding at March 31, 2011 and December 31, 2010, respectively | 86 | 86 |
| Additional paid-in capital | 1,834,514 | 1,815,420 |
| Contingent consideration | 1,118 | 1,118 |
| Accumulated earnings | 1,781,532 | 1,665,564 |
| Accumulated other comprehensive loss | (51,401) | (27,243) |
| Total stockholders' equity | 3,565,849 | 3,454,945 |
| Total liabilities and stockholders' equity | $4,433,981 | $ 4,380,403 |

**First Solar, Inc.**
**Investors:**
Mark Widmar
Chief Financial Officer
602-414-9315
investor@firstsolar.com
or
Larry Polizzotto
Vice President, Investor Relations
602-414-9315
lpolizzotto@firstsolar.com
or
Pam Hegarty
Director, Investor Relations
602-414-9315

phegarty@firstsolar.com
or
**Media:**
First Solar - (North America)
Ted Meyer or Alan Bernheimer
+1 (602) 414-9361
media@firstsolar.com
or
First Solar - (Europe)
Brandon Mitchener
+49 (0) 6131 1443-399
media-emea@firstsolar.com

Source: First Solar, Inc.

News Provided by Acquire Media

# EXHIBIT 39

**Company Name:** First Solar
**Company Ticker:** FSLR US
**Date:** 2011-05-03
**Event Description:** Q1 2011 Earnings Call

**Market Cap:** 3,862.49
**Current PX:** 44.08
**YTD Change($):** +13.2244
**YTD Change(%):** +42.859

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.751
**Current Year:** 4.286
**Bloomberg Estimates - Sales**
**Current Quarter:** 726.667
**Current Year:** 3820.000

# Q1 2011 Earnings Call

## Company Participants

- Larry Polizzotto
- Robert J. Gillette
- Mark R. Widmar

## Other Participants

- Mark D. Wienkes
- Sanjay Shrestha
- Steven Chin
- Smittipon Srethapramote
- Steven M. Milunovich
- Satya Kumar
- Rob W. Stone
- Daniel Ries
- Tim M. Arcuri
- Christopher R. Blansett
- Jesse W. Pichel
- Kelly A. Dougherty CFA, MBA
- Jake Greenblatt

## MANAGEMENT DISCUSSION SECTION

### Operator

Good day, everyone, and welcome to the First Solar First Quarter 2011 Earnings Conference Call. This call is being webcast live on the Investor section of the First Solar's web site at www.firstsolar.com. [Operator Instructions] As a reminder, today's call is being recorded. I would now like to turn the call over to Mr. Larry Polizzotto, Vice President of Investor Relations for First Solar, Inc. Mr. Polizzotto, you may begin.

### Larry Polizzotto

Good afternoon, everyone, and thank you for joining us for First Solar's First Quarter 2011 Conference Call. Today, after the market closed the company issued a press release announcing our first quarter financial results and our guidance update for 2011. If you did not receive a copy of the press release, you can obtain one from the Investor section of the First Solar web site at firstsolar.com. In addition, we have posted a presentation for this call as well as key quarterly statistics and historical data on financial and operating performance on our IR web site. We will be discussing the presentation during the call and webcast.

An audio replay of the conference call will also be available approximately two hours after the conclusion of the call. The audio replay will remain available until Sunday, May 8, 2011, at 7:30 p.m. Eastern Daylight Time and can be accessed by dialing 888-203-1112 if you're calling from within the United States or 719-457-0820 if you're calling from outside the United States and entering the replay passcode 3266707.

| | | |
|---|---|---|
| Company Name: First Solar | Market Cap: 3,862.49 | Bloomberg Estimates - EPS |
| Company Ticker: FSLR US | Current PX: 44.08 | Current Quarter: 0.751 |
| Date: 2011-05-03 | YTD Change($): +13.2244 | Current Year: 4.286 |
| Event Description: Q1 2011 Earnings Call | YTD Change(%): +42.859 | Bloomberg Estimates - Sales |
| | | Current Quarter: 726.667 |
| | | Current Year: 3820.000 |

A replay of the webcast will be available on the Investor section at firstsolar.com approximately two hours after the conclusion of the call and will remain available for 90 calendar days. If you are a subscriber of FactSet or Thomson ONE, you can obtain a written transcript.

With me today are Robert Gillette, Chief Executive Officer; and Mark Widmar, Chief Financial Officer. Rob will present an overview of the company's first quarter results and give an update of the market and business. Mark will review the first quarter financial results and update guidance for 2011. We will then open up the call for questions. During the Q&A period, as a courtesy of those individuals that seek to ask questions, we ask that participants limit themself to one question. First Solar has allocated approximately one hour for today's call.

I want to remind everyone that all numbers reported and discussed on today's call are based on U.S. Generally Accepted Accounting Principles except free cash flow which is a non-GAAP financial measure, which is reconciled to the operating cash flow in the back of our presentation.

Now, I'd like to make a brief statement regarding forward-looking remarks that you may hear on today's call. During the course of the call the company will make projections and other comments that are forward-looking statements within the meaning of the federal security laws. The forward-looking statements in this call are based on current information and expectations, are subject to uncertainties and changes in circumstances and do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ material from those statements including the risks as described in the company's most recent annual report on Form 10-K and other filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this call or with respect to announcements described herein.

Okay. During the second quarter of 2011, First Solar will be attending the following conferences and events. First, JPMorgan's Global Technology Conference in Boston on May the 17th. Second, Goldman Sachs BRIC's Conference in London on May the 19th. We will also have our annual shareholder meeting in Tempe, Arizona, on May the 25th. Next, Merrill Lynch Bank of America's Technology Conference is in New York City on June the 1st. Lazard has their Capital Markets Alternative Energy Summit in New York City on June the 2nd. We will be at Citi's Alternative Energy Conference in London on June the 6th. We will also be visiting Europe and Paris and Zurich for investor meetings on June the 7th and 8th. And, finally, we will be at Intersolar 2011 in Munich June the 9th through June the 10th.

It's now my pleasure to introduce Robert Gillette, Chief Executive Officer of First Solar. Rob?

## Robert J. Gillette

Great. Thank you, Larry, and welcome, everyone, to our Q1 earnings call. We have a lot to talk about. So, let's get into it here. We'll talk about the market as well as our financial performance. So, first we had a solid quarter with net sales of $567 million. The first quarter net income was $116 million or 20.4% of net sales resulting in diluted EPS of $1.33. Return on net assets was 17% on a four quarter rolling basis, representing an EVA of approximately 5% in line with our target.

Our cash and marketable securities balance is $713 million, decreased $400 million sequentially as we invested in CapEx and new factories, paid down $100 million of debt and began construction in several systems and system projects as well as funded our recycling program. The Q1 production was 407 megawatts, up 26% versus the prior year and up 3% quarter-over-quarter. The sequential increase was driven by the production ramp of the KLM 5 factory and improved by conversion efficiency partially offset by seven fewer calendar days than in the fourth quarter.

The annual capacity per line increased by 1.5 megawatt quarter-over-quarter to 64.1 megawatts. Our conversion efficiency was 11.7%, which is up 0.6 percentage points year-over-year and in line with our roadmap. As a result of continuous improvement in efficiency and process, we recently released our Series 3 85-watt module for higher efficiency applications. The module manufacturing cost per watt was $0.75, which is flat quarter-over-quarter. The benefit of increased efficiency and material cost reductions were offset by factory ramp costs and fewer calendar days. Core costs, which excludes the ramp penalty, and stock-based compensation was $0.73 per watt, down 9%



Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-05-03
Event Description: Q1 2011 Earnings Call

Market Cap: 3,862.49
Current PX: 44.08
YTD Change($): +13.2244
YTD Change(%): +42.859

Bloomberg Estimates - EPS
Current Quarter: 0.751
Current Year: 4.286
Bloomberg Estimates - Sales
Current Quarter: 726.667
Current Year: 3820.000

year-over-year, in line with our cost reduction roadmap.

To summarize our capacity build-out, in March, we announced Mesa, Arizona as a location for our previously announced four-line manufacturing plant in the United States with expected production ramp in the third quarter of 2012. Construction of our Vietnam site is progressing on schedule for shipments in the third quarter of 2012. Malaysia 5 reached full production by the end of the first quarter and Malaysia 6 is ramping in Q2 of 2011. Frankfurt (Oder) 2 remains on plan for third quarter ramp this year. Our two-line factory in France remains on indefinite hold, so we have removed it from our 2012 capacity plan, pending further clarity on the tender process for projects in France.

Moving to Page 7, in market development, we're focused on executing our North American systems pipeline, managing through European market uncertainty and developing new markets. We are expanding market diversity, growing pipelines and maintaining our technology leadership and business model flexibility to increase our visibility in 2011 and beyond.

In North America, we began to execute on the 450-megawatt DC, a planned 2011 systems build including Agua Caliente, several projects in Ontario as well as Santa Teresa, PNM and Paloma. The Agua Caliente DOE loan guarantee is progressing and we expect the financing to close in late Q2 or early Q3. Topaz received its final environmental impact report and the Bureau of Land Management issued the final environmental impact statement for Desert Sunlight in April.

In Europe, we're managing through market uncertainty due to FIT and policy changes. Ambiguity about the magnitude of Germany's mid-year FIT degression, lack of clarity with respect to France's tender process and Italy's delayed implementation of the new decree all created uncertainties about project economics and financing. Industry channels are adversely impacted by the lack of transparency around pending policy revisions or contemplated FIT changes.

We're making progress in developing the Indian, Australian and Chinese markets. Our pipeline in India has the potential to drive more than 100 megawatts of shipments in 2011, up from 10 megawatts in 2010. In China, we're discussing additional agreements with leading Chinese generating companies. We also announced that we will begin to offer our modules for installations as small as 10 kilowatts in response to customer demand, having previously limited availability to 30-kilowatt systems. About one-third of our modules are currently installed on rooftops around the world, and this expands our offering in this growing market segment, giving our current customers more flexibility and provides access to a new range of customers which should further diversify our sales mix.

During Q1, we hired our new CFO, Mark Widmar. Mark joined us in early April and he's proven to be a quick study. Mark brings nearly 25 years of experience in finance and accounting to First Solar. His broad technology and industrial background will be an asset as we continue to scale. Mark, please say a few words.

## Mark R. Widmar

Thanks, Rob. I'm excited about the opportunity to be at First Solar to support our mission of making solar affordable and to deliver value to our shareholders. In my first 30 days, I've had an opportunity to meet with the executive management and financial leadership teams. I truly have been impressed by the depth of First Solar's management team and the strength of the finance and accounting organization here. First Solar is uniquely positioned in the market and I'm looking forward to helping the company scale and achieve our goals.

## Robert J. Gillette

Great. Thanks, Mark, and welcome to the team. On Page 9, you can see some of the project activity in the first quarter. We delivered the 5-megawatt Tilbury site to Enbridge and completed the 2-megawatt Reeves project for PNM in the first quarter. Reeves is the first of five we are building for PNM. We continued cite work on Agua Caliente and we expect to begin module installation in the third quarter. The 20-megawatt Santa Teresa project is under construction and is our first project resulting in a conversion of the CSP site to PV and the first to employ trackers to increase energy



Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-05-03
Event Description: Q1 2011 Earnings Call

Market Cap: 3,862.49
Current PX: 44.08
YTD Change($): +13.2244
YTD Change(%): +42.859

Bloomberg Estimates - EPS
Current Quarter: 0.751
Current Year: 4.286
Bloomberg Estimates - Sales
Current Quarter: 726.667
Current Year: 3820.000

yield.

The next slide lists the projects in our contracted pipeline in North America. We highlighted projects in green for which execution has begun in 2011. Our current North American pipeline is 2.4 gigawatts AC of PPA, EPC, our Ontario RESOP contracted projects. We plan to execute on about 450-megawatt DC with contributions from a dozen projects in 2011, up from 3 in 2010 and we currently have the flexibility to build up to 600-megawatt DC in 2011.

We expect to sign new EPC agreements to continue adding to our contracted pipeline developed by First Solar and/or our partners. Overall were experiencing strong buyer demand for our utility scale systems projects due to our proven systems performance, execution record and attractive financial profile.

Turning to Slide 11, I want to update you on how we see the key markets evolving and how this relates to First Solar's growth strategy and our investments. In Europe, Germany, France and Italy are implementing changes to their feed-in tariff structures, market caps and tender processes. The industry will require a period of adjustment and understanding of the changes since some of the implementation details have not been finalized. In addition, the Italian government decision-making process resulted in a market pause and excess channel inventories. Rising European interest rates are also applying pressure to project economics. These factors created demand, over supply and price risk and highlight the importance of a global market development and project pipelines, which are strengths for First Solar.

Tighter industry economics are expected in the second half of 2011, which we believe are largely reflected in our guidance. Overall, First Solar supports consistent and predictable policy because it is critical to achieving sustainable markets. Reductions in subsidies are necessary to reduce speculation and to drive progress toward affordable solar electricity generation. We look forward to clarification of the policy uncertainties. To be more specific, earlier this year, the German government adopted a partial July and September pull-in of the January 2012 FIT degression. The changes in trend suggest a market of about 4 gigawatts in 2011. There is potential that nuclear energy concerns may influence future renewable policies and targets but it's really too soon to assess the impact.

In France, the government revised the FIT program and implemented a 500-megawatt cap on the annual market size and introduced a tender system for large projects. We are disappointed that the new decree does not provide sufficient multiyear visibility and certainty for its sizable French PV market. The government has failed to take into account the needs of investors in existing projects. We're now waiting for details about the tender system before making a decision about the long-term viability of the market and our French factory remains on – in definite hold. Because of grandfathered projects, the French market should exceed the cap in 2011 and range from 500 megawatts to 800 megawatts this year.

Italy remains unclear with regards to both an extension of the current program, CE 3 and the timing in terms of the new program, CE 4. It is clear, however, that the existing delay in FIT clarity will require a quarter or more to restart project financing and development. Further delay in FIT details will continue to impact project realization as well as future project planning and development. We are actively engaging in the FIT policy discussions and monitoring the situation. As a result of these anticipated changes, we expect the European industry demand to go through a period of adjustment in the second and third quarters. However, a number of our strategies will help us mitigate these risks. First, we continue to adapt our third party module offering to levels we anticipate to drive sell through. We are extending into the 10 to 30 kilowatts European commercial rooftops segment to further diversify our business. This is enabled our Series 3 technology and will be executed with current and new customers.

As we have in 2010, we plan to use our 2.4 gigawatts North American pipeline as a buffer against demand fluctuations in Europe. Most of our approximately 450-megawatt North American systems builds are planned for the second half and we have the flexibility to build additional 150-megawatt of systems if needed. We expect to continue to add new EPC and PPA agreements in North America to increase our pipeline. We continue to diversify geographically and invest in market development in North America, India, Australia, the Middle East and China. We are also continuing to invest to drive for minimum LCOE and maximum energy yield.

In California, Governor Jerry Brown signed a law to increase the RPS requirement to 33% by 2020 with compliance milestones, which establishes California as the national leader in renewable energy. We believe that California IOUs

| Company Name: First Solar | Market Cap: 3,862.49 | Bloomberg Estimates - EPS |
| Company Ticker: FSLR US | Current PX: 44.08 | Current Quarter: 0.751 |
| Date: 2011-05-03 | YTD Change($): +13.2244 | Current Year: 4.286 |
| Event Description: Q1 2011 Earnings Call | YTD Change(%): +42.859 | Bloomberg Estimates - Sales |
| | | Current Quarter: 726.667 |
| | | Current Year: 3820.000 |

are on their way to fulfilling their 33% RPS requirements but the final realization rate is yet to be determined, which we see as an opportunity for First Solar.

We are also continuing to encourage policy in those states to support the development of sustainable PV markets and we are starting to see project opportunity in other states. The DOE loan guarantee program funding was preserved in the 2011 budget negotiations and existing applications were grandfathered. It is unclear if there will be need – or there will be a need to additional appropriations for lending authority and to cover the credit subsidy fee to fund all of the existing applications. The program is important because it helps establish the capital markets and builds an investor base, which we hope will support the ability to place long-term unguaranteed project bonds into U.S. institutional market.

In China, the government has recently increased its commitment to developing a solar market. As part of the Twelfth Five-Year Development Plan, China has set a goal to install 5 gigawatt of solar by 2015 and is considering increasing this goal to 10 gigawatt on its way to achieving at least 20 gigawatt by 2020. In addition, the government increased the surcharge that the grid company can apply when selling power to the end consumer, which should help fund renewable programs. However, systems providers including First Solar need sustainable economics to drive growth. And we are hopeful that a transparent and appropriately set national market support structure will be implemented. First Solar is focusing on the execution of the Ordos project and is actively pursuing several other potential solar project opportunities in China.

We continue to see momentum in India driven by the National Solar Mission objective of 22 gigawatt by 2020 as well as by robust programs in states like Gujarat. Over 1 gigawatt of PPAs have been assigned but the high cost of capital and immature project finance markets are possible constraints to realization. We are increasing investment in India to help the market realize its potential. We are working with a number of customers and our pipeline could result in more than 100 megawatts of projects in 2011. The market is expected to grow to 500 megawatts to 600 megawatts in 2012.

In Australia, the federal government Solar Flagship program and state FITs are promoting market growth. The preferred bidders for the 400 megawatt first phase of the Solar Flagship's program are expected to be announced in Q2. We are participating in a number of programs with local partners including two of the four short-listed PV projects that are in the first phase of this Solar Flagship's program. The Australian market offers emerging segments such as large scale, off grid PV installations that could replace the high cost existing diesel generation that's there.

In the Middle East, Saudi Arabia and other countries are exploring the introduction of utility scale solar into their energy mix. The Saudi government announced a $100 billion plan to meet rising electricity demand and cut its dependence on oil which could increase from 3 million barrels per day today to 8 million barrels by 2030. Policy details are expected in the third quarter. Other Gulf countries are also putting in place support mechanisms, for example, the U.A.E. recently launched a pre-qualification procedure for a 100-megawatt project and Oman is expected to launch a similar process for a 200-megawatt project.

On Slide 12, we highlight the areas we are focusing on to drive predictable long-term growth and make solar affordable. We have made progress in achieving multiyear visibility through our North American pipeline, contracts and developed markets and by developing new markets. Although individual market performance may vary from time-to-time, our diversification strategy will enable us to maintain flexibility to respond to these changes.

We're focused on minimizing LCOE, optimizing project returns and enabling the fastest lead-time to generation to drive towards grid parity in the markets we serve. This will be accomplished by reducing our proprietary thin film module cost per watt to $0.52 to $0.63 by 2014 and increasing conversion efficiency to 13.5% to 14% by 2014. We are on plan to achieve this and have the lowest module cost in the industry today by 30% to 40%. These improvements along with continued execution of our Balance of Systems roadmap should allow us to drive pricing to grid parity. First Solar's project development pipeline and EPC capabilities are world-class, and we will leverage this to provide complete low-cost application solutions as we develop new business and segments.

Over the next few years, we plan to execute on our 2.4 gigawatt pipeline in North America and expand it further. We expect this pipeline to support our 1 gigawatt of annual builds starting in 2012. This gives visibility to a significant

**Company Name:** First Solar
**Company Ticker:** FSLR US
**Date:** 2011-05-03
**Event Description:** Q1 2011 Earnings Call

**Market Cap:** 3,862.49
**Current PX:** 44.08
**YTD Change($):** +13.2244
**YTD Change(%):** +42.859

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.751
**Current Year:** 4.286
**Bloomberg Estimates - Sales**
**Current Quarter:** 726.667
**Current Year:** 3820.000

portion of our planned production for the next several years. We are increasing our investment in new market development and technologies to grow our pipelines. This includes developing new channel partners in the United States, Asia, and the Middle East by leveraging our experience and technology.

We are developing technology and application solutions tailored to market segments that create favorable economics and drive the transition to affordable solar electricity. Our thin-film module technology will evolve to enable us to pursue new market segments with higher efficiencies and electricity yields and with lower costs. Our almost 3 gigawatt of production capacity by the end of 2012 will support this growth.

Finally, we plan to maintain financial discipline and deliver strong, predictable returns as we pursue economically sustainable markets. Our goal is to deliver an EVA of 5 percentage points above our weighted average cost of capital on our projects, technology and capital investments. Our strong balance sheet will continue to enable our growth and provide a competitive advantage.

Before we discussed Slide 13, I want to take a moment and thank Bruce Sohn for contributing to the development and operational success of First Solar. And to let you know he is leaving operations in the very capable hands of executives like Tymen DeJong, who has been running our manufacturing plants for about 15 months. Tymen has 26 years of semiconductor manufacturing experience at Intel and Numonyx and has been working closely with Bruce since joining First Solar.

Slide 13 shows that our end of year capacity is now at 2.8 gigawatt in 2012. We continue to execute our factory expansion plans, which remain on schedule with the exception of the two-line French factory, which is on indefinite hold and has been removed from our 2012 capacity plan. We are now projecting 44 lines in total by the end of 2012, down from 46 prior.

Note that with both the Vietnam and Mesa facilities, we are implementing a new strategy that involves constructing more building space than required to meet our current capacity plan. For example, the Mesa expansion is a 4-line factory, but the building shell and infrastructure can accommodate 10 production lines and allow for future growth. With this new strategy, additional lines can be added with shorter lead times.

To summarize, European demand has been impacted by the FIT changes and uncertainty but we believe we are uniquely positioned to drive sell-through of our 2011 production. We continue to invest to develop new markets and will drive Solar PV industry growth in the future. We are making progress, increasing visibility through our North American pipeline, our partnerships in developed markets and by developing new markets. We're focused on executing our systems pipeline, factory expansion and cost roadmap, and we remain committed to our mission of driving Solar PV to sustainable economics.

Before we go to the financials, I'd like to take this opportunity to thank James Zhu for serving as our interim CFO over the past few months and enabling a smooth transition to Mark Widmar. With that, I'd like to turn over the call to Mark discuss our future quarter financial performance and updated guidance for 2011. Mark?

## Mark R. Widmar

Thank you, Rob, and good afternoon. Looking at Slide 16, during the first quarter we delivered solid financial results in line with our full-year guidance. Net sales for the first quarter were $567.3 million, down $42.5 million or 7% compared to the fourth quarter of 2010. The decrease was primarily driven by lower volumes as we allocated modules to system builds to meet contracted delivery schedules. Revenue recognition is expected for those volumes later in the year. Additionally, we had seven fewer days in Q1 resulting from our adoption of a calendar fiscal year in the fourth quarter of 2010.

ASPs declined slightly due to a full quarter's impact of 2011 prices, which we implemented in December of 2010. These impacts were partially offset by the positive effect of increased systems revenue recognition. Our EPC revenue mix increased from 5% of net sales in the fourth quarter to 8% of net sales in the first quarter.

**Company Name:** First Solar
**Company Ticker:** FSLR US
**Date:** 2011-05-03
**Event Description:** Q1 2011 Earnings Call

**Market Cap:** 3,862.49
**Current PX:** 44.08
**YTD Change($):** +13.2244
**YTD Change(%):** +42.859

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.751
**Current Year:** 4.286
**Bloomberg Estimates - Sales**
**Current Quarter:** 726.667
**Current Year:** 3820.000

The blended exchange rate in the first quarter increased $0.01 sequentially to $1.34 per euro, while the spot rate also increased $0.01 to $1.37 per euro. The stronger euro had a minor impact on net sales as we were heavily hedged in line with our long-term strategy.

We produced 407 megawatts during the first quarter, up 3% compared to the prior quarter. The increase was driven by the ramp of our fifth factory in Malaysia, KLM 5, which reached full production by the end of the quarter. We also improved our line throughput rate to 64.1 megawatt per year. These positive factors were partially offset by the impact of seven fewer days during the quarter.

Looking at our cost per watt. Our module cost per watt in the first quarter was $0.75, flat with the prior quarter. Our core manufacturing cost per watt was also flat at $0.73. The conversion efficiency improvement and material cost savings were offset by the decrease in the number of days and by the increase in the ramp penalty as we ramped KLM 5 and qualified KLM 6.

Turning to the next slide. First quarter gross margin was 45.8%, down 290 basis points from the prior quarter. The decrease was a result of the mix shift to more systems sales as well as lower average selling prices, partially offset by the non-repeat of the Q4 module replacement program accrual and the improvements in conversion efficiencies. Our module gross margin was 49.7% during the quarter, up 60 basis points from the prior quarter.

Turning to Slide 19. Operating expenses were down $0.8 million quarter-over-quarter due to lower compensation expenses driven in part, by the non-repeat of our fourth quarter bonus accrual increase. Information technology, travel and other expenses also contributed to the sequential decline. These items were mostly offset by increasing R&D investments.

Looking at Slide 20. Slide 20 shows net sales and operating income charts. Operating income for the first quarter was $129.4 million compared to $165.7 million in the fourth quarter, due to the decrease in total net sales. Operating margin for the quarter was 22.8% compared to 27.2% in the prior quarter. As we progress through the year, our operating margin is levered to the timing of both systems revenue recognition and operating expenses. First quarter net income was $116 million or $1.33 per share on a fully diluted basis and the effective tax rate was 12.8%.

Looking at cash flows. In the first quarter, operating cash flow was negative $43.8 million and free cash flow was negative $275.5 million. We spent $169 million for capital expenditures and depreciation was $47.1 million. We also funded $63 million to our end-of-life recycling program, for which we set aside cash once per year in the first quarter.

First quarter cash flow followed the same seasonal pattern as in prior years and is impacted by accounts receivable linearity, the annual bonus payout and the end-of-life recycling funding. Project assets, inventories and deferred revenue grew on more construction-in-progress in our Systems business. Also, we invested about $50 million more on capital expenditures compared to the first quarter of 2010. Due to the timing of revenue, net revenue recognition for our systems build, we expect to consume cash in the first half of the year and generate cash in the second half of 2011.

Looking at our balance sheet. Overall our balance sheet remains strong. During the first quarter, we used $401 million of cash. In addition to the items mentioned earlier, we also paid down our revolving line of credit by $100 million, funded our recycling program as mentioned earlier, paid for our RayTracker acquisition and increased components inventory including strategic raw material. Debt decreased by $106 million and our debt-to-equity ratio improved to 4%.

This brings me to our updated guidance for 2011. We made several key assumptions underlying our guidance. We increased our spot exchange-rate assumption from $1.30 to $1.35 per euro. For the second quarter, we are fully hedged at a rate of $1.34 per euro. For the full year, about 63% of our net sales and 84% of our expected net income are hedged at an average rate of $1.34 per euro. As of today, a $0.01 change in the dollar/euro spot rate would impact our revenue guidance for the year by about $3 million and our net income guidance by about $1 million.

Our module pricing reflects expected European FIT changes in 2011 and is intended to enable sell-through economics. We plan to build approximately 450-megawatt DC of systems projects in North America up from 400 megawatts in prior guidance. We retain the flexibility to increase this amount to 600 megawatt should demand in other markets fall

**Company Name:** First Solar
**Company Ticker:** FSLR US
**Date:** 2011-05-03
**Event Description:** Q1 2011 Earnings Call

**Market Cap:** 3,862.49
**Current PX:** 44.08
**YTD Change($):** +13.2244
**YTD Change(%):** +42.859

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.751
**Current Year:** 4.286
**Bloomberg Estimates - Sales**
**Current Quarter:** 726.667
**Current Year:** 3820.000

short of current expectations. However, that flexibility has declined and will continue to decline as we progress through the year.

We began shipping from Malaysia plant 5 in the first quarter, and it ramped to full production by the end of Q1. We are ramping plant 6 in the second quarter followed by the ramp of our second German factory in the third quarter. Our capital expenditures is primarily driven by capacity expansions in Malaysia, Germany, Vietnam and the U.S.

Page 24 shows that based on these assumptions, we expect net sales to be in the range of $3.7 billion to $3.8 billion. The new factory ramp penalty in cost of goods sold will range from $10 million to $15 million and the factory start-up expenses will range from $50 million to $60 million, $10 million below prior guidance due to the indefinite hold of our French factory. Stock-based compensation is expected to be between $115 million and $125 million with approximately 20% allocated to cost of goods sold. That is in line with prior guidance.

GAAP operating income is expected in the range of $900 million to $970 million, which is slightly below prior guidance. We expect our 2011 effective tax rate to be in the range of 11% to 13%. We estimate the year-end 2011 fully diluted share count to be in the range of 87 million to 88 million shares. Earnings per fully diluted share to range from $9.25 to $9.75 in line with prior guidance. Capital expenditures for the year is expected to be between $1 billion and $1.1 billion. Approximately 75% of our capital budget in 2011 is for capacity expansion and another 15% to 20% is for factory maintenance, which includes productivity improvements and R&D investments. The remainder covers infrastructure spending for IT systems, facilities and others.

Operating cash flow is projected to be in the range of $0.8 billion to $1.0 billion, this is slightly below our prior guidance primarily due to the timing of system related milestone payments received during the year. Annual return on net assets will be 17% to 18%, in line with our goal to deliver returns exceeding our weighted average cost of capital by 5 percentage points.

Finally, Slide 25 is an update of the expected quarterly profile of revenue recognition and operating income dollars through 2011. Please note that as you read across horizontally from Q1 to Q4 in each chart, the sum of all the quarters is 100%. Note that the second quarter, we are expecting to recognize less than 16% of our full-year revenue guidance and approximately 9% of our full-year operating income guidance.

The profile is driven by the following assumptions: first, Agua Caliente revenue recognition starts in the third quarter and accelerates into the fourth quarter. The commencement of revenue recognition for Agua is one quarter later than in prior guidance, impacting the quarterly profile. This is due to the continued delays in the DOE funding. Second, factory capacity is ramping throughout 2011. Third, Canadian projects under completed contract accounting show revenue recognition primarily in the fourth quarter.

Fourth, the pattern of operating expenses is lumpy. In particular during Q2, we expect an increase in research and development associated with process improvements that will have a positive cost per watt impact in the mid- to long-term. We also expect an increase in SG&A as we invest in market development and due to onetime severance expense. Additionally, start-up expenses spiked to approximately $18 million to $20 million in Q2 before moderating back to Q1 levels in the second half of 2011.

Finally, we continue to use our systems pipeline as a buffer against European demand fluctuations, which could affect our Balance of Systems revenue.

With this, we've concluded our prepared remarks and we open the call for questions. Operator?

# Q&A

## Operator

Thank you, sir. [Operator Instructions] And we will go first to Mark Wienkes from Goldman Sachs.

Company Name: First Solar

Company Ticker: FSLR US

Date: 2011-05-03

Event Description: Q1 2011 Earnings Call

Market Cap: 3,862.49

Current PX: 44.08

YTD Change($): +13.2244

YTD Change(%): +42.859

Bloomberg Estimates - EPS

Current Quarter: 0.751

Current Year: 4.286

Bloomberg Estimates - Sales

Current Quarter: 726.667

Current Year: 3820.000

**<Q - Mark D. Wienkes>**: Thank you. I was just wondering, could you comment on the slight delay in the DOE funding? And then, could you characterize the status of the other non-Agua Caliente DOE loan applications if any? The overall market for access to financing? And then, how you think the proposed SunPower acquisition affects that competitive landscape?

**<A - Larry Polizzotto>**: Okay. Hello, Mark. This is Larry Polizzotto. So, the DOE loan program – the Agua Caliente financing is really two parts. It's the DOE debt and then equity from NRG. Both of those need to close in order to close the deal and the process on the DOE side is just taking a little bit longer than expected. It could turn out that, that gets done at the end of the second quarter, but the deal may not get completed until the third quarter, and so, we're not sure this point.

So, at this point, we believe that it'll be in the third quarter before that deal is completed closed. But no issues with the process, it's just taking a little bit longer than expected. As far as other projects, there's three other projects that are applied for in the DOE process and those are progressing through the process.

## Operator

And we'll go next to Sanjay Shrestha of Lazard Capital Markets.

**<Q - Sanjay Shrestha>**: Help on this guidance question for 2011; two-part question. One, you guys did mention it was all Agua Caliente for Q2, but given a lot of focus on what's happening in Europe and the Italian market, was there anything related to that where you guys actually ended up having any cancellation of any potential opportunity in that market given the change in the FIT? Is there anything in that Q2 guidance related to that? And two, how big do you think your European exposure is going to be, let's say 12 months out, given what's happening in that part of the world?

**<A - Robert J. Gillette>**: Okay. Sanjay, it's Rob. I'll – Mark can comment, but I'll start out. I mean, with a lot of the changes or pending changes that are out there, especially Italy, the market started out really slow in 2011 and so, there's some build in channel inventory. Due to that build and the uncertainty, there's pressure on average selling prices. I think prices are moving faster than people expected. So, additionally, there's – it's not just that, but it's also the financing costs are rising in Germany and elsewhere, so that's impacting the project economics overall.

So, our outlook in terms of year carries some of that lower ASP assumption and that's embedded in our guidance, which as Mark described, is partially offset by the FX and what we're seeing. And as we've discussed, we're going to look at what we have in our captive pipeline and now are planning to build 450 megawatt versus the 400 megawatt we talked about before.

So, I would tell you that the market has been delayed, and as we said relative to Italy especially, we saw something came out today as we were just joining the conference. We haven't had a chance to review that, but the impact of Italy has created a challenge and a delay, then it'll take another quarter or two I think to sort out once they tell us what the rules are.

## Operator

And we'll move next to Steven Chin from UBS.

**<Q - Steven Chin>**: Just a question on the increase in inventory at the end of the quarter. I know you said higher inventories for utility projects, but how quickly do you think you can work through this inventory? And when do you think you can get back to let's say normal inventory days?

**<A - Robert J. Gillette>**: Yeah, we saw an inventory build during the quarter, which about almost half – a little over half is related to the Systems business. We did see a little bit of inventory build though as well as we were ramping up KLM and our plant in Germany, which drove a little bit of additional inventory as well as we increased our investment in strategic inventory that we currently are carrying on the books. The Systems related business will obviously follow



Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-05-03
Event Description: Q1 2011 Earnings Call
Market Cap: 3,862.49
Current PX: 44.08
YTD Change($): +13.2244
YTD Change(%): +42.859
Bloomberg Estimates - EPS
Current Quarter: 0.751
Current Year: 4.286
Bloomberg Estimates - Sales
Current Quarter: 726.667
Current Year: 3820.000

the revenue recognition, so I would not anticipate a dramatic change in the inventory profile until we see the second half of the year.

**<A - Larry Polizzotto>**: To some degree that's Agua.

## Operator

And we'll go next to Smitti Srethapramote from Morgan Stanley.

**<Q - Smittipon Srethapramote>**: Yes. Hi. I just wanted to follow up on the Total investment in SunPower that occurred last week. Just wondering if the fact that SunPower will now have a lower cost of capital will give them a bit of an advantage when they go up for bidding against you guys for large-scale projects? And do you see similar deals occurring in the industry in the near-term?

**<A - Robert J. Gillette>**: Yeah. It's me. It's Rob. I think it was a little bit of a surprise in terms of the partnership overall. But I think there'll be probably more and more large companies as we know investing in the industry. And we really – to continue to drive the industry forward, we need a lot of viable competitors to continue to drive the technology adoption and really drive it into the utility systems.

So, I think it will help to create greater awareness and drive the industry as a whole. And I think there's plenty of room for competitors in the industry and I think that will be something we'll have to wait and see. So, obviously the cost of capital is a plus in general but a lot of it comes down to having the projects and executing to them. So, that'd be what I'd say.

## Operator

And we'll move next to Steve Milunovich from Bank of America Merrill Lynch.

**<Q - Steven M. Milunovich>**: Thank you. Can you comment a bit more about what's going on in Europe. You have contracts. Are you being impacted in your ASPs to the same degree as some of the other vendors? Are you able to reallocate modules? Are any of your counterparties renegotiating contracts? And are you having to use rebates more than you expected coming into the year?

**<A - Robert J. Gillette>**: Well, I think what we're doing – we talked a lot – I try to emphasize each of the countries as I went through the prepared remarks but in general, there's two things. I mean, obviously, we're positioning our product as we always do for sell-through. So, we talked about it in 2010 for 2011. And then we always work with our customers to manage the feed-in tariffs and the other things that are happening. So, I think what's driving a lot of the challenge is the uncertainty. And we want to be able to price for sell-through in the future. So, '12 and '13 beyond. So, we continue to do that.

I think the other part of it is – so, we did include what we anticipate as some of those price impacts in the guidance that we provided. And so, we continue to work with our customers there. We're also placing material in developing regions of the world to seed some of this market growth and geographic diversification that you know is our focus. So, we're – that's impacting us a little bit but we think it's a great investment for the future in terms of the people that we're putting there and what we're doing to expand the use of PV in places like India and Australia, China, elsewhere.

## Operator

We'll go next to Satya Kumar from Credit Suisse.

**<Q - Satya Kumar>**: Yeah. Hi. Thanks for taking my question. I was wondering if you could provide a quick update on the marketing of the AV Solar Ranch. Will that sale proceed or occur after any loan guarantees? And for you to hit the low end of the 450-megawatt to 600-megawatt system guidance, are you contemplating any RevRec from AV this

**Company Name:** First Solar
**Company Ticker:** FSLR US
**Date:** 2011-05-03
**Event Description:** Q1 2011 Earnings Call
**Market Cap:** 3,862.49
**Current PX:** 44.08
**YTD Change($):** +13.2244
**YTD Change(%):** +42.859
**Bloomberg Estimates - EPS**
**Current Quarter:** 0.751
**Current Year:** 4.286
**Bloomberg Estimates - Sales**
**Current Quarter:** 726.667
**Current Year:** 3820.000

year? And a quick question for Mark, if he can give us an operating cash flow and CapEx guidance for Q2? Thanks.

**<A - Larry Polizzotto>**: Hi, [ph] Sajay (sic) [Satya] (44:57). It's Larry. Yes, we are planning on building AV Solar Ranch this year and getting some recognition for that this year. At this point, we will start building that after we sell that project and that's something we're working on right now. It's something we plan on doing in the second half of the year. So, we continue to expect to do that. So, no change in AV Solar Ranch.

**<A - Mark R. Widmar>**: In regard to the CapEx in the cash flow discussion, we really don't provide any specific guidance for the quarter. What I can say though as we said related to cash flow, our cash flow will probably be more towards the second half of the year. So, as the systems business ramps up and we start seeing the revenue recognition, the associated cash receipts, we'll see much stronger cash flow generation in the second half of the year versus the first half.

## Operator

We'll go next to Robert Stone from Cowen & Company.

**<Q - Rob W. Stone>**: Hi, guys. With respect to the North American systems business, you mentioned that your ability to pull forward another 150 megawatts declined through the year. Can you give us a sense of by when you would have to pull the trigger to execute on that? And also, any comments on when you might add to the 2.4 gigawatts in the pipeline? Thanks.

**<A - Robert J. Gillette>**: Okay. It's Rob. We're always focusing on adding to that. We just don't announce it until it's complete and contracted as you know, so we still plan on that and continuing that effort. The lumpiness in Agua Caliente revenue recognition as Mark had talked, we kind of now have it positioned as starting in Q3 and it really accelerated in Q4.

So, that's kind of a big deal for us and some of the RESOP projects that we're involved with are also to the real estate type of accounting so we've got to get to completion on them. So that's part of what drives a little bit of the movement from quarter to quarter.

**<A - Mark R. Widmar>**: Keep in mind, Rob, we added a lot of projects in the fourth quarter in our call just a couple of months ago. So, it hasn't been that long since we reported recently. So – but, there are quite a few projects in our pipeline that we'll announce in the next few quarters.

## Operator

The next question comes from Daniel Ries from Collins Stewart.

**<Q - Daniel Ries>**: Hi. You mentioned India as potentially a 100-megawatt market. Will that remain a module opportunity for you? Or do you think you'll go into systems in that country as well? And how does that 100 megawatts compare to what you were perhaps expecting entering the year? Has that changed meaningfully?

**<A - Robert J. Gillette>**: Yeah, it's Rob. I would say it's changed meaningfully in a positive way and so, we said in 2010, we only did 10 megawatts there in total. So, when we talk about this 100-megawatt plus opportunity, we're doing it on a module basis with partners and customers today. So, we're evaluating the market, putting people on the ground and determining the best way for First Solar to establish a leading position in the market. So, we're open to all avenues of approach but as of now, it's a module business with our partners, existing and new.

## Operator

And we'll move next to Timothy Arcuri from Citi.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-05-03
Event Description: Q1 2011 Earnings Call

Market Cap: 3,862.49
Current PX: 44.08
YTD Change($): +13.2244
YTD Change(%): +42.859

Bloomberg Estimates - EPS
Current Quarter: 0.751
Current Year: 4.286
Bloomberg Estimates - Sales
Current Quarter: 726.667
Current Year: 3820.000

**<Q - Tim M. Arcuri>**: Hi. I was wondering if you can give us some sense of finished goods inventory? It was $59 million at the end of the year. I'm wondering what it went up to? Obviously, it went up, and then I'm also wondering whether you can give us some sense of what the module EPC revenue split will be for June? Thanks.

**<A - Mark R. Widmar>**: The actual finished goods inventory I think went up around $13 million, $12 million, $13 million somewhere in that range. So, it was a nominal increase of the total inventory. The majority of the inventory build related to the systems business, and again we have some increase in raw materials as we were ramping for KLM and Frankfurt. And then, the other part of your question, excuse me, was again?

**<Q - Tim M. Arcuri>**: I just was kind of wondering, you had previously given guidance on your 2011 Guidance Call for about $620 million of module inventory in June and that's obviously gone down. So, I'm wondering what the module EPC revenue split is that's assumed in your June quarter guidance? Thanks.

**<A - Mark R. Widmar>**: The EPC revenue in Q1 was around 8% of the total, and we would expect that number to approximately double, maybe a little bit more than that, as we move into Q2.

## Operator

The next question comes from Chris Blansett from JPMorgan.

**<Q - Christopher R. Blansett>**: Hey, Rob. I had a quick question about future capacity expansion plans. Although you have a longer-term positive outlook, with all the uncertainty going on in Europe right now, just your thoughts on why you're continuing to add right now as opposed to maybe taking a pause and letting it settle out before starting up again?

**<A - Robert J. Gillette>**: Well, I think a couple things. One is, we still have the strategy in place to build larger facilities to provide the flexibility to add or not. We did talk about taking the two lines out that we had intended for France given the uncertainty. So, we did that. So, we do also have the pipeline of business in place, which is different from our past where the 2.4 gigawatts that we continue to grow.

And then starting in 2012, we have one gigawatts of installations planned on a go-forward basis on our own captive pipeline. So, in general, that's a significant change for us, and then, our investment in developing the new markets that we talked about versus the traditional agreements that we have in place in developed areas of the world. So, we talked about India, we feel we're very pleased about that opportunity. We see some opportunity in Saudi Arabia, we talked a little bit about, we didn't highlight in significant detail on the call as we went through a lot of things during the call.

We feel good about Australia and what's happening there. Some of the comments that came out of China recently would reflect that there may be good opportunities to put together a commercial business that's viable. That's been our challenge there. So, I would say those are the differences. And as we look to the market and we assess it and find that there are challenges that are impacting us, we can always modify our plans on a go-forward basis. Our plan is to create flexibility with our capacity.

## Operator

And the next question comes from Jesse Pichel from Jefferies.

**<Q - Jesse W. Pichel>**: Hello, Mr. Gillette and welcome Mr. Widmar. Thanks for presenting the facts so clearly as usual. I have a two-part question. Just wondering how exactly do you have the flexibility to pull in from 450 megawatts to 600 megawatts? Would your customers thus be allowed to get the PPAs in the states started early? And my second part of the question is, what's the margin impact of shifting more of your systems to the roof given the BOS penalty that may be involved along with more abundant silicon modules? Thanks so much.

**<A - Robert J. Gillette>**: Well, yeah. Okay. So, yeah. Thanks for the question. First is, of the 600 megawatts and that opportunity, we deliberately have – we have multiple contracts that we talked about 11 projects that are in play in 2011

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-05-03
Event Description: Q1 2011 Earnings Call

Market Cap: 3,862.49
Current PX: 44.08
YTD Change($): +13.2244
YTD Change(%): +42.859

Bloomberg Estimates - EPS
Current Quarter: 0.751
Current Year: 4.286
Bloomberg Estimates - Sales
Current Quarter: 726.667
Current Year: 3820.000

where we had 3 in 2010. So, each of those contracts has some range in it in terms of what you build when and milestone commitments in terms of total. So, that's where we can do part of that upside. In addition, there are unannounced customer projects. So, they're customer developed projects where we would provide EPC and module installation in total.

And then also we can because of our focus in effort and cycle time we've increased our ability to put megawatts on the ground. So, that also provides a flexibility opportunity to meet customer demands and drive it that way. So, I think that, that's where that range comes from. And what we try to do is moderate it with the external module demand. So, we view the external module demand as perishable. So, when we want to be able to serve that demand with our customers and ensure that they can develop their applications. And this gives us a buffer to some of these fluctuations that take place. So, that's where that comes from. And the second part of your question, can you restate?

**<Q - Jesse W. Pichel>**: The impact of shifting more of your systems to the roof given the BOS penalty and perhaps more abundant silicon modules this year?

**<A - Robert J. Gillette>**: I think when we started the business five, six years ago, a lot of our product went to the roof because of our competitive scenario and has for many, many years. So, I think I mentioned despite a lot of the big volume ground-mount systems that we're installing in North America and elsewhere, still 30% of our business is rooftop in total.

So, it's really – we've focused on the 30-kilowatt and above in large part because we've been sold out throughout our history and a lot of our customers have always wanted to pursue that market. And I think it's an opportunity for us to apply some of our know-how in application development and [ph] be it (55:05) installation rates and other things in that market as well. So, we've not focused on it. And I don't anticipate it would have a significant effect on our margins in total.

## Operator

And we'll move next to Kelly Dougherty from Macquarie.

**<Q - Kelly A. Dougherty CFA, MBA>**: Hi, I apologize if this has been asked. We got cut

off. But we've been hearing about material cost increases from some of your peers and understood that you're using different materials. But maybe can you help us think about what's going on with some key material costs glass, encapsulants, things like that? And then maybe how we think about the production costs improving by the end of the year?

**<A - Robert J. Gillette>**: Yeah, it's Rob. So, I would say that it's a couple of things. One is we see the similar commodity pressures that many people see in the BOS area. So, if you think about copper or some steel, things like that, so that kind of commodity pricing, we try to do opportunistic buys and negotiate. But there's definitely some pressure there. So, that affects us. Anything that you would read about transportation and costs related to transportation, so surcharges for transportation, whether it's on the sea or over land, that is something that would affect us that we do our best to manage.

We have long-term contracts in place for the major commodities that we acquire. So, like as you mentioned, encapsulants or glass or other things. I mean remember we've gone from being basically a very small buyer of glass five years ago to one of the top three flat glass buyers in the world today. So, we've done a lot of good work, I think, there. So, there's pressures for sure but given the fact that a large part of our costs are within our control – in our operational control and we use so little key raw materials to make the semiconductor, that it is a different scenario I think than some of our competitors.

**<A - Larry Polizzotto>**: Were not affected by things like silver for instance.

**<A - Robert J. Gillette>**: No.

**Company Name:** First Solar
**Company Ticker:** FSLR US
**Date:** 2011-05-03
**Event Description:** Q1 2011 Earnings Call

**Market Cap:** 3,862.49
**Current PX:** 44.08
**YTD Change($):** +13.2244
**YTD Change(%):** +42.859

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.751
**Current Year:** 4.286
**Bloomberg Estimates - Sales**
**Current Quarter:** 726.667
**Current Year:** 3820.000

## Operator

We have time for one more question that comes from Jake Greenblatt from Barclays Capital.

**<Q - Jake Greenblatt>**: Hi, guys. Thanks for taking my question. Just a quick question on the guidance. I noticed that both RONA and operating income are down from the previous guidance. Curious what drove that decision?

**<A - Robert J. Gillette>**: From a full year standpoint, the actual operating income is down just slightly, you are talking a nominal change of a few million dollars. Some of that is driven by the ASP pressure that we were talking about it, and again, some of that is more to seed higher growth or new emerging growth markets so as we move some volume away from Europe where we are seeing some slowness and we're moving that into other growth markets like India. We are seeing a little bit of an ASP pressure from that standpoint. The only other thing that was significant that was in this round of guidance that we didn't have, we do have some severance related expense that was not in our prior guidance and to be honest with you, that makes up the majority of the drop $10 million.

## Operator

And that does conclude today's conference. We appreciate your participation and have a wonderful day.

## Robert J. Gillette

Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2013, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

# EXHIBIT 40

 **REUTERS**

Tomcat Server /S263585RGSF58/
**TOP NEWS**
**UPDATE 4-First Solar beats Street but sees tough 2011**
Tue, May 03 23:59 PM BST

* Q1 EPS, revenue top Wall Street estimates

* 2011 EPS, sales outlook unchanged

* Stock down 8.4 percent (Adds details, comments from company conference call)

By Nichola Groom

LOS ANGELES, May 3 (Reuters) - First Solar Inc's (**FSLR.O**) first-quarter profits topped Wall Street expectations and the company stuck to its 2011 outlook, but it warned the solar market would face a tough second half of the year, sending its shares down more than 8 percent.

The world's most valuable solar company said much of its sales and earnings for the year would be pushed into the second half of 2011 due to delays in closing a U.S. Department of Energy loan guarantee for a large Arizona project and subsidy changes in top European markets that are hammering demand and sending panel prices down rapidly.

"That's a significant decline in the immediate term," Wedbush analyst Christine Hersey said, adding that investors had hoped for a bump in the company's 2011 earnings outlook, particularly after topping expectations in the first quarter.

"Tighter industry economics are expected in the second half of 2011, which we believe are largely reflected in our guidance," First Solar Chief Executive Rob Gillette said on a conference call with analysts.

To help offset the impact of incentive pullbacks -- particularly in No. 2 market Italy -- First Solar is expanding aggressively in the United States with some major projects set to break ground this year. The company is building a 290 MW photovoltaic solar power project in Arizona for NRG Energy Inc (**NRG.N**) and is in the process of securing permits for two 550 MW projects in California.

This year the company is planning 450 MW of projects in North America, mostly in the second half of the year, and has the ability to add another 150 MW, Gillette said.

The company is also expanding its presence in the market for commercial rooftop systems in Europe, as well as investing in small but growing markets such as India, Australia, the Middle East and China.

"Our diversification strategy will enable us to maintain flexibility," Gillette said.

INVESTORS FLEE OVER ITALY

Investors have punished the solar sector in recent weeks as Italian policymakers debated the scale and form of subsidy cuts that will take place this year, bringing the market for new projects to a standstill.

First Solar is among the main suppliers to Italy, with sales to that nation accounting for about 12 to 13 percent of its overall sales last year. [ID:nN0275107]

First Solar shares have slid about 23 percent since hitting a 52-week high in mid-February, and are down 57 percent from an all-time high reached in early 2008.

More than 18 percent of First Solar's outstanding stock was held in a short position as of April 15. Short interest is a gauge of the level of skepticism among investors.

The solar industry relies on government incentives to make electricity created by the sun competitive with sources such as coal and natural gas. Many governments, particularly in Europe, have implemented generous subsidies for solar power in recent years as they seek to reduce their reliance on fossil fuels and combat climate change.

Net income fell 33 percent to $116 million, or $1.33 per share, from $172.3 million, or $2 per share, a year ago. The company said the decline was due to lower selling prices and higher costs.

Wall Street analysts, on average, had been expecting earnings of $1.16 per share, according to Thomson Reuters I/B/E/S.

Sales were largely flat at $567 million, but beat Wall Street analysts' average estimate of $544.37 million.

"I thought the quarter was pretty solid. They had a nice revenue figure and nice performance on the gross margin line even with the pressure we're hearing on pricing," said John Hardy, analyst with Gleacher & Co in New York.

The Tempe, Arizona company reiterated its full-year earnings and sales forecasts, expecting a 2011 profit of $9.25 to $9.75 per share on sales of $3.7 billion to $3.8 billion.

First Solar is creating a pipeline of solar power projects around the world as a channel for its cadmium telluride panels, which are the cheapest in the industry.

First Solar shares were down 8.4 percent at $123.38 in extended trade after closing at $134.66 on the Nasdaq, down $2.87, or 2.1 percent on the day. (Additional reporting by Matt Daily and Edwin Chan; editing by Bernard Orr)

**Email Article**

**Next Article in Top News**

SPONSORED FINANCIAL CONTENT
ADVERTISEMENT
POWERED BY dianomi

**Understanding the market's mispricing of key asset classes**

**Read More**

# EXHIBIT 41

**citi**

North America │ United States
Semiconductors (GICS) │ Alternative/Renewable Energy - Other (Citi)

**Equities**

4 May 2011 │ 12 pages

# First Solar, Inc. (FSLR)

## Lack of EPC Predictability Bites; Maintain Hold (For Now)

- Company Update
- Estimate Change

- **Stock Summary** — By maintaining C2011 EPS guide (we expected slight raise) but guiding CQ2 way below our/Street ests., it's hard to see this as anything but a disappointing Q that creates a higher 2H risk profile. While true, and lumpiness/unpredictability of EPC business combined with stagnant non-US ground mount market and yet proven 30kw offering continue to argue for more multiple compression, we think valuation may be compelling moving through CQ2. Near term, the CQ2 miss was due to FSLR assuming the DOE loan guarantee for 290MW Agua Caliente doesn't close until CQ3 (likely trigger ~$200-300MM revs) while still an outside chance it happens in CQ2. Additionally, it now has more of the >$2.00/W module ASP embedded in this project to offset the pricing impact of more draconian ground-mount FiTs in Italy/Germany which should mostly impact CQ3. The key question is whether there is big financing available beyond the government for large projects like AV Solar Ranch, Sunlight, and Topaz and the filing on the detailed Total/SPWR negotiations would suggest there are partners. These projects are of utmost importance because we think they all embed module ASP of at least $1.90/W, way above merchant pricing that is probably going to fall to ~$1.25/W in 2012 and akin to a "time capsule" of what pricing looked like 18-24mos ago when the PPAs were negotiated. C2011 EPS tweaked just slightly lower from $10.17 to $10.12 and C2012 from $12.43 to $12.31 (Street $10.91). Maintain Hold, $150 target on 15x average C2011/2012 EPS.

- **What Happened** — EPS (GAAP) $1.33 beat our $1.11/Street $1.16 on better revs. C2011 EPS guide maintained at $9.25-9.75 – slightly disappointing as we expected a slight bump – but CQ2 revs/EPS guided ~$570MM/~$0.80 or way below Street $804MM/$2.00 making EPS much more 2H-loaded.

- **Positives** — 1) Street estimates have potential upside in 2011/2012 but. . .

- **Negatives** — 1) Multiple should also keep compressing given unpredictability and unsustainable cash flows from elevated module pricing in project pipeline.

| | |
|---|---|
| Hold/Speculative | **2S** |
| Price (03 May 11) | US$134.66 |
| Target price | US$150.00 |
| Expected share price return | 11.4% |
| Expected dividend yield | 0.0% |
| **Expected total return** | **11.4%** |
| Market Cap | US$11,592M |

**Price Performance**
(RIC: FSLR.O, BB: FSLR US)



| EPS | Q1 | Q2 | Q3 | Q4 | FY | FC Cons |
|---|---|---|---|---|---|---|
| **2010A** | 2.00A | 1.84A | 2.04A | 1.80A | 7.73A | 7.68A |
| **2011E** | **1.33A** | **0.81E** | **3.36E** | **4.60E** | **10.12E** | **9.52E** |
| Previous | 1.11E | 1.76E | 3.05E | 4.24E | 10.17E | na |
| **2012E** | **na** | **na** | **na** | **na** | **12.31E** | **10.91E** |
| Previous | na | na | na | na | 12.43E | na |
| **2013E** | **na** | **na** | **na** | **na** | **15.13E** | **12.21E** |
| Previous | na | na | na | na | 16.57E | na |

Source: Company Reports and dataCentral, CIR.  FC Cons: First Call Consensus.

**Timothy M Arcuri**
+1-415-951-1734
timothy.arcuri@citi.com

**Richard Rambaldo**
richard.rambaldo@citi.com

**Seth Tennant**
seth.tennant@citi.com

See Appendix A-1 for Analyst Certification, Important Disclosures and non-US research analyst disclosures.

Citi Investment Research & Analysis is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Citigroup Global Markets**

FSLR00098627

**First Solar, Inc. (FSLR)**
4 May 2011

| Fiscal year end 31-Dec | 2009 | 2010 | 2011E | 2012E | 2013E |
|---|---|---|---|---|---|
| **Valuation Ratios** | | | | | |
| P/E adjusted (x) | 18.3 | 17.4 | 13.3 | 10.9 | 8.9 |
| EV/EBITDA adjusted (x) | 13.3 | 11.8 | 8.4 | 6.5 | 5.1 |
| P/BV (x) | 4.2 | 3.3 | 2.6 | 2.1 | 1.8 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Per Share Data (US$)** | | | | | |
| EPS adjusted | 7.37 | 7.73 | 10.12 | 12.31 | 15.13 |
| EPS reported | 7.53 | 7.73 | 10.12 | 12.31 | 15.13 |
| BVPS | 31.77 | 40.69 | 51.42 | 62.85 | 76.85 |
| DPS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Profit & Loss (US$M)** | | | | | |
| Net sales | 2,066 | 2,564 | 3,848 | 4,984 | 5,818 |
| Operating expenses | -1,374 | -1,791 | -2,768 | -3,616 | -4,160 |
| EBIT | 692 | 773 | 1,079 | 1,369 | 1,658 |
| Net interest expense | 5 | 13 | 9 | 23 | 50 |
| Non-operating/exceptionals | -13 | -19 | -56 | -34 | -34 |
| Pre-tax profit | 684 | 767 | 1,032 | 1,357 | 1,675 |
| Tax | -58 | -98 | -150 | -264 | -277 |
| Extraord./Min.Int./Pref.div. | 14 | 0 | 0 | 0 | 0 |
| Reported net income | 640 | 669 | 882 | 1,094 | 1,397 |
| Adjusted earnings | 627 | 669 | 882 | 1,094 | 1,397 |
| Adjusted EBITDA | 822 | 921 | 1,288 | 1,645 | 1,986 |
| **Growth Rates (%)** | | | | | |
| Sales | 65.8 | 24.1 | 50.1 | 29.5 | 16.7 |
| EBIT adjusted | 47.5 | 11.1 | 37.8 | 26.1 | 19.2 |
| EBITDA adjusted | 55.0 | 12.0 | 39.9 | 27.7 | 20.8 |
| EPS adjusted | 73.7 | 4.9 | 30.8 | 21.7 | 22.9 |
| **Cash Flow (US$M)** | | | | | |
| Operating cash flow | 675 | 710 | 1,024 | 1,535 | 1,893 |
| Depreciation/amortization | 130 | 148 | 209 | 276 | 328 |
| Net working capital | -144 | -206 | -183 | 25 | 29 |
| Investing cash flow | -702 | -742 | -1,059 | -1,219 | -1,047 |
| Capital expenditure | -280 | -589 | -1,059 | -1,219 | -1,047 |
| Acquisitions/disposals | -422 | -153 | 0 | 0 | 0 |
| Financing cash flow | -22 | 150 | -142 | 0 | 0 |
| Borrowings | -33 | 72 | -51 | 0 | 0 |
| Dividends paid | 0 | 0 | 0 | 0 | 0 |
| Change in cash | -52 | 101 | -177 | 316 | 846 |
| **Balance Sheet (US$M)** | | | | | |
| Total assets | 3,350 | 4,380 | 5,929 | 7,168 | 8,563 |
| Cash & cash equivalent | 785 | 934 | 788 | 1,104 | 1,951 |
| Accounts receivable | 227 | 306 | 851 | 779 | 638 |
| Net fixed assets | 989 | 1,431 | 2,270 | 3,212 | 3,932 |
| Total liabilities | 697 | 925 | 1,506 | 1,511 | 1,370 |
| Accounts payable | 76 | 82 | 683 | 688 | 546 |
| Total Debt | 175 | 237 | 186 | 186 | 186 |
| Shareholders' funds | 2,653 | 3,455 | 4,423 | 5,656 | 7,194 |
| **Profitability/Solvency Ratios (%)** | | | | | |
| EBITDA margin adjusted | 39.8 | 35.9 | 33.5 | 33.0 | 34.1 |
| ROE adjusted | 30.1 | 21.9 | 22.4 | 21.7 | 21.7 |
| ROIC adjusted | 46.6 | 30.3 | 30.4 | 28.1 | 29.1 |
| Net debt to equity | -23.0 | -20.2 | -13.6 | -16.2 | -24.5 |
| Total debt to capital | 6.2 | 6.4 | 4.0 | 3.2 | 2.5 |

For further data queries on Citi's full coverage universe please contact CIRA Data Services Americas at CIRADataServicesAmericas@citi.com or +1-212-816-5336



**Citigroup Global Markets**

CONFIDENTIAL                                                                    FSLR00098628

First Solar, Inc. (FSLR)
4 May 2011

Figure 1 summarized results and our new estimates relative to Street. This shows we are still well above Street for 2011.

## Figure 1. Summary of Estimate Changes

| | | FY 2009 | FY 2010 | Mar Q1:11 | Jun Q2:11E | Sept Q3:11E | Dec Q4:11E | FY 2011 E | FY 2012 E | FY 2013 E |
|---|---|---|---|---|---|---|---|---|---|---|
| Citi Est | Rev | 2,066 | 2,564 | 567 | 608 | 1,124 | 1,548 | 3,848 | 4,984 | 5,818 |
| | EPS | 7.37 | 7.73 | 1.33 | 0.81 | 3.36 | 4.60 | 10.12 | 12.31 | 15.13 |
| Citi Old Est | Rev | 2,066 | 2,564 | 579 | 827 | 1,051 | 1,395 | 3,852 | 5,036 | 5,977 |
| | EPS | 7.37 | 7.73 | 1.11 | 1.76 | 3.05 | 4.24 | 10.17 | 12.43 | 16.57 |
| First Call Consensus | Rev | - | 2,564 | 544 | 804 | 891 | 1,541 | 3,787 | 4,789 | 5,628 |
| | EPS | - | 7.68 | 1.16 | 2.00 | 2.11 | 4.20 | 9.52 | 10.91 | 12.21 |

Source: Citi Investment Research and Analysis, Company Reports, First Call

Figure 2 shows a summary of our model. We estimate module pricing declined ~4% Q/Q in CQ1:11 and looks set to decline another ~8% Q/Q in CQ2. We are showing module pricing INCREASES in 2H:11 as we roll in the impact of what we think are >$2.00/W module ASP embedded in Agua Caliente. This should help to offset what we think will be merchant FSLR module prices in the low $1.30's by that point.

## Figure 2. Model Summary

| | 2009 Dec | Q1:10 Mar | Q2:10 Jun | Q3:10 Sept | Q4:10 Dec | 2010 Dec | Q1:11 Mar | Q2:11 E Jun | Q3:11 E Sept | Q4:11 E Dec | 2011 E Dec | 2012 E Dec | 2013 E Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MODULES** | | | | | | | | | | | | | |
| ASP, $/W | $ 1.82 | $ 1.68 | $ 1.59 | $ 1.51 | $ 1.56 | $ 1.58 | $ 1.49 | $ 1.38 | $ 1.50 | $ 1.52 | $ 1.48 | $ 1.36 | $ 1.22 |
| % Δ | (26%) | 1% | (5%) | (5%) | 3% | (13%) | (4%) | (8%) | 9% | 1% | (6%) | (8%) | (10%) |
| Shipments, MW | 1,069 | 313 | 313 | 380 | 371 | 1,377 | 346 | 369 | 587 | 679 | 1,981 | 2,851 | 3,604 |
| % Δ | 122% | (3%) | (0%) | 21% | (2%) | 29% | (7%) | 7% | 59% | 16% | 44% | 44% | 26% |
| Revenue, $MM | $ 1,951 | $ 526 | $ 499 | $ 574 | $ 579 | $ 2,177 | $ 517 | $ 510 | $ 882 | $ 1,032 | $ 2,941 | $ 3,879 | $ 4,413 |
| Y/Y % | 64% | 27% | (4%) | 19% | 8% | 12% | (2%) | 2% | 54% | 78% | 35% | 32% | 14% |
| Total Cost, $/W | $ 0.87 | $ 0.81 | $ 0.76 | $ 0.77 | $ 0.75 | $ 0.77 | $ 0.75 | $ 0.73 | $ 0.69 | $ 0.67 | $ 0.71 | $ 0.64 | $ 0.59 |
| Y/Y % | (20%) | (13%) | (13%) | (9%) | (11%) | (11%) | (7%) | (3%) | (10%) | (11%) | (8%) | (9%) | (8%) |
| GM, % | 53% | 52% | 52% | 49% | 52% | 51% | 50% | 47% | 54% | 56% | 52% | 53% | 52% |
| **EPC** | | | | | | | | | | | | | |
| ASP, $/W | $ 2.11 | $ 1.70 | $ 1.98 | $ 2.23 | $ 1.80 | $ 2.06 | $ 15.00 | $ 2.95 | $ 1.65 | $ 1.60 | $ 1.79 | $ 1.36 | $ 1.30 |
| Y/Y % | 13% | (9%) | 10% | 26% | (16%) | (2%) | 782% | 49% | (26%) | (11%) | (13%) | (24%) | (4%) |
| MWs installed | 55 | 28 | 44 | 100 | 16 | 189 | 3 | 33 | 147 | 322 | 506 | 814 | 1,081 |
| Cumulative MWs | 82 | 110 | 154 | 254 | 270 | 270 | 273 | 307 | 453 | 776 | 776 | 1,590 | 2,671 |
| EPC Cost, $/W | $ 1.70 | $ 1.45 | $ 1.48 | $ 1.83 | $ 1.35 | $ 1.65 | $ 12.75 | $ 2.50 | $ 1.40 | $ 1.35 | $ 1.51 | $ 1.16 | $ 1.10 |
| Revenue, $MM | $ 115 | $ 48 | $ 88 | $ 223 | $ 29 | $ 388 | $ 47 | $ 98 | $ 242 | $ 516 | $ 903 | $ 1,105 | $ 1,406 |
| GM, % | 33% | 15% | 25% | 18% | 25% | 20% | 15% | 15% | 15% | 16% | 15% | 15% | 15% |
| **TOTAL FSLR** | | | | | | | | | | | | | |
| Revenue, $MM | $ 2,066 | $ 568 | $ 588 | $ 798 | $ 610 | $ 2,564 | $ 567 | $ 608 | $ 1,124 | $ 1,548 | $ 3,848 | $ 4,984 | $ 5,818 |
| GM, % | 51% | 50% | 49% | 41% | 50% | 47% | 47% | 42% | 46% | 43% | 44% | 44% | 43% |
| EPS | $ 7.37 | $ 2.00 | $ 1.84 | $ 2.04 | $ 1.80 | $ 7.73 | $ 1.33 | $ 0.81 | $ 3.36 | $ 4.60 | $ 10.12 | $ 12.31 | $ 15.13 |
| Y/Y % | 74% | 9% | (13%) | 14% | 9% | 5% | (33%) | (56%) | 65% | 156% | 31% | 22% | 23% |
| Consensus EPS | nm | nm | nm | nm | $ - | $ 7.68 | $ 1.16 | $ 2.00 | $ 2.11 | $ 4.20 | $ 9.52 | $ 10.91 | $ 12.21 |

Source: Company reports, Citi Investment Research and Analysis, First Call

A major hallmark of the Q was a significant increase in inventory. Indeed, we estimate FSLR shipped ~60MW less than it produced in the Q and the guidance for CQ2 assumes it will ship >100MW less than it will produce in CQ3. While this adds risk if the DOE loan for Agua Caliente is delayed further, this inventory build is

3

**Citigroup Global Markets**

CONFIDENTIAL

FSLR00098629

**First Solar, Inc. (FSLR)**
4 May 2011

almost wholly for this project. In addition to modules, we also think FSLR proactively procured some Tellurium supply this Q and this also resulted in some inventory build. Shipments, production and inventory are shown in Figure 3.

Figure 3. Citi Model of Production, Shipments and Inventory



Source: Company reports, Citi Investment Research and Analysis

As we showed in our preview note, we think the right way to look a this stock is in two distinct EPS streams, one that receives a multiple as it is ongoing and growing and one that does not as it is more one-time in nature.

Thus, our "alternative valuation methodology" separates FSLR earnings power into (1) core module earnings and (2) incremental cash flows from the above market module prices in the EPC business. Given the ongoing nature of core module earnings, these earnings should get a multiple (we apply FSLR's historical average of 15x) but the incremental cash flows from the EPC business are one-time in nature and thus we don't think they should receive a multiple and rather should be looked at on more of a present-value basis.

4

**Citigroup Global Markets**

CONFIDENTIAL                                                                                      **FSLR00098630**

**First Solar, Inc. (FSLR)**
4 May 2011

Figure 4. Ague Caliente ASP/w

| | | |
|---|---|---|
| Agua System ASP/w ~ | $ | 4.00 |
| | | |
| Development | $ | 0.28 |
| + BoS | $ | 1.00 |
| + NextLight Burden | $ | 0.40 |
| = Non-Module | $ | 1.68 |
| | | |
| Agua System ASP/W | $ | 4.00 |
| - Non-Module Costs | $ | 1.68 |
| = Implied Module ASP ~ | $ | 2.33 |

Source: Citi Investment Research and Analysis

In a conservative effort, we elect to value FSLR's entire EPC pipeline at an incremental ASP/w that is in line with Agua Caliente pricing which is known to be at the high end of FLSR's project pricing range.

Although FSLR & NRG haven't disclosed details about sale of Agua Caliente, FSLR has stated that total project costs are "well above $1B," and NRG has highlighted an EPC cost est. from the EIA of ~$4.80/W (AC). This cost includes development costs associated with the project as well as other technology like grid stability protection. At 290MWs (AC), this would imply a cost of ~$1.4B, which on 350MWs (DC) would come to ~$4/W. Furthermore, we triangulated a similar est. using project ROE. Assuming non-module costs of $1.68 we conclude Agua Caliente module pricing in the ~$2.00/w range. By all accounts, and FSLR admission, Agua Caliente module pricing is at the high end of project pricing. Figure 4 and Figure 5 illustrate how we back into Agua Caliente system and module ASP/w.

Figure 5. Backing Into Agua Caliente Pricing; Sensitivity of DOE Financing

| Installed ASP/W Non-DOE Project | DOE Guarantee - CoC impact | ASP premium per 100bps x CoC impact | ASP for DOE Project | | | Balance of Systems Cost | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ASP/w | $1.08 | $1.28 | $1.48 | $1.68 | $1.88 | $2.08 | $2.28 |
| $ 3.75 | 300 bps | $ 0.25 | $ 4.50 | Equity % | 35.0% | $5.71 | $4.63 | $4.43 | $4.23 | $4.03 | $3.83 | $3.63 | $3.43 |
| $ 3.50 | 300 bps | $ 0.25 | $ 4.25 | of Total | 40.0% | $5.00 | $3.92 | $3.72 | $3.52 | $3.32 | $3.12 | $2.92 | $2.72 |
| $ 3.25 | 300 bps | $ 0.25 | $ 4.00 | Capital | 45.0% | $4.44 | $3.36 | $3.16 | $2.96 | $2.76 | $2.56 | $2.36 | $2.16 |
| $ 3.00 | 300 bps | $ 0.25 | $ 3.75 | Cost | 50.0% | $4.00 | $2.92 | $2.72 | $2.52 | $2.32 | $2.12 | $1.92 | $1.72 |
| $ 2.75 | 300 bps | $ 0.25 | $ 3.50 | | 55.0% | $3.64 | $2.56 | $2.36 | $2.16 | $1.96 | $1.76 | $1.56 | $1.36 |
| $ 2.50 | 300 bps | $ 0.25 | $ 3.25 | | 60.0% | $3.33 | $2.25 | $2.05 | $1.85 | $1.65 | $1.45 | $1.25 | $1.05 |
| | | | | | 65.0% | $3.08 | $2.00 | $1.80 | $1.60 | $1.40 | $1.20 | $1.00 | $0.80 |

Source: Citi Investment Research and Analysis, Company Reports

Now that we have established a framework to value the EPC business, and quantified incremental EPC ASP/w, we arrive at an EPC value per share of ~$15.50. This is selling every MW in the pipeline through at an incremental ~$1/W above merchant market pricing. This is clearly aggressive as we have chosen the best priced deal in the pipeline and extrapolated this across the entire business. We again note that this methodology does not account for goodwill associated with pipeline acquisitions from Turner Renewable Energy, OptiSolar, and NextLight Renewable Power. The inclusion on these costs would result in a lower EPC value than presented here.

The next question is, "what is the earnings power of the core module business?" If we assume the full ~2.9GW of production in FY:12 (this is slightly above FSLR's implied guidance based on presentations) is sold into the merchant market at an ASP/w of $1.20 and a cost/w of $0.65 we arrive at FY:12 gross profit of $1.6B. From here we maintain our conservative assumptions by applying a reduced "core" OPEX cost assumption of 12% of revenue and a US tax rate of 35% to arrive at ~$8.71 in "core" EPS. If we discount this back ~1yr, we get ~$8/share. Finally, we apply FSLR's historical average 15x earnings multiple to module earnings for a module business value of ~$120 and add to this EPC value of ~$15 to arrive at a theoretical value of ~$135. Figure 6 illustrates our "alternative valuation" methodology.

**Citigroup Global Markets**

CONFIDENTIAL

FSLR00098631

**First Solar, Inc. (FSLR)**
4 May 2011

Figure 6. Alternative Way to View FSLR

| Module Value 2011 | | Module Value 2012 | | EPC Value | | FSLR Value | |
|---|---|---|---|---|---|---|---|
| Production 2011 | 2,000 MW | Production 2012 | 2,900 MW | EPC Pipeline | 2,100 MW | Core 2012 Module EPS² $ | 7.92 |
| x ASP/w | 1.38 | x ASP/w | 1.20 | x Incremental $/ w | 1.00 | x Multiple³ | 15x |
| = Module Rev. | $ 2,750 | = Module Rev. | $ 3,480 | = Module Rev. | $ 2,100 | = Module Value | $ 118.81 |
| - Cost/w | 0.70 | - Cost/w | 0.65 | - Cost/w | - | + EPC Value | 15.54 |
| = Gross Profit | 1,350 | = Gross Profit | 1,595 | = Gross Profit | 2,100 | = FSLR Price Per Share | $ 133.81 |
| - Core OPEX¹ | 330 | - Core OPEX¹ | 418 | - OPEX | - | | |
| = Pre Tax | 1,020 | = Pre Tax | 1,177 | = Pre Tax | 2,100 | | |
| - Tax | 35% | - Tax | 35% | - Tax | 35% | | |
| = Net Income | 663 | = Net Income | 765 | = Net Income | 1,365 | | |
| ÷ SHO | 88 | ÷ SHO | 88 | ÷ SHO | 88 | S&P | 14x |
| = Module EPS | $ 7.55 | = Module EPS | $ 8.71 | = EPC Value per Share $ | 15.54 | Solar Ave. | 7x |

¹ assume core OPEX of 12%
² discounted back at 10%
³ FSLR 12 month historical average

Source: Citi Investment Research and Analysis, Company Reports

**Citigroup Global Markets**

CONFIDENTIAL

FSLR00098632

**First Solar, Inc. (FSLR)**
4 May 2011

# First Solar, Inc.

## Company description

First Solar, Inc. is a leading manufacturer of solar modules based on thin film technology. By leveraging a proprietary process centered on the semiconductor material cadmium telluride, the company has been able to achieve a significant manufacturing cost advantage relative to its silicon-based peers in the solar photovoltaic market. Headquartered in AZ, the company boasts a global manufacturing base with sites in North America, Europe, and Asia. First Solar's copy-exact manufacturing strategy, combined with its minimal need for polysilicon, continues to drive rapid capacity expansion that has fueled better growth than many of its solar PV peers.

## Investment strategy

We rate shares of FSLR Hold, Speculative (2S). By leveraging a proprietary thin-film manufacturing process, FSLR has quickly become the pre-eminent name in solar due to its industry-leading cost structure. At a current cost per watt below ~$1/W, FSLR's technology – based on CdTe – has provided it a low-cost advantage versus x-Si peers that we estimate has historically provided it a 2-3 year lead in the solar industry's race to grid parity. Moreover, we believe FSLR's revenue pipeline is one of the industry's most defensive over the next few years and provides strong revenue visibility out into 2012. That being said, we think FSLR will face increasing pricing pressure as x-Si module suppliers offload excess inventory and gain access to lower-cost silicon in '09/'10 and this should drive meaningful margin compression for FSLR that we believe has yet to be sufficiently appreciated by the market. As such, while we love the fundamental story here and truly see FSLR as a long-term winner in this space, risk/reward on the stock looks more balanced at these levels given the risk to margins and we maintain our Hold rating.

## Valuation

We rate FSLR Hold, Speculative (2S) with a $150 target. Given our view that the solar industry is entering into a sustainable period of secular growth and business models across the space have begun to exhibit some earnings stabilization leverage, we choose to apply an earnings-based methodology in valuing the group

Consistent with our investment framework, we believe that there will be increasing differentiation in valuation among solar stocks with some growing earnings much faster than the broader S&P 500 once pricing stabilizes in 2012-2013 timeframe. At the same time, given that EPS is mired in a multi-year flattening as volume growth is largely offset by pricing pressure, we prefer to use an EPS that starts to take into account the more sustained growth we see in 2012 and beyond. We have thus chose to use ~15x applied to a ~$11.00 annual GAAP EPS, which is the average of our GAAP EPS estimates from 2011-2012, discounted back 1 year at ~10%. We believe a simple EPS estimate on 2011 would miss the market as it should be followed by a much better year and we would like to reflect this in our valuation.

## Risks

We rate FSLR Speculative Risk primarily due to high earnings and stock price volatility.

Additional risk factors include: 1) FSLR is a relatively young company competing in an emerging industry where key factors such as business models, the overall supply chain, and supply/demand fundamentals are still evolving, 2) Raw material

**Citigroup Global Markets**

CONFIDENTIAL

FSLR00098633

**First Solar, Inc. (FSLR)**
4 May 2011

shortages in key manufacturing inputs such as tellurium (Te) could limit FSLR's ability to expand capacity and/or add pressure to margins as prices increase, 3) FSLR's business model is relatively capital-intensive and could limit the company's ability to generate positive cash flows while also driving increased need to raise additional capital, potentially via dilutive equity/debt offerings, 4) FSLR's sales are concentrated among a handful of large customers. Moreover, nearly 80-90% of its sales are from Europe (primarily Germany) and any material weakening of the Euro relative to USD could impact its results. 5) Demand for solar photovoltaic technology has been largely driven by a favorable regulatory environment in key countries like Germany and Spain. Any material reductions in these financial incentive programs could crimp demand for solar PV, 6) Solar stocks have historically exhibited a strong positive correlation with oil prices. This suggests any downward correction in oil prices could pressure solar stocks, in general.

On the other hand, if FSLR pulls forward some of its large-project business and/or is awarded additional utility-scale deals ahead of expectations, the stock is likely to outperform our price target.

If the impact on the company from any of these factors proves to be greater/lesser than we anticipate, the stock will likely have difficulty achieving/or may exceed our target price.

# Appendix A-1

## Analyst Certification

The research analyst(s) primarily responsible for the preparation and content of this research report are named in bold text in the author block at the front of the product except for those sections where an analyst's name appears in bold alongside content which is attributable to that analyst. Each of these analyst(s) certify, with respect to the section(s) of the report for which they are responsible, that the views expressed therein accurately reflect their personal views about each issuer and security referenced and were prepared in an independent manner, including with respect to Citigroup Global Markets Inc and its affiliates. No part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendation(s) or view(s) expressed by that research analyst in this report.

## IMPORTANT DISCLOSURES

**First Solar, Inc. (FSLR)**

**Ratings and Target Price History**
**Fundamental Research**

Analyst: Timothy M Arcuri
Covered since May 9 2008



| | Date | Rating | Target Price | Closing Price |
|---|---|---|---|---|
| 1 | 8-May-08 | *1S | *450.00 | 284.50 |
| 2 | 27-Oct-08 | 1S | *205.00 | 114.09 |
| 3 | 12-Jan-09 | *2S | *170.00 | 141.10 |
| 4 | 25-Feb-09 | 2S | *160.00 | 105.00 |

| | Date | Rating | Target Price | Closing Price |
|---|---|---|---|---|
| 5 | 3-Mar-09 | 2S | *130.00 | 113.25 |
| 6 | 22-Apr-09 | 2S | *150.00 | 143.50 |
| 7 | 28-Oct-09 | 2S | *140.00 | 126.47 |
| 8 | 13-Dec-09 | 2S | *135.00 | 133.10 |

| | Date | Rating | Target Price | Closing Price |
|---|---|---|---|---|
| 9 | 7-Jun-10 | 2S | *125.00 | 104.38 |
| 10 | 17-Jun-10 | 2S | *140.00 | 123.68 |
| 11 | 7-Oct-10 | 2S | *145.00 | 137.62 |
| 12 | 29-Oct-10 | 2S | *150.00 | 137.68 |

* Indicates change

Rating/target price changes above reflect Eastern Standard Time

**Citigroup Global Markets**

CONFIDENTIAL    FSLR00098634

First Solar, Inc. (FSLR)
4 May 2011

**First Solar, Inc. (FSLR)**
**Ratings and Target Price History**
**Best Ideas Research**
**Relative Call (3 Month)**

Analyst: Timothy M Arcuri
Covered since May 9 2008



* Indicates change

Rating/target price changes above reflect Eastern Standard Time

---

Citigroup Global Markets Inc. or an affiliate received compensation for products and services other than investment banking services from First Solar, Inc. in the past 12 months.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following as clients, and the services provided were non-investment-banking, securities-related: First Solar, Inc..

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following as clients, and the services provided were non-investment-banking, non-securities-related: First Solar, Inc..

Analysts' compensation is determined based upon activities and services intended to benefit the investor clients of Citigroup Global Markets Inc. and its affiliates ("the Firm"). Like all Firm employees, analysts receive compensation that is impacted by overall firm profitability which includes investment banking revenues.

The Firm is a market maker in the publicly traded equity securities of First Solar, Inc..

For important disclosures (including copies of historical disclosures) regarding the companies that are the subject of this Citi Investment Research & Analysis product ("the Product"), please contact Citi Investment Research & Analysis, 388 Greenwich Street, 28th Floor, New York, NY, 10013, Attention: Legal/Compliance. In addition, the same important disclosures, with the exception of the Valuation and Risk assessments and historical disclosures, are contained on the Firm's disclosure website at www.citigroupgeo.com.   Valuation and Risk assessments can be found in the text of the most recent research note/report regarding the subject company. Historical disclosures (for up to the past three years) will be provided upon request.

**Citi Investment Research & Analysis Ratings Distribution**

| | 12 Month Rating | | | Relative Rating | | |
|---|---|---|---|---|---|---|
| Data current as of 31 Mar 2011 | Buy | Hold | Sell | Buy | Hold | Sell |
| Citi Investment Research & Analysis Global Fundamental Coverage | 52% | 37% | 11% | 9% | 82% | 9% |
| % of companies in each rating category that are investment banking clients | 43% | 41% | 41% | 51% | 41% | 45% |

Guide to Citi Investment Research & Analysis (CIRA) Fundamental Research Investment Ratings:

CIRA's stock recommendations include a risk rating and an investment rating.

**Risk ratings**, which take into account both price volatility and fundamental criteria, are: Low (L), Medium (M), High (H), and Speculative (S).

**Investment ratings** are a function of CIRA's expectation of total return (forecast price appreciation and dividend yield within the next 12 months) and risk rating.

Analysts may place covered stocks "Under Review" in response to exceptional circumstances (e.g. lack of information critical to the analyst's thesis) affecting the company and/or trading in the company's securities (e.g. trading suspension). Stocks placed "Under Review" will be monitored daily by management. As soon as practically possible, the analyst will publish a note re-establishing a rating and investment thesis.

To satisfy regulatory requirements, we correspond Under Review to Hold in our ratings distribution table for our 12-month fundamental rating system. However, we reiterate that we do not consider Under Review to be a recommendation.

**Relative three-month ratings:** CIRA may also assign a three-month relative call (or rating) to a stock to highlight expected out-performance (most preferred) or under-performance (least preferred) versus the analyst's coverage universe over a 3 month period. The relative call may highlight a specific near-term catalyst or event impacting the company or the market that is anticipated to have a short-term price impact on the equity securities of the company. Absent any specific catalyst the analyst(s) will indicate the most and least preferred stocks in his coverage universe, explaining the basis for this short-term view. This three-month view may be different from and does not affect a stock's fundamental equity rating, which reflects a longer-term total absolute return expectation. For purposes of NASD/NYSE ratings-distribution-disclosure rules, most preferred calls correspond to a buy recommendation and least preferred calls correspond to a sell recommendation. Any stock not assigned to a most preferred or least preferred call is considered non-relative-rated (NRR). For purposes of NASD/NYSE ratings-distribution-disclosure rules we correspond NRR to Hold in our ratings distribution table for our 3-month relative rating system. However, we reiterate that we do not consider NRR to be a recommendation.

For securities in developed markets (US, UK, Europe, Japan, and Australia/New Zealand), investment ratings are:Buy (1) (expected total return of 10% or more for Low-Risk stocks, 15% or more for Medium-Risk stocks, 20% or more for High-Risk stocks, and 35% or more for Speculative stocks); Hold (2) (0%-10% for Low-Risk stocks, 0%-15% for Medium-Risk stocks, 0%-20% for High-Risk stocks, and 0%-35% for Speculative stocks); and Sell (3) (negative total return).

9

**Citigroup Global Markets**

CONFIDENTIAL

FSLR00098635

**First Solar, Inc. (FSLR)**
4 May 2011

Investment ratings are determined by the ranges described above at the time of initiation of coverage, a change in investment and/or risk rating, or a change in target price (subject to limited management discretion). At other times, the expected total returns may fall outside of these ranges because of market price movements and/or other short-term volatility or trading patterns. Such interim deviations from specified ranges will be permitted but will become subject to review by Research Management. Your decision to buy or sell a security should be based upon your personal investment objectives and should be made only after evaluating the stock's expected performance and risk.

**NON-US RESEARCH ANALYST DISCLOSURES**

Non-US research analysts who have prepared this report (i.e., all research analysts listed below other than those identified as employed by Citigroup Global Markets Inc.) are not registered/qualified as research analysts with FINRA. Such research analysts may not be associated persons of the member organization and therefore may not be subject to the NYSE Rule 472 and NASD Rule 2711 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account. The legal entities employing the authors of this report are listed below:

Citigroup Global Markets Inc                          Timothy M Arcuri; Richard Rambaldo; Seth Tennant

## OTHER DISCLOSURES

The subject company's share price set out on the front page of this Product is quoted as at 03 May 2011 12:00 AM on the issuer's primary market.

Citigroup Global Markets Inc. and/or its affiliates has a significant financial interest in relation to First Solar, Inc.. (For an explanation of the determination of significant financial interest, please refer to the policy for managing conflicts of interest which can be found at www.citigroupgeo.com.)

For securities recommended in the Product in which the Firm is not a market maker, the Firm is a liquidity provider in the issuers' financial instruments and may act as principal in connection with such transactions. The Firm is a regular issuer of traded financial instruments linked to securities that may have been recommended in the Product. The Firm regularly trades in the securities of the issuer(s) discussed in the Product. The Firm may engage in securities transactions in a manner inconsistent with the Product and, with respect to securities covered by the Product, will buy or sell from customers on a principal basis.

Securities recommended, offered, or sold by the Firm: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Although information has been obtained from and is based upon sources that the Firm believes to be reliable, we do not guarantee its accuracy and it may be incomplete and condensed. Note, however, that the Firm has taken all reasonable steps to determine the accuracy and completeness of the disclosures made in the Important Disclosures section of the Product. The Firm's research department has received assistance from the subject company(ies) referred to in this Product including, but not limited to, discussions with management of the subject company(ies). Firm policy prohibits research analysts from sending draft research to subject companies. However, it should be presumed that the author of the Product has had discussions with the subject company to ensure factual accuracy prior to publication. All opinions, projections and estimates constitute the judgment of the author as of the date of the Product and these, plus any other information contained in the Product, are subject to change without notice. Prices and availability of financial instruments also are subject to change without notice. Notwithstanding other departments within the Firm advising the companies discussed in this Product, information obtained in such role is not used in the preparation of the Product. Although Citi Investment Research & Analysis (CIRA) does not set a predetermined frequency for publication, if the Product is a fundamental research report, it is the intention of CIRA to provide research coverage of the/those issuer(s) mentioned therein, including in response to news affecting this issuer, subject to applicable quiet periods and capacity constraints. The Product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Any decision to purchase securities mentioned in the Product must take into account existing public information on such security or any registered prospectus.

Investing in non-U.S. securities, including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Net dividends to ADR investors are estimated, using withholding tax rates conventions, deemed accurate, but investors are urged to consult their tax advisor for exact dividend computations. Investors who have received the Product from the Firm may be prohibited in certain states or other jurisdictions from purchasing securities mentioned in the Product from the Firm. Please ask your Financial Consultant for additional details. Citigroup Global Markets Inc. takes responsibility for the Product in the United States. Any orders by US investors resulting from the information contained in the Product may be placed only through Citigroup Global Markets Inc.

**Important Disclosures for Morgan Stanley Smith Barney LLC Customers:** Morgan Stanley & Co. Incorporated (Morgan Stanley) research reports may be available about the companies that are the subject of this Citi Investment Research & Analysis (CIRA) research report. Ask your Financial Advisor or use smithbarney.com to view any available Morgan Stanley research reports in addition to CIRA research reports.

Important disclosure regarding the relationship between the companies that are the subject of this CIRA research report and Morgan Stanley Smith Barney LLC and its affiliates are available at the Morgan Stanley Smith Barney disclosure website at www.morganstanleysmithbarney.com/researchdisclosures.

The required disclosures provided by Morgan Stanley and Citigroup Global Markets, Inc. on Morgan Stanley and CIRA research relate in part to the separate businesses of Citigroup Global Markets, Inc. and Morgan Stanley that now form Morgan Stanley Smith Barney LLC, rather than to Morgan Stanley Smith Barney LLC in its entirety. For Morgan Stanley and Citigroup Global Markets, Inc. specific disclosures, you may refer to www.morganstanley.com/researchdisclosures and https://www.citigroupgeo.com/geopublic/Disclosures/index_a.html.

This CIRA research report has been reviewed and approved on behalf of Morgan Stanley Smith Barney LLC. This review and approval was conducted by the same person who reviewed this research report on behalf of CIRA. This could create a conflict of interest.

The Citigroup legal entity that takes responsibility for the production of the Product is the legal entity which the first named author is employed by. The Product is made available in Australia through Citigroup Global Markets Australia Pty Ltd. (ABN 64 003 114 832 and AFSL No. 240992), participant of the ASX Group and regulated by the Australian Securities & Investments Commission. Citigroup Centre, 2 Park Street, Sydney, NSW 2000. The Product is made available in Australia to Private Banking wholesale clients through Citigroup Pty Limited (ABN 88 004 325 080 and AFSL 238098). Citigroup Pty

**Citigroup Global Markets**

CONFIDENTIAL                                                                                              FSLR00098636

**First Solar, Inc. (FSLR)**
4 May 2011

Limited provides all financial product advice to Australian Private Banking wholesale clients through bankers and relationship managers. If there is any doubt about the suitability of investments held in Citigroup Private Bank accounts, investors should contact the Citigroup Private Bank in Australia. Citigroup companies may compensate affiliates and their representatives for providing products and services to clients. The Product is made available in Brazil by Citigroup Global Markets Brasil - CCTVM SA, which is regulated by CVM - Comissão de Valores Mobiliários, BACEN - Brazilian Central Bank, APIMEC - Associação dos Analistas e Profissionais de Investimento do Mercado de Capitais and ANBID - Associação Nacional dos Bancos de Investimento. Av. Paulista, 1111 - 11º andar - CEP. 01311920 - São Paulo - SP. If the Product is being made available in certain provinces of Canada by Citigroup Global Markets (Canada) Inc. ("CGM Canada"), CGM Canada has approved the Product. Citigroup Place, 123 Front Street West, Suite 1100, Toronto, Ontario M5J 2M3. This product is available in Chile through Banchile Corredores de Bolsa S.A., an indirect subsidiary of Citigroup Inc., which is regulated by the Superintendencia de Valores y Seguros. Agustinas 975, piso 2, Santiago, Chile. The Product is made available in France by Citigroup Global Markets Limited, which is authorised and regulated by Financial Services Authority. 1-5 Rue Paul Cézanne, 8ème, Paris, France. If the Product is made available in Hong Kong by, or on behalf of, Citigroup Global Markets Asia Ltd., it is attributable to Citigroup Global Markets Asia Ltd., Citibank Tower, Citibank Plaza, 3 Garden Road, Hong Kong. Citigroup Global Markets Asia Ltd. is regulated by Hong Kong Securities and Futures Commission. If the Product is made available in Hong Kong by The Citigroup Private Bank to its clients, it is attributable to Citibank N.A., Citibank Tower, Citibank Plaza, 3 Garden Road, Hong Kong. The Citigroup Private Bank and Citibank N.A. is regulated by the Hong Kong Monetary Authority. The Product is made available in India by Citigroup Global Markets India Private Limited, which is regulated by Securities and Exchange Board of India. Bakhtawar, Nariman Point, Mumbai 400-021. The Product is made available in Indonesia through PT Citigroup Securities Indonesia. 5/F, Citibank Tower, Bapindo Plaza, Jl. Jend. Sudirman Kav. 54-55, Jakarta 12190. Neither this Product nor any copy hereof may be distributed in Indonesia or to any Indonesian citizens wherever they are domiciled or to Indonesian residents except in compliance with applicable capital market laws and regulations. This Product is not an offer of securities in Indonesia. The securities referred to in this Product have not been registered with the Capital Market and Financial Institutions Supervisory Agency (BAPEPAM-LK) pursuant to relevant capital market laws and regulations, and may not be offered or sold within the territory of the Republic of Indonesia or to Indonesian citizens through a public offering or in circumstances which constitute an offer within the meaning of the Indonesian capital market laws and regulations. The Product is made available in Israel through Citibank NA, regulated by the Bank of Israel and the Israeli Securities Authority. Citibank, N.A. Platinum Building, 21 Ha'arba'ah St, Tel Aviv, Israel. The Product is made available in Italy by Citigroup Global Markets Limited, which is authorised and regulated by Financial Services Authority. Foro Buonaparte 16, Milan, 20121, Italy. The Product is made available in Japan by Citigroup Global Markets Japan Inc. ("CGMJ"), which is regulated by Financial Services Agency, Securities and Exchange Surveillance Commission, Japan Securities Dealers Association, Tokyo Stock Exchange and Osaka Securities Exchange. Shin-Marunouchi Building, 1-5-1 Marunouchi, Chiyoda-ku, Tokyo 100-6520 Japan. If the Product was distributed by Nikko Cordial Securities Inc. it is being so distributed under license. In the event that an error is found in an CGMJ research report, a revised version will be posted on the Firm's Global Equities Online (GEO) website. If you have questions regarding GEO, please call (81 3) 6270-3019 for help. The Product is made available in Korea by Citigroup Global Markets Korea Securities Ltd., which is regulated by the Financial Services Commission, the Financial Supervisory Service and the Korea Financial Investment Association (KOFIA). Citibank Building, 39 Da-dong, Jung-gu, Seoul 110-180, Korea. KOFIA makes available registration information of research analysts on its website. Please visit the following website if you wish to find KOFIA registration information on research analysts of Citigroup Global Markets Korea Securities Ltd. http://dis.kofia.or.kr/fs/dis2/fundMgr/DISFundMgrAnalystPop.jsp?companyCd2=A03030&pageDiv=02. The Product is made available in Malaysia by Citigroup Global Markets Malaysia Sdn Bhd, which is regulated by Malaysia Securities Commission. Menara Citibank, 165 Jalan Ampang, Kuala Lumpur, 50450. The Product is made available in Mexico by Acciones y Valores Banamex, S.A. De C. V., Casa de Bolsa, Integrante del Grupo Financiero Banamex ("Accival") which is a wholly owned subsidiary of Citigroup Inc. and is regulated by Comision Nacional Bancaria y de Valores. Reforma 398, Col. Juarez, 06600 Mexico, D.F. In New Zealand the Product is made available through Citigroup Global Markets New Zealand Ltd. (Company Number 604457), a Participant of the New Zealand Exchange Limited and regulated by the New Zealand Securities Commission. Level 19, Mobile on the Park, 157 Lambton Quay, Wellington. The Product is made available in Pakistan by Citibank N.A. Pakistan branch, which is regulated by the State Bank of Pakistan and Securities Exchange Commission, Pakistan. AWT Plaza, 1.1. Chundrigar Road, P.O. Box 4889, Karachi-74200. The Product is made available in the Philippines through Citicorp Financial Services and Insurance Brokerage Philippines, Inc., which is regulated by the Philippines Securities and Exchange Commission. 20th Floor Citibank Square Bldg. The Product is made available in Poland by Dom Maklerski Banku Handlowego SA an indirect subsidiary of Citigroup Inc., which is regulated by Komisja Nadzoru Finansowego. Dom Maklerski Banku Handlowego S.A. ul. Senatorska 16, 00-923 Warszawa. The Product is made available in the Russian Federation through ZAO Citibank, which is licensed to carry out banking activities in the Russian Federation in accordance with the general banking license issued by the Central Bank of the Russian Federation and brokerage activities in accordance with the license issued by the Federal Service for Financial Markets. Neither the Product nor any information contained in the Product shall be considered as advertising the securities mentioned in this report within the territory of the Russian Federation or outside the Russian Federation. The Product does not constitute an appraisal within the meaning of the Federal Law of the Russian Federation of 29 July 1998 No. 135-FZ (as amended) On Appraisal Activities in the Russian Federation. 8-10 Gasheka Street, 125047 Moscow. The Product is made available in Singapore through Citigroup Global Markets Singapore Pte. Ltd., a Capital Markets Services Licence holder, and regulated by Monetary Authority of Singapore. 1 Temasek Avenue, #39-02 Millenia Tower, Singapore 039192. The Product is made available by The Citigroup Private Bank in Singapore through Citibank, N.A., Singapore branch, a licensed bank in Singapore that is regulated by Monetary Authority of Singapore. This report is distributed in Singapore by Citibank Singapore Ltd ("CSL") to selected Citigold/Citigold Private Clients. CSL provides no independent research or analysis of the substance or in preparation of this report. Please contact your Citigold//Citigold Private Client Relationship Manager in CSL if you have any queries on or any matters arising from or in connection with this report. Citigroup Global Markets (Pty) Ltd. is incorporated in the Republic of South Africa (company registration number 2000/025866/07) and its registered office is at 145 West Street, Sandton, 2196, Saxonwold. Citigroup Global Markets (Pty) Ltd. is regulated by JSE Securities Exchange South Africa, South African Reserve Bank and the Financial Services Board. The investments and services contained herein are not available to private customers in South Africa. The Product is made available in Spain by Citigroup Global Markets Limited, which is authorised and regulated by Financial Services Authority. 29 Jose Ortega Y Gassef, 4th Floor, Madrid, 28006, Spain. The Product is made available in Taiwan through Citigroup Global Markets Taiwan Securities Company Ltd., which is regulated by Securities & Futures Bureau. No portion of the report may be reproduced or quoted in Taiwan by the press or any other person. 14 and 15F, No. 1, Songzhi Road, Taipei 110, Taiwan. If the Product is related to non-Taiwan listed securities, neither the Product nor any information contained in the Product shall be considered as advertising the securities or making recommendation of the securities. The Product is made available in Thailand through Citicorp Securities (Thailand) Ltd., which is regulated by the Securities and Exchange Commission of Thailand. 18/F, 22/F and 29/F, 82 North Sathorn Road, Silom, Bangrak, Bangkok 10500, Thailand. The Product is made available in Turkey through Citibank AS which is regulated by Capital Markets Board. Tekfen Tower, Eski

**Citigroup Global Markets**

CONFIDENTIAL                                                                    FSLR00098637

**First Solar, Inc. (FSLR)**
4 May 2011

Buyukdere Caddesi # 209 Kat 2B, 23294 Levent, Istanbul, Turkey. In the U.A.E, these materials (the "Materials") are communicated by Citigroup Global Markets Limited, DIFC branch ("CGML"), an entity registered in the Dubai International Financial Center ("DIFC") and licensed and regulated by the Dubai Financial Services Authority ("DFSA" to Professional Clients and Market Counterparties only and should not be relied upon or distributed to Retail Clients. A distribution of the different CIRA ratings distribution, in percentage terms for Investments in each sector covered is made available on request. Financial products and/or services to which the Materials relate will only be made available to Professional Clients and Market Counterparties. The Product is made available in United Kingdom by Citigroup Global Markets Limited, which is authorised and regulated by Financial Services Authority. This material may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the FSA and further details as to where this may be the case are available upon request in respect of this material. Citigroup Centre, Canada Square, Canary Wharf, London, E14 5LB. The Product is made available in United States by Citigroup Global Markets Inc, which is a member of FINRA and registered with the US Securities and Exchange Commission. 388 Greenwich Street, New York, NY 10013. Unless specified to the contrary, within EU Member States, the Product is made available by Citigroup Global Markets Limited, which is regulated by Financial Services Authority.

Pursuant to Comissão de Valores Mobiliários Rule 483, Citi is required to disclose whether a Citi related company or business has a commercial relationship with the subject company. Considering that Citi operates multiple businesses in more than 100 countries around the world, it is likely that Citi has a commercial relationship with the subject company.

Many European regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of investment research. The policy applicable to CIRA's Products can be found at www.citigroupgeo.com.

Compensation of equity research analysts is determined by equity research management and Citigroup's senior management and is not linked to specific transactions or recommendations.

The Product may have been distributed simultaneously, in multiple formats, to the Firm's worldwide institutional and retail customers. The Product is not to be construed as providing investment services in any jurisdiction where the provision of such services would not be permitted.

Subject to the nature and contents of the Product, the investments described therein are subject to fluctuations in price and/or value and investors may get back less than originally invested. Certain high-volatility investments can be subject to sudden and large falls in value that could equal or exceed the amount invested. Certain investments contained in the Product may have tax implications for private customers whereby levels and basis of taxation may be subject to change. If in doubt, investors should seek advice from a tax adviser. The Product does not purport to identify the nature of the specific market or other risks associated with a particular transaction. Advice in the Product is general and should not be construed as personal advice given it has been prepared without taking account of the objectives, financial situation or needs of any particular investor. Accordingly, investors should, before acting on the advice, consider the appropriateness of the advice, having regard to their objectives, financial situation and needs. Prior to acquiring any financial product, it is the client's responsibility to obtain the relevant offer document for the product and consider it before making a decision as to whether to purchase the product. CIRA concurrently disseminates its research via proprietary and non-proprietary electronic distribution platforms. Periodically, individual analysts may also opt to circulate research to one or more clients by email. Such email distribution is discretionary and is done only after the research has been disseminated via the aforementioned distribution channels.

© 2011 Citigroup Global Markets Inc. Citi Investment Research & Analysis is a division of Citigroup Global Markets Inc. Citi and Citi with Arc Design are trademarks and service marks of Citigroup Inc. and its affiliates and are used and registered throughout the world. All rights reserved. Any unauthorized use, duplication, redistribution or disclosure of this report (the "Product"), including, but not limited to, redistribution of the Product by electronic mail, posting of the Product on a website or page, and/or providing to a third party a link to the Product, is prohibited by law and will result in prosecution. The information contained in the Product is intended solely for the recipient and may not be further distributed by the recipient to any third party. Where included in this report, MSCI sourced information is the exclusive property of Morgan Stanley Capital International Inc. (MSCI). Without prior written permission of MSCI, this information and any other MSCI intellectual property may not be reproduced, redisseminated or used to create any financial products, including any indices. This information is provided on an "as is" basis. The user assumes the entire risk of any use made of this information. MSCI, its affiliates and any third party involved in, or related to, computing or compiling the information hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any of this information. Without limiting any of the foregoing, in no event shall MSCI, any of its affiliates or any third party involved in, or related to, computing or compiling the information have any liability for any damages of any kind. MSCI, Morgan Stanley Capital International and the MSCI indexes are services marks of MSCI and its affiliates. The Firm accepts no liability whatsoever for the actions of third parties. The Product may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the Product refers to website material of the Firm, the Firm has not reviewed the linked site. Equally, except to the extent to which the Product refers to website material of the Firm, the Firm takes no responsibility for, and makes no representations or warranties whatsoever as to, the data and information contained therein. Such address or hyperlink (including addresses or hyperlinks to website material of the Firm) is provided solely for your convenience and information and the content of the linked site does not in anyway form part of this document. Accessing such website or following such link through the Product or the website of the Firm shall be at your own risk and the Firm shall have no liability arising out of, or in connection with, any such referenced website.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST

**Citigroup Global Markets**

CONFIDENTIAL

FSLR00098638

# EXHIBIT 42

 **CREDIT SUISSE**

04 May 2011
Americas/United States
**Equity Research**
Solar Energy



| Rating | **NEUTRAL\* [V]** |
|---|---|
| Price (03 May 11, US$) | 134.66 |
| Target price (US$) | (from 137.00) 115.00[1] |
| 52-week price range | 170.80 - 103.07 |
| Market cap. (US$ m) | 11,591.71 |
| Enterprise value (US$ m) | 11,042.34 |

*Stock ratings are relative to the relevant country benchmark.*
[1]*Target price is for 12 months.*
*[V] = Stock considered volatile (see Disclosure Appendix).*

**Research Analysts**

**Satya Kumar**
415 249 7928
satya.kumar@credit-suisse.com

**Brandon Heiken**
415 249 7930
brandon.heiken@credit-suisse.com

# First Solar (FSLR)

EARNINGS

## Back to basics: Supply, demand, inventory & pricing; Italy policy – deja vu ITC'08?

**Bottom line.** FSLR reiterated its CY11 EPS guidance to $9.25-$9.75, but used up some Euro cushion and more system pipeline to offset channel weakness. We were expecting the company to raise mid-point to $9.75 – while our pricing assumptions were reasonable for the year (see below), we did not anticipate the financing delay for Agua Caliente. Company did not increase its contracted backlog of system projects. Balance sheet metrics (receivables, inventories, cash) weakened, albeit largely due to seasonality. Our view has been that the stock is not interesting until it is closer to $100-$125 range, and our new $115 price target reflects this view. But we note the stock was trading below the high end of this estimate in after hours. Our stock views are relative to this valuation range as well as relative to our view on when pricing will trough for c-Si panels.

**Valuation.** We are lowering our PT to $115, reflecting revised sum of the part (SOTP) assumptions which has been our preferred way to value FSLR since we first introduced it in Dec'10. We have revamped our bottom up assumptions on systems, cost and ASP and have included several charts in the note. New valuation assumes: (i) $90 for panel business at ~20x CY12 "panel only" EPS of $4.5 (a generous multiple, but note we are assuming $1/watt ASP in CY12; see the argument below on how low panel prices could go); (ii) System DCF valuation of $11/share; (iii) Management premium & net cash an additional ~$14. For the full year 2011, we are revising our rev/EPS from $3.8bb/$9.55 to $3.7bb/$9.51. For 2012, we are now modeling rev/EPS of $5.2bb/$10.46 vs prior model at $5.4bb/$10.62.

**What now, after Italy?** Yesterday, Reuters cited draft versions of the near-final new policy in Italy. It appears that: (i) <1MW roof top systems will not be capped; (ii) Connection deadline extended to Aug 31 for large systems.

### Share price performance



Daily May 04, 2010 - May 03, 2011, 5/04/10 = US$139.73

On 05/03/11 the S&P 500 index closed at 1356.62

| Quarterly EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2010A | 2.00 | 2.11 | 2.04 | 1.80 |
| 2011E | 1.33 | 0.87 | 3.12 | 4.18 |
| 2012E | 2.70 | 2.81 | 2.65 | 2.31 |

### Financial and valuation metrics

| Year | 12/10A | 12/11E | 12/12E | 12/13E |
|---|---|---|---|---|
| EPS (CS adj.) (US$) | 7.95 | 9.51 | 10.46 | — |
| Prev. EPS (US$) | — | 9.55 | 10.62 | — |
| P/E (x) | 16.9 | 14.2 | 12.9 | — |
| P/E rel. (%) | 107.6 | 103.1 | 106.1 | — |
| Revenue (US$ m) | 2,563.5 | 3,705.2 | 5,229.2 | — |
| EBITDA (US$ m) | 928.4 | 1,237.9 | 1,586.3 | — |
| OCFPS (US$) | 6.65 | -3.45 | 15.87 | — |
| P/OCF (x) | 19.6 | -39.1 | 8.5 | — |
| EV/EBITDA (current) | 11.5 | 8.9 | 6.3 | — |
| Net debt (US$ m) | -890 | -549 | -1,629 | — |
| ROIC (%) | 26.34 | 17.59 | 20.32 | — |

| | | | |
|---|---|---|---|
| Number of shares (m) | 86.08 | IC (current, US$ m) | 2,567.14 |
| BV/share (current, US$) | 52.4 | EV/IC (x) | 2.4 |
| Net debt (current, US$ m) | -1,144.6 | Dividend (12/10A, US$) | — |
| Net debt/tot. cap. (current, %) | -9.9 | Dividend yield (%) | — |

*Source: Company data, Credit Suisse estimates.*

**DISCLOSURE APPENDIX CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, INFORMATION ON TRADE ALERTS, ANALYST MODEL PORTFOLIOS AND THE STATUS OF NON-U.S ANALYSTS.** U.S. Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

CREDIT SUISSE

04 May 2011

Now that Italy policy is getting clearer – we think investor focus will shift back to supply, demand and pricing trends. Solar poly supply will grow from 20GW in 2010, to 27GW+ in 2011 and to 34GW+ in 2012; solar wafer/cell capacity is well in excess of these estimates. Italy sell-in was 6GW in 2010, and we think Italy would generously be ~3GW in 2011 assuming market restarts soon. This means non-Italy would need to grow from 14GW in 2010 to 24GW in 2011 – and if you believe FSLR comments that Germany would also decline from 7.4GW in 2010 to 4GW in 2011, we do not see how the rest of the world will make up that many GW in 2011. This means the focus will once again go back to basics – monitoring supply, demand, inventory and pricing. In the last 7+ years since the institution of the EEG (renewable energy act) in Germany, this is the FIRST time that we have a genuine supply driven downturn – the industry is not used to this concept at all. The last downturn in 2H08-1H09 was driven by a lack of financing – and once that resolved, demand came back quickly at relatively high price points. What is happening now with Italy is very similar to what was happening with the sector back in Aug/Sep/Oct of 2008. There was an inordinate amount of focus back then on whether the ITC would be extended in the US – but as soon as the ITC was finalized, stocks sold off sharply as the underlying demand was deteriorating due to the credit crisis. Likewise now, the Italian policy is getting clear, but there is no good demand argument to overcome the 27GW/34GW of supply in 2011/12. Stocks in supply/demand cycles can trough close to fundamental troughs which can take another 1-2 quarters to play out – we could see stocks break lower from recent trend to price in oversupply risk.

**1Q11 review.** FSLR reported 1Q11 rev/EPS $567.3mm/$1.33 vs cons $546.2mm/$1.16, and our estimate at $551.5mm/$1.03. Upside relative to our estimate was driven by higher pricing at $1.44/watt for third party channel, vs our model at $1.36/watt. FSLR commented that pricing was only down slightly as most of the pricing declines were made at the end of 4Q10 to drive throughput in 1Q11.

**2Q11 estimate revisions – Agua Caliente financing push out shifts EPS from Q2 to Q3.** We are revising our 2Q11 rev/EPS from $804.1mm/$1.61 to $592mm/$0.87, street was at $801.4mm and $2.00. The delta versus our estimates was due to: (i) Start of Agua Caliente project revenue recognition pushed out from 2Q11 to 3Q11 due to a delay in project financing – we now assume 53MW of system revenues in 2Q11 vs prior model at 91MW – this drove ~$110mm of the revenue miss; (ii) ASP into third party channel relatively unchanged in new model at $1.34/watt vs prior model at $1.35/watt, as we had reasonably modeled in the expected market softening; (iii) An additional 60MW of inventory build to reflect the new guidance of 450MW of system completions in 2011 vs prior guidance of 400MW – these revenues will happen in 2H11.

**2011 – system upside offset by sharper panel price erosion.** For the full year 2011, we are revising our rev/EPS from $3.8bb/$9.55 to $3.7bb/$9.51. Our new revenue and EPS are reasonably close to the prior model. Main changes are we are now modeling EPC revenue/watt at $2/watt vs prior model at $2.38/watt as the company kept its $900mm system revenue guidance unchanged but increased system MW from 400 to 450MW. Although we have not changed our third party ASP assumption from $1.32/watt, though we are estimating year end ASP of $1.19/watt now, vs $1.29/watt before. This more severe pricing decline is to account for the additional discounts FSLR is providing to move volumes in channel, but offset by the upside from systems.

**2012 – no large changes to estimates.** For 2012, we are now modeling rev/EPS of $5.2bb/$10.46 vs prior model at $5.4bb/$10.62. The slight decline is due to: (i) CY12 assumed panel production of 2.89GW, versus prior model at 2.96GW – the difference is from FSLR's push out of the France manufacturing plant indefinitely, leading to a lower planned year-end 2012 capacity (although FSLR did note there is space in other buildings to add capacity if there is demand); (ii) No change to our 800MW system revenue recognition estimate for 2012; (iii) Slight decline in our third party panel ASP assumption of $1.03/watt to $1.01/watt. Note that if FSLR were to have no systems business and sold all its panels at $1/watt ASP in 2012, company would have ~$4.0-$4.5 in EPS assuming the

First Solar (FSLR)

2

CONFIDENTIAL

FSLR00098561

CREDIT SUISSE

04 May 2011

same 15c/watt for opex, and a 15% tax rate. This is therefore the intrinsic earnings potential for the panel business – and since this is closer to a "trough" type panel price, one should use a higher multiple – 15-20x (we used 20x the $4.5 est to arrive at the $90/share panel business valuation).

**How low should pricing go?** Note that we assume that FSLR will increase efficiency by 60bps/year to reach ~13.0% efficiency by 2013. Currently, Trina solar lists its multi c-Si panel efficiency at 13.4-14.7% in its spec sheets, versus FSLR's panel efficiency at 11.7%. We think that the reasonable all-in gross manufacturing cost for poly is ~$25-$30/kg, and assuming ~5% opex/revenue, and ~9.4% WACC on $80/kg capex cost, polysilicon on a sustainable basis should be priced at ~$35-$40/kg. Non-silicon cost for industry leading c-Si module companies is ~75c/watt today; assuming 6 g/watt, ~15c/watt opex/watt, and the same 9.4% WACC on 75c/watt capex/watt, c-Si panels should be priced sustainably at $1.20/watt. C-Si technology can improve overall cost/watt – but since not all c-Si capacity is at the same cost/watt today, we give FSLR the benefit of the doubt through the end of 2012 to compete with China. After that FSLR's cost/watt needs to also decline in tandem with c-Si cost declines. This is our basis for not changing our $1/watt average price point for FSLR's panels in CY12. Note that this is a steady state assumption – in case of severe oversupply, pricing can unsustainably drop below lower levels – we are not modeling more severe pricing scenarios at this point. Note that current panel prices are still in $1.50-$1.60/watt for c-Si – this in essence is the issue – until that drops to $1.20/watt, several companies will have an incentive to keep expanding capacity. Now we hear of some wafer/cell capacities being pushed out, but poly is the real determinant of supply – and poly capacity plans are strengthening even more. There is a false positive signal in the market today of high poly prices – we do not think this is because of strong-end demand – it is more because of the extraordinarily high amount of cell/wafer capacities that have been added recently – since panel end demand is weakening, we expect poly prices will weaken as well in the next 6 months. In fact, poly prices have fallen $10/kg in the last 4-6 weeks, a fairly significant rate if decline if you think it continues at this pace for the next 3-4 months.

(Please see charts below).

CONFIDENTIAL                                                                                    FSLR00098562

CREDIT SUISSE

04 May 2011

In early 2010, FSLR announced a 2.2GW pipeline with the acquisition of Nextlight. About one year later, the pipeline is relatively flat at 2.4GW.

Exhibit 1: **FSLR pipeline stagnant since Nextlight acquisition in early 2010**



Source: Company data, Credit Suisse estimates

Exhibit 2: **FSLR vs TSL ASP**



Source: Company data, Credit Suisse estimates

FSLR's cost reductions have moderated on % terms as the company progresses to its 52-63c/W target by 2014.

First Solar (FSLR)

4

**CONFIDENTIAL**

**FSLR00098563**



CREDIT SUISSE

04 May 2011

**Exhibit 3: Rate of cost reductions starting to moderate**



Source: Company data, Credit Suisse estimates

First Solar (FSLR)

5

CONFIDENTIAL                                                    FSLR00098564

CREDIT SUISSE

04 May 2011

**Exhibit 4: FSLR continues to improve efficiency on target of 50bps y/y**



Source: Company data, Credit Suisse estimates

**Exhibit 5: R&D% and SG&A% ticked up in 1Q11 due to seasonality**



Source: Company data, Credit Suisse estimates

First Solar (FSLR)

6

CONFIDENTIAL

FSLR00098565

CREDIT SUISSE

04 May 2011

Exhibit 6: **A/R Days and Inventory Days Up for the Quarter Due to Seasonality**



Source: Company data, Credit Suisse estimates

Exhibit 7: **Quarterly EPS as a percentage of the year.  Heavily weighted to 4Q11.**



Source: Company data, Credit Suisse estimates

First Solar (FSLR)

7

CONFIDENTIAL

FSLR00098566

CREDIT SUISSE

04 May 2011

**Exhibit 8: RMB strength vs other currencies**



Source: Company data, Credit Suisse estimates

Vietnam currency has depreciated while Malaysia, Taiwan, and China currencies have appreciated vs the US dollar.  FSLR has factories in Malaysia and soon Vietnam, whereas some of its major competitors are in China.

CONFIDENTIAL

FSLR00098567

Exhibit 9: **FSLR P&L**
*in millions, unless otherwise stated*

| $ in millions | | 1Q10A | 2Q10A | 3Q10A | 4Q10A | 1Q11A | 2Q11E | 3Q11E | 4Q11E | 2010E | 2011E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues from Rev Model | | $568.0 | $587.9 | $788.0 | $609.8 | $564.4 | $591.9 | $1,130.3 | $1,415.7 | | |
| Manufacturing Cost from COGS Model | | $285.0 | $287.5 | $475.7 | $318.6 | $305.0 | $356.3 | $686.5 | $864.8 | | |
| **Revenues** | | **$568.0** | **$587.9** | **$797.9** | **$609.8** | **$567.3** | **$591.9** | **$1,130.3** | **$1,415.7** | **$2,563.5** | **$3,705.2** |
| | % change q/q | -11% | 4% | 36% | -24% | -7% | 4% | 91% | 25% | | |
| | % change q/q | 36% | 12% | 66% | -5% | 0% | 1% | 42% | 132% | 24% | 45% |
| COGS | | $285.9 | $285.8 | $476.0 | $313.1 | $307.6 | $356.3 | $686.5 | $864.8 | $1,360.8 | $2,215.2 |
| | % of sales | 50% | 49% | 60% | 51% | 54% | 60% | 61% | 61% | | |
| Ramp Cost | | | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Gross profit** | | **$282.0** | **$302.1** | **$321.9** | **$296.7** | **$259.7** | **$235.6** | **$443.9** | **$550.9** | **$1,202.8** | **$1,490.0** |
| | %GM | 49.7% | 51.4% | 40.3% | 48.7% | 45.8% | 39.8% | 39.3% | 38.9% | 46.9% | 40.2% |
| SG&A | | $66.9 | $73.0 | $85.0 | $91.3 | $87.0 | $100.1 | $91.6 | $92.9 | $316.1 | $371.5 |
| | % of sales | 11.8% | 12.4% | 10.6% | 15.0% | 15.3% | 16.9% | 8.1% | 6.6% | 12.3% | 10.0% |
| R&D | | $22.9 | $22.8 | $21.5 | $27.6 | $31.4 | $32.9 | $33.2 | $33.9 | $94.8 | $131.4 |
| | % of sales | 4.0% | 3.9% | 2.7% | 4.5% | 5.5% | 5.6% | 2.9% | 2.4% | 3.7% | 3.5% |
| Tot. OpEx | | $89.8 | $95.8 | $106.4 | $118.9 | $118.4 | $133.0 | $124.8 | $126.8 | $410.9 | $503.0 |
| | % of sales | 15.8% | 16.3% | 13.3% | 19.5% | 20.9% | 22.5% | 11.0% | 9.0% | 16.0% | 13.6% |
| Production Startup | | $1.1 | $2.3 | $3.8 | $12.2 | $11.9 | $19.0 | $12.0 | $12.0 | $19.4 | $55.0 |
| | % of sales | 0.2% | 0.4% | 0.5% | 2.0% | 2.1% | 3.2% | 1.1% | 0.9% | 0.8% | 1.5% |
| **Operating Income** | | **$191.1** | **$204.0** | **$211.6** | **$165.7** | **$129.4** | **$83.6** | **$307.0** | **$412.0** | **$772.4** | **$932.0** |
| | %OpM | 33.7% | 34.7% | 26.5% | 27.2% | 22.8% | 14.1% | 27.2% | 29.1% | 30.1% | 25.2% |
| **EBITDA** | | **$230.2** | **$240.2** | **$248.5** | **$209.4** | **$183.1** | **$152.3** | **$390.8** | **$511.7** | **$928.4** | **$1,237.9** |
| | %EBITDA | 40.5% | 40.9% | 31.1% | 34.3% | 32.3% | 25.7% | 34.6% | 36.1% | 36.2% | 33.4% |
| | Foreign Currency Gain(loss) | -$0.7 | -$2.6 | -$1.0 | $0.9 | $1.0 | $0.0 | $0.0 | $0.0 | -$3.5 | $1.0 |
| | Interest Income (Expense) | $5.6 | $3.0 | $2.7 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $14.4 | $12.1 |
| | Non Oper Income | -$0.7 | -$0.4 | -$0.4 | $3.8 | -$0.3 | $0.0 | $0.0 | $0.0 | $2.3 | -$0.3 |
| **Pre-tax Income** | | **$195.4** | **$203.9** | **$212.9** | **$173.4** | **$133.0** | **$86.7** | **$310.0** | **$415.0** | **$785.6** | **$944.7** |
| | % of sales | 34.4% | 34.7% | 26.7% | 28.4% | 23.4% | 14.6% | 27.4% | 29.3% | 30.6% | 25.5% |
| Taxes | | $23.0 | $21.5 | $36.0 | $17.4 | $17.0 | $10.4 | $37.2 | $49.8 | $98.0 | $114.4 |
| | %TR | 11.8% | 10.5% | 16.9% | 10.0% | 12.8% | 12.0% | 12.0% | 12.0% | 12.5% | 12.1% |
| **Net Income** | | **$172.4** | **$182.4** | **$176.9** | **$155.9** | **$116.0** | **$76.3** | **$272.8** | **$365.2** | **$687.6** | **$830.3** |
| | % of sales | 30.3% | 31.0% | 22.2% | 25.6% | 20.4% | 12.9% | 24.1% | 25.8% | 26.8% | 22.4% |
| **EPS** | | **$2.00** | **$2.11** | **$2.04** | **$1.80** | **$1.33** | **$0.87** | **$3.12** | **$4.18** | **$7.95** | **$9.51** |

*Source: Company data, Credit Suisse estimates*

First Solar (FSLR)

CREDIT SUISSE

04 May 2011

9

CONFIDENTIAL

FSLR00098568

CREDIT SUISSE

04 May 2011

**Companies Mentioned** *(Price as of 03 May 11)*
First Solar (FSLR, $134.66, NEUTRAL [V], TP $115.00)
Trina Solar Ltd (TSL.N, $28.09, NEUTRAL [V], TP $28.00)

# Disclosure Appendix

## Important Global Disclosures

Satya Kumar & Brandon Heiken each certify, with respect to the companies or securities that he or she analyzes, that (1) the views expressed in this report accurately reflect his or her personal views about all of the subject companies and securities and (2) no part of his or her compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

*See the Companies Mentioned section for full company names.*

### 3-Year Price, Target Price and Rating Change History Chart for FSLR

| FSLR Date | Closing Price (US$) | Target Price (US$) | Initiation/ Rating Assumption |
|---|---|---|---|
| 7/31/08 | 285.11 | 350 | |
| 9/9/08 | 200 | 300 | |
| 10/29/08 | 115.75 | 150 | |
| 4/30/09 | 187.29 | 175 | |
| 6/1/09 | 189.06 | 200 | |
| 7/31/09 | 154.39 | 135 | N |
| 10/29/09 | 126.47 | 115 | |
| 12/17/09 | 135.73 | 132 | |
| 2/18/10 | 126.29 | 115 | |
| 4/29/10 | 150.87 | 145 | |
| 5/21/10 | 113.95 | 110.2 | |
| 6/17/10 | 123.45 | 150 | O |
| 9/16/10 | 144.38 | 160 | |
| 10/29/10 | 137.68 | 155 | |
| 11/17/10 | 122.83 | 127.5 | N |
| 12/15/10 | 135.15 | 137 | |



Closing Price    ■ Target Price    ◇ Initiation/Assumption    ◆ Rating

O=Outperform; N=Neutral; U=Underperform; R=Restricted; NR=Not Rated; NC=Not Covered

### Trading Alerts for FSLR were produced on:

| Date |
|---|
| 8/17/2009 |

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities.

## Analysts' stock ratings are defined as follows:

**Outperform (O):** The stock's total return is expected to outperform the relevant benchmark* by at least 10-15% (or more, depending on perceived risk) over the next 12 months.

**Neutral (N):** The stock's total return is expected to be in line with the relevant benchmark* (range of ±10-15%) over the next 12 months.

**Underperform (U):** The stock's total return is expected to underperform the relevant benchmark* by 10-15% or more over the next 12 months.

*Relevant benchmark by region: As of 29th May 2009, Australia, New Zealand, U.S. and Canadian ratings are based on (1) a stock's absolute total return potential to its current share price and (2) the relative attractiveness of a stock's total return potential within an analyst's coverage universe**, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. Some U.S. and Canadian ratings may fall outside the absolute total return ranges defined above, depending on market conditions and industry factors. For Latin American, Japanese, and non-Japan Asia stocks, ratings are based on a stock's total return relative to the average total return of the relevant country or regional benchmark; for European stocks, ratings are based on a stock's total return relative to the analyst's coverage universe**. For Australian and New Zealand stocks a 22% and a 12% threshold replace the 10-15% level in the Outperform and Underperform stock rating definitions, respectively, subject to analysts' perceived risk. The 22% and 12% thresholds replace the +10-15% and -10-15% levels in the Neutral stock rating definition, respectively, subject to analysts' perceived risk.*

**An analyst's coverage universe consists of all companies covered by the analyst within the relevant sector.*

**Restricted (R):** In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.

**Volatility Indicator [V]:** A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward.

First Solar (FSLR)

10

CONFIDENTIAL

FSLR00098569

CREDIT SUISSE

04 May 2011

**Analysts' coverage universe weightings are distinct from analysts' stock ratings and are based on the expected performance of an analyst's coverage universe* versus the relevant broad market benchmark**:**
**Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.
**Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.
**Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.
*An analyst's coverage universe consists of all companies covered by the analyst within the relevant sector.
**The broad market benchmark is based on the expected return of the local market index (e.g., the S&P 500 in the U.S.) over the next 12 months.

**Credit Suisse's distribution of stock ratings (and banking clients) is:**

|  | Global Ratings Distribution | |
| --- | --- | --- |
| Outperform/Buy* | 46% | (63% banking clients) |
| Neutral/Hold* | 41% | (58% banking clients) |
| Underperform/Sell* | 11% | (50% banking clients) |
| Restricted | 2% | |

*For purposes of the NYSE and NASD ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.

Credit Suisse's policy is to update research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated herein.

Credit Suisse's policy is only to publish investment research that is impartial, independent, clear, fair and not misleading. For more detail please refer to Credit Suisse's Policies for Managing Conflicts of Interest in connection with Investment Research: http://www.csfb.com/research-and-analytics/disclaimer/managing_conflicts_disclaimer.html

Credit Suisse does not provide any tax advice. Any statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purposes of avoiding any penalties.

See the Companies Mentioned section for full company names.
**Price Target:** (12 months) for (FSLR)
**Method:** Our $115 target price for FSLR is calculated using a sum-of-the-parts method. Our price target of $115 reflects an industry premium (i) $90 for panel business at ~20x CY12 "panel only" EPS of $4.5; (ii) System DCF valuation of $11/share; (iii) Management premium & net cash an additional ~$14.
**Risks:** We see these risks to the achievement of our $115 target price for First Solar: (1) the reduction of government incentives before 2012-15, because solar energy is not economical today; (2) the challenge of driving down manufacturing costs, (3) the company's high concentration of sales in Europe, (4) the public's association of the toxicity of Cadmium with First Solar's product, (5) rising interest rates and economic weakness, (6) EUR/USD exchange rate, and (7) industry oversupply.

Please refer to the firm's disclosure website at www.credit-suisse.com/researchdisclosures for the definitions of abbreviations typically used in the target price method and risk sections.

See the Companies Mentioned section for full company names.
The subject company (FSLR) currently is, or was during the 12-month period preceding the date of distribution of this report, a client of Credit Suisse.
Credit Suisse provided investment banking services to the subject company (FSLR) within the past 12 months.
Credit Suisse expects to receive or intends to seek investment banking related compensation from the subject company (FSLR) within the next 3 months.
As of the date of this report, Credit Suisse Securities (USA) LLC makes a market in the securities of the subject company (FSLR).

**Important Regional Disclosures**

Singapore recipients should contact a Singapore financial adviser for any matters arising from this research report.

The analyst(s) involved in the preparation of this report have not visited the material operations of the subject company (FSLR) within the past 12 months.

Restrictions on certain Canadian securities are indicated by the following abbreviations: NVS--Non-Voting shares; RVS--Restricted Voting Shares; SVS--Subordinate Voting Shares.
Individuals receiving this report from a Canadian investment dealer that is not affiliated with Credit Suisse should be advised that this report may not contain regulatory disclosures the non-affiliated Canadian investment dealer would be required to make if this were its own report.
For Credit Suisse Securities (Canada), Inc.'s policies and procedures regarding the dissemination of equity research, please visit http://www.csfb.com/legal_terms/canada_research_policy.shtml.

As of the date of this report, Credit Suisse acts as a market maker or liquidity provider in the equities securities that are the subject of this report.

Principal is not guaranteed in the case of equities because equity prices are variable.

Commission is the commission rate or the amount agreed with a customer when setting up an account or at anytime after that.

CS may have issued a Trade Alert regarding this security. Trade Alerts are short term trading opportunities identified by an analyst on the basis of market events and catalysts, while stock ratings reflect an analyst's investment recommendations based on expected total return over a 12-month

First Solar (FSLR)

11

CONFIDENTIAL

FSLR00098570

CREDIT SUISSE

04 May 2011

period relative to the relevant coverage universe. Because Trade Alerts and stock ratings reflect different assumptions and analytical methods, Trade Alerts may differ directionally from the analyst's stock rating.

The author(s) of this report maintains a CS Model Portfolio that he/she regularly adjusts. The security or securities discussed in this report may be a component of the CS Model Portfolio and subject to such adjustments (which, given the composition of the CS Model Portfolio as a whole, may differ from the recommendation in this report, as well as opportunities or strategies identified in Trading Alerts concerning the same security). The CS Model Portfolio and important disclosures about it are available at www.credit-suisse.com/ti.

To the extent this is a report  authored in whole or in part by a non-U.S. analyst and is made available in the U.S., the following are important disclosures regarding any non-U.S. analyst contributors:

The non-U.S. research analysts listed below (if any) are not registered/qualified as research analysts with FINRA. The non-U.S. research analysts listed below may not be associated persons of CSSU and therefore may not be subject to the NASD Rule 2711 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

Taiwanese Disclosures: Reports written by Taiwan-based analysts on non-Taiwan listed companies are not considered recommendations to buy or sell securities under Taiwan Stock Exchange Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers.

For Credit Suisse disclosure information on other companies mentioned in this report, please visit the website at www.credit-suisse.com/researchdisclosures or call +1 (877) 291-2683.

Disclaimers continue on next page.

CONFIDENTIAL                                                                                          FSLR00098571



04 May 2011
Americas/United States
**Equity Research**



This report is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse AG, the Swiss bank, or its subsidiaries or its affiliates ("CS") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CS. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CS. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CS or its affiliates.

The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CS may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CS will not treat recipients as its customers by virtue of their receiving the report. The investments or services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice or a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you. CS does not offer advice on the tax consequences of investment and you are advised to contact an independent tax adviser. Please note in particular that the bases and levels of taxation may change.

CS believes the information and opinions in the Disclosure Appendix of this report are accurate and complete. Information and opinions presented in the other sections of the report were obtained or derived from sources CS believes are reliable, but CS makes no representations as to their accuracy or completeness. Additional information is available upon request. CS accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that liability arises under specific statutes or regulations applicable to CS. This report is not to be relied upon in substitution for the exercise of independent judgment. CS may have issued, and may in the future issue, a trading call regarding this security. Trading calls are short term trading opportunities based on market events and catalysts, while stock ratings reflect investment recommendations based on expected total return over a 12-month period as defined in the disclosure section. Because trading calls and stock ratings reflect different assumptions and analytical methods, trading calls may differ directionally from the stock rating. In addition, CS may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and CS is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report. CS is involved in many businesses that relate to companies mentioned in this report. These businesses include specialized trading, risk arbitrage, market making, and other proprietary trading.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgement at its original date of publication by CS and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk.

Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase.

Some investments discussed in this report have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment, in such circumstances you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed.

This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of CS, CS has not reviewed the linked site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CS's own website material) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through this report or CS's website shall be at your own risk.

This report is issued and distributed in Europe (except Switzerland) by Credit Suisse Securities (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is regulated in the United Kingdom by The Financial Services Authority ("FSA"). This report is being distributed in Germany by Credit Suisse Securities (Europe) Limited Niederlassung Frankfurt am Main regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht ("BaFin"). This report is being distributed in the United States by Credit Suisse Securities (USA) LLC ; in Switzerland by Credit Suisse AG; in Canada by Credit Suisse Securities (Canada), Inc.; in Brazil by Banco de Investimentos Credit Suisse (Brasil) S.A. or its affiliates; in Mexico by Banco Credit Suisse (México), S.A. (transactions related to the securities mentioned in this report will only be effected in compliance with applicable regulation); in Japan by Credit Suisse Securities (Japan) Limited, Financial Instrument Firm, Director-General of Kanto Local Finance Bureau (Kinsho) No. 66, a member of Japan Securities Dealers Association, The Financial Futures Association of Japan, Japan Securities Investment Advisers Association; elsewhere in Asia/Pacific by whichever of the following is the appropriately authorised entity in the relevant jurisdiction: Credit Suisse (Hong Kong) Limited, Credit Suisse Equities (Australia) Limited , Credit Suisse Securities (Thailand) Limited, Credit Suisse Securities (Malaysia) Sdn Bhd, Credit Suisse AG, Singapore Branch, Credit Suisse Securities (India) Private Limited regulated by the Securities and Exchange Board of India (registration Nos. INB230970637 INF230970637; INB010970631; INF010970631), having registered address at 9th Floor, Ceejay House Dr.A.B. Road, Worli, Mumbai - 18, India, T- +91-22 6777 3777, Credit Suisse Securities (Europe) Limited, Seoul Branch, Credit Suisse AG, Taipei Securities Branch, PT Credit Suisse Securities Indonesia, and elsewhere in the world by the relevant authorised affiliate of the above. Research on Taiwanese securities produced by Credit Suisse AG, Taipei Securities Branch has been prepared by a registered Senior Business Person. Research provided to residents of Malaysia is authorised by the Head of Research for Credit Suisse Securities (Malaysia) Sdn. Bhd., to whom they should direct any queries on +603 2723 2020.

In jurisdictions where CS is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements. Non-U.S. customers wishing to effect a transaction should contact a CS entity in their local jurisdiction unless governing law permits otherwise. U.S. customers wishing to effect a transaction should do so only by contacting a representative at Credit Suisse Securities (USA) LLC in the U.S.

Please note that this report was originally prepared and issued by CS for distribution to their market professional and institutional investor customers. Recipients who are not market professional or institutional investor customers of CS should seek the advice of their independent financial advisor prior to taking any investment decision based on this report or for any necessary explanation of its contents. This research may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the FSA or in respect of which the protections of the FSA for private customers and/or the UK compensation scheme may not be available, and further details as to where this may be the case are available upon request in respect of this report.

Any Nielsen Media Research material contained in this report represents Nielsen Media Research's estimates and does not represent facts. NMR has neither reviewed nor approved this report and/or any of the statements made herein.

If this report is being distributed by a financial institution other than Credit Suisse AG, or its affiliates, that financial institution is solely responsible for distribution. Clients of that institution should contact that institution to effect a transaction in the securities mentioned in this report or require further information. This report does not constitute investment advice by Credit Suisse to the clients of the distributing financial institution, and neither Credit Suisse AG, its affiliates, and their respective officers, directors and employees accept any liability whatsoever for any direct or consequential loss arising from their use of this report or its content.

Copyright 2011 CREDIT SUISSE AG and/or its affiliates. All rights reserved.

**CREDIT SUISSE SECURITIES (USA) LLC**
United States of America: +1 (212) 325-2000

**CONFIDENTIAL**

# EXHIBIT 43



October 25, 2011

## First Solar Announces Chairman Michael Ahearn to Serve as Interim CEO

Robert Gillette to Step Down as CEO

TEMPE, Ariz.--(BUSINESS WIRE)-- The Board of Directors of First Solar, Inc. (NASDAQ: FSLR) today asked its Chairman and company founder, Mike Ahearn, to serve as interim Chief Executive Officer. Ahearn has accepted. Effective immediately, Rob Gillette is no longer serving as Chief Executive Officer, and the Board of Directors thanks him for his service to the company. The Board of Directors has formed a search committee and is initiating a search for a permanent Chief Executive Officer.

**About First Solar, Inc.**

First Solar manufactures solar modules with an advanced semiconductor technology, and is a premier provider of comprehensive photovoltaic (PV) system solutions. The company is delivering an economically viable alternative to fossil-fuel generation today. From raw material sourcing through end-of-life collection and recycling, First Solar is focused on creating value-driven renewable energy solutions that protect and enhance the environment. For more information about First Solar, please visit www.firstsolar.com.

**For First Solar Investors**

This release contains forward-looking statements which are made pursuant to the safe harbor provisions of Section 21E of the Securities Exchange Act of 1934. The forward-looking statements in this release do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially, including risks associated with the company's business involving the company's products, their development and distribution, economic and competitive factors and the company's key strategic relationships and other risks detailed in the company's filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this press release or with respect to the announcements described herein.

First Solar—USA
Ted Meyer
+1 (602) 414-9361
ted.meyer@firstsolar.com
or
First Solar Investors
Larry Polizzotto
+1 (602) 414-9315
LPolizzotto@firstsolar.com

Source: First Solar, Inc.

News Provided by Acquire Media

# EXHIBIT 44



25 October 2011
Americas/United States
**Equity Research**
Solar Energy

# First Solar (FSLR)

COMPANY UPDATE

## FSLR CEO steps down – lack of detail so far raises concerns

**Bottom line – appears concerning.** In a tersely worded press release issued intra day, FSLR announced that its CEO Rob Gillette would be stepping down as CEO effective immediately. The news is clearly negative – the company has not yet announced any conference call to go over the news (we would highly encourage the company to host one as soon as possible), the abruptness of the announcement and terse wording of the release, the fact that earnings will likely be next week and the CEO is stepping down just a week in advance, and the fact that FSLR had planned to host a reception with the CEO on Nov 15 all sound unfortunately quite concerning. Barring a surprise announcement of a new CEO (perhaps company brings back some of the recent management that have left), the news is clearly negative for the stock.

**Spate of management departures.** There have been a other recent management departures at FSLR recently – Bruce Sohn, who was a key architect behind the company's technology roadmap, resigned in April'11, and the departure of Jens Meyerhoff, who was heading up the systems, and was previously CFO, was announced in Aug'11. At that instance, we noted that the CEO had an able team supporting the systems and panel division – but today's abrupt announcement is disconcerting, we have never quite seen a CEO departure announced in this manner in our universe.

**Where can the stock go?** Recently there has been increased investor interest in FSLR given the pull back and the defensive nature of its earnings from sale of system projects. Our view has been that until poly prices reach Tier 1 cash costs (<$25/kg), and Tier 1 poly makers cut production, solar stocks will continue to remain weak, as we need to resolve the supply/demand imbalances in the industry.

| Rating | NEUTRAL* [V] |
|---|---|
| Price (24 Oct 11, US$) | 57.95 |
| Target price (US$) | 80.00[1] |
| 52-week price range | 170.80 - 51.07 |
| Market cap. (US$ m) | 5,001.36 |
| Enterprise value (US$ m) | 4,528.41 |

*Stock ratings are relative to the relevant country benchmark.
[1]Target price is for 12 months.
[V] = Stock considered volatile (see Disclosure Appendix).

**Research Analysts**

**Satya Kumar**
415 249 7928
satya.kumar@credit-suisse.com

**Brandon Heiken**
415 249 7930
brandon.heiken@credit-suisse.com

**Farhan Ahmad**
415 249 7929
farhan.ahmad@credit-suisse.com

### Share price performance



Daily Oct 25, 2010 - Oct 24, 2011, 10/25/10 = US$147.15

On 10/24/11 the S&P 500 INDEX closed at 1254.19

| Quarterly EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2010A | 2.00 | 2.11 | 2.04 | 1.80 |
| 2011E | 1.33 | 0.70 | 2.70 | 4.65 |
| 2012E | 2.67 | 2.49 | 2.24 | 1.90 |

### Financial and valuation metrics

| Year | 12/10A | 12/11E | 12/12E | 12/13E |
|---|---|---|---|---|
| EPS (CS adj.) (US$) | 7.95 | 9.38 | 9.31 | 5.75 |
| Prev. EPS (US$) | — | — | — | — |
| P/E (x) | 7.3 | 6.2 | 6.2 | 10.1 |
| P/E rel. (%) | — | 42.7 | 49.8 | 89.7 |
| Revenue (US$ m) | 2,563.5 | 3,616.7 | 4,630.8 | 4,674.6 |
| EBITDA (US$ m) | 928.4 | 1,189.5 | 1,383.0 | 631.6 |
| OCFPS (US$) | 7.78 | -3.48 | 17.35 | — |
| P/OCF (x) | 16.7 | -16.7 | 3.3 | - |
| EV/EBITDA (current) | 5.0 | 3.9 | 3.4 | 7.4 |
| Net debt (US$ m) | -989 | -473 | -1,682 | — |
| ROIC (%) | 32.86 | 23.14 | 18.94 | 24.72 |

| | | | |
|---|---|---|---|
| Number of shares (m) | 86.30 | IC (current, US$ m) | 4,106.16 |
| BV/share (Next Qtr., US$) | 48.3 | EV/IC (x) | 1.2 |
| Net debt (Next Qtr., US$ m) | -168.8 | Dividend (Next Qtr., US$) | — |
| Net debt/tot cap (Next Qtr., %) | -12.1 | Dividend yield (%) | — |

Source: Company data, Credit Suisse estimates.

**DISCLOSURE APPENDIX CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, INFORMATION ON TRADE ALERTS, ANALYST MODEL PORTFOLIOS AND THE STATUS OF NON-U.S ANALYSTS.** U.S. Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Provided for the exclusive use of Larry Polizzotto at First Solar Inc. on 26-Oct-2011 11:05 AM

CREDIT SUISSE

25 October 2011

Specifically for FSLR, yesterday there was news that the talks between FSLR and Enbridge were "faltering" (noted in Sparkspread) on the sale of Topaz project. We have noted that c-Si panels have now dropped to $1/watt levels, which will pressure FSLR's earnings near term. We have noted that the systems business plus some net assets on the balance sheet could support $40 level on the stock. The panel business is worth an additional $0 to $70/share depending on whether you believe FSLR can eventually execute on a roadmap to be competitive with c-Si technologies.

Provided for the exclusive use of Larry Polizzotto at First Solar Inc. on 25-Oct-2011 11:06 AM

CONFIDENTIAL                                                                                    FSLR00062302

Exhibit 1: **FSLR P&L**
in millions, unless otherwise stated

| $ in millions | | 1Q11A | 2Q11A | 3Q11E | 4Q11E | 1Q12E | 2Q12E | 3Q12E | 4Q12E | 2010 | 2011E | 2012E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | | $567.3 | $532.8 | $1,034.0 | $1,482.6 | $1,139.8 | $1,183.1 | $1,159.9 | $1,148.0 | $2,563.5 | $3,616.7 | $4,630.8 |
| | % change q/q | -7% | -6% | 94% | 43% | -23% | 4% | -2% | -1% | | | |
| | % change q/q | 0% | -9% | 30% | 143% | 101% | 122% | 12% | -23% | 24% | 41% | 28% |
| COGS | | $307.6 | $338.0 | $635.2 | $883.0 | $715.0 | $766.6 | $770.5 | $789.6 | $1,360.8 | $2,163.7 | $3,041.6 |
| | % of sales | 54% | 63% | 61% | 60% | 63% | 65% | 66% | 69% | | | |
| Ramp Cost | | | $0.0 | $0.0 | $0.0 | | $5.0 | | | $0.0 | $0.0 | $5.0 |
| Gross profit | | $259.7 | $194.8 | $398.8 | $599.6 | $424.8 | $411.6 | $389.4 | $358.4 | $1,202.8 | $1,452.9 | $1,584.2 |
| | %GM | 45.8% | 36.6% | 38.6% | 40.4% | 37.3% | 34.8% | 33.6% | 31.2% | 46.9% | 40.2% | 34.2% |
| SG&A | | $87.0 | $86.9 | $87.0 | $88.0 | $89.8 | $93.8 | $97.6 | $101.5 | $316.1 | $348.9 | $382.6 |
| | % of sales | 15.3% | 16.3% | 8.4% | 5.9% | 7.9% | 7.9% | 8.4% | 8.8% | 12.3% | 9.6% | 8.3% |
| R&D | | $31.4 | $33.1 | $33.4 | $34.1 | $35.1 | $36.2 | $37.3 | $38.4 | $94.8 | $132.0 | $146.9 |
| | % of sales | 5.5% | 6.2% | 3.2% | 2.3% | 3.1% | 3.1% | 3.2% | 3.3% | 3.7% | 3.6% | 3.2% |
| Tot. OpEx | | $118.4 | $120.0 | $120.4 | $122.1 | $124.9 | $130.0 | $134.8 | $139.8 | $410.9 | $480.9 | $529.5 |
| | % of sales | 20.9% | 22.5% | 11.6% | 8.2% | 11.0% | 11.0% | 11.6% | 12.2% | 16.0% | 13.3% | 11.4% |
| Production Startup | | $11.9 | $10.3 | $7.6 | $7.6 | $10.3 | $10.3 | $10.3 | $10.3 | $19.4 | $37.5 | $41.2 |
| | % of sales | 2.1% | 1.9% | 0.7% | 0.5% | 0.9% | 0.9% | 0.9% | 0.9% | 0.8% | 1.0% | 0.9% |
| Operating Income | | $129.4 | $64.5 | $270.8 | $469.9 | $289.6 | $271.3 | $244.3 | $208.2 | $772.4 | $934.6 | $1,013.4 |
| | %OpM | 22.8% | 12.1% | 26.2% | 31.7% | 25.4% | 22.9% | 21.1% | 18.1% | 30.1% | 25.8% | 21.9% |
| Foreign Currency Gain (loss) | | $1.0 | $1.7 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | -$3.5 | $2.6 | $0.0 |
| Interest Income (Expense) | | $3.0 | $3.4 | $3.4 | $3.4 | $3.4 | $3.4 | $3.4 | $3.4 | $14.4 | $13.3 | $13.7 |
| Non Oper Income | | -$0.3 | $2.4 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $2.3 | $2.0 | $0.0 |
| Pre-tax Income | | $133.0 | $72.0 | $274.2 | $473.3 | $293.0 | $274.7 | $247.7 | $211.6 | $785.6 | $952.5 | $1,027.1 |
| | % of sales | 23.4% | 13.5% | 26.5% | 31.9% | 25.7% | 23.2% | 21.4% | 18.4% | 30.6% | 26.3% | 22.2% |
| Taxes | | $17.0 | $10.8 | $38.9 | $67.2 | $58.6 | $54.9 | $49.5 | $42.3 | $98.0 | $134.0 | $205.4 |
| | %TR | 12.8% | 15.0% | 14.2% | 14.2% | 20.0% | 20.0% | 20.0% | 20.0% | 12.5% | 14.1% | 20.0% |
| Net Income | | $116.0 | $61.1 | $235.3 | $406.1 | $234.4 | $219.8 | $198.2 | $169.3 | $687.6 | $818.5 | $821.7 |
| | % of sales | 20.4% | 11.5% | 22.8% | 27.4% | 20.6% | 18.6% | 17.1% | 14.7% | 26.8% | 22.6% | 17.7% |
| EPS | | $1.33 | $0.70 | $2.70 | $4.65 | $2.67 | $2.49 | $2.24 | $1.90 | $7.95 | $9.38 | $9.31 |
| Avg Shares | | 87.1 | 87.1 | 87.3 | 87.4 | 87.8 | 88.1 | 88.5 | 88.9 | 86.5 | 87.3 | 88.3 |

Source: Company data, Credit Suisse estimates

First Solar (FSLR)

CREDIT SUISSE

25 October 2011

3

CONFIDENTIAL

FSLR00062303

First Solar (FSLR)

**Companies Mentioned** *(Price as of 24 Oct 11)*
Enbridge Energy Management, LLC (EEQ, $30.25)
First Solar (FSLR, $57.95, NEUTRAL [V], TP $80.00)

# Disclosure Appendix

## Important Global Disclosures

Satya Kumar, Brandon Heiken & Farhan Ahmad each certify, with respect to the companies or securities that he or she analyzes, that (1) the views expressed in this report accurately reflect his or her personal views about all of the subject companies and securities and (2) no part of his or her compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

*See the Companies Mentioned section for full company names.*

## 3-Year Price, Target Price and Rating Change History Chart for FSLR

| FSLR Date | Closing Price (US$) | Target Price (US$) | Initiation/ Rating Assumption |
|---|---|---|---|
| 10/29/08 | 115.75 | 150 | |
| 4/30/09 | 187.29 | 175 | |
| 6/1/09 | 189.06 | 200 | |
| 7/31/09 | 154.39 | 135 | N |
| 10/29/09 | 126.47 | 115 | |
| 12/17/09 | 135.73 | 132 | |
| 2/18/10 | 126.29 | 115 | |
| 4/29/10 | 150.87 | 145 | |
| 5/21/10 | 113.95 | 110.2 | |
| 6/17/10 | 123.45 | 150 | O |
| 9/16/10 | 144.38 | 160 | |
| 10/29/10 | 137.68 | 155 | |
| 11/17/10 | 122.83 | 127.5 | N |
| 12/15/10 | 135.15 | 137 | |
| 5/4/11 | 126.33 | 115 | |
| 6/13/11 | 116.31 | 100 | |
| 6/30/11 | 132.27 | 135 | |
| 10/3/11 | 57.9 | 80 | |



O=Outperform; N=Neutral; U=Underperform; R=Restricted; NR=Not Rated; NC=Not Covered

## Trading Alerts for FSLR were produced on:

| Date |
|---|
| 8/17/2009 |

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities.

## Analysts' stock ratings are defined as follows:

**Outperform (O):** The stock's total return is expected to outperform the relevant benchmark* by at least 10-15% (or more, depending on perceived risk) over the next 12 months.

**Neutral (N):** The stock's total return is expected to be in line with the relevant benchmark* (range of ±10-15%) over the next 12 months.

**Underperform (U):** The stock's total return is expected to underperform the relevant benchmark* by 10-15% or more over the next 12 months.

*Relevant benchmark by region: As of 29th May 2009, Australia, New Zealand, U.S. and Canadian ratings are based on (1) a stock's absolute total return potential to its current share price and (2) the relative attractiveness of a stock's total return potential within an analyst's coverage universe**, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. Some U.S. and Canadian ratings may fall outside the absolute total return ranges defined above, depending on market conditions and industry factors. For Latin American, Japanese, and non-Japan Asia stocks, ratings are based on a stock's total return relative to the average total return of the relevant country or regional benchmark; for European stocks, ratings are based on a stock's total return relative to the analyst's coverage universe**. For Australian and New Zealand stocks, 12-month rolling yield is incorporated in the absolute total return calculation and a 15% and a 7.5% threshold replace the 10-15% level in the Outperform and Underperform stock rating definitions, respectively. The 15% and 7.5% thresholds replace the +10-15% and -10-15% levels in the Neutral stock rating definition, respectively.*

***An analyst's coverage universe consists of all companies covered by the analyst within the relevant sector.*

Provided for the exclusive use of Larry Kloczczok at First Solar, Inc. on 26 Oct 2011 11:05.

**CONFIDENTIAL**                                                                                          **FSLR00062304**

First Solar (FSLR)

**Restricted (R):** In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.

**Volatility Indicator [V]:** A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward.

## Analysts' coverage universe weightings are distinct from analysts' stock ratings and are based on the expected performance of an analyst's coverage universe* versus the relevant broad market benchmark**:

**Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.

**Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.

**Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

*An analyst's coverage universe consists of all companies covered by the analyst within the relevant sector.

**The broad market benchmark is based on the expected return of the local market index (e.g., the S&P 500 in the U.S.) over the next 12 months.

## Credit Suisse's distribution of stock ratings (and banking clients) is:

### Global Ratings Distribution

| | | |
|---|---|---|
| Outperform/Buy* | 49% | (62% banking clients) |
| Neutral/Hold* | 40% | (57% banking clients) |
| Underperform/Sell* | 9% | (53% banking clients) |
| Restricted | 2% | |

*For purposes of the NYSE and NASD ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.

Credit Suisse's policy is to update research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated herein.

Credit Suisse's policy is only to publish investment research that is impartial, independent, clear, fair and not misleading. For more detail please refer to Credit Suisse's Policies for Managing Conflicts of Interest in connection with Investment Research: http://www.csfb.com/research-and-analytics/disclaimer/managing_conflicts_disclaimer.html

Credit Suisse does not provide any tax advice. Any statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purposes of avoiding any penalties.

See the Companies Mentioned section for full company names.

**Price Target:** (12 months) for (FSLR)

**Method:** Our $80 target price for FSLR is calculated using Discounted cash flow method. We arrive at a NPV of $3.8 billion for Free Cash flow till 2020 and PV of Terminal value as $2.7 billion. Adding the two we get an enterprise value of $6.5 billion which translates to $83/share after adjustments for net cash.

**Risks:** We see these risks to the achievement of our $80 target price for First Solar: (1) the reduction of government incentives before 2012-15, because solar energy is not economical today; (2) the challenge of driving down manufacturing costs, (3) the company's high concentration of sales in Europe, (4) the public's association of the toxicity of Cadmium with First Solar's product, (5) rising interest rates and economic weakness, (6) EUR/USD exchange rate, and (7) industry oversupply.

Please refer to the firm's disclosure website at www.credit-suisse.com/researchdisclosures for the definitions of abbreviations typically used in the target price method and risk sections.

See the Companies Mentioned section for full company names.

The subject company (FSLR) currently is, or was during the 12-month period preceding the date of distribution of this report, a client of Credit Suisse.

Credit Suisse provided investment banking services to the subject company (FSLR) within the past 12 months.

Credit Suisse has received investment banking related compensation from the subject company (FSLR) within the past 12 months.

Credit Suisse expects to receive or intends to seek investment banking related compensation from the subject company (FSLR) within the next 3 months.

As of the date of this report, Credit Suisse Securities (USA) LLC makes a market in the securities of the subject company (FSLR).

## Important Regional Disclosures

Singapore recipients should contact a Singapore financial adviser for any matters arising from this research report.

The analyst(s) involved in the preparation of this report have not visited the material operations of the subject company (FSLR) within the past 12 months.

Restrictions on certain Canadian securities are indicated by the following abbreviations: NVS--Non-Voting shares; RVS--Restricted Voting Shares; SVS--Subordinate Voting Shares.

Individuals receiving this report from a Canadian investment dealer that is not affiliated with Credit Suisse should be advised that this report may not contain regulatory disclosures the non-affiliated Canadian investment dealer would be required to make if this were its own report.

For Credit Suisse Securities (Canada), Inc.'s policies and procedures regarding the dissemination of equity research, please visit http://www.csfb.com/legal_terms/canada_research_policy.shtml.

Provided for the exclusive use of Larry Polizzotto at First Solar, Inc. on 26-Oct-2011 11:06 AM.

**CONFIDENTIAL**

FSLR00062305

First Solar (FSLR)

As of the date of this report, Credit Suisse acts as a market maker or liquidity provider in the equities securities that are the subject of this report.

Principal is not guaranteed in the case of equities because equity prices are variable.

Commission is the commission rate or the amount agreed with a customer when setting up an account or at anytime after that.

CS may have issued a Trade Alert regarding this security. Trade Alerts are short term trading opportunities identified by an analyst on the basis of market events and catalysts, while stock ratings reflect an analyst's investment recommendations based on expected total return over a 12-month period relative to the relevant coverage universe. Because Trade Alerts and stock ratings reflect different assumptions and analytical methods, Trade Alerts may differ directionally from the analyst's stock rating.

The author(s) of this report maintains a CS Model Portfolio that he/she regularly adjusts. The security or securities discussed in this report may be a component of the CS Model Portfolio and subject to such adjustments (which, given the composition of the CS Model Portfolio as a whole, may differ from the recommendation in this report, as well as opportunities or strategies identified in Trading Alerts concerning the same security). The CS Model Portfolio and important disclosures about it are available at www.credit-suisse.com/ti.

Taiwanese Disclosures: Reports written by Taiwan-based analysts on non-Taiwan listed companies are not considered recommendations to buy or sell securities under Taiwan Stock Exchange Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers.

To the extent this is a report authored in whole or in part by a non-U.S. analyst and is made available in the U.S., the following are important disclosures regarding any non-U.S. analyst contributors:

The non-U.S. research analysts listed below (if any) are not registered/qualified as research analysts with FINRA. The non-U.S. research analysts listed below may not be associated persons of CSSU and therefore may not be subject to the NASD Rule 2711 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

For Credit Suisse disclosure information on other companies mentioned in this report, please visit the website at www.credit-suisse.com/researchdisclosures or call +1 (877) 291-2683.

Disclaimers continue on next page.

Provided for the exclusive use of Larry Polizzotto at First Solar, Inc. on 26-Oct-2011 11:06 AM.

CONFIDENTIAL

FSLR00062306



This report is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse AG, the Swiss bank, or its subsidiaries or its affiliates ("CS") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CS. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CS. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CS or its affiliates.

The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CS may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CS will not treat recipients as its customers by virtue of their receiving the report. The investments or services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice or a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you. CS does not offer advice on the tax consequences of investment and you are advised to contact an independent tax adviser. Please note in particular that the bases and levels of taxation may change.

CS believes the information and opinions in the Disclosure Appendix of this report are accurate and complete. Information and opinions presented in the other sections of the report were obtained or derived from sources CS believes are reliable, but CS makes no representations as to their accuracy or completeness. Additional information is available upon request. CS accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that liability arises under specific statutes or regulations applicable to CS. This report is not to be relied upon in substitution for the exercise of independent judgment. CS may have issued, and may in the future issue, a trading call regarding this security. Trading calls are short term trading opportunities based on market events and catalysts, while stock ratings reflect investment recommendations based on expected total return over a 12-month period as defined in the disclosure section. Because trading calls and stock ratings reflect different assumptions and analytical methods, trading calls may differ directionally from the stock rating. In addition, CS may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and CS is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report. CS is involved in many businesses that relate to companies mentioned in this report. These businesses include specialized trading, risk arbitrage, market making, and other proprietary trading.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgement at its original date of publication by CS and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk.

Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase.

Some investments discussed in this report have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment, in such circumstances you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed.

This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of CS, CS has not reviewed the linked site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CS's own website material) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through this report or CS's website shall be at your own risk.

This report is issued and distributed in Europe (except Switzerland) by Credit Suisse Securities (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is regulated in the United Kingdom by The Financial Services Authority ("FSA"). This report is being distributed in Germany by Credit Suisse Securities (Europe) Limited Niederlassung Frankfurt am Main regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht ("BaFin"). This report is being distributed in the United States by Credit Suisse Securities (USA) LLC ; in Switzerland by Credit Suisse AG; in Canada by Credit Suisse Securities (Canada), Inc.; in Brazil by Banco de Investimentos Credit Suisse (Brasil) S.A. or its affiliates; in Mexico by Banco Credit Suisse (México), S.A. (transactions related to the securities mentioned in this report will only be effected in compliance with applicable regulation); in Japan by Credit Suisse Securities (Japan) Limited, Financial Instrument Firm, Director-General of Kanto Local Finance Bureau (Kinsho) No. 66, a member of Japan Securities Dealers Association, The Financial Futures Association of Japan, Japan Securities Investment Advisers Association, Type II Financial Instruments Firms Association; elsewhere in Asia/Pacific by whichever of the following is the appropriately authorised entity in the relevant jurisdiction: Credit Suisse (Hong Kong) Limited, Credit Suisse Equities (Australia) Limited , Credit Suisse Securities (Thailand) Limited, Credit Suisse Securities (Malaysia) Sdn Bhd, Credit Suisse AG, Singapore Branch, Credit Suisse Securities (India) Private Limited regulated by the Securities and Exchange Board of India (registration Nos. INB230970637; INF230970637; INB010970631 INF010970631), having registered address at 9th Floor, Ceejay House,Dr.A.B. Road, Worli, Mumbai - 18, India, T- +91-22 6777 3777, Credit Suisse Securities (Europe) Limited, Seoul Branch, Credit Suisse AG, Taipei Securities Branch, PT Credit Suisse Securities Indonesia, Credit Suisse Securities (Philippines ) Inc., and elsewhere in the world by the relevant authorised affiliate of the above. Research on Taiwanese securities produced by Credit Suisse AG, Taipei Securities Branch has been prepared by a registered Senior Business Person. Research provided to residents of Malaysia is authorised by the Head of Research for Credit Suisse Securities (Malaysia) Sdn. Bhd., to whom they should direct any queries on +603 2723 2020.

In jurisdictions where CS is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements. Non-U.S. customers wishing to effect a transaction should contact a CS entity in their local jurisdiction unless governing law permits otherwise. U.S. customers wishing to effect a transaction should do so only by contacting a representative at Credit Suisse Securities (USA) LLC in the U.S.

Please note that this report was originally prepared and issued by CS for distribution to their market professional and institutional investor customers. Recipients who are not market professional or institutional investor customers of CS should seek the advice of their independent financial advisor prior to taking any investment decision based on this report or for any necessary explanation of its contents. This research may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the FSA or in respect of which the protections of the FSA for private customers and/or the UK compensation scheme may not be available, and further details as to where this may be the case are available upon request in respect of this report.

Any Nielsen Media Research material contained in this report represents Nielsen Media Research's estimates and does not represent facts. NMR has neither reviewed nor approved this report and/or any of the statements made herein.

If this report is being distributed by a financial institution other than Credit Suisse AG, or its affiliates, that financial institution is solely responsible for distribution. Clients of that institution should contact that institution to effect a transaction in the securities mentioned in this report or require further information. This report does not constitute investment advice by Credit Suisse to the clients of the distributing financial institution, and neither Credit Suisse AG, its affiliates, and their respective officers, directors and employees accept any liability whatsoever for any direct or consequential loss arising from their use of this report or its content.

Copyright 2011 CREDIT SUISSE AG and/or its affiliates. All rights reserved.

**CREDIT SUISSE SECURITIES (USA) LLC**
United States of America: +1 (212) 325-2000

Provided for the exclusive use of Larry Kibozzetti at First Solar, Inc. on 26-Oct-2011 11:06 AM

CONFIDENTIAL

# EXHIBIT 45

October 25, 2011

**Goldman Sachs**

COMPANY UPDATE

# First Solar, Inc. (FSLR)

Buy

Equity Research

# Unknown unknowns: visibility limited; 6-month price target to $60

## What's changed

First Solar announced Tuesday that CEO Rob Gillette is stepping down effective immediately. Founder, Chairman, and former CEO Michael Ahearn will replace him as interim CEO while the Board actively searches for a permanent replacement. Given limited visibility into the dynamics underlying the Board's decision and thus the path of the stock, we lower our six-month price target to $60 from $90. Acknowledging heightened downside risk pending detail on the rationale and circumstances behind the CEO change, the risk/reward from these depressed levels appears favorable.

## Implications

Beyond a brief press release, the company is not responding to questions from analysts and investors, citing its pre-earnings quiet period. After the close, the company announced it will report on Thursday, November 3. In this nine-day information vacuum, we are left to contemplate a range of possibilities. Whether bullish or bearish, possible scenarios are nothing more than conjecture. However, the terse nature of today's announcement, its timing and the lack of a permanent replacement argue that this was an unanticipated event.

Our view on the company's competitive positioning remains unchanged – but unknown unknowns loom large. We have no new information that would cause us to change our estimates. But, given the overhang of today's announcement and associated uncertainties, we believe the market will unlikely be willing to pay a premium for FSLR shares vs. peers.

## Valuation

We lower our six-month price target to $60 from $90, based on 6X (from 9X prior) 2012E EPS of $10.00, in line with solar panel manufacturer peers.

## Key risks

Key risks include: project completion, pricing, cost reductions, financing and disruptive technology.

**INVESTMENT LIST MEMBERSHIP**
Americas Buy List

**Coverage View: Neutral**

Mark Wienkes, CFA
(212) 357-1986 mark.wienkes@gs.com Goldman, Sachs & Co.

David Lefty
(212) 902-9429 david.lefty@gs.com Goldman, Sachs & Co.

Brian Lee, CFA
(917) 343-3110 brian.k.lee@gs.com Goldman, Sachs & Co.

Lily Parshall, Ph.D.
(212) 902-7494 lily.parshall@gs.com Goldman, Sachs & Co.



**Investment Profile**

| Low | | High |
|---|---|---|
| Growth | | Growth |
| Returns * | | Returns * |
| Multiple | | Multiple |
| Volatility | | Volatility |

Percentile: 20th  40th  60th  80th  100th

First Solar, Inc. (FSLR)

◯ Americas Clean Energy Peer Group Average

* Returns = Return on Capital  For a complete description of the investment profile measures please refer to the disclosure section of this document.

| Key data | Current |
|---|---|
| Price ($) | 43.27 |
| 6 month price target ($) | 60.00 |
| Market cap ($ mn) | 3,769.9 |
| Dividend yield (%) | 0.0 |
| Net margin (%) | 20.4 |
| Debt/total capital (%) | 7.8 |

| | 12/10 | 12/11E | 12/12E | 12/13E |
|---|---|---|---|---|
| Revenue ($ mn) | 2,563.5 | 3,745.9 | 4,779.1 | 5,396.6 |
| EPS ($) | 7.68 | 8.75 | 10.00 | 11.00 |
| P/E (X) | 5.6 | 4.9 | 4.3 | 3.9 |
| EV/EBITDA (X) | 10.4 | 3.0 | 2.2 | 1.9 |
| ROE (%) | 21.8 | 19.8 | 19.0 | 18.5 |

| | 6/11 | 9/11E | 12/11E | 3/12E |
|---|---|---|---|---|
| EPS ($) | 0.70 | 2.75 | 3.97 | 2.36 |

**Price performance chart**



— First Solar, Inc. (L) – – S&P 500 (R)

| Share price performance (%) | 3 month | 6 month | 12 month |
|---|---|---|---|
| Absolute | (64.1) | (67.9) | (70.6) |
| Rel. to S&P 500 | (61.0) | (65.1) | (71.6) |

Source: Company data, Goldman Sachs Research estimates, FactSet. Price as of 10/26/2011 close.

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC see the end of the text. For other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

FSLR00033517

# First Solar, Inc.: Summary Financials

| Profit model ($ mn) | 12/10 | 12/11E | 12/12E | 12/13E | | Balance sheet ($ mn) | 12/10 | 12/11E | 12/12E | 12/13E |
|---|---|---|---|---|---|---|---|---|---|---|
| Total revenue | 2,563.5 | 3,745.9 | 4,779.1 | 5,396.6 | | Cash & equivalents | 765.7 | 392.4 | 762.4 | 885.4 |
| Cost of goods sold | (1,376.5) | (2,365.7) | (3,215.6) | (3,771.8) | | Accounts receivable | 307.0 | 599.3 | 477.9 | 539.7 |
| SG&A | (321.7) | (338.9) | (379.5) | (387.6) | | Inventory | 200.4 | 216.9 | 199.3 | 188.8 |
| R&D | (94.8) | (128.5) | (143.0) | (156.0) | | Other current assets | 143.4 | 327.0 | 424.7 | 471.9 |
| Other operating profit/(expense) | (19.4) | (38.2) | (40.0) | (20.0) | | **Total current assets** | **1,584.5** | **1,685.4** | **2,055.4** | **2,166.7** |
| ESO expense | -- | -- | -- | -- | | Net PP&E | 1,430.8 | 2,025.9 | 2,124.4 | 2,093.5 |
| **EBITDA** | **955.4** | **1,165.0** | **1,402.4** | **1,492.2** | | Net intangibles | 433.3 | 458.8 | 458.8 | 458.8 |
| Depreciation & amortization | (204.4) | (290.3) | (401.5) | (430.9) | | Total investments | 348.2 | 224.8 | 239.0 | 188.9 |
| **EBIT** | **751.0** | **874.7** | **1,000.9** | **1,061.3** | | Other long-term assets | 751.6 | 1,366.4 | 1,607.2 | 1,982.5 |
| Net interest income/(expense) | 14.4 | 8.9 | 3.8 | 8.2 | | **Total assets** | **4,380.4** | **5,611.4** | **6,293.6** | **6,809.4** |
| Income/(loss) from associates | 0.0 | 0.0 | 0.0 | 0.0 | | | | | | |
| Others | (1.2) | 4.6 | 6.6 | 6.6 | | Accounts payable | 82.3 | 189.3 | 225.1 | 226.3 |
| **Pretax profits** | **764.2** | **888.2** | **1,011.4** | **1,076.0** | | Short-term debt | 26.6 | 28.3 | 28.3 | 28.3 |
| Provision for taxes | (97.9) | (122.8) | (152.7) | (161.4) | | Other current liabilities | 360.8 | 406.8 | 452.7 | 453.5 |
| Minority interest | 0.0 | 0.0 | 0.0 | 0.0 | | **Total current liabilities** | **469.7** | **624.4** | **706.1** | **708.2** |
| **Net income pre-preferred dividends** | **666.3** | **765.4** | **858.6** | **914.6** | | Long-term debt | 210.8 | 332.5 | 332.5 | 332.5 |
| Preferred dividends | 0.0 | 0.0 | 0.0 | 0.0 | | Other long-term liabilities | 245.0 | 384.6 | 507.6 | 626.6 |
| **Net income (pre-exceptionals)** | **666.3** | **765.4** | **858.6** | **914.6** | | **Total long-term liabilities** | **455.8** | **717.1** | **840.1** | **959.1** |
| Post tax exceptionals | 0.0 | 0.0 | 0.0 | 0.0 | | **Total liabilities** | **925.5** | **1,341.5** | **1,546.2** | **1,667.3** |
| **Net income (post-exceptionals)** | **666.3** | **765.4** | **858.6** | **914.6** | | | | | | |
| | | | | | | Preferred shares | 0.0 | 0.0 | 0.0 | 0.0 |
| EPS (basic, pre-except) ($) | 7.82 | 8.86 | 10.11 | 11.13 | | **Total common equity** | **3,454.9** | **4,269.8** | **4,747.4** | **5,142.1** |
| EPS (diluted, pre-except) ($) | 7.68 | 8.75 | 10.00 | 11.00 | | **Minority interest** | **0.0** | **0.0** | **0.0** | **0.0** |
| EPS (basic, post-except) ($) | 7.82 | 8.86 | 10.11 | 11.13 | | | | | | |
| EPS (diluted, post-except) ($) | 7.68 | 8.75 | 10.00 | 11.00 | | **Total liabilities & equity** | **4,380.4** | **5,611.4** | **6,293.6** | **6,809.4** |
| Common dividends paid | -- | -- | -- | -- | | | | | | |
| DPS ($) | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | |
| Dividend payout ratio (%) | 0.0 | 0.0 | 0.0 | 0.0 | | **Additional financials** | **12/10** | **12/11E** | **12/12E** | **12/13E** |
| | | | | | | Net debt/equity (%) | (25.4) | (6.0) | (13.5) | (13.9) |
| | | | | | | Interest cover (X) | 125,170.4 | 370.6 | 212.0 | 224.8 |
| **Growth & margins (%)** | **12/10** | **12/11E** | **12/12E** | **12/13E** | | Inventory days | 46.8 | 32.2 | 23.6 | 18.8 |
| Sales growth | 24.1 | 46.1 | 27.6 | 12.9 | | Receivable days | 38.0 | 44.2 | 41.1 | 34.4 |
| EBITDA growth | 18.1 | 21.9 | 20.4 | 6.4 | | BVPS ($) | 39.95 | 48.89 | 55.28 | 61.83 |
| EBIT growth | 10.5 | 16.5 | 14.4 | 6.0 | | | | | | |
| Net income (pre-except) growth | 4.1 | 14.9 | 12.2 | 6.5 | | ROA (%) | 17.2 | 15.3 | 14.4 | 14.0 |
| EPS growth | 2.0 | 13.2 | 14.1 | 10.1 | | CROCI (%) | 26.4 | 8.3 | 35.5 | 24.1 |
| Gross margin | 46.3 | 36.8 | 32.7 | 30.1 | | | | | | |
| EBITDA margin | 37.3 | 31.1 | 29.3 | 27.7 | | **Dupont ROE (%)** | **19.3** | **17.9** | **18.1** | **17.8** |
| EBIT margin | 29.3 | 23.4 | 20.9 | 19.7 | | Margin (%) | 26.0 | 20.4 | 18.0 | 16.9 |
| | | | | | | Turnover (X) | 0.6 | 0.7 | 0.8 | 0.8 |
| **Cash flow statement ($ mn)** | **12/10** | **12/11E** | **12/12E** | **12/13E** | | Leverage (X) | 1.3 | 1.3 | 1.3 | 1.3 |
| Net income | 666.3 | 765.4 | 858.6 | 914.6 | | | | | | |
| D&A add-back (incl. ESO) | 204.4 | 290.3 | 401.5 | 430.9 | | Free cash flow per share ($) | 1.37 | (2.58) | 10.00 | 10.50 |
| Minority interest add-back | 0.0 | 0.0 | 0.0 | 0.0 | | Free cash flow yield (%) | 1.1 | (6.0) | 23.1 | 24.3 |
| Net (inc)/dec working capital | 7.6 | 339.4 | (123.0) | 96.4 | | | | | | |
| Other operating cash flow | 0.0 | 0.0 | 0.0 | 0.0 | | | | | | |
| **Cash flow from operations** | **705.5** | **628.0** | **1,349.1** | **1,262.9** | | | | | | |
| | | | | | | | | | | |
| Capital expenditures | (588.9) | (850.0) | (500.0) | (400.0) | | | | | | |
| Acquisitions | (267.9) | (21.1) | 0.0 | 0.0 | | | | | | |
| Divestitures | 0.0 | 0.0 | 0.0 | 0.0 | | | | | | |
| Others | 114.7 | (277.8) | (98.2) | (219.9) | | | | | | |
| **Cash flow from investing** | **(742.1)** | **(1,148.9)** | **(598.2)** | **(619.9)** | | | | | | |
| | | | | | | | | | | |
| Dividends paid (common & pref) | 0.0 | 0.0 | 0.0 | 0.0 | | | | | | |
| Inc/(dec) in debt | 72.1 | 113.2 | 0.0 | 0.0 | | | | | | |
| Other financing cash flows | 65.7 | 34.4 | (381.0) | (520.0) | | | | | | |
| **Cash flow from financing** | **137.8** | **147.6** | **(381.0)** | **(520.0)** | | | | | | |
| **Total cash flow** | **101.2** | **(373.3)** | **370.0** | **123.0** | | | | | | |

Note: Last actual year may include reported and estimated data.

Source: Company data, Goldman Sachs Research estimates.

## Analyst Contributors

Mark Wienkes, CFA
mark.wienkes@gs.com

Lily Parshall, Ph.D.
lily.parshall@gs.com

David Lefty
david.lefty@gs.com

Brian Lee, CFA
brian.k.lee@gs.com

FSLR00033518

# Reg AC

I, Mark Wienkes, CFA, hereby certify that all of the views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

# Investment Profile

The Goldman Sachs Investment Profile provides investment context for a security by comparing key attributes of that security to its peer group and market. The four key attributes depicted are: growth, returns, multiple and volatility. Growth, returns and multiple are indexed based on composites of several methodologies to determine the stocks percentile ranking within the region's coverage universe.

The precise calculation of each metric may vary depending on the fiscal year, industry and region but the standard approach is as follows:

**Growth** is a composite of next year's estimate over current year's estimate, e.g. EPS, EBITDA, Revenue. **Return** is a year one prospective aggregate of various return on capital measures, e.g. CROCI, ROACE, and ROE. **Multiple** is a composite of one-year forward valuation ratios, e.g. P/E, dividend yield, EV/FCF, EV/EBITDA, EV/DACF, Price/Book. **Volatility** is measured as trailing twelve-month volatility adjusted for dividends.

# Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

# GS SUSTAIN

GS SUSTAIN is a global investment strategy aimed at long-term, long-only performance with a low turnover of ideas. The GS SUSTAIN focus list includes leaders our analysis shows to be well positioned to deliver long term outperformance through sustained competitive advantage and superior returns on capital relative to their global industry peers. Leaders are identified based on quantifiable analysis of three aspects of corporate performance: cash return on cash invested, industry positioning and management quality (the effectiveness of companies' management of the environmental, social and governance issues facing their industry).

# Disclosure Appendix

### Coverage group(s) of stocks by primary analyst(s)

Mark Wienkes, CFA: America-Clean Energy.

America-Clean Energy: A123 Systems, Inc., Amyris, Inc., Elster Group SE, Ener1, Inc., EnerSys Inc., First Solar, Inc., Itron, Inc., KiOR, Inc., MEMC Electronic Materials, Inc., Solazyme, Inc., STR Holdings, Inc., SunPower Corp..

### Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs has received compensation for investment banking services in the past 12 months: First Solar, Inc. ($43.27)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: First Solar, Inc. ($43.27)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: First Solar, Inc. ($43.27)

Goldman Sachs had a non-investment banking securities-related services client relationship during the past 12 months with: First Solar, Inc. ($43.27)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: First Solar, Inc. ($43.27)

Goldman Sachs makes a market in the securities or derivatives thereof: First Solar, Inc. ($43.27)

Goldman Sachs is a specialist in the relevant securities and will at any given time have an inventory position, "long" or "short," and may be on the opposite side of orders executed on the relevant exchange: First Solar, Inc. ($43.27)

Goldman Sachs holds a position greater than U.S. $15 million (or equivalent) in the debt or debt instruments of: First Solar, Inc. ($43.27)

### Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global coverage universe

| | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|

FSLR00033519

| | Buy | Hold | Sell | | Buy | Hold | Sell |
|---|---|---|---|---|---|---|---|
| Global | 31% | 55% | 14% | | 50% | 43% | 36% |

As of October 1, 2011, Goldman Sachs Global Investment Research had investment ratings on 3,198 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by NASD/NYSE rules. See 'Ratings, Coverage groups and views and related definitions' below.

## Price target and rating history chart(s)



## Regulatory disclosures

## Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs usually makes a market in fixed income securities of issuers discussed in this report and usually deals as a principal in these securities.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director, advisory board member or employee of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. and therefore may not be subject to NASD Rule 2711/NYSE Rules 472 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at http://www.gs.com/research/hedge.html.

## Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act. **Brazil:** Disclosure information in relation to CVM Instruction 483 is available at http://www.gs.com/worldwide/brazil/gir/index.html. Where applicable, the Brazil-registered analyst primarily responsible for the content of this research report, as defined in Article 16 of CVM Instruction 483, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text. **Canada:** Goldman Sachs & Co. has approved of, and agreed to take responsibility for, this research in Canada if and to the extent it relates to equity securities of Canadian issuers. Analysts may conduct site visits but are prohibited from accepting payment or reimbursement by the company of travel expenses for such visits. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited; **Japan:** See below. **Korea:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in the Russian legislation, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on appraisal activity. **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor. **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Services Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 4 (1) (d) and Article 6 (2) of the European Commission Directive 2003/126/EC is available at http://www.gs.com/client_services/global_investment_research/europeanpolicy.html which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer under the Financial Instrument and Exchange Law, registered with the Kanto Financial Bureau (Registration No. 69), and is a member of Japan Securities Dealers Association (JSDA) and Financial Futures Association of Japan (FFAJ). Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

FSLR00033520

## Ratings, coverage groups and views and related definitions

**Buy (B), Neutral (N), Sell (S)** -Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's return potential relative to its coverage group as described below. Any stock not assigned as a Buy or a Sell on an Investment List is deemed Neutral. Each regional Investment Review Committee manages various regional Investment Lists to a global guideline of 25%-35% of stocks as Buy and 10%-15% of stocks as Sell; however, the distribution of Buys and Sells in any particular coverage group may vary as determined by the regional Investment Review Committee. Regional Conviction Buy and Sell lists represent investment recommendations focused on either the size of the potential return or the likelihood of the realization of the return.

**Return potential** represents the price differential between the current share price and the price target expected during the time horizon associated with the price target.  Price targets are required for all covered stocks. The return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups and views:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html. The analyst assigns one of the following coverage views which represents the analyst's investment outlook on the coverage group relative to the group's historical fundamentals and/or valuation. **Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation. **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation. **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Not Rated (NR).** The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs, and pursuant to certain contractual arrangements, on a global basis. Analysts based in Goldman Sachs offices around the world produce equity research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs & Partners Australia Pty Ltd (ABN 21 006 797 897) on behalf of Goldman Sachs; in Brazil by Goldman Sachs do Brasil Banco Múltiplo S.A.; in Canada by Goldman Sachs & Co. regarding Canadian equities and by Goldman Sachs & Co. (all other research); in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs & Partners New Zealand Limited on behalf of Goldman Sachs; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International, authorized and regulated by the Financial Services Authority, has approved this research in connection with its distribution in the European Union and United Kingdom; Goldman Sachs AG, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht, may also distribute research in Germany.

## General disclosures

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co., the United States broker dealer, is a member of SIPC (http://www.sipc.org).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our proprietary trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, our proprietary trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analysts' published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analysts' fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage group as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Investors should review current options disclosure documents which are available from Goldman Sachs sales representatives or at http://www.theocc.com/about/publications/character-risks.jsp. Transactions cost may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Supporting documentation will be supplied upon request.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our internal client websites.  Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for the redistribution of

**FSLR00033521**

Case 2:12-cv-00555-DGC    Document 361-5    Filed 04/27/15    Page 68 of 99

our research by third party aggregators. For all research available on a particular stock, please contact your sales representative or go to http://360.gs.com.

Disclosure information is also available at http://www.gs.com/research/hedge.html or from Research Compliance, 200 West Street, New York, NY 10282.

**Copyright 2011 Goldman Sachs.**

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

**FSLR00033522**

# EXHIBIT 46

**North America** United States
**Industrials** Clean Technology

**Deutsche Bank** ⧄

Global Markets Research • Company

**25 Oct 2011** - 03:00:47 PM EDT

## COMPANY ALERT

## First Solar Inc.

### FSLR CEO departure: Sector/stock implications

## Breaking News

## Hold

Reuters:FSLR.OQ Exchange:NMS Ticker:FSLR

| | |
|---|---|
| Price (USD) | 57.95 |
| Price target | 70.00 |
| 52-week range | 170.80 - 51.07 |
| Market cap (USDm) | 5,045.4 |
| Shares outstanding (m) | 87.1 |
| Volume (24 Oct 2011) | 1,049,633 |
| S&P 500 INDEX | 1,254.19 |

| FYE 12/31 | 2010A | 2011E | 2012E |
|---|---|---|---|
| 1Q EPS | 2.00 | 1.33A | 1.51 |
| 2Q EPS | 1.84 | 0.70A | 1.46 |
| 3Q EPS | 2.04 | 2.53 | 2.11 |
| 4Q EPS | 1.80 | 4.43 | 3.43 |
| FY EPS (USD) | 7.71 | 9.00 | 8.50 |
| P/E (x) | 16.5 | 6.4 | 6.8 |

\* Includes the impact of FAS123R requiring the expensing of stock options.

First Solar announced that, effective immediately, Rob Gillette will no longer be serving as CEO. Chairman Mike Ahearn will serve in the role in the interim. Mr. Gillette was appointed CEO to succeed Mike Ahearn in September of 2009 after having spent the previous 4 years as CEO and president of Honeywell Aerospace.

Our take: The press release is short on details and we believe the news (along with timing of announcement) is likely to raise a lot of investor questions about the health of overall industry as well as near/longer term profitability outlook of the company. Yesterday, media reports indicated that negotiations of sale of Topaz project to Enbridge fell through. As we highlighted in our note today, revenue recognition of Topaz could also likely get delayed and overall systems business profitability may not be as high as investors think.

Investors are likely to focus on 1) competition from GE, Abound in the CdTe sector, 2) rapidly declining poly prices and 3) potential risk of executing against cost/efficiency roadmaps as some of the areas of concern for the company going forward.

As we highlighted in our note today, worst case downside risk to the shares could be $20 assuming shares trade at 1x replacement value or inline with capacity valuation of Vestas. The systems pipeline has the potential to generate $25 cash over the next 3-4 years. We do not expect investors to assign much value to the cash as the company would need the cash for construction financing. Downside risk as such is somewhere between $20 and $45 (see note, Cleantech Insights Vol. 4; FSLR Systems Business Analysis, SPI Recap, published today, for more details).

| Vishal Shah | Scott Reynolds | Chad Dillard |
|---|---|---|
| Research Analyst | Research Associate | Research Associate |
| (+1) 212 250-0028 | (+1) 212 250-5427 | (+1) 212 250-8390 |
| vish.shah@db.com | scott.reynolds@db.com | chad.dillard@db.com |

Deutsche Bank Securities Inc.

All prices are those current at the end of the previous trading session unless otherwise indicated. Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies. Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

THE VIEWS EXPRESSED ABOVE ACCURATELY REFLECT PERSONAL VIEWS OF THE AUTHORS ABOUT THE SUBJECT COMPANY(IES) AND ITS(THEIR) SECURITIES. THEY HAVE NOT AND WILL NOT RECEIVE ANY COMPENSATION FOR PROVIDING A SPECIFIC RECOMMENDATION OR VIEW IN THIS REPORT. FOR OTHER DISCLOSURES PLEASE VISIT HTTP://GM.DB.COM MICA(P) 146/04/2011.

CONFIDENTIAL

# EXHIBIT 47



**Company Update**
October 25, 2011
CLEAN TECHNOLOGY AND ENERGY EFFICIENCY

**Equity Research**

**Dale R. Pfau**
650-529-1993
dpfau@cantor.com

## First Solar, Inc. (FSLR-$45.25)

**Rating: SELL**

**Target Price: $55.00**

## CEO Out; Stock Plunges; We Will Not Call a Bottom: SELL

| REV | 1Q | 2Q | 3Q | 4Q |
|-----|-----|-----|-----|-----|
| 2009A | 418.2A | 525.9A | 480.9A | 641.3A |
| 2010A | 568.0A | 587.9A | 798.0A | 609.8A |
| 2011E | 567.0A | 532.8A | 1,005.0E | 1,410.0E |
| 2012E | — | — | — | — |

| EPS | 1Q | 2Q | 3Q | 4Q |
|-----|-----|-----|-----|-----|
| 2009A | 1.99A | 2.11A | 1.79A | 1.65A |
| 2010A | 2.00A | 1.84A | 2.04A | 1.80A |
| 2011E | 1.33A | 0.70A | 2.50E | 3.72E |
| 2012E | — | — | — | — |

| FY | 2009A | 2010A | 2011E | 2012E |
|-----|-----|-----|-----|-----|
| REV | 2,066.0A | 2,563.5A | 3,565.0E | 3,610.0E |
| P/S | 2.4 | 2.0 | 1.4 | 1.4 |
| EPS | 7.53A | 7.68A | 8.26E | 7.82E |
| P/E | 7.7x | 7.5x | 7.0x | 7.4x |

- Today, during market hours, the company announced that Rob Gillette was no longer serving as CEO and that Mike Ahern, Founder and Chairman, had returned to the CEO position.

- Since we expect that FSLR will release earnings next week, we believe that this does not bode well for the outlook. Our view on First Solar has not changed since June 2010, and our thesis is beginning to play out.

- We believe that supply of solar panels will significantly exceed demand in 2011 and 2012. We expect that worldwide demand in 2012 will be in the range of 17-19 Gw, flat with our expectation for 17-19 Gw in 2011. Prices have moved down significantly this year and they could go lower.

- Our estimates for 2011 and 2012 are already well below consensus, but in a market with rapidly dropping prices, they may turn out to be conservative.

- We are unwilling to call a bottom in the shares of FSLR because we believe that fundamentals over the next 12-18 months will be extremely challenging. With the shares trading well below our target price of $55, we will await the company's release to provide an update.

- Please see *Solar Industry Eclipse* dated September 28, 2011 report for an update on our thesis.

- We believe that First Solar remains well positioned to flourish in a market with low or no subsidies once the market consolidates, and we suggest that investors wait for a more opportune time to accumulate shares.

**Current Statistics**

| | | | |
|-----|-----|-----|-----|
| Market Cap ($B) | 5.0B | Beta: | 1.37 |
| Avg. Daily Trading Volume (3 mo.): | 2,791,012 | Float Shares (Mil): | 54.310 |
| Shares Out (Mil): | 86.305 | Short Interest (Mil): | 16.900 |
| Float Shares (Mil): | 54.310 | Short Interest- Days to Cover: | 7.9 |
| 52 Wk. Range | $175.45-$61.55 | Institutional Holdings: | 75.2% |

*Intraday Price: at 3:00 PM*

**Company Description**

*First Solar, Inc. designs, manufactures, and sells solar electric power modules using a proprietary thin-film semiconductor technology. It also designs, constructs, and sells photovoltaic (PV) solar power systems. The company"s solar modules employ a thin layer of cadmium telluride semiconductor material to convert sunlight into electricity. Its integrated solar power systems activities include project development; engineering, procurement, and construction services; operating and maintenance services; and project finance. First Solar, Inc. sells its products to solar project developers, system integrators, and operators of renewable energy projects in the United States, Germany, France, and internationally. First Solar was founded in 1999 and is headquartered in Tempe, Arizona.*

The Disclosure Section may be found on pages 6 - 7 of this report.

**FSLR00033481**



### Valuation

We use a 7x earnings multiple on our 2012 estimate to arrive at a target price of $55.

### Risks

There are a number of risks associated with an investment in the shares of First Solar. We have highlighted those we believe are the major risks below, but we would recommend that investors examine the risk factor section of the company's 10-Q and 10-K filings.

The worldwide financial crisis permanently affected the solar industry by driving prices down. Although demand is currently strong, downward pricing pressure is expected to continue. There can be no assurance that demand will be robust over the entire forecast period.

First Solar competes in a high-growth global market. The demand in this market has been supported by positive government policies and subsidies in many countries including Germany, Spain, the United States, and many others. Any negative change in these policies could have negative implications for the company's financial outlook.

First Solar competes in a high-growth global market. This growth has attracted considerable worldwide investment to expand capacity and develop new technologies. If the additional capacity significantly exceeds the demand in the industry, there could be more downward price pressure than currently anticipated. This could have negative consequences on the company's revenue and margin forecasts. If new technologies are developed that have considerably better cost and performance characteristics, the company's business model may be significantly damaged.

First Solar depends upon the availability of certain materials and metals to manufacture its products. Worldwide events that may impact the supply of cadmium, tellurium, or PV quality glass could impact the company's ability to meet its revenue and cost objectives.

The products manufactured by First Solar contain cadmium telluride and cadmium sulfide. Cadmium and many of its compounds are regulated as hazardous materials, and adverse health effects may arise from exposure. Exposure to employees or to the general public through the company's products could result in claims against the company. A major incident or claim could have a material effect on the company's ability to sell or manufacture its products and would negatively affect financial results. Furthermore, the use of cadmium is also subject to increasingly stringent governmental regulation. In some cases, specific countries or regions may adopt regulations that restrict the use of cadmium in specified products. If PV modules are specifically included in any of these regulations, the company could see a loss of sales in those regions or countries. This could significantly affect the company's financial results.

The company conducts business and incurs costs in the local currency of most of the countries in which it operates. Since the company reports its results in U.S. dollars, changes in exchange rates between foreign currencies and the U.S. dollar could result in exchange gains or losses. Since the company expects a large percentage of its sales to be outside the U.S., the company cannot accurately predict the impact of future exchange rate fluctuations on its operations. In 2009, 86% of the company's revenue was denominated in euros. The company also enters into forward hedge contracts.

FSLR00033482

**CANTOR** *Fitzgerald*

October 25, 2011

The Estate of John T. Walton and its affiliates, including JCL Holdings, LLC and JTW Trust No. 1 UAD 9/19/02, owned approximately 35% of the outstanding common stock of the company as of December 31, 2009. This shareholder therefore has substantial influence over all matters that require stockholder approval. There can be no guarantee that this shareholder's interest or actions will be aligned with other shareholders.

3

FSLR00033483

## First Solar (FSLR)

### Income Statement  9/27/2011

| | FY2009 | Mar-10 | Jun-10 | Sep-10 | Dec-10 | FY2010 | Mar-11 | Jun-11 | Sep-11 E | Dec-11 E | FY2011 E | FY2012 E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | 16.1% | 15.2% | 28.6% | 40.1% | | |
| Module Revenue | 2066.20 | 529.27 | 500.95 | 574.50 | 579.31 | 2184.03 | 519.29 | 474.17 | 680.00 | 970.00 | 2643.47 | 2710.00 |
| EPC/Dev revenue | 0.00 | 38.69 | 86.90 | 223.40 | 30.49 | 379.48 | 48.00 | 58.60 | 325.00 | 440.00 | 871.60 | 900.00 |
| Total Revenue | 2066.20 | 567.96 | 587.85 | 797.90 | 609.80 | 2563.51 | 567.29 | 532.77 | 1005.00 | 1410.00 | 3515.07 | 3610.00 |
| sequential growth | 65.8% | -11.4% | 3.5% | 35.7% | -23.6% | 24.1% | -7.0% | -6.1% | 88.6% | 40.3% | 37.1% | 2.7% |
| Cost of Revenue | | | | | | | | | | | | |
| Module | 1021.62 | 251.62 | 238.49 | 281.65 | 294.87 | 1066.62 | 261.20 | 283.56 | 326.40 | 475.30 | 1346.46 | 1436.30 |
| EPC/Dev | 0.00 | 34.31 | 65.18 | 194.36 | 18.21 | 312.05 | 46.42 | 54.42 | 302.25 | 409.20 | 812.29 | 837.00 |
| Total Cost of Revenue | 1021.62 | 285.92 | 303.66 | 476.01 | 313.08 | 1378.67 | 307.63 | 337.98 | 628.65 | 884.50 | 2158.75 | 2273 |
| | | | | | | | | | | | | |
| Gross Margin | 1044.58 | 282.04 | 284.19 | 321.89 | 296.72 | 1184.85 | 259.67 | 194.80 | 376.35 | 525.50 | 1356.31 | 1337 |
| | 51% | 50% | 48% | 40% | 49% | 46% | 45.8% | 36.6% | 37% | 37% | 39% | 37% |
| Operating Expenses | | | | | | | | | | | | |
| Research & Development | 78.16 | 22.89 | 22.84 | 21.47 | 27.60 | 94.80 | 31.35 | 33.10 | 31.00 | 35.00 | 130.45 | 131 |
| Sales, General, & Administrative | 272.90 | 66.86 | 78.60 | 84.96 | 91.28 | 321.70 | 87.00 | 86.87 | 89.00 | 110.00 | 372.87 | 375 |
| Production Start-Up | 13.91 | 1.14 | 2.29 | 3.82 | 12.19 | 19.44 | 11.93 | 10.29 | 6.50 | 6.50 | 35.23 | 25 |
| Total Operating Expenses | 364.97 | 90.90 | 103.72 | 110.25 | 131.07 | 435.94 | 130.28 | 130.27 | 126.50 | 151.50 | 538.55 | 531 |
| | | | | | | | 15.8% | 7.9% | 30.6% | 45.7% | | |
| Income (loss) from Operations | 679.62 | 191.14 | 180.47 | 211.64 | 165.65 | 748.90 | 129.38 | 64.53 | 249.85 | 374.00 | 817.76 | 806 |
| | 33% | 34% | 31% | 27% | 27% | | 23% | 12% | 25% | 27% | | |
| Foreign Currency Gain | 5.21 | -0.696 | -2.625 | -1.001 | 0.85 | -3.47 | 0.95 | 1.659 | 0 | 0 | 2.61 | 0 |
| Interest income | 9.74 | 5.648 | 3.035 | 2.658 | 3.03 | 14.38 | 3.02 | 3.417 | 3.417 | 3.417 | 13.27 | 13 |
| Interest Expense | -5.26 | | -0.006 | 0 | | -0.01 | | | | | 0.00 | 0 |
| Other income (expense) net | -2.99 | -0.734 | -0.439 | -0.38 | 3.83 | 2.27 | -0.349 | 2.351 | 2.351 | 2.351 | 6.70 | 6 |
| | | | | | | | | | | | | |
| Income before taxes | 686.31 | 195.36 | 180.44 | 212.91 | 173.37 | 762.06 | 133.01 | 71.96 | 255.62 | 379.77 | 840.35 | 812.70 |
| Income Tax Expense | 46.18 | 23.014 | 21.4 | 36.1 | 17.4 | 97.88 | 17.0 | 10.8 | 37.1 | 55.1 | 119.99 | 117.8 |
| | | | | | | | | | | | | |
| Net Income | 640.14 | 172.35 | 159.04 | 176.86 | 155.94 | 664.20 | 115.97 | 61.14 | 218.55 | 324.70 | 720.36 | 694.86 |
| | | | | | | | | | | | | |
| Earnings per share, Basic | 7.67 | 2.04 | 1.87 | 2.08 | 1.83 | 7.82 | 1.36 | 0.71 | 2.53 | 3.76 | 8.37 | 7.97 |
| Earnings per share, fully diluted | 7.53 | 2.00 | 1.84 | 2.04 | 1.80 | 7.68 | 1.33 | 0.70 | 2.50 | 3.72 | 8.26 | 7.82 |
| | | | | | | | | | | | | |
| Shares Basic | 83.5 | 84.5 | 84.9 | 85.1 | 85.2 | 84.9 | 85.3 | 86.2 | 86.3 | 86.4 | 86.0 | 87.2 |
| Shares Fully Diluted | 85.0 | 86.1 | 86.4 | 86.6 | 86.8 | 86.5 | 87.1 | 87.1 | 87.3 | 87.4 | 87.2 | 88.9 |

*Source: Company Reports, Cantor Fitzgerald Estimates*

Case 2:12-cv-00555-DGC   Document 361-5   Filed 04/27/15   Page 75 of 99

FSLR000033484



October 25, 2011

# First Solar (FSLR)
## Balance Sheet

| in millions | 8/4/2011 | Mar-10 | Jun-10 | Sep-10 | Dec-10 | Mar-11 | Jun-11 |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current assets | | | | | | | |
| Cash and cash equivalents | | 421 | 510 | 621 | 766 | 356 | 357 |
| Marketable Securities | | 293 | 286 | 212 | 168 | 200 | 107 |
| Restricted Cash-current | | | | | | | |
| Accounts Receivable, net | | 295 | 256 | 316 | 306 | 363 | 542 |
| Accounts Receivable unbilled | | | 105 | 148 | 1 | 11 | 64 |
| Inventories, net | | 172 | 194 | 184 | 196 | 271 | 323 |
| Balance of Systems Parts | | | | | 5 | 16 | 34 |
| Project Assets | | 0 | 0 | 0 | | | 145 |
| Deferred Tax Asset, Net | | 22 | 19 | 0 | 0 | 0 | 4 |
| Prepaid Expenses & Other current | | 201 | 244 | 132 | 143 | 178 | 261 |
| **Total Current Assets** | | **1405** | **1616** | **1615** | **1584** | **1394** | **1836** |
| | | | | | | | |
| Property, Plant & Equipment | | 1030 | 1095 | 1245 | 1431 | 1550 | 1728 |
| Project Assets | | 132 | 140 | 297 | 320 | 384 | 310 |
| Deferred Tax Asset, Net | | 150 | 158 | 258 | 259 | 266 | 268 |
| Marketable Securities | | 306 | 164 | 164 | 180 | 157 | 51 |
| Restricted Cash & Investments | | 77 | 81 | 95 | 86 | 148 | 175 |
| Investment in Related Party | | 25 | 25 | 25 | 0 | 0 | 0 |
| Goodwill | | 287 | 287 | 433 | 433 | 459 | 459 |
| Inventories | | 27 | 31 | 36 | 43 | 31 | 43 |
| Other long-term assets | | 35 | 35 | 35 | 43 | 46 | 70 |
| | | | | | | | |
| **Total Assets** | | **3474** | **3631** | **4202** | **4380** | **4434** | **4939** |
| | | | | | | | |
| **LIABILITIES & SHAREHOLDERS EQUITY** | | | | | | | |
| | | | | | | | |
| Current Liabilities | | | | | | | |
| Accounts Payable | | 76 | 68 | 71 | 82 | 99 | 190 |
| Income Taxes Payable | | 16 | 29 | 18 | 17 | 28 | 36 |
| Accrued Expenses | | 141 | 184 | 283 | 244 | 229 | 242 |
| Current Portion of Long Term Debt | | 26 | 24 | 27 | 27 | 28 | 28 |
| Other Current Liabilities | | 63 | 20 | 60 | 100 | 85 | 95 |
| **Total current Liabilities** | | **322** | **325** | **458** | **470** | **470** | **592** |
| | | | | | | | |
| Accrued Collection/Recycle Liability | | 98 | 102 | 129 | 133 | 156 | 177 |
| Long Term Debt | | 136 | 114 | 224 | 211 | 104 | 332 |
| Other Liabilities | | 70 | 78 | 90 | 112 | 139 | 157 |
| **Total Liabilities** | | **627** | **619** | **900** | **925** | **868** | **1258** |
| | | | | | | | |
| Common Stock | | 0 | 0 | 0 | 0 | 0 | 0 |
| Additional Paid-In Capital | | 1675 | 1695 | 1820 | 1815 | 1835 | 1878 |
| Contingent Consideration | | 3 | 2 | 2 | 1 | 1 | 0 |
| Accumulated Earnings | | 1174 | 1333 | 1510 | 1666 | 1782 | 1843 |
| Accumulated Other Comprehensive Loss | | -4 | -17 | -30 | -27 | -51 | -40 |
| **Total Shareholder's Equity** | | **2847** | **3012** | **3301** | **3455** | **3566** | **3682** |
| | | | | | | | |
| **Total Liabilities & Shareholder's Equity** | | **3474** | **3631** | **4202** | **4380** | **4434** | **4939** |

*Source: Company Reports*

FSLR00033485

# Disclosures Appendix

## Analyst Certification

The analyst primarily responsible for this research report, and whose name appears on the front cover, certifies that: (i) all of the views expressed in this research report accurately reflects his or her personal views about any and all of the subject securities or issuers featured in this report; and (ii) no part of any of the research analyst's compensation was, is, or will be, directly or indirectly related to the specific recommendations or views expressed by the research analyst in this report.

## Legal Disclosures

Investment banking (next 3 months): Cantor Fitzgerald and/or its affiliates, expect to receive, or intend to seek, compensation for investment banking services within the next three months from all of the companies referenced within this report.

Lead or Co-manager: Cantor Fitzgerald and/or its affiliates, has not acted as lead or co-manager in a public offering of equity and/or debt securities for First Solar, Inc. within the last 12 months

Cantor Fitzgerald and/or its affiliates has not received compensation for investment banking services in the last 12 months from First Solar, Inc..

Cantor Fitzgerald and/or its affiliates is a market maker in First Solar, Inc..

## Cantor Fitzgerald's rating system

**BUY:** We have a positive outlook on the stock based on our expected 12 month return relative to its risk. The expected return is based on our view of the company and industry fundamentals, catalysts, and valuation. We recommend investors add to their position.

**HOLD:** We have a neutral outlook on the stock based on our expected 12 month return relative to its risk. The expected return is based on our view of the company and industry fundamentals, catalysts, and valuation.

**SELL:** We have a negative outlook on the stock based on our expected 12 month return relative to its risk. The expected return is based on our view of the company and industry fundamentals, catalysts, and valuation. We recommend investors reduce their position.

**NC:** Not Covered. Cantor Fitzgerald does not provide an investment opinion or does not provide research coverage on this stock.

Prior to September 12, 2006, Cantor Fitzgerald had the below ratings:

BUY - denotes stocks that we expect will provide a total return (price appreciation plus yield) of 15% or more over a 12-month period. a BUY rated stock is expected to outperform the total average return of analyst's industry coverage universe on a risk adjusted basis.

HOLD - denotes stocks that we suggest will provide a total return or total negative return of up to 15% over 12-month period. A HOLD rated stock is expected to perform in-line with the total average return of the analyst's industry coverage universe on a risk adjusted basis.

SELL - denotes stocks that we expect to provide a total negative return of more than 15% over a 12 month period. A SELL rated stock is expected to underperform the total average return of the analyst's industry coverage universe on a risk adjusted basis.

NC - Not Covered. Cantor Fitzgerald does not provide research coverage on this company.

## Other Disclosures

This report is for informational purposes only and is based on publicly available data believed to be reliable, but no representation is made that such data are accurate or complete. Opinions and projections contained herein reflect our opinion as of the date of this report and are subject to change. Pursuant to Cantor Fitzgerald.s policy, the author of this report does not own shares in any company he/she covers.

## Additional material for UK investors

This material is approved for distribution in the United Kingdom by Cantor Fitzgerald Europe, regulated by the Financial Services Authority (FSA). While we believe this information and the materials upon which this information was based, is accurate, except for any obligations under the rules of the FSA, we do not guarantee its accuracy. This material is only intended for use by professionals or institutional investors who fall within articles 19 or 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2001 and not the general investing public. None of the investments or investment services mentioned or described herein are available to other persons in the U.K and in particular, are not available to "private customers" as defined by the rules of the FSA.

## Disclosure for Canadian Institutional Investors

This research report was prepared by analysts of Cantor Fitzgerald & Co. and not by Cantor Fitzgerald Canada Corporation. As a result this report has not been prepared subject to Canadian Disclosure requirements. Cantor Fitzgerald Canada Corporation itself does not issue research reports but may distribute research reports prepared by its affiliates.

FSLR00033486

CANTOR
*Fitzgerald*                                                                October 25, 2011

**Risks**

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based on their specific investment objectives. Past performance should not be taken as an indication or guarantee of future performance. The price, value of and income from, any of the financial instruments featured in this report can rise as well as fall and be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's currency, a change in exchange rates may adversely affect the price or value of, or income derived from, the financial instrument, and such investors effectively assume currency risk. In addition, investors in securities such as ADRs, whose value is affected by the currency of the home market of the underlying security, effectively assume currency risk.



Distribution of Ratings/Investment Banking Services (IB) as of 10/25/11
Cantor

| Rating | Count | Percent | IB Serv./Past 12 Mos. | |
| --- | --- | --- | --- | --- |
| | | | Count | Percent |
| BUY [B] | 50 | 67.60 | 13 | 26.00 |
| HOLD [H] | 18 | 24.30 | 2 | 11.11 |
| SELL [S] | 6 | 8.10 | 1 | 16.67 |

*Additional information available on request*
*Copyright (C) Cantor Fitzgerald 2011*

7

FSLR00033487

EXHIBIT 48

# Morgan Stanley

**MORGAN STANLEY RESEARCH**
**NORTH AMERICA**

Morgan Stanley & Co. LLC

**Smittipon Srethapramote**
Smittipon.Srethapramote@morganstanley.com
+1 212 761 3914

**Joshua Paradise, CFA**
Joshua.Paradise@morganstanley.com
+1 212 761 4014

**Vidya Adala**
Vidya.Adala@morganstanley.com
+1 212 761 6476

**Timothy Radcliff**
Timothy.Radcliff@morganstanley.com
+1 212 761 4139

October 25, 2011

**Stock Rating**
**Equal-weight**

**Industry View**
**In-Line**

# First Solar Inc.

## Quick Comment: Unexpected CEO Departure

**Impact on our views:** We believe that Robert Gillette's unexpected departure is likely a troubling sign of things to come. Unfortunately, the company does not plan to give out any details about the departure until it reports Q3 results on November 3rd. This announcement is a complete surprise to us given that Gillette was upbeat at last week's Solar Power International Conference and was planning to meet with investors with all leading members of management on November 15th. We believe the uncertainty regarding the departure and the abrupt nature of the announcement will lead to negative speculation regarding the company's fundamentals.

FSLR's customers may be currently struggling. A call that we had with a leading European trader today suggested that several downstream solar companies, which may include FSLR customers, have violated their bank covenants.

**Our estimates are under review until further updates from the company.**

**What's new:** FSLR announced at midday that Rob Gillette is no longer serving as CEO and that current Chairman and former CEO would serve as CEO on an interim basis while the search for a permanent CEO is conducted.

## Key Ratios and Statistics

Reuters: FSLR.O  Bloomberg: FSLR US
Clean Tech / United States of America

| | |
|---|---|
| Price target | **NA** |
| Shr price, close (Oct 24, 2011) | $57.95 |
| Mkt cap, curr (mm) | $5,056 |
| 52-Week Range | $175.45-50.87 |

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

**For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.**

**CONFIDENTIAL**

# Morgan Stanley



MORGAN STANLEY

**ModelWare**

**Morgan Stanley ModelWare is a proprietary analytic framework that helps clients uncover value, adjusting for distortions and ambiguities created by local accounting regulations.** For example, ModelWare EPS adjusts for one-time events, capitalizes operating leases (where their use is significant), and converts inventory from LIFO costing to a FIFO basis. ModelWare also emphasizes the separation of operating performance of a company from its financing for a more complete view of how a company generates earnings.

# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V. and their affiliates as necessary.
For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Smittipon Srethapramote.
Unless otherwise stated, the individuals listed on the cover page of this report are research analysts.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies.

## Important US Regulatory Disclosures on Subject Companies

As of September 30, 2011, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: American Superconductor Corporation, Cree, Inc., First Solar Inc..
Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of A123 Systems Inc., American Superconductor Corporation, Solazyme, Inc..
Within the last 12 months, Morgan Stanley has received compensation for investment banking services from A123 Systems Inc., American Superconductor Corporation, Amyris Inc., Elster Group SE, EnerNoc, Inc., First Solar Inc., Solazyme, Inc., SunPower Corporation.
In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from A123 Systems Inc., American Superconductor Corporation, Amyris Inc., Cree, Inc., Energy Conversion Devices, Inc, EnerNoc, Inc., First Solar Inc., Itron Inc, Power-One, Inc., Solazyme, Inc., SunPower Corporation.
Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from A123 Systems Inc., Elster Group SE, First Solar Inc., Itron Inc.
Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: A123 Systems Inc., American Superconductor Corporation, Amyris Inc., Cree, Inc., Elster Group SE, Energy Conversion Devices, Inc, EnerNoc, Inc., First Solar Inc., Itron Inc, Power-One, Inc., Solazyme, Inc., SunPower Corporation.
Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: A123 Systems Inc., Elster Group SE, First Solar Inc., Itron Inc, SunPower Corporation.
Morgan Stanley & Co. LLC makes a market in the securities of A123 Systems Inc., American Superconductor Corporation, Amyris Inc., Cree, Inc., Elster Group SE, Energy Conversion Devices, Inc, EnerNoc, Inc., First Solar Inc., Itron Inc, Power-One, Inc., Solazyme, Inc., SunPower Corporation.
The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues.
Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity and specialized trading, risk arbitrage and other proprietary trading, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report.
Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

*(as of September 30, 2011)*

For disclosure purposes only (in accordance with NASD and NYSE requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

2

**FSLR00062132**

# Morgan Stanley

MORGAN STANLEY RESEARCH

October 25, 2011
First Solar Inc.

| Stock Rating Category | Coverage Universe | | Investment Banking Clients (IBC) | | |
|---|---|---|---|---|---|
| | Count | % of Total | Count | % of Total IBC | % of Rating Category |
| Overweight/Buy | 1130 | 40% | 457 | 46% | 40% |
| Equal-weight/Hold | 1168 | 42% | 419 | 42% | 36% |
| Not-Rated/Hold | 112 | 4% | 23 | 2% | 21% |
| Underweight/Sell | 400 | 14% | 104 | 10% | 26% |
| Total | 2,810 | | 1003 | | |

Data include common stock and ADRs currently assigned ratings. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months.

### Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

### Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index.
.

### Stock Price, Price Target and Rating History (See Rating Definitions)



First Solar Inc. (FSLR.O) – As of 10/25/11 in USD
Industry : Clean Tech



Volatility shading indicates "more volatile" (V) flag. As of Nov-14-2008 the V flag has been discontinued.

Stock Rating History: 10/1/08 : O/NR; 7/23/09 : NA/NR; 3/24/10 : O/I; 2/7/11 : E/I

Price Target History: 7/31/08 : 350; 10/17/08 : 250; 12/2/08 : 175; 2/20/09 : 190; 4/30/09 : 200; 7/23/09 : NA; 3/24/10 : 150; 4/29/10 : 160; 6/10/10 : 145; 7/19/10 : 152; 7/30/10 : 160; 9/13/10 : 166; 10/29/10 : 169; 12/15/10 : 184; 2/7/11 : NA

Source: Morgan Stanley Research    Date Format : MM/DD/YY    Price Target --·    No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) —    Stock Price (Covered by Current Analyst) ▬
Stock and Industry Ratings (abbreviations below) appear as ◆ Stock Rating/Industry View
Stock Ratings: Overweight (O)  Equal-weight (E)  Underweight (U)  Not-Rated (NR)  More Volatile (V)  No Rating Available (NA)
Industry View: Attractive (A)  In-line (I)  Cautious (C)  No Rating (NR)

CONFIDENTIAL

FSLR00062133

# Morgan Stanley

MORGAN STANLEY RESEARCH

**October 25, 2011**
First Solar Inc.

## Important Disclosures for Morgan Stanley Smith Barney LLC Customers

Citi Investment Research & Analysis (CIRA) research reports may be available about the companies or topics that are the subject of Morgan Stanley Research. Ask your Financial Advisor or use Research Center to view any available CIRA research reports in addition to Morgan Stanley research reports.

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC, Morgan Stanley and Citigroup Global Markets Inc. or any of their affiliates, are available on the Morgan Stanley Smith Barney disclosure website at www.morganstanleysmithbarney.com/researchdisclosures.

For Morgan Stanley and Citigroup Global Markets, Inc. specific disclosures, you may refer to www.morganstanley.com/researchdisclosures and https://www.citigroupgeo.com/geopublic/Disclosures/index_a.html.

Each Morgan Stanley Equity Research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC. This review and approval is conducted by the same person who reviews the Equity Research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of First Solar Inc..

Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Client Link at www.morganstanley.com.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of a particular investment or strategy will depend on an investor's individual circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The "Important US Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

Morgan Stanley may make investment decisions or take proprietary positions that are inconsistent with the recommendations or views in this report.

To our readers in Taiwan: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. Information on any securities/instruments issued by a company owned by the government of or incorporated in the PRC and listed in on the Stock Exchange of Hong Kong ("SEHK"), namely the H-shares, including the component company stocks of the Stock Exchange of Hong Kong ("SEHK")'s Hang Seng China Enterprise Index is distributed only to Taiwan Securities Investment Trust Enterprises ("SITE"). The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

To our readers in Hong Kong: Information is distributed in Hong Kong by and on behalf of, and is attributable to, Morgan Stanley Asia Limited as part of its regulated activities in Hong Kong. If you have any queries concerning Morgan Stanley Research, please contact our Hong Kong sales representatives.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A.; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents); in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Smith Barney Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Canada by Morgan Stanley Canada Limited, which has approved of, and has agreed to take responsibility for, the contents of Morgan Stanley Research in Canada; in Germany by Morgan Stanley Bank AG, Frankfurt am Main and Morgan Stanley Private Wealth Management Limited, Niederlassung Deutschland, regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin); in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that Morgan Stanley Research has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the United States by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized and regulated by the Financial Services Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. Morgan Stanley Private Wealth Management Limited, authorized and regulated by the Financial Services Authority, also disseminates Morgan Stanley Research in the UK. Private U.K. investors should obtain the advice of their Morgan Stanley & Co. International plc or Morgan Stanley Private Wealth Management representative about the investments concerned. RMB Morgan Stanley (Proprietary) Limited is a member of the JSE Limited and regulated by the Financial Services Board in South Africa. RMB Morgan Stanley (Proprietary) Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

4

FSLR00062134

# Morgan Stanley

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided in accordance with a contract of engagement on investment advisory concluded between brokerage houses, portfolio management companies, non-deposit banks and clients. Comments and recommendations stated here rely on the individual opinions of the ones providing these comments and recommendations. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages of any kind relating to such data.  The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property of MSCI and S&P.

Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

Morgan Stanley Research is disseminated and available primarily electronically, and, in some cases, in printed form.

**Additional information on recommended securities/instruments is available on request.**

CONFIDENTIAL                                                                                                          FSLR00062135

## Morgan Stanley

MORGAN STANLEY RESEARCH

| The Americas | Europe | Japan | Asia/Pacific |
|---|---|---|---|
| 1585 Broadway | 20 Bank Street, Canary Wharf | 4-20-3 Ebisu, Shibuya-ku | 1 Austin Road West |
| New York, NY 10036-8293 | London E14 4AD | Tokyo 150-6008 | Kowloon |
| **United States** | **United Kingdom** | **Japan** | **Hong Kong** |
| Tel: +1 (1) 212 761 4000 | Tel: +44 (0) 20 7 425 8000 | Tel: +81 (0) 3 5424 5000 | Tel: +852 2848 5200 |

### Industry Coverage:Clean Tech

| Company (Ticker) | Rating (as of) | Price* (10/24/2011) |
|---|---|---|
| **Joshua Paradise, CFA** | | |
| A123 Systems Inc. (AONE.O) | O (06/13/2011) | $3.65 |
| Cree, Inc. (CREE.O) | O (08/11/2011) | $25.69 |
| Elster Group SE (ELT.N) | E (09/26/2011) | $14.93 |
| EnerNoc, Inc. (ENOC.O) | E (01/12/2011) | $8.94 |
| Energy Conversion Devices, Inc (ENER.O) | U (03/15/2011) | $.46 |
| Itron Inc (ITRI.O) | O (09/26/2011) | $33.86 |
| **Smittipon Srethapramote** | | |
| American Superconductor Corporation (AMSC.O) | NA (06/02/2011) | $4.22 |
| Amyris Inc. (AMRS.O) | O (08/01/2011) | $19.04 |
| First Solar Inc. (FSLR.O) | E (02/07/2011) | $57.95 |
| Power-One, Inc. (PWER.O) | U (10/24/2011) | $5.27 |
| Solazyme, Inc. (SZYM.O) | O (07/06/2011) | $9.59 |
| SunPower Corporation (SPWRA.O) | E (10/08/2010) | $10.04 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2011 Morgan Stanley

CONFIDENTIAL

FSLR00062136

# EXHIBIT 49



## First Solar, Inc.

Ticker: **FSLR**
Rating: **Sector Perform**
Price: **$43.27**

**Renewable Energy Technologies**

Weston Twigg
503.790.7783
wtwigg@pacific-crest.com

Monika Garg
503.790.7769
mgarg@pacific-crest.com

**Pacific Crest Securities**

800.314.9837
www.pacific-crest.com

**See final page for important disclosures.**

### Why to Not Back Up the Truck on CEO Departure, Sell-Off

◆ **What we like: valuation, low-cost manufacturing, utility pipeline.** First Solar remains the low-cost solar PV module leader, is trading at just 4.5x our 2012 EPS estimate, and has a contracted utility project pipeline worth well over 2 GW.

◆ **What we don't like: alarming executive turnover, margin pressure, utility pipeline is changing.** This year, First Solar lost its manufacturing guru (Bruce Sohn), the leader of its utility projects business (Jens Meyerhoff), and now its CEO (Rob Gillette). First Solar's manufacturing cost of $0.75/W looked attractive when c-Si producers' costs were $1.20/W, but those costs have now dropped to $0.85/W to $0.90/W. Further, we expect the character of First Solar's utility pipeline to change substantially as new projects are priced competitively at today's low prices, which will likely limit First Solar's ability to lean on its utility business as a buffer for module gross-margin. We believe current projects offer module GM above 50%.

◆ **What to do with the stock: avoid it until there is stability at the helm and proven progress toward cost-reduction targets.** The rate of executive turnover this year suggests major problems at First Solar. The company will not respond to questions regarding Rob Gillette's departure until its earnings call on Nov. 3, leaving us in the dark. We are reducing our estimates to more accurately reflect likely lower module ASPs next year. We see balanced risk/reward, with upside potential to $55, or 6x estimated 2012 EPS, and downside risk to $37, or 1x TBVPS.

| Market Data | | | | |
|---|---|---|---|---|
| 12-month target | NA | | | |
| 52-week range | $175-$43 | | | |
| Shares outstanding (M) | 87.1 | | | |
| Market capitalization (B) | $3.77 | | | |
| Average daily volume (M) | 3.8 | | | |
| Float (M) | 59.5 | | | |
| Dividend yield | NA | | | |
| Dividend/share | NA | | | |

| Revenue (M) | | | | FY ends 12/31 |
|---|---|---|---|---|
| | | F2010 | F2011E | F2012E |
| Q1 | | $568.0 | $567.3 A | $737.9 |
| Q2 | | $587.9 | $532.8 A | $1,063.9 |
| Q3 | | $797.9 | $1,009.3 | $1,182.5 |
| Q4 | | $609.8 | $1,466.5 | $1,448.5 |
| Year | | $2,563.5 | $3,575.9 | $4,432.9 |
| Previous estimate | | | $3,620.3 | $4,651.7 |
| First Call mean | | | $3,597.3 | $4,653.6 |
| P/R | | 1.5x | 1.1x | 0.9x |
| Y/Y growth | | 24.1% | 39.5% | 24.0% |

| Balance Sheet | |
|---|---|
| Cash (M) | $690.1 |
| Net cash/share | $3.78 |
| Debt (M) | $360.8 |
| Debt/total capital | 8.9% |
| Shareholders' equity (B) | $3.68 |
| Tangible book value/share | $36.99 |

| Earnings per Share | | | | |
|---|---|---|---|---|
| | | F2010 | F2011E | F2012E |
| Q1 | | $2.00 | $1.33 A | $1.47 |
| Q2 | | $1.84 | $0.70 A | $2.25 |
| Q3 | | $2.04 | $2.62 | $2.44 |
| Q4 | | $1.80 | $4.09 | $3.07 |
| Year | | $7.68 | $8.75 | $9.24 |
| Previous estimate | | | $9.11 | $10.65 |
| First Call mean | | | $8.86 | $10.10 |
| P/E | | 5.6x | 4.9x | 4.7x |

*Sources: Company reports, Bloomberg, Thomson ONE, Pacific Crest Securities estimates*

**CONFIDENTIAL**

**Gross-Margin Sensitivity (Blended Module Gross Margin)**

| Blended Module GM | 2012 EPS |
|---|---|
| 41.2% | $ 8.50 |
| 41.7% | $ 8.71 |
| 42.2% | $ 8.98 |
| **42.7%** | **$ 9.24** |
| 43.2% | $ 9.50 |
| 43.7% | $ 9.76 |
| 44.2% | $ 10.07 |

Source: Pacific Crest Securities estimates

**Estimate Changes**

| | Revenue (M) | | EPS | |
|---|---|---|---|---|
| | New | Previous | New | Previous |
| Q3 | $1,009.3 | $1,024.1 | $2.62 | $2.75 |
| Q4 | $1,466.5 | $1,496.1 | $4.09 | $4.31 |
| 2011 | $3,575.9 | $3,620.3 | $8.75 | $9.11 |
| 2012 | $4,432.9 | $4,651.7 | $9.24 | $10.65 |

Source: Pacific Crest Securities estimates

**Investment Thesis**

First Solar, Inc. is the leading disruptive technology provider to the photovoltaic (PV) market. The technology inherent in First Solar's product is based on cadmium telluride (CdTe), which eliminates the company's dependence on polysilicon. First Solar is the leading candidate to deliver a PV solution that could reach grid-parity pricing without government subsidies. The company has a substantial backlog secured with long-term contracts through 2014.



CONFIDENTIAL                                                FSLR00062161

3

## Income Statement

| FY ends 12/31 Figures in millions, except as noted | MAR F1Q10 | JUN F2Q10 | SEP F3Q10 | DEC F4Q10 | F2010 | MAR F1Q11 | JUN F2Q11 | SEP F3Q11E | DEC F4Q11E | F2011E | MAR F1Q12E | JUN F2Q12E | SEP F3Q12E | DEC F4Q12E | F2012E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | $568.0 | $587.9 | $797.9 | $609.8 | $2,563.5 | $567.3 | $532.8 | $1,009.3 | $1,466.5 | $3,575.9 | $737.9 | $1,063.9 | $1,182.5 | $1,448.5 | $4,432.9 |
| Module revenue | $528.2 | $499.7 | $574.5 | $579.3 | $2,181.7 | $521.9 | $474.2 | $781.6 | $1,041.4 | $2,819.1 | $617.9 | $823.9 | $892.5 | $1,098.5 | $3,432.9 |
| Systems revenue | $39.7 | $88.2 | $223.4 | $30.5 | $381.8 | $45.4 | $58.6 | $227.7 | $425.2 | $756.9 | $120.0 | $240.0 | $290.0 | $350.0 | $1,000.0 |
| Cost of revenue | $285.9 | $303.7 | $476.0 | $313.1 | $1,378.7 | $307.6 | $338.0 | $609.3 | $921.5 | $2,176.4 | $462.2 | $688.3 | $772.6 | $944.7 | $2,867.8 |
| **Gross profit** | $282.0 | $284.2 | $321.9 | $296.7 | $1,184.8 | $259.7 | $194.8 | $400.0 | $545.1 | $1,399.6 | $275.7 | $375.6 | $409.9 | $503.8 | $1,565.1 |
| Other/Production start-up | $1.1 | $2.3 | $3.8 | $12.2 | $19.4 | $11.9 | $10.3 | $14.0 | $3.0 | $39.2 | $10.0 | $12.0 | $13.0 | $15.0 | $50.0 |
| R&D | $22.9 | $22.8 | $21.5 | $27.6 | $94.8 | $31.4 | $33.1 | $34.1 | $34.2 | $132.8 | $35.2 | $36.7 | $37.7 | $38.7 | $148.3 |
| SG&A | $66.9 | $78.6 | $85.0 | $91.3 | $321.7 | $87.0 | $86.9 | $89.2 | $94.6 | $357.7 | $83.1 | $98.2 | $109.3 | $133.9 | $424.4 |
| **Operating income** | $191.1 | $180.5 | $211.6 | $165.7 | $748.9 | $129.4 | $64.5 | $262.7 | $413.3 | $869.9 | $147.5 | $228.8 | $249.9 | $316.3 | $942.4 |
| Depreciation and amortization | $39.1 | $36.2 | $37.9 | $40.6 | $153.8 | $47.1 | $50.4 | $53.7 | $57.0 | $208.3 | $60.4 | $63.7 | $67.0 | $70.3 | $261.3 |
| **EBITDA** | $230.2 | $216.7 | $249.6 | $206.2 | $902.7 | $176.5 | $114.9 | $316.4 | $470.3 | $1,078.2 | $207.8 | $292.4 | $316.9 | $386.6 | $1,203.7 |
| Interest income/(expense), net | $5.6 | $3.0 | $2.7 | $3.0 | $14.4 | $3.0 | $3.4 | $3.4 | $3.4 | $13.3 | $3.4 | $3.4 | $3.4 | $3.4 | $13.7 |
| Other income/expense), net | ($1.4) | ($3.1) | ($1.4) | $4.7 | ($1.2) | $0.6 | $4.0 | $0.0 | $0.0 | $4.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Pretax income | $195.4 | $180.4 | $212.9 | $173.4 | $762.1 | $133.0 | $72.0 | $266.1 | $416.7 | $887.8 | $150.9 | $232.2 | $253.3 | $319.7 | $956.1 |
| Taxes | $23.0 | $21.4 | $36.0 | $17.4 | $97.9 | $17.0 | $10.8 | $37.3 | $58.3 | $123.5 | $21.9 | $33.7 | $36.7 | $46.4 | $138.6 |
| Net income | $172.3 | $159.0 | $176.9 | $155.9 | $664.2 | $116.0 | $61.1 | $228.9 | $358.4 | $764.3 | $129.0 | $198.5 | $216.6 | $273.3 | $817.4 |
| **EPS** | $2.00 | $1.84 | $2.04 | $1.80 | $7.68 | $1.33 | $0.70 | $2.62 | $4.09 | $8.75 | $1.47 | $2.25 | $2.44 | $3.07 | $9.24 |
| Share count | 86.1 | 86.4 | 86.6 | 86.8 | 86.5 | 87.1 | 87.1 | 87.4 | 87.7 | 87.3 | 88.0 | 88.3 | 88.6 | 88.9 | 88.5 |
| Free cash flow | $124.91 | $86.74 | $103.39 | $9.71 | $324.75 | ($76.93) | ($128.45) | $42.58 | $175.42 | $12.62 | ($50.65) | $22.19 | $43.56 | $103.62 | $118.72 |
| FCF/share | $1.45 | $1.00 | $1.19 | $0.11 | $3.75 | ($0.88) | ($1.47) | $0.49 | $2.00 | $0.14 | ($0.58) | $0.25 | $0.49 | $1.17 | $1.34 |
| **As a % of sales** | | | | | | | | | | | | | | | |
| Gross margin | 49.7% | 48.3% | 40.3% | 48.7% | 46.2% | 45.8% | 36.6% | 39.6% | 37.2% | 39.1% | 37.4% | 35.3% | 34.7% | 34.8% | 35.3% |
| Research & development | 4.0% | 3.9% | 2.7% | 4.5% | 3.7% | 5.5% | 6.2% | 3.4% | 2.3% | 3.7% | 4.8% | 3.5% | 3.2% | 2.7% | 3.3% |
| SG&A | 11.8% | 13.4% | 10.6% | 15.0% | 12.5% | 15.3% | 16.3% | 8.8% | 6.5% | 10.0% | 11.3% | 9.2% | 9.2% | 9.2% | 9.6% |
| Other/Production start-up | 0.2% | 0.4% | 0.5% | 2.0% | 0.8% | 2.1% | 1.9% | 1.4% | 0.2% | 1.1% | 1.4% | 1.1% | 1.1% | 1.0% | 1.1% |
| Operating profit (EBIT) | 33.7% | 30.7% | 26.5% | 27.2% | 29.2% | 22.8% | 12.1% | 26.0% | 28.2% | 24.3% | 20.0% | 21.5% | 21.1% | 21.8% | 21.3% |
| Net income | 30.3% | 27.1% | 22.2% | 25.6% | 25.9% | 20.4% | 11.5% | 22.7% | 24.4% | 21.4% | 17.5% | 18.7% | 18.3% | 18.9% | 18.4% |
| EBITDA | 40.5% | 36.9% | 31.3% | 33.8% | 35.2% | 31.1% | 21.6% | 31.3% | 32.1% | 30.2% | 28.2% | 27.5% | 26.8% | 26.7% | 27.2% |
| **Y/Y % change** | | | | | | | | | | | | | | | |
| Net sales | 35.8% | 11.8% | 65.9% | -4.9% | 24.1% | -0.1% | -9.4% | 26.5% | 140.5% | 39.5% | 30.1% | 99.7% | 17.2% | -1.2% | 24.0% |
| EPS | 3.7% | 12.7% | 14.4% | 9.1% | 2.9% | 33.5% | 61.9% | 28.2% | 127.5% | 14.0% | 10.0% | 220.3% | 6.6% | 24.8% | 5.6% |
| **Sequential % change** | | | | | | | | | | | | | | | |
| Net sales | -11.4% | 3.5% | 35.7% | -23.6% | 0.0% | -7.0% | -6.1% | 89.4% | 45.3% | 0.0% | -49.7% | 44.2% | 11.2% | 22.5% | 0.0% |
| EPS | 21.6% | -8.0% | 10.9% | -12.1% | 0.0% | 25.8% | -47.3% | 273.0% | 56.1% | 0.0% | 64.1% | 53.4% | 8.7% | 25.8% | 0.0% |

Sources: Company reports, Pacific Crest Securities estimates

 **PACIFICCREST**

October 25, 2011

CONFIDENTIAL

FSLR00062162

4

## Balance Sheet

| FY ends 12/31<br>Figures in millions, except as noted | MAR<br>F1Q10 | JUN<br>F2Q10 | SEP<br>F3Q10 | DEC<br>F4Q10 | MAR<br>F1Q11 | JUN<br>F2Q11 |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash and cash equivalents | $714.2 | $796.5 | $833.4 | $933.6 | $555.5 | $464.4 |
| Accounts receivable, net of allowances | $295.1 | $361.7 | $464.6 | $307.0 | $373.3 | $605.7 |
| Inventories | $172.1 | $194.3 | $184.0 | $200.4 | $271.2 | $323.0 |
| Economic development receivable | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Deferred tax asset | $22.5 | $19.2 | $0.3 | $0.4 | $0.4 | $3.6 |
| Prepaid expenses and Other | $200.5 | $244.1 | $132.4 | $143.0 | $193.9 | $260.5 |
| **Total current assets** | **$1,404.5** | **$1,615.9** | **$1,614.8** | **$1,584.5** | **$1,394.3** | **$1,836.2** |
| Property and equipment, net | $1,030.2 | $1,094.9 | $1,244.6 | $1,430.8 | $1,549.5 | $1,728.0 |
| Goodwill and intangibles | $286.5 | $286.5 | $433.3 | $433.3 | $458.8 | $458.8 |
| Restricted investments | $77.3 | $81.1 | $95.0 | $86.0 | $147.7 | $174.7 |
| Deferred tax asset | $150.0 | $157.8 | $257.7 | $259.2 | $265.6 | $268.2 |
| Other noncurrent assets | $35.2 | $35.4 | $34.9 | $43.5 | $45.7 | $69.9 |
| Marketable securities | $305.8 | $164.0 | $163.5 | $180.3 | $157.4 | $51.0 |
| Inventories | $26.9 | $30.7 | $36.4 | $42.7 | $30.6 | $42.7 |
| **Total assets** | **$3,473.5** | **$3,631.3** | **$4,201.8** | **$4,380.4** | **$4,434.0** | **$4,939.2** |
| | | | | | | |
| **Liabilities** | | | | | | |
| Accounts payable | $76.0 | $68.3 | $71.1 | $82.3 | $99.4 | $189.9 |
| Short-term debt | $26.4 | $24.5 | $26.6 | $26.6 | $28.2 | $28.3 |
| Other current liabilities | $62.9 | $20.0 | $59.6 | $99.7 | $85.2 | $94.9 |
| **Total current liabilities** | **$322.5** | **$325.2** | **$457.8** | **$469.7** | **$469.9** | **$591.9** |
| | | | | | | |
| Long-term debt | $136.1 | $114.2 | $223.8 | $210.8 | $103.5 | $332.5 |
| Accrued recycling | $97.8 | $101.8 | $128.7 | $133.0 | $155.6 | $176.6 |
| Other liabilities | $70.2 | $77.9 | $90.2 | $112.0 | $139.1 | $156.7 |
| | | | | | | |
| **Shareholders' equity** | **$2,846.9** | **$3,012.2** | **$3,301.3** | **$3,454.9** | **$3,565.8** | **$3,681.5** |
| | | | | | | |
| **Total liabilities and shareholders' equity** | **$3,473.5** | **$3,631.3** | **$4,201.8** | **$4,380.4** | **$4,434.0** | **$4,939.2** |
| | | | | | | |
| Return on equity (ROE) | 24.2% | 21.1% | 21.4% | 18.1% | 13.0% | 6.6% |
| Return on assets (ROA) | 19.8% | 17.5% | 16.8% | 14.2% | 10.5% | 5.0% |
| Days sales outstanding (DSO) | 47.4 | 56.1 | 53.1 | 45.9 | 60.0 | 103.7 |
| Days of inventory (DOI) | 63.5 | 67.6 | 42.2 | 70.9 | 89.5 | 98.7 |

Source: Company reports



CONFIDENTIAL                                                                        FSLR00062163

5

# Disclosures

The material contained herein is based on data from sources considered to be reliable. However, Pacific Crest Securities (PCS) does not guarantee or warrant the accuracy or completeness of the information. The information is not intended to be used as the primary basis of investment decisions, nor, because of individual client requirements, should it be construed as a representation by PCS as an offer, or the solicitation of an offer, to buy or sell a security. The opinions and estimates expressed reflect the current judgment of PCS and are subject to change without notice. This report may contain forward-looking statements, which involve risk and uncertainty. Actual results may differ significantly from the forward-looking statements. PCS may perform or seek to perform investment banking services for the issuers of these securities. No portion of an analyst's compensation is based on a specific banking transaction; however, part of his/her compensation may be based upon the overall firm revenue and profitability, of which investment banking is a component. Individuals associated with PCS or PCS itself may have a position in the securities mentioned and may make purchases and/or sales of those securities in the open market or otherwise. This communication is intended solely for use by PCS clients. The recipient agrees not to forward or copy the information to any other person.

PCS makes a market in the shares of First Solar, Inc.

### Analyst Certification

The research analyst(s) principally responsible for the analysis of any security or issuer in this report certifies that the views expressed in this research report accurately reflect the personal views of the research analyst(s) about the subject securities or issuers, and certifies that no part of his or her compensation was, or will be, directly or indirectly related to the specific recommendations or views contained in this report.

### Ratings Definitions and Distribution – as of October 25, 2011

| Rating | Rating Definition | % of Securities with This Rating | % of Securities with IB Services* |
|---|---|---|---|
| Outperform (O) | We expect the stock to outperform the analyst's coverage sector over the coming 12 months. | 48.4% | 17.0% |
| Sector Perform (SP) | We expect the stock to perform in line with the analyst's coverage sector over the coming 12 months. | 45.7% | 6.0% |
| Underperform (U) | We expect the stock to underperform the analyst's coverage sector over the coming 12 months. | 3.7% | 0.0% |
| Not Rated (NR) | We have not assigned an investment rating to the stock, or we have temporarily suspended its rating. | 2.3% | 0.0% |

*Indicates the percentage of securities with this rating for which investment banking services have been provided in the past 12 months.
*Source: Pacific Crest Securities*

### Abbreviation Key

| NA | Not available | NE | No estimate | P/E | Price to earnings | FCF | Cash flow from operations per share, excluding capital expenditures |
|---|---|---|---|---|---|---|---|
| NC | No change | NM | Not meaningful | P/R | Price to revenue | | |



Sources: Bloomberg, Pacific Crest Securities

**PACIFICCREST**                **Morning Note on FSLR**                **October 25, 2011**

CONFIDENTIAL

# EXHIBIT 50

# RAYMOND JAMES

## U.S. Research
Published by Raymond James & Associates

# First Solar, Inc.

(FSLR:NASDAQ)

**Pavel Molchanov,** (713) 278-5270, Pavel.Molchanov@RaymondJames.com
**Alex Morris,** Sr. Res. Assoc., (713) 278-5235, Alex.Morris@RaymondJames.com

**Alternative Energy: Alternative Power**

## CEO`s Abrupt Dismissal Stuns the Market; Assessing Potential Motives

♦ Perhaps the most intriguing aspect of First Solar's CEO change, announced intraday yesterday, is that the company made no attempt to put a positive or at least benign spin on Rob Gillette's dismissal. In this day and age, phrases like "resigned for family reasons" and "pursuing other opportunities" are ubiquitous in such announcements, which makes the language in First Solar's press release that much more jarring. Also intriguing is the timing. First Solar presumably could have waited until the 3Q call on November 3 to announce this but chose to do so intraday yesterday, indicating the board's decision came abruptly.

♦ So, what could have prompted this sudden change? At the outset, let's be candid (First Solar's style, after all) and acknowledge we simply don't know. That said, here are four possibilities we can imagine – but to be clear, this is pure speculation. On the bearish side would be an accounting scandal. This could plausibly prompt the CEO's dismissal, although that didn't happen when SunPower (SPWRA/$9.09/Underperform) reported accounting improprieties in 2009. A less damaging but still negative scenario would be the board sacking Gillette ahead of a major earnings miss or guidance cut. A similar but more "neutral" scenario would be Gillette's dismissal given how poorly the stock has performed YTD. Of course, virtually every solar stock is down 50%+ YTD given the epic PV market glut, but the board could be sending a signal about management accountability. (If that is what happened, the irony that the CEO's punishment for a weak stock pushed the stock down another 25% wouldn't be lost.) Finally, here is the bullish scenario. Perhaps there was a dispute between Gillette and the board about strategic alternatives, most notably a prospective company sale. Earlier this month, we encountered market speculation about First Solar possibly getting acquired by General Electric (GE). If Gillette opposed such a plan but was overruled, his departure would presumably make a sale more likely. As a cautionary note, we aren't placing much confidence in the GE rumor: GE has already acquired a thin film company with a CdTe technology platform - PrimeStar Solar - and is building out in-house production capacity, so buying First Solar would seem duplicative.

♦ The interim CEO, Mike Ahearn, had previously held this position from August, 2000, to September, 2009, before stepping down to become chairman. Ahearn was an effective leader of First Solar, both before and after its IPO in 2006 - of course, within the context of a bull market for PV. We have every reason to believe that he will be an effective interim CEO - and, if he so chooses, an excellent candidate to take the job on a permanent basis. We do not interpret the sell-off yesterday as a vote of no confidence in Ahearn; rather, the market was shocked at the disconcerting aspects of how the change was communicated.

♦ In our 3Q11 alt energy earnings update published October 11, we made our steepest estimate cuts ever for the solar space. First Solar was no exception. Our 2012 EPS estimate of $8.05 is 20% below the current consensus estimate of $10.07, and, as is true of all 11 solar stocks we cover, we believe that bias is to the downside. After yesterday's meltdown, shares are trading at 5.4x our 2012 EPS estimate, an all-time low multiple. However, it is clear that the company is facing significant margin compression as crystalline PV prices have dropped at exceptionally steep rates, eroding its cost advantage in the industry. (See our industry brief from October 21, [Highlights from Solar Power International 2011: Yes, ASPs Really Are That Low ], for the latest on PV module economics.) The brutal competitive dynamics that the company must contend with, along with the perplexing aspects of the CEO change, keep us on the sidelines for now, despite the increasingly intriguing valuation.

---

**October 26, 2011**

**Company Brief**

**Rating**

Market Perform 3

**Current Price**

| | |
|---|---|
| Current Price (10/25/2011) | $43.27 |
| 52-Week Range | $175.45 - $42.50 |
| Suitability | Aggressive Growth |

**Market Data**

| | |
|---|---|
| Shares Out. (mil.) | 87.1 |
| Market Cap. (mil.) | $3,769 |
| Avg. Daily Vol. (10 day) | 5,547,010 |
| Dividend/Yield | $0.00/0.0% |
| Book Value (06/11) | $42.26 |
| LT Debt (mil.)/% Cap. | $361/9% |

**Earnings & Valuation Metrics**

| | 2010A | 2011E | 2012E | 2013E |
|---|---|---|---|---|
| Non-GAAP EPS | | | | |
| | $7.85 | $7.88 | $8.05 | $9.04 |
| P/E Ratios (Non-GAAP) | | | | |
| | 5.5x | 5.5x | 5.4x | 4.8x |
| GAAP EPS | | | | |
| | $7.68 | $7.88 | $8.05 | $9.04 |
| Revenues (mil.) | | | | |
| | $2,564 | $3,395 | $4,058 | $4,611 |
| EBITDA (mil.) | | | | |
| | $900 | $1,004 | $1,106 | $1,276 |
| Cash Flow/Share | | | | |
| | $9.22 | $11.09 | $12.01 | $13.23 |

**Company Description**

First Solar, based in Tempe, Arizona, is a leading manufacturer of photovoltaic (PV) modules and integrator of PV systems. The company utilizes a thin film technology that employs cadmium telluride.

**Footnotes:** Non-GAAP EPS excludes extraordinary items.

---

**Please read domestic and foreign disclosure/risk information beginning on page 2 and Analyst Certification on page 2.**

© 2011 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

International Headquarters:

The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

CONFIDENTIAL

FSLR00062182

Raymond James                                                                                    U.S. Research

## Important Investor Disclosures

**Raymond James** is the global brand name for Raymond James & Associates (RJA) and its non-US affiliates worldwide. Raymond James & Associates is located at The Raymond James Financial Center, 880 Carillon Parkway, St. Petersburg, FL 33716, (727) 567-1000. Affiliates include the following entities, which are responsible for the distribution of research in their respective areas. In Canada, Raymond James Ltd., Suite 2200, 925 West Georgia Street, Vancouver, BC V6C 3L2, (604) 659-8200. In Latin America, Raymond James Latin America, Ruta 8, km 17,500, 91600 Montevideo, Uruguay, 00598 2 518 2033. In Europe, Raymond James European Equities, 40 rue La Boetie, 75008, Paris, France, +33 1 45 61 64 90.

This document is not directed to, or intended for distribution to or use by, any person or entity that is a citizen or resident of or located in any locality, state, country, or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation. The securities discussed in this document may not be eligible for sale in some jurisdictions. This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. **Investors should consider this report as only a single factor in making their investment decision.**

Investing in securities of issuers organized outside of the U.S., including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of, the U.S. Securities and Exchange Commission. There may be limited information available on such securities. Investors who have received this report may be prohibited in certain states or other jurisdictions from purchasing the securities mentioned in this report. Please ask your Financial Advisor for additional details.

The information provided is as of the date above and subject to change, and it should not be deemed a recommendation to buy or sell any security. Certain information has been obtained from third-party sources we consider reliable, but we do not guarantee that such information is accurate or complete. Persons within the Raymond James family of companies may have information that is not available to the contributors of the information contained in this publication. Raymond James, including affiliates and employees, may execute transactions in the securities listed in this publication that may not be consistent with the ratings appearing in this publication.

Additional information is available on request.

## Analyst Information

**Registration of Non-U.S. Analysts:** The analysts listed on the front of this report who are not employees of Raymond James & Associates, Inc., are not registered/qualified as research analysts under FINRA rules, are not associated persons of Raymond James & Associates, Inc., and are not subject to NASD Rule 2711 and NYSE Rule 472 restrictions on communications with covered companies, public companies, and trading securities held by a research analyst account.

**Analyst Holdings and Compensation:** Equity analysts and their staffs at Raymond James are compensated based on a salary and bonus system. Several factors enter into the bonus determination including quality and performance of research product, the analyst's success in rating stocks versus an industry index, and support effectiveness to trading and the retail and institutional sales forces. Other factors may include but are not limited to: overall ratings from internal (other than investment banking) or external parties and the general productivity and revenue generated in covered stocks.

The views expressed in this report accurately reflect the personal views of the analyst(s) covering the subject securities. No part of said person's compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. In addition, said analyst has not received compensation from any subject company in the last 12 months.

## Ratings and Definitions

### Raymond James & Associates (U.S.) definitions

**Strong Buy (SB1)** Expected to appreciate, produce a total return of at least 15%, and outperform the S&P 500 over the next six to 12 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, a total return of at least 15% is expected to be realized over the next 12 months.

**Outperform (MO2)** Expected to appreciate and outperform the S&P 500 over the next 12-18 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, an Outperform rating is used for securities where we are comfortable with the relative safety of the dividend and expect a total return modestly exceeding the dividend yield over the next 12-18 months.

**Market Perform (MP3)** Expected to perform generally in line with the S&P 500 over the next 12 months.

**Underperform (MU4)** Expected to underperform the S&P 500 or its sector over the next six to 12 months and should be sold.

**Suspended (S)** The rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and price target are no longer in effect for this security and should not be relied upon.

© 2011 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC.                                    2

**International Headquarters:**

The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

**RAYMOND JAMES**

**Raymond James Ltd. (Canada) definitions**

**Strong Buy (SB1)** The stock is expected to appreciate and produce a total return of at least 15% and outperform the S&P/TSX Composite Index over the next six months.
**Outperform (MO2)** The stock is expected to appreciate and outperform the S&P/TSX Composite Index over the next twelve months.
**Market Perform (MP3)** The stock is expected to perform generally in line with the S&P/TSX Composite Index over the next twelve months and is potentially a source of funds for more highly rated securities.
**Underperform (MU4)** The stock is expected to underperform the S&P/TSX Composite Index or its sector over the next six to twelve months and should be sold.

**Raymond James Latin American rating definitions**

**Strong Buy (SB1)** Expected to appreciate and produce a total return of at least 25.0% over the next twelve months.
**Outperform (MO2)** Expected to appreciate and produce a total return of between 15.0% and 25.0% over the next twelve months.
**Market Perform (MP3)** Expected to perform in line with the underlying country index.
**Underperform (MU4)** Expected to underperform the underlying country index.
**Suspended (S)** The rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and price target are no longer in effect for this security and should not be relied upon.

**Raymond James European Equities rating definitions**

**Strong Buy (1)** Expected to appreciate, produce a total return of at least 15%, and outperform the Stoxx 600 over the next 6 to 12 months.
**Outperform (2)** Expected to appreciate and outperform the Stoxx 600 over the next 12 months.
**Market Perform (3)** Expected to perform generally in line with the Stoxx 600 over the next 12 months.
**Underperform (4)** Expected to underperform the Stoxx 600 or its sector over the next 6 to 12 months.

In transacting in any security, investors should be aware that other securities in the Raymond James research coverage universe might carry a higher or lower rating. Investors should feel free to contact their Financial Advisor to discuss the merits of other available investments.

**Rating Distributions**

| | Coverage Universe Rating Distribution | | | Investment Banking Distribution | | |
|---|---|---|---|---|---|---|
| | RJA | RJL | RJ LatAm | RJA | RJL | RJ LatAm |
| **Strong Buy and Outperform (Buy)** | 58% | 74% | 38% | 15% | 56% | 33% |
| **Market Perform (Hold)** | 37% | 25% | 55% | 5% | 29% | 3% |
| **Underperform (Sell)** | 5% | 1% | 8% | 5% | 0% | 0% |

**Suitability Categories (SR)**

For stocks rated by Raymond James & Associates only, the following Suitability Categories provide an assessment of potential risk factors for investors. Suitability ratings are not assigned to stocks rated Underperform (Sell). Projected 12-month price targets are assigned only to stocks rated Strong Buy or Outperform.

**Total Return (TR)** Lower risk equities possessing dividend yields above that of the S&P 500 and greater stability of principal.

**Growth (G)** Low to average risk equities with sound financials, more consistent earnings growth, possibly a small dividend, and the potential for long-term price appreciation.

**Aggressive Growth (AG)** Medium or higher risk equities of companies in fast growing and competitive industries, with less predictable earnings and acceptable, but possibly more leveraged balance sheets.

**High Risk (HR)** Companies with less predictable earnings (or losses), rapidly changing market dynamics, financial and competitive issues, higher price volatility (beta), and risk of principal.

**Venture Risk (VR)** Companies with a short or unprofitable operating history, limited or less predictable revenues, very high risk associated with success, and a substantial risk of principal.

## Raymond James Relationship Disclosures

Raymond James expects to receive or intends to seek compensation for investment banking services from the subject companies in the next three months.

| Company Name | Disclosure |
|---|---|
| First Solar, Inc. | Raymond James & Associates makes a NASDAQ market in shares of FSLR. |

© 2011 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

International Headquarters:
The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

**RAYMOND JAMES**

CONFIDENTIAL FSLR00062184

Raymond James

U.S. Research

| Company Name | Disclosure |
|---|---|
| SunPower Corp. | Raymond James & Associates makes a NASDAQ market in shares of SPWRA. |

## Stock Charts, Target Prices, and Valuation Methodologies

**Valuation Methodology:** The Raymond James methodology for assigning ratings and target prices includes a number of qualitative and quantitative factors including an assessment of industry size, structure, business trends and overall attractiveness; management effectiveness; competition; visibility; financial condition, and expected total return, among other factors. These factors are subject to change depending on overall economic conditions or industry- or company-specific occurrences. Only stocks rated Strong Buy (SB1) or Outperform (MO2) have target prices and thus valuation methodologies.

**Target Prices:** The information below indicates our target price and rating changes for FSLR stock over the past three years.



| Update Date | Closing Price | Target Price | Rating |
|---|---|---|---|
| 10/19/10 | 147.07 | NM | 3 |
| 2/19/10 | 126.29 | 160.00 | 2 |
| 12/17/09 | 136.74 | 175.00 | 2 |
| 10/29/09 | 151.58 | 175.00 | 1 |
| 7/21/09 | 146.64 | 200.00 | 1 |
| 4/30/09 | 151.67 | 215.00 | 1 |
| 3/3/09 | 103.97 | 190.00 | 1 |
| 12/23/08 | 133.01 | 190.00 | 2 |
| 10/27/08 | 120.53 | 195.00 | 2 |

**Valuation Methodology:** Our valuation methodology for First Solar is primarily based on a target multiple of share price to projected forward-year EPS. The methodology also takes into account a target multiple of enterprise value to projected forward-year EBITDA and a target multiple of enterprise value to projected forward-year revenue.

The information below indicates target price and rating changes for other subject companies included in this research.



| Update Date | Closing Price | Target Price | Rating |
|---|---|---|---|
| 6/8/11 | 20.95 | NM | 4 |
| 9/24/10 | 13.92 | NM | 3 |
| 8/27/10 | 10.03 | 12.50 | 2 |
| 11/17/09 | 27.23 | NM | 3 |
| 9/14/09 | 29.15 | 35.00 | 2 |
| 7/21/09 | 23.08 | 37.00 | 1 |
| 4/24/09 | 25.93 | 40.00 | 1 |
| 4/15/09 | 26.51 | 50.00 | 1 |
| 3/11/09 | 22.54 | 60.00 | 1 |
| 12/19/08 | 34.69 | 67.00 | 1 |
| 11/6/08 | 32.99 | 80.00 | 1 |
| 10/27/08 | 39.80 | 90.00 | 1 |

© 2011 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

4

**International Headquarters:**
The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

**RAYMOND JAMES**

CONFIDENTIAL

FSLR00062185

**Valuation Methodology:** Our valuation methodology for SunPower is primarily based on a target multiple of share price to projected forward-year EPS. The methodology also takes into account a target multiple of enterprise value to projected forward-year EBITDA and a target multiple of enterprise value to projected forward-year revenue.

## Risk Factors

**General Risk Factors:** Following are some general risk factors that pertain to the projected target prices included on Raymond James research: (1) Industry fundamentals with respect to customer demand or product / service pricing could change and adversely impact expected revenues and earnings; (2) Issues relating to major competitors or market shares or new product expectations could change investor attitudes toward the sector or this stock; (3) Unforeseen developments with respect to the management, financial condition or accounting policies or practices could alter the prospective valuation; or (4) External factors that affect the U.S. economy, interest rates, the U.S. dollar or major segments of the economy could alter investor confidence and investment prospects. International investments involve additional risks such as currency fluctuations, differing financial accounting standards, and possible political and economic instability.

### Specific Investment Risks Related to the Industry or Issuer

#### Conventional Energy Price Risk
Alternative energy competes with conventional energy sources, the most important of which are crude oil, natural gas, and coal. Declines in the price of conventional energy can make alternative energy less competitive, and in some cases make it economically unviable. Consumers are less likely to view alternative energy as a practical option if conventional energy is relatively more attractive from an economic standpoint.

#### Commerciality and Technology Risk
Not all types of alternative energy are currently commercial, and some may never reach full commercial viability. There is no guarantee that future technological developments will be favorable to alternative energy, and in fact, some developments could render some types of alternative energy obsolete or unattractive.

#### Public Policy Risk
Many types of alternative energy currently benefit from favorable government policies, including tax incentives for producers and/or consumers, direct and indirect subsidies, and mandatory use requirements. These policies are subject to change and may become less favorable in the future.

#### Regulatory Risk
Like all subsectors of energy, alternative energy is subject to many government regulations at various levels, including environmental and land use regulations. These rules can reduce the profitability of alternative energy and could potentially result in delay or loss of commerciality.

### Company-Specific Risks for First Solar, Inc.

#### Cadmium Telluride Price and Availability Risk
The primary raw material that First Solar uses in its production process is cadmium telluride, with the tellurium component of this material being the most critical. Historically, the company has purchased all of its cadmium telluride in manufactured form from a small number of suppliers. If any of the current or future suppliers is unable to provide adequate amounts of cadmium telluride, First Solar's operations could be disrupted. In addition, the company may be unable to pass increases in the cost of raw materials through to customers because the customer contracts do not adjust for raw material price increases.

#### Competitive Market Environment
The photovoltaic (PV) market is highly competitive. Production capacity is increasing among both established producers and new entrants. Barriers to entry in the industry are limited, and average selling prices (ASPs) of PV products may decline quickly.

#### Product Quality and Performance Risk
Solar cells are complex and must meet stringent quality requirements. Products as complex as these may contain undetected errors or defects. For example, solar cells may contain defects that are not noticed until after they are shipped or installed. Such defects could lead to re-engineering expenses and costs due to warranty provisions. They could also adversely affect customer relations and business reputation.

#### Government Policy Risk
There are many national and local policy measures that benefit the solar power industry, including tax incentives and contract opportunities, both in the U.S. and internationally. Any of these measures can be amended, suspended, or repealed, and such action could reduce demand for solar power equipment.

#### International Risk
First Solar's principal manufacturing operations are located in Malaysia, and a significant percentage of the company's sales are made outside the United States. This exposes the company to various risks of operating in international markets, particularly emerging markets. Such risks include: (1) political and economic instability; (2) multiple, conflicting, and changing laws and regulations; (3) increased costs associated with international marketing efforts; and (4) currency risk.

© 2011 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.                                    5

International Headquarters:
The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

**RAYMOND JAMES**

CONFIDENTIAL                                                                                      FSLR00062186

## Company-Specific Risks for SunPower Corp.

### Competitive Market Environment
The photovoltaic (PV) market is highly competitive. Production capacity is increasing among both established producers and new entrants. Barriers to entry in the industry are limited, and average selling prices (ASPs) of PV products may decline quickly.

### Product Quality and Performance Risk
Solar cells are complex and must meet stringent quality requirements. Products as complex as these may contain undetected errors or defects. For example, solar cells and solar panels may contain defects that are not noticed until after they are shipped or installed. Such defects could lead to re-engineering expenses and costs due to warranty provisions. They could also adversely affect customer relations and business reputation.

### Government Policy Risk
Many national and local policy measures benefit the solar power industry, including tax incentives and contract opportunities, both in the U.S. and internationally. Any of these measures can be amended, suspended, or repealed, and such action could reduce demand for solar power equipment.

### International Risk
SunPower's principal manufacturing operations are located in the Philippines, and a significant percentage of the company's sales are made outside the United States. This exposes the company to various risks of operating in international markets, particularly emerging markets. Such risks include: (1) political and economic instability; (2) multiple, conflicting, and changing laws and regulations; (3) increased costs associated with international marketing efforts; and (4) currency risk.

**Additional Risk and Disclosure information, as well as more information on the Raymond James rating system and suitability categories, is available at rjcapitalmarkets.com/SearchForDisclosures_main.asp Copies of research or Raymond James' summary policies relating to research analyst independence can be obtained by contacting any Raymond James & Associates or Raymond James Financial Services office (please see raymondjames.com for office locations) or by calling 727-567-1000, toll free 800-237-5643 or sending a written request to the Equity Research Library, Raymond James & Associates, Inc., Tower 3, 6th Floor, 880 Carillon Parkway, St. Petersburg, FL 33716.**

*For clients in the United Kingdom:*

**For clients of Raymond James & Associates (RJA) and Raymond James Financial International, Ltd. (RJFI):** This report is for distribution only to persons who fall within Articles 19 or Article 49(2) of the Financial Services and Markets Act (Financial Promotion) Order 2000 as investment professionals and may not be distributed to, or relied upon, by any other person.

**For clients of Raymond James Investment Services, Ltd.:** This report is intended only for clients in receipt of Raymond James Investment Services, Ltd.'s Terms of Business or others to whom it may be lawfully submitted.

For purposes of the Financial Services Authority requirements, this research report is classified as objective with respect to conflict of interest management. RJA, Raymond James Financial International, Ltd., and Raymond James Investment Services, Ltd. are authorized and regulated in the U.K. by the Financial Services Authority.

*For institutional clients in the European Economic Area (EEA) outside of the United Kingdom:*

This document (and any attachments or exhibits hereto) is intended only for EEA institutional clients or others to whom it may lawfully be submitted.

*For Canadian clients:*

Review of Material Operations: The Analyst and/or Associate is required to conduct due diligence on, and where deemed appropriate visit, the material operations of a subject company before initiating research coverage. The scope of the review may vary depending on the complexity of the subject company's business operations.

This report is not prepared subject to Canadian disclosure requirements.

*For Latin American clients:*

Registration of Brazil-based Analysts: In accordance with Regulation #483 issued by the Brazil Securities and Exchange Commission (CVM) in October 2010, all lead Brazil-based Research Analysts writing and distributing research are CNPI certified as required by Art. 1 of APIMEC's Code of Conduct (www.apimec.com.br/supervisao/codigodeconduta). They abide by the practices and procedures of this regulation as well as internal procedures in place at Raymond James Brasil S.A. A list of research analysts accredited with the APIMEC can be found on the webpage (www.apimec.com.br/ certificacao/Profissionais Certificados).

Non-Brazil-based analysts writing Brazil research and or making sales efforts with the same are released from these APIMEC requirements as stated in Art. 20 of CVM Instruction #483, but abide by recognized Codes of Conduct, Ethics and Practices that comply with Articles 17, 18, and 19 of CVM Instruction #483.

© 2011 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.                    6
International Headquarters:
The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863          **RAYMOND JAMES**

CONFIDENTIAL                                                                                      FSLR00062187

Raymond James                                                                        U.S. Research

**Proprietary Rights Notice:** By accepting a copy of this report, you acknowledge and agree as follows:

This report is provided to clients of Raymond James only for your personal, noncommercial use. Except as expressly authorized by Raymond James, you may not copy, reproduce, transmit, sell, display, distribute, publish, broadcast, circulate, modify, disseminate or commercially exploit the information contained in this report, in printed, electronic or any other form, in any manner, without the prior express written consent of Raymond James. You also agree not to use the information provided in this report for any unlawful purpose.

This report and its contents are the property of Raymond James and are protected by applicable copyright, trade secret or other intellectual property laws (of the United States and other countries). United States law, 17 U.S.C. Sec.501 et seq, provides for civil and criminal penalties for copyright infringement.

© 2011 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.                                 7

**International Headquarters:**
The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

**RAYMOND JAMES**

CONFIDENTIAL                                                                          FSLR00062188