# EXHIBIT 51

**COMPANY NOTE**

Rating | Target | Estimate Change

USA | Clean Technology | Alternative Energy

October 26, 2011

# Jefferies

# First Solar (FSLR)
## Bewildering Change of Events; Downgrade to Hold

**HOLD**
(from BUY)
Price target $47.00
(from $125.00)
Price $43.27

### Key Takeaway

**Given the uncertainty around the sudden midday departure of FSLR's CEO, we can no longer recommend the stock and move our rating to Hold. The stock is likely to remain weak as no further information will be disseminated prior to its earnings report on Nov. 3. Although there is uncertainty around the project revenue recognition timing, the stock is trading at a discount to the liquidation of the projects and assets.**

**To be conservative we are pushing revenue recognition from both Sunlight and Topaz out of 2012. We calculate cash generation from the four projects at $60 per share (not discounted) on top of existing cash per share of $4 and TBV is $36.50 per share. It is unprecedented to fire a CEO mid day and not given any explanation or color — which lends us to believe the decision was an emotional reaction with the failed Topaz negotiation as the trigger. We feel the stock will remain toxic until clarity is given.**

**Is there a restatement or scandal without disclosure?** Given that there was no disclosure of an earnings miss (and that may not be a firable offense given the poor macro environment), and no disclosure of a financial restatement or wrongdoing, we speculate the board decision may have been triggered by the company decision to walk away from an Enbridge sale of Topaz and strategic disagreements around the business model. Perhaps the CEO did not notify the board of the Enbridge negotiation impasse, and may have favored other off balance sheet financing mechanisms (with FSLR as an IPP). Although there were no disclosures given, the ongoing investigation of DOE loan guarantees further raises risk.

**What about a sale?** Trading at a discount to project liquidations and future cash flow, one cannot rule out possible sale discussions that may have been in contrast to the board, or without board notification.

### Valuation/Risks

Our PT of $47 (from $125) is based on 5x (from 11x) our 2012 GAAP EPS estimate of $9.40 (from $11.40). This is in line with solar manufacturing peers. Risks to this valuation include but are not limited to: 1) project execution, 2) financing availability, and 3) cost management.

### Financial Summary

| | |
|---|---|
| Book Value (MM): | $3,681.5 |
| Book Value/Share: | $42.30 |
| Net Debt (MM): | $(103.6) |
| Long-Term Debt (MM): | $360.8 |
| LTD/Cap: | 8.3% |
| Cash & ST Invest. (MM): | $464.4 |

### Market Data

| | |
|---|---|
| 52 Week Range: | $175.45 – $42.50 |
| Total Entprs. Value (MM): | $3,630.6 |
| Market Cap. (MM): | $3,734.2 |
| Insider Ownership: | 34.7% |
| Institutional Ownership: | 75.2% |
| Shares Out. (MM): | 86.3 |
| Float (MM): | 59.5 |
| Avg. Daily Vol.: | 2,874,722 |

**Jesse Pichel** *
Equity Analyst
(212) 323-3987 jpichel@jefferies.com
**Constance Wang** *
Equity Associate
(212) 284-2132 cwang@jefferies.com
**Min Xu** *
Equity Associate
(212) 336-7370 mxu@jefferies.com
**Elaine Kwei, CFA** *
Equity Analyst
(212) 284-2187 ekwei@jefferies.com

* Jefferies & Company, Inc.

| USD | Prev. | 2010A | Prev. | 2011E | Prev. | 2012E | Prev. | 2013E |
|---|---|---|---|---|---|---|---|---|
| Rev. (MM) | — | 2,563.5 | 3,628.7 | 3,561.1 | 4,901.0 | 4,289.5 | 5,929.8 | 4,564.9 |
| EV/Rev | | 1.4x | | 1.0x | | 0.8x | | 0.8x |
| **EPS** | | | | | | | | |
| Mar | — | 2.00 | -- | 1.33A | -- | -- | — | -- |
| Jun | — | 1.84 | -- | 0.70A | -- | -- | — | — |
| Sep | — | 2.04 | 2.62 | 2.20 | -- | -- | — | -- |
| Dec | — | 1.80 | 4.35 | 4.11 | -- | -- | — | -- |
| FY Dec | — | 7.68 | 9.00 | 8.34 | 11.40 | 9.40 | 14.80 | 7.60 |
| FY P/E | | 5.6x | | 5.2x | | 4.6x | | 5.7x |

### Price Performance



Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 5 to 7 of this report.

**FSLR**

Rating | Target | Estimate Change

October 26, 2011

**First Solar, Inc.**

**Hold: $47 Price Target**

THE LONG VIEW

## Scenarios

### Target Investment Thesis

- Lowest cost supplier with best 2011/2012 visibility
- Strong project pipeline buffers volume/price volatility
- Growing EPS driven by Projects business
- Margin pressure from crystalline competition
- Trades significantly higher than Chinese peers
- 2012 EPS: $9.40; Target Multiple: 5x; Target Price: $47

### Upside Scenario

- Earlier recognition of captive sales to project pipeline
- Faster than expected project permitting
- Successful PPA and project sales to utilities and plant operators
- Raised guidance for 2011 and 2012
- 2012 EPS: $11.00; Target Multiple: 9x; Target Price: $99

### Downside Scenario

- Cancelation of major projects due to permitting or other risks
- Selling projects at lower than expected prices
- Loss of large project contracts to competitors
- Reduction of government subsidy support for solar
- 2012 EPS: $8.50; Target Multiple: 4x Target Price: $34

## Long Term Analysis

### 1 Year Forward P/E



Source: Capital IQ, Jefferies estimates

### Long Term Financial Model Drivers

| | |
|---|---|
| Earnings CAGR ('10-'13) | 0% |
| Revenue CAGR ('10-'13) | 21% |
| Gross Margin ('13) | 31.7% |
| Operating Margin ('13) | 17.0% |

### Other Considerations

First Solar is the largest and lowest cost PV solar module manufacturer with manufacturing costs of $0.75/W, well below best-in-class crystalline silicon (c-Si) modules at $1.00-1.20/W. However, as polysilicion prices reduce, c-Si players will see more cost reduction than FSLR. C-Si cost leaders will approach $1.00/W at the end of 2011, or ~25% cost reduction, vs. FSLR at ~4% per our estimates.

## Peer Group

### Group P/Es



Source: Capital IQ, Jefferies estimates

### Earnings Growth vs P/E

Source: Capital IQ, Jefferies estimates

### Recommendation / Price Target

| Ticker | Rec. | PT |
|---|---|---|
| **FSLR** | **Hold** | **$47** |
| SPWRA | Hold | $12 |
| YGE | Buy | $5.50 |
| TSL | Hold | $10 |
| CSIQ | Hold | $4 |
| STP | Underperform | $3 |

## Catalysts

- Clarity on Desert Sunlight revenue recognition
- Sale of Topaz at a good price
- New project wins / Sale of existing projects
- Faster cost reduction

## Company Description

Founded in 1999, First Solar is the largest vertically integrated solar module manufacturer worldwide with a robust project development business in North America. First Solar is headquartered in Tempe, Arizona, with manufacturing capacities in Malaysia, Germany, and Ohio. First Solar plans to add capacity in Malaysia and Germany, reaching 2.1GW capacity by YE2012. In Nov 2006, First Solar went public on the NASDAQ Stock Exchange under the symbol "FSLR". FSLR was added to S&P500 index in October 2009, making it the first and currently the only pure play renewable stock in the index.

Jesse Pichel, Equity Analyst, (212) 323-3987, jpichel@jefferies.com

Please see important disclosure information on pages 5 - 7 of this report.



CONFIDENTIAL

FSLR00062295

**FSLR**

Rating | Target | Estimate Change

October 26, 2011

**What happened?** First Solar announced that effective immediately, Rob Gillette is no longer serving as CEO. Chairman Michael Ahearn is interim CEO, and a search committee is looking for a permanent CEO. Mr. Gillette joined FSLR as CEO in October 2009 and had replaced some of its prior management team over the past 2 years. This includes Jens Meyerhoff, former President of Utility Systems and before that CFO, and Bruce Sohn, former President of Operations. This move by FSLR's Board of Directors was unexpected, and because it occurred intraday, practically unheard of. We believe that the timing may be due to an emotional response and the discovery of critical errors, lack of disclosure to the board regarding the Topaz project, or disagreement regarding the future direction of FSLR.

**We reported on Oct. 24 that the potential sale of Topaz to Enbridge fell through**, as indicated by media outlet SparkSpread. If FSLR is able to sell the project, then this is not a major issue, and a slightly lower sales price has little impact on earnings. However, if there are other major issues with Topaz that would affect the project getting done, this would have a very large effect on earnings for all years of the project. At a ~$3.00/W project price, this 550MW AC project would have contributed $19.80 of EPS over the 3-4 years of the project build, starting in 2012.

**We continue to have little to no clarity on the revenue recognition plan for Desert Sunlight.** As the company reported on Sept. 30, rev rec may be delayed until "substantial completion" in 1Q15, but could be earlier if all criteria are met. However, FSLR has not disclosed what these criteria are. Sunlight is the same size as Topaz, and the sale price is unknown. The payment schedule and cash inflow are also unknown.

**The management team is not responding to calls at this time**, citing their quiet period. The company is reporting next week Thursday, Nov. 3 after the market close.

Jesse Pichel, Equity Analyst, (212) 323-3987 , jpichel@jefferies.com

Please see important disclosure information on pages 5 - 7 of this report.

**Jefferies**

CONFIDENTIAL

FSLR00062296

**FSLR**

Rating | Target | Estimate Change

October 26, 2011

Income Statement ($M)

Last Updated: 10/25/11

| FY Ending December: | 2009 | 2010 | 1Q11 | 2Q11 | 3Q11 | 4Q11 | 2011 | 1Q12 | 2Q12 | 3Q12 | 4Q12 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Projected | | | | |
| Revenue | 2,066.2 | 2,563.5 | 567.3 | 532.8 | 982.8 | 1,478.2 | 3,561.1 | 895.2 | 986.0 | 1,088.4 | 1,319.9 | 4,289.5 | 4,564.9 |
| Module Revenue | 1,938.2 | 2,185.2 | 519.5 | 471.9 | 617.3 | 1,039.0 | 2,647.8 | 728.5 | 763.7 | 820.4 | 935.2 | 3,247.8 | 3,221.2 |
| EPC Revenue | 128.0 | 378.4 | 47.6 | 60.8 | 365.5 | 439.3 | 913.3 | 166.7 | 222.2 | 268.1 | 384.7 | 1,041.7 | 1,343.7 |
| COGS | 1,021.6 | 1,378.7 | 307.6 | 338.0 | 648.8 | 916.7 | 2,211.1 | 571.1 | 615.1 | 668.3 | 809.2 | 2,663.8 | 3,120.1 |
| Product Cost | 914.9 | 1,078.5 | 261.3 | 282.1 | 371.9 | 562.4 | 1,477.7 | 421.1 | 415.1 | 427.0 | 462.9 | 1,726.1 | 1,897.3 |
| EPC Cost | 106.7 | 300.1 | 46.4 | 55.9 | 276.9 | 354.3 | 733.4 | 150.0 | 200.0 | 241.3 | 346.3 | 937.5 | 1,222.8 |
| Gross Profit | 1,044.6 | 1,184.8 | 259.7 | 194.8 | 334.0 | 561.6 | 1,350.0 | 324.1 | 370.9 | 420.2 | 510.7 | 1,625.9 | 1,444.9 |
| Operating Expenses | 365.0 | 435.9 | 130.3 | 130.3 | 113.0 | 145.0 | 518.6 | 159.0 | 159.0 | 151.0 | 190.0 | 659.0 | 670.0 |
| Operating Profit , EBIT | 679.6 | 748.9 | 129.4 | 64.5 | 221.0 | 416.6 | 831.5 | 165.1 | 211.9 | 269.2 | 320.7 | 966.9 | 774.9 |
| D&A | 106.7 | 156.1 | 48.3 | 48.8 | 49.3 | 49.8 | 196.3 | 50.3 | 50.8 | 51.3 | 51.8 | 204.3 | 212.6 |
| EBITDA | 786.3 | 905.0 | 177.7 | 113.4 | 270.3 | 466.4 | 1,027.8 | 215.4 | 262.7 | 320.5 | 372.6 | 1,171.2 | 987.5 |
| Non Operating Expenses | (6.7) | (13.2) | (3.6) | (7.4) | (3.5) | (3.5) | (18.1) | (0.9) | (0.9) | (0.3) | (0.3) | (2.3) | (9.3) |
| Pretax Income | 686.3 | 762.1 | 133.0 | 72.0 | 224.5 | 420.1 | 849.6 | 168.0 | 212.7 | 269.5 | 321.0 | 969.2 | 784.2 |
| Income tax Expense (Benefit) | 46.2 | 97.9 | 17.0 | 10.8 | 31.4 | 58.8 | 118.1 | 25.2 | 29.8 | 37.7 | 44.9 | 135.7 | 102.0 |
| Net Income GAAP | 640.1 | 664.2 | 116.0 | 61.1 | 193.1 | 361.3 | 731.4 | 142.7 | 183.0 | 231.8 | 276.1 | 833.5 | 682.3 |
| EPS GAAP | $7.53 | $7.68 | $1.33 | $0.70 | $2.20 | $4.11 | $8.34 | $1.62 | $2.07 | $2.60 | $3.10 | $9.40 | $7.60 |
| Stock Option Expense | 88.7 | 95.0 | 30.0 | 30.0 | 30.0 | 30.0 | 120.0 | 30.0 | 30.0 | 30.0 | 30.0 | 120.0 | 120.0 |
| Net Income Proforma | 728.8 | 759.2 | 146.0 | 91.1 | 223.1 | 391.3 | 851.4 | 172.7 | 213.0 | 261.8 | 306.1 | 953.5 | 802.3 |
| EPS Proforma | $8.57 | $8.78 | $1.68 | $1.05 | $2.54 | $4.45 | $9.73 | $1.96 | $2.41 | $2.94 | $3.44 | $10.76 | $8.93 |
| Diluted Shares Outstanding | 85.0 | 86.5 | 87.1 | 87.1 | 87.9 | 87.9 | 87.5 | 88.2 | 88.3 | 89.0 | 89.1 | 88.7 | 89.6 |
| **Margin** | | | | | | | | | | | | | |
| Gross Margin | 50.6% | 46.2% | 45.8% | 36.6% | 34.0% | 38.0% | 37.9% | 36.2% | 37.6% | 38.6% | 38.7% | 37.9% | 31.7% |
| Total Opex | 17.7% | 17.0% | 23.0% | 24.5% | 11.5% | 9.8% | 14.6% | 17.8% | 16.1% | 13.9% | 14.4% | 15.4% | 14.7% |
| EBITDA | 38.1% | 35.3% | 31.3% | 21.3% | 27.5% | 31.6% | 28.9% | 24.1% | 26.6% | 29.4% | 28.2% | 27.3% | 21.6% |
| EBIT | 32.9% | 29.2% | 22.8% | 12.1% | 22.5% | 28.2% | 23.3% | 18.4% | 21.5% | 24.7% | 24.3% | 22.5% | 17.0% |
| Net Earnings | 31.0% | 25.9% | 20.4% | 11.5% | 19.6% | 24.4% | 20.5% | 15.9% | 18.6% | 21.3% | 20.9% | 19.4% | 14.9% |
| Effective tax rate | 6.7% | 12.8% | 12.8% | 15.0% | 14.0% | 14.0% | 13.9% | 14.0% | 14.0% | 14.0% | 14.0% | 14.0% | 13.0% |
| **Y/Y Growth** | | | | | | | | | | | | | |
| Total Revenue | 65.8% | 24.1% | (0.1%) | (9.4%) | 20.2% | 142.4% | 38.9% | 57.8% | 85.1% | 10.7% | (10.7%) | 20.5% | 6.4% |
| Gross Profit | 54.0% | 13.4% | (7.9%) | (31.5%) | 3.8% | 89.3% | 13.9% | 24.8% | 90.4% | 25.8% | (9.1%) | 20.4% | (11.1%) |
| EBIT | 55.0% | 10.2% | (32.3%) | (64.2%) | 4.4% | 151.5% | 11.0% | 27.6% | 228.3% | 21.8% | (23.0%) | 16.3% | (19.9%) |
| Net Earnings | 83.8% | 3.8% | (32.7%) | (61.6%) | 9.2% | 131.7% | 10.1% | 23.1% | 199.2% | 20.0% | (23.6%) | 14.0% | (18.1%) |
| Proforma EPS | 73.2% | 2.4% | (24.7%) | (50.9%) | NM | 114.5% | 10.9% | 16.8% | 130.6% | NM | (22.6%) | 10.5% | (17.0%) |
| **Q/Q Growth** | | | | | | | | | | | | | |
| Revenue | | | (7.0%) | (6.1%) | 84.5% | 50.4% | | (39.4%) | 10.1% | 10.4% | 21.3% | | |
| Gross Profit | | | (12.5%) | (25.0%) | 71.5% | 68.1% | | (42.3%) | 14.4% | 13.3% | 21.6% | | |
| EBIT | | | (21.9%) | (50.1%) | 242.5% | 88.5% | | (60.4%) | 28.3% | 27.0% | 19.2% | | |
| Net Earnings | | | (25.6%) | (47.3%) | 216.8% | 87.1% | | (60.5%) | 28.2% | 26.7% | 19.1% | | |
| EPS | | | (25.8%) | (47.8%) | 213.2% | 87.0% | | (80.6%) | 28.1% | 25.6% | 19.0% | | |

Source: Company reports and Jefferies estimates.

Jesse Pichel, Equity Analyst, (212) 323-3987, jpichel@jefferies.com

Please see important disclosure information on pages 5 - 7 of this report.

**Jefferies**

CONFIDENTIAL

FSLR00062297

**FSLR**

Rating | Target | Estimate Change

October 26, 2011

## Company Description

Based out of Phoenix, Arizona, First Solar is the world''s largest designer and manufacturer of thin-film solar modules. FSLR employs a proprietary technology utilizing cadmium telluride (CdTe), which is a crystalline material formed by both cadmium and tellurium, as an alternative to polysilicon in manufacturing solar panels. As a result, First Solar''s ability to ramp production rapidly has not been stunted by tight polysilicon availability. First Solar''s highly automated and highly replicable manufacturing process has enabled the company to become the lowest-cost producer of solar modules in the industry with the highest global market share among thin film producers. The company was founded in 1999 and its first manufacturing plant was built in Perrysburg, Ohio, which was qualified and ramped in November 2004. Since then, First Solar has rapidly expanded its manufacturing capacity by building facilities in Germany and Malaysia.

## Analyst Certification

I, Jesse Pichel, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Constance Wang, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Min Xu, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Elaine Kwei, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300

## Meanings of Jefferies Ratings

Buy - Describes stocks that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes stocks that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes stocks that we expect to provide a total negative return (price appreciation plus yield) of 10% or more within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated stocks with an average stock price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated stocks with an average stock price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated stocks with an average stock price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes stocks whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

## Risk which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based

Jesse Pichel, Equity Analyst, (212) 323-3987, jpichel@jefferies.com

Please see important disclosure information on pages 5 - 7 of this report.

Jefferies

CONFIDENTIAL

FSLR00062298

upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

- Canadian Solar Inc. (CSIQ: $3.10, HOLD)
- SunPower Corporation (SPWRA: $9.09, HOLD)
- Suntech Power Holdings Co., Ltd. (STP: $2.24, UNDERPERFORM)
- Trina Solar Limited (TSL: $7.28, HOLD)
- Yingli Green Energy Holding Co. Ltd. (YGE: $3.76, BUY)



## Distribution of Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | IB Serv./Past 12 Mos. Percent |
|---|---|---|---|---|
| BUY | 754 | 54.50% | 107 | 14.19% |
| HOLD | 554 | 40.10% | 54 | 9.75% |
| UNDERPERFORM | 75 | 5.40% | 2 | 2.67% |

## Other Important Disclosures

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group, Inc. ("Jefferies") group companies:

**United States:** Jefferies & Company, Inc., which is an SEC registered firm and a member of FINRA.

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Services Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Hibiya Marine Bldg, 3F, 1-5-1 Yuraku-cho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**Jesse Pichel**, Equity Analyst, (212) 323-3987, jpichel@jefferies.com

Please see important disclosure information on pages 5 - 7 of this report.



CONFIDENTIAL

FSLR00062299

Case 2:12-cv-00555-DGC    Document 361-6    Filed 04/27/15    Page 8 of 8

**India:** Jefferies India Private Limited, which is licensed by the Securities and Exchange Board of India as a Merchant Banker (INM000011443) and a Stock Broker with Bombay Stock Exchange Limited (INB011438539) and National Stock Exchange of India Limited (INB231438533) in the Capital Market Segment; located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East) Mumbai 400 051, India; Tel +91 22 4356 6000.

This material has been prepared by Jefferies employing appropriate expertise, and in the belief that it is fair and not misleading. The information set forth herein was obtained from sources believed to be reliable, but has not been independently verified by Jefferies. Therefore, except for any obligation under applicable rules we do not guarantee its accuracy. Additional and supporting information is available upon request. Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, this material is distributed in the United States ("US"), by Jefferies & Company, Inc., a US-registered broker-dealer, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6, under the US Securities Exchange Act of 1934. Transactions by or on behalf of any US person may only be effected through Jefferies & Company, Inc. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed. Jefferies International Limited has adopted a conflicts management policy in connection with the preparation and publication of research, the details of which are available upon request in writing to the Compliance Officer. For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). For investors in the Republic of Singapore, this material is provided by Jefferies Singapore Limited pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact Jefferies Singapore Limited. In Japan this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. In India this report is made available by Jefferies India Private Limited. In Australia this information is issued solely by Jefferies International Limited and is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Act") in connection with their consideration of any investment or investment service that is the subject of this document. Any offer or issue that is the subject of this document does not require, and this document is not, a disclosure document or product disclosure statement within the meaning of the Act. Jefferies International Limited is authorised and regulated by the Financial Services Authority under the laws of the United Kingdom, which differ from Australian laws. Jefferies International Limited has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services licence under the Act in respect of the provision of certain financial services to wholesale clients. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, its associates or affiliates, and its respective officers, directors, and employees may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. Upon request Jefferies may provide specialized research products or services to certain customers focusing on the prospects for individual covered stocks as compared to other covered stocks over varying time horizons or under differing market conditions. While the views expressed in these situations may not always be directionally consistent with the long-term views expressed in the analyst's published research, the analyst has a reasonable basis and any inconsistencies can be reasonably explained. This material does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this report is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments. This report has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of securities. None of Jefferies, any of its affiliates or its research analysts has any authority whatsoever to make any representations or warranty on behalf of the issuer(s). Jefferies policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis. Any comments or statements made herein are those of the author(s) and may differ from the views of Jefferies.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Third party content providers do not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Third party content providers shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available primarily electronically, and, in some cases, in printed form. Electronic research is simultaneously available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any officer nor employee of Jefferies accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents.

For Important Disclosure information, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 1.888.JEFFERIES

© 2011 Jefferies Group, Inc.

Jesse Pichel, Equity Analyst, (212) 323-3987, jpichel@jefferies.com

Please see important disclosure information on pages 5 - 7 of this report.

Jefferies

CONFIDENTIAL

FSLR00062300