# EXHIBIT 52



AURIGA
New York • Madrid • Barcelona

*Solar Power/CleanTech*

**First Solar, Inc. (FSLR: $43.27)**
**Buy**
**Price Target: $113.00**
**Wednesday, October 26, 2011**

### MARKET AND BALANCE SHEET DATA

| | |
|---|---|
| Current Price: | $43.27 |
| Shares Outstanding: | 87.1 |
| Market Cap: | $3,770 |
| Net Cash/Share: | $3.78 |
| Debt/Capital: | 8.9% |
| Tangible Book Value/sh: | $36.99 |
| Price/Tangible Book Value: | 1.2 |

### FINANCIAL AND EARNINGS DATA

| FYE Dec | | 2010A | 2011E | 2012E | 2013E |
|---|---|---|---|---|---|
| P/E Ratio: | | 5.6x | 5.2x | 4.8x | 4.1x |
| EV/Revenue: | | 1.3x | 1.0x | 0.8x | 0.6x |
| EV/EBITDA: | | 3.8x | 3.3x | 2.8x | 2.3x |
| Revenue: | | $2,564 | $3,490 | $4,462 | $5,709 |
| EPS: | | $7.68 | $8.35 | $9.00 | $10.50 |
| | | | | | |
| Revenue: | Q1 | $568A | $567A | $768E | |
| | Q2 | $588A | $533A | $904E | |
| | Q3 | $798A | $970E | $1,220E | |
| | Q4 | $610A | $1,421E | $1,570E | |
| | FY | $2,564A | $3,490E | $4,462E | $5,709E |
| | | | | | |
| EPS: | Q1 | $2.00A | $1.33A | $1.29E | |
| | Q2 | $1.84A | $0.70A | $1.54E | |
| | Q3 | $2.04A | $2.50E | $2.42E | |
| | Q4 | $1.80A | $3.80E | $3.73E | |
| | FY | $7.68A | $8.35E | $9.00E | $10.50E |

Non-GAAP Estimates



**Hari Chandra Polavarapu**
hari.chandra@aurigausallc.com
+1 646 998-6481

## First Solar: CEO exit adds to skepticism; Rating/PT in review;
Management chaos amidst concerns on visibility, ASP pressure, cost leadership

**CEO Robert Gillette ouster ain't worth $1.3B sell-off; transition figure at best**
First Solar ousted its CEO, Robert Gillette, and brought back Michael Ahearn, current Chairman and previous CEO (from 2000 to 2009) in an interim role. **However, a 25%+ stock price sell-off is more in panic about many unanswered questions** (some clarity may come after 3Q11 results on Nov 3 - see page 2). Robert Gillette was at best a transition figure. As noted in our July 25 initiation report, we believed "Robert Gillette, CEO, as an operational executive overseeing the transition of the company...but from a transformational standpoint, the key executive to watch will be Jens Meyerhoff, President, Utility Systems Business". But Jens Meyerhoff quit in August following differences with Robert Gillette.

**Will Jens Meyerhoff come back in a CEO role? Not unreasonable and possible**
We believe Jens Meyerhoff's long standing experience, first as CFO from pre-IPO stage in 2006 to 2010, and since July 2010-August 2011 as President, Utility Systems Business is an ideal fit at this pivotal time. Given immense challenges, **First Solar needs an** (former) **insider with deep experience both in structuring finance options, and the dynamics of utility scale power projects as Jens Meyerhoff.** Further, as the public face of the company for long, he carries investor trust, and First Solar's board would do well in bringing him back as CEO quickly.

**Valuation: What is the stock worth?; Our rating/price target are in review**
We believe a knee-jerk downgrade of the stock/price target cut after the fact (of an unexpected event), and with incomplete information/flawed assumptions is meaningless. Pending further clarity, our rating/price target are in review.

**Beyond 2011 - Doubting Thomases/rumors aplenty on cost roadmap, visibility**
With its stock price down 60% since it reported 2Q11 results on August 4, First Solar is under immense pressure to convince the Doubting Thomases that its cost/technology leadership is intact and that its business model is flexible and can adapt to the treacherous economic/policy/competitive pressures unlike its peers.

- **Project visibility:** With Department of Energy (DoE) loan guarantees throwing a curve ball across the U.S. solar PV landscape amidst Solyndra bankruptcy, investors are hungry for clarity on First Solar's major project pipeline in terms of their status (Topaz project - when will it be sold?), visibility/timelines of implementation, revenue/earnings recognition and tracking mechanism (Desert Sunlight). Beyond the U.S. projects, progress markers on international projects (Canada, India, Australia) are needed to allay investor fears that First Solar's project pipeline is limited to the U.S.
- **Cost leadership -** With GCL-Poly's expected cost structure being bandied about as a threat to its cost leadership despite evidence on the contrary, a review and progress of First Solar's cost advantage vs. c-Si amidst falling polysilicon prices is essential in countering rumors/much misinformation.
- **Technology leadership -** With GE entering the CdTe solar module arena and claiming ~14% conversion efficiency (CE) by ~2014, the onus is on First Solar to move beyond >14.5% CE by end-2014 and on to 17.3% CE that it already achieved in a full-scale manufacturing process using commercial materials. If not, idle chatter of GE takeover will gain traction.

**Risks:** First Solar specific risks include (1) earnings revision in view of pricing pressure across the solar PV value chain, (2) key executive departures, (3) c-Si modules becoming price competitive with First Solar, (4) operational dislocation, (5) delays in power projects/loss of key customers. Industry related risks include (1) abrupt shifts in government subsidies and policies, (2) impact of disruptive technology, and (3) general economic risk.

AURIGA USA, LLC
546 Fifth Avenue, 9th Floor
New York, NY 10036
Equity Trading desk:+1(646) 998-6470

FINRA SIPC
**For full disclosures, please see end of report**

FSLR – First Solar: CEO exit adds to skepticism; Rating/PT in review – October 26, 2011

**First Solar is set to report 3Q11 results after-market close on Nov 3**
Our 3Q11 revenue and EPS estimates for First Solar are $970M and $2.50, respectively versus Street consensus of $1,004M and $2.62. Given weak European recovery, continued ASP pressure, and manifold distractions, **we expect First Solar to report 3Q11 closer to our expectations and below Street consensus.** Further, given 4Q11 solar PV weakness **we expect the company to reset full year guidance of $3.6B-$3.7B in revenue and $9.00-$9.50 in EPS closer to our $3.49B revenue and $8.35 EPS estimates.**

**Company sales and EPS guidance - 2011:** Sales: $3.6B to $3.7B; EPS: $9.00 to $9.50

**Auriga shipment estimates:** 2011: 2,047MWp; 2012: 2,935MWp; 2013: 4,189MWp

**Street view:** Mean price target: $114, (23 Buy, 16 Hold, 5 Sell)

| Estimates Comparison | Street Revenue | Auriga Revenue | Street EPS | Auriga EPS |
|---|---|---|---|---|
| 3Q11E | $1,004M | $970M | $2.62 | $2.50 |
| 4Q11E | $1,468M | $1,421M | $4.06 | $3.80 |
| | | | | |
| 2011E | $3,574M | $3,491M | $8.73 | $8.35 |
| 2012E | $4,593M | $4,462M | $9.88 | $9.00 |
| 2013E | $5,504M | $5,709M | $10.66 | $10.50 |

**AURIGA USA, LLC**● 546 Fifth Avenue ● Ninth Floor ● New York, NY 10036

CONFIDENTIAL                                                              FSLR00062227

FSLR    First Solar: CEO exit adds to skepticism; Rating/PT in review    October 26, 2011

**Figure 1: First Solar - Income Statement**
Fiscal year ending December

| Updated on October 18, 2011 | 2009 | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 2010 | 1Q11 | 2Q11 | 3Q11E | 4Q11E | 2011E | 1Q12E | 2Q12E | 3Q12E | 4Q12E | 2012E | 2013E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sales | $2,066.2 | $568.0 | $587.9 | $797.9 | $609.8 | $2,563.5 | $567.3 | $532.8 | $969.7 | $1,420.7 | $3,490.5 | $767.6 | $903.8 | $1,220.0 | $1,570.5 | $4,461.8 | $5,709.4 |
| Cost of Goods | 1013.4 | 285.9 | 303.7 | 476.0 | 313.1 | 1378.7 | 307.6 | 338.0 | 594.9 | 909.3 | 2149.8 | 508.8 | 599.9 | 823.3 | 1031.0 | 2963.0 | 3953.9 |
| Gross Income | 1052.8 | 282.0 | 284.2 | 321.9 | 296.7 | 1184.8 | 259.7 | 194.8 | 374.8 | 511.4 | 1340.7 | 258.8 | 303.9 | 396.7 | 539.4 | 1498.8 | 1755.5 |
| R&D | 78.2 | 22.9 | 22.8 | 21.5 | 27.6 | 94.8 | 31.4 | 33.1 | 30.1 | 30.5 | 125.1 | 29.2 | 32.3 | 31.7 | 33.8 | 126.9 | 142.7 |
| SG&A | 275.3 | 68.0 | 80.9 | 88.8 | 103.5 | 341.1 | 98.9 | 97.2 | 91.8 | 95.1 | 383.0 | 99.0 | 114.4 | 116.7 | 121.5 | 451.7 | 515.0 |
| Operating Income | 699.3 | 191.1 | 180.5 | 211.6 | 165.7 | 748.9 | 129.4 | 64.5 | 252.9 | 385.8 | 832.6 | 130.6 | 157.3 | 248.2 | 384.2 | 920.2 | 1097.8 |
| Other Income (Exp) & Other | 6.7 | 4.2 | (0.0) | 1.3 | 7.7 | 13.2 | 3.6 | 7.4 | 0.8 | 1.3 | 13.2 | 1.7 | 1.9 | 2.2 | 3.0 | 8.8 | 17.4 |
| Pretax Income | 706.0 | 195.4 | 180.4 | 212.9 | 173.4 | 762.1 | 133.0 | 72.0 | 253.7 | 387.1 | 845.8 | 132.3 | 159.2 | 250.4 | 387.2 | 929.0 | 1115.2 |
| Taxes | 47.3 | 23.0 | 21.4 | 36.0 | 17.4 | 97.9 | 17.0 | 10.8 | 35.5 | 54.2 | 117.6 | 19.2 | 23.1 | 36.3 | 56.1 | 134.7 | 167.3 |
| Minority Interests | | | | | | | | | | | | | | | | | |
| Extraordinary Item | 18.5 | | | | | | | | | | | | | | | | |
| Net Income | 640.1 | 172.3 | 159.0 | 176.9 | 155.9 | 664.2 | 116.0 | 61.1 | 218.2 | 332.9 | 728.2 | 113.1 | 136.1 | 214.1 | 331.0 | 794.3 | 947.9 |
| Net Income-Continuing Operations | 658.7 | 172.3 | 159.0 | 176.9 | 155.9 | 664.2 | 116.0 | 61.1 | 218.2 | 332.9 | 728.2 | 113.1 | 136.1 | 214.1 | 331.0 | 794.3 | 947.9 |
| Avg. Shares Outstanding - Basic | 83.5 | 84.5 | 84.9 | 85.1 | 85.2 | 84.9 | 85.3 | 86.2 | 86.4 | 86.6 | 86.1 | 86.9 | 87.2 | 87.5 | 87.8 | 87.3 | 89.3 |
| Basic EPS | $7.67 | $2.04 | $1.87 | $2.08 | $1.83 | $7.82 | $1.36 | $0.71 | $2.53 | $3.85 | $8.46 | $1.30 | $1.56 | $2.45 | $3.77 | $9.10 | $10.61 |
| Avg. Shares Outstanding - Diluted | 85.0 | 86.1 | 86.4 | 86.6 | 86.8 | 86.5 | 87.1 | 87.1 | 87.3 | 87.5 | 87.3 | 87.8 | 88.1 | 88.4 | 88.7 | 88.3 | 90.3 |
| Diluted EPS | $7.53 | $2.00 | $1.84 | $2.04 | $1.80 | $7.68 | $1.33 | $0.70 | $2.50 | $3.80 | $8.35 | $1.29 | $1.54 | $2.42 | $3.73 | $9.00 | $10.50 |
| Avg. Shares Outstanding - Diluted | 85.0 | 86.1 | 86.4 | 86.6 | 86.8 | 86.5 | 87.1 | 87.1 | 87.3 | 87.5 | 87.3 | 87.8 | 88.1 | 88.4 | 88.7 | 88.3 | 90.3 |
| Diluted EPS (Excl. Charges) | $7.75 | $2.00 | $1.84 | $2.04 | $1.80 | $7.68 | $1.33 | $0.70 | $2.50 | $3.80 | $8.35 | $1.29 | $1.54 | $2.42 | $3.73 | $9.00 | $10.50 |

| Margin Structure* | 2009 | 1Q10 | 2Q10 | 3Q10 | 4Q10 | 2010 | 1Q11 | 2Q11 | 3Q11E | 4Q11E | 2011E | 1Q12E | 2Q12E | 3Q12E | 4Q12E | 2012E | 2013E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold | 49.0% | 50.3% | 51.7% | 59.7% | 51.3% | 53.8% | 54.2% | 63.4% | 61.3% | 64.0% | 61.6% | 66.3% | 66.4% | 67.5% | 65.7% | 66.4% | 69.3% |
| Gross Margin | 51.0% | 49.7% | 48.3% | 40.3% | 48.7% | 46.2% | 45.8% | 36.6% | 38.7% | 36.0% | 38.4% | 33.7% | 33.6% | 32.5% | 34.3% | 33.6% | 30.7% |
| R&D | 3.8% | 4.0% | 3.9% | 2.7% | 4.5% | 3.7% | 5.5% | 6.2% | 3.1% | 2.2% | 3.6% | 3.8% | 3.6% | 2.6% | 2.2% | 2.8% | 2.5% |
| SG&A Expenses | 13.3% | 12.0% | 13.8% | 11.1% | 17.0% | 13.3% | 17.4% | 18.2% | 9.5% | 6.7% | 11.0% | 12.9% | 12.7% | 9.6% | 7.7% | 10.1% | 9.0% |
| Operating Margin | 33.8% | 33.7% | 30.7% | 26.5% | 27.2% | 29.2% | 22.8% | 12.1% | 26.1% | 27.2% | 23.9% | 17.0% | 17.4% | 20.3% | 24.5% | 20.6% | 19.2% |
| EBITDA Margin | 40.1% | 40.5% | 37.3% | 30.9% | 34.2% | 35.3% | 31.3% | 22.6% | 32.1% | 31.4% | 30.3% | 26.8% | 25.9% | 26.9% | 29.7% | 27.7% | 26.1% |
| Tax Rate | 6.7% | 11.8% | 11.9% | 16.9% | 10.0% | 12.8% | 12.8% | 15.0% | 14.0% | 14.0% | 13.9% | 14.5% | 14.5% | 14.5% | 14.5% | 14.5% | 15.0% |
| Net Margin | 31.9% | 30.3% | 27.1% | 22.2% | 25.6% | 25.9% | 20.4% | 11.5% | 22.5% | 23.4% | 20.9% | 14.7% | 15.1% | 17.6% | 21.1% | 17.8% | 16.6% |

* All numbers are on an operating basis and exclude special charges.

Source: Company reports, Auriga estimates

CONFIDENTIAL    FSLR00062228

**Company Description**

First Solar manufactures and sells solar PV modules using Cadmium Telluride (CdTe) based thin-film technology, and also designs, constructs, and sells solar PV power systems using its modules. First Solar is the solar PV industry's low cost leader both on cost/Wp and on a levelized cost of electricity basis. The company is the leading manufacturer of solar PV modules in the world at ~1.4GWp in 2010, with ~7% global solar module installation market share.

**First Solar, Inc.**

*Valuation*

To value solar PV stocks we discount our 3-year forward earnings, adjust for net cash, and assign a high single-digit to low-teen earnings multiple consistent with high growth companies with continued cash requirements, lack of pricing power, and macro economic/policy uncertainty.

*Risks*

First Solar specific risks include (1) Earnings revision in view of pricing pressure across the solar PV value chain, (2) c-Si modules becoming price competitive with First Solar, (3) operational dislocation, (4) delays in power projects/loss of key customers. Industry related risks include (1) abrupt shifts in government subsidies and policies, (2) impact of disruptive technology, and (3) general economic risk.

**CONFIDENTIAL**                                                                                                                              **FSLR00062229**

## IMPORTANT DISCLOSURES

**Important Disclosure Footnotes for Companies Mentioned in this Report that Are Covered by AURIGA USA, LLC:**

**Companies Mentioned in this Report that Are Not Covered by AURIGA USA, LLC:**

**Stock Prices as of October 26, 2011:**

**Price Target and Rating History (See Rating Definitions for Explanation)**
Auriga USA, LLC disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies initiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.

FSLR

| 1) 04/13/10 | 2) 04/29/10 | 3) 05/24/10 | 4) 07/28/10 | 5) 07/30/10 | 6) 12/15/10 | 7) 02/03/11 | 8) 05/04/11 | 9) 06/06/11 | 10) 07/25/11 |
|---|---|---|---|---|---|---|---|---|---|
| Hold $143 | Hold $147 | Buy $138 | Buy $173 | Buy $175 | Buy $167 | Hold $167 | Buy $160 | Dropped Coverage | Buy $157 |

| 11) 08/05/11 | 12) 08/17/11 | 13) 09/28/11 |
|---|---|---|
| Buy $168 | Buy $154 | Buy $120 |

**Rating Distributions**
Auriga USA, LLC rating distribution by percentage (as of September 30, 2011):

| All companies under coverage: | | All companies under coverage to which it has provided investment banking services in the previous 12 months: | |
|---|---|---|---|
| Buy | 69% | Buy | 0% |
| Hold | 25% | Hold | 0% |
| Sell | 6% | Sell | 0% |

**Explanation of Ratings**
**Buy:**      Expected to produce a total return of 15% or better in the next 12 months.
**Hold:**     Fairly valued; total return in the next 12 months expected to be ± 15%.
**Sell:**     Stock is expected to decline by 15% or more in the next 12 months.

**Auriga USA, LLC Equity Research Disclosures as of October 26, 2011**

| Company | Disclosure |
|---|---|
| First Solar, Inc. | |

**Auriga USA, LLC Equity Research Disclosure Legend**
1.   Auriga USA, LLC makes a market in the securities of the subject company.
2.   The analyst serves as an officer, director, or advisory board member of the subject company.
3.   The analyst or a member of the analyst's household has a financial interest in the securities of the subject company (this interest may include, without limitation, whether it consists of any option, right, warrant, future, long or short position).

CONFIDENTIAL                                                                                                          FSLR00062230

FSLR – First Solar: CEO exit adds to skepticism; Rating/PT in review – October 26, 2011

4. Auriga USA, LLC or an affiliate of Auriga USA, LLC has managed or co-managed a public offering of securities for the subject company in the last 12 months.
5. Auriga USA, LLC or an affiliate of Auriga USA, LLC has received compensation for investment banking services from the subject company in the last 12 months.
6. Auriga USA, LLC expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.
7. Auriga USA, LLC or its affiliates beneficially own 1% or more of the common stock of the subject company as calculated in accordance with Section 13(d) of the Securities Exchange Act of 1934.
8. The subject company is, or during the past 12 months was, a client of Auriga USA, LLC, which provided non-investment banking, securities-related services to, and received compensation from, the subject company for such services. The analyst or employees of Auriga USA, LLC with the ability to influence the substance of this report knows the foregoing facts.
9. An affiliate of Auriga USA, LLC received compensation from the subject company for products or services other than investment banking services during the past 12 months. The analyst or employees of Auriga USA, LLC with the ability to influence the substance of this report know or have reason to know the foregoing facts.

**Analyst Certification**
I, Hari Chandra Polavarapu, was principally responsible for the preparation of this research report, and I hereby certify that the recommendations and opinions expressed in this publication accurately reflect my personal views about the company and securities that are mentioned in this report and that I have not received and will not receive direct or indirect compensation in exchange for the specific recommendations or views expressed in this report.

**Disclaimers**
This report has been prepared by AURIGA USA, LLC in New York. It may not be reproduced, redistributed or copied in whole or in part for any purpose.

This report is published for informational purposes and does not constitute an offer or solicitation to buy or sell any securities, products or services or participate in any trading strategy referred to herein. Investors should consider this report as only a single factor in making any investment decisions. This report does not provide individually tailored investment advice. The information and opinions provided in this report take no account of the individual client risk and return requirements. The securities discussed in this report may not be suitable for all investors. AURIGA USA, LLC accepts no liability for any direct or consequential loss or damage arising from the use of all or part of this publication. The information in this report has been obtained from sources that AURIGA USA, LLC believes to be reliable and accurate. However, no representation or warranty, express or implied, is made as to the accuracy or completeness of any information obtained from third parties. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. The information or opinions are provided as of the date of this report and are subject to change without notice.
AURIGA USA, LLC is fully disclosed with its clearing firm, Pershing LLC, is not a market maker and does not sell to or buy from customers on a principle basis.

We, our affiliates, any officer, director or stockholder or any other member of their family may from time to time purchase or sell any of the above mentioned or related securities. The Analyst(s) principally responsible for the preparation of this research report are prohibited from buying or selling securities issued by the companies that the Analyst(s) has a research relationship with, except if ownership of such securities was prior to the start of such relationship, then the Analyst(s) may sell such securities after obtaining express written permission from the Director of Research or the Chief Compliance Officer.

**Additional information on recommended securities is available on request**
AURIGA USA LLC.
546 Fifth Avenue, 9th Floor, New York, NY 10036
Toll free: +1-877-8-AURIGA (+1-877-828-7442) email: research.disclosures@aurigausallc.com
Member SIPC and FINRA
© 2011 AURIGA USA. All rights reserved.

6    **AURIGA USA, LLC**● 546 Fifth Avenue ● Ninth Floor ● New York, NY 10036

**CONFIDENTIAL**    **FSLR00062231**