# EXHIBIT 53

North America **United States**
**Industrials** Clean Technology

**Deutsche Bank**

26 October 2011

# First Solar Inc.

Reuters: **FSLR.OQ**    Bloomberg: **FSLR US**    Exchange: **NMS**    Ticker: **FSLR**

## Early Q3 Release Removes Some (Not All) Concerns

**Vishal Shah**
Research Analyst
(+1) 212 250-0028
vish.shah@db.com

**Scott Reynolds**
Research Associate
(+1) 212 250-5427
scott.reynolds@db.com

**Chad Dillard**
Research Associate
(+1) 212 250-8390
chad.dillard@db.com

### Forecast Change

**Hold**

| | |
|---|---|
| Price at 25 Oct 2011 | 43.27 |
| Price target | 45.00 |
| 52-week range | 170.80 - 43.27 |

**Key changes**

| | | |
|---|---|---|
| Price target | 70.00 to 45.00 ↓ | -35.7% |
| EPS (USD) | 9.00 to 6.90 ↓ | -23.4% |
| Revenue (USDm) | 3,595 to 3,285 ↓ | -8.6% |

**Price/price relative**

**Performance (%)**

| | 1m | 3m | 12m |
|---|---|---|---|
| Absolute | -38.4 | -64.1 | -70.6 |
| S&P 500 INDEX | 8.2 | -8.1 | 3.7 |

**Stock & option liquidity data**

| | |
|---|---|
| Market cap (USDm) | 3,770.5 |
| Shares outstanding (m) | 87.1 |
| Free float (%) | 100 |
| Volume (25 Oct 2011) | 5,693,174 |
| Option volume (und. shrs., 1M avg.) | 2,994,468 |

### Overall Thoughts

This morning, First Solar reported Q3 results and 2011 guidance well below consensus expectations. Although shares were down more than 25% yesterday on the news of unexpected CEO departure we still see some downward pressure until there is further clarity on the new strategic direction for the company. Although shares appear to be trading at relatively attractive valuation (~4x 2012E P/E multiple), we believe it may be too early to step in and buy: Hold.

### Earlier than expected Q3 results remove near term operational overhang:

Clearly today's Q3 earnings/2011 guidance announcement was worse than consensus, but certainly in line with the bear case "buy-side" consensus. Q3 revenues/EPS of $1B/$2.25 compared to consensus of $1.01B/$2.64. 2011 revised revenue/EPS guidance of $3-3.3B/$6.50-7.60 is well below consensus of $3.6B/$8.84 and compared to prior guidance of $3.6-3.7B/$9.00-9.50. The wide range of Q4 EPS guidance indicates pricing uncertainty in the non-captive module business. The earnings announcement could come as a relief to some investors, but still leaves a lot of questions unanswered. We are lowering our 2011 EPS estimates from $9.00 to $6.90, 2012 EPS estimates from $8.50 to $6.95.

### New leadership requirement by board cited as reason for CEO departure

Although the rationale may make sense, investors are likely to still question the timing of announcement and the way this news was handled. Besides, there is no CEO succession plan and finding a new CEO in this environment could prove to be challenging. The company also announced that it is reducing capex and evaluating opportunities to reallocate overhead expenses to offset increased opex.

### Non-Captive business could lose money in 1H12

We now see 2012 non-captive earnings power of $0.60 versus our prior estimate of $1.60. The company could lose money in non-captive business in 1H11 and turn to a profit if it executes on cost roadmap. For 2013, we now forecast non-captive earnings power of $1.33. Note that these estimates are based on production increase from 2GW in 2011 to ~3GW in 2012 and ~3.8GW in 2013 – in light of recent capex cut announcements, our estimates could prove to be optimistic.

### Bottom line

Shares are now close to our second worst case valuation scenario of $45 but still above our $20 worst case valuation scenario outlined in yesterday's note entitled "Cleantech Insights Vol 4: FSLR Systems Business Analysis, SPI Recap". Our new $45 price target is based on 1x replacement value of module business (~$20) plus $25 discounted cash value of current systems pipeline. Upside/downside risks include, growth/decline in utility-scale projects specifically in the US and China, changes in solar policy, forex fluctuations and cost improvements.

**Forecasts and ratios**

| Year End Dec 31 | 2010A | 2011E | 2012E |
|---|---|---|---|
| FY EPS (USD) | 7.71 | **6.90** | 6.95 |
| OLD FY EPS (USD) | 7.71 | **9.00** | 8.50 |
| P/E (x) | 16.5 | **6.3** | 6.2 |
| Revenue (USDm) | 2,563.5 | **3,284.7** | 4,241.0 |

Source: Deutsche Bank estimates, company data

All prices are those current at the end of the previous trading session unless otherwise indicated. Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies. Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MICA(P) 146/04/2011.

CONFIDENTIAL

FSLR00262095

**Deutsche Bank** ▨

# Still too early to buy

2012 earnings power of the non-captive business is only likely to be ~$0.60. Assuming shares trade at 10x P/E multiple of non-captive business, current valuation implies ~$45/share cash value of the systems pipeline. Note that our 2012 non-captive estimates assume the company runs at 100% utilization and executes on current cost roadmap - both of these assumptions could now be considered to be at risk in light of the recent CEO departure. Moreover, note that the systems pipeline cash value assumes that FSLR is able to execute on all projects at relatively attractive economics. Even this assumption can now be questioned by investors. Finally, note that our prior normalized earnings based price target was calculated on the assumption that FSLR would execute on $0.55/W cost roadmap and ~25% achieve market share. Both of these assumptions are now at risk considering the recent CEO departure. Our new price target is based on 1x replacement value of module business ($20) plus $25 discounted cash value of systems pipeline.

**Following key points are expected to drive near term FSLR share price performance, in our view:**

1) Is the CEO departure related to operational, strategy or accounting issues? Can the company achieve $0.55/W cost target, achieve 14% module efficiency, execute on the current systems project pipeline, find sufficient new utility projects in the US and grow the business outside of Europe/US? What happens to the China utility project?

2) What is the fundamental outlook of CdTe technology in a $20-25/kg poly price environment? Can CdTe companies sell products for sub €70 c/W and still make money?

3) Can the company control other executive departures? Note the departing CEO had replaced several members of the senior management team with new members – several of these executives had some prior connection with the CEO.

4) Can other CdTe companies succeed if FSLR is facing challenges from rapidly declining poly prices? If some of these DOE funded companies fail, what will the government response be to policy outlook for the broader Cleantech sector? Note that one CdTe company received $400M DOE loan guarantee to set up a manufacturing facility in the US. If FSLR's profitability is likely to be challenged by rapidly declining poly prices, then how can other companies survive? Does the US government enforce import duties on Chinese panels or significantly reduce policy support for the Cleantech sector? Note that some EV/battery manufactures have also received DOE funding. What if the US Ex-Im bank stops financing Indian solar projects that use US manufactured FSLR modules?

CONFIDENTIAL

FSLR00262096

**Deutsche Bank**

### Figure 1: MWs increasingly moving to captive...



Source: Deutsche Bank

### Figure 2: ...while revenue follows



Source: Deutsche Bank

### Figure 3: Non-captive margins dips...



Source: Deutsche Bank

### Figure 4: ...and earnings power shifts to systems



Source: Deutsche Bank

## Valuation

We are reducing our price target methodology to account for the increased uncertainty associated with predicting normalized earnings power of captive and non-captive business given the recent CEO departure and weaker than expected Q4 earnings outlook. Our prior price target was based on 10x P/E multiple on $7 normalized earnings ($2 normalized earnings for captive business, $5 normalized earnings for non-captive business). Given the uncertainty about company's strategic direction in light of recent management changes, we believe some of the assumptions involved in calculating normalized earnings (capacity ramp, cost, efficiency target etc) may now prove to be less reliable. As such, we now base our price target on 1x replacement value of $20 and $25 cash generated from the existing captive business pipeline.

CONFIDENTIAL                                    FSLR00262097

26 October 2011    Clean Technology  First Solar Inc.

**Deutsche Bank** ⌷

## Figure 5: First Solar Earnings Drivers

Source: Deutsche Bank

CONFIDENTIAL                                                                                 FSLR00262098

26 October 2011    Clean Technology  First Solar Inc.

**Deutsche Bank**

## Figure 6: First Solar Income Statement

| Numbers in Millions | Fiscal 2011E | | | | Fiscal 2012E | | | | Fiscal 2013E | | | | FY | FY | FY | FY | FY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FYE: Dec | Q1 | Q2 | Q3E | Q4E | Q1E | Q2E | Q3E | Q4E | Q1E | Q2E | Q3E | Q4E | 2010 | 2011E | 2012E | 2013E | 2014E |
| Revenue | 567.3 | 532.8 | 1004.7 | 1179.9 | 874.7 | 874.5 | 1117.6 | 1374.3 | 866.5 | 1028.5 | 1300.7 | 1600.3 | 2563.5 | 3284.7 | 4241.0 | 4796.1 | 5909.8 |
| QoQ | -7.0% | 6.1% | 88.6% | 17.4% | -25.9% | 0.0% | 27.8% | 23.0% | -37.0% | 18.7% | 26.5% | 23.0% | | | | | |
| YoY | 0.1% | 9.4% | 25.9% | 93.5% | 54.2% | 64.1% | 11.2% | 16.5% | 0.9% | 17.6% | 16.4% | 16.4% | 24% | 28% | 29% | 13% | 23% |
| | | | | | | | | | | | | | | | | | |
| Cost of Goods | 307.6 | 338.0 | 625.7 | 732.9 | 611.6 | 590.2 | 775.1 | 951.3 | 636.1 | 740.4 | 960.3 | 1160.8 | 1378.7 | 2004.1 | 2928.1 | 3497.6 | 4148.5 |
| Gross Profit | 259.7 | 194.8 | 379.0 | 447.0 | 263.1 | 284.3 | 342.5 | 423.0 | 230.3 | 288.1 | 340.5 | 439.6 | 1184.8 | 1280.5 | 1312.9 | 1298.5 | 1761.3 |
| | | | | | | | | | | | | | | | | | |
| R&D | 31.4 | 33.1 | 38.2 | 38.9 | 35.0 | 35.0 | 35.2 | 30.2 | 34.7 | 41.1 | 41.0 | 35.2 | 94.8 | 141.6 | 135.4 | 152.0 | 186.7 |
| Selling, General & Admin. | 87.0 | 86.9 | 112.6 | 136.5 | 88.0 | 93.1 | 118.4 | 145.7 | 80.5 | 88.4 | 86.9 | 80.0 | 321.7 | 423.0 | 445.2 | 335.8 | 393.3 |
| Production Start-Up and Other | 11.9 | 10.3 | 5.5 | 6.0 | 7.0 | 7.0 | 7.0 | 7.0 | 10.0 | 10.0 | 10.0 | 10.0 | 19.4 | 33.7 | 28.0 | 40.0 | 40.0 |
| **Operating Expenses** | 130.3 | 130.3 | 156.3 | 181.5 | 130.0 | 135.1 | 160.6 | 182.9 | 125.1 | 139.5 | 137.9 | 125.2 | 435.9 | 598.3 | 608.6 | 527.8 | 620.0 |
| | | | | | | | | | | | | | | | | | |
| **Operating Income** | 129.4 | 64.5 | 222.7 | 265.6 | 133.1 | 149.2 | 181.9 | 240.1 | 105.2 | 148.6 | 202.6 | 314.3 | 748.9 | 682.2 | 704.3 | 770.7 | 1141.3 |
| | | | | | | | | | | | | | | | | | |
| Non operating (income) expense: | | | | | | | | | | | | | | | | | |
| Foreign curency gain (loss) | 1.0 | 1.7 | -1.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -3.4 | 0.8 | 0.0 | 0.0 | 0.0 |
| Interest income (expense) | 3.0 | 3.4 | 3.2 | 1.9 | 2.0 | 2.9 | 3.1 | 3.2 | 3.4 | 3.8 | 3.6 | 4.6 | 14.3 | 11.5 | 11.3 | 15.4 | 18.0 |
| Other income (expense) | -0.3 | 2.4 | -1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.3 | 0.7 | 0.0 | 0.0 | 0.0 |
| | | | | | | | | | | | | | | | | | |
| Non operating (income) expense | 3.6 | 7.4 | 0.0 | 1.9 | 2.0 | 2.9 | 3.1 | 3.2 | 3.4 | 3.8 | 3.6 | 4.6 | 20.1 | 12.9 | 11.3 | 15.4 | 18.0 |
| | | | | | | | | | | | | | | | | | |
| Income (loss) before taxes | 133.0 | 72.0 | 222.7 | 267.4 | 135.2 | 152.1 | 185.0 | 243.3 | 108.6 | 152.3 | 206.2 | 318.9 | 769.0 | 695.1 | 715.6 | 786.1 | 1159.2 |
| | | | | | | | | | | | | | | | | | |
| Income Tax Expense | 17.0 | 10.8 | 26.3 | 40.1 | 20.3 | 22.8 | 27.8 | 36.5 | 16.3 | 22.8 | 30.9 | 47.8 | 97.9 | 94.2 | 107.3 | 117.9 | 173.9 |
| | | | | | | | | | | | | | | | | | |
| Net Income (loss) | 116.0 | 61.1 | 196.5 | 227.3 | 114.9 | 129.3 | 157.28 | 206.8 | 92.3 | 129.5 | 175.31 | 271.1 | 671.1 | 600.9 | 608.3 | 668.2 | 985.3 |
| | | | | | | | | | | | | | | | | | |
| Basic income (loss) per share | 1.36 | 0.71 | 2.28 | 2.63 | 1.33 | 1.49 | 1.81 | 2.38 | 1.06 | 1.49 | 2.01 | 3.11 | 7.83 | 6.98 | 7.02 | 7.67 | 11.30 |
| Diluted income (loss) per share from Operation | 1.33 | 0.70 | 2.25 | 2.61 | 1.32 | 1.48 | 1.80 | 2.36 | 1.05 | 1.47 | 1.99 | 3.08 | 7.71 | 6.90 | 6.95 | 7.60 | 11.20 |
| Year over Year (%) | 33.4% | -61.9% | 10.4% | 45.1% | -1.3% | 110.6% | -20.3% | -9.4% | -20.0% | -0.3% | 11.0% | 30.5% | 5.9% | -10.6% | 0.8% | 9.3% | 47.3% |
| | | | | | | | | | | | | | | | | | |
| Weighted average basic shares used (M) | 85.3 | 86.2 | 86.3 | 86.4 | 86.5 | 86.6 | 86.7 | 86.8 | 86.9 | 87.0 | 87.1 | 87.2 | 85.8 | 86.1 | 86.7 | 87.1 | 87.2 |
| Avg Shares - Fully Diluted (M) | 87.1 | 87.1 | 87.2 | 87.3 | 87.4 | 87.5 | 87.6 | 87.7 | 87.8 | 87.9 | 88.0 | 88.1 | 87.0 | 87.1 | 87.5 | 87.9 | 88.0 |
| | | | | | | | | | | | | | | | | | |
| Percent of Sales | | | | | | | | | | | | | | | | | |
| Gross Margin | 45.8% | 36.6% | 37.7% | 37.9% | 30.1% | 32.5% | 30.6% | 30.8% | 26.6% | 28.0% | 26.2% | 27.5% | 46.2% | 39.0% | 31.0% | 27.1% | 29.8% |
| Incremental Gross Margin | | | | | | | | | | | | | | | | | |
| R&D | 5.5% | 6.2% | 3.8% | 3.3% | 4.0% | 4.0% | 3.2% | 2.2% | 4.0% | 4.0% | 3.2% | 2.2% | 3.7% | 4.3% | 3.2% | 3.2% | 3.2% |
| SG&A | 15.3% | 16.3% | 11.2% | 11.6% | 10.1% | 10.6% | 10.6% | 10.6% | 9.3% | 18.0% | 11.0% | 7.2% | 12.5% | 12.9% | 10.5% | 7.0% | 6.7% |
| Operating Income | 22.8% | 12.1% | 22.2% | 22.5% | 15.2% | 17.1% | 16.3% | 17.5% | 12.1% | 14.4% | 15.6% | 19.6% | 29.2% | 20.8% | 16.6% | 16.1% | 19.3% |
| Net Income | 20.4% | 11.5% | 19.6% | 19.3% | 13.1% | 14.8% | 14.1% | 15.1% | 10.7% | 12.6% | 13.5% | 16.9% | 26.2% | 18.3% | 14.3% | 13.9% | 16.7% |
| Tax Rate | 12.8% | 15.0% | 11.8% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 12.7% | 13.6% | 15.0% | 15.0% | 15.0% |
| Interest Income | 1.3% | 2.5% | 2.8% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.5% | 1.4% | 0.8% | 0.8% | 0.8% |

Source: Deutsche Bank

CONFIDENTIAL                                                                      FSLR00262099

Deutsche Bank

# Appendix 1

## Important Disclosures

Additional information available upon request

| Disclosure checklist | | | |
|---|---|---|---|
| Company | Ticker | Recent price* | Disclosure |
| First Solar Inc. | FSLR.OQ | 43.27 (USD) 25 Oct 11 | 2 |

*Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States. See "Important Disclosures Required by Non-US Regulators" and Explanatory Notes.

2.  Deutsche Bank and/or its affiliate(s) makes a market in securities issued by this company.

## Important Disclosures Required by Non-U.S. Regulators

Please also refer to disclosures in the "Important Disclosures Required by US Regulators" and the Explanatory Notes.

2.  Deutsche Bank and/or its affiliate(s) makes a market in securities issued by this company.

**For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at** http://gm.db.com/ger/disclosure/Disclosure.eqsr?ricCode=FSLR.OQ.

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Vishal Shah

CONFIDENTIAL    FSLR00262100

26 October 2011    Clean Technology  First Solar Inc.

**Deutsche Bank**

## Historical recommendations and target price: First Solar Inc. (FSLR.OQ)

*(as of 10/25/2011)*



Previous Recommendations

Strong Buy
Buy
Market Perform
Underperform
Not Rated
Suspended Rating

Current Recommendations

Buy
Hold
Sell
Not Rated
Suspended Rating

*New Recommendation Structure as of September 9, 2002

| # | Date | Recommendation |
|---|------|----------------|
| 1. | 11/9/2008: | Downgrade to Hold, Target Price Change USD160.00 |
| 2. | 2/25/2009: | Hold, Target Price Change USD150.00 |
| 3. | 4/30/2009: | Hold, Target Price Change USD167.00 |
| 4. | 6/25/2009: | Hold, Target Price Change USD170.00 |
| 5. | 8/20/2009: | Hold, Target Price Change USD125.00 |
| 6. | 10/29/2009: | Hold, Target Price Change USD115.00 |
| 7. | 12/17/2009: | Hold, Target Price Change USD135.00 |
| 8. | 2/8/2010: | Hold, Target Price Change USD125.00 |
| 9. | 4/29/2010: | Upgrade to Buy, Target Price Change USD155.00 |
| 10. | 10/29/2010: | Downgrade to Hold, Target Price Change USD125.00 |
| 11. | 2/14/2011: | No Recommendation, Target Price Change USD0.00 |
| 12. | 9/15/2011: | Hold, Target Price Change USD90.00 |
| 13. | 10/3/2011: | Hold, Target Price Change USD70.00 |

## Equity rating key

**Buy:** Based on a current 12-month view of total shareholder return (TSR = percentage change in share price from current price to projected target price plus projected dividend yield), we recommend that investors buy the stock.

**Sell:** Based on a current 12-month view of total shareholder return, we recommend that investors sell the stock

**Hold:** We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

**Notes:**

1. Newly issued research recommendations and target prices always supersede previously published research.
2. Ratings definitions prior to 27 January, 2007 were:
    Buy: Expected total return (including dividends) of 10% or more over a 12-month period
    Hold: Expected total return (including dividends) between -10% and 10% over a 12-month period
    Sell: Expected total return (including dividends) of -10% or worse over a 12-month period

## Equity rating dispersion and banking relationships



North American Universe

CONFIDENTIAL

FSLR00262101

Deutsche Bank

## Regulatory Disclosures

## 1. Important Additional Conflict Disclosures

Aside from within this report, important conflict disclosures can also be found at https://gm.db.com/equities under the "Disclosures Lookup" and "Legal" tabs. Investors are strongly encouraged to review this information before investing.

## 2. Short-Term Trade Ideas

Deutsche Bank equity research analysts sometimes have shorter-term trade ideas (known as SOLAR ideas) that are consistent or inconsistent with Deutsche Bank's existing longer term ratings. These trade ideas can be found at the SOLAR link at http://gm.db.com.

## 3. Country-Specific Disclosures

**Australia and New Zealand:** This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act respectively.

**Brazil:** The views expressed above accurately reflect personal views of the authors about the subject company(ies) and its(their) securities, including in relation to Deutsche Bank. The compensation of the equity research analyst(s) is indirectly affected by revenues deriving from the business and financial transactions of Deutsche Bank.

**EU countries:** Disclosures relating to our obligations under MiFID can be found at http://www.globalmarkets.db.com/riskdisclosures.

**Japan:** Disclosures under the Financial Instruments and Exchange Law: Company name - Deutsche Securities Inc. Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association, The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless "Japan" is specifically designated in the name of the entity.

**Russia:** This information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

CONFIDENTIAL                                                                        FSLR00262102

Deutsche Bank ☑

## Deutsche Bank Securities Inc.

### North American locations

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
Tel: (212) 250 2500

**Deutsche Bank Securities Inc.**
One International Place
12th Floor
Boston, MA 02110
United States of America
Tel: (1) 617 217 6100

**Deutsche Bank Securities Inc.**
222 South Riverside Plaza
30th Floor
Chicago, IL 60606
Tel: (312) 537-3758

**Deutsche Bank Securities Inc.**
1735 Market Street
24th Floor
Philadelphia, PA 19103
Tel: (215) 854 1546

**Deutsche Bank Securities Inc.**
101 California Street
46th Floor
San Francisco, CA 94111
Tel: (415) 617 2800

**Deutsche Bank Securities Inc.**
700 Louisiana Street
Houston, TX 77002
Tel: (832) 239-4600

### International locations

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500

**Deutsche Bank AG London**
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

**Deutsche Bank AG**
Große Gallusstraße 10-14
60272 Frankfurt am Main
Germany
Tel: (49) 69 910 00

**Deutsche Bank AG**
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

**Deutsche Bank AG**
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

**Deutsche Securities Inc.**
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

## Global Disclaimer

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). The information herein is believed to be reliable and has been obtained from public sources believed to be reliable. Deutsche Bank makes no representation as to the accuracy or completeness of such information.

Deutsche Bank may engage in securities transactions, on a proprietary basis or otherwise, in a manner **inconsistent** with the view taken in this research report. In addition, others within Deutsche Bank, including strategists and sales staff, may take a view that is **inconsistent** with that taken in this research report.

Opinions, estimates and projections in this report constitute the current judgement of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof in the event that any opinion, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Prices and availability of financial instruments are subject to change without notice. This report is provided for informational purposes only. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst judgement.

As a result of Deutsche Bank's March 2010 acquisition of BHF-Bank AG, a security may be covered by more than one analyst within the Deutsche Bank group. Each of these analysts may use differing methodologies to value the security; as a result, the recommendations may differ and the price targets and estimates of each may vary widely.

In August 2009, Deutsche Bank instituted a new policy whereby analysts may choose not to set or maintain a target price of certain issuers under coverage with a Hold rating. In particular, this will typically occur for "Hold" rated stocks having a market cap smaller than most other companies in its sector or region. We believe that such policy will allow us to make best use of our resources. Please visit our website at http://gm.db.com to determine the target price of any stock.

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own informed investment decisions. Stock transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Deutsche Bank may with respect to securities covered by this report, sell to or buy from customers on a principal basis, and consider this report in deciding to trade on a proprietary basis.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. In the U.S. this report is approved and/or distributed by Deutsche Bank Securities Inc., a member of the NYSE, the NASD, NFA and SIPC. In Germany this report is approved and/or communicated by Deutsche Bank AG Frankfurt authorized by the BaFin. In the United Kingdom this report is approved and/or communicated by Deutsche Bank AG London, a member of the London Stock Exchange and regulated by the Financial Services Authority for the conduct of investment business in the UK and authorized by the BaFin. This report is distributed in Hong Kong by Deutsche Bank AG, Hong Kong Branch, in Korea by Deutsche Securities Korea Co. This report is distributed in Singapore by Deutsche Bank AG, Singapore Branch, and recipients in Singapore of this report are to contact Deutsche Bank AG, Singapore Branch in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), Deutsche Bank AG, Singapore Branch accepts legal responsibility to such person for the contents of this report. In Japan this report is approved and/or distributed by Deutsche Securities inc. The information contained in this report does not constitute the provision of investment advice. In Australia, retail clients should obtain a copy of a Product Disclosure Statement (PDS) relating to any financial product referred to in this report and consider the PDS before making any decision about whether to acquire the product. Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10). Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published by any person for any purpose without Deutsche Bank's prior written consent. Please cite source when quoting.

Copyright © 2011 Deutsche Bank AG