# EXHIBIT 54

# WUNDERLICH SECURITIES

**Energy: Alternative Energy**

---

**FIRST SOLAR, INC. (FSLR: $43.27)**
October 26, 2011

**Lowering Price Target**
**Rating: Hold**
Price Target: Old - $65.00; New - $50.00

| Market Data | |
|---|---|
| 12-18 Month Price Target | $50.00 |
| 52-Week Range | $175.45 - $42.50 |
| ADTV - 90Day (000s) | 2,874.7 |
| Market Cap ($MM) | $3,734.4 |
| Shares Out (MM) | 85.8 |
| Public Market Float (MM) | 59.5 |
| Dividend | NA |

**EPS ($)**

| FY DEC | 2010 | 2011 | | 2012 | |
|---|---|---|---|---|---|
| | Actual | Previous | Current | Previous | Current |
| Q1 | $2.00A | – | $1.33A | – | $1.50E |
| Q2 | $1.84A | – | $0.70A | – | $1.35E |
| Q3 | $2.04A | – | $2.38E | – | $1.61E |
| Q4 | $1.80A | – | $4.34E | – | $2.12E |
| YEAR | $7.68A | – | $8.75E | – | $6.58E |

**Operating Cash Flow ($)**

| FY DEC | 2010 | 2011 | | 2012 | |
|---|---|---|---|---|---|
| | Actual | Previous | Current | Previous | Current |
| YEAR | $788.61A | – | $923.44E | – | $748.18E |

**Valuation Ratio**

| | FY10 | FY11 | FY12 |
|---|---|---|---|
| P/E | 5.6x | 4.9x | 6.6x |
| EV/EBITDA | 4.1x | 3.5x | 4.3x |
| Leverage Ratio | 0.2x | 0.3x | 0.4x |
| EV/FCF | 21.0x | NM | 11.2x |
| FCF Yield | 4.6% | NM | 8.7% |
| P/FCF | 21.6x | (19.2)x | 11.6x |
| EV/S | 1.4x | 1.0x | 0.9x |
| ROE | 19.2% | 17.8% | 11.5% |

**Financial Data**

| | FY10 | FY11 | FY12 |
|---|---|---|---|
| Revenue | $2,563.5A | $3,570.1E | $3,832.4E |
| EBITDA | $886.5A | $1,038.8E | $849.3E |
| EBITDA Margin | 35.0%A | 29.0%E | 22.0%E |
| FCF(Mil) | $172.7A | $(194.7)E | $323.2E |
| Debt/Capital | 6.0%A | 7.0%E | 6.0%E |
| BV/Share | $39.95A | $49.27E | $56.96E |
| CapEx | $588.9A | $800.0E | $500.0E |

**Balance Sheet**

| | FY10 | FY11 | FY12 |
|---|---|---|---|
| Cash | $933.6A | $947.1E | $1,070.3E |
| Accounts Receivable | $307.0A | $600.0E | $600.0E |
| Current Assets | $1,584.5A | $2,322.1E | $2,440.3E |
| PPE | $1,430.8A | $1,800.0E | $2,200.0E |
| Goodwill | 433.3A | 458.0E | 458.0E |
| Total Assets | $4,380.4A | $5,497.1E | $6,140.3E |
| Current Liabilities | $469.7A | $555.0E | $625.0E |
| Total Liabilities | $925.5A | $1,205.0E | $1,175.0E |
| Total SOE and Liab. | $4,380.4A | $5,497.1E | $6,140.3E |
| Shareholders Equity | $3,454.9A | $4,292.1E | $4,965.3E |

## Abrupt Departure of CEO Increases Risk Premium — Lowering Target to $50
## FSLR Was All About Lowest Cost per Watt but That Is Evaporating

### Summary

We are lowering our price target on the shares of Hold-rated First Solar (FSLR) to $50 from $65 to account for the increased risk premium due to the abrupt departure of the CEO who had only just completed his second year with the firm. No explanation was given for the departure but we speculate that the fall in the price of the stock, the value of his options, the change in industry dynamics, and the outlook for the company's earnings had something to do with this. It is clear that the board had an issue that was large enough to prompt a mid-day press release. We are on the sidelines with a Hold rating and a $50 price target, down from $65.

### Key Points

- **Increasing risk in the shares impacts our model.** We have raised our discount rate in our DCF to account for the uncertainty inherent in a new CEO search. We don't consider the return of the prior CEO on an interim basis as a plus because he presided over a company that succeeded because all its competitors had much higher raw material costs and that is not the case today. FSLR has launched a search for a new CEO. Whoever takes the job faces a very tough task.

- **Not a likely takeover candidate at these levels.** FSLR launched at a time when its competitors faced high raw material costs and it never saw or chose to ignore the fact that polysilicon prices would fall dramatically. FSLR launched its business when polysilicon was $400/kg and now it is less than $40kg in some cases. Meanwhile the raw materials it uses have not fallen nearly as much if at all and all the other input costs are about the same for both. GE has been cited as a acquirer but GE faces the same issues with its PrimeStar investment.

- **Earnings estimates in 2012 and beyond look too high.** With falling polysilicon prices (down 45% year to date), FSLR's competitors are at or much nearer to FSLR's (adjusted for size and power) prices, thus earnings estimates for 2012 and beyond look rich.

- **Street completely missed the boat on this one.** We expect a wave of downward adjustments to earnings estimates and the reset of at least 20 price targets that range from $60 to $190 over the coming week. Some of the revisions need to be so large that they may provide some amusement as analysts figure out how to lower a $190 price target on a $43 stock. These downward revisions should continue straight through FSLR's reporting date, November 3.

- **Valuation.** We expect the company to end the year with approximately $7 in net cash per share. Excluding cash, and using our low-on-the-Street 2012 EPS estimate of $6.58, the shares trade at a P/E of 8x. We project book value will reach $49 a share by year end. We reiterate our Hold rating and take our target to $50, down from $65 previously.

---

Theodore O'Neill • 212.402.2054 • toneill@wundernet.com

Wunderlich Securities, Inc.
60 East 42nd Street, Suite 1007
New York, NY 10165

For Required Disclosures and Reg AC, please see page 4 of report

FINRA/SIPC

CONFIDENTIAL

FSLR00062220

First Solar, Inc.                                                                          October 26, 2011

**Figure 1:  First Solar, Inc. - Income Statement**

($ in thousands, except per share)

| December year end | 2008 Year | 2009 Year | 2010 Q1 | Q2 | Q3 | Q4 | 2010 Year | 2011E Q1 | Q2 | Q3E | Q4E | 2011E Year | 2012E Q1E | Q2E | Q3E | Q4E | 2012E Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total revenue** | $1,248,301 | $2,066,200 | $567,961 | $587,854 | $797,899 | $609,801 | $2,563,515 | $587,293 | $532,774 | $970,000 | $1,500,000 | $3,570,067 | $800,000 | $760,000 | $988,000 | $1,284,400 | $3,832,400 |
| *Growth* | *147%* | *66%* | *36%* | *12%* | *86%* | *-5%* | *24%* | *0%* | *-9%* | *22%* | *146%* | *39%* | *41%* | *43%* | *2%* | *-14%* | *7%* |
| Cost of Goods | 567,908 | 1,021,618 | 285,925 | 303,660 | 476,007 | 313,077 | 1,378,669 | 307,628 | 337,976 | 601,400 | 924,750 | 2,171,754 | 520,000 | 494,000 | 671,840 | 886,236 | 2,572,076 |
| **Gross Profit** | 678,393 | 1,044,582 | 282,036 | 284,194 | 321,892 | 296,724 | 1,184,846 | 259,665 | 194,798 | 368,600 | 575,250 | 1,398,313 | 280,000 | 266,000 | 316,160 | 398,164 | 1,260,324 |
| **Gross Margin** | 54.4% | 50.6% | 49.7% | 48.3% | 40.3% | 48.7% | 46.2% | 45.8% | 36.6% | 38.0% | 38.4% | 39.2% | 35.0% | 35.0% | 32.0% | 31.0% | 32.9% |
| Research and development | $33,517 | $78,161 | $22,888 | $22,836 | $21,472 | $27,601 | $94,797 | $31,351 | $33,102 | $31,000 | $32,000 | $127,453 | $30,000 | $32,000 | $35,000 | $40,000 | $137,000 |
| % of total revenue | 2.7% | 3.8% | 4.0% | 3.9% | 2.7% | 4.5% | 3.7% | 5.5% | 6.2% | 3.2% | 2.1% | 3.6% | 3.8% | 4.2% | 3.5% | 3.1% | 3.6% |
| SG&A | $174,039 | $272,898 | $66,864 | $78,597 | $84,961 | $91,282 | $321,704 | $87,000 | $86,872 | $90,000 | $100,000 | $363,872 | $80,000 | $80,000 | $100,000 | $125,000 | $385,000 |
| % of total revenue | 14% | 13% | 12% | 13% | 11% | 15% | 13% | 15% | 16% | 9% | 10% | 10% | 10% | 11% | 10% | 10% | 10% |
| Production startup costs | $32,498 | $13,908 | $1,143 | $2,288 | $3,821 | $12,190 | $19,442 | $11,931 | $10,294 | $9,000 | $9,000 | $40,225 | $16,000 | $16,000 | $16,000 | $16,000 | $64,000 |
| % of total revenue | 3% | 1% | 0% | 0% | 0% | 2% | 1% | 2% | 2% | 1% | 1% | 1% | 2% | 2% | 2% | 1% | 2% |
| Total Operating Expenses | 240,054 | 364,967 | 90,895 | 103,721 | 110,254 | 131,073 | 435,943 | 130,282 | 130,268 | 130,000 | 141,000 | 531,550 | 126,000 | 128,000 | 151,000 | 181,000 | 586,000 |
| **Operating Income** | 438,339 | 679,615 | 191,141 | 180,473 | 211,638 | 165,651 | 748,903 | 129,383 | 64,530 | 238,600 | 434,250 | 866,763 | 154,000 | 138,000 | 165,160 | 217,164 | 674,324 |
| **Operating Margin** | 35.2% | 32.9% | 33.7% | 30.7% | 26.5% | 27.2% | 29.2% | 22.8% | 12.1% | 24.6% | 29.0% | 24.3% | 19.3% | 18.2% | 16.7% | 16.9% | 17.6% |
| Total Other Items | 25,437 | 6,699 | 4,218 | (35) | 1,277 | 7,714 | 13,174 | 3,624 | 7,427 | 0 | 0 | 11,051 | 0 | 0 | 0 | 0 | 0 |
| Pre-Tax Income | 463,776 | 686,314 | 195,359 | 180,438 | 212,915 | 173,365 | 762,077 | 133,007 | 71,957 | 238,600 | 434,250 | 877,814 | 154,000 | 138,000 | 165,160 | 217,164 | 674,324 |
| **Pre-Tax Margin** | 37.2% | 33.2% | 34.4% | 30.7% | 26.7% | 28.4% | 29.7% | 23.4% | 13.5% | 24.6% | 29.0% | 24.6% | 19.3% | 18.2% | 16.7% | 16.9% | 17.6% |
| Taxes (benefit) | 115,446 | 46,176 | 23,014 | 21,395 | 36,046 | 17,421 | 97,876 | 17,039 | 10,819 | 31,018 | 56,453 | 115,329 | 23,100 | 20,700 | 24,774 | 32,575 | 101,149 |
| Tax Rate | 24.9% | 6.7% | 11.8% | 11.9% | 16.9% | 10.0% | 12.8% | 12.8% | 15.0% | 13.0% | 13.0% | 13.1% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| **Net Income (loss)** | $348,330 | $640,138 | $172,345 | $159,043 | $176,869 | $155,944 | $664,201 | $115,968 | $61,138 | $207,582 | $377,798 | $762,486 | $130,900 | $117,300 | $140,386 | $184,589 | $573,175 |
| **Net Margin** | 27.9% | 31.0% | 30.3% | 27.1% | 22.2% | 25.6% | 25.9% | 20.4% | 11.5% | 21.4% | 25.2% | 21.4% | 16.4% | 15.4% | 14.2% | 14.4% | 15.0% |
| **EPS, as reported** | $4.24 | $7.53 | $2.00 | $1.84 | $2.04 | $1.80 | $7.68 | $1.33 | $0.70 | $2.38 | $4.34 | $8.75 | $1.50 | $1.35 | $1.61 | $2.12 | $6.58 |
| Diluted Shares Outstanding | 82,124 | 85,044 | 86,092 | 86,401 | 86,610 | 86,460 | 86,491 | 87,053 | 87,126 | 87,136 | 87,146 | 87,116 | 87,156 | 87,166 | 87,176 | 87,186 | 87,171 |

*Sources: company reports and Wunderlich Securities, Inc.*

Theodore  O'Neill • 212.402.2054 • toneill@wundernet.com                                    Wunderlich Securities, Inc.

2

**CONFIDENTIAL**                                                                    **FSLR00062221**

First Solar, Inc.                                                                                                    October 26, 2011

### Figure 2 - First Solar, Inc. - Balance Sheet

($ in thousands, except per share)

| December year end | FY2012E | FY2011E | FY2010 | FY2009 | FY2008 | FY2007 | FY2006 |
|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | |
| Cash and S.T.I. | $1,070,311 | $947,136 | $933,578 | $784,735 | $792,260 | $636,950 | $308,415 |
| Accounts receivable | 600,000 | 600,000 | 307,019 | 226,826 | 61,703 | 18,165 | 27,123 |
| Inventories | 320,000 | 325,000 | 200,442 | 152,821 | 121,554 | 40,204 | 16,510 |
| Other assets | 450,000 | 450,000 | 143,421 | 186,889 | 101,884 | 107,190 | 36,474 |
| **Total Current Assets** | 2,440,311 | 2,322,136 | 1,584,460 | 1,351,271 | 1,077,401 | 802,509 | 388,522 |
| Net PP&E | 2,200,000 | 1,800,000 | 1,430,789 | 988,782 | 842,622 | 430,104 | 178,868 |
| Other non-current assets | 1,500,000 | 1,375,000 | 1,365,154 | 1,009,459 | 194,479 | 138,699 | 11,120 |
| **Total Assets** | $6,140,311 | $5,497,136 | $4,380,403 | $3,349,512 | $2,114,502 | $1,371,312 | $578,510 |
| **Current Liabilities** | | | | | | | |
| Notes payable and CPLTD | $200,000 | $200,000 | $99,143 | $83,784 | $146,189 | $132,366 | $32,083 |
| Accounts payable + Acc. Exp. | 325,000 | 255,000 | 270,858 | 215,241 | 175,850 | 24,473 | 16,339 |
| Other current liabilities | 100,000 | 100,000 | 99,676 | 95,902 | 59,738 | 29,639 | 3,651 |
| **Total Current Liabilities** | 625,000 | 555,000 | 469,677 | 394,927 | 381,777 | 186,478 | 52,073 |
| Long-Term Debt | 300,000 | 300,000 | 210,804 | 146,399 | 163,519 | 68,856 | 61,047 |
| Other non-current | 250,000 | 350,000 | 244,977 | 155,399 | 56,164 | 18,711 | 3,724 |
| **Total Liabilities** | 1,175,000 | 1,205,000 | 925,458 | 696,725 | 601,460 | 274,045 | 116,844 |
| **Stockholders' Equity** | | | | | | | |
| Preferred stock | | | | | | | |
| Total stockholders' equity | 4,965,311 | 4,292,136 | 3,454,945 | 2,652,787 | 1,513,042 | 1,097,267 | 461,666 |
| **Total Liabilities and Equity** | $6,140,311 | $5,497,136 | $4,380,403 | $3,349,512 | $2,114,502 | $1,371,312 | $578,510 |
| *Book value per share* | $56.96 | $49.27 | $39.95 | $31.19 | $18.42 | $14.07 | |

Sources: company reports and Wunderlich Securities, Inc.

Theodore  O'Neill • 212.402.2054 • toneill@wundernet.com                                          Wunderlich Securities, Inc.

3

**CONFIDENTIAL**                                                                                    **FSLR00062222**

First Solar, Inc.                                                                                                                          October 26, 2011

## Disclosures:

### Analyst Certification

I Theodore O'Neill, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject companies and their underlying securities. I further certify that I have not and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this research report.

### Valuation/Risks

- Our $50 price target is based on a blend of our XOI-based model and a three-stage dividend discount model.
- Risks to the shares include a high degree of correlation with the XOI ETF Index fund, representing a basket of oil-related stocks. Revenue and earnings are sensitive to the relative value of the dollar to the Euro. Margins are affected by competitive pricing issues.

### General disclosures:

Prices are as of the close of 10/25/11.

Ratings Distribution (in Percentages) & Investment Banking Disclosure Chart Information

| Ratings Distribution & Investment Banking Disclosure | | | | |
|---|---|---|---|---|
| Rating | Count | Ratings Distribution* | Count | Investment Banking** |
| Buy -rated | 139 | 62.60 | 18 | 12.95 |
| Hold -rated | 80 | 36.00 | 5 | 6.25 |
| Sell -rated | 3 | 1.40 | 0 | 0.00 |

*Percentage of all Wunderlich-covered stocks assigned an equivalent Buy, Hold, or Sell rating.

**Percentage of companies within Wunderlich-rated Buy, Hold, and Sell categories for which Wunderlich or an associated firm provided investment banking services within the past 12 months.

### Rating System:

There are three rating categories within the Wunderlich Securities Investment Rating System: Buy, Hold, and Sell. The rating assigned to each company is based on the following criteria.

**Buy** – a security which at the time the rating is instituted or reiterated indicates an expectation of a total return of greater than 20% over the next 12-18 months.

**Hold** - a security which at the time the rating is instituted or reiterated indicates an expectation of a total return of plus or minus 5% over the next 12-18 months.

**Sell** – a security which at the time the rating is instituted or reiterated indicates an expectation of a negative total return of greater than 10% over the next 12-18 months.

The analyst(s) who prepared this report may be compensated in part from a bonus pool that is partially funded by fees received by Wunderlich Securities for providing investment banking services.



To request further information regarding the companies discussed in this report, readers may send an email to research@wundernet.com or may write to the Wunderlich Securities Research Department, Wunderlich Securities, Inc., 400 E. Pratt Street, Suite 710, Baltimore, MD, 21202.

### Other Disclosures

Theodore  O'Neill • 212.402.2054 • toneill@wundernet.com                                                                  Wunderlich Securities, Inc.

**CONFIDENTIAL**                                                                                                                            **FSLR00062223**

First Solar, Inc.                                                                                              October 26, 2011

Wunderlich Securities, Inc. ("WSI") is a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of Financial Industry Regulatory Authority and the Securities Investor Protection Corp. This report is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject WSI or any divisions, subsidiaries or affiliates to any registration or licensing requirement within such jurisdiction.

All material presented in this report, unless specifically indicated otherwise, is under copyright to WSI. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of WSI. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of WSI or its affiliates. The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments.

WSI may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. WSI will not treat recipients as its customers by virtue of their receiving the report. The investments or services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice or a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you.

WSI does not offer advice on the tax consequences of investment and you are advised to contact an independent tax adviser. Please note in particular that the bases and levels of taxation may change. WSI believes the information and opinions in the Disclosure Appendix of this report are accurate and complete. Information and opinions presented in the other sections of the report were obtained or derived from sources WSI believes are reliable, but WSI makes no representations as to their accuracy or completeness.

Additional information is available upon request. WSI accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that liability arises under specific statutes or regulations applicable to WSI. This report is not to be relied upon in substitution for the exercise of independent judgment. WSI may have issued, and may in the future issue, a trading call regarding this security.

This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of WSI, WSI has not reviewed the linked site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to WSI's own website material) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through this report or WSI's website shall be at your own risk.

Theodore  O'Neill • 212.402.2054 • toneill@wundernet.com                                              Wunderlich Securities, Inc.

**CONFIDENTIAL**                                                                                              **FSLR00062224**



**Baltimore**
400 E. Pratt Street
Suite 710
Baltimore, MD 21202
866.297.8259

**Boston**
470 Atlantic Avenue
Suite 4047
Boston, MA 02210

**Chicago**
200 W. Madison Street
Suite 2950
Chicago, IL 60606
800.388.3851

**Denver**
1099 18th Street
Suite 2015
Denver, CO 80202
866.493.6588

**Houston**
10370 Richmond Avenue
Suite 950
Houston, TX 77042
888.385.6928

**Memphis**
6000 Poplar Avenue
Suite 150
Memphis, TN 38119
800.726.0557

**New York**
60 East 42nd Street
Suite 1007
New York, NY 10165
866.575.2223

**San Francisco**
275 Battery Street
Suite 480
San Francisco, CA 94111
415.489.6800

**St. Louis**
7711 Bonhomme St.
Suite 600
St. Louis, MO 63105
888.432.5671

**Director of Equity Capital Markets**

| | | |
|---|---|---|
| J. Jeffery Fowlds | 303.965.7964 | jfowlds@wundernet.com |
| Brooke Hrimnak | 410.369.2609 | bhrimnak@wundernet.com |

**Equity Research**

**Director of Research**

| | | |
|---|---|---|
| Michael E. Hoffman | 410.369.2620 | mehoffman@wundernet.com |

**Accounting and Tax Policy**
  **Forensic Accounting**

| | | |
|---|---|---|
| Mike Gyure, CPA | 440.364.7473 | mgyure@wundernet.com |

**Diversified Industrials**
  **Environmental Services**

| | | |
|---|---|---|
| Michael E. Hoffman | 410.369.2620 | mehoffman@wundernet.com |
| Brian J. Butler, CFA | 410.369.2614 | bbutler@wundernet.com |
| Jacob Hughes | 410.369.2616 | jhughes@wundernet.com |

  **For-Profit Education**

| | | |
|---|---|---|
| Trace Urdan | 415.489.6809 | turdan@wundernet.com |
| Jeff Lee | 415.489.6806 | jlee@wundernet.com |

  **Transportation**

| | | |
|---|---|---|
| Brian J. Butler, CFA | 410.369.2614 | bbutler@wundernet.com |

**Energy**
  **Alternative Energy**

| | | |
|---|---|---|
| Theodore O'Neill | 212.402.2054 | toneill@wundernet.com |

  **Exploration & Production**

| | | |
|---|---|---|
| Irene O. Haas | 713.403.3980 | ihaas@wundernet.com |
| Mostafa Dahhane | 713.403.3986 | mdahhane@wundernet.com |

  **Master Limited Partnerships**

| | | |
|---|---|---|
| John R. Cusick | 212.402.2057 | jcusick@wundernet.com |

  **Utilities/Power**

| | | |
|---|---|---|
| James L. Dobson | 212.402.2059 | jdobson@wundernet.com |
| Erica Piserchia | 212.402.2061 | episerchia@wundernet.com |

**Financial Services**
  **Real Estate**

| | | |
|---|---|---|
| Merrill Ross | 703.307.9409 | mross@wundernet.com |
| Ian P. Fleischer, CFA | 410.369.2618 | ifleischer@wundernet.com |

  **Regional Banks**

| | | |
|---|---|---|
| Kevin Reynolds, CFA | 901.251.2229 | kreynolds@wundernet.com |
| Jeremy Lucas | 901.251.1362 | jlucas@wundernet.com |

**Healthcare**
  **Medical Devices**

| | | |
|---|---|---|
| Gregory J. Simpson, CFA | 314.719.3467 | gsimpson@wundernet.com |

**Technology, Media & Telecommunications (TMT)**
  **Cable/Satellite Entertainment**

| | | |
|---|---|---|
| Matthew Harrigan | 303.965.7966 | mharrigan@wundernet.com |

  **Communications & Networking Equipment**

| | | |
|---|---|---|
| Matthew S. Robison | 415.572.0936 | mrobison@wundernet.com |
| Sam Brownell | 415.489.6818 | sbrownell@wundernet.com |

  **Information Infrastructure**

| | | |
|---|---|---|
| Brian S. Freed, CFA | 901.251.1353 | bfreed@wundernet.com |

  **Software-as-a-Service**

| | | |
|---|---|---|
| Richard K. Baldry, CFA | 410.369.2633 | rbaldry@wundernet.com |

  **Specialty Semiconductors and Components**

| | | |
|---|---|---|
| William S. Harrison | 410.369.2632 | sharrison@wundernet.com |
| Blake T. Harper, CFA | 410.369.2629 | bharper@wundernet.com |

**Institutional Equity Sales**
**Director of Institutional Sales**

| | | |
|---|---|---|
| Thomas S. Stephens | 410.369.2602 | tstephens@wundernet.com |
| Beth Adams | 972.772.5066 | badams@wundernet.com |
| Clifford Athey | 410.369.2627 | cathey@wundernet.com |
| Greg Brown | 303.260.7902 | gbrown@wundernet.com |
| James Donovan | 617.273.8334 | jdonovan@wundernet.com |
| Paul Gillespie | 901.259.9407 | pgillespie@wundernet.com |
| Daniel Glading | 410.369.2613 | dglading@wundernet.com |
| Mike Grabenstein | 410.369.2629 | mgrabenstein@wundernet.com |
| Chris Greenwell | 310.651.2203 | cgreenwell@wundernet.com |
| Thomas Hadley | 303.260.7905 | thadley@wundernet.com |
| John Hohweiler | 410.369.2610 | jhohweiler@wundernet.com |
| Mark McCulloh | 410.369.2619 | mmcculloh@wundernet.com |
| Ethel McGlynn | 303.260.7904 | ethel@wundernet.com |
| Kyle Norton | 212.402.2060 | knorton@wundernet.com |
| Robert Oram | 212.402.2056 | boram@wundernet.com |
| Kristi Papanikolaw | 212.402.2058 | kpapanikolaw@wundernet.com |
| Scott Robinson | 410.369.2630 | srobinson@wundernet.com |
| Beth Rosenberry | 312.368.0478 | brosenberry@wundernet.com |
| Christina Rosso | 212.402.2055 | crosso@wundernet.com |
| Ned Sinnott | 804.263.5240 | nsinnott@wundernet.com |

**Institutional Equity Trading**
**Director of Institutional Equity Trading**

| | | |
|---|---|---|
| Stephen C. Iskalis | 303.260.7901 | siskalis@wundernet.com |
| John Belgrade | 888.257.4152 | jbelgrade@wundernet.com |
| Chuck Berry | 303.965.7961 | cberry@wundernet.com |
| Erik Briggs | 410.369.2611 | ebriggs@wundernet.com |
| Trip Carey | 617.273.8335 | tcarey@wundernet.com |
| Jeffrey England | 303.965.7960 | jengland@wundernet.com |
| Daniel Muhly | 410.369.2606 | dmuhly@wundernet.com |

**CONFIDENTIAL**