# EXHIBIT 55



October 26, 2011

## First Solar Announces Third Quarter 2011 Financial Results

- **Net sales of $1 billion**
- **EPS of $2.25 per fully diluted share**
- **Cash and Marketable Securities of $795 million**
- **Revised 2011 EPS guidance of $6.50 - $7.50 per fully diluted share**

TEMPE, Ariz.--(BUSINESS WIRE)-- First Solar, Inc. (Nasdaq: FSLR) today announced financial results for the third quarter of 2011. Net sales were $1,006 million in the quarter, an increase of $473 million from the second quarter of 2011. Quarterly net sales increased from $798 million in the third quarter of 2010.

Third quarter net income per fully diluted share was $2.25, up from $0.70 in the second quarter of 2011 and $2.04 in the third quarter of 2010.

Third quarter Cash and Marketable Securities increased $279 million quarter over quarter to $795 million.

"First Solar's performance in the quarter reflects our superior technology, strong execution capability, and integrated business model - all of which have enabled us to weather a difficult market environment relatively well," said Mike Ahearn, Chairman of the Board and Interim Chief Executive Officer of First Solar. "Going forward, our goal is not just to survive the current environment, but to transcend it by creating and expanding markets worldwide that do not depend on today's subsidy programs. This requires that we re-focus our strategy and commit our resources to solving the pressing energy needs that exist in much of the world."

With respect to Rob Gillette's departure, Ahearn said, "We thank Rob for his service, but the Board of Directors believes First Solar needed a leadership change to navigate through the industry turmoil and achieve our long-term goals."

First Solar's updated 2011 guidance is as follows:

- Net sales of $3.0 to $3.3 billion
- Operating Income of $650 to $760 million
- Effective tax rate of 13% to 14%
- Earnings per fully diluted share of $6.50 to $7.50
- Manufacturing start-up expenses of approximately $35 million and factory ramp costs of $10 to $12 million

In preparation for 2012, the company is reducing capital expenditures and evaluating opportunities to reallocate overhead expenses to fund increased investments in market development, sales, and R&D.

We have scheduled a conference call at 4:30 p.m. EDT on November 3, 2011 to discuss the third quarter results and revised 2011 outlook. Investors may access a live webcast of this conference call by visiting http://investor.firstsolar.com/events.cfm.

An audio replay of the conference call will also be available approximately two hours after the conclusion of the call. The audio replay will remain available until Thursday, November 10, 2011 at 11:59 p.m. EST and can be accessed by dialing 888-203-1112 if you are calling from within the United States or 719-457-0820 if you are calling from outside the United States and entering the replay pass code 9081154. A replay of the webcast will be available on the Investors section of the company's web site approximately two hours after the conclusion of the call and remain available for approximately 90 calendar days.

### About First Solar, Inc.

First Solar manufactures solar modules with an advanced semiconductor technology, and is a premier provider of comprehensive photovoltaic (PV) system solutions. The company is delivering an economically viable alternative to fossil-fuel generation today. From raw material sourcing through end-of-life collection and recycling, First Solar is focused on creating value-driven renewable energy solutions that protect and enhance the environment. For more information about First Solar, please visit www.firstsolar.com.

**For First Solar Investors**

This release contains forward-looking statements which are made pursuant to the safe harbor provisions of Section 21E of the Securities Exchange Act of 1934. The forward-looking statements in this release do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially, including risks associated with the company's business involving the company's products, their development and distribution, economic and competitive factors and the company's key strategic relationships and other risks detailed in the company's filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this press release or with respect to the announcements described herein.

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except per share amounts)**
**(Unaudited)**

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | September 30, 2011 | September 25, 2010 | September 30, 2011 | September 25, 2010 |
| Net sales | $ 1,005,788 | $ 797,899 | $ 2,105,855 | $ 1,953,714 |
| Cost of sales | 626,624 | 476,007 | 1,272,228 | 1,065,592 |
| Gross profit | 379,164 | 321,892 | 833,627 | 888,122 |
| Operating expenses: | | | | |
| Research and development | 38,164 | 21,472 | 102,617 | 67,196 |
| Selling, general and administrative | 112,743 | 84,961 | 286,615 | 230,422 |
| Production start-up | 5,514 | 3,821 | 27,739 | 7,252 |
| Total operating expenses | 156,421 | 110,254 | 416,971 | 304,870 |
| Operating income | 222,743 | 211,638 | 416,656 | 583,252 |
| Foreign currency (loss) gain | (1,857) | (1,001) | 752 | (4,322) |
| Interest income | 3,225 | 2,658 | 9,665 | 11,341 |
| Interest expense, net | — | — | — | (6) |
| Other (expense) income, net | (1,346) | (380) | 656 | (1,553) |
| Income before income taxes | 222,765 | 212,915 | 427,729 | 588,712 |
| Income tax expense | 26,251 | 36,046 | 54,109 | 80,455 |
| Net income | $ 196,514 | $ 176,869 | $ 373,620 | $ 508,257 |
| Net income per share: | | | | |
| Basic | $ 2.28 | $ 2.08 | $ 4.35 | $ 5.99 |
| Diluted | $ 2.25 | $ 2.04 | $ 4.29 | $ 5.88 |
| Weighted-average number of shares used in per share calculations: | | | | |
| Basic | 86,338 | 85,072 | 85,946 | 84,810 |
| Diluted | 87,151 | 86,610 | 87,114 | 86,368 |

**FIRST SOLAR, INC. AND SUBSIDIARIES**

**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(In thousands, except share data)**
**(Unaudited)**

| | September 30, 2011 | December 31, 2010 |
| --- | --- | --- |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 678,560 | $ 765,689 |
| Marketable securities and investments | 84,350 | 167,889 |
| Accounts receivable trade, net | 481,978 | 305,537 |
| Accounts receivable, unbilled | 325,641 | 1,482 |
| Inventories | 432,887 | 195,863 |
| Balance of systems parts | 43,287 | 4,579 |
| Deferred tax assets, net | 31,716 | 388 |
| Prepaid expenses and other current assets | 352,049 | 143,033 |

| | | | | |
|---|---|---:|---|---:|
| Total current assets | | | 2,430,468 | | 1,584,460 |
| Property, plant and equipment, net | | | 1,840,295 | | 1,430,789 |
| Project assets | | | 282,788 | | 320,140 |
| Deferred tax assets, net | | | 278,772 | | 259,236 |
| Marketable securities | | | 31,859 | | 180,271 |
| Restricted cash and investments | | | 203,763 | | 86,003 |
| Goodwill | | | 458,808 | | 433,288 |
| Inventories | | | 48,151 | | 42,728 |
| Other assets | | | 148,408 | | 43,488 |
| Total assets | | $ | 5,723,312 | $ | 4,380,403 |

**LIABILITIES AND STOCKHOLDERS' EQUITY**

| | | | | |
|---|---|---:|---|---:|
| Current liabilities: | | | | | |
| Accounts payable | | $ | 170,904 | $ | 82,312 |
| Income taxes payable | | | 33,411 | | 16,831 |
| Accrued expenses | | | 271,991 | | 244,271 |
| Current portion of long-term debt | | | 25,597 | | 26,587 |
| Other current liabilities | | | 245,098 | | 99,676 |
| Total current liabilities | | | 747,001 | | 469,677 |
| Accrued solar module collection and recycling liability | | | 185,160 | | 132,951 |
| Long-term debt | | | 582,744 | | 210,804 |
| Other liabilities | | | 182,623 | | 112,026 |
| Total liabilities | | | 1,697,528 | | 925,458 |
| Stockholders' equity: | | | | | |
| Common stock, $0.001 par value per share; 500,000,000 shares authorized; 86,377,679 and 85,843,511 shares issued and outstanding at September 30, 2011 and December 31, 2010, respectively | | | 86 | | 86 |
| Additional paid-in capital | | | 1,965,840 | | 1,815,420 |
| Contingent consideration | | | — | | 1,118 |
| Accumulated earnings | | | 2,039,183 | | 1,665,564 |
| Accumulated other comprehensive income (loss) | | | 20,675 | | (27,243) |
| Total stockholders' equity | | | 4,025,784 | | 3,454,945 |
| Total liabilities and stockholders' equity | | $ | 5,723,312 | $ | 4,380,403 |

**First Solar, Inc.**
**Investors:**
Mark Widmar
Chief Financial Officer
+1 (602) 414-9315
investor@firstsolar.com
or
Larry Polizzotto
Vice President Investor Relations
+1 (602) 414-9315
lpolizzotto@firstsolar.com
or
Luke Fairborn
Director Investor Relations
+1 (602) 414-9315
lucas.fairborn@firstsolar.com
or
**Media:**
First Solar-USA
Ted Meyer
+1 (602) 427-3318
ted.meyer@firstsolar.com

Source: First Solar, Inc.

News Provided by Acquire Media