# EXHIBIT 57



**Company Update**
October 26, 2011
CLEAN TECHNOLOGY AND ENERGY EFFICIENCY

**Equity Research**

**Dale R. Pfau**
650-529-1993
dpfau@cantor.com

## First Solar, Inc. (FSLR-$43.27)

**Rating: SELL**

**Target Price: $41.00**

## 3Q:11 Results Released Early; 2011 Guidance Slashed; SELL

| REV | 1Q | 2Q | 3Q | 4Q |
|-----|-----|-----|-----|-----|
| 2009A | 418.2A | 525.9A | 480.9A | 641.3A |
| 2010A | 568.0A | 587.9A | 798.0A | 609.8A |
| 2011E | 567.0A | 532.8A | 1,005.8A | 1,005.0E |
| Prev | — | — | 1,005.0A | 1,410.0E |
| 2012E | — | — | — | — |
| EPS | 1Q | 2Q | 3Q | 4Q |
| 2009A | 1.99A | 2.11A | 1.79A | 1.65A |
| 2010A | 2.00A | 1.84A | 2.04A | 1.80A |
| 2011E | 1.33A | 0.70A | 2.25A | 2.54E |
| Prev | — | — | 2.50A | 3.72E |
| 2012E | — | — | — | — |

| FY | 2009A | 2010A | 2011E | 2012E |
|-----|-----|-----|-----|-----|
| REV | 2,066.0A | 2,563.5A | 3,110.8E | 3,200.0E |
| Prev | — | — | 3,565.0E | 3,610.0E |
| P/S | 1.8 | 1.5 | 1.2 | 1.2 |
| EPS | 7.53A | 7.68A | 6.83E | 5.96E |
| Prev | — | — | 8.26E | 7.82E |
| P/E | 5.7x | 5.6x | 6.3x | 7.3x |

- On October 26, the company released 3Q:11 earnings and updated guidance for the year. As we had expected, the results and guidance were below consensus. The earnings call is still scheduled for November 3.

- We expect a rebound in the shares today, as bad news is still better than no news. For 3Q:11, the company reported net income of $2.25 on revenues of $1 billion, compared to our $2.50/$1 billion, and below consensus of $2.66 on $1.01 billion.

- The company also updated 2011 guidance to $6.50 to $7.50 on revenues of $3 billion to $3.3 billion. This compares to our estimate of $8.26 on $3.5 billion and consensus of $8.63 on $3.57 billion.

- The guidance implies a significant cut on the 4Q:11 outlook and sets the stage for an even weaker 2012. We expect massive analyst cuts on the 2012 estimates, which currently have a consensus of approximately $10 per share on revenues of $4.5 billion.

- We are cutting our 2011 estimate to $6.83 on revenues of $3.11 billion compared to our prior estimate of $8.26/$3.5 billion. For 2012 we are cutting our estimate to $5.96 on revenues of $3.2 billion compared to our prior estimate of $7.82 on $3.6 billion. Consensus is currently $10 per share on revenues of $4.5 billion. If First Solar keeps to its usual practice, it will provide a first look at 2012 guidance in December 2011.

- We are cutting our target price to $41 per share, which is the tangible book value. We caution investors that all of the bad news may not be reflected in the current share price.

### Current Statistics

| | | | |
|---|---|---|---|
| Market Cap ($B) | 3.7B | Beta: | 1.76 |
| Avg. Daily Trading Volume (3 mo.): | 2,874,722 | Float Shares (Mil): | 54.310 |
| Shares Out (Mil): | 86.305 | Short Interest (Mil): | 20.300 |
| Float Shares (Mil): | 54.310 | Short Interest- Days to Cover: | 3.1 |
| 52 Wk. Range | $175.45–$42.50 | Institutional Holdings: | 75.2% |

### Company Description

*First Solar, Inc. designs, manufactures, and sells solar electric power modules using a proprietary thin-film semiconductor technology. It also designs, constructs, and sells photovoltaic (PV) solar power systems. The company's solar modules employ a thin layer of cadmium telluride semiconductor material to convert sunlight into electricity. Its integrated solar power systems activities include project development; engineering, procurement, and construction services; operating and maintenance services; and project finance. First Solar, Inc. sells its products to solar project developers, system integrators, and operators of renewable energy projects in the United States, Germany, France, and internationally. First Solar was founded in 1999 and is headquartered in Tempe, Arizona.*

The Disclosure Section may be found on pages 6 - 7 of this report.

FSLR00033542

**CANTOR**
*Fitzgerald*

## Valuation

Although we prefer to use earnings multiples when valuing technology companies, the volatility and uncertainty on the shares of First Solar lead us to use a more conservative method. We are now using a target price of $41 on the shares of First Solar, which is the tangible book value. This down from our prior $55 per share target price.

## Risks

There are a number of risks associated with an investment in the shares of First Solar. We have highlighted those we believe are the major risks below, but we would recommend that investors examine the risk factor section of the company's 10-Q and 10-K filings.

The worldwide financial crisis permanently affected the solar industry by driving prices down. Although demand is currently strong, downward pricing pressure is expected to continue. There can be no assurance that demand will be robust over the entire forecast period.

First Solar competes in an expanding global market. The demand in this market has been supported by positive government policies and subsidies in many countries including Germany, Spain, the United States, and many others. Any negative change in these policies could have negative implications for the company's financial outlook.

First Solar competes in a high-growth global market. This growth has attracted considerable worldwide investment to expand capacity and develop new technologies. If the additional capacity significantly exceeds the demand in the industry, there could be more downward price pressure than currently anticipated. This could have negative consequences on the company's revenue and margin forecasts. If new technologies are developed that have considerably better cost and performance characteristics, the company's business model may be significantly damaged.

First Solar depends upon the availability of certain materials and metals to manufacture its products. Worldwide events that may impact the supply of cadmium, tellurium, or PV quality glass could impact the company's ability to meet its revenue and cost objectives.

The products manufactured by First Solar contain cadmium telluride and cadmium sulfide. Cadmium and many of its compounds are regulated as hazardous materials, and adverse health effects may arise from exposure. Exposure to employees or to the general public through the company's products could result in claims against the company. A major incident or claim could have a material effect on the company's ability to sell or manufacture its products and would negatively affect financial results. Furthermore, the use of cadmium is also subject to increasingly stringent governmental regulation. In some cases, specific countries or regions may adopt regulations that restrict the use of cadmium in specified products. If PV modules are specifically included in any of these regulations, the company could see a loss of sales in those regions or countries. This could significantly affect the company's financial results.

The company conducts business and incurs costs in the local currency of most of the countries in which it operates. Since the company reports its results in U.S. dollars, changes in exchange rates between foreign currencies and the U.S. dollar could result in exchange gains or losses. Since the company expects a large percentage of its sales to be outside the U.S., the company cannot accurately predict the impact of future exchange rate fluctuations on its operations. In 2009, 86% of the company's revenue was denominated in euros. The company also enters into forward hedge contracts.

FSLR00033543

CANTOR
*Fitzgerald*

October 26, 2011

The Estate of John T. Walton and its affiliates, including JCL Holdings, LLC and JTW Trust No. 1 UAD 9/19/02, owned approximately 35% of the outstanding common stock of the company as of December 31, 2009. This shareholder therefore has substantial influence over all matters that require stockholder approval. There can be no guarantee that this shareholder's interest or actions will be aligned with other shareholders.

FSLR00033544

## First Solar (FSLR)
### Income Statement 10/26/2011

| | FY2009 | Mar-10 | Jun-10 | Sep-10 | Dec-10 | FY2010 | Mar-11 | Jun-11 | Sep-11 | Dec-11 E | FY2011 E | FY2012 E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | | | | | |
| Module Revenue | 2066.20 | 529.27 | 500.95 | 574.50 | 579.31 | 2184.03 | 519.29 | 474.17 | | | | 2300.00 |
| EPC/Dev revenue | 0.00 | 38.69 | 86.90 | 223.40 | 30.49 | 379.48 | 48.00 | 58.60 | | | | 900.00 |
| Total Revenue | 2066.20 | 567.96 | 587.85 | 797.90 | 609.80 | 2563.51 | 567.29 | 532.77 | 1005.79 | 1005.00 | 3110.86 | 3200.00 |
| sequential growth | 65.8% | -11.4% | 3.5% | 35.7% | -23.6% | 24.1% | -7.0% | -6.1% | 88.8% | -0.1% | 21.4% | 2.9% |
| Cost of Revenue | | | | | | | | | | | | |
| Module | 1021.62 | 251.62 | 238.49 | 281.65 | 294.87 | 1066.62 | 261.20 | 283.56 | | | | 1219.00 |
| EPC/Dev | 0.00 | 34.31 | 65.18 | 194.36 | 18.21 | 312.05 | 46.42 | 54.42 | | | | 837.00 |
| Total Cost of Revenue | 1021.62 | 285.92 | 303.66 | 476.01 | 313.08 | 1378.67 | 307.63 | 337.98 | 626.62 | 600.00 | 1872.23 | 2056 |
| | | | | | | | | | | | | |
| Gross Margin | 1044.58 | 282.04 | 284.19 | 321.89 | 296.72 | 1184.85 | 259.67 | 194.80 | 379.16 | 405.00 | 1238.63 | 1144 |
| | 51% | 50% | 48% | 40% | 49% | 46% | 45.8% | 36.6% | 38% | 40% | 40% | 36% |
| Operating Expenses | | | | | | | | | | | | |
| Research & Development | 78.16 | 22.89 | 22.84 | 21.47 | 27.60 | 94.80 | 31.35 | 33.10 | 38.16 | 35.00 | 137.62 | 131 |
| Sales, General, & Administrative | 272.90 | 66.86 | 78.60 | 84.96 | 91.28 | 321.70 | 87.00 | 86.87 | 112.74 | 110.00 | 396.62 | 375 |
| Production Start-Up | 13.91 | 1.14 | 2.29 | 3.82 | 12.19 | 19.44 | 11.93 | 10.29 | 5.51 | 6.50 | 34.24 | 25 |
| Total Operating Expenses | 364.97 | 90.90 | 103.72 | 110.25 | 131.07 | 435.94 | 130.28 | 130.27 | 156.42 | 151.50 | 568.47 | 531 |
| | | | | | | | 19.3% | 9.6% | 33.2% | 37.8% | | |
| Income (loss) from Operations | 679.62 | 191.14 | 180.47 | 211.64 | 165.65 | 748.90 | 129.38 | 64.53 | 222.74 | 253.50 | 670.16 | 613 |
| | 33% | 34% | 31% | 27% | 27% | | 23% | 12% | 22% | 25% | | |
| Foreign Currency Gain | 5.21 | -0.696 | -2.625 | -1.001 | 0.85 | -3.47 | 0.95 | 1.659 | -1.857 | 0 | 0.75 | 0 |
| Interest income | 9.74 | 5.648 | 3.035 | 2.658 | 3.03 | 14.38 | 3.02 | 3.417 | 3.225 | 3.417 | 13.08 | 13 |
| Interest Expense | -5.26 | | -0.006 | 0 | | -0.01 | | | | | 0.00 | 0 |
| Other income (expense) net | -2.99 | -0.734 | -0.439 | -0.38 | 3.83 | 2.27 | -0.349 | 2.351 | -1.346 | 2.351 | 3.01 | 6 |
| | | | | | | | | | | | | |
| Income before taxes | 686.31 | 195.36 | 180.44 | 212.91 | 173.37 | 762.06 | 133.01 | 71.96 | 222.77 | 259.27 | 687.00 | 620.00 |
| Income Tax Expense | 46.18 | 23.014 | 21.4 | 36.1 | 17.4 | 97.88 | 17.0 | 10.8 | 26.3 | 37.6 | 91.70 | 89.9 |
| | | | | | | | | | | | | |
| Net Income | 640.14 | 172.35 | 159.04 | 176.86 | 155.94 | 664.20 | 115.97 | 61.14 | 196.51 | 221.67 | 595.29 | 530.10 |
| | | | | | | | | | | | | |
| Earnings per share, Basic | 7.67 | 2.04 | 1.87 | 2.08 | 1.83 | 7.82 | 1.36 | 0.71 | 2.28 | 2.57 | 6.92 | 6.08 |
| Earnings per share, fully diluted | 7.53 | 2.00 | 1.84 | 2.04 | 1.80 | 7.68 | 1.33 | 0.70 | 2.25 | 2.54 | 6.83 | 5.96 |
| | | | | | | | | | | | | |
| Shares Basic | 83.5 | 84.5 | 84.9 | 85.1 | 85.2 | 84.9 | 85.3 | 86.2 | 86.3 | 86.4 | 86.1 | 87.2 |
| Shares Fully Diluted | 85.0 | 86.1 | 86.4 | 86.6 | 86.8 | 86.5 | 87.1 | 87.1 | 87.2 | 87.4 | 87.2 | 88.9 |

Source: Company Reports, Cantor Fitzgerald Estimates

Case 2:12-cv-00555-DGC   Document 362-2   Filed 04/27/15   Page 5 of 8

FSLR00003545



October 26, 2011

## First Solar (FSLR)
## Balance Sheet

| 10/26/2011 in millions | Mar-10 | Jun-10 | Sep-10 | Dec-10 | Mar-11 | Jun-11 | Sep-11 |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current assets | | | | | | | |
| Cash and cash equivalents | 421 | 510 | 621 | 766 | 356 | 357 | 679 |
| Marketable Securities | 293 | 286 | 212 | 168 | 200 | 107 | 84 |
| Restricted Cash-current | | | | | | | |
| Accounts Receivable, net | 295 | 256 | 316 | 306 | 363 | 542 | 482 |
| Accounts Receivable unbilled | | 105 | 148 | 1 | 11 | 64 | 326 |
| Inventories, net | 172 | 194 | 184 | 196 | 271 | 323 | 433 |
| Balance of Systems Parts | | | | 5 | 16 | 34 | 43 |
| Project Assets | 0 | 0 | 0 | | | 145 | 0 |
| Deferred Tax Asset, Net | 22 | 19 | 0 | 0 | 0 | 4 | 32 |
| Prepaid Expenses & Other current | 201 | 244 | 132 | 143 | 178 | 261 | 352 |
| **Total Current Assets** | **1405** | **1616** | **1615** | **1584** | **1394** | **1836** | **2430** |
| | | | | | | | |
| Property, Plant & Equipment | 1030 | 1095 | 1245 | 1431 | 1550 | 1728 | 1840 |
| Project Assets | 132 | 140 | 297 | 320 | 384 | 310 | 283 |
| Deferred Tax Asset, Net | 150 | 158 | 258 | 259 | 266 | 268 | 279 |
| Marketable Securities | 306 | 164 | 164 | 180 | 157 | 51 | 32 |
| Restricted Cash & Investments | 77 | 81 | 95 | 86 | 148 | 175 | 204 |
| Investment in Related Party | 25 | 25 | 25 | 0 | 0 | 0 | 0 |
| Goodwill | 287 | 287 | 433 | 433 | 459 | 459 | 459 |
| Inventories | 27 | 31 | 36 | 43 | 31 | 43 | 48 |
| Other long-term assets | 35 | 35 | 35 | 43 | 46 | 70 | 148 |
| | | | | | | | |
| **Total Assets** | **3474** | **3631** | **4202** | **4380** | **4434** | **4939** | **5723** |
| | | | | | | | |
| **LIABILITIES & SHAREHOLDERS EQUITY** | | | | | | | |
| | | | | | | | |
| Current Liabilities | | | | | | | |
| Accounts Payable | 76 | 68 | 71 | 82 | 99 | 190 | 171 |
| Income Taxes Payable | 16 | 29 | 18 | 17 | 28 | 36 | 33 |
| Accrued Expenses | 141 | 184 | 283 | 244 | 229 | 242 | 272 |
| Current Portion of Long Term Debt | 26 | 24 | 27 | 27 | 28 | 28 | 26 |
| Other Current Liabilities | 63 | 20 | 60 | 100 | 85 | 95 | 245 |
| **Total current Liabilities** | **322** | **325** | **458** | **470** | **470** | **592** | **747** |
| | | | | | | | |
| Accrued Collection/Recycle Liability | 98 | 102 | 129 | 133 | 156 | 177 | 185 |
| Long Term Debt | 136 | 114 | 224 | 211 | 104 | 332 | 583 |
| Other Liabilities | 70 | 78 | 90 | 112 | 139 | 157 | 183 |
| **Total Liabilities** | **627** | **619** | **900** | **925** | **868** | **1258** | **1698** |
| | | | | | | | |
| Common Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Additional Paid-In Capital | 1675 | 1695 | 1820 | 1815 | 1835 | 1878 | 1966 |
| Contingent Consideration | 3 | 2 | 2 | 1 | 1 | 0 | 0 |
| Accumulated Earnings | 1174 | 1333 | 1510 | 1666 | 1782 | 1843 | 2039 |
| Accumulated Other Comprehensive Loss | -4 | -17 | -30 | -27 | -51 | -40 | 21 |
| **Total Shareholder's Equity** | **2847** | **3012** | **3301** | **3455** | **3566** | **3682** | **4026** |
| | | | | | | | |
| **Total Liabilities & Shareholder's Equity** | **3474** | **3631** | **4202** | **4380** | **4434** | **4939** | **5723** |

*Source: Company Reports*

5

FSLR00033546

**CANTOR**
*Fitzgerald*

October 26, 2011

# Disclosures Appendix

## Analyst Certification

The analyst primarily responsible for this research report, and whose name appears on the front cover, certifies that: (i) all of the views expressed in this research report accurately reflects his or her personal views about any and all of the subject securities or issuers featured in this report; and (ii) no part of any of the research analyst's compensation was, is, or will be, directly or indirectly related to the specific recommendations or views expressed by the research analyst in this report.

## Legal Disclosures

Investment banking (next 3 months): Cantor Fitzgerald and/or its affiliates, expect to receive, or intend to seek, compensation for investment banking services within the next three months from all of the companies referenced within this report.

Lead or Co-manager: Cantor Fitzgerald and/or its affiliates, has not acted as lead or co-manager in a public offering of equity and/or debt securities for First Solar, Inc. within the last 12 months

Cantor Fitzgerald and/or its affiliates has not received compensation for investment banking services in the last 12 months from First Solar, Inc..

Cantor Fitzgerald and/or its affiliates is a market maker in First Solar, Inc..

## Cantor Fitzgerald's rating system

**BUY:** We have a positive outlook on the stock based on our expected 12 month return relative to its risk. The expected return is based on our view of the company and industry fundamentals, catalysts, and valuation. We recommend investors add to their position.

**HOLD:** We have a neutral outlook on the stock based on our expected 12 month return relative to its risk. The expected return is based on our view of the company and industry fundamentals, catalysts, and valuation.

**SELL:** We have a negative outlook on the stock based on our expected 12 month return relative to its risk. The expected return is based on our view of the company and industry fundamentals, catalysts, and valuation. We recommend investors reduce their position.

**NC:** Not Covered. Cantor Fitzgerald does not provide an investment opinion or does not provide research coverage on this stock.

Prior to September 12, 2006, Cantor Fitzgerald had the below ratings:

BUY - denotes stocks that we expect will provide a total return (price appreciation plus yield) of 15% or more over a 12-month period. a BUY rated stock is expected to outperform the total average return of analyst's industry coverage universe on a risk adjusted basis.

HOLD - denotes stocks that we suggest will provide a total return or total negative return of up to 15% over 12-month period. A HOLD rated stock is expected to perform in-line with the total average return of the analyst's industry coverage universe on a risk adjusted basis.

SELL - denotes stocks that we expect to provide a total negative return of more than 15% over a 12 month period. A SELL rated stock is expected to underperform the total average return of the analyst's industry coverage universe on a risk adjusted basis.

NC - Not Covered. Cantor Fitzgerald does not provide research coverage on this company.

## Other Disclosures

This report is for informational purposes only and is based on publicly available data believed to be reliable, but no representation is made that such data are accurate or complete. Opinions and projections contained herein reflect our opinion as of the date of this report and are subject to change. Pursuant to Cantor Fitzgerald.s policy, the author of this report does not own shares in any company he/she covers.

## Additional material for UK investors

This material is approved for distribution in the United Kingdom by Cantor Fitzgerald Europe, regulated by the Financial Services Authority (FSA). While we believe this information and the materials upon which this information was based, is accurate, except for any obligations under the rules of the FSA, we do not guarantee its accuracy. This material is only intended for use by professionals or institutional investors who fall within articles 19 or 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2001 and not the general investing public. None of the investments or investment services mentioned or described herein are available to other persons in the U.K and in particular, are not available to "private customers" as defined by the rules of the FSA.

## Disclosure for Canadian Institutional Investors

This research report was prepared by analysts of Cantor Fitzgerald & Co. and not by Cantor Fitzgerald Canada Corporation. As a result this report has not been prepared subject to Canadian Disclosure requirements. Cantor Fitzgerald Canada Corporation itself does not issue research reports but may distribute research reports prepared by its affiliates.

6

FSLR00033547

October 26, 2011

**Risks**

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based on their specific investment objectives. Past performance should not be taken as an indication or guarantee of future performance. The price, value of and income from, any of the financial instruments featured in this report can rise as well as fall and be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's currency, a change in exchange rates may adversely affect the price or value of, or income derived from, the financial instrument, and such investors effectively assume currency risk. In addition, investors in securities such as ADRs, whose value is affected by the currency of the home market of the underlying security, effectively assume currency risk.



Rating and Price Target History for: First Solar, Inc. (FSLR) as of 10-25-2011

B=Buy H=Hold S=Sell I=Initiated D=Dropped                Created by BlueMatrix

**Distribution of Ratings/Investment Banking Services (IB) as of 10/26/11**

**Cantor**

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | Percent |
|--------|-------|---------|------|---------|
| BUY [B] | 50 | 67.60 | 13 | 26.00 |
| HOLD [H] | 18 | 24.30 | 2 | 11.11 |
| SELL [S] | 6 | 8.10 | 1 | 16.67 |

*Additional information available on request*
*Copyright (C) Cantor Fitzgerald 2011*

7

**FSLR00033548**