# EXHIBIT 61

*First Solar 2012 Guidance Script – Version 2.2 post MA*

First Solar

2012 Guidance Conference Call

December 14, 2011

8:00 am ET

Page { PAGE   \* MERGEFORMAT }

**CONFIDENTIAL**

**FSLR02401385**

*First Solar 2012 Guidance Script – Version 2.2 post MA*

**Operator:**

Good morning everyone and welcome to First Solar's 2012 guidance conference call. This call is being web cast live on the investors section of First Solar's website at {HYPERLINK "http://www.firstsolar.com"}. At this time, all participants are in listen-only mode. As a reminder, today's call is being recorded.

I would now like to turn the call over to David Brady, Vice President of Treasury and Investor Relations for First Solar, Inc. Mr. Brady, you may begin.

**David Brady**:

Good morning everyone and thank you for joining us for First Solar's 2012 guidance conference call. This morning, the company issued a press release announcing its guidance for 2012. If you did not receive a copy of this press release, you can obtain one from the investors section of First Solar's website at {HYPERLINK "http://www.firstsolar.com"}. In addition, we have posted the presentation for this guidance call on our IR website.

An audio replay of the conference call will also be available approximately two hours after the conclusion of the call. The audio replay will remain available until Sunday, December 18th, 2011 at 11:59 p.m. EST and can be accessed by dialing 888-203-1112 if you are calling from within the United States or 719-457-0820 if you are calling from outside the United States and entering the replay pass code 7459995. A replay of the webcast will be available on the Investors section of the Company's web site approximately two hours after the conclusion of the call and remain available for approximately 90 calendar days. If you are a subscriber of

Page { PAGE   \* MERGEFORMAT }

FSLR02401386

*First Solar 2012 Guidance Script – Version 2.2 post MA*

FactSet or Thomson One, you can obtain a written transcript.

With me today are Mike Ahearn, Chairman of the Board and Interim Chief Executive Officer, and Mark Widmar, Chief Financial Officer. Mike will provide a background on current market conditions and lay out our strategy to pursue our goal of building a business that will change the landscape of the power markets. Mark will then update 2011 guidance and review our 2012 guidance and its assumptions. He will also update our long-term roadmaps for module manufacturing costs, module efficiency and balance systems, and provide an overview on our outlook for operating expenses.

During the Q&A period as a courtesy to those individuals seeking to ask questions, we ask that participants limit themselves to one question.

First Solar has allocated approximately one hour for today's call.

All financial numbers reported and discussed on today's call are based on U.S. Generally Accepted Accounting Principles except free cash flow which is a non-GAAP measure which is reconciled to operating cash flow in the back of our presentation.

Now I'd like to make a brief statement regarding forward-looking remarks that you may hear on today's call. During the course of this call the company will make projections and other comments that are forward-looking statements within the meaning of the federal securities laws. The forward-looking statements in this call

Page { PAGE  \* MERGEFORMAT }

CONFIDENTIAL                                                                                    FSLR02401387

*First Solar 2012 Guidance Script – Version 2.2 post MA*

are based on current information and expectations, are subject to uncertainties and changes in circumstances, and do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially from those statements, including the risks as described in the company's most recent annual report on Form 10-K and other filings with the Securities and Exchange Commission.   First Solar assumes no obligation to update any forward-looking information contained in this call or with respect to the announcements described herein.

It is my pleasure to introduce Mike Ahearn, Chairman of the Board and Interim Chief Executive Officer of First Solar.  Mike?

## Mike:

Thanks David.  During the past several weeks we've been busy developing the strategic framework for First Solar's future, in addition to preparing the 2012 operating plan that Mark will discuss.  Today I'd like to share the strategy with you. During the first quarter of 2012 we will also share with you a three year transformation plan to implement the strategy, which we have already begun to prepare.

## Slide 5:  Global Capacity Tripling

The first thing we did was look objectively at the realities of the industry and the marketplace, starting with production capacity and volumes.  Global production has effectively tripled over the last three years.  Two factors have enabled this to occur. First, entry barriers for manufacturing poly-si wafers and cells evaporated several

Page { PAGE   \* MERGEFORMAT }

**CONFIDENTIAL**

**FSLR02401388**

*First Solar 2012 Guidance Script – Version 2.2 post MA*

years ago when equipment suppliers effectively integrated process technology into turnkey production equipment.  This enabled relatively inexperienced and unskilled operators to quickly enter the supply chain and led to an explosion of production capacity in China and elsewhere.  Second, silicon feedstock constraints, which began in around 2004, were alleviated in recent years as additional feedstock capacity was brought on line by both incumbent and new suppliers.  Feedstock availability brought down prices and enabled higher utilization rates for the nameplate production capacity already in place.

The essential point is that the poly silicon supply chain has undergone a fundamental structural change - this is not a cyclical or seasonal phenomenon.  In a supply chain without structural entry barriers, several things occur: (1) production volumes increase so long as capital is available to fund it – and we've seen over the past few years that U.S. equity markets and more recently Chinese governmental entities have been willing to provide the capital needed to fund a massive production expansion – (2) production volumes eventually exceed demand and pricing declines as manufacturers attempt to sell the excess product, compressing margins, (3) prices and margins continue to decline until the financing eventually stops and only the most resilient producers remain in operation and (4) the supply-demand equilibrium that is eventually achieved is only temporary – excess production resumes immediately when capital again becomes available to fund it.  This last point is important.  In an industry without entry barriers, which we assume is the case for the poly-silicon PV module industry, the easy re-entry of competitors and expansion of capacity will keep downward pressure on prices and margins indefinitely.

Page { PAGE  \* MERGEFORMAT }

CONFIDENTIAL                                                                    FSLR02401389

*First Solar 2012 Guidance Script – Version 2.2 post MA*

## Slide 6: Core Markets

That's the supply side of the picture. Let's turn to the demand side - which we refer to as "installation capacity" because the subsidized solar markets in which the industry operates are in effect limited in their solar installation capacities by the sizes of their subsidy programs.

We've all seen industry forecasts that predict volumes well into the future by assuming that existing demand levels will continue and projecting various growth rates off of the existing demand block.  The next few slides look beneath the aggregate historical sales figures to provide an alternative paradigm that we believe more accurately describes the future of subsidized markets.

Historically, 80% or so of the industry's annual sales came from a few countries with open, transparent subsidy programs.  These markets, which we refer to as "core markets," exclude Japan, off-grid installations, and various small, fragmented markets.  We plotted the annual installations in the core markets from inception and I'd like to quickly review some of the results:

- **Slide 7:** Spain peaked at over 2.6 GW in 2008, at which time the government took action to sharply reduce the program.
- **Slide 8**: The Czech Republican peaked at around 1.5 GW in 2010, at which time the government took action to sharply reduce the program.
- **Slide 9**: France peaked at 1.5 GW in 2011, at which time the government took action to reduce the program to 500MW, with 2012 being a transition year.

Page { PAGE   \* MERGEFORMAT }

CONFIDENTIAL                                                                    FSLR02401390

*First Solar 2012 Guidance Script – Version 2.2 post MA*

- **Slide 10**: Italy was flat in 2011but we expect it to decline hereafter based on government action to reduce the program.
- **Slide 11**: Germany peaked at about 7.4GW in 2010 and we expect 2011 to total around 5.4GW as a result of government action to reduce the program.
- **Slide 12**: In California, much of the volume growth projected by analysts is attributable to PPA agreements already in place. A better sense of future growth can be gleaned by understanding the volume of solicitations for new PPAs. On this slide you can see that new PPA solicitations peaked for the solicitation year 2008 and have been limited to much lower levels since that time.
- **Slide 13:** The next slide shows a similar pattern for the Ca. small DG PPA program.
- **Slide 14**: And finally, this slide shows the aggregate pattern from the core markets.

## Slide 15:  What Explains Pattern?

What explains this consistent "inverted V" pattern?  While there may be some variation from market to market, in general we believe that these subsidized markets started slowly while legislation was translated into effective programs and bureaucracy was streamlined.  Once the market began to function effectively, an over-supplied industry, attracted by generous subsidies, descended and rapidly developed project backlogs.  The unexpected size and velocity of market expansion combined with high import volumes alarmed politicians.  Worried about high costs and political fallout, politicians reacted by sharply reducing the size of the program and in some cases making it less transparent or open to imports.

Page { PAGE   \* MERGEFORMAT }

CONFIDENTIAL

FSLR02401391

*First Solar 2012 Guidance Script – Version 2.2 post MA*

## Slide 16:  Will New Markets Turn out Differently?

The central learning from this experience is that open, transparent and uncapped markets cannot survive politically in an over-supplied industry with no entry barriers.  Policy makers will learn from the mistakes of the past and are unlikely to repeat the policies that led to the "inverted V."  In fact, although there have not been many new subsidy programs over the past few years, the new programs that have come on line have in fact been restricted to low volumes and, in some cases made less open through local content requirements or less transparent through tendering processes.

## Slide 17:  Structural Imbalance

In summary, the solar industry is structurally imbalanced.  Production capacity is uncapped and growing.  Installation capacity is limited by subsidy levels and declining.  We believe the large, open, transparent markets that enabled the industry to achieve current annual volumes are shrinking and that these programs will not be replaced by similar programs in the future.

## Slide 18:  Where does FSLR go from here?

This brings us to First Solar's strategy. To survive, First Solar must remain profitable in a shrinking, structurally imbalanced industry.  Our low cost technology and captive U.S. project pipeline better equip us to tackle this challenge than many others – although we are clearly challenged as Mark will explain in detail.  But we did not build First Solar to survive.  Our goal has always been to thrive, and to do that we must find a way to grow dramatically, notwithstanding a challenging

Page { PAGE  \* MERGEFORMAT }

CONFIDENTIAL

FSLR02401392

*First Solar 2012 Guidance Script – Version 2.2 post MA*

environment.  To grow at a 20% CAGR, for example, would require that we install roughly 65GW over the next 10 years.

The external environment presents First Solar with a fundamental choice: (1) either continue to play what we've been referring to internally as the "whack a mole" game where the over-built supply chain waits for the next subsidy market to pop up so that it can quickly descend and battle it out for share of limited volumes or (2) find another game to play. And we've decided to move to another game, which I'll summarize for you now.

## Slide 19: Moving to Sustainable Markets

We're moving from the existing subsidized markets to sustainable markets, starting in 2012. It won't happen overnight – we'll have to transition out of the subsidized markets we currently operate in – but our goal is to move into these new markets progressively over the 2012-2014 timeframe so that by Q4 2014 we are deriving 100% of our revenues from sustainable markets.

We intend to make this transformation by providing utility-scale PV generation to power users in geographic markets with an immediate, fundamental need for mass-scale PV electricity. In essence, we will be improving and adapting to local market conditions the systems model that has made us the provider of choice for U.S. utility and energy companies seeking utility-scale solar generation that is affordable, reliable and environmentally sound.

Page { PAGE   \* MERGEFORMAT }

CONFIDENTIAL

FSLR02401393

*First Solar 2012 Guidance Script – Version 2.2 post MA*

First Solar is uniquely advantaged to expand and lead the global market for utility scale solar power:

- With over 2 GW of First Solar power plants constructed or under construction, and over 3 additional GW in various stages of negotiations or development, we have demonstrated our ability to design, engineer and construct large scale solar power plants to the exacting standards of the utility industry.

- Our advanced technology, innovative system designs and economies of scale have enabled us to dramatically reduce costs and accelerate construction cycles while increasing output for utility scale solar power plants.

- Our monitoring and analysis of power plant performance have validated the reliability and up time of our systems to the high standards of the utility industry.

- Our ability to take back and recycle our products for re-use at the end of their operating lives, and to operate our plants without the need for water or fuel, have allowed our customers to harness sunlight for energy with competitive, environmentally sustainable solutions.

- By consistently delivering on our promises and standing behind our commitments, we have earned the trust and business of some of the most respected companies in the electric utility and energy industry, including APS, Exelon, GE, NextEra, NRG, PG&E, Sempra Energy, Southern California Edison, Southern Company and most recently Mid-America.

In summary, we plan to leverage our low cost module technology, systems design and engineering capability, data monitoring and analysis capability, strong

Page { PAGE   \* MERGEFORMAT }

CONFIDENTIAL

FSLR02401394

*First Solar 2012 Guidance Script – Version 2.2 post MA*

performance track record and customer validation to expand markets and customers for utility scale solutions without the need for solar subsidies.

## Slide 20: Strategy

The next slide takes you through where we stand in the planning process.

- Our focus, as I mentioned, will be on utility scale systems. That means we won't be pursuing rooftop or off-grid applications initially. We may come back to them later. Right now we need to focus all of our efforts and resources where we stand the best chance of creating a valuable, long-term business franchise.

- We will be providing systems level solutions. We do not currently intend to sell modules on a stand-alone basis beyond completing our transition out of existing subsidized markets.

- I mentioned during the last earnings call that we believe that in addition to the U.S. and Europe, places like India, China, Africa and the Middle East have fundamental energy needs that can be met with solar energy solutions. We are in the process of prioritizing geographic markets as part of the three year plan that is in development. We intend to build a deep local presence in each of our priority markets.

- The planning and execution effort will start immediately. As I mentioned, we intend to finalize a three year plan in early 2012 that, if successfully executed, will transition us out of subsidized markets and into sustainable markets 100% by late 2014. We will be back to discuss the three year plan with you in Q1 2014.

Page { PAGE  \* MERGEFORMAT }

CONFIDENTIAL                                                                          FSLR02401395

*First Solar 2012 Guidance Script – Version 2.2 post MA*

## Slide 21:  Major Challenges

Transitioning away from subsidies will put us on an entirely different trajectory from the rest of the industry; the business we are describing will be capable of strong, consistent and profitable growth for decades. But although it is a vision well worth striving for and it is within our grasp, we are not under-estimating the difficulties of achieving it. There are three major obstacles to overcome, which I'd like to describe:

- First, we cannot even begin to have a serious discussion with policy makers, regulators and utilities about large scale solar generation until we are prepared to price at unsubsidized levels at scale. We believe this translates to an LCOE of \$100-\$140MWh (\$0.10-\$0.14kWh) in most markets. As Mark will discuss, achieving these LCOE levels without subsidies will require that First Solar reduce its manufacturing costs, increase module efficiencies, streamline its operating expense structure, and transition its business model to deliver superior returns at much lower gross margins than in the past.

- Second, while First Solar's ability to profitably price at grid parity levels is necessary, it is not sufficient to create large, sustainable markets. Electricity markets are regulated and planned years in advance. Most of them are not currently planned to accommodate large volumes of solar generation. The first "sale" we must make is in effect a top level sale to politicians, regulators and utilities to convince them to take large scale solar generation seriously and include it as a mission critical part of their electricity infrastructure. This will require them to make a number of policy and regulatory changes to their existing electricity ecosystems, including: (1) providing priority access to the grid, (2) implementing streamlined permitting and interconnection processes,

CONFIDENTIAL                                                     FSLR02401396

(3) developing new approaches to land planning, (4) building additional transmission in some cases and (5) facilitating reasonable project capital costs in some cases. The lead times and difficulties associated with making this top level sale to policy makers, regulators and utilities remain significant uncertainties.

- Third, a significant amount of our capital, expense and revenue still derives from subsidized markets that are in decline.  While we create the future we will have to manage through the transition in a manner that preserves cash and assures profitability.  Mark will address a number of these issues in his remarks.

Let me close by saying that First Solar's leadership team, associates and board of directors are firmly committed to the vision and strategy that I've outlined and prepared to do what is needed to achieve the three year goal that I've described. We look forward to sharing additional details with you in early 2012 once we've completed out three year transformation plan.

Now, I'd like to turn the call over to Mark, who will update 2011 guidance, review our 2012 guidance, and describe our financial model upon completing the transition I've described.

CONFIDENTIAL                                                                    FSLR02401397

*First Solar 2012 Guidance Script – Version 2.2 post MA*

## Mark:

### Slide 23:  2011 Guidance Update

Good morning.  Before we discuss 2012, I'd like to update 2011 guidance.

- Net sales:   Lowered to range of XXXX
- Operating Income:   Lowered to a range of XXX
- Diluted EPS:  Lowered to a range of XXX
- Operating Cash flow:  Lowered to a range of XXX
- Capex:  Reduced to range of $750 to $800 million.

The key reasons for the change in our 2011 outlook were continued delays in our systems business, specifically projects in Canada, and Mount St. Mary's and Alpine.  In addition, our cost structure will be impacted by our decision to shutter KLM during the last two weeks of December, and we took a 56 cents per share charge related to module inventory that has become obsolete due to refurbishment, low bin value, or other factors that make the module less attractive to customers. {Not sure we want to say this, or say it in this manner}

The updated guidance does not include two charges we are incurring in the fourth quarter – a severance charge of 8 cents per share and impairment charges of 90 cents per share.

### Slide 24:  2012 Guidance Assumptions

Moving onto 2012, on Slide 24.  We have made several key assumptions for our guidance for fiscal year 2012.

Page { PAGE   \* MERGEFORMAT }

CONFIDENTIAL

FSLR02401398

*First Solar 2012 Guidance Script – Version 2.2 post MA*

Pricing:

- For our third-party module sales, we will continue to establish prices to position our channel partners to sell through for 2012.
- System module prices around captive pipeline have established economics, due to the set electricity price in our PPA's or under the Canadian RESOP program and the respective equity return assumption required to sell the generation asset.

Volumes

- We expect to produce just over 2 GW of modules during 2012.  This is less than prior expectations due to four decisions we made to better align our capacity with market demand and accelerate our module cost and efficiency roadmaps.  One, we will not be starting production in Mesa in 2012; rather we will be qualifying the plant in the fourth quarter of 2012, and will be prepared to begin production in the first quarter of 2013, pending market conditions.  Two, we will take down Frankfurt-Order 1 for six months.  Three, there will be less overtime and less activity over holidays.  And four, we will take downtime for manufacturing upgrades. {Do we want to provide this level of detail?}
- We continue to expect to exit 2012 with a line run-rate of 70 MW.
- Approximately 1.2 GW (DC) of modules will be installed via our systems pipeline.  Note that not all of these volumes for the system business will be recognized as revenue due to GAAP requirements for revenue recognition. {Question:  It appears this 1.2 GW may include 120 India and 53 Mw in Apac/MENA.  Do we want to call out that this is just N. America?}
- Volumes under are long-term framework agreements are no longer

Page { PAGE  \* MERGEFORMAT }

CONFIDENTIAL                                          FSLR02401399

*First Solar 2012 Guidance Script – Version 2.2 post MA*

significant.  However, based on the quality of our customers' pipelines and our relationships with these customers, we are confident that we will be able to sell all that we produce.  {LWF:  Do we want to say this?  People will be asking about our confidence in our sales projection, but I'm not sure I phrased answer appropriately}

F/X

- As our business mix moves away from Europe, f/x is becoming a smaller factor in our results.
- Our guidance assumes a spot exchange rate of $1.35 per Euro.  {Current exchange rate is $1.33, so using a rate of $1.35 helps our results.  Are we sure we want to use $1.35?)
- For 2012, a $0.05 depreciation in the dollar relative to the Euro increases revenue by $12 million and net income by $3 million.

## Slide 25:  2012 Guidance

Based on these assumptions, we expect the following financial performance in fiscal year 2012:

- Net sales to range from $3.7 to $4.0 billion, which includes around $1.7 billion of EPC sales before segment reporting adjustments.
- We expect plant start-up costs of $10-$20 million.

CONFIDENTIAL                                                                                       FSLR02401400

*First Solar 2012 Guidance Script – Version 2.2 post MA*

- Stock based compensation is estimated at $105 to $125 million, with approximately X allocated to costs of goods sold.
- GAAP operating income is expected to range from $425 to $450 million.
- We expect an effective tax rate of 15%.
- Earnings per fully diluted share are expected to range from $3.50 to $4.15.
- Capital Expenditures for the year is expected to be $400 to $500 million.
- Operating cash flow is projected in a range of $1.0 to $1.1 billion.

Note that operating cash flow is a significant improvement from 2011, as well as materially above our operating income.  The main reason is that our cash inflows for some of our projects will exceed the amount we recognize as revenue.  At Desert Sunlight, for example, we expect to recognize no revenue in 2012, and yet receive in cash approximately $85 million more than we spend.  That would bring our cumulative net cash receipts for Desert Sunlight to over $200 million by the end of 2012.  Also, were we to recognize revenue at Desert Sunlight per percent completion accounting, then our gross income for the project would actually exceed the net cash receipts.  Another project that will help our cash in 2012 is Agua Caliente.  Coming into 2012, the project actually has been a net drain on cash.  However, in 2012, we expect our net cash receipts to exceed $350 million.  {Not sure we want to say stuff in yellow.}

**Slide 26:  Production Capacity**

Page { PAGE   \* MERGEFORMAT }

CONFIDENTIAL                                                      FSLR02401401

*First Solar 2012 Guidance Script – Version 2.2 post MA*

The next page shows our updated production capacity and production targets for 2012. There are two changes in this figure compared to the one we showed for the third quarter conference call. One, our production capacity at end of the year has been reduced from 2.8 GW to 2.5 GW as we will not ramp Mesa in 2012. Two, production in 2012 will now be around flat with 2011 due to plant downtime, idling, and upgrades that we discussed earlier. {Does this figure need to be updated for 2011 production . . . ? The level of 2011 production is same as it was in 3q11 call.}

## Slide 27:  Geographic and Segment Breakdown

A key reason that we are idling and taking downtime at plants is that demand is declining in the core subsidized markets, as Mike discussed in-depth. Slide 31 shows how our module and segment allocation are changing as a result of this decline. Europe was the home for around 80% of our modules sold in 2010 and around 60% in 2011. Yet, for 2012, Europe will consume less than a third of our module sold. N. America will take up most of the slack, purchasing about 60% of our modules in 2012. We are starting to make inroads in other geographies, but in 2012 our presence in these markets will still be nominal. When we present our three-year plan early next year, we will provide more details on our outlook by market.

Slide 31 also shows a meaningful shift in revenue of our products. In 2010, solar module business represented nearly 80% of our revenue. But, in 2012, the solar module business will represent only about 15% of revenue. That means in 2012

CONFIDENTIAL

FSLR02401402

*First Solar 2012 Guidance Script – Version 2.2 post MA*

that about 85% of our revenue will come from solar power systems, which consists of the sale of complete solar power systems and related services including the solar modules installed in the solar power systems.

## Slide 28:  OPEX Scale (excluding start-up costs)

One the next slide, we show a profile of our operating expenses over time, including our expectations for 2012.  Our operating expenses as percent of sales have gradually declined over time, and we expect this trend to accelerate in 2012 as we reduce operating expenses to around 12% of revenue.   Most of the decrease will come from G&A.

## Slide 29:  OPEX Scaling to Accelerate

We have taken a hard look at how we're organized and where we've been applying resources and it was clear we could do a better job applying the resources that we have at our disposal.   This has led to the decision to consolidate our worldwide sales and project development activities under Jim Brown.  We would like to express our gratitude to the people who are leaving as a result of the reorganization, but the market has changed.  To enable grid parity and create sustainable markets, we need to re-allocate our resources and take aggressive measures to continue to scale our operating expenses.  In 2014, we expect our operating expenses as a percent of revenue to be only 8%, as shown on Slide 33.

## Slide 30:  Updating Goals for Module Costs, Module Efficiency, and BOS

Page { PAGE   \* MERGEFORMAT }

CONFIDENTIAL

FSLR02401403

*First Solar 2012 Guidance Script – Version 2.2 post MA*

Perhaps more important to you than our goals for operating expenses are our goals for module costs, module efficiency and balance of systems. Today, we are pleased to update these goals. Please see slide 23.

In top left of slide, we show our new roadmap for module manufacturing costs. Due to plant under-utilization in 2012, our cost decline next year will only be gradual, to an average of 72 cents per watt. Excluding the under-utilization, our module manufacturing costs would be 67 cents per watt, as shown in the red square on the figure. Because of this under-utilization, our average cost per watt in the first two quarters of will exceed 75 cents. Our best site, however, will be below 70 cents. {Do we want to say this?}

In 2015, we expect our costs per watt will be in the range of 50 to 54 cents, a solid improvement from our prior goal of 52 to 63 cents in 2014.

In top right of slide, we show our updated goal for module efficiency is 14.5 to 15 percent in 2015, up from prior goal of 13.5 to 14.5 percent in 2014. Our best site is currently operating over 12.5 percent, and we recently achieved 14.4 percent module efficiency in the lab using commercial scale equipment. So, we are confident in the new goal.

The most significant improvement in our roadmap is with balance of systems, as show in bottom left of slide. We are now targeting a goal of 70 to 75 cents per watt in 2015, versus our prior goal of 91 to 98 cents in 2014.

Page { PAGE  \* MERGEFORMAT }

CONFIDENTIAL

FSLR02401404

First Solar 2012 Guidance Script – Version 2.2 post MA

We have worked hard to improve our manufacturing and EPC processes to update these roadmaps.  And we will continue to do so.  We have no choice;  we must do so to achieve our goals.  Along these lines, we are re-evaluating all the cost levers in our value chain, including supply procurement, supplier payment terms, manufacturing efficiencies, and EPC activities.  We are looking to better leverage the capabilities of our partners and customers.  And, as discussed earlier, we are streamlining our operating expenses.

## Slide 31:  Utility-Scale CpW Comparison

As we create and penetrate sustainable markets, we believe that our competition will mainly come from electricity generation from fossil fuel plants.  That said, we recognize that some of the crystalline solar competitors have significantly reduced their cost structure.  The solar industry has become intensely competitive.  So, we thought it would be illustrative to evaluate the cost structure parity between us and our top tier crystalline solar competitors in 2015.  The midpoint of our module cost per watt goal in 2015 is 52 cents.  Given our higher BoS costs and given the way that most crystalline solar companies account for freight and warranty, then the tier 1 crystalline competitors need to achieve a gross cost per watt of 57 cents to be on parity with us.  Now, we never want to discredit our competition, but that 57 cents represents a large gap from their third quarter results, when the blended manufacturing costs for top tier firms was still over $1 per watt.  It also represents a large gap from the stated goals of these companies for the end of 2012.

## Slide 32:  Long-Term Business Model

Page { PAGE   \* MERGEFORMAT }

CONFIDENTIAL

FSLR02401405

*First Solar 2012 Guidance Script – Version 2.2 post MA*

We will provide more details on our three year plan early next year, but conceptually slide 36 shows how we view our long-term sustainable model as we price at levels that drive demand without subsidies. We think an LCOE of 10 to 14 cents per kilowatt hour will open up most markets. To achieve that requires a system price from us of around $1.70 per watt. If you assume the $1.70 includes twenty cents of other development costs, then, per our cost structure, that equates to a gross margin of around 15-20% and an operating margin of around 7-12%. While this business model might not appear as sexy as days past, we would not trade it for the old model. Reason is that this model is based on revenue that is fundamental, certain, visible, and sustainable – revenue that we think can consistently grow at 5 to 10 percent per year. This model is more like an industrial one than a technology one. And, in our opinion, that is positive. There are compelling reasons large industrial companies have been around for decades. They help their customers solve the right problems, as opposed to feeding off fleeting subsidies. And they are protected by significant barriers to entry in terms of scale, global presence, learning curve advantages, and returns that add value but are not quite attractive enough to attract waves of new competition. That is a model we like and will try to emulate.

## Slide 33: Summary

To summarize, we will accelerate our efforts to create and develop new markets. This entails

- developing customer-focused compelling solutions;
- establishing right price without subsidies to clear existing markets and create

Page { PAGE   \* MERGEFORMAT }

CONFIDENTIAL

*First Solar 2012 Guidance Script – Version 2.2 post MA*

new ones

- aggressively reducing our cost structure, including drive cost roadmaps to grid parity and reallocating spending; and
- focusing less on short-term EPS targets and more on long-term economic value generation.

With this, we conclude our prepared remarks and open the call for questions. Operator?

Page { PAGE  \* MERGEFORMAT }

CONFIDENTIAL    FSLR02401407

# EXHIBIT 62



December 14, 2011

## First Solar Updates 2011 Financial Guidance and Announces 2012 Financial Guidance

TEMPE, Ariz.--(BUSINESS WIRE)-- First Solar, Inc. (NASDAQ: FSLR) today updated the Company's 2011 financial guidance and announced 2012 guidance.

First Solar now forecasts 2011 net sales in the range of $2.8 to $2.9 billion, down from the Company's prior guidance range for net sales of $3.0 to $3.3 billion. The Company expects diluted earnings per share (EPS) for 2011 to be in the range of $5.75 to $6.00, with consolidated operating income of $575 to $600 million. The primary reason for the revised 2011 guidance is continued delays of certain projects in First Solar's systems business due to weather and other factors.

Not included in the revised guidance are expected charges related to a series of initiatives to accelerate operating cost reductions and improve overall operating efficiency, the majority of which the Company expects to incur in the current quarter. These charges include up to $0.75 per fully diluted share of impairment and associated charges primarily related to certain equipment, and a severance charge of up to $0.10 per fully diluted share related to a workforce reduction of approximately 100 associates, less than 1.5 percent of First Solar's workforce.

For 2012, First Solar forecasts net sales in the range of $3.7 to $4.0 billion, including approximately $1.7 billion from the systems business. Diluted EPS is expected to be in the range of $3.75 to $4.25, and consolidated operating income is expected to be $425 to $450 million. The Company expects to generate $0.9 to $1.1 billion of operating cash flow and plans for approximately $375-$425 million in capital investment in 2012.

"Our diverse business model and robust project pipeline will help First Solar generate a significant amount of cash in 2012 while improving operational efficiencies, but we are recalibrating our business to focus on building and serving sustainable markets rather than pursuing subsidized markets," said Mike Ahearn, Chairman and Interim CEO of First Solar. "By channeling our core strength in utility-scale PV systems to markets with immediate need for mass-scale renewable energy our goal is to earn substantially all of our new revenues from sustainable markets by the end of 2014."

First Solar will discuss the Company's revised 2011 guidance and outlook for 2012 in a conference call scheduled for today at 8:00 a.m. EST. Investors may access a live audio webcast of this call and presentation in the Investors section of the Company's website at www.firstsolar.com.

An audio replay of the conference call will also be available approximately two hours after the conclusion of the call. The audio replay will remain available until Sunday, December 18th, 2011 at 11:59 p.m. EST and can be accessed by dialing 888-203-1112 if you are calling from within the United States or 719-457-0820 if you are calling from outside the United States and entering the replay pass code 7459995. A replay of the webcast will be available on the Investors section of the Company's web site approximately two hours after the conclusion of the call and remain available for approximately 90 calendar days. If you are a subscriber of FactSet or Thomson One, you can obtain a written transcript.

### About First Solar, Inc.

First Solar manufactures solar modules with an advanced semiconductor technology, and is a premier provider of comprehensive photovoltaic (PV) system solutions. The company is delivering an economically viable alternative to fossil-fuel generation today. From raw material sourcing through end-of-life collection and recycling, First Solar is focused on creating value-driven renewable energy solutions that protect and enhance the environment. For more information about First Solar, please visit www.firstsolar.com.

### For First Solar Investors

This release contains forward-looking statements which are made pursuant to the safe harbor provisions of Section 21E of the Securities Exchange Act of 1934. The forward-looking statements in this release do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially, including risks associated with the company's business involving the company's products, their development and distribution, economic and competitive factors and the company's key strategic relationships and other risks detailed in the company's filings with the

Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this press release or with respect to the announcements described herein.


First Solar, Inc.
Media
Ted Meyer
ted.meyer@firstsolar.com
+1 (602) 427-3318
or
Investors
David Brady
dbrady@firstsolar.com
or
Luke Fairborn
lucas.fairborn@firstsolar.com
+1 (602) 414-9315

Source: First Solar, Inc.

News Provided by Acquire Media

# EXHIBIT 63

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

*final*

# Q4 2012 Guidance Call

## Company Participants

- David Brady
- Mike J. Ahearn
- Mark R. Widmar

## Other Participants

- Sanjay Shrestha
- Stephen Chin
- Daniel Ries
- Satya Kumar
- Vishal Shah
- Mehdi Hosseini
- Smittipon Srethapramote
- Tim Michael Arcuri
- Amir Rozwadowski
- Paul Clegg

## MANAGEMENT DISCUSSION SECTION

### Operator

Please stand by. Good day, everyone, and welcome to First Solar's 2012 Guidance Conference Call. This call is being webcast live on the Investors section of the First Solar's website at www.firstsolar.com. [Operator Instructions] As a reminder, today's call is being recorded.

I would now like to turn the call over to David Brady, Vice President and Investor Relations for First Solar, Inc. Mr. Brady, you may begin.

### David Brady

Good morning, everyone, and thank you for joining us for First Solar's 2012 Guidance Call. This morning, the company issued a press release announcing its guidance for 2012. If you did not receive a copy of this press release, you can obtain one from the Investors section of First Solar's website at www.firstsolar.com. In addition, we have posted the presentation for this guidance call on our Investor Relations website.

An audio replay of the call will also be available approximately two hours after its conclusion. The audio replay will remain available until Sunday, December 18, 2011 at 11:59 p.m. Eastern Standard Time, and can be accessed by dialing 888-203-1112 if you're calling from within the United States, or 719-457-0820 if you're calling from outside the United States, and entering the replay passcode 7459995.

A replay of the webcast will be available on the Investors section of company's website approximately two hours after the conclusion of the call, and will remain available for approximately 90 calendar days. If you are a subscriber of FactSet or Thomson One, you can obtain a written transcript.

Bloomberg

| Company Name: First Solar | Market Cap: 1,738.52 | Bloomberg Estimates - EPS |
| --- | --- | --- |
| Company Ticker: FSLR US | Current PX: 19.99 | Current Quarter: 1.101 |
| Date: 2011-12-14 | YTD Change($): -13.77 | Current Year: 4.454 |
| Event Description: Q4 2012 Guidance Call | YTD Change(%): -40.788 | Bloomberg Estimates - Sales |
| | | Current Quarter: 975.731 |
| | | Current Year: 3726.321 |

With me today are Mike Ahearn, Chairman of the Board and Interim Chief Executive Officer, and Mark Widmar, Chief Financial Officer. Mike will provide a background on current market conditions and lay out our strategy to pursue our goal of creating sustainable markets that will drive the future of solar. Mark will then update 2011 guidance and provide our 2012 guidance and its assumptions. He will also update our long-term roadmaps for module manufacturing costs, module efficiency, and balance of systems costs, and provide an overview on our outlook for operating expenses.

During the Q&A period as a courtesy to those individuals seeking to ask questions, we ask that participants limit themselves to one question. First Solar has allocated approximately one hour for today's call. All financial numbers reported and discussed in today's call are based on U.S. Generally Accepted Accounting Principles except free cash flow, which is a non-GAAP measure and is reconciled to operating cash flow in the back of our presentation.

Now, I'd like to make a brief statement regarding forward-looking remarks that you may hear on today's call. During the course of this call, the company will make projections and other comments that are forward-looking statements within the meaning of the federal securities laws. The forward-looking statements in this call are based on current information and expectations, are subject to uncertainties and changes in circumstances and do not constitute guarantees of future performance.

Those statements involve a number factors that could cause actual results to differ materially from those statements, including the risks as described in the company's most recent annual report on Form 10-K and other filings within the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this call or with respect to the announcements described herein.

It is now my pleasure to introduce Mike Ahearn, Chairman of the Board and interim Chief Executive Officer of First Solar. Mike?

## Mike J. Ahearn

Thanks, David. During the past several weeks, we've been busy developing the strategic framework of First Solar's future in addition to preparing the 2012 operating plan that Mark will discuss with you and today I'd like to share the strategy with you. During the first quarter of 2012, we will also share with you a three-year transformation plan to implement the strategy.

If you turn to slide five, with regard to the strategic framework, the first thing we did was look objectively at the realities of the industry and the marketplace starting with production capacity and volumes. Global production has effectively tripled over the last three years, as you know. Two factors have enabled this to occur.

First, entry barriers for manufacturing polysilicon wafers and cells evaporated several years ago when equipment suppliers effectively integrated process technology into turnkey production equipment. This enabled relatively inexperienced and unskilled operators to quickly enter the supply chain and led to an explosion of production capacity in China and elsewhere.

Second, silicon feedstock constraints which began around 2004 were alleviated in recent years as additional feedstock capacity was brought on line by both incumbent and new suppliers. Feedstock availability brought down prices and enabled higher utilization rates for the nameplate production capacity already in place. The essential point is that the polysilicon supply chain has undergone a fundamental structural change. This is not a cyclical or a seasonal phenomenon.

In a supply chain without structural entry barriers several things occur. First, production volumes increase so long as capital is available to fund it and we've seen over the past several years that U.S. equity markets and more recently, Chinese governmental entities have been willing to provide the capital needed to fund a massive production expansion.

Second, production volumes eventually exceed demand and pricing declines as manufactures attempt to sell the excess product, compressing margins.



| | | |
|---|---|---|
| Company Name: First Solar | Market Cap: 1,738.52 | Bloomberg Estimates - EPS |
| Company Ticker: FSLR US | Current PX: 19.99 | Current Quarter: 1.101 |
| Date: 2011-12-14 | YTD Change($): -13.77 | Current Year: 4.454 |
| Event Description: Q4 2012 Guidance Call | YTD Change(%): -40.788 | Bloomberg Estimates - Sales |
| | | Current Quarter: 975.731 |
| | | Current Year: 3726.321 |

Third, prices and margins continued to decline until the financing eventually stops and only the most resilient producers remain in operation.

And fourth, supply demand equilibrium that is eventually achieved is only temporary. Excess production resumes when capital again becomes available to fund it.

This last point is important. In an industry without entry barriers which we believe is now the case for polysilicon PV module industry, the easy reentry of competitors and expansion of capacity will keep downward pressure on prices and margins indefinitely.

That's the supply side of the picture, if you turn to slide six we'll discuss the demand side which we refer to as installation capacity because the subsidized solar markets in which the industry operates are in effect limited in their solar installation capacities by the size of their subsidy programs. And we've all seen the industry forecasts that predict volumes well into the future by assuming that existing demand levels will continue more or less at current states and projecting various growth rates off of the existing demand block.

The next few slides look beneath the aggregate historical sales figures to provide an alternative paradigm that we believe more accurately describes the future of subsidized solar markets. Historically 80% or so of the industry's annual sales came from a few countries with open, transparent subsidy programs. These markets which we refer to as core markets exclude Japan, off-grid installations and various small fragmented markets. We plotted the annual installations in the core markets from inception and I'd like to quickly review some of the results.

Slide seven, Spain peaked at over 2.6 gigawatts in 2008 at which time the government took action to sharply reduce the program. Slide eight, the Czech Republic peaked at around 1.5 gigawatts in 2010 at which time the government took action to sharply reduce the program. Slide nine, France peaked at 1.5 gigawatts in 2011 at which time the government took action to reduce the program to 500 megawatts with 2012 being a transition year.

Slide 10, Italy was flat in 2011, but we expect it to decline moving forward based on government action to reduce the program.

Slide 11, Germany peaked at about 7.4 gigawatts in 2010 and we expect 2011 to total around 5.4 gigawatts as a result of government action to reduce the program.

Slide 12, in California much of the volume growth projected by analysts is attributable to power purchase agreements or PPAs that are already in place. A better sense of future growth can be gleaned by understanding the volume of solicitations for new PPAs. On this slide you can see that new PPA solicitations peaked for the solicitation year 2008. This high level of solicitations led to a record level of PPA filings and approvals in 2010 and '11 due to the delay between solicitation year and actual execution.

As you know, First Solar is associated with a number of the approved PPAs which is providing us with a high level of visibility in our systems business over the next couple of years. However, the rate of new PPA procurement of major California independently owned utilities is slowing as they edge closer to fulfilling their RPS requirements, and that's reflected on this slide. We do not expect the volumes of new PPA solicitations to approach or repeat the 2008 peak barring significant legislative change which we do not see on the horizon.

Slide 13, the next slide shows a similar pattern for the California small distributed PPA program. And finally slide 14, which shows the aggregate pattern from the core markets.

So, the question we raise on slide 15 is what explains this consistent inverted V pattern. And we believe the European subsidized market started slowly while legislation was translated into effective programs and bureaucracy to streamline. And once the markets began to function effectively, the incentive programs caused an oversupplied industry to descend rapidly and develop project backlogs.

The unexpected size and velocity of market expansion combined with high import volumes alarmed politicians. Worried about high costs and political fallout, politicians reacted by sharply reducing the size of programs, and in some cases making them less transparent or open to imports.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

While California followed the same pattern, the same inverted V pattern as the European feed-in tariff countries, it does so for a different reason. The California market was capped from the beginning by the RPS, first at 20%, then at 33%. Utilities demand increased sharply as they sought to procure more renewables to meet their regulatory targets and then declined once regulatory targets were more or less achieved.

So turning to slide 16, the central learning from this experience is that open, transparent and uncapped markets cannot survive politically in an oversupplied industry with no entry barriers. Policy makers will learn from the past and are unlikely to repeat the policies that led to the inverted V patterns we just reviewed. Although there have not been many new subsidy programs in the past few years, the new programs that have come online have in fact been restricted to low volumes, and in some cases made less open through local content requirements or less transparent through tendering processes.

RPS markets like California, which are another form of subsidy program, are perhaps less volatile, but reach the same result because demand is capped by the size of the program and eventually exceeded by an unlimited supply chain.

Well, turning to slide 17, in summary, the solar industry is structurally imbalanced. Production capacity is uncapped and growing. Installation capacity is limited by subsidy levels and declining. We believe large open transparent markets that enabled the industry to achieve the current annual volumes are shrinking and that these programs will not be replaced by similar programs in the future.

So turning to slide 18, that brings us to First Solar's strategy. Our low-cost technology and captive U.S. project pipeline will help us remain profitable in a shrinking, structurally imbalanced industry. Although we clearly face challenges in this environment, as Mark will describe. But our goal at First Solar has always been to thrive and to do that, we must find a way to grow dramatically, notwithstanding a challenging environment.

And just to throw out an example, to grow at a 20% CAGR would require that we install roughly 65 gigawatts over the next 10 years. So the external environment presents First Solar with a fundamental choice, either continue to play what we've been referring to internally as the whack-a-mole game where an oversupplied supply chain waits for the next subsidy market to pop up so that it can quickly descend and battle it out for share of the limited volumes or find another game to play. We've decided to move to another game, which I'll summarize for you now.

Turning to slide 19, we're shifting our revenue base from subsidies to sustainable markets starting in 2012. It won't happen overnight, but we'll have to transition out of the subsidies we currently depend on. But our goal is to shift progressively over the 2012 to 2014 timeframe so that by Q4 2014, we derive virtually all of our new revenues from sustainable markets.

We intend to make this transformation by providing utility scale PV generation to power users in geographic markets with immediate fundamental needs for large-scale PV electricity. In essence, we'll be improving and adapting to local market conditions the systems model that has made us the provider of choice for U.S. utility and energy companies seeking utility-scale solar generation.

First Solar is uniquely advantaged to expand and lead the global market for utility-scale solar power. With over 2 gigawatts the First Solar power plants constructed or under construction, we have demonstrated our ability to design, engineer and construct large-scale solar power plants to the exacting standards of the utility industry.

Our advanced technology, innovative system designs and economies of scale have enabled us to dramatically reduce costs, accelerate construction cycles while increasing output from our utility-scale power plants. Our monitoring and analysis of power plant performance has validated the reliability and uptime of our systems to the high standards of the utility industry.

Our ability to take back and recycle our products for reuse at the end of their operating lives and to operate our plants without the need for water or fuel have allowed our customers to harness sunlight for energy with competitive environmentally sustainable solutions. And by consistently delivering on our promises and standing behind our commitments, we've earned the trust and business of some of the most respected companies in the electric industry, utility industry including APS, Exelon, GE, NextEra, NRG, PG&E, Sempra Energy, Southern California Edison,

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

Southern Company and most recently MidAmerican.

In summary, we plan to leverage our low-cost module technology, systems design and engineering capability, data monitoring and analysis capability, strong performance track record and customer validation to expand markets and customers for utility-scale solutions without the need for solar subsidies.

Slide 20 takes you through where we stand in the planning process. Our focus, as I mentioned, will be on utility-scale systems. Right now, we're dedicating all of our resources to reducing the total installed cost of a utility-scale power plant, optimizing the design and logistics around the offering and ensuring that it integrates well into the overall electricity ecosystem. In practice, this means that other initiatives we've been pursuing such as rooftop products and off-grid applications will be on the back burner. We may come back to them later. Right now, we need to focus all of our efforts and resources where we stand the best chance of creating a valuable long-term business franchise.

Our team is focused on delivering an optimized system versus a module component. That implies that the system will be built on a standard design platform optimized for life cycle costs and will include controls packages that facilitate grid integration and maintenance planning. I mentioned during the last earnings call that we believe that in addition to the U.S. and Europe, places like the Middle East, India, China, and Africa have fundamental energy needs that can be met with solar energy solutions. These markets are all located in regions with very good solar resources that can be harnessed to augment indigenous fuels and minimize import dependence.

We are in the process of prioritizing geographic markets as part of the three-year plan in development. We intend to build a deep local presence in each of our priority markets and the planning and execution effort has already begun. As I mentioned, we intend to finalize a three-year plan in early 2012 and we will back to you to provide additional detail regarding the plan in the first quarter of 2012.

Turning to slide 21, transitioning away from the subsidies have put us on an entirely different trajectory from the rest of the industry. The business we're describing will be capable of strong, consistent, and profitable growth for decades. We are targeting markets that are underserved and growing on a macro basis at rates of 5% to 10% per annum and for which renewable energy can serve a disproportionate amount of load growth. But we are not underestimating the difficulties of achieving this transition.

There are three major hurdles to overcome which I'd like to briefly describe. First, we cannot even begin to have a serious discussion with policy makers, regulators and utilities about large scale solar generation until we are prepared to price at unsubsidized levels at scale.

We believe this translates to a levelized cost of electricity or LCOE of $100 to $140 a megawatt hour or $0.10 to $0.14 a kilowatt hour in most markets. As Mark will discuss, achieving these LCOE levels without subsidies will require that First Solar reduce its manufacturing cost, increase module efficiencies, streamline operating expense and transition its business model to deliver superior returns at much lower gross margins than in the past.

Second, while First Solar's ability to profitably price at grid parity levels is necessary, it may not in every case be sufficient to create large sustainable markets. Electricity markets are regulated and planned years in advance. In some cases, policy makers will have to refine their policies to create market environments conducive to large scale adoption of solar power including such things as providing priority access to the grid, implementing streamlined permitting and interconnection processes, developing new approaches to land planning, building additional transmission and facilitating reasonable project capital costs.

Third, a significant amount of our capital, expense and revenue still derives from subsidized markets that are in decline. While we create the future, we will have to manage through the transition in a manner that preserves cash and assures profitability.

Let me close by saying that First Solar's leadership team, associates and Board of Directors are firmly committed to the vision and strategy that I've outlined and prepared to do what is needed to achieve the three-year goal I've described. We look forward to sharing additional details with you in early 2012 once we've completed our three-year transformation plan.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

Now I'd like to turn the call over to Mark who will update 2011 guidance, review our 2012 guidance and describe our financial model upon completing the transition I've described. Mark?

## Mark R. Widmar

Okay. Thanks, Mike, and good morning. Before we discuss 2012, I'd like to update 2011 guidance. As announced in our 8-K filing this morning we have undertaken a series of restructuring initiatives intended to accelerate operating cost reduction and improve overall operating efficiency.

In the fourth quarter we anticipate charges related to these actions to be up to $0.85 per share, which includes up to $0.75 per share for impairment and associated charges primarily related to certain equipment and up to $0.10 of severance charges as we reduce head count by approximately 100 positions.

Excluding the impact of these charges, we now anticipate 2011 results to be net sales in the range of $2.8 billion to $2.9 billion, operating income in the range of $575 million to $600 million, diluted EPS in the range of $5.75 to $6.00, operating cash flow in the range of a use of $100 million to net neutral, CapEx in the range of $750 million to $800 million.

Anticipated net sales are lower than previous guidance due to weather and project financing-related delays in a couple of our system business projects. In addition to the lower net sales, operating income is also adversely impacted by under-absorbed manufacturing cost as we slow Q4 2011 module production due to lower than anticipated Q1 2012 market demand.

Moving to slide 24, we will talk about our guidance assumptions for 2012. We have made several key assumptions for our guidance for fiscal 2012. Pricing is fixed for the vast majority of our anticipated systems volumes. For our third party module sales, we will align pricing to the anticipated 2012 feed-in tariff changes, and to sell through in a highly competitive market environment.

Given the difficulty to project market pricing dynamics, it is important to provide a sensitivity to our assumed third party module ASP. Assuming a $0.05 decline in 2012 third party module ASP, then EPS will be negatively impacted by approximately $0.35.

We expect to install approximately 1.2 gigawatts of modules via our systems business of which approximately 80% is already under contract. Included in this anticipated volume is 175 megawatts for Desert Sunlight which will not result in revenue being recognized in 2012 under U.S. GAAP requirements as previously mentioned in our 8-K filing.

In our third party business, we expect to ship approximately 720 megawatts of modules. For sensitivity purposes, a 10% reduction in the anticipated 2012 third party module volume would reduce 2012 EPS by approximately $0.30 and impact operating cash flow by approximately $10 million.

We expect to produce 2 gigawatts of modules in 2012 or about 80% of our capacity. We will continue to qualify the Mesa plant in 2012, but we do not expect to start commercial production there until 2013.

We will also be taking downtime for manufacturing plant upgrades to support our Go Fast efficiency actions and better align production with demand. We expect module manufacturing costs to average $0.72 per watt in 2012. Our cost will be negatively impacted by plant underutilization. Without this impact, that is, if we were to run our plants at full utilization, our module manufacturing cost would average $0.67 per watt.

Note, to support our Go Fast efficiency improvement road map, we will accelerate the replacement of certain components of our manufacturing equipment. This will require us to reduce the useful life of the equipment and accelerate the depreciation.

The impact of this accelerated depreciation is approximately $21 million. When calculating our cost per watt in 2012, we have excluded this expense as we believe it is not reflective of the recurring module production costs. For module efficiency we expect to average 12.6% in 2012. As we move our business mix away from Europe, the euro-dollar

**Company Name:** First Solar
**Company Ticker:** FSLR US
**Date:** 2011-12-14
**Event Description:** Q4 2012 Guidance Call

**Market Cap:** 1,738.52
**Current PX:** 19.99
**YTD Change($):** -13.77
**YTD Change(%):** -40.788

**Bloomberg Estimates - EPS**
**Current Quarter:** 1.101
**Current Year:** 4.454
**Bloomberg Estimates - Sales**
**Current Quarter:** 975.731
**Current Year:** 3726.321

exchange rate is becoming less of a factor in our results, so we are no longer providing assumptions around currency.

Moving to slide 25, based on these assumptions, we expect the following financial performance in fiscal year 2012: net sales to range from $3.7 billion to $4 billion, which includes around $1.7 billion of EPC sales. We expect plant startup cost of $10 million to $20 million, primarily related to the qualification of the Mesa plant. Stock-based compensation is estimated at $110 million to $120 million with approximately $35 million to $40 million associated with our cost of goods sold.

Operating income is expected to range from $425 million to $450 million. We expect an effective tax rate to be in the range of 14% to 16%. Earnings per fully diluted share are expected to be in the range of $3.75 to $4.25. Capital expenditures for the year are expected to be $375 million to $425 million, of which approximately $200 million is for capacity expansion, and $30 million is related to our Go Fast efficiency actions.

Operating cash flow is projected in the range of $0.9 billion to $1.1 billion. Improved working capital management in our systems business, due to a better alignment of our construction schedule to the underlying contracted milestone payments will benefit 2012 operating cash flow.

For Desert Sunlight, we will not recognize revenue in 2012, however, we will receive milestone payments under the contract. The projected 2012 net cash receipts for Desert Sunlight are $85 million. Please note that this is included in our operating cash flow guidance that we provided.

Turning to slide 26, slide 26 illustrates how significantly our geographic mix has shifted since 2010. Europe has become the home – it was the home for approximately 80% of our modules sold in 2010, but will consume less than a third of our modules sold in 2012. North America will take up most of the slack, representing about 60% of the volume in 2012. We are starting to make inroads in India, the Middle East, North Africa and Asia-Pacific, but in 2012 our presence in these markets will be relatively small.

Moving to slide 27, to achieve our goals to create and develop new markets and change the landscape of the electricity market, we must continue to drive down our costs. The next set of slide discusses our key metrics that affect cost.

Slide 27 shows our module manufacturing costs from 2007 to 2012. For 2012, we break down the data by quarters and show the costs in total without the unfavorable impact of plant underutilization. For 2012, we expect the average cost per watt of $0.72, assuming plant utilization at approximately 80%. If we ran our plant at full capacity, the average cost per watt would be $0.67 or $0.07 below 2011. On an exit rate basis assuming full capacity, we expect the cost per watt to be $0.65 across the global platform and $0.63 at our lowest cost plant.

While plant underutilization will affect our short-term results and an increased sequential average module cost for the first half of 2012, it is prudent to better align our production with demand. In addition, exercising discipline in production and making plant upgrades will enhance our long-term competitive position.

Moving to slide 28; slide 28 shows that our module efficiency is expected to improve meaningfully in 2012 with the exit rate of 12.7%, a full percentage point higher than the average module efficiency in 2011. We expect our module efficiency across our global platform to average 12.6% efficiency in 2012 and our best performing plant to average 12.9% efficiency.

We have been able to leverage our learnings from our record NREL cell efficiency and started to implement these learnings into production and have quickly seen the benefit. In fact, so far in the month of December, our best performing line is running close to 13% efficiency. This performance helps provide confidence that we can accelerate module efficiency as we implement our Go Fast efficiency actions.

One point to note, if we're able to increase the module efficiency at our lowest cost plant up to 13% efficiency, the 2012 exit rate cost per watt for this plant would be approximately $0.60.

Looking at slide 29; slide 29 shows that we expect to continue to make solid gains in reducing balance of system costs and these costs will average less than $0.90 per watt in 2012, which is below our previously communicated 2014 goal of $0.91 to $0.98 per watt. Our ability to continue to drive down the module and BoS system costs as a true

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

differentiation of our model and enabler of our mission to provide affordable solar electricity.

Moving to slide 30. On slide 30, we show a profile of our operating expenses over time including our expectations for 2012. Our operating expenses as a percent of sales have gradually declined over time, and we expect this trend to accelerate in 2012 as we reduce operating expenses to around 12% of revenue. We will continue to invest in R&D to drive our efficiency roadmap as well as sales and marketing to help develop new markets. Reductions in G&A will help fund these investments and improve our overall OpEx scaling.

To enable grid parity, we intend to drive to unsubsidized pricing. We need to create sustainable markets. We will need to reallocate our resources and to take aggressive measures to continue to scale our operating expenses. Longer term, our goal is to reduce operating expenses to 7% to 8% of revenue by 2014.

Looking at our long-term business model, we will provide more detail on our three-year plan early next year, but slide 31 shows how we view our long-term sustainable model as we price at levels that drive demand without subsidies. We believe an LCOE of $100 to $140 per megawatt hour will open up most markets. To achieve that, requires a module and BoS system price of around $1.40 to $1.60 per watt. This system price does not include other development costs incurred by the system owner which we assume typically to be around $0.20; and of which, of course must be factored into the LCOE calculation.

For our updated cost structure, we will discuss more on the next slide. The economics updated – or equate to a gross margin of around 15% to 20% and an operating margin of around 8% to 12%. Given the capital requirements to invest and operate this model, we estimate that our long-term free cash flow will be around 60% to 80% of net income. This model is based on revenue that is fundamental, certain, visible and sustainable, revenue that we think can consistently grow at 5% to 10% per year. This model is more like an industrial one than a technology one. In our opinion, that is positive.

There are compelling reasons for large industrial companies to perform at the levels that they have for the decades. They have helped their customers solve this problem as opposed to feeding off depleting subsidies and they are protected by sustainable competitive advantages in terms of scale, global presence, learning curve advantages and returns that add value. This is a model we like and one that we are now implementing.

Turning to slide 32, in the top left of the slide we show our new roadmap for module manufacturing cost. In 2015, we expect our cost per watt will be in the range of $0.50 to $0.54, a solid improvement from our prior goal of $0.52 to $0.63 in 2014. The figure in the top right of the slide shows that we expect our module efficiency improvements to accelerate through 2015. Our updated goal for module efficiency is 14.5% to 15% in 2015, up from our prior goal of 13.5% to 14.5% in 2014.

The most significant improvement in our roadmap is the balance of systems as we show in the bottom left of the slide. We are now targeting a goal of $0.70 to $0.75 per watt in 2015 versus our prior goal of $0.91 to $0.98 in 2014. We have worked hard to improve our manufacturing and EPC process to update these roadmaps and we will continue to do so. We have no choice. We must do so in order to achieve our goals.

Along these lines, we will reevaluate all the possible levers in our value chain, including supplier procurement, supplier payment terms, manufacturing efficiency and EPC activities. We are looking to better leverage the capabilities too of our partners and customers and as we discussed earlier, we are streamlining our operating expense. As we think about our long term business model and how we create and penetrate sustainable markets, we believe that our competition will mainly come from electricity generation from fossil fuel plants.

That said, we recognize that some of our crystalline solar competitors have significantly reduced their cost structure. The solar industry has become intensely competitive so we thought it would be illustrative to evaluate the cost structure parity between us and the theoretical cost parity targets for the crystalline silicon competitors in 2015.

The midpoint of our module cost per watt goal in 2015 is $0.52. To evaluate the crystalline silicon cost parity, we will – we need to increase our cost per watt by the average BoS cost differential due to the module efficiency differences.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

In addition, we normalized our cost per watt to be consistent with the reporting of the top tier crystalline competitors. Most of our competitors account for shipping and warranty cost in their operating expenses while we account for it in our cost of goods sold.

Based on our analysis, the crystalline silicon cost parity per watt to our $0.52 is $0.57 by 2015. On a percentage reduction basis, the top tier crystalline competitors would have to reduce their cost per watt by approximately 45% from the Q3 2011 reported costs.

In summary on slide 34, to summarize, we are accelerating our efforts to create and develop new markets. This entails developing customer-focused compelling solutions, establishing right price without subsidies to clear existing markets and create new ones, aggressively reducing our cost structure including to drive down cost roadmaps to grid parity and reallocating spending and focusing more on long-term economic value generation.

With this, we've concluded our prepared remarks and open up the call for questions. Operator?

# Q&A

## Operator

[Operator Instructions] Our first question comes from Sanjay Shrestha with Lazard Capital.

**<Q - Sanjay Shrestha>**: Great, thank you. I just had two quick question guys. I'm just trying to sort of understand how do you go from operating income of $425 to $450 then operating cash flow of almost $1 billion? So, if one were to back into it, it sounds like you're cash EPS sort of have been twice as high as the GAAP EPS guidance you guys are providing. What am I missing there?

**<A - Mark R. Widmar>**: Yeah, I think that the biggest delta there is – one of the things that we've made a decision to do and I think we've discussed this in prior conversations is that we're going to build out our EPS pipeline to the constructed, contracted schedule, whereas in 2011, we got a little bit ahead of ourselves. We took some risk in some projects and that drove a much higher working capital requirement for the systems business than what was required. So, in 2012, we'll actually align that. We will build out those projects in accordance with the contracted, committed construction schedule, and that will allow much better working capital management.

So as you may remember at the end of the third quarter, we had a relatively large unbilled position of around $300 million or so related to one of our large projects. That's essentially a consumption of working capital and cash. Next year we'll make sure that we align the construction much better to avoid those types of working capital investments. And what we'll see then is a benefit of flowing in '12 will be about $700 million or so of working capital reduction, primarily related to the system business.

**<Q - Sanjay Shrestha>**: Okay, great. And if I may just a quick follow-up, right. So when I'm looking at your 1.2 gigawatt installed solar power system and I look at your sort of system revenue guidance of $1.7 billion, that sounds like that is really the module going into the system business, but not the entire system business, right? So, if you're doing 1.2 gigawatt of systems business, even on a GAAP basis, given the high profitability associated with the business, EPS number should have probably come in higher than the number you guys are talking about even on a GAAP basis here.

**<A - Mark R. Widmar>**: Well the EPS numbers we're reporting are on a GAAP basis. I think, Sanjay, if you're trying to get to the point of – included in our 1.2 gigawatt installed there's about 175 megawatt associated with Desert Sunlight of which, for GAAP purposes, we will not be recognizing revenue. Yes, the EPS adjusted for that would have been higher. We provided the net cash receipts associated with Desert Sunlight to give you some indication at least on a cash basis what the impact would be that is not reflected in our earnings.

## Operator

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

Our next question comes from Stephen Chin with UBS.

**<Q - Stephen Chin>**: Thank you. Hi, Mike and Mark. Just a clarification on the 2012 systems guidance, does that assume any revenues from this big Solar Millennium project that's been publicly discussed in the industry? And just another clarification, is First Solar still targeting the high efficiency rooftop market going forward, given the focus on the sustainable markets? Thank you.

**<A - Mark R. Widmar>**: Yeah. There is no impact in some of the public disclosures that may have been made as it relates to Solar Millennium, none of that is reflected in our 2012 results. As we've indicated I think of the 1.2 gigawatts, approximately 80% of that is under contract. So, high level of confidence associated with that volume in 2012, but we have not assumed any type of project acquisitions or anything related to that that is not already contracted at this point in time.

**<A - Mike J. Ahearn>**: And on the rooftop issue, we've shifted all of our resources to the utility-scale business and really driving system optimization and new market creation. So, rooftop is back burnered. We're not going to do anything on that right now. We might come back to that later, but we're going to execute the three-year plan around the utility system business.

## Operator

Our next question is from Dan Ries with Collins Stewart.

**<Q - Daniel Ries>**: Hi, thanks for taking the question. You mentioned that the rooftop effort, there was a story in the Wall Street Journal today that there may have been some departures from the Santa Clara operation. On slide 30 you show an R&D and if I eyeball it correctly, the R&D looks like it's consistent with the $38 million per quarter spend that you did in 3Q. Will there be any R&D benefit if things like the rooftop effort and the Santa Clara operation are wound down a bit?

**<A - Mike J. Ahearn>**: Yes. So, if you look at the actual R&D spend, year-on-year will be down slightly. If we would have continued at the same rate of – if you look at the investment requirement for the activities that were previously being performed in Santa Clara, the R&D spend in 2012 would have been substantially higher, so that number has been brought down now as we repurpose those activities, so that the actual number will show relatively flat year-on-year. However, if we would have continued with the previously performed activities there, we would have seen a significant increase.

## Operator

We go next to Satya Kumar with Credit Suisse.

**<Q - Satya Kumar>**: Yeah, hi. Pardon my voice here. Thanks for taking my question. Mike, a couple of things. You talked about how limited entry barriers have allowed your competitors to add capacity aggressively. Can you perhaps define what prevents your competitors to follow a similar strategy on the systems business in the new markets and what entry barriers might look like?

And secondly, relative to your 1.2 gigawatts of installation targets for 2012, how should we think about, as you look at your pipeline of activities to add or subtract to this pipeline, do you expect to take in more than that 1.2 gigawatts in new commitments to the pipeline contracted commitments versus what you're actually fulfilling? Thanks.

**<A - Mike J. Ahearn>**: Sure. Well, so to open new markets for non-subsidized solar power, I think the threshold thing that has to occur is you have to be able to price on an installed system basis at $1.40 to $1.60, the range we talked about.

We don't think our Chinese competitors can get there directly or indirectly, and I would underscore profitably. It's one thing to sell through existing capacity and recover your cash cost. I think it's another thing to invest billions of dollars



Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

in new capacity knowing for a fact you can never make a profit and so I don't see it.

I mean, our cost sensitivity model from the slide Mark took you through assumes cash cost recovery from a silicon perspective where we've got returns in excess of our cost of capital built into ours. So I would start with we have a sustainable significant cost advantage at a system level, if we can execute our three-year plan.

But the second thing is it's going to take a lot more than a module component to open utility scale markets. What we've found is that these customers, which are essentially risk-averse, reliability-focused electricity generation and system operators are concerned about installed systems reliability, the data that verifies reliability, know-how in terms of how this is going to integrate into the grid.

And to be able to provide that level of solution and insight, you've got to have a vertical model that's proven and we've invested in that for the last three or four years and spent the time and money and effort and have the validation. You can't get that or build that easily.

In the fullness of time, I mean could somebody vertically integrate? I suppose so. I'm not sure that would even be all bad by that point because the real competition as we shift is thermal. I think Mark got that right and we need to focus on that, the road ahead as opposed to the rearview mirror for these silicon guys.

Pipeline, I'm sorry. Yeah, Satya your other question about the pipeline. So I think if I understood the question, as we construct against our contracted pipeline would we imagine that it would be replenished at the rate – at or above the rate that we're constructing? Those slides on the California PPA markets seem to us to provide a pretty good leading indicator of where the market is going, which is down relative to the '08 solicitation year. So I think it would be very challenging to replenish the pipeline at those levels.

That doesn't mean the U.S. won't be a big utility-scale market at some point, but these things go in cycles and procurement patterns and we had a big procurement cycle driven by the California RPS, we're on the down slope of that cycle. And while we're waiting for another cycle, I think it is going to be an opportunistic market. It'll be tough to replenish at those rates.

## Operator

We go to next to Vishal Shah with Deutsche Bank.

<Q - Vishal Shah>: Yeah, hi. Thanks, Mike. Just one follow-up on that question; I mean, how do you get to that target of sustainable demand by 2014? I mean, it looks like India is the only market that stands out where there's an opportunity, but do you, A) agree that you'll have to maybe acquire some pipelines over there in order to have a comfortable 2014 outlook based on your current three-year planning?

And then secondly, how much of an impact do you think low-cost financing plays from for Ex-Im Bank and what do you think the repercussions are of some of the recent disputes between China and U.S. around some of the solar policies? Thanks you.

<A - Mike J. Ahearn>: Actually, I do think there are five or six – our team believes and I agree that there are five or six geographic markets that can yield significant unsubsidized opportunities, and so part of the work that's happening on this three-year plan is a bottoms up end market planning process and a lot of this continues off of discussions and meetings that have been going on for 12, 18 months now in some of these markets.

But I believe what we will show in the three-year plan is actually several markets that can roll up, assuming things break right, can roll up to non-subsidized sustainable volumes by the end of 2014. There will be uncertainty around that. Part of the uncertainty, I think you alluded to, has to do with project financing. In some markets, sure we're going to find that project financing, at least reasonably priced, is going to be an issue. In other markets it won't be that, but there will be a transmission issue. And in other markets it will be in a permitting approval and process issue.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call
Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788
Bloomberg Estimates - EPS
Current Quarter: 1.101
Current Year: 4.454
Bloomberg Estimates - Sales
Current Quarter: 975.731
Current Year: 3726.321

It's – I haven't – we haven't found yet the market that rolls from a policy point of view, all the pieces in place and has just the perfect setting. And that's part of the leg work that has to happen. And we need to start now, because there is a lead time involved and it's important in starting to be able to say look, we are prepared to price at grid parity levels, at volume over this three-year period, so we can engage in a serious discussion. So, that's – a lot of the details of that are being rolled up now. It's viable to us although risky or we wouldn't have taken this direction and then I think when you see the full picture you'll probably have the same view.

So, the dispute in China and how does that impact it? I think potentially in a favorable way, China has obviously a big energy problem. They have a big carbon problem. I've been going there long enough and spoken with enough people, I think the Chinese government is sincere in their desire to shift on a going-forward basis, portions of their incremental load to renewables as much as they possibly can, consistent with good economics and so forth. That means there's a pretty big role for solar. I mean, not just to support Chinese manufacturers, but to meet real energy needs. It's got to hit a price point and it's got to be scalable. And that's really the discussion that led us to the 2 gigawatt MOU in Ordos.

I think we can use these discussions to hopefully elevate the discussion in China away from trade skirmishes and sort of the small conversation to the larger one. How can we bring the most advanced technology in the world to a market with one of the biggest fundamental needs for energy and help them solve a problem? And we've got good relationships there and I think with a renewed emphasis and the right price points, I'm optimistic that we can make something happen in China.

<A - Mark R. Widmar>: One other comment just on the project financing, because you reference the Ex-Im financing. I just want to bring that into the discussion especially as it relates to the assumptions around our long-term business model that we've given some key performance metrics around.

We have tried to structure that in such a way that while we, obviously, we'll be strategic in trying to leverage if there is low-cost financing available through Ex-Im, as an example. But we don't want that to become a constraint as it relates to where we have to produce modules. So the assumption in our long-term business model enables flexibility, so there's not a dependency, per se, because if you think about servicing Asia-Pacific, it's somewhat unnatural to do that from the U.S. versus Malaysia where we have a very competitive low cost facility that's in the geography, right?

So I just thought I'd make sure you had some clarity around that. Yes, if it's available, if it makes sense, we'll do it. We're trying to create a model such that we have flexibility and don't become dependent upon that financing in order to price through at grid parity.

## Operator

We go next to Mehdi Hosseini with Susquehanna International.

<Q - Mehdi Hosseini>: Yes, thanks for taking my question. Two things. First, on slide 24, you're talking about or highlighting as much as 720 megawatts of module shipment into Europe. I assume this is the merchant business. Given the financial situation in Europe, and some of your customers that are under immense amount of financial stress, what gives you confidence that this sell-through could actually happen even with lower prices because it seems like there is no elasticity there? And I have a follow-up question.

<A - Mark R. Widmar>: Yes, so the 720 megawatts is global all third party module sales, right? So it's not just Europe. I mean, Europe obviously is a substantial portion of that. But in the end, we will realize sales similar we did this year into India and other parts of Asia Pacific and even opportunities in the U.S. which we recognized some sales here in 2011.

Europe is going to be a challenging market for us in 2012 given a lot of the items that you just referenced. We've tried to de-risk as much as possible. We've tried to align to better understanding transparency around our specific customers' projects and their pipeline and to incorporate those volumes into our planning assumption. There's always risk though. That's one reason why we provided the assumption around volume.

**Company Name:** First Solar
**Company Ticker:** FSLR US
**Date:** 2011-12-14
**Event Description:** Q4 2012 Guidance Call

**Market Cap:** 1,738.52
**Current PX:** 19.99
**YTD Change($):** -13.77
**YTD Change(%):** -40.788

**Bloomberg Estimates - EPS**
**Current Quarter:** 1.101
**Current Year:** 4.454
**Bloomberg Estimates - Sales**
**Current Quarter:** 975.731
**Current Year:** 3726.321

If there's a 10% reduction in volume in those module sales that will impact our EPS at around $0.30 or so and we've given you that level of visibility. But, we've scrubbed it, we worked very closely with our sales team, trying to understand customer requirements and underlying market demand. We've aligned it to the new feed-in tariffs that will be effective in 2012. So we believe from a pricing standpoint, the economics will still be very viable.

But as you point out, there is a lot of uncertainty in the market and that's one reason why we've given some level of sensitivity around volumes, which would mainly be reflective of risk that we would see in Europe.

Now the opportunity will be to see growth outside of Europe, and maybe do better in Asia-Pac, as an example. And we've seen some pretty good progress here in '11 as it relates to India. We're seeing some other traction in markets such as Thailand. And as Mike mentioned as well, China is obviously a big market opportunity for us in 2012. So I think it's going to be more of a diversification portfolio play that will help us balance out the risk in Europe, in the extent that we are – we do have volume risk, we've at least given you a sensitivity of what they would mean to EPS.

**<Q - Mehdi Hosseini>:** You want to generate more than $6 per share of free cash flow, and given where the stock is, do you have any plans for like a buyback or something that would help bring back confidence?

**<A - Mike J. Ahearn>:** Well, look – I mean, I think, confidence comes from the fundamental view of the road ahead for the business. I mean, taking cash, which we can totally use to fund our growth and to buffer variation, to buy back stocks to drive the share price doesn't strike us as a smart thing to do, from a fundamental point of view.

So, we've listened to several suggestions, and we considered it and we've rejected that idea.

## Operator

We go next to Smittipon Srethapramote.

**<Q - Smittipon Srethapramote>:** Yes. Hi, guys. I was wondering if you can give some more details on what percentage of the downward revision to your 2012 guidance was due to weather and what percent was due to other factors. And can you go into more details in terms of what the other factors were?

**<A - Mark R. Widmar>:** No, I mean, I'm not going to break it out between the two. There's about three projects that were impacted and some weather delay impacting two of them and the other one was more timing around closing of the project financing, all right? So those – that's kind of the risk that we have inherent in our EPC business because of those variables that you can't control.

And from our standpoint, the right thing to do in terms of preserving the economics is to allow those events to happen and if it means the revenue flows into the following year, it flows into the following year, we could have thrown incremental cost at it. We could have put overtime and thrown additional resources at it to try to overcome the weather delays. It just would have came at a cost and we looked at the incremental cost associated with it versus the benefit of having the revenue flow out one month. Economics clearly say let the revenue flow the way it would and that's what ended up happening. We got a slight miss to the top line revenue as a result of that.

## Operator

We go next to Timothy Arcuri with Citi.

**<Q - Tim Michael Arcuri>:** Hi, guys. I had two things. First of all, a lot of the long-term cost reduction is based upon higher efficiencies. And you've recently had some issues out in the field with some product that, talking to some of your customers, seems to be related to the higher efficiency product. So I'm wondering sort of what the resolution and the risk around some of these issues, some of these power issues going on in the field are. Number one, if you could help us with that risk.

| | | |
|---|---|---|
| Company Name: First Solar | Market Cap: 1,738.52 | Bloomberg Estimates - EPS |
| Company Ticker: FSLR US | Current PX: 19.99 | Current Quarter: 1.101 |
| Date: 2011-12-14 | YTD Change($): -13.77 | Current Year: 4.454 |
| Event Description: Q4 2012 Guidance Call | YTD Change(%): -40.788 | Bloomberg Estimates - Sales |
| | | Current Quarter: 975.731 |
| | | Current Year: 3726.321 |

And then secondly, I was wondering if you can give us what's the development cost that's on top of the core balance of system cost in your 2012 numbers? So you're taking that core number but there's a development number that goes on top of that and I'm wondering is that $0.30, $0.40 – what is that number? Thanks.

**<A - Mike J. Ahearn>**: The – yeah, Tim. So I would say on long-term field reliability I mean that's always a risk when you're changing processes and it has been from the time it went into production. We have had, on occasion, issues and they're dealt with. We cover them, it's all been reflected in our financials.

Any issues that have been reported that I'm aware of relate to prior years' production. And when we have field problems, when we have positive experience or negative we take that back into the factory and improve processes but also improve our metrology and our accelerated reliability testing, our predictive ability. And as a result, we're much better able today to measure and assess the long term field performance of modules coming off the line than we were a year ago, two years ago, five years ago.

So we – based on that now, as we establish criteria, qualification release criteria and we don't deviate from that in order to drive higher efficiency. So the efficiency roadmap we're presenting is one that we believe is attainable with very tight parameters around the metrics that we think indicate good long term field reliability, that's the best way I can put it. So it's not about abandoning quality to try to drive efficiency or numbers.

We feel pretty good about it because of the – because the results we have been able to demonstrate in a pretty rapid – a pretty short timeframe integrating process improvements off that record cell into real production and the production has run long enough now and the results have been consistent enough on both stability and efficiency that we're comfortable talking about it.

So, I think – look, is 15% challenging. Does that have more uncertainty than other aspects of our business? Yes, it does, but we have a lot of reason to believe that that's achievable and there's an entitlement to that around technically based on the 17.3% cell efficiency.

**<A - Mark R. Widmar>**: I guess maybe can you repeat the other question as related to development cost just to make sure we understand that?

**<Q - Tim Michael Arcuri>**: Sure, Mark. So, I'm just trying to sort of get at what the embedded module pricing is in your U.S. utility pipeline and to do that I have your core BoS cost, but I sort of need to know what you're – what the additional costs are, development and things like that, that sort of go on top of that so I can strip that out and then whatever is left is the module selling price. Thanks.

**<A - Mark R. Widmar>**: Yeah. So we don't provide the specifics of that by project. It can vary by project given the unique circumstances of each of the projects. We did indicate in our – at least our long-term model is that those development costs can range around $0.20, at least that's our assumption. But it can be anywhere from $0.20 to $0.30 depending on the particular project. And we don't provide by individual discrete project what that impact is.

## Operator

We go next to Amir Rozwadowski with Barclays Capital.

**<Q - Amir Rozwadowski>**: Thank you very much and good morning, Mike and Mark. Thanks for taking the question.

**<A - Mike J. Ahearn>**: Sure.

**<Q - Amir Rozwadowski>**: If we take a look at your sort of shipments by geography and certainly in 2012 we do expect, at least based on your estimates, do expect sort of an increase in shipments in North America. And just tailing on – in your prior commentary about backfilling your own installs, how should we think about that trajectory going forward? I mean, should we think that at least as you work towards your 2014 target, really we should think about overall sort of systems business continuing to come under pressure as some of this pipeline gets built out in North America. And then I've got a follow-up question.

**Company Name:** First Solar
**Company Ticker:** FSLR US
**Date:** 2011-12-14
**Event Description:** Q4 2012 Guidance Call

**Market Cap:** 1,738.52
**Current PX:** 19.99
**YTD Change($):** -13.77
**YTD Change(%):** -40.788

**Bloomberg Estimates - EPS**
**Current Quarter:** 1.101
**Current Year:** 4.454
**Bloomberg Estimates - Sales**
**Current Quarter:** 975.731
**Current Year:** 3726.321

**<A - Mike J. Ahearn>**: Well, I think the – so you should probably think about the mix moving from modules to standalone toward systems, and the pricing on systems to be moving down because what's embedded in our contracted pipeline right now are PPAs that were negotiated in the last – over the last several years at higher PPA prices than are likely to prevail in the future. So I would think about it – if you want to take a baseline and take the LCOE pricing that Mark provided to drive markets and assume that sort of baseline system level pricing, and in some cases it might have to be lower. There may be opportunities for it to be higher in situations as we go forward. But that's a pretty good baseline of where we're headed.

**<Q - Amir Rozwadowski>**: Helpful. And then you folks have discussed sort of on broader – for the broader market that clearly the installation capacity is fairly high at this point. You folks are continuing to focus on driving down costs in order to be competitive in this environment. When do you expect sort of a tipping point when it comes to consolidation of that installation capacity? It seems like based on your cost outlook, you don't believe many of your competitors can be profitably competitive within this market. And I think that the sense that we have or at least the industry has, is that there needs to be some consolidation here and we're wondering – just wondering what your thought process was on that consolidation?

**<A - Mike J. Ahearn>**: Well, I think you can take all these markets that are based on subsidies and just picture that as a pool or a pond that's evaporating and drying up. And I think the short-term answer is try to get more share out of that, but it keeps getting smaller. You could consolidate as you try to get more share, I mean that's certainly one way. That doesn't seem like a very prudent use of resources since the overall pie – the pond to keep the metaphor, is shrinking, is not growing.

And so, we would rather think about that transitionally and move into different space which is non-subsidized, which is hard to break into. But if you can get there, then you've got significant growth ahead. And you've got some true visibility year-over-year in the business because it's based on fundamentals rather than politics.

And that's where I think our PV competitors would have a hard time following us at least in the short term. But on the other hand I don't know that it would be such a bad thing to have other PV companies make the shift into the non-subsidized world, because really you've got – it's such a massive market and the real competition are the thermal plants that we will be replacing or at least substituting for on a go forward basis.

So I think we can lead this as we have other aspects of the industry and markets and be positioned as a first mover. And we can leverage the validation we've got from great utility companies and electric companies in the U.S. on all these projects, I think effectively.

## Operator

Our final question comes from Paul Clegg with Mizuho.

**<Q - Paul Clegg>**: Hi, thanks for taking my question. In your long term cost comparison, you were targeting a $0.10 efficiency penalty in 2015, what's that efficiency penalty today? And then, can you talk a bit about the specifics of balance of system cost reduction?

**<A - Mark R. Widmar>**: The model that we've carried out to 2015 takes us towards our efficiency destination, which is around 15%. And we believe that at that point we'll be on average about a 2% efficiency difference between where the crystalline silicon would be. And that drove the $0.10 assumption that was embedded in there, right.

So today the efficiency delta, if you look at the average for 2011, we're a little bit wider than that, which would mean that the current efficiency delta discount is going to be a little bit north of $0.10. But that's just how we've assumed it as we move forward. And so it will come down a little bit. Today it's a little bit wider than that, given the relatively flattish improvement in efficiency from beginning of 2011 to the end of 2011, but as we move forward, as we indicated, there's a full step, 1-point improvement in 2012 and an exit rate over what our average was for 2011, we'll start to see that gap close a little bit.



Company Name: First Solar
Company Ticker: FSLR US
Date: 2011-12-14
Event Description: Q4 2012 Guidance Call

Market Cap: 1,738.52
Current PX: 19.99
YTD Change($): -13.77
YTD Change(%): -40.788

Bloomberg Estimates - EPS
  Current Quarter: 1.101
  Current Year: 4.454
Bloomberg Estimates - Sales
  Current Quarter: 975.731
  Current Year: 3726.321

**<A - Mike J. Ahearn>**: EPC – on the BoS cost reduction, there's a few aspects to it. One is the development of a standardized system design, set of standardized system designs that can be replicated in deployment, which drives learning cycles which increases throughput or reduces installation time, if you want to think about it that way and drives economies of scale from a BoM perspective.

Another aspect is the ability to quickly and efficiently do the site-specific design works – system design work which is a product of a lot of learning. The other aspect is conversion efficiency improvement itself, reducing the need for area-related balance of system components. So it's really all that coming together and the – our vertical integration into this aspect of the business a few years ago, combined with the volumes of projects that we've been able to work have really been what's driven this – these learning cycles. And it's why they were able to achieve the 2014 target last year and it's what gave us visibility into the additional roadmap.

## Operator

Thank you for your participation. That concludes today's conference.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2012, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

# EXHIBIT 64



February 28, 2012

## First Solar, Inc. Announces Fourth Quarter and 2011 Financial Results

- **Net sales of $660 million for the fourth quarter and $2.8 billion for 2011**
- **GAAP EPS loss of $4.78 in the fourth quarter and $0.46 for 2011**
- **Non-GAAP EPS of $1.26 per fully diluted share in the fourth quarter and $6.01 for 2011**
- **Cash and Marketable Securities of $788 million**
- **Updates 2012 Guidance**

TEMPE, Ariz.--(BUSINESS WIRE)-- First Solar, Inc. (Nasdaq: FSLR) today announced financial results for the fourth quarter and year ended December 31, 2011. Fourth quarter 2011 net sales were $660 million, a decrease of $345 million from the third quarter of 2011, primarily due to the timing of revenue recognition in our systems business and lower volume for module-only sales. Relative to the fourth quarter of 2010, quarterly net sales increased $50 million from $610 million. Net sales for 2011 were $2.8 billion, up about 8% from fiscal year 2010.

Fourth quarter net loss per fully diluted share was $4.78, compared to a net income per fully diluted share of $2.25 in the third quarter of 2011 and $1.80 in the fourth quarter of 2010. The fourth quarter of 2011 was impacted by pre-tax charges of $393 million (reducing EPS by $3.90) associated with a non-cash goodwill impairment for our components business, $164 million (reducing EPS by $1.67) related to warranty and cost in excess of normal warranty expense, and $60 million (reducing EPS by $0.43) related to restructuring activities, as announced in December 2011. Excluding these items, the non-GAAP net income per fully diluted share in the fourth quarter 2011 was $1.26. Net loss per share in 2011 was $0.46, compared to a net income per fully diluted share of $7.68 in 2010. Excluding the fourth-quarter 2011 charges listed above as well as $46.9 million of warranty and cost in excess of normal warranty expensed earlier this year, non-GAAP net income per fully diluted share was $6.01 for 2011. For a reconciliation of these non-GAAP measures to measures presented in accordance with generally accepted accounting principles in the United States ("GAAP"), please see tables below.

Cash and Marketable Securities at the end of the fourth quarter were $788 million, down slightly from $795 million at the end of the third quarter.

First Solar achieved several milestones in 2011:

- Announced or completed the sale of four of the world's largest solar projects under construction — Agua Caliente, Desert Sunlight, Antelope Valley Solar Ranch One, and Topaz. In January 2012, First Solar energized the first 30 MW block of the Agua Caliente project.
- Set a world record for the efficiency of solar cells and modules using cadmium telluride (CdTe) semiconductor technology, achieving 17.3 percent and 13.4 percent, respectively, as certified by US Department of Energy's National Renewable Energy Labs (NREL). In January 2012, First Solar eclipsed its own record, reaching 14.4 percent module efficiency using commercial-scale equipment and materials.
- Increased average module efficiency to 12.2%, up 0.6 percentage points from the fourth quarter of 2010.
- Reduced average module manufacturing cost to $0.73 per watt, down $0.02 from the fourth quarter of 2010.
- Added approximately 650 MW AC of new projects to the Company's project pipeline, growing our pipeline to 2.7 GW AC.
- Exceeded 5 GW of cumulative production, enough to provide clean electricity for approximately 2.5 million homes and displace 3.3 million metric tons of CO2 annually.

"First Solar's performance in the quarter was impacted by an aggressive competitive environment, an uncertain regulatory environment, warranty-related charges, and restructuring costs incurred to help position our business for the future," said Mike Ahearn, Chairman and interim Chief Executive Officer of First Solar. "Despite these headwinds, we continue to make strides reducing manufacturing costs, increasing module efficiency, and successfully building out our captive project pipeline. These improvements, combined with our recent restructuring and strategic repositioning, enhance our competitive position in a very

challenging environment."

First Solar is updating 2012 guidance as follows:

- reducing net sales from $3.7-$4.0 billion to $3.5-$3.8 billion;

- reiterating earnings per fully diluted share of $3.75 to $4.25, excluding any impairment and restructuring charges that we may be taking in 2012; and

- reducing operating cash flow from $0.9-$1.1 billion to $0.8-$0.9 billion.

First Solar has scheduled a conference call at 4:30 p.m. EST on February 28, 2012 to discuss the fourth quarter results and updated 2012 guidance. Investors may access a live webcast of this conference call by visiting http://investor.firstsolar.com/events.cfm.

An audio replay of the conference call will also be available approximately two hours after the conclusion of the call. The audio replay will remain available until Monday, March 5, 2012 at 11:59 p.m. EST and can be accessed by dialing 888-203-1112 if you are calling from within the United States or 719-457-0820 if you are calling from outside the United States and entering the replay pass code 8612954. A replay of the webcast will be available on the Investors section of the company's web site approximately two hours after the conclusion of the call and remain available for approximately 90 calendar days.

**About First Solar, Inc.**

First Solar manufactures solar modules with an advanced semiconductor technology, and is a premier provider of comprehensive photovoltaic (PV) system solutions. The company is delivering an economically viable alternative to fossil-fuel generation today. From raw material sourcing through end-of-life collection and recycling, First Solar is focused on creating value-driven renewable energy solutions that protect and enhance the environment. For more information about First Solar, please visit www.firstsolar.com.

**For First Solar Investors**

This release contains forward-looking statements which are made pursuant to the safe harbor provisions of Section 21E of the Securities Exchange Act of 1934. The forward-looking statements in this release do not constitute guarantees of future performance. Those statements involve a number of factors that could cause actual results to differ materially, including risks associated with the company's business involving the company's products, their development and distribution, economic and competitive factors and the company's key strategic relationships and other risks detailed in the company's filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this press release or with respect to the announcements described herein.

**FIRST SOLAR, INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**(In thousands, except share data)**
**(Unaudited)**

| | December 31, 2011 | December 31, 2010 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 605,619 | $ 765,689 |
| Marketable securities | 66,146 | 167,889 |
| Accounts receivable trade, net | 310,568 | 305,537 |
| Accounts receivable, unbilled | 533,399 | 1,482 |
| Inventories | 475,867 | 195,863 |
| Balance of systems parts | 53,784 | 4,579 |
| Deferred tax assets, net | 41,144 | 388 |
| Prepaid expenses and other current assets | 526,734 | 143,033 |
| Total current assets | 2,613,261 | 1,584,460 |
| Property, plant and equipment, net | 1,815,958 | 1,430,789 |
| Project assets | 374,881 | 320,140 |
| Deferred tax assets, net | 340,274 | 259,236 |
| Marketable securities | 116,192 | 180,271 |
| Restricted cash and investments | 200,550 | 86,003 |

| | | |
|---|---:|---:|
| Goodwill | 65,444 | 433,288 |
| Inventories | 60,751 | 42,728 |
| Other assets | 190,303 | 43,488 |
| Total assets | $ 5,777,614 | $ 4,380,403 |

**LIABILITIES AND STOCKHOLDERS' EQUITY**

| | | |
|---|---:|---:|
| Current liabilities: | | |
| Accounts payable | $   176,448 | $   82,312 |
| Income taxes payable | 9,541 | 16,831 |
| Accrued expenses | 406,659 | 244,271 |
| Current portion of long-term debt | 44,505 | 26,587 |
| Other current liabilities | 336,571 | 99,676 |
| Total current liabilities | 973,724 | 469,677 |
| Accrued solar module collection and recycling liability | 167,378 | 132,951 |
| Long-term debt | 619,143 | 210,804 |
| Other liabilities | 373,506 | 112,026 |
| Total liabilities | 2,133,751 | 925,458 |
| Commitments and contingencies | | |
| Stockholders' equity: | | |
| Common stock, $0.001 par value per share; 500,000,000 shares authorized; 86,467,873 and 85,843,511 shares issued and outstanding at December 31, 2011 and December 31, 2010, respectively | 86 | 86 |
| Additional paid-in capital | 2,022,743 | 1,815,420 |
| Contingent consideration | — | 1,118 |
| Accumulated earnings | 1,626,071 | 1,665,564 |
| Accumulated other comprehensive loss | (5,037) | (27,243) |
| Total stockholders' equity | 3,643,863 | 3,454,945 |
| Total liabilities and stockholders' equity | $ 5,777,614 | $ 4,380,403 |

**FIRST SOLAR, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except per share amounts)**
**(Unaudited)**

| | Years Ended | | |
|---|---:|---:|---:|
| | December 31, 2011 | December 31, 2010 | December 26, 2009 |
| Net sales | $ 2,766,207 | $ 2,563,515 | $ 2,066,200 |
| Cost of sales | 1,794,456 | 1,378,669 | 1,021,618 |
| Gross profit | 971,751 | 1,184,846 | 1,044,582 |
| Operating expenses: | | | |
| Research and development | 140,523 | 94,797 | 78,161 |
| Selling, general and administrative | 412,541 | 321,704 | 272,898 |
| Production start-up | 33,620 | 19,442 | 13,908 |
| Goodwill impairment | 393,365 | — | — |
| Restructuring | 60,366 | — | — |
| Total operating expenses | 1,040,415 | 435,943 | 364,967 |
| Operating (loss) income | (68,664) | 748,903 | 679,615 |
| Foreign currency gain (loss) | 995 | (3,468) | 5,207 |
| Interest income | 13,391 | 14,375 | 9,735 |
| Interest expense, net | (100) | (6) | (5,258) |
| Other income (expense), net | 665 | 2,273 | (2,985) |
| (Loss) income before income taxes | (53,713) | 762,077 | 686,314 |
| Income tax (benefit) expense | (14,220) | 97,876 | 46,176 |
| Net (loss) income | $   (39,493) | $   664,201 | $   640,138 |
| Net (loss) income per share: | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Basic | | | $ | (0.46) | $ 7.82 | $ 7.67 |
| Diluted | | | $ | (0.46) | $ 7.68 | $ 7.53 |
| Weighted-average number of shares used in per share calculations: | | | | | | |
| Basic | | | | 86,067 | 84,891 | 83,500 |
| Diluted | | | | 86,067 | 86,491 | 85,044 |

The non-GAAP financial measures included in the tables below are non-GAAP net income and non-GAAP net income per share, which adjust for the following items: Warranty and Cost in Excess of Normal Warranty Expense, Goodwill Impairment and Restructuring. We believe the presentation of these non-GAAP financial measures, when taken together with the corresponding GAAP financial measures, provides meaningful supplemental information regarding the Company's operating performance. Our management uses these non-GAAP financial measures in assessing the Company's performance to prior periods and investors benefit from an understanding of these non-GAAP financial measures. The use of non-GAAP financial measures has limitations and you should not consider these performance measures in isolation from or as an alternative to measures presented in accordance with GAAP such as net (loss) income and net (loss) income per share.

*Warranty and Cost in Excess of Normal Warranty Expense:* Included in our GAAP presentation of cost of sales and operating expenses, warranty and cost in excess of normal warranty expense primarily reflect estimated costs related to our remediation of a manufacturing excursion that occurred between June 2008 and June 2009. We exclude this expense from our non-GAAP measures because we do not believe they reflect expected future costs.

*Goodwill Impairment:* Included in our GAAP presentation of operating expenses, goodwill impairment primarily represents a write-down of most of the goodwill we booked from our acquisitions of OptiSolar in 2009 and NextLight in 2010. We exclude the impairment of goodwill from our non-GAAP measures because it does not reflect future performance, does not affect our cash position, and does not affect our cash flows from operating activities.

*Restructuring:* Included in our GAAP presentation of operating expenses, restructuring costs represent asset impairment and related costs due to certain research and development activities we are no longer pursuing outside of our core technology, as well as severance for headcount reductions. We exclude restructuring from our non-GAAP measures because the impairment portion of the charges does not reflect our cash position or our cash flows from operating activities, and the restructuring charges overall do not reflect future operating expenses, are not indicative of our core operating performance, and are not meaningful in comparing to our past operating performance.

**Three Months Ended December 31, 2011 (in thousands except per share data)**

| | GAAP (1) | Warranty and Cost in Excess of Normal Warranty Expense | | Goodwill Impairment Charge | | Restructuring | | Non-GAAP |
|---|---|---|---|---|---|---|---|---|
| (Loss) income before income taxes | $ (481,442) | $163,525 | (4) | $393,365 | | $ 60,366 | | $ 135,814 |
| Income tax (benefit) expense | (68,329) | 18,023 | (5) | 53,211 | (5) | 22,915 | (5) $ | 25,820 |
| Net (loss) income | $ (413,113) | $145,502 | | $340,154 | | $ 37,451 | | $ 109,994 |
| Net (loss) income per share | $ (4.74) (2) | $ 1.67 | | $ 3.90 | | $ 0.43 | | $ 1.26 |
| Weighted-average shares outstanding | 87,123 (3) | 87,123 | | 87,123 | | 87,123 | | 87,123 |

(1) Except for Net (loss) income per share and Weighted-average shares outstanding.

(2) Reflects Non-GAAP net (loss) income per share. GAAP net (loss) income per share was $(4.78).

(3) Reflects Non-GAAP weighted-average shares outstanding. GAAP weighted-average shares outstanding were 86,428.

(4) Balance includes (i) $70.1 million in product warranty expense reflecting the net increase in the expected number of replacement modules required in connection with our remediation efforts for the 2008-2009 manufacturing excursion (ii) $37.8 million for an increase in the expected number of warranty claims primarily due to increases related to future claims expected due to modules installed in certain climates (iii) $31.8 million for compensation payments to customers under certain circumstances for power lost prior to the remediation of the customers system under our remediation program and (iv) $23.9 million in connection with our remediation efforts for module removal, replacement and logistical services related to the manufacturing excursion.

(5) The amount adjusts the provision for income taxes to reflect the effect of the non-GAAP adjustments on non-GAAP net income.

**Year Ended December 31, 2011 (in thousands except per share data)**

| | GAAP (1) | Warranty and Cost in Excess of Normal Warranty Expense | | Goodwill Impairment Charge | Restructuring | Non-GAAP |
|---|---|---|---|---|---|---|
| (Loss) income before income taxes | $ (53,713) | $ 210,414 | (4) | $ 393,365 | $ 60,366 | $ 610,432 |
| Income tax (benefit) expense | (14,220) | 24,970 | (5) | 53,211 (5) | 22,915 (5) | $ 86,876 |
| Net (loss) income | $ (39,493) | $ 185,444 | | $ 340,154 | $ 37,451 | $ 523,556 |
| Net (loss) income per share | $ (0.45) (2) | $ 2.13 | | $ 3.90 | $ 0.43 | $ 6.01 |
| Weighted-average shares outstanding | 87,117 (3) | 87,117 | | 87,117 | 87,117 | 87,117 |

(1) Except for Net (loss) income per share and Weighted-average shares outstanding.

(2) Reflects Non-GAAP net (loss) income per share. GAAP net (loss) income per share was $(0.46).

(3) Reflects Non-GAAP weighted-average shares outstanding. GAAP weighted-average shares outstanding were 86,067.

(4) Balance includes (i) $70.1 million in product warranty expense reflecting the net increase in the expected number of replacement modules required in connection with our remediation efforts for the 2008-2009 manufacturing excursion (ii) $37.8 million for an increase in the expected number of warranty claims primarily due to increases related to future claims expected due to modules installed in certain climates (iii) $40.3 million for compensation payments to customers under certain circumstances for power lost prior to the remediation of the customers system under our remediation program and (iv) $62.2 million in connection with our remediation efforts for module removal, replacement and logistical services related to the manufacturing excursion.

(5) The amount adjusts the provision for income taxes to reflect the effect of the non-GAAP adjustments on non-GAAP net income.

**Three Months Ended December 31, 2010 (In thousands, except per share amounts)**

| | GAAP (1) | Warranty and Cost in Excess of Normal Warranty Expense | Non-GAAP |
|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Income before income taxes | $ | 173,365 | $ | 8,456 | (1) | $ 181,821 |
| Income tax expense | | 17,421 | | 1,252 | (2) | $ 18,673 |
| Net income | $ | 155,944 | $ | 7,204 | | $ 163,148 |
| | | | | | | |
| Net income per share | $ | 1.8 | $ | 0.08 | | $ 1.88 |
| | | | | | | |
| GAAP weighted-average shares outstanding | | 86,840 | | 86,840 | | 86,840 |

(1) Expense in connection with our remediation efforts for module removal, replacement and logistical services related to the 2008-2009 manufacturing excursion.
(2) The amount adjusts the provision for income taxes to reflect the effect of the non-GAAP adjustments on non-GAAP net income.

**Year Ended December 31, 2010 (In thousands, except per share amounts)**

| | GAAP (1) | Warranty and Cost in Excess of Normal Warranty Expense | | Non-GAAP |
|---|---|---|---|---|
| Income before income taxes | $762,077 | $ 36,129 | (1) | $ 798,206 |
| Income tax expense | 97,876 | 5,317 | (2) | $ 103,193 |
| Net income | $664,201 | $ 30,812 | | $ 695,013 |
| | | | | |
| Net income per share | $ 7.68 | $ 0.36 | | $ 8.04 |
| | | | | |
| GAAP weighted-average shares outstanding | 86,491 | 86,491 | | 86,491 |

(1) Balance includes (i) $30.5 million in connection with our remediation efforts for module removal, replacement and logistical services related to the 2008-2009 manufacturing excursion and (ii) $5.6 million for compensation payments to customers under certain circumstances for power lost prior to the remediation of the customers system under our remediation program.
(2) The amount adjusts the provision for income taxes to reflect the effect of the non-GAAP adjustments on non-GAAP net income.

First Solar, Inc.
**Investors:**
David Brady
Vice President, Treasury and Investor Relations
+1 (602) 414-9315
David.brady@firstsolar.com
or
Luke Fairborn
Director, Investor Relations
+1 (602) 414-9315
Lucas.fairborn@firstsolar.com
or
**Media:**
Ted Meyer
+1 (602) 427-3318
Ted.meyer@firstsolar.com

Source: First Solar, Inc.

News Provided by Acquire Media

# EXHIBIT 65

| | | |
|---|---|---|
| **Company Name:** First Solar | **Market Cap:** 1,848.97 | **Bloomberg Estimates - EPS** |
| **Company Ticker:** FSLR US | **Current PX:** 21.26 | **Current Quarter:** 1.137 |
| **Date:** 2012-02-28 | **YTD Change($):** -12.50 | **Current Year:** 4.452 |
| **Event Description:** Q4 2011 Earnings Call | **YTD Change(%):** -37.026 | **Bloomberg Estimates - Sales** |
| | | **Current Quarter:** 992.154 |
| | | **Current Year:** 3732.786 |

# Q4 2011 Earnings Call

## Company Participants

- David Brady
- Mike J. Ahearn
- Mark R. Widmar

## Other Participants

- Brian K. Lee
- Sanjay Shrestha
- Stephen Chin
- Satya Kumar
- Amir Rozwadowski
- Smittipon Srethapramote
- Timothy Michael Arcuri
- Jesse W. Pichel
- Kelly A. Dougherty
- Mehdi Hosseini
- Christopher R. Blansett
- Vishal Shah
- Mark William Bachman
- Mahesh Sanganeria
- Edwin Mok
- Chris Kettenmann

## MANAGEMENT DISCUSSION SECTION

### Operator

Good day, everyone, and welcome to First Solar's Fourth Quarter 2011 Earnings Conference Call. This call is being webcast live on the Investors section of First Solar's website at www.firstsolar.com. [Operator Instructions] As a reminder, today's call is being recorded. I would now like to turn the call over to David Brady, Vice President, Treasury and Investor Relations. Mr. Brady, you may begin.

### David Brady

Good morning, everyone, and thank you for joining us for First Solar's Fourth Quarter 2011 Earnings Call. This afternoon the company issued a press release announcing its financial results for the fourth quarter of 2011. If you did not receive a copy of this press release, you can obtain one from the Investors section of First Solar's website at firstsolar.com.

In addition, we have posted the presentation for this call on our Investor Relations website. An audio replay of the call will also be available approximately two hours after its conclusion. The audio replay will remain available until March 5, 2012, at 11:59 p.m. Eastern Standard Time and can be accessed by dialing 888-203-1112 if you are calling from within the United States or 719-457-0820 if you are calling from outside the United States and entering the replay pass

Company Name: First Solar | Market Cap: 1,848.97 | Bloomberg Estimates - EPS
Company Ticker: FSLR US | Current PX: 21.26 | Current Quarter: 1.137
Date: 2012-02-28 | YTD Change($): -12.50 | Current Year: 4.452
Event Description: Q4 2011 Earnings Call | YTD Change(%): -37.026 | Bloomberg Estimates - Sales
 | | Current Quarter: 992.154
 | | Current Year: 3732.786

code 8612954.

A replay of the webcast will be available on the Investors section of the company's website approximately two hours after the conclusion of the call and will remain available for approximately 90 calendar days. If you are a subscriber of FactSet or Thomson One, you can obtain a written transcript.

With me today are Mike Ahearn, Chairman of the Board and Interim Chief Executive Officer; and Mark Widmar, Chief Financial Officer. Mike will present an overview of market conditions and then Mark will review our operational and financial results for the fourth quarter of 2011 and discuss in detail some of the charges we took. We will then open up the call for questions. During the Q&A period, as a courtesy to those individuals seeking to answer questions, we asked that participants limit themselves to one question. First Solar has allocated approximately one hour for today's call.

Most of the financial numbers reported and discussed on today's call are based on U.S. generally accounting principal. In the few cases where we report non-GAAP measures, such as free cash flow or non-GAAP EPS, we have reconciled the non-GAAP measures to GAAP measures at the back of our presentation.

Now I would like to make a brief statement regarding forward-looking remarks that you may hear on today's call. During the course of this call, the company will make projections and other comments that are forward-looking statements within the meaning of the Federal Securities laws. The forward-looking statements in this call are based on current information and expectations, are subject to uncertainties and changes in circumstances and do not constitute guarantees of future performance.

Those statements involve a number of factors that could cause actual results to differ materially from those statements, including the risks as described in the company's most recent annual report on Form 10-K and other filings with the Securities and Exchange Commission. First Solar assumes no obligation to update any forward-looking information contained in this call or with respect to the announcements described herein.

It is now my pleasure to introduce Mike Ahearn, Chairman of the Board and Interim Chief Executive Officer of First Solar. Mike?

## Mike J. Ahearn

Thanks, David. Welcome to our Q4 2011 Earnings Call.

As discussed on our recent call, traditional solar market subsidies are declining, continue to decline and significant non-subsidized markets have not yet developed. Last week the German Environmental and Economics Ministers released a proposal that would significantly reduce or potentially phase out the German solar market. The fate of this bill, which will be presented to the Cabinet tomorrow and still needs to pass through parliament and the chambers of the federal states, remains unclear. However, it is likely that even if less draconian measures are ultimately adopted, Germany, like other feed-in tariff markets, will continue to be challenged in 2012 and beyond.

The key to First Solar's success is to develop new markets that do not depend on subsidies, and we believe we can do this by focusing on regions in the world that are blessed with a lot of sun and need more peak electricity. Our superior module technology combined with our ability to design, engineer, construct and maintain large solar electricity generation plants and integrate them with the grid should enable us to reduce solar electricity prices to grid parity levels in these markets while still making an attractive profit. Our demonstrated success in selling solar electricity and solar generation plants to leading U.S. utilities will provide targeted customers in these new markets with important validation of our capabilities.

Solar electricity has never been deployed without subsidies at the large-scale we envision, and local utilities, regulators and politicians will need time to understand how to plan and integrate solar electricity into their local grids. But fortunately our existing U.S. project pipeline provides a level of continuing demand while we work on opening the new markets that will drive our future growth. However, it is important that we begin taking steps in 2012 to create these

Company Name: First Solar
Company Ticker: FSLR US
Date: 2012-02-28
Event Description: Q4 2011 Earnings Call

Market Cap: 1,848.97
Current PX: 21.26
YTD Change($): -12.50
YTD Change(%): -37.026

Bloomberg Estimates - EPS
Current Quarter: 1.137
Current Year: 4.452
Bloomberg Estimates - Sales
Current Quarter: 992.154
Current Year: 3732.786

new markets in light of those long lead times involved.

We have been busy working on our three-year plan over the past several weeks. As an outgrowth of the planning process we've decided to idle four lines in our German plant for up to six months this year, postpone the commissioning of our proposed facilities in Mesa and discontinue work on our proposed plant in Vietnam, which is expected to result in an impairment charge of up to $100 million this year. We have also begun the process of eliminating unnecessary operating expenses, which will continue over the course of 2012.

At the same time, we have begun to add resources in targeted markets where we expect to derive significant growth in coming years. The impact of these and additional actions will be rolled up in a three-year plan, which we had hoped to share with you today but is now scheduled to be discussed on our Q1 earnings call in May.

This quarter we incurred $125.8 million in additional warranty reserves to reflect an updated estimate of costs related to the manufacturing excursion that occurred between June 2008 and June 2009. As previously disclosed, a small percentage of product manufactured during that time period may experience premature power loss once in the field. First Solar identified and addressed the manufacturing excursion in June 2009 and later initiated a voluntary remediation program that goes above and beyond our standard warranty obligations. The remediation program includes module removal, testing, replacement and logistical services and additional compensation payments to customers under certain circumstances.

A large volume of claims made under the remediation program were processed in the fourth quarter, and we identified the significant increase in remediation costs under the terms of our voluntary program. Our estimates now benefit from having processed over 95% of the total claims submitted under the life of the program. The total cost of remediating the manufacturing excursion that occurred from June 2008 to June 2009 now stands at $215.7 million including $145.6 million above and beyond our standard warranty.

There are approximately 4% of the claims submitted for which we have not yet been able to determine if remediation is required. If it is determined that these claims should be remediated, there's at least the potential for additional costs of as much as $44 million.

While the cost of the program has been much higher than we would've liked, we believe we have done the right thing in demonstrating our commitment to our customers beyond our product warranty. Also our analysis of hundreds of PV systems and modules returned under warranty as part of this program, combined with analysis of system level performance for sites under O&M agreements has given us unique insight into the real world performance of our products in a wide range of PV systems. That knowledge has contributed to the continuous improvement of our technology and refinement of our product development roadmaps.

Briefly turning to the markets. In North America, we continue to make progress with projects in our pipeline. At Agua Caliente, we had completed approximately 60% of the balance of system and installed 2.9 million modules by the end of the fourth quarter and we energized the first 30 megawatts in January of this year.

Construction has started at Desert Sunlight and while we cannot recognize revenue under GAAP, we have received net cash receipts of $77 million as of the end of the fourth quarter.

AVSR1 is yet to receive funding for the loan guarantee but Exelon and First Solar are pleased that Los Angeles County has approved changes to the construction permit for the project satisfying the requirements of the funding of the initial loan advance for the project. The companies have extended their deadline for receiving the initial loan advance to April 6 to allow sufficient time for the funding to be received. In the meantime, the project construction continues to move forward.

While Topaz did not receive a loan guarantee, we've nevertheless completed the sale of the project to MidAmerican Energy Holdings Company in January and will begin recognizing revenue in the second half of 2012. We're pleased to include on our growing list of customers, MidAmerican one of the leading investors in renewable energy, which also purchased 49% of the interest in Agua Caliente from NRG last month.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2012-02-28
Event Description: Q4 2011 Earnings Call

Market Cap: 1,848.97
Current PX: 21.26
YTD Change($): -12.50
YTD Change(%): -37.026

Bloomberg Estimates - EPS
Current Quarter: 1.137
Current Year: 4.452
Bloomberg Estimates - Sales
Current Quarter: 992.154
Current Year: 3732.786

In China, we recently executed small demonstration projects with two strategic partners. One was a ground-mounted project with Guohua Energy Investment Company, one of the largest Gen Cos in China, and a subsidiary of the Shenhua Group, which is the largest coal mining company in the world. The other project was a rooftop project in Beijing with BOE Energy Technology Company. And we continue to complete the feasibility study for the Ordos 30-megawatt Phase I project and to secure project approval in 2012.

In Australia, we began construction of Australia's first utility scale solar installation, a 10-megawatt AC project being delivered to Verve Energy and GE Energy Financial Services near Geraldton in Western Australia. This project will establish a platform for solar growth in the future, supported by existing renewable energy target of 20% by 2020, the National Carbon Legislation and the Clean Energy Finance Corporation, which is committed to invest $10 billion in non-wind, large-scale renewables. And finally, we've spent considerable time over the past several weeks in potential sustainable markets including India, China, Southeast Asia, the Middle East and parts of Latin America and continue to be encouraged by the opportunities for First Solar to create non-subsidized markets in those regions.

Now I would like to turn the call over to Mark to review our operational and financial results and then update guidance for 2012. Mark?

## Mark R. Widmar

Okay. Thanks, Mike and good afternoon. I'll start with operations on slide 6.

In Q4, our production was 540-megawatts, up 37% versus the prior year but down 2% quarter-over-quarter. The year-over-year increase was driven by capacity expansions in Germany and Malaysia. Sequentially in order to better align our supply with market demand, we idled our Malaysia facility over the year-end holiday season. This downtime reduced our capacity utilization for the quarter to 94% or 600 basis points below the third quarter. Malaysia now, though, is currently running at full capacity.

On our 2012 guidance call in December, we stated that we will be running our manufacturing plants at 80% utilization in 2012. As demand in Europe is more challenged than expected, we will be reducing our utilization rates further to a range of 60% to 70%, which will reduce our production in 2012 to a range of 1.5 to 1.8-gigawatts. As part of this process we are suspending four production lines for up to six months in Frankfurt-Oder and accelerating our Go Fast efficiency roadmap by idling and retooling each line sequentially in Malaysia.

These actions might not be sufficient to reduce production to a level that aligns with demand so additional actions might be necessary as we continue to adjust production capacity to match expected market demand. Because we will not be running at full capacity, we will not be disclosing our line run rate on a quarterly basis. That said, we continue to make improvements to our line throughput helped by our advancements in module efficiency. Thus we are increasing our goal for our line run rate from 80-megawatts per year by 2014 to over 90-megawatts by the end of 2015.

Our average line conversion efficiency for our modules was 12.2% in the fourth quarter, which was up 0.6 percentage points year-over-year and up 0.4 percentage points quarter-or-quarter. This is our largest sequential increase since 2007. Our best plant improved to 12.6%, which is up from 12.4% last quarter and 11.6% last year. We continue to make significant progress in conversion efficiency and 2012 year-to-date our average conversion line efficiency is 12.4%, up 200 basis points from the end of the year and the current efficiency rate of our modules produced on our best line is 13.1%.

We expect sustained improvements in efficiencies as we continue to invest in our technology. Last month we announced that we received confirmation from the National Renewable Energy Lab, or NREL, that First Solar achieved a record 14.4% efficiency for cad tel [cadmium telluride] thin-film modules, which eclipses the prior record of 13.4% also held by First Solar.

The record performance comes just six month after First Solar announced it had achieved a record 17.3% efficiency for cad tel thin-film cells. Both the cell and module record setters were constructed using commercial scale manufacturing equipment and materials that can be implemented across our existing lines for a capital spend of around $100 million

Company Name: First Solar
Company Ticker: FSLR US
Date: 2012-02-28
Event Description: Q4 2011 Earnings Call

Market Cap: 1,848.97
Current PX: 21.26
YTD Change($): -12.50
YTD Change(%): -37.026

Bloomberg Estimates - EPS
Current Quarter: 1.137
Current Year: 4.452
Bloomberg Estimates - Sales
Current Quarter: 992.154
Current Year: 3732.786

for each of the next three years. The achievement supports our module efficiency roadmap – updated last month and underscores the tremendous ongoing potential of cad tel.

Module manufacturing cost per watt for the fourth quarter was $0.73, which is down $0.01 quarter-over-quarter. This cost includes $0.01 impact from the increase in the warranty accrual rate and a $0.01 headwind from plant underutilization. Had our plants run at a full utilization as we historically have then our module manufacturing cost per watt would have been $0.72 or $0.03 below the third quarter on a comparable basis. Our best plant is manufacturing modules at a cost of $0.69 per watt excluding the impact of underutilization.

Moving on to slide 7, we show our updated view of available capacity and anticipated production utilization. This updated slide no longer includes Mesa. In our guidance call for 2012 in December we noted that production in Mesa would be delayed until 2013. As we further evaluate market demand and our capacity requirements, we have now decided to put Mesa on hold until market demand justifies additional capacity. First Solar will retain ownership of the buildings associated with the site and we expect to relocate various engineering and administrative workgroups to the office space there. Some of the space on the main floor will also be used to store product and equipment in transition.

Moving to manufacturing – to our systems business on slide 8, in 2011 we added approximately 650-megawatts AC of contracts to our pipeline and installed approximately 425-megawatts of DC. Our pipeline stands at 2.7-gigawatts AC, which represents the sum of the contractual megawatts of the projects in our pipeline. As of the end of the fourth quarter we have recognized revenue for approximately 180-megawatts equivalent. The remaining pipeline will either be constructed in the future or is currently under construction but all revenue recognition criteria have not been met. Megawatt equivalents is calculated by taking total cumulative revenue recognized divided by the total contracted revenue for each project multiplied by the megawatts for such project.

Mike also discussed the solid progress we were making on our four large projects, Agua, AVSR, Topaz and Desert Sunlight. In addition to these large projects we continue to advance the balance of our systems pipeline. In the first quarter 2012 construction on Copper Mountain 2 received initial funding under the contract. In addition, outside of the four large projects previously mentioned, we have completed the financing of one of our projects subject to certain conditions, which we anticipate announcing the closing of the project in the next couple of weeks.

Moving on to the financial portion of the presentation on slide 9, net sales for the fourth quarter were $660 million, down from $1 billion last quarter. The decrease was primarily due to lower third-party module volumes and lower module and balance of system volumes in our systems business. Our EPC revenue mix decreased from 39% of total net sales in the third quarter to 30% of net sales in the fourth quarter.

Our Solar Power Systems revenue, which includes both our EPC revenue and solar modules used in the Systems business, decreased slightly from 65% of sales in the third quarter to 64% of sales in the fourth quarter.

Aggregate module ASPs increased 2.9% quarter-over-quarter, including the impact of currency or 4.1% excluding currency. Module ASPs in the Systems business increased sequentially, whereas third-party module ASPs declined 4% excluding currency. We expect the largest sequential decline in third-party modular ASPs from the fourth quarter of 2011 to the first quarter of 2012 as higher priced legacy contracts expired at the end of 2011. On a year-to-year basis, fourth quarter module ASPs decreased 2% and third-party ASPs declined 24%.

Gross margin was 20.9%, down 16.8% points from the prior quarter. The decrease was due to an increase in incremental warranty charges primarily related to our previously announced manufacturing excursion. Absent these one-time charges, gross margins would have been 36.1%. Module gross margin was 19.5%, down from third quarter module gross margin of 41.4%. Excluding the impact of the incremental warranty charges, module gross margin would have been 35.5%.

Operating expenses were up $467 million quarter over to $623.4 million. The primary reason for the increase were a series of charges that we considered non-recurring, namely a $393.4 million goodwill impairment, a $31.8 million in lost power compensation related to the manufacturing excursion and $60.4 million of restructuring charges, which consisted of $53.6 million for asset impairment and associated decommissioning and $6.8 million in severance. These restructuring charges were previously announced in our 2012 guidance call last December, where we said the total

Company Name: First Solar
Company Ticker: FSLR US
Date: 2012-02-28
Event Description: Q4 2011 Earnings Call

Market Cap: 1,848.97
Current PX: 21.26
YTD Change($): -12.50
YTD Change(%): -37.026

Bloomberg Estimates - EPS
Current Quarter: 1.137
Current Year: 4.452
Bloomberg Estimates - Sales
Current Quarter: 992.154
Current Year: 3732.786

charges could be up to $85 million.

The goodwill impairment is a non-cash charge that does not affect our cash position or cash flows from operating activities. The goodwill is primarily related to the acquisition of OptiSolar in 2009 and NextLight in 2010, representing benefits from expected synergies, economies of scale and vertical integration. We allocated most of the goodwill for these acquisitions to our components business, consistent with our historical view of the systems business function as being an enabler for the components business to drive module throughput.

We believe that the acquisitions of OptiSolar and NextLight have provided tremendous value to First Solar far in excess of the acquisition costs including goodwill. As a result of these acquisitions, First Solar has announced the sale of and is currently constructing four of the largest solar power plants in the world. This impairment charge does not change the value of the acquired project pipeline, nor does it change the company's view of its business prospects or future results as discussed later in this call. It is primarily triggered by the fact that the market capitalization of our stock is trading below the book value as of the end of the fiscal year 2011 and the related pressures on the industry as a whole.

In order to provide a comprehensive view of the manufacturing excursion and warranty charges in Q4, a breakdown is provided on slide 10. In the quarter we expensed $163.5 million. Of this amount $125.8 million was for the manufacturing excursion. As Mike mentioned previously, a large volume of claims made under manufacturing excursion program were processed in the fourth quarter, and we identified a significant increase in remediation costs under the terms of our voluntary program. The Q4 costs associated with the manufacturing excursion is composed of three items.

The first item is the cost to remove, replace and provide logistical services related to the manufacturing excursion. In the fourth quarter we expensed $23.9 million for these efforts and have expensed $99.7 million to date.

The second item is expected payment to customers under certain conditions for power loss prior to the remediation of the customer's system. In the fourth quarter we expensed $31.8 million for this compensation and have expensed $45.9 million to date.

The third item, $70.1 million, is due to an increase in the expected number of replacement modules above our standard warranty rate required for our remediation efforts.

Finally, we recognized a $37.8 million charge to increase our warranty accrual. We believe our PV modules are potentially subject to increased failure rates in hot climates. As our geographic mix of sales has shifted to hot climates we have increased our warranty accrual. Our experience has shown that our warranty rate for hot climates are slightly higher than the return rates for temperate climates. With this change, our standard warranty accrual rate has been increased by one percentage point to account for potential returns going forward. We will continue to review our warranty accrual rate in the future and will adjust the rate as appropriate to reflect our actual experience.

Due to the charge for goodwill impairment, additional warranty accrual and restructuring we recorded an operating loss of $485.3 million for the quarter compared to an operating income of $222.7 million in the third quarter. The fourth quarter net loss was $413.1 million or $4.78 per share. The effective tax rate was 14.2%. Before the non-recurring charges mentioned above – that is goodwill impairment, additional warranty accrual and restructuring – earnings per share for the quarter would be $1.26 on a fully diluted basis and the effective tax rate would be 19%.

Overall, our fiscal year 2011 net sales grew 8% from 2010 to approximately $2.8 billion. On a GAAP basis operating margin was negative 1.3% and earnings per share was a loss of $0.46. Excluding the full-year impact of the items listed above the full-year diluted EPS would be $6.01.

Slide 11 presents a walk from our GAAP EPS to our non-GAAP EPS for the fourth quarter 2011 and for the fiscal year 2011 calling out the three non-recurring charges related to warranty, goodwill impairment and restructuring. The complete reconciliation of GAAP to non-GAAP numbers can be found in the slides at the back of the presentation.

Turning to slide 12, I'll review the balance sheet and cash flow summary. Cash and marketable securities were $788 million, down slightly from $795 million as of the end of the last quarter. Accounts receivable trade balance declined

Company Name: First Solar
Company Ticker: FSLR US
Date: 2012-02-28
Event Description: Q4 2011 Earnings Call

Market Cap: 1,848.97
Current PX: 21.26
YTD Change($): -12.50
YTD Change(%): -37.026

Bloomberg Estimates - EPS
Current Quarter: 1.137
Current Year: 4.452
Bloomberg Estimates - Sales
Current Quarter: 992.154
Current Year: 3732.786

quarter-over-quarter due to improved collections and lower shipments. Our unbilled accounts receivable increased $208 million due to a $224 million increase in unbilled receivables at Agua Caliente.

Inventories increased mostly due to higher inventories in our systems business both for modules and balance of system equipment partially to help secure the economic benefit of the 1603 program for our projects. Project assets increased as we proactively developed projects that we have not yet sold. Deferred project cost also increased – I lost my page – also increased as we constructed projects that we have sold but for which we cannot yet recognize revenue. As a reminder when we sell a project, the project assets turn into either revenue or deferred project costs depending on whether the applicable revenue recognition criteria have been met.

Our debt level increased by $55 million from the end of last quarter, primarily to fund working capital increases on our systems business as certain projects anticipated to close were pushed out of the year. Operating cash flow for the quarter were $11 million and free cash flow was negative $76 million. We spent $118 million for capital expenditures, down $106 million from last quarter. Depreciation was $67.9 million compared to $60.8 million last quarter.

This brings me to our updated guidance for 2012. We are reaffirming our guidance for net income and earnings per share excluding any impairment and restructuring charges that we may be taking this year. While earnings guidance is the same, the assumptions behind the guidance have changed as shown in slide 13.

As we mentioned earlier the Europe market will be more challenged than we initially expected so our third party sales are expected to be in the range of 300-megawatts to 500-megawatts, down from prior guidance of 720-megawatts. To accommodate lower sales we will further reduce our manufacturing utilization rate to a range of 60% to 70%. This will increase our module manufacturing cost per watt from $0.67 under fully utilized to $0.74 under utilization rates of 60% to 70%.

Note that our cost excluding under-utilization is the same as we had guided in December despite incurring a $0.01 headwind due to higher warranty accruals going forward. The reason is that we continue to accelerate our efficiency improvement. We now expect to average a module efficiency of 12.7% in 2012, up from the prior guidance of 12.6%.

Turning to our guidance on slide 14, we are reducing our 2012 revenue guidance from a range of $3.74 billion to a range of $3.5 billion to $3.8 billion to account for lower third-party module buying. Offsetting the impact of lower third-party module sales and higher module manufacturing costs due to the lower production volumes, this favorable balance of systems cost productivity associated with our systems business, where we plan to install 1.2-gigawatts of modules.

Our operating cash flow guidance declined due to the 2012 cash impact associated with the incremental manufacturing excursion charges accrued as of the end of 2011. Our operating cash flow guidance for 2012 includes approximately $75 million of net cash received from Desert Sunlight.

To summarize, on slide 15, overall our operating performance for the quarter and year-end were solid, given the challenging market conditions. We expect challenges in the subsidized market to intensify in 2012 due to uncertain and in some cases collapsing FiT [Feed-in Tariff] regimes. Cash flow generation should accelerate in 2012 as working capital turns into cash flow. We are accelerating module efficiency and cost road maps to increase our competitive advantage. We are developing a three-year plan to aggressively enter the sustainable markets, the details of which we will unveil in the first quarter earnings conference call.

With this we conclude our prepared remarks and we will open the call for questions. Operator?

# Q&A

## Operator

[Operator Instructions] We will take our first question from Brian Lee with Goldman Sachs.

**Company Name: First Solar**
**Company Ticker: FSLR US**
**Date: 2012-02-28**
**Event Description: Q4 2011 Earnings Call**

**Market Cap: 1,848.97**
**Current PX: 21.26**
**YTD Change($): -12.50**
**YTD Change(%): -37.026**

**Bloomberg Estimates - EPS**
**Current Quarter: 1.137**
**Current Year: 4.452**
**Bloomberg Estimates - Sales**
**Current Quarter: 992.154**
**Current Year: 3732.786**

**<Q - Brian K. Lee>**: Hi, guys. Thanks for taking the question. I was wondering, what is the rationale for not outright shutting down some manufacturing capacity, since you are taking some meaningful underutilization charges here and you have some higher cost facilities relative to Malaysia? Germany is about 20% of your capacity, so if you took a one-time charge, took that offline, it seems like you'd have a shot at getting back on your original cost trajectory, even in 2012?

**<A - Mark R. Widmar>**: Brian, it's Mark. Right now what we're doing is assessing all of our options, and we will continue to evaluate what makes the most sense. We believe at this point in time the temporary idling and shutdowns that we have currently announced make the most sense, given the current expectations of the underlying market. To the extent the market demand continues to soften or if we have lack of visibility of stronger recovery as we begin 2013, we would evaluate additional actions, but I think what we're doing right now is prudent, given what we see in front of us.

## Operator

We will take our next question from Sanjay Shrestha with Lazard Capital Markets.

**<Q - Sanjay Shrestha>**: Thank you, Rob. One point, you guys talked about each line being 90-megawatts up from your prior goals of 80-megawatts, right? What is embedded assumption in that for your module efficiency? As well as cost per watt target for you guys?

**<A - Mark R. Widmar>**: That would be consistent with what we indicated in last December. We indicated that our module efficiency should start to trend toward 14.5% within that range closer to 15% as we exit 2015. The module cost per watt should start to trend down to the low 50s between $0.50 and $0.52.

## Operator

We will take our next question from Stephen Chin with UBS.

**<Q - Stephen Chin>**: Hi. Thank you. I wanted to ask about the components guidance of 300-megawatts to 500-megawatts. Can we assume that that's going to be a profitable business on an operating basis in 2012? And that First Solar is walking away from unprofitable components business? Thanks.

**<A - Mark R. Widmar>**: I think when you look at the third-party business right now, I think it also varies depending on geography in terms of ability to capture value for the solution that you bring to the market. In certain geographies I would say pricing is much more aggressive, which makes it more challenging to price at a level that would be accretive to operating income. As we think about the under-utilization charges that we will be taking this year and our costs moving up to $0.74, we – I would not anticipate meaningful margin in certain geographies and that's one of the things we'll continue to evaluate. Does it make sense to serve those markets, especially if it's long term we don't believe the economics will be viable or sustainable and those are decisions that we'll look at as part of our three-year planning process.

## Operator

And we'll take our next question from Satya Kumar with Credit Suisse.

**<Q - Satya Kumar>**: Yeah, hi. Thanks. Just a question on the guidance for 2012. Your third-party sales is now down 40% below your prior guidance and you're still guiding to 1.2-gigawatts in system sales. I think on the last call you said that a 10% change in the third-party sales would affect your guidance by $0.30. I just want to understand, what has changed so significantly in the profitability of the systems business in the last three months that earnings there are still unchanged? Thanks.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2012-02-28
Event Description: Q4 2011 Earnings Call

Market Cap: 1,848.97
Current PX: 21.26
YTD Change($): -12.50
YTD Change(%): -37.026

Bloomberg Estimates - EPS
Current Quarter: 1.137
Current Year: 4.452
Bloomberg Estimates - Sales
Current Quarter: 992.154
Current Year: 3732.786

<A - Mark R. Widmar>: Yeah, I think one of the things that we highlighted in terms of the benefit is we've achieved significant cost productivity in our balance of systems for our systems business and that's been more than sufficient to offset the earnings pressure that we see now with the lower volumes of third-party modules.

So as we continue to scale and get greater purchasing power, as we drive learnings across the entire platform as well as with the efficiency gains that we have now on our modules and the [ph] vin class (33:47) that we will be able to utilize in order to build out those projects, we're seeing much better margin realization on that side of our business, which is more than sufficient to accommodate the volume shortfall in the third-party sales.

## Operator

And we'll take our next question from Amir Rozwadowski with Barclays.

<Q - Amir Rozwadowski>: Thank you very much, and good afternoon, Mike, Mark and David. You folks seem to be taking a number of steps to reflect the current market environment with respect to your own manufacturing capabilities. What I'm trying to assess is what is your embedded assumptions for the German market?

And then Mark, you mentioned at some point you guys are going to take a second look to see if this is the right strategy or if you need to continue to shut down certain facilities. What is that trigger point that we should keep in mind in monitoring when that could emerge a decision along those lines? Thank you.

<A - Mike J. Ahearn>: Yeah, I mean, it's really work – this is Mike. It's working through, as you know, the political process now and while the initial announcement was pretty grim, there are discussions underway and I think we'll let the process work over the next couple of weeks. We'll have a better idea of where the German market is going to land. And I think we would like to see – we want to see where this ends up before we do anything beyond what we've decided to do to date. But we're certainly going to be watching to see what the German feed-in tariff outcome is, factoring that into our decision.

## Operator

And we'll take our next question from Smitti Srethapramote with Morgan Stanley.

<Q - Smittipon Srethapramote>: Yes. I was wondering if you guys could give us an update on what you see happening in the U.S. utility-scale market. We haven't heard anything about 100-megawatt plus projects in the past several quarters. Given where natural gas prices are right now, what's your outlook? What's your latest outlook on the U.S. utility-scale market?

<A - Mark R. Widmar>: Yeah, I think we showed a slide on the last earnings – or the last call anyway in December that showed the new RFP solicitations in California, based on solicitation year that showed a pretty steep decline over the last couple of solicitation years. That's I think representative of the trend that the new RFPs and PPA agreements are – have declined pretty substantially, the pace of them. So the outlook is not for significant new solicitations or off-take agreements.

I mean, as contrasted to shipments and installations, which will continue to grow, but as a function of agreements that have already been put into place during the last procurement cycle. So that's our working assumption. We see the U.S. in terms of new additional solicitations and off-takes as being – not non-existent, but sporadic and not at particularly high levels for the next several years.

## Operator

We'll take our next question from Timothy Arcuri with Citi.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2012-02-28
Event Description: Q4 2011 Earnings Call

Market Cap: 1,848.97
Current PX: 21.26
YTD Change($): -12.50
YTD Change(%): -37.026

Bloomberg Estimates - EPS
Current Quarter: 1.137
Current Year: 4.452
Bloomberg Estimates - Sales
Current Quarter: 992.154
Current Year: 3732.786

**<Q - Timothy Michael Arcuri>**: Hi. Mike, on the last conference call on the third of November, I asked you about warranty expenses and you said that it had all been taken into account in the financials. So did something change from the third of November to the end of the quarter? Was it a rush of warranty applications? Is that what the issue was? Thanks.

**<A - Mike J. Ahearn>**: As Mark mentioned, we processed a large volume of the claims that were made over the life of the program in Q4. For the last quarter we reserved and reported based on the best available information then and we discovered in processing the claims a lot of additional exposure, which is reflected in the charges that we've taken in Q4.

## Operator

And we'll take our next question from Jesse Pichel with Jefferies.

**<Q - Jesse W. Pichel>**: Solar was early in identifying that the best return in the solar supply chain was selling projects and not commodity modules. It would now appear that an even greater return is owning the projects, especially your projects which were done under PPA agreements from years ago. Would your new three-year plan consider owning and operating your pipeline projects?

**<A - Mike J. Ahearn>**: It's not – we're not currently thinking of doing that, Jesse, and I think we would continue to evaluate all sorts of options. But we're not currently thinking we would actually own and operate the assets. Part of it's the capital required. Part of it is where we think returns will settle under a normalized state. That would not be, in a normalized way the highest return part of the value chain. But I'm not sure this couldn't vary by market. And we see really that markets are very localized in their nature. And what we might be interested in doing if not directly with a partner in a given market could potentially take that into account. But that's not the thinking as of today and so we would have to evolve into something like that if we did it.

## Operator

And we'll take our next question from Kelly Dougherty with Macquarie.

**<Q - Kelly A. Dougherty>**: Hi. Thanks for taking the question. Just following up on an earlier one about limited profitability of the external module sales. As we look beyond this year, do you have a target for how much of your production you want on the systems or the project side versus external module sales? And then you talked about each market being different, maybe you could talk about which markets you still find attractive for the third-party modules?

**<A - Mike J. Ahearn>**: Yes. Well, going forward as we pull this three-year plan together our intent is to design, build, construct and operate large PV systems. So we're not intending as we move into the future to sell modules as a discrete component. We think our competitive advantage derives partly from the module, but principally from the ability to design and install.

If we do the installation directly or through others with our processes but to design and install turnkey systems that are engineered for cost and reliability, that's what we've demonstrated the ability to do. And combine that with an O&M capability and a set of assurances to our customers that would be very difficult for competitors to match. So we see this as a holistic offering and that gives us the competitive advantage. It's also needed to open new markets and to move large volumes of systems. That's the strategy going forward.

## Operator

And we'll take our next question from Mehdi Hosseini with Susquehanna International.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2012-02-28
Event Description: Q4 2011 Earnings Call
Market Cap: 1,848.97
Current PX: 21.26
YTD Change($): -12.50
YTD Change(%): -37.026
Bloomberg Estimates - EPS
Current Quarter: 1.137
Current Year: 4.452
Bloomberg Estimates - Sales
Current Quarter: 992.154
Current Year: 3732.786

**\<Q - Mehdi Hosseini\>**: Yes. Thanks for taking my question. I'm a little bit confused about the goodwill impairment charge of $390 some million. How is that going to change the economics of OptiSolar assuming that that's where the charges are related to?

**\<A - Mark R. Widmar\>**: It actually won't have any impact on any of our projects. We tried to highlight that in the script. Again, the underlying economics and the value associated with those projects – primarily the main four large projects everybody's very familiar with – we're very comfortable with those projects and the economics. The goodwill impact will have no impact on any of the returns anticipated from those projects. It's purely an accounting non-cash item that we had to recognize within the quarter. But again, no impact – want to make sure that's clear – no impact associated with any of the projects that we've acquired via the acquisition of either NextLight or Opti.

## Operator

And we'll take our next question from Chris Blansett with JPMorgan.

**\<Q - Christopher R. Blansett\>**: Hi, Mike. A quick question about R&D expenses and potentially accelerating them in order to bring down your product costs, whether it's BoS [Balance of System] or modules, at a faster rate given the declining subsidies because you're still running at a pretty low R&D to revenue ratio?

**\<A - Mark R. Widmar\>**: This is Mark. Again, that's one of the things that we are doing. We highlighted that a little bit as our strategy in order to align our production to market demand. We will be taking some outages in KLM sequentially across each of the 24 lines there, and what we will be doing is upgrading those lines, leveraging the capability that we've highlighted in our best performing line today, which is around 13.1%.

So R&D efforts have been instrumental in the progress that we've made in driving our efficiency. We made a commitment last year to a Go Fast roadmap, and I think you are seeing the benefit of that. We're making some pretty significant step function changes in the efficiency of our modules.

## Operator

And we'll take our next question from Vishal Shah with Deutsche Bank.

**\<Q - Vishal Shah\>**: [Question Inaudible] (43:18)

**\<A - Mark R. Widmar\>**: Sorry; can you please speak up? We're unable to hear your question.

**\<Q - Vishal Shah\>**: Can you hear me?

**\<A - Mike J. Ahearn\>**: That's a little better

**\<Q - Vishal Shah\>**: Okay. Mike, can you talk about the exposure to the Indian market in 2012, what percentage of your non-captive modules will be in the Indian market and how should we think about your captive pipeline in 2012? Thank you.

**\<A - Mike J. Ahearn\>**: We do have module sales going into India in 2012. They are typically being sold into projects that are being subsidized either under the federal program, the National Solar Mission or under state programs and it strategically – we're viewing that as a way to get product into the market, demonstrate the performance, acquaint some of the players in the market with our technology and begin to, on our part, understand some of the dynamics of the Indian market. So that will continue in 2012 and perhaps beyond.

In parallel, we want to increasingly start to have discussions around moving in a non-subsidized way into utility-scale projects. So we started those discussions at the same time.

Company Name: First Solar
Company Ticker: FSLR US
Date: 2012-02-28
Event Description: Q4 2011 Earnings Call

Market Cap: 1,848.97
Current PX: 21.26
YTD Change($): -12.50
YTD Change(%): -37.026

Bloomberg Estimates - EPS
Current Quarter: 1.137
Current Year: 4.452
Bloomberg Estimates - Sales
Current Quarter: 992.154
Current Year: 3732.786

## Operator

We'll take our next question from Timothy Arcuri with Citi.

**<Q - Timothy Michael Arcuri>**: Hi, sorry; I just wanted to follow up on my prior question, Mike. Do any of the warranty expenses relate to the new high-efficiency module or is every dollar of this warranty related to the old warranty? I guess it's kind of one thing if it's the old modules, but it's another thing if it relates to the new higher efficiency modules, and I just want to clarify that none of it relates to the new high-efficiency modules.

**<A - Mike J. Ahearn>**: The total charge is $163.6 million. You have $125.8 million of that is related to the manufacturing excursion, to the June of 2008 to June 2009 time period. $37.8 million of that is related to a change in the warranty accrual rate that Mark mentioned, which is really driven principally by our view that the returns would be higher in a hot climate. So the higher efficiency, if you refer – there were a set of changes made for production from approximately June of 2011 forward, to the extent that our warranty returns there will be picked up in the increased warranty accrual rate, which Mark mentioned we increased by 1%.

**<A - Mark R. Widmar>**: Tim, I think the other thing I would say is, again, the changeover to our Series III module happened kind of midyear 2011, so our experience at this point in time from a field return is somewhat limited, but what I can tell you is the data that we have internally as we look to metrics that would be an indication of field performance. Those metrics are at a level at some of the best that we've seen since we began production. So the indicators would say that the Series III modules, which I think may be the ones you're referring to as higher-efficiency modules, should have above average field performance relative to the legacy Series II. We just don't have enough data yet to really assess and conclude on that. But the indicators we have are very positive from that perspective.

The other thing I wanted to make sure that is clear is on the charge that we took against the manufacturing excursion of $125 million, again, $70 million of that was related to the module related cost, which under the original program when we started to accrue charges, it was – the assumption was our standard warranty rate would be sufficient to allow for those returned modules. Given the volume of modules that we now have and given the number of claims that we've had to process, we had to make an adjustment from that standpoint, so of the $125 million, $70 million is just really the module-related cost but above and beyond is the other $45 million, $50 million or so.

## Operator

And we'll take our next question from Mark Bachman with Avian Securities.

**<Q - Mark William Bachman>**: Hi, gentlemen. Thanks for taking my question. Can you discuss in some detail the construction delays that were associated with both Topaz and Desert Sunlight? My understanding here is that some workers were furloughed and sent off the projects at both at San Luis Obispo and that there was also a delay in Desert Center and in your explanation if these delays are related to the balance of systems portion, how should investors think about this given your advances that you've reported in past quarters on the balance of system side?

**<A - Mike J. Ahearn>**: I don't know what that's referring to, to be honest with you. I'm not aware of any construction delays. I'm not sure where you got that information because that would be new to us.

**<Q - Mark William Bachman>**: So I had sent a couple e-mails down during your quiet period to your Investor Relations department and given that I couldn't get a response back but I also sent them links to San Luis Obispo newspapers talking about the furloughing of workers down there. So I would be surprised that your firm wouldn't know about that, Mike.

**<A - Mike J. Ahearn>**: Well, we don't – at our level, we're not experiencing any delays in any of the projects beyond what – they are proceeding on our plan. We don't see any deviations from plan so it could be that – I'm speculating – maybe some resources were scheduled that had to be adjusted but from our planning point of view we're on plan on all these projects – or ahead in some cases. I honestly don't know. We can certainly research that and get back to you offline and answer that question.



Company Name: First Solar
Company Ticker: FSLR US
Date: 2012-02-28
Event Description: Q4 2011 Earnings Call

Market Cap: 1,848.97
Current PX: 21.26
YTD Change($): -12.50
YTD Change(%): -37.026

Bloomberg Estimates - EPS
Current Quarter: 1.137
Current Year: 4.452
Bloomberg Estimates - Sales
Current Quarter: 992.154
Current Year: 3732.786

## Operator

And we'll take our next question from Chris Blansett with JPMorgan.

**<Q - Christopher R. Blansett>**: Mike, just a follow up on – can you provide any updated thoughts on the CEO search and how that's going?

**<A - Mike J. Ahearn>**: Yep, it's going well. We do have – we have had a number of candidates go through the process. There's been significant interest. We're making progress in terms of narrowing that down and I feel like we're entering a phase where we will start to down select and maybe start working through some negotiations here in fairly short order. So all in all it seems to be going pretty well.

## Operator

And we'll take our next question from Mahesh Sanganeria with RBC Capital Markets.

**<Q - Mahesh Sanganeria>**: Thank you. Thank you very much. Just want to follow-up on the warranty charge. I wasn't familiar with the excursion you had in 2008. Have you narrowed down the excursion to certain – the modules you sold into certain projects and your estimates you think are reflective of what futures claims you will get or there could be a lot of variability in your estimations?

**<A - Mike J. Ahearn>**: We did. The excursion itself was related to a process change that was made in approximately June of 2008 that was addressed in June of 2009 so we had a 12 month time period. Based on that we were able to at least isolate a year's worth of production and then guesstimate at various times over this remediation program what the exposure might be.

At this point after the large volume of claims in the fourth quarter, we've processed, I think, over 95% of the total claims, so we've basically looked at almost everything that's there and we're reporting as opposed to estimates like in the past, this is actual data. So our confidence level is a lot higher. There are about 200 claims that were submitted that still need to be analyzed so there's 200 left.

And we gave an estimate that we think is an outside estimate that there could be another $44 million, $43 million if all of those were determined to have OEM related issues. But at this point we're in the final stages of the program and what we're reporting today is largely the actual results as opposed to estimates.

**<Q - Mahesh Sanganeria>**: Okay. Thank you.

**<A - Mark R. Widmar>**: One thing back on the discussion on Topaz in particular. I'll just follow it up with some additional information that we did have a short period of time where we did stop activity on site mainly for some evaluation of post laying and then drilling, I guess, that we had to do. At the end of the day, it was a nominal effect. That's why it didn't hit either Mike or my radar screen. When we look at our key metrics associated with all our projects, everything's on schedule. No underlying performance issues. It was a temporary delay, it lasted a matter of a few days and then we were back full running in production. So and everything is still building according to schedule. So the project is in great shape and same statement as it relates to where we are with Desert.

## Operator

We'll take our next question from Edwin Mok with Needham & Co.

**<Q - Edwin Mok>**: Hi. Thanks for taking my question. So on the guidance for 1.2-gigawatts of installation in the coming year; that seems like a pretty big jump from the current year. I was wondering how much of that is risk discounted? And of the big projects that you are constructing, which one of them do you think you have the biggest risk

Company Name: First Solar
Company Ticker: FSLR US
Date: 2012-02-28
Event Description: Q4 2011 Earnings Call

Market Cap: 1,848.97
Current PX: 21.26
YTD Change($): -12.50
YTD Change(%): -37.026

Bloomberg Estimates - EPS
Current Quarter: 1.137
Current Year: 4.452
Bloomberg Estimates - Sales
Current Quarter: 992.154
Current Year: 3732.786

of delaying?

**<A - Mark R. Widmar>**: Again, the good thing about those projects other than we've got to finalize some activity with AVSR, those projects largely have been – financing has been completed. They're closed and they're actively in construction at this point in time. And as you know AVSR – we've got final approval here through the issues that were raised that related to the environmental impact studies that were being done, updated studies were being done. And we anticipate that to be – activity to move forward here over the next 30 or so days. So those projects are all in good shape and moving ahead.

What I would say, though, is with any of those types of projects, there's always risk and things can be – timing can be impact them, there could be unforeseen events that we obviously don't know at this point in time that could delay them. Fortunately, what we've seen so far with our EPC team has been world-class execution as you can see with our Agua accomplishment that we have made. In the first six months or so since we've closed the deal, that project has gone extremely well and as Mike mentioned, we have 60% or so of the BoS already completed.

So there's obviously risk. Those projects are large and complex. There's issues that will have to be addressed. We feel very confident in our team and our capabilities to execute according to schedules.

## Operator

We'll take our next question from Satya Kumar with Credit Suisse.

**<Q - Satya Kumar>**: Yeah, just a quick follow up. The goodwill charges that you are taking, will that help the earnings in 2012 on non-GAAP EPS guidance? If it does in future periods will that be disclosed?

And also have you looked at possibly using crystalline silicon panels in the systems division? Would you be open to doing that in the future? Thanks.

**<A - Mark R. Widmar>**: On the discussion around goodwill, goodwill -you do not amortize goodwill, so goodwill is more of an event that gets evaluated from an impairment standpoint. So to the extent that we have not impaired the goodwill, there's no potential impact on ongoing earnings stream, at least for that component of the goodwill. We do have about $60 million or so of goodwill associated with our systems business. But the discrete event, the $390 million we took the impairment for will have no impact on future earnings, be it positive or negative.

**<A - Mike J. Ahearn>**: Our modules cost less and perform better than crystalline silicon. So it wouldn't make any sense for us to use crystalline silicon modules. A significant part of our competitive advantage is in our manufacturing cost and where we intend to be three years from now would be substantially below even the cash cost of a silicon module to our best estimate. So that really wouldn't be part of our game plan.

The ability to integrate modules into an engineered system that optimizes all-in performance is something a module manufacturer like us is uniquely capable of doing. And to be able to wrap that with a data set and a monitoring capability and provide assurance to a utility that the manufacturer stands behind the entire result, that's pretty significant. And I don't see us ever being able to do that with some third parties' product. So we're going to continue to be integrated and drive our technology in these markets.

## Operator

We'll take our next question from Mehdi Hosseini with Susquehanna International.

**<Q - Mehdi Hosseini>**: Yes. Just a follow up on the difference between GAAP and non-GAAP. How should we think about the impact or the distribution of the difference between COGS and OpEx?

**<A - Mark R. Widmar>**: How should you think about it? The charges that we have taken, the only thing that will show up in OpEx related to the manufacturing excursion would be the lost power compensation, which was in the



Company Name: First Solar
Company Ticker: FSLR US
Date: 2012-02-28
Event Description: Q4 2011 Earnings Call

Market Cap: 1,848.97
Current PX: 21.26
YTD Change($): -12.50
YTD Change(%): -37.026

Bloomberg Estimates - EPS
Current Quarter: 1.137
Current Year: 4.452
Bloomberg Estimates - Sales
Current Quarter: 992.154
Current Year: 3732.786

fourth quarter $31.8 million. So that would show up in OpEx. The other items would all – so the $163 million or so, all the other charges would show up in cost of goods sold.

And then for the restructuring and the goodwill items, they're discrete items on the P&L. You can see where they show up. They do show up above the OpEx line but not in the R&D or SG&A line items.

## Operator

And we'll take our final question for today from Chris Kettenmann with Miller Tabak.

<Q - Chris Kettenmann>: Hi. Thank you for taking my question. Just wondering if you could tell us, you mentioned that the hot climate affected panel performance. Wondering if you could give us a quantitative idea of the level of degradation and geographically where you saw most of the warranty claims come from.

<A - Mike J. Ahearn>: Well, at this time we don't have a lot of data. We have enough – we know there's a natural physical acceleration of degradation modes in hot climate. In fact our accelerated reliability test exposes them to intense temperature. So that's just the way these behave from a physics point of view, and we have enough to know – to feel that it's prudent to raise the rate until we get more data, but we're pretty early. We just started really shifting the mix into hotter climates in the last couple years. So we'll have to continue to reevaluate it as we see results, get more data, but for now we thought it was prudent to increase the rate by a point because of the mix change and what we have seen to date.

## Operator

Thank you. That does conclude our question-and-answer session. At this time I'd like to turn the call back over to management for any additional or closing remarks.

## Mike J. Ahearn

No additional remarks on our side. Thanks, everybody, and if you have any follow-up questions, please obviously contact David and the IR team and we'll make sure we respond back with any response we have as quickly as possible. Thank you.

## Operator

And that does conclude today's conference. We do thank you for your participation.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2012, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

# EXHIBIT 66

**To:**      Bryan Schumaker[BSchumaker@FIRSTSOLAR.COM]
**From:**    Thomas Kuster
**Sent:**    Wed 2/1/2012 5:28:41 AM
**Importance:**      Normal
**Subject:**    RE: Earnings Question on Mfg Excursion
**MAIL_RECEIVED:**    Wed 2/1/2012 5:28:00 AM


Ugh.


**From:** Bryan Schumaker
**Sent:** Wednesday, February 01, 2012 12:27 AM
**To:** Thomas Kuster
**Subject:** FW: Earnings Question on Mfg Excursion


Just looking back at my Q3 e-mails and I found this as of Nov. 2nd. I thought you might enjoy this.


**From:** T K Kallenbach
**Sent:** Wednesday, November 02, 2011 3:10 PM
**To:** Mike Koralewski; Larry Polizzotto; Ted Meyer
**Cc:** James Zhu; Bryan Schumaker; Lucas Fairborn; Ken Jacobson
**Subject:** RE: Earnings Question on Mfg Excursion


To be crystal clear the operative term is "substantially concluded"


*... tk*


**From:** Mike Koralewski
**Sent:** Wednesday, November 02, 2011 3:00 PM
**To:** T K Kallenbach; Larry Polizzotto; Ted Meyer
**Cc:** James Zhu; Bryan Schumaker; Lucas Fairborn; Ken Jacobson
**Subject:** RE: Earnings Question on Mfg Excursion

√π EXHIBIT 370
Deponent Kuster
Date 2/18/15 Rpt KK
WWW.DEPOBOOK.COM

**CONFIDENTIAL**                                                                      **FSLR01131153**

I agree with TK, it is fine.

**From:** T K Kallenbach
**Sent:** Tuesday, November 01, 2011 11:48 PM
**To:** Larry Polizzotto; Ted Meyer
**Cc:** Mike Koralewski; James Zhu; Bryan Schumaker; Lucas Fairborn; Ken Jacobson
**Subject:** Re: Earnings Question on Mfg Excursion

that is fine...

and I also updated the FAQ answer today for the website... to reflect the fact base of the same.

... tk

On Nov 1, 2011, at 7:16 PM, "Larry Polizzotto" <LPolizzotto@FIRSTSOLAR.COM> wrote:

TK, Mike,

Below is the Q3 earnings script text concerning the manufacturing excursion charges. Please verify you agree with this. The language is from James and Ken. Especially check if the language on substantially complete is correct.

Thanks

Larry

Gross margin was 37.7 %, up 1.1 percentage points from the prior quarter. The increase was primarily due to higher ASP's, partially offset by increased manufacturing excursion accruals. During the quarter we incurred $22.1 million of additional costs relating to the manufacturing excursion that occurred from June 2008 to June 2009. We have substantially concluded the programs associated with the manufacturing excursion. In addition, we accrued an additional $16.2 million expense in excess of our normal product warranty obligations.

CONFIDENTIAL

FSLR01131154

Module gross margin was 41.4%, up from 2q11 module gross margins of 40.2%.

Operating expenses were up $26.1 million quarter over quarter.  R&D was up $5.1m quarter over quarter, representing 15% growth, as we increased investments in efficiency improvements.  SG&A was up $25.8 million quarter over quarter mainly due to two charges.  One was $10.5 million allowance for doubtful accounts due to recent developments concerning the collectability of past due account receivable for a certain customer.  The other was $8.6 M for estimated post-sale expenses related to the previously-mentioned manufacturing excursion.

It is important to note that we did not take these charges because our estimate of the percentage of modules with defects from the manufacturing excursion has changed; it remains less than 4% of modules produced from June 2008 to June 2009.  Rather, we took these charges to enhance our value proposition and to increase customer satisfaction.

CONFIDENTIAL

FSLR01131155

# EXHIBIT 67

**North America** United States
**Industrials** Clean Technology

**Deutsche Bank**

27 February 2012

# First Solar Inc.

Reuters: **FSLR.OQ**   Bloomberg: **FSLR US**   Exchange: **NMS**   Ticker: **FSLR**

# Q4 Preview

**Vishal Shah**
Research Analyst
(+1) 212 250-0028
vish.shah@db.com

**Susie Min**
Research Associate
(+1) 212 250-9379
susie.min@db.com

**Scott Reynolds**
Research Associate
(+1) 212 250-5427
scott.reynolds@db.com

## Results

### Hold

| | |
|---|---|
| Price at 24 Feb 2012 | **35.58** |
| Price target | **30.00** |
| 52-week range | **160.84 - 30.50** |

**Price/price relative**

— First Solar Inc.
— S&P 500 INDEX (Rebased)

| Performance (%) | 1m | 3m | 12m |
|---|---|---|---|
| Absolute | *-6.6* | *-14.4* | *-78.4* |
| S&P 500 INDEX | *3.9* | *17.6* | *4.6* |

**Stock & option liquidity data**

| | |
|---|---|
| Market cap (USDm) | 3,096.8 |
| Shares outstanding (m) | 87.0 |
| Free float (%) | 100 |
| Volume (24 Feb 2012) | 1,895,970 |
| Option volume (und. shrs., 1M avg.) | 3,219,696 |

## Overall Thoughts

Expectations are low going into the earnings call but we see limited catalysts in the near term. We expect shares to remain under pressure until the company shows significant progress on module and systems cost reduction front. Revised market development efforts are encouraging but low natural gas prices in the US, negative policy outlook in the EU and policy/financing headwinds in new markets such as India/China could limit near term demand growth, in our view. Maintain Hold, $30 price target.

## Expect Cautious Tone, Possibly Some Risk to 2012 Guidance

We expect Q4 revs/EPS of ~$751M/$1.47 vs. consensus of ~$782M/$1.55, guide of $694-794M/$1.46-1.71 on 535MW module shipments, ~$156M of EPC revs, 37.5% GM (vs consensus of 37.0%). We see downside risk to 2012 rev guide of $3.7-4B (our revised est of $3.75B/cons $3.77B), EPS guide of $3.75-4.25 (revised est of $3.96/cons $4.25). We see some revenue recognition risk associated with captive 1.2GW shipments guide especially if the company is unable to secure funding for DOE loan guarantee projects such.

## Strong Momentum from India, But Risk Profile of Backlog Increasing

Our checks indicate that FSLR is poised to supply modules to ~80-90% of the 2012 national solar mission projects or more than ~200MW. Additionally, the company is working with several state government programs which could add another ~200MW demand from these customers in 2012. Although India could represent more than ~20% of 2012 production, we note that a large majority of these projects assume that low cost financing will be available from US EXIM bank. Without strong financing support, we believe several of these large projects would likely be at risk. On this front, our checks indicate that EXIM bank is likely to be less active in the Indian solar market given the already very large exposure to one geography/asset class. We estimate that majority of FSLR's 2011 module sales went into projects that received EXIM financing. This issue is important in our view as EXIM financing requires FSLR to manufacture modules in the US. From a planning perspective, FSLR probably needs to allocate 100% of the US capacity to Indian projects. But given the emerging risk associated with EXIM financing, risk profile of this capacity is increasing. Our 2012 estimates assume ~400MW output from German factory. Given the recent policy developments, we believe FSLR could consider shutting this factory down in order to improve costs and offset weakening demand.

## Price Target/Risks

Our $30 price target is based on 1x replacement value of $15 plus $15 cash generated from systems pipeline. Upside/downside risks include subsidy changes in Europe, competition from China and cost reduction progress.

### Forecasts and ratios

| Year End Dec 31 | 2010A | 2011E | 2012E |
|---|---|---|---|
| FY EPS (USD) | 7.71 | **6.00** | 4.23 |
| P/E (x) | 16.5 | **5.9** | 8.4 |
| Revenue (USDm) | 2,563.5 | **2,879.6** | 3,983.0 |

*Source: Deutsche Bank estimates, company data*

Deutsche Bank Securities Inc.

All prices are those current at the end of the previous trading session unless otherwise indicated. Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies. Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MICA(P) 146/04/2011.

Company

Global Markets Research

**Deutsche Bank** ▨

27 February 2012   Clean Technology  First Solar Inc.

| Figure 1: FSLR 4Q11 Outlook | | | | |
|---|---|---|---|---|
| **Income Statement** | **Consensus** | **DB Est** | **Actual** | |
| **($mn, except per share data)** | **4Q11** | **4Q11** | **3Q11** | **Comments** |
| **Revenue** | **773.3** | **750.9** | **1005.8** | FY 2011 guided $2.8 -$2.9 B, Implies 4Q $0.69-0.79B |
| Cost of Goods | | 469.3 | 626.6 | |
| Gross Profit | **286.0** | 281.6 | 379.2 | |
| *Gross Margin* | *37.0%* | *37.5%* | *37.7%* | |
| Operating Expenses | | 133.9 | 156.4 | |
| **Non GAAP Operating Income** | **141.6** | **147.7** | **222.7** | 2011 guided $575-$600 M, impacted by under-absorbed manufacturing cost; $158-183M 4Q Implied |
| *Operating Margin* | *18.3%* | *19.7%* | *22.1%* | |
| Non operating (income) expense | | 2.9 | 0.0 | |
| *Tax Rate* | | *15.0%* | *11.8%* | |
| Non-GAAP Net Income | | 128.0 | 196.5 | |
| **Diluted Non-GAAP EPS** | **1.24** | **1.47** | **2.25** | 2011 guided update $5.75-$6.00; Implies 4Q $1.46-1.71 |
| **Free Cash Flow** | | **-52.2** | **-21.3** | 2011 guided update ($100)-$0 M |
| **Capex** | | **100.0** | **223.9** | 2011 guided update $750-$800 M |

*Source: Deutsche Bank, Company Reports*

**Deutsche Bank**

27 February 2012    Clean Technology  First Solar Inc.

| Figure 2: FSLR Recent Commentary | | |
|---|---|---|
| | **3Q11 Commentary** | **Guidance Call Commentary** |
| **Capacity** | • In 3Q11, production was 551MW (up 58% Y/Y and 14% Q/Q).<br>• Annual capacity/line increased by 1MW Q/Q to 63.1MW.<br>• Average module efficiency was 11.8%, (up 0.5% Y/Y and 0.1% Q/Q). Best lines were operating at 12.4% efficiency during the quarter (up 0.4% Q/Q). | • 2GW production expected for 2012- running plants at average of c. 80% utilization<br>• No longer starting commercial production Mesa in 2012, expected for 2013<br>• Module efficiency expected to be 12.6% (FY2012), 12.4% (1Q12), 12.5% (2Q12), 12.6% (3Q12), 12.7% (4Q12).<br>• Solar Power systems expected to be 1.2GW installed, c. 80% already under contract.<br>• Third party business expected to ship 720 MW modules |
| **Cost** | • Module manufacturing cost/W was $0.74/W (down $0.01 Q/Q as a result of higher conversion efficiency). Core cost (excluding the ramp penalty and stock-based compensation) was $0.73/W. Company aims to further reduce it to $0.52-0.63/W and increase conversion efficiency to 14.5% from 13.5% by the end of 2014.<br>• Overall, ASPs increased 17% Q/Q due to a mix shift to more modules for systems, which were more than offset by an ASP decline of 8% Q/Q for third-party module sales. | • Pricing for Solar Power Systems is fixed for contracted volumes.<br>• Pricing for Solar Module is drive sell-through.<br>• Module ASP $0.72/W over 2012 or $0.67/W excluding impact of underutilization.<br>• Module ASP $0.69/W (1Q12 ), $0.68/W (2Q12), $0.66/W (3Q12), $0.65/W (4Q12) or $0.75/W (1Q12), $0.74/W (2Q12), $0.72/W (3Q12), $0.71/W (4Q12) excluding impact of underutilization.<br>• Standard BOS $0.87/W guided for 2012, $0.91-$0.98/W target for 2014. |
| **Region** | • Company noted that the German market saw a slowdown in demand well into 3Q11 and expects it to be trending towards around 4-5GW in 2011.<br>• In Italy, company management noted that the market is adjusting to the new CE4 published in May and recovering from a policy interruption in the first half. Company noted improvement in demand and expects it to be ~4-5GW by the end of the year.<br>• Company expects the French market to range from 1-1.4GW in 2011.<br>• The company noted that the regulatory environment in Spain is very stable and provides good visibility. Company expects Spain to remain at ~500MW in 2011.<br>• Company expects North America market to double to more than 2GW this year.<br>• Company highlighted that growth in China market was driven by the national FiT of RMB1.15/kWh for projects completed before year end and RMB1/kWh for projects completed after.<br>• In Australia, management was of the view that solar growth will be strongly supported in the future by the recently announced national carbon legislation, which has committed to invest A$10b in non-wind large-scale renewables and the implementation of state solar programs targeting utility-scale projects.<br>• Company is optimistic on Indian solar market. In Southeast Asia, company sees encouraging signs of early stage developments in Thailand, Indonesia, Malaysia, and the Philippines. Company also witnessed great potential in the Middle East market. | • Approx. MW sold in 2012: 500MW (Europe), 1150 MW (NA), 175 (India)<br>• Europe will consume less than a third of modules sold in 2012.<br>• NA will represent 60% of volume in 2012<br>• Presence will be small in the Middle East, North Africa and Asia Pacific. |

*Source: Deutsche Bank*

**Deutsche Bank** ◩

### Figure 3: FSLR 1Q12 Outlook

| Income Statement ($mn, except per share data) | Consensus 1Q12 | DB Est 1Q12 | DB Est 4Q11 | Comments |
|---|---|---|---|---|
| **Revenue** | **794.1** | **714.4** | **750.9** | |
| Cost of Goods | | 547.4 | 469.3 | |
| Gross Profit | **205.8** | 167.0 | 281.6 | |
| *Gross Margin* | *25.9%* | *23.4%* | *37.5%* | |
| Operating Expenses | | 132.0 | 133.9 | |
| **Non GAAP Operating Income** | **81.2** | **35.0** | **147.7** | |
| *Operating Margin* | *10.2%* | *4.9%* | *19.7%* | |
| Non operating (income) expense | | 1.8 | 2.9 | |
| *Tax Rate* | | *15.0%* | *15.0%* | |
| Non-GAAP Net Income | | 31.2 | 128.0 | |
| **Diluted Non-GAAP EPS** | **0.77** | **0.36** | **1.47** | |
| **Free Cash Flow** | | **235.9** | **-52.2** | |
| **Capex** | | **100.0** | **100.0** | |

*Source: Deutsche Bank*

### Figure 4: FSLR 2012 Outlook

| Income Statement ($mn, except per share data) | Consensus 2012 | DB Est 2012 | DB Est 2011 | *Y/Y* | Comments |
|---|---|---|---|---|---|
| **Revenue** | **3777.1** | **3756.9** | **2856.8** | *31.5%* | Guided $3.7-$4.0 B, including $1.7 B of EPC sales |
| Cost of Goods | | 2796.9 | 1741.6 | *60.6%* | |
| Gross Profit | **954.5** | 960.0 | 1115.2 | *-13.9%* | |
| *Gross Margin* | *25.3%* | *25.6%* | *39.0%* | | |
| Operating Expenses | | 562.8 | 550.9 | *2.2%* | Start-up guide $10-20 M - related to Mesa plant Stock based compensation guided $110-$120 M |
| **Non GAAP Operating Income** | | **397.2** | **564.3** | *-29.6%* | Guided $425-$450 M |
| *Operating Margin* | | *10.6%* | *19.8%* | | |
| Non operating (income) expense | | 10.4 | 13.9 | *-25.3%* | |
| *Tax Rate* | | *15.0%* | *13.3%* | | Guided 14%-16% |
| Non-GAAP Net Income | | 346.4 | 501.6 | *-30.9%* | |
| **Diluted Non-GAAP EPS** | **4.25** | **3.96** | **5.76** | *-31.1%* | Guided $3.75-$4.25 |
| **Operating Cash Flow** | | **990.2** | **3.6** | *27557.0%* | Operating cash flow guided $0.9-$1.1 B |
| **Capex** | | **400.0** | **776.6** | *-48.5%* | Guided $375-$425 M, $200 M for capacity expansion and $30 M related to Go Fast plan |

*Source: Deutsche Bank*

27 February 2012    Clean Technology  First Solar Inc.

**Deutsche Bank**

## Figure 5: FSLR Earnings Drivers

| FYE: December | Fiscal 2010 | | | | Fiscal 2010 | Fiscal 2011 | | | | Fiscal 2011E | Fiscal 2012 | | | | Fiscal 2012E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | | Q1 | Q2 | Q3 | Q4E | | Q1E | Q2E | Q3E | Q4E | |
| Annual Capacity (MW) | 1287 | 1375 | 1401 | 1578 | | 1628 | 1931 | 2204 | 2340 | | 1874 | 1931 | 2060 | 2121 | |
| Quarterly Capacity (MW) | 322 | 344 | 350 | 394 | | 407 | 483 | 551 | 585 | | 469 | 483 | 515 | 530 | |
| Total Production (MW) | 321.7 | 343.7 | 350.2 | 394.4 | 1409.9 | 407.0 | 482.8 | 551.0 | 584.9 | 2025.8 | 468.6 | 482.7 | 514.9 | 530.3 | 1996.5 |
| Ohio | 43.2 | 48.7 | 52.2 | 67.3 | 211.3 | 70.5 | 62.1 | 63.1 | 65.0 | 260.7 | 66.9 | 69.0 | 71.0 | 73.2 | 280.1 |
| Germany | 55.7 | 59.0 | 59.6 | 76.7 | 251.0 | 80.1 | 77.6 | 126.2 | 130.0 | 413.9 | 100.4 | 103.4 | 106.5 | 109.7 | 420.1 |
| Malaysia | 222.8 | 236.0 | 238.4 | 250.4 | 947.6 | 256.4 | 343.1 | 361.7 | 390.0 | 1351.2 | 301.2 | 310.3 | 337.3 | 347.5 | 1296.3 |
| France | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Vietnam | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Mesa, AZ | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| New Location 1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| New Location 2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Shipments (MW) | 298.5 | 291.4 | 455.8 | 334.7 | 1380.5 | 331.4 | 355.5 | 501.3 | 534.9 | 1723.2 | 391.0 | 419.5 | 591.6 | 641.9 | 2044.1 |
| Y/Y (%) | 53.0% | 16.0% | 38.0% | 10.9% | 28.0% | 11.0% | 22.0% | 10.0% | 59.8% | | 18.0% | 18.0% | 18.0% | 20.0% | |
| Estimated Module Inventory (MW) | 36.5 | 47.3 | 189.5 | 34.9 | 34.9 | 64.2 | 103.8 | 83.8 | 150.1 | 150.1 | | | | | |
| Total Modules Rec as Rev. Est (MW) | | | | | | | | | 518.7 | | 377.8 | 407.5 | 473.4 | 489.7 | 1748.3 |
| Non-Captive Component Shipments (MW) | 295.5 | 272.8 | 323.8 | 317.7 | 1209.9 | 327.9 | 323.1 | 341.3 | 368.7 | 1377.3 | 202.8 | 182.5 | 173.4 | 164.7 | 723.3 |
| Q/Q (%) | 6.7% | -7.7% | 18.7% | -1.9% | | 3.2% | -1.4% | 5.6% | 8.0% | | -45.0% | -10.0% | -5.0% | -5.0% | |
| Y/Y (%) | 53.0% | 10.4% | -1.7% | 14.8% | 15.4% | 10.9% | 18.4% | 5.4% | 16.0% | 13.8% | -38.2% | -43.5% | -49.2% | -55.3% | -47.5% |
| Non-Captive Module ASP ($/W) | $1.79 | $1.74 | $1.36 | $1.71 | $1.64 | $1.54 | $1.32 | $1.03 | $0.98 | $1.20 | $0.89 | $0.88 | $0.86 | $0.85 | $0.87 |
| Y/Y (%) | -17.4% | -14.7% | -6.0% | -8.5% | -10.1% | -13.8% | -24.2% | -24.2% | -42.5% | -27.2% | -42.2% | -33.6% | -16.2% | -13.2% | -27.0% |
| Q/Q (%) | -4.0% | -2.5% | -22.1% | 25.5% | | -9.6% | -14.3% | -22.1% | -4.9% | | -9.1% | -26.6% | -3.0% | -3.1% | |
| Exchange Rate (Euros/$) | 1.39 | 1.28 | 1.28 | 1.36 | 1.33 | 1.37 | 1.44 | 1.42 | 1.4 | 1.41 | 1.35 | 1.35 | 1.35 | 1.35 | 1.35 |
| Module ASP (€/W) | 1.29 € | 1.36 € | 1.06 € | 1.25 € | 1.24 € | 1.13 € | 0.92 € | 0.73 € | 0.70 € | 0.87 € | 0.66 € | 0.65 € | 0.64 € | 0.63 € | 0.65 € |
| Y/Y (%) | -17.4% | -7.4% | -0.1% | -7.2% | -6.3% | -12.5% | -32.6% | -31.6% | -44.2% | -30.1% | -41.4% | -29.2% | -11.8% | -10.0% | -25.6% |
| Q/Q (%) | -4.7% | 5.9% | -22.1% | 18.1% | | -10.2% | -18.4% | -21.0% | -3.5% | | -5.7% | -1.5% | -1.5% | -1.6% | |
| Systems Recognized (MW) | 3.0 | 18.6 | 132.0 | 17.0 | 170.6 | 3.5 | 32.4 | 160.0 | 150.0 | 345.9 | 175.0 | 225.0 | 300.0 | 325.0 | 1,025.0 |
| Systems Installed but Deferred (MW) | | | | | | | | | 30.5 | | 50.0 | | | | 175.0 |
| Deferred project ($, mn) | | | | 14.4 | | | | | 47.4 | 106.9 | | 30.0 | 40.0 | 50.0 | 55.0 | |
| Change Deferred project (MW) | | | | | | | | | 13.5 | 30.5 | | | | | |
| Systems Total Install (MW) | | | | | | | | | 190.5 | 200.0 | 390.5 | 205.0 | 265.0 | 350.0 | 380.0 | 1,200.0 |
| Systems ASP ($/W) | | | | | $3.38 | | | | | | 3.50 | | | | 3.05 |
| Total Module Revenue ($, M) | 529.3 | 500.9 | 575.5 | 579.5 | 2185.2 | 519.5 | 471.9 | 612.7 | 595.4 | 2199.5 | 408.2 | 452.6 | 539.8 | 562.6 | 1963.1 |
| Non-Captive Component Revenues ($,M) | 528.9 | 476.1 | 440.0 | 541.9 | 1986.7 | 505.7 | 427.4 | 351.7 | 361.3 | 1646.1 | 180.7 | 160.1 | 149.8 | 140.1 | 630.6 |
| Y/Y (%) | 26.5% | -5.9% | -7.5% | 23.2% | 3.7% | -4.4% | -10.2% | -33.3% | -17.1% | | -64.3% | -62.5% | -57.4% | -61.2% | -61.7% |
| Q/Q (%) | 2.4% | -10.0% | -7.6% | 23.2% | | -6.7% | -15.5% | -17.7% | 2.7% | | -50.0% | -11.4% | -6.5% | -6.5% | |
| System Revenue ($,M) | 39.1 | 111.8 | 357.9 | 67.9 | 576.8 | 61.6 | 105.4 | 654.1 | 389.6 | 1210.7 | 533.8 | 686.3 | 915.0 | 991.3 | 3126.3 |
| Component Revenues from Systems ($,M) | 0.4 | 24.9 | 135.5 | 37.6 | 198.4 | 13.8 | 44.6 | 261.0 | 234.1 | 553.44 | 227.5 | 292.5 | 390.0 | 422.5 | 1332.5 |
| EPC Revenues ($,M) | 38.7 | 86.9 | 222.4 | 30.3 | 378.4 | 47.8 | 60.8 | 393.1 | 155.5 | 657.2 | 306.3 | 393.8 | 525.0 | 568.8 | 1793.8 |
| EPC $/W | | | | | $2.22 | | | | | | $1.90 | | | | $1.75 |
| % of System Cost | | | | | 66% | | | | | | 54% | | | | 57% |
| Total Revenues ($,M) | 568.0 | 587.9 | 797.9 | 609.8 | 2563.5 | 567.3 | 532.8 | 1005.8 | 750.9 | 2856.8 | 714.4 | 846.4 | 1064.8 | 1131.3 | 3756.9 |
| Y/Y (%) | 35.8% | 11.8% | 65.9% | -4.9% | 24.1% | -0.1% | -9.4% | 26.1% | 23.1% | 11.4% | 25.9% | 58.9% | 5.9% | 50.7% | 31.5% |
| Q/Q (%) | -11.4% | 3.5% | 35.7% | -23.6% | | -7.0% | -6.1% | 88.8% | -25.3% | | -4.9% | 18.5% | 25.8% | 6.2% | |
| Total Cost/Watt | $0.81 | $0.76 | $0.77 | $0.75 | $0.77 | $0.75 | $0.75 | $0.74 | $0.71 | $0.74 | $0.76 | $0.74 | $0.72 | $0.70 | $0.73 |
| Q/Q (%) | -3.6% | -6.2% | 1.3% | -2.6% | | 0.0% | 0.0% | -1.3% | -4.1% | | 7.0% | -2.6% | -2.7% | -2.8% | |
| Stock based comp ($/W) | $0.01 | $0.02 | $0.02 | $0.02 | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.02 | $0.02 | $0.02 | $0.02 | $0.02 |
| Actual stock based comp ($,M) | 2.99 | 5.83 | 9.12 | 6.69 | 24.6 | 3.31 | 3.56 | 5.01 | 8.00 | 19.9 | 10.00 | 10.00 | 10.00 | 10.00 | 40.0 |
| Ramp Impact ($/W) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.01 | $0.01 | $0.00 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 |
| Actual Ramp cost ($,M) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.7 | 2.6 | 0.0 | 4.0 | 6.6 | 5.0 | 5.0 | 5.0 | 5.0 | 15.0 |
| Total Cost/Watt Excluding SBC and Ramp ($/W) | $0.80 | $0.74 | $0.75 | $0.73 | $0.76 | $0.73 | $0.73 | $0.73 | $0.69 | $0.72 | $0.73 | $0.71 | $0.69 | $0.67 | $0.70 |
| EPC Cost/Watt | | | | | $1.76 | | | | | | $1.36 | | | | $1.49 |
| System Cost/Watt | $12.25 | $4.22 | $2.16 | $1.82 | $2.53 | $14.00 | $2.48 | $2.41 | $1.38 | $2.10 | $2.25 | $2.23 | $2.21 | $2.19 | $2.22 |
| System Gross Margin % | | | | | 25% | | | | | 40% | | | | | 27% |
| Component Cost ($,M) | $251.6 | $239.3 | $292.7 | $294.9 | $1,078.5 | $261.3 | $282.1 | $359.0 | $368.2 | $1,270.9 | $287.1 | $301.5 | $340.8 | $342.8 | $1,492.2 |
| Components Gross Margin (%) | 52.5% | 52.2% | 49.1% | 49.1% | 45.7% | 49.7% | 40.2% | 41.4% | 38.1% | 42.2% | 29.7% | 33.4% | 36.9% | 39.1% | 24.0% |
| EPC Cost ($,M) | $34.3 | $64.4 | $183.3 | $18.1 | $300.1 | $46.4 | $55.9 | $267.6 | $101.1 | $471.0 | $260.3 | $334.7 | $446.3 | $483.4 | $1,524.7 |
| EPC Gross Margin (%) | 11.3% | 25.9% | 17.6% | 40.2% | 20.7% | 2.9% | 8.1% | 31.9% | 35.0% | 28.3% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| Total Cost ($,M) | $285.9 | $303.7 | $476.0 | $313.1 | $1,378.7 | $307.6 | $338.0 | $626.6 | $469.3 | $1,741.8 | $547.4 | $636.2 | $787.1 | $826.2 | $3,016.9 |
| Overall Gross Margin (%) | 49.7% | 48.3% | 40.3% | 48.7% | 46.2% | 45.8% | 36.6% | 37.7% | 37.5% | 39.0% | 23.4% | 24.8% | 26.1% | 27.0% | 19.7% |
| Watts per module | 74.7 | 75.4 | 76.0 | 78.1 | | 78.7 | 78.7 | 79.4 | 80.1 | | 81.4 | 82.8 | 84.1 | 85.5 | |
| | 11.1% | 11.2% | 11.3% | 11.6% | | 11.7% | 11.7% | 11.8% | 11.9% | | 12.1% | 12.3% | 12.5% | 12.7% | |
| # modules per production line | 745,619 | 782,743 | 783,705 | 801,865 | | 814,061 | 788,662 | 794,570 | 811,530 | | 822,060 | 832,954 | 844,215 | 855,848 | |
| Q/Q | 2.20% | 4.98% | 0.12% | 2.32% | | 1.52% | -3.12% | 0.75% | 2.13% | | 1.30% | 1.33% | 1.35% | 1.38% | |
| Nameplate capacity per line (MW) | 55.7 | 59 | 59.6 | 62.6 | | 64.1 | 62.1 | 63.1 | 65.0 | | 66.9 | 69.0 | 71.0 | 73.2 | |
| | 2.20% | 5.92% | 1.02% | 5.03% | | 2.40% | -3.12% | 1.61% | 3.00% | | 3.00% | 3.00% | 3.00% | 3.00% | |

*Source: Deutsche Bank*

**Deutsche Bank**

### Figure 6: FSLR Income Statement

| Numbers in Millions | Fiscal 2010 | | | | Fiscal 2011E | | | | Fiscal 2012E | | | | FY 2010 | FY 2011E | FY 2012E | FY 2013E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FYE: Dec | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4E | Q1E | Q2E | Q3E | Q4E | 2010 | 2011E | 2012E | 2013E |
| Revenue | 568.0 | 587.9 | 797.9 | 609.8 | 567.3 | 532.8 | 1005.8 | 750.9 | 714.4 | 846.4 | 1064.8 | 1131.3 | 2563.5 | 2856.8 | 3756.9 | 4632.2 |
| QoQ | -11.4% | 3.5% | 35.7% | -23.6% | -7.0% | -6.1% | 88.8% | -25.3% | -4.9% | 18.5% | 25.8% | 6.2% | | | | |
| YoY | 35.8% | 11.8% | 65.9% | -4.9% | -0.1% | -9.4% | 26.1% | 23.1% | 25.9% | 58.9% | 5.9% | 50.7% | 24% | 11% | 32% | 23% |
| | | | | | | | | | | | | | | | | |
| Cost of Goods | 285.9 | 303.7 | 476.0 | 313.1 | 307.6 | 338.0 | 626.6 | 469.3 | 547.4 | 636.2 | 787.1 | 826.2 | 1378.7 | 1741.6 | 2796.9 | 3537.5 |
| Gross Profit | 282.0 | 284.2 | 321.9 | 296.7 | 259.7 | 194.8 | 379.2 | 281.6 | 167.0 | 210.2 | 277.7 | 305.1 | 1184.8 | 1115.2 | 960.0 | 1094.7 |
| | | | | | | | | | | | | | | | | |
| R&D | 22.9 | 22.8 | 21.5 | 27.6 | 31.4 | 33.1 | 38.2 | 33.8 | 32.8 | 34.8 | 36.8 | 38.8 | 94.8 | 136.4 | 143.2 | 163.2 |
| Selling, General & Admin. | 66.9 | 78.6 | 85.0 | 91.3 | 87.0 | 86.9 | 112.7 | 90.6 | 95.3 | 98.9 | 102.5 | 107.0 | 321.7 | 377.2 | 403.6 | 441.2 |
| Production Start-Up and Other | 1.1 | 2.3 | 3.8 | 12.2 | 11.9 | 10.3 | 5.5 | 9.5 | 4.0 | 4.0 | 4.0 | 4.0 | 19.4 | 37.2 | 16.0 | 36.0 |
| Operating Expenses | 90.9 | 103.7 | 110.3 | 131.1 | 130.3 | 130.3 | 156.4 | 133.9 | 132.0 | 137.7 | 143.3 | 149.8 | 435.9 | 550.9 | 562.8 | 640.4 |
| | | | | | | | | | | | | | | | | |
| Operating Income | 191.1 | 180.5 | 211.6 | 165.7 | 129.4 | 64.5 | 222.7 | 147.7 | 35.0 | 72.5 | 134.4 | 155.3 | 748.9 | 564.3 | 397.2 | 454.4 |
| | | | | | | | | | | | | | | | | |
| Non operating (income) expense: | | | | | | | | | | | | | | | | |
| Foreign curency gain (loss) | -0.7 | -2.6 | -1.0 | 0.9 | 1.0 | 1.7 | -1.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -3.4 | 0.8 | 0.0 | 0.0 |
| Interest income (expense) | 5.6 | 3.0 | 2.7 | 3.0 | 3.0 | 3.4 | 3.2 | 2.9 | 1.8 | 2.7 | 2.8 | 3.2 | 14.3 | 12.5 | 10.4 | 22.1 |
| Other income (expense) | -0.7 | -0.4 | -0.4 | 3.8 | -0.3 | 2.4 | -1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.3 | 0.7 | 0.0 | 0.0 |
| | | | | | | | | | | | | | | | | |
| Non operating (income) expense | 4.2 | 0.0 | 1.3 | 7.7 | 3.6 | 7.4 | 0.0 | 2.9 | 1.8 | 2.7 | 2.8 | 3.2 | 20.1 | 13.9 | 10.4 | 22.1 |
| | | | | | | | | | | | | | | | | |
| Income (loss) before taxes | 195.3 | 180.5 | 212.9 | 173.4 | 133.0 | 72.0 | 222.8 | 150.5 | 36.7 | 75.2 | 137.2 | 158.5 | 769.0 | 578.3 | 407.6 | 476.4 |
| | | | | | | | | | | | | | | | | |
| Income Tax Expense | 23.0 | 21.4 | 36.0 | 17.4 | 17.0 | 10.8 | 26.3 | 22.6 | 5.5 | 11.3 | 20.6 | 23.8 | 97.9 | 76.7 | 61.1 | 71.5 |
| | | | | | | | | | | | | | | | | |
| Net Income (loss) | 172.3 | 159.1 | 176.9 | 155.9 | 116.0 | 61.1 | 196.5 | 128.0 | 31.2 | 63.9 | 116.60 | 134.7 | 671.1 | 501.6 | 346.4 | 405.0 |
| | | | | | | | | | | | | | | | | |
| Basic income (loss) per share | 2.04 | 1.87 | 2.08 | 1.83 | 1.36 | 0.71 | 2.28 | 1.48 | 0.36 | 0.74 | 1.35 | 1.55 | 7.83 | 5.83 | 4.00 | 4.66 |
| Diluted income (loss) per share from Operations | 2.00 | 1.84 | 2.04 | 1.80 | 1.33 | 0.70 | 2.25 | 1.47 | 0.36 | 0.73 | 1.33 | 1.54 | 7.71 | 5.76 | 3.96 | 4.61 |
| Year-over-Year (%) | 0.5% | -12.6% | 14.4% | 9.1% | -33.4% | -61.9% | 10.4% | -18.2% | -73.1% | 4.2% | -40.9% | 4.8% | 5.9% | -25.3% | -31.1% | 16.4% |
| | | | | | | | | | | | | | | | | |
| Weighted average basic shares used (M) | 84.5 | 84.9 | 85.1 | 85.2 | 85.3 | 86.2 | 86.3 | 86.3 | 86.4 | 86.5 | 86.6 | 86.7 | 85.8 | 86.0 | 86.6 | 87.0 |
| Avg Shares - Fully Diluted (M) | 86.1 | 86.4 | 86.6 | 86.8 | 87.1 | 87.1 | 87.2 | 87.2 | 87.3 | 87.4 | 87.5 | 87.6 | 87.0 | 87.1 | 87.4 | 87.8 |
| | | | | | | | | | | | | | | | | |
| Percent of Sales | | | | | | | | | | | | | | | | |
| Gross Margin | 49.7% | 48.3% | 40.3% | 48.7% | 45.8% | 36.6% | 37.7% | 37.5% | 23.4% | 24.8% | 26.1% | 27.0% | 46.2% | 39.0% | 25.6% | 23.6% |
| R&D | 4.0% | 3.9% | 2.7% | 4.5% | 5.5% | 6.2% | 3.8% | 4.5% | 4.6% | 4.1% | 3.5% | 3.4% | 3.7% | 4.8% | 3.8% | 3.5% |
| SG&A | 11.8% | 13.4% | 10.6% | 15.0% | 15.3% | 16.3% | 11.2% | 12.1% | 13.3% | 11.7% | 9.6% | 9.5% | 12.5% | 13.2% | 10.7% | 9.5% |
| Operating Income | 33.7% | 30.7% | 26.5% | 27.2% | 22.8% | 12.1% | 22.1% | 19.7% | 4.9% | 8.6% | 12.6% | 13.7% | 29.2% | 19.8% | 10.6% | 9.8% |
| Net Income | 30.3% | 27.1% | 22.2% | 25.6% | 20.4% | 11.5% | 19.5% | 17.0% | 4.4% | 7.5% | 11.0% | 11.9% | 26.2% | 17.6% | 9.2% | 8.7% |
| Tax Rate | 11.8% | 11.9% | 16.9% | 10.0% | 12.8% | 15.0% | 11.8% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 12.7% | 13.3% | 15.0% | 15.0% |
| Interest Income | 1.9% | 1.1% | 1.0% | 1.1% | 1.3% | 2.5% | 2.8% | 1.5% | 1.0% | 1.0% | 1.0% | 1.0% | 1.5% | 1.8% | 0.7% | 1.2% |

*Source: Deutsche Bank*

27 February 2012    Clean Technology  First Solar Inc.

**Deutsche Bank**

# Appendix 1

## Important Disclosures

Additional information available upon request

| Disclosure checklist | | | |
| --- | --- | --- | --- |
| **Company** | **Ticker** | **Recent price\*** | **Disclosure** |
| First Solar Inc. | FSLR.OQ | 35.58 (USD) 24 Feb 12 | 2 |

\*Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors.  Data is sourced from Deutsche Bank and subject companies.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.  See "Important Disclosures Required by Non-US Regulators" and Explanatory Notes.

2.    Deutsche Bank and/or its affiliate(s) makes a market in securities issued by this company.

## Important Disclosures Required by Non-U.S. Regulators

Please also refer to disclosures in the "Important Disclosures Required by US Regulators" and the Explanatory Notes.

2.    Deutsche Bank and/or its affiliate(s) makes a market in securities issued by this company.

**For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at** http://gm.db.com/ger/disclosure/Disclosure.eqsr?ricCode=FSLR.OQ**.**

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Vishal Shah

27 February 2012    Clean Technology  First Solar Inc.

**Deutsche Bank** ◹

## Historical recommendations and target price: First Solar Inc. (FSLR.OQ)

*(as of 2/24/2012)*



Previous Recommendations

Strong Buy
Buy
Market Perform
Underperform
Not Rated
Suspended Rating

Current Recommendations

Buy
Hold
Sell
Not Rated
Suspended Rating

*New  Recommendation  Structure as of September 9, 2002

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 4/30/2009: | Hold, Target Price Change USD167.00 | 8. | 10/29/2010: | Downgrade to Hold, Target Price Change USD125.00 |
| 2. | 6/25/2009: | Hold, Target Price Change USD170.00 | 9. | 2/14/2011: | No Recommendation, Target Price Change USD0.00 |
| 3. | 8/20/2009: | Hold, Target Price Change USD125.00 | 10. | 9/15/2011: | Hold, Target Price Change USD90.00 |
| 4. | 10/29/2009: | Hold, Target Price Change USD115.00 | 11. | 10/3/2011: | Hold, Target Price Change USD70.00 |
| 5. | 12/17/2009: | Hold, Target Price Change USD135.00 | 12. | 10/26/2011: | Hold, Target Price Change USD45.00 |
| 6. | 2/8/2010: | Hold, Target Price Change USD125.00 | 13. | 12/14/2011: | Hold, Target Price Change USD30.00 |
| 7. | 4/29/2010: | Upgrade to Buy, Target Price Change USD155.00 | | | |

## Equity rating key                                   Equity rating dispersion and banking relationships

**Buy:** Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus  projected dividend yield ) , we recommend that investors buy the stock.

**Sell:** Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock

**Hold:** We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

**Notes:**

1. Newly issued research recommendations and target prices always supersede previously published research.

2. Ratings definitions prior to 27 January, 2007 were:
   Buy:  Expected total return (including dividends) of 10% or more over a 12-month period
   Hold: Expected total return (including dividends) between -10% and 10% over a 12-month period
   Sell: Expected total return (including dividends) of -10% or worse over a 12-month period



North American Universe

**Deutsche Bank**

## Regulatory Disclosures

## 1. Important Additional Conflict Disclosures

Aside from within this report, important conflict disclosures can also be found at https://gm.db.com/equities under the "Disclosures Lookup" and "Legal" tabs. Investors are strongly encouraged to review this information before investing.

## 2. Short-Term Trade Ideas

Deutsche Bank equity research analysts sometimes have shorter-term trade ideas (known as SOLAR ideas) that are consistent or inconsistent with Deutsche Bank's existing longer term ratings. These trade ideas can be found at the SOLAR link at http://gm.db.com.

## 3. Country-Specific Disclosures

**Australia and New Zealand:** This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act respectively.

**Brazil:** The views expressed above accurately reflect personal views of the authors about the subject company(ies) and its(their) securities, including in relation to Deutsche Bank. The compensation of the equity research analyst(s) is indirectly affected by revenues deriving from the business and financial transactions of Deutsche Bank.

**EU countries:** Disclosures relating to our obligations under MiFiD can be found at http://www.globalmarkets.db.com/riskdisclosures.

**Japan:** Disclosures under the Financial Instruments and Exchange Law: Company name - Deutsche Securities Inc. Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association, The Financial Futures Association of Japan, Japan Securities Investment Advisers Association. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless "Japan" or "Nippon" is specifically designated in the name of the entity.

**Russia:** This information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

**Deutsche Bank** ◪

**Deutsche Bank Securities Inc.**

## North American locations

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
Tel: (212) 250 2500

**Deutsche Bank Securities Inc.**
One International Place
12th Floor
Boston, MA 02110
United States of America
Tel: (1) 617 217 6100

**Deutsche Bank Securities Inc.**
222 South Riverside Plaza
30th Floor
Chicago, IL 60606
Tel: (312) 537-3758

**Deutsche Bank Securities Inc.**
1735 Market Street
24th Floor
Philadelphia, PA 19103
Tel: (215) 854 1546

**Deutsche Bank Securities Inc.**
101 California Street
46th Floor
San Francisco, CA 94111
Tel: (415) 617 2800

**Deutsche Bank Securities Inc.**
700 Louisiana Street
Houston, TX 77002
Tel: (832) 239-4600

## International locations

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500

**Deutsche Bank AG London**
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

**Deutsche Bank AG**
Große Gallusstraße 10-14
60272 Frankfurt am Main
Germany
Tel: (49) 69 910 00

**Deutsche Bank AG**
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

**Deutsche Bank AG**
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

**Deutsche Securities Inc.**
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

# Global Disclaimer

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). The information herein is believed to be reliable and has been obtained from public sources believed to be reliable. Deutsche Bank makes no representation as to the accuracy or completeness of such information.

Deutsche Bank may engage in securities transactions, on a proprietary basis or otherwise, in a manner **inconsistent** with the view taken in this research report. In addition, others within Deutsche Bank, including strategists and sales staff, may take a view that is **inconsistent** with that taken in this research report.

Opinions, estimates and projections in this report constitute the current judgement of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof in the event that any opinion, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Prices and availability of financial instruments are subject to change without notice. This report is provided for informational purposes only. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst judgement.

As a result of Deutsche Bank's March 2010 acquisition of BHF-Bank AG, a security may be covered by more than one analyst within the Deutsche Bank group. Each of these analysts may use differing methodologies to value the security; as a result, the recommendations may differ and the price targets and estimates of each may vary widely.

In August 2009, Deutsche Bank instituted a new policy whereby analysts may choose not to set or maintain a target price of certain issuers under coverage with a Hold rating. In particular, this will typically occur for "Hold" rated stocks having a market cap smaller than most other companies in its sector or region. We believe that such policy will allow us to make best use of our resources. Please visit our website at http://gm.db.com to determine the target price of any stock.

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own informed investment decisions. Stock transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Deutsche Bank may with respect to securities covered by this report, sell to or buy from customers on a principal basis, and consider this report in deciding to trade on a proprietary basis.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. In the U.S. this report is approved and/or distributed by Deutsche Bank Securities Inc., a member of the NYSE, the NASD, NFA and SIPC. In Germany this report is approved and/or communicated by Deutsche Bank AG Frankfurt authorized by the BaFin. In the United Kingdom this report is approved and/or communicated by Deutsche Bank AG London, a member of the London Stock Exchange and regulated by the Financial Services Authority for the conduct of investment business in the UK and authorized by the BaFin. This report is distributed in Hong Kong by Deutsche Bank AG, Hong Kong Branch, in Korea by Deutsche Securities Korea Co. This report is distributed in Singapore by Deutsche Bank AG, Singapore Branch, and recipients in Singapore of this report are to contact Deutsche Bank AG, Singapore Branch in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), Deutsche Bank AG, Singapore Branch accepts legal responsibility to such person for the contents of this report. In Japan this report is approved and/or distributed by Deutsche Securities Inc. The information contained in this report does not constitute the provision of investment advice. In Australia, retail clients should obtain a copy of a Product Disclosure Statement (PDS) relating to any financial product referred to in this report and consider the PDS before making any decision about whether to acquire the product. Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10). Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published by any person for any purpose without Deutsche Bank's prior written consent. Please cite source when quoting.

Copyright © 2012 Deutsche Bank AG

# EXHIBIT 68

**citi**

**Equities**

27 February 2012 | 11 pages

# First Solar, Inc. (FSLR)

## FQ4:11 (Dec) Earnings Preview (2/28 Post Close)

■ **Results** — Expect little surprise given 12/14/11 neg-pre (we model revs/EPS $738MM/$1.63 or just a touch better than Street $1.55 EPS). This assumes it ran factories ~20% under-utilized, shipped ~200MW to EPC (@ ~$2.10/W) and ~100MW to merchant market (@~$0.90/W – which might even be too high given TSL's reported ASP of ~$1.00). This implies core module gross margin of mid-teens, again highlighting that all of the reported EPS (and then some) is coming from the EPC pipeline.

■ **Guidance** — We estimate FSLR shipped ~550MW to Germany in 2010 and ~400-450MW in 2011. It is hard to tell, but customer discussions indicate Germany may have accounted for ~300MW of the 720MW of 2012 merchant module ships guided by FSLR on 12/14. Thus, the recently announced cut in the German FiT is a headwind for FSLR, but probably only a swing factor of ~75-100MW at most – an amount which can be absorbed in its US EPC pipeline, particularly considering our recent checks the which have failed to indicate any major construction delays across FSLR's major projects. The larger issue is the layoffs in Germany (see 2/7/12 filing w/the German government) – a move which suggests manufacturing costs may remain pressured. All in all, the tea leaves point to a mild cut to guidance, but there are enough offsetting factors that we would not be surprised if FSLR maintains 2012 EPS guidance of $3.75-4.25 ($4.75-5.25 excluding deferred revs from Desert Sunlight).

■ **Key Issues** — 1) cost/W given recently disclosed mfg-related layoffs in Germany; 2) reputational damage with customers given performance issues of modules in the field; 3) financing which remains difficult (checks indicate FSLR failed to get a 20MW+ project financed earlier in '12 thus maybe questioning its bankability).

■ **Stock Summary** — Value FSLR's current EPC pipeline @~$23/share (NPV) and up to ~$33/share assuming 300-500MW/yr added to pipeline (primarily non-US, we think). Thus, the stock at current price embeds what seems to be a conservative valuation for the core module business, albeit catalysts remain limited. Maintain Neutral.

■ Company Update

| | |
|---|---|
| **Neutral/High Risk** | **2H** |
| Price (27 Feb 12) | US$35.08 |
| Target price | US$60.00 |
| Expected share price return | 71.1% |
| Expected dividend yield | 0.0% |
| **Expected total return** | **71.1%** |
| Market Cap | US$3,031M |

**Price Performance**
(RIC: FSLR.O, BB: FSLR US)



| EPS | Q1 | Q2 | Q3 | Q4 | FY | FC Cons |
|---|---|---|---|---|---|---|
| **2010A** | 2.00A | 1.84A | 2.04A | 1.80A | 7.68A | 7.68A |
| **2011E** | **1.33A** | **0.70A** | **2.25A** | **1.63E** | **5.92E** | **5.85E** |
| Previous | 1.33A | 0.70A | 2.25A | 1.63E | 5.92E | na |
| **2012E** | **na** | **na** | **na** | **na** | **5.61E** | **4.15E** |
| Previous | na | na | na | na | 5.61E | na |
| **2013E** | **na** | **na** | **na** | **na** | **3.62E** | **4.42E** |
| Previous | na | na | na | na | 3.62E | na |

Source: Company Reports and dataCentral, CIR. FC Cons: First Call Consensus.

**Timothy M Arcuri**
+1-415-951-1734
timothy.arcuri@citi.com

Richard Rambaldo
richard.rambaldo@citi.com

Seth Tennant
seth.tennant@citi.com

See Appendix A-1 for Analyst Certification, Important Disclosures and non-US research analyst disclosures.

Citi Investment Research & Analysis is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Citigroup Global Markets**

**First Solar, Inc. (FSLR)**
27 February 2012

| FSLR.O: Fiscal year end 31-Dec | | | | | | Price: US$35.08; TP: US$60.00; Market Cap: US$3,032m; Recomm: Neutral/High Risk | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Profit & Loss (US$m) | 2009 | 2010 | 2011E | 2012E | 2013E | Valuation ratios | 2009 | 2010 | 2011E | 2012E | 2013E |
| Sales revenue | 2,066 | 2,564 | 2,843 | 4,380 | 3,701 | PE (x) | 4.8 | 4.6 | 5.9 | 6.3 | 9.7 |
| Cost of sales | -1,004 | -1,359 | -1,690 | -3,176 | -2,720 | PB (x) | 1.1 | 0.9 | 0.7 | 0.7 | 0.6 |
| Gross profit | 1,062 | 1,205 | 1,153 | 1,204 | 982 | EV/EBITDA (x) | 2.9 | 2.5 | 3.1 | 2.8 | 3.0 |
| Gross Margin (%) | 51.4 | 47.0 | 40.6 | 27.5 | 26.5 | FCF yield (%) | 13.2 | 3.8 | -26.3 | 25.1 | 11.0 |
| EBITDA | 822 | 916 | 823 | 863 | 634 | Dividend yield (%) | 0 | 0 | 0 | 0 | 0 |
| EBITDA Margin (%) | 39.8 | 35.7 | 28.9 | 19.7 | 17.1 | Payout ratio (%) | 0 | 0 | 0 | 0 | 0 |
| Depreciation | -130 | -148 | -210 | -225 | -235 | ROE (%) | 30.7 | 21.7 | 11.8 | 10.4 | 6.7 |
| Amortisation | 0 | 0 | 0 | 0 | 0 | Cashflow (US$m) | 2009 | 2010 | 2011E | 2012E | 2013E |
| EBIT | 692 | 768 | 612 | 637 | 399 | EBITDA | 822 | 916 | 823 | 863 | 634 |
| EBIT Margin (%) | 33.5 | 30.0 | 21.5 | 14.5 | 10.8 | Working capital | -144 | -206 | -803 | 416 | 37 |
| Net interest | 5 | 13 | 10 | 3 | 41 | Other | -3 | -5 | -63 | -58 | 46 |
| Associates | 0 | 0 | 0 | 0 | 0 | Operating cashflow | 675 | 705 | -43 | 1,220 | 717 |
| Non-op/Except | -13 | -19 | -31 | -20 | -20 | Capex | -280 | -589 | -761 | -438 | -370 |
| Pre-tax profit | 684 | 762 | 591 | 620 | 420 | Net acq/disposals | -422 | -153 | 112 | 0 | 0 |
| Tax | -58 | -98 | -75 | -122 | -95 | Other | 0 | 0 | 0 | 0 | 0 |
| Extraord./Min.Int./Pref.div | 14 | 0 | -70 | -40 | 0 | Investing cashflow | -702 | -742 | -650 | -438 | -370 |
| Reported net profit | 640 | 664 | 447 | 459 | 324 | Dividends paid | 0 | 0 | 0 | 0 | 0 |
| Net Margin (%) | 31.0 | 25.9 | 15.7 | 10.5 | 8.8 | Financing cashflow | -22 | 150 | 461 | 0 | -100 |
| Core NPAT | 627 | 664 | 517 | 499 | 324 | Net change in cash | -52 | 97 | -230 | 782 | 246 |
| Per share data | 2009 | 2010 | 2011E | 2012E | 2013E | Free cashflow to s/holders | 395 | 117 | -804 | 782 | 346 |
| Reported EPS ($) | 7.53 | 7.68 | 5.12 | 5.16 | 3.62 | | | | | | |
| Core EPS ($) | 7.37 | 7.68 | 5.92 | 5.61 | 3.62 | | | | | | |
| DPS ($) | 0 | 0 | 0 | 0 | 0 | | | | | | |
| CFPS ($) | 7.94 | 8.16 | -0.49 | 13.72 | 7.99 | | | | | | |
| FCFPS ($) | 4.65 | 1.35 | -9.22 | 8.79 | 3.86 | | | | | | |
| BVPS ($) | 31.77 | 40.69 | 48.08 | 53.04 | 55.34 | | | | | | |
| Wtd avg ord shares (m) | 85.0 | 86.5 | 87.2 | 88.9 | 89.7 | | | | | | |
| Wtd avg diluted shares (m) | 85.0 | 86.5 | 87.2 | 88.9 | 89.7 | | | | | | |
| Growth rates | 2009 | 2010 | 2011E | 2012E | 2013E | | | | | | |
| Sales revenue (%) | 65.8 | 24.1 | 10.9 | 54.1 | -15.5 | | | | | | |
| EBIT (%) | 47.1 | 11.0 | -20.3 | 4.0 | -37.4 | | | | | | |
| Core NPAT (%) | 79.9 | 6.0 | -22.2 | -3.5 | -34.9 | | | | | | |
| Core EPS (%) | 73.7 | 4.2 | -22.9 | -5.3 | -35.5 | | | | | | |
| Balance Sheet (US$m) | 2009 | 2010 | 2011E | 2012E | 2013E | | | | | | |
| Cash & cash equiv. | 785 | 934 | 620 | 1,401 | 1,648 | | | | | | |
| Accounts receivables | 227 | 306 | 365 | 546 | 406 | | | | | | |
| Inventory | 153 | 200 | 711 | 450 | 447 | | | | | | |
| Net fixed & other tangibles | 1,675 | 2,277 | 2,724 | 2,936 | 3,071 | | | | | | |
| Goodwill & intangibles | 287 | 433 | 459 | 459 | 459 | | | | | | |
| Financial & other assets | 223 | 231 | 913 | 913 | 913 | | | | | | |
| Total assets | 3,350 | 4,380 | 5,791 | 6,705 | 6,944 | | | | | | |
| Accounts payable | 76 | 82 | 143 | 478 | 373 | | | | | | |
| Short-term debt | 29 | 27 | 28 | 28 | 28 | | | | | | |
| Long-term debt | 146 | 211 | 583 | 583 | 583 | | | | | | |
| Provisions & other liab | 446 | 606 | 918 | 918 | 918 | | | | | | |
| Total liabilities | 697 | 925 | 1,673 | 2,008 | 1,902 | | | | | | |
| Shareholders' equity | 2,653 | 3,455 | 4,119 | 4,697 | 5,042 | | | | | | |
| Minority interests | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Total equity | 2,653 | 3,455 | 4,119 | 4,697 | 5,042 | | | | | | |
| Net debt | -610 | -696 | -8 | -790 | -1,037 | | | | | | |
| Net debt to equity (%) | -23.0 | -20.2 | -0.2 | -16.8 | -20.6 | | | | | | |

For further data queries on Citi's full coverage universe please contact CIRA Data Services Americas at CIRADataServicesAmericas@citi.com or +1-212-816-5336



2

**Citigroup Global Markets**

CONFIDENTIAL

FSLR00059263

**First Solar, Inc. (FSLR)**
27 February 2012

Figure 1 summarizes CIRA and Street estimates.

**Figure 1. CIRA vs. Street**

| | | FY 2009 | FY 2010 | Mar 1Q:11 | Jun 2Q:11 | Sept 3Q:11 | Dec 4Q:11E | FY 2011 E | Mar 1Q:12E | Jun 2Q:12E | Sept 3Q:12E | Dec 4Q:12E | FY 2012 E | FY 2013 E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Citi Est | Rev | 2,066 | 2,564 | 567 | 533 | 1,006 | 738 | 2,843 | 1,060 | 993 | 1,086 | 1,242 | 4,380 | 3,701 |
| | EPS | 7.37 | 7.68 | 1.33 | 0.70 | 2.25 | 1.63 | 5.92 | 1.16 | 1.06 | 1.35 | 2.03 | 5.61 | 3.62 |
| First Call Consensus | Rev | 2,066 | 2,564 | 567 | 533 | 1,006 | 782 | 2,880 | 786 | 869 | 1,049 | 1,117 | 3,773 | 4,210 |
| | EPS | 7.37 | 7.73 | 1.33 | 0.70 | 2.25 | 1.55 | 5.85 | 0.77 | 0.88 | 1.20 | 1.24 | 4.15 | 4.42 |

Source: Citi Investment Research and Analysis, First Call

Figure 2 summarizes our FSLR model including Module (Component) and EPC (System) business modeling.

**Figure 2. FSLR Model Summary**

| | 2009 Dec | Q1 10 Mar | Q2 10 Jun | Q3 10 Sept | Q4 10 Dec | 2010 Dec | Q1 11 Mar | Q2 11 Jun | Q3 11 Sept | Q4 11 E Dec | 2011 E Dec | Q1 12E Mar | Q2 12E Jun | Q3 12E Sept | Q4 12E Dec | 2012 E Dec | 2013 E Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MODULES** | | | | | | | | | | | | | | | | | |
| ASP, $/W | $ 1.82 | $ 1.68 | $ 1.59 | $ 1.51 | $ 1.56 | $ 1.58 | $ 1.49 | $ 1.30 | $ 1.52 | $ 1.68 | $ 1.49 | $ 1.28 | $ 1.28 | $ 1.23 | $ 1.23 | $ 1.25 | $ 0.95 |
| "merchant" ASP, $/W | | | | | | | $ 1.45 | $ 1.28 | $ 1.15 | $ 0.90 | | $ 0.65 | $ 0.65 | $ 0.65 | $ 0.65 | | $ 0.65 |
| % Δ | (26%) | 1% | (5%) | (5%) | 3% | (13%) | (4%) | (13%) | 17% | 11% | (6%) | (24%) | 0% | (4%) | 0% | (16%) | (24%) |
| Shipments, MW | 1,069 | 313 | 313 | 380 | 371 | 1,377 | 346 | 364 | 402 | 292 | 1,404 | 473 | 443 | 522 | 605 | 2,043 | 2,575 |
| % Δ | 122% | (3%) | (0%) | 21% | (2%) | 29% | (7%) | 5% | 11% | (27%) | 2% | 62% | (6%) | 18% | 16% | 46% | 26% |
| Revenue, $MM | $ 1,951 | $ 526 | $ 499 | $ 574 | $ 579 | $ 2,177 | $ 517 | $ 474 | $ 610 | $ 491 | $ 2,092 | $ 606 | $ 567 | $ 641 | $ 743 | $ 2,556 | $ 2,440 |
| Y/Y % | 64% | 27% | (4%) | 19% | 8% | 12% | (2%) | (5%) | 6% | (15%) | (4%) | 17% | 20% | 5% | 51% | 22% | (5%) |
| Total Cost, $/W | $ 0.87 | $ 0.81 | $ 0.76 | $ 0.77 | $ 0.75 | $ 0.77 | $ 0.75 | $ 0.75 | $ 0.74 | $ 0.74 | $ 0.75 | $ 0.76 | $ 0.75 | $ 0.72 | $ 0.67 | $ 0.72 | $ 0.64 |
| Y/Y % | (20%) | (13%) | (13%) | (9%) | (11%) | (11%) | (7%) | (1%) | (4%) | (1%) | (4%) | 1% | (0%) | (3%) | (10%) | (3%) | (12%) |
| GM, % | 56% | 52% | 52% | 49% | 52% | 51% | 50% | 42% | 42% | 56% | 47% | 41% | 42% | 42% | 46% | 42% | 33% |
| **EPC** | | | | | | | | | | | | | | | | | |
| ASP, $/W | $ 1.85 | $ 1.37 | $ 1.95 | $ 2.23 | $ 1.90 | $ 2.01 | $ 15.00 | $ 11.15 | $ 2.77 | $ 1.30 | $ 2.19 | $ 1.60 | $ 1.60 | $ 1.55 | $ 1.50 | $ 1.56 | $ 1.40 |
| Y/Y % | (1%) | (26%) | 8% | 26% | 3% | 9% | 993% | 472% | 24% | (32%) | 9% | (89%) | (86%) | (44%) | 15% | (29%) | (10%) |
| MWs installed | 55 | 28 | 44 | 100 | 16 | 189 | 3 | 5 | 141 | 190 | 339 | 284 | 266 | 287 | 333 | 1,170 | 901 |
| Cumulative MWs | 82 | 110 | 154 | 254 | 270 | 270 | 273 | 279 | 420 | 610 | 610 | 893 | 1,159 | 1,446 | 1,779 | 1,779 | 2,680 |
| EPC Cost, $/W | $ 1.70 | $ 1.22 | $ 1.44 | $ 1.83 | $ 1.35 | $ 1.61 | $ 14.55 | $ 10.25 | $ 1.88 | $ 1.15 | $ 1.72 | $ 1.50 | $ 1.50 | $ 1.45 | $ 1.40 | $ 1.46 | $ 1.20 |
| Realized System ASP, $/W | | | | | | | | | | $ 3.40 | | $ 3.30 | $ 3.30 | $ 3.25 | $ 3.20 | $ 3.26 | $ 2.90 |
| Revenue, $MM | $ 101 | $ 39 | $ 87 | $ 223 | $ 30 | $ 379 | $ 47 | $ 61 | $ 390 | $ 247 | $ 744 | $ 454 | $ 426 | $ 445 | $ 499 | $ 1,824 | $ 1,262 |
| GM, % | (32%) | 11% | 26% | 18% | 29% | 20% | 3% | 8% | 32% | 12% | 22% | 6% | 6% | 6% | 7% | 6% | 14% |
| **TOTAL FSLR** | | | | | | | | | | | | | | | | | |
| Revenue, $MM | $ 2,066 | $ 568 | $ 588 | $ 798 | $ 610 | $ 2,564 | $ 567 | $ 533 | $ 1,006 | $ 738 | $ 2,843 | $ 1,060 | $ 993 | $ 1,086 | $ 1,242 | $ 4,380 | $ 3,701 |
| GM, % | 51% | 50% | 49% | 41% | 50% | 47% | 47% | 38% | 38% | 41% | 41% | 26% | 26% | 27% | 30% | 27% | 27% |
| EPS | $ 7.37 | $ 2.00 | $ 1.84 | $ 2.04 | $ 1.80 | $ 7.68 | $ 1.33 | $ 0.70 | $ 2.25 | $ 1.63 | $ 5.92 | $ 1.16 | $ 1.06 | $ 1.35 | $ 2.03 | $ 5.61 | $ 3.62 |
| Y/Y % | 74% | 9% | (13%) | 14% | 9% | 4% | (33%) | (62%) | 10% | (9%) | (23%) | (13%) | 51% | (40%) | 25% | (5%) | (35%) |

Source: Citi Investment Research and Analysis

Figure 3 summarizes our Systems Business NPV valuation. We note that actual EPC pipeline adds could vary materially from our 300-500MW per year estimates.

**Citigroup Global Markets**

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　FSLR00059264

**First Solar, Inc. (FSLR)**
27 February 2012

### Figure 3. Systems Business NPV Valuation

| | CQ4 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EPC Pipeline BOP (MW) | 2,700 | 2,510 | 1,640 | 1,039 | 501 | 300 | 158 | 115 | 216 | 371 | |
| - Installed | 190 | 1,170 | 901 | 838 | 701 | 642 | 543 | 400 | 345 | 346 | |
| + Added | - | 300 | 300 | 300 | 500 | 500 | 500 | 500 | 500 | 500 | |
| = EPC Pipeline EOP | 2,510 | 1,640 | 1,039 | 501 | 300 | 158 | 115 | 216 | 371 | 525 | |
| | | | | | | | | | | | |
| System ASP/w | $ 3.40 | $ 3.26 | $ 2.90 | $ 2.40 | $ 2.30 | $ 2.20 | $ 2.10 | $ 2.05 | $ 2.00 | $ 2.00 | |
| - BOS+Dev+EPC opex | 1.30 | 1.56 | 1.40 | 1.25 | 1.15 | 1.15 | 1.15 | 1.15 | 1.15 | 1.15 | |
| = EPC Module ASP/w | $ 2.10 | $ 1.70 | $ 1.50 | $ 1.15 | $ 1.15 | $ 1.05 | $ 0.95 | $ 0.90 | $ 0.85 | $ 0.85 | |
| | | | | | | | | | | | |
| Merchant x-Si ASP/w | $ 1.13 | $ 0.90 | $ 0.80 | $ 0.80 | $ 0.80 | $ 0.80 | $ 0.80 | $ 0.80 | $ 0.80 | $ 0.80 | |
| - FSLR Gap | $ 0.23 | $ 0.25 | $ 0.15 | $ 0.18 | $ 0.20 | $ 0.19 | $ 0.19 | $ 0.19 | $ 0.19 | $ 0.19 | |
| = Merchant FSLR ASP/w | $ 0.90 | $ 0.65 | $ 0.65 | $ 0.62 | $ 0.60 | $ 0.61 | $ 0.61 | $ 0.61 | $ 0.61 | $ 0.61 | |
| EPC Module ASP/w | $ 2.10 | $ 1.70 | $ 1.50 | $ 1.15 | $ 1.15 | $ 1.05 | $ 0.95 | $ 0.90 | $ 0.85 | $ 0.85 | |
| - Merchant ASP/w | 0.90 | 0.65 | 0.65 | 0.62 | 0.80 | 0.61 | 0.61 | 0.61 | 0.61 | 0.61 | |
| = EPC ASP Premium/w | $ 1.20 | $ 1.05 | $ 0.85 | $ 0.53 | $ 0.55 | $ 0.44 | $ 0.34 | $ 0.29 | $ 0.24 | $ 0.24 | |

| | CQ4 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | TV 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EPC ASP Premium/w | $ 1.20 | $ 1.05 | $ 0.85 | $ 0.53 | $ 0.55 | $ 0.44 | $ 0.34 | $ 0.29 | $ 0.24 | $ 0.24 | $ 124 |
| x Installed MW | 190 | 1,170 | 901 | 838 | 701 | 642 | 543 | 400 | 345 | 346 | 1.0x |
| = Proxy EPC CF (mm) | $ 228 | $ 1,228 | $ 766 | $ 444 | $ 389 | $ 280 | $ 183 | $ 115 | $ 82 | $ 82 | $ 124 |
| Discount Rate 10% | | | | | | | | | | | |
| PV Proxy EPC CF (mm) | $ 228 | $ 1,117 | $ 633 | $ 334 | $ 266 | $ 174 | $ 103 | $ 59 | $ 38 | $ 35 | $ 48 |
| PV Sum | $ 3,034 | | | | | | | | | | |
| PV Per Share | $ 34.81 | 100% | | | | | | | | | |
| 2011-2013 (2.3GW) | $ 22.69 | 65% | | | | | | | | | |
| 2014-2020 (3.8GW) | $ 11.57 | 33% | | | | | | | | | |
| Terminal Value (.525GW) | $ 0.55 | 2% | | | | | | | | | |

Source: Citi Investment Research and Analysis, Company Reports

Figure 4 provides a simple top-down long-term "Core" EPS calculation assuming the full production capacity of FSLR is dedicate towards the Component business. In other words, this calculation assumes all modules produced are sold into the spot merchant module market.

### Figure 4. LT "Core" EPS

| | |
|---|---|
| Shipments | 4,000 MW |
| x ASP | $ 0.65 |
| = Revenue (mm) | $ 2,600 |
| Cost/w | $ 0.52 |
| x Gross Margin | 20% |
| = Gross Profit | $ 520 |
| - Opex | 10% |
| = EBIT | $ 260 |
| - Tax | 20% |
| = Net Income | $ 208 |
| + FD SHO | 87 |
| = EPS | $ 2.39 |

Source: Citi Investment Research and Analysis

Figure 5 combines the System Business NPV valuation and long-term "Core" EPS multiple valuation to arrive at our current target price.

### Figure 5. Sum of the Parts Valuation

| Multiple: LT Core EPS | | 5x | 6x | 7x | 8x | 9x | 10x | 11x | 12x |
|---|---|---|---|---|---|---|---|---|---|
| LT Core EPS | $ 2.39 | $ 13 | $ 15 | $ 18 | $ 20 | $ 22 | $ 25 | $ 27 | $ 30 |
| + NPV: Existing EPC Pipeline | $ 22.69 | $ 23 | $ 23 | $ 23 | $ 23 | $ 23 | $ 23 | $ 23 | $ 23 |
| + NPV: Est. 2014-2020 EPC Pipeline | $ 11.57 | $ 12 | $ 12 | $ 12 | $ 12 | $ 12 | $ 12 | $ 12 | $ 12 |
| + NPV: TV EPC Pipeline | $ 0.55 | $ 1 | $ 1 | $ 1 | $ 1 | $ 1 | $ 1 | $ 1 | $ 1 |
| = Total Value | | $ 48 | $ 50 | $ 53 | $ 55 | $ 57 | $ 60 | $ 62 | $ 64 |

Source: Citi Investment Research and Analysis, Company Reports

4

**Citigroup Global Markets**

CONFIDENTIAL

FSLR00059265

# First Solar, Inc.

## Company description

First Solar, Inc. is a leading manufacturer of solar modules based on thin film technology. By leveraging a proprietary process centered on the semiconductor material cadmium telluride, the company has been able to achieve a significant manufacturing cost advantage relative to its silicon-based peers in the solar photovoltaic market. Headquartered in AZ, the company boasts a global manufacturing base with sites in North America, Europe, and Asia. First Solar's copy-exact manufacturing strategy, combined with its minimal need for polysilicon, continues to drive rapid capacity expansion that has fueled better growth than many of its solar PV peers.

## Investment strategy

We rate shares of FSLR Neutral/High Risk (2H). By leveraging a proprietary thin-film manufacturing process, FSLR has quickly become the pre-eminent name in solar due to its industry-leading cost structure. At a current cost per watt below ~$1/W, FSLR's technology – based on CdTe – has provided it a low-cost advantage versus x-Si peers that we estimate has historically provided it a 2-3 year lead in the solar industry's race to grid parity. Moreover, we believe FSLR's revenue pipeline is one of the industry's most defensive over the next few years and provides strong revenue visibility out into 2013. That being said, we think FSLR will face increasing pricing pressure as x-Si module suppliers offload excess inventory and gain access to lower-cost silicon and this should drive meaningful margin compression for FSLR that we believe has yet to be sufficiently appreciated by the market. As such, while we love the fundamental story here and truly see FSLR as a long-term winner in this space, risk/reward on the stock looks more balanced at these levels given the risk to margins and we rate FSLR as Neutral.

## Valuation

We rate FSLR Neutral/High Risk (2H) with a $60 target. Given divergent earnings drivers within FSLR's module and EPC businesses, we elect to value the company using a sum-of-the-parts methodology. We estimate long-term "core" EPS based on FSLR's ongoing module business of ~$2.00-$3.00 and assign a 9x-10x multiple (premium to solar average to account for differentiation and cost leadership but below market average to account of solar sector risks) to arrive at ~$25. We then add the net-present-value of the Company's project pipeline of ~$35 to arrive at our target price of ~$60. As a secondary valuation methodology we assign a straight ~11x EPS multiple (discount to the market multiple to account for solar oversupply and political risk) to the average of our 2011 & 2012 EPS (to account for lumpy EPC EPS contribution) to once again arrive at ~$60 target.

## Risks

We rate FSLR High Risk primarily due to high earnings and stock price volatility.

Additional risk factors include: 1) FSLR is a relatively young company competing in an emerging industry where key factors such as business models, the overall supply chain, and supply/demand fundamentals are still evolving, 2) Raw material shortages in key manufacturing inputs such as tellurium (Te) could limit FSLR's ability to expand capacity and/or add pressure to margins as prices increase, 3) FSLR's business model is relatively capital-intensive and could limit the company's

**Citigroup Global Markets**

CONFIDENTIAL

FSLR00059266

**First Solar, Inc. (FSLR)**
27 February 2012

ability to generate positive cash flows while also driving increased need to raise additional capital, potentially via dilutive equity/debt offerings, 4) FSLR's sales are concentrated among a handful of large customers. Moreover, nearly 80% of its sales are from Europe (primarily Germany) and any material weakening of the Euro relative to USD could impact its results, 5) Demand for solar photovoltaic technology has been largely driven by a favorable regulatory environment in key countries like Germany and Italy. Any material reductions in these financial incentive programs could crimp demand for solar PV, 6) Solar stocks have historically exhibited a strong positive correlation with oil prices. This suggests any downward correction in oil prices could pressure solar stocks, in general.

On the other hand, if FSLR pulls forward some of its large-project business and/or is awarded additional utility-scale deals ahead of expectations, the stock is likely to outperform our price target.

If the impact on the company from any of these factors proves to be greater/lesser than we anticipate, the stock will likely have difficulty achieving/or may exceed our target price.

# Appendix A-1

## Analyst Certification

The research analyst(s) primarily responsible for the preparation and content of this research report are named in bold text in the author block at the front of the product except for those sections where an analyst's name appears in bold alongside content which is attributable to that analyst. Each of these analyst(s) certify, with respect to the section(s) of the report for which they are responsible, that the views expressed therein accurately reflect their personal views about each issuer and security referenced and were prepared in an independent manner, including with respect to Citigroup Global Markets Inc and its affiliates. No part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendation(s) or view(s) expressed by that research analyst in this report.

## IMPORTANT DISCLOSURES

**First Solar, Inc. (FSLR)**
**Ratings and Target Price History**
**Fundamental Research**

Analyst: Timothy M Arcuri



| | Date | Rating | Target Price | Closing Price |
|---|---|---|---|---|
| 1 | 3-Mar-09 | 2S | *130.00 | 110.44 |
| 2 | 22-Apr-09 | 2S | *150.00 | 145.87 |
| 3 | 28-Oct-09 | 2S | *140.00 | 151.58 |
| 4 | 13-Dec-09 | 2S | *135.00 | 133.10 |
| 5 | 7-Jun-10 | 2S | *125.00 | 104.98 |

| | Date | Rating | Target Price | Closing Price |
|---|---|---|---|---|
| 6 | 17-Jun-10 | 2S | *140.00 | 123.45 |
| 7 | 7-Oct-10 | 2S | *145.00 | 140.56 |
| 8 | 29-Oct-10 | 2S | *150.00 | 137.63 |
| 9 | 19-Jun-11 | 2S | *130.00 | 121.55 |
| 10 | 5-Aug-11 | 2S | *120.00 | 105.43 |

| | Date | Rating | Target Price | Closing Price |
|---|---|---|---|---|
| 11 | 22-Sep-11 | 2S | *90.00 | 66.85 |
| 12 | 8-Oct-11 | Stock rating system changed | | |
| 13 | 8-Oct-11 | *2H | *70.00 | 59.74 |
| 14 | 4-Nov-11 | 2H | *60.00 | 49.59 |

* Indicates change

Rating/target price changes above reflect Eastern Standard Time

**Citigroup Global Markets**

CONFIDENTIAL

FSLR00059267

**First Solar, Inc. (FSLR)**
27 February 2012

### First Solar, Inc. (FSLR)

Ratings and Target Price History
Best Ideas Research
Relative Call (3 Month)

Analyst: Timothy M Arcuri



\* Indicates change

Rating/target price changes above reflect Eastern Standard Time

Citigroup Global Markets Inc. or its affiliates beneficially owns 1% or more of any class of common equity securities of First Solar, Inc.. This position reflects information available as of the prior business day.

Within the past 12 months, Citigroup Global Markets Inc. or its affiliates has acted as manager or co-manager of an offering of securities of First Solar, Inc..

Citigroup Global Markets Inc. or an affiliate received compensation for products and services other than investment banking services from First Solar, Inc. in the past 12 months.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following as clients, and the services provided were non-investment-banking, securities-related: First Solar, Inc..

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following as clients, and the services provided were non-investment-banking, non-securities-related: First Solar, Inc..

Analysts' compensation is determined based upon activities and services intended to benefit the investor clients of Citigroup Global Markets Inc. and its affiliates ("the Firm"). Like all Firm employees, analysts receive compensation that is impacted by overall firm profitability which includes investment banking revenues.

The Firm is a market maker in the publicly traded equity securities of First Solar, Inc..

For important disclosures (including copies of historical disclosures) regarding the companies that are the subject of this Citi Investment Research & Analysis product ("the Product"), please contact Citi Investment Research & Analysis, 388 Greenwich Street, 28th Floor, New York, NY, 10013, Attention: Legal/Compliance [E6WYB6412478]. In addition, the same important disclosures, with the exception of the Valuation and Risk assessments and historical disclosures, are contained on the Firm's disclosure website at https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures. Valuation and Risk assessments can be found in the text of the most recent research note/report regarding the subject company. Historical disclosures (for up to the past three years) will be provided upon request.

### Citi Investment Research & Analysis Ratings Distribution

| Data current as of 31 Dec 2011 | 12 Month Rating | | | Relative Rating | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Buy | Hold | Sell | Buy | Hold | Sell |
| Citi Investment Research & Analysis Global Fundamental Coverage | 57% | 34% | 9% | 10% | 79% | 10% |
| % of companies in each rating category that are investment banking clients | 45% | 41% | 40% | 49% | 43% | 41% |

Guide to Citi Investment Research & Analysis (CIRA) Fundamental Research Investment Ratings:
CIRA's stock recommendations include an investment rating and an optional risk rating to highlight high risk stocks.
**Risk rating** takes into account both price volatility and fundamental criteria. Stocks will either have no risk rating or a High risk rating assigned.
**Investment Ratings:** CIRA's investment ratings are Buy, Neutral and Sell. Our ratings are a function of analyst expectations of expected total return ("ETR") and risk. ETR is the sum of the forecast price appreciation (or depreciation) plus the dividend yield for a stock within the next 12 months. The Investment rating definitions are: Buy (1) ETR of 15% or more or 25% or more for High risk stocks; and Sell (3) for negative ETR. Any covered stock not assigned a Buy or a Sell is a Neutral (2). For stocks rated Neutral (2), if an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of CIRA management not to assign a target price and, thus, not derive an ETR. Analysts may place covered stocks "Under Review" in response to exceptional circumstances (e.g. lack of information critical to the analyst's thesis) affecting the company and / or trading in the company's securities (e.g. trading suspension). As soon as practically possible, the analyst will publish a note re-establishing a rating and investment thesis. To satisfy regulatory requirements, we correspond Under Review and Neutral to Hold in our ratings distribution table for our 12-month fundamental rating system. However, we reiterate that we do not consider Under Review to be a recommendation. **Relative three-month ratings:** CIRA may also assign a three-month relative call (or rating) to a stock to highlight expected out-performance (most preferred) or under-performance (least preferred) versus the geographic and industry sector over a 3 month period. The relative call may highlight a specific near-term catalyst or event impacting the company or the market that is anticipated to have a short-term price impact on the equity securities of the company. Absent any specific catalyst the analyst(s) will indicate the most and least preferred stocks in the universe of stocks under consideration, explaining the basis for this short-term view. This three-month view may be different from and does not affect a stock's fundamental equity rating, which reflects a longer-term total absolute return expectation. For purposes of NASD/NYSE ratings-distribution-disclosure rules, most preferred calls correspond to a buy recommendation and least preferred calls correspond to a sell recommendation. Any stock not assigned to a most preferred or least preferred call is

**Citigroup Global Markets**

CONFIDENTIAL

FSLR00059268

**First Solar, Inc. (FSLR)**
27 February 2012

considered non-relative-rated (NRR). For purposes of NASD/NYSE ratings-distribution-disclosure rules we correspond NRR to Hold in our ratings distribution table for our 3-month relative rating system. However, we reiterate that we do not consider NRR to be a recommendation.

Prior to October 8, 2011, the firm's stock recommendation system included a risk rating and an investment rating. **Risk ratings**, which took into account both price volatility and fundamental criteria, were: Low (L), Medium (M), High (H), and Speculative (S). **Investment Ratings** of Buy, Hold and Sell were a function of CIRA's expectation of total return (forecast price appreciation and dividend yield within the next 12 months) and risk rating. Additionally, analysts could have placed covered stocks "Under Review" in response to exceptional circumstances (e.g. lack of information critical to the analyst's thesis) affecting the company and/or trading in the company's securities (e.g. trading suspension). Stocks placed "Under Review" were monitored daily by management and as practically possible, the analyst published a note re-establishing a rating and investment thesis. For securities in developed markets (US, UK, Europe, Japan, and Australia/New Zealand), investment ratings were:Buy (1) (expected total return of 10% or more for Low-Risk stocks, 15% or more for Medium-Risk stocks, 20% or more for High-Risk stocks, and 35% or more for Speculative stocks); Hold (2) (0%-10% for Low-Risk stocks, 0%-15% for Medium-Risk stocks, 0%-20% for High-Risk stocks, and 0%-35% for Speculative stocks); and Sell (3) (negative total return). For securities in emerging markets (Asia Pacific, Emerging Europe/Middle East/Africa, and Latin America), investment ratings were:Buy (1) (expected total return of 15% or more for Low-Risk stocks, 20% or more for Medium-Risk stocks, 30% or more for High-Risk stocks, and 40% or more for Speculative stocks); Hold (2) (5%-15% for Low-Risk stocks, 10%-20% for Medium-Risk stocks, 15%-30% for High-Risk stocks, and 20%-40% for Speculative stocks); and Sell (3) (5% or less for Low-Risk stocks, 10% or less for Medium-Risk stocks, 15% or less for High-Risk stocks, and 20% or less for Speculative stocks).

Investment ratings are determined by the ranges described above at the time of initiation of coverage, a change in investment and/or risk rating, or a change in target price (subject to limited management discretion). At other times, the expected total returns may fall outside of these ranges because of market price movements and/or other short-term volatility or trading patterns. Such interim deviations from specified ranges will be permitted but will become subject to review by Research Management. Your decision to buy or sell a security should be based upon your personal investment objectives and should be made only after evaluating the stock's expected performance and risk.

**NON-US RESEARCH ANALYST DISCLOSURES**
Non-US research analysts who have prepared this report (i.e., all research analysts listed below other than those identified as employed by Citigroup Global Markets Inc.) are not registered/qualified as research analysts with FINRA. Such research analysts may not be associated persons of the member organization and therefore may not be subject to the NYSE Rule 472 and NASD Rule 2711 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account. The legal entities employing the authors of this report are listed below:

Citigroup Global Markets Inc                                   Timothy M Arcuri; Richard Rambaldo; Seth Tennant

## OTHER DISCLOSURES

The subject company's share price set out on the front page of this Product is quoted as at 27 February 2012 09:54 AM on the issuer's primary market.

For securities recommended in the Product in which the Firm is not a market maker, the Firm is a liquidity provider in the issuers' financial instruments and may act as principal in connection with such transactions. The Firm is a regular issuer of traded financial instruments linked to securities that may have been recommended in the Product. The Firm regularly trades in the securities of the issuer(s) discussed in the Product. The Firm may engage in securities transactions in a manner inconsistent with the Product and, with respect to securities covered by the Product, will buy or sell from customers on a principal basis.

Securities recommended, offered, or sold by the Firm: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Although information has been obtained from and is based upon sources that the Firm believes to be reliable, we do not guarantee its accuracy and it may be incomplete and condensed. Note, however, that the Firm has taken all reasonable steps to determine the accuracy and completeness of the disclosures made in the Important Disclosures section of the Product. The Firm's research department has received assistance from the subject company(ies) referred to in this Product including, but not limited to, discussions with management of the subject company(ies). Firm policy prohibits research analysts from sending draft research to subject companies. However, it should be presumed that the author of the Product has had discussions with the subject company to ensure factual accuracy prior to publication. All opinions, projections and estimates constitute the judgment of the author as of the date of the Product and these, plus any other information contained in the Product, are subject to change without notice. Prices and availability of financial instruments also are subject to change without notice. Notwithstanding other departments within the Firm advising the companies discussed in this Product, information obtained in such role is not used in the preparation of the Product. Although Citi Investment Research & Analysis (CIRA) does not set a predetermined frequency for publication, if the Product is a fundamental research report, it is the intention of CIRA to provide research coverage of the/those issuer(s) mentioned therein, including in response to news affecting this issuer, subject to applicable quiet periods and capacity constraints. The Product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Any decision to purchase securities mentioned in the Product must take into account existing public information on such security or any registered prospectus.

Investing in non-U.S. securities, including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Net dividends to ADR investors are estimated, using withholding tax rates conventions, deemed accurate, but investors are urged to consult their tax advisor for exact dividend computations. Investors who have received the Product from the Firm may be prohibited in certain states or other jurisdictions from purchasing securities mentioned in the Product from the Firm. Please ask your Financial Consultant for additional details. Citigroup Global Markets Inc. takes responsibility for the Product in the United States. Any orders by US investors resulting from the information contained in the Product may be placed only through Citigroup Global Markets Inc.

**Important Disclosures for Morgan Stanley Smith Barney LLC Customers:** Morgan Stanley & Co. LLC (Morgan Stanley) research reports may be available about the companies that are the subject of this Citi Investment Research & Analysis (CIRA) research report. Ask your Financial Advisor or use

**Citigroup Global Markets**

CONFIDENTIAL

FSLR00059269

**First Solar, Inc. (FSLR)**
27 February 2012

smithbarney.com to view any available Morgan Stanley research reports in addition to CIRA research reports.

Important disclosure regarding the relationship between the companies that are the subject of this CIRA research report and Morgan Stanley Smith Barney LLC and its affiliates are available at the Morgan Stanley Smith Barney disclosure website at www.morganstanleysmithbarney.com/researchdisclosures. For Morgan Stanley and Citigroup Global Markets, Inc. specific disclosures, you may refer to www.morganstanley.com/researchdisclosures and https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.

This CIRA research report has been reviewed and approved on behalf of Morgan Stanley Smith Barney LLC. This review and approval was conducted by the same person who reviewed this research report on behalf of CIRA. This could create a conflict of interest.

The Citigroup legal entity that takes responsibility for the production of the Product is the legal entity which the first named author is employed by. The Product is made available in **Australia** through Citigroup Global Markets Australia Pty Ltd. (ABN 64 003 114 832 and AFSL No. 240992), participant of the ASX Group and regulated by the Australian Securities & Investments Commission. Citigroup Centre, 2 Park Street, Sydney, NSW 2000. The Product is made available in Australia to Private Banking wholesale clients through Citigroup Pty Limited (ABN 88 004 325 080 and AFSL 238098). Citigroup Pty Limited provides all financial product advice to Australian Private Banking wholesale clients through bankers and relationship managers. If there is any doubt about the suitability of investments held in Citigroup Private Bank accounts, investors should contact the Citigroup Private Bank in Australia. Citigroup companies may compensate affiliates and their representatives for providing products and services to clients. The Product is made available in **Brazil** by Citigroup Global Markets Brasil - CCTVM SA, which is regulated by CVM - Comissão de Valores Mobiliários, BACEN - Brazilian Central Bank, APIMEC - Associação dos Analistas e Profissionais de Investimento do Mercado de Capitais and ANBID - Associação Nacional dos Bancos de Investimento. Av. Paulista, 1111 - 11º andar - CEP. 01311920 - São Paulo - SP. If the Product is being made available in certain provinces of **Canada** by Citigroup Global Markets (Canada) Inc. ("CGM Canada"), CGM Canada has approved the Product. Citigroup Place, 123 Front Street West, Suite 1100, Toronto, Ontario M5J 2M3. This product is available in **Chile** through Banchile Corredores de Bolsa S.A., an indirect subsidiary of Citigroup Inc., which is regulated by the Superintendencia de Valores y Seguros. Agustinas 975, piso 2, Santiago, Chile. The Product is made available in **France** by Citigroup Global Markets Limited, which is authorised and regulated by Financial Services Authority. 1-5 Rue Paul Cézanne, 8ème, Paris, France. The Product is distributed in **Germany** by Citigroup Global Markets Deutschland AG ("CGMD"), which is regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin). CGMD, Reuterweg 16, 60323 Frankfurt am Main. Research which relates to "securities" (as defined in the Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong)) is issued in **Hong Kong** by, or on behalf of, Citigroup Global Markets Asia Limited which takes full responsibility for its content. Citigroup Global Markets Asia Ltd. is regulated by Hong Kong Securities and Futures Commission. If the Research is made available through Citibank, N.A., Hong Kong Branch, for its clients in Citi Private Bank, it is made available by Citibank N.A., Citibank Tower, Citibank Plaza, 3 Garden Road, Hong Kong. Citibank N.A. is regulated by the Hong Kong Monetary Authority. Please contact your Private Banker in Citibank N.A., Hong Kong, Branch if you have any queries on or any matters arising from or in connection with this document. The Product is made available in **India** by Citigroup Global Markets India Private Limited, which is regulated by Securities and Exchange Board of India. Bakhtawar, Nariman Point, Mumbai 400-021. The Product is made available in **Indonesia** through PT Citigroup Securities Indonesia. 5/F, Citibank Tower, Bapindo Plaza, Jl. Jend. Sudirman Kav. 54-55, Jakarta 12190. Neither this Product nor any copy hereof may be distributed in Indonesia or to any Indonesian citizens wherever they are domiciled or to Indonesian residents except in compliance with applicable capital market laws and regulations. This Product is not an offer of securities in Indonesia. The securities referred to in this Product have not been registered with the Capital Market and Financial Institutions Supervisory Agency (BAPEPAM-LK) pursuant to relevant capital market laws and regulations, and may not be offered or sold within the territory of the Republic of Indonesia or to Indonesian citizens through a public offering or in circumstances which constitute an offer within the meaning of the Indonesian capital market laws and regulations. The Product is made available in **Israel** through Citibank NA, regulated by the Bank of Israel and the Israeli Securities Authority. Citibank, N.A, Platinum Building, 21 Ha'arba'ah St, Tel Aviv, Israel. The Product is made available in **Italy** by Citigroup Global Markets Limited, which is authorised and regulated by Financial Services Authority. Via dei Mercanti, 12, Milan, 20121, Italy. The Product is made available in **Japan** by Citigroup Global Markets Japan Inc. ("CGMJ"), which is regulated by Financial Services Agency, Securities and Exchange Surveillance Commission, Japan Securities Dealers Association, Tokyo Stock Exchange and Osaka Securities Exchange. Shin-Marunouchi Building, 1-5-1 Marunouchi, Chiyoda-ku, Tokyo 100-6520 Japan. If the Product was distributed by SMBC Nikko Securities Inc. it is being so distributed under license. In the event that an error is found in an CGMJ research report, a revised version will be posted on the Firm's Citi Velocity website. If you have questions regarding Citi Velocity, please call (81 3) 6270-3019 for help. The Product is made available in **Korea** by Citigroup Global Markets Korea Securities Ltd., which is regulated by the Financial Services Commission, the Financial Supervisory Service and the Korea Financial Investment Association (KOFIA). Citibank Building, 39 Da-dong, Jung-gu, Seoul 110-180, Korea. KOFIA makes available registration information of research analysts on its website. Please visit the following website if you wish to find KOFIA registration information on research analysts of Citigroup Global Markets Korea Securities Ltd. http://dis.kofia.or.kr/fs/dis2/fundMgr/DISFundMgrAnalystPop.jsp?companyCd2=A03030&pageDiv=02. The Product is made available in **Malaysia** by Citigroup Global Markets Malaysia Sdn Bhd (Company No. 460819-D) ("CGMM") to its clients and CGMM takes responsibility for its contents. CGMM is regulated by the Securities Commission of Malaysia. Please contact CGMM at Level 43 Menara Citibank, 165 Jalan Ampang, 50450 Kuala Lumpur, Malaysia in respect of any matters arising from, or in connection with, the Product. The Product is made available in **Mexico** by Acciones y Valores Banamex, S.A. De C. V., Casa de Bolsa, Integrante del Grupo Financiero Banamex ("Accival") which is a wholly owned subsidiary of Citigroup Inc. and is regulated by Comision Nacional Bancaria y de Valores. Reforma 398, Col. Juarez, 06600 Mexico, D.F. In **New Zealand** the Product is made available to 'wholesale clients' only as defined by s5C(1) of the Financial Advisers Act 2008 ('FAA') through Citigroup Global Markets Australia Pty Ltd (ABN 64 003 114 832 and AFSL No. 240992), an overseas financial adviser as defined by the FAA, participant of the ASX Group and regulated by the Australian Securities & Investments Commission. Citigroup Centre, 2 Park Street, Sydney, NSW 2000. The Product is made available in **Pakistan** by Citibank N.A. Pakistan branch, which is regulated by the State Bank of Pakistan and Securities Exchange Commission, Pakistan. AWT Plaza, 1.1. Chundrigar Road, P.O. Box 4889, Karachi-74200. The Product is made available in the **Philippines** through Citicorp Financial Services and Insurance Brokerage Philippines, Inc., which is regulated by the Philippines Securities and Exchange Commission. 20th Floor Citibank Square Bldg. The Product is made available in the Philippines through Citibank NA Philippines branch, Citibank Tower, 8741 Paseo De Roxas, Makati City, Manila. Citibank NA Philippines NA is regulated by The Bangko Sentral ng Pilipinas. The Product is made available in **Poland** by Dom Maklerski Banku Handlowego SA an indirect subsidiary of Citigroup Inc., which is regulated by Komisja Nadzoru Finansowego. Dom Maklerski Banku Handlowego S.A. ul. Senatorska 16, 00-923 Warszawa. The Product is made available in the **Russian Federation** through ZAO Citibank, which is licensed to carry out banking activities in the Russian Federation in accordance with the general banking license issued by the Central Bank of the Russian Federation and brokerage activities in accordance with the license issued by the Federal Service for Financial Markets. Neither the Product nor any information contained in the Product shall be considered as advertising the securities mentioned in this report within the territory of the Russian Federation or outside the Russian Federation. The Product does not constitute an appraisal within the

9

**Citigroup Global Markets**

CONFIDENTIAL

FSLR00059270

**First Solar, Inc. (FSLR)**
27 February 2012

meaning of the Federal Law of the Russian Federation of 29 July 1998 No. 135-FZ (as amended) On Appraisal Activities in the Russian Federation. 8-10 Gasheka Street, 125047 Moscow. The Product is made available in **Singapore** through Citigroup Global Markets Singapore Pte. Ltd. ("CGMSPL"), a capital markets services license holder, and regulated by Monetary Authority of Singapore. Please contact CGMSPL at 1 Temasek Avenue, #39-02 Millenia Tower, Singapore 039192, in respect of any matters arising from, or in connection with, the analysis of this document. This report is intended for recipients who are accredited, expert and institutional investors as defined under the Securities and Futures Act (Cap. 289). The Product is made available by The Citigroup Private Bank in Singapore through Citibank, N.A., Singapore Branch, a licensed bank in Singapore that is regulated by Monetary Authority of Singapore. Please contact your Private Banker in Citibank N.A., Singapore Branch if you have any queries on or any matters arising from or in connection with this document. This report is intended for recipients who are accredited, expert and institutional investors as defined under the Securities and Futures Act (Cap. 289). This report is distributed in Singapore by Citibank Singapore Ltd ("CSL") to selected Citigold/Citigold Private Clients. CSL provides no independent research or analysis of the substance or in preparation of this report. Please contact your Citigold//Citigold Private Client Relationship Manager in CSL if you have any queries on or any matters arising from or in connection with this report. This report is intended for recipients who are accredited investors as defined under the Securities and Futures Act (Cap. 289). Citigroup Global Markets (Pty) Ltd. is incorporated in the **Republic of South Africa** (company registration number 2000/025866/07) and its registered office is at 145 West Street, Sandton, 2196, Saxonwold. Citigroup Global Markets (Pty) Ltd. is regulated by JSE Securities Exchange South Africa, South African Reserve Bank and the Financial Services Board. The investments and services contained herein are not available to private customers in South Africa. The Product is made available in **Spain** by Citigroup Global Markets Limited, which is authorised and regulated by Financial Services Authority. 29 Jose Ortega Y Gassef, 4th Floor, Madrid, 28006, Spain. The Product is made available in the **Republic of China** through Citigroup Global Markets Taiwan Securities Company Ltd. ("CGMTS"), 14 and 15F, No. 1, Songzhi Road, Taipei 110, Taiwan and/or through Citibank Securities (Taiwan) Company Limited ("CSTL"), 14 and 15F, No. 1, Songzhi Road, Taipei 110, Taiwan, subject to the respective license scope of each entity and the applicable laws and regulations in the Republic of China. CGMTS and CSTL are both regulated by the Securities and Futures Bureau of the Financial Supervisory Commission of Taiwan, the Republic of China. No portion of the Product may be reproduced or quoted in the Republic of China by the press or any third parties [without the written authorization of CGMTS and CSTL]. If the Product covers securities which are not allowed to be offered or traded in the Republic of China, neither the Product nor any information contained in the Product shall be considered as advertising the securities or making recommendation of the securities in the Republic of China. The Product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security or financial products. Any decision to purchase securities or financial products mentioned in the Product must take into account existing public information on such security or the financial products or any registered prospectus. The Product is made available in **Thailand** through Citicorp Securities (Thailand) Ltd., which is regulated by the Securities and Exchange Commission of Thailand. 18/F, 22/F and 29/F, 82 North Sathorn Road, Silom, Bangrak, Bangkok 10500, Thailand. The Product is made available in **Turkey** through Citibank AS which is regulated by Capital Markets Board. Tekfen Tower, Eski Buyukdere Caddesi # 209 Kat 2B, 23294 Levent, Istanbul, Turkey. In the **U.A.E**, these materials (the "Materials") are communicated by Citigroup Global Markets Limited, DIFC branch ("CGML"), an entity registered in the Dubai International Financial Center ("DIFC") and licensed and regulated by the Dubai Financial Services Authority ("DFSA") to Professional Clients and Market Counterparties only and should not be relied upon or distributed to Retail Clients. A distribution of the different CIRA ratings distribution, in percentage terms for Investments in each sector covered is made available on request. Financial products and/or services to which the Materials relate will only be made available to Professional Clients and Market Counterparties. The Product is made available in **United Kingdom** by Citigroup Global Markets Limited, which is authorised and regulated by Financial Services Authority. This material may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the FSA and further details as to where this may be the case are available upon request in respect of this material. Citigroup Centre, Canada Square, Canary Wharf, London, E14 5LB. The Product is made available in **United States** by Citigroup Global Markets Inc, which is a member of FINRA and registered with the US Securities and Exchange Commission. 388 Greenwich Street, New York, NY 10013. Unless specified to the contrary, within EU Member States, the Product is made available by Citigroup Global Markets Limited, which is regulated by Financial Services Authority.

Pursuant to Comissão de Valores Mobiliários Rule 483, Citi is required to disclose whether a Citi related company or business has a commercial relationship with the subject company. Considering that Citi operates multiple businesses in more than 100 countries around the world, it is likely that Citi has a commercial relationship with the subject company.

Many European regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of investment research. The policy applicable to CIRA's Products can be found at https://www.citivelocity.com/cvr/eppublic/citi_research_disclosures.

Compensation of equity research analysts is determined by equity research management and Citigroup's senior management and is not linked to specific transactions or recommendations.

The Product may have been distributed simultaneously, in multiple formats, to the Firm's worldwide institutional and retail customers. The Product is not to be construed as providing investment services in any jurisdiction where the provision of such services would not be permitted.

Subject to the nature and contents of the Product, the investments described therein are subject to fluctuations in price and/or value and investors may get back less than originally invested. Certain high-volatility investments can be subject to sudden and large falls in value that could equal or exceed the amount invested. Certain investments contained in the Product may have tax implications for private customers whereby levels and basis of taxation may be subject to change. If in doubt, investors should seek advice from a tax adviser. The Product does not purport to identify the nature of the specific market or other risks associated with a particular transaction. Advice in the Product is general and should not be construed as personal advice given it has been prepared without taking account of the objectives, financial situation or needs of any particular investor. Accordingly, investors should, before acting on the advice, consider the appropriateness of the advice, having regard to their objectives, financial situation and needs. Prior to acquiring any financial product, it is the client's responsibility to obtain the relevant offer document for the product and consider it before making a decision as to whether to purchase the product. With the exception of our product that is made available only to Qualified Institutional Buyers (QIBs), CIRA concurrently disseminates its research via proprietary and non-proprietary electronic distribution platforms. Periodically, individual CIRA analysts may also opt to circulate research posted on such platforms to one or more clients by email. Such email distribution is discretionary and is done only after the research has been disseminated via the aforementioned distribution channels. CIRA simultaneously distributes product that is limited to QIBs only through email distribution.

The level and types of services provided by CIRA analysts to clients may vary depending on various factors such as the client's individual preferences as to the frequency and manner of receiving communications from analysts, the client's risk profile and investment focus and perspective (e.g. market-wide, sector specific, long term, short-term etc.), the size and scope of the overall client relationship with Citi and legal and regulatory constraints.

**CONFIDENTIAL**                                                                                          **FSLR00059271**

**First Solar, Inc. (FSLR)**
27 February 2012

CIRA product may source data from dataCentral. dataCentral is a CIRA proprietary database, which includes Citi estimates, data from company reports and feeds from Reuters and Datastream.

© 2012 Citigroup Global Markets Inc. Citi Investment Research & Analysis is a division of Citigroup Global Markets Inc. Citi and Citi with Arc Design are trademarks and service marks of Citigroup Inc. and its affiliates and are used and registered throughout the world. All rights reserved. Any unauthorized use, duplication, redistribution or disclosure of this report (the "Product"), including, but not limited to, redistribution of the Product by electronic mail, posting of the Product on a website or page, and/or providing to a third party a link to the Product, is prohibited by law and will result in prosecution. The information contained in the Product is intended solely for the recipient and may not be further distributed by the recipient to any third party. Where included in this report, MSCI sourced information is the exclusive property of Morgan Stanley Capital International Inc. (MSCI). Without prior written permission of MSCI, this information and any other MSCI intellectual property may not be reproduced, redisseminated or used to create any financial products, including any indices. This information is provided on an "as is" basis. The user assumes the entire risk of any use made of this information. MSCI, its affiliates and any third party involved in, or related to, computing or compiling the information hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any of this information. Without limiting any of the foregoing, in no event shall MSCI, any of its affiliates or any third party involved in, or related to, computing or compiling the information have any liability for any damages of any kind. MSCI, Morgan Stanley Capital International and the MSCI indexes are services marks of MSCI and its affiliates. The Firm accepts no liability whatsoever for the actions of third parties. The Product may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the Product refers to website material of the Firm, the Firm has not reviewed the linked site. Equally, except to the extent to which the Product refers to website material of the Firm, the Firm takes no responsibility for, and makes no representations or warranties whatsoever as to, the data and information contained therein. Such address or hyperlink (including addresses or hyperlinks to website material of the Firm) is provided solely for your convenience and information and the content of the linked site does not in anyway form part of this document. Accessing such website or following such link through the Product or the website of the Firm shall be at your own risk and the Firm shall have no liability arising out of, or in connection with, any such referenced website.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST

**Citigroup Global Markets**

CONFIDENTIAL

FSLR00059272

# EXHIBIT 69



28 February 2012
Americas/United States
**Equity Research**
Solar Energy

Research Analysts

**Satya Kumar**
415 249 7928
satya.kumar@credit-suisse.com

**Brandon Heiken**
415 249 7930
brandon.heiken@credit-suisse.com

**Farhan Ahmad**
415 249 7929
farhan.ahmad@credit-suisse.com

**Patrick Jobin**
212 325 0843
patrick.jobin@credit-suisse.com

| Rating | NEUTRAL* [V] |
|---|---|
| Price (27 Feb 12, US$) | 36.13 |
| Target price (US$) | 30.00[1] |
| 52-week price range | 160.84 - 30.50 |
| Market cap. (US$ m) | 3,122.53 |
| Enterprise value (US$ m) | 2,293.54 |

*Stock ratings are relative to the relevant country benchmark.
[1]Target price is for 12 months.
[V] = Stock considered volatile (see Disclosure Appendix).

# First Solar (FSLR)

PRE RESULTS COMMENT

## Preview: Will FSLR remain competitive?

**Bottom line – see risks to 2012 guidance, downside risk to $26-$27.** Industry and competitive conditions (German subsidies, c-Si cost structure improvements) have worsened since FSLR's Dec guidance, offset only slightly by the modest increases in poly prices (we think poly prices will start falling again very soon). We estimate there could be an additional 25-50c risk to FSLR's $3.75-$4.25 EPS guidance for 2012, unless system guidance was much more conservative than what was mentioned at the guidance call in December. We would not nit pick too much on short term permitting delays on systems projects as they may not affect 2012 full year guidance. Valuation on paper may be the best supporting argument – gross book-value-per share is ~$46/share, and tangible BVPS is ~$40, and some investors appear wary of being too negative at the stock's recent $36 level, as even mildly positive news (such as demands from opposition parties in Germany to soften proposed FiT cuts) appear to lead to sharp rallies on short covering. However, we think the right way to look at valuations is on sum-of-parts and not on P/E or P/B – as FSLR's book assets are primarily panel factories that have lost competitiveness. On SOTP, we estimate the NPV of FSLR's contracted system projects is worth ~$15-$20/share, there is ~$2/share of net-cash, and new cash generation has been guided to ~$7 – the sum of these three suggests there can be downside to ~$26-$27 levels.

**Assessing risk to 2012 guidance.** Recall that FSLR has guided ~720MW of channel sales – of which ~65-70% or ~500-550MW is in Europe. Every 10% risk to channel volumes impacts EPS by 30c, and every 5c/watt decline in channel ASPs will impact EPS by 35c. C-Si companies are guiding to 85-90c/watt for ASPs in 2012 – FSLR has guided to 72c/watt in cost/watt in 2012.

### Share price performance



Daily Feb 28, 2011 - Feb 27, 2012, 2/28/11 = US$147.39

——— Price   ——— Indexed S&P 500 INDEX

On 02/27/12 the S&P 500 INDEX closed at 1369.02

| Quarterly EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2010A | 2.00 | 2.11 | 2.04 | 1.80 |
| 2011E | 1.33 | 0.70 | 2.25 | 0.58 |
| 2012E | 1.47 | 1.16 | 1.07 | 0.39 |

### Financial and valuation metrics

| Year | 12/10A | 12/11E | 12/12E | 12/13E |
|---|---|---|---|---|
| EPS (CS adj.) (US$) | 7.95 | 4.87 | 4.08 | 5.82 |
| Prev. EPS (US$) | — | — | — | — |
| P/E (x) | 4.5 | 7.4 | 8.9 | 6.2 |
| P/E rel. (%) | 32.5 | 57.7 | 77.5 | 60.9 |
| Revenue (US$ m) | 2,563.5 | 2,820.9 | 3,992.6 | 4,118.9 |
| EBITDA (US$ m) | 928.4 | 717.3 | 767.2 | 639.7 |
| OCFPS (US$) | 6.08 | 1.81 | 7.93 | — |
| P/OCF (x) | 21.4 | 19.9 | 4.6 | 474,824,164,2 |
| EV/EBITDA (current) | 2.9 | 3.8 | 3.6 | 4.3 |
| Net debt (US$ m) | -989 | -829 | -1,233 | — |
| ROIC (%) | 32.86 | 14.42 | 10.80 | 31.97 |

| | | | |
|---|---|---|---|
| Number of shares (m) | 86.42 | IC (current, US$ m) | 2,465.90 |
| BV/share (Next Qtr., US$) | 46.7 | EV/IC (x) | 0.71 |
| Net debt (Next Qtr., US$ m) | -803.4 | Dividend (Next Qtr., US$) | — |
| Net debt/tot cap (Next Qtr., %) | -19.7 | Dividend yield (%) | — |

Source: Company data, Credit Suisse estimates.

**DISCLOSURE APPENDIX CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, INFORMATION ON TRADE ALERTS, ANALYST MODEL PORTFOLIOS AND THE STATUS OF NON-U.S ANALYSTS.** U.S. Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

CREDIT SUISSE

Assuming the historical 20-25c/watt ASP gap persists between FSLR and c-Si, and assuming FSLR's 2012 assumed a 0% cash cost in its channel business, there could be 0-5c/watt ASP risk – or ~17c EPS risk left in 2012 EPS guidance. In Europe, FSLR is less competitive on roof-top than on ground mount – and given the sharp declines in ground mount subsidies in Germany and Italy, we assume there could be at least another 10% risk to Europe volumes, which adds ~30c EPS risk to arrive at an estimated 25-50c additional EPS risk to 2012.

**FSLR has lost its competitiveness in the channel – did you see CSIQ's cost/watt claim?…** In the last 8 quarters, FSLR has had ~22c/watt ASP discount to c-Si. Even that discount has not been a stable level – as we show in the figures in the note, in that time, FSLR's channel share has sharply declined vs c-Si. That was despite the fact that FSLR has sacrificed its channel GM nearly in half – from ~50% to likely under 25% in 4Q11 (see charts). This is a serious issue – as FSLR's guided 2012 cost/watt is ~72c/watt – which is only a couple of pennies below a Canadian Solar, a c-Si competitor's claiming that its ALL-IN cost/watt was only ~74c/watt in 1Q12. This means there is virtually no hope for FSLR to be competitive in the channel business in 2012 – especially in Europe.

**Exhibit 1: FSLR GM falling. FSLR's lower price than crystalline silicon of 15-25c/W challenges ability to maintain competitiveness**



Source: Company data, Credit Suisse estimates

CONFIDENTIAL    FSLR00059274



CREDIT SUISSE

28 February 2012

Exhibit 2: **Falling FSLR market share**



*Source: Company data, Credit Suisse estimates. Share proxy was calculated from FSLR's share of shipments among a select set of suppliers - FSLR, STP, YGE, CSIQ, JKS and TSL.*

**...FSLR's long term channel competitiveness also under threat.** FSLR has guided its long term cost/watt to ~50-54c/watt by 2015, at an efficiency of ~14.5-15.0%. This would represent a meaningful improvement from the 11.7% and 72c/watt in 4Q11. Near term, FSLR is targeting a 100bps efficiency improvement in 2012 – from 11.7% in 4Q11 to 12.7% in 4Q12. At first glance, this improvement appears meaningful relative to the ~14.7-15.0% efficiencies most c-Si companies have on their spec sheets for multi based c-Si panels, which represents a majority of panels made by the industry. However, there is a relatively low-risk "mono-cast" process ramping at several c-Si companies (e.g., see specs for "Honey" cells on TSL's website compared to its conventional panels, or STP etc) which provides a 70-100bps relatively easy efficiency improvement to ~15.5% level, which negates a significant portion of FSLR's efficiency improvement this year. On the same lines that have these mono-cast cells, c-Si companies are also working on roadmaps to implement further low-risk technology improvements – such as selective emitter (JASO/CSUN) and double printing technology (such as Esatto by AMAT) – these can add another 100-150 bps efficiency improvements, bringing panel efficiencies to ~16.5-17.0%. Just taking these "low risk" technology improvements in conjunction – the gap in efficiency between FSLR and c-Si will persist at 250-300bps. Note that c-Si companies are also working on "higher risk" technology improvements such as n-type mono cells (this is not actually higher risk, but higher cost), metal wrap through (ELPS from CSIQ), emitter wrap through (AMAT had acquired a company called Advent in this area), and even fancier

First Solar (FSLR)

3

CONFIDENTIAL

FSLR00059275

CREDIT SUISSE

28 February 2012

options like implant (AMAT's Solion implant method to improve efficiencies etc). These improvement roadmaps suggest that the efficiency gap between FSLR and c-Si could well persist for a substantial period. In addition, note that thin film competition is not something to completely ignore. Recent press on Greentechmedia.com indicates Japanese thin film company Solar Frontier with CIGS technology has shipped 577MW of product in 2011 at 12.2% efficiency – higher than FSLR's 11.7% (we find these numbers, if true, fairly impressive considering where the Yen exchange rates are vs the dollar).

**System competitiveness - evolving picture.** FSLR has by far the largest amount of EPC MW under construction in 2012 compared to most other EPC vendors. However, even in this area, China based companies are catching up. For example, we think GCL has plans to complete over 300MW of EPC projects in the US in 2012 – we think FSLR is experiencing significantly higher competition in winning new PPAs even in the US due to increased EPC competition. CSIQ has also improved its EPC arm, and is completing several projects in Canada and US, some with construction financing provided by Chinese banks. In China, FSLR's EPC business is yet to get off the ground – whereas GCL Poly is targeting over 500MW of EPC projects at ~10-11 RMB/watt ASP (this is the EPC price GCL would charge in a representative China project, ~$1.67/watt). FSLR has the potential to be a competitive global EPC systems player – but this is a significant change in the story compared to being a significantly competitive player in panel manufacturing.

**Outlook.** We are modeling 4Q11 rev/EPS of $715mm/$0.58 vs implied guidance of $694-794mm/$1.46-1.71 and cons of $781mm/$1.54; 1Q12 rev/EPS of $1.09bb/$1.47 vs cons of $788mm/$0.78; and 2012 rev/EPS of $4bb/$4.08 vs guidance of $3.7-4bb/$3.75-4.25 and cons of $3.77bb/$4.18. We are modeling negative EPS in the module business of ($2.38) in 2012 and ($2.40) in 2013, and positive EPS in the systems business of $6.38 in 2012 and $8.15 in 2013. Construction delays with Topaz and AVSR could reduce our 1Q12 rev/EPS/MW by as much as $140mm/$0.39/60MW and $108mm/$0.46/35MW respectively to rev/EPS $846mm/$0.63 from our current 1Q12 estimate of $1.09bb/$1.47. The AVSR permit issue that had delayed the project was resolved on Feb 17th, about half-way through 1Q12.

**Elimination of subsidies for projects over 10MW in Germany is a negative for FSLR.** A proposal in Germany to cut feed-in-tariffs by 20-30% on April 1st and eliminate FiT for new projects over 10MW is a negative for FSLR. In Germany, FSLR has had success in the rooftop market but elsewhere FSLR generally focuses on larger ground mount projects. A 500kW system at E1.7/W gives an IRR of 24% with 1Q12 FiT and 7% with proposed 2Q12 FiT. The weaker economics and the elimination of incentives for systems over 10MW is likely to weaken German demand in 2Q12.

**Idling capacity in Germany.** Cost competiveness in focus. FSLR has announced plans to idle half of the 500MW capacity in Frankfurt (Oder) as of March 1st. The company will match production with demand in Europe. The decline in polysilicon prices from $80/kg one year ago to about $30/kg now has lowered costs for FSLR's competitors using crystalline silicon (c-Si) by roughly 30c/W and has inhibited FSLR from undercutting c-Si prices to maintain full utilizations. 2011 average cost of 74c/W is guided to decline to an average of 72c/W in 2012 including a 5c impact from underutilization. In December, management issued 2015 cost targets of 50-54c/W below, previous 2014 guidance of 52-63c/W.

**Shut down of CIGS – no high efficiency option.** The termination of CIGS R&D has eliminated a higher efficiency option. Instead, the company has redirected funds from CIGS and capex toward accelerating cost declines and efficiency improvements for CdTe. FSLR's average efficiency in 3Q11 was 11.8%. 2012 guidance is for 12.6% average efficiency. New 2015 guidance for 14.5-15% is above previous 2014 guidance of 13.5-14.5%.

CONFIDENTIAL

FSLR00059276

CREDIT SUISSE

Exhibit 3: **FSLR progress in efficiency**



Source: Company data, Credit Suisse estimates

**US tariffs could help FSLR slightly.** A preliminary decision is scheduled for March 19th for US tariffs against China cells and modules. China manufacturers have already begun tolling cells and modules through Taiwan and other regions, possibly adding ~5c/W in cost, to avoid potential retroactive US tariffs. FSLR manufactures primarily in Malaysia, with some capacity in Germany and the US. FSLR North America sales are guided to increase from ~420MW in 2011 to ~1,100MW in 2012.

**Resolution of Antelope Valley Solar Ranch One delay.** FSLR has resolved the permitting issue that had delayed the AV project. FSLR announced on Feb 9th that it may be obliged to repurchase the $75mm, 230MW AVSR project from Exelon if initial funding from the DOE loan guarantee is not received by the extended deadline of February 24, 2012 or if the deadline is not extended further. An outstanding construction permit issue had delayed the DOE loan guarantee funding. FSLR will begin recognizing revenue for the project with initial funding of the loan guarantee. We are modeling 162MW for AV revenue recognition in 2012 out of a total of ~2GW of production.

**Temporary furlough of 50 workers on the Topaz project.** In mid January, FSLR temporarily furloughed workers for an engineering review.

CONFIDENTIAL    FSLR00059277

First Solar (FSLR)

CREDIT SUISSE

**Exhibit 4: FSLR P&L**
*in millions, unless otherwise stated*

| $ in millions | 1Q11A | 2Q11A | 3Q11A | 4Q11E | 1Q12E | 2Q12E | 3Q12E | 4Q12E | 2010A | 2011E | 2012E | 2013E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues from Rev Model | $567.3 | $532.8 | $972.3 | $715.0 | $1,085.5 | $1,040.9 | $1,013.6 | $852.6 | | | | |
| Manufacturing Cost from COGS Model | $313.4 | $339.3 | $626.3 | $522.7 | $807.3 | $793.4 | $784.2 | $697.8 | | | | |
| Revenues | $567.3 | $532.8 | $1,005.8 | $715.0 | $1,085.5 | $1,040.9 | $1,013.6 | $852.6 | $2,563.5 | $2,820.9 | $3,992.6 | $4,118.9 |
| % change q/q | -7% | -6% | 89% | -29% | 52% | -4% | -3% | -16% | | | | |
| % change q/q | 0% | -9% | 26% | 17% | 91% | 95% | 1% | 19% | 24% | 10% | 42% | 3% |
| COGS | $307.6 | $338.0 | $626.6 | $522.7 | $807.3 | $793.4 | $784.2 | $697.8 | $1,360.8 | $1,794.9 | $3,082.7 | $2,971.7 |
| % of sales | 54% | 63% | 62% | 73% | 74% | 76% | 77% | 82% | | | | |
| Ramp Cost | | $0.0 | $0.0 | $0.0 | | $5.0 | | | $0.0 | $0.0 | $5.0 | $5.0 |
| Gross profit | $259.7 | $194.8 | $379.2 | $192.3 | $278.2 | $242.5 | $229.4 | $154.8 | $1,202.8 | $1,026.0 | $904.9 | $1,142.2 |
| %GM | 45.8% | 36.6% | 37.7% | 26.9% | 25.6% | 23.3% | 22.6% | 18.2% | 46.9% | 36.4% | 22.7% | 27.7% |
| SG&A | $87.0 | $86.9 | $112.7 | $88.0 | $86.2 | $81.9 | $77.8 | $73.9 | $316.1 | $374.6 | $319.9 | $314.7 |
| % of sales | 15.3% | 16.3% | 11.2% | 12.3% | 7.9% | 7.9% | 7.7% | 8.7% | 12.3% | 13.3% | 8.0% | 7.6% |
| R&D | $31.4 | $33.1 | $38.2 | $38.9 | $40.1 | $40.1 | $40.1 | $40.1 | $94.8 | $141.5 | $160.4 | $172.8 |
| % of sales | 5.5% | 6.2% | 3.8% | 5.4% | 3.7% | 3.9% | 4.0% | 4.7% | 3.7% | 5.0% | 4.0% | 4.2% |
| Tot. OpEx | $118.4 | $120.0 | $150.9 | $126.9 | $126.3 | $122.0 | $117.9 | $114.0 | $410.9 | $516.2 | $480.3 | $487.5 |
| % of sales | 20.9% | 22.5% | 15.0% | 17.8% | 11.6% | 11.7% | 11.6% | 13.4% | 16.0% | 18.3% | 12.0% | 11.8% |
| Production Startup | $11.9 | $10.3 | $5.5 | $9.5 | $3.8 | $3.8 | $3.8 | $3.8 | $19.4 | $37.2 | $15.0 | $15.0 |
| % of sales | 2.1% | 1.9% | 0.5% | 1.3% | 0.3% | 0.4% | 0.4% | 0.4% | 0.8% | 1.3% | 0.4% | 0.4% |
| Operating Income | $129.4 | $64.5 | $222.7 | $55.9 | $148.1 | $116.7 | $107.7 | $37.1 | $772.4 | $472.6 | $409.6 | $639.7 |
| %OpM | 22.8% | 12.1% | 22.1% | 7.8% | 13.6% | 11.2% | 10.6% | 4.3% | 30.1% | 16.8% | 10.3% | 15.5% |
| Foreign Currency Gain (loss) | $1.0 | $1.7 | -$1.9 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | -$3.5 | $0.8 | $0.0 | $0.0 |
| Interest Income (Expense) | $3.0 | $3.4 | $3.2 | $3.2 | $3.2 | $3.2 | $3.2 | $3.2 | $14.4 | $12.9 | $12.9 | $12.9 |
| Non Oper Income | -$0.3 | $2.4 | -$1.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $2.3 | $0.7 | $0.0 | $0.0 |
| Pre-tax Income | $133.0 | $72.0 | $222.8 | $59.1 | $151.4 | $119.9 | $111.0 | $40.3 | $785.6 | $486.9 | $422.5 | $652.6 |
| % of sales | 23.4% | 13.5% | 22.1% | 8.3% | 13.9% | 11.5% | 10.9% | 4.7% | 30.6% | 17.3% | 10.6% | 15.8% |
| Taxes | $17.0 | $10.8 | $26.3 | $8.4 | $22.7 | $18.0 | $16.6 | $6.0 | $98.0 | $62.5 | $63.4 | $130.5 |
| %TR | 12.8% | 15.0% | 11.8% | 14.2% | 15.0% | 15.0% | 15.0% | 15.0% | 12.5% | 12.8% | 15.0% | 20.0% |
| Net Income | $116.0 | $61.1 | $196.5 | $50.7 | $128.7 | $101.9 | $94.3 | $34.2 | $687.6 | $424.4 | $359.1 | $522.1 |
| % of sales | 20.4% | 11.5% | 19.5% | 7.1% | 11.9% | 9.8% | 9.3% | 4.0% | 26.8% | 15.0% | 9.0% | 12.7% |
| EPS | $1.33 | $0.70 | $2.25 | $0.58 | $1.47 | $1.16 | $1.07 | $0.39 | $7.95 | $4.87 | $4.08 | $5.82 |

*Source: Company data, Credit Suisse estimates*

28 February 2012

CONFIDENTIAL

FSLR00059278

First Solar (FSLR)

**Companies Mentioned** *(Price as of 27 Feb 12)*
Applied Materials Inc. (AMAT, $12.53, NEUTRAL, TP $13.00)
Canadian Solar (CSIQ, $3.77)
China Sunergy (CSUN, $2.40)
First Solar (FSLR, $36.13, NEUTRAL [V], TP $30.00)
GCL Poly Energy (3800.F)
JA Solar Holdings (JASO.OQ, $1.86, RESTRICTED [V])
Suntech Power Holdings Co., Ltd. (STP.N, $3.14, UNDERPERFORM [V], TP $2.50)
Trina Solar Ltd (TSL.N, $7.93, NEUTRAL [V], TP $8.00)

# Disclosure Appendix

## Important Global Disclosures

Satya Kumar & Brandon Heiken each certify, with respect to the companies or securities that he or she analyzes, that (1) the views expressed in this report accurately reflect his or her personal views about all of the subject companies and securities and (2) no part of his or her compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

*See the Companies Mentioned section for full company names.*

## 3-Year Price, Target Price and Rating Change History Chart for FSLR

| FSLR Date | Closing Price (US$) | Target Price (US$) | Rating | Initiation/ Assumption |
|---|---|---|---|---|
| 4/30/09 | 187.29 | 175 | | |
| 6/1/09 | 189.06 | 200 | | |
| 7/31/09 | 154.39 | 135 | N | |
| 10/29/09 | 126.47 | 115 | | |
| 12/17/09 | 135.73 | 132 | | |
| 2/18/10 | 126.29 | 115 | | |
| 4/29/10 | 150.87 | 145 | | |
| 5/21/10 | 113.95 | 110.2 | | |
| 6/17/10 | 123.45 | 150 | O | |
| 9/16/10 | 144.38 | 160 | | |
| 10/29/10 | 137.68 | 155 | | |
| 11/17/10 | 122.83 | 127.5 | N | |
| 12/15/10 | 135.15 | 137 | | |
| 5/4/11 | 126.33 | 115 | | |
| 6/13/11 | 116.31 | 100 | | |
| 6/30/11 | 132.27 | 135 | | |
| 10/3/11 | 57.9 | 80 | | |
| 11/4/11 | 49.59 | 62 | | |
| 12/15/11 | 31.45 | 30 | | |



O=Outperform; N=Neutral; U=Underperform; R=Restricted; NR=Not Rated; NC=Not Covered

## Trading Alerts for FSLR were produced on:

| Date |
|---|
| 8/17/2009 |

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities.

## Analysts' stock ratings are defined as follows:

**Outperform (O):** The stock's total return is expected to outperform the relevant benchmark* by at least 10-15% (or more, depending on perceived risk) over the next 12 months.

**Neutral (N):** The stock's total return is expected to be in line with the relevant benchmark* (range of ±10-15%) over the next 12 months.

**Underperform (U):** The stock's total return is expected to underperform the relevant benchmark* by 10-15% or more over the next 12 months.

*Relevant benchmark by region: As of 29th May 2009, Australia, New Zealand, U.S. and Canadian ratings are based on (1) a stock's absolute total return potential to its current share price and (2) the relative attractiveness of a stock's total return potential within an analyst's coverage universe**, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. Some U.S. and Canadian ratings may fall outside the absolute total return ranges defined above, depending on market conditions and industry factors. For Latin American, Japanese, and non-Japan Asia stocks, ratings are based on a stock's total return relative to the average total return of

FSLR00059279

First Solar (FSLR)

the relevant country or regional benchmark; for European stocks, ratings are based on a stock's total return relative to the analyst's coverage universe**. For Australian and New Zealand stocks, 12-month rolling yield is incorporated in the absolute total return calculation and a 15% and a 7.5% threshold replace the 10-15% level in the Outperform and Underperform stock rating definitions, respectively. The 15% and 7.5% thresholds replace the +10-15% and -10-15% levels in the Neutral stock rating definition, respectively.

**An analyst's coverage universe consists of all companies covered by the analyst within the relevant sector.

**Restricted (R):** In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.

**Volatility Indicator [V]:** A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward.

**Analysts' coverage universe weightings are distinct from analysts' stock ratings and are based on the expected performance of an analyst's coverage universe\* versus the relevant broad market benchmark\*\*:**

**Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.

**Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.

**Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

*An analyst's coverage universe consists of all companies covered by the analyst within the relevant sector.

**The broad market benchmark is based on the expected return of the local market index (e.g., the S&P 500 in the U.S.) over the next 12 months.

**Credit Suisse's distribution of stock ratings (and banking clients) is:**

| Global Ratings Distribution | | |
|---|---|---|
| Outperform/Buy* | 46% | (60% banking clients) |
| Neutral/Hold* | 42% | (57% banking clients) |
| Underperform/Sell* | 10% | (49% banking clients) |
| Restricted | 2% | |

*For purposes of the NYSE and NASD ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.

Credit Suisse's policy is to update research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated herein.

Credit Suisse's policy is only to publish investment research that is impartial, independent, clear, fair and not misleading. For more detail please refer to Credit Suisse's Policies for Managing Conflicts of Interest in connection with Investment Research: http://www.csfb.com/research-and-analytics/disclaimer/managing_conflicts_disclaimer.html

Credit Suisse does not provide any tax advice. Any statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purposes of avoiding any penalties.

See the Companies Mentioned section for full company names.

**Price Target:** (12 months) for (FSLR)

**Method:** Our $30 target price for FSLR is calculated using sum of parts method. The revised valuation of $30/share includes a discounted cash flow of the proejct pipeline for $25 per share + $5/ share in net cash.

**Risks:** We see these risks to the achievement of our $30 target price for First Solar: (1) the reduction of government incentives before 2012-15, because solar energy is not economical today; (2) the challenge of driving down manufacturing costs, (3) the company's high concentration of sales in Europe, (4) the public's association of the toxicity of Cadmium with First Solar's product, (5) rising interest rates and economic weakness, (6) EUR/USD exchange rate, and (7) industry oversupply.

Please refer to the firm's disclosure website at www.credit-suisse.com/researchdisclosures for the definitions of abbreviations typically used in the target price method and risk sections.

See the Companies Mentioned section for full company names.

The subject company (FSLR) currently is, or was during the 12-month period preceding the date of distribution of this report, a client of Credit Suisse.

Credit Suisse provided investment banking services to the subject company (FSLR) within the past 12 months.

Credit Suisse has received investment banking related compensation from the subject company (FSLR) within the past 12 months.

Credit Suisse expects to receive or intends to seek investment banking related compensation from the subject company (FSLR) within the next 3 months.

As of the date of this report, Credit Suisse Securities (USA) LLC makes a market in the securities of the subject company (FSLR).

**Important Regional Disclosures**

Singapore recipients should contact a Singapore financial adviser for any matters arising from this research report.

The analyst(s) involved in the preparation of this report have not visited the material operations of the subject company (FSLR) within the past 12 months.

Restrictions on certain Canadian securities are indicated by the following abbreviations: NVS--Non-Voting shares; RVS--Restricted Voting Shares; SVS--Subordinate Voting Shares.

First Solar (FSLR)

Individuals receiving this report from a Canadian investment dealer that is not affiliated with Credit Suisse should be advised that this report may not contain regulatory disclosures the non-affiliated Canadian investment dealer would be required to make if this were its own report.

For Credit Suisse Securities (Canada), Inc.'s policies and procedures regarding the dissemination of equity research, please visit http://www.csfb.com/legal_terms/canada_research_policy.shtml.

As of the date of this report, Credit Suisse acts as a market maker or liquidity provider in the equities securities that are the subject of this report.

Principal is not guaranteed in the case of equities because equity prices are variable.

Commission is the commission rate or the amount agreed with a customer when setting up an account or at anytime after that.

CS may have issued a Trade Alert regarding this security. Trade Alerts are short term trading opportunities identified by an analyst on the basis of market events and catalysts, while stock ratings reflect an analyst's investment recommendations based on expected total return over a 12-month period relative to the relevant coverage universe. Because Trade Alerts and stock ratings reflect different assumptions and analytical methods, Trade Alerts may differ directionally from the analyst's stock rating.

The author(s) of this report maintains a CS Model Portfolio that he/she regularly adjusts. The security or securities discussed in this report may be a component of the CS Model Portfolio and subject to such adjustments (which, given the composition of the CS Model Portfolio as a whole, may differ from the recommendation in this report, as well as opportunities or strategies identified in Trading Alerts concerning the same security). The CS Model Portfolio and important disclosures about it are available at www.credit-suisse.com/ti.

Taiwanese Disclosures: Reports written by Taiwan-based analysts on non-Taiwan listed companies are not considered recommendations to buy or sell securities under Taiwan Stock Exchange Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers.

To the extent this is a report  authored in whole or in part by a non-U.S. analyst and is made available in the U.S., the following are important disclosures regarding any non-U.S. analyst contributors:

The non-U.S. research analysts listed below (if any) are not registered/qualified as research analysts with FINRA. The non-U.S. research analysts listed below may not be associated persons of CSSU and therefore may not be subject to the NASD Rule 2711 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

For Credit Suisse disclosure information on other companies mentioned in this report, please visit the website at www.credit-suisse.com/researchdisclosures or call +1 (877) 291-2683.

Disclaimers continue on next page.

CONFIDENTIAL                                                                                                                              FSLR00059281



This report is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse AG, the Swiss bank, or its subsidiaries or its affiliates ("CS") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CS. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CS. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CS or its affiliates.

The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CS may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CS will not treat recipients as its customers by virtue of their receiving the report. The investments or services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice or a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you. CS does not offer advice on the tax consequences of investment and you are advised to contact an independent tax adviser. Please note in particular that the bases and levels of taxation may change.

CS believes the information and opinions in the Disclosure Appendix of this report are accurate and complete. Information and opinions presented in the other sections of the report were obtained or derived from sources CS believes are reliable, but CS makes no representations as to their accuracy or completeness. Additional information is available upon request. CS accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that liability arises under specific statutes or regulations applicable to CS. This report is not to be relied upon in substitution for the exercise of independent judgment. CS may have issued, and may in the future issue, a trading call regarding this security. Trading calls are short term trading opportunities based on market events and catalysts, while stock ratings reflect investment recommendations based on expected total return over a 12-month period as defined in the disclosure section. Because trading calls and stock ratings reflect different assumptions and analytical methods, trading calls may differ directionally from the stock rating. In addition, CS may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and CS is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report. CS is involved in many businesses that relate to companies mentioned in this report. These businesses include specialized trading, risk arbitrage, market making, and other proprietary trading.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgement at its original date of publication by CS and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk.

Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase.

Some investments discussed in this report have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment, in such circumstances you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed.

This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of CS, CS has not reviewed the linked site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CS's own website material) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through this report or CS's website shall be at your own risk.

This report is issued and distributed in Europe (except Switzerland) by Credit Suisse Securities (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is regulated in the United Kingdom by The Financial Services Authority ("FSA"). This report is being distributed in Germany by Credit Suisse Securities (Europe) Limited Niederlassung Frankfurt am Main regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht ("BaFin"). This report is being distributed in the United States by Credit Suisse Securities (USA) LLC ; in Switzerland by Credit Suisse AG; in Canada by Credit Suisse Securities (Canada), Inc.; in Brazil by Banco de Investimentos Credit Suisse (Brasil) S.A. or its affiliates; in Mexico by Banco Credit Suisse (México), S.A. (transactions related to the securities mentioned in this report will only be effected in compliance with applicable regulation); in Japan by Credit Suisse Securities (Japan) Limited, Financial Instrument Firm, Director-General of Kanto Local Finance Bureau (Kinsho) No. 66, a member of Japan Securities Dealers Association, The Financial Futures Association of Japan, Japan Securities Investment Advisers Association, Type II Financial Instruments Firms Association; elsewhere in Asia/Pacific by whichever of the following is the appropriately authorised entity in the relevant jurisdiction: Credit Suisse (Hong Kong) Limited, Credit Suisse Equities (Australia) Limited , Credit Suisse Securities (Thailand) Limited, Credit Suisse Securities (Malaysia) Sdn Bhd, Credit Suisse AG, Singapore Branch, Credit Suisse Securities (India) Private Limited regulated by the Securities and Exchange Board of India (registration Nos. INB230970637; INF230970637; INB010970631; INF010970631), having registered address at 9th Floor, Ceejay House,Dr.A.B. Road, Worli, Mumbai - 18, India, T- +91-22 6777 3777, Credit Suisse Securities (Europe) Limited, Seoul Branch, Credit Suisse AG, Taipei Securities Branch, PT Credit Suisse Securities Indonesia, Credit Suisse Securities (Philippines ) Inc., and elsewhere in the world by the relevant authorised affiliate of the above. Research on Taiwanese securities produced by Credit Suisse AG, Taipei Securities Branch has been prepared by a registered Senior Business Person. Research provided to residents of Malaysia is authorised by the Head of Research for Credit Suisse Securities (Malaysia) Sdn. Bhd., to whom they should direct any queries on +603 2723 2020.

In jurisdictions where CS is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements. Non-U.S. customers wishing to effect a transaction should contact a CS entity in their local jurisdiction unless governing law permits otherwise. U.S. customers wishing to effect a transaction should do so only by contacting a representative at Credit Suisse Securities (USA) LLC in the U.S.

Please note that this report was originally prepared and issued by CS for distribution to their market professional and institutional investor customers. Recipients who are not market professional or institutional investor customers of CS should seek the advice of their independent financial advisor prior to taking any investment decision based on this report or for any necessary explanation of its contents. This research may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the FSA or in respect of which the protections of the FSA for private customers and/or the UK compensation scheme may not be available, and further details as to where this may be the case are available upon request in respect of this report.

Any Nielsen Media Research material contained in this report represents Nielsen Media Research's estimates and does not represent facts. NMR has neither reviewed nor approved this report and/or any of the statements made herein.

If this report is being distributed by a financial institution other than Credit Suisse AG, or its affiliates, that financial institution is solely responsible for distribution. Clients of that institution should contact that institution to effect a transaction in the securities mentioned in this report or require further information. This report does not constitute investment advice by Credit Suisse to the clients of the distributing financial institution, and neither Credit Suisse AG, its affiliates, and their respective officers, directors and employees accept any liability whatsoever for any direct or consequential loss arising from their use of this report or its content.

Copyright 2012 CREDIT SUISSE AG and/or its affiliates. All rights reserved.

**CREDIT SUISSE SECURITIES (USA) LLC**
United States of America: +1 (212) 325-2000

FSLR02282012.doc

**CONFIDENTIAL**