James P. Bennett (*Admitted pro hac vice*)
JBennett@mofo.com
Paul Flum (*Admitted pro hac vice*)
PaulFlum@mofo.com
Jordan Eth (*Admitted pro hac vice*)
JEth@mofo.com
Judson E. Lobdell (*Admitted pro hac vice*)
JLobdell@mofo.com
Anna Erickson White (*Admitted pro hac vice*)
AWhite@mofo.com
Philip T. Besirof (*Admitted pro hac vice*)
PBesirof@mofo.com
Mark R.S. Foster (*Admitted pro hac vice*)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105–2482
(415) 268-7000

Maureen Beyers, Arizona Attorney No. 017134
MBeyers@omlaw.com
Joseph N. Roth, Arizona Attorney No. 025725
JRoth@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue
Phoenix, Arizona 85012–2793
(602) 640-9000

Attorneys for Defendants
First Solar, Inc., Michael J. Ahearn, Robert J. Gillette,
Mark R. Widmar, Jens Meyerhoff, James Zhu,
Bruce Sohn, and David Eaglesham

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, individually and on behalf of all other persons similarly situated,<br><br>              Plaintiff,<br><br>vs.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham,<br><br>              Defendants. | Case No.    CV12-00555-PHX–DGC<br><br>**APPENDIX OF REBUTTAL EXHIBITS IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

| Exhibit | Document Description | Evidentiary Support |
|---|---|---|
| 1 | Chart of Challenged Statements (updated with citations to Reply), organized in chronological order | Flum Decl. ¶ 3 |
| 2 | Directive 1999/44/EC of the European Parliament and of the Council of May 25, 1999 – On Certain Aspects of the Sale of Consumer Goods and Associated Guarantees (published July 7, 1999, in the Official Journal of the European Communities) | Flum Decl. ¶ 4 |
| 3 | Cowen and Co. analyst report "Mix Shift From Systems To Modules Reflects Strong Demand," February 25, 2011, Bates No. FSLR00065773-FSLR00065782 | Flum Decl. ¶ 5 |
| 4 | PwC Workpaper:  First Solar – PBG Inventory Reconciliation, December 31, 2010, Bates No. PWC0073940 | D'Angelo Decl. ¶ 3 |
| 5 | PwC Workpaper:  Perform inquiries regarding certain significant and complex matters, Bates No. PWC0062487-PWC0062498 | D'Angelo Decl. ¶ 4 |
| 6 | Excerpt of PwC Workpaper:  Accrual calculations, Bates No. PWC0066917 | D'Angelo Decl. ¶ 5 |
| 7 | *[Lodged Under Seal]* Excerpt of Presentation:  First Solar Board of Directors, April 27, 2011, Bates No. PWC0075865-PWC0075991 | D'Angelo Decl. ¶ 6 |
| 8 | Memorandum:  Bryan Schumaker to Financial Reporting Files, October 20, 2011, Bates No. PWC0084480-PWC0084486 | D'Angelo Decl. ¶ 7 |
| 9 | Excerpts from Transcript of Deposition:  Adam D'Angelo, January 30, 2015 | Flum Decl. ¶ 6 |
| 10 | Excerpts from Transcript of Deposition:  David Eaglesham, January 21, 2015 | Flum Decl. ¶ 7 |
| 11 | Excerpts from Transcript of Deposition:  Georgette Gillen, August 7, 2014 | Flum Decl. ¶ 8 |

| Exhibit | Document Description | Evidentiary Support |
|---|---|---|
| 12 | Excerpts from Transcript of Deposition:  Terry Lee Kallenbach, March 2, 2015 | Flum Decl. ¶ 9 |
| 13 | Excerpts from Transcript of Deposition:  Adrianne Kimber, November 25, 2014 | Flum Decl. ¶ 10 |
| 14 | *[Lodged Under Seal]* Excerpts from Transcript of Deposition:  Mike Koralewski, December 17, 2014 | Flum Decl. ¶ 11 |
| 15 | Excerpts from Transcript of Deposition:  Mike Koralewski 30(b)(6), February 26, 2015 | Flum Decl. ¶ 12 |
| 16 | Excerpts from Transcript of Deposition:  Bruce Sohn, February 6, 2015 | Flum Decl. ¶ 13 |
| 17 | Excerpts from Transcript of Deposition:  Andrey Xavier, February 25, 2015 | Flum Decl. ¶ 14 |
| 18 | Excerpts from Transcript of Deposition:  Mark Widmar, February 5, 2015 | Flum Decl. ¶ 15 |
| 19 | Email:  Ora Crossley to Jens Meyerhoff and others, December 18, 2009, Bates No. FSLR02096725- FSLR02096728 | Gillen Dep. Tr. (Ex. 11) at 126:18-130:19  Flum Decl. ¶ 16 |
| 20 | Email:  Bryan Schumaker to firstsolaraudit@us.pwc.com, July 20, 2009, Bates No. FSLR00276776 Attachment:  LPM Warranty Reserve Analysis, Bates No. FSLR00276777 | Schumaker Decl. ¶ 3 |
| 21 | Email:  Bryan Schumaker to Garret Tripp, February 23, 3011, Bates No. FSLR01072708 Attachment:  2010 Year-end Warranty Analysis, February 15, 2011, Bates No. FSLR01072709- FSLR01072714 | Schumaker Decl. ¶ 4 |

| Exhibit | Document Description | Evidentiary Support |
|---|---|---|
| 22 | *[Lodged Under Seal]*<br>Email:  Jay Mehta to Sridhar Krishna, Mike Koralewski, and others, July 8, 2009, Bates No. FSLR01084814- FSLR01084816<br>Attachment:  First Solar Presentation:  Light Soak to Field Power Loss Modeling Efforts, Bates No. FSLR01084819-FSLR01084828 | Koralewski Decl. ¶ 3 |
| 23 | *[Lodged Under Seal]*<br>Memorandum:  P90 Mfg Forecast November 2009 Official used for AOP LRR (3), November 24, 2009, Bates No. FSLR01133807 | Van Dyke Decl. ¶ 7 |
| 24 | Email:  TK Kallenbach to Mark Widmar, Bryan Schumaker, and others, September 7, 2011, Bates No. FSLR01391657-FSLR01391658 | Schumaker Decl. ¶ 5 |
| 25 | *[Lodged Under Seal]*<br>Email:  TK Kallenbach to FS Executive Staff and others, November 15, 2010, Bates No. FSLR02138256-FSLR02138257<br>Attachment:  First Solar Presentation:  LPM Status Update, November 12, 2010, Bates No. FSLR02138258-FSLR02138283 | Koralewski Decl. ¶ 4 |
| 26 | *[Lodged Under Seal]*<br>Memorandum:  Field-Stabilized Power Distribution of First Solar Standard Product, Bates No. FSLR02199853-FSLR02199860 | Koralewski Decl. ¶ 5 |

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California  94105-2482.  I am not a party to this case, and I am over the age of eighteen years.

I electronically transmitted the attached document and all exhibits to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, with the exception of the following exhibits, which were submitted under seal and served on the following recipients by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

- Exhibit 7, bearing Bates Nos. PWC0075865-PWC0075991
- Exhibit 14, excerpts from the December 17, 2014 deposition of Mike Koralewski
- Exhibit 22, bearing Bates Nos. FSLR01084814- FSLR01084816; FSLR01084819- FSLR01084828
- Exhibit 23, bearing Bates Nos. FSLR01133807
- Exhibit 25, bearing Bates Nos. FSLR02138256-FSLR02138283
- Exhibit 26, bearing Bates Nos. FSLR02199853-FSLR02199860

| | | |
|---|---|---|
| Michael J. Dowd<br>miked@rgrdlaw.com | Darryl Alvarado<br>Darryl Alvarado@rgrdlaw.com | *Attorneys for Plaintiffs* |
| Daniel S. Drosman<br>dand@rgrdlaw.com | Jennifer Caringal<br>jcaringal@rgrdlaw.com | |
| Jason A. Forge<br>Jforge@rgrdlaw.com | Cody Lejeune<br>clejeune@rgrdlaw.com | |
| Luke O. Brooks<br>lukeb@rgrdlaw.com | Chris Stewart<br>cstewart@rgrdlaw.com | |
| Mark Solomon<br>marks@rgrdlaw.com | | |
| Darren Robins<br>darrenr@rgrdlaw.com | | |
| Theresa Holindrake<br>tholindrake@rgrdlaw.com | | |
| Karen Cook<br>karenc@rgrdlaw.com | | |
| Andy Rudolph<br>andyr@rgrdlaw.com | | |
| Terry Koelbl<br>tkoelbl@rgrdlaw.com | | |

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, this 22nd day of May, 2015.

| Rosemary Barajas | */s/ Rosemary Barajas* |
|---|---|
| (typed) | (signature) |