James P. Bennett (*Admitted pro hac vice*)
JBennett@mofo.com
Paul Flum (*Admitted pro hac vice*)
PaulFlum@mofo.com
Jordan Eth (*Admitted pro hac vice*)
JEth@mofo.com
Judson E. Lobdell (*Admitted pro hac vice*)
JLobdell@mofo.com
Anna Erickson White (*Admitted pro hac vice*)
AWhite@mofo.com
Philip T. Besirof (*Admitted pro hac vice*)
PBesirof@mofo.com
Mark R.S. Foster (*Admitted pro hac vice*)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
(415) 268-7000

Maureen Beyers, Arizona Attorney No. 017134
MBeyers@omlaw.com
Joseph N. Roth, Arizona Attorney No. 025725
JRoth@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue
Phoenix, AZ 85012-2793
(602) 640-9000

Attorneys for Defendants
First Solar, Inc., Michael J. Ahearn, Robert J. Gillette,
Mark R. Widmar, Jens Meyerhoff, James Zhu,
Bruce Sohn, and David Eaglesham

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, individually and on behalf of all other persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham,<br><br>    Defendants. | Case No. CV12-00555-PHX-DGC<br><br>**REBUTTAL DECLARATION OF PAUL FLUM IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

1.      I, Paul Flum, am an attorney licensed to practice law in the State of California and am admitted *pro hac vice* to practice before this Court.  I am a partner with the law firm of Morrison & Foerster LLP, and I am counsel of record for Defendants First Solar, Inc. ("First Solar"), Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham.  I submit this rebuttal declaration in support of Defendants' Reply in Support of Motion for Summary Judgment. Except for any matters stated on information and belief, I have personal knowledge of the facts stated below.

2.      Each of the exhibits referenced below refers to the exhibits numbered in the Appendix of Rebuttal Exhibits to Defendants' Reply in Support of Motion for Summary Judgment.

3.      Rebuttal Exhibit 1 is a an updated version of Exhibit 1 (Dkt. No. 327-1), which was submitted concurrently with Defendants' Motion for Summary Judgment, and described in paragraph 3 in my declaration of March 27, 2015 (Dkt. No. 322).  The chart has been updated to include cross references to Defendants' Reply in Support of Motion for Summary Judgment.  The text (and emphasis) of each allegedly misleading statement set forth in Rebuttal Exhibit 1 is copied verbatim from the FAC.

4.      Rebuttal Exhibit 2 is a true and correct copy of Directive 1999/44/EC of the European Parliament and of the Council, titled On Certain Aspects of the Sale of Consumer Goods and Associated Guarantees, May 25, 1999, published on July 7, 1999, in the Official Journal of the European Communities.  This document was obtained by downloading it from EUR-Lex, the website maintained by the Publications Office of the European Union, at:

http://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:31999L0044&rid=1

5.      Rebuttal Exhibit 3 includes a true and correct copy of a Cowen and Co. analyst report, titled "Mix Shift From Systems to Modules Reflects Strong Demand," dated February 25, 2011.  Thomson Reuters makes these analyst reports available to the investing public on its online database, Thomson One, and the first copy of the report

included with Rebuttal Exhibit 3 was downloaded from this service.  Rebuttal Exhibit 3 also contains an identical copy of the same analyst report, which was produced from the files of First Solar in this litigation on March  25, 2014, with Bates No. FSLR00065773-FSLR00065782.

6.     Rebuttal Exhibit 9 is a true and correct excerpt from the certified transcript of the deposition of Adam D'Angelo, taken on January 30, 2015.

7.     Rebuttal Exhibit 10 is a true and correct excerpt from the certified transcript of the deposition of David Eaglesham, taken on January 21, 2015.

8.     Rebuttal Exhibit 11 is a true and correct excerpt from the certified transcript of the deposition of Georgette Gillen, taken on August 7, 2014.

9.     Rebuttal Exhibit 12 is a true and correct excerpt from the certified transcript of the deposition of Terry Lee Kallenbach, taken on March 2, 2015.

10.     Rebuttal Exhibit 13 is a true and correct excerpt from the certified transcript of the deposition of Adrianne Kimber, taken on November 25, 2014.

11.     Rebuttal Exhibit 14 is a true and correct excerpt from the certified transcript of the deposition of Mike Koralewski, taken on December 17, 2014.

12.     Rebuttal Exhibit 15 is a true and correct excerpt from the certified transcript of the Rule 30(b)(6) deposition of Mike Koralewski, taken on February 26, 2015.

13.     Rebuttal Exhibit 16 is a true and correct excerpt from the certified transcript of the deposition of Bruce Sohn, taken on February 6, 2015.

14.     Rebuttal Exhibit 17 is a true and correct excerpt from the certified transcript of the Rule 30(b)(6) deposition of Andrey Xavier, taken on February 25, 2015.

15.     Rebuttal Exhibit 18 is a true and correct excerpt from the certified transcript of the deposition of Mark Widmar, taken on February 5, 2015.

16.     Rebuttal Exhibit 19 is a true and correct copy of deposition exhibit 11 from the deposition of Georgette Gillen, taken on August 7, 2014.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on May 22, 2015, in San Francisco, California.

_____
PAUL FLUM