James P. Bennett (*Admitted pro hac vice*)
JBennett@mofo.com
Paul Flum (*Admitted pro hac vice*)
PaulFlum@mofo.com
Jordan Eth (*Admitted pro hac vice*)
JEth@mofo.com
Judson E. Lobdell (*Admitted pro hac vice*)
JLobdell@mofo.com
Anna Erickson White (*Admitted pro hac vice*)
AWhite@mofo.com
Philip T. Besirof (*Admitted pro hac vice*)
PBesirof@mofo.com
Mark R.S. Foster (*Admitted pro hac vice*)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
(415) 268-7000

Maureen Beyers, Arizona Attorney No. 017134
MBeyers@omlaw.com
Joseph N. Roth, Arizona Attorney No. 025725
JRoth@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue
Phoenix, AZ 85012-2793
(602) 640-9000

Attorneys for Defendants
First Solar, Inc., Michael J. Ahearn, Robert J. Gillette,
Mark R. Widmar, Jens Meyerhoff, James Zhu,
Bruce Sohn, and David Eaglesham

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, individually and on behalf of all other persons similarly situated,<br><br>                         Plaintiff,<br><br>vs.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham,<br><br>                         Defendants. | CASE NO.   CV12-00555-PHX-DGC<br><br>**REBUTTAL DECLARATION OF MICHAEL KORALEWSKI IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, MICHAEL KORALEWSKI, declare as follows:

1.      I make this Rebuttal Declaration on personal knowledge.  If called as a witness, I could testify to the following facts.

2.      I submitted a declaration on March 27, 2015 in support of Defendants' Motion for Summary Judgment.  That declaration sets out my background and experience at First Solar.

3.      Rebuttal Exhibit 22 [FSLR01084814] is a true and correct copy of an e-mail and attached PowerPoint presentation I received from Jay Mehta on July 8, 2009. The PowerPoint presentation beginning at FSLR01084819 contains analysis performed by Mr. Mehta regarding STBi and field power loss of First Solar's modules.  Mr. Mehta's analysis confirmed what I believed in July 2009:  First Solar's internal analysis did not find a statistically significant correlation between STBi and field power loss.

4.      Rebuttal Exhibit 25 [FSLR02138256] is a true and correct copy of an e-mail and attached PowerPoint presentation I received from TK Kallenbach on November 15, 2010.  The PowerPoint presentation contains a slide on FSLR02138263 that I asked my staff to prepare in November 2010.  This slide reflects my belief that First Solar's ability to locate LPMs in the field (i.e., the LPM "hit rate") improved following the successful adoption of new remediation methodologies in the second and third quarters of 2010.  Working with other First Solar employees, I regularly generated this and other similar slides contained in LPM status presentations as part of my normal duties related to managing the LPM remediation program.  I contributed similar slides to multiple updated iterations of this presentation each month for distribution to First Solar's staff and executive leadership.

5.      Rebuttal Exhibit 26 [FSLR02199853] is a true and correct copy of a white paper describing the power distribution of First Solar's modules after extended exposure in the field.  This document resulted from a collaborative process involving input from First Solar's engineering, quality, technical sales, and product management staff.  It was prepared as part of our normal duties related to monitoring and analyzing the field

performance of First Solar's modules.  I contributed to the contents of this document and approved its publication in December 2010.  This document states what I and other First Solar staff believed in 2010 and continue to believe today:  the power output distribution of First Solar's modules has a negligible effect on system-wide performance.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 22nd day of _May  2015_ in _Perrysburg_ , _Ohio_ .

_____
MICHAEL KORALEWSKI