James P. Bennett (*Admitted pro hac vice*)
JBennett@mofo.com
Paul Flum (*Admitted pro hac vice*)
PaulFlum@mofo.com
Jordan Eth (*Admitted pro hac vice*)
JEth@mofo.com
Judson E. Lobdell (*Admitted pro hac vice*)
JLobdell@mofo.com
Anna Erickson White (*Admitted pro hac vice*)
AWhite@mofo.com
Philip T. Besirof (*Admitted pro hac vice*)
PBesirof@mofo.com
Mark R.S. Foster (*Admitted pro hac vice*)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000

Maureen Beyers, Arizona Attorney No. 017134
MBeyers@omlaw.com
Joseph N. Roth, Arizona Attorney No. 025725
JRoth@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue
Phoenix, Arizona 85012-2793
(602) 640-9000

Attorneys for Defendants
First Solar, Inc., Michael J. Ahearn, Robert J. Gillette,
Mark R. Widmar, Jens Meyerhoff, James Zhu,
Bruce Sohn, and David Eaglesham

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, individually and on behalf of all other persons similarly situated,<br><br>                     Plaintiff,<br><br>vs.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham,<br><br>                     Defendants. | CASE NO.   CV12-00555-PHX-DGC<br><br>**REBUTTAL DECLARATION OF BRYAN SCHUMAKER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, BRYAN SCHUMAKER, declare as follows:

1. I submit this Rebuttal Declaration based on facts that I personally know. If called as a witness, I could testify to the following facts.

2. I submitted a declaration on March 27, 2015 in support of Defendants' Motion for Summary Judgment. That declaration sets out my background, responsibilities, and experience at First Solar with regard to various issues, including accounting, the LPM excursion, warranty obligations, accruals, and disclosures, among other topics.

3. Rebuttal Exhibit 20 [FSLR00276776 and FSLR00276777] is a true and correct copy of a July 20, 2009 email and spreadsheet attachment I prepared and sent to PwC regarding First Solar's estimated expenses under its standard warranty accrual. As reflected in the spreadsheet attachment, under a tab labeled "LPM War. Analysis," First Solar's "Warranty Cost Associated with LPM" was "$6,515,526" through June 27, 2009. Based on my analysis, I determined that this amount ($6.5 million) was adequate to cover the warranty expenses associated with LPM through second quarter 2009.

4. Rebuttal Exhibit 21 [FSLR01072708 and FSLR01072709] is a true and correct copy of a February 2011 email and attachment I prepared and sent to Garrett Tripp, an auditor at PwC. The attachment is a memorandum with the subject line "2010 Year-end Warranty Analysis." The memorandum provides that, in fourth quarter 2010, First Solar established a market for "de-rated" modules based on sales to customers, and that "de-rated" modules that were not sold were placed into inventory and valued at cost. Modules sold through intercompany transactions—such as those sold to First Solar Development (Canada) for use in the construction of the Tilbury site—were not included in this memorandum, because the sales were not illustrative of either inventory cost or third-party market price.

5. Rebuttal Exhibit 24 [FSLR01391657] is a true and correct copy of a September 7, 2011 email with the subject line "LPM replacement volume" which I received from TK Kallenbach. Mr. Kallenbach addressed the email to Mark Widmar,

James Zhu and me, copying Moritz Ilg, Mike Koralewski, Klaus-Peter Fuss and Ryan Ferguson. Mr. Kallenbach's email notes that "we have determined several sites remediated under the term 'LPM' actually had different root cause issues" and that Mr. Kallenbach "recommend[s] to set to a reserve value 120 MW to conclude LPM."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2/6 day of May, 2015, in Tempe, Arizona.

_____
BRYAN SCHUMAKER