James P. Bennett (*Admitted pro hac vice*)
JBennett@mofo.com
Paul Flum (*Admitted pro hac vice*)
PaulFlum@mofo.com
Jordan Eth (*Admitted pro hac vice*)
JEth@mofo.com
Judson E. Lobdell (*Admitted pro hac vice*)
JLobdell@mofo.com
Anna Erickson White (*Admitted pro hac vice*)
AWhite@mofo.com
Philip T. Besirof (*Admitted pro hac vice*)
PBesirof@mofo.com
Mark R.S. Foster (*Admitted pro hac vice*)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
(415) 268-7000

Maureen Beyers, Arizona Attorney No. 017134
MBeyers@omlaw.com
Joseph N. Roth, Arizona Attorney No. 025725
JRoth@omlaw.com
OSBORN MALEDON, P.A.
2929 North Central Avenue
Phoenix, AZ 85012-2793
(602) 640-9000

Attorneys for Defendants
First Solar, Inc., Michael J. Ahearn, Robert J. Gillette,
Mark R. Widmar, Jens Meyerhoff, James Zhu,
Bruce Sohn, and David Eaglesham

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, individually and on behalf of all other persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham,<br><br>    Defendants. | Case No.   CV12-00555-PHX-DGC<br><br>**REBUTTAL DECLARATION OF JEFF VAN DYKE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

VAN DYKE REBUTTAL DECL. IN SUPPORT OF DEFS.' MOT. FOR SUMMARY JUDGMENT
sf-3538111

I, JEFF VAN DYKE, declare as follows:

1. I submit this Declaration in support of Defendants' Motion for Summary Judgment. I make this Declaration on personal knowledge. If called as a witness, I would testify to the following facts:

2. I joined First Solar in November 2008 as a manager in the Financial Planning and Analysis (FP&A) group. In July 2010, I was promoted to the role of company-wide FP&A manager for First Solar's module business. In 2012, I was promoted to director of FP&A. In this role, I oversee FP&A company-wide.

3. One of FP&A's duties is to compile and analyze module production metrics, which are used for, among other things, business planning and reporting.

4. As both manager and director of FP&A, I supervised and participated in the production and review of various reports reflecting First Solar's module production, including analyses of First Solar's line run rates and monthly module production metrics.

5. One of the files that created the basis for these analyses was a report referred to as the "P90 Manufacturing Forecast." This file was updated monthly, included historical production data directly from Manufacturing Operations Systems and was maintained by Global Supply Chain.

6. Between November 2008 and April 2010, I, along with FP&A team members working under my direction, regularly used the P90 Manufacturing Forecast. The updated reports were frequently archived to the FP&A shared drive and maintained in the standard course of First Solar's business.

7. Attached as Rebuttal Exhibit 23[1] [FSLR01133807] is a true and accurate copy of the "FSLR" tab from a document titled "P90 Mfg Forecast November 2009 Official used for AOP LRR (3)" that was archived to the FP&A shared drive on November 24, 2009. The "FSLR" tab reflects, among other things, consolidated module

---

[1] All exhibit references in this Declaration are to the Supplemental Appendix of Exhibits in Support of Defendants' Motion for Summary Judgment.

production metrics for all First Solar factories. I am familiar with this document because I used it in the course of computation of Line Run Rate and Annual Operating Plans.

8.    The numbers in the cells J34 through J40 and J42 through J47 reflect First Solar's actual consolidated monthly module production figures from June 2008 through June 2009. This data was correct as of November 24, 2009, when this file was archived to the FP&A shared drive.

9.    The numbers in cells J34 through J40 and J42 through J47 of Exhibit 23, which reflect First Solar's actual consolidated module production figures for June 2008 through June 2009, total 11,837,932.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of May in Perrysburg, Ohio.

_____
JEFF VAN DYKE