1  Joseph N. Roth, No. 025725
2  OSBORN MALEDON, P.A.
   2929 North Central Avenue, 21st Floor
3  Phoenix, Arizona 85012-2793
   (602) 640-9000
4  jroth@omlaw.com

5
   Jordan Eth (CA SBN 121617) (*Admitted pro hac vice*)
6  Anna Erickson White (CA SBN 161385) (*Admitted pro hac vice*)
   Philip T. Besirof (CA SBN 185053) (*Admitted pro hac vice*)
7  MORRISON & FOERSTER LLP
8  425 Market Street, 32nd Floor
   San Francisco, California 94105-2482
9  (415) 268-7000
   JEth@mofo.com
10 AWhite@mofo.com
11 PBesirof@mofo.com

12 Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn, and David Eaglesham,<br><br>Defendants. | Case No. CV12-00555-PHX-DGC<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY WITHIN FIRM** |

Osborn Maledon, P.A., counsel of record for Defendants, hereby gives notice under L.R. Civ. 83.3(b) that Maureen Beyers, one of the lawyers within Osborn

Maledon with responsibility for this matter, has left her employment with the firm and will no longer be appearing on behalf of the Defendants. Defendants will continue to be represented by their other existing counsel of record.

Osborn Maledon, P.A. requests that Maureen Beyers, Arizona Bar No. 017134, be removed from the electronic notice system for this matter effective immediately.

Dated this 17th day of March, 2017.

OSBORN MALEDON, P.A.

By s/ Joseph N. Roth
    Joseph N. Roth
    2929 N. Central Avenue, 21st Floor
    Phoenix, Arizona 85012

    Jordan Eth
    Anna Erickson White
    Philip T. Besirof
    MORRISON & FOERSTER LLP
    425 Market Street, 32nd Floor
    San Francisco, California  94105-2482

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2017, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Patricia D. Palmer

7059061

2