**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>First Solar, Inc.; Michael J. Ahearn; Robert J. Gillette; Mark R. Widmar; Jens Meyerhoff; James Zhu; Bruce Sohn; and David Eaglesham,<br><br>  Defendants. | No. CV12-0555-PHX-DGC<br><br>**ORDER** |

The parties have submitted deposition excerpts in advance of trial. This order will set forth the Court's ruling on objections contained in these excerpts. The order will identify objections by the number of the deposition page on which they appear. If more than one objection appears on a page, the order will identify the line on which the objection starts. Where an objection is sustained, the order will identify the page and lines that should be omitted, but if no lines are identified, the objection is sustained with respect to all designated testimony on that page to which the objection is directed.

**A.  James Brown, Jr.**

  1.  11-12 – overruled.
  2.  13 – overruled.
  3.  35 – overruled.

| | | |
|---|---|---|
| 4. | 46 | – overruled. |
| 5. | 48 | – overruled. |
| 6. | 49 | – overruled. |
| 7. | 57-58 | – overruled. |
| 8. | 71 | – overruled. |
| 9. | 72-74 | – overruled. |
| 10. | 75-76 | – overruled. |
| 11. | 97-99 | – overruled. |
| 12. | 100-102 | – overruled. |
| 13. | 117-119 | – overruled. |
| 14. | 120-124 | – overruled. |
| 15. | 143 | – sustained. |
| 16. | 144:2-12 | – overruled. |
| 17. | 144:13 to 145:5 | – sustained as nonresponsive. |
| 18. | 184 | – overruled. |
| 19. | 190-191 | – overruled. |
| 20. | 213-215 | – overruled. |
| 21. | 224-225 | – sustained. |

**B. John Amonett.**

1. 13-14 – overruled.
2. 34 – overruled.
3. 41-42 – overruled.
4. 44-45 – overruled.
5. 92 – The Court sustains the objection and precludes all questioning on Exhibit 64 if it is not listed as an exhibit in the Final Pretrial Order approved by the Court. If it is listed, then objections to questioning on Exhibits 64 are overruled.
6. 115-116 – overruled.

7. 148 – overruled.
8. 149 – overruled.
9. 157-158 – overruled.
10. 162:24 to 163:5 – sustained.
11. 256-261 – overruled.
12. 312-313 – overruled.
13. 315-317 – overruled.
14. 325-331 – overruled.
15. 335-337 – overruled.
16. 349-350 – overruled.
17. 363-365 – overruled.

**C.** **Andrianne Kimber and Adam D'Angelo.**

The Court will not rule on the deposition designations at this time as it appears both witnesses will appear at trial during Plaintiffs' case in chief. The parties should be prepared to provide the Court with an update on this issue on January 7, 2020.

Dated this 2nd day of January, 2020.

David G. Campbell
Senior United States District Judge