# EXHIBIT A

**EXHIBIT A**

*Smilovits v. First Solar, Inc., et al.*
Case No. 2:12-cv-00555-DGC
Robbins Geller Rudman & Dowd LLP
Inception through February 28, 2020

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Alexander, Susan K. | (P) | 809.65 | 1,150 | $   931,097.50 |
| Alvarado, Darryl J. | (P) | 3,526.25 | 820 | 2,891,525.00 |
| Brooks, Luke O. | (P) | 3,251.15 | 945 | 3,072,336.75 |
| Burkholz, Spencer A. | (P) | 31.80 | 1,200 | 38,160.00 |
| Daley, Joseph D. | (P) | 19.65 | 970 | 19,060.50 |
| Drosman, Daniel S. | (P) | 4,303.71 | 1,100 | 4,734,081.00 |
| Forge, Jason A. | (P) | 888.45 | 1,100 | 977,295.00 |
| Gronborg, Tor | (P) | 274.50 | 1,100 | 301,950.00 |
| Gusikoff Stewart, Ellen A. | (P) | 44.00 | 1,080 | 47,520.00 |
| Isaacson, Eric A. | (P) | 11.00 | 885 | 9,735.00 |
| Kowalewski, Catherine J. | (P) | 44.00 | 650 | 28,600.00 |
| Love, Andrew S. | (P) | 46.15 | 1,150 | 53,072.50 |
| Melamed, Matthew S. | (P) | 63.20 | 800 | 50,560.00 |
| Myers, Danielle S. | (P) | 108.30 | 840 | 90,972.00 |
| Robbins, Darren J. | (P) | 235.50 | 1,325 | 312,037.50 |
| Shinnefield, Jessica T. | (P) | 871.75 | 850 | 740,987.50 |
| Solomon, Mark | (P) | 422.60 | 1,150 | 485,990.00 |
| Abel, Lawrence A. | (A) | 332.10 | 630 | 209,223.00 |
| Browne, Lonnie A. | (A) | 353.25 | 560 | 197,820.00 |
| Caringal, Jennifer N. | (A) | 203.50 | 580 | 118,030.00 |
| George, John H. | (A) | 87.00 | 560 | 48,720.00 |
| Janoski Gray, J. Marco | (A) | 914.60 | 520 | 475,592.00 |
| Lacomb, Timothy Z. | (A) | 103.40 | 525 | 54,285.00 |
| Lejeune, Cody R. | (A) | 1,220.75 | 555 | 677,516.25 |
| Liu, Ting H. | (A) | 1,108.10 | 520 | 576,212.00 |
| Pfeffer-Gillett, Alexi H. | (A) | 8.80 | 475 | 4,180.00 |
| Stakem, Hillary B. | (A) | 1,504.55 | 580 | 872,639.00 |
| Stewart, Christopher D. | (A) | 4,496.70 | 580 | 2,608,086.00 |
| Bays, Lea M. | (OC) | 26.00 | 775 | 20,150.00 |
| Dowd, Michael J. | (OC) | 44.15 | 1,325 | 58,498.75 |
| Prado, Svenna | (OC) | 142.00 | 775 | 110,050.00 |
| Walton, David C. | (OC) | 69.50 | 1,080 | 75,060.00 |
| Cho, Grace | (SA) | 967.50 | 415 | 401,512.50 |
| Hierholzer, Jesse J. | (SA) | 1,041.15 | 415 | 432,077.25 |

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Lin, David X. | (SA) | 1,221.45 | 375 | 458,043.75 |
| Feldman, James C. | (FA) | 17.00 | 600 | 10,200.00 |
| Jennette, Heather J. | (FA) | 7.70 | 600 | 4,620.00 |
| Koelbl, Terry R. | (FA) | 2,643.50 | 600 | 1,586,100.00 |
| Rudolph, Andrew J. | (FA) | 3,847.55 | 750 | 2,885,662.50 |
| Jesse, Danielle M. | (FAI) | 7.50 | 75 | 562.50 |
| Milne, Matthew J. | (FAI) | 7.00 | 65 | 455.00 |
| Barhoum, Anthony J. | (EA) | 32.05 | 430 | 13,781.50 |
| Uralets, Boris | (EA) | 48.20 | 415 | 20,003.00 |
| Vue, Chong | (EA) | 16.00 | 335 | 5,360.00 |
| Roelen, Scott R. | (RA) | 37.80 | 295 | 11,151.00 |
| Wilhelmy, David E. | (RA) | 17.45 | 295 | 5,147.75 |
| Brandon, Kelley T. | (I) | 54.00 | 290 | 15,660.00 |
| Browning, Aaron C. | (LS) | 5.20 | 290 | 1,508.00 |
| Camozzi, Miranda C. | (LS) | 15.70 | 220 | 3,454.00 |
| Freer, Brad C. | (LS) | 102.20 | 290 | 29,638.00 |
| Guyer, Nicole | (LS) | 140.50 | 290 | 40,745.00 |
| Lee, Alexander J. | (LS) | 43.20 | 220 | 9,504.00 |
| Lewis, Bradley P. | (LS) | 609.66 | 150 | 91,449.00 |
| Milliron, Christine | (LS) | 6.50 | 375 | 2,437.50 |
| Torres, Michael | (LS) | 774.65 | 375 | 290,493.75 |
| Ulloa, Sergio | (LS) | 7.15 | 290 | 2,073.50 |
| Frazier, Joshua E. | (LC) | 43.00 | 170 | 7,310.00 |
| Paralegals | | 2,264.44 | 275-350 | 772,457.75 |
| Document Clerks | | 1,827.65 | 100-150 | 273,797.50 |
| Shareholder Relations | | 341.45 | 100-150 | 34,745.00 |
| TOTAL | | 41,713.21 | | $ 28,300,992.00 |

(P) Partner
(A) Associate
(OC) Of Counsel
(SA) Staff Attorney
(FA) Forensic Accountant
(FAI) Forensic Accounting Intern
(EA) Economic Analyst
(RA) Research Analyst
(I) Investigator
(LS) Litigation Support
(LC) Law Clerk