
1  ROBBINS GELLER RUDMAN & DOWD LLP
   Daniel S. Drosman (CA SBN 200643) (Admitted *pro hac vice*)
2  Luke O. Brooks (CA SBN 212802) (Admitted *pro hac vice*)
   Ellen Gusikoff Stewart (CA SBN 144892) (Admitted *pro hac vice*)
3  Jessica T. Shinnefield (CA SBN 234432) (Admitted *pro hac vice*)
   Darryl J. Alvarado (CA SBN 253213) (Admitted *pro hac vice*)
4  Christopher D. Stewart (CA SBN 270448) (Admitted *pro hac vice*)
   Hillary B. Stakem (CA SBN 286152) (Admitted *pro hac vice*)
5  J. Marco Janoski Gray (CA SBN 306547) (Admitted *pro hac vice*)
   Ting H. Liu (CA SBN 307747) (Admitted *pro hac vice*)
6  655 West Broadway, Suite 1900
   San Diego, CA  92101
7  Telephone:  619/231-1058
   619/231-7423 (fax)
8  dand@rgrdlaw.com
   lukeb@rgrdlaw.com
9  elleng@rgrdlaw.com
   jshinnefield@rgrdlaw.com
10 dalvarado@rgrdlaw.com
   cstewart@rgrdlaw.com
11 hstakem@rgrdlaw.com
   mjanoski@rgrdlaw.com
12 tliu@rgrdlaw.com

13 Lead Counsel for Plaintiffs

                    UNITED STATES DISTRICT COURT

                          DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Smilovits, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>First Solar, Inc., Michael J. Ahearn, Robert J. Gillette, Mark R. Widmar, Jens Meyerhoff, James Zhu, Bruce Sohn and David Eaglesham,<br><br>   Defendants. | No. 2:12-cv-00555-DGC<br><br>CLASS ACTION<br><br>DECLARATION OF ANDREW S. FRIEDMAN FILED ON BEHALF OF BONNETT FAIRBOURN FRIEDMAN & BALINT, PC IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES |

4828-3152-0695.v1

I, Andrew S. Friedman, declare as follows:

1. I am a shareholder in the law firm of Bonnett Fairbourn Friedman & Balint, PC ("BFFB"). I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses/charges ("expenses") in connection with services rendered in the above-entitled action.

2. This firm is liaison counsel of record for Lead Plaintiffs Mineworkers' Pension Scheme and British Coal Staff Superannuation Scheme, and the Class.

3. The information in this declaration regarding BFFB's time and expenses is taken from time and expense printouts and supporting documentation prepared and/or maintained by BFFB in the ordinary course of business. I am the partner who oversaw and/or conducted the day-to-day activities in the litigation and I reviewed these printouts (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries on the printouts as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation. As a result of this review, reductions were made to BFFB's time in the exercise of billing judgment. As a result of this review and the adjustments made, I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought as set forth in this declaration are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the litigation. In addition, I believe that the expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

4. After the reductions referred to above, the number of hours spent on this litigation by my firm is 19.9. The lodestar amount for attorney/paraprofessional time based on the firm's current rates is $6,670.00. A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Andrew S. Friedman | (P) | 2.9 | $750.00 | $2,175.00 |
| Francis J. Balint, Jr. | (P) | 0.6 | $750.00 | $450.00 |
| Kevin R. Hanger | (A) | 15.4 | $250.00 | $3,850.00 |

- 1 -

4828-3152-0695.v1

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Rose K. Creech | (PL) | 0.5 | $200.00 | $100.00 |
| David J. Streyle | (PL) | 0.5 | $190.00 | $95.00 |
| ***TOTAL:*** | | **19.9** | | ***$6,670.00*** |

(P) Partner

(A) Associate

(PL) Paralegal

5. My firm seeks an award of $61.70 in expenses and charges in connection with the prosecution of the litigation. Those expenses are summarized below:

| CATEGORY | AMOUNT |
|---|---|
| Photocopies (174 pages @ $0.20/page) | $34.80 |
| Research (PACER) | $26.90 |
| ***TOTAL*** | ***$61.70*** |

6. The following is additional information regarding certain of these expenses:

(a) Photocopies: $34.80. In connection with this case, the firm made 174 copies, charging $0.20 per copy for a total of $34.80. Each time an in-house copy machine is used, our billing system requires that a case or administrative billing code be entered and that is how the 174 copies were identified as related to this case.

(b) Research: $26.90. This category includes charges for access to the federal court's PACER case and docket information. This expense represents the expense incurred by BFFB for use of this service in connection with this litigation.

7. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from receipts, expense vouchers, check records and other documents and are an accurate record of the expenses.

8. The identification and background of my firm and its partners is attached hereto as Exhibit A.

4828-3152-0695.v1

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed
2  this 3rd day of April, 2020, at Phoenix, Arizona.

<u>s/ *Andrew S. Friedman*</u>
Andrew S. Friedman

- 3 -

4828-3152-0695.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 24, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    s/ Luke O. Brooks
LUKE O. BROOKS

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  lukeb@rgrdlaw.com

4833-5208-8759.v1